# EXHIBIT 1 – PART 15

ACTICO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:            9/01/05

PO#:             A85040
                 P2R21264

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
            31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6683 8T40413-A | | 4 COMPLETE | 37.0000 | 148.00 |

SUB-TOTAL    148.00
SALES TAX       .00
             148.00

TERMS: NET 30 DAYS

*P2R 21264*



PURCHASE ORDER
PO NO:     A85040          AUG 0 4 2005
PO Date:  08/04/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

Ord Src:
    Cust PO/Rel:  P2R21264-P2B01702
Cust Order Date:  08/02/05

Item/Mfg Number                Due Date   Order Qty U/M    Unit Cost U/M Tax    Total
8E19484        J6502-18        08/10/05      2.000 PC       84.00000 PC   Y     168.00      Blue #27958
  WAFER                        8-5                                                           8-5-05
  BLANK WAFER, SHT 9
  2977571 M
  ECL E PRINT DATE 05/01/98
  ItmSeq:P2B01702-008728 UOM:PC

8E23301        J6724-05        08/10/05      2.000 PC       72.00000 PC   Y     144.00      Blue #27963
  WAFER                                                                                      8-5-05
  BLANK WAFER, SHT 43
  12004577 M
  ECL A  PRINT DATE 08-15-93
  ItmSeq:P2B01702-008759 UOM:PC

8K27214        J6712-05        08/10/05      2.000 PC      250.00000 PC   Y     500.00      Blue #27962
  PUNCH  ECL G  09-01-04                                                                     8-5-05
  BLANK PUNCH, SHT 9
  12004577 M
  ECL G PRINT DATE 09/01/04
  ItmSeq:P2B01702-008534 UOM:PC

8K27218        J6537-13        08/10/05      2.000 PC      250.00000 PC   Y     500.00      Blue #27959
  PUNCH                                                                                      8-5-05
  BLANK PUNCH
  12004577 M  SHT 11
  ECL G  PRINT DATE 9/01/04
  ItmSeq:P2B01702-009433 UOM:PC

8K28285        J6695-05        08/10/05      1.000 PC      203.00000 PC   Y     203.00      Blue #27961
  PUNCH                                                                                      8-5-05
  BLANK PUNCH, SHT 13

PURCHASE ORDER
PO NO:      A85040
PO Date:  08/04/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax
                                        2

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON              MS 39056

    Ord Src:
  Cust PO/Rel:  P2R21264-P2B01702
Cust Order Date:  08/02/05

Item/Mfg Number              Due Date    Order Qty U/M      Unit Cost U/M Tax      Total
  12033607 MA
  ECL A  PRINT DATE 12-15-93 ✓
  ItmSeq: P2B01702-009484 UOM: PC
8T40413           (         08/10/05      15.000 PC        37.00000 PC  Y        555.00
  PUNCH  ECL A 11-01-97
  PILOT VARIOUS DIES
  8GBX155
  ECL A  PRINT DATE 11-01-97 ✓
  ItmSeq: P2B01702-008352 UOM: PC

J6683-01  (11) pcs  @ (37.00) = (407.00)  #27960  8-5-05

J6683-08  (4 pcs @ 37.00) = 148.00   # 28386  9-1-05

                                        SUBTOTAL        2070.00
                                        TAX                 .00
                                                      ----------
                                        TOTAL           2070.00

*per Scott 8-5-05*

*Russ P. verbally OK'd del. ext.*
*of 4 pcs. to 9-13-05*

**Sept. 13**
**4 pcs**

ALTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:  28382

DATE:          9/01/05

PO#:    A85571/P2R21490

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
          31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80821   | 8GBT0P4-B   | 1 COMPLETE | 122.0000 | 122.00 |

SUB-TOTAL          122.00
SALES TAX            .00
                   122.00

TERMS: NET 30 DAYS

*P2R21490*



PURCHASE ORDER
PO NO:    A85571
PO Date:  08/18/05

AUG 1 8 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

      Ord Src:
   Cust PO/Rel:  P2R21490-P2B01702
Cust Order Date:  08/16/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 157M217 | 08/24/05 | 2.000 | PC | 72.00000 | PC | Y | 144.00 |
| WAFER | | | | | | | |
| BLANK WAFER | | | | | | | |
| 12015157 M  SHT 27 | | | | | | | |
| ECL B  PRINT DATE 5/15/93 | | | | | | | |
| ItmSeq:P2B01702-008663 UOM:PC | | | | | | | |
| 8E27150 | 08/24/05 | 2.000 | PC | 120.00000 | PC | Y | 240.00 |
| WAFER | | | | | | | |
| BLANK WAFER | | | | | | | |
| 6294126 M  SHT 33 | | | | | | | |
| ECL B  PRINT DATE 5/1/94 | | | | | | | |
| ItmSeq:P2B01702-008837 UOM:PC | | | | | | | |
| 8E27469 | 08/24/05 | 2.000 | PC | 120.00000 | PC | Y | 240.00 |
| WAFER | | | | | | | |
| BLANK WAFER, SHT 33 | | | | | | | |
| 06294126-M  DIE | | | | | | | |
| ECL A  PRINT DATE 05-01-94 | | | | | | | |
| ItmSeq:P2B01702-008859 UOM:PC | | | | | | | |
| 8GBJ026 | 09/20/05 | 1.000 | PC | 122.00000 | PC | Y | 122.00 |
| PUNCH  ECL B 08-08-99 | | | | | | | |
| P01 AND CAB. I.D. "16"  SH.14 | | | | | | | |
| 12129962MA, DET. #962A"A" | | | | | | | |
| ECL B PRINT DATE 08-08-99 | | | | | | | |
| ItmSeq:P2B01702-008617 UOM:PC | | | | | | | |

Handwritten annotations:
- J6452-05  8-19   # 28159  8-19-05
- J6440-03   # 28158  8-19-05
- J6558-17   # 28160  8-19-05
- 80821  9-15   #28382  9-01-05

==========================================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/01/05

PO#:           A85702
               P2R21544

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
            31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6683 8T40413-A | | 16 COMPLETE | 37.0000 | 592.00 |

SUB-TOTAL      592.00
SALES TAX         .00
               592.00

TERMS: NET 30 DAYS

*P2R21544*



PURCHASE ORDER
PO NO:      A85702
PO Date:  08/22/05

AUG 2 2 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON              MS 39056

     Ord Src:
  Cust PO/Rel:  P2R21544-P2B01702
Cust Order Date:  08/18/05

Item/Mfg Number                    Due Date  Order Qty U/M    Unit Cost U/M Tax      Total
8E20532                            08/29/05     3,000 PC       72.00000 PC   Y       216.00          # 28228
  WAFER  ECL C 01-22-87   *96501-20*                                                                8-24-05
  BLANK WAFER, SHT 9     8-24
  2965469 M
  ECL C PRINT DATE 01/22/87 ✓
  ItmSeq:P2B01702-008744 UOM:PC
8E23300                            08/29/05     1,000 PC       72.00000 PC   Y        72.00          # 28239
  WAFER  *96710-08*                                                                                  8-24-05
  BLANK WAFER, SHT 43
  12004577 M
  ECL A PRINT DATE 08-15-93 ✓
  ItmSeq:P2B01702-008758 UOM:PC
8GBB116                            08/29/05     1,000 PC      180.00000 PC   Y       180.00          # 28233
  PUNCH  *96581-18*                                                                                  8-24-05
  COIN PUNCH, SHT 22
  12129962MA
  ECL C PRINT DATE 04/15/99 ✓
  ItmSeq:P2B01702-009058 UOM:PC
8GLL002                            08/29/05     3,000 PC      156.00000 PC   Y       468.00          # 28229
  BLOCK  *96573-18*                                                                                  8-24-05
  HOLDER BLOCK, SHT 26
  12129962 MA  2 PCS. REQ.
  ECL A PRINT DATE 09/01/94 ✓
  ItmSeq:P2B01702-009368 UOM:PC
8GPE032                            08/29/05     1,000 PC      180.00000 PC   Y       180.00          Rush - Need ASAP
  BLOCK  *96670-09*                                                                                  per Henry
  HOLDER BLOCK DET.115 *2 PCS. RE                                                                    # 28205
                                                                                                     8-23-05

PURCHASE ORDER
PO NO:      A85702
PO Date:  08/22/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

2

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

          Ord Src:
    Cust PO/Rel:  P2R21544-P2B01702
Cust Order Date:  08/18/05

Item/Mfg Number          Due Date   Order Qty U/M     Unit Cost U/M Tax     Total
  Q.*
  12129962 MA  SHT 26
  ECL A  PRINT DATE 9/1/94 ✓
  ItmSeq:P2B01702-009377 UOM:PC
8GYJ261      _J6463·09_   08/29/05        1,000 PC    225.00000 PC  Y    225.00      # 28237
  COVER                                                                              8·24·05
  COVER
  12129962 MA  SHT 26
  ECL C  PRINT DATE 8/1/02 ✓
  ItmSeq:P2B01702-009397 UOM:PC
8K27322      *J6750·02   08/29/05        1,000 PC    172.00000 PC  Y    172.00      # 28245
  PUNCH                                                                              8·24·05
  U-UP PUNCH, SHT 42
  12004577 M
  ECL E PRINT DATE 08/15/93 ✓
  ItmSeq:P2B01702-009441 UOM:PC   EXT. TO 9.7^05
8T40413      *J6683·09 08/29/05        16,000 PC     37.00000 PC  Y    592.00      # 28387
  PUNCH  ECL A 11-01-97                                                             9-1-05
  PILOT VARIOUS DIES
  8GBX155
  ECL A  PRINT DATE 11-01-97 ✓
  ItmSeq:P2B01702-008352 UOM:PC
============================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the

ACTRON TOOL WORKS, INC.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

                                               DATE:          9/06/05

                                               PO#:    A85983/P2R21653

BILL TO:        D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                    1001 INDUSTRIAL DRIVE
                                      PLANT 22 RECEIVING DOCK
SAVANNAH, GA                          CLINTON, MS
          31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80880 | 8E25945-B | 1 COMPLETE | 109.0000 | 109.00 |

                                      SUB-TOTAL      109.00
                                      SALES TAX         .00
                                                     109.00

                                      TERMS: NET 30 DAYS

*P2R21653*



PURCHASE ORDER
PO NO:      A85983
PO Date:  08/29/05

AUG 2 9 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON            MS 39056

    Ord Src:
    Cust PO/Rel:  P2R21653-P2B01702
Cust Order Date:  08/25/05

Item/Mfg Number          Due Date  Order Qty U/M    Unit Cost U/M Tax    Total
8E20226                  09/06/05     1.000 PC       94.00000 PC   Y      94.00
    WAFER
    PIERCE WAFER                 16186-29
    02962447M-A SHT 23
    ECL J  PRINT DATE 10-10-90 ✓
    ItmSeq:P2B01702-008286 UOM:PC                                        1  28316
                                                                         8-30-05
8E25945         80880     09/29/05     1.000 PC      109.00000 PC   Y     109.00
    WAFER  ECL B 06-01-93    9-26                                        #28427
    PIERCE WAFER, DET#011, SHT10                                         9-06-05
    12048450-M-A DIE
    ECL B  PRINT DATE 06-01-93
    ItmSeq:P2B01702-008604 UOM:PC                                        1  28334
8E25947                  09/06/05     1.000 PC       72.00000 PC   Y      72.00
    WAFER         16567-11                                               8-30-05
    BLANK WAFER, SHT 11
    12048450-M-A DIE
    ECL B  PRINT DATE 06-01-93  ✓
    ItmSeq:P2B01702-008821 UOM:PC
8E25948         16582-12  09/06/05     2.000 PC      72.00000 PC   Y     144.00   # 28336
    WAFER  ECL C 02-01-04                                                8-30-05
    BLANK WAFER, SHT11
    12048450-M-A DIE 2 PCS. REQ.
    ECL C  PRINT DATE 02-01-04 UOM:PC
    ItmSeq:P2B01702-008822 UOM:PC
8E25951         16568-08  09/06/05     1.000 PC      72.00000 PC   Y      72.00   # 28335
    WAFER                                                                8-30-05
    BLANK WAFER, SHT 19

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:     A85983                         107 N.E. Lathrop Avenue
PO Date:  08/29/05                          Savannah, GA 31415
                                           (912)236-1766 Phone
                                           (912)238-3072 Fax
                                                                      2
  Vendor:  ACTC01                       Ship To:
ACTCO TOOL & MFG CO INC                 22 RECEIVING DOCK
14421 BALDWIN ST EXT                    1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE          PA 16335             CLINTON          MS 39056

    Ord Src:
  Cust PO/Rel:  P2R21653-P2B01702
Cust Order Date:  08/25/05

 Item/Mfg Number          Due Date  Order Qty U/M    Unit Cost U/M Tax    Total
    12048450MA
    ECL B   PRINT DATE 08-14-91  ✓
    ItmSeq:P2B01702-008824 UOM:PC
================================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                              SUBTOTAL      491.00
                                   TAX         .00
                                            ---------
                                 TOTAL      491.00
```

INVOICE NUMBER: 28442

14421 BALDWIN ST.
P. O. BOX 475
MEADVILLE          PA 16335

DATE:          9/07/05

PO#:     A84041/P2821475

BILL TO:          PAR NUMBER: 004250441          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          1001 INDUSTRIAL DRIVE
          PLANT 22 RECEIVING DOCK
SAVANNAH, GA          CLINTON, MS
          31415          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80881 | 8KP7227-B | 1 COMPLETE | 319.4400 | 319.44 |

|  |  |
|--|--|
| SUB-TOTAL | 319.44 |
| SALES TAX | .00 |
|  | 319.44 |

TERMS: NET 30 DAYS

*P2R21675*

