# EXHIBIT 1 – PART 16

ARTHUR TOWN & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          5/01/05

PO#:    A84455/PPS44185

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             REC. DOCK 22/CRIB T42
SAVANNAH, GA                                 CLINTON, MS
              31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80594 | 12052373PMA0042-A | 1 COMPLETE | 975.0000 | 975.00 |

SUB-TOTAL          975.00
SALES TAX             .00
                   975.00

TERMS: NET 30 DAYS

P2S46185

PURCHASE ORDER

PO NO:      A84655
PO Date:  07/26/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

JUL 2 6 2005

1

Vendor:  ACTC01                    Ship To:
ACTCO TOOL & MFG CO INC            22 RECEIVING DOCK
14421 BALDWIN ST EXT               1001 INDUSTRIAL DR.  742
P.O. BOX 675
MEADVILLE          PA 16335        CLINTON          MS 39056

        Ord Src:
    Cust PO/Rel:  P2S46185
Cust Order Date:  07/25/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax |
|---|---|---|---|---|---|---|
| Total | | | | | | |
| 12052373--A042 | 08/26/05 | 1,000 | PC | 975.00000 | PC | Y |
| 975.00 | 8.24 | | | | | |
|   CORE | | | | | | |
|   STATIONARY CORE, DET. 42, SHT. | | | | | | |
|   13 | | | | | | |
|   12052373 PMA | | | | | | |
|   ECL A PRINT DATE 1-20-04 | | | | | | |
|   ItmSeq:P2S46185-000001 UOM:PC | | | | | | |
| 15336208-GA089 | 08/29/05 | 1,000 | PC | 300.00000 | PC | Y |
| 300.00 | 8.24 | | | | | |
|   BAR | | | | | | |
|   15336208-PMGA  DET.89  SHT.39 | | | | | | |
|   MOVABLE CAM BAR | | | | | | |
|   ECL: A   DATE: 29FE00 | | | | | | |
|   ItmSeq:P2S46185-000002 UOM:PC | | | | | | |

9/22-1e-9/07

Red #28385
9-01-05

80594

Blue # 28269
8-25-05

80595

==================================================================
==

                                                    SUBTOTAL
1275.00

                                                    TAX

FLETCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/02/05

PO#:    A84911/P2S46234

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         REC. DOCK 22/CRIB T16
SAVANNAH, GA                             CLINTON, MS
          31415                                          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80645 | 12146418PMSLA0047-F | 2 COMPLETE | 625.0000 | 1250.00 |

SUB-TOTAL          1250.00
SALES TAX              .00
                   1250.00

TERMS: NET 30 DAYS

P2S46234

PURCHASE ORDER
PO NO:    A84911
PO Date:  08/01/05

AUG 0 1 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

Ord Src:
Cust PO/Rel:  P2S46234
Cust Order Date:  07/29/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 12146418SLA047 | 09/07/05 | 2.000 | PC | 625.00000 | PC | Y | 1250.00 |
| SLIDE 80645 | 9-1 | | | | | | |
| 12146418-PMSLA  DET.47  SHT.14 | | | | | | | |
| STATIONARY LARGE SLIDE | | | | | | | |
| ECL: F  DATE: 02/10/97 | | | | | | | |
| ItmSeq:P2S46234-000001 UOM:PC | | | | | | | |
| WHO ORDERED: T16 | | | | | | | |

#28409
9-01-05

========================================================

SUBTOTAL    1250.00
TAX           .00
          ----------
TOTAL      1250.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                PA 16335

INVOICE NUMBER: 128369

DATE:              9/01/05

PO#:      A85075/P2S46285

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             REC. DOCK 22/CRIB T16
SAVANNAH, GA                                 CLINTON, MS
              31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| B0648 | 12092847PMSLA0027-A | 1 COMPLETE | 375.0000 | 375.00 |

| | |
|---|---|
| SUB-TOTAL | 375.00 |
| SALES TAX | .00 |
| | 375.00 |

TERMS: NET 30 DAYS

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/01/05

PO#:     A85075/P2546285

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1001 INDUSTRIAL DRIVE
                                   REC. DOCK 22/CRIB T16
SAVANNAH. GA                       CLINTON. MS
          31415                              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80649 | 12092847PMSLA0029-A | 1 COMPLETE | 300.0000 | 300.00 |

|  |  |  | SUB-TOTAL | 300.00 |
|  |  |  | SALES TAX | .00 |
|  |  |  |  | 300.00 |

TERMS: NET 30 DAYS

P2S46285

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:      A85075                          107 N.E. Lathrop Avenue
PO Date:  08/04/05    AUG 0 4 2005            Savannah, GA 31415
                                             (912)236-1766 Phone
                                             (912)238-3072 Fax
                                                                        1

  Vendor:  ACTC01                       Ship To:
ACTCO TOOL & MFG CO INC                 22 RECEIVING DOCK
14421 BALDWIN ST EXT                    1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE         PA 16335              CLINTON          MS 39056
                                              T/6
     Ord Src:
  Cust PO/Rel:  P2S46285
Cust Order Date:  08/03/05
```

```
Item/Mfg Number           Due Date  Order Qty U/M  Unit Cost U/M Tax   Total
12092847SLA027   80648    09/06/05    1.000 PC    375.00000 PC   Y    375.00      # 28369
  CAN                       8-31                                              9-01-05
  12092847-PMSLA  DET.27 SHT.06
  CAN
  ECL: A   DATE: 11/09/95
12092847SLA029   80649    09/06/05    1.000 PC    300.00000 PC   Y    300.00      # 28370
  BUSHING                   8-31                                              9-01-05
  12092847-PMSLA  DET.29 SHT.06
  SPRUE BUSHING
  ECL: A   DATE: 11/9/95
  ItmSeq:P2S46285-000001 UOM:PC
```

