Hearing Date and Time: October 25, 2007 at 10:00 a.m.
Response Date and Time: October 18, 2007 at 4:00 p.m.

REED SMITH LLP
Amy M. Tonti (AT-3890)
599 Lexington Avenue
New York, New York 10022
Telephone: 212.521.5400
Facsimile: 212.521.5450
Email:  atonti@reedsmith.com

And

Nicholas R. Pagliari
Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc.
2222 West Grandview Boulavard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile:  814-833-6753
Email:  NPagliari@quinnfirm.com
(Co-Counsel, Pro Hac Vice Motion to be Filed)

Attorneys for Actco Tool & Manufacturing Company


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x    Chapter 11
IN RE:                                              :
                                                    :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                         :
                                                    :    Jointly Administered
   Debtors.                                         :
---------------------------------------------------------------x    Related to Docket No. 10629

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Actco Tool & Manufacturing Company's Supplemental Exhibits to Response to Twenty-First Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject to

- 2 -

Modification, Tax Claim Subject to Modification, and Modified Claims Asserting Reclamation, was served in the manner indicated upon the following named parties listed on the attached Service List on this the 18th day of October, 2007.

Dated: October 18, 2007                                Reed Smith LLP

                                                      By:    /s/Stacy L. Lucas
                                                                Stacy L. Lucas, Assistant to Amy M. Tonti
                                                                REED SMITH LLP
                                                                599 Lexington Avenue, 29th Floor
                                                                New York, New York 10022
                                                               Tel: 212.549.0277
                                                                Fax: 212.521.5450

## SERVICE LIST

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel<br><br>*VIA OVERNIGHT MAIL* | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606<br>Attn: John Wm. Butler, Jr.<br>Attn: John K. Lyons<br>Attn: Joseph N. Wharton<br>Email: jbutler@skadden.com<br>Email: jlyonsch@skadden.com<br>Email: jwharton@skadden.com<br><br>*VIA ELECTRONIC MAIL* |
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>Room 632<br>New York, New York 10004<br><br>*VIA OVERNIGHT MAIL* | |