Vincent A. D'Agostino (VD-0120)
Eric H. Horn (EH-2020)
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500

and

1251 Avenue of the Americas
New York, NY 10020
212.262.6700
*Counsel to the AT&T Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

ELIZABETH LAWLER, being duly sworn on her oath according to law, deposes and says:

1. I am a legal assistant employed by the law firm of Lowenstein Sandler PC, counsel to AT&T Corp., AT&T Global Services f/k/a SBC Global, SBC Advanced Solutions, Inc., SBC Yellow Pages, SBC Long Distance, SBC Advanced Solutions, Inc., and SBC Datacomm (collectively, the "AT&T Entities"), in the above captioned matter.

2. I certify that on October 18, 2007, pursuant to the service requirements set forth in the *Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. §502(b) And Fed. Bankr. P. 3007 To Certain (A) Duplicate or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On The Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject To Modification, Tax Claim Subject To Modification, and Modified Claims Asserting Reclamation*, I served the following document upon the parties indicated on the attached service list, in the manner listed therein:

   a. *Response of AT&T and its related entities to Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. §502(b) And Fed. Bankr. P. 3007 To Certain (A) Duplicate or Amended Claims, (B) Untimely Equity*

-2-

> *Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On The Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject To Modification, Tax Claim Subject To Modification, and Modified Claims Asserting Reclamation.*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  October 18, 2007         /s/ Elizabeth Lawler
                                 Elizabeth Lawler


Sworn to before me this
 18th  day of October, 2007

 /s/ Mary Knodel
Notary Public
State of New Jersey
My commission expires 8/29/08

## **SERVICE LIST**

*Via Federal Express and Facsimile:*

Delphi Corporation
5725 Delphi Drive,
Troy, Michigan 48098
Attn: David M. Sherbin
Fax: 248-813-2612

*Via Federal Express, Facsimile and Electronic Mail:*

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Fax: 312.407.0411
E-mail: jbutler@skadden.com

John K. Lyons
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Fax: 312.407.0411
jlyonsch@skadden.com

*Via Hand Delivery:*

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, NY  10004