UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>            Debtors | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSACHUSETTS   )
                                                  ) ss.:
COUNTY OF SUFFOLK   )

      Carol S. Ennis, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Melrose, Massachusetts.

      On the 18th day of October, 2007, I caused to be served true copies of the Response of Goldman Sachs Credit Partners, LP to the Debtors' Twenty-First Omnibus Objection to Proofs of Claim (Goldman Sachs Credit Partners LP Claims) (Claim Nos. 7547, 15086, 15046, 5842, 11965, 11966 and 11967) to the parties on the attached Service List by electronic mail and first class mail, as indicated.

                                                _/s/ Carol S. Ennis_
                                                Carol S. Ennis, Paralegal
                                                Brown Rudnick Berlack Israels LLP
                                                One Financial Center
                                                Boston, MA 02111
                                                Tel.: (617) 856-8552
                                                Fax: (617) 289-0472

Sworn to before me this
18th day of October, 2007

_/s/ Betty Ann Sullivan_

# 1523667

## SERVICE LIST

Delphi Corporation
5725 Delphi Drive
Troy MI 48098
Attn: General Counsel
(Sent by first class mail)

John W. Butler, Jr., Esq.
John K. Lyons, Esq.
Randall G. Reese, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
(Sent by first class mail and electronic mail)