UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Corporation

                    *Debtors*

In Proceedings For A Reorganization Under
Chapter 11

Case No. 05-44481

Claim # Unknown

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:        Boyle Services Inc.
                      701 W 41st
                      Tulsa, OK 74107

The transfer of your claim as shown above, in the amount of $ 186.00 has been transferred *(unless previously expunged by court order)* to:

              Trade-Debt.Net
              P.O. Box 1487
              West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

         FILE A WRITTEN OBJECTION TO THE TRANSFER with:

              United States Bankruptcy Clerk
              Southern District of New York
              Alexander Hamilton Custom House
              One Bowling Green
              New York, NY 10004-1408

         SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT

-------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____  Transferee ____  Debtor's Attorney ___

                                        _____
                                        Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re.

| | ) | |
|---|---|---|
| Delphi Corporation. | ) | Case No.05-44481 |
| | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | NOTICE OF TRANSFER OF CLAIM |
| | ) | OTHER THAN FOR SECURITY AND |
| | ) | WAIVER OF NOTICE |
| | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **BOYLE SERVICES INC** Inc in the amount of $ 186.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **BOYLE SERVICES INC** is not less than $ 186.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
BOYLE SERVICES INC
701 W 41ST STREET TULSA OK 74107

Please print your name: Michael Boyle.    Signature

Title: Vice-president .    Date: 1/31/06

Address: 701 W. 41st Tulsa, OK 74107
(city,state,zip)
Telephone: 918-446-3580   Fax 918-446-1408   Email: boyleservices@sbcglobal.net

Federal Taxpayer ID / Social Security Number 73 0935235

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: 
Timothy McGuire

Delphi

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
| --- | --- |
| Delphi Corporation<br>Debtor<br>ASEC Manufacturing General Partnership | Case No. 05-44481<br><br>Claim #  UNKNOWN |
| *Debtors* | |

### NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:     Holder's
                           7027 E 40ᵗʰ St
                           Tulsa, OK 74145-4522

The transfer of your claim as shown above, in the amount of $ 326.55 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.    However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER**  with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---------------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .

INTERNAL CONTROL NO. _____

Copy: (check)  Claims Agent ____    Transferee ____   Debtor's Attorney ___

_____
                                      Deputy Clerk

Trade-Debt.net
PO Box, 1487
West Babylon, NY. 11704

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re.

|  |  |  |
|---|---|---|
| Delphi Corporation. | ) ) ) | Case No.05-44481 Jointly Administered |
|  | ) ) | Chapter 11 |
|  | ) ) | **NOTICE OF TRANSFER OF CLAIM** |
| — Debtors. — | ) | **OTHER THAN FOR SECURITY AND** |
|  | ) ) | **WAIVER OF NOTICE.** RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **HOLDER'S** Inc in the amount of $ 326.55 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **HOLDER'S** is not less than $ 326.55 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade-Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade-Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
HOLDER'S
7027 E 40TH ST  TULSA OK 74145-4522

Please print your name _Linda Holth_   Signature _Linda Holth_

Title _Secretary_                           Date _1-31-06_

Address: _7027 E 40th Tulsa OK 74137_
(city,state,zip)
Telephone _918 663-8660  918 663-8669_

Federal Taxpayer ID / Social Security Number _73-0750382_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

                                                              Delphi

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Delphi Corporation<br>Debtor<br>ASEC Manufacturing General Partnership<br><br><div align="center">*Debtors*</div> | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-44481<br><br>Claim # UNKNOWN |

## **NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:          Kunz Janitorial
                              7835 Granite Ave
                              Tulsa, Ok 74136

The transfer of your claim as shown above, in the amount of $ 1,596.93 has been transferred *(unless previously expunged by court order)* to:

                              Trade-Debt.Net
                              P.O. Box 1487
                              West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

        FILE A WRITTEN OBJECTION TO THE TRANSFER  with:

                    United States Bankruptcy Clerk
                    Southern District of New York
                    Alexander Hamilton Custom House
                    One Bowling Green
                    New York, NY 10004-1408

          SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT

---------------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent _____   Transferee _____  Debtor's Attorney ___

                                                              _____
                                                              Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re.

|  |  |  |
|---|---|---|
| Delphi Corporation. | ) | Case No.05-44481 |
|  | ) | Jointly Administered |
|  | ) |  |
|  | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | **NOTICE OF TRANSFER OF CLAIM** |
|  | ) | **OTHER THAN FOR SECURITY AND** |
|  | ) | **WAIVER OF NOTICE.** |
|  | ) | RULE 3001 (e)(1) |

