UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :
    In re                                   :        Chapter 11
                                     :
DELPHI CORPORATION, et al.,          :        Case No. 05-44481 (RDD)
                                     :
                        Debtors.    :        (Jointly Administered)
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SUPPLEMENTAL ORDER
(A) ESTABLISHING REVISED HEARING DATE AND RELATED PROCEDURES
ON DISCLOSURE STATEMENT AND SOLICITATIONS PROCEDURE MOTION
AND (B) SETTING HEARING DATE AND RELATED PROCEDURES FOR
POTENTIAL MOTIONS AMENDING INVESTMENT AGREEMENT AND
<u>APPROVING CERTAIN EXIT FINANCING AGREEMENTS</u>

("SUPPLEMENTAL DISCLOSURE STATEMENT, INVESTMENT AGREEMENT,
AND EXIT FINANCING PROCEDURES ORDER")

Upon the Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures, dated September 6, 2007 (Docket No. 9266) (the "Motion") of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"), the Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession, dated September 6, 2007 (Docket No. 9263) (the "Plan"), and the Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 9264), dated September 6, 2007 (the "Disclosure Statement"); and the Court having

received and reviewed various objections and responses to the Motion filed by various parties (the "Objectors")[1]; and upon the Debtors' Omnibus Response to Disclosure Statement Objections, dated October 2, 2007 (Docket No. 10418); and the Court having commenced the hearing on the Motion on October 3, 2007 (the "Hearing") in accordance with the Order Scheduling Non-Omnibus Hearing on the Debtors' Motion To Approve Solicitation Procedures And Disclosure Statement, dated August 6, 2007 (Docket No. 8898); and the Court having entered an order on October 9, 2007 (Docket No. 10497) (the "Disclosure Statement and Solicitation Procedures Order") disposing of the objections and responses filed by the Objectors, continuing the hearing on the Motion to 1:00 p.m. (prevailing Eastern time) on October 25, 2007, and establishing various deadlines in respect of the continued hearing; and the Court having been advised by the Debtors that the Debtors believe that it is in the best interests of the Debtors and their stakeholders for the October 25, 2007 hearing to be continued to November 8, 2007 in order for the Debtors to continue discussions with certain of the Potential Objectors[2] regarding the Potential Amendments as well as to provide additional time for the Potential Objectors to receive and evaluate the Potential Amendments and for the Debtors to prepare and potentially file motions to approve potential amendments to the Debtors' Investment Agreement with the Plan Investors (the "Amended Investment Agreement

---

[1] Objections and responses have been filed at docket numbers 9513, 9668, 9669, 9670, 9674, 9677, 9680, 10413, 10414, and 10417.

[2] The remaining Objectors are the Official Committee of Unsecured Creditors, the Official Committee of Equity Security Holders, A-D Acquisition Holdings, LLC (an affiliate of Appaloosa Management L.P.) as lead plan investor under the Plan, General Motors Corporation, the Ad Hoc Committee of Trade Creditors, Wilmington Trust Company as indenture trustee, and a group of bondholders represented by common counsel consisting of DK Acquisition Co., Silverpoint Capital, Sandell Management Co., Elliott Management Company, and CR Intrinsic as well as the Lead Plaintiffs (but only to the extent of matters raised in the Lead Plaintiffs Response or any Potential Amendments) (collectively, the "Potential Objectors").

2

Approval Motion") and to approve one or more exit financing commitments, engagement and/or expense reimbursement letters (the "Exit Financing Approval Motion"); and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Disclosure Statement and Solicitation Procedures Order shall continue in full force and effect, except as otherwise set forth in this Order.

2. The hearing on the Motion originally commenced on October 3, 2007 is continued from October 25, 2007 to November 8, 2007 at 10:00 a.m. (prevailing Eastern time). To the extent that the Debtors file and serve, with a copy to Chambers, the Amended Investment Agreement Approval Motion and/or the Exit Financing Approval Motion on or before October 29, 2007, the Court will also conduct hearings at 10:00 a.m. (prevailing Eastern time) on November 8, 2007 on the Amended Investment Agreement Approval Motion and/or the Exit Financing Approval Motion.

3. The Debtors shall use commercially reasonable efforts to file a notice of their proposed amendments to the Plan and Disclosure Statement on October 29, 2007, which notice shall include proposed blacklined changed pages (as and if applicable) to the Disclosure Statement and Appendices A (the Plan), C (Financial Projections), D (Valuation Analysis) and E (Liquidation Analysis) thereto, Plan Exhibit 7.11 (Investment Agreement), Plan Exhibit 7.14 (Exit Financing Term Sheet) (if available), Plan Exhibit 7.20(a) (Delphi-GM Global Settlement Agreement) and Plan Exhibit 7.20(b) (Delphi-GM Master Restructuring Agreement).

4. To the extent that the Debtors satisfy the notice requirements of paragraph 3 of this Order, the Potential Objectors shall file any objection to the Motion and/or the Disclosure Statement no later than 4:00 p.m. (prevailing Eastern time) on

3

November 2, 2007. All such objections shall be subject to a full reservation of rights by the Debtors and other parties in interest. Any Potential Objector filing an objection to the Motion and/or Disclosure Statement shall make a good faith effort to include language in its objection which would satisfy such objection.

5. To the extent that the Debtors file and serve the Amended Investment Agreement Approval Motion and/or the Exit Financing Approval Motion as provided for in paragraph 2 of this Order, objections to such motions shall be filed and served, with a copy to Chambers, no later than 4:00 p.m. (prevailing Eastern time) on November 2, 2007. All such objections shall be subject to a full reservation of rights by the Debtors and other parties in interest.

6. The omnibus reply deadline in respect of any objections filed to the Motion, the Amended Investment Agreement Approval Motion, and/or the Exit Financing Approval Motion shall be 4:00 p.m. (prevailing Eastern Time) on November 7, 2007. The Debtors shall include in their omnibus reply to the Motion (a) any additional proposed blacklined changed pages to the documents referenced in paragraph 3 of this Order arising from (i) continued discussions between the Debtors and parties in interest after the filing provided for in paragraph 3 of this Order was made and/or (ii) changes proposed by the Debtors in response to any objections filed pursuant to paragraph 4 of this Order, (b) a cumulative blackline of each document for which additional changed pages were filed pursuant to paragraph 6(a), marked against the documents originally filed on September 6, 2007, and (c) a proposed blacklined approval order and revised Plan solicitation timeline, which timeline shall provide for a plan exhibit filing date no later than ten days prior to the proposed plan voting and objection deadline.

7. Any objections filed by an objector to the Amended Investment Agreement Approval Motion and/or the Exit Financing Approval Motion, any objection filed by a Potential Objector to the Motion and/or Disclosure Statement, and any replies filed by the Debtors shall be filed with this Court and served in accordance with Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case Management Order") and the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered October 26, 2006 (Docket No. 5418) (the "Amended Eighth Supplemental Order").

8. The Debtors, any objector who objects to either of the Amended Investment Agreement Approval Motion and/or the Exit Financing Approval Motion, and any Potential Objector who objects to the Motion and/or Disclosure Statement shall conduct a meet and confer conference at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 at 4:00 p.m. (prevailing Eastern time) on November 6, 2007, consistent with Paragraph 5 of the Case Management Order, to discuss a possible resolution of any such objection(s) and the process of identification of the proposed evidence to be introduced and the witnesses to be called so that the Hearing can be conducted in an orderly manner.

9. Service of this order shall be made in accordance with the Case Management Order and the Amended Eighth Supplemental Order.

Dated:   New York, New York
         October 19, 2007

                                        /s/ Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE