## Deluca, Jeanine E

| | |
|---|---|
| **From:** | Deluca, Jeanine E |
| **Sent:** | Wednesday, April 18, 2007 4:42 PM |
| **To:** | 'cmatzko@apslaw.com' |
| **Subject:** | Cookson/fry's Family of Companies |

**Attachments:**     Sum of Cookson.xls

Claudia,

Per our conversation today, please find attached a file which details the pre-petition activity for the three Cookson companies. Please review the information and let me know if you have any questions. I would recommend that the finance contact at the companies reviews the data to understand what Delphi's books and records currently reflect.

Thank you,



Sum of Cookson.xls
(62 KB)

*Jeanine E. DeLuca*

Manager, Restructuring Processes & Support
Delphi Corp.
5725 Delphi Drive
M/C 480-900-001
Troy, Mi  48098-2815
Tel.  248.265.4257
Fax. 248.265.4277

## Deluca, Jeanine E

| | |
|---|---|
| **From:** | Unrue, Dean R |
| **Sent:** | Wednesday, June 20, 2007 4:47 PM |
| **To:** | Deluca, Jeanine E |
| **Subject:** | FW: Info--Cookson/fry's Family of Companies |

**Attachments:**    DELPHIANALYSIS.xls; Delphiclaim58228.25.xls

 

DELPHIANALYSIS.xlDelphiclaim58228.2
s (24 KB)     5.xls (70 KB...

Jeanine

FYI

-----Original Message-----
From: Matzko, Claudia [mailto:CMatzko@apslaw.com]
Sent: Monday, May 07, 2007 11:35 AM
To: Unrue, Dean R
Cc: Avanzato, Joseph
Subject: Info--Cookson/fry's Family of Companies

Dean,

I am forwarding to you some information which I received this morning from Jim Dengler of
Cookson. As you will see, it is very detailed and hopefully will be very helpful in moving
us towards resolution of these fianl claims.

I would ask that you review this information at your earliest convenience and give Jim and
I a call.

Thanks so much for your continued work on this matter.
Claudia

Claudia J. Matzko, Attorney
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI  02903-1345

E-Mail cmatzko@apslaw.com
Phone 401.274.7200
Fax 401.751.0604
Visit our website at www.apslaw.com

************************************************
To comply with IRS regulations, we advise that any discussion of Federal tax issues in
this e-mail is not intended or written to be used, and cannot be used, (i) to avoid any
penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend
to another party any transaction or matter addressed herein.

This e-mail message is confidential and is intended only for the named recipient(s). It
may contain information that is subject to the attorney client privilege or the attorney
work-product doctrine or that is otherwise exempt from disclosure under applicable law. If
you have received this e-mail message in error, or are not the named recipient(s), please
immediately notify the sender and delete this message from your computer and destroy all
copies. Thank you.

-----Original Message-----
From: Jim Dengler [mailto:JDengler@cooksonelectronics.com]
Sent: Monday, May 07, 2007 11:25 AM

To: Matzko, Claudia
Subject: Re: FW: Cookson/fry's Family of Companies


Good morning Claudia -

As promised - you have a response on Monday morning of this week :-)

Here is some information that I have put together on the $167,517.42
payment that was made right around the bankruptcy.  With the exception
of one invoice - we did receive duplicate payments.  The attached spread
sheet outlines the application of the funds, the duplicate payments, any
retro price adjustments that were made, and the current balance for the
$117,517.42 portion that relates to these specific invoices on our
Electronic Division - Alpha Metals.  I have attempted to color code
everything in an effort to simplify.

(See attached file: DELPHIANALYSIS.xls)

The remaining $50,000.00 of the original payment relates to our
Industrial Division - Fry Metals - our account number 117610.  When our
sales manager had originally put together the list for the prepayment
she made an error in her calculations for the Industrial Division.  She
calculated the number of estimated pounds of metal that was to be
shipped instead of the dollar value for the same.  Again - the number of
pounds were only estimates of what actually shipped to Delphi.  Here
again - we do end up having a duplicate payment balance.  I will try to
simply this portion as much as possible for you.

- We received $50,000.00 as prepayment for an estimated 50,000 pounds of
metal.
- There are a total of 5 invoices involved where we actually shipped at
total of 48,558 pounds of material.
- The total dollar value of these 5 invoices is - $165,829.08.
- Of the original $50,000.00 in prepayment, a total of $45,000.00 was
applied to these invoices leaving an open          balance of
$120,829.08.  (The remaining $5,000.00 is still open as a credit on the
Alpha account 123422 - this balance is included in the spread sheet
attached below).
- We received a total of $170,963.49 in additional payments against
these 5 invoices leaving a credit balance of ($50,134.41).
- We also received retro price adjustments that total $8,920.10 giving
us a final balance of ($41,214.31).

The ultimate balance on this account following the bankruptcy was a
credit balance of ($9,439.23).  There were a pile of pricing short
payments and two additional pre-bankruptcy invoices that were not paid
for 18K+ each.

On June 30, 2006 we chose to write off the balances due to us by Delphi
on our Industrial Division only.  There are three accounts involved.  AR
account 117610 which had the credit balance of ($9,439.23); Delphi
Connection Systems, AR account number 159885 with an open balance of
$4,625.00; and Delphi Canada, AR account 171521 with an open balance of
$12,284.59.  On our Industrial division, we ultimately wrote off a
balance of $7,470.36.  If we had taken into the account the remaining 5K
still open on our Electronic Division account from the original 167K
prepayment, this balance would only have been $2,470.36.

Ok - so given all this information - it looks like a duplicate payment
total of ($140,405.13) between our Industrial and Electronic Divisions
that relate to the 167K prepayment in October 2005.

