**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                              Chapter 11

                                                                         Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                  Jointly Administered

                      Debtors

---------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

      UPON the motion of *Curtis J. Crowthe, Esq.* for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that *Curtis J. Crowther, Esq.* is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  October 19, 2007
       New York, New York

                                                       /s/Robert D. Drain_____
                                                       UNITED STATES BANKRUPTCY JUDGE