Allan S. Brilliant (AB 8455)
Craig P. Druehl (CD 2657)
Meagan E. Costello (MC 0962)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
(212) 813-8800

Attorneys for Castlerigg Master Investments Ltd.;
CR Intrinsic Investors, LLC; Davidson Kempner
Capital Management LLC; Elliot Associates, L.P.;
and SPCP Group, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                          :
                                                :    Chapter 11
                                                :
DELPHI CORPORATION, et al.                      :    Case No. 05-44481 (RDD)
                                                :
                        Debtors.                :    Jointly Administered
                                                :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

MEAGAN E. COSTELLO certifies:

I am a resident of the United States and over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am an attorney licensed by the Bar of the State of New York and admitted to the United States District Court for the Southern District of New York. I am associated with the law firm of Goodwin Procter LLP.

On October 19, 2007, I caused a copy of the following document:

OBJECTION BY CASTLERIGG MASTER INVESTMENTS
LTD.; CR INTRINSIC INVESTORS, LLC; DAVIDSON
KEMPNER CAPITAL MANAGEMENT LLC; ELLIOT
ASSOCIATES, L.P.; AND SPCP GROUP, LLC TO MOTION BY
THE DEBTORS FOR ORDER APPROVING MULTIDISTRICT
LITIGATION AND INSURANCE SETTLEMENTS

to be served by overnight courier upon the parties listed on Schedule 1 annexed hereto, and by overnight courier and electronic mail upon the parties listed on Schedule 2 annexed hereto. In addition, a courtesy copy was delivered to the chambers of Hon. Robert D. Drain.

LIBNY/4633930.4

Dated: New York, New York
October 19, 2007

/s/Meagan E. Costello

LIBNY/4633930.4

# SCHEDULE 1

<u>BY OVERNIGHT COURIER</u>

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn : Alicia M. Leonhard

1

LIBNY/4633930.4

# SCHEDULE 2

BY OVERNIGHT COURIER AND E-MAIL

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn : Sean Corcoran
       Karen Craft
Fax : (248) 813-2491

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler
      John K. Lyons
      Ron E. Meisler
Fax: (312) 407-0411

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn : Kayalyn A. Marafioti
       Thomas J. Matz
Fax : (212) 735-3000

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn : Robert J. Rosenberg
Fax : (212) 751-4864

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn : Brad Eric Sheler
       Bonnie Steingart
       Vivek Melwani
       Jennifer L. Rodburg
       Richard J. Slivinski
Fax : (212) 859-4000

LIBNY/4633930.4

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn : Kenneth S. Ziman
       Robert H. Trust
       William T. Russell, Jr.
Fax : (212) 455-2502

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn : Donald Bernstein
       Brian Resnick
Fax : (212) 450-4092
      (212) 450-3213

2

LIBNY/4633930.4