Allan S. Brilliant (AB 8455)
Craig P. Druehl (CD 2657)
Meagan E. Costello (MC 0962)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
(212) 813-8800

Attorneys for Castlerigg Master Investments Ltd.;
CR Intrinsic Investors, LLC; Davidson Kempner
Capital Management LLC; Elliot Associates, L.P.;
and SPCP Group, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                : 
                                                      :   Chapter 11
                                                      :
DELPHI CORPORATION, et al.                            :   Case No. 05-44481 (RDD)
                                                      :
                         Debtors.                     :   Jointly Administered
                                                      :
---------------------------------------------------------------x

# CERTIFICATE OF SERVICE

MEAGAN E. COSTELLO certifies:

I am a resident of the United States and over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am an attorney licensed by the Bar of the State of New York and admitted to the United States District Court for the Southern District of New York. I am associated with the law firm of Goodwin Procter LLP.

On October 19, 2007, I caused a copy of the following document:

LIMITED OBJECTION OF CASLERIGG MASTER
INVESTMENTS LTD.; CR INTRINSIC INVESTORS, LLC;
DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC;
ELLIOT ASSOCIATES, L.P.; AND SPCP GROUP, LLC TO
ORDER PRELIMINARILY APPROVING MULTIDISTRICT
LITIGATION AND INSURANCE SETTLEMENT

to be served by overnight courier upon the parties listed on Schedule 1 annexed hereto, and by overnight courier and electronic mail upon the parties listed on Schedule 2 annexed hereto. In addition, a courtesy copy was delivered to the chambers of Hon. Robert D. Drain.

Dated: New York, New York
       October 19, 2007

        /s/ Meagan E. Costello

05-44481-rdd    Doc 10690    Filed 10/19/07    Entered 10/19/07 20:02:46    Main Document
Pg 2 of 5

LIBNY/4640179.1

## SCHEDULE 1

<u>BY OVERNIGHT COURIER</u>

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn : Alicia M. Leonhard

1

LIBNY/4640179.1

## SCHEDULE 2

<u>BY OVERNIGHT COURIER AND E-MAIL</u>

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn : Sean Corcoran
      Karen Craft
Fax : (248) 813-2491

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler
      John K. Lyons
      Ron E. Meisler
Fax: (312) 407-0411

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn : Kayalyn A. Marafioti
      Thomas J. Matz
Fax : (212) 735-3000

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn : Robert J. Rosenberg
Fax : (212) 751-4864

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn : Brad Eric Sheler
      Bonnie Steingart
      Vivek Melwani
      Jennifer L. Rodburg
      Richard J. Slivinski
Fax : (212) 859-4000

LIBNY/4640179.1

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn : Kenneth S. Ziman
      Robert H. Trust
      William T. Russell, Jr.
Fax : (212) 455-2502

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn : Donald Bernstein
      Brian Resnick
Fax : (212) 450-4092
     (212) 450-3213

LIBNY/4640179.1