UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
IN RE:                                              :    Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 (RDD)
                                                    :    (Jointly Administered)
    Debtors.                                        :
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Nicholas R. Pagliari, a member in good standing of the bar in the Commonwealth of Pennsylvania and the bar of the U.S. District Courts for the Eastern and Western District of Pennsylvania, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Actco Tool & Manufacturing Co., a creditor in the above referenced case.

Mailing Address:    2222 W. Grandview Blvd.
                    Erie, PA 16506

E-mail address: npagliari@quinnfirm.com    Telephone Number (814) 833-2222

The filing fee of $25.00 has been submitted with this Motion for *Pro Hac Vice* admission.

Dated: October 17, 2007                QUINN, BUSECK, LEEMHUIS, TOOHEY &
                                       KROTO, INC.

                                       By: _____
                                           Nicholas R. Pagliari
                                           Pa. Atty. I.D. #87877
                                           2222 W. Grandview Blvd.
                                           Erie, PA 16506
                                           Ph. (814) 833-2222
                                           Fax (814) 835-2076
                                           E-mail: npagliari@quinnfirm.com

                                       Counsel for Creditor, Actco Tool &
                                       Manufacturing Co.

