UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------------ x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Nicholas R. Pagliari, a member in good standing of the bar of the Commonwealth of Pennsylvania and the bar of the U.S. District Courts for the Eastern and Western District of Pennsylvania, having requested admission, *pro hac vice*, to represent Actco Tool & Manufacturing Co., a creditor in the above referenced case.

**ORDERED,** that Nicholas R. Pagliari, Esquire, is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: October 22, 2007        /s/Robert D. Drain
                               United States Bankruptcy Judge

New York, New York

Document #363773, v1