# Exhibit 4
## Attachment 1

ATTACHMENT 1

XXX XX, 2005

RE: Delphi Personal Saving Plan ("PSP")

Dear PSP Participant:

During a recent audit of the PSP, it was discovered on March 9, 2004 that, between January 1, 2000 and December 31, 2003, dividends paid on the General Motors Company 1 2/3 par value Stock Fund (the "GM Stock Fund") within your PSP account were invested into the GM Stock Fund and purchased additional units of the GM Stock Fund, a "sell only" option under the PSP. As of December 31, 1999, all dividends the GM Stock Fund paid should have been re-directed to the Promark Income Fund in accordance with the terms of the PSP.

This letter is to advise you of measures that have been taken to correct the situation. Effective March 10, 2004, all future dividends paid on the GM Stock Fund have been directed into the Promark Income Fund. Additionally, as a current or past participant of the PSP with an account balance in the GM Stock Fund during the 2000-2003 time frame, you are being offered a choice between two options to address this situation. **Please take time to carefully read through and understand your options listed below.**

*Option #1*
You may keep the GM Stock Fund units that were incorrectly purchased with dividends between January 1, 2000 and March 9, 2004. Your GM Stock Fund account under the PSP will remain as a "sell-only" investment option with no units able to be purchased -- but you can keep the units that were purchased with dividends before March 10, 2004. **This option requires no action by you.**

*Option #2*
You may choose to have your PSP account adjusted so that your account in the PSP will be restored to a position as if all of the GM Stock Fund dividends paid between January 1, 2000 and December 31, 2003, had been properly directed into the Promark Income Fund. To select this option, you will need to call the Delphi Investment Service Center by 4:00 PM Eastern Standard Time ("EST ") on ___ XX, 2005 (30 day election window). This option will require that all GM Stock Fund units purchased between January 1, 2000 and December 31, 2003 be sold (i.e., you may not elect some units be sold and some not). A contribution will then be made to the Promark Income Fund equal to the greater of the proceeds from the sale of your GM Stock Fund units and the balance in the Promark Income Fund had the GM dividends been properly invested. This correction method could result in an increase in value of your account depending on the prices of the GM Stock Fund and the Promark Income Fund on the date of the correction.

ATTACHMENT 1

To illustrate, see the difference between Option #1 and Option #2, example below using prices on May 24, 2004.

**This is only an example and does not reflect any of your personal account information**

> John Smith has 5.625 units invested in the GM Stock Fund that were incorrectly purchased with dividends from January 1, 2000 and March 9, 2004. Had those dividends been directed to the Promark Income Fund, they would have purchased 42.292 units of the Promark Income Fund. The current cash value of 5.625 units of the GM Stock Fund is $598.55 (using a May 24, 2004 price of the GM Stock Fund at $106.41). The current cash value of the 42.292 Promark Income fund units that should have been purchased would be $747.69 (using May 24, 2004 prices of the Promark Income Fund at $17.68).
>
> *Option #1* would be to keep the 5.625 units of the GM Stock Fund that were acquired due to the dividend re-investment.
>
> *Option #2* would be to sell the 5.625 units of the GM Stock Fund (**using current market prices on the day you sell**) and purchase 42.292 units in the Promark Income Fund. Delphi will contribute the amount necessary to finance the purchase of the Promark Income Fund, which in this case is $149.14—i.e., the difference between the GM Stock Fund sale proceeds and the purchase price of the 42.292 units of the Promark Income Fund.

To elect Option #2 (to have your GM Stock Fund units sold to purchase the Promark Income Fund) please call 1-877-389-2DPH (374) during any business day between 8:30 AM and 12:00 midnight, EST. To further assist you in your decision, you may call to receive an estimate of the impact of Option #2 on your PSP account. **The election once made is irrevocable after XXXX, 2005.** Finally, all other plan rules surrounding withdrawals and exchanges will be honored.

If you have any questions about this letter, please contact a Fidelity Service Center representative at 1-877-389-2DPH (374), during any business day between 8:30 AM and 12:00 midnight, EST. We apologize for any inconvenience that this may have caused.

Sincerely,
Delphi Investment Service Center

Fidelity Investments Institutional Operations Company, Inc., 82 Devonshire St., Boston, MA 02109