# Exhibit 4
# Tab A

| Form **5500** | **Annual Return/Report of Employee Benefit Plan** | Official Use Only |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with the instructions to the Form 5500. | OMB Nos. 1210-0110<br>1210-0089<br>**2003**<br>This Form is Open to Public Inspection. |

**Annual Report Identification Information**

For the calendar plan year 2003 or fiscal plan year beginning _____, and ending _____.

A  This return/report is for:  (1) ☐ a multiemployer plan;  (3) ☐ a multiple-employer plan; or
                               (2) ☒ a single-employer plan (other than a multiple-employer plan);  (4) ☐ a DFE (specify) _____

B  This return/report is:  (1) ☐ the first return/report filed for the plan;  (3) ☐ the final return/report filed for the plan;
                            (2) ☐ an amended return/report;  (4) ☐ a short plan year return/report (less than 12 months).

C  If the plan is a collectively-bargained plan, check here ............................................................. ▶ ☒

D  If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) ........... ▶ ☒

**Basic Plan Information** — enter all requested information.

**1a** Name of plan
DELPHI PERSONAL SAVINGS PLAN FOR HOURLY RATE EMPLOYEES IN THE UNITED STATES

**1b** Three-digit plan number (PN) ▶ 004

**1c** Effective date of plan (mo., day, yr.)
05/28/1999

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)
DELPHI CORPORATION

POST OFFICE BOX 5086

TROY        MI    48077-5086

**2b** Employer Identification Number (EIN)
38-3430473

**2c** Sponsor's telephone number
248-813-3391

**2d** Business code (see instructions)
336300

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.

_signature_ 8/06/2004    JAMES P. WHITSON, CHIEF TAX OFFICER
Signature of plan administrator / Date    Type or print name of individual signing as plan administrator

_signature_ 8/06/2004    JAMES P. WHITSON, CHIEF TAX OFFICER
Signature of employer/plan sponsor/DFE / Date    Type or print name of individual signing as employer, plan sponsor or DFE

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.   v6.1   Form **5500** (2003)

0 2 0 3 6 5 0 1 0 H

DOL-PSP-001098

Form **5558**
(Rev. June 2001)
Department of the Treasury
Internal Revenue Service

**Application for Extension of Time To File Certain Employee Plan Returns**

► For Paperwork Reduction Act Notice, see Instructions on back.

OMB No. 1545-0212

**File With IRS Only**

File before the normal due date of the Form 5500, 5500-EZ, or 5330 (see instructions)

| Name of filer, plan administrator, or plan sponsor (see instructions) | Filer's Identifying Number—Check applicable box and enter number (see instructions). |
|---|---|
| DELPHI CORPORATION | [X] Employer Identification number (EIN). Filers checking box 1a must enter an EIN. All other filers, see Specific Instructions. |
| Number, street, and room or suite no. (If a P.O. box, see instructions.) P.O. Box 5086 | ► 38-3430473          OR |
| City or town, state, and ZIP code TROY, MI 48007-5086 | [ ] Social security number (see Specific Instructions) ► |

1  I request an extension of time until __10__ / __15__ / __2004__ to file (check appropriate box(es)).
      month  day  year

a  [X] Form 5500 or 5500-EZ (no more than 2½ months).
      The application is automatically approved to the date shown on line 1 (above) if: (1) box 1a is checked, (2) the Form 5558 is signed and filed on or before the normal due date of Form 5500 or 5500-EZ for which this extension is requested, and (3) the date on line 1 is no more than 2½ months after the normal due date.
      You must attach a copy of this Form 5558 to each Form 5500 and 5500-EZ filed after the due date for the plans listed below.

b  [ ] Form 5330 (no more than 6 months). Payment amount attached is $_____ (see instructions)

2  Complete the following for the plan(s) covered by this application (see How To File):

| Plan name/filer | Type of plan (check) | | | Plan number | Plan year ending | | |
|---|---|---|---|---|---|---|---|
| | Pension | Welfare | Fringe | | Month | Day | Year |
| DELPHI INCOME SECURITY PLAN FOR HOURLY RATE EMPLOYEES | X | | | 0 0 5 | 12 | 31 | 2003 |
| DELPHI SAVING-STOCK PURCHASE PROGRAM FOR SALARIED EMPLOYEES | X | | | 0 0 2 | 12 | 31 | 2003 |
| DELPHI PERSONAL SAVING PLAN FOR HOURLY RATE EMPLOYEES | X | | | 0 0 4 | 12 | 31 | 2003 |

3  State in detail why you need the extension (if line 1b is checked) _____

Under penalties of perjury, I declare that to the best of my knowledge and belief the statements made on this form are true, correct, and complete, and that I am authorized to prepare this application.

