# Exhibit 4
# Tab C

```
elphi
isbursement Services (NB)                 DELPHI                    CHECK No. 900458823    50-1
  Box 62530                                                                                 21
oenix, AZ  85082-2530                  Automotive Systems
```

|  DATE   |                              |          AMOUNT          |
|---------|------------------------------|--------------------------|
| 08/19/04 | **********25,000 DOLLARS  ****00 CENTS | **********25,000.00 |

```
                                                                Delphi
         ┌─                              ─┐                     Disbursement Account
         │ *US TREASURY*                  │
PAY      │ *ATTN T EP RA VC*              │                     John J Blahnik
TO THE   │ PO BOX 27063                   │
ORDER    │ MCPHERSON STATION              │
OF       │ WASHINGTON DC  20038           │                     ─────────────────────
         │                                │                     SIGNATURE
         └─                              ─┘
 Chase Manhattan Bank, N.A.
 racuse, New York
                                              ──────────
                                                AUDIT

        ⑊900458823⑊  ⑉021309379⑉:  601⑊2⑊5044 2⑊
```

---

|             |                         | **Delphi**              |        | DETACH BEFORE DEPOSITING CHECK |                |
|-------------|-------------------------|-------------------------|--------|--------------------------------|----------------|
| ENDOR NS NO. TX 000000238 | 1           | Disbursement Services<br>PO Box 62530<br>Phoenix, AZ  85082-2530 | | CHECK NO. | 900458823 |
| NDOR NAME   US TREASURY   |             |                         |        | PAYMENT DATE                   | 08/19/04       |

| REGISTER NO. DESCRIPTION | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 000021051380 | 08/18/04 | EW INA04IRSVCPFEEDC | 00.0000 | 25,000.00 | .00 | 25,000.00 |
| ETURN TO; B. RYBINSKI, B1A128, MC 483-400-155 | | | | | | |
| LT: DELPHI WORLDWIDE HQTRS | | | | | | |
| /N: MIS | QTY: | 1.000 | UOM: EA  U/P: | 25,000.00000 | EXT: | 25,000.00 |

```
            FOR PMT INFO USE E-DACOR HTTP://DELPHI.COVISINT.COM / ISSUES(PRIC
            ING CALL BUYER)(QTY CALL PLANT)OTHER ISSUES(CUSTSERV:248-874-4636
                                    TOTAL       25,000.00        .00    25,000.
```

DOL-PSP-000132