# Exhibit 4
# Tab D

**QUALIFIED PLAN**

Under penalties of perjury, I declare that I have examined this submission, including
accompanying documents, and, to the best of my knowledge and belief, the facts presented in
support of this submission are true, correct, and complete.

James P. Whitson
Chief Tax Officer
Delphi Corporation
5725 Delphi Drive
M/C 483-400-626
Troy, MI  48098-2815
Facsimile:  248.813.2648

September 28, 2004