# Exhibit 7




**Attendees:**

<u>Delphi:</u> Karen Cobb, Mike Fligstein & Frank Kuplicki
<u>GMAM:</u> Chuck Tschampion & Jonathan Lavy – *Performance*
<u>Fidelity Investments:</u> Tom Hohl, Jeff Cutts, Chris Dewitt, Roy Fralin & Brian Donoghue

# AGENDA

GM Dividend issue

05/21/2004

4:00 PM EST

Call in number - 1-866-902-8346 (650-599-0382)
Meeting ID - 3575653

| | |
|---|---|
| **Intro** | |
| **GMAM –**<br>    Chuck Tschampion<br>    Jonathan Lavy | Discuss the financial analysis comparison of the General Motors Company stock fund and Promark Income fund over specific periods of time. |
| **Fidelity Investments**<br>    Tom Hohl<br>    Jeff Cutts<br>    Chris Dewitt<br>    Roy Fralin<br>    Brian Donoghue | Discuss possible solution to propose to the IRS. |
| **Open forum - All** | Open Question & Answer |
| **Next steps - All** | Determine next set of steps toward a resolution |

DOL-PSP-002129