# Exhibit 8a

**U.S. Department of Labor**  Employee Benefits Security Administration
211 West Fort Street, Suite 1310
Detroit, Michigan 48226-3211



November 21, 2005

Delphi Corporation
c/o Francis P. Kuplici, Attorney
5825 Delphi Drive
Troy, Michigan 48098

RE:   Delphi Personal Savings Plan for Hourly-Rate Employees in the United States
      EIN/PN: 38-3430743 / 004

Dear Mr. Kuplicki:

This letter confirms our conversation on November 18, 2005, regarding Plan captioned above. At that time, a tentative appointment was set for the week of November 28, 2005 to discuss the Plan and to review the records of the Plan.

The Department of Labor has responsibility for administration and enforcement of Title I of the Employee Retirement Income Security Act of 1974 (ERISA). Title I establishes standards governing the operation of employee benefit plans such as the Plan captioned above.

The Plan is scheduled for examination by this office. Investigative authority is vested in the Secretary of Labor by Section 504 of ERISA, 29 U.S.C. 1134 which states in part: "The Secretary shall have the power, in order to determine whether any person has violated or is about to violate any provision of this title or any regulation or order thereunder... to make an investigation, and in connection therewith to require the submission of reports, books, and records, and the filing of data in support of any information required to be filed with the Secretary..."

Pursuant to the above, this office is requesting your cooperation with the investigation of the Plan to determine compliance with provisions of ERISA. You are requested to have all records related to the Plan available for inspection, particularly those listed on the attached page. Upon the completion of the examination of records, the investigator will need to interview the trustee or administrator of the Plan. Should you have any questions, feel free to contact Investigator Frank Schneider at (313) 226 - 7451.

Sincerely,

Patrick T. Kawa
Detroit District Supervisor

Attachment

BCC:  CHRON
      52-011672

**Preliminary List of Documents Required for the Examination
of the Delphi Personal Savings Plan for Hourly-Rate Employees
in the United States ("Plan")**

*The examiner will need copies of all the documents listed below. It should also be noted that additional records may be requested following a review of these items. Unless otherwise specified, the time period by this request is from January 2000 to the Present.* Should you have any questions regarding this information, please contact Investigator Frank Schneider at (313) 226-7451.

1. Quarterly Promark Income Fund rates of return from October 1999 to the Present;

2. Quarterly GM Stock Fund dividend payments made from October 1999 to the Present, to include date of dividend payment, amount of payment and number of units purchased;

3. Executive Committee of the Board of Directors meeting minutes relating to the Plan;

4. General Motors Investment Management meeting minutes relating to the Plan;

5. Documentation relating to the process of creating the corrective actions submitted to the Internal Revenue Service ("IRS") in the Voluntary Correction Program ("VCP") application;

6. Work papers used in the calculation of the total amount of correction reported to the IRS in the application to the VCP;

7. Work papers related to the corrective actions provided to the IRS in the application to the VCP;

8. Confirmation of payments made to the Participants per their elections under the corrective actions submitted to the IRS in the application to the VCP;

9. Documentation relating to the Participants that elected not to sell their shares of GM Stock pursuant to the corrective actions submitted to the IRS in the application to the VCP;

10. Work papers related to the internal audit which discovered that GM Stock Fund dividends were not invested in Promark Income Fund;

11. Fidelity Administrative Manual used between October 1999 and March 2004;

12. Quarterly Promark Income Fund Account Statements from September 1999 to Present; and

13. Quarterly GM Stock Fund Account Statements from September 1999 to Present.

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    1691
CONNECTION TEL              912488131466
SUBADDRESS
CONNECTION ID
ST. TIME                    11/21 08:47
USAGE T                     00'35
PGS. SENT                   3
RESULT                      OK
```

## U.S. Department of Labor

Employee Benefits Security Administration
211 West Fort Street
Suite 1310
Detroit, MI 48226-3211

**Voice:** (313) 226-7451
**FAX:** (313) 226-4257

**PERSONAL & CONFIDENTIAL**

Date: 11/21/05

### FACSIMILE TRANSMISSION

TO: _Attorney Francis P. Kuplicki_

FROM: _Investigator Frank Schneider_

SUBJECT: _Delphi Savings Plan Hourly Employees_
_EIN/PN: 38-3430743/004_

FAX #: _248-813-1466_

Comment:

_Document Request Letter_