# Exhibit 9

05-44481-rdd    Doc 10696-20    Filed 10/22/07    Entered 10/22/07 16:33:44    Exhibit 9
Pg 1 of 2

## Schneider, Franklin - EBSA

**From:** Kuplicki, Francis P [francis.p.kuplicki@delphi.com]
**Sent:** Friday, September 14, 2007 3:19 PM
**To:** Broitman, Peter - SOL; Schneider, Franklin - EBSA
**Cc:** lhassel@groom.com; Lyons, John; Hogan III, Albert
**Subject:** RE: Info Request

Promark Income Fund price immediately below:

10/7/2005    18.857004

10/10/2005   18.864936

**From:** Kuplicki, Francis P
**Sent:** Friday, September 14, 2007 3:00 PM
**To:** Broitman.Peter@DOL.GOV; 'Schneider, Franklin - EBSA'
**Cc:** lhassel@groom.com; Lyons, John; 'Hogan III, Albert'
**Subject:** Info Request

Peter -- 10/8/2005 was a Saturday. So, below is the unit price of the GM Common Stock Fund for both Friday 10/7/2005 and Monday 10/10/05.

10/7/2005    69.1259780

10/10/2005   62.317955

I understand you have now added a request for the Promark Income Fund price. I will forward that information when I get it. I do not have Peter Kawa's e-mail address, so I did not copy him on this response.

*************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*************************************************************************

9/26/2007