# Exhibit 11

05-44481-rdd    Doc 10696-22    Filed 10/22/07    Entered 10/22/07 16:33:44    Exhibit 11    Pg 1 of 2

## HISTORICAL DELPHI DIVIDEND SUMMARY

### 2000 GM dividends in the Delphi PSP

| | | | | | | Year 2000 total |
|---|---|---|---|---|---|---|
| Date the dividend paid | | 3/10/2000 | 6/12/2000 | 9/11/2000 | 12/11/2000 | |
| Total cash amount of the GM dividend | $ | 430,797.26 | $ 394,411.39 | $ 396,013.29 | $ 388,672.00 | $ 1,606,893.94 |
| Date the dividend paid | | 3/10/2000 | 6/12/2000 | 9/11/2000 | 12/11/2000 | Year 2000 total |
| Total amount sent to participant for the GM dividend | $ | (5,293.33) | $ (4,934.53) | $ (5,462.29) | $ (5,456.00) | $ (21,146.15) |
| Total cash that posted to the GM stock fund less the check issued | $ | 425,503.93 | $ 389,476.86 | $ 389,551.00 | $ 383,216.00 | $ 1,587,747.79 |
| Date the dividend paid | | 3/10/2000 | 6/12/2000 | 9/11/2000 | 12/11/2000 | |
| Price of the GM stock fund | $ | 187.15 | $ 167.32 | $ 180.46 | $ 125.29 | Year 2000 total units |
| approx. number of GM units purchased | | 2,273.596 | 2,327.709 | 2,158.639 | 3,058.628 | 9,818.574 |
| Date the dividend paid | | 3/10/2000 | 6/12/2000 | 9/11/2000 | 12/11/2000 | |
| Price of the Promark Income | $ | 13.74 | $ 13.96 | $ 14.16 | $ 14.38 | |

### 2001 GM dividends in the Delphi PSP

| | | | | | | Year 2001 total |
|---|---|---|---|---|---|---|
| Date the dividend paid | | 3/12/2001 | 6/11/2001 | 9/10/2001 | 12/10/2001 | |
| Total cash amount of the GM dividend | $ | 385,045.73 | $ 377,277.19 | $ 371,309.21 | $ 368,303.67 | $ 1,501,935.80 |
| Date the dividend paid | | 3/12/2001 | 6/11/2001 | 9/10/2001 | 12/10/2001 | Year 2001 total |
| Total amount sent to participant for the GM dividend (check issued) | $ | (5,919.15) | $ (5,930.00) | $ (5,630.58) | $ (5,839.31) | $ (23,319.04) |
| Total cash that posted to the GM stock fund less the check issued | $ | 379,126.58 | $ 371,347.19 | $ 365,678.63 | $ 362,464.36 | $ 1,478,616.76 |
| Date the dividend paid | | 3/12/2001 | 6/11/2001 | 9/10/2001 | 12/10/2001 | |
| Price of the GM stock fund | $ | 138.12 | $ 143.29 | $ 125.15 | $ 122.21 | Year 2001 total units |
| approx. number of GM units purchased | | 2,744.819 | 2,591.524 | 2,921.891 | 2,965.976 | 11,224.210 |
| Date the dividend paid | | 3/12/2001 | 6/11/2001 | 9/10/2001 | 12/10/2001 | |
| Price of the Promark Income | $ | 14.60 | $ 14.84 | $ 15.08 | $ 15.33 | |

### 2002 GM dividends in the Delphi PSP

| | | | | | | Year 2002 total |
|---|---|---|---|---|---|---|
| Date the dividend paid | | 3/11/2002 | 6/10/2002 | 9/10/2002 | 12/10/2002 | |
| Total cash amount of the GM dividend | $ | 369,420.88 | $ 361,273.83 | $ 353,937.49 | $ 351,864.54 | $ 1,436,496.74 |
| Date the dividend paid | | 3/11/2002 | 6/10/2002 | 9/10/2002 | 12/10/2002 | Year 2002 total |
| Total amount sent to participant for the GM dividend (check issued) | $ | (5,697.97) | $ (5,845.21) | $ (5,658.38) | $ (5,818.96) | $ (22,820.52) |
| Total cash that posted to the GM stock fund less the check issued | $ | 363,722.91 | $ 355,428.62 | $ 348,279.11 | $ 346,245.58 | $ 1,413,676.22 |
| Date the dividend paid | | 3/11/2002 | 6/10/2002 | 9/10/2002 | 12/10/2002 | |
| Price of the GM stock fund | $ | 148.14 | $ 142.83 | $ 113.47 | $ 89.99 | Year 2002 total units |
| approx. number of GM units purchased | | 2,455.337 | 2,488.536 | 3,069.268 | 3,847.756 | 11,860.896 |
| Date the dividend paid | | 3/11/2002 | 6/10/2002 | 9/10/2002 | 12/10/2002 | |
| Price of the Promark Income | $ | 15.61 | $ 15.89 | $ 16.17 | $ 16.42 | |

### 2003 GM dividends in the Delphi PSP

| | | | | | | Year 2003 total |
|---|---|---|---|---|---|---|
| Date the dividend paid | | 3/10/2003 | 6/10/2003 | 9/10/2003 | 12/10/2003 | |
| Total cash amount of the GM dividend | $ | 348,659.93 | $ 346,170.96 | $ 345,389.03 | $ 338,649.09 | $ 1,378,869.00 |
| Date the dividend paid | | 3/10/2003 | 6/10/2003 | 9/10/2003 | 12/10/2003 | Year 2003 total |
| Total amount sent to participant for the GM dividend (check issued) | $ | (5,343.94) | $ (5,293.05) | $ (5,847.67) | $ (5,733.71) | $ (22,218.37) |
| Total cash that posted to the GM stock fund less the check issued | $ | 343,315.99 | $ 340,877.90 | $ 339,541.36 | $ 332,915.38 | $ 1,356,650.63 |
| Date the dividend paid | | 3/10/2003 | 6/10/2003 | 9/10/2003 | 12/10/2003 | |
| Price of the GM stock fund | $ | 74.80 | $ 88.34 | $ 99.44 | $ 117.57 | Year 2003 total units |
| approx. number of GM units purchased | | 4,589.835 | 3,858.590 | 3,414.472 | 2,831.670 | 14,694.368 |
| Date the dividend paid | | 3/10/2003 | 6/10/2003 | 9/10/2003 | 12/10/2003 | |
| Price of the Promark Income | $ | 16.65 | $ 16.88 | $ 17.09 | $ 17.30 | |

| | |
|---|---|
| Date the dividend paid | TOTAL 2000 thru 2003 |
| Total cash amount of the GM dividend | $ 5,926,195.48 |
| Date the dividend paid | TOTAL 2000 thru 2003 |
| Total amount sent to participant for the GM dividend (check issued) | $ (89,504.08) |
| Total cash that posted to the GM stock fund less the check issued | $ 5,836,691.40 |
| Price of the GM stock fund | TOTAL 2000 thru 2003 units |
| approx. number of GM units purchased | 47,598.048 |

DOL-PSP-002080