# Exhibit 14



September 6, 2005

RE: Delphi Personal Saving Plan (PSP)


Dear Delphi PSP Participant:

During a recent plan audit of the Delphi PSP it was discovered that dividends paid on the General Motors Common Stock Fund (GM Company 1 2/3 par value Stock Fund) within your Delphi PSP account were allowed to be reinvested into the GM Common Stock Fund. According to Delphi PSP provisions, as of December 31, 1999, all dividends the GM stock fund pays should have been re-directed to the Promark Income Fund as the Delphi PSP does not allow new monies to be invested into the GM Common Stock Fund. This process of redirecting dividends from the GM Common Stock Fund into the Promark Income Fund did not take place during the years 2000, 2001, 2002 & 2003. Effective, March 10, 2004, all dividends paid on the GM Common Stock Fund were redirected to the Promark Income Fund.

As a current or past participant of the Delphi PSP in the above-referenced years, your investment in the GM Common Stock Fund may have been affected. As a result, you are now being offered an opportunity to elect one of two options to address this issue. Please take time to carefully read through and understand your options listed below.

### Option #1
You may keep your increased GM Common Stock Fund in your Delphi PSP account. Your account under the Delphi PSP will continue to function as it has in the past with the GM Common Stock Fund being a sell-only investment option with no new money being invested into the GM Common Stock Fund. Your previously reinvested dividends will remain invested in the GM Common Stock Fund.
***ACTION REQUIRED BY YOU FOR OPTION # 1: NONE***

### Option #2
You may have your account adjusted so that the past GM Common Stock Fund dividends that were incorrectly reinvested are moved to the Promark Income Fund. This option will require that **all** GM Common Stock Fund shares incorrectly purchased due to the dividend being reinvested be sold and invested in the Promark Income Fund. You should be aware that, if you choose this option, the GM Common Stock Fund shares will be **sold using current market prices** and the Promark Income Fund will be purchased. An adjustment will then be made to your account for any change to the market value of your PSP account due to the dividends being incorrectly reinvested into the GM Common Stock Fund. Selecting Option #2 could result in an increase/decrease of market value of your account depending on the prices of the GM Common Stock Fund and the Promark Income Fund on the date of the correction.
***ACTION REQUIRED BY YOU FOR OPTION# 2: CALL THE DEDICATED TOLL-FREE NUMBER AT THE FIDELITY BENEFITS CENTER ESTABLISHED TO HANDLE YOUR INQUIRES RELATIVE TO THIS MATTER AT 1-888-633-2648 BY 4:00 P.M. EASTERN TIME ON OCTOBER 12, 2005 (30 DAY ELECTION WINDOW).***

**CONFIDENTIAL TREATMENT REQUESTED BY FMR CORP. AND ITS SUBSIDIARIES PURSUANT TO 29 C.F.R. 70.26(b)**     **FID-DOL-DEL 00282**

To illustrate the impacts of the two options, we have included an example below using prices as of 7/12/2005.

**This is only an example and does not reflect any of your personal account information**

John Smith has received 5.625 shares of GM stock that were incorrectly reinvested into the GM Common Stock Fund via the dividend. Had those dividend dollars been redirected to the Promark Income fund, they would have purchased 42.292 shares of the Promark Income Fund during the years 2000, 2001, 2002 & 2003. The current cash value of those 5.625 shares of the GM Common Stock Fund is $491.91 (using a July 12, 2005 price of the GM Common Stock Fund at $87.45 and the GM stock at $35.86). Furthermore the current cash value of the 42.292 Promark Income Fund shares, that should have been purchased, would be $788.32 (using July 12, 2005 prices of the Promark Income Fund at $18.64).

Option #1 would be to keep the 5.625 shares of the GM Common Stock Fund that were acquired due to the dividend re-investment.

Option #2 would be to liquidate or sell the 5.625 shares of the GM Common Stock Fund (The GM Common Stock Fund shares will be **sold using current market prices on the day you sell**) and purchase the Promark Income Fund. Delphi will make an adjustment to make up for any negative change to the market value of your account due to the dividends being incorrectly reinvested into the GM Common Stock Fund. In this example, using July 12, 2005 prices, an adjustment of $296.41 would be placed into the Promark Income Fund within your account. This adjustment in market value represents the difference between the current cash value of the 5.625 shares of GM stock valued at $491.91 and the current cash value of the 42.292 shares of the Promark Income Fund that should have been purchased over the four years, which is valued at $788.32 using July 12, 2005 prices.

**PLEASE CONSIDER – If you choose Option #2: The GM Common Stock Fund is a sell-only investment option, shares exchanged out are not allowed to be reinvested back into this option.**

If you would like to elect Option #1, you do NOT need to take any action. If you would like to elect Option #2, please call 1-888-633-2648 Monday through Friday (excluding certain holidays) between 8:30 a.m. and 8:00 p.m., Eastern Time. Please be advised that the election window will close at 4:00 p.m. Eastern Time on October 12, 2005. Once Option #2 is chosen, the election is irrevocable. Finally, all normal plan rules surrounding withdrawals and exchanges must be honored.

If you have any questions or concerns about this letter, please contact a customer service representative at 1-888-633-2648, Monday through Friday between 8:30 a.m. and 8:00 p.m., Eastern Time. We apologize for any inconvenience that this may have caused.

Sincerely,


Fidelity Benefits Center

Fidelity Investments Institutional Operations Company, Inc., 82 Devonshire St., Boston, MA 02109


408921

3.DE-C-797B.100

CONFIDENTIAL TREATMENT REQUESTED BY FMR CORP. AND ITS SUBSIDIARIES PURSUANT TO 29 C.F.R. 70.26(b)     FID-DOL-DEL 00283