Exhibit 17



FMR Corp.
Fidelity Insurance & Risk Mgt.
82 Devonshire Street - V11D
Boston, MA  02109

August 24, 2005

AIG Technical Services
Attn:  AIG Risk Finance Claims Manager
Attn:  Paul Costello
70 Pine Street – 5th Floor
New York, NY 10270

RECEIVED
SEP 0 1, 2005
BY: PC 8/1/05

Re:  Delphi Personal Savings Plan

Dear Paul:

This notice is to inform you of an incident which may give rise to a claim under FMR Finite policy # 4762480.  This incident will also be noted on the Quarter 3-2005 10C report.

In March 2004, Fidelity discovered that dividends received for the GM Stock Fund within the Delphi Personal Savings Plan were being reinvested in the GM Stock Fund and participants were being allocated additional units in the Stock Fund.  Fidelity discussed the issue with Delphi at the time and made changes so all future GM dividends would go to the Promark Income Fund.

A spin-off agreement in 1999 required GM Stock Fund dividends to be invested in the Promark Income Fund.

Approximately 12,000 participants were affected.  They have been given the option of rebuilding their accounts or keeping things as they are.  The 30-day election window is September 12, 2005 to October 12, 2005.  The approximate loss exposure is $2,900,000.

Please call with any questions.  My direct line is 617-563-9761.

Sincerely,

Eric Freedman
Senior Risk Analyst
Fidelity Insurance & Risk Management

Fidelity Confidential