# Exhibit 19a

# GM Asset Management

**David Hartman**
Vice President & General Counsel
david.hartman@gmam.com

Via Federal Express

June 22, 2006

Mr. Frank Schneider
Investigator
United States Department of Labor
Employee Benefit Security Administration
211 West Fort Street, Suite 1310
Detroit, MI 48226

Re: Summary Spreadsheet

Dear Mr. Schneider:

As per our recent discussion, enclosed is a copy of an internal summary spreadsheet prepared by General Motors Asset Management ("GMAM") after it received a request from Delphi Corporation regarding the potential economic impact relating to the reinvestment of certain Delphi 401(k) plan dividends in a fund holding GM common stock rather than in an income-oriented fund. This summary was prepared solely for GMAM's internal use in connection with a conference call with representatives of Delphi and Fidelity Investments regarding, among other matters, the potential economic impact. The enclosed summary and the related analysis were not provided to Delphi, Fidelity or any other person outside of GMAM. Please note as well that the analysis was based on numerous assumptions, as we discussed.

Please do not hesitate to contact me if you have any additional questions.

Sincerely,

David Hartman

Enclosure

-DETROIT
JUN 2 6 2006
RECEIVED

General Motors Investment Management Corporation
General Motors Trust Company
767 Fifth Avenue, New York, NY 10153
Phone: 212-418-6307    Fax: 212-418-6123

| | | | | |
|---|---:|---:|---:|---:|
| Ex-Dividend Date | 2/9/2000 | 5/10/2000 | 8/9/2000 | 11/14/2000 |
| Number of Shares Outstanding on Ex-Dividend Date | 365,659.23 | 332,935.39 | 328,788.81 | 324,217.44 |
| Date the dividend paid | 3/10/2000 | 6/12/2000 | 9/11/2000 | 12/11/2000 |
| Total cash amount of the GM dividend | 430,797 | 394,411 | 395,013 | 388,672 |
| Dividend/Share | 1.18 | 1.18 | 1.20 | 1.20 |
| Total amount sent to participant for the GM dividend (check issued) | (5,293) | (4,935) | (5,462) | (5,456) |
| Total cash that posted to the GM stock fund less the check issued | 425,504 | 389,477 | 389,551 | 383,216 |
| Maximum Differential | $ (329,481) $ | (273,582) $ | (280,115) $ | (196,225) |
| Minimum Differential | $ 81,454 $ | 34,683 $ | - $ | 103,394 |
| Differential Today | $ (254,864) $ | (194,658) $ | (209,761) $ | (86,366) |
| **2001 GM dividends in the Delphi PSP** | | | | |
| Ex-Dividend Date | 2/14/2001 | 5/9/2001 | 8/15/2001 | 11/13/2001 |
| Number of Shares Outstanding on Ex-Dividend Date | 321,923.81 | 315,364.19 | 308,670.64 | 306,780.28 |
| Date the dividend paid | 3/12/2001 | 6/11/2001 | 9/10/2001 | 12/10/2001 |
| Total cash amount of the GM dividend | 385,046 | 377,277 | 371,309 | 368,304 |
| Dividend/Share | 1.20 | 1.20 | 1.20 | 1.20 |
| Total amount sent to participant for the GM dividend (check issued) | (5,919) | (5,930) | (5,631) | (5,839) |
| Total cash that posted to the GM stock fund less the check issued | 379,127 | 371,347 | 365,679 | 362,464 |
| Maximum Differential | $ (207,938) $ | (204,230) $ | (167,332) $ | (153,591) |
| Minimum Differential | $ 59,588 $ | 44,991 $ | 100,972 $ | 111,746 |
| Differential Today | $ (113,314) $ | (117,196) $ | (67,526) $ | (50,755) |
| **2002 GM dividends in the Delphi PSP** | | | | |
| Ex-Dividend Date | 2/13/2002 | 5/15/2002 | 8/14/2002 | 11/12/2002 |
| Number of Shares Outstanding on Ex-Dividend Date | 306,922.12 | 300,129.47 | 294,905.32 | 293,096.11 |
| Date the dividend paid | 3/11/2002 | 6/10/2002 | 9/10/2002 | 12/10/2002 |
| Total cash amount of the GM dividend | 369,421 | 361,274 | 353,937 | 351,865 |
| Dividend/Share | 1.20 | 1.20 | 1.20 | 1.20 |
| Total amount sent to participant for the GM dividend (check issued) | (5,698) | (5,845) | (5,658) | (5,619) |
| Total cash that posted to the GM stock fund less the check issued | 363,723 | 355,429 | 348,279 | 346,246 |
| Maximum Differential | $ (185,998) $ | (168,746) $ | (116,508) $ | (59,246) |
| Minimum Differential | $ 33,188 $ | - $ | 57,401 $ | 156,795 |
| Differential Today | $ (108,551) $ | (90,757) $ | (17,054) $ | 67,334 |
| **2003 GM dividends in the Delphi PSP** | | | | |
| Ex-Dividend Date | 2/12/2003 | 5/14/2003 | 8/13/2003 | 11/10/2003 |
| Number of Shares Outstanding on Ex-Dividend Date | 290,451.81 | 287,236.56 | 286,015.17 | 281,802.39 |
| Date the dividend paid | 3/10/2003 | 6/10/2003 | 9/10/2003 | 12/10/2003 |
| Total cash amount of the GM dividend | 348,660 | 346,171 | 345,389 | 338,649 |
| Dividend/Share | 1.20 | 1.21 | 1.21 | 1.20 |
| Total amount sent to participant for the GM dividend (check issued) | (5,344) | (5,293) | (5,848) | (5,734) |
| Total cash that posted to the GM stock fund less the check issued | 343,316 | 340,878 | 339,541 | 332,915 |
| Maximum Differential | $ (7,525) $ | (6,088) $ | (3,787) $ | (29,133) |
| Minimum Differential | $ 244,653 $ | 152,313 $ | 98,252 $ | 36,622 |
| Differential Today | $ 142,414 $ | 68,383 $ | 25,531 $ | (22,804) |
| Total Differential Today | $ | | | (1,029,943) |
| Total Impairment Today (Isolated Events) | $ | | | (1,333,605) |