# Exhibit 22

05-44481-rdd    Doc 10696-34    Filed 10/22/07    Entered 10/22/07 16:33:44    Exhibit 22
Pg 1 of 2

EBSA PREPARED WORK PAPER

| Date | GM Dividend Payment | GMSF Price | No. of Units | GMSF as of 11/1/2005 | PMIF Price | No. of Units | PMIF as of 11/1/2005 |
|---|---|---|---|---|---|---|---|
| 3/10/2000 | $430,797.26 | $187.15 | 2,301.88 | 159,119.71 | $13.74 | 31,350.59 | $591,178.20 |
| 6/12/2000 | $394,411.39 | $167.32 | 2,357.20 | 162,943.76 | $13.96 | 28,262.64 | $532,948.72 |
| 9/11/2000 | $395,013.29 | $180.46 | 2,188.91 | 151,310.54 | $14.16 | 27,890.81 | $525,937.12 |
| 12/11/2000 | $388,672.00 | $125.29 | 3,102.18 | 214,441.23 | $14.38 | 27,031.99 | $509,742.34 |
| 3/12/2001 | $385,045.73 | $138.12 | 2,787.67 | 192,700.42 | $14.60 | 26,366.45 | $497,192.25 |
| 6/11/2001 | $377,277.19 | $143.29 | 2,632.91 | 182,002.48 | $14.84 | 25,423.75 | $479,415.76 |
| 9/10/2001 | $371,309.21 | $125.15 | 2,966.88 | 205,088.48 | $15.08 | 24,621.36 | $464,285.08 |
| 12/10/2001 | $368,303.67 | $122.21 | 3,013.76 | 208,329.11 | $15.33 | 24,023.08 | $453,003.32 |
| 3/11/2002 | $369,420.88 | $148.14 | 2,493.80 | 172,386.36 | $15.61 | 23,670.06 | $446,346.42 |
| 6/10/2002 | $361,273.83 | $142.83 | 2,529.46 | 174,851.40 | $15.89 | 22,733.26 | $428,681.17 |
| 9/10/2002 | $353,937.49 | $113.47 | 3,119.13 | 215,612.91 | $16.17 | 21,887.41 | $412,730.98 |
| 12/10/2002 | $351,864.54 | $89.99 | 3,910.20 | 270,296.40 | $16.42 | 21,429.89 | $404,103.52 |
| 3/10/2003 | $348,659.93 | $74.80 | 4,661.08 | 322,201.71 | $16.65 | 20,938.14 | $394,830.59 |
| 6/10/2003 | $346,170.95 | $88.34 | 3,918.51 | 270,870.84 | $16.88 | 20,510.44 | $386,765.45 |
| 9/10/2003 | $345,389.03 | $99.44 | 3,473.28 | 240,093.88 | $17.09 | 20,209.78 | $381,095.90 |
| 12/10/2003 | $338,649.09 | $117.57 | 2,880.44 | 199,113.23 | $17.30 | 19,575.83 | $369,141.50 |
| Totals | $5,926,195.48 | | 48,337.29 | 3,341,362.45 | | 385,925.48 | $7,277,398.32 |

| | | |
|---|---|---|
| As of | 10/7/2005 | |
| GMSF | 69.125978 | $3,341,362.45 |
| PMIF | 18.857004 | $7,277,398.32 |
| Difference | | $3,936,035.87 |
| Amount Paid | | $856,596.56 |
| Total Owed | | $3,079,439.31 |