**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                             :
        In re                                                :    Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :    Case No. 05-44481 (RDD)
                                                             :
                Debtors.                                     :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2007, a copy of the foregoing *The Secretary's Supplemental Response to the Debtors' Objection to Proof of Claim Number 15135 and Statement of Disputed Facts, Declaration of Frank Schneider in Support of the Secretary's Supplemental Response to the Debtors' Objection to Proof of Claim 15135 and Statement of Disputed Facts, with Exhibits 1-22 attached,* were filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Robert J. Stark | rstark@brownrudnick.com |
| Bruce Simon | bsimon@cwsny.com |
| Steven J. Reisman | sreisman@cm-p.com |
| Donald Bernstein | donald.bernstein@dpw.com |
| [brian.resnick@dpw.com](brian.resnick@dpw.com) | Brian Resnick |
| Sean Corcoran, Karen Craft | sean.p.corcoran@delphi.com |
| | karen.j.craft@delphi.com |
| Michael Nefkens | mike.nefkens@eds.com |
| Carrie L. Schiff | cschiff@flextronics.com |
| Paul W. Anderson | paul.anderson@flextronics.com |
| Richard Lee Chambers, III | trey.chambers@freescale.com |
| Brad Eric Sheler | |
| Bonnie Steingart | |
| Vivek Melwani | |
| Jennifer L Rodburg | rodbuje@ffhsj.com |
| Richard J Slivinski | sliviri@ffhsj.com" |
| Randall S. Eisenberg | randall.eisenberg@fticonsulting.com |
| Valerie Venable | valerie.venable@ge.com |
| Lonie A. Hassel | lhassel@groom.com |
| Stephen H. Gross | sgross@hodgsonruss.com |
| Frank L. Gorman, Esq. | fgorman@honigman.com |
| Robert B. Weiss, Esq. | rweiss@honigman.com |
| Maria Valerio | mariaivalerio@irs.gov |
| William Q. Derrough | bderrough@jefferies.com |
| Richard Duker | richard.duker@jpmorgan.com |
| "Susan Atkins,Gianni Russello | gianni.russello@jpmorgan.com |
| Gordon Z. Novod | gnovod@kramerlevin.com |

| | |
|---|---|
| Thomas Moers Mayer | tmayer@kramerlevin.com |
| Sheryl Betance | sbetance@kccllc.com |
| Robert J. Rosenberg | robert.rosenberg@lw.com |
| Daniel R. Fisher | daniel.fisher@lawdeb.com |
| Patrick J. Healy | patrick.healy@lawdeb.com |
| David D. Cleary | dcleary@mwe.com |
| Jason J. DeJonker | jdejonker@mwe.com |
| Mohsin N. Khambati | mkhambati@mwe.com |
| Peter A. Clark | pclark@mwe.com |
| Cornish F. Hitchcock | conh@mctiguelaw.com |
| J. Brian McTigue | bmctigue@mctiguelaw.com |
| Leon Szlezinger | lszlezinger@mesirowfinancial.com |
| Gregory A Bray Esq | gbray@milbank.com |
| Thomas R Kreller Esq | tkreller@milbank.com |
| James E Till Esq | jtill@milbank.com |
| Joseph T. Moldovan, Esq. | jmoldovan@morrisoncohen.com |
| Mark Schonfeld, | newyork@sec.gov |
| Eliot Spitzer | william.dornbos@oag.state.ny.us |
| Robert Siegel | rsiegel@omm.com |
| Tom A. Jerman, Rachel Janger | tjerman@omm.com |
| Jeffrey Cohen | garrick.sandra@pbgc.gov; efile@pbgc.gov |
| Ralph L. Landy | landy.ralph@pbgc.gov |
| Sandra A. Riemer | sriemer@phillipsnizer.com |
| David L. Resnick | david.resnick@us.rothschild.com |
| Robert W. Dremluk | rdremluk@seyfarth.com |
| Douglas Bartner, Jill Frizzley | dbartner@shearman.com |
| Jill Frizzley | frizzley@shearman.com |
| Kenneth S. Ziman, Robert H. Trust | kziman@stblaw.com |
| Robert H. Trust | rtrust@stblaw.com |
| William T. Russell, Jr. | wrussell@stblaw.com |
| John Wm. Butler, Ron E. Meisler | jbutler@skadden.com |
| John K. Lyons | jlyonsch@skadden.com |
| Ron E. Meilser | rmeisler@skadden.com" |
| Kayalyn A. Marafioti | kmarafio@skadden.com |
| Thomas J. Matz | tmatz@skadden.com" |
| Daniel D. Doyle | ddoyle@spencerfane.com |
| Nicholas Franke | nfranke@spencerfane.com |
| Chester B. Salomon | cp@stevenslee.com |
| Constantine D. Pourakis | cs@stevenslee.com" |
| Albert Togut | altogut@teamtogut.com |
| Michael D. Warner | mwarner@warnerstevens.com |
| Harvey R. Miller | harvey.miller@weil.com |
| Jeffrey L. Tanenbaum, Esq. | jeff.tanenbaum@weil.com |
| Martin J. Bienenstock, Esq. | martin.bienenstock@weil.com |
| Michael P. Kessler, Esq. | michael.kessler@weil.com |
| Steven M. Cimalore | scimalore@wilmingtontrust.com |

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

| | | |
|---|---|---|
| Internal Revenue Service<br>Attn: Insolvency Department<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI  48226 | IUE-CWA<br>Conference Board Chairman<br>2360 W. Dorothy Lane<br>Suite 201<br>Dayton, OH  45439 | |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>Assistant General Counsel<br>60 Columbia Road<br>Morristown, NJ  7960 | United States Trustee<br>Alicia M. Leohnard<br>33 Whitehall Street<br>21st Floor<br>New York, NY  1004-2112 | Albert L. Hogan, III<br>Skadden, ARPS, Slate,<br>Meagher & Flom LLP<br>333 West Wacker Dr., Suite 2100<br>Chicago, IL  60606 |

  /s/ Peter D. Broitman
**PETER D. BROITMAN**
Senior Trial Attorney
One of the Attorneys for Plaintiff

3