

# JOE G. TEDDER, CFC, TAX COLLECTOR
## Imperial Polk County & The State of Florida

October 9, 2007

Clerk of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

    RE:    Chapter 11 Case No. 05-44481 and 05-44640
             Debtor: DELPHI Corporation *et al.* (Delco)
             Southern District of New York

Dear Sir or Madame:

    Enclosed please find an original and one copy of the Polk County Tax Collector's Withdrawal of his Objection to the Debtors' Sale of Certain Equipment and Other Assets Free and Clear of Liens pertaining to Saginaw Chassis in the above-referenced matter.

    Kindly file the original document with the Court and return a conformed, file-stamped copy to the undersigned in the self-addressed, stamped envelope provided herewith.

    Thank you for your professional courtesies. Should you have any questions or concerns, please feel free to contact me directly at 863.534.4746, extension 5718, or by e-mail to sarimeador@polktaxes.com.

Sincerely,

Sari E. Meador, Paralegal
Delinquency and Enforcement

SEM/mos
Enclosures

---

*original*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------x
In re:                           :   Chapter 11
                                 :   Case No. 05-44481
DELPHI CORPORATION; DELCO, *et al.* :
                                 :
                                 :
---------------------------------x

### JOE G. TEDDER'S WITHDRAWAL OF OBJECTION TO
### DEBTOR'S SALE OF CERTAIN EQUIPMENT AND OTHER ASSETS
### PRIMARILY USED IN DEBTORS' SAGINAW CHASSIS BUSINESS
### FREE AND CLEAR OF LIENS

**COMES NOW, JOE G. TEDDER, CFC,** *pro se* Creditor and the duly elected Tax Collector for Polk County, Florida (hereinafter the "Tax Collector") and a sovereign constitutional officer, pursuant to Article VII, Section 1(d), Florida Constitution, and hereby files this his Withdrawal of Objection to Debtor's Sale of Certain Equipment and Other Assets Primarily Used in Debtors' Saginaw Chassis Business Free and Clear of Liens and in support of same would state as follows:

1.  The Debtor maintained Tangible Personal Property in Polk County, Florida located at 5300 Old Tampa Highway in Lakeland, Florida d/b/a Delco Electronics, under Account No. 20-067948 for which the Tax Collector filed a timely proof of claim.

2.  However, upon consideration and further review of the matter, the Tax Collector is unable to correlate the Tangible Personal Property located at 5300 Old Tampa Highway in

Lakeland, Florida d/b/a Delco Electronics to the assets and equipment located at the Saginaw Chassis business location.

WHEREFORE, premises considered, the Tax Collector herewith withdraws his Objection to this particular sale with respect to the assets primarily used in the Debtors' Saginaw Chassis Business Free and Clear Liens. However, out of an abundance of caution, the Tax Collector respectfully requests that his Request for Payment for Tangible Personal Property Taxes concerning Account No. 20-067948 regarding the remainder of his claim currently in the amount of $626.96, continue to be made of record with this honorable Court.

Respectfully submitted,

JOE G. TEDDER, CFC
Tax Collector *for* Polk County, Florida
Delinquency and Enforcement
P.O. Box 2016
Bartow, FL 33831-2016
863.534.4746, extension 5718
863.534.4741 - Facsimile
Creditor *Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 9th day of October, 2007, the undersigned caused a true and correct copy of the foregoing document to be served upon the parties by Regular Mail and Facsimile to Attorney, Kalodis as follows:

Denise Kalodis, Esq.
SKADDEN, ARPS *et al.*
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

2

and to

Kayalyn A. Marafioti, Esq.
SKADDEN, ARPS, *et al.*
Four Times Square
New York, NY 10036
Counsel to Debtors and Debtors-in-Possession

JOE G. TEDDER, CFC
Delinquency and Enforcement
Tax Collector *for* Polk County, Florida
Creditor *pro se*