**FOLEY & LARDNER LLP**
David G. Dragich (Admitted *Pro Hac Vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             )
In re:                                                       )
                                                             )     Chapter 11
DELPHI CORPORATION, et al.,                                  )     Case No. 05-44481 (RDD)
                                                             )     Jointly Administered
                Debtors.                                     )
------------------------------------------------------------x

## PROOF OF SERVICE

KATHY ROSE, hereby certifies that she caused a copy of **Response of Atul Pasricha to Debtors' Twenty-First Omnibus Objection Pursuant to 11 U.S.C. § 502(B) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject to Modification, Tax Claim Subjection to Modification, and Modified Claims Asserting Reclamation**, along with this Certificate of Service, to be served on October 23, 2007 upon the following parties – by electronic mail and U.S. Mail:

| | |
|---|---|
| Delphi Corporation | Skadden, Arps, Slate, Meagher & Flom LLP |
| ATTN: General Counsel | John Wm. Butler, John K. Lyons, |
| 5725 Delphi Drive | Joseph N. Wharton |
| Troy MI 48098 | 333 W. Wacker Dr., Suite 2100 |
| | Chicago IL  60606 |

DETR.469227

Dated: October 23, 2007

Respectfully submitted,

FOLEY & LARDNER, LLP

*/s/ Kathy Rose*
Kathy Rose, Legal Administrative Assistant
500 Woodward Ave., Suite 2700
Detroit, MI 48226
313-234-7100
krose@foley.com

2

DETR.469227