**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 05-44481 (RDD) |
| | : | |
| **Delphi Corporation, et al.,** | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |

**SPECIAL LIMITED NOTICE OF APPEARANCE,**
**REQUEST FOR NOTICES ON BEHALF OF STATE OF OHIO,**
**ENVIRONMENTAL PROTECTION AGENCY**

PLEASE TAKE NOTICE that the State of Ohio, Environmental Protection Agency ("OEPA") appears by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the schedules and also at the following address:

>   Ohio Environmental Protection Agency
>   c/o  Michelle T. Sutter
>   Principal Assistant Attorney General
>   Environmental Enforcement Section
>   30 E. Broad Street, 25th Floor
>   Columbus, Ohio 43215
>   (614) 466-2766
>   fax (866) 483-1104

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of OEPA.

This special limited notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings.  The undersigned does not have the authority or capacity to waive the sovereign immunity of OEPA or of the State of Ohio or to consent to this Court's exercise of jurisdiction over OEPA or the State of Ohio.  Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of OEPA, the State of Ohio, or any of its other departments, agencies, boards, or other instrumentalities.

    Marc Dann  (0039425)
    Attorney General of Ohio

    */s/ Michelle T. Sutter*
    _____
    Michelle T. Sutter   (0013880)
    Principal Assistant Attorney General
    Environmental Enforcement Section
    30 E. Broad Street, 25th Floor
    Columbus, Ohio 43215
    (614) 466-2766
    (614) 752-2441 (fax)
    msutter@ag.state.oh.us
    Attorney for State of Ohio, Environmental
    Protection Agency

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Special Limited Notice of Appearance* was served this 24th day of October, 2007, by electronic service upon all those parties requesting notice herein.

/s/ *Michelle T. Sutter*
_____
Michelle T. Sutter