**Hearing Date: October 25, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                     :
In re                           :    Chapter 11
                                     :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                                     :
                  Debtors.    :    (Jointly Administered)
                                     :
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED TWENTY-THIRD OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:        United States Bankruptcy Court for the Southern District of New York,
                                   Alexander Hamilton Custom House, Room 610, 6th Floor, One
                                   Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.      Introduction

    B.      Continued Or Adjourned Matters (4 Matters)

    C.      Uncontested, Agreed, Or Settled Matters (4 Matters)

    D.      Contested Matters (3 Matters)

    E.      Fifth Interim Fee Applications (39 Matters)

**B.    Continued Or Adjourned Matters***

    1.    **"Saginaw Chassis Asset Sale Motion"** – Expedited Motion For Orders Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002, 6004, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale By Delphi Automotive Systems LLC And Delphi Technologies, Inc. Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9368)

        *Response filed:*    *Limited Objection Of International Union, UAW To Expedited Motion For Orders (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale Of Certain Equipment And Other Assets Primarily Used In*

---

\*    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4718, 4689, 4778, 4912, 5153, 6723, and 6690 (KECP Emergence Incentive Program, STN Motion, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion To File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, and ATEL Leasing Corporation's Motion To Allow Administrative Claim respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

|  | *Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9584)* |
|---|---|
| Reply filed: | *Debtors' Summary Of Modifications To Bidding Procedures Order In Connection With Sale Of The Debtors' Saginaw Chassis Assets Resolving Reply To Objection Of International Union, UAW To Expedited Motion For Orders (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9623)* |
| Related filings: | *Objection Of Joe G. Tedder To Debtors' Sale Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9644)* |
|  | *Objection Of US Aeroteam, Inc. To Expedited Motion For Orders Under 11 U.S.C. § 363 And Federal Rule Of Bankruptcy Procedure 2002, 6004, And 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale By Delphi Automotive Systems LLC And Delphi Automotive Technologies, Inc. Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 10652)* |
|  | *Withdrawal Of Joe G. Tedder's Objection To Debtors' Sale Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 10698)* |
| Status: | *By agreement of the parties this matter is being adjourned to the November 16, 2007 omnibus hearing.* |

2. **"Verizon Administrative Expense Motion"** – Motion Of Verizon Services Corp. For Payment Of Administrative Expense Claim Pursuant To MobileAria Sale Order (Docket No. 9596)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Notice Of Adjournment Of Hearing To Consider Motion Of Verizon Services Corp. For Payment Of Administrative Expense Claim Pursuant To MobileAria Sale Order (Docket No. 10617)* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the November 29, 2007 omnibus hearing.* |

3. **"Technology Properties 3018 Motion"** – Motion Of Technology Properties Ltd. For Entry Of Order Temporarily Allowing Claims For Voting On Plan Pursuant To Fed. R. Bankr. P. 3018(a) (Docket No. 10425)

| | |
|---|---|
| *Responses Filed:* | *Debtors' Objection To Motion Of Technology Properties, Ltd. For Entry Of Order Temporarily Allowing Claims For Voting On Plan Pursuant To Fed. R. Bankr. P. 3018(A) (Docket No. 10650)* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the November 16, 2007 omnibus hearing.* |

4. **"Reese Late-Filing Motion"** – Motion Of Scott Darryl Reese to Allow Payment of Claim and Other Relief  (Docket No. 10449)

| | |
|---|---|
| *Responses Filed:* | *Debtors' Objection To Scott Darryl Reese's Motion For Leave To File Late Claim (Docket No. 10647)* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the October 26, 2007 claims hearing.* |

C.    **Uncontested, Agreed, Or Settled Matters**

5.    **"Valeo Settlement Motion"** – Motion For Order Under Fed. R. Bankr. P. 9019 Authorizing And Approving Delphi Automotive Systems LLC's Entry Into Settlement Agreement With Valeo Switches And Detections Systems, Inc. And Valeo Electrical Systems, Inc. (Docket No. 10482)

