| | |
|---|---|
| KIRKPATRICK & LOCKHART<br>PRESTON GATES ELLIS LLP<br>Edward M. Fox, Esq. (EF1619)<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone (212) 536-3900<br><br>Attorneys for Wilmington Trust Company,<br>as Indenture Trustee | Hearing Date: October 25, 2007<br>10:00 A.M. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                  :         Chapter 11
                                                                             :         Case No. 05-44481 (RDD)
DELPHI CORPORATON, *et al.*,                          :         (Jointly Administered)
                                                                             :
        Debtors.                                                     :
                                                                             :
-------------------------------------------------------X

**WITHDRAWAL OF PRELIMINARY OBJECTION OF WILMINGTON TRUST
COMPANY, AS INDENTURE TRUSTEE, TO MOTION FOR ORDER UNDER 11 U.S.C.
§ 363(C), 1107 AND 1108, AND CASH MANAGEMENT ORDER, AND
ALTERNATIVELY, UNDER 11 U.S.C. §§ 363(B)(1) AND 364(C), CONFIRMING
AUTHORITY OF DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC. TO
COMPLETE INTERCOMPANY TRANSFER OF FUNDS**

Wilmington Trust Company ("WTC"), as indenture trustee for the senior notes and debentures in the aggregate principal amount of $2 billion issued by Delphi Corporation ("Delphi"), by and through its attorneys, Kirkpatrick & Lockhart Preston Gates Ellis LLP, hereby withdraws its Preliminary Objection to the Motion for Order Under 11 U.S.C. § 363(c), 1107, and 1108, and Cash Management Order, and, Alternatively, Under 11 U.S.C. §§ 363(b)(1) and 364(c), Confirming Authority of Delphi Automotive Systems (Holding), Inc. To Complete Intercompany Transfer of Funds.

NY-562798 v1

05-44481-rdd    Doc 10709    Filed 10/24/07    Entered 10/24/07 14:03:17    Main Document
Pg 2 of 2

Dated: New York, New York
October 24, 2007

                              KIRKPATRICK & LOCKHART
                              PRESTON GATES ELLIS LLP

                              By:  */s/ Edward M. Fox*
                                  Edward M. Fox (EF1619)
                                  A Member of the Firm
                              Attorneys for Wilmington Trust Company,
                              as Indenture Trustee
                              599 Lexington Avenue
                              New York, NY 10022
                              (212) 536-3900