TOGUT, SEGAL & SEGAL LLP
Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors-in-Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Sean McGrath(SM-4676)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x
                               :
In re:                           :
                               :        Chapter 11
DELPHI CORPORATION, *et al.*,     :        Case No. 05-44481 [RDD]
                               :
           Debtors.       :        Jointly Administered
                               :
-------------------------------------------------------------------x

### ORDER GRANTING DEFAULT JUDGMENT

Upon the motion (the "Motion") dated October 24, 2007, of Delphi Corporation, *et al.* ("Debtors") by its bankruptcy conflicts counsel, Togut, Segal & Segal LLP, for entry of an Order pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, granting Default Judgment against Furukawa Electric North America APD and Furukawa Electric Co., Ltd. (jointly, "Furukawa") based upon Furukawa's failure to answer the Debtor's Bankruptcy Rule 3007 counterclaim (the "Counterclaim");  and it appearing that good and sufficient service and notice of the Counterclaim having been given to Furukawa;  and it appearing that Furukawa has failed to answer the

Counterclaim;  and upon a review of the pleadings previously filed herein and

sufficient cause appearing therefor, it is

**ORDERED, ADJUDGED AND DECREED**, that good and sufficient

notice of the Motion has been given, and no further or other notice of the Motion is

required;  and it is further

**ORDERED, ADJUDGED AND DECREED**, that Furukawa is in default

for failing to plead or defend against the Counterclaim;  and it is further

**ORDERED, ADJUDGED AND DECREED**, that the Clerk of the Court

be, and she hereby is, authorized and directed to enter Furukawa's default on the

docket maintained for the above-captioned case;  and it is further

**ORDERED, ADJUDGED AND DECREED,** that for a cause shown, Proof

of Claim Number 12347 filed by Furukawa in the Debtors' case be, and it hereby is,

expunged and disallowed;  and it is further

**ORDERED, ADJUDGED AND DECREED**, that Judgment be, and

hereby is, entered against Furukawa in an amount to be determined at a hearing before

the Court on December __, 2007, but in no event less than $25 million, plus interest at

the rate fixed pursuant to 28 U.S.C. § 1961, until the date that this Judgment is satisfied.

Judgment signed on this _____ day of October, 2007

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANRTUPCY JUDGE

2