### EXHIBIT B - UNTIMELY EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MARIAN WELCSH<br>6990 LOCKWOOD BLVD<br>YOUNGSTOWN, OH 44512-4013 | 16708 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$20,000.00<br><br><br>$20,000.00 | 09/17/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | 1 | $20,000.00 | | | |

*UNL stands for unliquidated