05-44481-rdd  Doc 10713-5   Filed 10/24/07   Entered 10/24/07 15:52:20   Exhibit C-1
Pg 1 of 1

In re Delphi Corporation, et al.  Twenty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT C-1 - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CYNTHIA L DARBY<br>3577 COMPTON PKWY<br>SAINT CHARLES, MO 63301-4078 | 15894 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| ROCKWELL AUTOMATION<br>1201 S SECOND ST<br>MILWAUKEE, WI 53204 | 2474 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$22,591.99<br>$22,591.99 | 04/03/2006 | DELPHI CORPORATION<br>(05-44481) |
| ROGER D NEWELL<br>5952 PHELPS CT<br>OTTER LAKE, MI 48464-0029 | 15878 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| VERONICA CHEMERS AND NICK CHEMERS JT TEN<br>1312 S CRESCENT<br>PARK RIDGE, IL 60068-5362 | 15862 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **4** | | **$22,591.99** | | |

*UNL stands for unliquidated