**EXHIBIT C-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEWIS HELEN<br>PO BOX 418<br>FORT DEFIANCE, AZ 86504 | 16365 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/12/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **UNL** | | |

*UNL stands for unliquidated

Page 1 of 1