05-44481-rdd   Doc 10713-9   Filed 10/24/07   Entered 10/24/07 15:52:20   Exhibit D-3
Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

### EXHIBIT D-3 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE PO BOX 5300 ALBANY, NY 12205-0300 | 16647 | Secured: Priority: Administrative: Unsecured: Total: | $1,440.81 $1,440.81 | 08/27/2007 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| **Total:** | 1 | | **$1,440.81** | | |