05-44481-rdd   Doc 10713-10   Filed 10/24/07   Entered 10/24/07 15:52:20   Exhibit
E-1   Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
Twenty-First Omnibus Claims Objection

### EXHIBIT E-1 - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| C&S LOGOS PATENT AND LAW OFFICE<br>KPO BOX 103<br>SEOUL, 110-601<br>KOREA, REPUBLIC OF | 16641 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$28,500.00<br>$28,500.00 | 08/13/2007 | DELPHI TECHNOLOGIES, INC (05-44554) |
| MARSILLI & CO S P A<br>MILES & STOCKBRIDGE PC<br>10 LIGHT ST<br>BALTIMORE, MD 21202 | 16642 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$37,585.30<br>$37,585.30 | 08/16/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ULTRASEAL<br>4403 CONCOURSE DR STE C<br>ANN ARBOR, MI 48108 | 16706 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$19,525.44<br>$19,525.44 | 09/14/2007 | DELPHI CORPORATION (05-44481) |
| WOLPERT KENNETH D DBA<br>GRAHAM SALES & ENGINEERING<br>2699 WHITE RD STE NO 255<br>IRVINE, CA 92614 | 16632 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$7,810.00<br>$7,810.00 | 07/27/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | **4** | | **$93,420.74** | | |