**In re Delphi Corporation, et al.**   **Twenty-First Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT E-2 - UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GUILFORD COUNTY TAX DEPARTMENT PO BOX 3328 GREENSBORO, NC 27420 | 16621 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $117.84<br><br><br>$117.84 | 07/03/2007 | DELPHI CORPORATION (05-44481) |

**Total:**   **1**   **$117.84**

*UNL stands for unliquidated