In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10713-13    Filed 10/24/07    Entered 10/24/07 15:52:20    Exhibit F-2    Pg 1 of 1

Twenty-First Omnibus Claims Objection

### EXHIBIT F-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8458<br>Date Filed: 06/19/2006<br>Docketed Total: $ 1,868.68<br>Filing Creditor Name and Address:<br>WISCONSIN DEPARTMENT OF REVENUE<br>2135 RIMROCK RD<br>MADISON, WI 53713 | Claim Holder Name and Address<br>WISCONSIN DEPARTMENT OF REVENUE<br>2135 RIMROCK RD<br>MADISON, WI 53713 | Docketed Total: | | $1,868.68 | | Modified Total: | | $1,527.11 |
| | Case Number*<br>05-44623 | Secured | Priority<br>$1,727.11<br>**$1,727.11** | Unsecured<br>$141.57<br>**$141.57** | Case Number*<br>05-44623 | Secured | Priority<br>$1,527.11<br>**$1,527.11** | Unsecured<br>$0.00<br>**$0.00** |

**Total Claims to be Modified: 1**

**Total Amount as Docketed:  $1,868.68**

**Total Amount as Modified:  $ 1,527.11**

*See Exhibit H for a listing of debtor entities by case number.  
*UNL stands for unliquidated

Page 1 of 1