## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12203**
Date Filed: 07/28/2006
Docketed Total: $ 17,473.74
Filing Creditor Name and Address:
 AFL AUTOMOTIVE LIMITED
 PARTNERSHIP MICHIGAN
 LIMITED PARTNERSHIP
 AFL AUTOMOTIVE
 12746 CIMARRON PATH STE 116
 SAN ANTONIO, TX 78249

Claim Holder Name and Address

 AFL AUTOMOTIVE LIMITED
 PARTNERSHIP MICHIGAN LIMITED
 PARTNERSHIP
 AFL AUTOMOTIVE
 12746 CIMARRON PATH STE 116
 SAN ANTONIO, TX 78249

Docketed Total: **$17,473.74**
Modified Total: **$9,806.72**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $17,473.74 | 05-44567 | | $4,222.28 | $5,584.44 |
| | | | **$17,473.74** | | | **$4,222.28** | **$5,584.44** |

---

**Claim: 16692**
Date Filed: 10/17/2005
Docketed Total: $ 5,823.94
Filing Creditor Name and Address:
 AMERICAN AIKOKU ALPHA INC
 MASUDA FUNAI EIFERT &
 MITCHELL LTD
 203 N LASALLE ST STE 2500
 CHICAGO, IL 60601

Claim Holder Name and Address

 AMERICAN AIKOKU ALPHA INC
 MASUDA FUNAI EIFERT &
 MITCHELL LTD
 203 N LASALLE ST STE 2500
 CHICAGO, IL 60601

Docketed Total: **$5,823.94**
Modified Total: **$5,823.94**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $5,823.94 | | 05-44640 | | $5,823.94 | |
| | | **$5,823.94** | | | | **$5,823.94** | |

---

**Claim: 16680**
Date Filed: 10/13/2005
Docketed Total: $ 498.74
Filing Creditor Name and Address:
 AMERICAN MOLDED PRODUCTS
 OPERATIONS
 51490 CELESTE DR
 SHELBY TOWNSHIP, MI 48315

Claim Holder Name and Address

 AMERICAN MOLDED PRODUCTS
 OPERATIONS
 51490 CELESTE DR
 SHELBY TOWNSHIP, MI 48315

Docketed Total: **$498.74**
Modified Total: **$498.74**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $498.74 | | 05-44640 | | $498.74 | |
| | | **$498.74** | | | | **$498.74** | |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16662<br>Date Filed: 10/12/2005<br>Docketed Total: $ 9,760.00<br>Filing Creditor Name and Address:<br>CARDONE INDUSTRIES INC<br>5501 WHITAKER AVE<br>PHILADELPHIA, PA 19124-1799 | Claim Holder Name and Address<br><br>CARDONE INDUSTRIES INC<br>5501 WHITAKER AVE<br>PHILADELPHIA, PA 19124-1799 | Docketed Total: | | **$9,760.00** | | Modified Total: | | **$9,760.00** |
| | **Case Number***<br>05-44481 | Secured | Priority<br>$9,760.00<br><br>**$9,760.00** | Unsecured | **Case Number***<br>05-44612 | Secured | Priority<br>$9,760.00<br><br>**$9,760.00** | Unsecured |
| Claim: 16658<br>Date Filed: 10/10/2005<br>Docketed Total: $ 5,830.84<br>Filing Creditor Name and Address:<br>CHICAGO RIVET & MACHINE CO<br>901 FRONTENAC RD<br>PO BOX 3061<br>NAPERVILLE, IL 60566-7061 | Claim Holder Name and Address<br><br>CHICAGO RIVET & MACHINE CO<br>901 FRONTENAC RD<br>PO BOX 3061<br>NAPERVILLE, IL 60566-7061 | Docketed Total: | | **$5,830.84** | | Modified Total: | | **$5,830.84** |
| | **Case Number***<br>05-44481 | Secured | Priority<br>$5,830.84<br><br>**$5,830.84** | Unsecured | **Case Number***<br>05-44640 | Secured | Priority<br>$5,830.84<br><br>**$5,830.84** | Unsecured |
| Claim: 16660<br>Date Filed: 10/11/2005<br>Docketed Total: $ 2,133.34<br>Filing Creditor Name and Address:<br>CHICAGO RIVET & MACHINE CO<br>901 FRONTENAC RD<br>PO BOX 3061<br>NAPERVILLE, IL 60566-7061 | Claim Holder Name and Address<br><br>CHICAGO RIVET & MACHINE CO<br>901 FRONTENAC RD<br>PO BOX 3061<br>NAPERVILLE, IL 60566-7061 | Docketed Total: | | **$2,133.34** | | Modified Total: | | **$2,133.34** |
| | **Case Number***<br>05-44481 | Secured | Priority<br>$2,133.34<br><br>**$2,133.34** | Unsecured | **Case Number***<br>05-44640 | Secured | Priority<br>$2,133.34<br><br>**$2,133.34** | Unsecured |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16666**
Date Filed: 10/12/2005
Docketed Total: $ 1,553.52
Filing Creditor Name and Address:
  CHICAGO RIVET & MACHINE CO
  901 FRONTENAC RD
  PO BOX 3061
  NAPERVILLE, IL 60566-7061

Claim Holder Name and Address
  CHICAGO RIVET & MACHINE CO
  901 FRONTENAC RD
  PO BOX 3061
  NAPERVILLE, IL 60566-7061    Docketed Total: **$1,553.52**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | $1,553.52 | | | 05-44640 | | $1,553.52 | |
| | | **$1,553.52** | | | | | **$1,553.52** | |

Modified Total: **$1,553.52**

**Claim: 16667**
Date Filed: 10/10/2005
Docketed Total: $ 1,735.38
Filing Creditor Name and Address:
  CHICAGO RIVET & MACHINE CO
  901 FRONTENAC RD
  PO BOX 3061
  NAPERVILLE, IL 60566-7061

Claim Holder Name and Address
  CHICAGO RIVET & MACHINE CO
  901 FRONTENAC RD
  PO BOX 3061
  NAPERVILLE, IL 60566-7061    Docketed Total: **$1,735.38**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | $1,735.38 | | | 05-44640 | | $1,735.38 | |
| | | **$1,735.38** | | | | | **$1,735.38** | |

Modified Total: **$1,735.38**

**Claim: 16669**
Date Filed: 10/10/2005
Docketed Total: $ 11,201.77
Filing Creditor Name and Address:
  CHICAGO RIVET & MACHINE CO
  901 FRONTENAC RD
  PO BOX 3061
  NAPERVILLE, IL 60566-7061

Claim Holder Name and Address
  CHICAGO RIVET & MACHINE CO
  901 FRONTENAC RD
  PO BOX 3061
  NAPERVILLE, IL 60566-7061    Docketed Total: **$11,201.77**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | $11,201.77 | | | 05-44640 | | $11,201.77 | |
| | | **$11,201.77** | | | | | **$11,201.77** | |

Modified Total: **$11,201.77**

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16670**
Date Filed: 10/10/2005
Docketed Total: $ 822.47
Filing Creditor Name and Address:
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Claim Holder Name and Address
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061    Docketed Total:    **$822.47**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $822.47 | |
| | | **$822.47** | |

Modified Total:    **$822.47**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $822.47 | |
| | | **$822.47** | |

---

**Claim: 16685**
Date Filed: 10/10/2005
Docketed Total: $ 871.08
Filing Creditor Name and Address:
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Claim Holder Name and Address
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061    Docketed Total:    **$871.08**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $871.08 | |
| | | **$871.08** | |

Modified Total:    **$871.08**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $871.08 | |
| | | **$871.08** | |

---

**Claim: 12370**
Date Filed: 07/28/2006
Docketed Total: $ 225,484.00
Filing Creditor Name and Address:
COHERENT INC
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019    Docketed Total:    **$225,484.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | UNL | UNL | $225,484.00 |
| | **UNL** | **UNL** | **$225,484.00** |

Modified Total:    **$225,484.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | $0.00 | $202,500.00 | $22,984.00 |
| | **$0.00** | **$202,500.00** | **$22,984.00** |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16690￼Date Filed: 10/12/2005￼Docketed Total: $ 4,434.68￼Filing Creditor Name and Address:￼ COILCRAFT INC￼ 1102 SILVER LAKE RD￼ CARY, IL 60013 | **Claim Holder Name and Address**￼COILCRAFT INC￼1102 SILVER LAKE RD￼CARY, IL 60013 | Docketed Total: | | **$4,434.68** | | | | **Modified Total:** **$4,434.68** |
| | Case Number*￼05-44481 | Secured | Priority￼$4,434.68￼**$4,434.68** | Unsecured | Case Number*￼05-44640 | Secured | Priority￼$4,434.68￼**$4,434.68** | Unsecured |
| Claim: 11440￼Date Filed: 07/27/2006￼Docketed Total: $ 79,855.52￼Filing Creditor Name and Address:￼ CONSOLIDATED INDUSTRIAL￼ CORP￼ ST CLAIR PLASTICS DIV￼ 30855 TETON PL￼ CHESTERFIELD, MI 48047 | **Claim Holder Name and Address**￼CONSOLIDATED INDUSTRIAL CORP￼ST CLAIR PLASTICS DIV￼30855 TETON PL￼CHESTERFIELD, MI 48047 | Docketed Total: | | **$79,855.52** | | | | **Modified Total:** **$70,004.41** |
| | Case Number*￼05-44481 | Secured | Priority | Unsecured￼$79,855.52￼**$79,855.52** | Case Number*￼05-44640￼05-44567 | Secured | Priority￼$3,795.99￼**$3,795.99** | Unsecured￼$63,199.86￼$3,008.56￼**$66,208.42** |
| Claim: 16699￼Date Filed: 10/18/2005￼Docketed Total: $ 1,421.23￼Filing Creditor Name and Address:￼ DIODES INCORPORATED￼ 3050 E HILLCREST DR STE 200￼ WESTLAKE VILLAGE, CA 91362 | **Claim Holder Name and Address**￼DIODES INCORPORATED￼3050 E HILLCREST DR STE 200￼WESTLAKE VILLAGE, CA 91362 | Docketed Total: | | **$1,421.23** | | | | **Modified Total:** **$1,421.23** |
| | Case Number*￼05-44481 | Secured | Priority￼$1,421.23￼**$1,421.23** | Unsecured | Case Number*￼05-44640 | Secured | Priority￼$1,421.23￼**$1,421.23** | Unsecured |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10713-14    Filed 10/24/07    Entered 10/24/07 15:52:20    Exhibit
F-3    Pg 6 of 22

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8285**
Date Filed: 06/20/2006
Docketed Total: $ 230,466.50
Filing Creditor Name and Address:
DU PONT POWDER COATINGS USA IN
9800 GENARD RD
HOUSTON, TX 77041

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    **$230,466.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $230,466.50 |
| | | | **$230,466.50** |

Modified Total:    **$208,378.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $8,317.35 | $200,061.15 |
| | | **$8,317.35** | **$200,061.15** |

---

**Claim: 9926**
Date Filed: 07/19/2006
Docketed Total: $ 2,092.50
Filing Creditor Name and Address:
EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Claim Holder Name and Address

EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Docketed Total:    **$2,092.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44589 | | | $2,092.50 |
| | | | **$2,092.50** |

Modified Total:    **$2,092.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $570.00 | $1,522.50 |
| | | **$570.00** | **$1,522.50** |

---

**Claim: 16698**
Date Filed: 10/18/2005
Docketed Total: $ 2,960.00
Filing Creditor Name and Address:
ELECTRO DYNAMICS CRYSTAL
CORPORATION
9075 CODY ST
OVERLAND PARK, KS 66214

Claim Holder Name and Address

ELECTRO DYNAMICS CRYSTAL
CORPORATION
9075 CODY ST
OVERLAND PARK, KS 66214

Docketed Total:    **$2,960.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $2,960.00 | |
| | | **$2,960.00** | |

Modified Total:    **$2,960.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,960.00 | |
| | | **$2,960.00** | |

---

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16682**
Date Filed: 10/12/2005
Docketed Total: $ 9,009.31
Filing Creditor Name and Address:
  FOREST CITY TECHNOLOGIES INC
  299 CLAY ST
  PO BOX 86
  WELLINGTON, OH 44090

Claim Holder Name and Address
  FOREST CITY TECHNOLOGIES INC
  299 CLAY ST
  PO BOX 86
  WELLINGTON, OH 44090        Docketed Total:        $9,009.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $9,009.31 | |
| | | $9,009.31 | |

Modified Total:        $9,009.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $9,009.31 | |
| | | $9,009.31 | |

---

**Claim: 16664**
Date Filed: 10/12/2005
Docketed Total: $ 912.23
Filing Creditor Name and Address:
  FULTON INDUSTRIES INC
  EASTMAN & SMITH LTD
  ONE SEAGATE 24TH FL
  TOLEDO, OH 43604

Claim Holder Name and Address
  FULTON INDUSTRIES INC
  EASTMAN & SMITH LTD
  ONE SEAGATE 24TH FL
  TOLEDO, OH 43604        Docketed Total:        $912.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $912.23 | |
| | | $912.23 | |

Modified Total:        $912.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $912.23 | |
| | | $912.23 | |

---

**Claim: 16673**
Date Filed: 10/11/2005
Docketed Total: $ 1,376.07
Filing Creditor Name and Address:
  GRABER ROGG INC
  22 JACKSON DR
  CRANFORD, NJ 7016

Claim Holder Name and Address
  GRABER ROGG INC
  22 JACKSON DR
  CRANFORD, NJ 7016        Docketed Total:        $1,376.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,376.07 | |
| | | $1,376.07 | |

Modified Total:        $1,376.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,376.07 | |
| | | $1,376.07 | |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10713-14    Filed 10/24/07    Entered 10/24/07 15:52:20    Exhibit
F-3    Pg 8 of 22

Twenty-First Omnibus Claims Objection

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16674<br>Date Filed: 10/12/2005<br>Docketed Total: $ 26,352.82<br>Filing Creditor Name and Address:<br>GRABER ROGG INC<br>22 JACKSON DR<br>CRANFORD, NJ 7016 | Claim Holder Name and Address<br>GRABER ROGG INC<br>22 JACKSON DR<br>CRANFORD, NJ 7016 | | Docketed Total: | $26,352.82 | | | Modified Total: | $26,352.82 |
| | **Case Number\*** 05-44481 | Secured | Priority $26,352.82 | Unsecured | **Case Number\*** 05-44640 | Secured | Priority $26,352.82 | Unsecured |
| | | | **$26,352.82** | | | | **$26,352.82** | |
| Claim: 16676<br>Date Filed: 10/11/2005<br>Docketed Total: $ 2,547.30<br>Filing Creditor Name and Address:<br>GRABER ROGG INC<br>22 JACKSON DR<br>CRANFORD, NJ 7016 | Claim Holder Name and Address<br>GRABER ROGG INC<br>22 JACKSON DR<br>CRANFORD, NJ 7016 | | Docketed Total: | $2,547.30 | | | Modified Total: | $2,547.30 |
| | **Case Number\*** 05-44481 | Secured | Priority $2,547.30 | Unsecured | **Case Number\*** 05-44640 | Secured | Priority $2,547.30 | Unsecured |
| | | | **$2,547.30** | | | | **$2,547.30** | |
| Claim: 16665<br>Date Filed: 10/09/2005<br>Docketed Total: $ 7,344.65<br>Filing Creditor Name and Address:<br>H & L TOOL COMPANY INC<br>32701 DEQUINDER<br>MADISON HEIGHTS, MI<br>48071-1595 | Claim Holder Name and Address<br>H & L TOOL COMPANY INC<br>32701 DEQUINDER<br>MADISON HEIGHTS, MI 48071-1595 | | Docketed Total: | $7,344.65 | | | Modified Total: | $7,344.65 |
| | **Case Number\*** 05-44481 | Secured | Priority $7,344.65 | Unsecured | **Case Number\*** 05-44640 | Secured | Priority $7,344.65 | Unsecured |
| | | | **$7,344.65** | | | | **$7,344.65** | |
| Claim: 13441<br>Date Filed: 07/31/2006<br>Docketed Total: $ 115,694.05<br>Filing Creditor Name and Address:<br>HENKEL CORPORATION HENKEL LOCTITE<br>PO BOX 485<br>AVON, OH 44011 | Claim Holder Name and Address<br>HENKEL CORPORATION HENKEL LOCTITE<br>PO BOX 485<br>AVON, OH 44011 | | Docketed Total: | $115,694.05 | | | Modified Total: | $31,280.54 |
| | **Case Number\*** 05-44640 | Secured | Priority | Unsecured $115,694.05 | **Case Number\*** 05-44640 | Secured | Priority $177.36 | Unsecured $31,103.18 |
| | | | | **$115,694.05** | | | **$177.36** | **$31,103.18** |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10713-14    Filed 10/24/07    Entered 10/24/07 15:52:20    Exhibit
F-3    Pg 9 of 22

Twenty-First Omnibus Claims Objection

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16700**
Date Filed: 10/17/2005
Docketed Total: $ 7,828.35
Filing Creditor Name and Address:
HEWITT TOOL & DIE INC
1138 E 400 S
PO BOX 47
OAKFORD, IN 46965-0047

Claim Holder Name and Address
HEWITT TOOL & DIE INC        Docketed Total:        **$7,828.35**
1138 E 400 S
PO BOX 47
OAKFORD, IN 46965-0047

Modified Total:        **$7,828.35**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $7,828.35 | | 05-44640 | | $7,828.35 | |
| | | **$7,828.35** | | | | **$7,828.35** | |

**Claim: 16656**
Date Filed: 10/10/2005
Docketed Total: $ 572.00
Filing Creditor Name and Address:
HK METAL CRAFT
MANUFACTURING CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 7645

Claim Holder Name and Address
HK METAL CRAFT        Docketed Total:        **$572.00**
MANUFACTURING CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 7645

Modified Total:        **$572.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $572.00 | | 05-44640 | | $572.00 | |
| | | **$572.00** | | | | **$572.00** | |

**Claim: 16657**
Date Filed: 10/10/2005
Docketed Total: $ 3,850.28
Filing Creditor Name and Address:
HK METAL CRAFT
MANUFACTURING CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 7645

Claim Holder Name and Address
HK METAL CRAFT        Docketed Total:        **$3,850.28**
MANUFACTURING CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 7645

Modified Total:        **$3,850.28**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $3,850.28 | | 05-44640 | | $3,850.28 | |
| | | **$3,850.28** | | | | **$3,850.28** | |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16655**
Date Filed: 10/10/2005
Docketed Total: $ 1,533.05
Filing Creditor Name and Address:
HK METAL CRAFT MFG CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 7645

Claim Holder Name and Address

HK METAL CRAFT MFG CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 7645

Docketed Total: **$1,533.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,533.05 | |
| | | **$1,533.05** | |

Modified Total: **$1,533.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,533.05 | |
| | | **$1,533.05** | |

---

**Claim: 2186**
Date Filed: 03/03/2006
Docketed Total: $ 41,085.40
Filing Creditor Name and Address:
HOSIDEN AMERICA
CORPORATION
MASUDA FUNAI ET AL
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

Claim Holder Name and Address

FAIR HARBOR CAPITAL LLC
875 AVE OF THE AMERICAS STE 2305
NEW YORK, NY 10001

Docketed Total: **$41,085.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,085.40 |
| | | | **$41,085.40** |

Modified Total: **$40,835.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,423.64 | $39,411.76 |
| | | **$1,423.64** | **$39,411.76** |

---

**Claim: 9567**
Date Filed: 07/17/2006
Docketed Total: $ 151,274.89
Filing Creditor Name and Address:
ILLINOIS TOOL WORKS INC
ITW SHAKEPROOF AUTOMOTIVE
PROD
PO BOX 92052
CHICAGO, IL 60675

Claim Holder Name and Address

ILLINOIS TOOL WORKS INC
ITW SHAKEPROOF AUTOMOTIVE
PROD
PO BOX 92052
CHICAGO, IL 60675

Docketed Total: **$151.274.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $151,274.89 | |
| | | **$151,274.89** | |

Modified Total: **$48.816.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $7,127.23 | $41,689.01 |
| | | **$7,127.23** | **$41,689.01** |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10713-14    Filed 10/24/07    Entered 10/24/07 15:52:20    Exhibit
F-3    Pg 11 of 22

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 13788<br>Date Filed: 07/31/2006<br>Docketed Total: $ 1,423,472.76<br>Filing Creditor Name and Address:<br>INTERNATIONAL RECTIFIER<br>CORPORATION<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>333 S HOPE ST 48TH FL<br>LOS ANGELES, CA 90071 | Claim Holder Name and Address<br><br>INTERNATIONAL RECTIFIER<br>CORPORATION<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>333 S HOPE ST 48TH FL<br>LOS ANGELES, CA 90071 | Docketed Total: | **$1,423,472.76** | | | Modified Total: | | **$1,317,604.89** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,423,472.76 | Case Number*<br>05-44640 | Secured | Priority<br>$25,243.50 | Unsecured<br>$1,292,361.39 |
| | | | | **$1,423,472.76** | | | **$25,243.50** | **$1,292,361.39** |
| Claim: 9571<br>Date Filed: 07/17/2006<br>Docketed Total: $ 29,467.26<br>Filing Creditor Name and Address:<br>ITW CIP<br>850 STEAMPLANT RD<br>GALLATIN, TN 37066 | Claim Holder Name and Address<br><br>ITW CIP<br>850 STEAMPLANT RD<br>GALLATIN, TN 37066 | Docketed Total: | **$29,467.26** | | | Modified Total: | | **$25,298.16** |
| | Case Number*<br>05-44481 | Secured | Priority<br>$7,502.41 | Unsecured<br>$21,964.85 | Case Number*<br>05-44481 | Secured | Priority<br>$1,631.23 | Unsecured<br>$23,666.93 |
| | | | **$7,502.41** | **$21,964.85** | | | **$1,631.23** | **$23,666.93** |
| Claim: 14052<br>Date Filed: 01/06/2006<br>Docketed Total: $ 1,881,302.43<br>Filing Creditor Name and Address:<br>JPMORGAN CHASE BANK NA AS<br>ASSIGNEE OF BRAZEWAY INC<br>270 PARK AVE<br>NEW YORK, NY 10017 | Claim Holder Name and Address<br><br>JPMORGAN CHASE BANK NA AS<br>ASSIGNEE OF BRAZEWAY INC<br>270 PARK AVE<br>NEW YORK, NY 10017 | Docketed Total: | **$1,881,302.43** | | | Modified Total: | | **$1,881,302.43** |
| | Case Number*<br>05-44640 | Secured | Priority<br>$572,707.98 | Unsecured<br>$1,308,594.45 | Case Number*<br>05-44640 | Secured | Priority<br>$101,905.91 | Unsecured<br>$1,779,396.52 |
| | | | **$572,707.98** | **$1,308,594.45** | | | **$101,905.91** | **$1,779,396.52** |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 8401**<br>Date Filed: 06/23/2006<br>Docketed Total: $ 93,681.46<br>Filing Creditor Name and Address:<br>  JUDD WIRE INC<br>  124 TURNPIKE RD<br>  TURNERS FALLS, MA 01376 | Claim Holder Name and Address<br><br>JPMORGAN CHASE BANK NA    Docketed Total:   **$93,681.46**<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | | | | | Modified Total:  **$89,979.03** | | |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44624 | | | $93,681.46 | 05-44624 | | $9,795.53 | $80,183.50 |
| | | | | **$93,681.46** | | | **$9,795.53** | **$80,183.50** |
| **Claim: 8403**<br>Date Filed: 06/23/2006<br>Docketed Total: $ 1,254,523.02<br>Filing Creditor Name and Address:<br>  JUDD WIRE INC<br>  124 TURNPIKE RD<br>  TURNERS FALLS, MA 01376 | Claim Holder Name and Address<br><br>JPMORGAN CHASE BANK NA    Docketed Total:  **$1,254,523.02**<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | | | | | Modified Total:  **$1,253,659.53** | | |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $1,254,523.02 | 05-44640 | | $223,076.13 | $1,030,583.40 |
| | | | | **$1,254,523.02** | | | **$223,076.13** | **$1,030,583.40** |
| **Claim: 16675**<br>Date Filed: 10/13/2005<br>Docketed Total: $ 0.00<br>Filing Creditor Name and Address:<br>  KAMAX SAU<br>  EMPERADOR 4<br>  E 46136<br>  MUSEROS, SPAIN | Claim Holder Name and Address<br><br>KAMAX SAU    Docketed Total:  **UNL**<br>EMPERADOR 4<br>E 46136<br>MUSEROS, SPAIN | | | | | Modified Total:  **$1,803.58** | | |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | UNL | | 05-44640 | | $1,803.58 | |
| | | | **UNL** | | | | **$1,803.58** | |

\*See Exhibit H for a listing of debtor entities by case number.

\*UNL stands for unliquidated

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16672<br>Date Filed: 10/10/2005<br>Docketed Total: $ 495.50<br>Filing Creditor Name and Address:<br>  KOA SPEER ELECTRONICS INC<br>  BOLIVAR DR<br>  PO BOX 547<br>  BRADFORD, PA 16701 | Claim Holder Name and Address<br><br>KOA SPEER ELECTRONICS INC   Docketed Total:   **$495.50**<br>BOLIVAR DR<br>PO BOX 547<br>BRADFORD, PA 16701<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481              $495.50<br>                     **$495.50** | Modified Total:   **$495.50**<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640              $495.50<br>                     **$495.50** |
| Claim: 16686<br>Date Filed: 10/10/2005<br>Docketed Total: $ 61,091.71<br>Filing Creditor Name and Address:<br>  KOA SPEER ELECTRONICS INC<br>  BOLIVAR DR<br>  PO BOX 547<br>  BRADFORD, PA 16701 | Claim Holder Name and Address<br><br>KOA SPEER ELECTRONICS INC   Docketed Total:   **$61,091.71**<br>BOLIVAR DR<br>PO BOX 547<br>BRADFORD, PA 16701<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481              $61,091.71<br>                     **$61,091.71** | Modified Total:   **$60,936.01**<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640              $60,936.01<br>                     **$60,936.01** |
| Claim: 16687<br>Date Filed: 10/10/2005<br>Docketed Total: $ 84,902.01<br>Filing Creditor Name and Address:<br>  KOA SPEER ELECTRONICS INC<br>  BOLIVAR DR<br>  PO BOX 547<br>  BRADFORD, PA 16701 | Claim Holder Name and Address<br><br>KOA SPEER ELECTRONICS INC   Docketed Total:   **$84,902.01**<br>BOLIVAR DR<br>PO BOX 547<br>BRADFORD, PA 16701<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481              $84,902.01<br>                     **$84,902.01** | Modified Total:   **$82,085.30**<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640              $82,085.30<br>                     **$82,085.30** |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11924**
Date Filed: 07/28/2006
Docketed Total: $ 80,802.00
Filing Creditor Name and Address:
  LEXINGTON RUBBER GROUP INC
  LEXINGTON CONNECTOR SEALS
  1510 RIDGE RD
  VIENNA, OH 44473-970

**CLAIM AS DOCKETED**
Claim Holder Name and Address
  LEXINGTON RUBBER GROUP INC
  LEXINGTON CONNECTOR SEALS
  1510 RIDGE RD
  VIENNA, OH 44473-970
Docketed Total: **$80,802.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $28,390.99 | $52,411.01 |
| | | **$28,390.99** | **$52,411.01** |

**CLAIM AS MODIFIED**
Modified Total: **$80,802.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $28,390.99 | $52,411.01 |
| | | **$28,390.99** | **$52,411.01** |

---

**Claim: 12151**
Date Filed: 07/28/2006
Docketed Total: $ 41,919.98
Filing Creditor Name and Address:
  LEXINGTON RUBBER GROUP INC
  LEXINGTON CONNECTOR SEALS
  1510 RIDGE RD
  VIENNA, OH 44473-970

**CLAIM AS DOCKETED**
Claim Holder Name and Address
  LEXINGTON RUBBER GROUP INC
  LEXINGTON CONNECTOR SEALS
  1510 RIDGE RD
  VIENNA, OH 44473-970
Docketed Total: **$41,919.98**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $12,451.81 | $29,468.17 |
| | | **$12,451.81** | **$29,468.17** |

**CLAIM AS MODIFIED**
Modified Total: **$39,435.44**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $12,451.81 | $26,983.63 |
| | | **$12,451.81** | **$26,983.63** |

---

**Claim: 16681**
Date Filed: 10/13/2005
Docketed Total: $ 116,070.80
Filing Creditor Name and Address:
  LINEAR TECHNOLOGY
  CORPORATION
  MCDERMOTT WILL & EMERY
  50 ROCKEFELLER PLZ
  NEW YORK, NY 10020-1605

**CLAIM AS DOCKETED**
Claim Holder Name and Address
  LINEAR TECHNOLOGY
  CORPORATION
  MCDERMOTT WILL & EMERY
  50 ROCKEFELLER PLZ
  NEW YORK, NY 10020-1605
Docketed Total: **$116,070.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $116,070.80 | |
| | | **$116,070.80** | |

**CLAIM AS MODIFIED**
Modified Total: **$116,070.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $116,070.80 | |
| | | **$116,070.80** | |

---

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

### Claim 16654

Claim: 16654
Date Filed: 10/10/2005
Docketed Total: $ 42,820.98
Filing Creditor Name and Address:
  MATERIAL SCIENCES
  CORPORATION
  POPPER & GRAFTON
  225 W 34TH ST STE 1609
  NEW YORK, NY 10122-1600

Claim Holder Name and Address

MATERIAL SCIENCES
CORPORATION
POPPER & GRAFTON
225 W 34TH ST STE 1609
NEW YORK, NY 10122-1600

Docketed Total:   $42,820.98

Modified Total:   $39,830.12

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $42,820.98 | | 05-44640 | | $39,830.12 | |
| | | **$42,820.98** | | | | **$39,830.12** | |

### Claim 16696

Claim: 16696
Date Filed: 10/20/2005
Docketed Total: $ 1,242.18
Filing Creditor Name and Address:
  MIDWEST STAMPING INC
  LEWIS RICE & FINGERSH LC
  500 N BROADWAY STE 2000
  ST LOUIS, MO 63102-2147

Claim Holder Name and Address

MIDWEST STAMPING INC
LEWIS RICE & FINGERSH LC
500 N BROADWAY STE 2000
ST LOUIS, MO 63102-2147

Docketed Total:   $1,242.18

Modified Total:   $1,242.18

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $1,242.18 | | 05-44640 | | $1,242.18 | |
| | | **$1,242.18** | | | | **$1,242.18** | |

### Claim 14295

Claim: 14295
Date Filed: 07/31/2006
Docketed Total: $ 124,961.82
Filing Creditor Name and Address:
  MOBILE DISPLAY SYSTEMS
  KIRKPATRICK & LOCKHART
  NICHOLSON GRAHAM LLP
  599 LEXINGTON AVE
  NEW YORK, NY 10022

Claim Holder Name and Address

MOBILE DISPLAY SYSTEMS
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
599 LEXINGTON AVE
NEW YORK, NY 10022

Docketed Total:   $124,961.82

Modified Total:   $124,961.82

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $124,961.82 | 05-44640 | | $25,930.54 | $99,031.28 |
| | | | **$124,961.82** | | | **$25,930.54** | **$99,031.28** |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16346<br>Date Filed: 10/02/2006<br>Docketed Total: $ 474,785.71<br>Filing Creditor Name and Address:<br>NSK CORPORATION<br>PO BOX 134007<br>ANN ARBOR, MI 48113-4007 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | **$474,785.71** | | | | Modified Total: | | **$474,785.71** |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $474,785.71 | 05-44640 | | $26,521.34 | $448,264.37 |
| | | | | **$474,785.71** | | | **$26,521.34** | **$448,264.37** |
| Claim: 16693<br>Date Filed: 10/18/2005<br>Docketed Total: $ 6,000.00<br>Filing Creditor Name and Address:<br>OMG AMERICAS INC<br>811 SHARON DR<br>WESTLAKE, OH 44145 | Claim Holder Name and Address<br><br>OMG AMERICAS INC<br>811 SHARON DR<br>WESTLAKE, OH 44145 | Docketed Total: | | **$6,000.00** | | | | Modified Total: | | **$6,000.00** |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $6,000.00 | | 05-44482 | | $6,000.00 | |
| | | | **$6,000.00** | | | | **$6,000.00** | |
| Claim: 16609<br>Date Filed: 06/04/2007<br>Docketed Total: $ 193,633.16<br>Filing Creditor Name and Address:<br>PRECISION RESOURCE INC KY DIV<br>25 FOREST PARKWAY<br>SHELTON, CT 6484 | Claim Holder Name and Address<br><br>PRECISION RESOURCE INC KY DIV<br>25 FOREST PARKWAY<br>SHELTON, CT 6484 | Docketed Total: | | **$193,633.16** | | | | Modified Total: | | **$193,633.16** |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $193,633.16 | 05-44640 | | $13,539.00 | $180,094.16 |
| | | | | **$193,633.16** | | | **$13,539.00** | **$180,094.16** |
| Claim: 16661<br>Date Filed: 10/10/2005<br>Docketed Total: $ 56,146.15<br>Filing Creditor Name and Address:<br>PRIDGEON & CLAY INC<br>50 COTTAGE GROVE SW<br>GRAND RAPIDS, MI 49507 | Claim Holder Name and Address<br><br>PRIDGEON & CLAY INC<br>50 COTTAGE GROVE SW<br>GRAND RAPIDS, MI 49507 | Docketed Total: | | **$56,146.15** | | | | Modified Total: | | **$54,023.95** |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $56,146.15 | | 05-44640 | | $54,023.95 | |
| | | | **$56,146.15** | | | | **$54,023.95** | |

\*See Exhibit H for a listing of debtor entities by case number.

\*UNL stands for unliquidated

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16678<br>Date Filed: 10/13/2005<br>Docketed Total: $ 21,375.00<br>Filing Creditor Name and Address:<br>  RBC BEARINGS<br>  ONE TECHNOLOGY CTR<br>  OXFORD, CT 6478 | Claim Holder Name and Address<br><br>RBC BEARINGS<br>ONE TECHNOLOGY CTR<br>OXFORD, CT 6478 | Docketed Total: | **$21,375.00** | | | Modified Total: | **$21,375.00** | |
| | **Case Number\*** Secured Priority Unsecured<br>05-44481    $21,375.00<br>           **$21,375.00** | | | | **Case Number\*** Secured Priority Unsecured<br>05-44624    $21,375.00<br>           **$21,375.00** | | | |
| Claim: 16691<br>Date Filed: 10/14/2005<br>Docketed Total: $ 166,783.27<br>Filing Creditor Name and Address:<br>  RF MONOLITHICS<br>  HUNTON & WILLIAMS LLP<br>  1601 BRYAN ST 30TH FL<br>  DALLAS, TX 75201-3402 | Claim Holder Name and Address<br><br>RF MONOLITHICS<br>HUNTON & WILLIAMS LLP<br>1601 BRYAN ST 30TH FL<br>DALLAS, TX 75201-3402 | Docketed Total: | **$166,783.27** | | | Modified Total: | **$160,435.27** | |
| | **Case Number\*** Secured Priority Unsecured<br>05-44481    $166,783.27<br>           **$166,783.27** | | | | **Case Number\*** Secured Priority Unsecured<br>05-44640    $160,435.27<br>           **$160,435.27** | | | |
| Claim: 16683<br>Date Filed: 10/14/2005<br>Docketed Total: $ 22,443.37<br>Filing Creditor Name and Address:<br>  SAGAMI AMERICA LTD<br>  MASUDA FUNAI EIFERT &<br>  MITCHELL LTD<br>  203 N LASALLE ST STE 2500<br>  CHICAGO, IL 60601 | Claim Holder Name and Address<br><br>SAGAMI AMERICA LTD<br>MASUDA FUNAI EIFERT &<br>MITCHELL LTD<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601 | Docketed Total: | **$22,443.37** | | | Modified Total: | **$22,443.37** | |
| | **Case Number\*** Secured Priority Unsecured<br>05-44481    $22,443.37<br>           **$22,443.37** | | | | **Case Number\*** Secured Priority Unsecured<br>05-44640    $22,443.37<br>           **$22,443.37** | | | |

\*See Exhibit H for a listing of debtor entities by case number.

\*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10713-14    Filed 10/24/07    Entered 10/24/07 15:52:20    Exhibit
F-3    Pg 18 of 22

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11785<br>Date Filed: 07/27/2006<br>Docketed Total: $ 615,329.09<br>Filing Creditor Name and Address:<br>SPEEDLINE TECHNOLOGIES INC<br>16 FORGE PARK<br>FRANKLIN, MA 02038 | Claim Holder Name and Address | | | | | | | |
| | JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Docketed Total: | | $16,863.86 | | Modified Total: | | $14,410.00 |
| | Case Number*<br>05-44640 | Secured<br>$2,060.49 | Priority<br>UNL | Unsecured<br>$14,803.37 | Case Number*<br>05-44640 | Secured<br>$0.00 | Priority<br>$0.00 | Unsecured<br>$14,410.00 |
| | | $2,060.49 | UNL | $14,803.37 | | $0.00 | $0.00 | $14,410.00 |
| | Claim Holder Name and Address | | | | | | | |
| | TPG CREDIT OPPORTUNITIES FUND<br>LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | Docketed Total: | | $275,294.01 | | Modified Total: | | $275,294.01 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$86,942.30 | Unsecured<br>$188,351.71 | Case Number*<br>05-44640 | Secured | Priority<br>$86,942.30 | Unsecured<br>$188,351.71 |
| | | | $86,942.30 | $188,351.71 | | | $86,942.30 | $188,351.71 |
| | Claim Holder Name and Address | | | | | | | |
| | TPG CREDIT OPPORTUNITIES<br>INVESTORS LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | Docketed Total: | | $323,171.22 | | Modified Total: | | $323,171.22 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$102,062.70 | Unsecured<br>$221,108.52 | Case Number*<br>05-44640 | Secured | Priority<br>$102,062.70 | Unsecured<br>$221,108.52 |
| | | | $102,062.70 | $221,108.52 | | | $102,062.70 | $221,108.52 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16663<br>Date Filed: 10/11/2005<br>Docketed Total: $ 5,293.69<br>Filing Creditor Name and Address:<br>SPRING ENGINEERING &<br>MANUFACTURING<br>CORPORATION<br>SPRING ENGINEERING &<br>MANUFACTURING<br>7820 N LILLEY RD<br>CANTON, MI 48187 | Claim Holder Name and Address<br><br>SPRING ENGINEERING &<br>MANUFACTURING CORPORATION<br>SPRING ENGINEERING &<br>MANUFACTURING<br>7820 N LILLEY RD<br>CANTON, MI 48187<br><br>Docketed Total:  **$5,293.69** | Modified Total:  **$5,293.69** |

| | Case Number*<br>05-44481 | Secured | Priority<br>$5,293.69 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$5,293.69 | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | | | **$5,293.69** | | | | **$5,293.69** | |

| Claim: 12838<br>Date Filed: 07/28/2006<br>Docketed Total: $ 97,460.00<br>Filing Creditor Name and Address:<br>STANDARD MICROSYSTEMS<br>CORPORATION<br>MORITT HOCK HAMROFF &<br>HOROWITZ LLP<br>400 GARDEN CITY PLZ<br>GARDEN CITY, NY 11530 | Claim Holder Name and Address<br><br>STANDARD MICROSYSTEMS<br>CORPORATION<br>MORITT HOCK HAMROFF &<br>HOROWITZ LLP<br>400 GARDEN CITY PLZ<br>GARDEN CITY, NY 11530<br><br>Docketed Total:  **$97,460.00** | Modified Total:  **$93,507.33** |
|---|---|---|

| | Case Number*<br>05-44481 | Secured | Priority<br>$36,410.00 | Unsecured<br>$61,050.00 | Case Number*<br>05-44640 | Secured | Priority<br>$19,067.40 | Unsecured<br>$74,439.93 |
|---|---|---|---|---|---|---|---|---|
| | | | **$36,410.00** | **$61,050.00** | | | **$19,067.40** | **$74,439.93** |

| Claim: 16652<br>Date Filed: 10/08/2005<br>Docketed Total: $ 52,310.89<br>Filing Creditor Name and Address:<br>STEEL TECHNOLOGIES INC<br>15415 SHELBYVILLE RD<br>PO BOX 433939<br>LOUISVILLE, KY 40253-0339 | Claim Holder Name and Address<br><br>STEEL TECHNOLOGIES INC<br>15415 SHELBYVILLE RD<br>PO BOX 433939<br>LOUISVILLE, KY 40253-0339<br><br>Docketed Total:  **$52,310.89** | Modified Total:  **$52,310.89** |
|---|---|---|

| | Case Number*<br>05-44481 | Secured | Priority<br>$52,310.89 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$52,310.89 | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | | | **$52,310.89** | | | | **$52,310.89** | |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12373<br>Date Filed: 07/28/2006<br>Docketed Total: $ 619,697.70<br>Filing Creditor Name and Address:<br>　TAL PORT INDUSTRIES LLC<br>　PO BOX 1970<br>　JACKSON, MS 39215-1970 | Claim Holder Name and Address<br><br>STONEHILL INSTITUTIONAL PARTNERS LP<br>CO STONEHILL CAPITAL MANAGEMENT<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022　　Docketed Total:　**$619,697.70** | Modified Total:　**$528,905.89** |

| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$619,697.70 | Case Number*<br>05-44640 | Secured | Priority<br>$30,013.94 | Unsecured<br>$498,891.95 |
|---|---|---|---|---|---|---|---|---|
| | | | | **$619,697.70** | | | **$30,013.94** | **$498,891.95** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16684<br>Date Filed: 10/13/2005<br>Docketed Total: $ 14,880.00<br>Filing Creditor Name and Address:<br>　TESSIER MACHINE CO<br>　526 MAIN ST<br>　HUDSON, MA 1749 | Claim Holder Name and Address<br><br>TESSIER MACHINE CO<br>526 MAIN ST<br>HUDSON, MA 1749　　Docketed Total:　**$14,880.00** | Modified Total:　**$14,880.00** |

| | Case Number*<br>05-44481 | Secured | Priority<br>$14,880.00 | Unsecured | Case Number*<br>05-44507 | Secured | Priority<br>$14,880.00 | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | | | **$14,880.00** | | | | **$14,880.00** | |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16688<br>Date Filed: 10/10/2005<br>Docketed Total: $ 23,489.41<br>Filing Creditor Name and Address:<br>　UNITED CHEMI CON INC<br>　9801 W HIGGINS RD<br>　ROSEMONT, IL 60018 | Claim Holder Name and Address<br><br>UNITED CHEMI CON INC<br>9801 W HIGGINS RD<br>ROSEMONT, IL 60018　　Docketed Total:　**$23,489.41** | Modified Total:　**$22,311.50** |

| | Case Number*<br>05-44481 | Secured | Priority<br>$23,489.41 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$22,311.50 | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | | | **$23,489.41** | | | | **$22,311.50** | |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16695<br>Date Filed: 10/24/2005<br>Docketed Total: $ 13,238.61<br>Filing Creditor Name and Address:<br>UNITED STARS INDUSTRIES INC<br>MAYER BROWN ROWE & MAW<br>190 S LASALLE ST<br>CHICAGO, IL 60603-3441 | Claim Holder Name and Address<br><br>UNITED STARS INDUSTRIES INC    Docketed Total:    $13,238.61<br>MAYER BROWN ROWE & MAW<br>190 S LASALLE ST<br>CHICAGO, IL 60603-3441<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                        $13,238.61<br>                                $13,238.61 | Modified Total:    $11,853.70<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $11,853.70<br>                                $11,853.70 |
| Claim: 16653<br>Date Filed: 10/10/2005<br>Docketed Total: $ 6,000.00<br>Filing Creditor Name and Address:<br>US SILICA COMPANY<br>PO BOX 933008<br>ATLANTA, GA 31193-3008 | Claim Holder Name and Address<br><br>US SILICA COMPANY    Docketed Total:    $6,000.00<br>PO BOX 933008<br>ATLANTA, GA 31193-3008<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                        $6,000.00<br>                                $6,000.00 | Modified Total:    $6,000.00<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $6,000.00<br>                                $6,000.00 |
| Claim: 16694<br>Date Filed: 10/18/2005<br>Docketed Total: $ 186.68<br>Filing Creditor Name and Address:<br>WAKEFIELD THERMAL<br>SOLUTIONS<br>VERRILL DANA LLP<br>ONE PORTLAND SQ<br>PORTLAND, ME 04112-0586 | Claim Holder Name and Address<br><br>WAKEFIELD THERMAL SOLUTIONS    Docketed Total:    $186.68<br>VERRILL DANA LLP<br>ONE PORTLAND SQ<br>PORTLAND, ME 04112-0586<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                        $186.68<br>                                $186.68 | Modified Total:    $186.68<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                        $186.68<br>                                $186.68 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

Claim: 16697
Date Filed: 10/17/2005
Docketed Total: $ 952.91
Filing Creditor Name and Address:
  WERNER CO
  93 WERNER RD
  GREENVILLE, PA 16125

**CLAIM AS DOCKETED**

Claim Holder Name and Address

WERNER CO
93 WERNER RD
GREENVILLE, PA 16125

Docketed Total: **$952.91**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $952.91 | |
| | | **$952.91** | |

**CLAIM AS MODIFIED**

Modified Total: **$952.91**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $952.91 | |
| | | **$952.91** | |

Total Claims to be Modified: 64

Total Amount as Docketed:  $8,600,559.20

Total Amount as Modified: $ 8,144,352.43

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated