05-44481-rdd    Doc 10713-15    Filed 10/24/07    Entered 10/24/07 15:52:20    Exhibit
G-1    Pg 1 of 1

In re Delphi Corporation, et al.    Twenty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT G-1 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SBC ADVANCED SOLUTIONS INC<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 912 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,841.74<br>$3,841.74 | 11/28/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 1578 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$373,508.42<br>$373,508.42 | 01/17/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 2103 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$691,047.51<br>$691,047.51 | 02/23/2006 | DELPHI CORPORATION (05-44481) |
| SBC LONG DISTANCE INC<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 1579 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,000.00<br>$1,000.00 | 01/17/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| Total: | 4 | | $1,069,397.67 | | |