**EXHIBIT G-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AKEBONO CORPORATION<br>DICKINSON WRIGHT PLLC<br>301 E LIBERTY STE 500<br>ANN ARBOR, MI 48104-2266 | 2433 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $231,027.90<br>Total: $231,027.90 | 03/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ATUL PASRICHA<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14026 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| ATUL PASRICHA<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14023 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| ATUL PASRICHA<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14025 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| ATUL PASRICHA<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14022 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| ATUL PASRICHA<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14020 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ATUL PASRICHA<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14024 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| LAURA J MARION<br>JAFFEE RAITT HEUER & WIESS PC<br>27777 FRANKLIN RD STE 2500<br>SOUTHFIELD, MI 48034 | 12219 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |

*UNL stands for unliquidated

05-44481-rdd    Doc 10713-16    Filed 10/24/07    Entered 10/24/07 15:52:20    Exhibit
G-2    Pg 2 of 2

In re Delphi Corporation, et al.    Twenty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT G-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PAMELA GELLER<br>1715 CARRINGTON WAY<br>BLOOMFIELD, MI 48302 | 12147 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION<br>(05-44481) |
| PASRICHA ATUL<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14019 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br>UNL<br>$10,000.00 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 1583 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$21.91<br>$21.91 | 01/17/2006 | DELPHI INTERNATIONAL HOLDINGS CORP<br>(05-44591) |
| SBC YELLOW PAGES<br>100 E BIG BEAVER<br>TROY, MI 48083 | 563 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$103.31<br>$103.31 | 11/14/2005 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **12** | **$241,153.12** | | | |