05-44481-rdd    Doc 10713-19    Filed 10/24/07    Entered 10/24/07 15:52:20    Exhibit
G-5    Pg 1 of 1

In re Delphi Corporation, et al.                    Twenty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT G-5 - ADJOURNED UNTIMELY TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY CADILLAC PL 3030 W GRAND BLVD STE 10 200 DETROIT, MI 48202 | 16633 | Secured: Priority: Administrative: Unsecured: Total: | $12,954,363.21 $12,954,363.21 | 07/30/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF NEW JERSEY DIVISION OF TAXATION PO BOX 245 TRENTON, NJ 8695 | 16650 | Secured: Priority: Administrative: Unsecured: Total: | $133,911.40 $133,911.40 | 09/04/2007 | DELPHI CORPORATION (05-44481) |
| Total: | 2 | | $13,088,274.61 | | |

*UNL stands for unliquidated