In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10713-20    Filed 10/24/07    Entered 10/24/07 15:52:20    Exhibit G-6    Pg 1 of 8

Twenty-First Omnibus Claims Objection

**EXHIBIT G-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8286<br>Date Filed: 06/20/2006<br>Docketed Total: $ 191,365.69<br>Filing Creditor Name and Address:<br>  ACTCO TOOL AND<br>  MANUFACTURING COMPANY<br>  THE QUINN LAW FIRM<br>  2222 W GRANDVIEW BLVD<br>  ERIE, PA 16506 | Claim Holder Name and Address<br>  ACTCO TOOL AND<br>  MANUFACTURING COMPANY<br>  THE QUINN LAW FIRM<br>  2222 W GRANDVIEW BLVD<br>  ERIE, PA 16506<br><br>Docketed Total: $191,365.69<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                       $191,365.69<br>                                                       $191,365.69 | Modified Total: $31,220.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                       $31,220.00<br>                                                       $31,220.00 |
| Claim: 2317<br>Date Filed: 03/16/2006<br>Docketed Total: $ 88,316.34<br>Filing Creditor Name and Address:<br>  ASM CAPITAL AS ASSIGNEE FOR<br>  SPEED MOTOR EXPRESS OF WNY<br>  INC<br>  7600 JERICHO TPKE STE 302<br>  WOODBURY, NY 11797 | Claim Holder Name and Address<br>  ASM CAPITAL AS ASSIGNEE FOR<br>  SPEED MOTOR EXPRESS OF WNY<br>  INC<br>  7600 JERICHO TPKE STE 302<br>  WOODBURY, NY 11797<br><br>Docketed Total: $88,316.34<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                       $88,316.34<br>                                                       $88,316.34 | Modified Total: $35,399.20<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                       $35,399.20<br>                                                       $35,399.20 |
| Claim: 7506<br>Date Filed: 06/05/2006<br>Docketed Total: $ 4,424,985.53<br>Filing Creditor Name and Address:<br>  AT&T CORP<br>  1355 W UNIVERSITY DR<br>  MESA, AZ 85021 | Claim Holder Name and Address<br>  AT&T CORP<br>  1355 W UNIVERSITY DR<br>  MESA, AZ 85021<br><br>Docketed Total: $4,424,985.53<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                       $4,424,985.53<br>                                                       $4,424,985.53 | Modified Total: $4,047,181.85<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                       $4,047,181.85<br>                                                       $4,047,181.85 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10713-20   Filed 10/24/07   Entered 10/24/07 15:52:20   Exhibit G-6   Pg 2 of 8

Twenty-First Omnibus Claims Objection

**EXHIBIT G-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1772<br>Date Filed: 02/03/2006<br>Docketed Total: $ 610,197.60<br>Filing Creditor Name and Address:<br>  CITATION FOUNDRY CORP<br>  JPMORGAN CHASE BANK NA AS ASSIGNEE OF CITATION FOUNDRY CORP<br>  270 PARK AVE 17TH FL<br>  NEW YORK, NY 10017 | Claim Holder Name and Address<br>  JPMORGAN CHASE BANK NA<br>  270 PARK AVE 17TH FL<br>  NEW YORK, NY 10017 | Docketed Total: | | $610,197.60 | | Modified Total: | | $598,042.84 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$341,532.88 | Unsecured<br>$268,664.72 | Case Number*<br>05-44640 | Secured | Priority<br>$0.00 | Unsecured<br>$598,042.84 |
| | | | $341,532.88 | $268,664.72 | | | $0.00 | $598,042.84 |
| Claim: 14664<br>Date Filed: 07/31/2006<br>Docketed Total: $ 2,624,997.09<br>Filing Creditor Name and Address:<br>  COOPER STANDARD AUTOMOTIVE FKA ITT AUTOMOTIVE FLUID HDG SYST<br>  COOPER STANDARD AUTOMOTIVE<br>  39550 ORCHARD HILL PL<br>  NOVI, MI 48376 | Claim Holder Name and Address<br>  DEUTSCHE BANK SECURITIES INC<br>  60 WALL ST 3RD FL<br>  NEW YORK, NY 10005 | Docketed Total: | | $2,624,997.09 | | Modified Total: | | $2,093,118.87 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,624,997.09 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,093,118.87 |
| | | | | $2,624,997.09 | | | | $2,093,118.87 |
| Claim: 10192<br>Date Filed: 07/21/2006<br>Docketed Total: $ 5,295.00<br>Filing Creditor Name and Address:<br>  GE CONSUMER & INDUSTRIAL F K A GE LIGHTING<br>  11256 CORNELL PARK DR STE 500<br>  CINCINNATI, OH 45242 | Claim Holder Name and Address<br>  GE CONSUMER & INDUSTRIAL F K A GE LIGHTING<br>  11256 CORNELL PARK DR STE 500<br>  CINCINNATI, OH 45242 | Docketed Total: | | $5,295.00 | | Modified Total: | | $1,833.00 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$5,295.00 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$1,833.00 |
| | | | | $5,295.00 | | | | $1,833.00 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10713-20   Filed 10/24/07   Entered 10/24/07 15:52:20   Exhibit
G-6   Pg 3 of 8

Twenty-First Omnibus Claims Objection

**EXHIBIT G-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15086<br>Date Filed: 07/28/2006<br>Docketed Total: $ 10,800,051.81<br>Filing Creditor Name and Address:<br>GOLDMAN SACHS CREDIT PARTNERS LP ASSIGNEE OF SIEMENS VDO AUTOMOTIVE CORPORATION AND SIEMENS VDO AUTOMOTIVE INC<br>ONE NEW YORK PLAZA 42ND FL<br>NEW YORK, NY 10004 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP ASSIGNEE OF SIEMENS VDO AUTOMOTIVE CORPORATION AND SIEMENS VDO AUTOMOTIVE INC<br>ONE NEW YORK PLAZA 42ND FL<br>NEW YORK, NY 10004<br><br>Docketed Total: $10,800,051.81<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $10,800,051.81<br>$10,800,051.81 | Modified Total: $10,403,953.43<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $10,403,953.43<br>$10,403,953.43 |
| Claim: 10656<br>Date Filed: 07/25/2006<br>Docketed Total: $ 781,205.06<br>Filing Creditor Name and Address:<br>HENKEL CORPORATION HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746 | Claim Holder Name and Address<br>HENKEL CORPORATION HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746<br><br>Docketed Total: $781,205.06<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $781,205.06<br>$781,205.06 | Modified Total: $417,668.32<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $417,092.32<br>05-44624                                  $576.00<br>$417,668.32 |
| Claim: 10681<br>Date Filed: 07/25/2006<br>Docketed Total: $ 781,205.06<br>Filing Creditor Name and Address:<br>HENKEL CORPORATION HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746 | Claim Holder Name and Address<br>HENKEL CORPORATION HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746<br><br>Docketed Total: $781,205.06<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                  $781,205.06<br>$781,205.06 | Modified Total: $3,460.15<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                  $3,460.15<br>$3,460.15 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10713-20    Filed 10/24/07    Entered 10/24/07 15:52:20    Exhibit G-6    Pg 4 of 8

Twenty-First Omnibus Claims Objection

**EXHIBIT G-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13249<br>Date Filed: 07/31/2006<br>Docketed Total: $ 14,112.30<br>Filing Creditor Name and Address:<br>  HENKEL CORPORATION<br>  SOVEREIGN COMMERCIAL GROUP<br>  PO BOX 485<br>  AVON, OH 44011 | Claim Holder Name and Address<br>  HENKEL CORPORATION<br>  SOVEREIGN COMMERCIAL GROUP<br>  PO BOX 485<br>  AVON, OH 44011<br><br>Docketed Total: $14,112.30<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                          $14,112.30<br>                                                          $14,112.30 | Modified Total: $10,358.10<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $10,358.10<br>                                                          $10,358.10 |
| Claim: 6497<br>Date Filed: 05/22/2006<br>Docketed Total: $ 67,576.91<br>Filing Creditor Name and Address:<br>  HENKEL SURFACE TECHNOLOGIES<br>  32100 STEPHENSON HWY<br>  MADISON HEIGHTS, MI 48071 | Claim Holder Name and Address<br>  HENKEL SURFACE TECHNOLOGIES<br>  32100 STEPHENSON HWY<br>  MADISON HEIGHTS, MI 48071<br><br>Docketed Total: $67,576.91<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                          $67,576.91<br>                                                          $67,576.91 | Modified Total: $67,576.91<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $67,576.91<br>                                                          $67,576.91 |
| Claim: 14109<br>Date Filed: 07/31/2006<br>Docketed Total: $ 165,738.24<br>Filing Creditor Name and Address:<br>  KENSA LLC<br>  BODMAN LLP<br>  6TH FL AT FORD FIELD<br>  1901 ST ANTOINE ST<br>  DETROIT, MI 48226 | Claim Holder Name and Address<br>  KENSA LLC<br>  BODMAN LLP<br>  6TH FL AT FORD FIELD<br>  1901 ST ANTOINE ST<br>  DETROIT, MI 48226<br><br>Docketed Total: $165,738.24<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $165,738.24<br>                                                          $165,738.24 | Modified Total: $35,657.84<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $35,657.84<br>                                                          $35,657.84 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10713-20    Filed 10/24/07    Entered 10/24/07 15:52:20    Exhibit G-6    Pg 5 of 8

Twenty-First Omnibus Claims Objection

**EXHIBIT G-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15792<br>Date Filed: 08/02/2006<br>Docketed Total: $ 140,983.79<br>Filing Creditor Name and Address:<br>KEYSTONE POWDERED METAL COMPANY<br>BUCHANAN INGERSOLL & ROONEY PC<br>1 CHASE MANHATTAN PLAZA 35TH FLR<br>NEW YORK, NY 10007 | Claim Holder Name and Address<br>KEYSTONE POWDERED METAL COMPANY<br>BUCHANAN INGERSOLL & ROONEY PC<br>1 CHASE MANHATTAN PLAZA 35TH FLR<br>NEW YORK, NY 10007<br><br>Docketed Total: $140,983.79<br><br>Case Number\*    Secured    Priority    Unsecured<br>05-44640                                                   $140,983.79<br>                                                               $140,983.79 | Modified Total: $109,338.54<br><br>Case Number\*    Secured    Priority    Unsecured<br>05-44640                                                   $109,338.54<br>                                                               $109,338.54 |
| Claim: 7547<br>Date Filed: 06/06/2006<br>Docketed Total: $ 653,828.81<br>Filing Creditor Name and Address:<br>M&Q PLASTIC PRODUCTS L P<br>1120 WELSH RD STE 170<br>NORTH WALES, PA 19454 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ONE NEW YORK PLZ 42ND FL<br>NEW YORK, NY 10004<br><br>Docketed Total: $653,828.81<br><br>Case Number\*    Secured    Priority    Unsecured<br>05-44640                                                 $653,828.81<br>                                                              $653,828.81 | Modified Total: $627,270.58<br><br>Case Number\*    Secured    Priority    Unsecured<br>05-44640                                                 $627,270.58<br>                                                              $627,270.58 |
| Claim: 16441<br>Date Filed: 12/01/2006<br>Docketed Total: $ 188,413.44<br>Filing Creditor Name and Address:<br>MIDWEST TOOL & DIE CORP<br>ROTHBERG LOGAN & WARSCO LLP<br>PO BOX 11647<br>FORT WAYNE, IN 46859-1647 | Claim Holder Name and Address<br>MIDWEST TOOL & DIE CORP<br>ROTHBERG LOGAN & WARSCO LLP<br>PO BOX 11647<br>FORT WAYNE, IN 46859-1647<br><br>Docketed Total: $188,413.44<br><br>Case Number\*    Secured    Priority    Unsecured<br>05-44481                                                 $188,413.44<br>                                                              $188,413.44 | Modified Total: $41,282.67<br><br>Case Number\*    Secured    Priority    Unsecured<br>05-44640                                                 $41,282.67<br>                                                              $41,282.67 |

\*See Exhibit H for a listing of debtor entities by case number.

\*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10713-20    Filed 10/24/07    Entered 10/24/07 15:52:20    Exhibit G-6    Pg 6 of 8

Twenty-First Omnibus Claims Objection

**EXHIBIT G-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10075<br>Date Filed: 07/20/2006<br>Docketed Total: $ 135,698.55<br>Filing Creditor Name and Address:<br>O & R PRECISION GRINDING INC<br>5315 W 900 S<br>GENEVA, IN 46740 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $135,698.55<br><br>Case Number*: 05-44481    Secured    Priority    Unsecured: $135,698.55<br>Total: $135,698.55 | Modified Total: $21,161.75<br><br>Case Number*: 05-44640    Secured    Priority    Unsecured: $21,161.75<br>Total: $21,161.75 |
| Claim: 1126<br>Date Filed: 12/12/2005<br>Docketed Total: $ 3,236,025.11<br>Filing Creditor Name and Address:<br>SBC ADVANCED SOLUTIONS<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | Claim Holder Name and Address<br>SBC ADVANCED SOLUTIONS<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798<br><br>Docketed Total: $3,236,025.11<br><br>Case Number*: 05-44481    Secured    Priority    Unsecured: $3,236,025.11<br>Total: $3,236,025.11 | Modified Total: $2,987,478.61<br><br>Case Number*: 05-44640    Secured    Priority    Unsecured: $2,987,478.61<br>Total: $2,987,478.61 |
| Claim: 1125<br>Date Filed: 12/12/2005<br>Docketed Total: $ 7,661.10<br>Filing Creditor Name and Address:<br>SBC DATACOMM<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | Claim Holder Name and Address<br>SBC DATACOMM<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798<br><br>Docketed Total: $7,661.10<br><br>Case Number*: 05-44481    Secured    Priority    Unsecured: $7,661.10<br>Total: $7,661.10 | Modified Total: $6,885.03<br><br>Case Number*: 05-44640    Secured    Priority    Unsecured: $6,885.03<br>Total: $6,885.03 |
| Claim: 2529<br>Date Filed: 04/03/2006<br>Docketed Total: $ 195.10<br>Filing Creditor Name and Address:<br>SBC GLOBAL<br>PO BOX 981268<br>W SACRAMENTO, CA 95798 | Claim Holder Name and Address<br>SBC GLOBAL<br>PO BOX 981268<br>W SACRAMENTO, CA 95798<br><br>Docketed Total: $195.10<br><br>Case Number*: 05-44480    Secured    Priority    Unsecured: $195.10<br>Total: $195.10 | Modified Total: $174.87<br><br>Case Number*: 05-44640    Secured    Priority    Unsecured: $174.87<br>Total: $174.87 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10713-20    Filed 10/24/07    Entered 10/24/07 15:52:20    Exhibit
G-6    Pg 7 of 8

Twenty-First Omnibus Claims Objection

**EXHIBIT G-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1582<br>Date Filed: 01/17/2006<br>Docketed Total: $ 110.32<br>Filing Creditor Name and Address:<br>SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | Claim Holder Name and Address<br>SBC GLOBAL    Docketed Total:    **$110.32**<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                                              $110.32<br>                                                                                          **$110.32** | Modified Total:    **$84.94**<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                                              $84.94<br>                                                                                          **$84.94** |
| Claim: 1584<br>Date Filed: 01/17/2006<br>Docketed Total: $ 368.59<br>Filing Creditor Name and Address:<br>SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | Claim Holder Name and Address<br>SBC GLOBAL    Docketed Total:    **$368.59**<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44586                                                              $368.59<br>                                                                                          **$368.59** | Modified Total:    **$238.20**<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                              $238.20<br>                                                                                          **$238.20** |
| Claim: 1585<br>Date Filed: 01/17/2006<br>Docketed Total: $ 602.51<br>Filing Creditor Name and Address:<br>SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | Claim Holder Name and Address<br>SBC GLOBAL    Docketed Total:    **$602.51**<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                                              $602.51<br>                                                                                          **$602.51** | Modified Total:    **$336.91**<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                                              $336.91<br>                                                                                          **$336.91** |
| Claim: 2102<br>Date Filed: 02/21/2006<br>Docketed Total: $ 29.60<br>Filing Creditor Name and Address:<br>SBC LONG DISTANCE INC<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | Claim Holder Name and Address<br>SBC LONG DISTANCE INC    Docketed Total:    **$29.60**<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                              $29.60<br>                                                                                          **$29.60** | Modified Total:    **$29.60**<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                                              $29.60<br>                                                                                          **$29.60** |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10713-20    Filed 10/24/07    Entered 10/24/07 15:52:20    Exhibit
G-6    Pg 8 of 8

Twenty-First Omnibus Claims Objection

**EXHIBIT G-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5842<br>Date Filed: 05/15/2006<br>Docketed Total: $ 135,545.25<br>Filing Creditor Name and Address:<br>SHUMSKY ENTERPRISES INC<br>811 E 4TH ST<br>DAYTON, OH 45402 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 7302<br><br>Docketed Total: $135,545.25<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                   $135,545.25<br>                                                      $135,545.25 | Modified Total: $74,955.72<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44612                                   $3,310.45<br>05-44640                                   $71,645.27<br>                                                      $74,955.72 |
| | | **Total Claims to be Modified: 24**<br>**Total Amount as Docketed: $25,054,508.80**<br>**Total Amount as Modified: $ 21,614,707.93** |

*See Exhibit H for a listing of debtor entities by case number.
*UNL stands for unliquidated