**HEARING DATE AND TIME: October 25, 2007 at 10:00 a.m.**
**OBJECTION DATE AND TIME: October 18, 2007 at 4:00 p.m.**

Steven D. Pohl, Esq. (SP-0435)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et. al., | Case No. 05-44481 (RDD) |
| Debtors | (Jointly Administered) |

## WITHDRAWAL OF RESPONSE OF GOLDMAN SACHS CREDIT PARTNERS, LP TO THE DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION AS TO CERTAIN PROOFS OF CLAIM (CLAIM NOS. 5842, 11965, 11966 and 11967)

1. On October 18, 2007, Goldman Sachs Credit Partners, LP ("Goldman Sachs") filed its Response to the Debtors' Twenty-First Omnibus Objection as to Certain Proofs of Claim (Goldman Sachs Credit Partners, LP Claims)(Claim Nos. 7547, 15086, 15046, 5842, 11965, 11966 and 11967) [Docket No. 10646].

2. Goldman Sachs hereby files this withdrawal of its Response to the Debtors' Twenty-First Omnibus Objection to Proofs of Claim as to Proofs of Claim Nos. 5842, 11965, 11966 and 11967 only.

Dated: October 24, 2007        Respectfully submitted,

Goldman Sachs Credit Partners, LP

By its attorneys,

/s/ Steven D. Pohl
Steven D. Pohl, Esq.
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200