**Hearing Date: October 26, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
        In re                           :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED FOURTEENTH CLAIMS HEARING AGENDA

Location Of Hearing:         United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

     A.     Introduction

     B.     Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters (27 Matters)

           1)     Third Omnibus Objection Matter (2 Matters)

           2)     Ninth Omnibus Objection Matter (3 Matters)

           3)     Fifteenth Omnibus Objection Matter (1 Matter)

           3)     Seventeenth Omnibus Objection Matter (1 Matter)

           4)     Nineteenth Omnibus Objection Matter (19 Matters)

           5)     Twentieth Omnibus Objection Matter (1 Matter)

     C.     Contested Omnibus Claims Objection Matters (2 Matters)

B.     Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters

   **1)  Third Omnibus Objection Matter**

     1.     **"Claims Objection Hearing Regarding Claim Of ATEL Leasing"** – Claims Objection Hearing Regarding Claim Of ATEL Leasing As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

               *Responses Filed:*     *Response Of ATEL Leasing Corporation To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5781)*

*Reply Filed:*                  *Debtors' Omnibus Reply In Support Of Debtors' (I)
                                Third Omnibus Objection (Substantive) Pursuant To
                                11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
                                Certain (A) Claims With Insufficient Documentation,
                                (B) Claims Unsubstantiated By Debtors' Books And
                                Records, And (C) Claims Subject To Modification
                                And (II) Motion To Estimate Contingent And
                                Unliquidated Claims Pursuant To 11 U.S.C. § 502(c)
                                (Docket No. 5944)*

*Related Filings:*              *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.
                                Bankr. P. 3007 (I) Disallowing And Expunging
                                Certain (A) Claims With Insufficient Documentation
                                And (B) Claims Unsubstantiated By Debtors' Books
                                And Records, (II) Modifying Certain Claims, And
                                (III) Adjourning Hearing On Certain Contingent
                                And Unliquidated Claims Pursuant To 11 U.S.C. §
                                502(c) Identified In Third Omnibus Claims
                                Objection (Docket No. 6224)*

*Status:*                       *A joint stipulation and agreed order will be
                                submitted for consideration by the Court.*

2.    **"Claims Objection Hearing Regarding Claim Of Gary Whitney"** – Claims
      Objection Hearing Regarding Claim Of Gary Whitney As Objected To On The
      Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b)
      And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient
      Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And
      (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And
      Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

*Responses Filed:*              *Response Of Creditor Gary Whitney To Debtors' (I)
                                Third Omnibus Objection (Substantive) Pursuant To
                                11 U.S.C. Sec. 502(b) And Fed. R. Bankr. P. 3007 To
                                Certain (A) Claims With Insufficient Documentation,
                                (B) Claims Unsubstantiated By Debtors' Books And
                                Records, And (C) Claims Subject To Modification,
                                And (II) Motion To Estimate Contingent And
                                Unliquidated Claims Pursuant To 11 U.S.C. Sec.
                                502(c) (Docket No. 5593)*

                                *Claimant Gary Whitney's Supplemental Response
                                (Docket No. 8671)*

3

| | |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| | *Debtors' Supplemental Reply With Respect To Proof Of Claim No. 10157 (Gary Whitney) (Docket No. 9667)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 10157 (Gary Whitney) (Docket No. 7629)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 10157 (Gary Whitney) (Docket No. 7723)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 10157 (Gary Whitney) (Docket No. 8088)* |
| | *Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim No. 10157 (Statement Of Disputed Issues - Gary Whitney) (Docket No. 8178)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 10157 (Gary Whitney) (Docket No. 8365)* |

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 10157 (Gary Whitney) (Docket No. 8805)*

*Status:*        *A joint stipulation and agreed order will be submitted for consideration by the Court.*

## 2) Ninth Omnibus Claims Objection Matter

3. **"Claims Objection Hearing Regarding Claim Of Doosan Infracore America Corp."** – Claims Objection Hearing Regarding Claim Of Doosan Infracore America Corp. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

*Response Filed:*        *Response Debtors' Ninth Omnibus Claims Objection Filed On Behalf Of Doosan Infracore America Corp. (Docket No. 7000)*

*Reply Filed:*        *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)*

*Related Filings:*        *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 15426 And Disallowing And Expunging Proof Of Claim Number 16443 (Doosan Infracore America Corp.) (Docket No. 10664)*

*Status:*        *A joint stipulation and agreed order will be submitted for consideration by the Court.*

4. **"Claims Objection Hearing Regarding Claim Of Longacre Masterfund, Ltd., As Assignee Of Calvary Design Team Inc."** – Claims Objection Hearing Regarding Claim Of Longacre Masterfund, Ltd., As Assignee Of Calvary Design Team Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Not Subject To Modification (Claim No. 16454) (Docket No. 6968);

|  |  |
|---|---|
| *Response Filed:* | *Response Of Longacre Master Fund Ltd. To Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7266)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Not Subject To Modification (Docket No. 7507)* |
|  | *Notice Of Deadline To File Motion For Leave To File Late Claim With Respect To Late Claim Filed By Contrarian Funds, LLC As Assignee Of Longacre Masterfund, Ltd., As Assignee Of Calvary Design Team Inc. (Proof Of Claim No. 16378) (Docket No. 10577)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

6

5.    **"Claims Objection Hearing Regarding Claim Of Etco"** – Claims Objection Hearing Regarding Claim Of Etco As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Not Subject To Modification (Claim No. 16454) (Docket No. 6968);

|  |  |
|---|---|
| *Response Filed:* | *Response Of Contrarian Funds, LLC To Debtors' Eighth And Ninth Omnibus Claims Objections (Docket No. 7276)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Not Subject To Modification (Docket No. 7507)* |
|  | *Notice Of Deadline To File Motion For Leave To File Late Claim With Respect To Late Claim Filed By Contrarian Funds, LLC As Assignee Of Etco (Proof Of Claim No. 16374) (Docket No. 10579)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

## 3)    Fifteenth Omnibus Claims Objection Matter

6.    **"Claims Objection Hearing Regarding Claim American Recycling And Manufacturing Co., Inc."** – Claims Objection Hearing Regarding Claim Of Longacre Masterfund, Ltd., As Assignee Of Calvary Design Team Inc. As Objected To On The Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999)

| | |
|---|---|
| *Response Filed:* | *American Recycling And Manufacturing Co., Inc. Response To Fifteenth Omnibus Claims Objection (Docket No. 8329* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8396).* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Fifteenth Omnibus Claims Objection (Docket No. 8443)* |
| | *Notice Of Deadline To File Motion For Leave To File Late Claim With Respect To Late Claim Filed By American Recycling And Manufacturing Co., Inc. (Proof Of Claim 16556) (Docket No. 10578)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**3) Seventeenth Omnibus Claims Objection Matter**

7. **"Claims Objection Hearing Regarding Claim Of Hoover Precision Products, Inc."** – Claims Objection Hearing Regarding Claim Of Hoover Precision Products, Inc. As Objected To On The Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270)

| | |
|---|---|
| *Response Filed:* | *Response Of Hoover Precision Products, Inc. To Debtors' Seventeenth Omnibus Claims Objection (Docket No. 8388)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8668)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Seventeenth Omnibus Claims Objection (Docket No. 8737)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 11292 (Hoover Precision Products, Inc.) (Docket No. 10665)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

**4)  Nineteenth Omnibus Claims Objection Matter**

8.    **"Claims Objection Hearing Regarding Claim Of Solectron Corporation"** – Claims Objection Hearing Regarding Claim Of Solectron Corporation As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

9

| | |
|---|---|
| *Response Filed:* | *Response Of Solectron Corporation To Debtors' Nineteenth Omnibus Objection To Claims (Docket No. 8927)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10914 (Solectron Corporation, TPG Credit Opportunities Fund, L.P., And TPG Credit Opportunities Investors, L.P.) (Docket No. 10666)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

9. **"Claims Objection Hearing Regarding Claim Of Michael A. And Rebecca C. Arbogast"** – Claims Objection Hearing Regarding Claim Of Michael A, And Rebecca C. Arbogast As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

| | |
|---|---|
| *Response Filed:* | *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12032 (Michael A. Arbogast And Rebecca C. Arbogast) (Docket No. 10669)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

10. **"Claims Objection Hearing Regarding Claim Of Russell And Barbara A. Bex"** – Claims Objection Hearing Regarding Claim Of Russell And Barbara A. Bex As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

|  |  |
|---|---|
| *Response Filed:* | *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of* |

12

> *Claim Number 12033 (Russell Bex And Barbara A. Bex) (Docket No. 10670)*

| | |
|---|---|
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

11. **"Claims Objection Hearing Regarding Claim Of Robert L. And Norma J. Bueke "** – Claims Objection Hearing Regarding Claim Of Robert L. Beuke As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

| | |
|---|---|
| *Response Filed:* | *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims* |

13

*Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 15756 And Disallowing Proof Of Claim Number 12034 (Robert L. And Norma J. Bueke) (Docket No. 10671)*

*Status:*          *A joint stipulation and agreed order will be submitted for consideration by the Court.*

12. **"Claims Objection Hearing Regarding Claim Of James and Jacqueline Buis"** – Claims Objection Hearing Regarding Claim Of Robert L. Beuke As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

*Response Filed:*          *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)*

*Reply Filed:*          *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)*

*Related Filings:*          *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain*

14

*(A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12035 (James And Jacqueline Buis) (Docket No. 10672)*

Status:                    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

13.    **"Claims Objection Hearing Regarding Claim Of Richard and Louanna Canter"** – Claims Objection Hearing Regarding Claim Of Richard and Louanna Canter As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

Response Filed:         *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)*

Reply Filed:            *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims*

15

*Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)*

*Related Filings:*    *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12036 (Richard And Louanna Canter) (Docket No. 10673)*

*Status:*    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

14.    **"Claims Objection Hearing Regarding Claim Of Donald And Carole Cloncs"** – Claims Objection Hearing Regarding Claim Of Donald And Carole Cloncs As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

*Response Filed:*    *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)*

*Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive)*

16

*Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)*

Related Filings:    *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12037 (Donald Cloncs And Carole L. Cloncs) (Docket No. 10674)*

Status:    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

15.    **"Claims Objection Hearing Regarding Claim Of Robert E. Davis II"** – Claims Objection Hearing Regarding Claim Of Robert E. Davis II As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

Response Filed:    *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And*

*Consensually Modified And Reduced Claims (Docket No. 8990)*

| | |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12038 (Robert E. Davis II) (Docket No. 10675)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

16. **"Claims Objection Hearing Regarding Claim Of Donald And Carol Ennis"** – Claims Objection Hearing Regarding Claim Of Donald And Carol Ennis As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

| | |
|---|---|
| *Response Filed:* | *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A)* |

18

*Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)*

*Reply Filed:*              *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)*

*Related Filings:*          *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12039 (Donald Ennis And Carol Ennis) (Docket No. 10676)*

*Status:*                   *A joint stipulation and agreed order will be submitted for consideration by the Court.*

17. **"Claims Objection Hearing Regarding Claim Of Arthur And Vivian Hoyt"** – Claims Objection Hearing Regarding Claim Of Arthur And Vivian Hoyt As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

19

| | |
|---|---|
| *Response Filed:* | *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12040 (Arthur And Vivian Hoyt) (Docket No. 10677)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

18.    **"Claims Objection Hearing Regarding Claim Of Clarence E. Hubbard"** –
Claims Objection Hearing Regarding Claim Of Clarence E. Hubbard As Objected
To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11
U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records,
(C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject
To Modification, Modified Claims Asserting Reclamation, And Consensually
Modified And Reduced Claims (Docket No. 8617)

|  |  |
|---|---|
| *Response Filed:* | *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of* |

*Claim Number 12041 (Clarence E. Hubbard)*
*(Docket No. 10678)*

Status:    *A joint stipulation and agreed order will be*
           *submitted for consideration by the Court.*

19.    **"Claims Objection Hearing Regarding Claim Of James And Bonnie Merritt"**
       **–** Claims Objection Hearing Regarding Claim Of James And Bonnie Merritt As
       Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive)
       Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A)
       Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books
       And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax
       Claims Subject To Modification, Modified Claims Asserting Reclamation, And
       Consensually Modified And Reduced Claims (Docket No. 8617)

Response Filed:    *Response Of George & Sipes, LLP Claimants To*
                   *Debtors' Nineteenth Omnibus Objection*
                   *(Substantive) Pursuant To 11 U.S.C. Section 502(b)*
                   *And Fed. R. Bankr. P. 3007 To Certain (A)*
                   *Insufficiently Documented Claims, (B) Claims Not*
                   *Reflected On Debtors' Books And Records, (C)*
                   *Untimely Claim, And (D) Claims Subject To*
                   *Modification, Tax Claims Subject To Modification,*
                   *Modified Claims Asserting Reclamation, And*
                   *Consensually Modified And Reduced Claims*
                   *(Docket No. 8990)*

Reply Filed:       *Debtors' Omnibus Reply In Support Of Debtors'*
                   *Nineteenth Omnibus Objection (Substantive)*
                   *Pursuant To 11 U.S.C. Section 502(b) And Fed. R.*
                   *Bankr. P. 3007 To Certain (A) Insufficiently*
                   *Documented Claims, (B) Claims Not Reflected On*
                   *Debtors' Books And Records, (C) Untimely Claim,*
                   *And (D) Claims Subject To Modification, Tax Claims*
                   *Subject To Modification, Modified Claims Asserting*
                   *Reclamation, And Consensually Modified And*
                   *Reduced Claims (Docket No. 9094)*

Related Filings:   *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R.*
                   *Bankr. P. 3007 Disallowing And Expunging Certain*
                   *(A) Insufficiently Documented Claims, (B) Claims*
                   *Not Reflected On Debtors' Book And Records, (C)*
                   *Untimely Claim, And (D) Claims Subject To*
                   *Modification, Tax Claims Subject To Modification,*
                   *Modified Claims Asserting Reclamation, And*
                   *Consensually Modified And Reduced Claims*

22

> *Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)*
>
> *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12042 (James And Bonnie Merritt) (Docket No. 10679)*

|            |                                                                                   |
| ---------- | --------------------------------------------------------------------------------- |
| *Status:*  | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

20. **"Claims Objection Hearing Regarding Claim Of Michael And Ingrid O'Brien"** – Claims Objection Hearing Regarding Claim Of Michael And Ingrid O'Brien As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

| | |
| --- | --- |
| *Response Filed:* | *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain* |

23

*(A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12044 (Michael O'Brien And Ingrid O'Brien) (Docket No. 10680)*

| | |
|---|---|
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

21. **"Claims Objection Hearing Regarding Claim Of John W. and Deborah J. Phelps"** – Claims Objection Hearing Regarding Claim Of John W. and Deborah J. Phelps As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

| | |
|---|---|
| *Response Filed:* | *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims* |

24

|  | *Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12045 (John W. And Deborah J. Phelps) (Docket No. 10681)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

22.  **"Claims Objection Hearing Regarding Claim Of Thomas And Norma Russell"** – Claims Objection Hearing Regarding Claim Of Thomas And Norma Russell As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

| *Response Filed:* | *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)* |

| | |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12048 (Thomas And Norma Russell) (Docket No. 10682)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

23. **"Claims Objection Hearing Regarding Claim Of James O. And Betty J. Smith"** – Claims Objection Hearing Regarding Claim Of James O. And Betty J. Smith As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

| | |
|---|---|
| *Response Filed:* | *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C)* |

*Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)*

*Reply Filed:*     *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)*

*Related Filings:*     *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12049 (James O. And Betty J. Smith) (Docket No. 10683)*

*Status:*     *A joint stipulation and agreed order will be submitted for consideration by the Court.*

24.   **"Claims Objection Hearing Regarding Claim Of Robert L. Stansbury II" –** Claims Objection Hearing Regarding Claim Of Robert L. Stansbury II As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

| | |
|---|---|
| *Response Filed:* | *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12050 (Robert L. Stansbury II) (Docket No. 10684)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

28

25. **"Claims Objection Hearing Regarding Claim Of Ronald P. And Shelley A. Stuck"** – Claims Objection Hearing Regarding Claim Of Ronald P. And Shelley A. Stuck As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

|  |  |
|---|---|
| *Response Filed:* | *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)* |

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12051 (Ronald P. Stuck And Shelley A. Stuck) (Docket No. 10685)*

Status:                    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

26.    **"Claims Objection Hearing Regarding Claim Of Dale A. And Jacqueline R. Yates"** – Claims Objection Hearing Regarding Claim Of Dale A. And Jacqueline R. Yates As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

Response Filed:            *Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)*

Reply Filed:               *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)*

Related Filings:           *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To*

30

*Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified in Nineteenth Omnibus Claims Objection (Docket No. 9225)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12053 (Dale A. Yates And Jacqueline R. Yates) (Docket No. 10686)*

| | |
|---|---|
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

**5)  Twentieth Omnibus Claims Objection Matter**

27.  **"Claims Objection Hearing Regarding Claim Of State Of Wisconsin Department Of Revenue"** – Claims Objection Hearing Regarding Claim Of Wisconsin Department Of Revenue As Objected To On The Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9151)

| | |
|---|---|
| *Response Filed:* | *Undocketed.* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Twentieth Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9617)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims* |

31

> *Subject To Modification, Tax Claims Subject To*
> *Modification, Modified Claims Asserting*
> *Reclamation, Consensually Modified And Reduced*
> *Tort Claims, And Lift Stay Procedures Claims*
> *Subject To Modification Identified In Twentieth*
> *Omnibus Objection (Docket No. 9692)*
>
> *Notice Of Presentment Of Joint Stipulation And*
> *Agreed Order Compromising And Allowing Proof Of*
> *Claim Number 8233 (State Of Wisconsin*
> *Department Of Revenue) (Docket No. 10667)*

> *Status:*    *A joint stipulation and agreed order will be*
> *submitted for consideration by the Court.*

C.    Contested Matters

28.    **"Reese Late-Filing Motion"** – Motion Of Scott Darryl Reese To Allow Payment Of Claim And Other Relief  (Docket No. 10449)

> *Response Filed:*    *Debtors' Objection To Scott Darryl Reese's Motion*
> *For Leave To File Late Claim (Docket No. 10647)*

> *Reply Filed:*    *None.*

> *Related Filings:*    *None.*

> *Status:*    *The hearing with respect to this matter will be*
> *proceeding.*

29.    **"Specialty Coating Late-Filing Motion"** – Motion To Reconsider FRCP 60 Or FRBP 3008 Order Signed June 29, 2007 Disallowing And Expunging Certain Claims Identified In Fifteenth Omnibus Claims Objection With Regard To Proof Of Claim No. 15683 Of Specialty Coatings, Inc. (Docket No. 9362)

> *Response Filed:*    *Debtors' Objection To Memorandum Of Law In*
> *Support For Motion For, Inter Alia, Reconsideration*
> *Pursuant To 11 U.S.C. 502(j) And Fed. Bankr. Rule*
> *3008, Or Alternatively, To Vacate, Pursuant To Fed.*
> *Rule 60(B) And Fed. Bankr. Rule 9006, Order*
> *Signed On June 29, 2007 (Pacer Item 8443)*
> *Disallowing And Expunging Certain Claims*
> *Identified In Fifteenth Omnibus Claims Objection,*
> *Disallowing And Expunging, Inter Alia, Proof Of*
> *Claim No. 15683 Of Specialty Coatings, Inc. And*

32

*Reinstatement Of Proof Of Claim Number 15683
(Docket No. 10663)*

*Reply Filed:*    *None.*

*Related Filings:*    *Debtors' Fifteenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Untimely Claims And Untimely
Tax Claim, And (D) Claims Subject To Modification,
Tax Claims Subject To Modification, And Modified
Claims Asserting Reclamation (Docket No. 7999)*

*Debtors' Omnibus Reply In Support Of Debtors'
Fifteenth Omnibus Objection (Substantive) Pursuant
To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Insufficiently Documented Claims, (B)
Claims Not Reflected On Debtors' Books And
Records, (C) Untimely Claims And Untimely Tax
Claim, And (D) Claims Subject To Modification, Tax
Claims Subject To Modification, And Modified
Claims Asserting Reclamation (Docket No. 8396)*

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 Disallowing And Expunging Certain
(A) Insufficiently Documented Claims, (B) Claims
Not Reflected On Debtors' Books And Records, (C)
Untimely Claims And Untimely Tax Claim, And (D)
Claims Subject To Modification, Tax Claims Subject
To Modification, And Modified Claims Asserting
Reclamation Identified In Fifteenth Omnibus Claims
Objection (Docket No. 8443)*

*Status:*          *The hearing with respect to this matter will be
                    proceeding.*


Dated:  New York, New York
          October 25, 2007

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By: /s/ John Wm. Butler, Jr.
      John Wm. Butler, Jr. (JB 4711)
      John K. Lyons (JL 4951)
      Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

        - and -

By: /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti (KM 9632)
      Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
      Debtors and Debtors-in-Possession

34