05-44481-rdd    Doc 10728-2    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit B
Pg 1 of 1

In re Delphi Corporation, et al.  Twenty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - UNTIMELY EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MARIAN WELCSH<br>6990 LOCKWOOD BLVD<br>YOUNGSTOWN, OH 44512-4013 | 16708 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$20,000.00<br><br><br>$20,000.00 | 09/17/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **$20,000.00** | | |

*UNL stands for unliquidated