05-44481-rdd    Doc 10728-4    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit C-2
Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

**Twenty-First Omnibus Claims Objection**

**EXHIBIT C-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEWIS HELEN<br>PO BOX 418<br>FORT DEFIANCE, AZ 86504 | 16365 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/12/2006 | DELPHI CORPORATION<br>(05-44481) |

**Total:**   1                                                                    UNL

*UNL stands for unliquidated