05-44481-rdd    Doc 10728-5    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit D-1
Pg 1 of 3

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ASM CAPITAL AS ASSIGNEE FOR CARRIER TERMINAL SERVICES INC<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | 2316 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$8,125.00<br>$8,125.00 | 03/17/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ATUL PASRICHA<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14021 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br>UNL<br>$10,000.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| BELCO TOOL & MFG INC<br>225 TERRACE ST EXT<br>MEADVILLE, PA 16335 | 6145 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br>$32,939.00<br>$42,939.00 | 05/17/2006 | DELPHI CORPORATION (05-44481) |
| DAEWOO INTERNATIONAL AMERICA CORP<br>85 CHALLENGER RD<br>RIDGEFIELD PARK, NJ 7660 | 16668 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$24,135.26<br><br><br>$24,135.26 | 10/10/2005 | DELPHI CORPORATION (05-44481) |
| FLOYD MANUFACTURING CO INC<br>COHN BIRNBAUM & SHEA PC<br>100 PEARL ST 12TH FL<br>HARTFORD, CT 6103 | 16679 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$13,456.71<br><br><br>$13,456.71 | 10/12/2005 | DELPHI CORPORATION (05-44481) |
| HYDRA LOCK CORP<br>25000 JOY BLVD<br>MOUNT CLEMENS, MI 48043 | 3890 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,420.00<br>$4,420.00 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MACOMB COUNTY FRIEND OF COURT<br>ACCT OF ANTHONY ARAGONA<br>CASE D9227828<br>40 N MAIN 6TH FL CTY CT BLDG<br>MT CLEMENS, MI 38074-5246 | 8383 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$1,522.11<br><br><br>$1,522.11 | 06/22/2006 | DELPHI CORPORATION (05-44481) |

*UNL stands for unliquidated

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MACOMB COUNTY FRIEND OF COURT<br>ACCT OF DAVID C COLLINS<br>CASE 93 1253 DM<br>40 N MAIN ST<br>MT CLEMENS, MI 38172-2812 | 8382 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$24,900.47<br><br><br>$24,900.47 | 06/22/2006 | DELPHI CORPORATION (05-44481) |
| METALDYNE CORPORATION AND METALDYNE COMPANY LLC<br>47603 HALYARD<br>PLYMOUTH, MI 48170 | 11935 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $166,572.04<br><br><br><br>$166,572.04 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| NOBLE USA INC<br>5450 MEADOWBROOK INDUSTRIAL CT<br>ROLLING MEADOWS, IL 60008 | 16689 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$25,804.80<br><br><br>$25,804.80 | 10/17/2005 | DELPHI CORPORATION (05-44481) |
| SABO USA<br>DEAN & FULKERSON PC<br>801 W BIG BEAVER 5TH FL<br>TROY, MI 48084-4767 | 16651 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$6,524.28<br><br><br>$6,524.28 | 10/21/2005 | DELPHI CORPORATION (05-44481) |
| SHOICHIRO IRIMAJIRI<br>SHOICHIRO IRIMAJIRI INC<br>7F SHIODOME SUPERIOR BLDG<br>1 7 10 SHINBASHI<br>MINATO KU TOKYO, 105 0004<br>JAPAN | 11109 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>$746,250.00<br>$746,250.00 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| TAIHO CORPORATION OF AMERICA<br>MASUDA FUNAI EIFERT & MITCHELL LTD<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262 | 16677 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$67,767.00<br><br><br>$67,767.00 | 10/13/2005 | DELPHI CORPORATION (05-44481) |
| THE AMERICAN TEAM INC<br>DIRECTOR OF FINANCE<br>42050 EXECUTIVE DR<br>HARRISON TOWNSHIP, MI 48045-1311 | 16671 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$1,575.97<br><br><br>$1,575.97 | 10/12/2005 | DELPHI CORPORATION (05-44481) |

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THE OAKWOOD GROUP<br>1100 OAKWOOD BLVD<br>DEARBORN, MI 48124 | 6066 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $11,695.30<br><br><br><br>$11,695.30 | 05/16/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| **Total:** | **15** | | **$1,155,687.94** | | |