**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

Twenty-First Omnibus Claims Objection

**EXHIBIT D-3 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE PO BOX 5300 ALBANY, NY 12205-0300 | 16647 | Secured: Priority: Administrative: Unsecured: Total: | $1,440.81 $1,440.81 | 08/27/2007 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| **Total:** | **1** | | **$1,440.81** | | |

*UNL stands for unliquidated

Page 1 of 1