In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10728-10   Filed 10/26/07   Entered 10/26/07 10:27:21   Exhibit
F-1   Pg 1 of 16

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12200<br>Date Filed: 07/28/2006<br>Docketed Total: $ 567.30<br>Filing Creditor Name and Address:<br>  AFL AUTOMOTIVE LP TEXAS<br>  LIMITED PARTNERSHIP<br>  AFL AUTOMOTIVE<br>  12746 CIMARRON PATH STE 116<br>  SAN ANTONIO, TX 78249 | Claim Holder Name and Address<br>  AFL AUTOMOTIVE LP TEXAS<br>  LIMITED PARTNERSHIP<br>  AFL AUTOMOTIVE<br>  12746 CIMARRON PATH STE 116<br>  SAN ANTONIO, TX 78249 | Docketed Total: | | $567.30 | | Modified Total: | | $397.11 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$567.30<br><br>$567.30 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$397.11<br><br>$397.11 |
| Claim: 9382<br>Date Filed: 07/12/2006<br>Docketed Total: $ 32,249.38<br>Filing Creditor Name and Address:<br>  AIM<br>  9100 HENRI BOURASSA E<br>  MONTREAL QUEBEC, H1E 2S4<br>  CANADA | Claim Holder Name and Address<br>  AIM<br>  9100 HENRI BOURASSA E<br>  MONTREAL QUEBEC, H1E 2S4<br>  CANADA | Docketed Total: | | $32,249.38 | | Modified Total: | | $31,673.81 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$32,249.38<br><br>$32,249.38 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$31,673.81<br><br>$31,673.81 |
| Claim: 9383<br>Date Filed: 07/12/2006<br>Docketed Total: $ 450.00<br>Filing Creditor Name and Address:<br>  AIM PRODUCTS<br>  9100 HENRI BOURASSA E<br>  MONTREAL QUEBEC, H1E 2S4<br>  CANADA | Claim Holder Name and Address<br>  AIM PRODUCTS<br>  9100 HENRI BOURASSA E<br>  MONTREAL QUEBEC, H1E 2S4<br>  CANADA | Docketed Total: | | $450.00 | | Modified Total: | | $450.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$450.00<br><br>$450.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$450.00<br><br>$450.00 |

\*See Exhibit H for a listing of debtor entities by case number.

\*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10728-10   Filed 10/26/07   Entered 10/26/07 10:27:21   Exhibit
F-1   Pg 2 of 16

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9384<br>Date Filed: 07/12/2006<br>Docketed Total: $ 1,353.10<br>Filing Creditor Name and Address:<br>  AIM PRODUCTS<br>  9100 HENRI BOURASSA E<br>  MONTREAL QUEBEC, H1E 2S4<br>  CANADA | Claim Holder Name and Address<br>  AIM PRODUCTS<br>  9100 HENRI BOURASSA E<br>  MONTREAL QUEBEC, H1E 2S4<br>  CANADA<br><br>Docketed Total: $1,353.10<br><br>Case Number*: 05-44481<br>Unsecured: $1,353.10<br>**$1,353.10** | Modified Total: $1,353.10<br><br>Case Number*: 05-44640<br>Unsecured: $1,353.10<br>**$1,353.10** |
| Claim: 2738<br>Date Filed: 04/24/2006<br>Docketed Total: $ 4,750.20<br>Filing Creditor Name and Address:<br>  AR-BEE TRANSPARENT PROD<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE, CA 92614 | Claim Holder Name and Address<br>  AR-BEE TRANSPARENT PROD<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE, CA 92614<br><br>Docketed Total: $4,750.20<br><br>Case Number*: 05-44481<br>Unsecured: $4,750.20<br>**$4,750.20** | Modified Total: $4,750.20<br><br>Case Number*: 05-44640<br>Unsecured: $4,750.20<br>**$4,750.20** |
| Claim: 4157<br>Date Filed: 05/01/2006<br>Docketed Total: $ 38,757.32<br>Filing Creditor Name and Address:<br>  CITY OF SAGINAW<br>  1315 S WASHINGTON RM 105<br>  SAGINAW, MI 48601 | Claim Holder Name and Address<br>  CITY OF SAGINAW<br>  1315 S WASHINGTON RM 105<br>  SAGINAW, MI 48601<br><br>Docketed Total: $38,757.32<br><br>Case Number*: 05-44481<br>Secured: $38,757.32<br>**$38,757.32** | Modified Total: $34,193.25<br><br>Case Number*: 05-44640<br>Unsecured: $34,193.25<br>**$34,193.25** |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-10    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-1    Pg 3 of 16

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 404<br>Date Filed: 11/07/2005<br>Docketed Total: $ 78,488.06<br>Filing Creditor Name and Address:<br>  CITY OF WARREN OHIO WATER DEPARTMENT<br>  391 MAHONING AVE NW<br>  WARREN, OH 44483 | Claim Holder Name and Address<br>  LIQUIDITY SOLUTIONS INC DBA CAPITAL MARKETS<br>  ONE UNIVERSITY PLZ STE 312<br>  HACKENSACK, NJ 7601<br><br>Docketed Total: $78,488.06<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                              $78,488.06<br>                                               $78,488.06 | Modified Total: $71,947.33<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $71,947.33<br>                                               $71,947.33 |
| Claim: 568<br>Date Filed: 11/14/2005<br>Docketed Total: $ 3,777.38<br>Filing Creditor Name and Address:<br>  COMED<br>  2100 SWIFT DR<br>  OAKBROOK, IL 60523 | Claim Holder Name and Address<br>  COMED<br>  2100 SWIFT DR<br>  OAKBROOK, IL 60523<br><br>Docketed Total: $3,777.38<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                              $3,777.38<br>                                               $3,777.38 | Modified Total: $3,688.48<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $3,688.48<br>                                               $3,688.48 |
| Claim: 12685<br>Date Filed: 07/28/2006<br>Docketed Total: $ 91,628.77<br>Filing Creditor Name and Address:<br>  CONTRARIAN FUNDS LLC AS ASSIGNEE OF INTEL AMERICAS INC<br>  ATTN ALPA JIMENEZ<br>  411 WEST PUTNAM AVENUE STE 225<br>  GREENWICH, CT 6830 | Claim Holder Name and Address<br>  CONTRARIAN FUNDS LLC AS ASSIGNEE OF INTEL AMERICAS INC<br>  ATTN ALPA JIMENEZ<br>  411 WEST PUTNAM AVENUE STE 225<br>  GREENWICH, CT 6830<br><br>Docketed Total: $91,628.77<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $91,628.77<br>                                               $91,628.77 | Modified Total: $75,781.77<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $75,781.77<br>                                               $75,781.77 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-10    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-1    Pg 4 of 16

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2337<br>Date Filed: 03/20/2006<br>Docketed Total: $ 87,229.82<br>Filing Creditor Name and Address:<br>D A STUART COMPANY<br>4580 WEAVER PKWY<br>WARRENVILLE, IL 60555 | Claim Holder Name and Address<br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE 2305<br>NEW YORK, NY 10001<br><br>Docketed Total: $87,229.82<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                      $87,229.82<br>                                                         $87,229.82 | Modified Total: $41,210.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                      $41,210.00<br>                                                         $41,210.00 |
| Claim: 15663<br>Date Filed: 07/31/2006<br>Docketed Total: $ 154,367.70<br>Filing Creditor Name and Address:<br>DUN & BRADSTREET<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Holder Name and Address<br>DUN & BRADSTREET<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Docketed Total: $154,367.70<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                      $154,367.70<br>                                                         $154,367.70 | Modified Total: $140,468.97<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                      $140,468.97<br>                                                         $140,468.97 |
| Claim: 15665<br>Date Filed: 07/31/2006<br>Docketed Total: $ 284.68<br>Filing Creditor Name and Address:<br>DUN & BRADSTREET<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Holder Name and Address<br>DUN & BRADSTREET<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Docketed Total: $284.68<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44596                                      $284.68<br>                                                         $284.68 | Modified Total: $284.68<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                      $284.68<br>                                                         $284.68 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10728-10   Filed 10/26/07   Entered 10/26/07 10:27:21   Exhibit
F-1   Pg 5 of 16

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10889<br>Date Filed: 07/25/2006<br>Docketed Total: $ 58,051.22<br>Filing Creditor Name and Address:<br>E&R INDUSTRIAL SALES INC<br>40800 ENTERPRISE DR<br>STERLING HEIGHTS, MI 48314 | Claim Holder Name and Address<br>E&R INDUSTRIAL SALES INC          Docketed Total:  $58,051.22<br>40800 ENTERPRISE DR<br>STERLING HEIGHTS, MI 48314<br><br>Case Number*      Secured       Priority       Unsecured<br>05-44481                                          $58,051.22<br>                                                  $58,051.22 | Modified Total:  $58,051.22<br><br>Case Number*      Secured       Priority       Unsecured<br>05-44481                         $0.00<br>05-44640                                          $58,051.22<br>                                 $0.00          $58,051.22 |
| Claim: 9925<br>Date Filed: 07/19/2006<br>Docketed Total: $ 1,686.25<br>Filing Creditor Name and Address:<br>EIS INC<br>BARACK FERRAZZANO<br>KIRSCHBAUM PERLMAN &<br>NAGELBERG LLP<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227 | Claim Holder Name and Address<br>EIS INC                           Docketed Total:  $1,686.25<br>BARACK FERRAZZANO<br>KIRSCHBAUM PERLMAN &<br>NAGELBERG LLP<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227<br><br>Case Number*      Secured       Priority       Unsecured<br>05-44567                                          $1,686.25<br>                                                  $1,686.25 | Modified Total:  $52.46<br><br>Case Number*      Secured       Priority       Unsecured<br>05-44567                                          $52.46<br>                                                  $52.46 |
| Claim: 9927<br>Date Filed: 07/19/2006<br>Docketed Total: $ 15,421.72<br>Filing Creditor Name and Address:<br>EIS INC<br>BARACK FERRAZZANO<br>KIRSCHBAUM PERLMAN &<br>NAGELBERG LLP<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227 | Claim Holder Name and Address<br>EIS INC                           Docketed Total:  $15,421.72<br>BARACK FERRAZZANO<br>KIRSCHBAUM PERLMAN &<br>NAGELBERG LLP<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227<br><br>Case Number*      Secured       Priority       Unsecured<br>05-44547                                          $15,421.72<br>                                                  $15,421.72 | Modified Total:  $15,421.72<br><br>Case Number*      Secured       Priority       Unsecured<br>05-44640                                          $15,421.72<br>                                                  $15,421.72 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-10    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit F-1    Pg 6 of 16

Exhibit Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9928<br>Date Filed: 07/19/2006<br>Docketed Total: $ 762.05<br>Filing Creditor Name and Address:<br>EIS INC<br>BARACK FERRAZZANO<br>KIRSCHBAUM PERLMAN &<br>NAGELBERG LLP<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227 | Claim Holder Name and Address<br>EIS INC<br>BARACK FERRAZZANO<br>KIRSCHBAUM PERLMAN &<br>NAGELBERG LLP<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227<br><br>Docketed Total: $762.05<br><br>Case Number*: 05-44624<br>Secured: —<br>Priority: —<br>Unsecured: $762.05<br>Total: $762.05 | Modified Total: $272.65<br><br>Case Number*: 05-44624<br>Secured: —<br>Priority: —<br>Unsecured: $272.65<br>Total: $272.65 |
| Claim: 4465<br>Date Filed: 05/02/2006<br>Docketed Total: $ 116,942.39<br>Filing Creditor Name and Address:<br>FICOSA NORTH AMERICA SA DE CV<br>AV LAS TORRES 404<br>PARQUE INDUSTRIAL ESCOBEDO<br>ESCOBEDO NL, CP 66050<br>MEXICO | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 7070<br><br>Docketed Total: $116,942.39<br><br>Case Number*: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $116,942.39<br>Total: $116,942.39 | Modified Total: $100,824.47<br><br>Case Number*: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $100,824.47<br>Total: $100,824.47 |
| Claim: 7066<br>Date Filed: 05/30/2006<br>Docketed Total: $ 18,484.50<br>Filing Creditor Name and Address:<br>FISHER UNITECH INC<br>1150 STEPHENSON HWY<br>TROY, MI 48083-1187 | Claim Holder Name and Address<br>FISHER UNITECH INC<br>1150 STEPHENSON HWY<br>TROY, MI 48083-1187<br><br>Docketed Total: $18,484.50<br><br>Case Number*: 05-44481<br>Secured: —<br>Priority: —<br>Unsecured: $18,484.50<br>Total: $18,484.50 | Modified Total: $18,484.50<br><br>Case Number*: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $18,484.50<br>Total: $18,484.50 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11939<br>Date Filed: 07/28/2006<br>Docketed Total: $ 757.82<br>Filing Creditor Name and Address:<br>GE POLYMERSHAPES<br>C O GE PLASTICS<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078 | Claim Holder Name and Address<br>GE POLYMERSHAPES<br>C O GE PLASTICS<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078<br><br>Docketed Total: **$757.82**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                    $757.82<br>                                                                          **$757.82** | Modified Total: **$430.28**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                    $430.28<br>                                                                          **$430.28** |
| Claim: 967<br>Date Filed: 12/02/2005<br>Docketed Total: $ 16,053.10<br>Filing Creditor Name and Address:<br>GLT<br>3341 SUCCESSFUL WAY<br>DAYTON, OH 45414 | Claim Holder Name and Address<br>GLT<br>3341 SUCCESSFUL WAY<br>DAYTON, OH 45414<br><br>Docketed Total: **$16,053.10**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                                  $16,053.10<br>                                                                        **$16,053.10** | Modified Total: **$16,053.10**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                  $16,053.10<br>                                                                        **$16,053.10** |
| Claim: 991<br>Date Filed: 12/05/2005<br>Docketed Total: $ 50,545.72<br>Filing Creditor Name and Address:<br>GOODWILL INDUSTRIES OF MID MICHIGAN<br>501 S AVERILL<br>FLINT, MI 48506 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 7070<br><br>Docketed Total: **$50,545.72**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                                  $50,545.72<br>                                                                        **$50,545.72** | Modified Total: **$49,699.72**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                  $49,699.72<br>                                                                        **$49,699.72** |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-10    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-1    Pg 8 of 16

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 668<br>Date Filed: 11/18/2005<br>Docketed Total: $ 356,407.35<br>Filing Creditor Name and Address:<br>HARRINGTON TOOL AND DIE INC<br>2555 MATTE BLVD<br>BROSSARD, QC J4Y 2H1<br>CANADA | Claim Holder Name and Address<br>HARRINGTON TOOL AND DIE INC<br>2555 MATTE BLVD<br>BROSSARD, QC J4Y 2H1<br>CANADA<br><br>Docketed Total: $356,407.35<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                              $356,407.35<br>                                              $356,407.35 | Modified Total: $285,519.65<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $285,519.65<br>                                              $285,519.65 |
| Claim: 5305<br>Date Filed: 05/08/2006<br>Docketed Total: $ 54,475.88<br>Filing Creditor Name and Address:<br>HERTZ EQUIPMENT RENTAL EFT<br>PO BOX 26390<br>OKLAHOMA CITY, OK 73126-0390 | Claim Holder Name and Address<br>HERTZ EQUIPMENT RENTAL EFT<br>PO BOX 26390<br>OKLAHOMA CITY, OK 73126-0390<br><br>Docketed Total: $54,475.88<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                              $54,475.88<br>                                              $54,475.88 | Modified Total: $41,004.30<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $41,004.30<br>                                              $41,004.30 |
| Claim: 12255<br>Date Filed: 07/28/2006<br>Docketed Total: $ 29,845.26<br>Filing Creditor Name and Address:<br>HUTCHINSON SEAL DE MEXICO SA DE CV<br>PELICANOS NO 313 COL SAN FERNANDO<br>PARQUE INDUSTRIAL LOS OLIVOS<br>ENSENADA BAJA CA, 22785<br>MEXICO | Claim Holder Name and Address<br>HUTCHINSON SEAL DE MEXICO SA DE CV<br>PELICANOS NO 313 COL SAN FERNANDO<br>PARQUE INDUSTRIAL LOS OLIVOS<br>ENSENADA BAJA CA, 22785<br>MEXICO<br><br>Docketed Total: $29,845.26<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                              $29,845.26<br>                                              $29,845.26 | Modified Total: $4,344.74<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $4,344.74<br>                                              $4,344.74 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10728-10   Filed 10/26/07   Entered 10/26/07 10:27:21   Exhibit
F-1   Pg 9 of 16

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12246<br>Date Filed: 07/28/2006<br>Docketed Total: $ 18,691.05<br>Filing Creditor Name and Address:<br>ILLINOIS TOOL WORKS INC<br>TRANS TECH AMERICA<br>475 N GARY AVE<br>CAROL STREAM, IL 60188-490 | Claim Holder Name and Address<br>ILLINOIS TOOL WORKS INC<br>TRANS TECH AMERICA<br>475 N GARY AVE<br>CAROL STREAM, IL 60188-490<br><br>Docketed Total: $18,691.05<br><br>Case Number* 05-44481   Secured   Priority   Unsecured $18,691.05<br><br>Total: $18,691.05 | Modified Total: $12,732.50<br><br>Case Number* 05-44640   Secured   Priority   Unsecured $12,732.50<br><br>Total: $12,732.50 |
| Claim: 8402<br>Date Filed: 06/23/2006<br>Docketed Total: $ 15,524.25<br>Filing Creditor Name and Address:<br>JUDD WIRE INC<br>124 TURNPIKE RD<br>TURNERS FALLS, MA 01376 | Claim Holder Name and Address<br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br><br>Docketed Total: $15,524.25<br><br>Case Number* 05-44481   Secured   Priority   Unsecured $15,524.25<br><br>Total: $15,524.25 | Modified Total: $15,524.25<br><br>Case Number* 05-44640   Secured   Priority   Unsecured $15,524.25<br><br>Total: $15,524.25 |
| Claim: 105<br>Date Filed: 10/25/2005<br>Docketed Total: $ 233,508.18<br>Filing Creditor Name and Address:<br>KEATS MANUFACTURING CO<br>350 W HOLBROOK DR<br>WHEELING, IL 60090 | Claim Holder Name and Address<br>KEATS MANUFACTURING CO<br>350 W HOLBROOK DR<br>WHEELING, IL 60090<br><br>Docketed Total: $233,508.18<br><br>Case Number* 05-44481   Secured   Priority   Unsecured $233,508.18<br><br>Total: $233,508.18 | Modified Total: $48,538.95<br><br>Case Number* 05-44640   Secured   Priority   Unsecured $45,504.85<br>05-44567                                  $3,034.10<br><br>Total: $48,538.95 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-10    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-1    Pg 10 of 16

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 104<br>Date Filed: 10/25/2005<br>Docketed Total: $ 25,760.03<br>Filing Creditor Name and Address:<br>KEATS SOUTHWEST INC<br>350 W HOLBROOK DR<br>WHEELING, IL 60090 | Claim Holder Name and Address<br>KEATS SOUTHWEST INC    Docketed Total:    $25,760.03<br>350 W HOLBROOK DR<br>WHEELING, IL 60090<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                           $25,760.03<br>                                                                              $25,760.03 | Modified Total:    $9,472.54<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                           $9,472.54<br>                                                                              $9,472.54 |
| Claim: 2461<br>Date Filed: 04/03/2006<br>Docketed Total: $ 373,860.72<br>Filing Creditor Name and Address:<br>KIMBALL ELECTRONICS GROUP<br>1600 ROYAL ST GO 148<br>JASPER, IN 47549 | Claim Holder Name and Address<br>MIDTOWN CLAIMS LLC    Docketed Total:    $373,860.72<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                           $373,860.72<br>                                                                              $373,860.72 | Modified Total:    $360,479.13<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                           $360,479.13<br>                                                                              $360,479.13 |
| Claim: 14186<br>Date Filed: 07/25/2006<br>Docketed Total: $ 18,866.13<br>Filing Creditor Name and Address:<br>LEHIGH SAFETY SHOE CO LLC<br>39 E CANAL ST<br>NELSONVILLE, OH 45764 | Claim Holder Name and Address<br>LEHIGH SAFETY SHOE CO LLC    Docketed Total:    $18,866.13<br>39 E CANAL ST<br>NELSONVILLE, OH 45764<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                           $18,866.13<br>                                                                              $18,866.13 | Modified Total:    $18,866.13<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                           $18,866.13<br>                                                                              $18,866.13 |
| Claim: 11925<br>Date Filed: 07/28/2006<br>Docketed Total: $ 317,117.86<br>Filing Creditor Name and Address:<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE RD<br>VIENNA, OH 44473-970 | Claim Holder Name and Address<br>LEXINGTON RUBBER GROUP INC    Docketed Total:    $317,117.86<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE RD<br>VIENNA, OH 44473-970<br><br>Case Number*    Secured    Priority        Unsecured<br>05-44640                          $263,044.57    $54,073.29<br>                                               $263,044.57    $54,073.29 | Modified Total:    $239,762.56<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                           $239,762.56<br>                                                                              $239,762.56 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10728-10   Filed 10/26/07   Entered 10/26/07 10:27:21   Exhibit F-1   Pg 11 of 16

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1369<br>Date Filed: 12/29/2005<br>Docketed Total: $ 319,535.73<br>Filing Creditor Name and Address:<br>  LUNT MANUFACTURING<br>  COMPANY INC<br>  601 605 LUNT AVE<br>  SCHAUMBURG, IL 60193 | Claim Holder Name and Address<br>  STONEHILL INSTITUTIONAL<br>  PARTNERS LP<br>  885 THIRD AVE 30TH FL<br>  NEW YORK, NY 10022<br><br>Docketed Total: **UNL**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481 | Modified Total: **$319,535.73**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                   $319,535.73<br><br>**$319,535.73** |
| Claim: 1370<br>Date Filed: 12/29/2005<br>Docketed Total: $ 41,273.82<br>Filing Creditor Name and Address:<br>  LUNT MANUFACTURING<br>  COMPANY INC<br>  601 605 LUNT AVE<br>  SCHAUMBURG, IL 60193 | Claim Holder Name and Address<br>  STONEHILL INSTITUTIONAL<br>  PARTNERS LP<br>  885 THIRD AVE 30TH FL<br>  NEW YORK, NY 10022<br><br>Docketed Total: **UNL**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481 | Modified Total: **$41,273.82**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                    $41,273.82<br><br>**$41,273.82** |
| Claim: 2038<br>Date Filed: 02/16/2006<br>Docketed Total: $ 309.95<br>Filing Creditor Name and Address:<br>  MATHESON TRI GAS<br>  959 RTE 46 E<br>  PARSIPPANY, NJ 7054 | Claim Holder Name and Address<br>  MATHESON TRI GAS<br>  959 RTE 46 E<br>  PARSIPPANY, NJ 7054<br><br>Docketed Total: **$309.95**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                                       $309.95<br><br>**$309.95** | Modified Total: **$309.95**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                         $309.95<br><br>**$309.95** |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-10    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-1    Pg 12 of 16

Exhibit
Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7488<br>Date Filed: 06/05/2006<br>Docketed Total: $ 12,979.58<br>Filing Creditor Name and Address:<br>MIBA SINTER AUSTRIA GMBH<br>DR MITTERBAUER STRASSE 1<br>VORCHDORF, 4655<br>AUSTRIA | Claim Holder Name and Address<br>MIBA SINTER AUSTRIA GMBH<br>DR MITTERBAUER STRASSE 1<br>VORCHDORF, 4655<br>AUSTRIA    Docketed Total:    $12,979.58<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                      $12,979.58<br>                                                    $12,979.58 | Modified Total:    $12,979.58<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                      $12,979.58<br>                                                    $12,979.58 |
| Claim: 15248<br>Date Filed: 07/31/2006<br>Docketed Total: $ 10,095.08<br>Filing Creditor Name and Address:<br>OPTICAL GAGING PRODUCTS INC<br>850 HUDSON AVE<br>ROCHESTER, NY 14621 | Claim Holder Name and Address<br>OPTICAL GAGING PRODUCTS INC<br>850 HUDSON AVE<br>ROCHESTER, NY 14621    Docketed Total:    $10,095.08<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                      $10,095.08<br>                                                    $10,095.08 | Modified Total:    $10,095.08<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                       $5,938.14<br>05-44567                                         $4,156.94<br><br>                                                    $10,095.08 |
| Claim: 1336<br>Date Filed: 12/27/2005<br>Docketed Total: $ 156,180.01<br>Filing Creditor Name and Address:<br>PROCESS DEVELOPMENT CORPORATION<br>33027 SCHOOL CRAFT<br>LIVONIA, MI 48150 | Claim Holder Name and Address<br>MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202    Docketed Total:    $156,180.01<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                      $156,180.01<br>                                                  $156,180.01 | Modified Total:    $129,740.24<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                     $129,740.24<br>                                                  $129,740.24 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6922<br>Date Filed: 05/26/2006<br>Docketed Total: $ 1,617.37<br>Filing Creditor Name and Address:<br>SCHINDLER ELEVATOR CORP<br>PO BOX 1935<br>MORRISTOWN, NJ 07962-1935 | Claim Holder Name and Address<br>MADISON INVESTMENT TRUST SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202<br><br>Docketed Total: $1,617.37<br><br>Case Number*: 05-44481<br>Secured: <br>Priority: <br>Unsecured: $1,617.37<br>Total: $1,617.37 | Modified Total: $1,617.37<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: <br>Unsecured: $1,617.37<br>Total: $1,617.37 |
| Claim: 1664<br>Date Filed: 01/25/2006<br>Docketed Total: $ 226,945.46<br>Filing Creditor Name and Address:<br>SOFANOU INC<br>2840 AUBURN CT<br>AUBURN HILLS, MI 48326 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br><br>Docketed Total: $226,945.46<br><br>Case Number*: 05-44481<br>Secured: <br>Priority: <br>Unsecured: $226,945.46<br>Total: $226,945.46 | Modified Total: $219,630.63<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: <br>Unsecured: $219,630.63<br>Total: $219,630.63 |
| Claim: 11770<br>Date Filed: 07/27/2006<br>Docketed Total: $ 615,329.09<br>Filing Creditor Name and Address:<br>SPEEDLINE TECHNOLOGIES INC<br>16 FORGE PARK<br>FRANKLIN, MA 02038 | Claim Holder Name and Address<br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br><br>Docketed Total: $615,329.09<br><br>Case Number*: 05-44567<br>Secured: $2,060.49<br>Priority: $189,005.00<br>Unsecured: $424,263.60<br>Totals: $2,060.49 / $189,005.00 / $424,263.60 | Modified Total: $849.72<br><br>Case Number*: 05-44567<br>Secured: $0.00<br>Priority: $0.00<br>Unsecured: $849.72<br>Totals: $0.00 / $0.00 / $849.72 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-10    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-1    Pg 14 of 16

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2964<br>Date Filed: 04/27/2006<br>Docketed Total: $ 5,899.98<br>Filing Creditor Name and Address:<br>SPX CORP<br>LIGHTNIN<br>135 MOUNT READ BLVD<br>ROCHESTER, NY 14611 | Claim Holder Name and Address<br>SPX CORP<br>LIGHTNIN<br>135 MOUNT READ BLVD<br>ROCHESTER, NY 14611<br><br>Docketed Total: **$5,899.98**<br><br>Case Number*: 05-44481<br>Unsecured: $5,899.98<br><br>**$5,899.98** | Modified Total: **$5,899.98**<br><br>Case Number*: 05-44640<br>Unsecured: $5,899.98<br><br>**$5,899.98** |
| Claim: 9312<br>Date Filed: 07/11/2006<br>Docketed Total: $ 55,193.34<br>Filing Creditor Name and Address:<br>STEPHENSON CORPORATION<br>4401 WESTERN RD<br>FLINT, MI 48506 | Claim Holder Name and Address<br>STEPHENSON CORPORATION<br>4401 WESTERN RD<br>FLINT, MI 48506<br><br>Docketed Total: **$55,193.34**<br><br>Case Number*: 05-44481<br>Unsecured: $55,193.34<br><br>**$55,193.34** | Modified Total: **$28,565.39**<br><br>Case Number*: 05-44640<br>Unsecured: $28,565.39<br><br>**$28,565.39** |
| Claim: 10016<br>Date Filed: 07/20/2006<br>Docketed Total: $ 347,605.98<br>Filing Creditor Name and Address:<br>VENTURE PLASTICS INC<br>MARGULIES & LEVINSON LLP<br>30100 CHAGRIN BLVD NO 250<br>CLEVELAND, OH 44124 | Claim Holder Name and Address<br>VENTURE PLASTICS INC<br>MARGULIES & LEVINSON LLP<br>30100 CHAGRIN BLVD NO 250<br>CLEVELAND, OH 44124<br><br>Docketed Total: **$347,605.98**<br><br>Case Number*: 05-44640<br>Secured: $347,605.98<br><br>**$347,605.98** | Modified Total: **$173,841.50**<br><br>Case Number*: 05-44640<br>Unsecured: $173,841.50<br><br>**$173,841.50** |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-10    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-1    Pg 15 of 16

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 484<br>Date Filed: 11/10/2005<br>Docketed Total: $ 35,043.24<br>Filing Creditor Name and Address:<br>VIMELSA INTERNATIONAL SA DE CV<br>AVE PRIMERA 867<br>COL NAZARIO ORTIZ<br>SALTILLO COAH, 25100<br>MEXICO | Claim Holder Name and Address<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018<br><br>Docketed Total: $35,043.24<br><br>Case Number*: 05-44481<br>Unsecured: $35,043.24<br>Total: $35,043.24 | Modified Total: $29,146.24<br><br>Case Number*: 05-44640<br>Unsecured: $29,146.24<br>Total: $29,146.24 |
| Claim: 8760<br>Date Filed: 06/29/2006<br>Docketed Total: $ 8,414.10<br>Filing Creditor Name and Address:<br>WEBER SCREWDRIVING SYSTEM<br>1401 FRONT ST<br>YORKTOWN HEIGHT, NY 10598 | Claim Holder Name and Address<br>WEBER SCREWDRIVING SYSTEM<br>1401 FRONT ST<br>YORKTOWN HEIGHT, NY 10598<br><br>Docketed Total: $8,414.10<br><br>Case Number*: 05-44481<br>Unsecured: $8,414.10<br>Total: $8,414.10 | Modified Total: $5,298.00<br><br>Case Number*: 05-44640<br>Unsecured: $5,298.00<br>Total: $5,298.00 |
| Claim: 10752<br>Date Filed: 07/25/2006<br>Docketed Total: $ 121,998.56<br>Filing Creditor Name and Address:<br>WIEGEL TOOL WORKS INC<br>LEIBOWITZ LAW CENTER<br>420 W CLAYTON ST<br>WAUKEGAN, IL 60085 | Claim Holder Name and Address<br>WIEGEL TOOL WORKS INC<br>LEIBOWITZ LAW CENTER<br>420 W CLAYTON ST<br>WAUKEGAN, IL 60085<br><br>Docketed Total: $121,998.56<br><br>Case Number*: 05-44567<br>Unsecured: $121,998.56<br>Total: $121,998.56 | Modified Total: $121,563.20<br><br>Case Number*: 05-44567<br>Unsecured: $121,563.20<br>Total: $121,563.20 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8695<br>Date Filed: 06/23/2006<br>Docketed Total: $ 485,243.50<br>Filing Creditor Name and Address:<br>  XEROX CORPORATION<br>  XEROX CAPITAL SERVICES LLC<br>  PO BOX 660506<br>  DALLAS, TX 75266-9937 | Claim Holder Name and Address<br>  LONGACRE MASTER FUND LTD    Docketed Total:   $485,243.50<br>  810 SEVENTH AVE 22ND FL<br>  NEW YORK, NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $485,243.50<br>                                                   $485,243.50 | Modified Total:   $409,568.12<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                           $41.04<br>05-44640                                           $408,442.54<br>05-44624                                           $974.84<br>05-44567                                           $109.70<br>                                                   $409,568.12 |
| Claim: 10591<br>Date Filed: 07/25/2006<br>Docketed Total: $ 3,180.05<br>Filing Creditor Name and Address:<br>  XPEDX<br>  28401 SCHOOLCRAFT RD STE 400<br>  LIVONIA, MI 48150-2238 | Claim Holder Name and Address<br>  XPEDX                         Docketed Total:   $3,180.05<br>  28401 SCHOOLCRAFT RD STE 400<br>  LIVONIA, MI 48150-2238<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $3,180.05<br>                                                   $3,180.05 | Modified Total:   $3,180.05<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $3,180.05<br>                                                   $3,180.05 |
|  |  | **Total Claims to be Modified: 48**<br>**Total Amount as Docketed:  $4,663,510.03**<br>**Total Amount as Modified:  $ 3,214,828.17** |

\*See Exhibit H for a listing of debtor entities by case number.

\*UNL stands for unliquidated