In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-11    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit F-2    Pg 1 of 1

Twenty-First Omnibus Claims Objection

## EXHIBIT F-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8458<br>Date Filed: 06/19/2006<br>Docketed Total: $ 1,868.68<br>Filing Creditor Name and Address:<br>WISCONSIN DEPARTMENT OF REVENUE<br>2135 RIMROCK RD<br>MADISON, WI 53713 | Claim Holder Name and Address<br>WISCONSIN DEPARTMENT OF REVENUE<br>2135 RIMROCK RD<br>MADISON, WI 53713<br><br>Docketed Total: $1,868.68<br><br>Case Number*  Secured   Priority       Unsecured<br>05-44623                    $1,727.11      $141.57<br>                                                      $1,727.11      $141.57 | Modified Total: $1,527.11<br><br>Case Number*  Secured   Priority       Unsecured<br>05-44623                    $1,527.11      $0.00<br>                                                      $1,527.11      $0.00 |

**Total Claims to be Modified: 1**

**Total Amount as Docketed:  $1,868.68**

**Total Amount as Modified:  $ 1,527.11**

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated