In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-12    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-3    Pg 1 of 22

Twenty-First Omnibus Claims Objection

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12203**
Date Filed: 07/28/2006
Docketed Total: $ 17,473.74
Filing Creditor Name and Address:
 AFL AUTOMOTIVE LIMITED
 PARTNERSHIP MICHIGAN
 LIMITED PARTNERSHIP
 AFL AUTOMOTIVE
 12746 CIMARRON PATH STE 116
 SAN ANTONIO, TX 78249

Claim Holder Name and Address

AFL AUTOMOTIVE LIMITED
PARTNERSHIP MICHIGAN LIMITED
PARTNERSHIP
AFL AUTOMOTIVE
12746 CIMARRON PATH STE 116
SAN ANTONIO, TX 78249

Docketed Total:    **$17,473.74**

Modified Total:    **$9,806.72**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $17,473.74 | 05-44567 | | $4,222.28 | $5,584.44 |
| | | | **$17,473.74** | | | **$4,222.28** | **$5,584.44** |

**Claim: 16692**
Date Filed: 10/17/2005
Docketed Total: $ 5,823.94
Filing Creditor Name and Address:
 AMERICAN AIKOKU ALPHA INC
 MASUDA FUNAI EIFERT &
 MITCHELL LTD
 203 N LASALLE ST STE 2500
 CHICAGO, IL 60601

Claim Holder Name and Address

AMERICAN AIKOKU ALPHA INC
MASUDA FUNAI EIFERT &
MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

Docketed Total:    **$5,823.94**

Modified Total:    **$5,823.94**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $5,823.94 | | 05-44640 | | $5,823.94 | |
| | | **$5,823.94** | | | | **$5,823.94** | |

**Claim: 16680**
Date Filed: 10/13/2005
Docketed Total: $ 498.74
Filing Creditor Name and Address:
 AMERICAN MOLDED PRODUCTS
 OPERATIONS
 51490 CELESTE DR
 SHELBY TOWNSHIP, MI 48315

Claim Holder Name and Address

AMERICAN MOLDED PRODUCTS
OPERATIONS
51490 CELESTE DR
SHELBY TOWNSHIP, MI 48315

Docketed Total:    **$498.74**

Modified Total:    **$498.74**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $498.74 | | 05-44640 | | $498.74 | |
| | | **$498.74** | | | | **$498.74** | |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16662**
Date Filed: 10/12/2005
Docketed Total: $ 9,760.00
Filing Creditor Name and Address:
  CARDONE INDUSTRIES INC
  5501 WHITAKER AVE
  PHILADELPHIA, PA 19124-1799

Claim Holder Name and Address

CARDONE INDUSTRIES INC
5501 WHITAKER AVE
PHILADELPHIA, PA 19124-1799
Docketed Total: **$9,760.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $9,760.00 | |
| | | **$9,760.00** | |

Modified Total: **$9,760.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | $9,760.00 | |
| | | **$9,760.00** | |

---

**Claim: 16658**
Date Filed: 10/10/2005
Docketed Total: $ 5,830.84
Filing Creditor Name and Address:
  CHICAGO RIVET & MACHINE CO
  901 FRONTENAC RD
  PO BOX 3061
  NAPERVILLE, IL 60566-7061

Claim Holder Name and Address

CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061
Docketed Total: **$5,830.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $5,830.84 | |
| | | **$5,830.84** | |

Modified Total: **$5,830.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,830.84 | |
| | | **$5,830.84** | |

---

**Claim: 16660**
Date Filed: 10/11/2005
Docketed Total: $ 2,133.34
Filing Creditor Name and Address:
  CHICAGO RIVET & MACHINE CO
  901 FRONTENAC RD
  PO BOX 3061
  NAPERVILLE, IL 60566-7061

Claim Holder Name and Address

CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061
Docketed Total: **$2,133.34**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $2,133.34 | |
| | | **$2,133.34** | |

Modified Total: **$2,133.34**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,133.34 | |
| | | **$2,133.34** | |

---

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-12    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-3    Pg 3 of 22

**Twenty-First Omnibus Claims Objection**

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16666**
Date Filed: 10/12/2005
Docketed Total: $ 1,553.52
Filing Creditor Name and Address:
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Claim Holder Name and Address
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Docketed Total: **$1,553.52**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,553.52 | |
| | | **$1,553.52** | |

Modified Total: **$1,553.52**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,553.52 | |
| | | **$1,553.52** | |

---

**Claim: 16667**
Date Filed: 10/10/2005
Docketed Total: $ 1,735.38
Filing Creditor Name and Address:
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Claim Holder Name and Address
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Docketed Total: **$1,735.38**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,735.38 | |
| | | **$1,735.38** | |

Modified Total: **$1,735.38**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,735.38 | |
| | | **$1,735.38** | |

---

**Claim: 16669**
Date Filed: 10/10/2005
Docketed Total: $ 11,201.77
Filing Creditor Name and Address:
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Claim Holder Name and Address
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Docketed Total: **$11,201.77**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $11,201.77 | |
| | | **$11,201.77** | |

Modified Total: **$11,201.77**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $11,201.77 | |
| | | **$11,201.77** | |

---

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16670**
Date Filed: 10/10/2005
Docketed Total: $ 822.47
Filing Creditor Name and Address:
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Claim Holder Name and Address
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Docketed Total: **$822.47**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $822.47 | | 05-44640 | | $822.47 | |
| | | **$822.47** | | | | **$822.47** | |

Modified Total: **$822.47**

---

**Claim: 16685**
Date Filed: 10/10/2005
Docketed Total: $ 871.08
Filing Creditor Name and Address:
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Claim Holder Name and Address
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Docketed Total: **$871.08**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $871.08 | | 05-44640 | | $871.08 | |
| | | **$871.08** | | | | **$871.08** | |

Modified Total: **$871.08**

---

**Claim: 12370**
Date Filed: 07/28/2006
Docketed Total: $ 225,484.00
Filing Creditor Name and Address:
COHERENT INC
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$225,484.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | UNL | UNL | $225,484.00 | 05-44507 | $0.00 | $202,500.00 | $22,984.00 |
| | **UNL** | **UNL** | **$225,484.00** | | **$0.00** | **$202,500.00** | **$22,984.00** |

Modified Total: **$225,484.00**

---

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16690**
Date Filed: 10/12/2005
Docketed Total: $ 4,434.68
Filing Creditor Name and Address:
  COILCRAFT INC
  1102 SILVER LAKE RD
  CARY, IL 60013

Claim Holder Name and Address
  COILCRAFT INC
  1102 SILVER LAKE RD
  CARY, IL 60013     Docketed Total:    **$4,434.68**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $4,434.68 | |
| | | **$4,434.68** | |

Modified Total:    **$4,434.68**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,434.68 | |
| | | **$4,434.68** | |

---

**Claim: 11440**
Date Filed: 07/27/2006
Docketed Total: $ 79,855.52
Filing Creditor Name and Address:
  CONSOLIDATED INDUSTRIAL
  CORP
  ST CLAIR PLASTICS DIV
  30855 TETON PL
  CHESTERFIELD, MI 48047

Claim Holder Name and Address
  CONSOLIDATED INDUSTRIAL CORP
  ST CLAIR PLASTICS DIV
  30855 TETON PL
  CHESTERFIELD, MI 48047     Docketed Total:    **$79,855.52**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $79,855.52 |
| | | | **$79,855.52** |

Modified Total:    **$70,004.41**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,795.99 | $63,199.86 |
| 05-44567 | | | $3,008.56 |
| | | **$3,795.99** | **$66,208.42** |

---

**Claim: 16699**
Date Filed: 10/18/2005
Docketed Total: $ 1,421.23
Filing Creditor Name and Address:
  DIODES INCORPORATED
  3050 E HILLCREST DR STE 200
  WESTLAKE VILLAGE, CA 91362

Claim Holder Name and Address
  DIODES INCORPORATED
  3050 E HILLCREST DR STE 200
  WESTLAKE VILLAGE, CA 91362     Docketed Total:    **$1,421.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,421.23 | |
| | | **$1,421.23** | |

Modified Total:    **$1,421.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,421.23 | |
| | | **$1,421.23** | |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-12    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-3    Pg 6 of 22

**Twenty-First Omnibus Claims Objection**

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8285<br>Date Filed: 06/20/2006<br>Docketed Total: $ 230,466.50<br>Filing Creditor Name and Address:<br>DU PONT POWDER COATINGS USA IN<br>9800 GENARD RD<br>HOUSTON, TX 77041 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $230,466.50 | | | Modified Total: | $208,378.50 |
| | **Case Number\*** Secured Priority Unsecured<br>05-44640 | | | | **Case Number\*** Secured Priority Unsecured<br>05-44640 | | | |
| | Case Number*: 05-44640 | Secured | Priority | Unsecured $230,466.50 | Case Number*: 05-44640 | Secured | Priority $8,317.35 | Unsecured $200,061.15 |
| | | | | **$230,466.50** | | | **$8,317.35** | **$200,061.15** |
| Claim: 9926<br>Date Filed: 07/19/2006<br>Docketed Total: $ 2,092.50<br>Filing Creditor Name and Address:<br>EIS INC<br>BARACK FERRAZZANO<br>KIRSCHBAUM PERLMAN &<br>NAGELBERG LLP<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227 | Claim Holder Name and Address<br><br>EIS INC<br>BARACK FERRAZZANO<br>KIRSCHBAUM PERLMAN &<br>NAGELBERG LLP<br>333 W WACKER DR STE 2700<br>CHICAGO, IL 60606-1227 | Docketed Total: | | $2,092.50 | | | Modified Total: | $2,092.50 |
| | Case Number*: 05-44589 | Secured | Priority | Unsecured $2,092.50 | Case Number*: 05-44640 | Secured | Priority $570.00 | Unsecured $1,522.50 |
| | | | | **$2,092.50** | | | **$570.00** | **$1,522.50** |
| Claim: 16698<br>Date Filed: 10/18/2005<br>Docketed Total: $ 2,960.00<br>Filing Creditor Name and Address:<br>ELECTRO DYNAMICS CRYSTAL CORPORATION<br>9075 CODY ST<br>OVERLAND PARK, KS 66214 | Claim Holder Name and Address<br><br>ELECTRO DYNAMICS CRYSTAL CORPORATION<br>9075 CODY ST<br>OVERLAND PARK, KS 66214 | Docketed Total: | | $2,960.00 | | | Modified Total: | $2,960.00 |
| | Case Number*: 05-44481 | Secured | Priority $2,960.00 | Unsecured | Case Number*: 05-44640 | Secured | Priority $2,960.00 | Unsecured |
| | | | **$2,960.00** | | | | **$2,960.00** | |

\*See Exhibit H for a listing of debtor entities by case number.

\*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-12    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-3    Pg 7 of 22

Twenty-First Omnibus Claims Objection

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16682<br>Date Filed: 10/12/2005<br>Docketed Total: $ 9,009.31<br>Filing Creditor Name and Address:<br>FOREST CITY TECHNOLOGIES INC<br>299 CLAY ST<br>PO BOX 86<br>WELLINGTON, OH 44090 | Claim Holder Name and Address<br><br>FOREST CITY TECHNOLOGIES INC    Docketed Total:    **$9,009.31**<br>299 CLAY ST<br>PO BOX 86<br>WELLINGTON, OH 44090<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $9,009.31<br>  **$9,009.31** | Modified Total:    **$9,009.31**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $9,009.31<br>  **$9,009.31** |
| Claim: 16664<br>Date Filed: 10/12/2005<br>Docketed Total: $ 912.23<br>Filing Creditor Name and Address:<br>FULTON INDUSTRIES INC<br>EASTMAN & SMITH LTD<br>ONE SEAGATE 24TH FL<br>TOLEDO, OH 43604 | Claim Holder Name and Address<br><br>FULTON INDUSTRIES INC    Docketed Total:    **$912.23**<br>EASTMAN & SMITH LTD<br>ONE SEAGATE 24TH FL<br>TOLEDO, OH 43604<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $912.23<br>  **$912.23** | Modified Total:    **$912.23**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $912.23<br>  **$912.23** |
| Claim: 16673<br>Date Filed: 10/11/2005<br>Docketed Total: $ 1,376.07<br>Filing Creditor Name and Address:<br>GRABER ROGG INC<br>22 JACKSON DR<br>CRANFORD, NJ 7016 | Claim Holder Name and Address<br><br>GRABER ROGG INC    Docketed Total:    **$1,376.07**<br>22 JACKSON DR<br>CRANFORD, NJ 7016<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $1,376.07<br>  **$1,376.07** | Modified Total:    **$1,376.07**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $1,376.07<br>  **$1,376.07** |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-12    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-3    Pg 8 of 22

Twenty-First Omnibus Claims Objection

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16674**
Date Filed: 10/12/2005
Docketed Total: $ 26,352.82
Filing Creditor Name and Address:
GRABER ROGG INC
22 JACKSON DR
CRANFORD, NJ 7016

Claim Holder Name and Address
GRABER ROGG INC
22 JACKSON DR
CRANFORD, NJ 7016
Docketed Total: **$26,352.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $26,352.82 | |
| | | **$26,352.82** | |

Modified Total: **$26,352.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $26,352.82 | |
| | | **$26,352.82** | |

---

**Claim: 16676**
Date Filed: 10/11/2005
Docketed Total: $ 2,547.30
Filing Creditor Name and Address:
GRABER ROGG INC
22 JACKSON DR
CRANFORD, NJ 7016

Claim Holder Name and Address
GRABER ROGG INC
22 JACKSON DR
CRANFORD, NJ 7016
Docketed Total: **$2,547.30**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $2,547.30 | |
| | | **$2,547.30** | |

Modified Total: **$2,547.30**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,547.30 | |
| | | **$2,547.30** | |

---

**Claim: 16665**
Date Filed: 10/09/2005
Docketed Total: $ 7,344.65
Filing Creditor Name and Address:
H & L TOOL COMPANY INC
32701 DEQUINDER
MADISON HEIGHTS, MI
48071-1595

Claim Holder Name and Address
H & L TOOL COMPANY INC
32701 DEQUINDER
MADISON HEIGHTS, MI 48071-1595
Docketed Total: **$7,344.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $7,344.65 | |
| | | **$7,344.65** | |

Modified Total: **$7,344.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $7,344.65 | |
| | | **$7,344.65** | |

---

**Claim: 13441**
Date Filed: 07/31/2006
Docketed Total: $ 115,694.05
Filing Creditor Name and Address:
HENKEL CORPORATION HENKEL
LOCTITE
PO BOX 485
AVON, OH 44011

Claim Holder Name and Address
HENKEL CORPORATION HENKEL
LOCTITE
PO BOX 485
AVON, OH 44011
Docketed Total: **$115,694.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $115,694.05 |
| | | | **$115,694.05** |

Modified Total: **$31,280.54**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $177.36 | $31,103.18 |
| | | **$177.36** | **$31,103.18** |

---

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 16700**
Date Filed: 10/17/2005
Docketed Total: $ 7,828.35
Filing Creditor Name and Address:
  HEWITT TOOL & DIE INC
  1138 E 400 S
  PO BOX 47
  OAKFORD, IN 46965-0047

Claim Holder Name and Address

HEWITT TOOL & DIE INC    Docketed Total:    **$7,828.35**
1138 E 400 S
PO BOX 47
OAKFORD, IN 46965-0047

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $7,828.35 | |
| | | **$7,828.35** | |

Modified Total:    **$7,828.35**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $7,828.35 | |
| | | **$7,828.35** | |

---

**Claim: 16656**
Date Filed: 10/10/2005
Docketed Total: $ 572.00
Filing Creditor Name and Address:
  HK METAL CRAFT
  MANUFACTURING CORP
  35 INDUSTRIAL RD
  PO BOX 775
  LODI, NJ 7645

Claim Holder Name and Address

HK METAL CRAFT    Docketed Total:    **$572.00**
MANUFACTURING CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 7645

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $572.00 | |
| | | **$572.00** | |

Modified Total:    **$572.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $572.00 | |
| | | **$572.00** | |

---

**Claim: 16657**
Date Filed: 10/10/2005
Docketed Total: $ 3,850.28
Filing Creditor Name and Address:
  HK METAL CRAFT
  MANUFACTURING CORP
  35 INDUSTRIAL RD
  PO BOX 775
  LODI, NJ 7645

Claim Holder Name and Address

HK METAL CRAFT    Docketed Total:    **$3,850.28**
MANUFACTURING CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 7645

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $3,850.28 | |
| | | **$3,850.28** | |

Modified Total:    **$3,850.28**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,850.28 | |
| | | **$3,850.28** | |

---

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10728-12   Filed 10/26/07   Entered 10/26/07 10:27:21   Exhibit
F-3   Pg 10 of 22

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16655**
Date Filed: 10/10/2005
Docketed Total: $ 1,533.05
Filing Creditor Name and Address:
  HK METAL CRAFT MFG CORP
  35 INDUSTRIAL RD
  PO BOX 775
  LODI, NJ 7645

Claim Holder Name and Address
HK METAL CRAFT MFG CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 7645

Docketed Total: **$1,533.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,533.05 | |
| | | **$1,533.05** | |

Modified Total: **$1,533.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,533.05 | |
| | | **$1,533.05** | |

---

**Claim: 2186**
Date Filed: 03/03/2006
Docketed Total: $ 41,085.40
Filing Creditor Name and Address:
  HOSIDEN AMERICA
  CORPORATION
  MASUDA FUNAI ET AL
  203 N LASALLE ST STE 2500
  CHICAGO, IL 60601

Claim Holder Name and Address
FAIR HARBOR CAPITAL LLC
875 AVE OF THE AMERICAS STE 2305
NEW YORK, NY 10001

Docketed Total: **$41,085.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,085.40 |
| | | | **$41,085.40** |

Modified Total: **$40,835.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,423.64 | $39,411.76 |
| | | **$1,423.64** | **$39,411.76** |

---

**Claim: 9567**
Date Filed: 07/17/2006
Docketed Total: $ 151,274.89
Filing Creditor Name and Address:
  ILLINOIS TOOL WORKS INC
  ITW SHAKEPROOF AUTOMOTIVE
  PROD
  PO BOX 92052
  CHICAGO, IL 60675

Claim Holder Name and Address
ILLINOIS TOOL WORKS INC
ITW SHAKEPROOF AUTOMOTIVE
PROD
PO BOX 92052
CHICAGO, IL 60675

Docketed Total: **$151.274.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $151,274.89 | |
| | | **$151,274.89** | |

Modified Total: **$48.816.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $7,127.23 | $41,689.01 |
| | | **$7,127.23** | **$41,689.01** |

---

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-12    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-3    Pg 11 of 22

Twenty-First Omnibus Claims Objection

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

### Claim 1

**CLAIM TO BE MODIFIED**
Claim: 13788
Date Filed: 07/31/2006
Docketed Total: $ 1,423,472.76
Filing Creditor Name and Address:
INTERNATIONAL RECTIFIER
CORPORATION
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
333 S HOPE ST 48TH FL
LOS ANGELES, CA 90071

**CLAIM AS DOCKETED**
Claim Holder Name and Address
INTERNATIONAL RECTIFIER
CORPORATION
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
333 S HOPE ST 48TH FL
LOS ANGELES, CA 90071

Docketed Total: **$1,423,472.76**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,423,472.76 |
| | | | **$1,423,472.76** |

**CLAIM AS MODIFIED**
Modified Total: **$1,317,604.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $25,243.50 | $1,292,361.39 |
| | | **$25,243.50** | **$1,292,361.39** |

### Claim 2

**CLAIM TO BE MODIFIED**
Claim: 9571
Date Filed: 07/17/2006
Docketed Total: $ 29,467.26
Filing Creditor Name and Address:
ITW CIP
850 STEAMPLANT RD
GALLATIN, TN 37066

**CLAIM AS DOCKETED**
Claim Holder Name and Address
ITW CIP
850 STEAMPLANT RD
GALLATIN, TN 37066

Docketed Total: **$29,467.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $7,502.41 | $21,964.85 |
| | | **$7,502.41** | **$21,964.85** |

**CLAIM AS MODIFIED**
Modified Total: **$25,298.16**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,631.23 | $23,666.93 |
| | | **$1,631.23** | **$23,666.93** |

### Claim 3

**CLAIM TO BE MODIFIED**
Claim: 14052
Date Filed: 01/06/2006
Docketed Total: $ 1,881,302.43
Filing Creditor Name and Address:
JPMORGAN CHASE BANK NA AS
ASSIGNEE OF BRAZEWAY INC
270 PARK AVE
NEW YORK, NY 10017

**CLAIM AS DOCKETED**
Claim Holder Name and Address
JPMORGAN CHASE BANK NA AS
ASSIGNEE OF BRAZEWAY INC
270 PARK AVE
NEW YORK, NY 10017

Docketed Total: **$1,881,302.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $572,707.98 | $1,308,594.45 |
| | | **$572,707.98** | **$1,308,594.45** |

**CLAIM AS MODIFIED**
Modified Total: **$1,881,302.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $101,905.91 | $1,779,396.52 |
| | | **$101,905.91** | **$1,779,396.52** |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 8401<br>Date Filed: 06/23/2006<br>Docketed Total: $ 93,681.46<br>Filing Creditor Name and Address:<br>  JUDD WIRE INC<br>  124 TURNPIKE RD<br>  TURNERS FALLS, MA 01376 | JPMORGAN CHASE BANK NA    Docketed Total:    **$93,681.46**<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Modified Total:    **$89,979.03** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44624 | | | $93,681.46 | 05-44624 | | $9,795.53 | $80,183.50 |
| | | | **$93,681.46** | | | **$9,795.53** | **$80,183.50** |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 8403<br>Date Filed: 06/23/2006<br>Docketed Total: $ 1,254,523.02<br>Filing Creditor Name and Address:<br>  JUDD WIRE INC<br>  124 TURNPIKE RD<br>  TURNERS FALLS, MA 01376 | JPMORGAN CHASE BANK NA    Docketed Total:    **$1,254,523.02**<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Modified Total:    **$1,253,659.53** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,254,523.02 | 05-44640 | | $223,076.13 | $1,030,583.40 |
| | | | **$1,254,523.02** | | | **$223,076.13** | **$1,030,583.40** |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 16675<br>Date Filed: 10/13/2005<br>Docketed Total: $ 0.00<br>Filing Creditor Name and Address:<br>  KAMAX SAU<br>  EMPERADOR 4<br>  E 46136<br>  MUSEROS, SPAIN | KAMAX SAU    Docketed Total:    **UNL**<br>EMPERADOR 4<br>E 46136<br>MUSEROS, SPAIN | Modified Total:    **$1,803.58** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | | 05-44640 | | $1,803.58 | |
| | | **UNL** | | | | **$1,803.58** | |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-12    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-3    Pg 13 of 22

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16672**
Date Filed: 10/10/2005
Docketed Total: $ 495.50
Filing Creditor Name and Address:
  KOA SPEER ELECTRONICS INC
  BOLIVAR DR
  PO BOX 547
  BRADFORD, PA 16701

Claim Holder Name and Address
  KOA SPEER ELECTRONICS INC
  BOLIVAR DR
  PO BOX 547
  BRADFORD, PA 16701

Docketed Total: **$495.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $495.50 | |
| | | **$495.50** | |

Modified Total: **$495.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $495.50 | |
| | | **$495.50** | |

**Claim: 16686**
Date Filed: 10/10/2005
Docketed Total: $ 61,091.71
Filing Creditor Name and Address:
  KOA SPEER ELECTRONICS INC
  BOLIVAR DR
  PO BOX 547
  BRADFORD, PA 16701

Claim Holder Name and Address
  KOA SPEER ELECTRONICS INC
  BOLIVAR DR
  PO BOX 547
  BRADFORD, PA 16701

Docketed Total: **$61,091.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $61,091.71 | |
| | | **$61,091.71** | |

Modified Total: **$60,936.01**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $60,936.01 | |
| | | **$60,936.01** | |

**Claim: 16687**
Date Filed: 10/10/2005
Docketed Total: $ 84,902.01
Filing Creditor Name and Address:
  KOA SPEER ELECTRONICS INC
  BOLIVAR DR
  PO BOX 547
  BRADFORD, PA 16701

Claim Holder Name and Address
  KOA SPEER ELECTRONICS INC
  BOLIVAR DR
  PO BOX 547
  BRADFORD, PA 16701

Docketed Total: **$84,902.01**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $84,902.01 | |
| | | **$84,902.01** | |

Modified Total: **$82,085.30**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $82,085.30 | |
| | | **$82,085.30** | |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10728-12   Filed 10/26/07   Entered 10/26/07 10:27:21   Exhibit
F-3   Pg 14 of 22

Twenty-First Omnibus Claims Objection

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11924**
Date Filed: 07/28/2006
Docketed Total: $ 80,802.00
Filing Creditor Name and Address:
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA, OH 44473-970

Claim Holder Name and Address
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA, OH 44473-970

Docketed Total:   $80,802.00

Modified Total:   $80,802.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $28,390.99 | $52,411.01 |
| | | $28,390.99 | $52,411.01 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $28,390.99 | $52,411.01 |
| | | $28,390.99 | $52,411.01 |

---

**Claim: 12151**
Date Filed: 07/28/2006
Docketed Total: $ 41,919.98
Filing Creditor Name and Address:
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA, OH 44473-970

Claim Holder Name and Address
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA, OH 44473-970

Docketed Total:   $41,919.98

Modified Total:   $39,435.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $12,451.81 | $29,468.17 |
| | | $12,451.81 | $29,468.17 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $12,451.81 | $26,983.63 |
| | | $12,451.81 | $26,983.63 |

---

**Claim: 16681**
Date Filed: 10/13/2005
Docketed Total: $ 116,070.80
Filing Creditor Name and Address:
LINEAR TECHNOLOGY
CORPORATION
MCDERMOTT WILL & EMERY
50 ROCKEFELLER PLZ
NEW YORK, NY 10020-1605

Claim Holder Name and Address
LINEAR TECHNOLOGY
CORPORATION
MCDERMOTT WILL & EMERY
50 ROCKEFELLER PLZ
NEW YORK, NY 10020-1605

Docketed Total:   $116,070.80

Modified Total:   $116,070.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $116,070.80 | |
| | | $116,070.80 | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $116,070.80 | |
| | | $116,070.80 | |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16654**
Date Filed: 10/10/2005
Docketed Total: $ 42,820.98
Filing Creditor Name and Address:
MATERIAL SCIENCES
CORPORATION
POPPER & GRAFTON
225 W 34TH ST STE 1609
NEW YORK, NY 10122-1600

Claim Holder Name and Address

MATERIAL SCIENCES
CORPORATION
POPPER & GRAFTON
225 W 34TH ST STE 1609
NEW YORK, NY 10122-1600

Docketed Total:  **$42,820.98**

Modified Total:  **$39,830.12**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $42,820.98 | | 05-44640 | | $39,830.12 | |
| | | **$42,820.98** | | | | **$39,830.12** | |

**Claim: 16696**
Date Filed: 10/20/2005
Docketed Total: $ 1,242.18
Filing Creditor Name and Address:
MIDWEST STAMPING INC
LEWIS RICE & FINGERSH LC
500 N BROADWAY STE 2000
ST LOUIS, MO 63102-2147

Claim Holder Name and Address

MIDWEST STAMPING INC
LEWIS RICE & FINGERSH LC
500 N BROADWAY STE 2000
ST LOUIS, MO 63102-2147

Docketed Total:  **$1,242.18**

Modified Total:  **$1,242.18**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $1,242.18 | | 05-44640 | | $1,242.18 | |
| | | **$1,242.18** | | | | **$1,242.18** | |

**Claim: 14295**
Date Filed: 07/31/2006
Docketed Total: $ 124,961.82
Filing Creditor Name and Address:
MOBILE DISPLAY SYSTEMS
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
599 LEXINGTON AVE
NEW YORK, NY 10022

Claim Holder Name and Address

MOBILE DISPLAY SYSTEMS
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
599 LEXINGTON AVE
NEW YORK, NY 10022

Docketed Total:  **$124,961.82**

Modified Total:  **$124,961.82**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $124,961.82 | 05-44640 | | $25,930.54 | $99,031.28 |
| | | | **$124,961.82** | | | **$25,930.54** | **$99,031.28** |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16346<br>Date Filed: 10/02/2006<br>Docketed Total: $ 474,785.71<br>Filing Creditor Name and Address:<br>NSK CORPORATION<br>PO BOX 134007<br>ANN ARBOR, MI 48113-4007 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD    Docketed Total:    $474,785.71<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Modified Total:    $474,785.71 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $474,785.71 | 05-44640 | | $26,521.34 | $448,264.37 |
| | | | **$474,785.71** | | | **$26,521.34** | **$448,264.37** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16693<br>Date Filed: 10/18/2005<br>Docketed Total: $ 6,000.00<br>Filing Creditor Name and Address:<br>OMG AMERICAS INC<br>811 SHARON DR<br>WESTLAKE, OH 44145 | Claim Holder Name and Address<br><br>OMG AMERICAS INC    Docketed Total:    $6,000.00<br>811 SHARON DR<br>WESTLAKE, OH 44145 | Modified Total:    $6,000.00 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $6,000.00 | | 05-44482 | | $6,000.00 | |
| | | **$6,000.00** | | | | **$6,000.00** | |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16609<br>Date Filed: 06/04/2007<br>Docketed Total: $ 193,633.16<br>Filing Creditor Name and Address:<br>PRECISION RESOURCE INC KY DIV<br>25 FOREST PARKWAY<br>SHELTON, CT 6484 | Claim Holder Name and Address<br><br>PRECISION RESOURCE INC KY DIV    Docketed Total:    $193,633.16<br>25 FOREST PARKWAY<br>SHELTON, CT 6484 | Modified Total:    $193,633.16 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $193,633.16 | 05-44640 | | $13,539.00 | $180,094.16 |
| | | | **$193,633.16** | | | **$13,539.00** | **$180,094.16** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16661<br>Date Filed: 10/10/2005<br>Docketed Total: $ 56,146.15<br>Filing Creditor Name and Address:<br>PRIDGEON & CLAY INC<br>50 COTTAGE GROVE SW<br>GRAND RAPIDS, MI 49507 | Claim Holder Name and Address<br><br>PRIDGEON & CLAY INC    Docketed Total:    $56,146.15<br>50 COTTAGE GROVE SW<br>GRAND RAPIDS, MI 49507 | Modified Total:    $54,023.95 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $56,146.15 | | 05-44640 | | $54,023.95 | |
| | | **$56,146.15** | | | | **$54,023.95** | |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16678￼Date Filed: 10/13/2005￼Docketed Total: $ 21,375.00￼Filing Creditor Name and Address:￼ RBC BEARINGS￼ ONE TECHNOLOGY CTR￼ OXFORD, CT 6478 | **Claim Holder Name and Address**￼￼RBC BEARINGS￼ONE TECHNOLOGY CTR￼OXFORD, CT 6478 | Docketed Total: | **$21,375.00** | | | Modified Total: | **$21,375.00** | |
| | Case Number*￼05-44481 | Secured | Priority￼$21,375.00￼**$21,375.00** | Unsecured | Case Number*￼05-44624 | Secured | Priority￼$21,375.00￼**$21,375.00** | Unsecured |
| Claim: 16691￼Date Filed: 10/14/2005￼Docketed Total: $ 166,783.27￼Filing Creditor Name and Address:￼ RF MONOLITHICS￼ HUNTON & WILLIAMS LLP￼ 1601 BRYAN ST 30TH FL￼ DALLAS, TX 75201-3402 | **Claim Holder Name and Address**￼￼RF MONOLITHICS￼HUNTON & WILLIAMS LLP￼1601 BRYAN ST 30TH FL￼DALLAS, TX 75201-3402 | Docketed Total: | **$166,783.27** | | | Modified Total: | **$160,435.27** | |
| | Case Number*￼05-44481 | Secured | Priority￼$166,783.27￼**$166,783.27** | Unsecured | Case Number*￼05-44640 | Secured | Priority￼$160,435.27￼**$160,435.27** | Unsecured |
| Claim: 16683￼Date Filed: 10/14/2005￼Docketed Total: $ 22,443.37￼Filing Creditor Name and Address:￼ SAGAMI AMERICA LTD￼ MASUDA FUNAI EIFERT &￼ MITCHELL LTD￼ 203 N LASALLE ST STE 2500￼ CHICAGO, IL 60601 | **Claim Holder Name and Address**￼￼SAGAMI AMERICA LTD￼MASUDA FUNAI EIFERT &￼MITCHELL LTD￼203 N LASALLE ST STE 2500￼CHICAGO, IL 60601 | Docketed Total: | **$22,443.37** | | | Modified Total: | **$22,443.37** | |
| | Case Number*￼05-44481 | Secured | Priority￼$22,443.37￼**$22,443.37** | Unsecured | Case Number*￼05-44640 | Secured | Priority￼$22,443.37￼**$22,443.37** | Unsecured |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-12    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-3    Pg 18 of 22

Twenty-First Omnibus Claims Objection

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 11785
Date Filed: 07/27/2006
Docketed Total: $ 615,329.09
Filing Creditor Name and Address:
SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN, MA 02038

**CLAIM AS DOCKETED**

Claim Holder Name and Address

JPMORGAN CHASE BANK NA          Docketed Total:          $16,863.86
270 PARK AVE 17TH FL
NEW YORK, NY 10017

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $2,060.49 | UNL | $14,803.37 |
| | $2,060.49 | UNL | $14,803.37 |

Claim Holder Name and Address

TPG CREDIT OPPORTUNITIES FUND          Docketed Total:          $275,294.01
LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $86,942.30 | $188,351.71 |
| | | $86,942.30 | $188,351.71 |

Claim Holder Name and Address

TPG CREDIT OPPORTUNITIES          Docketed Total:          $323,171.22
INVESTORS LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $102,062.70 | $221,108.52 |
| | | $102,062.70 | $221,108.52 |

**CLAIM AS MODIFIED**

Modified Total:          $14,410.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $0.00 | $0.00 | $14,410.00 |
| | $0.00 | $0.00 | $14,410.00 |

Modified Total:          $275,294.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $86,942.30 | $188,351.71 |
| | | $86,942.30 | $188,351.71 |

Modified Total:          $323,171.22

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $102,062.70 | $221,108.52 |
| | | $102,062.70 | $221,108.52 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10728-12   Filed 10/26/07   Entered 10/26/07 10:27:21   Exhibit
F-3   Pg 19 of 22

Twenty-First Omnibus Claims Objection

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16663**
Date Filed: 10/11/2005
Docketed Total: $ 5,293.69
Filing Creditor Name and Address:
SPRING ENGINEERING &
MANUFACTURING
CORPORATION
SPRING ENGINEERING &
MANUFACTURING
7820 N LILLEY RD
CANTON, MI 48187

Claim Holder Name and Address

SPRING ENGINEERING &
MANUFACTURING CORPORATION
SPRING ENGINEERING &
MANUFACTURING
7820 N LILLEY RD
CANTON, MI 48187

Docketed Total: **$5,293.69**

Modified Total: **$5,293.69**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $5,293.69 | |
| | | **$5,293.69** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,293.69 | |
| | | **$5,293.69** | |

---

**Claim: 12838**
Date Filed: 07/28/2006
Docketed Total: $ 97,460.00
Filing Creditor Name and Address:
STANDARD MICROSYSTEMS
CORPORATION
MORITT HOCK HAMROFF &
HOROWITZ LLP
400 GARDEN CITY PLZ
GARDEN CITY, NY 11530

Claim Holder Name and Address

STANDARD MICROSYSTEMS
CORPORATION
MORITT HOCK HAMROFF &
HOROWITZ LLP
400 GARDEN CITY PLZ
GARDEN CITY, NY 11530

Docketed Total: **$97,460.00**

Modified Total: **$93,507.33**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $36,410.00 | $61,050.00 |
| | | **$36,410.00** | **$61,050.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $19,067.40 | $74,439.93 |
| | | **$19,067.40** | **$74,439.93** |

---

**Claim: 16652**
Date Filed: 10/08/2005
Docketed Total: $ 52,310.89
Filing Creditor Name and Address:
STEEL TECHNOLOGIES INC
15415 SHELBYVILLE RD
PO BOX 433939
LOUISVILLE, KY 40253-0339

Claim Holder Name and Address

STEEL TECHNOLOGIES INC
15415 SHELBYVILLE RD
PO BOX 433939
LOUISVILLE, KY 40253-0339

Docketed Total: **$52,310.89**

Modified Total: **$52,310.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $52,310.89 | |
| | | **$52,310.89** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $52,310.89 | |
| | | **$52,310.89** | |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-12    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-3    Pg 20 of 22

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12373**
Date Filed: 07/28/2006
Docketed Total: $ 619,697.70
Filing Creditor Name and Address:
TAL PORT INDUSTRIES LLC
PO BOX 1970
JACKSON, MS 39215-1970

Claim Holder Name and Address

STONEHILL INSTITUTIONAL
PARTNERS LP
CO STONEHILL CAPITAL
MANAGEMENT
885 THIRD AVE 30TH FL
NEW YORK, NY 10022

Docketed Total:    **$619,697.70**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $619,697.70 |
| | | | **$619,697.70** |

Modified Total:    **$528,905.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $30,013.94 | $498,891.95 |
| | | **$30,013.94** | **$498,891.95** |

---

**Claim: 16684**
Date Filed: 10/13/2005
Docketed Total: $ 14,880.00
Filing Creditor Name and Address:
TESSIER MACHINE CO
526 MAIN ST
HUDSON, MA 1749

Claim Holder Name and Address

TESSIER MACHINE CO
526 MAIN ST
HUDSON, MA 1749

Docketed Total:    **$14,880.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $14,880.00 | |
| | | **$14,880.00** | |

Modified Total:    **$14,880.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | $14,880.00 | |
| | | **$14,880.00** | |

---

**Claim: 16688**
Date Filed: 10/10/2005
Docketed Total: $ 23,489.41
Filing Creditor Name and Address:
UNITED CHEMI CON INC
9801 W HIGGINS RD
ROSEMONT, IL 60018

Claim Holder Name and Address

UNITED CHEMI CON INC
9801 W HIGGINS RD
ROSEMONT, IL 60018

Docketed Total:    **$23,489.41**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $23,489.41 | |
| | | **$23,489.41** | |

Modified Total:    **$22,311.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $22,311.50 | |
| | | **$22,311.50** | |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-12    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
F-3    Pg 21 of 22

Twenty-First Omnibus Claims Objection

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16695<br>Date Filed: 10/24/2005<br>Docketed Total: $ 13,238.61<br>Filing Creditor Name and Address:<br>UNITED STARS INDUSTRIES INC<br>MAYER BROWN ROWE & MAW<br>190 S LASALLE ST<br>CHICAGO, IL 60603-3441 | Claim Holder Name and Address<br><br>UNITED STARS INDUSTRIES INC<br>MAYER BROWN ROWE & MAW<br>190 S LASALLE ST<br>CHICAGO, IL 60603-3441 | | Docketed Total: | **$13,238.61** | | | Modified Total: | **$11,853.70** |
| | Case Number*<br>05-44481 | Secured | Priority<br>$13,238.61<br><br>**$13,238.61** | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$11,853.70<br><br>**$11,853.70** | Unsecured |
| Claim: 16653<br>Date Filed: 10/10/2005<br>Docketed Total: $ 6,000.00<br>Filing Creditor Name and Address:<br>US SILICA COMPANY<br>PO BOX 933008<br>ATLANTA, GA 31193-3008 | Claim Holder Name and Address<br><br>US SILICA COMPANY<br>PO BOX 933008<br>ATLANTA, GA 31193-3008 | | Docketed Total: | **$6,000.00** | | | Modified Total: | **$6,000.00** |
| | Case Number*<br>05-44481 | Secured | Priority<br>$6,000.00<br><br>**$6,000.00** | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$6,000.00<br><br>**$6,000.00** | Unsecured |
| Claim: 16694<br>Date Filed: 10/18/2005<br>Docketed Total: $ 186.68<br>Filing Creditor Name and Address:<br>WAKEFIELD THERMAL<br>SOLUTIONS<br>VERRILL DANA LLP<br>ONE PORTLAND SQ<br>PORTLAND, ME 04112-0586 | Claim Holder Name and Address<br><br>WAKEFIELD THERMAL SOLUTIONS<br>VERRILL DANA LLP<br>ONE PORTLAND SQ<br>PORTLAND, ME 04112-0586 | | Docketed Total: | **$186.68** | | | Modified Total: | **$186.68** |
| | Case Number*<br>05-44481 | Secured | Priority<br>$186.68<br><br>**$186.68** | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$186.68<br><br>**$186.68** | Unsecured |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16697<br>Date Filed: 10/17/2005<br>Docketed Total: $ 952.91<br>Filing Creditor Name and Address:<br>  WERNER CO<br>  93 WERNER RD<br>  GREENVILLE, PA 16125 | Claim Holder Name and Address<br><br>WERNER CO<br>93 WERNER RD<br>GREENVILLE, PA 16125 | Docketed Total: | | $952.91 | | Modified Total: | | $952.91 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44481 | | $952.91 | | 05-44640 | | $952.91 | |
| | | | **$952.91** | | | | **$952.91** | |

Total Claims to be Modified: 64

Total Amount as Docketed:  $8,600,559.20

Total Amount as Modified:  $ 8,144,352.43

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated