**EXHIBIT G-3 - ADJOURNED UNTIMELY BOOKS AND RECORDS TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 8695 | 16649 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$36,000.00<br>_____<br>$36,000.00 | 08/04/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$36,000.00** | | |