**EXHIBIT G-4 - ADJOURNED UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AT&T GLOBAL SERIVCES FKA SBC GLOBAL<br>AT&T INC<br>ONE AT&T WAY RM 3A218<br>BEDMINSTER, NJ 7921 | 16636 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$751,745.35<br>$751,745.35 | 08/06/2007 | DELPHI CORPORATION<br>(05-44481) |
| AT&T GLOBAL SERVICES FKA SBC GLOBAL<br>AT&T INC<br>ONE AT&T WAY RM 3A218<br>BEDMINSTER, NJ 7921 | 16637 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$647,310.88<br>$647,310.88 | 08/06/2007 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC<br>(05-44636) |
| Total: | 2 | | $1,399,056.23 | | |