## EXHIBIT G-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2468<br>Date Filed: 04/03/2006<br>Docketed Total: $ 517,747.63<br>Filing Creditor Name and Address:<br>3M COMPANY<br>OFFICE OF GENERAL COUNSEL<br>BLDG 220 9E 02<br>ST PAUL, MN 55144 | Claim Holder Name and Address<br><br>3M COMPANY<br>OFFICE OF GENERAL COUNSEL<br>BLDG 220 9E 02<br>ST PAUL, MN 55144 | Docketed Total: | | $517,747.63 | | | Modified Total: | $500,289.01 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$517,747.63<br>————<br>$517,747.63 | Case Number*<br>05-44640 | Secured | Priority<br>$34,337.94<br>————<br>$34,337.94 | Unsecured<br>$465,951.07<br>————<br>$465,951.07 |
| Claim: 2246<br>Date Filed: 03/10/2006<br>Docketed Total: $ 6,140,513.59<br>Filing Creditor Name and Address:<br>ALPS AUTOMOTIVE INC<br>GOLDBERG STINNETT MEYERS & DAVIS<br>44 MONTGOMERY ST STE 2900<br>SAN FRANCISCO, CA 94104 | Claim Holder Name and Address<br><br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>383 MADISON AVE<br>NEW YORK, NY 10179 | Docketed Total: | | $6,140,513.59 | | | Modified Total: | $5,985,477.74 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,140,513.59<br>————<br>$6,140,513.59 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,985,477.74<br>————<br>$5,985,477.74 |
| Claim: 1771<br>Date Filed: 02/03/2006<br>Docketed Total: $ 200,547.61<br>Filing Creditor Name and Address:<br>CASTWELL PRODUCTS INC<br>JPMORGAN CHASE BANK NA AS ASSIGNEE OF CASTWELL PRODUCTS INC<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Claim Holder Name and Address<br><br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Docketed Total: | | $200,547.61 | | | Modified Total: | $155,030.54 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$47,499.91<br>————<br>$47,499.91 | Unsecured<br>$153,047.70<br>————<br>$153,047.70 | Case Number*<br>05-44640 | Secured | Priority<br>$38,016.28<br>————<br>$38,016.28 | Unsecured<br>$117,014.26<br>————<br>$117,014.26 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT G-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10380<br>Date Filed: 07/24/2006<br>Docketed Total: $ 1,487,077.20<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF MEAD WESTVACO CORPORATION<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 6830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF MEAD WESTVACO CORPORATION<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 6830 | Docketed Total: | | $1,487,077.20 | | Modified Total: | | $954,045.60 |
| | Case Number*<br>05-44640 | Secured<br>$24,826.27<br>$24,826.27 | Priority | Unsecured<br>$1,462,250.93<br>$1,462,250.93 | Case Number*<br>05-44640 | Secured | Priority<br>$28,965.90<br>$28,965.90 | Unsecured<br>$925,079.70<br>$925,079.70 |
| Claim: 10490<br>Date Filed: 07/24/2006<br>Docketed Total: $ 538,577.55<br>Filing Creditor Name and Address:<br>DONALDSON COMPANY INC<br>1400 W 94TH ST<br>BLOOMINGTON, MN 55431-2301 | Claim Holder Name and Address<br>DONALDSON COMPANY INC<br>1400 W 94TH ST<br>BLOOMINGTON, MN 55431-2301 | Docketed Total: | | $538,577.55 | | Modified Total: | | $332,257.57 |
| | Case Number*<br>05-44481 | Secured<br>UNL<br>UNL | Priority | Unsecured<br>$538,577.55<br>$538,577.55 | Case Number*<br>05-44640 | Secured | Priority<br>$3,317.52<br>$3,317.52 | Unsecured<br>$328,940.05<br>$328,940.05 |
| Claim: 15064<br>Date Filed: 07/31/2006<br>Docketed Total: $ 5,895,235.82<br>Filing Creditor Name and Address:<br>GOLDMAN SACHS CREDIT PARTNERS LP ASSIGNEE OF SIEMENS VDO AUTOMOTIVE CORPORATION AND SIEMENS VDO AUTOMOTIVE INC<br>ONE NEW YORK PLAZA 42ND FL<br>NEW YORK, NY 10004 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP ASSIGNEE OF SIEMENS VDO AUTOMOTIVE CORPORATION AND SIEMENS VDO AUTOMOTIVE INC<br>ONE NEW YORK PLAZA 42ND FL<br>NEW YORK, NY 10004 | Docketed Total: | | UNL | | Modified Total: | | $5,679,024.51 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$217,346.00<br>$217,346.00 | Unsecured<br>$5,461,678.51<br>$5,461,678.51 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-19    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit G-7    Pg 3 of 6

Twenty-First Omnibus Claims Objection

**EXHIBIT G-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16561<br>Date Filed: 03/02/2007<br>Docketed Total: $ 70,117.16<br>Filing Creditor Name and Address:<br>MCNAUGHTON MCKAY<br>ELECTRIC OF OHIO<br>1357 E LINCOLN AVE<br>MADISON HEIGHTS, MI<br>48071-4126 | Claim Holder Name and Address<br>MCNAUGHTON MCKAY ELECTRIC OF OHIO<br>1357 E LINCOLN AVE<br>MADISON HEIGHTS, MI 48071-4126<br><br>Docketed Total: $70,117.16<br><br>Case Number*   Secured    Priority       Unsecured<br>05-44481                  $23,230.90     $46,886.26<br>                          $23,230.90     $46,886.26 | Modified Total: $54,501.01<br><br>Case Number*   Secured    Priority       Unsecured<br>05-44640                  $23,230.90     $31,270.11<br>                          $23,230.90     $31,270.11 |
| Claim: 7571<br>Date Filed: 06/06/2006<br>Docketed Total: $ 152,953.02<br>Filing Creditor Name and Address:<br>NORTHERN ENGRAVING<br>CORPORATION<br>803 S BLACK RIVER ST<br>SPARTA, WI 54656 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Docketed Total: $152,953.02<br><br>Case Number*   Secured    Priority       Unsecured<br>05-44640                                 $152,953.02<br>                                         $152,953.02 | Modified Total: $115,162.90<br><br>Case Number*   Secured    Priority       Unsecured<br>05-44640                  $12,021.80     $103,141.10<br>                          $12,021.80     $103,141.10 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-19    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit G-7    Pg 4 of 6

Twenty-First Omnibus Claims Objection

**EXHIBIT G-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14139<br>Date Filed: 07/31/2006<br>Docketed Total: $ 1,206,143.24<br>Filing Creditor Name and Address:<br>  SPCP GROUP LLC AS ASSIGNEE OF SERIGRAPH INC<br>  TWO GREENWICH PLZ 1ST FL<br>  GREENWICH, CT 6830 | Claim Holder Name and Address<br>  DEUTSCHE BANK SECURITIES INC<br>  60 WALL ST 3RD FL<br>  NEW YORK, NY 10005<br><br>Docketed Total: **$1,000,000.00**<br><br>Case Number*: 05-44640 — Secured: — Priority: — Unsecured: $1,000,000.00<br>Total: **$1,000,000.00** | Modified Total: **$936,436.06**<br><br>Case Number*: 05-44640 — Secured: — Priority: — Unsecured: $936,436.06<br>Total: **$936,436.06** |
| | Claim Holder Name and Address<br>  SPCP GROUP LLC AS ASSIGNEE OF SERIGRAPH INC<br>  TWO GREENWICH PLZ 1ST FL<br>  GREENWICH, CT 6830<br><br>Docketed Total: **$206,143.24**<br><br>Case Number*: 05-44640 — Secured: — Priority: — Unsecured: $206,143.24<br>Total: **$206,143.24** | Modified Total: **$50,134.22**<br><br>Case Number*: 05-44640 — Secured: — Priority: $50,134.22 — Unsecured: —<br>Total: **$50,134.22** |
| Claim: 11965<br>Date Filed: 07/28/2006<br>Docketed Total: $ 105,650.59<br>Filing Creditor Name and Address:<br>  TDK CORPORATION OF AMERICA<br>  KATTEN MUCHIN ROSENMAN LLP<br>  525 W MONROE ST<br>  CHICAGO, IL 60661-3693 | Claim Holder Name and Address<br>  GOLDMAN SACHS CREDIT PARTNERS LP<br>  C O GOLDMAN SACHS & CO<br>  30 HUDSON 17TH FL<br>  JERSEY CITY, NJ 7302<br><br>Docketed Total: **$105,650.59**<br><br>Case Number*: 05-44481 — Secured: — Priority: — Unsecured: $105,650.59<br>Total: **$105,650.59** | Modified Total: **$105,117.58**<br><br>Case Number*: 05-44640 — Secured: — Priority: $3,559.48 — Unsecured: $101,558.10<br>Total: **$3,559.48** **$101,558.10** |

*See Exhibit H for a listing of debtor entities by case number.  
*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10728-19    Filed 10/26/07    Entered 10/26/07 10:27:21    Exhibit
G-7    Pg 5 of 6

Twenty-First Omnibus Claims Objection

**EXHIBIT G-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11966<br>Date Filed: 07/28/2006<br>Docketed Total: $ 5,491.20<br>Filing Creditor Name and Address:<br>TDK CORPORATION OF AMERICA<br>KATTEN MUCHIN ROSENMAN LLP<br>525 W MONROE ST<br>CHICAGO, IL 60661-3693 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 7302<br><br>Docketed Total: $5,491.20<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44567 / / / $5,491.20<br>$5,491.20 | Modified Total: $2,734.20<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44567 / / $44.00 / $2,690.20<br>$44.00 / $2,690.20 |
| Claim: 11967<br>Date Filed: 07/28/2006<br>Docketed Total: $ 5,019,217.38<br>Filing Creditor Name and Address:<br>TDK CORPORATION OF AMERICA<br>KATTEN MUCHIN ROSENMAN LLP<br>525 W MONROE ST<br>CHICAGO, IL 60661-3693 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 7302<br><br>Docketed Total: $5,019,217.38<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / / $5,019,217.38<br>$5,019,217.38 | Modified Total: $4,993,895.44<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $169,102.74 / $4,824,792.70<br>$169,102.74 / $4,824,792.70 |
| Claim: 1728<br>Date Filed: 01/31/2006<br>Docketed Total: $ 212,632.48<br>Filing Creditor Name and Address:<br>TELEFLEX AUTOMOTIVE MANUFACTURING CORPORATION<br>155 S LIMERICK RD<br>LIMERICK, PA 19468-1699 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>383 MADISON AVE<br>NEW YORK, NY 10179<br><br>Docketed Total: $212,632.48<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $64,731.84 / / $147,900.64<br>$64,731.84 / $147,900.64 | Modified Total: $181,558.42<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $4,315.42 / $177,243.00<br>$4,315.42 / $177,243.00 |

*See Exhibit H for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al. 05-44481-rdd Doc 10728-19 Filed 10/26/07 Entered 10/26/07 10:27:21 Exhibit
Case No. 05-44481 (RDD) G-7 Pg 6 of 6 Twenty-First Omnibus Claims Objection

**EXHIBIT G-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1773<br>Date Filed: 02/03/2006<br>Docketed Total: $ 516,132.52<br>Filing Creditor Name and Address:<br>TEXAS FOUNDRIES LTD<br>JPMORGAN CHASE BANK NA AS ASSIGNEE OF TEXAS FOUNDRIES LTD<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Claim Holder Name and Address<br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Docketed Total: | | $516,132.52 | | Modified Total: | | $162,058.39 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$80,962.22 | Unsecured<br>$435,170.30 | Case Number*<br>05-44640 | Secured | Priority<br>$34,000.11 | Unsecured<br>$128,058.28 |
| | | | $80,962.22 | $435,170.30 | | | $34,000.11 | $128,058.28 |

**Total Claims to be Modified: 14**

**Total Amount as Docketed: $22,068,036.99**

**Total Amount as Modified: $ 20,251,139.79**

*See Exhibit H for a listing of debtor entities by case number.
*UNL stands for unliquidated
Page 6 of 6