In re Delphi Corporation, <u>et al.</u>      **Twenty-First Omnibus Claims Objection**

Case No. 05-44481 (RDD)

### Exhibit H - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44480 | DELPHI NY HOLDING CORPORATION |
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44529 | DELPHI MEDICAL SYSTEMS CORPORATION |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44554 | DELPHI TECHNOLOGIES, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44586 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC. |
| 05-44589 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC. |
| 05-44591 | DELPHI INTERNATIONAL HOLDINGS CORP. |
| 05-44593 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION |
| 05-44596 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC. |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44623 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44636 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC. |
| 05-44639 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |