**Madison Liquidity Investors, LLC**
**6310 Lamar Ave Ste 120**
**Overland Park, KS 66202**

## U. S. BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re: Delphi Corp.                           Chapter 11
In Re: **Mercer Transportation Co**           Case Nos **05-44481**

### Notice of Withdraw of Transfer of Claim

Please Take Notice that **Madison Niche Opportunities LLC,** hereby withdraws the Notice of Transfer of Claim filed on 9/13/2007 Docket#:**9353** from **Mercer Transportation Co** as Transferor, to **Madison Niche Opportunities** as Transferee. The Withdraw of Transfer of Claim relates to the schedule liability of **$8,881.60**

Submitted: **10/26/2007**

**Madison Liquidity Investors, LLC**
**6310 Lamar Ave Ste 120**
**Overland Park, KS 66202**
**913-982-5007**

By: _____
         Doyle Clark

**Madison Liquidity Investors, LLC**
**6310 Lamar Ave Ste 120**
**Overland Park, KS 66202**

## U. S. BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Delphi Corp.<br>In Re: **Industrial Plating** | Chapter 11<br>Case Nos 05-44481 |

### Notice of Withdraw of Transfer of Claim

Please Take Notice that **Madison Niche Opportunities LLC,** hereby withdraws the Notice of Transfer of Claim filed on 8/22/2007 Docket#: **9132** from **Industrial Plating** as Transferor, to **Madison Niche Opportunities** as Transferee. The Withdraw of Transfer of Claim relates to the schedule liability of **$9,133.25 and claim number 14881 in the amount of $9,133.25** Docket #: 9133

Submitted: **10/26/2007**

**Madison Liquidity Investors, LLC**
**6310 Lamar Ave Ste 120**
**Overland Park, KS 66202**
**913-982-5007**

By: _____
    Doyle Clark

**Madison Liquidity Investors, LLC**
6310 Lamar Ave Ste 120
Overland Park, KS 66202

**U. S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: Delphi Corp. | Chapter 11 |
| In Re: **Ohio & Michigan Paper Co** | Case Nos **05-44481** |

### Notice of Withdraw of Transfer of Claim

Please Take Notice that **Madison Niche Opportunities LLC,** hereby withdraws the Notice of Transfer of Claim filed on 8/27/2007 Docket#:**9159** from **Ohio & Michigan Paper Co** as Transferor, to **Madison Niche Opportunities** as Transferee. The Withdraw of Transfer of Claim relates to the schedule liability of **$4,348.00 and claim number 8602 in the amount of** $4,348.00  DOCKET #: 9160

Submitted: **10/26/2007**

**Madison Liquidity Investors, LLC**
**6310 Lamar Ave Ste 120**
**Overland Park, KS 66202**
**913-982-5007**

By: _____
Doyle Clark