Steven D. Pohl, Esq. (SP-0435)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | )<br>)<br>) Chapter 11 |
| DELPHI CORPORATION, et. al., | ) Case No. 05-44481 (RDD)<br>) |
| Debtors | ) (Jointly Administered)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSACHUSETTS    )
                                 ) ss.:
COUNTY OF SUFFOLK                )

Carol S. Ennis, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Melrose, Massachusetts.

On the 18th day of October, 2007, I caused to be served a true copy of the Response to the Debtors' Twenty-First Omnibus Objection as to Certain Proofs of Claim (Goldman Sachs Credit Partners, LP Claims) (Claim Nos. 7547, 15086, 15046, 5842, 11965, 11966 and 11967) [Docket No. 10646] and on the 24th day of October, 2007 I caused to be served a true copy of the Withdrawal of Response of Goldman Sachs Credit Partners, LP to the Debtors' Twenty-First Omnibus Objection as to Certain Proofs of Claim (Claim Nos. 5842, 11965, 11966 and 11967) [Docket No. 10718] to the parties listed below by electronic mail and first class mail, as indicated:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel
(By First Class Mail)

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Randall G. Reese, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
(By Electronic Mail)

Carol S. Ennis, Paralegal
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
Tel.: (617) 856-8552
Fax: (617) 289-0472

Sworn to before me this
26th day of October, 2007

JANET S. WAMSLEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 7, 2012

# 1525323

2