05-44481-rdd    Doc 10738-1    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit A
Pg 1 of 1

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 15225<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>GIBBS DIE CASTING CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $366,338.17<br>Total: $366,338.17 | Claim Number: 15224<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>GIBBS DIE CASTING CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $228,980.13<br>Total: $228,980.13 |
| Claim Number: 7417<br>Date Filed: 06/05/2006<br>Creditor's Name and Address:<br>HENDRICKSON DAVID<br>1012 NOTTINGHAM LN<br>KOKOMO, IN 46902<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim Number: 16718<br>Date Filed: 10/04/2007<br>Creditor's Name and Address:<br>HENDRICKSON<br>1012 NOTTINGHAM LN<br>KOKOMO, IN 46902<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL |
| Claim Number: 16626<br>Date Filed: 07/17/2007<br>Creditor's Name and Address:<br>MILLWOOD INC DBA LIBERTY INDUSTRIES INC<br>KRUGLIAK WILKINS GRIFFITHS & DOUGHERTY CO LPA<br>4775 MUNSON ST NW<br>PO BOX 36963<br>CANTON, OH 44735-6963<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $5,946.75<br>Administrative:<br>Unsecured: $214,220.75<br>Total: $220,167.50 | Claim Number: 10218<br>Date Filed: 07/21/2006<br>Creditor's Name and Address:<br>MILLWOOD INC DBA LIBERTY INDUSTRIES INC<br>KRUGLIAK WILKINS GRIFFITHS & DOUGHERTY CO LPA<br>4775 MUNSON ST NW<br>PO BOX 36963<br>CANTON, OH 44735-6963<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $55,995.04<br>Administrative:<br>Unsecured: $164,172.46<br>Total: $220,167.50 |
| Claim Number: 10847<br>Date Filed: 07/25/2006<br>Creditor's Name and Address:<br>SOSNOWCHIK THOMAS J<br>37407 S JADE CREST DR<br>TUCSON, AZ 85739<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | Claim Number: 16715<br>Date Filed: 09/27/2007<br>Creditor's Name and Address:<br>SOSNOWCHIK THOMAS J<br>37407 S JADE CREST DR<br>TUCSON, AZ 85739<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,442.00<br>Total: $76,442.00 |

Total Claims to be Expunged: 4

Total Asserted Amount to be Expunged: $586,505.67

*UNL stands for unliquidated