**EXHIBIT B - EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BILL R WAGGERMAN<br>34850 MISSION BELLVIEW<br>LOUISBURG, KS 66053-7175 | 5550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/10/2006 | DELPHI CORPORATION<br>(05-44481) |
| BILLY GENE ISENHOWER<br>414 WINTERBROOK<br>OLATHE, KS 66062-1805 | 5813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/15/2006 | DELPHI CORPORATION<br>(05-44481) |
| DARLENE I MORRISON<br>239 LAUREL ST<br>YOUNGSTOWN, OH 44505-1923 | 7266 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| DONALD J MOSES<br>1206 WILSON<br>STURGIS, MI 49091-2247 | 13516 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| ETTA MARIE WALTON<br>659 W 400S<br>SHELBYVILLE, IN 46176-9317 | 7715 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 06/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| EUGENE J PETERSON AS<br>PETERSON UTHE MD UNIFORM<br>GIFTS TO MINORS ACT<br>229 MARSH ISLAND DR<br>CHESAPEAKE, VA 23320-9245 | 8499 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| HOWARD L WEBER AND SHIRLEY E<br>WEBER JT TEN<br>35652 JOHNSTOWN RD<br>FARMINGTON HILLS, MI 48335-2015 | 4131 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| JAY V DAVENPORT<br>113 VENUS WAY<br>BONAIRE, GA 31005-3337 | 6512 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/22/2006 | DELPHI CORPORATION<br>(05-44481) |

*UNL stands for unliquidated

**EXHIBIT B - EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JERRY JAGER JR<br>4545 HWY 589<br>SUMRALL, MS 39482-3978 | 4340 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/02/2006 | DELPHI CORPORATION<br>(05-44481) |
| MARK S WALERZAK<br>10371 ST JOHN DR<br>ALGONAC, MI 48001-4241 | 9203 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/10/2006 | DELPHI CORPORATION<br>(05-44481) |
| SAM HOWARD JR<br>2205 LILAC CIRCLE<br>MCKINNEY, TX 75071 | 7813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/12/2006 | DELPHI CORPORATION<br>(05-44481) |
| VIOLA F CHRISTOPHER<br>4795 GRAN RIVER GLEN<br>DULUTH, GA 30096 | 3682 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| WILLIAM P UNRATH<br>310 TRAVERSE DR<br>PITTSBURGH, PA 15236-4463 | 5673 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 05/12/2006 | DELPHI CORPORATION<br>(05-44481) |
| WILLIAM P UNRATH SR AND<br>MARLENE UNRATH TEN ENT<br>310 TRAVERSE DR<br>PITTSBURGH, PA 15236-4463 | 5674 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 05/12/2006 | DELPHI CORPORATION<br>(05-44481) |
| ZOFKO MARTIN<br>8978 ALTURA DR NE<br>WARREN, OH 44484 | 16084 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **15** | **UNL** | | |

*UNL stands for unliquidated