In re Delphi Corporation, et al.         Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT C - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JANET M GORDON<br>20437 ARDMORE<br>DETROIT, MI 48235-1510 | 11157 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| OLD DOMINION FREIGHT LINE I<br>PO BOX 60908<br>CHARLOTTE, NC 28260 | 4424 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,715.40<br>$3,715.40 | 05/02/2006 | DELPHI CORPORATION<br>(05-44481) |
| RADIALL JERRIK INC<br>102 W JULIE DR<br>TEMPE, AZ 85283 | 3711 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$6,345.00<br>$6,345.00 | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **3** | | **$10,060.40** | | |

*UNL stands for unliquidated

Page 1 of 1