**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF ARAMARK UNIFORM & CAREER APPAREL INC DBA ARAMARK UNIFORM SERVICES AND ARAMARK<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 6830 | 10389 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$11,532.14<br>$11,532.14 | 07/24/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| DANIEL F YOUNG INC<br>1235 WESTLAKES DR STE 255<br>BERWYN, PA 19312 | 7745 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$300.00<br>$300.00 | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| HIRSCHMANN AUTOMOTIVE GMBH<br>405 LEXINGTON AVE 42ND FL<br>NEW YORK, NY 10174 | 2280 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$224,681.70<br>$224,681.70 | 03/10/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HIRSCHMANN CAR COMMUNICATIONS GMBH<br>FULBRIGHT & JAWORSKI LLP<br>666 FIFTH AVE<br>NEW YORK, NY 10103 | 14313 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$263,963.41<br>$263,963.41 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ITAPSA S A DE C V<br>ATTN C MENDELJIAN<br>1101 TECHNOLOGY DR 100<br>ANN ARBOR, MI 48108 | 9512 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $221,044.31<br><br><br>$51,085.79<br>$272,130.10 | 07/14/2006 | DELPHI CORPORATION (05-44481) |
| JAMES HUTZ JR<br>6365 THOMPSON SHARPSVILLE RD<br>FOWLER, OH 44418 | 3139 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,157,683.93<br>$2,157,683.93 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF CARBY CORPORATION<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 7601 | 15491 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,340.00<br>$5,340.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*UNL stands for unliquidated

05-44481-rdd Doc 10738-4 Filed 10/26/07 Entered 10/26/07 17:40:12 Exhibit D-1 Pg 2 of 2

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MORGAN ADVANCED CERAMICS<br>DIAMONEX PRODUCTS DIV<br>KILPATRICK STOCKTON LLP<br>1100 PEACHTREE ST STE 2800<br>ATLANTA, GA 30309 | 11534 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $550,547.81<br><br><br><br>$550,547.81 | 07/27/2006 | DELPHI CORPORATION<br>(05-44481) |
| SABIN METAL CORPORATION<br>300 PANTIGO PL<br>STE 102<br>EAST HAMPTON, NY 11937 | 8510 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,583.35<br>$10,583.35 | 06/26/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP<br>(05-44482) |
| SEMITOOL INC<br>PO BOX 60000 FILE 72530<br>SAN FRANCISCO, CA 94160-2530 | 5208 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,480.05<br>$5,480.05 | 05/08/2006 | DELPHI CORPORATION<br>(05-44481) |
| SIEMENS VDO AUTOMOTIVE INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606 | 2773 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,291,767.58<br>$2,291,767.58 | 04/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| THYSSENKRUPP ELEVATOR<br>1500 S SUNKIST ST STE B<br>ANAHEIM, CA 92806 | 5646 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>$69.63<br>$69.63 | 05/11/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| TNT LOGISTICS NORTH AMERICA IN<br>10751 DEERWOOD PK BLVD STE 200<br>JACKSONVILLE, FL 32256 | 6940 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$14,465.00<br>$14,465.00 | 05/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **13** | | **$5,808,544.70** | | |

*UNL stands for unliquidated