05-44481-rdd   Doc 10738-5   Filed 10/26/07   Entered 10/26/07 17:40:12   Exhibit
D-2   Pg 1 of 1

In re Delphi Corporation, et al.   Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-2 - BOOKS AND RECORDS TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF ALABAMA<br>DEPARTMENT OF REVENUE<br>PO BOX 320001<br>MONTGOMERY, AL 36132-0001 | 1775 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$157,059.64<br><br><br>$157,059.64 | 02/06/2006 | DELPHI CORPORATION<br>(05-44481) |

**Total:** 1   **$157,059.64**

*UNL stands for unliquidated