05-44481-rdd    Doc 10738-6    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
D-3    Pg 1 of 1

In re Delphi Corporation, et al.            Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-3 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A SCHULMAN INC<br>VORYS SATER SEYMOUR AND PEASE LLP<br>2100 ONE CLEVELAND CTR<br>1375 E NINTH ST<br>CLEVELAND, OH 44114 | 16627 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $134,297.99<br><br><br><br>$134,297.99 | 07/17/2007 | DELPHI CORPORATION<br>(05-44481) |
| SCOTT DARRYL REESE<br>C O 329 BASKET BRANCH<br>OXFORD, MI 48371-6359 | 16709 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$40,844.62<br><br><br>$40,844.62 | 09/18/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **2** | | **$175,142.61** | | |

*UNL stands for unliquidated