**In re Delphi Corporation, et al.**  **Twenty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT D-4 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| UNEMPLOYMENT INSURANCE AGENCY<br>3024 W GRAND BLVD STE 11 500<br>DETROIT, MI 48202-6024 | 16721 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,651.43<br><br>$1,651.43 | 10/09/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$1,651.43** | | |

*UNL stands for unliquidated