05-44481-rdd    Doc 10738-8    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
D-5    Pg 1 of 2

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

**EXHIBIT D-5 - BOOKS AND RECORDS CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 1139 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $93,039.28<br>Total: $93,039.28 | 12/13/2005 | DELPHI CORPORATION (05-44481) |
| BERKSHIRE INVESTMENTS LLC<br>CHICAGO EXTRUDED METALS CO<br>1601 S 54TH AVE<br>CICERO, IL 60804 | 9653 | Secured: $177,062.67<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $177,062.67 | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| CARLISLE PLASTICS COMPANY INC<br>320 S OHIO AVE<br>PO BOX 146<br>NEW CARLISLE, OH 45344-0146 | 190 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,178.68<br>Total: $3,178.68 | 10/28/2005 | DELPHI CORPORATION (05-44481) |
| GORMAN JOHN M CO INC<br>2844 KEENAN AVE<br>DAYTON, OH 45414-4914 | 11937 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $17,280.45<br>Total: $17,280.45 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| HYDRA AIR INC<br>8208 INDY LN<br>INDIANAPOLIS, IN 46214-2326 | 15353 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $930.45<br>Total: $930.45 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SPCP GROUP LLC AS ASSIGNEE OF BEAVER MANUFACTURING COMPANY<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 6830 | 14133 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $267,469.05<br>Total: $267,469.05 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| UNISEAL INC<br>PO BOX 6288<br>EVANSVILLE, IN 47719 | 1916 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $48,784.11<br>Total: $48,784.11 | 02/08/2006 | DELPHI CORPORATION (05-44481) |
| VLR EMBEDDED INC<br>3035 W 15TH ST<br>PLANO, TX 75075 | 285 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $59,571.89<br>Total: $59,571.89 | 11/02/2005 | DELPHI CORPORATION (05-44481) |

*UNL stands for unliquidated

Page 1 of 2

*The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

05-44481-rdd    Doc 10738-8    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
D-5    Pg 2 of 2

In re Delphi Corporation, et al.    Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-5 - BOOKS AND RECORDS CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| Total: | 8 | $667,316.58 | | |

*The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.