05-44481-rdd    Doc 10738-9    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
E-1    Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

**EXHIBIT E-1 - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PIETRA JAMES<br>1130 SUZYLYNN<br>YOUNGSTOWN, OH 44512 | 16717 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/05/2007 | DELPHI CORPORATION<br>(05-44481) |
| SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 16716 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$26,076.60<br>$26,076.60 | 09/26/2007 | DELPHI CORPORATION<br>(05-44481) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>33 WHITEHALL ST<br>NEW YORK, NY 10004 | 16728 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 10/18/2007 | DELPHI CORPORATION<br>(05-44481) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>TRIAL ATTORNEY<br>33 WHITEHALL ST<br>NEW YORK, NY 10004 | 16727 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 10/18/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **4** | | **$26,076.60** | | |

*UNL stands for unliquidated