05-44481-rdd    Doc 10738-10    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
E-2    Pg 1 of 1

In re Delphi Corporation, et al.                                         Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-2 - UNTIMELY TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COMMONWEALTH OF VIRGINIA<br>DEPT OF TAXATION<br>PO BOX 2156<br>RICHMOND, VA 23218 | 16729 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$14,579.98<br><br>$14,579.98 | 10/18/2007 | DELPHI CORPORATION<br>(05-44481) |
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>3030 W GRAND BLVD STE 200 10TH FL<br>CADILLAC PL<br>DETROIT, MI 48202 | 16725 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$4,239.59<br><br>$4,239.59 | 10/17/2007 | DELPHI CORPORATION<br>(05-44481) |
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PL<br>3030 W GRAND BLVD 10TH FL STE 200<br>DETROIT, MI 48202 | 16724 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,459,293.50<br><br><br>$10,459,293.50 | 10/17/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **3** | | **$10,478,113.07** | | |