In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-11    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-1    Pg 1 of 19

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10589<br>Date Filed: 07/25/2006<br>Docketed Total: $136,561.72<br>Filing Creditor Name and Address:<br>AMD INTERNATIONAL SALES & SERVICE LTD<br>915 DEGUIGNE DR<br>MS 251<br>SUNNYVALE, CA 94088-3453 | Claim Holder Name and Address<br>AMD INTERNATIONAL SALES & SERVICE LTD<br>915 DEGUIGNE DR<br>MS 251<br>SUNNYVALE, CA 94088-3453<br><br>Docketed Total: $136,561.72<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44610                                           $136,561.72<br>                                                                 $136,561.72 | Modified Total: $33,973.92<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44610                                           $33,973.92<br>                                                                 $33,973.92 |
| Claim: 809<br>Date Filed: 11/22/2005<br>Docketed Total: $450,022.77<br>Filing Creditor Name and Address:<br>AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022-2121 | Claim Holder Name and Address<br>AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022-2121<br><br>Docketed Total: $450,022.77<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                           $450,022.77<br>                                                                 $450,022.77 | Modified Total: $438,359.65<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                           $438,359.65<br>                                                                 $438,359.65 |
| Claim: 1127<br>Date Filed: 12/12/2005<br>Docketed Total: $46,327.72<br>Filing Creditor Name and Address:<br>APOLLO SEIKO LTD<br>1861 WILLOWCREEK RD<br>PORTAGE, IN 46368 | Claim Holder Name and Address<br>APOLLO SEIKO LTD<br>1861 WILLOWCREEK RD<br>PORTAGE, IN 46368<br><br>Docketed Total: $46,327.72<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                           $46,327.72<br>                                                                 $46,327.72 | Modified Total: $11,980.75<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                           $6,900.51<br>05-44567                                           $5,080.24<br>                                                                 $11,980.75 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

Page 1 of 19

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-11    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-1    Pg 2 of 19

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1504<br>Date Filed: 01/10/2006<br>Docketed Total: $268,362.48<br>Filing Creditor Name and Address:<br>AVAYA INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Holder Name and Address<br>AVAYA INC    Docketed Total: $268,362.48<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44596                              $268,362.48<br>                                      $268,362.48 | Modified Total: $268,362.48<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $268,362.48<br>                                      $268,362.48 |
| Claim: 2220<br>Date Filed: 03/07/2006<br>Docketed Total: $31,894.35<br>Filing Creditor Name and Address:<br>BOC GASES<br>575 MTN AVE<br>MURRAY HILL, NJ 7974 | Claim Holder Name and Address<br>BOC GASES    Docketed Total: $31,894.35<br>575 MTN AVE<br>MURRAY HILL, NJ 7974<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $31,894.35<br>                                      $31,894.35 | Modified Total: $27,141.24<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $25,107.66<br>05-44624                              $2,033.58<br>                                      $27,141.24 |
| Claim: 8726<br>Date Filed: 06/28/2006<br>Docketed Total: $195,108.90<br>Filing Creditor Name and Address:<br>COMARK INC<br>C O INSIGHT ENTERPRISES INC<br>1305 W AUTO DR<br>TEMPE, AZ 85284 | Claim Holder Name and Address<br>COMARK INC    Docketed Total: $195,108.90<br>C O INSIGHT ENTERPRISES INC<br>1305 W AUTO DR<br>TEMPE, AZ 85284<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $195,108.90<br>                                      $195,108.90 | Modified Total: $57,579.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $57,579.00<br>                                      $57,579.00 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10738-11   Filed 10/26/07   Entered 10/26/07 17:40:12   Exhibit
F-1   Pg 3 of 19

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7742<br>Date Filed:   06/09/2006<br>Docketed Total:   $4,275.00<br>Filing Creditor Name and Address:<br>  DANIEL F YOUNG INC<br>  1235 WESTLAKES DR STE 255<br>  BERWYN, PA 19312 | Claim Holder Name and Address<br>  DANIEL F YOUNG INC          Docketed Total:        $4,275.00<br>  1235 WESTLAKES DR STE 255<br>  BERWYN, PA 19312<br><br>Case Number*        Secured        Priority        Unsecured<br>05-44481                                                              $4,275.00<br>                                                                              $4,275.00 | Modified Total:        $4,275.00<br><br><br><br>Case Number*        Secured        Priority        Unsecured<br>05-44640                                                              $4,275.00<br>                                                                              $4,275.00 |
| Claim: 7746<br>Date Filed:   06/09/2006<br>Docketed Total:   $200.02<br>Filing Creditor Name and Address:<br>  DANIEL F YOUNG INC<br>  1235 WESTLAKES DR STE 255<br>  BERWYN, PA 19312 | Claim Holder Name and Address<br>  DANIEL F YOUNG INC          Docketed Total:        $200.02<br>  1235 WESTLAKES DR STE 255<br>  BERWYN, PA 19312<br><br>Case Number*        Secured        Priority        Unsecured<br>05-44481                                                              $200.02<br>                                                                              $200.02 | Modified Total:        $200.02<br><br><br><br>Case Number*        Secured        Priority        Unsecured<br>05-44640                                                              $200.02<br>                                                                              $200.02 |
| Claim: 495<br>Date Filed:   11/10/2005<br>Docketed Total:   $443,501.01<br>Filing Creditor Name and Address:<br>  DAYCO PRODUCTS LLC DBA<br>  MARK IV AUTOMOTIVE<br>  DAYCO PRODUCTS MARK IV<br>  AUTOMOTIVE<br>  1955 ENTERPRISE DR<br>  ROCHESTER HILLS, MI 48309 | Claim Holder Name and Address<br>  DAYCO PRODUCTS LLC DBA MARK   Docketed Total:        $443,501.01<br>  IV AUTOMOTIVE<br>  DAYCO PRODUCTS MARK IV<br>  AUTOMOTIVE<br>  1955 ENTERPRISE DR<br>  ROCHESTER HILLS, MI 48309<br><br>Case Number*        Secured        Priority        Unsecured<br>05-44481                                                              $443,501.01<br>                                                                              $443,501.01 | Modified Total:        $45,902.00<br><br><br><br><br><br>Case Number*        Secured        Priority        Unsecured<br>05-44640                                                              $45,902.00<br>                                                                              $45,902.00 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

05-44481-rdd    Doc 10738-11    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit F-1    Pg 4 of 19

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9552<br>Date Filed: 07/17/2006<br>Docketed Total: $15,807.88<br>Filing Creditor Name and Address:<br>E S INVESTMENTS<br>SUN MICROSTAMPING<br>TECHNOLOGIES<br>14055 US HIGHWAY 19 N<br>CLEARWATER, FL 33764 | Claim Holder Name and Address<br>E S INVESTMENTS<br>SUN MICROSTAMPING<br>TECHNOLOGIES<br>14055 US HIGHWAY 19 N<br>CLEARWATER, FL 33764<br><br>Docketed Total: $15,807.88<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                        $15,807.88<br>                                                $15,807.88 | Modified Total: $7,119.82<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567                                        $7,119.82<br>                                                $7,119.82 |
| Claim: 6445<br>Date Filed: 05/22/2006<br>Docketed Total: $369,003.36<br>Filing Creditor Name and Address:<br>EQUITY INDUSTRIAL<br>1101 N ELLWORTH AVE<br>VILLA PARK, IL 60181 | Claim Holder Name and Address<br>EQUITY INDUSTRIAL<br>1101 N ELLWORTH AVE<br>VILLA PARK, IL 60181<br><br>Docketed Total: $369,003.36<br><br>Case Number*   Secured      Priority   Unsecured<br>05-44481       $41,604.69              $327,398.67<br>               $41,604.69              $327,398.67 | Modified Total: $318,036.30<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                        $318,036.30<br>05-44481       $0.00<br>               $0.00                            $318,036.30 |
| Claim: 15224<br>Date Filed: 07/31/2006<br>Docketed Total: $228,980.13<br>Filing Creditor Name and Address:<br>GIBBS DIE CASTING<br>CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535 | Claim Holder Name and Address<br>GIBBS DIE CASTING CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535<br><br>Docketed Total: $228,980.13<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                        $228,980.13<br>                                                $228,980.13 | Modified Total: $112,290.32<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                        $112,290.32<br>                                                $112,290.32 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

Page 4 of 19

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-11    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-1    Pg 5 of 19

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1544<br>Date Filed: 01/17/2006<br>Docketed Total: $49,857.50<br>Filing Creditor Name and Address:<br>GREAT NORTHERN<br>TRANSPORTATION CO INC<br>5205 E VIENNA RD<br>CLIO, MI 48420 | Claim Holder Name and Address<br>GREAT NORTHERN<br>TRANSPORTATION CO INC<br>5205 E VIENNA RD<br>CLIO, MI 48420<br><br>Docketed Total: $49,857.50<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                          $49,857.50<br>                                  $49,857.50 | Modified Total: $46,497.50<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                          $46,497.50<br>                                  $46,497.50 |
| Claim: 10019<br>Date Filed: 07/20/2006<br>Docketed Total: $63,903.24<br>Filing Creditor Name and Address:<br>GULLY TRANSPORTATION<br>3820 WISMAN LN<br>QUINCY, IL 62301 | Claim Holder Name and Address<br>GULLY TRANSPORTATION<br>3820 WISMAN LN<br>QUINCY, IL 62301<br><br>Docketed Total: $63,903.24<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                          $63,903.24<br>                                  $63,903.24 | Modified Total: $31,864.57<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                          $31,864.57<br>                                  $31,864.57 |
| Claim: 16497<br>Date Filed: 01/23/2007<br>Docketed Total: $606,089.00<br>Filing Creditor Name and Address:<br>HARCO INDUSTRIES INC<br>PO BOX 335<br>ENGLEWOOD, OH 45322 | Claim Holder Name and Address<br>HARCO INDUSTRIES INC<br>PO BOX 335<br>ENGLEWOOD, OH 45322<br><br>Docketed Total: $606,089.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                          $606,089.00<br>                                  $606,089.00 | Modified Total: $548,176.74<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                          $548,176.74<br>                                  $548,176.74 |
| Claim: 9011<br>Date Filed: 07/05/2006<br>Docketed Total: $148,939.15<br>Filing Creditor Name and Address:<br>HELLA INC<br>PO BOX 2665<br>PEACHTREE, GA 30269 | Claim Holder Name and Address<br>HELLA INC<br>PO BOX 2665<br>PEACHTREE, GA 30269<br><br>Docketed Total: $148,939.15<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                          $148,939.15<br>                                  $148,939.15 | Modified Total: $131,645.84<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                          $131,645.84<br>                                  $131,645.84 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-11    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-1    Pg 6 of 19

Exhibit
Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9035<br>Date Filed: 07/05/2006<br>Docketed Total: $66,093.81<br>Filing Creditor Name and Address:<br>HISCO INC<br>6650 CONCORD PARK DR<br>HOUSTON, TX 77040 | Claim Holder Name and Address<br>HISCO INC                    Docketed Total:    $66,093.81<br>6650 CONCORD PARK DR<br>HOUSTON, TX 77040<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                                        $66,093.81<br>                                                                            $66,093.81 | Modified Total:    $49,653.05<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                        $27,380.98<br>05-44624                                                         $1,247.00<br>05-44507                                                        $11,110.81<br>05-44567                                                         $9,914.26<br>                                                                            $49,653.05 |
| Claim: 13967<br>Date Filed: 07/31/2006<br>Docketed Total: $283,429.97<br>Filing Creditor Name and Address:<br>HUTCHINSON FTS INC<br>C O HALPERIN BATTAGLIA<br>RAICHT LLP<br>555 MADISON AVE 9TH FLOOR<br>NEW YORK, NY 10019 | Claim Holder Name and Address<br>HUTCHINSON FTS INC         Docketed Total:    $283,429.97<br>C O HALPERIN BATTAGLIA RAICHT LLP<br>555 MADISON AVE 9TH FLOOR<br>NEW YORK, NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                       $283,429.97<br>                                                                           $283,429.97 | Modified Total:    $274,165.53<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                       $274,165.53<br>                                                                           $274,165.53 |
| Claim: 5111<br>Date Filed: 05/08/2006<br>Docketed Total: $28,951.86<br>Filing Creditor Name and Address:<br>J V EQUIPMENT INC<br>PO BOX 509<br>EDINBURG, TX 78540 | Claim Holder Name and Address<br>J V EQUIPMENT INC           Docketed Total:    $28,951.86<br>PO BOX 509<br>EDINBURG, TX 78540<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                                        $28,951.86<br>                                                                            $28,951.86 | Modified Total:    $26,583.33<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                                        $26,583.33<br>                                                                            $26,583.33 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-11    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-1    Pg 7 of 19

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15565<br>Date Filed: 07/31/2006<br>Docketed Total: $112,181.25<br>Filing Creditor Name and Address:<br>KAC HOLDINGS INC DBA KESTER<br>KESTER<br>515 E TOUHY AVE<br>DES PLAINES, IL 60018 | Claim Holder Name and Address<br>KAC HOLDINGS INC DBA KESTER<br>KESTER<br>515 E TOUHY AVE<br>DES PLAINES, IL 60018<br><br>Case Number*<br>05-44640 | Docketed Total:<br><br>Secured | Priority | $112,181.25<br><br>Unsecured<br>$112,181.25<br>$112,181.25 | Case Number*<br>05-44640 | Modified Total:<br><br>Secured | Priority | $102,735.75<br><br>Unsecured<br>$102,735.75<br>$102,735.75 |
| Claim: 2149<br>Date Filed: 02/28/2006<br>Docketed Total: $37,321.58<br>Filing Creditor Name and Address:<br>KOM LAMB INC<br>355 COMMERCE DR<br>AMHERST, NY 14228 | Claim Holder Name and Address<br>KOM LAMB INC<br>355 COMMERCE DR<br>AMHERST, NY 14228<br><br>Case Number*<br>05-44481 | Docketed Total:<br><br>Secured | Priority | $37,321.58<br><br>Unsecured<br>$37,321.58<br>$37,321.58 | Case Number*<br>05-44640 | Modified Total:<br><br>Secured | Priority | $37,321.58<br><br>Unsecured<br>$37,321.58<br>$37,321.58 |
| Claim: 9756<br>Date Filed: 07/18/2006<br>Docketed Total: $1,196,741.86<br>Filing Creditor Name and Address:<br>KOYO CORPORATION OF USA<br>TAFT STETTINIUS & HOLLISTER LLP<br>3500 BP TOWER 200 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | Claim Holder Name and Address<br>KOYO CORPORATION OF USA<br>TAFT STETTINIUS & HOLLISTER LLP<br>3500 BP TOWER 200 PUBLIC SQUARE<br>CLEVELAND, OH 44114<br><br>Case Number*<br>05-44481 | Docketed Total:<br><br>Secured | Priority | $897,905.68<br><br>Unsecured<br>$897,905.68<br>$897,905.68 | Case Number*<br>05-44640<br>05-44481 | Modified Total:<br><br>Secured | Priority<br><br><br>$0.00<br>$0.00 | $1,127,950.91<br><br>Unsecured<br>$1,127,950.91<br><br>$1,127,950.91 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

Page 7 of 19

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-11    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-1    Pg 8 of 19

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9832<br>Date Filed: 07/18/2006<br>Docketed Total: $268,853.90<br>Filing Creditor Name and Address:<br>LDI INCORPORATED<br>4311 PATTERSON<br>GRAND RAPIDS, MI 49512 | Claim Holder Name and Address<br>LDI INCORPORATED<br>4311 PATTERSON<br>GRAND RAPIDS, MI 49512 | Docketed Total: | | $268,853.90 | | Modified Total: | | $221,285.87 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$268,853.90<br>$268,853.90 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$221,285.87<br>$221,285.87 |
| Claim: 523<br>Date Filed: 11/14/2005<br>Docketed Total: $557,641.90<br>Filing Creditor Name and Address:<br>MARKETING SPECIALTIES MSI<br>PACKAGING<br>5010 W 81ST ST<br>INDIANAPOLIS, IN 46268 | Claim Holder Name and Address<br>MARKETING SPECIALTIES MSI<br>PACKAGING<br>5010 W 81ST ST<br>INDIANAPOLIS, IN 46268 | Docketed Total: | | $557,641.90 | | Modified Total: | | $293,905.45 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$557,641.90<br>$557,641.90 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$293,905.45<br>$293,905.45 |
| Claim: 5986<br>Date Filed: 05/16/2006<br>Docketed Total: $523.37<br>Filing Creditor Name and Address:<br>MICHIANA DELIVERY SERVICES<br>2220 S 11TH ST<br>NILES, MI 49120-4410 | Claim Holder Name and Address<br>MICHIANA DELIVERY SERVICES<br>2220 S 11TH ST<br>NILES, MI 49120-4410 | Docketed Total: | | $523.37 | | Modified Total: | | $523.37 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$523.37<br>$523.37 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$523.37<br>$523.37 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10738-11   Filed 10/26/07   Entered 10/26/07 17:40:12   Exhibit
F-1   Pg 9 of 19

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1746<br>Date Filed: 02/02/2006<br>Docketed Total: $3,821,082.86<br>Filing Creditor Name and Address:<br>MOLEX CONNECTOR CORPORATION<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>TPG CREDIT OPPORTUNITIES INVESTORS LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>Docketed Total: $620,925.96<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                         $620,925.96<br>                                                 $620,925.96 | Modified Total: $4,869.78<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44624                                         $402.00<br>05-44567                                         $4,467.78<br>                                                 $4,869.78 |
| | Claim Holder Name and Address<br>TPG CREDIT STRATEGIES FUND LP<br>ATTN SHELLEY HARTMAN<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>Docketed Total: $3,200,156.90<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                         $3,200,156.90<br>                                                 $3,200,156.90 | Modified Total: $3,636,441.29<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                         $3,636,441.29<br>                                                 $3,636,441.29 |
| Claim: 7991<br>Date Filed: 06/14/2006<br>Docketed Total: $207,618.66<br>Filing Creditor Name and Address:<br>MOLEX CONNECTOR CORPORATION<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>MOLEX CONNECTOR CORPORATION<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606<br><br>Docketed Total: $207,618.66<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                         $207,618.66<br>                                                 $207,618.66 | Modified Total: $207,485.70<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                         $207,485.70<br>                                                 $207,485.70 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10738-11   Filed 10/26/07   Entered 10/26/07 17:40:12   Exhibit
F-1   Pg 10 of 19

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7992<br>Date Filed: 06/14/2006<br>Docketed Total: $881,213.67<br>Filing Creditor Name and Address:<br>MOLEX CONNECTOR CORPORATION<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>MOLEX CONNECTOR CORPORATION<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606 | Docketed Total: | | $881,213.67 | | Modified Total: | | $301,253.87 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $881,213.67<br>$881,213.67 | 05-44640 | | | $301,253.87<br>$301,253.87 |
| Claim: 1887<br>Date Filed: 02/07/2006<br>Docketed Total: $5,115.85<br>Filing Creditor Name and Address:<br>NATIONAL FUEL GAS DISTRIBUTION CORP<br>6363 MAIN ST<br>WILLIAMSVILLE, NY 14221 | Claim Holder Name and Address<br>NATIONAL FUEL GAS DISTRIBUTION CORP<br>6363 MAIN ST<br>WILLIAMSVILLE, NY 14221 | Docketed Total: | | $5,115.85 | | Modified Total: | | $5,115.85 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $5,115.85<br>$5,115.85 | 05-44640 | | | $5,115.85<br>$5,115.85 |
| Claim: 1671<br>Date Filed: 01/25/2006<br>Docketed Total: $19,545.00<br>Filing Creditor Name and Address:<br>NORFOLK SOUTHERN RAILWAY COMPANY<br>THREE COMMERCIAL PL<br>NORFOLK, VA 23510-2191 | Claim Holder Name and Address<br>NORFOLK SOUTHERN RAILWAY COMPANY<br>THREE COMMERCIAL PL<br>NORFOLK, VA 23510-2191 | Docketed Total: | | $19,545.00 | | Modified Total: | | $19,545.00 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44596 | | | $19,545.00<br>$19,545.00 | 05-44640 | | | $19,545.00<br>$19,545.00 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-11    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-1    Pg 11 of 19

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13562<br>Date Filed: 07/31/2006<br>Docketed Total: $866,697.79<br>Filing Creditor Name and Address:<br>OBERG INDUSTRIES INC<br>2301 SILVERVILLE RD<br>FREEPORT, PA 16229 | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 6830<br><br>Docketed Total: $866,697.79<br><br>Case Number*: 05-44481<br>Secured: <br>Priority: <br>Unsecured: $866,697.79<br>Total: $866,697.79 | Modified Total: $572,827.52<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: <br>Unsecured: $572,827.52<br>Total: $572,827.52 |
| Claim: 14737<br>Date Filed: 07/31/2006<br>Docketed Total: $167,907.45<br>Filing Creditor Name and Address:<br>ONYX INDUSTRIAL SERVICES INC<br>6151 EXECUTIVE BLVD<br>HUBER HEIGHTS, OH 45424-1440 | Claim Holder Name and Address<br>ONYX INDUSTRIAL SERVICES INC<br>6151 EXECUTIVE BLVD<br>HUBER HEIGHTS, OH 45424-1440<br><br>Docketed Total: $167,907.45<br><br>Case Number*: 05-44481<br>Secured: <br>Priority: <br>Unsecured: $167,907.45<br>Total: $167,907.45 | Modified Total: $138,341.97<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: <br>Unsecured: $138,341.97<br>Total: $138,341.97 |
| Claim: 2596<br>Date Filed: 04/10/2006<br>Docketed Total: $50,654.52<br>Filing Creditor Name and Address:<br>OTIS ELEVATOR COMPANY<br>1 FARM SPRINGS RD<br>FARMINGTON, CT 6032 | Claim Holder Name and Address<br>OTIS ELEVATOR COMPANY<br>1 FARM SPRINGS RD<br>FARMINGTON, CT 6032<br><br>Docketed Total: $50,654.52<br><br>Case Number*: 05-44481<br>Secured: <br>Priority: <br>Unsecured: $50,654.52<br>Total: $50,654.52 | Modified Total: $41,049.28<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: <br>Unsecured: $41,049.28<br>Total: $41,049.28 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 138<br>Date Filed:  10/27/2005<br>Docketed Total:  $183,710.75<br>Filing Creditor Name and Address:<br>OVERNITE TRANSPORTATION A<br>UPS COMPANY<br>PO BOX 1216<br>RICHMOND, VA 23218-1216 | Claim Holder Name and Address<br>OVERNITE TRANSPORTATION A<br>UPS COMPANY<br>PO BOX 1216<br>RICHMOND, VA 23218-1216<br><br>Docketed Total:  $183,710.75<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44481                                             $183,710.75<br>                                                                $183,710.75 | Modified Total:  $164,378.24<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                                             $164,313.24<br>05-44612                                                   $65.00<br>                                                                $164,378.24 |
| Claim: 2312<br>Date Filed:  03/16/2006<br>Docketed Total:  $46,627.72<br>Filing Creditor Name and Address:<br>PANTHER II TRANSPORTATION<br>4940 PANTHER PKWY<br>SEVILLE, OH 44273 | Claim Holder Name and Address<br>PANTHER II TRANSPORTATION<br>4940 PANTHER PKWY<br>SEVILLE, OH 44273<br><br>Docketed Total:  $46,627.72<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44481                                              $46,627.72<br>                                                                 $46,627.72 | Modified Total:  $46,627.72<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                                              $46,627.72<br>                                                                 $46,627.72 |
| Claim: 12136<br>Date Filed:  07/28/2006<br>Docketed Total:  $933,276.00<br>Filing Creditor Name and Address:<br>PEUGEOT JAPY INDUSTRIES S A<br>APICO INC<br>30600 TELEGRAPH RD STE 2183<br>BINGHAM FARMS, MI 48025 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Docketed Total:  $933,276.00<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                                             $933,276.00<br>                                                                $933,276.00 | Modified Total:  $830,000.00<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                                             $830,000.00<br>                                                                $830,000.00 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-11    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-1    Pg 13 of 19

Exhibit
Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2406<br>Date Filed: 03/27/2006<br>Docketed Total: $87,316.56<br>Filing Creditor Name and Address:<br>QUALITY LOGISTICAL SERVICES<br>PO BOX 12030<br>3525 CAPITAL CITY BLVD<br>LANSING, MI 48901-2030 | Claim Holder Name and Address<br>QUALITY LOGISTICAL SERVICES    Docketed Total:    $87,316.56<br>PO BOX 12030<br>3525 CAPITAL CITY BLVD<br>LANSING, MI 48901-2030<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                                   $87,316.56<br>                                                                                   $87,316.56 | Modified Total:    $70,681.28<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                                   $70,681.28<br>                                                                                   $70,681.28 |
| Claim: 12399<br>Date Filed: 07/28/2006<br>Docketed Total: $435,420.73<br>Filing Creditor Name and Address:<br>RASSINI SA DE CV<br>14500 BECK RD<br>PLYMOUTH, MI 48170 | Claim Holder Name and Address<br>RASSINI SA DE CV    Docketed Total:    $435,420.73<br>14500 BECK RD<br>PLYMOUTH, MI 48170<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                                   $435,420.73<br>                                                                                   $435,420.73 | Modified Total:    $334,267.91<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                                   $334,267.91<br>                                                                                   $334,267.91 |
| Claim: 6528<br>Date Filed: 05/22/2006<br>Docketed Total: $397,218.17<br>Filing Creditor Name and Address:<br>REXEL INC<br>1049 PRINCE GEORGES BLVD<br>UPPER MARLBORO, MD 20774 | Claim Holder Name and Address<br>REXEL INC    Docketed Total:    $397,218.17<br>1049 PRINCE GEORGES BLVD<br>UPPER MARLBORO, MD 20774<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                                   $397,218.17<br>                                                                                   $397,218.17 | Modified Total:    $397,218.17<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                                   $397,218.17<br>                                                                                   $397,218.17 |
| Claim: 9510<br>Date Filed: 07/14/2006<br>Docketed Total: $98,815.73<br>Filing Creditor Name and Address:<br>SIMPLEX GRINNELL<br>50 TECHONOLOGY DR<br>WESTMINSTER, MA 1441 | Claim Holder Name and Address<br>SIMPLEX GRINNELL    Docketed Total:    $98,815.73<br>50 TECHONOLOGY DR<br>WESTMINSTER, MA 1441<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                                   $98,815.73<br>                                                                                   $98,815.73 | Modified Total:    $98,244.45<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                                   $98,244.45<br>                                                                                   $98,244.45 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10738-11   Filed 10/26/07   Entered 10/26/07 17:40:12   Exhibit F-1   Pg 14 of 19

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2353<br>Date Filed: 03/22/2006<br>Docketed Total: $1,373,431.35<br>Filing Creditor Name and Address:<br>SONY ERICSSON MOBILE COMMUNICATIONS USA INC<br>7001 DEVELOPMENT DR<br>RESEARCH TRIANGLE PARK, NC 27709 | Claim Holder Name and Address<br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $1,373,431.35<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                      $1,373,431.35<br>                                                    $1,373,431.35 | Modified Total: $1,122,356.19<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                      $1,122,356.19<br>                                                    $1,122,356.19 |
| Claim: 14147<br>Date Filed: 07/31/2006<br>Docketed Total: $5,430,121.66<br>Filing Creditor Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS INC<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 7302<br><br>Docketed Total: $5,430,121.66<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                      $5,430,121.66<br>                                                    $5,430,121.66 | Modified Total: $4,498,944.63<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                      $32,432.11<br>05-44640                                      $4,466,512.52<br>                                                    $4,498,944.63 |

*See Exhibit G for a listing of debtor entities by case number.  
*UNL stands for unliquidated  
Page 14 of 19

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-11    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-1    Pg 15 of 19

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5980<br>Date Filed: 05/16/2006<br>Docketed Total: $9,225,767.18<br>Filing Creditor Name and Address:<br>SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR KNOXVILLE LLC<br>10215 CANEEL DR<br>KNOXVILLE, TN 37931 | Claim Holder Name and Address<br>PBR KNOXVILLE LLC    Docketed Total: $68,308.80<br>10215 CANEEL DR<br>KNOXVILLE, TN 37931<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $68,308.80<br>    $68,308.80 | Modified Total: $0.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $0.00<br>    $0.00 |
| | Claim Holder Name and Address<br>SPECIAL SITUATIONS INVESTING    Docketed Total: $9,157,458.38<br>GROUP INC<br>C O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $9,157,458.38<br>    $9,157,458.38 | Modified Total: $9,157,458.38<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $9,157,458.38<br>    $9,157,458.38 |
| Claim: 10230<br>Date Filed: 07/21/2006<br>Docketed Total: $251,814.20<br>Filing Creditor Name and Address:<br>STANDARD MOTOR PRODUCTS INC<br>37 18 NORTHERN BVD<br>LONG ISLAND CITY, NY 11101-1016 | Claim Holder Name and Address<br>STANDARD MOTOR PRODUCTS INC    Docketed Total: $251,814.20<br>37 18 NORTHERN BVD<br>LONG ISLAND CITY, NY 11101-1016<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $251,814.20<br>    $251,814.20 | Modified Total: $234,479.22<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612    $234,479.22<br>    $234,479.22 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-11    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-1    Pg 16 of 19

Exhibit
Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 211<br>Date Filed: 10/31/2005<br>Docketed Total: $5,697.46<br>Filing Creditor Name and Address:<br>STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | Claim Holder Name and Address<br>STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335<br><br>Docketed Total: $5,697.46<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $5,697.46<br>                                            $5,697.46 | Modified Total: $5,697.46<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $5,697.46<br>                                            $5,697.46 |
| Claim: 213<br>Date Filed: 10/31/2005<br>Docketed Total: $8,496.00<br>Filing Creditor Name and Address:<br>STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | Claim Holder Name and Address<br>STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335<br><br>Docketed Total: $8,496.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $8,496.00<br>                                            $8,496.00 | Modified Total: $8,496.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $8,496.00<br>                                            $8,496.00 |
| Claim: 215<br>Date Filed: 10/31/2005<br>Docketed Total: $9,712.11<br>Filing Creditor Name and Address:<br>STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | Claim Holder Name and Address<br>STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335<br><br>Docketed Total: $9,712.11<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $9,712.11<br>                                            $9,712.11 | Modified Total: $9,712.11<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $9,712.11<br>                                            $9,712.11 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10738-11   Filed 10/26/07   Entered 10/26/07 17:40:12   Exhibit
F-1   Pg 17 of 19

Exhibit
Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6956<br>Date Filed: 05/26/2006<br>Docketed Total: $1,332,006.89<br>Filing Creditor Name and Address:<br>THE GOODYEAR TIRE & RUBBER COMPANY<br>1444 E MARKET ST<br>AKRON, OH 44316 | Claim Holder Name and Address<br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br><br>Docketed Total: $1,332,006.89<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $1,332,006.89<br>                                                  $1,332,006.89 | Modified Total: $1,220,118.63<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $1,220,118.63<br>                                                  $1,220,118.63 |
| Claim: 7459<br>Date Filed: 06/05/2006<br>Docketed Total: $100,819.04<br>Filing Creditor Name and Address:<br>THOMAS ENGINEERING COMPANY<br>7024 NORTHLAND DR<br>BROOKLYN PARK, MN 55428 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 6830<br><br>Docketed Total: $100,819.04<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $100,819.04<br>                                                  $100,819.04 | Modified Total: $93,373.95<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $93,373.95<br>                                                  $93,373.95 |
| Claim: 1914<br>Date Filed: 02/08/2006<br>Docketed Total: $34,795.00<br>Filing Creditor Name and Address:<br>UNHOLTZ DICKIE CORPORATION<br>6 BROOKSIDE DR<br>WALLINGFORD, CT 6492 | Claim Holder Name and Address<br>UNHOLTZ DICKIE CORPORATION<br>6 BROOKSIDE DR<br>WALLINGFORD, CT 6492<br><br>Docketed Total: $34,795.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $34,795.00<br>                                                  $34,795.00 | Modified Total: $34,795.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                    $7,895.00<br>05-44624                                    $1,100.00<br>05-44640                                    $25,800.00<br>                                                  $34,795.00 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-11    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-1    Pg 18 of 19

Exhibit
Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9844<br>Date Filed: 07/18/2006<br>Docketed Total: $18,580.00<br>Filing Creditor Name and Address:<br>UNION PACIFIC RAILROAD COMPANY<br>1400 DOUGLAS ST STOP 1580<br>OMAHA, NE 68179-1580 | Claim Holder Name and Address<br>UNION PACIFIC RAILROAD COMPANY<br>1400 DOUGLAS ST STOP 1580<br>OMAHA, NE 68179-1580<br><br>Docketed Total: $18,580.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                              $18,580.00<br>                                                              $18,580.00 | Modified Total: $945.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                              $945.00<br>                                                              $945.00 |
| Claim: 9850<br>Date Filed: 07/18/2006<br>Docketed Total: $89,553.73<br>Filing Creditor Name and Address:<br>UNION PACIFIC RAILROAD COMPANY<br>1400 DOUGLAS ST STOP 1580<br>OMAHA, NE 68179-1580 | Claim Holder Name and Address<br>UNION PACIFIC RAILROAD COMPANY<br>1400 DOUGLAS ST STOP 1580<br>OMAHA, NE 68179-1580<br><br>Docketed Total: $89,553.73<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                              $89,553.73<br>                                                              $89,553.73 | Modified Total: $50,961.60<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                              $50,961.60<br>                                                              $50,961.60 |
| Claim: 11434<br>Date Filed: 07/27/2006<br>Docketed Total: $46,954.68<br>Filing Creditor Name and Address:<br>UNISOURCE WORLDWIDE INC<br>6600 GOVERNORS LAKE PKY<br>NORCROSS, GA 30071-1114 | Claim Holder Name and Address<br>UNISOURCE WORLDWIDE INC<br>6600 GOVERNORS LAKE PKY<br>NORCROSS, GA 30071-1114<br><br>Docketed Total: $46,954.68<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                              $46,954.68<br>                                                              $46,954.68 | Modified Total: $15,184.47<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                              $15,184.47<br>                                                              $15,184.47 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-11    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-1    Pg 19 of 19

Exhibit
Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14999<br>Date Filed: 07/31/2006<br>Docketed Total: $34,816.85<br>Filing Creditor Name and Address:<br>W W GRAINGER INC<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST STE 4400<br>CHICAGO, IL 60606-5096 | Claim Holder Name and Address<br>W W GRAINGER INC<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST STE 4400<br>CHICAGO, IL 60606-5096<br><br>Docketed Total: $34,816.85<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                              $34,816.85<br>                                                              $34,816.85 | Modified Total: $22,354.92<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44507                                              $159.84<br>05-44640                                              $22,195.08<br>                                                              $22,354.92 |
| Claim: 4645<br>Date Filed: 05/04/2006<br>Docketed Total: $31,753.59<br>Filing Creditor Name and Address:<br>WINKLE ELECTRIC CO INC<br>RMT ADD CHG 12 02 04 AM<br>PO BOX 6014<br>1900 HUBBARD RD<br>YOUNGSTOWN, OH 44501-6014 | Claim Holder Name and Address<br>WINKLE ELECTRIC CO INC<br>RMT ADD CHG 12 02 04 AM<br>PO BOX 6014<br>1900 HUBBARD RD<br>YOUNGSTOWN, OH 44501-6014<br><br>Docketed Total: $31,753.59<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                              $31,753.59<br>                                                              $31,753.59 | Modified Total: $28,341.62<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                              $28,341.62<br>                                                              $28,341.62 |
| Claim: 13183<br>Date Filed: 07/31/2006<br>Docketed Total: $1,484,512.92<br>Filing Creditor Name and Address:<br>YAZAKI NORTH AMERICA INC<br>6601 HAGGERTY RD<br>CANTON, MI 48187 | Claim Holder Name and Address<br>YAZAKI NORTH AMERICA INC<br>6601 HAGGERTY RD<br>CANTON, MI 48187<br><br>Docketed Total: $1,484,512.92<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481      $399,727.94              $1,084,784.98<br>                   $399,727.94              $1,084,784.98 | Modified Total: $382,919.41<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                              $28,864.18<br>05-44481      $0.00<br>05-44640                                              $354,055.23<br>                   $0.00                         $382,919.41 |

**Total Claims to be Modified:** 56

**Total Amount as Docketed:** $33,291,627.85

**Total Amount as Modified:** $27,972,016.61

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated