In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-12    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-2    Pg 1 of 1

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16296<br>Date Filed: 09/08/2006<br>Docketed Total: $138,133.68<br>Filing Creditor Name and Address:<br>MARION COUNTY IN<br>200 E WASHINGTON ST RM 1001<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br>MARION COUNTY IN<br>200 E WASHINGTON ST RM 1001<br>INDIANAPOLIS, IN 46204<br><br>Docketed Total: $138,133.68<br><br>**Case Number*** | **Secured** | **Priority** | **Unsecured** | Modified Total: $122,297.70<br><br>**Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $138,133.68<br>**$138,133.68** | | 05-44640 | | $122,297.70<br>**$122,297.70** | |
| Claim: 14201<br>Date Filed: 08/02/2006<br>Docketed Total: $26,967.39<br>Filing Creditor Name and Address:<br>TOWN OF COALING ALABAMA<br>3001 SECOND AVE SOUTH<br>BIRMINGHAM, AL 35233 | Claim Holder Name and Address<br>TOWN OF COALING ALABAMA<br>3001 SECOND AVE SOUTH<br>BIRMINGHAM, AL 35233<br><br>Docketed Total: $26,967.39<br><br>**Case Number*** | **Secured** | **Priority** | **Unsecured** | Modified Total: $11,978.67<br><br>**Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | $26,967.39<br>**$26,967.39** | | 05-44640 | | $11,978.67<br>**$11,978.67** | |

**Total Claims to be Modified: 2**

**Total Amount as Docketed:** $165,101.07

**Total Amount as Modified:** $134,276.37

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated