In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-13    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-3    Pg 1 of 5

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1704<br>Date Filed: 01/30/2006<br>Docketed Total: $874,448.21<br>Filing Creditor Name and Address:<br>CAPRO LTD<br>155 S LIMERICK RD<br>LIMERICK, PA 19468-1699 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>383 MADISON AVE<br>NEW YORK, NY 10179<br><br>Docketed Total: $874,448.21<br><br>Case Number*     Secured           Priority         Unsecured<br>05-44640         $299,723.41                        $574,724.80<br>                 $299,723.41                        $574,724.80 | Modified Total: $841,095.73<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640                       $57,003.23     $784,092.50<br>                               $57,003.23     $784,092.50 |
| Claim: 8373<br>Date Filed: 06/22/2006<br>Docketed Total: $778,532.62<br>Filing Creditor Name and Address:<br>CAPSONIC AUTOMOTIVE INC<br>460 S SECOND ST<br>ELGIN, IL 60123 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br><br>Docketed Total: $778,532.62<br><br>Case Number*     Secured           Priority         Unsecured<br>05-44481                                          $778,532.62<br>                                                  $778,532.62 | Modified Total: $298,728.34<br><br>Case Number*     Secured       Priority       Unsecured<br>05-44640                       $3,933.20      $294,795.14<br>                               $3,933.20      $294,795.14 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-13    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-3    Pg 2 of 5

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11256<br>Date Filed: 07/27/2006<br>Docketed Total: $2,405,898.43<br>Filing Creditor Name and Address:<br>CTS CORPORPATION<br>171 COVINGTON DR<br>BLOOMINGDALE, IL 60108 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>383 MADISON AVE<br>NEW YORK, NY 10179<br><br>Docketed Total: $1,950,968.78<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                      $1,950,968.78<br>                                                      $1,950,968.78 | Modified Total: $1,786,703.77<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                      $1,786,703.77<br>                                                      $1,786,703.77 |
| | Claim Holder Name and Address<br>CTS CORPORATION<br>171 COVINGTON DR<br>BLOOMINGDALE, IL 60108<br><br>Docketed Total: $293,785.09<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                      $293,785.09<br>                                                      $293,785.09 | Modified Total: $218,044.74<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                    $164,265.01  $53,779.73<br>                                    $164,265.01  $53,779.73 |
| Claim: 1745<br>Date Filed: 02/02/2006<br>Docketed Total: $2,912,902.05<br>Filing Creditor Name and Address:<br>MOLEX CONNECTOR CORPORATION<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>TPG CREDIT STRATEGIES FUND LP<br>ATTN SHELLEY HARTMAN<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>Docketed Total: $2,912,902.05<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                    $2,912,902.05<br>                                    $2,912,902.05 | Modified Total: $2,908,394.59<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                              $178.72<br>05-44640                    $325,797.70  $2,582,418.17<br>                                    $325,797.70  $2,582,596.89 |

*See Exhibit G for a listing of debtor entities by case number.
*UNL stands for unliquidated
Page 2 of 5

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-13    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-3    Pg 3 of 5

Exhibit Twenty-Second Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11688<br>Date Filed:  07/27/2006<br>Docketed Total:  $529,365.38<br>Filing Creditor Name and Address:<br>MUBEA INC<br>6800 INDUSTRIAL RD<br>FLORENCE, KY 41042 | Claim Holder Name and Address<br>MUBEA INC<br>6800 INDUSTRIAL RD<br>FLORENCE, KY 41042<br><br>Docketed Total: $80,487.44<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                       $80,487.44<br>                                               $80,487.44 | Modified Total: $529,365.38<br><br>Case Number*   Secured   Priority          Unsecured<br>05-44640                   $132,206.98   $397,158.40<br>                           $132,206.98   $397,158.40 |
| Claim: 15454<br>Date Filed:  07/31/2006<br>Docketed Total:  $631,976.95<br>Filing Creditor Name and Address:<br>NEUMAN ALUMINUM<br>AUTOMOTIVE INC NEUMAN<br>ALUMINUM IMPACT EXTRUSION<br>BRETT S MOORE ESQ<br>PORZIO BROMBERG & NEWMAN PC<br>100 SOUTHGATE PKWY<br>MORRISTOWN, NJ 7962 | Claim Holder Name and Address<br>NEUMAN ALUMINUM<br>AUTOMOTIVE INC NEUMAN<br>ALUMINUM IMPACT EXTRUSION<br>BRETT S MOORE ESQ<br>PORZIO BROMBERG & NEWMAN PC<br>100 SOUTHGATE PKWY<br>MORRISTOWN, NJ 7962<br><br>Docketed Total: $631,976.95<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44632                                       $631,976.95<br>                                               $631,976.95 | Modified Total: $598,180.06<br><br>Case Number*   Secured   Priority       Unsecured<br>05-44640                   $2,521.51   $595,658.55<br>                           $2,521.51   $595,658.55 |
| Claim: 16557<br>Date Filed:  02/28/2007<br>Docketed Total:  $435,185.00<br>Filing Creditor Name and Address:<br>PENN ALUMINUM<br>INTERNATIONAL INC<br>FAGELHABER LLC<br>55 E MONROE ST<br>40TH FLR<br>CHICAGO, IL 60603 | Claim Holder Name and Address<br>PENN ALUMINUM INTERNATIONAL INC<br>FAGELHABER LLC<br>55 E MONROE ST<br>40TH FLR<br>CHICAGO, IL 60603<br><br>Docketed Total: $435,185.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                       $435,185.00<br>                                               $435,185.00 | Modified Total: $352,689.76<br><br>Case Number*   Secured   Priority        Unsecured<br>05-44640                   $22,680.99   $330,008.77<br>                           $22,680.99   $330,008.77 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10738-13   Filed 10/26/07   Entered 10/26/07 17:40:12   Exhibit
F-3   Pg 4 of 5

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14322<br>Date Filed: 07/31/2006<br>Docketed Total: $2,260,278.22<br>Filing Creditor Name and Address:<br>PHILIPS OPTICAL STORAGE<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $2,260,278.22 | | Modified Total: | | $2,139,229.81 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,260,278.22<br>$2,260,278.22 | Case Number*<br>05-44640 | Secured | Priority<br>$34,369.12<br>$34,369.12 | Unsecured<br>$2,104,860.69<br>$2,104,860.69 |
| Claim: 16584<br>Date Filed: 03/21/2007<br>Docketed Total: $45,131.93<br>Filing Creditor Name and Address:<br>PLASTI CERT INC<br>801 NORTH SECOND STREET<br>HARRISBURG, PA 17102 | Claim Holder Name and Address<br><br>PLASTI CERT INC<br>801 NORTH SECOND STREET<br>HARRISBURG, PA 17102 | Docketed Total: | | $45,131.93 | | Modified Total: | | $45,131.93 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$30,985.93<br>$30,985.93 | Unsecured<br>$14,146.00<br>$14,146.00 | Case Number*<br>05-44624<br>05-44539 | Secured | Priority<br>$9,978.00<br><br>$9,978.00 | Unsecured<br>$33,727.93<br>$1,426.00<br>$35,153.93 |
| Claim: 987<br>Date Filed: 12/05/2005<br>Docketed Total: $987,308.58<br>Filing Creditor Name and Address:<br>TESSY PLASTICS CORP<br>488 RT S W<br>ELBRIDGE, NY 13060 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 7070 | Docketed Total: | | $987,308.58 | | Modified Total: | | $782,463.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$987,308.58<br>$987,308.58 | Case Number*<br>05-44640 | Secured | Priority<br>$9,176.58<br>$9,176.58 | Unsecured<br>$773,286.92<br>$773,286.92 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

Page 4 of 5

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10738-13   Filed 10/26/07   Entered 10/26/07 17:40:12   Exhibit
F-3   Pg 5 of 5

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11437<br>Date Filed: 07/27/2006<br>Docketed Total: $39,624.64<br>Filing Creditor Name and Address:<br>UNISOURCE WORLDWIDE INC<br>850 N ARLINGTON HEIGHTS RD<br>ITASCA, IL 60143 | Claim Holder Name and Address<br>UNISOURCE WORLDWIDE INC   Docketed Total: $39,624.64<br>850 N ARLINGTON HEIGHTS RD<br>ITASCA, IL 60143<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                  $5,500.00   $34,124.64<br>                          $5,500.00   $34,124.64 | Modified Total: $29,956.76<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                  $5,543.84   $24,412.92<br>                          $5,543.84   $24,412.92 |
| Claim: 11074<br>Date Filed: 07/26/2006<br>Docketed Total: $285,140.66<br>Filing Creditor Name and Address:<br>VIKING PLASTICS INC<br>1 VIKING ST<br>CORRY, PA 16407 | Claim Holder Name and Address<br>ASM CAPITAL LP   Docketed Total: $279,593.31<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $279,593.31<br>                                      $279,593.31 | Modified Total: $250,708.60<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                  $5,547.35   $245,161.25<br>                          $5,547.35   $245,161.25 |
|  |  | **Total Claims to be Modified: 12**<br>**Total Amount as Docketed:** $12,185,792.67<br>**Total Amount as Modified:** $10,780,692.97 |

*See Exhibit G for a listing of debtor entities by case number.

Page 5 of 5

*UNL stands for unliquidated