In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-14    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-4    Pg 1 of 2

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-4 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1683<br>Date Filed: 01/26/2006<br>Docketed Total: $78,385.24<br>Filing Creditor Name and Address:<br>ALLIANCE PLASTICS EFT<br>3123 STATION RD<br>ERIE, PA 16510 | Claim Holder Name and Address<br>ASM CAPITAL II LP       Docketed Total:    $78,385.24<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $78,385.24<br>                                                                    $78,385.24 | Modified Total:    $56,928.31<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $56,928.31<br>                                                                    $56,928.31 |
| Claim: 471<br>Date Filed: 11/10/2005<br>Docketed Total: $2,244,881.76<br>Filing Creditor Name and Address:<br>CORNING INCORPORATED<br>ONE RIVERFRONT PLZ<br>CORNING, NY 14831 | Claim Holder Name and Address<br>JPMORGAN CHASE BANK NA    Docketed Total:    $2,244,881.76<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $2,244,881.76<br>                                                                    $2,244,881.76 | Modified Total:    $118,655.13<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                                              $54,551.73<br>05-44640                                              $64,103.40<br>                                                                    $118,655.13 |
| Claim: 5404<br>Date Filed: 05/09/2006<br>Docketed Total: $429,262.62<br>Filing Creditor Name and Address:<br>JADA PRECISION PLASTICS CO<br>EFT INC<br>1667 EMERSON ST<br>ROCHESTER, NY 14606 | Claim Holder Name and Address<br>JADA PRECISION PLASTICS CO EFT    Docketed Total:    $429,262.62<br>INC<br>1667 EMERSON ST<br>ROCHESTER, NY 14606<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $429,262.62<br>                                                                    $429,262.62 | Modified Total:    $407,198.84<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $407,198.84<br>                                                                    $407,198.84 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

Page 1 of 2

*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-14    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-4    Pg 2 of 2

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-4 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2032<br>Date Filed: 02/15/2006<br>Docketed Total: $49,782.58<br>Filing Creditor Name and Address:<br>PROGRESSIVE STAMPING CO DE INC<br>2807 SAMOSET RD<br>ROYAL OAK, MI 48073-172 | Claim Holder Name and Address<br>ASM CAPITAL LP    Docketed Total: $49,782.58<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                     $49,782.58<br>                                              $49,782.58 | Modified Total: $1,658.56<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $1,658.56<br>                                              $1,658.56 |
| Claim: 11743<br>Date Filed: 07/27/2006<br>Docketed Total: $1,777,501.48<br>Filing Creditor Name and Address:<br>TI GROUP AUTOMOTIVE SYSTEMS LLC<br>GENERAL COUNSEL & COMPANY SECRETARY<br>TI AUTOMOTIVE<br>12345 E NINE MILE RD<br>WARREN, MI 48089-2614 | Claim Holder Name and Address<br>JPMORGAN CHASE BANK NA    Docketed Total: $1,777,501.48<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $1,777,501.48<br>                                              $1,777,501.48 | Modified Total: $1,112,587.31<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $1,112,587.31<br>                                              $1,112,587.31 |

**Total Claims to be Modified: 5**

**Total Amount as Docketed:**    $4,579,813.68

**Total Amount as Modified:**    $1,697,028.15

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.