In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10738-15    Filed 10/26/07    Entered 10/26/07 17:40:12    Exhibit
F-5    Pg 1 of 1

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-5 - MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2071<br>Date Filed: 02/21/2006<br>Docketed Total: $3,608,175.78<br>Filing Creditor Name and Address:<br>NGK AUTOMOTIVE CERAMICS USA INC<br>WARNER NORCROSS & JUDD LLP<br>2000 TOWN CTR STE 2700<br>SOUTHFIELD, MI 48075-1318 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD    Docketed Total: $3,608,175.78<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44484                             $579,972.85    $3,028,202.93<br>                                     **$579,972.85**    **$3,028,202.93** | Modified Total: $693,940.36<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                             $425,192.03    $268,748.33<br>                                     **$425,192.03**    **$268,748.33** |
| Claim: 11264<br>Date Filed: 07/27/2006<br>Docketed Total: $673,272.82<br>Filing Creditor Name and Address:<br>REPUBLIC ENGINEERED PRODUCTS INC<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVE E STE 2100<br>CLEVELAND, OH 44114 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC    Docketed Total: $673,272.82<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $673,272.82<br>                                                       **$673,272.82** | Modified Total: $624,654.76<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                             $305,961.91    $318,692.85<br>                                     **$305,961.91**    **$318,692.85** |

**Total Claims to be Modified: 2**

**Total Amount as Docketed:** $4,281,448.60

**Total Amount as Modified:** $1,318,595.12

*See Exhibit G for a listing of debtor entities by case number.
*UNL stands for unliquidated

Page 1 of 1

*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.