ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.
and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re: DELPHI CORPORATION, *et. al.*,                       :   Chapter 11
                                                            :
       Debtors.                                  :   Case No. 05-44481 (RDD)
                                                            :   Jointly Administered
------------------------------------------------------------x
DELPHI CORPORATION, *et. al.*,                              :
                                                            :
       Debtors                                   :
                                                            :
                                                            :   Adv. Pro. No. _____
v.                                                          :
                                                            :
FURUKAWA ELECTRIC COMPANY, LTD.,                            :
FURUKAWA ELECTRIC NORTH                                     :
AMERICA APD, INC.,                                          :
                                                            :
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF GEORGIA    )
                    )   ss:
COUNTY OF FULTON    )

      DAVID A. WENDER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

LEGAL02/30580196v1

1.     I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

2.     On the 26th day of October 2007, I caused true and correct copies of the **"Furukawa Electric Company, Ltd. and Furukawa Electric North America APD, Inc.'s Expedited Motion for Status Conference and Adjournment of the November 29, 2007 Hearing"** to be delivered by Overnight Delivery on the parties listed on the Service List attached hereto as Exhibit A

FURTHER AFFIANT SAYETH NOT.

/s/ David A. Wender  
DAVID A. WENDER

Sworn to and subscribed before me
this 27th day of October 2007.

/s/ Beverly A. Raston  
NOTARY PUBLIC

Commission Expires:

July 14, 2008

# EXHIBIT A

## SERVICE LIST VIA UPS OVERNIGHT DELIVERY

| | |
|---|---|
| The Honorable Robert D. Drain<br>United States Bankruptcy Court<br>Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green<br>Courtroom 610<br>New York, NY 10004-1408 | John K. Lyons, Esq.<br>Skadden Arps<br>333 West Wacker Drive<br>Chicago, IL 60606 |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel | Togut, Segal & Segal LLP<br>One Penn Plaza<br>New York, NY 10119<br>Attn: Neil Berger, Esq. |
| Latham Watkins, LLP<br>885 Third Avenue<br>Suite 1000<br>New York, NY 10022<br>Attn: Robert J. Rosenberg, Esq. | |