UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :

    In re                                  :        Chapter 11
                                                   :
DELPHI CORPORATION, et al.,        :        Case No. 05-44481 (RDD)
                                                   :
                     Debtors.     :        (Jointly Administered)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OMNIBUS ORDER GRANTING FIFTH INTERIM APPLICATIONS
OF CERTAIN PROFESSIONALS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
(FEBRUARY 1, 2006 THROUGH MAY 31, 2007)

("FIFTH INTERIM FEE APPLICATIONS ORDER")

Upon the fifth interim applications of certain professionals listed on Exhibit A (collectively, the "Professionals") for allowance of compensation and reimbursement of expenses for professional services rendered and expenses incurred by the Professionals (collectively, the "Fifth Interim Fee Applications"); and the Court having previously appointed a Joint Fee Review Committee and established a protocol regarding the Joint Fee Review Committee, its composition, mandate, and procedures in accordance with the Fee Committee and Fee Procedures Protocol approved pursuant to the Third Supplemental Order Under U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 3630)[1]; and the Joint Fee Review Committee having (i) reviewed the Fifth Interim Fee Applications and the respective supporting documentation together with its retained fee auditor (which issued preliminary audit reports to each of the Professionals with

---

[1] The Court entered its initial Interim Compensation Order at Docket No. 869 and has entered Supplemental Interim Compensation Orders at Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, 8446, and 8450.

respect to each of the Fifth Interim Fee Applications) and (ii) met or discussed with the Professionals the amounts requested by each Professional and the appropriateness of certain of the fees and expenses requested; and the amounts requested by certain of the Professionals having been reduced or deferred with the consent of each such Professional on account of issues or positions asserted by the Joint Fee Review Committee; and it appearing that proper and adequate notice of the Fifth Interim Fee Applications has been given and that no other or further notice is necessary; and there being no objection to the proposed interim allowance of compensation and reimbursement of expenses provided for herein; and upon the record of the hearing held on October 25, 2007 to consider the Fifth Interim Fee Applications including the affirmative recommendation of the Joint Fee Review Committee that the Fifth Interim Fee Applications filed by the Professionals listed on <u>Exhibit A</u> hereto should be approved to the extent set forth in <u>Exhibit A</u> attached hereto; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

        ORDERED, ADJUDGED, AND DECREED THAT:

        1.        The Fifth Interim Fee Applications filed by the Professionals listed on <u>Exhibit A</u> are GRANTED to the extent set forth in <u>Exhibit A</u> attached hereto.

        2.        The Debtors are hereby authorized and directed to release all remaining holdback amounts of professional fees held back and retained by the Debtors (net of any voluntary fee and expense reductions agreed to by the Professionals) for each of the Fifth Interim Fee Applications filed by the Professionals listed on <u>Exhibit A</u>.

Dated:    New York, New York
            October 29, 2007

                                            /s/ Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE