Exhibit A Page 4

IN RE DELPHI CORPORATION, ET AL. 05-44481 (RDD)
EXHIBIT A
FIFTH INTERIM FEE APPLICATIONS

| Applicant | Date/Document No. Of Fee Application | Total Professional Fees Requested by Applicant Net of Voluntary Reductions[1] | Total Professional Fees Recommended by Fee Committee | Total Professional Fees Awarded by Court | Total Charges and Disbursements Requested by Applicant Net of Voluntary Reductions[2] | Total Charges and Disbursements Recommended by Fee Committee | Total Charges and Disbursements Awarded by Court | Total Voluntary Reductions by Applicant[3] |
|---|---|---|---|---|---|---|---|---|
| Howard & Howard Attorneys, P.C. | 7/27/07 - Doc. #8749 | $170,369.00 | $169,409.00 | $169,409.00 | $20,133.23 | $20,133.23 | $20,133.23 | $960.00 |
| Ivins, Phillips, & Barker Chartered | 8/02/07 - Doc. #8855 | $275,525.00 | $264,525.00 | $264,525.00 | $2,270.96 | $1,570.96 | $1,570.96 | $11,700.00 |
| Jaeckle Fleischmann & Mugel, LLP | 7/27/07 - Doc. #8756 | $237,197.50 | $236,947.50 | $236,947.50 | $30,742.80 | $30,742.80 | $30,742.80 | $250.00 |
| Jefferies & Company, Inc. | 7/31/07 - Doc. #8804 | $700,000.00 | $700,000.00 | $700,000.00 | $4,381.39 | $3,931.39 | $3,931.39 | $450.00 |
| Jones Lang Lasalle Americas, Inc. | 7/31/07 - Doc. #8809 | $248,033.10 | $248,033.10 | $248,033.10 | $8,381.33 | $8,381.33 | $8,381.33 | $8,719.40 |

[1] This amount reflects requested fees net of (i) voluntary reductions as stated in each Professional's fee application and (ii) each Professional's voluntary compliance with the Fee Procedures Protocol established by the Joint Fee Review Committee as disclosed on the cover page of each Professional's fee application.

[2] This amount reflects requested expenses net of (i) voluntary reductions as stated in each Professional's fee application and (ii) each Professional's voluntary compliance with the Fee Procedures Protocol established by the Joint Fee Review Committee as disclosed on the cover page of each Professional's fee application.

[3] Total Voluntary Reductions include (i) voluntary reductions as stated in each Professional's fee application, (ii) each Professional's voluntary compliance with the Fee Procedures Protocol established by the Joint Fee Review Committee, and (iii) each Professional's additional voluntary reduction as agreed to with the Joint Fee Review Committee.

DATE: 10/29/07           INITIALS: RDD    USBJ