**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:                                                                                          In Proceedings For A
                                                                                                 Reorganization Under
       **DELPHI CORPORATION, et al,**                          Chapter 11
                                                                                                 Case No.: 05-44481
                                                                                                 Jointly Administered

       Delphi Automotive Systems LLC
                 Debtors.                                                Case No.: 05-44640


---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

       Amroc Investments, LLC
       535 Madison Avenue, 15th Floor
       New York, New York 10022
       Attention: David S. Leinwand, Esq.

A transfer in the amount of **$17,511.42** from:

       UMPCO INC. (Transferor)
       P.O. BOX 5158
       7100 LAMPSON AVE.
       GARDEN GROVE, CA  92846
       ATTN:  BOB DAVIS

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                        Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                            _____
                                                       Deputy Clerk