YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Pauline K. Morgan (PM 3361)
Michael R. Nestor (MN 2071)
Curtis J. Crowther (DE Bar I.D. No. 3238)
Sean A. Beach (DE Bar I.D. No. 4070)

Attorneys for Creditor, Metalforming Technologies, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re | : | |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

## NOTICE OF WITHDRAWAL OF METALFORMING TECHNOLOGIES, INC.'S NOTICE OF DEPOSITION OF DEBTORS

MetalForming Technologies, Inc. ("MTI") hereby withdraws, without prejudice, the

Notice of Deposition of Debtors filed on October 16, 2007 at Docket No. 10611.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Pauline K. Morgan (PM 3361)
Michael R. Nestor (MN 2071)
Curtis J. Crowther (DE Bar I.D. No. 3238)
Sean A. Beach (DE Bar I.D. No. 4070)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

Attorneys for Creditor, Metalforming Technologies, Inc.

Dated: October 29, 2007

DB02:6332746.1                                                                  064106.1001