UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Document Served: **AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP; and CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed on the attached service lists via electronic notification.

Date of Service October 29, 2007

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/ Mateo Fowler_____
Mateo Fowler (cyfac-45)
Quinn Emanuel Urquahart Oliver & Hedges

18157/2091055.1