## **Exhibit C**

Historical Financial Results (Appendix B-2 to the Disclosure Statement) changed pages, blacklined against version filed on September 6, 2007

**APPENDIX B-2**

Consolidated Financial Statements And Notes To
Consolidated Financial Statements Included In The Delphi Corporation
Form 10-Q For The Quarter Ended ~~June~~September 30, 2007,
~~**Filed August 8, 2007**~~
[To be included in Omnibus Reply filed November 7, 2007]