LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
　　　　mitchell.seider@lw.com
　　　　mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK　）
　　　　　　　　　　　）　ss.:
COUNTY OF NEW YORK　）

　　　　　Leslie Salcedo, being duly sworn, deposes and says:

　　　　　1.　　I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

　　　　　2.　　On October 29, 2007, I caused true and correct copies of the Eighth Supplemental Affidavit of Robert J. Rosenberg Regarding the Retention of Latham & Watkins

NY\1340926.1

LLP as Counsel to the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
30th day of October, 2007

/s/ Sarita Chalen
Sarita Chalen
Notary Public, State of New York
No. 01CH6028175
Qualified in Bronx County
Commission Expires July 26, 2009

NY\1340926.1

**Exhibit A**

**VIA OVERNIGHT MAIL**

| | |
|---|---|
| Bruce Simon<br>Cohen Weiss & Simon<br>330 W 42nd St<br>New York, NY 10036 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Steven J Reisman<br>Curtis Mallet-Prevost Colt & mosle LLP<br>101 Park Ave<br>New York, NY 10178-0061 | Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Ave<br>New York, NY 10017 |
| Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Dr<br>Troy, MI 48098 | Michael Nefkens<br>Electronic Data Systems Corp<br>5505 Corporate Dr Msia<br>Troy, MI 48098 |
| Carrie L. Schiff<br>Flextronics International<br>305 Interlocken Parkway<br>Broomfield, CO 80021 | Richard Lee Chambers III<br>Freescale Semiconductor Inc<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735 |
| Randall S Eisenberg<br>FTI Consulting Inc<br>3 Times Square<br>11th Fl<br>New York, NY 10036 | Valerie Venable<br>c/o GE Plastics<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Lonie A Hassel<br>Groom Law Group<br>1701 Pennsylvania Ave Nw<br>Washington, DC 20006 |
| Stephen H Gross<br>Hodgson Russ LLP<br>1540 Broadway<br>24th Fl<br>New York, NY 10036 | Internal Revenue Service<br>Attn: Insolvency Department, Mario<br>Valerio<br>290 Broadway, 5th Floor<br>New York NY 10007 |

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Conference Board Chairman
IUE-CWA
2360 W Dorothy Ln
Ste 201
Dayton, OH 45439

Bill Derrough
Jefferies & Company Inc
520 Madison Ave
12th Fl
New York, NY 10022

Richard Duker
JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017

Thomas Moers Mayer
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Patrick J. Healy
Daniel R. Fisher
Law Debenture Trust of New York
400 Madison Avenue, 4th Floor
New York, NY 10017

Susan Atkins
Gianni Russello
JPMorgan Chase Bank NA
277 Park Ave, 8th Floor
New York, NY 10172

Sheryl Betance
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

David D. Cleary
Mohsin N. Khambati
Jason J. DeJonker
Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL   60606

Leon Szlezinger
Mesirow Financial
666 Third Avenue
21st Floor
New York, NY 10017

Joseph T Moldovan Esq
Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

NY\1340926.1

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005-4026

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Ave
New York, NY 10103

David L Resnick
Rothchild Inc
1251 Ave Of The Americas
New York, NY 10020

Harvey R. Miller, Esq.
Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert W Dremluck
Seyfarth Shaw LLP
1270 Avenue Of The Americas
Ste 2500
New York, NY 10020-1801

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

Kenneth S Ziman
Robert H Trust
William T Russell Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

John Wm Butler
John K Lyons
Ron E Meisler
Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr
Ste 2100
Chicago, IL 60606

Kayalyn A Marafioti
Thomas J Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Chester B Salomon
Constantine D Pourakis
Stevens & Lee PC
485 Madison Ave
20th Fl
New York, NY 10022

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Ste 3335
New York, NY 10119

NY\1340926.1

| | |
|---|---|
| Alicia M Leonhard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004<br>Attn: Brad Eric Scheler<br>    Bonnie Steingart<br>    Vivek Melwani<br>    Jennifer L. Rodburg<br>    Richard J. Slivinski |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ  07960 | Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>James E. Till, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 |

**Via First Class Mail**

| | |
|---|---|
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 | Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI  53202<br>Attn: Beth Klimczak<br>        General Counsel |

NY\1340926.1

Miami-Dade County Tax Collector
Metro-Dade Paralegal Unit
140 West Flagler Street
Suite 1403
Miami, FL  33130

WL Ross & Co., LLC
600 Lexington Avenue
19th Floor
New York, NY  10022
Attn: Stephen Toy

Pickrel-Shaeffer & Ebeling
Sarah B. Carter, Esq.
2700 Kettering Tower
Dayton, OH  45423

Dykema Gossett PLLC
Gregory J. Jordan
10 Wacker
Suite  2300
Chicago, IL  60606

Dykema Gossett PLLC
Brendan G. Best, Esq.
39577 Woodward Ave, Suite 300
Bloomfield Hills, MI  48304

**Via E-Mail**

aaronsona@pepperlaw.com
abrilliant@goodwinproctor.com
adalberto@canadas.com
aee@hurwitzfine.com
aenglund@orrick.com
agelman@sachnoff.com
agottfried@morganlewis.com
akatz@entergy.com
alan.mills@btlaw.com
aleinoff@amph.com
amalone@colwinlaw.com
amathews@robinsonlaw.com
amccollough@mcguirewoods.com
amcmullen@bccb.com
amoog@hhlaw.com
andrew.herenstein@quadranglegroup.com
andrew.kassner@dbr.com
anne.kennelly@hp.com
aordubegian@weineisen.com
arosenberg@paulweiss.com
jbrass@paulweiss.com
asherman@sillscummis.com
aswiech@akebono-usa.com
athau@cm-p.com
austin.bankruptcy@publicans.com
axs@maddinhauser.com
ayala.hassell@eds.com
bankruptcy@goodwin.com
barnold@whdlaw.com
bbeckworth@nixlawfirm.com
bellis-monro@sgrlaw.com
Ben.Caughey@icemiller.com
bharwood@sheehan.com
bkessinger@akebono-usa.com
bmcdonough@teamtogut.com

bmehlsack@gkllaw.com
bnathan@lowenstein.com
bsmoore@pbnlaw.com
bspears@winstead.com
cahn@clm.com
cahope@chapter13macon.com
carol.weiner.levy@srz.com
carol_sowa@denso-diam.com
carren.shulman@hellerehrman.com
caseyl@pepperlaw.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
cbelmonte@ssbb.com
cdruehl@goodwinproctor.com
cfortgang@silverpointcapital.com
cgalloway@atsautomation.com
charles@filardi-law.com
chill@bsk.com
ckm@greensfelder.com
jpb@greensfelder.com
cnorgaard@ropers.com
Cohen.Mitchell@arentfox.com
craig.freeman@alston.com
crieders@gjb-law.com
cs@stevenslee.com
cp@stevenslee.com
cschulman@sachnoff.com
csullivan@bsk.com
cweidler@paulweiss.com
dadler@mccarter.com
dallas.bankruptcy@publicans.com
david.aaronson@dbr.com
david.boyle@airgas.com
david.lemke@wallerlaw.com

dbaty@honigman.com
dbrown@klettrooney.com
dconnolly@alston.com
dwender@alston.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddeutsch@chadbourne.com
ddragich@foley.com
ddraper@terra-law.com
ddunn@akingump.com
derrien@coollaw.com
dfreedman@ermanteicher.com
dgheiman@jonesday.com
diconzam@gtlaw.com
djury@steelworkers-usw.org
dkarp@cm-p.com
dladdin@agg.com
dlowenthal@thelenreid.com
dludman@brownconnery.com
dmdelphi@duanemorris.com
dpm@curtinheefner.com
driggio@candklaw.com
drosenzweig@fulbright.com
dwdykhouse@pbwt.com
dweiner@schaferandweiner.com
eabdelmasieh@nmmlaw.com
EAKleinhaus@wlrk.com
ecdolan@hhlaw.com
echarlton@hiscockbarclay.com
efox@klng.com
egc@lydenlaw.com
egeekie@schiffhardin.com
eglas@mccarter.com
egunn@mcguirewoods.com
ekutchin@kutchinrufo.com

NY\1340926.1

| | | |
|---|---|---|
| elazarou@reedsmith.com | jdonahue@miheritage.com | klaw@bbslaw.com |
| elizabeth.flaagan@hro.com | jeannine.damico@cwt.com | kmayhew@pepehazard.com |
| Elliott@cmplaw.com | Jeff.Ott@molex.com | kmiller@skfdelaware.com |
| emarcks@ssd.com | jeffery.gillispie@infineon.com | Knathan@nathanneuman.com |
| emccolm@paulweiss.com | jeisenhofer@gelaw.com | knorthup@kutchinrufo.com |
| emeyers@mrrlaw.net | jengland@linear.com | knye@quarles.com |
| enrique.bujidos@es.pwc.com | jforstot@tpw.com | krk4@daimlerchrysler.com |
| ephillips@thurman-phillips.com | jgtougas@mayerbrown.com | krosen@lowenstein.com |
| eray@balch.com | jguerrier@dreierllp.com | kwalsh@lordbissell.com |
| ewaters@sheppardmullin.com | jguy@orrick.com | lawallf@pepperlaw.com |
| ferrell@taftlaw.com | jh@previant.com | lawtoll@comcast.net |
| ffm@bostonbusinesslaw.com | mgr@previant.com | lberkoff@moritthock.com |
| fholden@orrick.com | jharris@quarles.com | lcurcio@tpw.com |
| fstevens@foxrothschild.com | jhlemkin@duanemorris.com | lekvall@wgllp.com |
| ftrikkers@rikkerslaw.com | jkp@qad.com | lenard.parkins@haynesboone.com |
| fusco@millercanfield.com | jkreher@hodgsonruss.com | kenric.kattner@haynesboone.com |
| fyates@sonnenschein.com | jlanden@madisoncap.com | lgretchko@howardandhoward.com |
| gdiconza@dlawpc.com | jlapinsky@republicengineered.com | lisa.moore2@nationalcity.com |
| george.cauthen@nelsonmullins.com | jlevi@toddlevi.com | lloyd.sarakin@am.sony.com |
| gerdekomarek@bellsouth.net | jmanheimer@pierceatwood.com | lmagarik@kjmlabor.com |
| gettelman@e-hlaw.com | jmbaumann@steeltechnologies.com | lmcbryan@hwmklaw.com |
| ggotto@kellerrohrback.com | jminias@stroock.com | lnewman@fagelhaber.com |
| ggreen@fagelhaber.com | jml@ml-legal.com | lpeterson@msek.com |
| gjarvis@ggelaw.com | lmc@ml-legal.com | lpinto@wcsr.com |
| gkurtz@ny.whitecase.com | jmoennich@wickenslaw.com | lsarko@kellerrohrback.com |
| guzzi@whitecase.com | jmsullivan@mwe.com | claufenberg@kellerrohrback.com |
| dbaumstein@ny.whitecase.com | jmurch@foley.com | eriley@kellerrohrback.com |
| gogimalik@andrewskurth.com | joel_gross@aporter.com | lschwab@bbslaw.com |
| gpeters@weltman.com | john.brannon@tklaw.com | lwalzer@angelogordon.com |
| greenj@millercanfield.com | john.gregg@btlaw.com | madison.cashman@stites.com |
| greg.bibbes@infineon.com | john.persiani@dinslaw.com | maofiling@cgsh.com |
| gregory.kaden@ropesgray.com | john.sieger@kattenlaw.com | maofiling@cgsh.com |
| growsb@wnj.com | jonathan.greenberg@BASF.COM | marc.hirschfield@ropesgray.com |
| gsantella@masudafunai.com | jposta@sternslaw.com | margot.erlich@pillsburylaw.com |
| gschwed@loeb.com | jspecf@sternslaw.com | mark.houle@pillsburylaw.com |
| gtoering@wnj.com | jrhunter@hunterschank.com | mark.owens@btlaw.com |
| hannah@blbglaw.com | jrobertson@calfee.com | marvin.clements@state.tn.us |
| hborin@schaferandweiner.com | JRS@Parmenterlaw.com | massimiliano_cini@brembo.it |
| heather@inplaytechnologies.com | jsalmas@mccarthy.ca | mbane@kelleydrye.com |
| herb.reiner@guarantygroup.com | lsalzman@mccarthy.ca | mblacker@andrewskurth.com |
| heyens@gtlaw.com | jshickich@riddellwilliams.com | mbusenkell@eckertseamans.com |
| Hirsh.Robert@arentfox.com | jsimon@foley.com | mcheney@orrick.com |
| hkolko@msek.com | jsmairo@pbnlaw.com | mcruse@wnj.com |
| hleinwand@aol.com | jstempel@kirkland.com | mdallago@morrisoncohen.com |
| holly@regencap.com | jtaylor@binghammchale.com | mdebbeler@graydon.com |
| housnerp@michigan.gov | malerding@binghammchale.com | metkin@lowenstein.com |
| houston_bankruptcy@publicans.com | wmosby@binghammchale.com | mfarquhar@winstead.com |
| hwangr@michigan.gov | jtaylor@binghammchale.com | mgreger@allenmatkins.com |
| hzamboni@underbergkessler.com | wmosby@binghammchale.com | mhall@burr.com |
| idizengoff@akingump.com | judith.elkin@haynesboone.com | miag@michigan.gov |
| ilevee@lowenstein.com | jvitale@cwsny.com | miag@michigan.gov |
| ira.herman@tklaw.com | bceccotti@cwsny.com | michael.cook@srz.com |
| jaffeh@pepperlaw.com | jwilson@tylercooper.com | michael.mccrory@btlaw.com |
| james.bentley@srz.com | jwisler@cblh.com | michaelz@orbotech.com |
| jangelovich@nixlawfirm.com | jzackin@sillscummis.com | miller@taftlaw.com |
| janice.grubin@dbr.com | karen.dine@pillsburylaw.com | mkilgore@UP.com |
| japplebaum@clarkhill.com | kcookson@keglerbrown.com | mkohayer@aol.com |
| javanzato@apslaw.com | kcunningham@pierceatwood.com | mlee@contrariancapital.com |
| jay.hurst@oag.state.tx.us | ken.higman@hp.com | jstanton@contrariancapital.com |
| jay.selanders@kutakrock.com | khansen@stroock.com | wraine@contrariancapital.com |
| jbernstein@mdmc-law.com | khopkins@milesstockbridge.com | solax@contrariancapital.com |
| jcrotty@rieckcrotty.com | kim.robinson@bfkn.com | mmachen@sonnenschein.com |

| | | |
|---|---|---|
| mmassad@hunton.com | rgriffin@iuoe.org | sharon.petrosino@hp.com |
| mmeyers@gsmdlaw.com | rheilman@schaferandweiner.com | sholmes@hunton.com |
| mmharner@jonesday.com | rhett.campbell@tklaw.com | sjennik@kjmlabor.com |
| mmoody@okmlaw.com | richard.epling@pillsburylaw.com | sjfriedman@jonesday.com |
| mnewman@schaferandweiner.com | richard.kremen@dlapiper.com | sjohnston@cov.com |
| mparker@fulbright.com | rjclark@hancocklaw.com | skhoos@mintz.com |
| mrichards@blankrome.com | rjones@bccb.com | skrause@zeklaw.com |
| mrichman@foley.com | rjp@pbandg.com | smcook@lambertleser.com |
| mrr@previant.com | rjsidman@vssp.com | snirmul@gelaw.com |
| mscott@riemerlaw.com | rkidd@srcm-law.com | sokeefe@winthropcouchot.com |
| mseidl@pszjlaw.com | rlp@quarles.com | sopincar@mcdonaldhopkins.com |
| mshaiken@stinsonmoheck.com | rmcdowell@bodmanllp.com | sosimmerman@kwgd.com |
| msmcelwee@varnumlaw.com | rmeth@daypitney.com | sriley@mcdonaldhopkins.com |
| msomerstein@kelleydrye.com | rnorton@reedsmith.com | srosen@cb-shea.com |
| msternstein@sheppardmullin.com | rnsteinwurtzel@swidlaw.com | sselbst@mwe.com |
| msutter@ag.state.oh.us | robert.goodrich@stites.com | sshimshak@paulweiss.com |
| mtf@afrct.com | robert.morris@timken.com | steven.keyes@aam.com |
| mtrentadue@boselaw.com | robert.welhoelter@wallerlaw.com | susanwhatley@nixlawfirm.com |
| cdelatorre@boselaw.com | robin.spear@pillsburylaw.com | swalsh@chglaw.com |
| murph@berrymoorman.com | rpeterson@jenner.com | tbrink@lordbissell.com |
| mviscount@foxrothschild.com | rrichards@sonnenschein.com | tch@previant.com |
| mwarner@warnerstevens.com | rrosenbaum@mrrlaw.net | tcohen@sheppardmullin.com |
| mwinthrop@winthropcouchot.com | rsmolev@kayescholer.com | tdonovan@finkgold.com |
| myarnoff@sbclasslaw.com | rsz@curtinheefner.com | tgaa@bbslaw.com |
| mzelmanovitz@morganlewis.com | rthibeaux@shergarner.com | timothy.mehok@hellerehrman.com |
| nhp4@cornell.edu | rthibeaux@shergarner.com | tkennedy@kjmlabor.com |
| niizeki.tetsuhiro@furukawa.co.jp | rtrack@msn.com | tlauria@whitecase.com |
| pabutler@ssd.com | rurbanik@munsch.com | featon@miami.whitecase.com |
| patrick.bartels@quadranglegroup.com | jwielebinski@munsch.com | tmaxson@cohenlaw.com |
| pbaisier@seyfarth.com | drukavina@munsch.com | tmcfadden@lordbissell.com |
| pbarr@jaffelaw.com | rusadi@cahill.com | tom@beemanlawoffice.com |
| pbilowz@goulstonstorrs.com | rweisberg@carsonfischer.com | tomschank@hunterschank.com |
| pbosswick@ssbb.com | rwyron@orrick.com | tracy.richardson@dol.lps.state.nj.us |
| pcostello@bbslaw.com | sabelman@cagewilliams.com | trenda@milesstockbridge.com |
| pgurfein@akingump.com | sagolden@hhlaw.com | tsable@honigman.com |
| pjanovsky@zeklaw.com | sandy@nlsg.com | tscobb@vssp.com |
| pjricotta@mintz.com | sarah.morrison@doj.ca.gov | tslome@rsmllp.com |
| pmears@btlaw.com | sarbt@millerjohnson.com | twardle@sheppardmullin.com |
| Pretekin@coollaw.com | wolfordr@millerjohnson.com | vdagostino@lowenstein.com |
| prubin@herrick.com | scargill@lowenstein.com | vhamilton@sillscummis.com |
| raterinkd@michigan.gov | schnabel@klettrooney.com | skimmelman@sillscummis.com |
| rbeacher@daypitney.com | schristianson@buchalter.com | vmastromar@aol.com |
| cchiu@daypitney.com | sdabney@kslaw.com | wachstein@coollaw.com |
| rcarrillo@gsblaw.com | bdimos@kslaw.com | wallace@blbglaw.com |
| rcharles@lrlaw.com | sdeeby@clarkhill.com | wbeard@stites.com |
| rcovino@lordbissell.com | sdonato@bsk.com | loucourtsum@stites.com |
| rdaversa@mayerbrown.com | sdrucker@honigman.com | wendy.brewer@btlaw.com |
| rdremluk@seyfarth.com | sean@blbglaw.com | whanlon@seyfarth.com |
| resterkin@morganlewis.com | sfreeman@lrlaw.com | whawkins@loeb.com |
| Rfeinstein@pszjlaw.com | sgoldber@quarles.com | william.barrett@bfkn.com |
| Ischarf@pszjlaw.com | sgross@hodgsonruss.com | wkohn@schiffhardin.com |
| RGMason@wlrk.com | shandler@sbclasslaw.com | wmsimkulak@duanemorris.com |
| rgordon@clarkhill.com | shapiro@steinbergshapiro.com | wsavino@damonmorey.com |