**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| | : | **Chapter 11** |
| **In re:** | : | |
| | : | **Case No. 05-44481 (RDD)** |
| **Delphi Corporation, et al.** | : | **(Jointly Administered)** |
| | : | |
| **Debtors** | : | |

-------------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM
### NO. 3 PURSUANT TO FRBP RULE 3001(e)(2)


TO:   **ARIBA, INC. ("Assignor")**
      Attn:  Credit Collections
      210 6th Avenue
      Pittsburgh, PA  15222


      As of August 23, 2007, Assignor's claims against Delphi Automotive Systems, LLC
(claim no. 3) in the principal amount of $169,354.58 (the "Claim") have been transferred to the
following Assignee:

> **JPMorgan Chase Bank, N.A.**
> **4 New York Plaza, Floor 16**
> **New York, NY 10004**
> **Attention:    Neelima Veluvolu**
> **Telephone:   (212) 623-1979**
> **Facsimile:    (646) 792-3855**
> **E-mail:       neelima.veluvolu@jpmorgan.com**


      The Evidence of Transfer of Claim is attached as <u>Exhibit A</u> and the Assignee's payment
instructions are attached as <u>Exhibit B</u>.  The first page of the Proof of Claim is attached hereto as
<u>Exhibit C</u>.  No action is required <u>if you do not object</u> to the transfer of your claim.  However, **IF
YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>TWENTY (20) DAYS</u>
OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO
THE TRANSFER:**

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>One Bowling Green Station, P.O. Box 5058<br>New York, New York 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

### PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

JPMorgan Chase Bank, N.A.
4 New York Plaza, Floor 16
New York, NY 10004
Attention:    Neelima Veluvolu
Telephone:    (212) 623-1979
Facsimile:    (646) 792-3855
E-mail:        neelima.veluvolu@jpmorgan.com

### WITH A COPY TO :

Kirkpatrick & Lockhart Preston Ellis Gates LLP
599 Lexington Avenue
New York, NY 10022
Attention:    Steven H. Epstein
Telephone:    (212) 536-4830
Facsimile:    (212) 536-4001
E-mail :        sepstein@klgates.com

If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated:  October ⟍, 2007

JPMORGAN CHASE BANK, N.A.

By: _Stephanie Skowronski_
Name:
Title:        Stephanie Skowronski
              Authorized Signatory

## EXHIBIT A

**Evidence Of Transfer Of Claim**

## EVIDENCE OF TRANSFER OF CLAIM

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **ARIBA, INC.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **JPMORGAN CHASE BANK, N.A.** ("Assignee") its right, title, interest, claim and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of **$169,354.58** set forth in proof of claim number 3 filed against Delphi Automotive Systems LLC (the "Assigned Claim") and filed in *In re Delphi Corporation., et al.*, Chapter 11 Case No 05-44481 (RDD), jointly administered (the "Case"), in the United States Bankruptcy Court for the Southern District of New York (together with any other court having jurisdiction over the Case, the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Assigned Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim ONLY and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of either of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30th day of October, 2007.

ASSIGNEE                         JPMORGAN CHASE BANK, N.A.

By: _____
Name:    Stephanie Skowronski
Title:    Authorized Signatory

ASSIGNOR:                        ARIBA, INC.

By: _____
Name:    Gerard J. Bernard
Title:    Director, Treasurer

1

## **EXHIBIT B**

**Assignee's Payment And Delivery Instructions**

Assignee's Payment and Delivery Instructions

Wire:
Name of Bank:                              **JPMorgan Chase Bank New York, N.A.**
Routing Transit/ABA number:               **021000021**
Name of Account:                          **SPS High Yield Loan Trading**
Account Number:                           **544-7-94742**
Reference:                                **Delphi/Ariba**

**<u>EXHIBIT C</u>**

**Proof of Claim**

| United States Bankruptcy Court | District Of | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor:** Delphi Automotive LLC

**Case Number:** 05-44596

This Space For Court Use Only

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property): Ariba, Inc.

**Name and Address where notices should be sent:**
Ariba, Inc.
210 6th Avenue
Attn: Credit + Collections
Pittsburgh, PA 15222

**Telephone Number:** 412-297-8219

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

**Account or other number by which creditor identifies debtor:**
#1000617

Check here if this claim ☐ replaces or ☐ amends a previously filed claim
dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

**2. Date debt was incurred:**
10-01-04

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 252,354.58 _____ _____ _____ 252,354.58
        (Unsecured Nonpriority)  (Secured)  (Unsecured Priority)  (Total)

ª If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate   ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ _____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 252,354.58
Specify the priority of the claim:

- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
  * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

**Date:** 10-12-05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Kelly Elias  KELLY ELIAS-  COLLECTIONS SPECIALIST

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Exhibit B
TRANSFER OF CLAIM & INVOICES



**ARIBA®** Spend Management. Find it. Get it. Keep it.

**INVOICE**

| | |
|---|---|
| Invoice #: | AC001665-02 |
| Invoice Date: | October/01/2004 |
| Page: | 1 of 1 |

Bill To: **Delphi Automotive Systems**
Attn:    Colleen Michels
         Mailcode: 480413-200
         1450 W. Long Lake Road - 2nd floor
         Troy MI 48098
         United States

Ship to:  Delphi Automotive Systems
          Mailcode: 480413-200 1450 W. Lon
          Troy MI 48098
          USA

| Purchase Order: | Order No.: | | Payment Terms: | | | | Due Date: | | | Cust ID: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DWS05046 003 | | | Net 60 | | | | November/30/2004 | | | 1000617 | |

| Item No | Item Description | | | Ship Date | Via | Qty | UOM | Unit Price | Tax% | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Subscription - Quick Source<br><br>Empowerment Package | | | 11/1/2002 | | 1.00 | EA | 39,000.00 | 0.00 | 39,000.00 |

**Remit Payment To:**
PNC Bank
Ariba, Inc.
P.O.Box 642962
Pittsburgh PA 15264-2962
United States

**IMPORTANT: Except as otherwise specified in a signed agreement between the parties, all sales of Ariba products and/or services shall be pursuant to Ariba's terms of sales set forth at http://Ariba.com/online_TOU.cfm/, which is hereby incorporated by reference.**

**Please Wire Your Payment To:**
PNC Bank, N. A., Two PNC Plaza, Pittsburgh, PA 15222
FBO: Ariba, Inc. Memo Ref.: Invoice No.
Account No.: 1008997938  Routing No.: 043000096
Swift Code: PNCCUS33
Federal ID: 77-0439730

| | |
|---|---|
| Sub-total: | 39,000.00 |
| VAT: | 0.00 |
| Tax/GST: | 0.00 |
| **TOTAL:** | **39,000.00 USD** |



**ARIBA®**  Spend Management.
Find it. Get it. Keep it.

**INVOICE**

| | |
|---|---|
| Invoice #: | CP05-03312 |
| Invoice Date: | December/20/2004 |
| Page: | 1   of 1 |

Bill To:   Delphi Automotive Systems
Attn:      Mary Garner
           Mailcode: 480413-200
           1450 W. Long Lake Road - 2nd floor
           Troy MI 48098
           United States

Ship to:   Delphi Automotive Systems
           Mailcode: 480413-200 1450 W. Lon
           Troy MI 48098
           USA

| Purchase Order: | Order No.: | Payment Terms: | | | | Due Date: | | | Cust ID: |
|---|---|---|---|---|---|---|---|---|---|
| N/A | CP05-03312 | Net 30 | | | | January/19/2005 | | | 1000617 |

| Item No | Item Description | | Ship Date | Via | Qty | UOM | Unit Price | Tax% | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Consultant Expenses | | | | 1.00 | EA | 309.74 | 0.00 | 309.74 |

Remit Payment To:
PNC Bank
Ariba, Inc.
P.O.Box 642962
Pittsburgh PA 15264-2962
United States

IMPORTANT: Except as otherwise specified in a signed agreement between the parties, all sales of Ariba products
and/or services shall be pursuant to Ariba's terms of sales set forth at http://Ariba.com/online_TOU.cfm/, which is
hereby incorporated by reference.

Please Wire Your Payment To:
PNC Bank, N. A., Two PNC Plaza, Pittsburgh, PA 15222
FBO: Ariba, Inc. Memo Ref.: Invoice No.
Account No.: 1008997938  Routing No.: 043000096
Swift Code: PNCCUS33
Federal ID: 77-0439730

| | |
|---|---|
| Sub-total: | 309.74 |
| VAT: | 0.00 |
| Tax/GST: | 0.00 |
| TOTAL: | 309.74USD |



**Ariba, Inc.**

**Implementation Services**

9/19/2005

**Delphi Automotive Systems**

Invoice:    CP05-03312

Delphi Full Source QS FS

| Consultant | Expense Date | Ariba T&E ID | Expense Description | Amount |
|---|---|---|---|---|
| Delphi Automotive Systems | | Grand Total: | | 309.74 |

2

| | Expense Date | Audit Trail ID | Expense Description | Amount |
|---|---|---|---|---|
| Beth Sanchez | 11/17/2004 | 117595 | Car Rental | 153.80 |
| Beth Sanchez | 11/17/2004 | 117595 | Hotel | 155.94 |
| **Total for   Beth Sanchez** | | | | 309.74 |



**Spend Management.**
Find it. Get it. Keep it.

A R I B A

**INVOICE**

| | |
|---|---|
| Invoice #: | CP05-04318 |
| Invoice Date: | April/25/2005 |
| Page: | 1 of 1 |

Bill To: Delphi Automotive Systems
Attn:   IT TSM
        Mailcode: 480413-200
        1450 W. Long Lake Road - 2nd floor
        Troy MI 48098
        United States

Ship to:  Delphi Automotive Systems
          Mailcode: 480413-200 1450 W. Lon
          Troy MI 48098
          USA

| Purchase Order: | Order No.: | Payment Terms: | | | Due Date: | | Cust ID: |
|---|---|---|---|---|---|---|---|
| N/A | CP05-04318 | Net 30 | | | May/25/2005 | | 1000617 |

| Item No | Item Description | | Ship Date | Via | Qty | UOM | Unit Price | Tax% | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Consultant Expenses | | | | 1.00 | EA | 29.48 | 0.00 | 29.48 |
| | Empowerment Package | | | | | | | | |

**Remit Payment To:**
PNC Bank
Ariba, Inc.
P.O.Box 642962
Pittsburgh PA 15264-2962
United States

IMPORTANT: Except as otherwise specified in a signed agreement between the parties, all sales of Ariba products and/or services shall be pursuant to Ariba's terms of sales set forth at http://Ariba.com/online_TOU.cfm/, which is hereby incorporated by reference.

**Please Wire Your Payment To:**
PNC Bank, N. A., Two PNC Plaza, Pittsburgh, PA 15222
FBO: Ariba, Inc. Memo Ref.: Invoice No.
Account No.: 1008997938  Routing No.: 043000096
Swift Code: PNCCUS33
Federal ID: 77-0439730

| | |
|---|---|
| Sub-total: | 29.48 |
| VAT: | 0.00 |
| Tax/GST: | 0.00 |
| **TOTAL:** | **29.48 USD** |



# Ariba, Inc.

## Implementation Services

9/19/2005

**Delphi Automotive Systems**

Invoice:    CP05-04318

Delphi Full Source QS FS

| Consultant | Expense Date | Ariba T&E ID | Expense Description | Amount |
|---|---|---|---|---|
| Web Bromley | 3/24/2005 | 129445 | Mileage | 15.39 |
| Web Bromley | 4/4/2005 | 130664 | Mileage | 14.09 |
| **Total for   Web Bromley** | | | | 29.48 |



**Ariba, Inc.**

**Implementation Services**

9/19/2005

## Delphi Automotive Systems

Invoice:    CP05-04318

Delphi Full Source QS FS

| Consultant | Expense Date | Ariba T&E ID | Expense Description | Amount |
|---|---|---|---|---|
| Delphi Automotive Systems | | Grand Total: | | 29.48 |

2



**ARIBA®**

**Spend Management.**
**Find it. Get it. Keep it.**

**INVOICE**

| | |
|---|---|
| Invoice #: | CP05-04544 |
| Invoice Date: | May/24/2005 |
| Page: | 1  of  1 |

Bill To:   Delphi Automotive Systems
Attn:      IT TSM
           Mailcode: 480413-200
           1450 W. Long Lake Road - 2nd floor
           Troy MI 48098
           United States

Ship to:   Delphi Automotive Systems
           Mailcode: 480413-200 1450 W. Lon
           Troy MI 48098
           USA

| Purchase Order: | Order No.: | Payment Terms | | | Due Date: | | Cust ID. | |
|---|---|---|---|---|---|---|---|---|
| N/A | CP05-04544 | Net 30 | | | June/23/2005 | | 1000617 | |

| Item No | Item Description | Ship Date | Via | Qty | UOM | Unit Price | Tax% | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | Consultant Expenses<br><br>Empowerment Package | | | 1.00 | EA | 32.40 | 0.00 | 32.40 |

Remit Payment To:
PNC Bank
Ariba, Inc.
P.O.Box 642962
Pittsburgh PA 15264-2962
United States

**IMPORTANT: Except as otherwise specified in a signed agreement between the parties, all sales of Ariba products and/or services shall be pursuant to Ariba's terms of sales set forth at http://Ariba.com/online_TOU.cfm/, which is hereby incorporated by reference.**

Please Wire Your Payment To:
PNC Bank, N. A., Two PNC Plaza, Pittsburgh, PA 15222
FBO: Ariba, Inc. Memo Ref.: Invoice No.
Account No.: 1008997938  Routing No.: 043000096
Swift Code: PNCCUS33
Federal ID: 77-0439730

| | |
|---|---|
| Sub-total: | 32.40 |
| VAT: | 0.00 |
| Tax/GST: | 0.00 |
| TOTAL: | 32.40USD |



**Ariba, Inc.**

**Implementation Services**

9/19/2005

**Delphi Automotive Systems**

Invoice:    CP05-04544

Delphi Full Source QS FS

| Consultant | Expense Date | Ariba T&E ID | Expense Description | Amount |
|---|---|---|---|---|
| Web Bromley | 5/4/2005 | 226164 | Mileage | 16.20 |
| Web Bromley | 5/10/2005 | 227074 | Mileage | 16.20 |
| Total for   Web Bromley | | | | 32.40 |

1



**Ariba, Inc.**

**Implementation Services**

9/19/2005

Delphi Automotive Systems

Invoice:    CP05-04544

Delphi Full Source QS FS

| Consultant | Expense Date | Ariba T&E ID | Expense Description | Amount |
|---|---|---|---|---|
| Delphi Automotive Systems | | Grand Total: | | 32.40 |



**A R I B A°**    Spend Management.
Find it. Get it. Keep it.

**INVOICE**

| | |
|---|---|
| Invoice #: | AC001665-09 |
| Invoice Date: | May/01/2005 |
| Page: | 1   of 1 |

Bill To:   Delphi Automotive Systems
Attn:      IT TSM
           5820 Delphi Drive
           M/C: 480-405-235
           Troy MI 48098-2815
           United States

Ship to:   Delphi Automotive Systems
           Mailcode: 480413-200 1450 W. Lon
           Troy MI 48098
           USA

| Purchase Order: | Order No.: | Payment Terms: | | Due Date: | | Cust ID: | |
|---|---|---|---|---|---|---|---|
| DWS05048 003 | | Net 60 | | June/30/2005 | | 1000617 | |

| Item No | Item Description | Ship Date | Via | Qty | UOM | Unit Price | Tax% | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | Subscription - Quick Source <br><br> Empowerment Package | 11/1/2002 | | 1.00 | EA | 39,000.00 | 0.00 | 39,000.00 |

**Remit Payment To:**

PNC Bank
Ariba, Inc.
P.O.Box 642962
Pittsburgh PA 15264-2962
United States

**IMPORTANT: Except as otherwise specified in a signed agreement between the parties, all sales of Ariba products and/or services shall be pursuant to Ariba's terms of sales set forth at http://Ariba.com/online_TOU.cfm/, which is hereby incorporated by reference.**

**Please Wire Your Payment To:**
PNC Bank, N. A., Two PNC Plaza, Pittsburgh, PA 15222
FBO: Ariba, Inc. Memo Ref.: Invoice No.
Account No.: 1008997938  Routing No.: 043000096
Swift Code: PNCCUS33
Federal ID: 77-0439730

| | |
|---|---|
| Sub-total: | 39,000.00 |
| VAT: | 0.00 |
| Tax/GST: | 0.00 |
| TOTAL: | 39,000.00 USD |



**ARIBA®**

Spend Management.
Find it. Get it. Keep it.

**INVOICE**

| | |
|---|---|
| Invoice #: | CP05-04780 |
| Invoice Date: | June/22/2005 |
| Page: | 1 of 1 |

Bill To:  Delphi Automotive Systems
Attn:     Mary Garner
          Mailcode: 480413-200
          1450 W. Long Lake Road - 2nd floor
          Troy MI 48098
          United States

Ship to:  Delphi Automotive Systems
          Mailcode: 480413-200 1450 W. Lon
          Troy MI 48098
          USA

| Purchase Order: | Order No | Payment Terms: | Due Date: | Cust ID: |
|---|---|---|---|---|
| N/A | CP05-04780 | Net 30 | July/22/2005 | 1000617 |

| Item No | Item Description | Ship Date | Via | Qty | UOM | Unit Price | Tax% | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | Consultant Expenses | | | 1.00 | EA | 14.18 | 0.00 | 14.18 |
| | Empowerment Package | | | | | | | |

Remit Payment To:
PNC Bank
Ariba, Inc.
P.O.Box 642962
Pittsburgh PA 15264-2962
United States

IMPORTANT: Except as otherwise specified in a signed agreement between the parties, all sales of Ariba products and/or services shall be pursuant to Ariba's terms of sales set forth at http://Ariba.com/online_TOU.cfm/, which is hereby incorporated by reference.

Please Wire Your Payment To:
PNC Bank, N. A., Two PNC Plaza, Pittsburgh, PA 15222
FBO: Ariba, Inc. Memo Ref.: Invoice No.
Account No.: 1008997938  Routing No.: 043000096
Swift Code: PNCCUS33
Federal ID: 77-0439730

| | |
|---|---|
| Sub-total: | 14.18 |
| VAT: | 0.00 |
| Tax/GST: | 0.00 |
| TOTAL: | 14.18USD |



**Ariba, Inc.**

**Implementation Services**

9/19/2005

**Delphi Automotive Systems**

Invoice:    CP05-04780

Delphi Full Source QS FS

| Consultant | Expense Date | Ariba T&E ID | Expense Description | Amount |
|---|---|---|---|---|
| Web Bromley | 4/28/2005 | 224264 | Mileage | 14.18 |
| Total for   Web Bromley | | | | 14.18 |

1



**Ariba, Inc.**

**Implementation Services**

9/19/2005

**Delphi Automotive Systems**

Invoice:    CP05-04780

**Delphi Full Source QS FS**

| Consultant | Expense Date | Ariba T&E ID | Expense Description | Amount |
|---|---|---|---|---|
| Delphi Automotive Systems | | Grand Total: | | 14.18 |

2



**A R I B A®**

Spend Management.
Find it. Get it. Keep it.

**INVOICE**

| | |
|---|---|
| Invoice #: | CP05-04545 |
| Invoice Date: | May/24/2005 |
| Page: | 1  of 1 |

| | | | |
|---|---|---|---|
| Bill To: | Delphi Automotive Systems | Ship to: | Delphi Automotive Systems |
| Attn: | IT TSM | | Mailcode: 480413-200 1450 W. Lon |
| | Mailcode: 480413-200 | | Troy MI 48098 |
| | 1450 W. Long Lake Road - 2nd floor | | USA |
| | Troy MI 48098 | | |
| | United States | | |

| Purchase Order: | Order No.: | Payment Terms: | Due Date: | Cust ID: |
|---|---|---|---|---|
| DWS10951 | CP05-04545 | Net 60 | July/23/2005 | 1000617 |

| Item No | Item Description | Ship Date | Via | Qty | UOM | Unit Price | Tax% | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | Consultant Expenses | | | 1.00 | EA | 1,114.47 | 0.00 | 1,114.47 |
| | Fixed Fee | | | | | | | |

**Remit Payment To:**

PNC Bank
Ariba, Inc.
P.O.Box 642962
Pittsburgh PA 15264-2962
United States

**IMPORTANT: Except as otherwise specified in a signed agreement between the parties, all sales of Ariba products and/or services shall be pursuant to Ariba's terms of sales set forth at http://Ariba.com/online_TOU.cfm/, which is hereby incorporated by reference.**

| | | |
|---|---|---|
| **Please Wire Your Payment To:** | Sub-total: | 1,114.47 |
| PNC Bank, N. A., Two PNC Plaza, Pittsburgh, PA 15222 | | |
| FBO: Ariba, Inc. Memo Ref.: Invoice No. | VAT: | 0.00 |
| Account No.: 1008997938  Routing No.: 043000096 | | |
| Swift Code: PNCCUS33 | Tax/GST: | 0.00 |
| Federal ID: 77-0439730 | | |
| | **TOTAL:** | **1,114.47 USD** |



**Ariba, Inc.**

**Implementation Services**

9/19/2005

## Delphi Automotive Systems

**Invoice:** CP05-04545

**Delphi SV (SF641) FF**

| Consultant | Expense Date | Ariba T&E ID | Expense Description | Amount |
|---|---|---|---|---|
| Craig Show | 5/3/2005 | 225714 | Airfare | 393.20 |
| Craig Show | 5/3/2005 | 225714 | Car Rental | 124.12 |
| Craig Show | 5/3/2005 | 225714 | Dinner | 41.73 |
| Craig Show | 5/3/2005 | 225714 | Gas | 11.00 |
| Craig Show | 5/3/2005 | 225714 | Hotel | 77.97 |
| Craig Show | 5/3/2005 | 225714 | Lunch | 14.20 |
| Craig Show | 5/4/2005 | 225714 | Airfare | 388.20 |
| Craig Show | 5/4/2005 | 225714 | Dinner | 41.90 |
| Craig Show | 5/4/2005 | 225714 | Lunch | 9.15 |
| Craig Show | 5/4/2005 | 225714 | Parking | 13.00 |
| Total for   Craig Show | | | | 1,114.47 |

1



**Ariba, Inc.**

**Implementation Services**

9/19/2005

## Delphi Automotive Systems

Invoice:   CP05-04545

Delphi SV (SF641) FF

| Consultant | Expense Date | Ariba T&E ID | Expense Description | Amount |
|---|---|---|---|---|
| Delphi Automotive Systems | | Grand Total: | | 1,114.47 |

2


ARISA

Spend Management.
Find it. Get it. Keep it.

**INVOICE**

| | |
|---|---|
| Invoice #: | AC001665-010 |
| Invoice Date: | June/01/2005 |
| Page: | 1  of 1 |

Bill To:  Delphi Automotive Systems
Attn:    IT TSM
         5820 Delphi Drive
         M/C: 480-405-235
         Troy MI 48098-2815
         United States

Ship to:  Delphi Automotive Systems
          Mailcode: 480413-200 1450 W. Lon
          Troy MI 48098
          USA

| Purchase Order: | Order No.: | Payment Terms: | | Due Date: | | Cust ID: | |
|---|---|---|---|---|---|---|---|
| DWS05048 003 | | Net 60 | | July/31/2005 | | 1000817 | |

| Item No | Item Description | Ship Date | Via | Qty | UOM | Unit Price | Tax% | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | Subscription - Quick Source<br><br>    Empowerment Package | 11/1/2002 | | 1.00 | EA | 39,000.00 | 0.00 | 39,000.00 |

Remit Payment To:
PNC Bank
Ariba, Inc.
P.O.Box 642962
Pittsburgh PA 15264-2962
United States

**IMPORTANT: Except as otherwise specified in a signed agreement between the parties, all sales of Ariba products and/or services shall be pursuant to Ariba's terms of sales set forth at http://Ariba.com/online_TOU.cfm/, which is hereby incorporated by reference.**

Please Wire Your Payment To:
PNC Bank, N. A., Two PNC Plaza, Pittsburgh, PA 15222
FBO: Ariba, Inc. Memo Ref.: Invoice No.
Account No.: 1008997938  Routing No.: 043000096
Swift Code: PNCCUS33
Federal ID: 77-0439730

| | |
|---|---|
| Sub-total: | 39,000.00 |
| VAT: | 0.00 |
| Tax/GST: | 0.00 |
| **TOTAL:** | **39,000.00USD** |



| Spend Management. Find it. Get it. Keep it. | **INVOICE** | Invoice #: | CP05-04781 |
|---|---|---|---|
| | | Invoice Date: | June/22/2005 |
| | | Page: | 1 of 1 |

**Bill To:** Delphi Automotive Systems
**Attn:** Mary Garner
Mailcode: 480413-200
1450 W. Long Lake Road - 2nd floor
Troy MI 48098
United States

**Ship to:** Delphi Automotive Systems
Mailcode: 480413-200 1450 W. Lon
Troy MI 48098
USA

| Purchase Order | Order No. | Payment Terms | | | Due Date | | Cust ID |
|---|---|---|---|---|---|---|---|
| DWS10951 | CP05-04781 | Net 60 | | | August/21/2005 | | 1000617 |

| Item No | Item Description | Ship Date | Via | Qty | UOM | Unit Price | Tax% | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | Consultant Expenses<br><br>Fixed Fee | | | 1.00 | EA | 854.31 | 0.00 | 854.31 |

**Remit Payment To:**
PNC Bank
Ariba, Inc.
P.O.Box 642962
Pittsburgh PA 15264-2962
United States

IMPORTANT: Except as otherwise specified in a signed agreement between the parties, all sales of Ariba products and/or services shall be pursuant to Ariba's terms of sales set forth at http://Ariba.com/online_TOU.cfm/, which is hereby incorporated by reference.

**Please Wire Your Payment To:**
PNC Bank, N. A., Two PNC Plaza, Pittsburgh, PA 15222
FBO: Ariba, Inc. Memo Ref.: Invoice No.
Account No.: 1008997938  Routing No.: 043000096
Swift Code: PNCCUS33
Federal ID: 77-0439730

| | |
|---|---|
| Sub-total | 854.31 |
| VAT: | 0.00 |
| Tax/GST: | 0.00 |
| **TOTAL:** | 854.31 USD |



ARIBA®

### Ariba, Inc.

### Implementation Services

9/19/2005

**Delphi Automotive Systems**

Invoice:    CP05-04781

Delphi SV (SF641) FF

| Consultant | Expense Date | Ariba T&E ID | Expense Description | Amount |
|---|---|---|---|---|
| Amy Joshi | 5/3/2005 | 228411 | Airfare | 792.10 |
| Amy Joshi | 5/3/2005 | 228411 | Dinner | 38.34 |
| Amy Joshi | 5/4/2005 | 228411 | Lunch | 6.87 |
| Amy Joshi | 5/4/2005 | 228411 | Parking | 17.00 |
| Total for   Amy Joshi | | | | 854.31 |

1



A R I B A°

Ariba, Inc.

Implementation Services

9/19/2005

Delphi Automotive Systems

Invoice:    CP05-04781

Delphi SV (SF641) FF

| Consultant | Expense Date | Ariba T&E ID | Expense Description | Amount |
|---|---|---|---|---|
| Delphi Automotive Systems | | Grand Total: | | 854.31 |

2



**Spend Management.**
**Find it. Get it. Keep it.**

**INVOICE**

| | |
|---|---|
| Invoice #: | AC001665-011 |
| Invoice Date: | July/01/2005 |
| Page: | 1  of  1 |

Bill To:  Delphi Automotive Systems
Attn:    IT TSM
         5820 Delphi Drive
         M/C: 480-405-235
         Troy MI 48098-2815
         United States

Ship to:  Delphi Automotive Systems
          Mailcode: 480413-200 1450 W. Lon
          Troy MI 48098
          USA

| Purchase Order: | Order No.: | Payment Terms: | | | Due Date: | | Cust ID: | |
|---|---|---|---|---|---|---|---|---|
| DWS05048 003 | | Net 60 | | | August/30/2005 | | 1000617 | |

| Item No | Item Description | Ship Date | Via | Qty | UOM | Unit Price | Tax% | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | Subscription - Quick Source | 11/1/2002 | | 1.00 | EA | 39,000.00 | 0.00 | 39,000.00 |
| | Empowerment Package | | | | | | | |

Remit Payment To:
PNC Bank
Ariba, Inc.
P.O.Box 642962
Pittsburgh PA 15264-2962
United States

**IMPORTANT: Except as otherwise specified in a signed agreement between the parties, all sales of Ariba products and/or services shall be pursuant to Ariba's terms of sales set forth at http://Ariba.com/online_TOU.cfm/, which is hereby incorporated by reference.**

Please Wire Your Payment To:
PNC Bank, N. A., Two PNC Plaza, Pittsburgh, PA 15222
FBO: Ariba, Inc. Memo Ref.: Invoice No.
Account No.: 1008997938  Routing No.: 043000096
Swift Code: PNCCUS33
Federal ID: 77-0439730

| | |
|---|---|
| Sub-total: | 39,000.00 |
| VAT: | 0.00 |
| Tax/GST: | 0.00 |
| TOTAL: | 39,000.00 USD |



**Spend Management.**
**Find it. Get it. Keep it.**

ARIBA®

**INVOICE**

| | |
|---|---|
| Invoice #: | AC001665-012 |
| Invoice Date: | August/01/2005 |
| Page: | 1   of   1 |

Bill To:   Delphi Automotive Systems
Attn:       IT TSM
              5820 Delphi Drive
              M/C: 480-405-235
              Troy MI 48098-2815
              United States

Ship to:   Delphi Automotive Systems
              Mailcode: 480413-200 1450 W. Lon
              Troy MI 48098
              USA

| Purchase Order: | Order No.: | Payment Terms: | Due Date: | Cust ID: |
|---|---|---|---|---|
| DWS05048 003 | | Net 60 | September/30/2005 | 1000617 |

| Item No | Item Description | Ship Date | Via | Qty | UOM | Unit Price | Tax% | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | Subscription - Quick Source<br><br>Empowerment Package | 11/1/2002 | | 1.00 | EA | 39,000.00 | 0.00 | 39,000.00 |

**Remit Payment To:**

PNC Bank
Ariba, Inc.
P.O.Box 642962
Pittsburgh PA 15264-2962
United States

**IMPORTANT: Except as otherwise specified in a signed agreement between the parties, all sales of Ariba products and/or services shall be pursuant to Ariba's terms of sales set forth at http://Ariba.com/online_TOU.cfm/, which is hereby incorporated by reference.**

| Please Wire Your Payment To: | | |
|---|---|---|
| PNC Bank, N. A., Two PNC Plaza, Pittsburgh, PA 15222 | Sub-total: | 39,000.00 |
| FBO: Ariba, Inc. Memo Ref.: Invoice No. | | |
| Account No.: 1008997938  Routing No.: 043000096 | VAT: | 0.00 |
| Swift Code: PNCCUS33 | Tax/GST: | 0.00 |
| Federal ID: 77-0439730 | | |
| | TOTAL: | 39,000.00 USD |



**Spend Management.**
**Find it. Get it. Keep it.**

**INVOICE**

| | |
|---|---|
| Invoice #: | AC001665-013 |
| Invoice Date: | September/01/2005 |
| Page: | 1   of 1 |

Bill To:   Delphi Automotive Systems
Attn:      IT TSM
           5820 Delphi Drive
           M/C: 480-405-235
           Troy MI 48098-2815
           United States

Ship to:   Delphi Automotive Systems
           Mailcode: 480413-200 1450 W. Lon
           Troy MI 48098
           USA

| Purchase Order: | Order No.: | Payment Terms: | | | Due Date: | | Cust ID: | |
|---|---|---|---|---|---|---|---|---|
| DWS05048 003 | | Net 60 | | | October/31/2005 | | 1000617 | |

| Item No | Item Description | | Ship Date | Via | Qty | UOM | Unit Price | Tax% | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Subscription - Quick Source | | 11/1/2002 | | 1.00 | EA | 39,000.00 | 0.00 | 39,000.00 |
| | Empowerment Package | | | | | | | | |

Remit Payment To:
PNC Bank
Ariba, Inc.
P.O.Box 642962
Pittsburgh PA 15264-2962
United States

**IMPORTANT: Except as otherwise specified in a signed agreement between the parties, all sales of Ariba products and/or services shall be pursuant to Ariba's terms of sales set forth at http://Ariba.com/online_TOU.cfm/, which is hereby incorporated by reference.**

Please Wire Your Payment To:
PNC Bank, N. A., Two PNC Plaza, Pittsburgh, PA 15222
FBO: Ariba, Inc. Memo Ref.: Invoice No.
Account No.: 1008997938 Routing No.: 043000096
Swift Code: PNCCUS33
Federal ID: 77-0439730

| | |
|---|---|
| Sub-total: | 39,000.00 |
| VAT: | 0.00 |
| Tax/GST: | 0.00 |
| **TOTAL:** | **39,000.00USD** |



**Spend Management.**
**Find it. Get it. Keep it.**

ARIBA®

# INVOICE

| | |
|---|---|
| Invoice #: | AC002809-06 |
| Invoice Date: | October/01/2005 |
| Page: | 1   of 1 |

Bill To: Delphi Automotive Systems
Attn:  IT TSM
       5820 Delphi Drive
       M/C: 480-405-235
       Troy MI 48098-2815
       United States

Ship to:  Delphi Automotive Systems
          Mailcode: 480413-200 1450 W. Lon
          Troy MI 48098
          USA

| Purchase Order | Order No. | Payment Terms | Due Date | Cust ID |
|---|---|---|---|---|
| DWS10951 | | Net 60 | November/30/2005 | 1000617 |

| Item No | Item Description | Ship Date | Via | Qty | UOM | Unit Price | Tax% | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | Consulting - Other  Fixed Fee | 4/1/2005 | | 1.00 | EA | 50,000.00 | 0.00 | 50,000.00 |

Remit Payment To:
PNC Bank
Ariba, Inc.
P.O.Box 642962
Pittsburgh PA 15264-2962
United States

**IMPORTANT: Except as otherwise specified in a signed agreement between the parties, all sales of Ariba products and/or services shall be pursuant to Ariba's terms of sales set forth at http://Ariba.com/online_TOU.cfm/, which is hereby incorporated by reference.**

Please Wire Your Payment To:
PNC Bank, N. A., Two PNC Plaza, Pittsburgh, PA 15222
FBO: Ariba, Inc. Memo Ref.: Invoice No.
Account No.: 1008997938 Routing No.: 043000096
Swift Code: PNCCUS33
Federal ID: 77-0439730

| | |
|---|---|
| Sub-total | 50,000.00 |
| VAT: | 0.00 |
| Tax/GST: | 0.00 |
| **TOTAL:** | 50,000.00 USD |

For Billing Questions, Please Call +1 412/297-8219

Ariba, Inc.

210 Sixth Ave, Pittsburgh, PA, 15222, United States

Phone: 888/434-0500 Fax: 412/297-8700



**To:**   Jerry Bernard
Ariba Inc.
Phone No.: 412-297-8450
Fax No.:  413-803-3029
jbernard@ariba.com

**From:**  JPMorgan Chase Bank, N.A.
Stephanie Skowronski
Phone No.: (212) 270-1886
Fax No.: (646) 792-3855
Stephanie.S.Skowronski@jpmchase.com

We are pleased to confirm the purchase and sale of a claim against Delphi Automotive Systems LLC according to the following material terms and conditions:

| | |
|---|---|
| **Trade Date:** | August 2, 2007 |
| **Bankruptcy Case:** | In re: Delphi Automotive Systems LLC, Case No. 05-44640 (RDD) in the United States Bankruptcy Court for the Southern District of New York |
| **Claim:** | Created from valid pre-petition claims to be allowed by final order of the Bankruptcy Court against Delphi Automotive LLC. |
| **Seller:** | Ariba Inc. ☒ Principal ☐ Agent |
| **Purchaser:** | JPMorgan Chase Bank, N.A. ☒ Principal ☐ Agent |
| **Principal Amount:** | $252,354.58 General Unsecured Claims |
| **Purchase Rate:** | 94.5 % |
| **Binding Effect:** | Execution by both parties below evidences a binding agreement between the parties that is subject to the laws and jurisdiction of the County of New York, State of New York. |
| **Subject to:** | Execution of Assignment of Claim Agreement substantially in the form previously negotiated by the parties. |
| | Receipt by Purchaser of the items referenced on the attached Exhibit A for Purchaser's review. |
| **Confidentiality:** | The terms and conditions described herein are strictly confidential. |
| **Closing:** | In good faith as soon as reasonably practical. |
| **Additional Terms of Trade:** | Seller hereby represents that it is the original holder of the Claim against Delphi Automotive Systems LLC. Purchaser shall be entitled to a refund of its Purchase Price plus interest at a rate to be determined in the Assignment of Claim Agreement if the Claim is not an original claim against Delphi Automotive Systems LLC. |

If you agree with the foregoing please sign where indicated below and return this letter via fax to *Stephanie Skowronski* at *(646) 792-3855* no later than 5:00pm ET today.

If you have any questions, please contact *Stephanie Skowronski* at *(212)270-1886.*

Report ID:  AR30093
Aging Id:   NAMER/STD
Currency:   Base Currency
Rate Type:

PeopleSoft Receivables
AGING DETAIL BY BUSINESS UNIT
as of 2007-08-07 00:00:00.000

Page No. 1
Run Date 08/07/2007
Run Time 12:25:40

| Item | Line | As Of | Typ/Ren | Due Dt | Susp Dt | Document | Cur | Amount | Current | 1-30 | 31-60 | 61-90 | 91-120 | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAMER | 1000617 | | | Delphi Automotive Systems | | | | Troy | MI | | | | | |
| AC001665-02 | 1 | 10/01/04 | IN | 11/30/04 | | | USD | 5,000.00 | | | | | | 5,000.00 |
| CP05-03312 | 0 | 12/20/04 | IN | 01/19/05 | | | USD | 309.74 | | | | | | 309.74 |
| CP05-04318 | 0 | 04/25/05 | IN | 05/25/05 | | | USD | 29.48 | | | | | | 29.48 |
| CP05-04544 | 0 | 05/24/05 | IN | 06/23/05 | | | USD | 32.40 | | | | | | 32.40 |
| AC001665-09 | 1 | 05/01/05 | IN | 06/01/05 | | | USD | 39,000.00 | | | | | | 39,000.00 |
| CP05-04780 | 0 | 06/22/05 | IN | 07/22/05 | | | USD | 14.18 | | | | | | 14.18 |
| CP05-04543 | 0 | 05/24/05 | IN | 07/23/05 | | | USD | 1,114.47 | | | | | | 1,114.47 |
| AC001665-010 | 2 | 06/01/05 | IN | 07/31/05 | | | USD | 39,000.00 | | | | | | 39,000.00 |
| CP05-04781 | 0 | 06/22/05 | IN | 08/21/05 | | | USD | 854.31 | | | | | | 854.31 |
| AC001665-011 | 1 | 07/01/05 | IN | 08/30/05 | | | USD | 39,000.00 | | | | | | 39,000.00 |
| AC001665-012 | 1 | 08/01/05 | IN | 09/30/05 | | | USD | 39,000.00 | | | | | | 39,000.00 |
| AC001665-013 | 1 | 09/01/05 | IN | 10/31/05 | | | USD | 39,000.00 | | | | | | 39,000.00 |
| AC202869-06 | 1 | 10/01/05 | IN | 11/30/05 | | | USD | 50,000.00 | | | | | | 50,000.00 |

Delphi Corporation                                                                    Page 1 of



*changed
to high
Risk
10-18-05*

**Delphi Corporation**

In re Delphi Corporation, Case No. 05-44481 (RDD)
United States Bankruptcy Court, Southern District of New York (http://www.nysb.uscourts.gov)

NOTICE LISTS

COURT DOCUMENTS

FIRST DAY MOTIONS

VOLUNTARY PETITIONS

BRIDGE ORDERS

FIRST DAY ORDERS

OMNIBUS HEARING DATES

PRESS RELEASES

# First Day Orders:  Delphi received relief on all of its First Day Orders presented to the Bankruptcy Court on October 11, 2005.

## ATTENTION:  Please click here to view the Presentation for First Day Hearing.

## ATTENTION:  Please click here for the Bridge Orders entered on October 8, 2005.

### Resources:

**Delphi Corporation Information**

- Press Releases and Media Information
- About Chapter 11
- Supplier Information
- Customer Information
- Investor Information
- Case Information

| Contact Information | |
|---|---|
| Delphi Legal Information Hotline: | Toll Free: (800) 718-5305 |
| | International: (248) 813-2698 |
| Restructuring Information Line: | Toll Free: (866) 688-8740 |
| | International: (248) 813-2602 |
| Supplier Support Center: | Toll Free: (866) 688-8679 |
| | International: (248) 813-2601 |

### General Information:

On October 8, 2005, each of the Debtors filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"). The thirty-nine Debtors are being jointly administered under Delphi Corporation, Case No. 05-44481. The Bankruptcy Cases are pending before the Honorable Robert D. Drain, Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York.

Pursuant to the Bankruptcy Code (specifically including, but not limited to, 11 U.S.C. § 362), a debtor is afforded certain protection against its creditors; the Bankruptcy Code prohibits creditors from taking certain actions related to debts that may have been owing prior to the commencement of the Bankruptcy Cases. If you believe that you might be a creditor of the Debtors based upon

debts arising prior to their respective filing dates, and you are considering taking action based upon your status as a creditor, you may wish to seek legal advice. The staff of the Clerk's Office of the Bankruptcy Court and the staff of Kurtzman Carson Consultants LLC are not permitted to give legal advice.

**Important Dates, Deadlines & Documents:** Some dates, deadlines and documents in the Debtors' Bankruptcy Cases that may be relevant to interested parties are set forth below:



| | | |
|---|---|---|
| Date of Filing | PDFs of Voluntary Petitions | October 8, 2005 |
| Bridge Orders entered at hearing on October 8, 2005 | PDFs of Bridge Orders | October 8, 2005 |
| Notice of Hearing on First Day Motions | PDF of Notice of First Day Hearing / PDF of Proposed Second Amended First Day Agenda | October 11, 2005 (4:00 p.m. EST) |
| Notice of Organizational Meeting | PDF of Notice of Organizational Meeting | October 17, 2005 (11:00 a.m. EST) |

First Day Motions

Joint Administration (Docket #0003)
Skadden Pro Hac Vice (Docket #0005)
Delphi Pro Hac Vice (Docket #0006)
First Day Affidavit (Docket #0007)
Bridge Order Motion (Docket #0008)
Consolidated Lists (Docket #0004)
Extension for Schedules (Docket #0009)
Case Management (Docket #0010)
Interim Compensation (Docket #0011)
Human Capital Obligations (Docket #0012)
KECP Motion (Docket #0013)
Scheduling Order (Docket #0014)
Retiree Committee (Docket #0015)
Protective Order (Docket #0016)
Vendor Rescue (Docket #0017)
Foreign Creditors (Docket #0018)
Non-Debtor Global Affiliates Notice (Docket #0019)
Administrative Expense (Docket #0020)
Reclamation (Docket #0021)
Shipping and Customs (Docket #0022)
Lien Claimants (Docket #0023)
Cash Management (Docket #0024)
Investment Guidelines (Docket #0025)
Customer Programs (Docket #0026)
Taxes (Docket #0027)
Claims Trading (Docket #0029)
Utilities (Docket #0041)
DIP Financing (Docket #0042)

Delphi Corporation

Insurance Financing (Docket #0044)

Derivative Contracts (Docket #0043)

Skadden Retention (Docket #0047)

Togut Segal Retention (Docket #0048)

Shearman Retention (Docket #0049)

Groom Law Retention (Docket #0050)

O'Melveny & Meyers Retention (Docket #0051)

Rothschild Retention (Docket #0052)

FTI Retention (Docket #0053)

KCC Retention (Docket #0054)

Ordinary Course Professionals (Docket #0055)

## Parties and Addresses:

### Court Address

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004
T: 212-668-2870
http://www.nysb.uscourts.gov

### Location to File Proof(s) of Claim

United States Bankruptcy Court
Delphi Corporation Claim Docketing Center
One Bowling Green Station, PO Box 5058
New York, NY 10274-5058

Please file proof(s) of claim, if any, via US Mail or other hand
delivery system. Facsimile and other electronic delivery
methods are not acceptable. You must file an originally
executed proof of claim. If you would like a copy of your claim
returned to you as proof of receipt, please enclose an
additional copy and a self-addressed postage-paid envelope.

### Attorneys' Addresses

Counsel for the Debtors
John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Associate
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
T: 800-718-5305
F: 312-407-0411
http://www.skadden.com

Counsel for the Debtors
Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
T: 800-718-5305
F: 212-735-2000
http://www.skadden.com

## Additional Links:
Delphi Corporation http://www.delphi.com

## Note:  Kurtzman Carson Consultants LLC ("KCC"
Corporation. While KCC makes every attempt to a
herein, this website is not the website of the Unite
the complete, official record of the Bankruptcy Cor
available for inspection at the United States Bankr

edEx | Ship Manager | Label 7924 0877 3018

Page 1 of

From:    Origin ID:    (650)390-1699
Lisa Kahn
ARIBA INC
Ariba Inc
807 11th Avenue
Sunnyvale, CA 94089



Ship Date: 12OCT05
ActWgt: 1 LB
System#: 4451836/INET2300
Account#: S *********

REF: 6305

Delivery Address Bar Code

SHIP TO:    (212)668-2870        BILL SENDER
**Delphi Corporation Claim Docketing**
**United States Bankruptcy Court**
**One Bowling Green Station**
**P.O. Box 5058**
**New York, NY 102745058**

**PRIORITY OVERNIGHT**

**THU**

Deliver By:
13OCT05

TRK# 7924 0877 3018    FORM
0201

**EWR**    A1

**10274**    -NY-US

**XA AYZA**

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.