YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Pauline K. Morgan (PM 3361)
Michael R. Nestor (MN 2071)
Curtis J. Crowther (DE Bar I.D. No. 3238)
Sean A. Beach (DE Bar I.D. No. 4070)
Joseph M. Barry (JB1560)

Attorneys for Creditors, Metalforming Technologies, Inc. and Tyco Electronics Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
: 
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05–44481 (RDD)
:
Debtors. : (Jointly Administered)
:
------------------------------------x

## VERIFIED STATEMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP PURSUANT TO BANKRUPTCY RULE 2019(a)

I, Michael R. Nestor, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a partner in the firm Young Conaway Stargatt & Taylor, LLP ("YCST"), a law firm of approximately 100 attorneys, which maintains it principal office at The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, and maintains additional offices in Georgetown, Delaware and New York, New York. I am admitted to practice before this Court. I submit this verified statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

2. YCST has been retained as counsel to the parties identified in the following table:

| Name | Address | Nature and Amount of Claim or Interest |
|---|---|---|
| Metalforming Technologies, Inc. | 980 North Michigan Avenue Suite 1900 Chicago, IL 60611 | General, Unsecured Claim  Amount: $257,482.41 |
| Tyco Electronics Corporation | P.O. Box 3608 MS-38-26 Harrisburg, PA 17105-3608 | General, Unsecured Claim  Amount: $2,997,056.91 |

3. YCS&T does not own, nor has it ever owned, any claim whatsoever against the above-captioned Debtors, nor any equity securities of the Debtors.

Dated: October 30, 2007
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR LLP

Pauline K. Morgan (PM 3361)
Michael R. Nestor (MN 2071)
Curtis J. Crowther (DE Bar I.D. No. 3238)
Sean A. Beach (DE Bar I.D. No. 4070)
Joseph M. Barry (JB1560)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: 302.571.6600
Facsimile: 302.571.1253

Attorneys for Creditors, Metalforming Technologies, Inc. and Tyco Electronics Corporation

2