**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 05-44481 (RDD) |
| Delphi Corporation, et al. | : | (Jointly Administered) |
|  | : |  |
| Debtors | : |  |
-----------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## NO. 10257 PURSUANT TO FRBP RULE 3001(e)(2)

TO:    **QUAKER CHEMICAL CORPORATION**
        **("Assignor")**
        c/o Drinker Biddle & Reath LLP
        Attn:  Andrew C. Kassner, Esq.
        One Logan Square
        18th & Cherry Streets
        Philadelphia, PA  19103

As of August 16, 2007, Assignor's claimss against Delphi Automotive Systems, LLC (claim no.10257) in the principal amount of $799,803.77 (the "Claim") have been transferred to the following Assignee:

> **JPMorgan Chase Bank, N.A.**
> **4 New York Plaza, Floor 16**
> **New York, NY 10004**
> **Attention:     Neelima Veluvolu**
> **Telephone:    (212) 623-1979**
> **Facsimile:    (646) 792-3855**
> **E-mail:        neelima.veluvolu@jpmorgan.com**

The Evidence of Transfer of Claim is attached as <u>Exhibit A</u> and the Assignee's payment instructions are attached as <u>Exhibit B</u>.  The first page of the Proof of Claim is attached hereto as <u>Exhibit C.</u>  No action is required <u>if you do not object</u> to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>TWENTY (20) DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:**

| Mailing Address: | Physical Address: |
| --- | --- |
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>One Bowling Green Station, P.O. Box 5058<br>New York, New York 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

**PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:**

> **JPMorgan Chase Bank, N.A.**
> **4 New York Plaza, Floor 16**
> **New York, NY 10004**
> **Attention:    Neelima Veluvolu**
> **Telephone:    (212) 623-1979**
> **Facsimile:    (646) 792-3855**
> **E-mail:        neelima.veluvolu@jpmorgan.com**

**WITH A COPY TO :**

> **Kirkpatrick & Lockhart Preston Ellis Gates LLP**
> **599 Lexington Avenue**
> **New York, NY  10022**
> **Attention:    Steven H. Epstein**
> **Telephone:    (212) 536-4830**
> **Facsimile:    (212) 536-4001**
> **E-mail :      sepstein@klgates.com**

If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated:  October $\mathcal{1}$, 2007

**JPMORGAN CHASE BANK, N.A.**

By: _____

Name:

Title:      Stephanie Skowronski
            Authorized Signatory

## **<u>EXHIBIT A</u>**

**Evidence Of Transfer Of Claim**

## EVIDENCE OF TRANSFER OF CLAIM

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

        For value received, the adequacy and sufficiency of which are hereby acknowledged, **QUAKER CHEMICAL CORPORATION** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **JPMORGAN CHASE BANK, N.A.** ("Assignee") its right, title, interest, claim and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of **$799,803.77** set forth in proof of claim number 10257 filed against Delphi Automotive Systems LLC (the "Assigned Claim") and filed in *In re Delphi Corporation., et al.,* Chapter 11 Case No 05-44481 (RDD), jointly administered (the "Case"), in the United States Bankruptcy Court for the Southern District of New York (together with any other court having jurisdiction over the Case, the "Bankruptcy Court").

        Assignor hereby waives any objection to the transfer of the Assigned Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim ONLY and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of either of the Assigned Claim, shall be delivered or made to the Assignee.

        IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30 day of October, 2007.

ASSIGNEE                JPMORGAN CHASE BANK, N.A.

By: _____

Name:    Stephanie Skowronski
Title:     Authorized Signatory

ASSIGNOR:            QUAKER CHEMICAL CORPORATION

By: _____

Name:    Mark Featherstone
Title:     VP & CFO

1

## EXHIBIT B

**Assignee's Payment And Delivery Instructions**

Assignee's Payment and Delivery Instructions

Wire:

| | |
|---|---|
| Name of Bank: | **JPMorgan Chase Bank New York, N.A.** |
| Routing Transit/ABA number: | **021000021** |
| Name of Account: | **SPS High Yield Loan Trading** |
| Account Number: | **544-7-94742** |
| Reference: | **Delphi/Quaker** |

# **EXHIBIT C**

**Proof of Claim**

B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor  Delphi Automotive Systems LLC | Case Number:  05-44640 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property): Quaker Chemical Corporation | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and address where notices should be sent:<br>Andrew C. Kassner<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103<br>Telephone number:  215-988-2700 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |

**Received**

**AUG 02 2006**

**Kurtzman Carson**

THIS SPACE IS FOR COURT USE ONLY

| Account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces<br>☐ amends a previously filed claim, dated: _____ |
|---|---|

| 1. Basis for Claim | |
|---|---|
| ☒ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Wages, salaries, and compensation (Fill out below) |
| ☐ Money loaned | Your SS#: _____ ___ _____ |
| ☐ Personal injury/wrongful death | |
| ☐ Taxes | Unpaid compensation for services performed |
| ☐ Other  See Attached Statement of Claim | from _____ to _____<br>        (date)      (date) |

| 2. Date debt was incurred:  Various dates; see Statement of Claim | 3. If court judgment, date obtained: |
|---|---|

4. Total Amount of Claim at Time Case Filed:   $819,654.23
   (unsecured)          (secured)      (priority)      (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim. | 7. Unsecured Priority Claim. |
|---|---|
| ☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:<br>☐ Real Estate   ☐ Motor Vehicle<br>☐ Other _____<br><br>Value of Collateral: $_____<br>Amount of arrearage and other charges at time case filed included in secured claim, if any $ | ☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).<br>☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7). |
| 6. Unsecured Nonpriority Claim $819,654.23<br><br>☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | ☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).<br>☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a).<br>*  Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| | |
|---|---|
| 8. **Credits:** The amount of all payments on this proof of claim has been credited and deducted for the purpose of making this proof of claim.<br><br>9. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br><br>10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY<br><br>**RECEIVED**<br><br>2006<br><br>CLAIM<br>USBC |

| Date<br><br>7/19/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>Robert Traub<br>Senior Counsel |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## STATEMENT OF CLAIM

(Delphi Automotive Systems LLC – Case No. 05-44640)

Quaker Chemical Corporation ("Quaker" or "Claimant"), on behalf of itself and numerous other suppliers, asserts an unsecured claim in the amount of $819,654.23 against Delphi Automotive Systems LLC (the "Debtor"), as further described below.

Pursuant to various expired agreements and purchase orders, Quaker has, and continues to, supply goods and services to the Debtor. Specifically, Quaker analyzes, tests and manages certain of the manufacturing systems and engineering functions at six of the Debtor's manufacturing facilities, and in addition, Quaker supplies and/or arranges for the ordering and delivery of chemical products to these same six manufacturing facilities. A large percentage of the chemical products obtained through Quaker come from independent third party suppliers. Quakers' services and goods are, and continue to be, essential to the Debtor in order to ensure the continued operation of the Debtor's manufacturing facilities.

This proof of claim represents unpaid amounts claimed by or through Quaker for the delivery and consumption of chemical products to the Debtor's manufacturing facilities. Attached as Exhibit "A" and "B" hereto, respectively, is a schedule by invoice of amounts owed by the Debtor pursuant to chemical deliveries made by or through Quaker and/or suppliers. Copies of the invoices are voluminous and not attached to this proof of claim; however, they are available upon request.

Claimant reserves the right to amend this Proof of Claim with the passage of time, and further reserves the right to assert additional claims, including but not limited to administrative expense claims in the Debtor's bankruptcy case. Claimant also reserves all rights and claims it has or may have against third parties.

Exhibit A to **Proof of Claim**
Quaker
Open Invoices as of the
Petition Date

| Site | Date | Vendor | Item # | Description | Qty S. | Unit Price | Ext. |
|---|---|---|---|---|---|---|---|
| US901 | 8312005 | Quaker | 0557-0185 | Kut 185 HF, Tote | 4 | 2,764.80 | 11,059.20 |
| US901 | 8312005 | Quaker | 0557-3112 | Draw 40 AC, SM Tote | 1 | 3,817.60 | 3,817.60 |
| US901 | 9152005 | Quaker | 0557-0185 | Kut 185 HF, Tote | 1 | 2,764.80 | 2,764.80 |
| US901 | 9152005 | Quaker | 0176-233 | Quaker Formula 233 T, Tote | 4 | 649.60 | 2,598.40 |
| US901 | 9252005 | Quaker | 0557-0185 | Kut 185 HF, Tote | 2 | 2,764.80 | 5,529.60 |
| US901 | 9252005 | Quaker | 0176-508 | Acid Clean 508 GE | 4 | 412.55 | 1,650.20 |
| US901 | 10052005 | Quaker | 0557-0185 | Kut 185 HF, Tote | 2 | 2,764.80 | 5,529.60 |
| US901 | 10052005 | Quaker | 0557-535 | Microcut 535 | 1 | 4,454.40 | 4,454.40 |
| US901 | 10052005 | Quaker | 0557-3112 | Draw 40 AC, SM Tote | 1 | 3,817.60 | 3,817.60 |
| US901 | 10052005 | Quaker | 0557-300 | Draw 541, Drum | 1 | 1,071.80 | 1,071.80 |
| US901 | 10052005 | Quaker | 0557-400 | MICROCUT 19-GM | 1 | 750.60 | 750.60 |
| US901 | 10052005 | Quaker | 0557-0185 | Kut 185 HF, Tote | 2 | 2,764.80 | 5,529.60 |
| **Columbus Total** | | | | | | $ | 48,573.40 |
| US904 | 8312005 | Quaker | 00741697 | Quakeral 370 (320ga/to) | 5 | 4,080.00 | 20,400.00 |
| US904 | 8312005 | Quaker | 00729106 | Quaker Formula 624 AAM (320 ga/to) | 1 | 3,148.80 | 3,148.80 |
| US904 | 8312005 | Quaker | 00741627 | Quaker Microcut 574 (54 ga/dr) | 2 | 533.52 | 1,067.04 |
| US904 | 9152005 | Quaker | 00741726 | Quaker Microcut 571 NS (54 ga/dr) silicone-free | 2 | 414.18 | 828.36 |
| US904 | 9152005 | Quaker | 00741697 | Quakeral 370 (320ga/to) | 2 | 4,080.00 | 8,160.00 |
| US904 | 9152005 | Quaker | 00741627 | Quaker Microcut 574 (54 ga/dr) | 2 | 533.52 | 1,067.04 |
| US904 | 9152005 | Quaker | 00741726 | Quaker Microcut 571 NS (54 ga/dr) silicone-free | 2 | 414.18 | 828.36 |
| US904 | 9152005 | Quaker | 00741766 | Quakercool 3474 (54 ga/dr) | 1 | 387.72 | 387.72 |
| US904 | 9152005 | Quaker | F KIT SC BF | Sani- Check BF #200-P (10) | 20 | 13.50 | 270.00 |
| US904 | 9252005 | Quaker | 00741697 | Quakeral 370 (320ga/to) | 4 | 4,080.00 | 16,320.00 |
| US904 | 9252005 | Quaker | 00729499-D | Formula 98 F (54ga/dr) | 2 | 502.20 | 1,004.40 |
| US904 | 9252005 | Quaker | 00741750 | Quaker Formula 520 PC (54 ga/dr) | 4 | 217.62 | 870.48 |
| US904 | 9252005 | Quaker | 00741726 | Quaker Microcut 571 NS (54 ga/dr) silicone-free | 2 | 414.18 | 828.36 |
| US904 | 10052005 | Quaker | 00741697 | Quakeral 370 (320ga/to) | 2 | 4,080.00 | 8,160.00 |
| US904 | 10052005 | Quaker | 00738392-D | Quaker Microcut 540 (54 ga/dr) | 4 | 592.38 | 2,369.52 |
| **Moraine Total** | | | | | | $ | 65,710.08 |
| US923 | 8312005 | Quaker | HMC8608-T | Quaker Quakeral 370 (320 gal tote) | 2 | 4,080.00 | 8,160.00 |
| US923 | 8312005 | Quaker | HMC8893-T | Quaker Formula 2337K (320 ga/to) | 4 | 649.60 | 2,598.40 |

**Exhibit A to Proof of Claim**
**Quaker**
**Open Invoices as of the**
**Petition Date**

| Site | Date | Vendor | Item # | Description | Qty S | Unit Price | Ext. |
|---|---|---|---|---|---|---|---|
| US923 | 8312005 | Quaker | HMC8362 | Quaker CH 1000 (320ga/to) | 1 | 2,416.00 | 2,416.00 |
| US923 | 8312005 | Quaker | HMC8531 | Quaker Tubeform 8000 (320ga/to) | 1 | 1,772.80 | 1,772.80 |
| US923 | 8312005 | Quaker | HMC8608 | Quaker Quakeral 370 (54ga/dr) | 2 | 688.50 | 1,377.00 |
| US923 | 8312005 | Quaker | HMC8842 | Quakerclean STDM (54 ga/dr) | 4 | 298.08 | 1,192.32 |
| US923 | 8312005 | Quaker | HMC8879 | Quaker Formula 520 (55 ga/dr) | 4 | 217.62 | 870.48 |
| US923 | 8312005 | Quaker | HMC8531-D | Quaker Tubeform 8000 (54ga/dr) | 2 | 299.16 | 598.32 |
| US923 | 8312005 | Quaker | HMC7430 | Kathon 886 MW (2ga/box) | 2 | 271.60 | 543.20 |
| US923 | 8312005 | Quaker | FREIGHT | Pass Through Freight | 1 | 355.85 | 355.65 |
| US923 | 8312005 | Quaker | HMC8893 | Quaker Formula 233TK (54 ga/dr) | 2 | 109.62 | 219.24 |
| US923 | 8312005 | Quaker | F KIT SC BF | Sani-Check BF #200-P (10 per) | 5 | 13.50 | 67.50 |
| US923 | 9152005 | Quaker | HMC8608-T | Quaker Quakeral 370 (320 gal tote) | 1 | 4,080.00 | 4,080.00 |
| US923 | 9152005 | Quaker | HMC8531 | Quaker Tubeform 8000 (320ga/to) | 1 | 1,772.80 | 1,772.80 |
| US923 | 9152005 | Quaker | HMC8863 | Quakerdraw 185 FB 01 (54 ga/dr) | 2 | 457.92 | 915.84 |
| US923 | 9152005 | Quaker | F KIT SC BF | Sani-Check BF #200-P (10 per) | 20 | 13.50 | 270.00 |
| US923 | 9252005 | Quaker | HMC8555-T | Quaker Draw 535 HI (320 ga/to) | 1 | 4,700.80 | 4,700.80 |
| US923 | 9252005 | Quaker | HMC8608-T | Quaker Quakeral 370 (320 gal tote) | 1 | 4,080.00 | 4,080.00 |
| US923 | 9252005 | Quaker | HMC8362 | Quaker CH 1000 (320ga/to) | 1 | 2,416.00 | 2,416.00 |
| US923 | 9252005 | Quaker | HMC8893-T | Quaker Formula 233TK (320 ga/to) | 3 | 649.60 | 1,948.80 |
| US923 | 9252005 | Quaker | K00721282 | Quaker Draw 701 Oil (320ga/to) | 1 | 1,932.80 | 1,932.80 |
| US923 | 9252005 | Quaker | HMC8531 | Quaker Tubeform 8000 (320ga/to) | 1 | 1,772.80 | 1,772.80 |
| US923 | 9252005 | Quaker | 14276 | v | 1 | 665.28 | 665.28 |
| US923 | 9252005 | Quaker | HMC8879 | Quaker Formula 520 (55 gal/dr) | 3 | 217.62 | 652.86 |
| US923 | 9252005 | Quaker | HMC8893 | Quaker Formula 233TK (54 gal/dr) | 4 | 109.62 | 438.48 |
| US923 | 10052005 | Quaker | K00721282 | Quaker Draw 701 Oil (320ga/to) | 1 | 1,932.80 | 1,932.80 |
| US923 | 10052005 | Quaker | HMC8531 | Quaker Tubeform 8000 (320ga/to) | 1 | 1,772.80 | 1,772.80 |
| US923 | 10052005 | Quaker | HMC8879 | Quaker Formula 520 (55 gal/dr) | 5 | 217.62 | 1,088.10 |
| US923 | 10052005 | Quaker | HMC8863 | Quakerdraw 185 FB 01 (54 ga/dr) | 2 | 457.92 | 915.84 |
| US923 | 10052005 | Quaker | HMC8893-T | Quaker Formula 233TK (320 ga/to) | 1 | 649.60 | 649.60 |
| US923 | 10052005 | Quaker | FREIGHT | Pass Through Freight | 1 | 200.35 | 200.35 |
| **Kettering Total** | | | | | | | **52,376.86** |
| US927 | 8312005 | Quaker | 13054-T | Quakercut 023PE | 7 | 1,936.00 | 13,552.00 |
| US927 | 9152005 | Quaker | DEL5100 | Quaker Cut 013PE (54 gal/Drum) | 1 | 341.28 | 341.28 |

$

**Exhibit A to Proof of Claim**
**Quaker**
**Open Invoices as of the**
**Petition Date**

| Site | Date | Vendor | Item # | Description | Qty S | Unit Price | Ext. |
|------|------|--------|--------|-------------|-------|-----------|------|
| US927 | 9252005 | Quaker | 13054-T | Quakercut 023PE | 3 | 1,936.00 | 5,808.00 |
| US927 | 10052005 | Quaker | DEL5016 | Quaker 62436 (54 Gal /Dr) Renamed Quaker Cu | 1 | 763.00 | 763.00 |
| **Home Avenue Total** | | | | | | $ | 20,484.28 |
| US902 | 38595 | QUAKER | 054832 | Quaker Formula 625 HR (320ga/to) | 2 | 1,884.80 | 3,769.60 |
| US902 | 38595 | QUAKER | 054884 | Quaker Solvo-Clean 76-DL (54 ga/dr) | 5 | 210.60 | 1,053.00 |
| US902 | 38595 | QUAKER | 054896 | Quaker Formula 97 (320ga/to) | 2 | 2,736.00 | 5,472.00 |
| US902 | 38610 | QUAKER | 054167 | Quitolubric 822-220 (54 ga/dr) | 4 | 626.94 | 2,507.76 |
| US902 | 38610 | QUAKER | 054832 | Quaker Formula 625 HR (320ga/to) | 2 | 1,884.80 | 3,769.60 |
| US902 | 38610 | QUAKER | 054832 | Quaker Formula 625 HR (320ga/to) | 1 | 210.60 | 210.60 |
| US902 | 38618 | QUAKER | 054896 | Quaker Solvo-Clean 76-DL (54 ga/dr) | 4 | 2,736.00 | 10,944.00 |
| US902 | 38618 | QUAKER | 054884 | Quaker Formula 97 (320ga/to) | 2 | 1,884.80 | 3,769.60 |
| US902 | 38630 | QUAKER | 054896 | Quaker Solvo-Clean 76-DL (54 ga/dr) | 1 | 210.60 | 210.60 |
| US902 | 38630 | QUAKER | 054832 | Quaker Formula 625 HR (320ga/to) | 2 | 1,884.80 | 3,769.60 |
| US902 | 38630 | QUAKER | 054884 | Quaker Solvo-Clean 76-DL (54 ga/dr) | 1 | 210.60 | 210.60 |
| US902 | 38630 | QUAKER | 700145 | Quaker Formula 233T (54 ga/dr) | 4 | 218.70 | 874.80 |
| **Lockport Total** | | | | | | $ | 32,581.56 |
| **Grand Total** | | | | | | $ | 219,726.18 |

Exhibit B to Proof of Claim
Other Suppliers
Open Invoices as of the
Petition Date

| Invoice Number | Invoice Date | Open Amount | Vendor Number | Due Date | Document Number |
|---|---|---|---|---|---|
| 35713 | 10/5/2005 | 196.86 | 65515 | 11/14/2005 | 32072 |
| 36399 | 11/10/2005 | 3,484.80 | 65515 | 12/20/2005 | 34574 |
| | Total | 68,612.66 | | | |
| | | | | | |
| 19526 | 9/7/2005 | 484.00 | 65585 | 10/17/2005 | 30279 |
| | Total | 484.00 | | | |
| | | | | | |
| 500232 | 8/26/2005 | 1,762.20 | 65637 | 10/10/2005 | 30282 |
| 502244 | 10/7/2005 | 1,828.20 | 65637 | 11/21/2005 | 34180 |
| | Total | 3,590.40 | | | |
| | | | | | |
| 1242138-01 | 8/24/2005 | 536.19 | 65666 | 10/3/2005 | 32265 |
| | Total | 536.19 | | | |
| | | | | | |
| 607842 | 8/23/2005 | 34.00 | 65702 | 10/2/2005 | 30283 |
| | Total | 34.00 | | | |
| | | | | | |
| 39449 | 9/1/2005 | 3,080.00 | 65704 | 10/11/2005 | 30284 |
| | Total | 3,080.00 | | | |
| | | | | | |
| 118050 | 9/8/2005 | 2,066.43 | 65743 | 10/18/2005 | 32268 |
| 130170 | 9/19/2005 | -4,306.19 | 65743 | 10/29/2005 | 32266 |
| 139840 | 9/22/2005 | 4,306.19 | 65743 | 11/1/2005 | 34181 |
| 160536 | 9/30/2005 | 1,246.00 | 65743 | 11/9/2005 | 32269 |
| 163328 | 10/5/2005 | 3,795.00 | 65743 | 11/14/2005 | 32267 |
| 096971 | 8/26/2005 | 1,860.09 | 65743 | 10/5/2005 | 28927 |
| 119445 | 9/9/2005 | 2,967.66 | 65743 | 10/19/2005 | 29885 |
| 171993 | 11/11/2005 | 2,967.66 | 65743 | 12/21/2005 | 33584 |
| | Total | 23,515.22 | | | |
| | | | | | |
| 7049728 | 10/5/2005 | 964.48 | 65774 | 11/14/2005 | 30816 |
| | Total | 964.48 | | | |
| | | | | | |
| 10914 | 8/30/2005 | 6,440.20 | 65807 | 10/9/2005 | 30285 |
| 10991 | 9/9/2005 | 800.94 | 65807 | 10/19/2005 | 32270 |
| 11055 | 9/21/2005 | 1,691.48 | 65807 | 10/31/2005 | 32272 |
| 11133 | 9/29/2005 | 741.50 | 65807 | 11/8/2005 | 32271 |
| | Total | 9,674.12 | | | |
| | | | | | |
| 107583 | 9/14/2005 | 560.19 | 65810 | 10/24/2005 | 32277 |
| | Total | 560.19 | | | |
| | | | | | |
| 4708 | 9/7/2005 | 1,935.72 | 65824 | 10/7/2005 | 29370 |
| 4732 | 9/16/2005 | 1,935.72 | 65824 | 10/16/2005 | 32279 |
| 4747 | 9/26/2005 | 1,935.72 | 65824 | 10/26/2005 | 32278 |
| 4772 | 10/6/2005 | 1,935.72 | 65824 | 11/5/2005 | 32280 |
| | Total | 7,742.88 | | | |

Exhibit B to Proof of Claim
Other Suppliers
Open Invoices as of the
Petition Date

| Invoice Number | Invoice Date | Open Amount | Vendor Number | Due Date | Document Number |
|---|---|---|---|---|---|
| 329902 | 8/23/2005 | 472.60 | 65837 | 10/2/2005 | 34184 |
| | Total | 472.60 | | | |
| | | | | | |
| 411009367 | 8/16/2005 | 520.00 | 65855 | 10/15/2005 | 32281 |
| 411145505 | 8/24/2005 | 770.80 | 65855 | 10/23/2005 | 32283 |
| 411413017 | 9/8/2005 | 1,925.11 | 65855 | 11/7/2005 | 32284 |
| 411586596 | 9/19/2005 | 176.25 | 65855 | 11/18/2005 | 32285 |
| 411587038 | 9/19/2005 | 234.30 | 65855 | 11/18/2005 | 32286 |
| 411586754 | 9/19/2005 | 358.05 | 65855 | 11/18/2005 | 32282 |
| 411765120 | 9/28/2005 | 54.25 | 65855 | 11/27/2005 | 34186 |
| 411267536 | 8/31/2005 | 256.85 | 65855 | 10/30/2005 | 30286 |
| 411626703 | 9/21/2005 | 272.25 | 65855 | 11/20/2005 | 34185 |
| | Total | 4,567.86 | | | |
| | | | | | |
| 58979 | 9/16/2005 | 1,485.00 | 65899 | 10/26/2005 | 32287 |
| 58708 | 8/31/2005 | 1,407.00 | 65899 | 10/10/2005 | 30288 |
| 58634 | 8/31/2005 | 3,342.00 | 65899 | 10/10/2005 | 30289 |
| 58977 | 9/16/2005 | 3,342.00 | 65899 | 10/26/2005 | 32289 |
| 58978 | 9/16/2005 | 3,342.00 | 65899 | 10/26/2005 | 32290 |
| 59414 | 9/30/2005 | 3,342.00 | 65899 | 11/9/2005 | 32288 |
| 59343 | 9/30/2005 | 4,749.00 | 65899 | 11/9/2005 | 32291 |
| 59373 | 9/30/2005 | 1,407.00 | 65899 | 11/9/2005 | 32292 |
| | Total | 22,416.00 | | | |
| | | | | | |
| 185462 | 8/29/2005 | 175.70 | 65918 | 10/8/2005 | 29887 |
| 185843 | 9/8/2005 | 175.70 | 65918 | 10/18/2005 | 29889 |
| 186673 | 9/26/2005 | 72.84 | 65918 | 11/5/2005 | 30335 |
| | Total | 424.24 | | | |
| | | | | | |
| 17589 | 9/8/2005 | 48.85 | 65928 | 10/18/2005 | 30290 |
| | Total | 48.85 | | | |
| | | | | | |
| 35870 | 9/16/2005 | 3,080.00 | 65941 | 10/26/2005 | 32297 |
| 36108 | 10/6/2005 | 3,080.00 | 65941 | 11/15/2005 | 32296 |
| 36100 | 10/6/2005 | 5,148.00 | 65941 | 11/15/2005 | 32298 |
| | Total | 11,308.00 | | | |
| | | | | | |
| 175364300 | 9/15/2005 | 1,464.18 | 65947 | 10/30/2005 | 32299 |
| 0017457880 | 9/2/2005 | 2,680.00 | 65947 | 10/17/2005 | 29890 |
| 174897400 | 9/12/2005 | 16,748.16 | 65947 | 10/27/2005 | 29841 |
| 174897700 | 9/12/2005 | 1,711.71 | 65947 | 10/27/2005 | 29842 |
| 174897200 | 9/12/2005 | 1,300.20 | 65947 | 10/27/2005 | 29843 |
| 175042600 | 9/13/2005 | 2,755.00 | 65947 | 10/28/2005 | 29836 |
| 175166500 | 9/14/2005 | 5,015.40 | 65947 | 10/29/2005 | 29838 |
| 175167300 | 9/14/2005 | 1,300.20 | 65947 | 10/29/2005 | 29839 |
| 001758179 | 9/29/2005 | 5,510.00 | 65947 | 11/13/2005 | 30817 |

Exhibit B to Proof of Claim
Other Suppliers
Open Invoices as of the
Petition Date

| Invoice Number | Invoice Date | Open Amount | Vendor Number | Due Date | Document Number |
|---|---|---|---|---|---|
| | Total | 38,484.85 | | | |
| | | | | | |
| 92797423 | 3/22/2005 | 1,968.51 | 65971 | 4/21/2005 | 30491 |
| 92855847 | 5/5/2005 | 3,541.67 | 65971 | 6/4/2005 | 30492 |
| 92887858 | 5/26/2005 | 29.25 | 65971 | 6/25/2005 | 30819 |
| 92894377 | 6/3/2005 | 3,541.67 | 65971 | 7/3/2005 | 30494 |
| 93049231 | 9/8/2005 | 3,541.67 | 65971 | 10/8/2005 | 29832 |
| 93104404 | 10/8/2005 | 3,541.67 | 65971 | 11/7/2005 | 32078 |
| | Total | 16,164.44 | | | |
| | | | | | |
| 21852 | 9/12/2005 | 2,402.40 | 65976 | 10/22/2005 | 32300 |
| 21855 | 9/12/2005 | 1,460.25 | 65976 | 10/22/2005 | 32301 |
| 21853 | 9/12/2005 | 2,402.40 | 65976 | 10/22/2005 | 32302 |
| 22058 | 9/27/2005 | 1,460.25 | 65976 | 11/6/2005 | 32303 |
| | Total | 7,725.30 | | | |
| | | | | | |
| 320226 | 9/27/2005 | 350.52 | 65981 | 11/6/2005 | 32319 |
| | Total | 350.52 | | | |
| | | | | | |
| 137637601 | 8/3/2005 | 681.50 | 66057 | 9/12/2005 | 30413 |
| | Total | 681.50 | | | |
| | | | | | |
| 4427189 | 9/19/2005 | 210.50 | 66061 | 10/29/2005 | 30336 |
| | Total | 210.50 | | | |
| | | | | | |
| 146940 | 10/7/2005 | 408.00 | 66093 | 11/16/2005 | 34191 |
| | Total | 408.00 | | | |
| | | | | | |
| 922744 | 9/8/2005 | 525.00 | 66099 | 10/18/2005 | 29381 |
| 921446 | 9/1/2005 | 138.40 | 66099 | 10/11/2005 | 30293 |
| 921636 | 9/1/2005 | 3,873.28 | 66099 | 10/11/2005 | 30294 |
| 923217 | 9/12/2005 | 575.00 | 66099 | 10/22/2005 | 32321 |
| 929172 | 10/3/2005 | 377.85 | 66099 | 11/12/2005 | 32320 |
| 928357 | 10/4/2005 | 801.00 | 66099 | 11/13/2005 | 32322 |
| 0928121 | 10/3/2005 | 1,294.90 | 66099 | 11/12/2005 | 30820 |
| | Total | 7,585.43 | | | |
| | | | | | |
| 01158700 | 8/30/2005 | 1,093.60 | 66154 | 10/9/2005 | 30408 |
| 01158701 | 9/20/2005 | 237.65 | 66154 | 10/30/2005 | 30337 |
| 01432800 | 9/20/2005 | 958.50 | 66154 | 10/30/2005 | 30338 |
| | Total | 2,289.75 | | | |
| | | | | | |
| 012335 | 8/26/2005 | 563.26 | 66216 | 10/5/2005 | 29892 |
| 012861 | 9/30/2005 | 251.50 | 66216 | 11/9/2005 | 30821 |
| | Total | 814.76 | | | |
| | | | | | |
| 5080532 | 8/26/2005 | 217.50 | 66229 | 10/5/2005 | 32324 |

Exhibit B to Proof of Claim
Other Suppliers
Open Invoices as of the
Petition Date

| Invoice Number | Invoice Date | Open Amount | Vendor Number | Due Date | Document Number |
|---|---|---|---|---|---|
| 5090263 | 9/14/2005 | 217.50 | 66229 | 10/24/2005 | 36242 |
| 5090676 | 10/5/2005 | 217.50 | 66229 | 11/14/2005 | 34192 |
| | Total | 652.50 | | | |
| | | | | | |
| 706978 | 8/26/2005 | 1,922.44 | 66231 | 10/5/2005 | 28944 |
| 708111 | 9/1/2005 | 1,254.00 | 66231 | 10/11/2005 | 29895 |
| 709055 | 9/7/2005 | 1,922.44 | 66231 | 10/17/2005 | 29853 |
| 710046 | 9/15/2005 | 2,148.40 | 66231 | 10/25/2005 | 30339 |
| 710055 | 9/15/2005 | 1,889.44 | 66231 | 10/25/2005 | 30340 |
| 711881 | 9/23/2005 | 1,398.60 | 66231 | 11/2/2005 | 30402 |
| 711882 | 9/23/2005 | 253.00 | 66231 | 11/2/2005 | 30403 |
| 712694 | 9/28/2005 | 2,340.90 | 66231 | 11/7/2005 | 30822 |
| 712695 | 9/28/2005 | 965.60 | 66231 | 11/7/2005 | 30823 |
| | Total | 14,094.82 | | | |
| | | | | | |
| 82464-0 | 8/30/2005 | 943.72 | 66242 | 10/9/2005 | 30295 |
| | Total | 943.72 | | | |
| | | | | | |
| 1057 | 9/8/2005 | 895.00 | 66281 | 10/18/2005 | 30297 |
| | Total | 895.00 | | | |
| | | | | | |
| 845101613 | 8/1/2005 | 1,612.60 | 66383 | 9/10/2005 | 30187 |
| 845101685 | 9/6/2005 | 1,655.10 | 66383 | 10/16/2005 | 36004 |
| | Total | 3,267.70 | | | |
| | | | | | |
| 1155914-01 | 9/9/2005 | 408.75 | 66447 | 10/19/2005 | 32325 |
| 1155914-02 | 9/21/2005 | 272.50 | 66447 | 10/31/2005 | 32326 |
| | Total | 681.25 | | | |
| | | | | | |
| 353292 | 8/26/2005 | 1,800.00 | 66472 | 10/5/2005 | 29384 |
| | Total | 1,800.00 | | | |
| | | | | | |
| 28106045 | 8/22/2005 | 168.66 | 66493 | 10/1/2005 | 30824 |
| 28260646 | 8/24/2005 | 187.90 | 66493 | 10/3/2005 | 28954 |
| | Total | 356.56 | | | |
| | | | | | |
| 236327 | 8/25/2005 | 2,780.00 | 66661 | 10/4/2005 | 28959 |
| | Total | 2,780.00 | | | |
| | | | | | |
| 13701 | 9/15/2005 | 66.82 | 66756 | 10/25/2005 | 32329 |
| | Total | 66.82 | | | |
| | | | | | |
| 10129 | 9/14/2005 | 773.30 | 66850 | 10/24/2005 | 34193 |
| | Total | 773.30 | | | |
| | | | | | |
| 167218 | 9/30/2005 | 312.48 | 66877 | 11/9/2005 | 32330 |
| 164522 | 7/20/2005 | 44.80 | 66877 | 8/29/2005 | 34194 |

Exhibit B to Proof of Claim
Other Suppliers
Open Invoices as of the
Petition Date

| Invoice Number | Invoice Date | Open Amount | Vendor Number | Due Date | Document Number |
|---|---|---|---|---|---|
| | Total | 357.28 | | | |
| 321342 | 10/7/2005 | 113.75 | 66879 | 11/16/2005 | 32086 |
| | Total | 113.75 | | | |
| 906598729B | 7/19/2005 | 16,640.34 | 66978 | 10/17/2005 | 26513 |
| | Total | 16,640.34 | | | |
| 23980 | 9/2/2005 | 438.90 | 66990 | 10/12/2005 | 29900 |
| 26085 | 9/2/2005 | 299.72 | 66990 | 10/12/2005 | 29902 |
| 26967 | 9/7/2005 | 72.00 | 66990 | 10/17/2005 | 29899 |
| 26975 | 9/7/2005 | 716.93 | 66990 | 10/17/2005 | 29901 |
| | Total | 1,527.55 | | | |
| 813867 | 9/6/2005 | 1,215.00 | 67034 | 10/16/2005 | 30308 |
| | Total | 1,215.00 | | | |
| 62481 | 9/12/2005 | 454.75 | 67051 | 10/22/2005 | 34196 |
| | Total | 454.75 | | | |
| 721001 | 9/9/2005 | 162.12 | 67092 | 10/19/2005 | 29903 |
| 725515 | 10/6/2005 | 243.18 | 67092 | 11/15/2005 | 30885 |
| | Total | 405.30 | | | |
| 249418 | 8/1/2005 | 583.00 | 67109 | 9/10/2005 | 30510 |
| | Total | 583.00 | | | |
| 10518 | 8/24/2005 | 2,608.00 | 67208 | 10/3/2005 | 29385 |
| 10616 | 9/22/2005 | 2,608.00 | 67208 | 11/1/2005 | 32332 |
| | Total | 5,216.00 | | | |
| CI-800224 | 8/9/2005 | 5,026.56 | 67255 | 10/8/2005 | 28733 |
| CI-808980 | 9/30/2005 | 5,404.80 | 67255 | 11/29/2005 | 34197 |
| | Total | 10,431.36 | | | |
| 110922 | 8/24/2005 | 30.60 | 67296 | 10/3/2005 | 28975 |
| 110997 | 8/25/2005 | 38.25 | 67296 | 10/4/2005 | 28976 |
| 111455 | 8/31/2005 | 151.20 | 67296 | 10/10/2005 | 28982 |
| 111822 | 9/6/2005 | 100.80 | 67296 | 10/16/2005 | 28987 |
| 111823 | 9/6/2005 | 15.30 | 67296 | 10/16/2005 | 28988 |
| 111824 | 9/6/2005 | 54.00 | 67296 | 10/16/2005 | 28989 |
| 112825 | 9/20/2005 | 61.20 | 67296 | 10/30/2005 | 30341 |
| 114263 | 10/6/2005 | 53.52 | 67296 | 11/15/2005 | 30826 |
| | Total | 504.87 | | | |
| 572308 | 9/18/2005 | 1,346.60 | 67298 | 10/28/2005 | 32334 |
| 572415 | 9/20/2005 | 1,530.03 | 67298 | 10/30/2005 | 32336 |

Exhibit B to Proof of Claim
Other Suppliers
Open Invoices as of the
Petition Date

| Invoice Number | Invoice Date | Open Amount | Vendor Number | Due Date | Document Number |
|---|---|---|---|---|---|
| 572541 | 9/27/2005 | 282.90 | 67298 | 11/6/2005 | 32335 |
| 572647 | 9/30/2005 | 1,332.14 | 67298 | 11/9/2005 | 32337 |
| | Total | 4,491.67 | | | |
| | | | | | |
| 24037291 | 10/4/2005 | 348.75 | 67300 | 11/13/2005 | 30827 |
| | Total | 348.75 | | | |
| | | | | | |
| 5106 | 8/30/2005 | 1,280.40 | 67307 | 10/14/2005 | 29386 |
| 5832 | 9/26/2005 | 1,534.50 | 67307 | 11/10/2005 | 32338 |
| 5777 | 9/27/2005 | 2,640.00 | 67307 | 11/11/2005 | 32339 |
| 4911 | 8/23/2005 | 299.20 | 67307 | 10/7/2005 | 30309 |
| 5005 | 8/24/2005 | 3,363.25 | 67307 | 10/8/2005 | 30316 |
| 5004 | 8/24/2005 | 228.80 | 67307 | 10/8/2005 | 30317 |
| 5382 | 9/1/2005 | 405.90 | 67307 | 10/16/2005 | 32346 |
| 5448 | 9/12/2005 | 1,534.50 | 67307 | 10/27/2005 | 32348 |
| 5837 | 9/29/2005 | 1,225.75 | 67307 | 11/13/2005 | 32347 |
| 5836 | 9/29/2005 | 5,099.60 | 67307 | 11/13/2005 | 32349 |
| 5092 | 8/30/2005 | 1,086.80 | 67307 | 10/14/2005 | 30310 |
| 5283 | 9/6/2005 | 413.05 | 67307 | 10/21/2005 | 30315 |
| 5319 | 9/8/2005 | 219.95 | 67307 | 10/23/2005 | 30311 |
| 5320 | 9/8/2005 | 1,141.80 | 67307 | 10/23/2005 | 30312 |
| 5456 | 9/14/2005 | 624.85 | 67307 | 10/29/2005 | 36174 |
| 5558 | 9/20/2005 | 228.80 | 67307 | 11/4/2005 | 32344 |
| 5838 | 9/29/2005 | 440.00 | 67307 | 11/13/2005 | 32345 |
| 5995 | 10/4/2005 | 1,177.00 | 67307 | 11/18/2005 | 34198 |
| 5994 | 10/4/2005 | 430.65 | 67307 | 11/18/2005 | 34199 |
| 5046 | 8/26/2005 | 3,135.00 | 67307 | 10/10/2005 | 30313 |
| 5282 | 9/6/2005 | 4,070.00 | 67307 | 10/21/2005 | 30314 |
| 91405 | 9/14/2005 | 123.67 | 67307 | 10/29/2005 | 32340 |
| 5446 | 9/14/2005 | 4,004.00 | 67307 | 10/29/2005 | 32342 |
| 5447 | 9/15/2005 | 64.00 | 67307 | 10/30/2005 | 32343 |
| 5325 | 9/9/2005 | (1,031.25) | 67307 | 11/7/2005 | 156 |
| 5863 | 9/30/2005 | 3,916.00 | 67307 | 11/14/2005 | 32341 |
| | Total | 37,656.22 | | | |
| | | | | | |
| 115070 | 9/9/2005 | 270.00 | 90060 | 10/9/2005 | 36079 |
| | Total | 270.00 | | | |
| | | | | | |
| 4437517 | 9/27/2005 | 117.00 | 90226 | 11/6/2005 | 30376 |
| | Total | 117.00 | | | |
| | | | | | |
| 116284770 | 8/19/2005 | 110.34 | 90554 | 9/28/2005 | 33538 |
| 116284742 | 8/19/2005 | 26.01 | 90554 | 9/28/2005 | 33539 |
| 116284763 | 8/19/2005 | 1,534.52 | 90554 | 9/28/2005 | 33550 |
| 116287312 | 8/22/2005 | 69.55 | 90554 | 10/1/2005 | 33557 |
| 116304258 | 8/26/2005 | 1,291.65 | 90554 | 10/5/2005 | 33563 |
| 116410723 | 9/6/2005 | 185.48 | 90554 | 10/16/2005 | 33554 |

Exhibit B to Proof of Claim
Other Suppliers
Open Invoices as of the
Petition Date

| Invoice Number | Invoice Date | Open Amount | Vendor Number | Due Date | Document Number |
|---|---|---|---|---|---|
| 116410721 | 9/6/2005 | 1,497.17 | 90554 | 10/16/2005 | 33558 |
| 116410722 | 9/6/2005 | 12.54 | 90554 | 10/16/2005 | 33564 |
| 116419540 | 9/9/2005 | 86.49 | 90554 | 10/19/2005 | 33552 |
| 116422524 | 9/12/2005 | 514.44 | 90554 | 10/22/2005 | 33547 |
| 116422515 | 9/12/2005 | 1,033.52 | 90554 | 10/22/2005 | 33549 |
| 116437963 | 9/19/2005 | 1,313.49 | 90554 | 10/29/2005 | 33540 |
| 116450470 | 9/23/2005 | 1,789.65 | 90554 | 11/2/2005 | 33541 |
| 116450471 | 9/23/2005 | 12.33 | 90554 | 11/2/2005 | 33542 |
| 116473156 | 9/30/2005 | 12.33 | 90554 | 11/9/2005 | 33543 |
| 116473155 | 9/30/2005 | 1,361.99 | 90554 | 11/9/2005 | 33544 |
| 116573645 | 10/7/2005 | 1,805.51 | 90554 | 11/16/2005 | 33545 |
| | Total | 12,657.01 | | | |
| | | | | | |
| 3512663 | 8/26/2005 | 2,046.15 | 91648 | 10/5/2005 | 29360 |
| | Total | 2,046.15 | | | |
| | | | | | |
| 67780001 | 5/13/2005 | 40.00 | 92133 | 6/12/2005 | 35980 |
| 67780001 | 5/13/2005 | 40.00 | 92133 | 6/12/2005 | 35980 |
| 67780001 | 5/13/2005 | 40.00 | 92133 | 6/12/2005 | 35980 |
| 67780001 | 5/13/2005 | 40.00 | 92133 | 6/12/2005 | 35980 |
| 67780001 | 5/13/2005 | 40.00 | 92133 | 6/12/2005 | 35980 |
| 67780001 | 5/13/2005 | 6.16 | 92133 | 6/12/2005 | 35980 |
| | Total | 206.16 | | | |
| | | | | | |
| 6845472 | 9/1/2005 | 227.38 | 92370 | 10/1/2005 | 34189 |
| 6952014 | 9/7/2005 | 33.30 | 92370 | 10/7/2005 | 34190 |
| 7741587 | 10/7/2005 | 545.35 | 92370 | 11/6/2005 | 34187 |
| 7741588 | 10/7/2005 | 218.75 | 92370 | 11/6/2005 | 34188 |
| | Total | 1,024.78 | | | |
| | | | | | |
| 92179584 | 8/26/2005 | 588.95 | 93304 | 10/25/2005 | 28996 |
| | Total | 588.95 | | | |
| | | | | | |
| BD081705A | 8/17/2005 | 80.00 | 93815 | 9/16/2005 | 30410 |
| 173612 | 8/26/2005 | 4,671.28 | 93815 | 9/25/2005 | 30409 |
| 174250 | 9/9/2005 | 3,258.30 | 93815 | 10/9/2005 | 30831 |
| 174392 | 9/14/2005 | 2,499.01 | 93815 | 10/14/2005 | 30828 |
| 175380 | 9/21/2005 | 1,717.90 | 93815 | 10/21/2005 | 30829 |
| 175061 | 9/27/2005 | 3,514.20 | 93815 | 10/27/2005 | 30832 |
| 082905 | 8/29/2005 | 3,610.28 | 93815 | 10/29/2005 | 29905 |
| 175839 | 9/28/2005 | 1,157.36 | 93815 | 10/28/2005 | 30830 |
| | Total | 20,508.33 | | | |
| | | | | | |
| 10591 | 8/31/2005 | 1,540.00 | 104751 | 10/10/2005 | 30251 |
| 10609 | 9/6/2005 | 887.69 | 104751 | 10/16/2005 | 30250 |
| 10607 | 9/6/2005 | 1,050.00 | 104751 | 10/16/2005 | 30252 |
| 10640 | 9/13/2005 | 3,131.80 | 104751 | 10/23/2005 | 32207 |

Exhibit B to Proof of Claim
Other Suppliers
Open Invoices as of the
Petition Date

| Invoice Number | Invoice Date | Open Amount | Vendor Number | Due Date | Document Number |
|---|---|---|---|---|---|
| 10675 | 9/22/2005 | 225.00 | 104751 | 11/1/2005 | 32208 |
| 10671 | 9/22/2005 | 185.56 | 104751 | 11/1/2005 | 32209 |
| 10674 | 9/22/2005 | 1,015.00 | 104751 | 11/1/2005 | 32211 |
| 10687 | 9/27/2005 | 700.00 | 104751 | 11/6/2005 | 32210 |
| 10725 | 10/3/2005 | 980.00 | 104751 | 11/12/2005 | 34165 |
| 10733 | 10/6/2005 | 1,050.00 | 104751 | 11/15/2005 | 34166 |
| | Total | 10,765.05 | | | |
| | | | | | |
| 2517632 | 9/6/2005 | 1,395.00 | 104764 | 10/6/2005 | 29382 |
| 2526821 | 9/22/2005 | 1,395.00 | 104764 | 10/22/2005 | 32323 |
| | Total | 2,790.00 | | | |
| | | | | | |
| 364716 | 9/12/2005 | 409.80 | 105911 | 10/12/2005 | 30342 |
| 365346 | 9/19/2005 | 1,515.61 | 105911 | 10/19/2005 | 30343 |
| 365344 | 9/19/2005 | 36.60 | 105911 | 10/19/2005 | 30344 |
| 366547 | 10/3/2005 | 468.00 | 105911 | 11/2/2005 | 32088 |
| | Total | 2,430.01 | | | |
| | | | | | |
| 170628 | 9/12/2005 | 167.90 | 106381 | 10/22/2005 | 32333 |
| | Total | 167.90 | | | |
| | | | | | |
| 603253 | 8/25/2005 | 11,670.00 | 106413 | 10/4/2005 | 29009 |
| 603886 | 8/31/2005 | 149.29 | 106413 | 10/10/2005 | 29915 |
| 605888 | 9/21/2005 | 11,819.29 | 106413 | 10/31/2005 | 30404 |
| | Total | 23,638.58 | | | |
| | | | | | |
| 140897 | 9/29/2005 | 7,104.06 | 107033 | 10/29/2005 | 30405 |
| | Total | 7,104.06 | | | |
| | | | | | |
| 46309 | 9/7/2005 | 187.59 | 107183 | 10/17/2005 | 30280 |
| 46310 | 9/7/2005 | 1,244.88 | 107183 | 10/17/2005 | 30281 |
| 46747 | 10/5/2005 | 1,218.75 | 107183 | 11/14/2005 | 32263 |
| 46746 | 10/5/2005 | 1,324.05 | 107183 | 11/14/2005 | 32264 |
| | Total | 3,975.27 | | | |
| | | | | | |
| 4427 | 10/5/2005 | 400.00 | 107713 | 11/14/2005 | 32327 |
| | Total | 400.00 | | | |
| | | | | | |
| 133735 | 8/19/2005 | 384.00 | 108137 | 9/26/2005 | 30304 |
| 133755 | 8/23/2005 | 450.00 | 108137 | 10/2/2005 | 30303 |
| 133783 | 8/31/2005 | 540.00 | 108137 | 10/10/2005 | 30302 |
| 133885 | 9/28/2005 | 567.00 | 108137 | 11/7/2005 | 32328 |
| | Total | 1,941.00 | | | |
| | | | | | |
| 701748 | 8/24/2005 | 652.00 | 109733 | 9/23/2005 | 36047 |
| 706706 | 9/15/2005 | 1,552.00 | 109733 | 10/15/2005 | 34179 |
| | Total | 2,204.00 | | | |

Exhibit B to Proof of Claim
Other Suppliers
Open Invoices as of the
Petition Date

| Invoice Number | Invoice Date | Open Amount | Vendor Number | Due Date | Document Number |
|---|---|---|---|---|---|
| 16121 | 8/26/2005 | 1,893.80 | 110105 | 10/5/2005 | 30307 |
| | Total | 1,893.80 | | | |
| | | | | | |
| M650092 | 10/6/2005 | 39.12 | 110827 | 10/6/2005 | 30834 |
| | Total | 39.12 | | | |
| | | | | | |
| 1435034 | 9/6/2005 | 58.00 | 111115 | 10/16/2005 | 29387 |
| 1435654 | 9/7/2005 | 133.76 | 111115 | 10/17/2005 | 29378 |
| 1437162 | 9/15/2005 | 58.00 | 111115 | 10/25/2005 | 32295 |
| 1440111 | 9/30/2005 | 91.00 | 111115 | 11/9/2005 | 32293 |
| 1441326 | 10/5/2005 | 130.24 | 111115 | 11/14/2005 | 32294 |
| | Total | 471.00 | | | |
| | | | | | |
| 19913 | 8/24/2005 | 204.00 | 112863 | 10/3/2005 | 29014 |
| 19939 | 8/24/2005 | 104.28 | 112863 | 10/3/2005 | 29015 |
| 19897 | 8/24/2005 | 112.00 | 112863 | 10/3/2005 | 29017 |
| 29527 | 9/21/2005 | 1,142.40 | 112863 | 10/31/2005 | 30345 |
| 29535 | 9/21/2005 | 36.35 | 112863 | 10/31/2005 | 30346 |
| 36065 | 9/26/2005 | 438.90 | 112863 | 11/5/2005 | 30377 |
| 38368 | 9/30/2005 | 930.90 | 112863 | 11/9/2005 | 32097 |
| 38376 | 9/30/2005 | 276.30 | 112863 | 11/9/2005 | 32100 |
| 32026 | 10/7/2005 | 31.96 | 112863 | 11/16/2005 | 32099 |
| | Total | 3,277.09 | | | |
| | | | | | |
| 1140 | 8/31/2005 | 530.00 | 112932 | 9/30/2005 | 30305 |
| 1147 | 9/30/2005 | 530.00 | 112932 | 10/30/2005 | 35982 |
| 1147 | 9/30/2005 | 530.00 | 112932 | 10/30/2005 | 35982 |
| 1147 | 9/30/2005 | 106.00 | 112932 | 10/30/2005 | 35982 |
| | Total | 1,696.00 | | | |
| | | | | | |
| 025017 | 9/6/2005 | 387.50 | 115248 | 10/6/2005 | 29924 |
| 025366 | 9/12/2005 | 169.00 | 115248 | 10/12/2005 | 30347 |
| | Total | 556.50 | | | |
| | | | | | |
| 3651225 | 9/20/2005 | 403.23 | 115305 | 10/20/2005 | 30348 |
| 3712344 | 10/7/2005 | 796.75 | 115305 | 11/6/2005 | 32108 |
| | Total | 1,199.98 | | | |
| | | | | | |
| 5215300 | 9/29/2005 | 1,160.00 | 115530 | 11/8/2005 | 32204 |
| | Total | 1,160.00 | | | |
| | | | | | |
| 36028927 | 9/1/2005 | 64.94 | 116757 | 10/11/2005 | 29032 |
| | Total | 64.94 | | | |
| | | | | | |
| 345272 | 9/10/2005 | 438.35 | 119183 | 10/20/2005 | 32251 |
| 348669 | 9/24/2005 | 691.96 | 119183 | 11/3/2005 | 32257 |

Exhibit B to Proof of Claim
Other Suppliers
Open Invoices as of the
Petition Date

| Invoice Number | Invoice Date | Open Amount | Vendor Number | Due Date | Document Number |
|---|---|---|---|---|---|
| 350901 | 10/1/2005 | 552.97 | 119183 | 11/10/2005 | 32258 |
| 352245 | 10/8/2005 | 447.99 | 119183 | 11/17/2005 | 32254 |
| | Total | 2,131.27 | | | |
| | | | | | |
| 23526 | 8/30/2005 | 1,671.12 | 120097 | 10/9/2005 | 29368 |
| 23578 | 8/31/2005 | 1,671.12 | 120097 | 10/10/2005 | 29369 |
| 23629 | 9/5/2005 | 4,861.44 | 120097 | 10/15/2005 | 34183 |
| 23992 | 9/20/2005 | 5,013.36 | 120097 | 10/30/2005 | 34182 |
| 24121 | 9/27/2005 | 3,342.24 | 120097 | 11/6/2005 | 32273 |
| 24122 | 9/27/2005 | 1,671.12 | 120097 | 11/6/2005 | 32276 |
| 24362 | 10/7/2005 | 1,914.99 | 120097 | 11/16/2005 | 32274 |
| 24361 | 10/7/2005 | 3,829.98 | 120097 | 11/16/2005 | 32275 |
| | Total | 23,975.37 | | | |
| | | | | | |
| 5804 | 10/1/2005 | 52.90 | 122192 | 11/10/2005 | 32247 |
| | Total | 52.90 | | | |
| | | | | | |
| 6644 | 10/6/2005 | 85.42 | 130761 | 11/15/2005 | 32110 |
| | Total | 85.42 | | | |
| | | | | | |
| 330248 | 10/2/2005 | 986.40 | 130793 | 11/11/2005 | 30835 |
| | Total | 986.40 | | | |
| | | | | | |
| 70202 | 9/23/2005 | 1,442.70 | 131674 | 11/2/2005 | 30386 |
| | Total | 1,442.70 | | | |
| | | | | | |
| 503564 | 8/25/2005 | 354.00 | 131693 | 10/4/2005 | 30514 |
| 508201 | 8/31/2005 | 38.48 | 131693 | 10/10/2005 | 30513 |
| 516987 | 9/30/2005 | 144.30 | 131693 | 11/9/2005 | 32350 |
| | Total | 536.78 | | | |
| | | | | | |
| 5004585 | 8/19/2005 | 275.00 | 131709 | 9/28/2005 | 30508 |
| | Total | 275.00 | | | |
| | | | | | |
| 9372 | 7/20/2005 | 262.50 | 133058 | 8/29/2005 | 33833 |
| | Total | 262.50 | | | |

599,928.05  Grand Total