# United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re Delphi Corporation, *et al.* | Case No. 05-44481 (RDD) |
| Delphi Automotive Systems LLC | Jointly Administered |

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Newington Capital, Inc.** | **Fluid Process Systems** |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
|---|---|
| **Newington Capital, Inc.**<br>**Attn: Maria Avila**<br>**P.O Box 20224**<br>**New York, NY 10021-0063** | |

Phone: (908-238-3329)
Last Four Digits of Acct #:

Last Four Digits of Acct. #:

Name of Address where transferee payments
Should be sent (if different from Above)

Name and Current Address of Transferor

**Fluid Process Systems**
**998 A Peyton Rd.**
**El Paso, TX 79927**
Phone:

Phone: Same as Above

Last Four Digits of Acct.#:

Last Four Digits of Acct.#:

Court Claim # (If Known):

Claim Amount: **$761.50**
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: *[signature]*
Transferee/Transferee's Agent

Date: October 1, 2007

*Penalty for making a false statement:* Fine of up to $500,000.00 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 &3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date _____    _____
CLERK OF THE COURT

Newington Capital, Inc.
Cherokee Station
PO Box 20224
New York, NY 10021-0063

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re. ) | |
| ) | Case No. 05-44481 |
| Delphi Corporation. ) | Jointly Administered |
| ) | |
| ) | Chapter 11 |
| ) | |
| ) | NOTICE OF TRANSFER OF CLAIM |
| Debtors ) | OTHER THAN FOR SECURITY AND |
| ) | WAIVER OF NOTICE. |
| ) | RULE 3001 (e)(1) |

PLEASE TAKE NOTICE that the schedule claim of **FLUID PROCESS SYSTEMS** Inc against the Debtor in the amount of **$ 761.50** as listed within Schedule F of the Schedule of Assets and Liabilities filed by the Debtor, and all Proofs of Claim have been transferred and assigned other than for security to Newington Capital, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights there under. Assignor does hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned transferor of the above-described claims, or proofs of claim hereby assign and transfer my claims and all rights there under to Newington Capital, Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **FLUID PROCESS SYSTEMS** is not less than **$ 761.50** and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Newington Capital, Inc, I agree to reimburse Newington Capital, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Newington Capital, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Assignor to that of the Assignee listed below.

| | | | |
|---|---|---|---|
| **ASSIGNEE:** | Newington Capital, Inc. | **ASSIGNOR:** | FLUID PROCESS SYSTEMS |
| Address: | Re: Delphi Corporation. c/o Newington Capital, Inc. Cherokee Station, PO Box 20224 New York, NY 10021-0063 | Address: | 998 A PEYTON RD EL PASO TX 79927 |
| Signature: | M. Avila (signed) | Signature: | Salvador Renteria (signed) |
| Name: | M. Avila | Name: | SALVADOR RENTERIA |
| Title: | Claims Administrator | Title: | PRESIDENT |
| Date: | 10-30-07 | Date: | 20 SEPT 2007 |
| Phone: | 908-238-3329 | Phone: | 915/727-3540 or 915/852-3766 |
| Fax: | 908-238-3331 | Fax: | |