# Exhibit 1

| Sender: | Darrell H. Lewis |
|---|---|
| Subject: | Re: Long Term Contract |
| Recipient: | Tramutolo Michael <Michael.Tramutolo@at.siemens.com> @ DELPHIAUTO@EDS HUB; Brigette L. Colter@US_GM_KET_DCW01; Jane S. Thompson@US_GM_KET_DCW01 |
| Sent Date: | 2000/06/12 10:03:39 |
| Type: | NOTE |

These are our standard terms. You need to accept our standard terms in total, without change. You have the experience to know what it would take to resource a controller. 2 years is not enough time. Plus with our strategic selection of a supplier, there would not be an intention to resource. But we have standard terms that must be agreed to. And surely they are not new to you and you have agreed with them in the past. I hope you can get Siemens to agree to the standard terms, as any deviation will weight heavily in our selection.

Tramutolo Michael <Michael.Tramutolo@at.siemens.com> on 06/08/2000 12:01:20 PM

To: Darrell H. Lewis@US_GM_KET_DCW01
cc:

Subject: Long Term Contract


Darrell:

We have one concern with the LTC Section-4.
This allows Delphi to immediately resource as early as 31-Jul-05.
We would only be 2 years into production and would not have recovered our
amortized costs.
Can you accommodate us for this issue? Either, Delphi could change the
verbiage or we could add a noted exception.

Mike Tramutolo




Received: from plmlir5.mail.eds.com ([205.191.22.45]) by usabhmg98.mail.delphiauto.com (Lotus SMTP MTA v4.6.5 (863.2 5-20-1999)) with
SMTP id 052568F8.00585989; Thu, 8 Jun 2000 11:05:00 -0500
Received: from plmlir5.mail.eds.com (localhost [127.0.0.1])
by plmlir5.mail.eds.com (8.9.3/8.9.3) with ESMTP id MAA26681
for <darrell.h.lewis@delphiauto.com>; Thu, 8 Jun 2000 12:05:10 -0400 (EDT)
Received: from plmlir5.mail.eds.com (localhost [127.0.0.1])
by plmlir5.mail.eds.com (8.9.3/8.9.3) with ESMTP id MAA24367
for <darrell.h.lewis@delphiauto.com>; Thu, 8 Jun 2000 12:02:36 -0400 (EDT)
Received: from plmler4.mail.eds.com (plmler4.mail.eds.com [199.228.142.75])
by plmlir5.mail.eds.com (8.9.3/8.9.3) with ESMTP id MAA24359
for <darrell.h.lewis@delphiauto.com>; Thu, 8 Jun 2000 12:02:36 -0400 (EDT)

Received: from maplegate.siemens.ca (maplegate.siemens.ca [209.47.5.226])
by plmler4.mail.eds.com (8.9.3/8.9.3) with ESMTP id MAA31409
for <darrell.h.lewis@delphiauto.com>; Thu, 8 Jun 2000 12:02:35 -0400 (EDT)
Received: from predator.siemens.ca (predator.siemens.ca [136.157.219.2])
by maplegate.siemens.ca (8.9.3/8.9.3) with ESMTP id MAA29174
for <darrell.h.lewis@delphiauto.com>; Thu, 8 Jun 2000 12:02:04 -0400 (EDT)
Received: from misd302a.cth.siemens.de ([136.157.219.71])
by predator.siemens.ca (8.9.0/8.9.0) with SMTP id MAA11513
for <darrell.h.lewis@delphiauto.com>; Thu, 8 Jun 2000 12:02:03 -0400 (EDT)
Received: from 127.0.0.1 by misd302a.cth.siemens.de (InterScan E-Mail VirusWall NT); Thu, 08 Jun 2000 12:02:02 -0400 (Eastern Daylight Time)

Received: by MISD302A with Internet Mail Service (5.5.2650.21)
id <MLF8CKF4>; Thu, 8 Jun 2000 12:02:02 -0400
Message-ID: <EA28E1AD842AD411AE180050041E1A803DC4F2@abhe313a.abh.siemens.com>
From: Tramutolo Michael <Michael.Tramutolo@at.siemens.com>
To: "'Lewis, Darrell'" <darrell.h.lewis@delphiauto.com>
Subject: Long Term Contract
Date: Thu, 8 Jun 2000 12:01:20 -0400
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2650.21)
Content-Type: text/plain;
charset="iso-8859-1"


[Windows Metafile Image]
[Windows Metafile Image]

| | |
|---|---|
| usabhmg98/g/server/delphiauto | 06/08/2000 12:05:08 PM - 06/08/2000 12:05:09 PM |
| usabhhu98/h/server/delphiauto | 06/08/2000 01:03:18 PM - 06/08/2000 01:03:19 PM |
| US_EDSHUB_20 | 06/08/2000 12:03:04 PM - 06/08/2000 12:03:04 PM |
| US_EDSHUB_02 | 06/08/2000 12:05:17 PM - 06/08/2000 12:05:33 PM |
| US_KET_DCWN01 | 06/08/2000 12:05:05 PM - 06/08/2000 12:05:07 PM |
| US_KET_DCWN04 | 06/08/2000 12:02:42 PM - 06/08/2000 12:02:43 PM |