## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 31st day of October, 2007, I caused a copy of the **Notice of Withdrawal of Objection of ORIX Warren, LLC to Debtors' (I) Third Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant to 11 U.S.C. § 502(c)** to be served as indicated upon the following counsel.

**VIA TELEFAX AND U.S. MAIL**

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Alicia M. Leonhard, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobsen
One New York Plaza
New York, NY 10004

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
　for the Southern District of New York
614 Alexander Hamilton Custom House
One Bowling Green
New York, NY  10004-1400

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

　　　　　　　　　　　　　　　　　　　　　　**/s/ Jeffrey C. Wisler**
　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey C. Wisler

#573448