# EXHIBIT B

| Contract Line Item Page: | | Issue Date: | 17-Aug-1998 |
|---|---|---|---|
| Standard Blanket Contract Number: | N580000B | Amendment Number: | 000 |
| | | Part Number: | 000000025160694 |

# LINE ITEM DETAIL



**DELPHI**

**Automotive Systems**

*GM Corporation*

| This Line Item is effective from | 01-Aug-1998 | through | 31-Jul-1999 |
|---|---|---|---|

**Part Description:** RESERVOIR-F/PMP FUEL
**Amendment Reason:** New Contract Line Item

**Manufacturing DUNS Number:**
00932543663

**Supplier Name and Manufacturing Address:**
NU TECH PLASTICS ENGINEERING
8018 EMBURY
GRAND BLANC, MI 48439
UNITED STATES

**Buyer Name:**
Turner, Trenia
**Buyer Code:** CFF
**Phone:** 810-257-8305
**Fax:** 810-257-8016

**Hazardous Material Indicator:** N

**Terms and Conditions**
**********

| This Period effective from | 01-Aug-1998 | through | 31-Jul-1999 |
|---|---|---|---|

**Freight Terms:** Collect
**Payment Terms:** 25th Prox
**Delivery Terms:** FREE ON BOARD - USA
**Delivery DUNS:** 00932543663
**Ship From DUNS:** 00932543663
**Daily Capacity:** 14,000
**Hours Per Day:** 16
**Price Type:** Expendable

**Price Composition:**

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in *USD*

**Base Price:**                                                                                                    1.860000

**Total Price:**                                                                                                    1.860000
**UOM:**      EACH

**Receiving Plants and Plant Percentage**
As scheduled                                                                    100%

**Terms & Conditions**
Right to Audit
C4

030047-000759