# EXHIBIT C

Contract Line Item Page: 1 of 2

Standard Blanket Contract Number: N580000B

Issue Date: 03-May-1999
Amendment Number: 001
Part Number: 000000025160694

# LINE ITEM DETAIL

# DELPHI
## Automotive Systems

*Delphi Automotive Systems LLC*

| This Line Item is effective from | 01-Aug-1998 | through | 31-Dec-2000 |

**Part Description:** RESERVOIR-F/PMP FUEL
**Amendment Reason:** Expiration Date Extended

**Manufacturing DUNS Number:**
00932543663

**Supplier Name and Manufacturing Address:**
NU TECH PLASTICS ENGINEERING
8018 EMBURY
GRAND BLANC, MI 48439
UNITED STATES

**Buyer Name:**
Arens, Lynn
**Buyer Code:** CFF
**Phone:** 810-257-8305
**Fax:** 810-257-8016

**Drawing Date:** 11-22-94
**Hazardous Material Indicator:** N

**Terms and Conditions**
\*\*\*\*\*\*\*\*\*\*

| This Period effective from | 03-May-1999 | through | 31-Dec-2000 |

**Freight Terms:** Collect
**Payment Terms:** (M32) MNS-2, On average, payment shall be made on the second day of the second month following Buyers receipt date of goods or services.
**Delivery Terms:** FREE ON BOARD-USA/CANADA/MEXICO
**Delivery DUNS:** 00932543663
**Ship From DUNS:** 00932543663
**Daily Capacity:** 14,000
**Hours Per Day:** 16
**Price Type:** Expendable

030047-000760