# EXHIBIT K

AMENDMENT TO EQUIPMENT LEASE AGREEMENT
original date: 11-15-1997
revised date: 05-22-1999

See original Equipment Lease agreement (attached for example)

Amendment of Original Equipment Lease agreement (see illustration below explaing change of rental payment and why increase ( for coverage of original cost ) which it was showing a negative income with out a Twenty (20% ) return for ABX Leasing,Ltd

### Amendment

Total Cost of Machinery & accessories, sales tax, freight cost. Total $499,866.04

Twelve (12%) interest, of the original cost minus Sales Tax
Cost $499,866.04 minus $27,519.54 = $472,346.50 Times 12% equals $56,681.58 Times five (5) years equals .......$283,407.90

ABX Leasing ,Ltd Return on the Total Investment at 20% of $472,346.50 equals .....$94,469.30

```
              Original Cost    $ 499,866.04
              Sales Tax....    $  27,519.54
          Interest on Mat'$      283,407.90
          Return On Invest$       94,469.30
                Sub Total...$    905,262.78
          minus Sale Tax...$     27,519.54
                  Total.....$    877,743.24
```

Take $877,743.24 and divide into Sixty (60) months it will establish a rental payment of $14,629.05

Shortgage from the beginning $_____, to today date, the Lessee owes for a shortgage $_____. to be paid upon signature of this Amendment to Equipment Lease Agreement.

dated:_____1998

Witness: _____

_____
Nu-Tech Plastic Engineering,Inc
John W Mailey / It's President

_____
ABX Leasing,Ltd
John G Cooper