# EXHIBIT N

Division of Corporations - Online Services

# State of Delaware

The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware [GO] | Citizen Services | Business Services | Visitor Info.

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions    View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | |
|---|---|
| | Incorporation Date / Formation Date: **09/16/1998** (mm/dd/yyyy) |
| File Number: | **2944910** |
| Entity Name: | **DELPHI AUTOMOTIVE SYSTEMS LLC** |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |

Division of Corporations - Online Services

Phone: **(302)658-7581**

<span style="color:red">Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information  [Submit]</span>

[Back to Entity Search]

<span style="color:red">To contact a Delaware Online Agent click here.</span>

site map  |  about this site  |  contact us  |  translate  |  delaware.gov



PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "DELPHI AUTOMOTIVE SYSTEMS LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE SIXTEENTH DAY OF SEPTEMBER, A.D. 1998, AT 10:01 O'CLOCK A.M.

CERTIFICATE OF MERGER, FILED THE THIRTIETH DAY OF SEPTEMBER, A.D. 2005, AT 1:16 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTIETH DAY OF SEPTEMBER, A.D. 2005, AT 11:59 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "DELPHI AUTOMOTIVE SYSTEMS LLC".

2944910  8100H
070626568

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 5709001

DATE: 05-25-07

030047-002275

CERTIFICATE OF FORMATION

OF

DELPHI AUTOMOTIVE SYSTEMS LLC

This Certificate of Formation of Delphi Automotive Systems LLC has been duly executed and is being filed by the undersigned, as an authorized person, to form a limited liability company under the Delaware Limited Liability Act (6 Del. C. § 18-101, et. seq.).

1. The name of the limited liability company is Delphi Automotive Systems LLC (the "LLC")

2. The address of its registered office in the State of Delaware is Corporation Trust Center, 1209 Orange Street, in the City of Wilmington, County of New Castle. The name of its registered agent at such address is The Corporation Trust Company.

3. The name and address of the registered agent for service of process on the LLC in the State of Delaware is The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, 19801.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of Delphi Automotive Systems LLC this 16th day of September, 1998.

By: /s/ Martin I. Darvick
Name:   Martin I. Darvick
Its:    Authorized Person

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 10:01 AM 09/16/1998
981358283 - 2944810

030047-002276

09/30/2005   13:14   SKARDEL INC. → 16865849130273936T3                          NO.751   D02

```
State of Delaware
Secretary of State
Division of Corporations
Delivered 01:16 PM 09/30/2005
 FILED 01:16 PM 09/30/2005
SRV 050803282 - 2944910 FILE
```

# CERTIFICATE OF MERGER

## OF

## DELCO ELECTRONICS LLC

## INTO

## DELPHI AUTOMOTIVE SYSTEMS LLC

Pursuant to the provisions of Section 18-209 of the Delaware Limited Liability Company Act, Delphi Automotive Systems LLC, a Delaware limited liability company certifies the following:

FIRST:  The names of the constituent limited liability companies and their jurisdictions of formation are as follows:

| Name of Limited Liability Company | Jurisdiction of Formation |
|---|---|
| Delphi Automotive Systems LLC | Delaware |
| Delco Electronics LLC | Delaware |

SECOND:  The Agreement and Plan of Merger has been approved and executed by each of Delphi Automotive Systems LLC and Delco Electronics LLC.

THIRD:  The name of the surviving limited liability company is Delphi Automotive Systems LLC.

FOURTH:  The merger of Delco Electronics LLC into Delphi Automotive Systems LLC shall be effective at 11:59 p.m. on September 30, 2005.

FIFTH:  The Agreement and Plan of Merger is on file at the place of business of Delphi Automotive Systems LLC at 5725 Delphi Drive, Troy, MI 48098.

SIXTH:  A copy of the Agreement and Plan of Merger will be furnished by Delphi Automotive Systems LLC on request and without cost to any member or other person holding an interest in Delco Electronics LLC or Delphi Automotive Systems LLC.

[Remainder of page intentionally left blank]

129084-05-New York Server 5A

09/30/2005    13:14    SKADDEN INC. → 16965940913827393673                                        NO.791    P03

IN WITNESS WHEREOF, Delphi Automotive Systems LLC has caused this certificate to be executed as this 30th day of September, 2005.

Delphi Automotive Systems LLC

By: /s/ John Sheehan
John Sheehan
Acting Chief Financial Officer,
Chief Accounting Officer and
Controller