# **Exhibit A**

**EXHIBIT A**

## Significant Changes to the Plan

| | September 6th DS | October 29th Amended DS |
|---|---|---|
| Plan TEV | • $13.9 billion ($45 per share) | • For Unsecured Creditors: $13.0 billion TEV ($41.58 per share)<br>• For GM: $13.7 billion TEV ($45 per share) |
| Investors | • Preferred A at $11.75 billion TEV<br>• Preferred B at $12.8 billion TEV<br>• Rights Backstop at $12.8 billion TEV<br>• Weighted Average Investment TEV<br>  • 0% Rights Subscription: $12.369 billion<br>  • 100% Rights Subscription: $12.635 billion | • Preferred A at $10.8 billion TEV<br>• Preferred B at $11.8 billion TEV<br>• Rights Backstop at $11.8 billion TEV<br>• Weighted Average Investment TEV<br>  • 0% Rights Subscription: $11.39 billion TEV<br>  • 100% Rights Subscription: $11.643 billion TEV |
| GM Recovery | • $2.7 billion cash | • $750 million cash<br>• $750 million 2nd lien note<br>• $1.2 billion preferred stock convertible at $13.7 billion TEV ($45.00 per share) |
| Unsecured Creditors | • $697 million in cash<br>• 61.935 million shares at $13.9 billion TEV<br>• 0% of discount rights offering<br><br>• Recovery of Par plus accrued at $13.9 billion TEV: 100% | • $0 in cash<br>• 77.418 million shares at $13.0 billion TEV<br>• 83.16% of discount rights offering<br>• Oversubscription rights in discount rights offering<br>• Payment for non exercise of discount rights<br><br>• Recovery of Par plus accrued at $13.0 billion TEV: 100%<br>• Recovery of Par plus accrued at $13.7 billion TEV: 112.0%<br>• Recovery of Par plus accrued at $13.9 TEV: 115.1% |
| TOPrS | • 11.027 million shares at $13.9 billion TEV<br><br>• Recovery of Par plus accrued at $13.9 billion TEV: 100% | • 9.347 million shares at $13.0 billion TEV<br>• 6.84% of the rights offering<br>• Recovery of Par plus accrued at $13.0 billion TEV: 84.8%<br>• Recovery of Par plus accrued at $13.7 billion TEV: 95.0%<br>• Recovery of Par plus accrued at $13.9 billion TEV: 97.7% |

**EXHIBIT A**

| | | |
|---|---|---|
| Equity | <ul><li>1.476 million shares at $13.9 billion TEV</li><li>5-year warrants for 7.77 million shares with a strike price based on plan TEV (at the money)</li><li>90% of discount rights offering</li><li>Right to purchase 12.711 million shares at plan TEV</li><li>Intrinsic Value to Equity: $470 million</li></ul> | <ul><li>No shares</li><li>6-month warrant on 22.667 million shares at a $13.7 billion TEV</li><li>No discount rights participation</li><li>Right to purchase 12.711 million shares at $13.0 billion TEV</li><li>Intrinsic Value to Equity: $69 million</li></ul> |
| Capital Structure | <ul><li>$8.7 billion in third party debt<ul><li>$1.6 billion ABR facility</li><li>$5.6 billion exit term loan</li><li>$1.5 billion in unsecured notes</li></ul></li></ul> | <ul><li>$6.8 billion in third party debt<ul><li>$1.6 billion ABR facility</li><li>$3.7 billion exit term loan</li><li>$1.5 billion in second lien notes</li></ul></li></ul> |
| Rights Offering | <ul><li>Right to purchase $1.575 billion of shares at $12.8 billion TEV ($38.56 per share)</li><li>No oversubscription rights</li><li>No cash payment for non-exercise</li><li>Made available to equity holders</li></ul> | <ul><li>Right to purchase $1.575 billion of shares at $11.8 billion TEV ($34.98 per share)</li><li>Oversubscription rights</li><li>Cash payment for non-exercise</li><li>Made available to creditors</li></ul> |
| Compensation plans | <ul><li>Disclosure of fact that Company had developed compensation programs consistent with requirements of plan investors.</li><li>Noted that disclosure would be supplemented with details of programs following approval by plan investors and consultation with UCC</li></ul> | <ul><li>Disclosure of :<ul><li>the Salaried Employee Compensation Program,</li><li>the Competitively Benchmarked Salaried Employee Compensation Program,</li><li>the new Executive Employment Agreements,</li><li>the Short Term Incentive Plan,</li><li>the Long Term Incentive Plan,</li><li>the Chapter 11 Effective Date Executive Payments Program (valued at $78 million),</li><li>the Supplemental Executive Retirement Program,</li><li>the Salaried Retirement Equalization Savings Program, and</li><li>the new Change of Control Agreements</li></ul></li></ul> |

2