05-44481-rdd    Doc 10797    Filed 11/02/07    Entered 11/02/07 15:15:30    Main Document
Pg 1 of 3

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

HEARING DATE: November 16, 2007
at 1:00 p.m.

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re                                                     :   Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :   Case No. 05-44481 (RDD)
                                                          :
                            Debtors.                      :   (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED
ORDER REDUCING PROOF OF CLAIM NUMBER 2247 (SIEMENS FINANCIAL
SERVICES, INC. AND SIEMENS VDO AUTOMOTIVE SAS) AND
COMPROMISING AND ALLOWING IN PART PROOF OF CLAIM
NUMBER 13981 (GOLDMAN SACHS CREDIT PARTNERS, L.P.)**

PLEASE TAKE NOTICE that, on October 31, 2006, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 2247 (the "Proof of Claim" or the "Claim") that was filed by Siemens VDO Automotive SAS and Siemens Financial Services, Inc., (collectively "VDO") and partially transferred to Goldman Sachs Credit Partners, L.P. ("GSCP" and with VDO, "Claimants") in the nominal amount of $1,545,794.84 (the "Transferred Portion") pursuant to Debtors' (i) Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, And (b) Claims

Not Reflected on Debtors' Books And Records, (Docket No. 6100) (the "Objection").

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimants have agreed to settle the Objection solely regarding the Transferred Portion of the Proof of Claim and, either because the Claim involves an ordinary course controversy or pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), they have (i) entered into a Settlement Agreement dated as of October 24, 2007 (the "Settlement Agreement"), and (ii) executed a Joint Stipulation and Agreed Order Reducing Proof of Claim Number 2247 and Compromising and Allowing In Part Proof Of Claim Number 13981 (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimants have agreed to reduce Proof of Claim number 2247 asserted by VDO by the amount of the Transferred Portion and allow in part Proof of Claim number 13981 asserted by GSCP against Delphi Automotive Systems LLC in the amount of the Transferred Portion.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for November 16, 2007, at 1:00

**[Continued on next page]**

p.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:   New York, New York                    DELPHI CORPORATION, *et al.*
        November 2, 2007                         By their attorneys,
                                           TOGUT, SEGAL & SEGAL LLP
                                           By:

                                           /s/ Neil Berger
                                           NEIL BERGER (NB-3599)
                                           A Member of the Firm
                                           One Penn Plaza
                                           New York, New York 10119
                                           (212) 594-5000