GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York  10022
(212) 813-8800
Allan S. Brilliant (AB 8455)
Craig P. Druehl (CD 2657)
Meagan E. Costello (MC 0962)

- and -

GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts  02109
(617) 570-1330
Gina Lynn Martin (GLM 1324)

Attorneys for Caspian Capital Advisors, LLC;
Castlerigg Master Investments Ltd.;
Davidson Kempner Capital Management LLC;
Elliott Associates, L.P.; Gradient Partners, L.P.;
Sailfish Capital Partners, LLC; and Whitebox Advisors, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                :
                                                      :    Chapter 11
                                                      :
DELPHI CORPORATION, et al.,                           :    Case No. 05-44481 (RDD)
                                                      :
                              Debtors.                :    (Jointly Administered)
                                                      :
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

MEAGAN E. COSTELLO certifies:

I am a resident of the United States and over the age of eighteen years, and am not a party to or interested in the above-captioned case.  I am an attorney licensed by the Bar of the State of New York and admitted to the United States District Court for the Southern District of New York.  I am associated with the law firm of Goodwin Procter LLP.

On November 2, 2007, I caused a copy of the following document:

LIBNY/4642548.1

      OBJECTION BY CASPIAN CAPITAL ADVISORS, LLC;
      CASTLERIGG MASTER INVESTMENTS LTD.; DAVIDSON
      KEMPNER CAPITAL MANAGEMENT LLC; ELLIOTT
      ASSOCIATES, L.P.; GRADIENT PARTNERS, L.P.; SAILFISH
      CAPITAL PARTNERS, LLC; AND WHITEBOX ADVISORS, LLC
      TO EXPEDITED MOTION FOR ORDER UNDER 11 U.S.C.
      §§105(a), 363(b), 503(b) AND 507(a) AUTHORIZING AND
      APPROVING AMENDMENT TO DELPHI-APPALOOSA EQUITY
      PURCHASE AND COMMITMENT AGREEMENT

to be served by hand delivery upon the parties listed on <u>Schedule 1</u> and by hand delivery and electronic mail upon the parties listed on <u>Schedule 2</u>.  In addition, a courtesy copy was delivered to the chambers of Hon. Robert D. Drain.

Dated: New York, New York
       November 2, 2007

                                                          /s/  Meagan E. Costello

## SCHEDULE 1

<u>BY HAND</u>

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn : Alicia M. Leonhard

1

## SCHEDULE 2

BY HAND AND E-MAIL

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn : Sean Corcoran
      Karen Craft
Fax : (248) 813-2491

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler
      John K. Lyons
      Ron E. Meisler
Fax: (312) 407-0411

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn : Kayalyn A. Marafioti
      Thomas J. Matz
Fax : (212) 735-3000

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn : Robert J. Rosenberg
Fax : (212) 751-4864

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn : Brad Eric Sheler
      Bonnie Steingart
      Vivek Melwani
      Jennifer L. Rodburg
      Richard J. Slivinski
Fax : (212) 859-4000

1

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn : Kenneth S. Ziman
       Robert H. Trust
       William T. Russell, Jr.
Fax : (212) 455-2502

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn : Donald Bernstein
       Brian Resnick
Fax : (212) 450-4092
      (212) 450-3213

2