GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York  10022
(212) 813-8800
Allan S. Brilliant (AB 8455)
Craig P. Druehl (CD 2657)
Meagan E. Costello (MC 0962)

- and -

GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts  02109
(617) 570-1330
Gina Lynn Martin (GLM 1324)

Attorneys for Caspian Capital Advisors, LLC;
Castlerigg Master Investments Ltd.; Davidson
Kempner Capital Management LLC; Elliott
Associates, L.P.; Gradient Partners, L.P.;
Sailfish Capital Partners, LLC; and
Whitebox Advisors, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                 :
                                                       :        Chapter 11
                                                       :
DELPHI CORPORATION, et al.,                            :        Case No. 05-44481 (RDD)
                                                       :
                                    Debtors.           :        (Jointly Administered)
                                                       :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

MEAGAN E. COSTELLO certifies:

I am a resident of the United States and over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am an attorney licensed by the Bar of the State of New York and admitted to the United States District Court for the Southern District of New York. I am associated with the law firm of Goodwin Procter LLP.

On November 2, 2007, I caused a copy of the following document:

LIBNY/4642519.1

OBJECTION OF CASPIAN CAPITAL ADVISORS, LLC; CASTLERIGG MASTER INVESTMENTS LTD.; DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC; ELLIOTT ASSOCIATES, L.P.; GRADIENT PARTNERS, L.P; SAILFISH CAPITAL PARTNERS, LLC; AND WHITEBOX ADVISORS, LLC TO (A) PROPOSED DISCLOSURE STATEMENT WITH RESPECT TO JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION, AND (B) MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES

to be served by hand delivery upon the parties listed on Schedule 1 and by hand delivery and electronic mail upon the parties listed on Schedule 2. In addition, a courtesy copy was delivered to the chambers of Hon. Robert D. Drain.

Dated: New York, New York
November 2, 2007

/s/ Meagan E. Costello

LIBNY/4642519.1

# SCHEDULE 1

<u>BY HAND</u>

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn : Alicia M. Leonhard

LIBNY/4642519.1

## SCHEDULE 2

BY HAND AND E-MAIL

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn : Sean Corcoran
        Karen Craft
Fax : (248) 813-2491

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler
       John K. Lyons
       Ron E. Meisler
Fax: (312) 407-0411

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn : Kayalyn A. Marafioti
        Thomas J. Matz
Fax : (212) 735-3000

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn : Robert J. Rosenberg
Fax : (212) 751-4864

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn : Brad Eric Sheler
        Bonnie Steingart
        Vivek Melwani
        Jennifer L. Rodburg
        Richard J. Slivinski
Fax : (212) 859-4000

1

LIBNY/4642519.1

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn : Kenneth S. Ziman
　　　 Robert H. Trust
　　　 William T. Russell, Jr.
Fax : (212) 455-2502

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn : Donald Bernstein
　　　 Brian Resnick
Fax : (212) 450-4092
　　　(212) 450-3213

2

LIBNY/4642519.1