| | |
|---|---|
| KLESTADT & WINTERS, LLP<br>Tracy L. Klestadt (TK-3591)<br>292 Madison Avenue, 17th Floor<br>New York, New York  10017-6314<br>Tel:  212-972-3000<br>Fax: 212-972-2245<br>*Attorneys for The Grigoleit Company* | Hearing Date:<br>June 26, 2007<br>10:00 a.m. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re                                                                                          :          **Chapter 11**
                                                                                                    :
**DELPHI CORPORATION, et al.**                                     :          **Case No. 05-44640 (RDD)**
                                                                                                    :
                                                        Debtors.             :          **(Jointly Administered)**
------------------------------------------------------------------------x

**WITHDRAWAL OF REPLY OF THE GRIGOLEIT COMPANY ("GRIGOLEIT")**
**TO DEBTORS' OBJECTION TO GRIGOLEIT'S CLAIM NO. 10128**

    The Grigoleit Company ("Grigoleit"), by and through its attorneys, Klestadt & Winters, LLP

hereby withdraws its response to Debtors' Fifteenth Claims Objection to Grigoleit's claim.

Dated:  New York, New York
            November 5, 2007

                                                    Respectfully submitted,

                                                    KLESTADT & WINTERS, LLP

                                                    *Attorneys for The Grigoleit Company*

                                                    BY: /s/ Tracy L. Klestadt_____
                                                         Tracy L. Klestadt (TK-3591)
                                                   292 Madison Avenue, 17th Floor
                                                   New York, New York  10017-6314
                                                   Tel:  212-972-3000
                                                   Fax: 212-972-2245