UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION,  et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### AFFIDAVIT OF SERVICE

State of New York    )
                     )    ss.:
County of New York  )

Laura Guido, being duly sworn, deposes and says:

1.      I am over 18 years of age and am not a party to the above-captioned proceedings.  I am employed by Fried, Frank, Harris, Shriver & Jacobson LLP, having offices at One New York Plaza, New York, New York 10004.

2.  On November 2, 2007, deponent caused to be served a true and correct copy of the following document(s) upon the parties listed in the service list attached hereto by hand delivery or overnight courier, as indicated:

➢ Objection of the Official Committee of Equity Security Holders to Debtors' Motion for Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, and Procedures for Temporary Allowance of Certain Claims, (III) Hearing Date to Consider Confirmation of Plan, (IV) Procedures for Filing Objections to Plan, (V) Solicitation Procedures for Voting on Plan, (VI) Cure Claim Procedures, (VII) Procedures for Resolving Disputes Relating to Post-Petition Interest, and (VIII) Reclamation Claim Procedures

/s/ Laura Guido
Laura Guido

Sworn to before me on this
5th day of November 2007

/s/ Michael Birnbaum
Notary Public

MICHAEL BIRNBAUM
Notary Public, State of New York
No. 01BI6152797
Qualified in New York County
Commission Expires 09/25/2010

# SERVICE LIST

**Service by Hand Delivery**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:  Chambers of Hon. Robert D. Drain

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004
Attn:  Alicia M. Leonhard


**Service by Overnight Courier**

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  General Counsel

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
Attn:   John Wm. Butler, Jr.


Counsel for the Agent Under the Postpetition Credit Facility
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn:   Donald Bernstein
        Brian Resnick

Counsel for the Official Committee of Unsecured Creditors
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
Attn:   Robert J. Rosenberg
        Mark A. Broude

<u>Counsel for A-D Acquisition Holdings, LLC c/o Appaloosa Management, L.P.</u>
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL  33131
Attn :   Thomas E. Lauria

-and-

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Attn:    Glenn M. Kurtz
         Gregory Pryor

<u>Counsel for Harbinger Del-Auto Investment Company, Ltd.</u>
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL  33131
Attn :   Thomas E. Lauria

-and-

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Attn:    John M. Reiss
         Gregory Pryor

-and-

Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
Attn:    Benjamin Mintz
         Lyn Toby Fisher