UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## AFFIDAVIT OF SERVICE

State of New York    )
                     )    ss.:
County of New York   )

Laura Guido, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Fried, Frank, Harris, Shriver & Jacobson LLP, having offices at One New York Plaza, New York, New York 10004.

2. On November 2, 2007, deponent caused to be served a true and correct copy of the following document(s) upon the parties listed in the service list attached hereto by hand delivery or overnight courier, as indicated:

> ➢ Objection to Debtors' Expedited Motion for Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), and 507(a) Authorizing and Approving Amendment to Delphi-Appaloosa Equity Purchase and Commitment Agreement

/s/ Laura Guido
Laura Guido

Sworn to before me on this
5th day of November 2007

/s/ Michael Birnbaum
Notary Public

MICHAEL BIRNBAUM
Notary Public, State of New York
No. 01BI6152797
Qualified in New York County
Commission Expires 09/25/2010

# SERVICE LIST

**Service by Hand Delivery**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:  Chambers of Hon. Robert D. Drain

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004
Attn:  Alicia M. Leonhard

**Service by Overnight Courier**

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  General Counsel

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
Attn:   John Wm. Butler, Jr.

Counsel for the Agent Under the Postpetition Credit Facility
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn:   Donald Bernstein
        Brian Resnick

Counsel for the Official Committee of Unsecured Creditors
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
Attn:   Robert J. Rosenberg
        Mark A. Broude