SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

         - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
                                    :
         In re                      :      Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :      Case No. 05–44481 (RDD)
                                    :
                  Debtors.          :      (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 15426 AND DISALLOWING AND
EXPUNGING PROOF OF CLAIM NUMBER 16443
(DOOSAN INFRACORE AMERICA CORP.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Doosan Infracore America Corp. ("Doosan") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 15426 And Disallowing And Expunging Proof Of Claim Number 16443 (Doosan Infracore America Corp.) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 31, 2006, Doosan filed proof of claim number 15426 ("Proof of Claim No. 15426") against Delphi, asserting an unsecured non-priority claim in the amount of $93,602.69 (the "Claim") arising from the sale of goods.

WHEREAS, on December 4, 2006, Doosan filed proof of claim number 16443 ("Proof of Claim No. 16443") against Delphi asserting an unsecured non-priority claim in the amount of $100,592.69 arising from the sale of goods.

WHEREAS, on February 15, 2007, the Debtors objected to Proof of Claim No. 16443 pursuant to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968) (the "Ninth Omnibus Claims Objection").

WHEREAS, on February 21, 2007 Doosan filed its Response Of Doosan Infracore America Corp. To Debtors' Ninth Omnibus Claims Objection (Docket No. 7000) (the

2

"Response").

WHEREAS, on October 19, 2007, to resolve the Ninth Omnibus Claims

Objection with respect to the Claim, DAS LLC and Doosan entered into a settlement agreement

(the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

agrees that Proof of Claim No. 15426 shall be allowed against DAS LLC in the amount of

$88,400.79.

WHEREAS, pursuant to the Settlement Agreement, DAS LLC and Doosan

acknowledge and agree that Proof of Claim No. 16443 shall be disallowed and expunged in its

entirety.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement

either because the Claim involves ordinary course controversies or pursuant to that certain

Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P.

9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And

Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June

26, 2007.

THEREFORE, the Debtors and Doosan stipulate and agree as follows:

1.      Proof of Claim No. 15426 shall be allowed in the amount of $88,400.79

and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS

LLC.

2.      Proof of Claim No. 16443 shall be disallowed and expunged in its entirety.

3.     Doosan shall withdraw its Response to the Ninth Omnibus Claims

Objection with prejudice.

So Ordered in New York, New York, this <u>5th</u> day of November, 2007

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons                                        /s/ Valerie A. Hamilton
John Wm. Butler, Jr.                                   Valerie A. Hamilton, Esq.
John K. Lyons                                           Sills Cummis Epstein & Gross, P.C.
Ron E. Meisler                                         650 College Road East
SKADDEN, ARPS, SLATE, MEAGHER           Princeton, NJ  08540
  & FLOM LLP                                         (609) 887-4600
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285                       Attorneys for Doosan Infracore America Corp.
(312) 407-0700

              - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

4