LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
          mitchell.seider@lw.com
          mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                        )     ss.:
COUNTY OF NEW YORK  )

      Leslie Salcedo, being duly sworn, deposes and says:

      1.     I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.     On November 2, 2007, I caused true and correct copies of the Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, and Procedures for Temporary Allowance of Certain Claims, (III) Hearing Date to Consider Confirmation of Plan, (IV) Procedures for Filing Objections to Plan, (V) Solicitation Procedures for Voting on Plan, (VI)

Cure Claim Procedures, (VII) Procedures for Resolving Disputed Relating to Postpetition Interest, and (VIII) Reclamation Claim Procedures, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

3. On November 2, 2007, I caused true and correct copies of the Objection of the Official Committee of Unsecured Creditors to The Expedited Motion for Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), and 507(a) Authorizing and Approving Amendment to Delphi-Appaloosa Equity Purchase and Commitment Agreement, to be served upon the parties identified in Exhibit B hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
6th day of November, 2007

/s/ Sarita Chalen
Sarita Chalen
Notary Public, State of New York
No. 01CH6028175
Qualified in Bronx County
Commission Expires July 26, 2009

**Exhibit A**

**<u>VIA OVERNIGHT MAIL</u>**

| | |
|---|---|
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017<br>Attn: Donald S. Bernstein | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098<br>Attn: Sean Corcoran<br>         Karen Craft |
| United States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10004<br>Attn: Alicia M. Leonhard | Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>Attn: Kenneth S. Ziman<br>         Robert H. Trust<br>         William T. Russell, Jr. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr<br>Suite 2100<br>Chicago, IL  60606<br>Attn: John Wm Butler<br>         John K. Lyons<br>         Ron E. Meisler | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn: Bonnie Steingart |

**Exhibit B**

**VIA OVERNIGHT MAIL**

| | |
|---|---|
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017<br>Attn: Donald S. Bernstein | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098<br>Attn: Sean Corcoran<br>         Karen Craft |
| United States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10004<br>Attn: Alicia M. Leonhard | Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>Attn: Kenneth S. Ziman<br>         Robert H. Trust<br>         William T. Russell, Jr. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr<br>Suite 2100<br>Chicago, IL  60606<br>Attn: John Wm Butler<br>         John K. Lyons<br>         Ron E. Meisler | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn: Bonnie Steingart |