**Hearing Date and Time: November 29, 2007 at 10:00 a.m.**
**Response Date and Time: November 21, 2007 at 4:00 p.m.**

COOLIDGE WALL CO., L.P.A.
33 West First Street, Suite 600
Dayton, OH  45402
Ronald S. Pretekin (#0018694)

Attorneys for Harco Industries, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------- x
                                                      :
    In re                                             :    Chapter 11
                                                      :
DELPHI CORPORATION, et al.,                           :    Case No. 05-44481 (RDD)
                                                      :
                Debtors.                              :    (Jointly Administered)
----------------------------------------------------- :


### RESPONSE OF HARCO INDUSTRIES, INC. TO DEBTOR'S
### TWENTY-SECOND OMNIBUS OBJECTION

This Response to Twenty-Second Omnibus Objection is filed by Harco Industries, Inc. ("Harco") and relates to Claim No. 16497. Harco filed said Claim for the sum of $606,089.00, a copy of which Claim is annexed hereto as Exhibit A. The Debtor has in its Omnibus Objection stated that the modified total should be $548,176.74.

Harco has addressed the discrepancy with the Debtor, but to the date hereof has not been able to obtain an explanation for the discrepancy. Harco believes its Proof of Claim to be accurate.

Under the circumstances, Harco files this response in order to obtain an explanation for and to attempt to reconcile the amount by which the Debtor seeks to reduce the Harco Claim.

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  November 6, 2007                             Respectfully submitted,

                                                     COOLIDGE WALL CO., L.P.A.


                                                     /s/ Ronald S. Pretekin
                                                     Ronald S. Pretekin, Esq. (#0018694)
                                                     33 West First Street, Suite 600
                                                     Dayton, OH  45402
                                                     Telephone:  937-223-8177
                                                     Facsimile:  937-223-6705
                                                     e-mail:  pretekin@coollaw.com

                                                     ATTORNEYS FOR HARCO
                                                     INDUSTRIES, INC.


## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007, a copy of the foregoing ***Response of Harco Industries, Inc. to Twenty-Second Omnibus Objection*** was filed electronically with the Clerk of Courts.  Notification of this filing will be sent to the parties listed below by operation of this Court's CM/ECF system and via U.S. Mail. Parties may access this filing through PACER.

                                                     /s/ Ronald S. Pretekin


| | |
|---|---|
| The Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the<br>    Southern District of New York<br>One Bowling Green, Room 632<br>New York, NY  10004 | Delphi Corporation<br>Attn:  General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098 |
| Skadden Arps Slate Meagher & Flom LLP<br>Attn:   John William Butler, Jr.<br>            John K. Lyons<br>            Joseph N. Wharton<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 | |

S:\Wdox\Client\005461\00151\00368312.Doc

PDF created with pdfFactory trial version www.pdffactory.com