# EXHIBIT A

PDF created with pdfFactory trial version www.pdffactory.com

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court - Southern District of New York | PROOF OF CLAIM |
|---|---|

**Name of Debtor:** Delphi Automotive Systems LLC
**Case Number:** 05-44640

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
Harco Industries, Inc.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and address where notices should be sent:**
Harco Industries, Inc.
PO Box 335
Englewood, OH 45322

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone number:** 937-832-9697

*This Space is for Court Use Only*

Last 4 digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces  ■ amends a previously filed claim, dated 7-13-2006

**1. Basis for Claim**
■ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: __
Unpaid compensation for services performed
from _____ to _____
(date)         (date)

**2. Date debt was incurred:** See attached.

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Unsecured Nonpriority Claim $** 606,089.00
■ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in the secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( ___ ).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ 606,089.00                                                     606,089.00
                         (unsecured)        (secured)    (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

*This Space is for Court Use Only*

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**Date:** 1/10/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Dennis Snider, Controller [signature]

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

PDF created with pdfFactory trial version www.pdffactory.com

## Schedule to Proof of Claim
## for Harco Industries, Inc.

On July 13, 2006, Harco Industries filed a proof of claim in Delphi Automotive Systems LLC's bankruptcy case (Case No. 05-44640) totaling $1,159,480.20. At the same time, Harco owed Delphi approximately $553,392. Recently the parties have reached a settlement to permit setoff of mutual pre-petition obligations between Harco and Delphi. A copy of the Settlement Agreement is attached hereto.

Pursuant to the terms of the settlement, Harco is permitted to setoff the $553,392 it owes Delphi from the $1,159,480.20 amount Harco believes it is owed from Delphi. As a result, Harco has filed this amended proof of claim to reflect this setoff. The amount which Harco now believes it is owed from Delphi is as follows:

| | |
|---|---|
| Original Proof of Claim: | $1,159,480.20 |
| Setoff amount: | $553,392 |
| Total Amended Claim Amount: | **$606,089** |

PDF created with pdfFactory trial version www.pdffactory.com