## EXHIBIT B

## SUMMARY SHEET

*In re: Delphi Corporation*

**CASE NO. 05-44481 (RDD) (CHAPTER 11)**

**Name of Applicant: Dickinson Wright PLLC**

**Role: A Key Ordinary Course Counsel to the Debtors**

| Current Application: | Fees Requested: | $55,489.50 |
|---|---|---|
| | Expenses Requested: | $ 4,820.89 |

**RETAINER PAID: $0**

    A.    **Summary of Timekeepers**

| Timekeeper | Year Admitted | Dept. | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| James P. Bonnamy | | Intellectual Property | $90 | 100.0 | $9,000.00 |
| Roger H. Cummings | 1975 | Intellectual Property | $415 | 1.6 | $664.00 |
| Stacey A. Fluhart | | Intellectual Property | $90 | 50.0 | $4,500.00 |
| Jeffrey Gendzwill | | Intellectual Property | $110 | 48.5 | $5,335.00 |
| Edgar C. Howbert | 1966 | Bankruptcy | $450 | 3.0 | $1,350.00 |
| Steven C. Hurles | | Intellectual Property | $90 | 50.0 | $4,500.00 |
| Kristi A. Katsma | 1995 | Bankruptcy | $300 | 5.0 | $1,500.00 |
| Christopher C. Maeso | 1995 | Corporate | $220 | 82.8 | $18,216.00 |
| Raymond C. Meiers Jr. | 2000 | Intellectual Property | $250 | .5 | $125.00 |
| Matteo D. Pedini | | Intellectual Property | $90 | 26.6 | $2,394.00 |
| John P. Seurynck | 1996 | Intellectual Property | $240 | 2.8 | $672.00 |
| Rachel A. Wechter | | Intellectual Property | $90 | 50.0 | $4,500.00 |
| Laurence E. Winokur | 1970 | Real Estate | $385 | 7.1 | $2,733.50 |
| **Total Hours** | | | | **427.9** | |
| **Attorney Totals** | | | | | **$55,489.50** |

| **Attorney Blended Rate** | | | | | **$245.72** |
|---|---|---|---|---|---|

## COSTS

| | |
|---|---|
| Copying | $71.00 |
| Long Distance Phone Calls | $76.49 |
| Miscellaneous | $4,673.40 |
| TOTAL: | $4,820.89 |

DETROIT 25980-99 1003223v1