Kristi A. Katsma (MI-P53545)
Edgar C. Howbert (MI-P15181)
DICKINSON WRIGHT PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226
Telephone: 313.223.3500
Facsimile: 313.223.3598
kkatsma@dickinsonwright.com
ehowbert@dickinsonwright.com

*A Key Ordinary Course Counsel for Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re | : | |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE OF FINAL INTERIM APPLICATION OF
DICKINSON WRIGHT PLLC AS A KEY ORDINARY COURSE COUNSEL TO
THE DEBTORS FOR ORDER AUTHORIZING AND APPROVING
COMPENSATION FOR SERVICES RENDERED FROM
JUNE 1, 2007 THROUGH AUGUST 15, 2007**

I hereby certify that, pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on November 4, 2005, as modified by the Order Approving Joint Interest Agreement Between Debtors and Official Committee of Unsecured Creditors, Implementing Protective Order, and Approving Procedures to Protect Information in Fee Statements, entered on April 18, 2006 (together, the "Administrative Order"), copies of Dickinson Wright PLLC's Final Interim Application for Order Authorizing and Approving Compensation for Services Rendered from June 1, 2007 through August 15, 2007, was served, on this 7th day of November, 2007, by U.S. Mail, postage prepaid, on:

| | |
|---|---|
| Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street,  Suite 2100<br>New York, NY  10004<br>Attn: Alicia M. Leonhard, Esq. | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098<br>Attn: General Counsel |
| John William Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive Suite 2100<br>Chicago, IL  60606<br>*Counsel for the Debtors* | Robert J. Rosenberg, Esq.<br>Latham & Watkins LLP<br>885 Fourth Avenue<br>New York, NY 10022<br>Attn:  Robert J. Rosenberg<br>        Mark A. Broude<br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attn:  Kenneth S. Ziman | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn:  Brian Resnick |
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Attn:  Bonnie Steingart<br>*Counsel for the Official Committee of Equity*<br>*Security Holders* | |

I further certify that, pursuant to the Administrative Order, notice of the filing of said

Application has been provided, via electronic mail, to the "2002 Entities" listed in the database at

www.delphidocket.com as of the date hereof.

Dated:        Detroit, Michigan
              November 7, 2007          /s/Kristi A. Katsma
                                        Dickinson Wright PLLC
                                        500 Woodward Avenue, Suite 4000
                                        Detroit, MI 48226
                                        Telephone:     313.223.3500
                                        Facsimile:     313.223.3598

                                        *A Key Ordinary Course Counsel to the*
                                        *Debtors and Debtors-in-Possession*

*DETROIT 25980-99 1003296v1*