UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :

     In re                                :      Chapter 11

                                            :

DELPHI CORPORATION, et al.,      :      Case No. 05-44481 (RDD)

                                            :

                      Debtors.     :      (Jointly Administered)

                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECOND SUPPLEMENTAL ORDER
(A) ESTABLISHING REVISED HEARING DATE AND RELATED
PROCEDURES ON DISCLOSURE STATEMENT AND SOLICITATION
PROCEDURES MOTION AND (B) SETTING HEARING DATE AND RELATED
PROCEDURES FOR MOTION TO AMEND INVESTMENT AGREEMENT

("SECOND SUPPLEMENTAL DISCLOSURE STATEMENT AND
INVESTMENT AGREEMENT PROCEDURES ORDER")

Upon the Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures, dated September 6, 2007 (Docket No. 9266) (the "Disclosure Statement Approval Motion"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"), the Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession, dated September 6, 2007 (Docket No. 9263) (the "Plan"), and the Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 9264), dated September 6, 2007 (the "Disclosure Statement");

and the Court having commenced the hearing on the Disclosure Statement Approval Motion on October 3, 2007 (the "Hearing") in accordance with the Order Scheduling Non-Omnibus Hearing On The Debtors' Motion To Approve Solicitation Procedures And Disclosure Statement, dated August 6, 2007 (Docket No. 8898); and the Court having entered an order on October 9, 2007 (Docket No. 10497) (the "Disclosure Statement and Solicitation Procedures Order") disposing of the objections and responses filed prior to commencement of the Hearing,[1] and continuing the Hearing to October 25, 2007; and the Court having entered an order on October 19, 2007 (Docket No. 10662) (the "Supplemental Disclosure Statement, Investment Agreement, And Exit Financing Procedures Order") further continuing the Hearing to November 8, 2007 and establishing procedures for a possible Amended Investment Agreement Approval Motion to be heard at the November 8, 2007 Hearing; and upon the filing of the Debtors' Notice of Potential Amendments To Debtors' Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Of Its Affiliates, Debtors And Debtors-In-Possession And Certain Appendices And Exhibits Related Thereto (Docket No. 10759), dated October 29, 2007; and upon the filing of the Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 10760), dated October 29, 2007 (the "Amended Investment Agreement Approval Motion"); and the Court having received on November 2, 2007 further objections to the Disclosure Statement Approval Motion[2] and the Amended

---

[1] The objections and responses filed prior to the commencement of the Hearing may be found at docket numbers 9513, 9668, 9669, 9670, 9674, 9677, 9680, 10413, 10414, and 10417.

[2] Further objections and responses filed on November 2, 2007 to the Disclosure Statement Approval Motion may be found at docket numbers 10794, 10802, 10803, 10804, and 10810.

Investment Agreement Approval Motion;[3] and upon the Emergency Motion Of The Official Committee of Equity Security Holders Of Delphi Corporation To Adjourn The Hearing On, And Fix A New Time To Object To, (A) The Disclosure Statement Approval Motion And (B) The Amended Investment Agreement Approval Motion (Docket No. 10795), dated November 2, 2007 (the "Adjournment Motion");[4] and upon the Debtors' request to the Court on November 5, 2007 to adjourn the Hearing on these matters from November 8, 2007 to 10:00 a.m. (prevailing Eastern time) on November 29, 2007; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Disclosure Statement and Solicitation Procedures Order and the Supplemental Disclosure Statement, Investment Agreement, And Exit Financing Procedures Order shall continue in full force and effect, except as otherwise set forth in this Order.

2.      The Hearing on the Disclosure Statement Approval Motion that commenced on October 3, 2007 and was previously continued to November 8, 2007, and the hearings on (A) the Amended Investment Agreement Approval Motion, and (B) the Equity Committee's Adjournment Motion, shall be adjourned from November 8, 2007 to November 29, 2007 at 10:00 a.m. (prevailing Eastern time).[5]

---

[3]     Objections filed on November 2, 2007 to the Amended Investment Agreement Approval Order may be found at docket numbers 10796, 10799, 10800, and 10805.

[4]     Brandeis Investment Partners, L.P. also filed a statement in support of the Adjournment Motion at docket number 10807.

[5]     The adjournment of the Hearings as set forth herein is without prejudice to the rights of the Equity Committee to supplement the Adjournment Motion, or the rights of any party-in-interest to seek a further adjournment of the hearings in connection with any further proposed amendments to the Plan, Disclosure Statement, Investment Agreement, and any documents related thereto, within the time provided for filing objections pursuant to paragraph 4 of this order.

3. The Debtors shall use commercially reasonable efforts to file a notice of any further proposed amendments to the Plan and Disclosure Statement on or before November 16, 2007, which notice shall include proposed blacklined changed pages (as and if applicable) to the Disclosure Statement and Appendices A (the Plan), C (Financial Projections), D (Valuation Analysis), and E (Liquidation Analysis) thereto, Plan Exhibit 7.11 (Investment Agreement), Plan Exhibit 7.14 (Exit Financing Term Sheet) (if available), Plan Exhibit 7.20(a) (Delphi-GM Global Settlement Agreement), and Plan Exhibit 7.20(b) (Delphi-GM Master Restructuring Agreement).

4. If the Debtors make the notice filing provided for in paragraph 3 of this order on or before November 16, 2007, the Potential Objectors[6] shall file any further objections to the Disclosure Statement Approval Motion and parties-in-interest shall file any further objections to the Amended Investment Agreement Approval Motion (as amended by the notice filing with respect to Plan Exhibit 7.11) no later than 4:00 p.m. on November 21, 2007 (or such time of day as the Debtors actually file their notice pursuant to paragraph 3 on November 16, 2007, if later than 4:00 p.m. on November 16, 2007), or be time barred from prosecuting any such further objections to the Disclosure Statement Approval Motion or the Amended Investment Agreement Approval Motion; provided that any and all objections already filed with respect to the Disclosure Statement

---

[6] "Potential Objectors" was defined in the Supplemental Disclosure Statement, Investment Agreement, And Exit Financing Procedures Order as "the Official Committee of Unsecured Creditors, the Official Committee of Equity Security Holders, A-D Acquisition Holdings, LLC (an affiliate of Appaloosa Management L.P.) as lead plan investor under the Plan, General Motors Corporation, the Ad Hoc Committee of Trade Creditors, Wilmington Trust Company, as indenture trustee, and a group of bondholders represented by common counsel consisting of DK Acquisition Co., Silverpoint Capital, Sandell Management Co., Elliott Management Company, and CR Intrinsic, as well as the Lead Plaintiffs (but only to the extent of matters raised in the Lead Plaintiffs Response or any Potential Amendments)." All parties reserve all rights with respect to whether the bondholders constitute "an entity or committee representing more than one creditor or equity security holder" subject to the requirements of Bankruptcy Rule 2019.

Approval Motion or the Amended Investment Agreement Approval Motion shall remain in effect and may be prosecuted unless withdrawn. Any Potential Objector filing an objection to the Disclosure Statement Approval Motion and/or Disclosure Statement shall make a good faith effort to include language in its objection which would satisfy such objection.

> 5.    All requests, if any, to take discovery of any party-in-interest other than the Debtors based on the existing Plan, Disclosure Statement, and related documents shall be served so as to be received no later than 4:00 p.m. (prevailing Eastern time) on November 8, 2007.[7] All requests, if any, to take supplemental discovery with respect to the filings made under paragraph 3 shall be served so as to be received no later than 4:00 p.m. (prevailing Eastern time) on November 19, 2007. All requests, if any, to take supplemental discovery with respect to supplemental objections filed pursuant to paragraph 4 shall be served so as to be received no later than 4:00 p.m. (prevailing Eastern time) on November 23, 2007. The Debtors, and any objectors receiving discovery requests on or before November 8, 2007 as set forth in this paragraph, shall use good faith efforts to produce required documents in response to such document requests no later than November 16, 2007.[8] All discovery requests, documents produced in connection therewith, and attendance and the right to ask questions at depositions shall be provided and permitted to the Debtors and all Potential Objectors (subject to entry into appropriate protective orders regarding confidential information). Other than providing

---

[7]    The Debtors received discovery requests in connection with existing objections from the Equity Committee and the group of bondholders. At the meet and confer held on November 6, 2007 pursuant to the Supplemental Disclosure Statement, Investment Agreement, And Exit Financing Procedures Order, parties-in-interest confirmed that no party-in-interest intends to serve additional discovery on the Debtors with respect to the currently pending motions.

[8]    As to discovery requests served on other parties-in-interest, if any, such parties retain and reserve all rights to object to the timing and substance of any such discovery requests and responses.

5

for the scheduling of discovery requests and responses, nothing in this order affects the rights of any party-in-interest to object to any and all discovery requests, and all parties reserve their rights with respect to such discovery requests.

      6.      Supplemental declarations, if any, of Messrs. Miller, Sheehan, and Resnick, and declarations of any other witnesses who may testify at the hearings in connection with the Disclosure Statement Approval Motion, the Amended Investment Agreement Approval Motion, or the Adjournment Motion shall be served so as to be received no later than 4:00 p.m. (prevailing Eastern time) on November 21, 2007.

      7.      Depositions, if any, related to the Disclosure Statement Approval Motion, the Amended Investment Agreement Approval Motion, or the Adjournment Motion shall take place in New York City on November 19, 20, 26 and 27, 2007. The parties shall use good faith efforts to limit any such depositions to five hours for each financial adviser witness and three hours for each other witness.

      8.      The Debtors, any Potential Objectors objecting to the Disclosure Statement Approval Motion, and any parties-in-interest objecting to the Amended Investment Agreement Approval Motion shall identify any witnesses to be called to testify at the continued Hearing on the Disclosure Statement Approval Motion, and the hearings on the Investment Agreement Approval Motion and the Adjournment Motion, no later than November 20, 2007 at 4:00 p.m. (prevailing Eastern time), and shall exchange with one another any exhibits to be introduced at such hearings no later than November 26, 2007, at 4:00 p.m. (prevailing Eastern time). Objections to exhibits, if any, shall be provided no later than November 27, 2007 at 12:00 noon (prevailing Eastern time). Documents and other materials to be used for impeachment purposes on cross-

examination, or documents used in connection with the Debtors' rebuttal presentation, if any, need not be so exchanged.[9]

    9.  The Debtors shall file any replies to objections to the Disclosure Statement Approval Motion and the Amended Investment Agreement Approval Motion, and any response to the Adjournment Motion, by 4:00 p.m. (prevailing Eastern Time) on November 28, 2007. The Debtors shall include in their replies (a) any additional proposed blacklined changed pages to the documents referenced in paragraph 3 of this order arising from (i) continued discussions between the Debtors and parties-in-interest after the filing provided for in paragraph 3 of this order and/or (ii) changes proposed by the Debtors in response to any objections filed pursuant to paragraph 4 of this order, (b) a cumulative blackline of each document for which additional changed pages were filed pursuant to paragraph 9(a) marked against the documents originally filed on September 6, 2007, and (c) a proposed blacklined approval order and revised Plan solicitation timeline, which timeline shall provide for a Plan exhibit filing date no later than ten days prior to the proposed Plan voting and objection deadline.

    10.  Any objections filed by an objector to the Amended Investment Agreement Approval Motion, any objection filed by a Potential Objector to the Disclosure Statement Approval Motion, and any replies filed by the Debtors shall be filed with this Court (with a copy to Chambers) and served in accordance with Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case

---

[9] Notwithstanding the foregoing, documents any party intends to introduce as affirmative evidence at the hearings shall be identified and provided in accordance with the schedule set forth in this paragraph 8.

7

Management Order") and the Ninth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered October 19, 2007 (Docket No. 10661) (the "Ninth Supplemental Order").

        11.     The Debtors, any objector who objects to the Amended Investment Agreement Approval Motion, and any Potential Objector who objects to the Disclosure Statement Approval Motion, shall conduct a meet and confer conference at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 at 3:00 p.m. (prevailing Eastern time) on November 27, 2007, consistent with Paragraph 5 of the Case Management Order, to discuss a possible resolution of any such objection(s), any objections to the proposed evidence to be introduced and the witnesses to be called and potential resolutions thereto, and the conduct of the Hearing in an orderly manner.

        12.     Service of this order shall be made in accordance with the Case Management Order and the Ninth Supplemental Order.

Dated:   New York, New York
           November 7, 2007

                                  /s/ Robert D. Drain
                                  UNITED STATES BANKRUPTCY JUDGE