# United States Bankruptcy Court
## Southern District of New York

In re DELPHI CORPORATION, et al.,    Case No. 05-44481
                                     (Jointly Administered)
                                     Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Great Northern Transportation** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**
**411 West Putnam Ave., Ste. 225**         Court Record Address of Transferor
**Greenwich, CT 06830**                    (Court Use Only)
**Attn: Alisa Mumola**
**Phone 203-862-8211**
                                           Last Four Digits of Acct#:  N/A

Last Four Digits of Acct#:  N/A
                                           Name and Current Address of Transferor

Name and Address where transferee payments should be sent
(if different from above)                  **Great Northern Transportation**
                                           **5205 E. Vienna Road**
                                           **Clio, MI 48420**

**Claim No.1544 for $49,857.50**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____           Date: _____November 9, 2007_____
         Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                              _____
                                               **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

GREAT NORTHERN TRANSPORTATION., a Michigan corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated January 18, 2007, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the claim no. 1544 (the "Claim"), in the principal amount of 49,857.50, against the Delphi Automotive Systems, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44640 (jointly administered under 05-44481) or any other court with jurisdiction over such Proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 8th day of November 2007.

(Assignor)  
GREAT NORTHERN TRANSPORTATION

By: _____  
Name: David Diec  
Title: President

(Assignee)  
CONTRARIAN FUNDS, LLC  
By: Contrarian Capital Management, LLC, as manager

By: _____  
Name: _____  
Title: JANICE M. STANTON  
         MEMBER

(Assignor)  
WITNESS:

By: _____  
Name: Christina Pritt  
Title: Office Manager

Error! Unknown document property name.