# **EXHIBIT A**

INTERMET CORPORATION
5445 Corporate Drive, Suite 200
Troy, MI 48098-2683
Tel: 248-952-2500
Fax: 248-952-2501

# INTERMET

TERRY C. GRAESSLE
Vice President Sales and Marketing

December 12, 2003

Mr. Robert T. Andary
Metallic Commodity Manager
Delphi Energy & Chassis Systems
Global Supply Mgt.
Building D
M/C 480.405.120
5820 Delphi Drive
Troy, MI 48098-2815

Dear Bob:

Confirming our conversation, INTERMET will provide an advance rebate to Delphi of $600,000 in 2003 in consideration for future sales of the GMT-900 front steering knuckle. Delphi agrees to purchase a minimum of 750,000 sets per year for five (5) years or 100% of the Delphi sourced volume, whichever is greater over the life of the GMT-900 program at the price outlined in your Letter of Intent, dated May 1, 2003. If Delphi does not purchase the minimum amount, Delphi will refund the advance rebate proportionally to the shortfall based on the minimum quantity.

Sincerely,

*[signature]*

Terry C. Graessle

*Agreed by:*

_____    _12-12-03_
Robert T. Andary                   Date