# **EXHIBIT C**

Intermet Columbus Foundry
Delphi Annual Volume
GMT-900
As of 09/17/07

| Year | Contract Year | Right Tons | Right Pieces | Right Dollars | Left Tons | Left Pieces | Left Dollars | Pairs | Guarantee | % Achieved |
|---|---|---|---|---|---|---|---|---|---|---|
| 2003 |   | 1.32 | 130 | 11,700 | 1.32 | 130 | 11,700 | 130 |   |   |
| 2004 | 1 | 1.69 | 166 | 13,640 | 1.69 | 166 | 13,640 | 166 | 750,000 | 0.0% |
| 2005 | 2 | 459.21 | 45,571 | 484,030 | 456.73 | 45,327 | 481,225 | 45,327 | 750,000 | 6.0% |
| 2006 | 3 | 5,886.87 | 586,953 | 6,127,128 | 5,877.13 | 585,982 | 6,118,563 | 585,982 | 750,000 | 78.1% |
| 2007 | 4 | 5,131.54 | 511,612 | 5,181,263 | 5,124.30 | 510,896 | 5,224,669 | 510,896 | 750,000 | 68.1% |
| 2008 | 5 | 0.00 | 0 | 0 | 0.00 | 0 | 0 | 0 | 750,000 | 0.0% |
|   |   | 11,480.63 | 1,144,432 | 11,817,761 | 11,461.17 | 1,142,501 | 11,849,796 | 1,142,501 | 3,750,000 | 30.5% |

Deposit for Business Volume             $600,000

Percentage of Short Fall                 69.5%

**Refund**                               **$417,200**

Last Shipment Date:        **9/6/2007**