# **<u>EXHIBIT E</u>**

Hearing Date: November 29, 2007 at 10:00 a.m.
Objection Deadline: November 22, 2007 by 4:00 p.m.

David G. Dragich (*Admitted Pro Hac Vice*)
FOLEY & LARDNER LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
Attorneys for Intermet Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              )
In re:                                                        )
                                                              )   Chapter 11
DELPHI CORPORATION, et al.,                                   )   Case No. 05-44481 (RDD)
                                                              )   Jointly Administered
            Debtors.                                          )
-------------------------------------------------------------x

## ORDER GRANTING INTERMET CORPORATION'S MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 503(A), 503(B) AND 507(A)(2)

This matter having come before the Court on the Motion of Intermet Corporation for Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(a), 503(b), and 507(a)(2) (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and proper notice of the Motion having been provided; and it appearing that no other notice need be provided; and based upon the pleadings, papers and proceedings related to the relief requested in the Motion and all arguments presented to the Court with respect thereto; and any objections to the Motion having been resolved, withdrawn or otherwise overruled by this Court; and after due deliberation, it is hereby

ORDERED that Intermet Corporation has an allowed administrative claim under Section 503(b)(1) in the amount of $417,200.00; and it is further

ORDERED that the Debtors be and hereby are directed to immediately pay to Intermet Corporation the amount of $417,200.00.

Dated: November ___, 2007

_____
HON. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE