**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

| | |
|---|---|
| **In re** | :    **Chapter 11** |
| | : |
| **DELPHI CORPORATION, et al.,** | :    **Case No. 05-44481 (RDD)** |
| | : |
| **Debtors.** | :    **(Jointly Administered)** |

-------------------------------------------------------x

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF      People's Republic of China     )

                                          )   ss:

COUNTY OF                                  )

       Yao Feng, being duly sworn, deposes and says:

     1     I am a member of Broad & Bright Law Firm ("<u>BB</u>") with office located in Beijing, China.

     2     Neither I, BB, nor any Member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

     3     B&B has represented Delphi Automotive Systems LLC("Delphi") in China's Antitrust Notification and it wishes to continue to do the work for the project.

     4     Insofar as I have been able to ascertain, based upon a search of our internal firm databases and other due inquiries, BB does not perform services for persons that are parties in interest to the Debtor's Chapter 11 cases, and BB does not have any relationship with any such person, their attorneys, or accountants that would be adverse to Debtor's or its estates.

     5     Neither I nor any Member of BB has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the Members and employees of BB.

1

6      Except as set forth herein, no promises have been received by me or any other BB attorney as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7      Neither I nor any Member of or professional employed by BB, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates.

8      Our Current fee arrangement with the Debtors is an hourly fee arrangement. Specifically, we bill the Debtors in the ordinary course pursuant to hourly rates for services and actual out-of-pocket expenses and expect payment in full within thirty days of the invoice.

9      The foregoing constitutes the statement of BB pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

**[Yao Feng]**

Subscribed and sworn before me
this       day of     , 2007

_____
Notary Public