美国破产法庭
纽约南区

第 11 章
案件编号：05-44481（RDD）
（联合管辖）

关于 DELPHI CORPORATION 等债务人

## 法律从业人员宣誓书

中国

本人，冯瑶，特此宣誓并声明：

1. 本人是地址位于中国北京的 BROAD & BRIGHT 律师事务所（"BB"）成员。
2. 就本人所知，除本宣誓书中所述之外，本人、BB 及其任何成员与上述债务人和占有中债务人（"债务人"）、其债权人，或任何相关利益方，或其代理人无任何关系。
3. BB 在中国的反垄断通告中代表 DELPHI AUTOMOTIVE SYSTEMS LLC（"DELPHI"）。并且该公司希望继续该项目中的工作。
4. 就本人所知，并且基于查询本事务所内部数据库以及其他适当查询，BB 未曾给债务人第 11 章案件中的利益当事方提供过服务，并且 BB 与对债务人或其不动产不利的任何人、其律师、或会计师无任何关系。
5. 本人或 BB 的任何成员未曾同意或将要同意与 BB 成员或雇员以外的任何个人分享自债务人处获得的赔偿。
6. 除本宣誓书中所述之外，本人或者 BB 的任何成员未曾收到依据破产法、联邦破产程序条例、地方条例、法庭判令以及美国委托人执行办公室发布的费用指导之规定以外的与第 11 章案件相关之赔偿保证。
7. 就本人所知，本人以及 BB 的任何成员或 BB 雇佣的任何专业人员均未曾拥有或代表对债务人或其不动产不利的任何利益。
8. 我们和债务人的收费是小时计费。具体说，我们依据小时计费费率和实际花费向债务人寄送账单，并预期在发票日后 30 天全额支付。
9. 前面的陈述构成 BB 依据破产法第 329 和 504 节以及破产条例第 2014 和 2016（b）所规定的声明。

冯瑶（签名）

2007 年，＿＿＿＿，在本人面前签名。

＿＿＿＿＿＿＿＿＿＿
公证人

# 公 证 书

（2007）京证经字第20819号

兹证明前面的中文译文与外文原文内容相符。

中华人民共和国北京市公证处

公 证 员 

二〇〇七年十月三十一日