TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,  
Debtors and Debtors-in-Possession,  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Neil Berger (NB-3599)

Hearing Date: 11/16/2007  
at 1:00 p.m.

Delphi Legal Information Hotline:  
Toll Free: (800) 718-5305  
International: (248) 813-2698

Delphi Legal Information Website:  
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------X  
In re                                                              :    Chapter 11  
                                                                       :  
   DELPHI CORPORATION, et al.,          :    Case No. 05-44481 [RDD]  
                                                                       :  
                         Debtors.    :    (Jointly Administered)  
                                                                       :  
-------------------------------------------------------------X

**NOTICE OF PRESENTMENT OF JOINT STIPULATION, AND
AGREED ORDER COMPROMISING AND DISALLOWING
<u>PROOF OF CLAIM NUMBER 12383 (VIASYSTEMS GROUP, INC.)</u>**

**PLEASE TAKE NOTICE** that on July 15, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 12383 (the "Claim") filed by Viasystems Group, Inc., ("Claimant") against Delphi pursuant to the Seventeenth Omnibus Objection Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Insurance Claims Not Reflected On Debtors' Books and Records, (d) Untimely Claims and Untimely Tax Claims, And (e) Claims Subject To Modification, Tax Claims Subject

To Modification, And Claims Subject to Modification And Reclamation Agreement (Docket No. 8270) (the "Objection').

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Claimant have agreed to settle the Objection with respect to the Proof of Claim and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Settlement Agreement, Joint Stipulation and Agreed Order Compromising And Disallowing Proof Of Claim Number 12383 (the "Settlement Agreement" and "Joint Stipulation").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Settlement Agreement and Joint Stipulation, the Debtors and the Claimant have agreed, among other things, to disallow and expunge the Claim in its entirety.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the Settlement Agreement and Joint Stipulation for consideration at the hearing scheduled for November 16, 2007, at 1:00 p.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York  
        November 9, 2007

DELPHI CORPORATION, *et al.*  
By their attorneys,  
TOGUT, SEGAL & SEGAL LLP  
By:

/s/ Neil Berger  
NEIL BERGER (NB-3599)  
A Member of the Firm  
One Penn Plaza  
New York, New York 10119  
(212) 594-5000

2