**DICKINSON WRIGHT PLLC**
Michael C. Hammer, Esq.
301 East Liberty, Suite 500
Ann Arbor, Michigan  48104
Telephone:  (734) 623-1696
Facsimile:  (313) 223-3598
mhammer@dickinson-wright.com

-and-

**HODGSON RUSS LLP**
Stephen H. Gross, Esq. (SG-9904)
60 East 42nd Street, 37th Floor
New York, New York  10165-0150
Telephone:  (212) 661-3535
Facsimile:   (212) 972-1677
sgross@hodgsonruss.com

*Co-Counsel for Yazaki North America, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| DELPHI CORPORATION, et al., | Chapter 11<br>Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL NOTICES, PAPERS AND OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that Dickinson Wright PLLC (Michael C. Hammer, Esq.) and Hodgson Russ LLP (Stephen H. Gross, Esq.) hereby appear in the above-captioned, jointly administered bankruptcy proceedings on behalf of **Yazaki North America, Inc.**, a creditor in these Chapter 11 cases.

Pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), request is hereby made for copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in these cases, and all notices mailed only to whom filed with the court a request that all notices be mailed to them) be given to and served upon the attorneys identified herein.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtor or the property of the debtor.

| **DICKINSON WRIGHT PLLC** | **HODGSON RUSS LLP** |
|---|---|
| Attn:  Michael C. Hammer, Esq. | Attn:  Stephen H. Gross, Esq. |
| 301 East Liberty, Suite 500 | 60 East 42nd Street, 37th Floor |
| Ann Arbor, Michigan  48104 | New York, New York  10165-0150 |
| Telephone:  (734) 623-1696 | Telephone:  (212) 661-3535 |
| Facsimile:  (313) 223-3598 | Facsimile:  (212) 972-1677 |
| Email:  mhammer@dickinson-wright.com | Email:  sgross@hodgsonruss.com |

**PLEASE TAKE FURTHER NOTICE** that Dickinson Wright PLLC (Michael C. Hammer, Esq.) and Hodgson Russ, LLP (Stephen H. Gross, Esq.) hereby consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorneys and the addresses identified herein be added to the Official Service List maintained by

the Debtors or otherwise for notice of all contested matters, adversary proceedings, and other proceedings in this ancillary proceeding.

Dated: November 9, 2007
      New York, New York

**HODGSON RUSS LLP**

By:  /s/ Stephen H. Gross
    Stephen H. Gross, Esq. (SG-9904)
60 East 42nd Street, 37th Floor
New York, New York 10165-0150
Telephone: (212) 661-3535
Facsimile: (212) 972-1677
sgross@hodgsonruss.com

-and-

**DICKINSON WRIGHT PLLC**
Michael C. Hammer, Esq.
301 East Liberty, Suite 500
Ann Arbor, Michigan 48104
Telephone: (734) 623-1696
Facsimile: (313) 223-3598
mhammer@dickinson-wright.com

*Co-Counsel for Yazaki North America, Inc.*

000160/00623 GBDOCS 894074v1