MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
Roland Hwang, Esq.
Michigan Attorney P32697
Assistant Attorney General
Attorney for State of Michigan, DLEG, UIA
3030 W. Grand Blvd., Ste. 9-600
Detroit, Michigan  48202
(313) 456-2210
telefax:  (313) 456-2201


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, *et al*.,                                         Case No. 05-44481 RDD
                                                                                            (Jointly Administered)
                                                                                            Chapter 11
                    Debtors.                                                        Hon. Robert D. Drain
_____/

**MOTION FOR
ADMISSION TO PRACTICE PRO HAC VICE**

Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency ("Agency"), and its attorneys, Attorney General Michael A. Cox and Assistant Attorney General Roland Hwang, respectfully request that Mr. Hwang be allowed to represent the Agency before this Court in the above-captioned matter, and in support of the Motion states as follows:

Mr. Hwang is currently admitted and in good standing to practice before all the State of Michigan Courts including the Western and Eastern Federal Districts of Michigan.

| | |
|---|---|
| Mailing Address: | Michigan Department of Attorney General |
| | Unemployment Unit |
| | 3030 W. Grand Blvd., Ste. 9-600 |
| | Detroit, Michigan  48202 |
| E-mail address: | hwangr@michigan.gov |
| Telephone No.: | (313) 456-2210 |

The filing fee of $25.00 will be submitted for this motion for admission *pro hac vice*.

1

2

## RELIEF REQUESTED

Based upon the above, the Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency respectfully requests that Mr. Hwang be allowed admission to represent the Agency Pro Hac Vice.

                                                       Respectfully Submitted,

                                                       /S/     Roland Hwang
                                                     Roland Hwang (P32697)
                                                     Assistant Attorney General
                                                   Attorney for State of Michigan, DLEG, UIA
                                                   3030 W. Grand Blvd., Ste. 9-600
                                                   Detroit, Michigan  48202
                                                   (313) 456-2210
                                                   telefax:  (313) 456-2201
                                                   hwangr@michigan.gov

Dated:  November 13, 2007

2