UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION,                                          Case No. 05-44481 RDD
                                                             (Jointly Administered)
                                                             Chapter 11
          Debtor.                                            Hon. Robert D. Drain
_____/

## ORDER FOR ADMISSION OF ATTORNEY
## ROLAND HWANG TO PRACTICE PRO HAC VICE

Upon the Motion of the Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency ("Agency") for an Order for Admission Pro Hac Vice requesting that Mr. Hwang be admitted to practice before this Court pro hac vice, and this Court having determined that granting the relief requested is justified,

IT IS ORDERED that the Motion for Admission to Practice Pro Hac Vice shall be and is GRANTED, and accordingly, that attorney Roland Hwang shall be and is hereby admitted to practice before this court pro hac vice for the Agency.

                                                    _____
                                                    Honorable Robert D. Drain
                                                    United States Bankruptcy Judge

Date: November ___, 2007
New York, New York

1