UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION,                                     Case No. 05-44481 RDD
                                                        (Jointly Administered)
                                                        Chapter 11
          Debtor.                                       Hon. Robert D. Drain
_____/

## CERTIFICATION OF SERVICE

It is hereby certified that the State of Michigan, Department of Labor & Economic Growth, Unemployment Insurance Agency's Motion for Admission to Practice Pro Hac Vice, proposed Order for Admission of attorney Roland Hwang, have this date been made electronically filed with the Clerk of the Court which will send notification of such filing upon the following individuals registered with the ECF system in this matter, and other entities registered with the ECF system in this matter.

| John William Butler, Esq. | jbutler@skadden.com |
|---|---|
| Kayalyn A. Marafioti, Esq. | kamarafio@skadden.com |

I hereby certify that I have mailed, via the United States Postal Service, the foregoing document(s) to the following non-ECF participants:

/S/    Roland Hwang
Roland Hwang (P32697)
Assistant Attorney General
Attorney for State of Michigan, DLEG, UIA
3030 W. Grand Blvd., Suite 9-600
Detroit, Michigan  48202
(313) 456-2210
telefax:  (313) 456-2201
hwangr@michigan.gov

Dated:  November 13, 2007

1