**HODGSON RUSS LLP**
Stephen H. Gross, Esq. (SG-9904)
60 East 42nd Street, 37th Floor
New York, New York 10165-0150
Telephone: (212) 661-3535
Facsimile: (212) 972-1677
sgross@hodgsonruss.com

*Counsel for Yazaki North America, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

DELPHI CORPORATION, et al.,

                Debtors.

Chapter 11
Case No. 05-44481 (RDD)

Jointly Administered

---

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL NOTICES, PAPERS AND OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that the *Notice of Appearance and Request for Service of All Notices, Papers and Other Documents* filed on November 9, 2007 [Docket No. 10887] by Dickinson Wright PLLC (Michael C. Hammer, Esq.) and Hodgson Russ LLP (Stephen H. Gross, Esq.) is hereby amended to withdraw the appearance of Dickinson Wright PLLC (Michael C. Hammer, Esq.) on behalf of **Yazaki North America, Inc.**, a creditor in these Chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the appearance of Hodgson Russ LLP (Stephen H. Gross, Esq.) in the above-captioned, jointly administered bankruptcy proceedings on behalf of **Yazaki North America, Inc.** remains in effect.

Pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), request is hereby made for copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in these cases, and all notices mailed only to whom filed with the court a request that all notices be mailed to them) be given to and served upon the attorneys identified herein.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtor or the property of the debtor.

> **HODGSON RUSS LLP**
> Attn:  Stephen H. Gross, Esq.
> 60 East 42nd Street, 37th Floor
> New York, New York  10165-0150
> Telephone:  (212) 661-3535
> Facsimile:   (212) 972-1677
> Email:  sgross@hodgsonruss.com

**PLEASE TAKE FURTHER NOTICE** that Hodgson Russ, LLP (Stephen H. Gross, Esq.) hereby consents to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorneys and the addresses identified herein be added to the Official Service List maintained by

the Debtors or otherwise for notice of all contested matters, adversary proceedings, and other proceedings in this ancillary proceeding.

Dated: November 13, 2007
      New York, New York

**HODGSON RUSS LLP**

By:  /s/ Stephen H. Gross
    Stephen H. Gross, Esq. (SG-9904)
60 East 42nd Street, 37th Floor
New York, New York 10165-0150
Telephone: (212) 661-3535
Facsimile: (212) 972-1677
sgross@hodgsonruss.com

*Counsel for Yazaki North America, Inc.*

000160/00623 GBDOCS 896072v1