B210
(12/04)

# United States Bankruptcy Court

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>DELPHI CORPORATION<br>DELPHI AUTOMOTIVE SYSTEMS LLC | Case No. 05-44481<br><br>Court ID (Court use only)_____ |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Equity Trust Co. Custodian FBO Benjamin D. Tarver IRA**<br>Name of Transferee<br>Name and Address where notices to transferee should be sent<br>**Equity Trust Co. Custodian FBO Benjamin D. Tarver IRA**<br>**C/O Benjamin Tarver**<br>**11152 Westheimer Road #796**<br>**Houston, TX 77042**<br>Phone: **832-519-1780**<br>Last Four Digits of Acct #: **n/a**<br>Name and Address where transferee payments should be sent (if different from above)<br>*****SAME AS ABOVE***** | **ARTUS CORPORATION**<br>Name of Transferor<br>Court Record Address of Transferor<br>(Court Use Only)<br><br><br><br><br><br>Last Four Digits of Acct. #: _____<br>Name and Current Address of Transferor<br>ARTUS CORPORATION<br>201 S DEAN STREET |
| Phone:<br>Court Claim # (if known): _____<br>Date Claim Filed: | ENGLEWOOD, CA, 76310511 |

**SCHEDULE NUMBER(S) OF TRANSFERRED CLAIMS:**
**AMOUNT OF CLAIM TRANSFERRED $447.50**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ **Benjamin D. Tarver**                     Date: November 14, 2007
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                     _____
                                   **CLERK OF THE COURT**