**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

........................................................................... x

Scott Darryl Reese, :
Claimant/Creditor :
:
v. :
:
IN RE: : Honorable Robert D. Drain
:
DELPHI CORPORATION, et. al., : Case No. 05-44481
DELPHI - DEBTOR IN POSSESSION :
DELPHI CHASSIS SYSTEMS : Bankruptcy Trustee
Debtor, :
: (Jointly Administered)
........................................................................... x

To the Clerk of the Court:

Please find enclosed the following.

Court Copy, Original, and Judge's Copy of the following:

1. Cover Sheet.

2. Claimant's *Motion for Rehearing De-novo in Delphi Bankruptcy Proceedings - Reese* with Exhibits attached.

3. Claimant's *Motion in Instanter*..

4. Notice of Hearing.

5. *Proof of Service to attorney's for debtor Delphi* et. al..

Please docket and file these pleadings in the usual manner.

If you have any questions, feel free to call me at (248) 969-4055. Thank you.

Date: November 05, 2007

Scott Darryl Reese;
SCOTT DARRYL REESE;
SCOTT D. REESE
c/o 329 Basket Branch
Oxford, Michigan state,
[48371-6359]