UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
..................................................................x
Scott Darryl Reese,                                  :
Claimant                                             :
                                                     :
         v.                                          :
                                                     :
IN RE:                                               :
                                                     :          Honorable Robert Drain
DELPHI CORPORATION, et. al.,                         :
DELPHI - DEBTOR IN POSSESSION                        :          Case No. 05-44481
DELPHI CHASSIS SYSTEMS                               :
         Debtor,                                     :          Bankruptcy Trustee
                                                     :
                                                     :          (Jointly Administered)
..................................................................x

<u>COUNSEL FOR THE DEBTORS</u>.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

    -and-

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

Delphi Legal Information Hotline: Toll Free: (800) 718-5305; International: (248) 813-2698

---

Scott Darryl Reese
c/o 329 Basket Branch
Oxford, Michigan state
[48371-6359]
Creditor - (248) 969-4055
_____/

# MOTION INSTANTER

Now comes Scott Darryl Reese, Claimant, Citizen in his proper persona, and pleads instanter immediately, instantly; forthwith; without delay; saying that the last day to file a *Motion for Reconsideration* of the Order dated October 26, 2007 within the 10 day limit to file by *F. R. Bankruptcy Rule 3008* falls on Sunday, November 4, 2007.

The *Federal Rules of Civil Procedure* provide that when the last day to file a motion or pleading falls on the week end or holiday the Claimant would be allowed an additional day to file his *Motion for Reconsideration*, which would fall on Monday, November 05, 2007.

However, the Claimant elects to file his Motion instanter, saying he, Scott Darryl Reese, understood the term to mean within twenty-four hours. See *F. R. of Bankruptcy Procedure Rule 5001(c)*. See *F. R. of Bankruptcy Procedure Rule 8015*.

Wherefore, Scott Darryl Reese, Citizen pleads instanter and respectfully requests this honorable trial judge presiding over this pleading grant the relief requested instanter joined with this pleading for *Motion for Rehearing De-novo in Delphi Bankruptcy Proceedings - Reese*.

**Haines vs. Kerner, 404 U.S. 519-421** — In re *Haines*: pro se litigants (Scott Darryl Reese is a pro se litigant) are held to less stringent pleading standards than bar [licensed] attorneys. Regardless of the deficiencies in their pleadings, pro se litigants are entitled to the opportunity to submit evidence in support of their claims.

Date: November 5, 2007

Thank you.

*Scott Darryl Reese* (signature)
Scott Darryl Reese;
SCOTT DARRYL REESE;
SCOTT D. REESE
c/o 329 Basket Branch
Oxford, Michigan state
[48371-6359]