## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

..................................................................................... x

Scott Darryl Reese,            :
Claimant/Creditor              :
                               :
        v.                     :
                               :
IN RE:                         :         Honorable Robert D. Drain
                               :
DELPHI CORPORATION, et. al.,   :         Case No. 05-44481
DELPHI - DEBTOR IN POSSESSION  :
DELPHI CHASSIS SYSTEMS         :         Bankruptcy Trustee
        Debtor,                :
                               :         (Jointly Administered)
..................................................................................... x

COUNSEL FOR THE DEBTORS.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

    -and-

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Delphi Legal Information Hotline: Toll Free: (800) 718-5305; International: (248) 813-2698

---

Scott Darryl Reese                    Claim Number: 16709
c/o 329 Basket Branch                 Delphi Bankruptcy Proceedings
Oxford, Michigan state
[48371-6359]
Claimant/Creditor - (248) 969-4055


**Notice of Hearing**

Please be advised and take notice that Claimant/Creditor, Scott Darryl Reese, a/k/a SCOTT DARRYL REESE; SCOTT D. REESE, as one and the same, files this notice of hearing with the court on the following motions: *Motion for Rehearing De-novo in Delphi Bankruptcy Proceedings - Reese, Motion in Instanter, Proof of Service to attorneys for debtor Delphi et. al.*, and *Notice of Hearing*, before the Honorable Robert D. Drain, in his courtroom located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Room 610 at ___:00 A.M., on _____ or as soon as Claimant/Creditor may be heard (the "Hearings"), for the entry of Orders permitting Claimant/Creditor, Scott Darryl Reese, to file in the above-captioned Chapter 11 Cases and awarding such other and further relief as the Court deems just and proper.

Date: November 05, 2007

Scott Darryl Reese
SCOTT DARRYL REESE;
SCOTT D. REESE
c/o 329 Basket Branch
Oxford, Michigan state
[48371-6359]
in the united States of America
Claimant/Creditor = (248) 969-4055