**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

....................................................................................... x

| | |
|---|---|
| IN RE: : | Honorable |
| : | |
| DELPHI CORPORATION, et. al., : | Case No. 05-44481 |
| DELPHI - DEBTOR IN POSSESSION : | |
| DELPHI CHASSIS SYSTEMS : | Bankruptcy Trustee |
| Debtor, : | |
| : | (Jointly Administered) |

....................................................................................... x

<u>COUNSEL FOR THE DEBTORS</u>.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

    -and-

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Delphi Legal Information Hotline: Toll Free: (800) 718-5305; International: (248) 813-2698

Scott Darryl Reese
c/o 329 Basket Branch
Oxford, Michigan state
[48371-6359]
Creditor - (248) 969-4055

**Proof of Service**

I, Douglas Dwight Bennett, on November 05, 2007, did serve via Priority United States Mail, Delivery Confirmation, serve Debtor Attorney(s) of record, copy of *Motion for Rehearing De-novo in Delphi Bankruptcy Proceedings - Reese*, *Motion in Instanter*, *Proof of Service to attorneys for debtor Delphi et. al.*, and *Notice of Hearing*.

To:

COUNSEL FOR THE DEBTORS.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

-and-

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

-and-

United States Trustee for the Southern District of New York
Alicia M. Leonhard
33 Whitehall Street
Suite 2100
New York, New York 10004

Dated: *November* 2007

Douglas Dwight Bennett
c/o 24689 Frontier Circle
Flat Rock, Michigan state [48134]
in the united States of North America