# EXHIBIT B

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK

BRUSSELS    CLEVELAND    DAYTON    WASHINGTON. D.C.

July 26, 2007

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention: Robert J. Rosenberg, Esq., as counsel for The
Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: John D. Sheehan, V.P. & Chief
Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention: Valeria Venable, GE Plastics, Americas
Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention: John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention: Marissa Wesley, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention: Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention: Marlane Melican, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE:   Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine's invoice for the month ending June 30, 2007 is enclosed with this letter. Also enclosed as part of the invoice is a detailed summary of the amounts that are due, by category.

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635            mah   428010.13

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

July 26, 2007
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges.  Accordingly, for the month of June, 2007, Thompson Hine is entitled to receive the total sum of $28,941.50, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 06/01/07 – 06/30/07 | $34,924.50 | $ 1,001.90 | $35,926.40 | $27,939.60 | $ 1,001.90 | $28,941.50 | $6,984.90 |

Very truly yours,

Theodore D. Lienesch

# THOMPSON HINE

July 26, 2007
Page 3

cc:    Scott McBain, Esq.

# THOMPSON HINE

### SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #)

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00148 | 06/01/07 - 06/30/07 | 2223519 | $1,943.00 | $0.00 | $1,943.00 |
| 00162 | 06/01/07 - 06/30/07 | 2223519 | $1,045.00 | $0.00 | $1,045.00 |
| 00182 | 06/01/07 - 06/30/07 | 2223519 | $1,980.00 | $3.10 | $1,983.10 |
| 00195 | 06/01/07 - 06/30/07 | 2223519 | $302.50 | $791.20 | $1,093.70 |
| 00201 | 06/01/07 - 06/30/07 | 2223519 | $1,925.00 | $2.90 | $1,927.90 |
| 00208 | 06/01/07 - 06/30/07 | 2223519 | $442.50 | $5.60 | $448.10 |
| 00247 | 06/01/07 - 06/30/07 | 2223519 | $137.50 | $14.10 | $151.60 |
| 00250 | 06/01/07 - 06/30/07 | 2223519 | $279.50 | $0.00 | $279.50 |
| 00254 | 06/01/07 - 06/30/07 | 2223519 | $3,087.00 | $0.00 | $3,087.00 |
| 00255 | 06/01/07 - 06/30/07 | 2223519 | $275.00 | $185.00 | $460.00 |
| 00256 | 06/01/07 - 06/30/07 | 2223519 | $3,397.00 | $0.00 | $3,397.00 |
| 00257 | 06/01/07 - 06/30/07 | 2223519 | $5,618.00 | $0.00 | $5,618.00 |
| 00259 | 06/01/07 - 06/30/07 | 2223519 | $137.50 | $0.00 | $137.50 |
| 00260 | 06/01/07 - 06/30/07 | 2223519 | $137.50 | $0.00 | $137.50 |
| 00265 | 06/01/07 - 06/30/07 | 2223519 | $4,702.50 | $0.00 | $4,702.50 |
| 00266 | 06/01/07 - 06/30/07 | 2223519 | $4,895.00 | $0.00 | $4,895.00 |
| 00267 | 06/01/07 - 06/30/07 | 2223519 | $4,620.00 | $0.00 | $4,620.00 |
| | **Total Amount Invoiced** | | **$34,924.50** | **$1,001.90** | **$35,926.40** |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON. D.C.

July 26, 2007

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref: Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

### *Summary of professional services rendered by Thompson Hine LLP*
### *for the period 6/01/07 - 6/30/07 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $34,924.50 |
| Disbursements and Charges | $ 1,001.90 |
| Total Fees, Disbursements and Charges invoiced | $35,926.40 |

*Amount due upon receipt of attached invoice (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $27,939.60 |
| Disbursements and Charges (100%) | $ 1,001.90 |
| ***Total Fees, Disbursements and Charges due*** | ***$28,941.50*** |

\*    The holdback amount (20% of the professional fees billed for this period) of $6,984.90 will be due upon Court approval of Thompson Hine's Fee Application.

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                mah   485605.1

THOMPSON HINE LLP              2000 Courthouse Plaza, N.E.      www.ThompsonHine.com
ATTORNEYS AT LAW               P.O. Box 8801                    Phone  937.443.6600
                               Dayton, Ohio 45401-8801          Fax  937.443.6635

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| --- | --- | --- | --- |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

July 25, 2007

Delphi Technologies, Inc.                      Invoice No. 2223519
Legal Staff-M/C 480-410-202                    Our File No. 444859
P.O. Box 5052
Troy, MI  48007-5052

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 06/30/07:*

| | | |
| --- | --- | --- |
| Fees for Professional Services | $ | 34,924.50 |
| Disbursements and Charges | $ | 1,001.90 |
| Total Fees, Disbursements and Charges | $ | 35,926.40 |
| | | |
| **TOTAL DUE FOR THIS INVOICE** | $ | 35,926.40 |

---

# THOMPSON
# HINE

Page 2                                                                July 25, 2007
Our File No. 444859
Delphi Technologies, Inc.

Professional services rendered for your account:

**DP-311073 PATENT A NEW FAMILY OF CONTROLLED BRAKE HYDRAULIC SYSTEMS
USING BRAKE RESPONSE VALVE (BRV)**
OUR FILE NO. 444859.00148
| | |
|---|---|
| Fees for Services | 1,943.00 |
| TOTAL DUE FOR THIS MATTER | 1,943.00 |

**DP-307258 PATENT:  DEFORMATION RESISTANCE WELDING OF SHEET METAL, TUBES,
AND SIMILAR SHAPES**
OUR FILE NO. 444859.00162
| | |
|---|---|
| Fees for Services | 1,045.00 |
| TOTAL DUE FOR THIS MATTER | 1,045.00 |

**DP-313090 Patent:  MR DAMPER PISTON CONFIGURATIONS FOR LOW FRICTION FORCE**
OUR FILE NO. 444859.00182
| | |
|---|---|
| Fees for Services | 1,980.00 |
| Disbursements and Charges | 3.10 |
| TOTAL DUE FOR THIS MATTER | 1,983.10 |

**DP-312365 ELECTRODES FOR THE DRW PROCESS**
OUR FILE NO. 444859.00195
| | |
|---|---|
| Fees for Services | 302.50 |
| Disbursements and Charges | 791.20 |
| TOTAL DUE FOR THIS MATTER | 1,093.70 |

**DP-314045: Patent MR MOUNT INTERNAL COIL**
OUR FILE NO. 444859.00201
| | |
|---|---|
| Fees for Services | 1,925.00 |
| Disbursements and Charges | 2.90 |
| TOTAL DUE FOR THIS MATTER | 1,927.90 |

**Delphi Bankruptcy Matters**
OUR FILE NO. 444859.00208
| | |
|---|---|
| Fees for Services | 442.50 |
| Disbursements and Charges | 5.60 |
| TOTAL DUE FOR THIS MATTER | 448.10 |

**2006-001036 State of the Art Search: Compact DC Brake Motor Design**
OUR FILE NO. 444859.00247
| | |
|---|---|
| Fees for Services | 137.50 |

# THOMPSON HINE

Page 3                                                                              July 25, 2007
Our File No. 444859
Delphi Technologies, Inc.

| | |
|---|---:|
| Disbursements and Charges | 14.10 |
| TOTAL DUE FOR THIS MATTER | 151.60 |

**DP-315892: Patent: MTB Suspended Fist/Housing Design**
OUR FILE NO. 444859.00250

| | |
|---|---:|
| Fees for Services | 279.50 |
| TOTAL DUE FOR THIS MATTER | 279.50 |

**DP-316005: Patent: 6.0 mm ABS Pump**
OUR FILE NO. 444859.00254

| | |
|---|---:|
| Fees for Services | 3,087.00 |
| TOTAL DUE FOR THIS MATTER | 3,087.00 |

**DP-316169 Patent Application: Asymmetric Piston On MR Damper**
OUR FILE NO. 444859.00255

| | |
|---|---:|
| Fees for Services | 275.00 |
| Disbursements and Charges | 185.00 |
| TOTAL DUE FOR THIS MATTER | 460.00 |

**DP-316172 Patent Application: Multi-Disc Hub Assembly With Disc Slide Pins**
OUR FILE NO. 444859.00256

| | |
|---|---:|
| Fees for Services | 3,397.00 |
| TOTAL DUE FOR THIS MATTER | 3,397.00 |

**DP-316171 Patent Application MR Fluids With Fluorocarbon Thickener (Combined with DP-316173)**
OUR FILE NO. 444859.00257

| | |
|---|---:|
| Fees for Services | 5,618.00 |
| TOTAL DUE FOR THIS MATTER | 5,618.00 |

**DP-315532 Patent Application: Pressure Sensor Mount**
OUR FILE NO. 444859.00259

| | |
|---|---:|
| Fees for Services | 137.50 |
| TOTAL DUE FOR THIS MATTER | 137.50 |

**DP-315533 Patent Application: Mr Mount Pressure Sensor Algorithm**
OUR FILE NO. 444859.00260

| | |
|---|---:|
| Fees for Services | 137.50 |
| TOTAL DUE FOR THIS MATTER | 137.50 |

**DP-316632 Patent: Enhanced Gas Cup Assembly for Mr Damper**
OUR FILE NO. 444859.00265

| | |
|---|---:|
| Fees for Services | 4,702.50 |
| TOTAL DUE FOR THIS MATTER | 4,702.50 |

# Thompson Hine

Page 4                                                                                           July 25, 2007
Our File No.  444859
Delphi Technologies, Inc.


**DP-316561 Patent:  Rebound Travel Limiter**
    OUR FILE NO. 444859.00266

| | | |
|---|---|---|
| Fees for Services | | 4,895.00 |
| TOTAL DUE FOR THIS MATTER | | 4,895.00 |

**DP-316493  Patent: Lubricated Piston Ring**
    OUR FILE NO. 444859.00267

| | | |
|---|---|---|
| Fees for Services | | 4,620.00 |
| TOTAL DUE FOR THIS MATTER | | 4,620.00 |
| TOTAL DUE FOR THIS INVOICE | $ | 35,926.40 |

# THOMPSON HINE

Page 5                                                                      July 25, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-311073 PATENT A NEW FAMILY OF
CONTROLLED BRAKE HYDRAULIC SYSTEMS
USING BRAKE RESPONSE VALVE (BRV)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/14/07 | Review correspondence from inventor; outline response strategy and prepare draft amendment. | | |
| | Steven J. Elleman | 1.50 | 502.50 |
| 06/22/07 | Telephone conference with Mr. Reuter; review Sakai patents; prepare draft amendment and arguments. | | |
| | Steven J. Elleman | 2.80 | 938.00 |
| 06/28/07 | Continue drafting amendment; send for inventor review. | | |
| | Steven J. Elleman | 1.50 | 502.50 |
| | Fee for Professional Services | | $1,943.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 5.80 | 335.00 | 1,943.00 |

# THOMPSON HINE

Page 6                                                                July 25, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-307258 PATENT:  DEFORMATION RESISTANCE
WELDING OF SHEET METAL, TUBES, AND SIMILAR
SHAPES**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/29/07 | Draft amendment. | | |
| | Douglas E. Erickson | 3.80 | 1,045.00 |
| | Fee for Professional Services | | $1,045.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 3.80 | 275.00 | 1,045.00 |

# THOMPSON HINE

Page 7                                                                                        July 25, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-313090 Patent:  MR DAMPER PISTON
## CONFIGURATIONS FOR LOW FRICTION FORCE

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/25/07 | Draft amendment. | | |
| | Douglas E. Erickson | 6.20 | 1,705.00 |
| 06/26/07 | Draft Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 1.00 | 275.00 |
| | Fee for Professional Services | | $1,980.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 7.20 | 275.00 | 1,980.00 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| | Photocopy | 3.10 | |
| | Total Disbursements and Charges | | 3.10 |

# THOMPSON HINE

Page 8                                                                                    July 25, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-312365 ELECTRODES FOR THE DRW PROCESS

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/11/07 | Review Advisory Action; review previously filed but un-entered amendment; check status of DP-312363 method claim case having common specification with DP-312365; advise Delphi attorney Pat Griffin on recommended cause of action. | | |
| | Douglas E. Erickson | 0.80 | 220.00 |
| 06/20/07 | Prepare RCE; final RCE filed in USPTO. | | |
| | Douglas E. Erickson | 0.30 | 82.50 |
| | Fee for Professional Services | | $302.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 1.10 | 275.00 | 302.50 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 06/22/07 | Filing Fees - Payee: U.S. Patent and Trademark Office - Filing fee for RCE | 790.00 |
| | Photocopy | 1.20 |
| | Total Disbursements and Charges | 791.20 |

# THOMPSON HINE

Page 9                                                                July 25, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-314045: Patent MR MOUNT INTERNAL COIL**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/20/07 | Draft amendment. | | |
| | Douglas E. Erickson | 5.80 | 1,595.00 |
| 06/21/07 | Draft amendment; final amendment filed in USPTO. | | |
| | Douglas E. Erickson | 1.20 | 330.00 |
| | Fee for Professional Services | | $1,925.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 7.00 | 275.00 | 1,925.00 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|---|
| | Photocopy | 2.90 | |
| | Total Disbursements and Charges | | 2.90 |

# THOMPSON HINE

Page 10                                                                          July 25, 2007
Our File No.  444859
Delphi Technologies, Inc.

**Delphi Bankruptcy Matters**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/04/07 | Receipt and review correspondence regarding fourth interim fee application. | | |
| | Theodore D. Lienesch | 0.50 | 197.50 |
| 06/05/07 | 4th Fee Application Period/ Review committee report; email to T. Matz. | | |
| | Lawrence T. Burick | 0.40 | 140.00 |
| 06/22/07 | Review fee orders. | | |
| | Lawrence T. Burick | 0.30 | 105.00 |
| | Fee for Professional Services | | $442.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Lawrence T. Burick | 0.70 | 350.00 | 245.00 |
| Theodore D. Lienesch | 0.50 | 395.00 | 197.50 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 5.60 |
| | Total Disbursements and Charges | 5.60 |

# THOMPSON HINE

Page 11                                                                                                July 25, 2007
Our File No.  444859
Delphi Technologies, Inc.

**2006-001036 State of the Art Search: Compact DC Brake
Motor Design**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/15/07 | Prepare U.S. and E.U. state-of-the-art studies; final package sent to Delphi. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| | Fee for Professional Services | | $137.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.50 | 275.00 | 137.50 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| | Photocopy | 14.10 | |
| | Total Disbursements and Charges | | 14.10 |

# THOMPSON HINE

Page 12                                                                                         July 25, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315892: Patent: MTB Suspended Fist/Housing Design**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/21/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 1.30 | 279.50 |
| | Fee for Professional Services | | $279.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 1.30 | 215.00 | 279.50 |

## THOMPSON HINE

Page 13                                                                                          July 25, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-316005:  Patent:  6.0 mm ABS Pump**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/04/07 | Revise draft to add stepped-bore pump embodiment and description. | | |
| | David R. Jaglowski | 5.50 | 1,155.00 |
| 06/27/07 | Revise application specification per Mr. Waller's comments; prepare formal drawings for second embodiment; revise other formal drawings for filing. | | |
| | David R. Jaglowski | 6.50 | 1,365.00 |
| 06/28/07 | Prepare formal drawings for second embodiment; revise other formal drawings for filing. | | |
| | David R. Jaglowski | 2.70 | 567.00 |
| | Fee for Professional Services | | $3,087.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 14.70 | 210.00 | 3,087.00 |

# THOMPSON HINE

Page 14                                                                                    July 25, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-316169 Patent Application: Asymmetric Piston On MR Damper**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/01/07 | Prepare application; final application, formal drawings and a list of 3 prior art patents emailed to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 1.00 | 275.00 |
| | Fee for Professional Services | | $275.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 1.00 | 275.00 | 275.00 |

## Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 06/26/07 | Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent Drawings | 185.00 |
| | Total Disbursements and Charges | 185.00 |

# THOMPSON HINE

Page 15                                                                                                      July 25, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-316172 Patent Application: Multi-Disc Hub Assembly
With Disc Slide Pins**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/12/07 | Review record of invention; draft patent application. | | |
| | Victor J. Wasylyna | 3.80 | 817.00 |
| 06/13/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 1.50 | 322.50 |
| 06/14/07 | Telephone conference with Mr. Valvano. | | |
| | Victor J. Wasylyna | 0.50 | 107.50 |
| 06/18/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 1.00 | 215.00 |
| 06/22/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 7.50 | 1,612.50 |
| 06/27/07 | Revise application. | | |
| | Victor J. Wasylyna | 1.50 | 322.50 |
| | Fee for Professional Services | | $3,397.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 15.80 | 215.00 | 3,397.00 |

# THOMPSON HINE

Page 16                                                            July 25, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-316171 Patent Application MR Fluids With
Fluorocarbon Thickener (Combined with DP-316173)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/04/07 | Review of prior art references. Work on patent application. | | |
| | John F. Kane | 5.30 | 1,404.50 |
| 06/05/07 | Review of information relating to invention. Drafting of application with respect to same. | | |
| | John F. Kane | 5.00 | 1,325.00 |
| 06/07/07 | Work on patent application. | | |
| | John F. Kane | 3.50 | 927.50 |
| 06/11/07 | Work on patent application. | | |
| | John F. Kane | 2.00 | 530.00 |
| 06/13/07 | Review of and revision of patent application. Finalizing of application. Prepare correspondence to inventor regarding same. | | |
| | John F. Kane | 1.40 | 371.00 |
| 06/19/07 | Telephone conference with inventor. Review of file and application with respect to same. | | |
| | John F. Kane | 0.30 | 79.50 |
| 06/25/07 | Receipt and review of revised application from inventor. Review of and revision of same. Telephone conference with inventor to finalize application. | | |
| | John F. Kane | 3.70 | 980.50 |
| | Fee for Professional Services | | $5,618.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| John F. Kane | 21.20 | 265.00 | 5,618.00 |

# THOMPSON HINE

Page 17                                                                                                  July 25, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-315532 Patent Application: Pressure Sensor Mount**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/01/07 | Telephone discussion with inventor; prepare application. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| | Fee for Professional Services | | $137.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.50 | 275.00 | 137.50 |

# THOMPSON HINE

Page 18                                                                      July 25, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-315533  Patent Application: Mr Mount Pressure Sensor
Algorithm**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/01/07 | Telephone discussion with inventor; prepare application. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| | Fee for Professional Services | | $137.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.50 | 275.00 | 137.50 |

# THOMPSON HINE

Our File No.  444859
Delphi Technologies, Inc.

July 25, 2007

**DP-316632  Patent:  Enhanced Gas Cup Assembly for Mr Damper**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/14/07 | Draft provisional application. | | |
| | Douglas E. Erickson | 7.30 | 2,007.50 |
| 06/15/07 | Draft provisional application. | | |
| | Douglas E. Erickson | 7.80 | 2,145.00 |
| 06/18/07 | Draft provisional patent application; prepare 3 informal drawings. | | |
| | Douglas E. Erickson | 1.50 | 412.50 |
| 06/19/07 | Prepare provisional patent application; final application including informal drawings emailed to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| | Fee for Professional Services | | $4,702.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 17.10 | 275.00 | 4,702.50 |

# THOMPSON
## HINE

Page 20                                                                 July 25, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-316561 Patent:  Rebound Travel Limiter**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/12/07 | Draft provisional application. | | |
| | Douglas E. Erickson | 8.00 | 2,200.00 |
| 06/13/07 | Draft provisional application. | | |
| | Douglas E. Erickson | 8.50 | 2,337.50 |
| 06/18/07 | Prepare  provisional patent application; final application, including informal drawings, emailed to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 1.30 | 357.50 |
| | Fee for Professional Services | | $4,895.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 17.80 | 275.00 | 4,895.00 |

# THOMPSON HINE

Page 21                                                                                              July 25, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-316493  Patent: Lubricated Piston Ring**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/04/07 | Draft provisional patent application. | | |
| | Douglas E. Erickson | 5.30 | 1,457.50 |
| 06/05/07 | Draft provisional application including creating 12 informal drawings. | | |
| | Douglas E. Erickson | 7.50 | 2,062.50 |
| 06/06/07 | Draft provisional application. | | |
| | Douglas E. Erickson | 4.00 | 1,100.00 |
| | Fee for Professional Services | | $4,620.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 16.80 | 275.00 | 4,620.00 |