# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

August 24, 2007

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention:  David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention:  Robert J. Rosenberg, Esq., as counsel for The
Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention:  John D. Sheehan, V.P. & Chief
Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention:  Valeria Venable, GE Plastics, Americas
Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention:  John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention:  Marissa Wesley, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention:  Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention:  Marlane Melican, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE:   Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine's invoice for the month ending July 31, 2007 is enclosed with this letter.  Also enclosed as part of
the invoice is a detailed summary of the amounts that are due, by category.

Ted.Lienesch@ThompsonHine.com  Phone 937.443.6958  Fax 937.443.6635        mah  428010.13

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

August 24, 2007
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges.  Accordingly, for the month of June, 2007, Thompson Hine is entitled to receive the total sum of $17,266.30, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 07/01/07 – 07/31/07 | $20,543.00 | $ 831.90 | $21,374.90 | $16,434.40 | $ 831.90 | $17,266.30 | $4,108.60 |

Very truly yours,

Theodore D. Lienesch

# THOMPSON
## HINE

August 24, 2007
Page 3

cc:     Scott McBain, Esq.

# THOMPSON HINE

| | SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #) | | | | |
|---|---|---|---|---|---|
| **TH matter #** | **Service dates** | **Invoice No.** | **Professional fees invoiced** | **Expenses invoiced** | **Total invoiced** |
| 00148 | 07/01/07 - 07/31/07 | 2225347 | $1,038.50 | $0.40 | $1,038.90 |
| 00159 | 07/01/07 - 07/31/07 | 2225347 | $1,664.00 | $0.00 | $1,664.00 |
| 00161 | 07/01/07 - 07/31/07 | 2225347 | $1,628.00 | $0.30 | $1,628.30 |
| 00162 | 07/01/07 - 07/31/07 | 2225347 | $1,045.00 | $4.30 | $1,049.30 |
| 00168 | 07/01/07 - 07/31/07 | 2225347 | $1,182.50 | $0.00 | $1,182.50 |
| 00179 | 07/01/07 - 07/31/07 | 2225347 | $2,345.00 | $0.80 | $2,345.80 |
| 00186 | 07/01/07 - 07/31/07 | 2225347 | $197.50 | $0.00 | $197.50 |
| 00204 | 07/01/07 - 07/31/07 | 2225347 | $2,200.00 | $3.10 | $2,203.10 |
| 00211 | 07/01/07 - 07/31/07 | 2225347 | $967.50 | $9.40 | $976.90 |
| 00248 | 07/01/07 - 07/31/07 | 2225347 | $82.50 | $0.00 | $82.50 |
| 00254 | 07/01/07 - 07/31/07 | 2225347 | $210.00 | $125.00 | $335.00 |
| 00256 | 07/01/07 - 07/31/07 | 2225347 | $107.50 | $685.00 | $792.50 |
| 00262 | 07/01/07 - 07/31/07 | 2225347 | $6,545.00 | $0.00 | $6,545.00 |
| 00264 | 07/01/07 - 07/31/07 | 2225347 | $1,182.50 | $3.60 | $1,186.10 |
| 00267 | 07/01/07 - 07/31/07 | 2225347 | $82.50 | $0.00 | $82.50 |
| 490004.03164 | 07/01/07 - 07/31/07 | 2225347 | $65.00 | $0.00 | $65.00 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

August 24, 2007

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref:  Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 7/01/07 - 7/31/07 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $20,543.00 |
| Disbursements and Charges | $    831.90 |
| Total Fees, Disbursements and Charges invoiced | $21,374.90 |

*Amount due upon receipt of attached invoice (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $16,434.40* |
| Disbursements and Charges (100%) | $    831.90 |
| **Total Fees, Disbursements and Charges due** | **$17,266.30** |

\*    The holdback amount (20% of the professional fees billed for this period) of $4,108.60 will be due
upon Court approval of Thompson Hine's Fee Application.

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                mah  492953.1

THOMPSON HINE LLP              2000 Courthouse Plaza, N.E.      www.ThompsonHine.com
ATTORNEYS AT LAW               P.O. Box 8801                    Phone  937.443.6600
                               Dayton, Ohio 45401-8801          Fax  937.443.6635

# THOMPSON HINE

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
BRUSSELS   CLEVELAND   DAYTON   WASHINGTON, D.C.

August 22, 2007

Delphi Technologies, Inc.                    Invoice No. 2225347
Legal Staff-M/C 480-410-202                  Our File No. 444859
P.O. Box 5052
Troy, MI  48007-5052

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 07/31/07:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 20,543.00 |
| Disbursements and Charges | $ | 831.90 |
| Total Fees, Disbursements and Charges | $ | 21,374.90 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 21,374.90 |

# THOMPSON HINE

August 22, 2007
Our File No.  444859
Delphi Technologies, Inc.

Professional services rendered for your account:

## DP-311073 PATENT A NEW FAMILY OF CONTROLLED BRAKE HYDRAULIC SYSTEMS USING BRAKE RESPONSE VALVE (BRV)
OUR FILE NO. 444859.00148

| | |
|---|---:|
| Fees for Services | 1,038.50 |
| Disbursements and Charges | 0.40 |
| TOTAL DUE FOR THIS MATTER | 1,038.90 |

## DP-312186 PATENT: BRAKE-BY-WIRE DYNAMIC MULTI-NETWORK ID CONFIGURATION
OUR FILE NO. 444859.00159

| | |
|---|---:|
| Fees for Services | 1,664.00 |
| TOTAL DUE FOR THIS MATTER | 1,664.00 |

## DP-312309 PATENT:  LOW COST STABILITY CONTROL SYSTEM WITH MECHANICAL COMBINATION VALVES
OUR FILE NO. 444859.00161

| | |
|---|---:|
| Fees for Services | 1,628.00 |
| Disbursements and Charges | 0.30 |
| TOTAL DUE FOR THIS MATTER | 1,628.30 |

## DP-307258 PATENT:  DEFORMATION RESISTANCE WELDING OF SHEET METAL, TUBES, AND SIMILAR SHAPES
OUR FILE NO. 444859.00162

| | |
|---|---:|
| Fees for Services | 1,045.00 |
| Disbursements and Charges | 4.30 |
| TOTAL DUE FOR THIS MATTER | 1,049.30 |

## DP-312734 PATENT:  MAGNERIDE WHEEL HOP CONTROL ALGORITHM
OUR FILE NO. 444859.00168

| | |
|---|---:|
| Fees for Services | 1,182.50 |
| TOTAL DUE FOR THIS MATTER | 1,182.50 |

## DP-313345 Patent:  FAUT-TOLERANT ECU ARCHITECTURE FOR SMART ACTUATORS OF DISTRIBUTED SYSTEMS
OUR FILE NO. 444859.00179

| | |
|---|---:|
| Fees for Services | 2,345.00 |
| Disbursements and Charges | 0.80 |
| TOTAL DUE FOR THIS MATTER | 2,345.80 |

# THOMPSON HINE

Page 3                                                                                          August 22, 2007
Our File No.  444859
Delphi Technologies, Inc.

## DP-313441 Patent:  SYSTEM FOR CONTROLLED CORRUPTION J-1850 AUTOMOTIVE SERIAL COMMUNICATION BUSSES
OUR FILE NO. 444859.00186

| | |
|---|---:|
| Fees for Services | 197.50 |
| TOTAL DUE FOR THIS MATTER | 197.50 |

## DP-314410:  Patent:  FOUR QUADRANT PULSE WIDTH MODULATION CONTROL OF 3 PHASE MOTORS
OUR FILE NO. 444859.00204

| | |
|---|---:|
| Fees for Services | 2,200.00 |
| Disbursements and Charges | 3.10 |
| TOTAL DUE FOR THIS MATTER | 2,203.10 |

## DP-312943: Patent: ELECTRIC CALIPER POSITION CONTROL WITH ADAPTIVE ESTIMATION
OUR FILE NO. 444859.00211

| | |
|---|---:|
| Fees for Services | 967.50 |
| Disbursements and Charges | 9.40 |
| TOTAL DUE FOR THIS MATTER | 976.90 |

## DP-315645: Patent Application: Compact DC Motor
OUR FILE NO. 444859.00248

| | |
|---|---:|
| Fees for Services | 82.50 |
| TOTAL DUE FOR THIS MATTER | 82.50 |

## DP-316005:  Patent:  6.0 mm ABS Pump
OUR FILE NO. 444859.00254

| | |
|---|---:|
| Fees for Services | 210.00 |
| Disbursements and Charges | 125.00 |
| TOTAL DUE FOR THIS MATTER | 335.00 |

## DP-316172 Patent Application: Multi-Disc Hub Assembly With Disc Slide Pins
OUR FILE NO. 444859.00256

| | |
|---|---:|
| Fees for Services | 107.50 |
| Disbursements and Charges | 685.00 |
| TOTAL DUE FOR THIS MATTER | 792.50 |

## DP-316273: Patent: Fail Firm MR Piston
OUR FILE NO. 444859.00262

| | |
|---|---:|
| Fees for Services | 6,545.00 |
| TOTAL DUE FOR THIS MATTER | 6,545.00 |

## DP-306837  Patent: Hydraulic Engine Mount With Center- Clamped Decoupler (USSN 10/092320)
OUR FILE NO. 444859.00264

# THOMPSON HINE

Page 4                                                                    August 22, 2007
Our File No.  444859
Delphi Technologies, Inc.

|  |  |
|---|---:|
| Fees for Services | 1,182.50 |
| Disbursements and Charges | 3.60 |
| TOTAL DUE FOR THIS MATTER | 1,186.10 |

**DP-316493  Patent: Lubricated Piston Ring**
    OUR FILE NO. 444859.00267

|  |  |
|---|---:|
| Fees for Services | 82.50 |
| TOTAL DUE FOR THIS MATTER | 82.50 |

**Hutz, James, et al. v. Stephanie Gray, et al.**
    OUR FILE NO. 490004.03164

|  |  |
|---|---:|
| Fees for Services | 65.00 |
| TOTAL DUE FOR THIS MATTER | 65.00 |

TOTAL DUE FOR THIS INVOICE                     $      21,374.90

# THOMPSON HINE

Page 5
Our File No.  444859
Delphi Technologies, Inc.

August 22, 2007

## DP-311073 PATENT A NEW FAMILY OF CONTROLLED BRAKE HYDRAULIC SYSTEMS USING BRAKE RESPONSE VALVE (BRV)

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/09/07 | Continue drafting Amendment. | | |
| | Steven J. Elleman | 1.30 | 435.50 |
| 07/10/07 | Continue drafting amendment and file with U.S. Patent and Trademark Office. | | |
| | Steven J. Elleman | 1.30 | 435.50 |
| 07/26/07 | Prepare Supplemental Amendment. | | |
| | Steven J. Elleman | 0.50 | 167.50 |
| | Fee for Professional Services | | $1,038.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 3.10 | 335.00 | 1,038.50 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 0.40 |
| | Total Disbursements and Charges | 0.40 |

# THOMPSON HINE

Page 6
Our File No.  444859
Delphi Technologies, Inc.

August 22, 2007

## DP-312186 PATENT: BRAKE-BY-WIRE DYNAMIC MULTI-NETWORK ID CONFIGURATION

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/10/07 | Analysis of Office action; analysis of prior art cited in office action; call examiner for interview. | | |
| | Chris W. Elswick | 1.70 | 374.00 |
| 07/13/07 | Prepare response to final Office action. | | |
| | Chris W. Elswick | 4.70 | 1,034.00 |
| 07/16/07 | Prepare response to Office action. | | |
| | Chris W. Elswick | 0.40 | 88.00 |
| 07/30/07 | Review and docket Interview Summary and Advisory Action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| 07/31/07 | Analysis of advisory action; communication with client regarding response. | | |
| | Chris W. Elswick | 0.40 | 88.00 |
| | Fee for Professional Services | | $1,664.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Chris W. Elswick | 7.20 | 220.00 | 1,584.00 |
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

# THOMPSON
# HINE

Page 7                                                                        August 22, 2007
Our File No.  444859
Delphi Technologies, Inc.

## DP-312309 PATENT:  LOW COST STABILITY CONTROL SYSTEM WITH MECHANICAL COMBINATION VALVES

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/23/07 | Prepare response to Office action. | | |
| | Chris W. Elswick | 1.20 | 264.00 |
| 07/24/07 | Prepare response to final Office action. | | |
| | Chris W. Elswick | 5.60 | 1,232.00 |
| 07/25/07 | Prepare response to final Office action. | | |
| | Chris W. Elswick | 0.60 | 132.00 |
| | Fee for Professional Services | | $1,628.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Chris W. Elswick | 7.40 | 220.00 | 1,628.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 0.30 |
| | Total Disbursements and Charges | 0.30 |

# Thompson Hine

## DP-307258 PATENT: DEFORMATION RESISTANCE WELDING OF SHEET METAL, TUBES, AND SIMILAR SHAPES

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/02/07 | DP-307258; Draft amendment with proposed additions to claims 52 and 53; review requirements for Rule 132 Declaration that 102(e) rejection was not based on a prior art patent "of another"; review requirements for Rule 131 Declaration "swearing behind" 102(e) prior art reference; telephone discussion with lead inventor; email lead inventor with detailed explanation of 5 different possibilities on how to proceed. | | |
| | Douglas E. Erickson | 2.80 | 770.00 |
| 07/12/07 | DP-307258; Meet with Dr. Anthony at Thompson Hine; draft amendment; amendment filed in USPTO. | | |
| | Douglas E. Erickson | 1.00 | 275.00 |
| | Fee for Professional Services | | $1,045.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 3.80 | 275.00 | 1,045.00 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| | Photocopy | 4.30 | |
| | Total Disbursements and Charges | | 4.30 |

# THOMPSON HINE

Page 9                                                                                    August 22, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-312734 PATENT:  MAGNERIDE WHEEL HOP
CONTROL ALGORITHM**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/26/07 | DP-312734; Draft Amendment. | | |
| | Douglas E. Erickson | 4.30 | 1,182.50 |
| | Fee for Professional Services | | $1,182.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 4.30 | 275.00 | 1,182.50 |

# THOMPSON HINE

Page 10
Our File No.  444859
Delphi Technologies, Inc.

August 22, 2007

**DP-313345 Patent:  FAUT-TOLERANT ECU
ARCHITECTURE FOR SMART ACTUATORS OF
DISTRIBUTED SYSTEMS**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/24/07 | Review examination report. | | |
| | Steven J. Elleman | 0.50 | 167.50 |
| 07/25/07 | Regarding European application: review application, claims and prior art. | | |
| | Steven J. Elleman | 2.20 | 737.00 |
| 07/26/07 | Continue analyzing prior art and outline response strategy. | | |
| | Steven J. Elleman | 1.50 | 502.50 |
| 07/30/07 | Telephone conference with Mr. Disser; prepare draft Amendment and Arguments. | | |
| | Steven J. Elleman | 2.00 | 670.00 |
| 07/31/07 | Continue drafting claim amendments and arguments. | | |
| | Steven J. Elleman | 0.80 | 268.00 |
| | Fee for Professional Services | | $2,345.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 7.00 | 335.00 | 2,345.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 0.80 |
| | Total Disbursements and Charges | 0.80 |

# THOMPSON HINE

Page 11
Our File No. 444859
Delphi Technologies, Inc.

August 22, 2007

**DP-313441 Patent: SYSTEM FOR CONTROLLED
CORRUPTION J-1850 AUTOMOTIVE SERIAL
COMMUNICATION BUSSES**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 06/25/07 | Meeting with inventors regarding additional invention disclosure and scope of non-provisional application. | | |
| | Megan D. Dortenzo | 0.50 | 197.50 |
| | Fee for Professional Services | | $197.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Megan D. Dortenzo | 0.50 | 395.00 | 197.50 |

# THOMPSON HINE

Page 12                                                        August 22, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-314410: Patent: FOUR QUADRANT PULSE WIDTH MODULATION CONTROL OF 3 PHASE MOTORS

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/26/07 | DP-314410; Draft Amendment. | | |
| | Douglas E. Erickson | 1.50 | 412.50 |
| 07/27/07 | DP-314410; Draft Amendment. | | |
| | Douglas E. Erickson | 2.00 | 550.00 |
| 07/30/07 | DP-314410; Meeting with inventor at Delphi. | | |
| | Douglas E. Erickson | 1.50 | 412.50 |
| 07/31/07 | DP-314410; Draft Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 3.00 | 825.00 |
| | Fee for Professional Services | | $2,200.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.00 | 275.00 | 2,200.00 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| | Photocopy | 3.10 | |
| | Total Disbursements and Charges | | 3.10 |

THOMPSON
HINE
_____

August 22, 2007
Our File No.  444859
Delphi Technologies, Inc.


**DP-312943: Patent: ELECTRIC CALIPER POSITION
CONTROL WITH ADAPTIVE ESTIMATION**
_____


### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/03/07 | Draft response to Office action; prepare formal drawings. | | |
| | Victor J. Wasylyna | 4.50 | 967.50 |
| | Fee for Professional Services | | $967.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 4.50 | 215.00 | 967.50 |


### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|---|
| | Photocopy | 9.40 | |
| | Total Disbursements and Charges | | 9.40 |

# THOMPSON HINE

Page 14                                                                                          August 22, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-315645: Patent Application: Compact DC Motor**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/31/07 | DP-315645; Review status of application; left message with Ernst Baumgartner concerning status of technical review for the draft patent application emailed to him on May 30th. | | |
| | Douglas E. Erickson | 0.30 | 82.50 |
| | Fee for Professional Services | | $82.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.30 | 275.00 | 82.50 |

# THOMPSON HINE

Page 15
Our File No. 444859
Delphi Technologies, Inc.

August 22, 2007

**DP-316005: Patent: 6.0 mm ABS Pump**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/25/07 | Review revisions by Mr. Waller; complete claims; review formal documents; submit specification, drawings, and formal documents to Ms. Train. | | |
| | David R. Jaglowski | 1.00 | 210.00 |
| | Fee for Professional Services | | $210.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 1.00 | 210.00 | 210.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 07/27/07 | Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting drafting services for unfinished informal patent drawings | 125.00 |
| | Total Disbursements and Charges | 125.00 |

# THOMPSON HINE

Page 16                                                                August 22, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-316172 Patent Application: Multi-Disc Hub Assembly
With Disc Slide Pins**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/10/07 | Review formal drawings; review and report final draft. | | |
| | Victor J. Wasylyna | 0.50 | 107.50 |
| | Fee for Professional Services | | $107.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 0.50 | 215.00 | 107.50 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| 07/19/07 | Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal patent drawings | 685.00 | |
| | Total Disbursements and Charges | | 685.00 |

# Thompson Hine

Page 17                                                                                    August 22, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-316273: Patent: Fail Firm MR Piston**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/20/07 | DP-316273; Draft application. | | |
| | Douglas E. Erickson | 8.00 | 2,200.00 |
| 07/23/07 | DP-316273; Meet with inventor at Delphi; draft patent application. | | |
| | Douglas E. Erickson | 8.00 | 2,200.00 |
| 07/24/07 | DP-316273; Draft patent application including creating 5 drawing figures. | | |
| | Douglas E. Erickson | 6.00 | 1,650.00 |
| 07/25/07 | DP-316273; Draft patent application. | | |
| | Douglas E. Erickson | 1.30 | 357.50 |
| 07/31/07 | DP-316273; Review formal drawings; request correction to formal drawings; review corrected formal drawings; final application and formal drawings emailed to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| | Fee for Professional Services | | $6,545.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 23.80 | 275.00 | 6,545.00 |

# THOMPSON HINE

Page 18                                                                                     August 22, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-306837  Patent: Hydraulic Engine Mount With Center-Clamped Decoupler (USSN 10/092320)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/02/07 | Review Office action and cited art; review decision on appeal. | | |
| | Victor J. Wasylyna | 2.00 | 430.00 |
| 07/03/07 | Draft response to Office action. | | |
| | Victor J. Wasylyna | 3.50 | 752.50 |
| | Fee for Professional Services | | $1,182.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 5.50 | 215.00 | 1,182.50 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| | Photocopy | 3.60 | |
| | Total Disbursements and Charges | | 3.60 |

# THOMPSON HINE

Page 19
Our File No.  444859
Delphi Technologies, Inc.

August 22, 2007

**DP-316493  Patent: Lubricated Piston Ring**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/31/07 | DP-316493; Review status of application; left message with one inventor and had a telephone conversation with the second inventor who said they would get back to me in a few days on the draft application emailed to them on June 6th. | | |
| | Douglas E. Erickson | 0.30 | 82.50 |
| | Fee for Professional Services | | $82.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.30 | 275.00 | 82.50 |

THOMPSON
HINE

Page 20                                                            August 22, 2007
Our File No.  444859
Delphi Technologies, Inc.


**Hutz, James, et al. v. Stephanie Gray, et al.**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 07/18/07 | Telephone conference with P. Tottis regarding request by Plaintiffs for insurance policy number and potential responses. | | |
| | Scott A. King | 0.20 | 65.00 |
| | Fee for Professional Services | | $65.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Scott A. King | 0.20 | 325.00 | 65.00 |