# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

September 25, 2007

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention:  David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention:  Robert J. Rosenberg, Esq., as counsel for The
Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention:  John D. Sheehan, V.P. & Chief
Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention:  Valeria Venable, GE Plastics, Americas
Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention:  John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention:  Marissa Wesley, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention:  Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention:  Marlane Melican, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE:  Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine's invoice for the month ending August 31, 2007 is enclosed with this letter.  Also enclosed as part of the invoice is a detailed summary of the amounts that are due, by category.

Ted.Lienesch@ThompsonHine.com  Phone 937.443.6958  Fax 937.443.6635          mah  428010.14

---

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

September 25, 2007
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges.  Accordingly, for the month of August, 2007, Thompson Hine is entitled to receive the total sum of $36,520.00, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 08/01/07 – 08/31/07 | $41,810.00 | $ 3,072.00 | $44,882.00 | $33,448.00 | $ 3,072.00 | $36,520.00 | $ 8,362.00 |

Very truly yours,

Theodore D. Lienesch

# THOMPSON
## HINE

September 25, 2007
Page 3

cc:    Scott McBain, Esq.

## SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #)

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00105 | 08/01/07 - 08/31/07 | 2230697 | $1,290.00 | $130.00 | $1,420.00 |
| 00152 | 08/01/07 - 08/31/07 | 2230697 | $1,182.50 | $5.60 | $1,188.10 |
| 00154 | 08/01/07 - 08/31/07 | 2230697 | $2,282.50 | $3.70 | $2,286.20 |
| 00159 | 08/01/07 - 08/31/07 | 2230697 | $242.00 | $790.40 | $1,032.40 |
| 00161 | 08/01/07 - 08/31/07 | 2230697 | $278.00 | $0.60 | $278.60 |
| 00168 | 08/01/07 - 08/31/07 | 2230697 | $1,620.00 | $794.80 | $2,414.80 |
| 00179 | 08/01/07 - 08/31/07 | 2230697 | $603.00 | $1.10 | $604.10 |
| 00186 | 08/01/07 - 08/31/07 | 2230697 | $2,416.00 | $0.00 | $2,416.00 |
| 00191 | 08/01/07 - 08/31/07 | 2230697 | $40.50 | $0.00 | $40.50 |
| 00195 | 08/01/07 - 08/31/07 | 2230697 | $27.00 | $1.60 | $28.60 |
| 00199 | 08/01/07 - 08/31/07 | 2230697 | $2,640.00 | $0.00 | $2,640.00 |
| 00201 | 08/01/07 - 08/31/07 | 2230697 | $2,089.50 | $2.50 | $2,092.00 |
| 00208 | 08/01/07 - 08/31/07 | 2230697 | $3,203.50 | $256.00 | $3,459.50 |
| 00242 | 08/01/07 - 08/31/07 | 2230697 | $4,158.00 | $0.00 | $4,158.00 |
| 00245 | 08/01/07 - 08/31/07 | 2230697 | $3,213.00 | $0.00 | $3,213.00 |
| 00248 | 08/01/07 - 08/31/07 | 2230697 | $632.50 | $135.00 | $767.50 |
| 00251 | 08/01/07 - 08/31/07 | 2230697 | $1,075.00 | $0.00 | $1,075.00 |
| 00258 | 08/01/07 - 08/31/07 | 2230697 | $2,268.00 | $3.20 | $2,271.20 |
| 00261 | 08/01/07 - 08/31/07 | 2230697 | $4,192.50 | $2.10 | $4,194.60 |
| 00262 | 08/01/07 - 08/31/07 | 2230697 | $275.00 | $285.00 | $560.00 |
| 00263 | 08/01/07 - 08/31/07 | 2230697 | $4,407.50 | $250.00 | $4,657.50 |
| 00268 | 08/01/07 - 08/31/07 | 2230697 | $1,526.50 | $407.10 | $1,933.60 |
| 00269 | 08/01/07 - 08/31/07 | 2230697 | $1,952.50 | $3.30 | $1,955.80 |
| 490004.03164 | 08/01/07 - 08/31/07 | 2230697 | $195.00 | $0.00 | $195.00 |
| | **Total Amount Invoiced** | | **$41,810.00** | **$3,072.00** | **$44,882.00** |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

September 25, 2007

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref:  Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 8/01/07 - 8/31/07 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $41,810.00 |
| Disbursements and Charges | $ 3,072.00 |
| Total Fees, Disbursements and Charges invoiced | $44,882.00 |

*Amount due upon receipt of attached invoice (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $33,448.00* |
| Disbursements and Charges (100%) | $ 3,072.00 |
| **Total Fees, Disbursements and Charges due** | **$36,520.00** |

\*    The holdback amount (20% of the professional fees billed for this period) of $8,362.00 will be due upon Court approval of Thompson Hine's Fee Application.

---

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635          mah  492953.1

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.          www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                        Phone  937.443.6600
                           Dayton, Ohio 45401-8801              Fax  937.443.6635



# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

September 17, 2007

Delphi Technologies, Inc.                     Invoice No. 2230697
Legal Staff-M/C 480-410-202                   Our File No. 444859
P.O. Box 5052
Troy, MI  48007-5052

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 08/31/07:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 41,810.00 |
| Disbursements and Charges | $ | 3,072.00 |
| Total Fees, Disbursements and Charges | $ | 44,882.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 44,882.00 |

# THOMPSON HINE

Page 2                                                                                    September 17, 2007
Our File No. 444859
Delphi Technologies, Inc.

Professional services rendered for your account:

**DP-304939 Patent: Disc Brake Rotor**
    OUR FILE NO. 444859.00105

| | | |
|---|---|---:|
| | Fees for Services | 1,290.00 |
| | Disbursements and Charges | 130.00 |
| | TOTAL DUE FOR THIS MATTER | 1,420.00 |

**DP-311958 PATENT:  PRESSURE LOCKING MASTER CYLINDER ASSEMBLY**
    OUR FILE NO. 444859.00152

| | | |
|---|---|---:|
| | Fees for Services | 1,182.50 |
| | Disbursements and Charges | 5.60 |
| | TOTAL DUE FOR THIS MATTER | 1,188.10 |

**DP-311939 PATENT:  MAGNETORHEOLOGICAL POWERTRAIN MOUNT SYSTEM**
    OUR FILE NO. 444859.00154

| | | |
|---|---|---:|
| | Fees for Services | 2,282.50 |
| | Disbursements and Charges | 3.70 |
| | TOTAL DUE FOR THIS MATTER | 2,286.20 |

**DP-312186 PATENT: BRAKE-BY-WIRE DYNAMIC MULTI-NETWORK ID
CONFIGURATION**
    OUR FILE NO. 444859.00159

| | | |
|---|---|---:|
| | Fees for Services | 242.00 |
| | Disbursements and Charges | 790.40 |
| | TOTAL DUE FOR THIS MATTER | 1,032.40 |

**DP-312309 PATENT:  LOW COST STABILITY CONTROL SYSTEM WITH MECHANICAL
COMBINATION VALVES**
    OUR FILE NO. 444859.00161

| | | |
|---|---|---:|
| | Fees for Services | 278.00 |
| | Disbursements and Charges | 0.60 |
| | TOTAL DUE FOR THIS MATTER | 278.60 |

**DP-312734 PATENT:  MAGNERIDE WHEEL HOP CONTROL ALGORITHM**
    OUR FILE NO. 444859.00168

| | | |
|---|---|---:|
| | Fees for Services | 1,620.00 |
| | Disbursements and Charges | 794.80 |
| | TOTAL DUE FOR THIS MATTER | 2,414.80 |

**DP-313345 Patent:  FAUT-TOLERANT ECU ARCHITECTURE FOR SMART ACTUATORS OF**

# THOMPSON HINE

Page 3                                                        September 17, 2007
Our File No. 444859
Delphi Technologies, Inc.

### DISTRIBUTED SYSTEMS
OUR FILE NO. 444859.00179

| | |
|---|---:|
| Fees for Services | 603.00 |
| Disbursements and Charges | 1.10 |
| TOTAL DUE FOR THIS MATTER | 604.10 |

### DP-313441 Patent: SYSTEM FOR CONTROLLED CORRUPTION J-1850 AUTOMOTIVE SERIAL COMMUNICATION BUSSES
OUR FILE NO. 444859.00186

| | |
|---|---:|
| Fees for Services | 2,416.00 |
| TOTAL DUE FOR THIS MATTER | 2,416.00 |

### DP-313406 TECHNIQUE TO IMPROVE ELECTRONIC COMMUNICATION OF A PWM CONTROLLED ELECTRONIC MOTOR
OUR FILE NO. 444859.00191

| | |
|---|---:|
| Fees for Services | 40.50 |
| TOTAL DUE FOR THIS MATTER | 40.50 |

### DP-312365 ELECTRODES FOR THE DRW PROCESS
OUR FILE NO. 444859.00195

| | |
|---|---:|
| Fees for Services | 27.00 |
| Disbursements and Charges | 1.60 |
| TOTAL DUE FOR THIS MATTER | 28.60 |

### DP-313613 Patent TORQUE/FORCE OBSERVER FOR ELECTROMECHANICAL/ELECTROHYDRAULIC ACTUATION
OUR FILE NO. 444859.00199

| | |
|---|---:|
| Fees for Services | 2,640.00 |
| TOTAL DUE FOR THIS MATTER | 2,640.00 |

### DP-314045: Patent MR MOUNT INTERNAL COIL
OUR FILE NO. 444859.00201

| | |
|---|---:|
| Fees for Services | 2,089.50 |
| Disbursements and Charges | 2.50 |
| TOTAL DUE FOR THIS MATTER | 2,092.00 |

### Delphi Bankruptcy Matters
OUR FILE NO. 444859.00208

| | |
|---|---:|
| Fees for Services | 3,203.50 |
| Disbursements and Charges | 256.00 |
| TOTAL DUE FOR THIS MATTER | 3,459.50 |

**DP-315651 combined with DP-315652: Patent: Using Lateral Forces From Estimation of Tire Lateral Forces and Vehicle Parameters Tire Sensors/Using Vertical Forces from...**

# THOMPSON HINE

Page 4                                                        September 17, 2007
Our File No. 444859
Delphi Technologies, Inc.


OUR FILE NO. 444859.00242

| | |
|---|---|
| Fees for Services | 4,158.00 |
| TOTAL DUE FOR THIS MATTER | 4,158.00 |

## DP-315793: Patent:  Single Channel Hydraulic Control Unit
OUR FILE NO. 444859.00245

| | |
|---|---|
| Fees for Services | 3,213.00 |
| TOTAL DUE FOR THIS MATTER | 3,213.00 |

## DP-315645: Patent Application: Compact DC Motor
OUR FILE NO. 444859.00248

| | |
|---|---|
| Fees for Services | 632.50 |
| Disbursements and Charges | 135.00 |
| TOTAL DUE FOR THIS MATTER | 767.50 |

## DP-315897:  Patent:  Fault-tolerant E/E Architecture for Brake Pedal Emulator
OUR FILE NO. 444859.00251

| | |
|---|---|
| Fees for Services | 1,075.00 |
| TOTAL DUE FOR THIS MATTER | 1,075.00 |

## DP-312978 (USSN 11/249,709)  Patent Application: Brake Pad
OUR FILE NO. 444859.00258

| | |
|---|---|
| Fees for Services | 2,268.00 |
| Disbursements and Charges | 3.20 |
| TOTAL DUE FOR THIS MATTER | 2,271.20 |

## DP-315070: Patent: Apparatus and Method to Prevent Vehicle Rollover During A Crash Event
OUR FILE NO. 444859.00261

| | |
|---|---|
| Fees for Services | 4,192.50 |
| Disbursements and Charges | 2.10 |
| TOTAL DUE FOR THIS MATTER | 4,194.60 |

## DP-316273: Patent: Fail Firm MR Piston
OUR FILE NO. 444859.00262

| | |
|---|---|
| Fees for Services | 275.00 |
| Disbursements and Charges | 285.00 |
| TOTAL DUE FOR THIS MATTER | 560.00 |

## DP-316285: Patent: Bi-State Solenoid With Integral Rebound Cut-Off (hydraulic lock)
OUR FILE NO. 444859.00263

| | |
|---|---|
| Fees for Services | 4,407.50 |
| Disbursements and Charges | 250.00 |
| TOTAL DUE FOR THIS MATTER | 4,657.50 |

# THOMPSON
# HINE

Page 5                                                              September 17, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-314441 Patent: Brake Booster with Deformationally Sealed Passage and Method of Manufacture**
 OUR FILE NO. 444859.00268

| | |
|---|---:|
| Fees for Services | 1,526.50 |
| Disbursements and Charges | 407.10 |
| TOTAL DUE FOR THIS MATTER | 1,933.60 |

**DP-310639  Patent: Robust Detection of Strain with Temperature Correction**
 OUR FILE NO. 444859.00269

| | |
|---|---:|
| Fees for Services | 1,952.50 |
| Disbursements and Charges | 3.30 |
| TOTAL DUE FOR THIS MATTER | 1,955.80 |

**Hutz, James, et al. v. Stephanie Gray, et al.**
 OUR FILE NO. 490004.03164

| | |
|---|---:|
| Fees for Services | 195.00 |
| TOTAL DUE FOR THIS MATTER | 195.00 |

|  |  |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | $    44,882.00 |

# THOMPSON HINE

Page 6
Our File No. 444859
Delphi Technologies, Inc.

September 17, 2007

**DP-304939 Patent: Disc Brake Rotor**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/21/07 | Review Office action and cited art. | | |
| | Victor J. Wasylyna | 1.50 | 322.50 |
| 08/22/07 | Draft response to Office action; draft terminal disclaimer. | | |
| | Victor J. Wasylyna | 4.00 | 860.00 |
| 08/28/07 | Revise and file response to Office action. | | |
| | Victor J. Wasylyna | 0.50 | 107.50 |
| | Fee for Professional Services | | $1,290.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 6.00 | 215.00 | 1,290.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Filing Fees - Payee: U.S. Patent and Trademark Office - Filing fee for Terminal Disclaimer (DP-304939) | 130.00 |
| Total Disbursements and Charges | 130.00 |

# THOMPSON HINE

Page 7                                                                                    September 17, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-311958 PATENT:   PRESSURE LOCKING MASTER CYLINDER ASSEMBLY

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 08/08/07 | Review Office action and cited art; draft response to Office action. | | |
| | Victor J. Wasylyna | 5.50 | 1,182.50 |
| | Fee for Professional Services | | $1,182.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Victor J. Wasylyna | 5.50 | 215.00 | 1,182.50 |

### Disbursements and Charges

| Description | Amount | |
|---|---|---|
| Photocopy | 5.60 | |
| Total Disbursements and Charges | | 5.60 |

# THOMPSON HINE

Page 8                                                                September 17, 2007
Our File No.  444859
Delphi Technologies, Inc.

## DP-311939 PATENT:  MAGNETORHEOLOGICAL POWERTRAIN MOUNT SYSTEM

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/07/07 | DP-311939; Draft Amendment. | | |
| | Douglas E. Erickson | 3.50 | 962.50 |
| 08/08/07 | DP-311939; Draft Amendment; drafting Rule 132 Declaration. | | |
| | Douglas E. Erickson | 3.00 | 825.00 |
| 08/29/07 | DP-311939; Email another reminder to the inventor to complete his Rule 132 Declaration. | | |
| | Douglas E. Erickson | 0.30 | 82.50 |
| 08/30/07 | DP-311939; Review Rule 132 Declaration from Mr. Barta; email suggested clarifications for the Declaration to Mr. Barta; revise Amendment to conform to revised Declaration; final Amendment and Declaration filed in USPTO. | | |
| | Douglas E. Erickson | 1.50 | 412.50 |
| | Fee for Professional Services | | $2,282.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.30 | 275.00 | 2,282.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 3.70 |
| Total Disbursements and Charges | 3.70 |

# THOMPSON HINE

September 17, 2007
Our File No.  444859
Delphi Technologies, Inc.


## DP-312186 PATENT: BRAKE-BY-WIRE DYNAMIC MULTI-NETWORK ID CONFIGURATION

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/08/07 | Prepare interview summary; teleconference with examiner. | | |
| | Chris W. Elswick | 0.80 | 176.00 |
| 08/10/07 | Prepare RCE and interview summary. | | |
| | Chris W. Elswick | 0.30 | 66.00 |
| | Fee for Professional Services | | $242.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Chris W. Elswick | 1.10 | 220.00 | 242.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Filing Fees - Payee: U.S. Patent & Trademark Office - Fee for Filing Request for Continued Examination (RCE) for USSN 11/087,823 | 790.00 |
| Photocopy | 0.40 |
| Total Disbursements and Charges | 790.40 |

# THOMPSON HINE

Our File No.  444859
Delphi Technologies, Inc.

September 17, 2007

## DP-312309 PATENT:  LOW COST STABILITY CONTROL SYSTEM WITH MECHANICAL COMBINATION VALVES

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/15/07 | DP-312309 - Review and docket Advisory Action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| 08/17/07 | Analysis of advisory action; analysis of prior art. | | |
| | Chris W. Elswick | 0.70 | 154.00 |
| 08/28/07 | Prepare request for continued examination; file same. | | |
| | Chris W. Elswick | 0.20 | 44.00 |
| | Fee for Professional Services | | $278.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Chris W. Elswick | 0.90 | 220.00 | 198.00 |
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 0.60 |
| Total Disbursements and Charges | 0.60 |

# Thompson Hine

September 17, 2007

## DP-312734 PATENT:  MAGNERIDE WHEEL HOP
## CONTROL ALGORITHM

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/01/07 | DP-312734; Meet with inventor at Delphi concerning Rule 132 Declaration. | | |
| | Douglas E. Erickson | 1.80 | 495.00 |
| 08/02/07 | DP-312734; Prepare amendment; final amendment and Rule 132 Declaration filed in USPTO. | | |
| | Douglas E. Erickson | 2.00 | 550.00 |
| 08/21/07 | DP-312734 - Review and docket Advisory Action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| 08/23/07 | DP-312734; Review Advisory Action; left message with Mr. McBain. | | |
| | Douglas E. Erickson | 0.80 | 220.00 |
| 08/29/07 | DP-312734; Review file; sent email and voice message to Mr. McBain on suggested response to Advisory Action; telephone call with Ms. Train on this matter, which has a 9/4 three-month deadline. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| 08/30/07 | DP-312734; Prepare RCE; final RCE filed in USPTO. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| | Fee for Professional Services | | $1,620.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 5.60 | 275.00 | 1,540.00 |
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

# THOMPSON HINE

Page 12                                                         September 17, 2007
Our File No.  444859
Delphi Technologies, Inc.

### Disbursements and Charges

| Description | Amount | |
|---|---|---|
| Filing Fees - Payee: U.S. Patent and Trademark Office - Filing fee for RCE | 790.00 | |
| Photocopy | 4.80 | |
| Total Disbursements and Charges | | 794.80 |

# THOMPSON HINE

Page 13                                                         September 17, 2007
Our File No.  444859
Delphi Technologies, Inc.

## DP-313345 Patent:  FAUT-TOLERANT ECU ARCHITECTURE FOR SMART ACTUATORS OF DISTRIBUTED SYSTEMS

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/01/07 | Continue drafting amendment and arguments. | | |
| | Steven J. Elleman | 0.50 | 167.50 |
| 08/02/07 | Continue drafting amendment; send for inventor review. | | |
| | Steven J. Elleman | 0.50 | 167.50 |
| 08/07/07 | Continue drafting Response and send to Mr. McBain. | | |
| | Steven J. Elleman | 0.80 | 268.00 |
| | Fee for Professional Services | | $603.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 1.80 | 335.00 | 603.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 1.10 |
| Total Disbursements and Charges | 1.10 |

# THOMPSON HINE

Page 14
Our File No. 444859
Delphi Technologies, Inc.

September 17, 2007

**DP-313441 Patent:  SYSTEM FOR CONTROLLED CORRUPTION J-1850 AUTOMOTIVE SERIAL COMMUNICATION BUSSES**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/08/07 | Review of materials in preparation for drafting non-provisional patent application for Autonomous Field Programming. | | |
| | Joanne E. Clifford | 0.20 | 47.00 |
| 08/13/07 | Analyze methodologies for autonomous field programming and prepare method claims. | | |
| | Joanne E. Clifford | 4.20 | 987.00 |
| 08/14/07 | Prepare dependent claims for autonomous field programming. | | |
| | Joanne E. Clifford | 0.50 | 117.50 |
| 08/15/07 | Prepare method claims directed to autonomous field reprogramming. | | |
| | Joanne E. Clifford | 1.70 | 399.50 |
| 08/15/07 | Meet with Ms. Clifford regarding technology, scope of claims and draft application. | | |
| | Megan D. Dortenzo | 1.00 | 395.00 |
| 08/16/07 | Analysis and drafting of dependent claims for autonomous field reprogramming. | | |
| | Joanne E. Clifford | 2.00 | 470.00 |
| | Fee for Professional Services | | $2,416.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Megan D. Dortenzo | 1.00 | 395.00 | 395.00 |
| Joanne E. Clifford | 8.60 | 235.00 | 2,021.00 |

# THOMPSON HINE

Page 15
Our File No.  444859
Delphi Technologies, Inc.

September 17, 2007

## DP-313406 TECHNIQUE TO IMPROVE ELECTRONIC COMMUNICATION OF A PWM CONTROLLED ELECTRONIC MOTOR

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/13/07 | US 11/212,952. Review Official Action issued 7/26/2007 and docket applicable data. | | |
| | Ann M. Ison | 0.30 | 40.50 |
| | Fee for Professional Services | | $40.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Ann M. Ison | 0.30 | 135.00 | 40.50 |

# THOMPSON HINE

Page 16                                                    September 17, 2007
Our File No.  444859
Delphi Technologies, Inc.

## DP-312365 ELECTRODES FOR THE DRW PROCESS

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/13/07 | US 11/169,331. Review Official Action issued 8/03/2007 and docket applicable data. | | |
| | Ann M. Ison | 0.20 | 27.00 |
| | Fee for Professional Services | | $27.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Ann M. Ison | 0.20 | 135.00 | 27.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 1.60 |
| Total Disbursements and Charges | 1.60 |

# THOMPSON HINE

Page 17
Our File No. 444859
Delphi Technologies, Inc.

September 17, 2007

**DP-313613 Patent TORQUE/FORCE OBSERVER FOR ELECTROMECHANICAL/ELECTROHYDRAULIC ACTUATION**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/15/07 | DP-313613; Draft Amendment. | | |
| | Douglas E. Erickson | 5.00 | 1,375.00 |
| 08/16/07 | DP-313613; Draft Amendment. | | |
| | Douglas E. Erickson | 0.80 | 220.00 |
| 08/20/07 | DP-313613; Telephone discussion with U.S. inventor; draft Amendment. Draft Amendment; sent lengthy email to U.S. inventor concerning possible Rule 132 Declaration by French inventor, the U.S. Examiner's rejection based on a French language EP patent document and on the EP's examination of our EP counterpart application to our U.S. application, wherein Examiner admits the computer translation of the French language patent document is unclear. | | |
| | Douglas E. Erickson | 2.80 | 770.00 |
| 08/29/07 | DP-313613; Reviewed email from US co-inventor; sent email to Mr. McBain updating him on the issues including a prior French publication of our French co-inventor being used to reject our US and EP application claims and including possibility of doing Rule 132 and Rule 131 Declarations. | | |
| | Douglas E. Erickson | 1.00 | 275.00 |
| | Fee for Professional Services | | $2,640.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 9.60 | 275.00 | 2,640.00 |

# THOMPSON HINE

Our File No.  444859
Delphi Technologies, Inc.

September 17, 2007

## DP-314045: Patent MR MOUNT INTERNAL COIL

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/13/07 | US 11/319,109. Review Final Office action dated 8/01/07 and docket applicable data. | | |
| | Ann M. Ison | 0.20 | 27.00 |
| 08/22/07 | DP-314045; Draft Amendment. | | |
| | Douglas E. Erickson | 7.00 | 1,925.00 |
| 08/23/07 | DP-314045; Draft Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| | Fee for Professional Services | | $2,089.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 7.50 | 275.00 | 2,062.50 |
| Ann M. Ison | 0.20 | 135.00 | 27.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 2.50 |
| Total Disbursements and Charges | 2.50 |

# THOMPSON
## HINE

Page 19                                                                     September 17, 2007
Our File No.  444859
Delphi Technologies, Inc.


**Delphi Bankruptcy Matters**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/06/07 | Prepare Fifth Fee/ Expense Application. | | |
| | Lawrence T. Burick | 3.80 | 1,330.00 |
| 08/10/07 | Receipt and review correspondence from Legal Cost Control. | | |
| | Theodore D. Lienesch | 0.50 | 197.50 |
| 08/13/07 | Finalize fee application. | | |
| | Lawrence T. Burick | 0.50 | 175.00 |
| 08/13/07 | Receipt and review correspondence from Legal Cost Control; prepare Fifth Fee Statement. | | |
| | Theodore D. Lienesch | 3.50 | 1,382.50 |
| 08/23/07 | Correspondence regarding June fee statement. | | |
| | Theodore D. Lienesch | 0.30 | 118.50 |
| | Fee for Professional Services | | $3,203.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Lawrence T. Burick | 4.30 | 350.00 | 1,505.00 |
| Theodore D. Lienesch | 4.30 | 395.00 | 1,698.50 |


### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 217.10 |
| Facsimile Charges | 38.90 |
| Total Disbursements and Charges | 256.00 |

# THOMPSON HINE

September 17, 2007

**DP-315651 combined with DP-315652: Patent: Using Lateral Forces From Estimation of Tire Lateral Forces and Vehicle Parameters Tire Sensors/Using Vertical Forces from...**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/01/07 | Revise patent specification regarding -652 method of parameter estimation. | | |
| | David R. Jaglowski | 4.40 | 924.00 |
| 08/02/07 | Revise patent specification regarding -652 method of parameter estimation. | | |
| | David R. Jaglowski | 4.20 | 882.00 |
| 08/03/07 | Revise patent specification regarding joint method of tire force estimation. | | |
| | David R. Jaglowski | 3.70 | 777.00 |
| 08/06/07 | Revise patent specification regarding joint method of tire force estimation. | | |
| | David R. Jaglowski | 7.50 | 1,575.00 |
| | Fee for Professional Services | | $4,158.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 19.80 | 210.00 | 4,158.00 |

# THOMPSON HINE

Page 21                                                                 September 17, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-315793: Patent:  Single Channel Hydraulic Control
Unit**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/27/07 | Draft application specification. | | |
| | David R. Jaglowski | 8.00 | 1,680.00 |
| 08/28/07 | Draft application specification and claims. | | |
| | David R. Jaglowski | 7.30 | 1,533.00 |
| | Fee for Professional Services | | $3,213.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 15.30 | 210.00 | 3,213.00 |

THOMPSON
HINE

Page 22                                                                    September 17, 2007
Our File No.  444859
Delphi Technologies, Inc.


**DP-315645: Patent Application: Compact DC Motor**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/07/07 | DP-315645; Draft patent application; request formal drawings. | | |
| | Douglas E. Erickson | 0.80 | 220.00 |
| 08/09/07 | DP-315645; Prepare patent application and suggested IDS list; final patent application, formal drawings and suggested IDS list emailed to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 1.50 | 412.50 |
| | Fee for Professional Services | | $632.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 2.30 | 275.00 | 632.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Certified Document - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal patent drawings | 135.00 |
| Total Disbursements and Charges | 135.00 |

THOMPSON
HINE

Page 23                                                                September 17, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-315897:  Patent:  Fault-tolerant E/E Architecture for
Brake Pedal Emulator**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/20/07 | Revise patent application. | | |
| | Victor J. Wasylyna | 5.00 | 1,075.00 |
| | Fee for Professional Services | | $1,075.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 5.00 | 215.00 | 1,075.00 |

# THOMPSON HINE

Page 24                                             September 17, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-312978 (USSN 11/249,709)  Patent Application: Brake Pad**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/21/07 | Review Office action and asserted prior art. | | |
| | David R. Jaglowski | 2.80 | 588.00 |
| 08/22/07 | Review specification for support for claim amendments; draft response to Office action. | | |
| | David R. Jaglowski | 8.00 | 1,680.00 |
| | Fee for Professional Services | | $2,268.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 10.80 | 210.00 | 2,268.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 3.20 |
| Total Disbursements and Charges | 3.20 |

# THOMPSON HINE

Page 25
Our File No. 444859
Delphi Technologies, Inc.

September 17, 2007

**DP-315070: Patent: Apparatus and Method to Prevent
Vehicle Rollover During A Crash Event**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/07/07 | Review record of invention. | | |
| | Victor J. Wasylyna | 1.00 | 215.00 |
| 08/08/07 | Review record of invention; draft patent application. | | |
| | Victor J. Wasylyna | 2.00 | 430.00 |
| 08/10/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 3.00 | 645.00 |
| 08/13/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 8.00 | 1,720.00 |
| 08/14/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 3.50 | 752.50 |
| 08/16/07 | Telephone conference with Mr. Patterson; revise application. | | |
| | Victor J. Wasylyna | 1.50 | 322.50 |
| 08/17/07 | Revise application. | | |
| | Victor J. Wasylyna | 0.50 | 107.50 |
| | Fee for Professional Services | | $4,192.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 19.50 | 215.00 | 4,192.50 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Telephone | 2.10 |

# Thompson Hine

Page 26                                                                September 17, 2007
Our File No.  444859
Delphi Technologies, Inc.


Total Disbursements and Charges                    2.10

# THOMPSON HINE

September 17, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-316273: Patent: Fail Firm MR Piston**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/01/07 | DP-316273; Prepare international patent application as requested by Delphi; email international patent application and international formal drawings to Delphi for Delphi to file where desired.. | | |
| | Douglas E. Erickson | 1.00 | 275.00 |
| | Fee for Professional Services | | $275.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 1.00 | 275.00 | 275.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Certified Document - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent Drawings inv# 9037  8/6/07 | 285.00 |
| Total Disbursements and Charges | 285.00 |

# THOMPSON HINE

Page 28                                                                    September 17, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-316285: Patent: Bi-State Solenoid With Integral
Rebound Cut-Off (hydraulic lock)**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/09/07 | Review record of invention. | | |
| | Victor J. Wasylyna | 1.50 | 322.50 |
| 08/14/07 | Review record of invention; draft patent application. | | |
| | Victor J. Wasylyna | 1.50 | 322.50 |
| 08/15/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 8.00 | 1,720.00 |
| 08/16/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 7.00 | 1,505.00 |
| 08/17/07 | Revise application. | | |
| | Victor J. Wasylyna | 2.50 | 537.50 |
| | Fee for Professional Services | | $4,407.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 20.50 | 215.00 | 4,407.50 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Certified Document - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent drawings | 250.00 |
| Total Disbursements and Charges | 250.00 |

# THOMPSON HINE

Page 29                                                                              September 17, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-314441 Patent: Brake Booster with Deformationally
Sealed Passage and Method of Manufacture**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/03/07 | Review Office action and cited art; telephone conference with Mr. Pauls, draft response to Office action. | | |
| | Victor J. Wasylyna | 1.50 | 322.50 |
| 08/06/07 | Review Office action and cited art; draft response to Office action. | | |
| | Victor J. Wasylyna | 2.50 | 537.50 |
| 08/07/07 | Draft response to Office action. | | |
| | Victor J. Wasylyna | 2.30 | 494.50 |
| 08/20/07 | Review formal drawing; review final draft. | | |
| | Victor J. Wasylyna | 0.80 | 172.00 |
| | Fee for Professional Services | | $1,526.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 7.10 | 215.00 | 1,526.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Filing Fees - Payee: U.S. Patent and Trademark Office - fee for two additional independent claims added to application by Amendment (Application No. 11/257,691) | 400.00 |
| Photocopy | 7.10 |
| Total Disbursements and Charges | 407.10 |

# THOMPSON HINE

Page 30
Our File No.  444859
Delphi Technologies, Inc.

September 17, 2007

**DP-310639  Patent: Robust Detection of Strain with Temperature Correction**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/09/07 | DP-310639; Review patent application for first time; draft amendment. | | |
| | Douglas E. Erickson | 2.80 | 770.00 |
| 08/13/07 | DP-310639; Draft Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 4.30 | 1,182.50 |
| | Fee for Professional Services | | $1,952.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 7.10 | 275.00 | 1,952.50 |

## Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Photocopy | 3.30 | |
| Total Disbursements and Charges | | 3.30 |

# THOMPSON HINE

Page 31
Our File No. 444859
Delphi Technologies, Inc.

September 17, 2007

**Hutz, James, et al. v. Stephanie Gray, et al.**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 08/14/07 | Review correspondence from Attorney Pfau; correspondence with P. Tottis regarding letter from Pfau. | | |
| | Scott A. King | 0.20 | 65.00 |
| 08/20/07 | Telephone conference and correspondence with P. Tottis regarding contacts by Attorney Pfau and S. Gray. | | |
| | Scott A. King | 0.30 | 97.50 |
| 08/28/07 | Review file; correspondence with P. Tottis regarding contacts with insurance department. | | |
| | Scott A. King | 0.10 | 32.50 |
| | Fee for Professional Services | | $195.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Scott A. King | 0.60 | 325.00 | 195.00 |