```
PURCHASE ORDER                        VANGUARD DISTRIBUTORS, Inc.
PO NO:    A86061                         107 N.E. Lathrop Avenue
PO Date:  08/30/05                         Savannah, GA 31415
              AUG 3 1 2005                 (912)236-1766 Phone
                                           (912)238-3072 Fax
                                                                    1
 Vendor:  ACTC01                      Ship To:
ACTCO TOOL & MFG CO INC               22 RECEIVING DOCK
14421 BALDWIN ST EXT                  1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE        PA 16335             CLINTON        MS 39056

    Ord Src:
   Cust PO/Rel:  P2R21675 P2B01702
Cust Order Date:  08/28/05
```

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total | |
|---|---|---|---|---|---|---|---|---|
| 8E23304 | 09/06/05 | 1.000 | PC | 84.00000 | PC | Y | 84.00 | # 28355 |
| WAFER | | | | | | | | 8-31-05 |
| BLANK WAFER *J6443-16* | | | | | | | | |
| 12004552 M  SHT 12 | | | | | | | | |
| ECL A  PRINT DATE 6/15/93 | | | | | | | | |
| ItmSeq:P2B01702-008761 UOM:PC | | | | | | | | |
| 8GGD302  *J6460-30* | 09/06/05 | 4.000 | PC | 72.00000 | PC | Y | 288.00 | # 28351 |
| WAFER | | | | | | | | 8-31-05 |
| BLANK WAFER, SHT 17 | | | | | | | | |
| 12129962 MA | | | | | | | | |
| ECL C PRINT DATE 05/01/03 | | | | | | | | |
| ItmSeq:P2B01702-009315 UOM:PC | | | | | | | | |
| 8K27224  *J6444-04* | 09/06/05 | 1.000 | PC | 203.00000 | PC | Y | 203.00 | # 28356 |
| PUNCH | | | | | | | | 8-31-05 |
| BLANK PUNCH | | | | | | | | |
| 12004552 M  SHT 12 | | | | | | | | |
| ECL B  PRINT DATE 6/15/93 | | | | | | | | |
| ItmSeq:P2B01702-009436 UOM:PC | | | | | | | | |
| 8K27227  *80881* | 09/29/05 | 1.000 | PC | 319.44000 | PC | Y | 319.44 | #28443 |
| PUNCH  ECL B 06-15-93  *4.26* | | | | | | | | 9-07-05 |
| BLANK PUNCH  DET 138 | | | | | | | | |
| 12004552 M | | | | | | | | |
| ECL B  PRINT DATE 06-15-93 | | | | | | | | |
| ItmSeq:P2B01702-007869 UOM:PC | | | | | | | | |
| 8K27938  *J6533-04* | 09/06/05 | 1.000 | PC | 203.00000 | PC | Y | 203.00 | # 28358 |
| PUNCH | | | | | | | | 8-31-05 |
| BLANK PUNCH, SHT 33 | | | | | | | | |

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28373

DATE:          9/01/05

PO#:          A86116
              PPR21696

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
          31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6185 8E15005-F | | 1 COMPLETE | 159.0000 | 159.00 |

SUB-TOTAL          159.00
SALES TAX             .00
                   159.00

TERMS: NET 30 DAYS

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

DATE:            9/08/05

PO#:             A86116
                 PPPP1696

BILL TO:          D&B NUMBER: 004850641          SHIP TO:

VANGUARD DISTRIBUTORS, INC.                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1001 INDUSTRIAL DRIVE
                                                 PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                     CLINTON, MS
            31415                                              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6185 | 8E15005-F | 1<br>COMPLETE | 159.0000 | 159.00 |

SUB-TOTAL        159.00
SALES TAX           .00
                 159.00

TERMS: NET 30 DAYS

*P2 R21696*

PURCHASE ORDER
PO NO:     A86116
PO Date:   08/31/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

**AUG 3 1 2005**

1

Vendor:  ACTCO1
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.
CLINTON        MS 39056

   Ord Src:
  Cust PO/Rel:  P2R21696-P2B01702
Cust Order Date:  08/29/05

*9-9 ret per Janice scrapped 9-13 ext to*

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E15005 | 09/07/05 | 2.000 PC | 159.00000 PC  Y | 318.00 |

WAFER
BLANK WAFER  2 PCS. REQ.
2962447 MA  SHT 24
ECL F  PRINT DATE 4/1/96
ItmSeq:P2B01702-008724 UOM:PC

*96185 - 21    ① @ 159.00    #28373   9-1-05*

*96185 - 22    ① @ 159.00    Rec'd #28496  9-8-05*

===================================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

|  |  |
|---|---|
| SUBTOTAL | 318.00 |
| TAX | .00 |
|  | --------- |
| TOTAL | 318.00 |

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/01/05

PO#:           A86117
               P2R21697

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
              31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6502 8E19484-E | | 2 COMPLETE | 84.0000 | 168.00 |

SUB-TOTAL          168.00
SALES TAX             .00
                   168.00

TERMS: NET 30 DAYS

*P2R21697*

PURCHASE ORDER
PO NO:     A86117
PO Date:   08/31/05

**AUG 3 1 2005**

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ord Src:
Cust PO/Rel:  P2R21697-P2B01702
Cust Order Date:  08/29/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax
                                         1

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E19484 | 09/07/05 | 2,000 PC | 84.00000 PC  Y | 168.00 |

6502-19

# 28380
9-1-05

WAFER
BLANK WAFER, SHT 9
2977571 M
ECL E PRINT DATE 05/01/98
ItmSeq:P2B01702-008728 UOM:PC
==================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                              SUBTOTAL      168.00
                                   TAX         .00
                                          ----------
                                 TOTAL      168.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:   28483

DATE:          9/08/05

PO#:           A84238
               P2R21711

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
          31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6449 | 8E23299-A | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL          72.00
SALES TAX            .00
                   72.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28484

DATE:          9/08/05

PO#:          A86238
              P2R21711

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          1001 INDUSTRIAL DRIVE
                            PLANT 22 RECEIVING DOCK
SAVANNAH, GA          CLINTON, MS
          31415          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6535 8E23295-B | | 1 COMPLETE | 62.0000 | 62.00 |
| | | | SUB-TOTAL | 62.00 |
| | | | SALES TAX | .00 |
| | | | | 62.00 |

TERMS: NET 30 DAYS

AP-TCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/08/05

PO#:           A86P38
               P2R21711

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1001 INDUSTRIAL DRIVE
                                                 PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                     CLINTON, MS
          31415                                             39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6556 8K27332-B | | 1 COMPLETE | 84.0000 | 84.00 |

SUB-TOTAL          84.00
SALES TAX            .00
                   84.00

TERMS: NET 30 DAYS

RETCO TOOL & MFG.   EXH.   INVOICE NUMBER: 28516

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/09/05

PO#:           A86238
               P2R21711

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
              31415                                      39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6525 8E20323-N | | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL          72.00
SALES TAX           .00
                   72.00

TERMS: NET 30 DAYS

*P2R21711*

PURCHASE ORDER
PO NO:     A86238
PO Date:  09/05/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

**SEP 0 6 2005**

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON            MS 39056

Ord Src:
Cust PO/Rel:  P2R21711-P2B01702
Cust Order Date:  09/01/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8E20323 | 09/13/05 | 1.000 | PC | 72.00000 | PC | Y | 72.00 |
| WAFER  ECL N 02-22-95 | | | | | | | |
| BLANK WAFER, SHT 8 | | | | | | | |
| 2962987 M | | | | | | | |
| ECL N  PRINT DATE 02-22-95 | | | | | | | |
| ItmSeq:P2B01702-008738 UOM: PC | | | | | | | |
| 8E23295 | 09/13/05 | 1.000 | PC | 62.00000 | PC | Y | 62.00 |
| WAFER | | | | | | | |
| BLANK WAFER, SHT 10 | | | | | | | |
| 12004577 M | | | | | | | |
| ECL B  PRINT DATE 08-15-93 | | | | | | | |
| ItmSeq:P2B01702-008755 UOM: PC | | | | | | | |
| 8E23299 | 09/13/05 | 1.000 | PC | 72.00000 | PC | Y | 72.00 |
| WAFER | | | | | | | |
| BLANK WAFER | | | | | | | |
| 12004577 M | | | | | | | |
| ECL A  PRINT DATE 8/15/93 | | | | | | | |
| ItmSeq:P2B01702-008757 UOM: PC | | | | | | | |
| 8K27332 | 09/13/05 | 1.000 | PC | 84.00000 | PC | Y | 84.00 |
| PUNCH | | | | | | | |
| FORM PUNCH | | | | | | | |
| 12004577 M  SHT 14 | | | | | | | |
| ECL B  PRINT DATE 8/15/93 | | | | | | | |
| ItmSeq:P2B01702-009445 UOM: PC | | | | | | | |

*Handwritten annotations:*
J6525-20  9-8     Blue #28516  9-9-05
J6535-09         Blue #28484  9-8-05
J6449-11         Blue #28483  9-8-05
J6556-03         Blue #28485  9-8-05

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision

14481 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/12/05

PO#:    A84274/PPRP1722

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          1001 INDUSTRIAL DRIVE
          PLANT 22 RECEIVING DOCK
SAVANNAH, GA          CLINTON, MS
          31415          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81009 | 8GYR000-A | 1 COMPLETE | 219.0000 | 219.00 |

SUB-TOTAL          219.00
SALES TAX            .00
                   219.00

TERMS: NET 30 DAYS

*P2 R 21723*

PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:      A86274                          107 N.E. Lathrop Avenue
PO Date:  09/07/05                            Savannah, GA 31415
                                              (912)236-1766 Phone
           SEP 0 7 2005                       (912)238-3072 Fax
                                                                        1

    Vendor:  ACTCO1                      Ship To:
ACTCO TOOL & MFG CO INC                  22 RECEIVING DOCK
14421 BALDWIN ST EXT                     1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE       PA 16335                 CLINTON            MS 39056

    Ord Src:
  Cust PO/Rel:  P2R21723 P2B01702
Cust Order Date:  09/04/05

Item/Mfg Number          Due Date   Order Qty U/M   Unit Cost U/M Tax   Total
8GYR000          *81009*  10/05/05    1.000 PC      219.00000 PC   Y    219.00       *# 28533*
   MISC                     *9 30*                                                    *9-12-05*
   SPECIAL SCREW  DET 16  SHT 2
   8GZD000 MODULE
   ECL A 10-15-92
   ItmSeq:P2B01702-007925 UOM:PC
================================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                                        SUBTOTAL      219.00
                                          TAX            .00
                                                    ---------
                                          TOTAL      219.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:    28474

DATE:              9/08/05

PO#:               A86275
                   P2R21724

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
           31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6444   | 8KP7224-B   | 1        | 203.0000   | 203.00 |
|         |             | COMPLETE |            |        |

                                         SUB-TOTAL     203.00
                                         SALES TAX        .00
                                                       203.00

                                         TERMS: NET 30 DAYS

*P2R21724*

PURCHASE ORDER
PO NO:      A86275
PO Date:  09/07/05

SEP 0 7 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON             MS 39056

Ord Src:
Cust PO/Rel:  P2R21724-P2B01702
Cust Order Date:  09/04/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8K27224 | 09/13/05 | 1,000 PC | 203.00000 PC   Y | 203.00 |

J6444-05  9-8

PUNCH
BLANK PUNCH
12004552 M  SHT 12
ECL B  PRINT DATE 6/15/93 ✓
ItmSeq:P2B01702-009436 UOM:PC

Blue  #28474
9-8-05

========================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

SUBTOTAL        203.00
TAX              .00
                ----------
TOTAL          203.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER:   28502

DATE:        9/09/05

PO#:         A86327
             P2R21751

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
            31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6098 8K27660-E | | 4 COMPLETE | 34.5000 | 138.00 |

SUB-TOTAL     138.00
SALES TAX        .00
              138.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.                                    INVOICE NUMBER:  28506
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/09/05

PO#:              A86327
                  P2R21751

BILL TO:          D&B NUMBER:  004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
          31415                                         39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6126 8E19154-G | | 1 COMPLETE | 51.0000 | 51.00 |

SUB-TOTAL          51.00
SALES TAX            .00
                   51.00

TERMS:  NET 30 DAYS

14421 BALDWIN ST. EXT
P. O. BOX 675
MEADVILLE            PA 16335

DATE:              9/09/05

PO#:               A86327
                   P2R21751

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
              31415                                     39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6127 8E20225-H | | 1 | 51.0000 | 51.00 |
| | | COMPLETE | | |

SUB-TOTAL          51.00
SALES TAX            .00
                   51.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 128509

DATE:          9/09/05

PO#:           A86327
               P2R21751

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON. MS
            31415                                           39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6186 8E20226-J | | 1 COMPLETE | 94.0000 | 94.00 |
| | | | SUB-TOTAL | 94.00 |
| | | | SALES TAX | .00 |
| | | | | 94.00 |

TERMS: NET 30 DAYS

P2R21751

PURCHASE ORDER      **SEP 0 8 2005**    VANGUARD DISTRIBUTORS, Inc.
PO NO:    A86327                              107 N.E. Lathrop Avenue
PO Date:  09/08/05                      Savannah, GA 31415
                                   (912)236-1766 Phone
                                  (912)238-3072 Fax
                                             1

```
Vendor:  ACTC01                        Ship To:
ACTCO TOOL & MFG CO INC                22 RECEIVING DOCK
14421 BALDWIN ST EXT                   1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE        PA 16335              CLINTON           MS 39056
         Ord Src:
  Cust PO/Rel: P2R21751-P2B01702
Cust Order Date: 09/06/05
```

```
Item/Mfg Number          Due Date  Order Qty U/M   Unit Cost U/M Tax   Total
8E19154        96126-209 09/14/05   1.000 PC      51.00000 PC  Y      51.00     # 28506
  WAFER  ECL G 04-01-94                                                          9-9-05
  NOTCH WAFER DET.#107,SHT.24
  2962447 MA, AND 12124500 MA
  ECL G  PRINT DATE 04-01-94
  NON-JIT
    ItmSeq:P2B01702-008284 UOM:PC
8E20225        96127-22  09/14/05   1.000 PC      51.00000 PC  Y      51.00     # 28507
  WAFER  ECL H 10-10-90                                                          9-9-05
  PIERCE WAFER, DET#104
  2962447 MA, 12124500 MA   SH.23 (447)
  NON-JIT
  ECL H  PRINT DATE 10-10-90
    ItmSeq:P2B01702-008285 UOM:PC
8E20226        96186-30  09/14/05   1.000 PC      94.00000 PC  Y      94.00     # 28509
  WAFER                                                                          9-9-05
  PIERCE WAFER
  02962447M-A SHT 23
  ECL J  PRINT DATE 10-10-90
    ItmSeq:P2B01702-008286 UOM:PC
8K27660        96098-02  08/07/05   4.000 PC      34.50000 PC  Y     138.00     # 28502
  PUNCH  ECL E 07-01-96                                                          9-9-05
  PIERCE PUNCH  DET 94
  VARIOUS DIES
  NON-JIT
  ECL E PRINT DATE 07-01-96
    ItmSeq:P2B01702-008598 UOM:PC
```

=====================================================================
Note: Delphi does not notify Vanguard or suppliers of

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:            9/09/05

PO#:             A86328
                 P2R21752

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
                 31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6437 8E19317-L | | 1 COMPLETE | 108.0000 | 108.00 |

SUB-TOTAL        108.00
SALES TAX           .00
                 108.00

TERMS: NET 30 DAYS

ACTION TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER   28518

DATE:            9/09/05

PO#:             A86328
                 P2R21752

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1001 INDUSTRIAL DRIVE
                                                 PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                     CLINTON, MS
              31415                                            39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6630   | 86GA046-A   | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL        72.00
SALES TAX          .00
                 72.00

TERMS: NET 30 DAYS

14421 BALDWIN ST. E  
P. O. BOX 675  
MEADVILLE          PA 16335

DATE:          9/09/05

PO#:           A86328  
               P2R21752

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS  
107 N.E. LATHROP A                   1001 INDUSTRIAL DRIVE  
                                     PLANT 22 RECEIVING DOCK  
SAVANNAH, GA                         CLINTON, MS  
          31415                                      39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6741 8E20063-J | | 2 COMPLETE | 72.0000 | 144.00 |

SUB-TOTAL     144.00  
SALES TAX        .00  
             144.00

TERMS: NET 30 DAYS

*P2 R21752*



PURCHASE ORDER
PO NO:    A86328
PO Date:  09/08/05

**SEP 0 8 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE         PA  16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON         MS 39056

Ord Src:
Cust PO/Rel:  P2R21752-P2B01702
Cust Order Date:  09/06/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E19317 | 09/14/05 | 1.000 PC | 108.00000 PC Y | 108.00 |
| WAFER | | | | |
| BLANK WAFER | 76437-06 | | | |
| 2962987 MB  SHT 24 | | | | |
| ECL L  PRINT DATE 2/22/95 | | | | |
| ItmSeq:P2B01702-008725 UOM:PC | | | | |
| 8E20063 | 09/14/05 | 2.000 PC | 72.00000 PC Y | 144.00 |
| WAFER | 76741-02 | | | |
| BLANK WAFER, SHT 36 | | | | |
| 2962447MA DIE | | | | |
| ECL J  PRINT DATE 06-01-93 | | | | |
| ItmSeq:P2B01702-008733 UOM:PC | | | | |
| 8GGA046 | 09/14/05 | 1.000 PC | 72.00000 PC Y | 72.00 |
| WAFER | 76630-09 | | | |
| BLANK WAFER, SHT 8 | | | | |
| 12064907 M B | | | | |
| ECL A PRINT DATE 04/26/91 | | | | |
| ItmSeq:P2B01702-009293 UOM:PC | | | | |

# 28514
9-9-05

# 28519
9-9-05

# 28518
9-9-05

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

```
          ACTCO TOOL & MFG. CO.              INVOICE NUMBER:
          14421 BALDWIN ST. EXT.
          P. O. BOX 675                    DATE:          9/12/05
          MEADVILLE          PA 16335
                                           PO#:           A86378
                                                          P2R21782

  BILL TO:          D&B NUMBER: 004350641      SHIP TO!


VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1001 INDUSTRIAL DRIVE
                                        PLANT 22 RECEIVING DOCK
SAVANNAH, GA                            CLINTON, MS
               31415                                     39056

REF NO.    DRAWING NO.        QUANTITY      UNIT PRICE        TOTAL


J6459 8G6U031-B                    1       265.0000        265.00
                              COMPLETE


                                        SUB-TOTAL        265.00
                                        SALES TAX           .00
                                                        265.00



                                        TERMS: NET 30 DAYS
```

ACTOO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28554

DATE:            9/12/05

PO#:             A86378
                 P2R21782

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1001 INDUSTRIAL DRIVE
                                        PLANT 22 RECEIVING DOOK
SAVANNAH, GA                            CLINTON, MS
            31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6557 8E27426-A | | 1 COMPLETE | 108.0000 | 108.00 |

|  |  |
|--|--|
| SUB-TOTAL | 108.00 |
| SALES TAX | .00 |
|  | 108.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:   28555

DATE:              9/12/05

PO#:               A86378
                   P2R21782

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1001 INDUSTRIAL DRIVE
                                          PLANT 22 RECEIVING DOCK
SAVANNAH, GA                              CLINTON, MS
            31415                                      39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6665 8E20494-B | | 2 COMPLETE | 62.0000 | 124.00 |

SUB-TOTAL          124.00
SALES TAX             .00
                   124.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28556

DATE:              9/12/05

PO#:               A86378      /
                   P2R21782

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
          31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6666   | 8E20454-B   | 1        | 62.0000    | 62.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL        62.00
SALES TAX          .00
                 62.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.                              INVOICE NUMBER: 28561
14421 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:          9/12/05
MEADVILLE          PA 16335
                                        PO#:           A86378          /
                                                       P2R21782

BILL TO:          D&B NUMBER: 004350641        SHIP TO:


VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1001 INDUSTRIAL DRIVE
                                        PLANT 22 RECEIVING DOCK
SAVANNAH, GA                            CLINTON, MS
            31415                                       39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6723   | 8G8N092-A   | 1        | 108.0000   | 108.00 |
|         |             | COMPLETE |            |       |

                                        SUB-TOTAL      108.00
                                        SALES TAX         .00
                                                       108.00


                                        TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:      A86378
PO Date:  09/09/05

SEP 0 9 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

Ord Src:
Cust PO/Rel:  P2R21982-P2B01702
Cust Order Date:  09/07/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E20454 | 09/15/05 | 1.000 PC | 62.00000 PC Y | 62.00 |
| WAFER | | | | |
| BLANK WAFER, SHT 13 | | | | |
| 2977571 M | | | | |
| ECL B  PRINT DATE 07/07/89 | | | | |
| ItmSeq:P2B01702-008742 UOM:PC | | | | |
| 8E20494 | 09/15/05 | 2.000 PC | 62.00000 PC Y | 124.00 |
| WAFER | | | | |
| BLANK WAFER, SHT 12 | | | | |
| 2977571-M-A DIE | | | | |
| ECL B  PRINT DATE 12-09-94 | | | | |
| ItmSeq:P2B01702-008743 UOM:PC | | | | |
| 8E27426 | 09/15/05 | 1.000 PC | 108.00000 PC Y | 108.00 |
| WAFER | | | | |
| BLANK WAFER, SHT 23 | | | | |
| 12066634 MA | | | | |
| ECL A  PRINT DATE 03-05-99 | | | | |
| ItmSeq:P2B01702-008855 UOM:PC | | | | |
| 8GBND92 | 09/15/05 | 1.000 PC | 108.00000 PC Y | 108.00 |
| PUNCH  ECL A  02-10-99 | | | | |
| FORM  634A094  SH.30 | | | | |
| 12066634 MA | | | | |
| ECL A PRINT DATE 02-10-99 | | | | |
| ItmSeq:P2B01702-008608 UOM:PC | | | | |
| 8GBU031 | 09/15/05 | 1.000 PC | 265.00000 PC Y | 265.00 |
| PUNCH | | | | |
| BLANK PUNCH, SHT 10 | | | | |

*(handwritten annotations)*
J6666-08   9/12
J6665-09
J6559-15
J6723-02
J6459-16

#28556
9-12-05

#28555
9-12-05

#28554
9-12-05

#28561
9-12-05

#28550
9-12-05

ACTOO TOOL & MFG. CO.                                    INVOICE NUMBER: 28557
14421 BALDWIN ST. EXT.
P. O. BOX 675                                       DATE:          9/12/05
MEADVILLE              PA 16335
                                                    PO#:           A86378        /
                                                                   P2R21782

BILL TO:            D&B NUMBER: 004350641           SHIP TO:

VANGUARD DISTRIBUTORS, INC                          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                                  1001 INDUSTRIAL DRIVE
                                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                        CLINTON, MS
                 31415                                           39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6670   | SGPE032-A   | 1        | 180.0000   | 180.00 |
|         |             | COMPLETE |            |        |

                                            SUB-TOTAL      180.00
                                            SALES TAX         .00
                                                          180.00


                                         TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:  28559

DATE:           9/12/05

PO#:            A86378        /
                P2R21782

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             1001 INDUSTRIAL DRIVE
                                               PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                   CLINTON, MS .
            31415                                          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6678 | SK29282-A | 1 COMPLETE | 300.0000 | 300.00 |

SUB-TOTAL       300.00
SALES TAX          .00
                300.00

TERMS: NET 30 DAYS

```
PURCHASE ORDER                        VANGUARD DISTRIBUTORS, Inc.
PO NO:     A86378                       107 N.E. Lathrop Avenue
PO Date: 09/09/05                        Savannah, GA 31415
                                         (912)236-1766 Phone
                                         (912)238-3072 Fax          2

  Vendor:  ACTC01                     Ship To:
ACTCO TOOL & MFG CO INC               22 RECEIVING DOCK
14421 BALDWIN ST EXT                  1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE        PA 16335             CLINTON          MS 39056

        Ord Src:
   Cust PO/Rel:  P2R21782-P2B01702
Cust Order Date:  09/07/05

Item/Mfg Number          Due Date  Order Qty U/M   Unit Cost U/M Tax    Total
  12124033-M-A
  ECL B  PRINT DATE 08-15-96 ✓
  ItmSeq:P2B01702-009205 UOM:PC
8GPE032              09/15/05           1.000 PC    180.00000 PC  Y     180.00
  BLOCK
  HOLDER BLOCK DET.115 *2 PCS. RE
  Q.*
  12129962 MA  SHT 26
  ECL A  PRINT DATE 9/1/94 ✓
  ItmSeq:P2B01702-009377 UOM:PC
8K29282              09/15/05           1.000 PC    300.00000 PC  Y     300.00
  PUNCH
  BLANK PUNCH, SHT 23
  12066634MA
  ECL A  PRINT DATE 02-10-99 ✓
  ItmSeq:P2B01702-009531 UOM:PC
```

Handwritten: `6670-11  9-12`   `#28557  9-12-05`

Handwritten: `6698-04`   `#28559  9-12-05`

```
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                              SUBTOTAL    1147.00
                              TAX              .00
                                         ---------
                              TOTAL      1147.00
```

ALTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 128573

DATE:            9/13/05

PO#:             A86435
                 P2R21809

BILL TO:         D&B NUMBER: 004350641            SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1001 INDUSTRIAL DRIVE
                                          PLANT 22 RECEIVING DOCK
SAVANNAH, GA                              CLINTON, MS
              31415                                     39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6185   | 8E15005-F   | 2 COMPLETE | 159.0000 | 318.00 |

SUB-TOTAL        318.00
SALES TAX           .00
                 318.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28577

DATE:          9/13/05

PO#:           A86435
               P2R21809

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
          31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6439 BK19361-B | | 1 COMPLETE | 125.0000 | 125.00 |
| | | | SUB-TOTAL | 125.00 |
| | | | SALES TAX | .00 |
| | | | | 125.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE         PA 16335

INVOICE NUMBER: 128584

DATE:          9/13/05

PO#:           A86435
               P2R21809

BILL TO:       D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC               DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
               31415                                     39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6572 8E23485-A | | 1 COMPLETE | 72.0000 | 72.00 |

                                         SUB-TOTAL      72.00
                                         SALES TAX        .00
                                                        72.00


                              TERMS: NET 30 DAYS

14421 BALDWIN ST, F
P. O. BOX 675
MEADVILLE            PA 16335

DATE:            9/14/05

PO#:             A86435
                 P2R21809

BILL TO:         D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                     DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1001 INDUSTRIAL DRIVE
                                              PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                  CLINTON, MS
            31415                                         39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6481 | 8F01003-L | 1 COMPLETE | 84.0000 | 84.00 |

SUB-TOTAL        84.00
SALES TAX          .00
                 84.00

TERMS: NET 30 DAYS

*P2R21809*

PURCHASE ORDER
PO NO:     A86435
PO Date:   09/12/05

SEP 1 2 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE      PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

        Ord Src:
Cust PO/Rel:  P2R21809-P2B01702
Cust Order Date:  09/08/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total | |
|---|---|---|---|---|---|
| 8E01003 | 09/19/05 | 1.000 PC | 84.00000 PC Y | 84.00 | # 28615 9-14-05 |
| WAFER | | | | | |
| BLANK WAFER, DET 62, SHT 24 | | | | | |
| 02962447 MA | | | | | |
| ECL L  PRINT DATE 06-23-97 | | | | | |
| ItmSeq:P2B01702-008723 UOM:PC | | | | | |
| 8E15005 | 09/19/05 | 2.000 PC | 159.00000 PC Y | 318.00 | #28573 9-13-05 |
| WAFER | | | | | |
| BLANK WAFER 2 PCS. REQ. | | | | | |
| 2962447 MA  SHT 24 | | | | | |
| ECL F  PRINT DATE 4/1/96 | | | | | |
| ItmSeq:P2B01702-008724 UOM:PC | | | | | |
| 8E23485 | 09/19/05 | 1.000 PC | 72.00000 PC Y | 72.00 | # 28584 9-13-05 |
| WAFER | | | | | |
| BLANK WAFER, SHT 17 | | | | | |
| 12010237 MA | | | | | |
| ECL A  PRINT DATE 02-17-78 | | | | | |
| ItmSeq:P2B01702-008768 UOM:PC | | | | | |
| 8K19361 | 09/19/05 | 1.000 PC | 125.00000 PC Y | 125.00 | # 28577 9-13-05 |
| PUNCH | | | | | |
| BLANK PUNCH | | | | | |
| 2977571 MA  SHT 12 | | | | | |
| ECL B  PRINT DATE 12/9/94 | | | | | |
| ItmSeq:P2B01702-009428 UOM:PC | | | | | |

================================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision

ACTCO TUBE & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 128576

DATE:          9/13/05

PO#:           A86436
               P2R21811

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
            31415                                         39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6433 | 86CA096-B | 2 COMPLETE | 109.0000 | 218.00 |

SUB-TOTAL     218.00
SALES TAX        .00
              218.00

TERMS: NET 30 DAYS

\

ACTION TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/13/05

PO#:           A86436
               P2R21811

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             1001 INDUSTRIAL DRIVE
                                               PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                   CLINTON, MS
              31415                                           39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6451 8GGD593-A | | 2 COMPLETE | 96.0000 | 192.00 |

SUB-TOTAL     192.00
SALES TAX        .00
              192.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28581

DATE:               9/13/05

PO#:                A86436
                    P2R21811

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1001 INDUSTRIAL DRIVE
                                           PLANT 22 RECEIVING DOCK
SAVANNAH, GA                               CLINTON, MS
              31415                                          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6524   | 8E25213-A   | 2 COMPLETE | 62.0000 | 124.00 |

|  |  |
|--|--|
| SUB-TOTAL | 124.00 |
| SALES TAX | .00 |
|  | 124.00 |

TERMS: NET 30 DAYS

METCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28582

DATE:                    9/13/05

PO#:                     A86436
                         P2R21811

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
          31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6531   | 8E25035-E   | 1        | 62.0000    | 62.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL     62.00
SALES TAX       .00
              62.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:  28866

DATE:          9/28/05

PO#:      A86436/P2R21811

BILL TO:          D&B NUMBER:  004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
                31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81032 | 8E23383-B | 1 COMPLETE | 219.0000 | 219.00 |

SUB-TOTAL     219.00
SALES TAX        .00
              219.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28585

DATE:          9/13/05

PO#:          A86436
               P2R21811

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
          31415                              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6749   | 8K19337-D   | 1 COMPLETE | 195.0000 | 195.00 |

SUB-TOTAL          195.00
SALES TAX             .00
                   195.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28586

DATE:          9/13/05

PO#:           A86436
               P2R21811

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
               31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6751 8K27376-C | | 1 | 265.0000 | 265.00 |
| | | COMPLETE | | |

SUB-TOTAL          265.00
SALES TAX             .00
                   265.00

TERMS: NET 30 DAYS

ACTCH TOOL & MFG. CO.                     INVOICE NUMBER:  28622
14421 BALDWIN ST. EXT.
P. O. BOX 675                             DATE:           9/14/05
MEADVILLE          PA 16335
                                         PO#:            A86436
                                                         P2R21811

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
             31415                                    39056

REF NO.     DRAWING NO.        QUANTITY        UNIT PRICE         TOTAL

J6670 8GPE032-A                     2          180.0000         360.00
                               COMPLETE


                                         SUB-TOTAL            360.00
                                         SALES TAX               .00
                                                             360.00


                                         TERMS: NET 30 DAYS

14421 BALDWIN ST.  ERIE
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/16/05

PO#:       A86436/P2R21811

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
              31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81033 | 8K18367-F | 1 COMPLETE | 437.0000 | 437.00 |

SUB-TOTAL        437.00
SALES TAX           .00
                 437.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE           PA 16335

INVOICE NUMBER: 128583

DATE:            9/13/05

PO#:             A86436
                 P2R21811

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
              31415                                         39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6559 8K27986-A | | 1 COMPLETE | 203.0000 | 203.00 |

                                    SUB-TOTAL        203.00
                                    SALES TAX          .00
                                                    203.00

                              TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE          PA 16335

INVOICE NUMBER: 28984

DATE:          10/07/05

PO#:     AB6436/P2R21811

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
          31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81034 | 8K28423-A | 1 COMPLETE | 306.0000 | 306.00 |

SUB-TOTAL      306.00
SALES TAX        .00
               306.00

TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:      A86436
PO Date: 09/12/05

SEP 1 2 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTCO1
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

Ord Src:
Cust PO/Rel:  P2R21811-P2B01702
Cust Order Date: 09/08/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E23383 _810.32_ | 10/12/05 _102_ | 1.000 PC | 219.00000 PC Y | 219.00 |
| BLOCK   ECL B 06-15-93 | | | | |
| FORM BLOCK 12004552M | | | | |
| SHT 41 | | | | |
| ECL B  PRINT DATE 06-15-93 | | | | |
| ItmSeq:P2B01702-008563 UOM:PC | | | | |
| 8E25035  _96531-13_ | 09/19/05 _9-13_ | 1.000 PC | 62.00000 PC Y | 62.00 |
| WAFER | | | | |
| BLANK WAFER, SHT 13 | | | | |
| 12045082-M (Z) | | | | |
| ECL E  PRINT DATE 03-15-98 ✓ | | | | |
| ItmSeq:P2B01702-008784 UOM:PC | | | | |
| 8E25213  _96524-24_ | 09/19/05 | 2.000 PC | 62.00000 PC Y | 124.00 |
| WAFER | | | | |
| BLANK WAFER, SHT 26 | | | | |
| 12015082 M DIE | | | | |
| ECL A  PRINT DATE 03-18-93 ✓ | | | | |
| ItmSeq:P2B01702-008796 UOM:PC | | | | |
| 8GCA096  _96433-02_ | 09/19/05 | 2.000 PC | 109.00000 PC Y | 218.00 |
| INSERT | | | | |
| FORM INSERT SHT 33 | | | | |
| 12066637 MB | | | | |
| ECL B  PRINT DATE 12-12-03 ✓ | | | | |
| ItmSeq:P2B01702-009228 UOM:PC | | | | |
| 8GGD593  _96451-21_ | 09/19/05 | 2.000 PC | 96.00000 PC Y | 192.00 |
| WAFER | | | | |
| BLANK WAFER | | | | |

#28866
9-28-05

#28582
9-13-05

#28581
9-13-05

#28576
9-13-05

#28578
9-13-05

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:      A86436                          107 N.E. Lathrop Avenue
PO Date:  09/12/05                            Savannah, GA 31415
                                             (912)236-1766 Phone
                                             (912)238-3072 Fax
                                                                        2
   Vendor:  ACTC01                      Ship To:
ACTCO TOOL & MFG CO INC                  22 RECEIVING DOCK
14421 BALDWIN ST EXT                     1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE          PA 16335              CLINTON          MS 39056

      Ord Src:
   Cust PO/Rel:  P2R21811-P2B01702
Cust Order Date:  09/08/05
```

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 12015082 M  SHT 30 |  |  |  |  |
| ECL A  PRINT DATE 3/15/98 ✓ |  |  |  |  |
| ItmSeq:P2B01702-009323 UOM:PC |  |  |  |  |
| 8GPE032 | 09/19/05 | 2,000 PC | 180.00000 PC  Y | 360.00 |
| BLOCK |  |  |  |  |
| HOLDER BLOCK DET.115 *2 PCS. RE |  |  |  |  |
| Q.* |  |  |  |  |
| 12129962 MA  SHT 26 |  |  |  |  |
| ECL A  PRINT DATE 9/1/94 ✓ |  |  |  |  |
| ItmSeq:P2B01702-009377 UOM:PC |  |  |  |  |
| 8K18367 | 10/12/05 | 1,000 PC | 437.00000 PC  Y | 437.00 |
| PUNCH |  |  |  |  |
| BLANK PUNCH, SHT 9 |  |  |  |  |
| 2977571 MA |  |  |  |  |
| ECL F  PRINT DATE 05/01/98 |  |  |  |  |
| ItmSeq:P2B01702-008592 UOM:PC |  |  |  |  |
| 8K19337 | 09/19/05 | 1,000 PC | 195.00000 PC  Y | 195.00 |
| PUNCH |  |  |  |  |
| BLANK PUNCH |  |  |  |  |
| 2977571 MA  SHT 38 |  |  |  |  |
| ECL D  PRINT DATE 1/1/98 ✓ |  |  |  |  |
| ItmSeq:P2B01702-009427 UOM:PC |  |  |  |  |
| 8K27376 | 09/19/05 | 1,000 PC | 265.00000 PC  Y | 265.00 |
| PUNCH |  |  |  |  |
| BLANK PUNCH, SHT 17 |  |  |  |  |
| 12010237 M |  |  |  |  |
| ECL C PRINT DATE 06/06/93 |  |  |  |  |

Handwritten annotations:

J6670-12 ×   #28622   9-14-05

9-13 Scott said Homestead will have parts here on time.

810 33   10-7   #28669   9-16-05

J6749-01   #28585   9-13-05

J6751-01   #28586   9-13-05

```
PURCHASE ORDER                        VANGUARD DISTRIBUTORS, Inc.
PO NO:     A86436                       107 N.E. Lathrop Avenue
PO Date:  09/12/05                        Savannah, GA 31415
                                          (912)236-1766 Phone
                                          (912)238-3072 Fax            3

   Vendor:  ACTC01                    Ship To:
ACTCO TOOL & MFG CO INC               22 RECEIVING DOCK
14421 BALDWIN ST EXT                  1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE        PA 16335             CLINTON            MS 39056

     Ord Src:
   Cust PO/Rel:  P2R21811-P2B01702
Cust Order Date:  09/08/05
```

```
Item/Mfg Number              Due Date  Order Qty U/M   Unit Cost U/M Tax    Total
  ItmSeq:P2B01702-009447 UOM:PC
8K27986                      09/19/05    1.000 PC      203.00000 PC   Y     203.00
  PUNCH
  BLANK PUNCH, SHT 26
  12015082-M DIE
  ECL A PRINT DATE 03/18/93
  ItmSeq:P2B01702-009474 UOM:PC
8K28423                      10/12/05    1.000 PC      306.00000 PC   Y     306.00
  PUNCH
  NOTCH PUNCH
  2977571 M A    SH. 27
  DET 253 R      SHT 27
  ECL A  PRINT DATE 12-09-94
  ItmSeq:P2B01702-008531 UOM:PC
```

Handwritten annotations: `6559-11`, `#28583 9-13-05`, `810.34  10-7`, `#28984 10-7-05`

```
=================================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                                     SUBTOTAL      2581.00
                                     TAX               .00
                                                 ----------
                                     TOTAL        2581.00
```

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/14/05

PO#:               A86499
                   P2R21837

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1001 INDUSTRIAL DRIVE
                                   PLANT 22 RECEIVING DOCK
SAVANNAH, GA                       CLINTON, MS
            31415                              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6283 | 8T40126-C | 1 COMPLETE | 205.0000 | 205.00 |

SUB-TOTAL   205.00
SALES TAX      .00
            205.00

TERMS: NET 30 DAYS

P2R21837

PURCHASE ORDER
PO NO:      A86499
PO Date:  09/13/05

SEP 13 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

        Ord Src:
   Cust PO/Rel:  P2R21837-P2B01702
Cust Order Date:  09/11/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8T40126 | 09/19/05 | 1.000 PC | 205.00000 PC  Y | 205.00 |

96283-27          9-14

#28598
9-14-05

ROCKER  ECL C 09-14-00
STANDARD DETAIL
ECL C PRINT DATE 09-14-00  ✓
ItmSeq:P2B01702-008304 UOM:PC
========================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                              SUBTOTAL      205.00
                              TAX              .00
                                           ----------
                              TOTAL         205.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/13/05

PO#:           A86497
               P2R21855

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
               39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6127 8E20225-H | | 2 COMPLETE | 51.0000 | 102.00 |

SUB-TOTAL      102.00
SALES TAX         .00
               102.00

TERMS: NET 30 DAYS

P2 R21855

SEP 1 3 2005

PURCHASE ORDER
PO NO:     A86497
PO Date:  09/13/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

    Ord Src:
  Cust PO/Rel:  P2R21855-P2B01702
Cust Order Date:  09/12/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E20225 | 09/19/05 | 2.000 PC | 51.00000 PC  Y | 102.00 |

96127-23

Rd PL # 41336  9-12-05
Inv. # 28572   9-13-05

WAFER  ECL H 10-10-90
PIERCE WAFER, DET#104
2962447 MA, 12124500 MA   SH.23 (447)
NON-JIT
ECL H  PRINT DATE 10-10-90
ItmSeq:P2B01702-008285 UOM:PC
WHO ORDERED: R22

========================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                                    SUBTOTAL      102.00
                                         TAX          .00
                                                 ---------
                                       TOTAL      102.00

14421 BALDWIN ST.  EXT
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/14/05

PO#:           A86498
               P2R21856

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1001 INDUSTRIAL DRIVE
                                          PLANT 22 RECEIVING DOCK
SAVANNAH, GA                              CLINTON, MS
              31415                                      39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6127 8E20225-H | | 3 COMPLETE | 51.0000 | 153.00 |

SUB-TOTAL        153.00
SALES TAX           .00
                 153.00

TERMS: NET 30 DAYS

*P2R21856*

PURCHASE ORDER
PO NO:      A86498
PO Date:  09/13/05

SEP 1 3 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

Ord Src:
  Cust PO/Rel:  P2R21856-P2B01702
Cust Order Date:  09/12/05

Item/Mfg Number              Due Date  Order Qty U/M   Unit Cost U/M Tax    Total
8E20225      76127-24      10/12/05   3,000 PC     51.00000 PC  Y    153.00     Blue #28596
  WAFER  ECL H 10-10-90                                                          9-14-05
  PIERCE WAFER, DET#104
  2962447 MA, 12124500 MA   SH.23 (447)
  NON-JIT
  ECL H  PRINT DATE 10-10-90
  ItmSeq:P2B01702-008285 UOM:PC
  WHO ORDERED: P22
=================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                                        SUBTOTAL      153.00
                                             TAX         .00
                                                   ----------
                                           TOTAL      153.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:          128624

DATE:              9/15/05

PO#:               A86558
                   P2R21867

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
            31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6097 8K19102-P | | 3 COMPLETE | 220.0000 | 660.00 |

                              SUB-TOTAL      660.00
                              SALES TAX         .00
                                             660.00


                         TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER 128625

DATE:          9/15/05

PO#:           A86558
               P2R21867

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
          31415                                             39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6126 8E19154--G | | 1 COMPLETE | 51.0000 | 51.00 |

SUB-TOTAL          51.00
SALES TAX            .00
                   51.00

TERMS: NET 30 DAYS

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/15/05

PO#:           A86558
               F2R21867

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
          31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6311 8K19036-N | | 1<br>COMPLETE | 204.0000 | 204.00 |

SUB-TOTAL      204.00
SALES TAX         .00
               204.00

TERMS: NET 30 DAYS

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/15/05

PO#:          A86558
              P2R21867

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
              31415                                      39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6481 8E01003-L |  | 1 COMPLETE | 84.0000 | 84.00 |

|  |  |
|--|--|
| SUB-TOTAL | 84.00 |
| SALES TAX | .00 |
|  | 84.00 |

TERMS: NET 30 DAYS

DELPHI TRW & ASCG   CO                    INVOICE NUMBER:   28655
14421 BALDWIN ST. EXT.
P. O. BOX 675                             DATE:        9/16/05
MEADVILLE        PA 16335

                                          PO#:          A86558
                                                        P2R21867

BILL TO:        D&B NUMBER: 004350641      SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
                31415                                   39056

REF NO.    DRAWING NO.      QUANTITY     UNIT PRICE        TOTAL

J6186 8E20226-J                  3         94.0000        282.00
                            COMPLETE

                                         SUB-TOTAL        282.00
                                         SALES TAX           .00
                                                         282.00

                                         TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:     A86558
PO Date:  09/14/05

**SEP 1 4 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor: ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON            MS 39056

Ord Src:
Cust PO/Rel:  P2R21867-P2B01702
Cust Order Date: 09/12/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8E01003 | 09/20/05 | 1.000 | PC | 84.00000 | PC | Y | 84.00 |
| WAFER | | | | | | | |
| BLANK WAFER, DET 62, SHT 24 | | | | | | | |
| 02962447 MA | | | | | | | |
| ECL L  PRINT DATE 06-23-97 | | | | | | | |
| ItmSeq:P2B01702-008723 UOM:PC | | | | | | | |
| 8E19154 | 09/20/05 | 1.000 | PC | 51.00000 | PC | Y | 51.00 |
| WAFER ECL G 04-01-94 | | | | | | | |
| NOTCH WAFER DET.#107,SHT.24 | | | | | | | |
| 2962447 MA, AND 12124500 MA | | | | | | | |
| ECL G  PRINT DATE 04-01-94 | | | | | | | |
| ItmSeq:P2B01702-008284 UOM:PC | | | | | | | |
| 8E20226 | 09/20/05 | 3.000 | PC | 94.00000 | PC | Y | 282.00 |
| WAFER | | | | | | | |
| PIERCE WAFER | | | | | | | |
| 02962447M-A SHT 23 | | | | | | | |
| ECL J  PRINT DATE 10-10-90 | | | | | | | |
| ItmSeq:P2B01702-008286 UOM:PC | | | | | | | |
| 8K19036 | 09/20/05 | 1.000 | PC | 204.00000 | PC | Y | 204.00 |
| PUNCH  ECL N 08-01-99 | | | | | | | |
| PIERCE PUNCH  DET 42  SHT 24 | | | | | | | |
| 2962447 MA, 2962915 M  DET 69 | | | | | | | |
| 12124500 MA  DET 43  SHT 1 | | | | | | | |
| ECL N PRINT DATE 08-01-99 | | | | | | | |
| ItmSeq:P2B01702-009729 UOM:PC | | | | | | | |
| 8K19102 | 09/20/05 | 3.000 | PC | 220.00000 | PC | Y | 660.00 |
| PUNCH | | | | | | | |
| LANCE PUNCH | | | | | | | |

*(handwritten annotations:)*

96481-21   # 28630  9-15-05

96126-21   # 28625  9-15-05

96186-31   # 28655  9-16-05

96311-01   # 28629  9-15-05

96097-43   # 28624  9-15-05

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

DATE:          9/15/05

PO#:           A86559
               P2R21868

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
             31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6566 8E19413-J | | 1 COMPLETE | 108.0000 | 108.00 |

SUB-TOTAL      108.00
SALES TAX          .00
               108.00

TERMS: NET 30 DAYS

14421 BALDWIN ST. ERIE
P. O. BOX 675
MEADVILLE      PA 16335

INVOICE NUMBER: 128632

DATE:      9/15/05

PO#:      A86559
         P2R21868

BILL TO:      D&B NUMBER: 004350641      SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
         31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
         39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6637 8E20299-H | | 1 COMPLETE | 62.0000 | 62.00 |

SUB-TOTAL      62.00
SALES TAX      .00
         62.00

TERMS: NET 30 DAYS

14421 BALDWIN ST. EXT
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/15/05

PO#:           A86559
               P2R21868

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH. GA                                 CLINTON. MS
              31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6681 8E20072-K | | 1  COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL        72.00
SALES TAX          .00
                 72.00

TERMS: NET 30 DAYS

INVOICE NUMBER: 28668

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/16/05

PO#:     A86559/P2R21868

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81046 | 8K19040-R | 1 COMPLETE | 265.0000 | 265.00 |

SUB-TOTAL          265.00
SALES TAX            .00
                   265.00

TERMS: NET 30 DAYS

*P 2 R 21-868*



PURCHASE ORDER
PO NO:     A86559
PO Date:  09/14/05

**SEP 1 4 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON              MS 39056

Ord Src:
   Cust PO/Rel: P2R21868-P2B01702
Cust Order Date: 09/12/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8E19413 | *96566-05* 09/20/05 | 1.000 | PC | 108.00000 | PC | Y | 108.00 |
| WAFER  ECL J 05-01-91 | | | | | | | |
| BLANK WAFER, SHT 12 | | | | | | | |
| 2962989 MC DIE | | | | | | | |
| ECL J  PRINT DATE 05-01-91 | | | | | | | |
| ItmSeq:P2B01702-008727 UOM:PC | | | | | | | |
| 8E20072 | *96681-06* 09/20/05 | 1.000 | PC | 72.00000 | PC | Y | 72.00 |
| WAFER  ECL K 02-01-93 | | | | | | | |
| BLANK WAFER, SHT 7 | | | | | | | |
| 2962683 M | | | | | | | |
| ECL K  PRINT DATE 02-01-93 | | | | | | | |
| ItmSeq:P2B01702-008735 UOM:PC | | | | | | | |
| 8E20299 | *96637-08* 09/20/05 | 1.000 | PC | 62.00000 | PC | Y | 62.00 |
| WAFER | | | | | | | |
| BLANK WAFER, SHT 18 | | | | | | | |
| 6294014 M | | | | | | | |
| ECL H  PRINT DATE 01-22-93 | | | | | | | |
| ItmSeq:P2B01702-008737 UOM:PC | | | | | | | |
| 8K19040 | *91046* 10/13/05 | 1.000 | PC | 265.00000 | PC | Y | 265.00 |
| PUNCH ECL R-02-01-93  *10-10* | | | | | | | |
| NOTCH PUNCH, SHT 7 | | | | | | | |
| 02962683 M | | | | | | | |
| ECL R PRINT DATE 02/01/93 | | | | | | | |
| ItmSeq:P2B01702-007867 UOM:PC | | | | | | | |

*#28631*
*9-15-05*

*#28633*
*9-15-05*

*#28632*
*9-15-05*

*#28668*
*9-16-05*

====================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision

ACTCO TOOL & MFG. CO.
14401 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28662

DATE:               9/16/05

PO#:                A86613
                    P2RP1892

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC             DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                    1001 INDUSTRIAL DRIVE
                                      PLANT 22 RECEIVING DOCK
SAVANNAH, GA                          CLINTON, MS
            31415                                 39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6552 8E25489-B | | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL        72.00
SALES TAX          .00
                 72.00

TERMS: NET 30 DAYS

*P 2 R 21 892*

PURCHASE ORDER
PO NO:        A86613
PO Date:   09/15/05

**SEP 15 2005**

Vendor:   ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

        Ord Src:
Cust PO/Rel:  P2R21892-P2B01702
Cust Order Date:  09/13/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

                                                        1

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON            MS 39056

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E25489 | 09/21/05 | 1,000 PC | 72.00000 PC  Y | 72.00 |

WAFER   96552-08
BLANK WAFER, SHT 11
12033607 MA
ECL B   PRINT DATE 12-15-93
ItmSeq:P2B01702-008799 UOM:PC

#28662
9-16-05

=================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                                        SUBTOTAL        72.00
                                        TAX              .00
                                                    ----------
                                        TOTAL          72.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28692

DATE:          9/19/05

PO#:          A86669
              P2R21922

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
              31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6186 | 8E20226-J | 2 COMPLETE | 94.0000 | 188.00 |

SUB-TOTAL          188.00
SALES TAX             .00
                   188.00

TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:      A86669
PO Date:   09/16/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

SEP 1 6 2005

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA  16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON              MS 39056

Ord Src:
Cust PO/Rel:  P2R21922-P2B01702
Cust Order Date:  09/14/05

Item/Mfg Number      Due Date   Order Qty U/M   Unit Cost U/M Tax   Total
8E20226              09/22/05   2.000 PC        94.00000 PC         188.00
WAFER  96186-32
PIERCE WAFER
0296244JM-A SHT 23
ECL J  PRINT DATE 10-10-90
ItmSeq: P2B01702-008286 UOM: PC

#28692
9-19-05

=========================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                                        SUBTOTAL      188.00
                                        TAX              .00
                                                    ----------
                                        TOTAL        188.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28697

DATE:          9/19/05

PO#:           A86670
               P2R21923

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6698 8K29282-A | | 1 COMPLETE | 300.0000 | 300.00 |

SUB-TOTAL      300.00
SALES TAX        .00
               300.00

TERMS: NET 30 DAYS

*P2R21923*

PURCHASE ORDER
PO NO:      A86670
PO Date:  09/16/05

SEP 1 6 2005

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

      Ord Src:
   Cust PO/Rel:  P2B21923-P2B01702
Cust Order Date:  09/14/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8K29282 | 09/22/05 | 1.000 | PC | 300.00000 | PC | Y | 300.00 |

96698-05

PUNCH
BLANK PUNCH, SHT 23
12066634MA
ECL A / PRINT DATE 02-10-99
ItmSeq:P2B01702-009531 UOM:PC

# 28697
9-19-05

=================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                              SUBTOTAL      300.00
                                   TAX         .00
                                          ----------
                                 TOTAL      300.00

ACTCO TOOL & MFG. CO.                                    INVOICE NUMBER: 28738
14421 BALDWIN ST. EXT.
P. O. BOX 675                                    DATE:        9/21/05
MEADVILLE          PA 16335

                                                PO#:         A86721
                                                             P2R21946

BILL TO:           D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1001 INDUSTRIAL DRIVE
                                                 PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                     CLINTON, MS
              31415                                             39056          .

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6512 8E23122-C | | 3 COMPLETE | 72.0000 | 216.00 |

                                        SUB-TOTAL       216.00
                                        SALES TAX          .00
                                                        216.00


                                        TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:      A86721
PO Date:  09/19/05

**SEP 1 9 2005**

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax                    1

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

          Ord Src:
  Cust PO/Rel:  P2R21946-P2B01702
Cust Order Date:  09/15/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E23122 | 09/26/05 | 3.000 PC | 72.00000 PC  Y | 216.00 |

WAFER
BLANK WAFER, SHT 9
2965805M-B DIE
ECL C  PRINT DATE 01-14-93
ItmSeq:P2B01702-008751 UOM:PC

# 28738
9-21-05

=====================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                              SUBTOTAL        216.00
                              TAX                 .00
                                           ---------
                              TOTAL           216.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28743

DATE:            9/21/05

PO#:             A86722
                 P2R21957

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
             31415                                           39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6739 607A206-A | | 4 COMPLETE | 62.0000 | 248.00 |
| | | | SUB-TOTAL | 248.00 |
| | | | SALES TAX | .00 |
| | | | | 248.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28744

DATE:          9/21/05

PO#:           A86722
               P2R21957

| BILL TO: | D&B NUMBER: 004350641 | SHIP TO: |
| --- | --- | --- |

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
| --- | --- | --- | --- | --- |
| J6742 8E23027-D | | 4 COMPLETE | 72.0000 | 288.00 |

SUB-TOTAL     288.00
SALES TAX       .00
              288.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28745

DATE:          9/21/05

PO#:          A86722
              P2R21957

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
              31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6743 | 8E23714-E | 4 COMPLETE | 72.0000 | 288.00 |

SUB-TOTAL          288.00
SALES TAX            .00
                   288.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28746

DATE:          9/21/05

PO#:           A86722
               P2R21957

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1001 INDUSTRIAL DRIVE
                                          PLANT 22 RECEIVING DOCK
SAVANNAH, GA                              CLINTON, MS
              31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6744 8E25793-B | | 4 COMPLETE | 72.0000 | 288.00 |
| | | | SUB-TOTAL | 288.00 |
| | | | SALES TAX | .00 |
| | | | | 288.00 |

TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:      A86722
PO Date:   09/19/05

**SEP 1 9 2005**
Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ord Src:
Cust PO/Rel:  P2R21957-P2B01702
Cust Order Date:  09/16/05

Vanguard Distributors, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

1



| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total | |
|---|---|---|---|---|---|
| 607A206 | 09/26/05 | 4.000 PC | 62.00000 PC Y | 248.00 | # 28743 9-21-05 |
| WAFER | | | | | |
| BLANK WAFER | | | | | |
| 12033607 MA  SHT 11 | | | | | |
| ECL A  PRINT DATE 5/20/97 | | | | | |
| ItmSeq:P2B01702-008696 UOM:PC | | | | | |
| WHO ORDERED: ASL BUY IN -- MEP | | | | | |
| 8E23027 | 09/26/05 | 4.000 PC | 72.00000 PC Y | 288.00 | # 28744 9-21-05 |
| WAFER | | | | | |
| BLANK WAFER, SHT 39 | | | | | |
| 2962447MA DIE | | | | | |
| ECL D  PRINT DATE 10-10-90 | | | | | |
| ItmSeq:P2B01702-008748 UOM:PC | | | | | |
| WHO ORDERED: ASL BUY IN -- MEP | | | | | |
| 8E23714 | 09/26/05 | 4.000 PC | 72.00000 PC Y | 288.00 | # 28745 9-21-05 |
| WAFER | | | | | |
| BLANK WAFER | | | | | |
| 2962447 MA  SHT 42 | | | | | |
| ECL E  PRINT DATE 10/10/90 | | | | | |
| ItmSeq:P2B01702-008769 UOM:PC | | | | | |
| WHO ORDERED: ASL BUY IN -- MEP | | | | | |
| 8E25793 | 09/26/05 | 4.000 PC | 72.00000 PC Y | 288.00 | # 28746 9-21-05 |
| WAFER | | | | | |
| BLANK WAFER, SHT 31 | | | | | |
| 12010237-M DIE | | | | | |
| ECL B  PRINT DATE 02-21-85 | | | | | |
| ItmSeq:P2B01702-008814 UOM:PC | | | | | |
| WHO ORDERED: ASL BUY IN -- MEP | | | | | |

Handwritten annotations:
607A206: J6739-01
8E23027: J6742-01
8E23714: J6743-01
8E25793: J6744-01

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28739

DATE:            9/21/05

PO#:             A86722
                 P2R21957

BILL TO:            D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
              31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6516 8GBB395-A | | 4 COMPLETE | 187.0000 | 748.00 |

SUB-TOTAL        748.00
SALES TAX           .00
                 748.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:   28747

DATE:        9/21/05

PO#:         A86722
             P2R21957

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
          31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6746 8GGD062-A | | 3 COMPLETE | 72.0000 | 216.00 |

SUB-TOTAL    216.00
SALES TAX       .00
             216.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28748

DATE:          9/21/05

PO#:           A86722
               P2R21957

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
          31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6747 | 8G6D065-A | 3 | 72.0000 | 216.00 |
| | | COMPLETE | | |

                                   SUB-TOTAL      216.00
                                   SALES TAX         .00
                                                  216.00

                              TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:   28749

DATE:          9/21/05

PO#:           A86722
               F2R21957

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
          31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6748   | 8K18254-T   | 1 COMPLETE | 203.0000 | 203.00 |

                                        SUB-TOTAL      203.00
                                        SALES TAX         .00
                                                       203.00

                              TERMS: NET 30 DAYS

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:      A86722                          107 N.E. Lathrop Avenue
PO Date:  09/19/05                            Savannah, GA 31415
                                             (912)236-1766 Phone
                                             (912)238-3072 Fax
                                                                        2

   Vendor:  ACTC01                      Ship To:
ACTCO TOOL & MFG CO INC                 22 RECEIVING DOCK
14421 BALDWIN ST EXT                    1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE        PA 16335               CLINTON          MS 39056

     Ord Src:
   Cust PO/Rel:  P2R21957-P2B01702
Cust Order Date:  09/16/05
```

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M Tax | Total |
|---|---|---|---|---|---|---|
| 8GBB395 | 09/26/05 | 4.000 | PC | 187.00000 | PC  Y | 748.00 |

```
   PUNCH          16516-D2
   COIN PUNCH SHT 28
   12066637 MB
   ECL  A  PRINT DATE 1-20-03
     ItmSeq:P2B01702-009064 UOM:PC
   WHO ORDERED: ASL BUY IN -- MEP
```
*28739*
*9-21-05*

| | | | | | | |
|---|---|---|---|---|---|---|
| 8GGD062 | 09/26/05 | 3.000 | PC | 72.00000 | PC  Y | 216.00 |

```
   WAFER          16746-01
   BLANK WAFER
   2962447 MA  SHT 38
   ECL A  PRINT DATE 10/10/90
     ItmSeq:P2B01702-009309 UOM:PC
   WHO ORDERED: ASL BUY IN -- MEP
```
*28747*
*9-21-05*

| | | | | | | |
|---|---|---|---|---|---|---|
| 8GGD065 | 09/26/05 | 3.000 | PC | 72.00000 | PC  Y | 216.00 |

```
   WAFER          16747-01
   BLANK WAFER, SHT 41
   02962447 MA
   ECL A PRINT DATE 10/10/90
     ItmSeq:P2B01702-009310 UOM:PC
   WHO ORDERED: ASL BUY IN -- MEP
```
*28748*
*9-21-05*

| | | | | | | |
|---|---|---|---|---|---|---|
| 8K18254 | 09/26/05 | 1.000 | PC | 203.00000 | PC  Y | 203.00 |

```
   PUNCH          16748-01
   NOTCH PUNCH, SHT 17
   02962987 MB
   ECL T PRINT DATE 02/22/95
     ItmSeq:P2B01702-009418 UOM:PC
   WHO ORDERED: ASL BUY IN -- MEP
```
*28749*
*9-21-05*

===================================================================

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28735

DATE:          9/21/05

PO#:           A86791
               P2R21963

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1001 INDUSTRIAL DRIVE
                                              PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                  CLINTON, MS
               31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6451 8GGD593-A | | 4 COMPLETE | 96.0000 | 384.00 |

SUB-TOTAL          384.00
SALES TAX            .00
                   384.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 128736

DATE:            9/21/05

PO#:             A86791
                 P2R21963

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
          31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6456 8E25997-A | | 2 COMPLETE | 62.0000 | 124.00 |
| | | | SUB-TOTAL | 124.00 |
| | | | SALES TAX | .00 |
| | | | | 124.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28740

DATE:          9/21/05

PO#:           A86791
               P2R21963

BILL TO:         D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1001 INDUSTRIAL DRIVE
                                           PLANT 22 RECEIVING DOCK
SAVANNAH, GA                               CLINTON, MS
            31415                                          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6524 8E25213-A | | 3 COMPLETE | 62.0000 | 186.00 |

SUB-TOTAL      186.00
SALES TAX         .00
               186.00

TERMS: NET 30 DAYS

ACTEC TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28742

DATE:          9/21/05

PO#:           A86791
               P2R21963

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
          31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6724 8E23301-A | | 2 COMPLETE | 72.0000 | 144.00 |

SUB-TOTAL          144.00
SALES TAX            .00
                   144.00

TERMS: NET 30 DAYS

P2R 21963



SEP 2 0 2005

PURCHASE ORDER
PO NO:    A86791
PO Date:  09/20/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

Ord Src:
  Cust PO/Rel: P2R21963-P2B01702
Cust Order Date: 09/18/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E23301 | 09/26/05 | 2.000 PC | 72.00000 PC Y | 144.00 |

#28742  9-21-05
6724-06

WAFER
BLANK WAFER, SHT 43
12004577 M
ECL A  PRINT DATE 08-15-93
ItmSeq:P2B01702-008759 UOM:PC

| 8E25213 | 09/26/05 | 5.000 PC | 62.00000 PC Y | 310.00 |

#28740  9-21-05
6524

WAFER
BLANK WAFER, SH
12015082 M DIE
ECL A  PRINT DATE 03-18-93
ItmSeq:P2B01702-008796 UOM:PC

10-14-05 -25
10-14-05 -26
3 pcs  @ 62.00 ea. = 186.00
3 pcs  @ 62.00 ea. = 124.00
PL# 41619 10-11-05
Inv.#29045  10-13-05

| 8E25997 | 09/26/05 | 2.000 PC | 62.00000 PC Y | 124.00 |

#28736
9-21-05
6456 - 29

WAFER
BLANK WAFER
12052455 MA  SHT 8
ECL A  PRINT DATE 1/11/93
ItmSeq:P2B01702-008827 UOM:PC

| 8GGD593 | 09/26/05 | 4.000 PC | 96.00000 PC Y | 384.00 |

#28735
9-21-05
6451 - 22

WAFER
BLANK WAFER
12015082 M  SHT 30
ECL A  PRINT DATE 3/15/98
ItmSeq:P2B01702-009323 UOM:PC

=========================================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/22/05

PO#:           A86844
               P2R21993

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1001 INDUSTRIAL DRIVE
                                          PLANT 22 RECEIVING DOCK
SAVANNAH, GA                              CLINTON, MS
                31415                                     39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6604 | RF20387- B | 1<br>COMPLETE | 62.0000 | 62.00 |

SUB-TOTAL       62.00
SALES TAX         .00
                62.00

TERMS: NET 30 DAYS

REPCO INC.
14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/22/05

PO#:           A86844
               PPR21993

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1001 INDUSTRIAL DRIVE
                                   PLANT 22 RECEIVING DOCK
SAVANNAH, GA                       CLINTON, MS
          31415                              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|-----------|-------|
| JA671 | 9K18321-B | 1 | 156.0000 | 156.00 |
|  |  | COMPLETE |  |  |

|  | SUB-TOTAL | 156.00 |
|--|-----------|--------|
|  | SALES TAX | .00 |
|  |  | 156.00 |

TERMS: NET 30 DAYS

P2R21993

PURCHASE ORDER
PO NO:     A86844
PO Date:  09/21/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

**SEP 2 2 2005**

1

Vendor: ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON            MS 39056

Ord Src:
Cust PO/Rel:  P2R21993-P2B01702
Cust Order Date:  09/19/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E20387 | 09/27/05 | 1.000 PC | 62.00000 PC  Y | 62.00 |
| WAFER | | | | |
| BLANK WAFER, SHT 19 | | | | |
| 6294014 M | | | | |
| ECL B  PRINT DATE 01-22-93 | | | | |
| ItmSeq:P2B01702-008739 UOM:PC | | | | |
| 8K18321 | 09/27/05 | 1.000 PC | 156.00000 PC  Y | 156.00 |
| PUNCH | | | | |
| NOTCH PUNCH | | | | |
| 6294014 M  SHT 10 | | | | |
| ECL B  PRINT DATE 1/22/93 | | | | |
| ItmSeq:P2B01702-009420 UOM:PC | | | | |

*(handwritten: 06604-08  9-22 ; #28764  9-22-05)*
*(handwritten: 06671-03 ; #28765  9-22-05)*

====================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

SUBTOTAL      218.00
TAX             .00
             ---------
TOTAL        218.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28786

DATE:          9/23/05

PO#:           A86895
               P2R22019

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1001 INDUSTRIAL DRIVE
                                                 PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                     CLINTON, MS
              31415                                            39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6311 8K19036-N | | 2 COMPLETE | 204.0000 | 408.00 |
| | | | SUB-TOTAL | 408.00 |
| | | | SALES TAX | .00 |
| | | | | 408.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28881

DATE:            9/29/05

PO#:      A86895/P2R22019

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
            31415                               39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81127 | 8E25945-B | 1 COMPLETE | 109.0000 | 109.00 |

SUB-TOTAL          109.00
SALES TAX             .00
                   109.00

TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:     A86895
PO Date:  09/22/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

**SEP 2 2 2005**

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON              MS 39056

Ord Src:
Cust PO/Rel:  P2R22019-P2B01702
Cust Order Date:  09/20/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E25945 *81/27* | 10/21/05 *10-18* | 1.000 PC | 109.00000 PC Y | 109.00 |

WAFER  ECL B 06-01-93
PIERCE WAFER, DET#011, SHT10
12048450-M-A DIE
ECL B  PRINT DATE 06-01-93
ItmSeq:P2B01702-008604 UOM:PC

*# 28881*
*9-29-05*

| 8K19036 *11-31-03* | 09/28/05 | 2.000 PC | 204.00000 PC Y | 408.00 |

PUNCH  ECL N 08-01-99
PIERCE PUNCH  DET 42  SHT 23
2962447 MA, 2962915 M  DET 69
12124500 MA  DET 43  SHT 1
ECL N PRINT DATE 08-01-99
ItmSeq:P2B01702-009729 UOM:PC

*# 28786*
*9-23-05*

===================================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

SUBTOTAL          517.00
TAX                 .00
                  ---------
TOTAL             517.00

ACTCO TOOL & MFG. CO
14421 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE          PA 16335

INVOICE NUMBER: 28790

DATE:          9/23/05

PO#:          A86896
              22R22020

BILL TO:          D&B NUMBER: 004850641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6448 | 8E23298-E | 4 COMPLETE | 62.0000 | 248.00 |

SUB-TOTAL          248.00
SALES TAX            .00
                   248.00

TERMS: NET 30 DAYS

P2R22020

PURCHASE ORDER
PO NO:     A86896
PO Date:  09/22/05

**SEP 2 2 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

Ord Src:
Cust PO/Rel:  P2R22020-P2B01702
Cust Order Date:  09/20/05

10-18-05 ok per Jamie

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E23298 | 09/30/05 | 5.000 PC | 62.00000 PC Y | 310.00 |

WAFER        96448-30        4 pcs  @ 62.00 = 248.00        # 28790   9-23-05
BLANK WAFER, SHT 11
12004577-M DIE    -31-        1 pc @ 62.00 = 62.00        # 29089   10-13-05
ECL E  PRINT DATE 08-15-93
ItmSeq:P2B01702-008756 UOM:PC
===================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

|  |  |
|---|---|
| SUBTOTAL | 310.00 |
| TAX | .00 |
| TOTAL | 310.00 |

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28802

DATE:            9/26/05

PO#:            A86960
                P2R22046

BILL TO:            D&B NUMBER: 004350641            SHIP TO:

VANGUARD DISTRIBUTORS,INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
            31415                                39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6126 | 8E19154-G | 2 COMPLETE | 51.0000 | 102.00 |

|  |  |
|--|--|
| SUB-TOTAL | 102.00 |
| SALES TAX | .00 |
|  | 102.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

**INVOICE NUMBER:** 28806

DATE:          9/26/05

PO#:          A86960
              P2R22046

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6310 8K14004-T | | 2 COMPLETE | 163.0000 | 326.00 |

SUB-TOTAL          326.00
SALES TAX             .00
                   326.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28817

DATE:          9/26/05

PO#:     A86960/P2R22046

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
            31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81120 | 8E25945-B | 1<br>COMPLETE | 109.0000 | 109.00 |

SUB-TOTAL          109.00
SALES TAX            .00
                   109.00

TERMS: NET 30 DAYS

*P2R22046*

PURCHASE ORDER
PO NO:    A86960
PO Date:  09/23/05

SEP 23 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON           MS 39056

Ord Src:
Cust PO/Rel:  P2R22046-P2B01702
Cust Order Date:  09/21/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total | |
|---|---|---|---|---|---|---|---|---|
| 8E19154   *96126-22* | 09/29/05 | 2,000 | PC | 51.00000 | PC | Y | 102.00 | # 28802  9.26-05 |
| WAFER  ECL G 04-01-94 | | | | | | | | |
| NOTCH WAFER DET.#107,SHT.24 | | | | | | | | |
| 2962447 MA, AND 12184500 MA | | | | | | | | |
| ECL G  PRINT DATE 04-01-94 | | | | | | | | |
| ItmSeq:P2B01702-008284 UOM:PC | | | | | | | | |
| 8E25945 | 10/24/05 | 1,000 | PC | 109.00000 | PC | Y | 109.00 | PL # 41489  9.22-05  #28817  9.26-05 |
| WAFER  ECL B 06-01-93 | | | | | | | | |
| PIERCE WAFER, DET#011, SHT10 | | | | | | | | |
| 12048450-M-A DIE | | | | | | | | |
| ECL B  PRINT DATE 06-01-93 | | | | | | | | |
| ItmSeq:P2B01702-008604 UOM:PC | | | | | | | | |
| 8K14004   *96310-28* | 09/29/05 | 2,000 | PC | 163.00000 | PC | Y | 326.00 | # 28806  9.26-05 |
| PUNCH | | | | | | | | |
| LANCE PUNCH | | | | | | | | |
| 2962447 MA  SHT 21 | | | | | | | | |
| ECL T  PRINT DATE 9/1/93 | | | | | | | | |
| ItmSeq:P2B01702-009416 UOM:PC | | | | | | | | |

8E25945  *81128*

=====================================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

ACTCO  TOOL  &  MFG.  CO.
14421  BALDWIN ST.  EXT.
P. O. BOX 675
MEADVILLE                 PA  16335

INVOICE NUMBER: 28810

DATE:                    9/26/05

PO#:                     A86961
                         P2R22047

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
              31415                                           39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6637 8E20299-H | | 1 COMPLETE | 62.0000 | 62.00 |

SUB-TOTAL        62.00
SALES TAX          .00
                 62.00

TERMS:  NET 30 DAYS

ACTCO TOOL & MFG. CO
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

**INVOICE NUMBER:** 28815

DATE:              9/26/05

PO#:               A86961
                   P2R22047

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
              31415                                       39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6604 | 8E20387-B | 2 COMPLETE | 62.0000 | 124.00 |

SUB-TOTAL        124.00
SALES TAX           .00
                 124.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28908

DATE:            9/30/05

PO#:    A86961/P2R22047

BILL TO:            D&B NUMBER: 004350641            SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
            39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81136 | 8K27217-D | 1<br>COMPLETE | 459.0000 | 459.00 |

SUB-TOTAL            459.00
SALES TAX            .00
            459.00

TERMS: NET 30 DAYS

*P2R22047*

PURCHASE ORDER
PO NO:      A86961
PO Date:  09/23/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

SEP 2 3 2005

1

Vendor:  ACTCO1
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON                MS 39056

Ord Src:
Cust PO/Rel:  P2R22047-P2B01702
Cust Order Date:  09/21/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M | Tax | Total |
|---|---|---|---|---|---|
| 8E20299 | 09/29/05 | 1.000 PC | 62.00000 PC | Y | 62.00 |

WAFER
BLANK WAFER, SHT 18
6294014 M
ECL H  PRINT DATE 01-22-93
ItmSeq:P2B01702-008737 UOM:PC

*J6637-09*

#28810
9-26-05

| 8E20387 | 09/29/05 | 2.000 PC | 62.00000 PC | Y | 124.00 |

WAFER
BLANK WAFER, SHT 19
6294014 M
ECL B  PRINT DATE 01-22-93
ItmSeq:P2B01702-008739 UOM:PC

*J6604-09*

PL# 41488  9-22-05
# 28815
9-26-05

| 8K27217 | 10/24/05 | 1.000 PC | 459.00000 PC | Y | 459.00 |

*8/136*
*10-19*

PUNCH  ECL D 09-01-04
NOTCH PUNCH  DET 155Q
12004577 M  SH. 34
ECL D  09-01-04
ItmSeq:P2B01702-008612 UOM:PC

#28908
9-28-05

==============================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28807

DATE:            9/26/05

PO#:             A86962
                 P2R22057

BILL TO:        D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             1001 INDUSTRIAL DRIVE
                                               PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                   CLINTON, MS
              31415                                            39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6311 8K19036-N | | 1 COMPLETE | 204.0000 | 204.00 |

SUB-TOTAL        204.00
SALES TAX           .00
                 204.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG.  
14421 BALDWIN ST. EXT.  
P. O. BOX 675  
MEADVILLE          PA 16335

INVOICE NUMBER: 28809

DATE:          9/26/05

PO#:           A86962  
               P2R22057

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
            31415                                          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6604 8E20387-B | | 1 COMPLETE | 62.0000 | 62.00 |

SUB-TOTAL          62.00  
SALES TAX            .00  
                   62.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

INVOICE NUMBER: 28882

DATE:              9/29/05

PO#:       A86962/P2R22057

BILL TO:              D&B NUMBER: 004350641              SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH. GA
                31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON. MS
                39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81137 | 8E25945-B | 1<br>COMPLETE | 109.0000 | 109.00 |

SUB-TOTAL              109.00
SALES TAX                 .00
                        109.00

TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:    A86962
PO Date:  09/23/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

SEP 2 3 2005                                                    1

Vendor:  ACTCO                          Ship To:
ACTCO TOOL & MFG CO INC                 22 RECEIVING DOCK
14421 BALDWIN ST EXT                    1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE        PA 16335               CLINTON        MS 39056

     Ord Src:
  Cust PO/Rel:  P2R22057 P2B01702
Cust Order Date:  09/22/05

Item/Mfg Number        Due Date    Order Qty U/M   Unit Cost U/M Tax   Total
8E20387    6604-10     09/29/05    1,000 PC       62.00000 PC   Y    62.00      # 28809
  WAFER                                                                          9-26-05
  BLANK WAFER, SHT 19
  6294014 M
  ECL B  PRINT DATE 01-22-93 ✓
  ItmSeq:P2B01702-008739 UOM:PC
  WHO ORDERED: P22
8E25945    8/137       10/24/05    1,000 PC      109.00000 PC   Y   109.00      # 28882
  WAFER  ECL B 06-01-93  10-19                                                   9-29-05
  PIERCE WAFER, DET#011, SHT10
  12048450-M-A DIE
  ECL B  PRINT DATE 06-01-93
  ItmSeq:P2B01702-008604 UOM:PC
  WHO ORDERED: P22
8K19036    6311-04     09/29/05    1,000 PC      204.00000 PC   Y   204.00      # 28807
  PUNCH  ECL N 08-01-99                                                          9-26-05
  PIERCE PUNCH  DET 42  SHT 23
  2962447 MA, 2962915 M  DET 69
  12124500 MA  DET 43  SHT 1
  ECL N PRINT DATE 08-01-99 ✓
  ItmSeq:P2B01702-009729 UOM:PC
  WHO ORDERED: P22
==================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28878

DATE:          9/29/05

PO#:            A87137
                P2R2211B

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
102 N.E. LATHROP A                 1001 INDUSTRIAL DRIVE
                                   PLANT 22 RECEIVING DOCK
SAVANNAH, GA                       CLINTON, MS
            31415                              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| JA641 | 8K19R34-S | 2 COMPLETE | 219.0000 | 438.00 |

SUB-TOTAL      438.00
SALES TAX         .00
               438.00

TERMS: NET 30 DAYS

```
URCHASE ORDER                                    VANGUARD DISTRIBUTORS, Inc.
O NO:      A87137          SEP 2 9 2005            107 N.E. Lathrop Avenue
O Date:\  09/28/05                                  Savannah, GA 31415
                                                    (912)236-1766 Phone
                                                      (912)238-3072 Fax
                                                                            1

  Vendor:  ACTC01                               Ship To:
ACTCO TOOL & MFG CO INC                         22 RECEIVING DOCK
14421 BALDWIN ST EXT                            1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE       PA 16335                         CLINTON        MS 39056

      Ord Src:
   Cust PO/Rel:  P2R22118-P2B01702
ust Order Date:  09/27/05
```

PL # 41530   9-27-05

```
Item/Mfg Number        Due Date   Order Qty U/M   Unit Cost U/M Tax   Total
8K19234                10/04/05    2 000 PC       219.00000 PC  Y     438.00
  PUNCH
  BLANK PUNCH, SHT 8
  2962987 MB
  ECL S PRINT DATE 02/22/95
  ItmSeq:P2B01702-009425 UOM:PC
  WHO ORDERED: P22
```

96641-07

Inv. # 28878   9-29-05

```
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                                         SUBTOTAL      438.00
                                              TAX         .00
                                                     ---------
                                            TOTAL      438.00
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28902

DATE:            9/30/05

PO#:            A87197
                P2R22124

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
            31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6504 8K19277-E | | 1 COMPLETE | 109.0000 | 109.00 |

SUB-TOTAL        109.00
SALES TAX           .00
                 109.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28904

DATE:          9/30/05

PO#:           A87197
               P2R22124

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
               31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6568 8E25951-B | | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL          72.00
SALES TAX            .00
                   72.00

TERMS: NET 30 DAYS

P2R22124



PURCHASE ORDER              SEP 29 2005          VANGUARD DISTRIBUTORS, Inc.
PO NO:    A87197                                 107 N.E. Lathrop Avenue
PO Date:  09/29/05                                  Savannah, GA 31415
                                                    (912)236-1766 Phone
                                                    (912)238-3072 Fax
                                                                        1

   Vendor:  ACTC01                          Ship To:
ACTCO TOOL & MFG CO INC                      22 RECEIVING DOCK
14421 BALDWIN ST EXT                         1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE          PA 16335                  CLINTON          MS 39056

    Ord Src:
   Cust PO/Rel:  P2R22124-P2B01702
Cust Order Date:  09/27/05

Item/Mfg Number          Due Date  Order Qty U/M   Unit Cost U/M Tax   Total
8E25951                  10/05/05    1,000 PC      72.00000 PC    Y    72.00      #28904
    WAFER      16568-09            9-30                                           9-30-05
    BLANK WAFER, SHT 19
    12048450MA
    ECL B  PRINT DATE 08-14-91
    ItmSeq:P2B01702-008824 UOM:PC
8K19277                  10/05/05    1,000 PC      109.00000 PC   Y    109.00     #28902
    PUNCH      16504-09                                                           9-30-05
    BLANK PUNCH, SHT 12
    2962987 MB
    ECL E PRINT DATE 02/22/95
    ItmSeq:P2B01702-009426 UOM:PC
====================================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                                        SUBTOTAL      181.00
                                        TAX              .00
                                                   ----------
                                        TOTAL        181.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28900

DATE:            9/30/05

PO#:             A87198
                 P2R22125

BILL TO:          D&B NUMBER: 004350641         SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
            31415                                            39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6457 8E27428-A | | 2 COMPLETE | 108.0000 | 216.00 |

SUB-TOTAL     216.00
SALES TAX        .00
              216.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE               PA 16335

INVOICE NUMBER: 28901

DATE:          9/30/05

PO#:           A87198
               P2R22125

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                     DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1001 INDUSTRIAL DRIVE
                                              PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                  CLINTON, MS
            31415                                          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6471 BE25159-C | | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL      72.00
SALES TAX        .00
               72.00

TERMS: NET 30 DAYS

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/30/05

PO#:           A87198
               P2R22125

BILL TO:            D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             1001 INDUSTRIAL DRIVE
                                               PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                   CLINTON, MS
               31415                                          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6533   | 9K27938-C   | 1 COMPLETE | 203.0000 | 203.00 |

SUB-TOTAL      203.00
SALES TAX         .00
               203.00

TERMS: NET 30 DAYS



P2R22125

PURCHASE ORDER
PO NO:      A87198
PO Date:  09/29/05

SEP 2 9 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTCO1
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON            MS 39056

    Ord Src:
   Cust PO/Rel:  P2R22125-P2B01702
Cust Order Date:  09/27/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total | |
|---|---|---|---|---|---|---|---|---|
| 8E25159 | 10/05/05 | 1.000 | PC | 72.00000 | PC | Y | 72.00 | # 28901 9-30-05 |
| WAFER | | | | | | | | |
| BLANK WAFER | | | | | | | | |
| 12020124 MA  SHT 33 | | | | | | | | |
| ECL C  PRINT DATE 9/5/94 | | | | | | | | |
| ItmSeq:P2B01702-008795 UOM:PC | | | | | | | | |
| 8E27428 | 10/05/05 | 2.000 | PC | 108.00000 | PC | Y | 216.00 | # 28900 9-30-05 |
| WAFER | | | | | | | | |
| BLANK WAFER | | | | | | | | |
| 12066634 MA  SHT 27 | | | | | | | | |
| ECL A  PRINT DATE 2/10/99 | | | | | | | | |
| ItmSeq:P2B01702-008857 UOM:PC | | | | | | | | |
| 8K27938 | 10/05/05 | 1.000 | PC | 203.00000 | PC | Y | 203.00 | # 28903 9-30-05 |
| PUNCH | | | | | | | | |
| BLANK PUNCH, SHT 33 | | | | | | | | |
| 12020124-M-A DIE | | | | | | | | |
| ECL C PRINT DATE 09/05/94 | | | | | | | | |
| ItmSeq:P2B01702-009473 UOM:PC | | | | | | | | |

Handwritten annotations: J6471-11 A 30 ; J6457-08 ; J6533-05

===========================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

ACTION TOOL & MFG. CO.                           INVOICE NUMBER: 28971
14421 BALDWIN ST. EXT.
P. O. BOX 675                    DATE:          10/06/05
MEADVILLE          PA 16335
                                                 PO#:           A87485
                                                                P2P22235

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                   DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                          1001 INDUSTRIAL DRIVE
                                            PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                CLINTON, MS
          31415                                             39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6712   | 8K27214-6   | 2 COMPLETE | 250.0000 | 500.00 |

                                  SUB-TOTAL      500.00
                                  SALES TAX         .00
                                                 500.00


                                  TERMS: NET 30 DAYS

P2R22235 *(handwritten)*

PURCHASE ORDER
PO NO:    A87485
PO Date:  10/06/05

**VANGUARD DISTRIBUTORS, Inc.**
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

OCT 0 6 2005

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

Ord Src:
Cust PO/Rel:  P2R22235-P2B01702
Cust Order Date:  10/04/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total | | |
|---|---|---|---|---|---|---|
| 8E23293 | 10/18/05 | 4.000 PC | 72.00000 PG Y | 288.00 | # 29097 | 10-13-05 |
| WAFER *J6514-25* | | | | | | |
| BLANK WAFER, DET#012, SHT8 | | | | | | |
| 12004577-M DIE | | | | | | |
| ECL D  PRINT DATE 08-15-93 ✓ | | | | | | |
| ItmSeq:P2B01702-008754 UOM:PC | | | | | | |
| 8E23295 | 10/18/05 | 1.000 PC | 62.00000 PC Y | 62.00 | # 29104 | 10-13-05 |
| WAFER *J6535-10* | | | | | | |
| BLANK WAFER, SHT 10 | | | | | | |
| 12004577 M | | | | | | |
| ECL B  PRINT DATE 08-15-93 ✓ | | | | | | |
| ItmSeq:P2B01702-008755 | | | | | | |
| 8E25035 | 10/18/05 *OK 14 5th* | 2.000 PC | 62.00000 PC Y | 124.00 | # 29103 | 10-13-05 |
| WAFER *J6531-15 +* *will be OK per Jim* | | | | | | |
| BLANK WAFER, SHT 13 | | | | | | |
| 12045082-M (Z) | | | | | | |
| ECL E  PRINT DATE 03-15-98 ✓ | | | | | | |
| ItmSeq:P2B01702-008784 UOM:PC | | | | | | |
| 8E25861 | 10/18/05 | 2.000 PC | 84.00000 PC Y | 168.00 | # 29105 | 10-13-05 |
| WAFER *J6536-16* | | | | | | |
| BLANK WAFER, SHT 28 | | | | | | |
| 12015082-M DIE | | | | | | |
| ECL D  PRINT DATE 01-15-94 ✓ | | | | | | |
| ItmSeq:P2B01702-008815 UOM:PC | | | | | | |
| 8E27426 | 10/18/05 | 1.000 PC | 108.00000 PC Y | 108.00 | # 29110 | 10-13-05 |
| WAFER *J6557-16* | | | | | | |
| BLANK WAFER, SHT 23 | | | | | | |

```
PURCHASE ORDER                         VANGUARD DISTRIBUTORS, Inc.
PO NO:      A87485                      107 N.E. Lathrop Avenue
PO Date:  10/06/05                        Savannah, GA 31415
                                         (912)236-1766 Phone
                                         (912)238-3072 Fax           2

   Vendor:  ACTC01                     Ship To:
ACTCO TOOL & MFG CO INC                22 RECEIVING DOCK
14421 BALDWIN ST EXT                   1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE          PA 16335            CLINTON          MS 39056

       Ord Src:
   Cust PO/Rel:  P2R22235-P2B01702
Cust Order Date:  10/04/05
```

```
Item/Mfg Number           Due Date   Order Qty U/M   Unit Cost U/M Tax    Total
   12066634 MA
   ECL A PRINT DATE 03-05-99 ✓
   ItmSeq:P2B01702-008855 UOM:PC
8K27469            6558-18  10/18/05   (1).000 PC    (120.00000) PC  Y    (120.00)    # 29111   10-13-05
   WAFER
   BLANK WAFER, C/L "J"
   06294126-M  DIE    SHT.33
   ECL A  PRINT DATE 05-01-94 ✓
   ItmSeq:P2B01702-008859 UOM:PC
8K19234            6641-08  10/18/05   (1).000 PC    (219.00000) PC  Y    (219.00)    # 29122   10-13-05
   PUNCH
   BLANK PUNCH, SHT 8
   2962987 MB
   ECL S PRINT DATE 02/22/95 ✓
   ItmSeq:P2B01702-009425 UOM:PC
8K27214            6712-06  10/18/05   (2).000 PC    (250.00000) PC  Y    (500.00)    # 28971
   PUNCH  ECL G  09-01-04                                                            10-6-05
   BLANK PUNCH, SHT 9        per Henry - Ship Rod 10/6
   12004577 M
   ECL G PRINT DATE 09/01/04 ✓
   ItmSeq:P2B01702-008534 UOM:PC
8K27218            6537-14  10/18/05   (3).000 PC    (250.00000) PC  Y    (750.00)    # 29106  10-13-05
   PUNCH
   BLANK PUNCH
   12004577 M  SHT 11
   ECL G  PRINT DATE 9/01/04 ✓
   ItmSeq:P2B01702-009433 UOM:PC
```

```
PURCHASE ORDER                              VANGUARD DISTRIBUTORS, Inc.
PO NO:      A87485                           107 N.E. Lathrop Avenue
PO Date:  10/06/05                             Savannah, GA 31415
                                              (912)236-1766 Phone
                                              (912)238-3072 Fax
                                                                        3
    Vendor:  ACTC01                        Ship To:
ACTCO TOOL & MFG CO INC                    22 RECEIVING DOCK
14421 BALDWIN ST EXT                       1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE          PA 16335                CLINTON          MS 39056

    Ord Src:
  Cust PO/Rel:  P2R22235-P2B01702
Cust Order Date:  10/04/05
```

Item/Mfg Number          Due Date   Order Qty U/M   Unit Cost U/M Tax   Total
8K27219      9 6655-05   10/18/05     1.000 PC      187.00000 PC   Y    187.00    # 29126   10-13-05
   PUNCH   ECL D  09-01-04
BLANK PUNCH
12004577 M  SHT 13
ECL D  PRINT DATE 9/01/04  ✓
ItmSeq:P2B01702-009434 UOM:PC

```
=================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                                    SUBTOTAL      2526.00
                                       TAX             .00
                                                 ---------
                                      TOTAL      2526.00
```