```
==================================================================
                                     SUBTOTAL      675.00
                                     TAX              .00
                                                  ----------
                                     TOTAL        675.00
```

RETURN TO:   INVOICE NUMBER: 28670

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/16/05

PO#:   A85231/P2S46331

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1001 INDUSTRIAL DRIVE
                                                 REC. DOCK 22/CRIB T16
SAVANNAH, GA                                     CLINTON, MS
          31415                                               39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80686 | 12191065PMSLA0070-A | 1 COMPLETE | 600.0000 | 600.00 |

                                        SUB-TOTAL     600.00
                                        SALES TAX        .00
                                                      600.00

                                        TERMS: NET 30 DAYS

*P2 S46331*

PURCHASE ORDER
PO NO:     A85231
PO Date:  08/09/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

AUG 0 9 2005                                      1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON              MS 39056

Ord Src:
Cust PO/Rel:  P2S46331
Cust Order Date:  08/08/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 12191065SLA070 | 09/12/05 | 1.000 PC | 600.00000 PC  Y | 600.00 |

9/22 *-9/12*    80686    9-7    Red # 28670  9-16-05

    INSERT
    12191065-PMSLA DET. 70 SHT.25
STATIONARY END INSERT
ECL A PRINT DATE 11/25/96
ItmSeq:P2S46331-000001 UOM:PC
WHO ORDERED: T16

|  |  |
|---|---|
| SUBTOTAL | 600.00 |
| TAX | .00 |
| TOTAL | 600.00 |

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/06/05

PO#:    A85232/P2S46333

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
             31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T42
CLINTON, MS
                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80687 | 15326682PMGA0025-A | 1 COMPLETE | 675.0000 | 675.00 |

SUB-TOTAL        675.00
SALES TAX          .00
                 675.00

TERMS: NET 30 DAYS

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/06/05

PO#:     A85232/P2S46333

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                   DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                          1001 INDUSTRIAL DRIVE
                                            REC. DOCK 22/CRIB T42
SAVANNAH, GA                                CLINTON, MS
              31415                                       39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80688   | 15326682PMGA0026-A | 1 COMPLETE | 675.0000 | 675.00 |

SUB-TOTAL     675.00
SALES TAX        .00
              675.00

TERMS: NET 30 DAYS

*P2S 46333*



PURCHASE ORDER
PO NO:      A85232
PO Date:  08/09/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax                         1

AUG 0 9 2005

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON              MS 39056

          Ord Src:
  Cust PO/Rel:  P2S46333
Cust Order Date:  08/08/05

Item/Mfg Number              Due Date  Order Qty U/M     Unit Cost U/M Tax    Total
15326682-GA025    806.87    09/12/05    1.000 PC     575.00000 PC  Y    575.00      8-11-05 per Judy #28433
   INSERT                     9-7                                              per Scott  9-06-05
   15326682-PMGA  DET.25  SHT.33                          675 -        675
   SLIDE INSERT
   ECL: A   DATE: 11/11/04
   ItmSeq:P2S46333-000001 UOM:PC
   WHO ORDERED: T42

15326682-GA026    80688    09/12/05    1.000 PC     575.00000 PC  Y    575.00      PK-same det. as above   8-11-05 per Judy #28434
   INSERT             9-7                                      675 -        675        per Scott  9-06-05
   15326682-PMGA  DET.26  SHT.33
   SLIDE INSERT
   ECL: A   DATE: 11/11/04
   ItmSeq:P2S46333-000002 UOM:PC
   WHO ORDERED: T42

=============================================================
                                    SUBTOTAL      1150.00
                                       TAX             .00
                                                  ---------
                                     TOTAL       1150.00

ALTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28593

DATE:          9/13/05

PO#:     A85278/P2S46347

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    REC. DOCK 22/CRIB T16
SAVANNAH, GA                        CLINTON, MS
          31415                                         39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80694 | 12191065PMSLA0059-A | 1 | 950.0000 | 950.00 |
| | | COMPLETE | | |

SUB-TOTAL          950.00
SALES TAX             .00
                    950.00

TERMS: NET 30 DAYS

*P2S 46 347*



PURCHASE ORDER                    AUG 1 0 2005        VANGUARD DISTRIBUTORS, Inc.
PO NO:      A85278                                        107 N.E. Lathrop Avenue
PO Date:  08/10/05                                          Savannah, GA 31415
                                                            (912)236-1766 Phone
                                                            (912)238-3072 Fax          1

    Vendor:  ACTC01                          Ship To:
ACTCO TOOL & MFG CO INC                      22 RECEIVING DOCK          TI6
14421 BALDWIN ST EXT                         1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE        PA 16335                     CLINTON          MS 39056

    Ord Src:                                                   Quote 080405HW
  Cust PO/Rel:  P2S46347
Cust Order Date:  08/09/05         9/22-9/12                          Req #28593
                                                                       9-13-05
Item/Mfg Number            Due Date  Order Qty U/M   Unit Cost U/M Tax   Total
12191065SLA059    80694    09/22/05    5.000 PC     625.00000 PC 7Y   625.00   950.00
  INSERT                               47
  12191065-PMSLA DET. 59, SHT. 24           950.00
MOVEABLE END INSERT                    8-10-05 Scott said corrected p.o. will
  ECL A PRINT DATE 11/25/96               be coming with price of $950.00
  ItmSeq:P2S46347-000001 UOM:PC

=======================================================
                                   SUBTOTAL      625.00
                                   TAX              .00
                                              ----------
                                   TOTAL        625.00

ACTCO TOOL & MFG. CO.                                    INVOICE NUMBER: 28495
14421 BALDWIN ST. EXT.
P. O. BOX 675                          DATE:          9/08/05
MEADVILLE           PA 16335

PO#:    A85327/P2S46364

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         REC. DOCK 22/CRIB T16
SAVANNAH. GA                             CLINTON. MS
           31415                                            39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80699 | 15326803PMGA0046 | 1 COMPLETE | 575.0000 | 575.00 |

|  |  |  | SUB-TOTAL | 575.00 |
|  |  |  | SALES TAX | .00 |
|  |  |  |  | 575.00 |

TERMS: NET 30 DAYS

```
ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28564
14421 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:          9/12/05
MEADVILLE          PA 16335
                                         PO#:   A85327/P2546364

BILL TO:        D&B NUMBER: 004350641    SHIP TO:


VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         REC. DOCK 22/CRIB T16
SAVANNAH, GA                             CLINTON, MS
              31415                                      39056
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80698 | 15326803PMGA0041 | 1 COMPLETE | 475.0000 | 475.00 |

```
                                         SUB-TOTAL      475.00
                                         SALES TAX         .00
                                                        475.00
```

TERMS: NET 30 DAYS

14421 BALDWIN ST.   ERIE
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/16/05

PO#:      A85327/P2S46364

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         REC. DOCK 22/CRIB T16
SAVANNAH, GA                             CLINTON, MS
              31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80696 | 15326803PMGA0039 | 1 COMPLETE | 475.0000 | 475.00 |

SUB-TOTAL      475.00
SALES TAX         .00
               475.00

TERMS: NET 30 DAYS

P2S ...1364

PURCHASE ORDER
PO NO:    A85327
PO Date:  08/11/05

AUG 1 1 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTCO1
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.          T16

CLINTON          MS 39056

Ord Src:
Cust PO/Rel:  P2S46364
Cust Order Date: 08/10/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 15326803-GA039 | 09/19/05 | 1.000 PC | 475.00000 PC  Y | 475.00 |
| CORE   80696 | 9-14 | | | |
| 15326803-PMGA  DET.39  SHT.03 | | | | |
| STATIONARY CORE | | | | |
| ECL:    DATE: 02/05/04 | | | | |
| ItmSeq:P2S46364-000001 UOM:PC | | | | |
| WHO ORDERED: PRICE CONFIRMATIO N | | | | |

Rcd # 28679
9-16-05

from stock

| 15326803-GA040 | 09/19/05 | 1.000 PC | 475.00000 PC  Y | 475.00 |
| CORE   80697 | | | | |
| 15326803-PMGA  DET.40  SHT.03 | | | | |
| STATIONARY CORE | | | | |
| ECL:    DATE: 02/05/04 | | | | |
| ItmSeq:P2S46364-000002 UOM:PC | | | | |
| WHO ORDERED: PRICE CONFIRMATIO N | | | | |

# 28070
8-12-05

from stock

| 15326803-GA041 | 09/19/05 | 1.000 PC | 475.00000 PC  Y | 475.00 |
| INSERT  80698 | | | | |
| 15326803-PMGA  DET.41  SHT.03 | | | | |
| GATE INSERT | | | | |
| ECL:    DATE: 02/05/04 | | | | |
| ItmSeq:P2S46364-000003 UOM:PC | | | | |
| WHO ORDERED: PRICE CONFIRMATIO N | | | | |

# 28564
9-12-05

from stock

| 15326803-GA046 | 09/19/05 | 1.000 PC | 575.00000 PC  Y | 575.00 |
| SLIDE  80699 | | | | |
| 15326803-PMGA  DET.46  SHT.04 | | | | |
| SLIDE | | | | |
| ECL:    DATE: 02/05/04 | | | | |
| ItmSeq:P2S46364-000004 UOM:PC | | | | |
| WHO ORDERED: PRICE CONFRIMATIO N | | | | |

# 28495
9-08-05

from stock

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28563

DATE:          9/12/05

PO#:    A85327/P2546364

BILL TO:          D&B NUMBER: 00436064          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          1001 INDUSTRIAL DRIVE
          REC. DOCK 22/CRIB T16
SAVANNAH, GA          CLINTON, MS
          31415          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80701 | 15326803PMGA0042A | 1 | 850.0000 | 850.00 |
|  | COMPLETE |  |  |  |

|  | | |
|---|---|---|
| SUB-TOTAL | | 850.00 |
| SALES TAX | | .00 |
|  | | 850.00 |

TERMS: NET 30 DAYS

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/16/05

PO#:      A85327/P2546364

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T16
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80700 | 15326803PMGA0047 | 1 COMPLETE | 575.0000 | 575.00 |

SUB-TOTAL      575.00
SALES TAX          .00
                575.00

TERMS: NET 30 DAYS

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:      A85327                       107 N.E. Lathrop Avenue
PO Date:  08/11/05                          Savannah, GA 31415
                                           (912)236-1766 Phone
                                           (912)238-3072 Fax                2

   Vendor:  ACTC01                      Ship To:
ACTCO TOOL & MFG CO INC                 22 RECEIVING DOCK
14421 BALDWIN ST EXT                    1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE         PA 16335              CLINTON            MS 39056

     Ord Src:
  Cust PO/Rel:  P2S46364
Cust Order Date:  08/10/05
```

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M | Tax | Total |
|---|---|---|---|---|---|
| 15326803-GA047 | 09/19/05 | 1.000 PC | 575.00000 PC | | 575.00 |
| SLIDE | | | | | |
| 15326803-PMGA  DET.47  SHT.04 | | | | | |
| SLIDE | | | | | |
| ECL:     DATE: 02/05/04 | | | | | |
| ItmSeq:P2S46364-000005 UOM:PC | | | | | |
| WHO ORDERED: PRICE CONFIRMATIO N | | | | | |
| 15326803-GA42A | 09/19/05 | 1.000 PC | 850.00000 PS | Y | 850.00 |
| CORE | | | | | |
| 15326803-PMGA  DET.42A  SHT.03 | | | | | |
| MOVABLE CORE | | | | | |
| ECL:     DATE: 02/05/04 | | | | | |
| ItmSeq:P2S46364-000006 UOM:PC | | | | | |
| WHO ORDERED: PRICE CONFIRMATIO N | | | | | |
| 15326803-GA42B | 09/19/05 | 1.000 PC | 850.00000 PC | Y | 850.00 |
| CORE | | | | | |
| 15326803-PMGA  DET.42B  SHT.03 | | | | | |
| MOVABLE CORE | | | | | |
| ECL:     DATE: 02/05/04 | | | | | |
| ItmSeq:P2S46364-000007 UOM:PC | | | | | |
| WHO ORDERED: PRICE CONFIRMATIO N | | | | | |

*Handwritten annotations:* 80700  9-14  Rcd #28678  9-16-05 ; from stock ; 80701  #28563  9-12-05 ; 80702  #28095  8-15-05

```
                                    SUBTOTAL   4275.00
                                    TAX             .00
                                               ----------
                                    TOTAL      4275.00
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:   2B522

DATE:          9/09/05

PO#:    A85437/P2S46385

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             REC. DOCK 22/CRIB T16
SAVANNAH, GA                                 CLINTON, MS
          31415                                             39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80714 | 12191910PMSLA0043-C | 1 | 475.0000 | 475.00 |
|  | COMPLETE |  |  |  |

SUB-TOTAL          475.00
SALES TAX             .00
                   475.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28966

DATE:          10/05/05

PO#:     A85437/P2S46385

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T16
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80715 | 12191910PMSLA0046-D | 1 | 1050.0000 | 1050.00 |
| | | COMPLETE | | |

|  |  |
|--|--|
| SUB-TOTAL | 1050.00 |
| SALES TAX | .00 |
| | 1050.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

INVOICE NUMBER: 28967

DATE:            10/05/05

PO#:    A85437/P2S46385

BILL TO:         D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         REC. DOCK 22/CRIB T16
SAVANNAH, GA                             CLINTON, MS
              31415                                      39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80716 | 12191910PMSLA0047-D | 1 COMPLETE | 1050.0000 | 1050.00 |

SUB-TOTAL     1050.00
SALES TAX         .00
              1050.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28968

DATE:          10/05/05

PO#:     A85437/P2S46385

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T16
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80717 | 12191910PMSLA0048-D | 1 COMPLETE | 950.0000 | 950.00 |

SUB-TOTAL     950.00
SALES TAX         .00
              950.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28887

DATE:          9/29/05

PO#:     A85437/P2646385

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T16
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80718 | 12191910PMSLA0050-D | 1 COMPLETE | 675.0000 | 675.00 |

SUB-TOTAL          675.00
SALES TAX              .00
                    675.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE         PA 16335

INVOICE NUMBER: 28888

DATE:          9/29/05

PO#:     A85437/P2S46385

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1001 INDUSTRIAL DRIVE
                                          REC. DOCK 22/CRIB T16
SAVANNAH, GA                              CLINTON, MS
          31415                                          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80719   | 12191910PMSLA0051-D | 1 COMPLETE | 675.0000 | 675.00 |

SUB-TOTAL          675.00
SALES TAX             .00
                   675.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE              PA 16335

INVOICE NUMBER: 28889

DATE:              9/29/05

PO#:      A85437/P2S46385

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             REC. DOCK 22/CRIB T16
SAVANNAH, GA                                 CLINTON, MS
              31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80720   | 12191910PMSLA0052-D | 1 COMPLETE | 675.0000 | 675.00 |

|  |  |
|--|--|
| SUB-TOTAL | 675.00 |
| SALES TAX | .00 |
|  | 675.00 |

TERMS: NET 30 DAYS



PURCHASE ORDER
PO NO:     A85437
PO Date:  08/15/05

AUG 1 5 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax
1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

Quote
0809-03-T16

        Ord Src:
   Cust PO/Rel: P2S46385
Cust Order Date:  08/12/05

Item/Mfg Number          Due Date    Order Qty U/M    Unit Cost U/M Tax    Total
12191910SLA043  80714     09/19/05    1,000 PC    475.00000 PC  Y    475.00    #28522
   CORE                     9-14                                           9-09-05
   12191910PMSLA  DET.43  SHT.15
CIRCUIT CORE
   ECL: C   DATE: 06/29/04
   ItmSeq:P2S46385-000004 UOM:PC
   WHO ORDERED: T16        10/07-Je-9/16
12191910SLA046  80715     09/19/05    1,000 PC    1050.00000 PC  Y    1050.00    Red
   CORE                                                                 #28966
   12191910-PMSLA  DET.46  SHT.16                                       10-5-05
MOVABLE CIRCUIT CORE
   ECL: D   DATE: 06/29/04
   ItmSeq:P2S46385-000006 UOM:PC
   WHO ORDERED: T16        10/07-Je-8/16                                 Red
12191910SLA047  80716     09/19/05    1,000 PC    1050.00000 PC  Y    1050.00    #28967
   CORE                                                                 10-5-05
   12191910-PMSLA  DET.47  SHT.16
MOVABLE CIRCUIT CORE
   ECL: D   DATE: 06/29/04
   ItmSeq:P2S46385-000007 UOM:PC
   WHO ORDERED: T16        10/07-Je-9/16                                 Red
12191910SLA048  80717     09/19/05    1,000 PC    950.00000 PC  Y    950.00    #28968
   CORE                                                                 10-5-05
   12191910-PMSLA  DET.48  SHT.25
MOVABLE CIRCUIT CORE
   ECL: D   DATE: 06/29/04
   ItmSeq:P2S46385-000008 UOM:PC
   WHO ORDERED: T16

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:      A85437                       107 N.E. Lathrop Avenue
PO Date: 08/15/05                          Savannah, GA 31415
                                          (912)236-1766 Phone
                                          (912)238-3072 Fax
                                                                      2
   Vendor:  ACTC01                      Ship To:
ACTCO TOOL & MFG CO INC                 22 RECEIVING DOCK
14421 BALDWIN ST EXT                    1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE        PA 16335               CLINTON          MS 39056

     Ord Src:
   Cust PO/Rel: P2S46385
Cust Order Date: 08/12/05
```

```
Item/Mfg Number              Due Date  Order Qty  U/M   Unit Cost  U/M  Tax   Total
12191910SLA050               09/19/05    1.000    PC     675.00000  PC   Y    675.00
   CORE
   12191910-PMSLA  DET.50    SHT.20
STATIONARY CIRCUIT CORE
ECL: D    DATE: 06/29/04
ItmSeq:P2S46385-000001 UOM:PC
WHO ORDERED: T16
12191910SLA051               09/19/05    1.000    PC     675.00000  PC   Y    675.00
   CORE
   12191910-PMSLA  DET.51    SHT.20
STATIONARY CIRCUIT CORE
ECL: D    DATE: 06/29/04
ItmSeq:P2S46385-000002 UOM:PC
WHO ORDERED: T16
12191910SLA052               09/19/05    1.000    PC     675.00000  PC   Y    675.00
   CORE
   12191910-PMSLA  DET.52    SHT.20
STATIONARY CIRCUIT CORE
ECL: D    DATE: 06/29/04
ItmSeq:P2S46385-000003 UOM:PC
WHO ORDERED: T16
================================================================================
                                                SUBTOTAL    5550.00
                                                     TAX         .00
                                                            ---------
                                                   TOTAL    5550.00
```

*Handwritten annotations:*
- 80718 — 10/07-Sc-9/16 — Red #28887  9-29-05
- 80719 — 10/07-Sc-9/16 — Red #28888  9-29-05
- 80720 — 10/07-Sc-9/16 — Red #28889  9-29-05

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:            9/06/05

PO#:      A85436/P2S46389

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
                   31415                                       39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80727 | 8K18253-S | 1<br>COMPLETE | 328.0000 | 328.00 |

SUB-TOTAL          328.00
SALES TAX             .00
                   328.00

TERMS: NET 30 DAYS

P2 3 46-389

PURCHASE ORDER
PO NO:      A85436
PO Date:  08/15/05

**AUG 1 5 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON            MS 39056

        Ord Src:
   Cust PO/Rel:  P2S46389
Cust Order Date:  08/12/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8K18253 | 09/16/05 | 1,000 | PC | 328.00000 | PC | Y | 328.00 |

80727   9·13                                        # 28432
                                                    9-06-05

ECL S 02-22-95
987B074
02962987 MB SHT 17
ECL S PRINT DATE 02/22/95
ItmSeq:P2S46389-000003 UOM:PC
WHO ORDERED: P22

==========================================================================

                              SUBTOTAL        328.00
                                   TAX           .00
                                            ----------
                                 TOTAL        328.00

P22081105
10-6-03

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                PA 16335

DATE:            9/16/05

PO#:     A85494/P2S46392

INVOICE NUMBER: 28681

BILL TO:              D&B NUMBER: 004350641         SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1001 INDUSTRIAL DRIVE
                                          REC. DOCK 22/CRIB T16
SAVANNAH, GA                              CLINTON, MS
              31415                                      39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80802 | 12110727PMSLB0056-D | 1 COMPLETE | 775.0000 | 775.00 |

SUB-TOTAL      775.00
SALES TAX         .00
               775.00

TERMS: NET 30 DAYS

*P2S 46392* (handwritten)

PURCHASE ORDER
PO NO:      A85494
PO Date:  08/16/05

**AUG 1 6 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

Ord Src:
Cust PO/Rel:  P2S46392
Cust Order Date:  08/15/05

Quote 08110S HM (handwritten)

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 12110727SLB056 | 09/19/05 | 1,000 | PC | 775.00000 | PC | Y | 775.00 |
| CORE | | | | | | | |
| 12110727-PMSLB DET. 56 SHT. 19 | | | | | | | |
| MOVEABLE CORE | | | | | | | |
| ECL D PRINT DATE 3/10/1994 | | | | | | | |
| ItmSeq:P2S46392-000001 UOM:PC | | | | | | | |
| 12110727SLB064 | 09/19/05 | 1,000 | PC | 500.00000 | PC | Y | 500.00 |
| INSERT | | | | | | | |
| 12110727-PMSLB DET.64 SHT. 23 | | | | | | | |
| SLIDE INSERT | | | | | | | |
| ECL B  PRINT DATE 6/11/93 | | | | | | | |
| ItmSeq:P2S46392-000002 UOM:PC | | | | | | | |

80802  3-14 (handwritten)

80803  9-14 (handwritten)

Red # 28681
9-16-05 (handwritten)

# 28296
8-26-05 (handwritten)

================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

SUBTOTAL        1275.00
TAX                 .00
                 ---------
TOTAL           1275.00

ACTCO TOOL & MFG. CO.                          INVOICE NUMBER: 28831
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/27/05

PO#:     A85616/P2S46424

BILL TO:           D&B NUMBER: 004350641          SHIP TO:


VANGUARD DISTRIBUTORS,INC                   DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                          1001 INDUSTRIAL DRIVE
                                            REC. DOCK 22/CRIB T42
SAVANNAH, GA                                CLINTON, MS
           31415                                          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80807   | 12066594PMC0031-C | 3 COMPLETE | 625.0000 | 1875.00 |

SUB-TOTAL        1875.00
SALES TAX            .00
                 1875.00


TERMS: NET 30 DAYS

P2S46424

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:     A85616                        107 N.E. Lathrop Avenue
PO Date:   08/18/05                         Savannah, GA 31415
                                          (912)236-1766 Phone
              AUG 1 8 2005                (912)238-3072 Fax
                                                                        1
   Vendor:  ACTCO1                      Ship To:
   ACTCO TOOL & MFG CO INC              22 RECEIVING DOCK
   14421 BALDWIN ST EXT                 1001 INDUSTRIAL DR.
   P.O. BOX 675
   MEADVILLE         PA 16335           CLINTON            MS 39056

      Ord Src:
   Cust PO/Rel:  P2S46424
Cust Order Date:  08/17/05
```

Red

```
Item/Mfg Number           Due Date  Order Qty U/M  Unit Cost U/M Tax   Total
12066594--C031                9/26/05     3.000 PC    625.00000 PC   Y   1875.00
  PIN                                                                    80807   9·21
  12066594-PMC  DET.31  SHT.09
  CORE PIN
  ECL: C  DATE: 03/05/05
  ItmSeq:P2S46424-000001 UOM:PC
  WHO ORDERED: T42
```

# 28831
9-27-05

```
===============================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
```

```
                              SUBTOTAL      1875.00
                              TAX               .00
                                          ----------
                              TOTAL        1875.00
```

051101 T42
5-11-05

80050
6-8-05

INVOICE NUMBER: 128439

14421 BALDWIN ST. EXT
P. O. BOX 675
MEADVILLE PA 16335

DATE: 9/07/05

PO#: A85615/P2S46429

BILL TO: D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         REC. DOCK 22/CRIB T16
SAVANNAH, GA                             CLINTON, MS
        31415                                          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80813 | 12110487PMSLA0080-A | 1 COMPLETE | 450.0000 | 450.00 |

SUB-TOTAL     450.00
SALES TAX        .00
              450.00

TERMS: NET 30 DAYS

P2S-46429

PURCHASE ORDER
PO NO:      A85615
PO Date:  08/18/05

**AUG 1 8 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTCO1
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON              MS 39056

      Ord Src:
   Cust PO/Rel:  P2S46429
Cust Order Date:  08/17/05

Quote:
081205-2-HM
# 28439
9-07-05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M | Tax | Total |
|---|---|---|---|---|---|
| 12110487SLA080  80813 | 09/20/05  9.15 | 1.000 PC | 450.00000 PC | Y | 450.00 |

   INSERT
   12110487-PMSLA  DET.80  SHT.28
   SLIDE INSERT
   ECL: A   DATE: 13NO91
   .ItmSeq:P2S46429-000001 UOM:PC
   WHO ORDERED: T16
==========================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                    SUBTOTAL      450.00
                         TAX         .00
                                ----------
                       TOTAL      450.00

5-5-04

ACTON TOOL & MFG. CO
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8712

DATE:             9/20/05

PO#:     A85417/P2846431

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             REC. DOCK 22/CRIB T42
SAVANNAH, GA                                 CLINTON, MS
          31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80808 | 15359364PMTLA0094-B | 2 COMPLETE | 650.0000 | 1300.00 |

SUB-TOTAL    1300.00
SALES TAX         .00
             1300.00

TERMS: NET 30 DAYS

*P2S46431*

PURCHASE ORDER
PO NO:       A85617
PO Date:  08/18/05

AUG 1 8 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON              MS 39056

     Ord Src:
  Cust PO/Rel:  P2S46431
Cust Order Date:  08/17/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 15359364TLA094 | 09/26/05 | 2.000 PC | 650.00000 PC  Y | 1300.00 |

80808          9.21                              *Blue* # 28712
                                                      9-20-05

INSERT
15359364-PMTLA  DET.94  SHT.29
STATIONARY CORE INSERT
ECL: B   DATE: 09/08/04
ItmSeq:P2S46431-000001 UOM:PC
WHO ORDERED: CONFIRMATION
=============================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                                    SUBTOTAL     1300.00
                                    TAX              .00
                                              ----------
                                    TOTAL       1300.00

80053
6-10-05

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28767

DATE:          9/22/05

PO#:    A85802/P2546483

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T42
CLINTON, MS
                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80830 | 06288280PM0025-A | 1<br>COMPLETE | 550.0000 | 550.00 |

SUB-TOTAL          550.00
SALES TAX             .00
                     550.00

TERMS: NET 30 DAYS

*f9es746483*

PURCHASE ORDER                                VANGUARD DISTRIBUTORS, Inc.
PO NO:      A85802                                107 N.E. Lathrop Avenue
PO Date:   08/23/05                                  Savannah, GA 31415
                                                   (912)236-1766 Phone
                   AUG 2 3 2005                     (912)238-3072 Fax
                                                                              1

   Vendor:  ACTC01                        Ship To:
ACTCO TOOL & MFG CO INC                    22 RECEIVING DOCK
14421 BALDWIN ST EXT                       1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE        PA 16335                  CLINTON          MS 39056

   Ord Src:
  Cust PO/Rel:  P2S46483
Cust Order Date:  08/22/05

Item/Mfg Number          Due Date   Order Qty U/M   Unit Cost U/M Tax   Total      # 28767
06288280---025    808-30  09/26/05    1,000 PC     550.00000 PC   Y    550.00      9-22-05
  CORE                          9-21
  06288280-PM DET.25 SHT.7
MOVEABLE CORE
ECL A PRINT DATE 7/27/87
ItmSeq:P2S46483-000001 UOM:PC
WHO ORDERED: T42
================================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                                         SUBTOTAL      550.00
                                              TAX         .00
                                                    ----------
                                            TOTAL     550.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28531

DATE:            9/12/05

PO#:    A85858/P2S46508

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1001 INDUSTRIAL DRIVE
                                   PLANT 22 RECEIVING DOCK
SAVANNAH, GA                       CLINTON, MS
          31415                              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80847   | 8FP5613-A   | 1        | 109.0000   | 109.00 |
|         |             | COMPLETE |            |        |

SUB-TOTAL        109.00
SALES TAX           .00
                 109.00

TERMS: NET 30 DAYS

*P2S46508*

PURCHASE ORDER                              VANGUARD DISTRIBUTORS, Inc.
PO NO:     A85858                               107 N.E. Lathrop Avenue
PO Date:  08/24/05                                Savannah, GA 31415
                    AUG 2 4 2005                   (912)236-1766 Phone
                                                  (912)238-3072 Fax
                                                                          1
   Vendor:  ACTCO1                         Ship To:
ACTCO TOOL & MFG CO INC                    22 RECEIVING DOCK
14421 BALDWIN ST EXT                       1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE        PA 16335                  CLINTON            MS 39056

       Ord Src:
   Cust PO/Rel:  P2S46508
Cust Order Date:  08/23/05

Item/Mfg Number      Due Date  Order Qty U/M    Unit Cost U/M Tax    Total
8E25613      80847   09/22/05   1.000 PC      109.00000 PC  Y     109.00
   WAFER   ECL A 12-09-94          9/19
   NOTCH WAFER 2977571 MA
   NON-JIT
   ECL A   PRINT DATE 12-09-94
   ItmSeq:P2S46508-000004 UOM:PC
   WHO ORDERED: P22
=========================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library                                    SUBTOTAL      109.00
                                               TAX          .00
                                                       ---------
                                             TOTAL      109.00

# 28531
9-12-05

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28918

DATE:          9/30/05

PO#:   A85924/P2S46523

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80861 | 8E23385-B | 1 COMPLETE | 156.0000 | 156.00 |

SUB-TOTAL          156.00
SALES TAX             .00
                   156.00

TERMS: NET 30 DAYS

P2S46523



AUG 2 5 2005

PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:    A85924                              107 N.E. Lathrop Avenue
PO Date:  08/25/05                              Savannah, GA 31415
                                                (912)236-1766 Phone
                                                (912)238-3072 Fax
                                                                    1

  Vendor:  ACTCO1                        Ship To:
  ACTCO TOOL & MFG CO INC                22 RECEIVING DOCK
  14421 BALDWIN ST EXT                   1001 INDUSTRIAL DR.
  P.O. BOX 675
  MEADVILLE        PA 16335              CLINTON            MS 39056

     Ord Src:
  Cust PO/Rel:  P2S46523
  Cust Order Date:  08/24/05          10/07 - of - 9/29

  Item/Mfg Number            Due Date  Order Qty U/M   Unit Cost U/M Tax   Total      PL# 41656   10-12-05
  607A039          80860     09/23/05   1.000 PC       153.00000 PC  Y     153.00     Inv. # 29031  10-13-05
    INSERT                              9-20
    FORM INSERT, DET.#039, SHT16
    12033607 MA TO MISSISSIPPI
    NON JIT
    ECL A
    ItmSeq:P2S46523-000003 UOM:PC
    WHO ORDERED: P22          eff refused
  8E23385        80861       09/23/05   1.000 PC       156.00000 PC  Y     156.00     Ref # 28918
    BLOCK  ELC B 06-15-93                                                             9-30-05
    FORM BLOCK DET.81  C/L "J"
    12004552 M  SHT.41
    ECL B  PRINT DATE 06-15-93
    ItmSeq:P2S46523-000001 UOM:PC
    WHO ORDERED: P22
  8K27226        80862       09/23/05   1.000 PC       284.00000 PC  Y     284.00     # 28351
    PUNCH  ELC B 06-15-93                                                             8-31-05
    BLANK PUNCH  DET 133  C/L "M"
    12004552 M  SHT.38
    ECL B 06-15-93E 06-15-93
    ItmSeq:P2S46523-000002 UOM:PC
    WHO ORDERED: P22
  =====================================================================
  Note: Delphi does not notify Vanguard or suppliers of
  engineering changes.
  In order to insure build and delivery of proper revision
  level, it is the supplier's responsibility to confirm
  in-house build print adherence to the purchase order. If the
  revision level or print date on the supplier in-house print

ACTCO TOOL & MFG. CO
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28890

DATE:          9/29/05

PO#:     A86032/P2646556

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T42
CLINTON, MS
                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80891 | 12020629PMA0031-A | 1 COMPLETE | 475.0000 | 475.00 |

SUB-TOTAL:     475.00
SALES TAX         .00
              475.00

TERMS: NET 30 DAYS

*P₂ S 46556*



PURCHASE ORDER
PO NO:     A86032
PO Date:  08/29/05

**AUG 2 9 2005**

    Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

      Ord Src:
   Cust PO/Rel:  P2S46556
Cust Order Date:  08/26/05

VANGUARD DISTRIBUTORS, Inc.
   107 N.E. Lathrop Avenue
      Savannah, GA 31415
     (912)236-1766 Phone
     (912)238-3072 Fax                 1

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON        MS 39056

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 12020629--A031 | 09/30/05 | 1.000 | PC | 475.00000 | PC | Y | 475.00 |

*80891*    *9·27*

*Red # 28890
9-29-05*

CORE
12020629-PMA DET.31 SHT.17
STATIONARY CORE
ECL:A DATE:04/07/089
ItmSeq:P2S46556-000001 UOM:PC
=======================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                          SUBTOTAL      475.00
                               TAX         .00
                                       --------
                             TOTAL      475.00

ACTCO TOOL & MFG. CO.                                    INVOICE NUMBER:  28635
14421 BALDWIN ST. EXT.
P. O. BOX 675                                            DATE:          9/15/05
MEADVILLE          PA 16335
                                                         PO#:    A86031/P2846557

BILL TO:            D&B NUMBER: 004350641          SHIP TO:


VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
            31415                                            39056

REF NO.     DRAWING NO.         QUANTITY      UNIT PRICE        TOTAL
-----------------------------------------------------------------------------

80889       8E23280-A                  1      109.0000         109.00
                                 COMPLETE


                                              SUB-TOTAL        109.00
                                              SALES TAX           .00
                                                              109.00

..............................................................................

                                         TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28768

DATE:              9/22/05

PO#:    A86031/P2S46557

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
            31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80890 | 8E23282-B | 1 COMPLETE | 94.0000 | 94.00 |

SUB-TOTAL          94.00
SALES TAX            .00
                   94.00

TERMS: NET 30 DAYS

*P2 S46557*

PURCHASE ORDER                              VANGUARD DISTRIBUTORS, Inc.
PO NO:     A86031                               107 N.E. Lathrop Avenue
PO Date:  08/29/05                                 Savannah, GA 31415
                                                   (912)236-1766 Phone
           **AUG 2 9 2005**                        (912)238-3072 Fax
                                                                            1
   Vendor:  ACTC01                          Ship To:
ACTCO TOOL & MFG CO INC                     22 RECEIVING DOCK
14421 BALDWIN ST EXT                        1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE        PA 16335                   CLINTON          MS 39056

      Ord Src:
    Cust PO/Rel:  P2S46557
Cust Order Date:  08/26/05

Item/Mfg Number              Due Date  Order Qty U/M  Unit Cost U/M Tax   Total
8E23280    *80889*           09/27/05   1.000 PC     109.00000 PC  Y     109.00        *# 28635*
   WAFER  ECL A 10-01-93          *9-22*                                              *9-15-05*
   WAFER, DET#015
   12004542-M DIE  SHT.9
   ECL A  PRINT DATE 10-01-93
   ItmSeq:P2S46557-000002 UOM:PC
   WHO ORDERED: P22
8E23282    *80890*           09/27/05   1.000 PC      94.00000 PC  Y      94.00        *# 28768*
   WAFER  ECL B 10-01-93          *9-22*                                              *9-22-05*
   WAFER, DET.#041, SHT17
   12004542-M DIE
   ECL B  PRINT DATE 10-01-93
   ItmSeq:P2S46557-000001 UOM:PC
   WHO ORDERED: P22
==============================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                                     SUBTOTAL       203.00
                                          TAX          .00
                                                  --------
                                        TOTAL       203.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28981

DATE:            10/07/05

PO#:     A86481/P2S46654

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T42
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81030 | 153P6627PMGB5700-BO | 1 COMPLETE | 500.0000 | 500.00 |

SUB-TOTAL          500.00
SALES TAX            .00
                   500.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28982

DATE:          10/07/05

PO#:    A86481/P2S46654

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    REC. DOCK 22/CRIB T42
SAVANNAH, GA                        CLINTON, MS
          31415                                         39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81031   | 15326681PMGB5710-BO | 1 | 500.0000 | 500.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL     500.00
SALES TAX        .00
              500.00

TERMS: NET 30 DAYS

ACTCO  TOOL  &  MFG.  CO.
14421  BALDWIN  ST.  EXT.
P.  O.  BOX  675
MEADVILLE          PA  16335

INVOICE  NUMBER:  28983

DATE:          10/07/05

PO#:     A86481/P2546654

BILL  TO:          D&B  NUMBER:  004350641          SHIP  TO:

VANGUARD  DISTRIBUTORS,INC
107  N.E.  LATHROP  A

SAVANNAH,  GA
          31415

DELPHI  AUTOMOTIVE  SYSTEMS
1001  INDUSTRIAL  DRIVE
REC.  DOCK  22/CRIB  T42
CLINTON,  MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81029 | 12047842PMB0032-A00 | 1 COMPLETE | 325.0000 | 325.00 |

SUB-TOTAL          325.00
SALES  TAX           .00
                   325.00

TERMS:  NET  30  DAYS

PURCHASE ORDER
PO NO:    A86481
PO Date:  09/12/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

**SEP 1 2 2005**

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

Ord Src:
Cust PO/Rel:  P2S46654
Cust Order Date:  09/09/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|
| 12047842--B032 | 10/13/05 | 1,000 PC | 325.00000 | PC | Y | 325.00 |

CORE
12047842-PMB  DET.32  SHT.08
STATIONARY CORE
ECL: A00   DATE: 09/11/02
ItmSeq:P2S46654-000001 UOM:PC
WHO ORDERED: T42

*810.29   10-10*

*# 28983*
*10-7-05*

| 15326627GB5700 | 10/10/05 | 1,000 PC | 500.00000 | PC | Y | 500.00 |

INSERT
15326627-PMGB  DET.5700  SHT.29
MOVABLE CORE-END INSERT
ECL: B00   DATE: 09/27/01
ItmSeq:P2S46654-000002 UOM:PC
WHO ORDERED: T42

*810.30   10-5*

*# 28981*
*10-7-05*

| 15326681GB5710 | 10/10/05 | 1,000 PC | 500.00000 | PC | Y | 500.00 |

INSERT
15326681-PMGB  DET.5710  SHT.29
MOVABLE CORE-END INSERT
ECL: B00   DATE: 05/21/03
ItmSeq:P2S46654-000003 UOM:PC
WHO ORDERED: T42

*810.31   10-5*

*# 28982*
*10-7-05*

===============================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28667

DATE:          9/16/05

PO#:    A86552/P2S46683

BILL TO:              D&B NUMBER: 004350641         SHIP TO:

VANGUARD DISTRIBUTORS.INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1001 INDUSTRIAL DRIVE
                                          PLANT 22 RECEIVING DOCK
SAVANNAH, GA                              CLINTON, MS
              31415                                     39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81045 | 8K18253-S | 1 COMPLETE | 284.0000 | 284.00 |

SUB-TOTAL      284.00
SALES TAX        .00
               284.00

TERMS: NET 30 DAYS

ACECO TOOL & MFG. CO.                                    INVOICE NUMBER: 28951
14421 BALDWIN ST. EXT.
P. O. BOX 675                                     DATE:        10/04/05
MEADVILLE          PA 16335
                                                  PO#:    A86552/PPS46683

BILL TO:              D&B NUMBER: 004350641        SHIP TO:


VANGUARD DISTRIBUTORS,INC                   DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                          1001 INDUSTRIAL DRIVE
                                            PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                CLINTON, MS
              31415                                        39056

REF NO.      DRAWING NO.         QUANTITY       UNIT PRICE        TOTAL

81044      124M311-B                  1        131.0000       131.00
                                 COMPLETE


                                              SUB-TOTAL      131.00
                                              SALES TAX         .00
                                                            131.00


                              TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28980

DATE:          10/07/05

PO#:     A86552/P2S46683

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
               31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81043 | 0822144 | 2 COMPLETE | 197.0000 | 394.00 |

SUB-TOTAL          394.00
SALES TAX             .00
                   394.00

TERMS: NET 30 DAYS

*P2S46683*

```
PURCHASE ORDER                                    VANGUARD DISTRIBUTORS, Inc.
PO NO:    A86552         SEP 1 3 2005                107 N.E. Lathrop Avenue
PO Date:  09/13/05                                    Savannah, GA 31415
                                                     (912)236-1766 Phone
                                                     (912)238-3072 Fax          1

   Vendor: ACTC01                          Ship To:
ACTCO TOOL & MFG CO INC                    22 RECEIVING DOCK
14421 BALDWIN ST EXT                       1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE        PA 16335                   CLINTON           MS 39056

     Ord Src:
Cust PO/Rel:  P2S46683
Cust Order Date:  09/12/05
```

```
Item/Mfg Number          Due Date   Order Qty U/M   Unit Cost U/M Tax   Total
0822144    81043         10/12/05    2.000 PC       197.00000 PC   Y     394.00      #28980
  LINER                                        10-7                                  10-7-05
PUNCH LINER  2 PCS. REQ.
12015082M   SHT 21  DET 144
ECL -
ItmSeq:P2S46683-000002 UOM:PC
WHO ORDERED: P22

126M311    81044         10/12/05    1.000 PC       131.00000 PC   Y     131.00      #28951
  PUNCH  ECL B                                 .7                                    10-4-05
U-UP PUNCH ( CORE )
06294126 M SHT. 11
ECL B PRINT DATE
ItmSeq:P2S46683-000005 UOM:PC
WHO ORDERED: P22

8K18253    81045         10/12/05    1.000 PC       284.00000 PC   Y     284.00      # 28667
  ECL S 02-22-95                                                                     9-16-05
987B074
02962987 MB SHT 17
ECL S PRINT DATE 02/22/95
ItmSeq:P2S46683-000004 UOM:PC
WHO ORDERED: P22
```

=======================================================================

```
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
```

ACTION TOOL & MFG. CO
14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 29211

DATE:         10/17/05

PO#:   AB6662/P2546712

BILL TO:            D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             REC. DOCK 22/CRIB T42
SAVANNAH, GA                                 CLINTON, MS
             31415                                         39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81084 | 15336033PM6A0012-G | 4 COMPLETE | 1250.0000 | 5000.00 |

SUB-TOTAL      5000.00
SALES TAX           .00
               5000.00

TERMS: NET 30 DAYS

*P28 #67/2*

PURCHASE ORDER
PO NO:     A86662
PO Date:  09/15/05

**SEP 15 2005**

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

         Ord Src:
  Cust PO/Rel:  P2S46712
Cust Order Date:  09/14/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax                    1

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON           MS 39056

*Red #29211*
*10-17-05*

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M | Tax | Total |
|---|---|---|---|---|---|
| 15336033-GA012 | 10/18/05 | 4.000 PC | 1250.00000 PC | Y | 5000.00 |

*81084*  *8-13*

    INSERT
    15336033-PMGA  DET.12  SHT.25
    STRIPPER INSERT
    ECL: G   DATE: 03/26/04
    ItmSeq:P2S46712-000001 UOM:PC
    WHO ORDERED: T42

*Quote 0910-01-T42*

=======================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                                    SUBTOTAL       5000.00
                                    TAX                 .00
                                                 ----------
                                    TOTAL          5000.00

ACTION TOOL & MFG. CO.
16421 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE            PA 16335

INVOICE NUMBER: 28947

DATE:          10/04/05

PO#:    A87177/PPS44855

BILL TO:         D&B NUMBER: 004350641         SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1001 INDUSTRIAL DRIVE
                                   PLANT 22 RECEIVING DOCK
SAVANNAH, GA                       CLINTON, MS
        31415                              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81195 | 12110052PMSLB0073-E | 1 | 725.0000 | 725.00 |
|  |  | COMPLETE |  |  |

                                   SUB-TOTAL      725.00
                                   SALES TAX         .00
                                                  725.00

                                   TERMS: NET 30 DAYS

*72 5746855*

PURCHASE ORDER
PO NO:      A87177
PO Date:  09/28/05

SEP 2 9 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
22 RECEIVING DOCK
1001 INDUSTRIAL DR.

CLINTON          MS 39056

Til

Ord Src:
Cust PO/Rel:  P2S46855
Cust Order Date:  09/27/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 12110052SLB073 | 11/01/05 | 1,000 PC | 725.00000 PC Y | 725.00 |
| CORE  81195 | 10-27 | | | #28947 |
| 12110052-PMSLB  DET.73  SHT.18 | | | | 10-4-05 |
| MOVABLE CORE | | | | |
| ECL: E   DATE: 06/11/98 | | | | |
| ItmSeq:P2S46855-000002 UOM:PC | | | | |
| 12110727SLA053 | 11/05/05 | 1,000 PC | 775.00000 PC Y | 775.00 |
| CORE  81196 | 11-1 | | | #29460 |
| 12110727-PMSLA  DET.53  SHT.17 | | | | 11-1-05 |
| MOVEABLE CORE | | | | |
| ECL: D   DATE: 03/02/94 | | | | |
| ItmSeq:P2S46855-000001 UOM:PC | | | | |
| WHO ORDERED: CONFIRMATION | | | | |

============================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                              SUBTOTAL    1500.00
                              TAX             .00
                                         ----------
                              TOTAL      1500.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28941

DATE:          10/03/05

PO#:    A87178/P2S46858

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1001 INDUSTRIAL DRIVE
                                          REC. DOCK 22/CRIB T42
SAVANNAH, GA                              CLINTON, MS
          31415                                      39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81180 | 12010123PMA0005-A | 2 COMPLETE | 400.0000 | 800.00 |

SUB-TOTAL          800.00
SALES TAX            .00
                   800.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO
14691 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE           PA 16335

INVOICE NUMBER: 28955

DATE:              10/04/05

PO#:      A8717B/PPS46858

BILL TO:              DNB NUMBER: 004350641              SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A              1001 INDUSTRIAL DRIVE
              REC. DOCK 22/CRIB T42
SAVANNAH, GA              CLINTON, MS
              31415              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81181 | 12041307PMA0007-A | 2<br>COMPLETE | 475.0000 | 950.00 |

SUB-TOTAL        950.00
SALES TAX          .00
                 950.00

TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:    A87178
PO Date:  09/28/05

**SEP 2 9 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01                     Ship To:
ACTCO TOOL & MFG CO INC             22 RECEIVING DOCK
14421 BALDWIN ST EXT                1001 INDUSTRIAL DR.
P.O. BOX 675
MEADVILLE        PA 16335           CLINTON          MS 39056

       Ord Src:
  Cust PO/Rel: P2S46858
Cust Order Date: 09/27/05

Item/Mfg Number            Due Date  Order Qty U/M  Unit Cost U/M Tax   Total
12010123--A005             10/05/05   2.000 PC    400.00000 PC  Y   800.00      #28941
  CORE      *81180*                                                             10-3-05
  12010123-PMA  DET.05  SHT.15
STATIONARY CORE
ECL: A    DATE: 06/19/05
  ItmSeq:P2S46858-000001 UOM:PC
  WHO ORDERED: T42
12010123--A007             10/24/05   2.000 PC    300.00000 PC  Y   600.00      #29225
  CORE      *81186*  10-19                                                      10-18-05
  12010123-PMA  DET.07  SHT.15
STATIONARY CORE
ECL: A    DATE: 06/19/95
  ItmSeq:P2S46858-000002 UOM:PC
  WHO ORDERED: T42
12041307--A007             10/05/05   2.000 PC    475.00000 PC  Y   950.00      #28955
  CORE      *81181*                                                             10-4-05
  12041307-PMA  DET.07  SHT.09
STATIONARY CORE
ECL: A    09/06/83
  ItmSeq:P2S46858-000003 UOM:PC
  WHO ORDERED: T42
================================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the