*Kunz Janitorial*

Please take notice that your unsecured claim of **KUNZ JANITORIAL** Inc in the amount of $ 1,596.93 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assess that the claim of **KUNZ JANITORIAL** is not less than $ 1,596.93 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade-Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
**KUNZ JANITORIAL**
7835 S GRANITE AVE  TULSA OK 74136

Please print your name _Jeffrey Kunz_ Signature _____

Title _Owner_ Date _1-26-06_

Address: _7835 S. Granite Ave    Tulsa, OK 74136_
(city,state,zip)
Telephone _918 481-1405_ Fax _481-5535_ Email _____

Federal Taxpayer ID / Social Security Number _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_

Transferee:
**TRADE-DEBT.NET**
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

Delphi

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
| Delphi Corporation | |
| Debtor | Case No. 05-44481 |
| ASEC Manufacturing General Partnership | |
| | Claim #  UNKNOWN |
| *Debtors* | |

**NOTICE:  OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:     W & W Manufacturing Company
800 S Broadway
Hicksville, NY 11801-5017

The transfer of your claim as shown above, in the amount of $ 140.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**
----------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____  Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re.

|  |  |
|---|---|
| Delphi Corporation. | Case No.05-44481<br>Jointly Administered |
|  | Chapter 11 |
| Debtors. | **NOTICE OF TRANSFER OF CLAIM**<br>~~OTHER THAN FOR SECURITY AND~~<br>**WAIVER OF NOTICE.**<br>RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **W & W MANUFACTURING COMPANY** Inc in the amount of $ 140.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **W & W MANUFACTURING COMPANY** is not less than $ 140.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
W & W MANUFACTURING COMPANY
800 S BROADWAY  HICKSVILLE NY 11801-5017

Please print your name _William Nicholas_  Signature _William Nicholas_

Title _Acct Rec. Rep_  Date _1/26/06_

Address: _800 S. Broadway Hicksville, NY 11801_
(city,state,zip)
Telephone _800-221-0732_ Fax _516-942-0011_ Email _William@ww-manufacturing.com_

Federal Taxpayer ID / Social Security Number _11-2655104_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

Delphi

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Delphi Corporation<br>Debtor<br>ASEC Manufacturing General Partnership<br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-44481<br><br>Claim # UNKNOWN |

### NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:     ATF Trucking LLC
P.O Box 8500
Box #3176
Philadelphia, PA 19178-3176

The transfer of your claim as shown above, in the amount of $ 5,629.80 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-----------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .

INTERNAL CONTROL NO. _____

Copy: (check)  Claims Agent ____   Transferee ____  Debtor's Attorney ___

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re.

|  |  |  |
|---|---|---|
| | ) | Case No.05-44481 |
| Delphi Corporation. | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| ~~Debtors.~~ | ) | ~~OTHER THAN FOR SECURITY AND~~ |
| | ) | **WAIVER OF NOTICE.** |
| | ) | **RULE 3001 (e)(1)** |

Please take notice that your unsecured claim of **ATF TRUCKING, LLC** Inc in the amount of **$ 5,629.80** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **ATF TRUCKING, LLC** is not less than **$ 5,629.80** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade-Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
ATF TRUCKING, LLC
~~P.O. BOX 8500 - BOX # 3176 PHILADELPHIA PA 19178-3176~~

Please print your name _Paul Rubin_   Signature _[signature]_

Title _Director of Administration_   Date _11/27/06_

Address: _1801 S. Pennsylvania Ave Morrisville PA 19067_
(city,state,zip)
Telephone _215-428-4975_   Fax _215-689-4842_   Email _____

Federal Taxpayer ID / Social Security Number _23-2983852_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _[signature]_
Timothy McGuire

Delphi

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>Delphi Corporation<br>Debtor<br>ASEC Manufacturing General Partnership<br><br><br>*Debtors* | In Proceedings For A Reorganization Under<br>Chapter 11<br><br>Case No. 05-44481<br><br>Claim # UNKNOWN |

### NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:     Draiswerke Inc.
40 Whitney rd
Mahwah, NJ 07430

The transfer of your claim as shown above, in the amount of $ 5,625.23 has been transferred
*(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU
OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE,
YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a
hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR
RECORDS AS THE CLAIMANT**
-----------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent _____   Transferee _____  Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re.

|  | ) |  |
|---|---|---|
| Delphi Corporation. | ) | Case No.05-44481 |
|  | ) | Jointly Administered |
|  | ) |  |
|  | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | NOTICE OF TRANSFER OF CLAIM |
|  | ) | OTHER THAN FOR SECURITY AND |
|  | ) | WAIVER OF NOTICE. |
|  | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of DRAISWERKE INC Inc in the amount of $ 5,625.23 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of DRAISWERKE INC is not less than $ 5,625.23 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
DRAISWERKE INC
40 WHITNEY ROAD  MAHWAH NJ 07430

Please print your name DONALD CIMMINO  Signature _____

Title CONTROLLER.                    Date 1/27/06

Address: 40 WHITNEY ROAD, MAHWAH, NJ 07430
(city,state,zip)
Telephone 201-847-0600  Fax 201-847-0606   Email _____

Federal Taxpayer ID / Social Security Number 22-2629764

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

                                                              Delphi

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| Delphi Corporation<br>Debtor<br>ASEC Manufacturing General Partnership | Case No. 05-44481 |
| *Debtors* | Claim # UNKNOWN |

**NOTICE:** OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:     Bella Gruver
                   11242 s Nandina Ave
                   Jenks, OK 74037
_____

The transfer of your claim as shown above, in the amount of $ 480.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to **INTERNAL CONTROL NO.** _____ in your objection.   If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

--------------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .

**INTERNAL CONTROL NO.** _____

Copy: (check)  Claims Agent ____   Transferee ____  Debtor's Attorney ___

_____
                                 Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re.

|  |  |  |
|---|---|---|
| Delphi Corporation. | )<br>)<br>) | Case No.05-44481<br>Jointly Administered |
|  | )<br>) | Chapter 11 |
| ——————— Debtors——————— | )<br>)<br>)<br>) | **NOTICE OF TRANSFER OF CLAIM<br>OTHER THAN FOR SECURITY AND<br>WAIVER OF NOTICE.**<br>RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **BELLA GRUVER** Inc in the amount of $ 480.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer any claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **BELLA GRUVER** is not less than $ 480.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade-Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
BELLA GRUVER
11242 S NANDINA AVE  JENKS OK 74037

Please print your name _Izabella Gruver_  Signature _I. Hruser_

Title _Language Instructor_  Date _Feb. 3, 2006_

Address: _11242 S. Nandina Ave. Jenks, OK 74037_
(city,state,zip)
Telephone _(918) 296-3162_  Email _vladimirgruver @ yahoo.com_

Federal Taxpayer ID / Social Security Number _Vlad 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_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

                                                      Delphi

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
| Delphi Corporation | Case No. 05-44481 |
| Debtor | |
| ASEC Manufacturing General Partnership | Claim # UNKNOWN |
| *Debtors* | |

**NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:        Fleming Comfort Footware
                      5914 South Lewis
                      Tulsa, OK 74105

The transfer of your claim as shown above, in the amount of $ 250.00 has been transferred *(unless previously expunged by court order)* to:

                      Trade-Debt.Net
                      P.O. Box 1487
                      West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

   **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

                      United States Bankruptcy Clerk
                      Southern District of New York
                      Alexander Hamilton Custom House
                      One Bowling Green
                      New York, NY 10004-1408

   **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**
----------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent _____    Transferee _____  Debtor's Attorney ____

                                              _____
                                              Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.                                    )
                                          )
Delphi Corporation.                       )        Case No.05-44481
                                          )        Jointly Administered
                                          )
                                          )        Chapter 11
                                          )
                                          )        NOTICE OF TRANSFER OF CLAIM
                           Debtors.       )        OTHER THAN FOR SECURITY AND
                                          )        WAIVER OF NOTICE
                                          )        RULE 3001 (e)(1)

Please take notice that your unsecured claim of **FLEMINGS COMFORT FOOTWARE** Inc in the amount of $
250.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The
signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder.
Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

), the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and
all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim
of **FLEMINGS COMFORT FOOTWARE** is not less than $ 250.00 and has not been previously transferred, and
that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse
Trade-Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole
or part by the debtor, the Court , or any other party. I agree to deliver to Trade-Debt.net, Inc. any correspondence or
payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address
regarding the claim of the transferor to that of the transferee listed below.

Transferor:
FLEMINGS COMFORT FOOTWARE
5914 SOUTH LEWIS TULSA OK 74105

Please print your name _Angela Fleming_ Signature _Angela M Fleming_

Title _President_ _____ Date _____

Address: _5914 S. Lewis Ave._
(city,state,zip)
Telephone _918-743-9463_ Fax _918-743-7491_ Email _Flemingshoes@yahoo.com_

Federal Taxpayer ID / Social Security Number _73-1359620_

Transferee:
TRADE-DEBT.NET                    _2-1-06_
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

                                                              Delphi