In regard to the Delphi spread sheet you sent to me - on 4/11/06 we
received a payment in the amount of $33.519.22 which paid a pile of post
petition open invoices and also took a deduction of $249,362.62 for pre
petition duplicate payments.  $197,079.87 of this was applied to

duplicate payments on the Industrial Division pre petition balances that
were not related to the $50,000.00 prepayment outlined above.  There is
still an open deduction amount of $52,282.75 on our Electronic Division.
You will see this $249,362.62 balance listed on the Delphi spreadsheet
you sent to me last week.  Then on 6/13/06 we received another payment
with a deduction taken in the amount of $13,733.10 - which is the other
balance that is listed on the Delphi spreadsheet you sent to me.

So - it seems that while there were duplicate payments made etc - they
did reverse these duplicate payments on these two charge backs taken on
4/11/06 and 6/13/06.  The remaining $52,282.75 and $13,733.10 have been
included in all my information to you guys as part of the open claim.
Please see the attached spread sheet that was previously sent to you
concerning all the balances due on the Electronic Division.  You will
see a list of all open and unpaid invoices, all invoices with credit
balances, and these two open deduction amounts included.

(See attached file: Delphiclaim58228.25.xls)

Claudia - as you can see the more we look into the open balances, the
more complicated it gets - however it continues to prove out that our
claims are valid amounts.  I trust that this review will be sufficient
for our friends at Delphi to finally accept our claim.

Best Regards,

James L. Dengler, CBA
Credit Manager
Cookson Electronics Assembly Materials
(814)940-3839  Direct
(814)943-8657  Fax

**DETAIL OF PRE-PETITION INVOICES FOR COOKSON COMPANIES**

**FRYS Metal - RD 131740011**

| Process # | Document # | Doc Date | Total Amount | BOL | Purchase Order # |
|---|---|---|---|---|---|
| '9000031177845 | '5203357915001 | 8/1/2005 | $3,014.00 | 325476 | D0550046486 |
| '9000031177846 | '5203357916001 | 8/1/2005 | $3,014.00 | 325473 | D0550046486 |
| '9000031166159 | '5203355900001 | 8/1/2005 | $3,836.00 | 325482 | D0550046482 |
| '9000031177843 | '5203361626001 | 8/2/2005 | $986.40 | 326185 | D0550046955 |
| '9000031226545 | '5203377918001 | 8/3/2005 | $3,014.00 | 325812 | D0550046486 |
| '9000031226546 | '5203377919001 | 8/3/2005 | $3,014.00 | 325811 | D0550046486 |
| '9000031204010 | '5203374753001 | 8/3/2005 | $822.00 | 325813 | D0550046482 |
| '9000031287629 | '5203409785001 | 8/3/2005 | $9,535.20 | 326493 | D0550046482 |
| '9000031197341 | 'ESD5203371303001 | 8/3/2005 | ($20.43) | 306730 | D0550043132 |
| '9000031204005 | '5203375800001 | 8/4/2005 | $986.40 | 326259 | D0550046955 |
| '9000031204006 | '5203376283001 | 8/4/2005 | $986.40 | 326404 | D0550046955 |
| '9000031226543 | '5203382657001 | 8/4/2005 | $986.40 | 326554 | D0550046955 |
| '9000031226544 | '5203382658001 | 8/4/2005 | $548.00 | 326555 | D0550046488 |
| '9000031204007 | '5203376559001 | 8/4/2005 | $1,644.00 | 326405 | D0550046490 |
| '9000031204008 | '5203376560001 | 8/4/2005 | $1,644.00 | 326406 | D0550046490 |
| '9000031226548 | '5203381166001 | 8/4/2005 | $5,699.20 | 325955 | D0550046482 |
| '9000031251299 | '5203395715001 | 8/8/2005 | $438.40 | 326708 | D0550046491 |
| '9000031251300 | '5203395718001 | 8/8/2005 | $986.40 | 326707 | D0550046955 |
| '9000031264591 | '5203402316001 | 8/8/2005 | $3,014.00 | 326260 | D0550046486 |
| '9000031264592 | '5203402317001 | 8/8/2005 | $3,014.00 | 326186 | D0550046486 |
| '9000031264593 | '5203399544001 | 8/8/2005 | $822.00 | 326187 | D0550046482 |
| '9000031264590 | '5203402231001 | 8/9/2005 | $986.40 | 326872 | D0550046955 |
| '9000031287630 | '5203409787001 | 8/9/2005 | $876.80 | 326494 | D0550046484 |
| '9000031287625 | '5203410833001 | 8/10/2005 | $986.40 | 327010 | D0550046955 |
| '9000031287626 | '5203417341001 | 8/11/2005 | $548.00 | 327223 | D0550046488 |
| '9000031287627 | '5203417342001 | 8/11/2005 | $986.40 | 327225 | D0550046955 |
| '9000031287628 | '5203417367001 | 8/11/2005 | $438.40 | 327224 | D0550046491 |
| '9000031319899 | '5203420102001 | 8/11/2005 | $3,014.00 | 326751 | D0550046486 |
| '9000031319900 | '5203420103001 | 8/11/2005 | $3,014.00 | 326750 | D0550046486 |
| '9000031319901 | '5203420104001 | 8/11/2005 | $3,014.00 | 326749 | D0550046486 |
| '9000031319903 | '5203418294001 | 8/11/2005 | $1,644.00 | 327228 | D0550046490 |
| '9000031319905 | '5203418296001 | 8/11/2005 | $1,644.00 | 327226 | D0550046490 |
| '9000031319906 | '5203424592001 | 8/11/2005 | $1,644.00 | 326876 | D0550046484 |
| '9000031319907 | '5203424594001 | 8/11/2005 | $9,535.20 | 326877 | D0550046482 |
| '9000031319908 | '5203424595001 | 8/11/2005 | $822.00 | 326878 | D0550046482 |
| '9000031319898 | '5203424085001 | 8/12/2005 | $986.40 | 327293 | D0550046955 |
| '9000031319902 | '5203426424001 | 8/12/2005 | $3,014.00 | 326875 | D0550046486 |
| '9000031817397 | 'CSR5203696752001 | 9/25/2005 | $117.68 | 329694 | D0550052093 |
| '9000031817398 | 'CSR5203696752002 | 9/25/2005 | $297.17 | 329694 | D0550052093 |
| '9000031817399 | 'CSR5203696752003 | 9/25/2005 | $247.45 | 330075 | D0550052093 |
| '9000031817400 | 'CSR5203696752004 | 9/25/2005 | $152.16 | 330515 | D0550052093 |
| '9000031817401 | 'CSR5203696752005 | 9/25/2005 | $83.04 | 330515 | D0550052093 |
| '9000031817402 | 'CSR5203696752006 | 9/25/2005 | $164.06 | 330596 | D0550052093 |
| '9000031817403 | 'CSR5203696758001 | 9/25/2005 | $416.92 | 329672 | D0550052092 |
| '9000031817404 | 'CSR5203696758002 | 9/25/2005 | $419.90 | 330074 | D0550052092 |
| '9000031817405 | 'CSR5203696758003 | 9/25/2005 | $413.45 | 330514 | D0550052092 |
| '9000031817406 | 'CSR5203696758004 | 9/25/2005 | $128.18 | 331231 | D0550052092 |
| '9000031817407 | 'CSR5203696758005 | 9/25/2005 | $35.71 | 331231 | D0550052092 |
| '0005016202915 | 'ADMDISCTS1005 | 10/1/2005 | ($647.41) | DISCTS1005 | |
| '0005016203187 | 'ADMDISCTS1005 | 10/1/2005 | ($510.54) | DISCTS1005 | |
| '0005016207320 | 'ADMDISCTS1105V | 10/1/2005 | ($118.19) | DISCTS1105 | |
| '9000031931238 | '5203751094001 | 10/3/2005 | $986.40 | 332495 | D0550046955 |
| '9000031931239 | '5203751096001 | 10/3/2005 | $986.40 | 332493 | D0550046955 |
| '9000031931240 | '5203751098001 | 10/3/2005 | $986.40 | 332490 | D0550046955 |
| '9000031931241 | '5203751114001 | 10/3/2005 | $986.40 | 332491 | D0550046955 |
| '9000031931242 | '5203751139001 | 10/3/2005 | $6,850.00 | 332488 | D0550046475 |
| '9000031931243 | '5203751141001 | 10/3/2005 | $438.40 | 332489 | D0550046491 |
| '9000031931244 | '5203751142001 | 10/3/2005 | $1,096.00 | 332492 | D0550046488 |
| '9000032192517 | '5203903873001 | 10/3/2005 | $986.40 | 332488 | D0550046955 |
| '9000031945765 | '5203761095001 | 10/3/2005 | $548.00 | 332647 | D0550046492 |
| '9000031945766 | '5203761096001 | 10/3/2005 | $548.00 | 332648 | D0550046492 |
| '9000031945768 | '5203754368001 | 10/3/2005 | $6,028.00 | 331601 | D0550046486 |
| '9000031945763 | '5203761073001 | 10/4/2005 | $548.00 | 332646 | D0550046492 |
| '9000031945764 | '5203761094001 | 10/4/2005 | $548.00 | 332649 | D0550046492 |
| '9000031945767 | '5203761097001 | 10/4/2005 | $548.00 | 332645 | D0550046492 |
| '9000031945769 | '5203760110001 | 10/4/2005 | $219.20 | 332641 | D0550069861 |
| '9000031945770 | '5203760111001 | 10/4/2005 | $1,644.00 | 332642 | D0550046490 |
| '9000031945771 | '5203760112001 | 10/4/2005 | $1,644.00 | 332643 | D0550046490 |

## DETAIL OF PRE-PETITION INVOICES FOR COOKSON COMPANIES

| | | | | | |
|---|---|---|---|---|---|
| '9000031945772 | '5203760113D001 | 10/4/2005 | $1,096.00 | 332644 | D0550069861 |
| '9000031945773 | '5203757640001 | 10/4/2005 | $18,445.52 | 332487 | D0550052093 |
| '9000031976274 | '5203774672001 | 10/6/2005 | $18,093.44 | 332650 | D0550052092 |
| '9000032800413 | 'DSR5204296252001 | 10/7/2005 | ($38.40) | 332492 | D0550046488 |
| '9000032800414 | 'DSR5204296252002 | 10/7/2005 | ($57.60) | 332492 | D0550046488 |
| '9000032800417 | 'DSR5204296264001 | 10/7/2005 | ($38.40) | 332489 | D0550046491 |
| '9000032800418 | 'DSR5204296296001 | 10/7/2005 | ($600.00) | 332488 | D0550046475 |
| '9000032800422 | 'DSR5204296298001 | 10/7/2005 | ($86.40) | 332495 | D0550046955 |
| '9000032800423 | 'DSR5204296298002 | 10/7/2005 | ($57.60) | 332493 | D0550046955 |
| '9000032800424 | 'DSR5204296298003 | 10/7/2005 | ($28.80) | 332493 | D0550046955 |
| '9000032800425 | 'DSR5204296298004 | 10/7/2005 | ($86.40) | 332490 | D0550046955 |
| '9000032800426 | 'DSR5204296298005 | 10/7/2005 | ($86.40) | 332491 | D0550046955 |
| '9000032800427 | 'DSR5204296298006 | 10/7/2005 | ($86.40) | 332488 | D0550046955 |
| '9000032812743 | 'DSR5204298494001 | 10/7/2005 | ($48.00) | 332646 | D0550046492 |
| '9000032812744 | 'DSR5204298494002 | 10/7/2005 | ($48.00) | 332649 | D0550046492 |
| '9000032812745 | 'DSR5204298494003 | 10/7/2005 | ($48.00) | 332647 | D0550046492 |
| '9000032812746 | 'DSR5204298494004 | 10/7/2005 | ($48.00) | 332648 | D0550046492 |
| '9000032812747 | 'DSR5204298494005 | 10/7/2005 | ($48.00) | 332645 | D0550046492 |
| '9000031994792 | '5203788010001 | 10/7/2005 | $3,014.00 | 332634 | D0550046486 |
| '9000031994793 | '5203788011001 | 10/7/2005 | $3,014.00 | 332633 | D0550046486 |
| '9000031994794 | '5203788012001 | 10/7/2005 | $3,014.00 | 332635 | D0550046486 |
| '9000032812767 | 'DSR5204297836001 | 10/7/2005 | ($288.00) | 331601 | D0550046486 |
| '9000032812768 | 'DSR5204297836002 | 10/7/2005 | ($240.00) | 331601 | D0550046486 |
| '9000032812769 | 'DSR5204297836003 | 10/7/2005 | ($264.00) | 332634 | D0550046486 |
| '9000032812770 | 'DSR5204297836004 | 10/7/2005 | ($264.00) | 332633 | D0550046486 |
| '9000032812771 | 'DSR5204297836005 | 10/7/2005 | ($264.00) | 332635 | D0550046486 |
| '9000032812772 | 'DSR5204298243001 | 10/7/2005 | ($144.00) | 332642 | D0550046490 |
| '9000032812777 | 'DSR5204298275001 | 10/7/2005 | ($19.20) | 332641 | D0550069861 |
| '9000032812778 | 'DSR5204298275002 | 10/7/2005 | ($96.00) | 332644 | D0550069861 |
| '9000032812783 | 'DSR5204298278001 | 10/7/2005 | ($144.00) | 332643 | D0550046490 |
| '9000031994795 | '5203790394001 | 10/7/2005 | $822.00 | 332631 | D0550046482 |
| '9000031994796 | '5203790397001 | 10/7/2005 | $4,384.00 | 332632 | D0550046482 |
| '9000032800446 | 'DSR5204296652001 | 10/7/2005 | ($72.00) | 332631 | D0550046482 |
| '9000032800447 | 'DSR5204296655001 | 10/7/2005 | ($384.00) | 332632 | D0550046482 |
| '9000031994797 | '5203787999001 | 10/7/2005 | $4,110.00 | 332638 | D0550046483 |
| '9000031994798 | '5203788000001 | 10/7/2005 | $4,110.00 | 332637 | D0550046483 |
| '9000031994799 | '5203788001001 | 10/7/2005 | $8,220.00 | 332639 | D0550043132 |
| '9000031994800 | '5203788002001 | 10/7/2005 | $3,288.00 | 332636 | D0550043912 |
| '9000032812796 | 'DSR5204298098001 | 10/7/2005 | ($288.00) | 332636 | D0550043912 |
| '9000032812803 | 'DSR5204298136001 | 10/7/2005 | ($720.00) | 332639 | D0550043132 |
| '9000032812810 | 'DSR5204298142001 | 10/7/2005 | ($360.00) | 332638 | D0550046483 |
| '9000032812811 | 'DSR5204298142002 | 10/7/2005 | ($360.00) | 332637 | D0550046483 |
| '9000032827351 | 'DSR5204301694001 | 10/7/2005 | ($962.40) | 332487 | D0550052093 |
| '9000032835811 | 'DSR5204302558001 | 10/7/2005 | ($944.03) | 332650 | D0550052092 |
| | | | $172,320.48 | | |

## SPECIALTY COATINGS SYSTEMS-RD 861331320

| Process # | Document # | Doc Date | Total Amount | BOL | Purchase Order # |
|---|---|---|---|---|---|
| '9000033365610 | 'FB1101527RI  2K | 1/6/2005 | $3,960.00 | 1101527RI | |
| '9000031968079 | '5203762464001 | 9/17/2005 | $1,055.00 | 1099861 RI | D0450066611 |
| '9000031968080 | '5203762467001 | 9/17/2005 | $1,545.00 | 1099862 RI | D0450066611 |
| '9000032111188 | 'FB1099906RI  A4 | 9/28/2005 | $27,530.00 | 1099906RI | |
| '9000031968081 | '5203762468001 | 9/28/2005 | $1,055.00 | 1099863 RI | D0450066611 |
| '9000031935042 | '5203750386001 | 10/3/2005 | $921.60 | 1470 | D0550040553 |
| '9000031935043 | '5203750386002 | 10/3/2005 | $288.58 | 1470 | D0550046383 |
| '9000031935044 | '5203750386003 | 10/3/2005 | $482.80 | 1470 | D0550047126 |
| '9000031935045 | '5203750386004 | 10/3/2005 | $1,537.20 | 1470 | D0550074350 |
| '9000031935046 | '5203752122001 | 10/3/2005 | $691.20 | 1471 | D0550040553 |
| '9000031935047 | '5203752122002 | 10/3/2005 | $288.58 | 1471 | D0550046383 |
| '9000031935048 | '5203752122003 | 10/3/2005 | $289.68 | 1471 | D0550047126 |
| '9000031935049 | '5203752122004 | 10/3/2005 | $658.80 | 1471 | D0550074350 |
| '9000031951968 | '5203756811001 | 10/4/2005 | $163.20 | 1472 | D0550040551 |
| '9000031951969 | '5203756811002 | 10/4/2005 | $691.20 | 1472 | D0550040553 |
| '9000031951970 | '5203756811003 | 10/4/2005 | $288.58 | 1472 | D0550046383 |
| '9000031951971 | '5203756811004 | 10/4/2005 | $878.40 | 1472 | D0550074350 |
| '9000031951972 | '5203758731001 | 10/4/2005 | $109.80 | 1474 | D0550074350 |
| '9000031951973 | '5203758769001 | 10/4/2005 | $1,036.80 | 1473 | D0550040553 |
| '9000031951974 | '5203758769002 | 10/4/2005 | $577.15 | 1473 | D0550046383 |
| '9000031951975 | '5203758769003 | 10/4/2005 | $579.36 | 1473 | D0550047126 |
| '9000031951976 | '5203758769004 | 10/4/2005 | $1,427.40 | 1473 | D0550074350 |
| '9000031968065 | '5203765609001 | 10/5/2005 | $172.80 | 1476 | D0550040551 |

## DETAIL OF PRE-PETITION INVOICES FOR COOKSON COMPANIES

| | | | | | |
|---|---|---|---|---|---|
| '9000031968066 | '5203765609002 | 10/5/2005 | $57.60 | 1476 | D0550040553 |
| '9000031968067 | '5203765609003 | 10/5/2005 | $288.58 | 1476 | D0550046383 |
| '9000031968068 | '5203765609004 | 10/5/2005 | $289.68 | 1476 | D0550047126 |
| '9000031968069 | '5203765609005 | 10/5/2005 | $878.40 | 1476 | D0550074350 |
| '9000031968070 | '5203765888001 | 10/5/2005 | $345.60 | 1475 | D0550040553 |
| '9000031968071 | '5203765888002 | 10/5/2005 | $658.80 | 1475 | D0550074350 |
| '9000031968072 | '5203768516001 | 10/5/2005 | $1,036.80 | 1477 | D0550040551 |
| '9000031968073 | '5203768516002 | 10/5/2005 | $579.36 | 1477 | D0550047126 |
| '9000031968074 | '5203768516003 | 10/5/2005 | $2,196.00 | 1477 | D0550074350 |
| '9000031968075 | '5203769463001 | 10/5/2005 | $289.68 | 1478 | D0550047126 |
| '9000031968076 | '5203769481001 | 10/5/2005 | $230.40 | 1478 | D0550040551 |
| '9000031968077 | '5203769481002 | 10/5/2005 | $460.80 | 1478 | D0550040553 |
| '9000031968078 | '5203769481003 | 10/5/2005 | $878.40 | 1478 | D0550074350 |
| '9000031981173 | '5203773775001 | 10/6/2005 | $288.00 | 1479 | D0550040551 |
| '9000031981174 | '5203773775002 | 10/6/2005 | $57.60 | 1479 | D0550040553 |
| '9000031981175 | '5203773775003 | 10/6/2005 | $579.36 | 1479 | D0550047126 |
| '9000031981176 | '5203773775004 | 10/6/2005 | $878.40 | 1479 | D0550074350 |
| '9000031981177 | '5203775152001 | 10/6/2005 | $172.80 | 1480 | D0550040551 |
| '9000031981178 | '5203775152002 | 10/6/2005 | $864.00 | 1480 | D0550040553 |
| '9000031981179 | '5203775152003 | 10/6/2005 | $432.86 | 1480 | D0550046383 |
| '9000031981180 | '5203775152004 | 10/6/2005 | $289.68 | 1480 | D0550047126 |
| '9000031981181 | '5203775152005 | 10/6/2005 | $2,196.00 | 1480 | D0550074350 |
| '9000031981182 | '5203776318001 | 10/6/2005 | $460.80 | 1481 | D0550040551 |
| '9000031981183 | '5203776318002 | 10/6/2005 | $518.40 | 1481 | D0550040553 |
| '9000031981184 | '5203776318003 | 10/6/2005 | $288.58 | 1481 | D0550046383 |
| '9000031981185 | '5203776318004 | 10/6/2005 | $878.40 | 1481 | D0550074350 |
| '9000032197547 | 'FB1100064RI  A5 | 10/6/2005 | $5,645.00 | 1100064RI | |
| '9000032066641 | '5203818940001 | 10/6/2005 | $1,055.00 | 1100065 RI | D0450066611 |
| '9000032004271 | '5203782047001 | 10/7/2005 | $460.80 | 14822 | D0550040551 |
| '9000032004272 | '5203782047002 | 10/7/2005 | $288.58 | 14822 | D0550046383 |
| '9000032004273 | '5203782047003 | 10/7/2005 | $289.68 | 14822 | D0550047126 |
| '9000032004274 | '5203782047004 | 10/7/2005 | $1,317.60 | 14822 | D0550074350 |
| '9000032004275 | '5203784913001 | 10/7/2005 | $403.20 | 1483 | D0550040551 |
| '9000032004276 | '5203784913002 | 10/7/2005 | $691.20 | 1483 | D0550040553 |
| '9000032004277 | '5203784913003 | 10/7/2005 | $432.86 | 1483 | D0550046383 |
| '9000032004278 | '5203784913004 | 10/7/2005 | $1,866.60 | 1483 | D0550074350 |
| '9000032004279 | '5203785636001 | 10/7/2005 | $691.20 | 1484 | D0550040553 |
| '9000032004280 | '5203785637001 | 10/7/2005 | $658.80 | 1484 | D0550074350 |
| '0005016190394 | 'ACMADMDISCTS0805 | 10/7/2005 | $262.34 | DISCTS0805 | |
| | | **SUM of Pre-P** | **$76,385.97** | | |

### COOKSON ELECTRONICS - RD 067050245

| Process # | Document # | Doc Date | Total Amount | BOL | Purchase Order # |
|---|---|---|---|---|---|
| '9000030944576 | '5203243535001 | 7/6/2005 | $259.70 | 323136 | D0550039248 |
| '9000031164624 | '5203354600001 | 8/1/2005 | $180.45 | 325638 | D0550042201 |
| '9000031197295 | 'DMP5203376412001 | 8/1/2005 | ($120.30) | 325638 | D0550042201 |
| '9000031197296 | 'DMP5203376413001 | 8/1/2005 | ($60.15) | 325638 | D0550042201 |
| '9000031164625 | '5203355938001 | 8/1/2005 | $176.20 | 325767 | D0550041091 |
| '9000031164626 | '5203355938002 | 8/1/2005 | $360.90 | 325767 | D0550051339 |
| '9000031164627 | '5203355940001 | 8/1/2005 | $88.10 | 325630 | D0550041091 |
| '9000031164628 | '5203355943001 | 8/1/2005 | $88.10 | 325431 | D0550041091 |
| '9000031188380 | '5203369390001 | 8/3/2005 | $88.10 | 325962 | D0550040072 |
| '9000031201728 | '5203374766001 | 8/3/2005 | $88.10 | 326131 | D0550041091 |
| '9000031201727 | '5203375981001 | 8/4/2005 | $120.30 | 325638 | D0550042201 |
| '9000031221122 | '5203382426001 | 8/5/2005 | $180.45 | 326133 | D0550042201 |
| '9000031221123 | '5203390824001 | 8/5/2005 | $259.70 | 325826 | D0550045684 |
| '9000031262516 | '5203399545001 | 8/8/2005 | $88.10 | 326247 | D0550041091 |
| '9000031262517 | '5203399545002 | 8/8/2005 | $120.30 | 326247 | D0550051339 |
| '9000031262518 | '5203399546001 | 8/8/2005 | $88.10 | 326392 | D0550041091 |
| '9000031262519 | '5203399547001 | 8/8/2005 | $88.10 | 326595 | D0550041091 |
| '9000031314736 | '5203424597001 | 8/8/2005 | $88.10 | 326821 | D0550041091 |
| '9000031249735 | '5203395222001 | 8/8/2005 | $60.15 | 326598 | D0550076166 |
| '9000031284060 | '5203404163001 | 8/9/2005 | $60.15 | 326597 | D0550071740 |
| '9000031262515 | '5203402358001 | 8/9/2005 | $352.40 | 326394 | D0550040072 |
| '9000031284062 | '5203410608001 | 8/9/2005 | $4,155.20 | 326925 | D0550040812 |
| '9000031314733 | '5203424596001 | 8/9/2005 | $88.10 | 326994 | D0550041091 |
| '9000031284061 | '5203413160001 | 8/10/2005 | $396.45 | 326668 | D0550040504 |
| '9000031284063 | '5203417758001 | 8/10/2005 | $88.10 | 326681 | D0550041091 |
| '9000031314733 | '5203417846001 | 8/10/2005 | $88.10 | 326681 | D0550041091 |
| '9000031314734 | '5203417846002 | 8/10/2005 | $300.75 | 326681 | D0550051339 |
| '9000031909795 | '5203745766001 | 8/10/2005 | $300.75 | 326678 | D0550051339 |

**DETAIL OF PRE-PETITION INVOICES FOR COOKSON COMPANIES**

| | | | | | |
|---|---|---|---|---|---|
| '9000031909799 | '5203745787001 | 8/10/2005 | $88.10 | 326681 | D0550041091 |
| '9000031909800 | '5203745788001 | 8/10/2005 | $300.75 | 326678 | D0550051339 |
| '9000031296308 | 'DMP5203418978001 | 8/10/2005 | ($88.10) | 326681 | D0550041091 |
| '9000031901008 | 'DMP5203746376001 | 8/10/2005 | ($88.10) | 326681 | D0550041091 |
| '9000031901009 | 'DMP5203746378001 | 8/10/2005 | ($300.75) | 326681 | D0550051339 |
| '9000032142127 | 'DMP5203849627001 | 8/10/2005 | ($300.75) | 326678 | D0550051339 |
| '9000031314730 | '5203420100001 | 8/11/2005 | $396.45 | 327040 | D0550040504 |
| '9000031314731 | '5203420101001 | 8/11/2005 | $396.45 | 326811 | D0550040504 |
| '9000031314729 | '5203423565001 | 8/12/2005 | $180.45 | 326817 | D0550042201 |
| '9000031314732 | '5203426274001 | 8/12/2005 | $396.45 | 327149 | D0550040504 |
| '9000031314737 | '5203434336001 | 8/12/2005 | $88.10 | 327148 | D0550041091 |
| '9000031336155 | '5203437789001 | 8/15/2005 | $180.45 | 327147 | D0550042201 |
| '9000031359448 | '5203446447001 | 8/15/2005 | $396.45 | 327290 | D0550040504 |
| '9000031347687 | '5203442882001 | 8/15/2005 | $88.10 | 327291 | D0550041091 |
| '9000031347688 | '5203442882002 | 8/15/2005 | $240.60 | 327291 | D0550051339 |
| '9000031378847 | '5203457985001 | 8/17/2005 | $360.90 | 327990 | D0550042201 |
| '9000031406031 | '5203469195001 | 8/17/2005 | $1,894.15 | 327438 | D0550040504 |
| '9000031406032 | '5203469314001 | 8/17/2005 | $60.15 | 327442 | D0550071740 |
| '9000031426252 | '5203475832001 | 8/18/2005 | $88.10 | 327439 | D0550041091 |
| '9000031440889 | '5203487829001 | 8/22/2005 | $1,189.35 | 328003 | D0550040504 |
| '9000031491286 | '5203506872001 | 8/22/2005 | $396.45 | 328381 | D0550040504 |
| '9000031456142 | '5203492538001 | 8/22/2005 | $264.30 | 328010 | D0550041091 |
| '9000031456143 | '5203492538002 | 8/22/2005 | $541.35 | 328010 | D0550051339 |
| '9000031456141 | '5203493147001 | 8/24/2005 | $360.90 | 328526 | D0550042201 |
| '9000031491287 | '5203517186001 | 8/24/2005 | $176.20 | 328383 | D0550041091 |
| '9000031491288 | '5203517186002 | 8/24/2005 | $60.15 | 328383 | D0550051339 |
| '9000031491289 | '5203517522001 | 8/24/2005 | $88.10 | 328103 | D0550041091 |
| '9000031469280 | '5203500926001 | 8/25/2005 | $180.45 | 328350 | D0550042201 |
| '9000031541217 | '5203532716001 | 8/25/2005 | $396.45 | 328502 | D0550040504 |
| '9000031469281 | '5203503484001 | 8/25/2005 | $44.05 | 328352 | D0550040072 |
| '9000031509505 | '5203518543001 | 8/25/2005 | $88.10 | 328501 | D0550041091 |
| '9000031553580 | '5203541384001 | 8/25/2005 | $259.70 | 327404 | D0550045684 |
| '9000031541218 | '5203534083001 | 8/26/2005 | $1,189.35 | 328698 | D0550040504 |
| '9000031541219 | '5203534083002 | 8/26/2005 | $60.15 | 328698 | D0550071740 |
| '9000031509506 | '5203520632001 | 8/26/2005 | $88.10 | 328700 | D0550041091 |
| '9000031509507 | '5203520632002 | 8/26/2005 | $120.30 | 328700 | D0550051339 |
| '9000031509504 | '5203521542001 | 8/29/2005 | $541.35 | 328541 | D0550042201 |
| '9000031572969 | '5203558619001 | 8/31/2005 | $792.90 | 329000 | D0550040504 |
| '9000031572970 | '5203553585001 | 8/31/2005 | $176.20 | 328995 | D0550041091 |
| '9000031572971 | '5203553585002 | 8/31/2005 | $120.30 | 328995 | D0550051339 |
| '9000031901010 | 'DMP5203746379001 | 8/31/2005 | ($44.05) | 328995 | D0550041091 |
| '9000031901011 | 'DMP5203746380001 | 8/31/2005 | ($44.05) | 328995 | D0550041091 |
| '9000031901012 | 'DMP5203746381001 | 8/31/2005 | ($88.10) | 328995 | D0550041091 |
| '9000031901013 | 'DMP5203746382001 | 8/31/2005 | ($60.15) | 328995 | D0550051339 |
| '9000031901014 | 'DMP5203746383001 | 8/31/2005 | ($60.15) | 328995 | D0550051339 |
| '9000031572972 | '5203554274001 | 9/1/2005 | $2,077.60 | 329298 | D0550040812 |
| '9000031600820 | '5203573114001 | 9/2/2005 | $88.10 | 329278 | D0550041091 |
| '9000031600821 | '5203573114002 | 9/2/2005 | $60.15 | 329278 | D0550051339 |
| '9000031909796 | '5203745785001 | 9/2/2005 | $88.10 | 328995 | D0550041091 |
| '9000031909797 | '5203745786001 | 9/2/2005 | $88.10 | 328997 | D0550041091 |
| '9000031909798 | '5203745786002 | 9/2/2005 | $60.15 | 328997 | D0550051339 |
| '9000031600818 | '5203571481001 | 9/6/2005 | $180.45 | 329270 | D0550042201 |
| '9000031600819 | '5203574588001 | 9/6/2005 | $519.40 | 329581 | D0550039248 |
| '9000031629423 | '5203588552001 | 9/8/2005 | $360.90 | 329421 | D0550042201 |
| '9000031681974 | '5203615888001 | 9/12/2005 | $3,435.90 | 330308 | D0550040504 |
| '9000031681975 | '5203615889001 | 9/12/2005 | $704.80 | 329695 | D0550040504 |
| '9000031681976 | '5203615856001 | 9/12/2005 | $2,077.60 | 330145 | D0550040812 |
| '9000031696113 | '5203624743001 | 9/13/2005 | $2,643.00 | 330149 | D0550040504 |
| '9000031696114 | '5203625902001 | 9/13/2005 | $352.40 | 330153 | D0550041091 |
| '9000031696115 | '5203625902002 | 9/13/2005 | $240.60 | 330153 | D0550051339 |
| '9000031696116 | '5203625906001 | 9/13/2005 | $264.30 | 329414 | D0550041091 |
| '9000031696117 | '5203625906002 | 9/13/2005 | $120.30 | 329414 | D0550051339 |
| '9000031696118 | '5203625907001 | 9/13/2005 | $88.10 | 330282 | D0550041091 |
| '9000031696112 | '5203628495001 | 9/14/2005 | $902.25 | 330154 | D0550042201 |
| '9000032074040 | '5203835037001 | 9/15/2005 | $185.50 | 330492 | D0550039248 |
| '9000031740917 | '5203637349001 | 9/15/2005 | $220.25 | 330146 | D0550040072 |
| '9000031740919 | '5203647272001 | 9/15/2005 | $176.20 | 329709 | D0550041091 |
| '9000031740920 | '5203647272002 | 9/15/2005 | $120.30 | 329709 | D0550051339 |
| '9000031740916 | '5203641763001 | 9/16/2005 | $541.35 | 330585 | D0550042201 |
| '9000031740918 | '5203643461001 | 9/16/2005 | $220.25 | 330568 | D0550040072 |

**DETAIL OF PRE-PETITION INVOICES FOR COOKSON COMPANIES**

| | | | | | |
|---|---|---|---|---|---|
| '9000031775681 | '5203660228001 | 9/19/2005 | $2,643.00 | 331031 | D0550040504 |
| '9000031775682 | '5203659470001 | 9/19/2005 | $88.10 | 330566 | D0550041091 |
| '9000031775683 | '5203659470002 | 9/19/2005 | $60.15 | 330566 | D0550051339 |
| '9000031789723 | '5203668737001 | 9/20/2005 | $264.30 | 331047 | D0550041091 |
| '9000031789724 | '5203668737002 | 9/20/2005 | $180.45 | 331047 | D0550051339 |
| '9000031789722 | '5203670154001 | 9/21/2005 | $360.90 | 331029 | D0550042201 |
| '9000031803021 | '5203677859001 | 9/21/2005 | $1,335.60 | 330491 | D0550040812 |
| '9000031803022 | '5203678959001 | 9/21/2005 | $2,077.60 | 331250 | D0550040812 |
| '9000031845939 | '5203701847001 | 9/26/2005 | $902.25 | 331457 | D0550042201 |
| '9000031845940 | '5203705182001 | 9/26/2005 | $220.25 | 331464 | D0550040072 |
| '9000031872234 | '5203717272001 | 9/27/2005 | $2,907.30 | 331730 | D0550040504 |
| '9000031872235 | '5203717273001 | 9/27/2005 | $2,643.00 | 331594 | D0550040504 |
| '9000031872236 | '5203718079001 | 9/27/2005 | $264.30 | 331466 | D0550041091 |
| '9000031872237 | '5203718079002 | 9/27/2005 | $120.30 | 331466 | D0550051339 |
| '9000031872238 | '5203718081001 | 9/27/2005 | $88.10 | 331498 | D0550041091 |
| '9000031872239 | '5203718082001 | 9/27/2005 | $88.10 | 331607 | D0550041091 |
| '9000031872240 | '5203718082002 | 9/27/2005 | $60.15 | 331607 | D0550051339 |
| '9000031872241 | '5203718165001 | 9/27/2005 | $88.10 | 331769 | D0550041091 |
| '9000031872242 | '5203718165002 | 9/27/2005 | $60.15 | 331769 | D0550051339 |
| '9000031957673 | '5203766994001 | 9/30/2005 | $902.25 | 332503 | D0550042201 |
| '9000031909792 | '5203737938001 | 9/30/2005 | $742.00 | 330491 | D0550040812 |
| '9000031909793 | '5203745275001 | 10/1/2005 | $2,077.60 | 331413 | D0550040812 |
| '9000031909794 | '5203745290001 | 10/1/2005 | $60.15 | 330340 | D0550051339 |
| '9000031957674 | '5203765017001 | 10/4/2005 | $1,187.20 | 332689 | D0550040812 |
| '9000031973770 | '5203772954001 | 10/5/2005 | $240.60 | 332662 | D0550071740 |
| '9000031973772 | '5203774278001 | 10/5/2005 | $308.35 | 332661 | D0550041091 |
| '9000031973773 | '5203774278002 | 10/5/2005 | $240.60 | 332661 | D0550051339 |
| '9000031973771 | '5203766605001 | 10/6/2005 | $220.25 | 332680 | D0550040072 |
| '9000031989226 | '5203779661001 | 10/6/2005 | $60.15 | 332663 | D0550076166 |
| | | **SUM of Pre-P** | **$55,595.45** | | |

**SUM OF PRE-PETITION AMOUNTS OWED TO FAMILY OF COOKSON COMPANIES**

| | **$304,301.90** |
|---|---|

**PAYMENTS FROM DELPHI**

| | | |
|---|---|---|
| 'ADMAFC46475V | 8/24/2005 | ($85,138.77) |
| 'ADMAFC46476V | 8/24/2005 | ($4,414.90) |
| 'ADM2005083028929 | 8/30/2005 | ($289,298.45) |
| 'ADM2005090213080 | 9/2/2005 | ($13,080.63) |
| 'ADMAFC46476 | 9/29/2005 | ($7,947.45) |
| 'ADM883425 | 10/1/2005 | ($167,517.42) |

| | **($567,397.62)** |
|---|---|

**OVERPAYMENT TO FAMILY OF COOKSON COMPANIES**

| | **($263,095.72)** |
|---|---|

**DELPHI CREDITS TO PRE-PETITION ACCOUNT**

| | | |
|---|---|---|
| 'ACM11DRTRF310 | 10/1/2005 | $249,362.62 |
| 'ACM11DRTRF309V | 10/1/2005 | $13,733.10 |

| | **$263,095.72** |
|---|---|

**DEBITS TO POST-PETITION FOR COLLECTION**

| | **$263,095.72** |
|---|---|