Signature ► _(signed)_         Date ► 7-22-04

**Notice to Applicant**

**To Be Completed by the IRS if Line 1b is Checked**

To Be Completed by the IRS if line 1b is checked ▼

[ ] This application for extension to file Form 5330 IS approved to the date shown on line 1, if line 1b is checked. (You must attach an approved copy of this form to each Form 5330 that was granted an extension.)

[ ] The date entered on line 1 is more than the 6-month maximum time allowed for Form 5330. This application is approved to ............................................................................ (You must attach an approved copy of this form to each Form 5330 that was granted an extension.)

[ ] The application for an extension for Form 5330 is not approved, because it was filed after the normal due date of the return. (A 10-day grace period is not granted.)

[ ] This application for an extension for Form 5330 is not approved, because
    [ ] The application was not signed.
    [ ] No reason was given on this application or the reason was not acceptable.
    [ ] No payment was attached for the tax due on Form 5330.
    [ ] Other ► ...........................................................................
A 10-day grace period is granted from the date shown below or the due date of the return, whichever is later. (You must attach a copy of this form to each return you file that is granted a grace period.)

_____    _____    By: _____
(Date)                        (Director)

Applicants for extension of Form 5330: Complete if you want this Form 5558 returned to an address other than the address shown above.

Please Print or Type

| Name | |
| Number, street, and room or suite no. (If a P.O. box, see instructions.) | |
| City or town, state, and ZIP code | |

MGA                                        Form **5558** (Rev. 6-2001)

DOL-PSP-001099

Form 5500 (2003)                                                                Page 2

Official Use Only

| | | |
|---|---|---|
| 3a | Plan administrator's name and address (If same as plan sponsor, enter "Same") SAME | 3b Administrator's EIN |
| | | 3c Administrator's telephone number |

4  If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:
   a  Sponsor's name                                                                 b EIN
                                                                                     c PN

5  Preparer Information (optional)    a Name (including firm name, if applicable) and address    b EIN
FRANK HOFFMAN
DELOITTE AND TOUCHE                                                                  13-3891517
600 RENAISSANCE CENTER, SUITE 900                                                    c Telephone number
DETROIT                          MI    48243-1704                                    313-396-3000

| | | | |
|---|---|---|---|
| 6 | Total number of participants at the beginning of the plan year | 6 | 60953 |
| 7 | Number of participants as of the end of the plan year (welfare plans complete only lines 7a, 7b, 7c, and 7d) | | |
| a | Active participants | 7a | 47438 |
| b | Retired or separated participants receiving benefits | 7b | 152 |
| c | Other retired or separated participants entitled to future benefits | 7c | 11459 |
| d | Subtotal. Add lines 7a, 7b, and 7c | 7d | 59049 |
| e | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | 7e | 69 |
| f | Total. Add lines 7d and 7e | 7f | 59118 |
| g | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | 7g | 40112 |
| h | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | 7h | 50 |
| i | If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | 7i | 2366 |

8  Benefits provided under the plan (complete 8a and 8b as applicable)
   a [X] Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan
        Characteristics Codes printed in the instructions):  [2E] [2F] [2G] [2I] [2J] [2K] [2O] [3H] [ ] [ ]
   b [ ] Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan
        Characteristics Codes printed in the instructions):  [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

| 9a Plan funding arrangement (check all that apply) | 9b Plan benefit arrangement (check all that apply) |
|---|---|
| (1) [ ] Insurance | (1) [ ] Insurance |
| (2) [ ] Code section 412(i) insurance contracts | (2) [ ] Code section 412(i) insurance contracts |
| (3) [X] Trust | (3) [X] Trust |
| (4) [ ] General assets of the sponsor | (4) [ ] General assets of the sponsor |

v6.1

0 2 0 3 6 5 0 2 0 1

DOL-PSP-001100

Form 5500 (2003)                                                                 Page **3**

                                                                                 Official Use Only

**10**  Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a  Pension Benefit Schedules**

(1) [X]         R    (Retirement Plan Information)
(2) [X]  __2__  T    (Qualified Pension Plan Coverage Information)
        If a Schedule T is not attached because the plan
        is relying on coverage testing information for a
        prior year, enter the year  ............▶ _____
(3) [ ]         B    (Actuarial Information)
(4) [X]         E    (ESOP Annual Information)
(5) [X]         SSA  (Separated Vested Participant Information)

**b  Financial Schedules**

(1) [X]         H    (Financial Information)
(2) [ ]         I    (Financial Information – Small Plan)
(3) [ ]  ___   A    (Insurance Information)
(4) [ ]         C    (Service Provider Information)
(5) [X]         D    (DFE/Participating Plan Information)
(6) [ ]         G    (Financial Transaction Schedules)
(7) [X]  __1__  P    (Trust Fiduciary Information)

                                                                                 v6.1



0  2  0  3  6  5  0  3  0  J

DOL-PSP-001101