   *Responses Filed:*      *None.*

   *Reply Filed:*      *None.*

   *Related Filings:*      *None.*

   *Status:*      *The hearing with respect to this matter will be proceeding.*

6.    **"Second IRS Pension Funding Waiver Motion"** – Motion Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 9019 For Order Authorizing Delphi Corporation To Perform Under Second Pension Funding Waiver Issued By United States Internal Revenue Service (Docket No. 10483)

   *Responses Filed:*      *None.*

   *Reply Filed:*      *None.*

   *Related Filings:*      *None.*

   *Status:*      *The hearing with respect to this matter will be proceeding.*

7.    **"Interiors And Closures Businesses Sale Motion"** – Expedited Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All The Assets Primarily Used In Debtors' Cockpits And Interior Systems And Integrated Closure Systems Businesses Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 10606)

   *Responses Filed:*      *None.*

   *Reply Filed:*      *None.*

   *Related Filings:*      *None.*

5

*Status:*      *The hearing with respect to this matter will be proceeding.*

8.    **"Steering Entities Formation Motion"** – Expedited Motion For Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing Formation Of Two U.S. Entities In Connection With Potential Future Strategic Alternatives For Delphi's Steering Business (Docket No. 10608)

*Responses Filed:*      *None.*

*Reply Filed:*      *None.*

*Related Filings:*      *None.*

*Status:*      *The hearing with respect to this matter will be proceeding.*

**D.**    **Contested Matters**

9.    **"MDL And Insurance Settlement Approval Motion"** – Motion For Order Approving Multidistrict Litigation And Insurance Settlements (Docket No. 9296)

*Responses Filed:*      *Objection By Castlerigg Master Investments Ltd.; CR Intrinsic Investors, LLC; Davidson Kempner Capital Management LLC; Elliot Associates, L.P.; And SPCP Group, LLC To Motion By The Debtors For Order Approving Multidistrict Litigation And Insurance Settlements (Docket No. 10687)*

     *Limited Objection Of Castlerigg Master Investments Ltd.; CR Intrinsic Investors, LLC; Davidson Kempner Capital Management LLC; Elliot Associates, L.P.; And SPCP Group, LLC To Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement (Docket No. 10689)*

*Reply Filed:*      *A reply will be filed.*

*Related Filings:*      *None.*

*Status:*      *The hearing will be proceeding with respect to preliminary approval of the MDL Settlement and a proposed form of preliminary approval order will be presented at the hearing.*

10. **"Twenty-First Omnibus Claims Objection"** – Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535)

*Responses Filed:*    *Response Of The State Of Michigan, Department Of Treasury To Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (E) Untimely Claims (Docket No. 10445)*

*Response Of Henkel Corporation To Debtors' Twenty-First Omnibus Objection To Claims And/Or Any Pending Claims Objection Related To Claims Of Henkel Corporation (Docket No. 10560)*

*International Rectifier Corp.'s Statement Of Non-Opposition To Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On The Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation As It Relates To Claim No. 13788 (Docket No. 10562)*

*Response Of Teleflex Automotive Manufacturing Corporation To Debtors' Twenty-First Omnibus Claims Objection (Docket No. 10563)*

*Response Of Northern Engraving Corporation To The Debtors' Twenty-First Omnibus Objection To Claims (Docket No. 10600)*

*Response Of Akebono Corporation To Debtors' Twenty-First Omnibus Claims Objection (Docket No. 10602)*

*Citation Foundry Corp., Castwell Products, Inc., And Texas Foundries, Ltd.'s Response To Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To*

7

*Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification And Modified Claims Asserting Reclamation (Docket No. 10610)*

*Opposition Of Speed Motor Express Of WNY, Inc. D/B/A Speed Global Services To The Debtors' Twenty-First Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification And Modified Claims Asserting Reclamation (Docket No. 10626)*

*Response Of 3M Company To The Debtors' Twenty-First Omnibus Objection To Claims (Docket No. 10628)*

*Actco Tool & Manufacturing Company's Response To The Debtors' Twenty-First Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification And Modified Claims Asserting Reclamation (Docket No. 10629)*

*Response Of Keystone Powdered Metal Company To Debtors' Twenty-First Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification And Modified Claims Asserting Reclamation (Docket No. 10630)*

8

*Response Of MeadWestvaco Corporation, As Transferor Of Claim No. 10380 To Contrarian Funds, LLC, To The Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 10631)*

*The State Of New Jersey, Division Of Taxation's Opposition To Debtors' Twenty-First Omnibus Objection To Claims (Docket No. 10633)*

*Response Of Cooper-Standard Automotive Inc. To Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims; (B) Untimely Equity Claim; (C) Insufficiently Documented Claims; (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claim, And (F) Claims Subject To Modification, Tax Claim Subject To Modification And Modified Claims Asserting Reclamation (Docket No. 10636)*

*Response Of GE Consumer & Industrial F/K/A GE Lighting To Debtors' Twenty-First Omnibus Claims Objection (Docket No. 10637)*

*Joint Response And Objection Of Deutsche Bank Securities Inc. And SPCP, L.L.C. To Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And (F) Claims Subject To Modification, Tax Claim Subject To Modification And Modified Claims Asserting Reclamation (Docket No. 10638)*

*Response Of O&R Precision Grinding, Inc. To Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To*

9

*Certain (A) Duplicate Or Amended Claims, (B)
Untimely Equity Claims, (C) Insufficiently
Documented Claims, (D) Claims Not Reflected On
Debtors' Books And Records, (E) Untimely Claims,
And (F) Claims Subject To Modification, Tax Claims
Subject To Modification, And Modified Claims
Asserting Reclamation (Docket NO. 10641)*

*Response Of McNaughton McKay Electric Of Ohio
In Opposition To Debtors' Twenty-First Omnibus
Objection Pursuant To 11 U.S.C. §502(b) And Fed.
R. Bankr. P. 3007 To Certain (A) Duplicate Or
Amended Claims, (B) Untimely Equity Claim, (C)
Insufficiently Documented Claims, (D) Claims Not
Reflected On The Debtors' Books And Records, (E)
Untimely Claims, And (F) Claims Subject To
Modification, Tax Claim Subject To Modification,
And Modified Claims Asserting Reclamation
(Docket No. 10642)*

*Response Of AT&T And Its Related Entities To
Debtors' Twenty-First Omnibus Objection Pursuant
To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Duplicate Or Amended Claims, (B)
Untimely Equity Claim, (C) Insufficiently
Documented Claims, (D) Claims Not Reflected On
Debtors' Books And Records, (E) Untimely Claims,
And (F) Claims Subject To Modification, Tax Claim
Subject To Modification, And Modified Claims
Asserting Reclamation (Docket No. 10643)*

*Response Of KenSa LLC To Debtors' Twenty-First
Omnibus Objection Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate
Or Amended Claims; (B) Untimely Equity Claim; (C)
Insufficiently Documented Claims; (D) Claims Not
Reflected On Debtors' Books And Records, (E)
Untimely Claim, And (F) Claims Subject To
Modification, Tax Claim Subject To Modification
And Modified Claims Asserting Reclamation
(Docket No. 10645)*

*Response Of Goldman Sachs Credit Partners, LP To
The Debtors' Twenty-First Omnibus Objection To
Proofs Of Claim (Goldman Sachs Credit Partners
LP Claims) (Claim Nos. 7547, 15086, 15046, 5842,
11965, 11966, And 11967(Docket No. 10646)*

10

*Response Of Alps Automotive, Inc. To Objection To Claim No. 2246, Pursuant To Debtors' Twenty-First Omnibus Objection; Alps' Counter-Motion For Allowance Of Claim No. 2246 (Docket No. 10649)*

*Response Of Midwest Tool & Die Corporation To Debtors' Twenty-First Omnibus Claims Objection (Docket No. 10651)*

*Supplemental Exhibits To Actco Tool & Manufacturing Company's Response To Twenty-First Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 10653)*

*Amended Response Of Midwest Tool & Die Corporation To Debtors' Twenty-First Omnibus Claims Objection (Docket No. 10659)*

*Response Of Atul Pasricha To Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 10699)*

*Reply Filed:*      *An omnibus reply will be filed.*

*Related Filings:*   *None.*

*Status:*        *The hearing will proceed with respect to claims for which no responses have been filed or a response has been filed and resolved.  The hearing will be adjourned with respect to all other responses to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006,*

11

*9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

11. **"DASHI Intercompany Transfer Motion"** – Motion For Order Under 11 U.S.C. §§ 363(c), 1107, And 1108, And Cash Management Order, And Alternatively, Under 11 U.S.C. §§ 363(b)(1) And 364(c), Confirming Authority Of Delphi Automotive Systems (Holding), Inc. To Complete Intercompany Transfer Of Funds (Docket No. 10484)

| | |
|---|---|
| *Responses Filed:* | *Preliminary Objection Of Wilmington Trust Company, As Indenture Trustee, To Motion For Order Under 11 U.S.C. § 363(c), 1107 And 1108, And Cash Management Order, And Alternatively, Under 11 U.S.C. §§ 363(b)(1) And 364(c), Confirming Authority Of Delphi Automotive Systems (Holding), Inc. To Complete Intercompany Transfer Of Funds (Docket No. 10564)* |
| *Reply Filed:* | *A reply will be filed.* |
| *Related Filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**E.    Fifth Interim Fee Applications**

12. **"W.Y. Campbell & Company"** – First Interim Application Of W.Y. Campbell & Company For Compensation And Reimbursement Of Expenses (Docket No. 8511)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

13. **"Mayer, Brown, Rowe & Maw LLP"** – Fourth Application Of Mayer, Brown, Rowe & Maw LLP, Special Outsourcing Counsel To The Debtors, For Allowance Of Interim Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From February 1, 2007 Through May 31, 2007 (Docket No. 8711)

|   |   |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

14. **"Howard & Howard Attorneys, P.C."** – Fifth Interim Fee Application Of Howard & Howard Attorneys, P.C., For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses (Docket No. 8749)

|   |   |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

15. **"Jaeckle Fleischmann & Mugel, LLP"** – Notice Of Fifth Interim Application Of Jaeckle Fleischmann & Mugel, LLP For An Allowance Of Compensation For Services Rendered As Intellectual Property Counsel For The Debtors For The Period February 1, 2007 Through May 31, 2007 And For Reimbursement Of Expenses (Docket No. 8756)

|   |   |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

16. **"Price, Heneveld, Cooper, DeWitt & Litton, LLP"** – Certification For Fifth Interim Application For Approval Of Compensation And Reimbursement Of Expenses Of Price, Heneveld, Cooper, DeWitt & Litton, LLP, Intellectual Property Counsel To Debtors, Under 11 U.S.C. §§ 330 And 331 For Services Rendered From February 1, 2007 Through May 31, 2007 (Docket No. 8776)

|   |   |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

17. **"Rothschild Inc."** – Fifth Interim Application Of Rothschild Inc. For Compensation And Reimbursement Of Expenses (Docket No. 8779)

> *Responses Filed:*      None.
>
> *Related Filings:*      None.
>
> *Status:*      *An order will be submitted for consideration by the Court.*

18.   **"Covington & Burling LLP"** – Fifth Interim Application Of Covington And Burling LLP, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From February 1, 2007 Through May 31, 2007 (Docket No. 8785)

> *Responses Filed:*      None.
>
> *Related Filings:*      None.
>
> *Status:*      *An order will be submitted for consideration by the Court.*

19.   **"Latham & Watkins LLP"** – Fifth Fee And Expense Application Cover Sheet Of Latham & Watkins LLP As Counsel To The Official Committee Of Unsecured Creditors (Docket No. 8787)

> *Responses Filed:*      None.
>
> *Related Filings:*      None.
>
> *Status:*      *An order will be submitted for consideration by the Court.*

20.   **"FTI Consulting, Inc."** – Fifth Interim Application For Allowance Of Compensation And Reimbursement Of Expenses Incurred By FTI Consulting, Inc. As Restructuring And Financial Advisor To The Debtors For The Period February 1, 2007 Through May 31, 2007 (Docket No. 8788)

> *Responses Filed:*      None.
>
> *Related Filings:*      None.
>
> *Status:*      *An order will be submitted for consideration by the Court.*

21.   **"Mesirow Financial Consulting, LLC"** – Fifth Interim Application Of Mesirow Financial Consulting, LLC For Allowance Of Compensation And Reimbursement Of Expenses As Financial Advisor To The Official

Committee Of Unsecured Creditors For The Period From February 1, 2007
Through May 31, 2007 (Docket No. 8789)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

22.  **"Steven Hall & Partners, LLC"** – Fifth Fee And Expense Application Of
Steven Hall & Partners, LLC As Compensation And Employment
Agreement Advisor For The Official Committee Of Unsecured Creditors
(Docket No. 8791)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

23.  **"Groom Law Group"** – Fifth Interim Application Of Groom Law Group,
Chartered, As Special Employee Benefits Counsel For The Debtors,
Seeking Allowance Of Compensation For Professional Services Rendered
And For Reimbursement Of Actual And Necessary Expenses Incurred
From February 1, 2007 Through May 31, 2007 (Docket No. 8792)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

24.  **"Buck Consultants, LLC"** – Third Application Of Buck Consultants, LLC
For Allowance Of Compensation For Services Rendered As Pension And
Benefits Actuary To The Official Committee Of Unsecured Creditors
(Docket No. 8793)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

25.  **"Wilmer Cutler Pickering Hale And Dorr LLP"** – Fifth Interim
     Application Of Wilmer Cutler Pickering Hale And Dorr LLP For
     Allowance Of Compensation For Services Rendered And Expenses
     Incurred From February 1, 2007 Through May 31, 2007 (Docket No. 8798)

     *Responses Filed:*      *None.*

     *Related Filings:*      *None.*

     *Status:*               *An order will be submitted for consideration by the
                             Court.*

26.  **"Cadwalader, Wickersham & Taft LLP"** – Fifth Application Of
     Cadwalader, Wickersham, And Taft LLP As Attorneys For The Debtors For
     Interim Allowance Of Compensation For Professional Services Rendered
     And For Reimbursement Of Actual And Necessary Expenses Incurred
     From February 1, 2007 Through May 31, 2007 (Docket No. 8799)

     *Responses Filed:*      *None.*

     *Related Filings:*      *None.*

     *Status:*               *An order will be submitted for consideration by the
                             Court.*

27.  **"Fried, Frank, Harris, Shriver & Jacobson LLP"** – Fourth Interim Fee
     Application Of Fried, Frank, Harris, Shriver & Jacobson LLP, Counsel For
     The Official Committee Of Equity Security Holders, For Compensation For
     Professional Services Rendered And Reimbursement Of Expenses Incurred
     And Posted During The Period From February 1, 2007 Through May 31,
     2007 (Docket No. 8801)

     *Responses Filed:*      *None.*

     *Related Filings:*      *None.*

     *Status:*               *An order will be submitted for consideration by the
                             Court.*

28.  **"Houlihan Lokey Howard & Zukin Capital"** – Third Interim
     Application Of Houlihan Lokey Howard & Zukin Capital For Allowance
     Of Compensation And Reimbursement Of Expenses (Docket No. 8802)

     *Responses Filed:*      *None.*

     *Related Filings:*      *None.*

16

| | |
|---|---|
| *Status:* | *An order will be submitted for consideration by the Court.* |

29. **"Jefferies & Company, Inc."** – Fifth Interim Application Of Jefferies & Company, Inc., As Investment Banker To The Official Committee Of Unsecured Creditors For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred For The Period February 1, 2007 To May 31, 2007 (Docket No. 8804)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

30. **"Warner Stevens, L.L.P."** – Fifth Interim Application For Compensation And Reimbursement Of Expenses Of Warner Stevens, L.L.P., As Conflicts Counsel To The Official Committee Of Unsecured Creditors For The Period Of February 1, 2007 Through May 31, 2007 (Docket No. 8806)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

31. **"Shearman & Sterling LLP"** – Fifth Application Of Shearman & Sterling LLP, As Special Counsel To The Debtors, For Allowance Of Interim Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From February 1, 2007 Through May 31, 2007 (Docket No. 8807)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

32. **"Banner & Witcoff, Ltd."** – Fifth Interim Application Of Banner & Witcoff, Ltd., Intellectual Property Counsel To Delphi Corporation, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. Sections 300 And 331, And Hearing On October 25, 2007, And Objection Deadline On October 18, 2007 (Docket No. 8808)

17

> *Responses Filed:*       None.
>
> *Related Filings:*       None.
>
> *Status:*                An order will be submitted for consideration by the
>                          Court.

33.    **"Jones Lang LaSalle Americas, Inc."** – Jones Lang Lasalle Americas,
       Inc.'s Fifth Interim Application For Allowance And Payment Of
       Compensation And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§
       328, 330 And 331 (Docket No. 8809)

> *Responses Filed:*       None.
>
> *Related Filings:*       None.
>
> *Status:*                An order will be submitted for consideration by the
>                          Court.

34.    **"Deloitte & Touche LLP"** – Fifth Interim Application For Allowance Of
       Fees Of Deloitte & Touche LLP As Independent Auditors And Accountants
       To The Debtors For The Period From February 1, 2007 Through May 31,
       2007 (Docket No. 8811)

> *Responses Filed:*       None.
>
> *Related Filings:*       None.
>
> *Status:*                An order will be submitted for consideration by the
>                          Court.

35.    **"Togut, Segal & Segal LLP"** – Fifth Application Of Togut, Segal & Segal
       LLP For An Allowance Of Interim Compensation For Services Rendered
       As Conflicts Counsel For The Debtors For The Period February 1, 2007
       Through May 31, 2007 And For Reimbursement Of Expenses (Docket No.
       8813)

> *Responses Filed:*       None.
>
> *Related Filings:*       None.
>
> *Status:*                An order will be submitted for consideration by the
>                          Court.

36.    **"KPMG LLP"** – Fifth Application Of KPMG LLP, As Tax And
       Transaction Services Advisors And Advisory And Valuation Services
       Advisors For The Debtors, For Interim Allowance Of Compensation For
       Professional Services Rendered And Reimbursement Of Actual And

18

Necessary Expenses Incurred From February 1, 2007 Through May 31, 2007 (Docket No. 8815)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

37.    **"Quinn Emanuel Urquhart Oliver & Hedges LLP"** – Fifth Interim Application Of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel To The Debtors-In-Possession, For Compensation And Reimbursement Of Expenses (Docket No. 8821)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

38.    **"O'Melveny & Meyers LLP"** – O'Melveny & Meyers LLP's Fifth Interim Application For Allowance Of Compensation And Reimbursement Of Expenses (Docket No. 8824)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

39.    **"Ernst & Young LLP"** – Fifth Application Of Ernst & Young LLP, As Independent Auditors, Accountants And Tax Advisors To Debtors, For Allowance And Payment Of Compensation For Professional Services And Reimbursement Of Actual And Necessary Expenses (Docket No. 8825)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

40.    **"Dickinson Wright PLLC"** – Fifth Interim Application Of Dickinson Wright PLLC For Order Authorizing And Approving Compensation For

19

Services Rendered From February 1, 2007 Through May 31, 2007 (Docket No. 8827)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

41.  **"Skadden, Arps, Slate, Meagher & Flom LLP"** – Fifth Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 8828)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

42.  **"Legal Cost Control, Inc."** – Third Interim Fee Application Of Legal Cost Control, Inc. As Fee And Expense Analyst To The Delphi Fee And Expense Review Committee, For Allowance Of Interim Compensation For Services Rendered For The Fifth Fee Application Period, February 1, 2007 Through And Including May 31, 2007 (Docket No. 8834)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

43.  **"Blake, Cassels & Graydon LLP"** – Fifth Interim Fee Application Of Blake, Cassels & Graydon LLP As Canadian Counsel For Debtors For Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 8854)

| | |
|---|---|
| *Responses Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

20

44. **"Ivins, Phillips, & Barker Chartered"** – Second Interim Application Of Ivins, Phillips, & Barker Chartered, As Special Pension Benefits Tax Counsel To The Debtors And Debtors-In-Possession, Seeking Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred For The Fifth Interim Period From February 1, 2007 Through May 31, 2007 (Docket No. 8855)

    *Responses Filed:*    *None.*

    *Related Filings:*    *None.*

    *Status:*    *An order will be submitted for consideration by the Court.*

45. **"Cantor Colburn LLP"** – Fifth Interim Application Of Cantor Colburn LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 330, 331 (Docket No. 8883)

    *Responses Filed:*    *None.*

    *Related Filings:*    *None.*

    *Status:*    *An order will be submitted for consideration by the Court.*

46. **"PricewaterhouseCoopers LLP"** – Fourth Interim Fee Application For Compensation Of Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred By PricewaterhouseCoopers LLP To Provide Certain Sarbanes-Oxley Compliance, Tax And Financial Planning, And Other General Tax Consulting Services To Delphi Corporation, Et Al., For The Period February 1, 2007 Through May 31, 2007 (Docket No. 8962)

    *Responses Filed:*    *None.*

    *Related Filings:*    *None.*

    *Status:*    *An order will be submitted for consideration by the Court.*

47. **"Thompson Hine LLP"** – Fifth Interim Application Of Thompson Hine LLP As Special Counsel For Debtors For Interim Court Approval, Allowance And Payment Of Compensation For Services Rendered And Expenses Advanced From February 1, 2007 Through May 31, 2007 (Docket No. 9057)

    *Responses Filed:*    *None.*

*Related Filings:*      *None.*

*Status:*      *An order will be submitted for consideration by the Court.*

48. **"Butzel Long, P.C."** – Fifth Interim Application Of Butzel Long, P.C., Commercial And Litigation Counsel To Debtors And Debtors-In-Possession, For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From February 1, 2007 Through May 31, 2007 Under 11 U.S.C. §§ 330 And 331 (Docket No. 9089)

     *Responses Filed:*      *None.*

     *Related Filings:*      *None.*

     *Status:*      *An order will be submitted for consideration by the Court.*

49. **"Rader, Fishman & Grauer PLLC"** – Fifth Interim Application For Approval Of Compensation And Reimbursement Of Expenses Of Rader, Fishman & Grauer PLLC, Intellectual Property Counsel To Debtors, For Services Rendered From February 1, 2007 Through May 31, 2007 (Docket No. 9096)

     *Responses Filed:*      *None.*

     *Related Filings:*      *None.*

     *Status:*      *An order will be submitted for consideration by the Court.*

50. **"DLA Piper US LLP"** – DLA Piper US LLP, Corporate, Employment, And Intellectual Property Counsel For Debtor MobileAria, Inc.'s Fourth Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Fifth Interim Period From March 1, 2007 Through May 31, 2007 Under 11 U.S.C. §§ 330 And 331 (Docket No. 9154)

     *Responses Filed:*      *None.*

     *Related Filings:*      *None.*

Status:         *An order will be submitted for consideration by the Court.*

Dated:  New York, New York
        October 24, 2007

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

    - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession