# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK

BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

October 19, 2007

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention: Robert J. Rosenberg, Esq., as counsel for The
Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: John D. Sheehan, V.P. & Chief
Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention: Valeria Venable, GE Plastics, Americas
Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention: John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention: Marissa Wesley, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention: Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention: Marlane Melican, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE:   Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine's invoice for the month ending September 30, 2007 is enclosed with this letter. Also enclosed as
part of the invoice is a detailed summary of the amounts that are due, by category.

Ted.Lienesch@ThompsonHine.com  Phone 937.443.6958  Fax 937.443.6635

mah  428010.15

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

# THOMPSON HINE

October 19, 2007
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges.  Accordingly, for the month of September, 2007, Thompson Hine is entitled to receive the total sum of $16,612.52, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 09/01/07 – 09/30/07 | $19,261.75 | $ 1,203.12 | $20,464.87 | $15,409.40 | $ 1,203.12 | $16,612.52 | $ 3,852.35 |

Very truly yours,

Theodore D. Lienesch

# THOMPSON
## HINE

October 19, 2007
Page 3

cc:      Scott McBain, Esq.

## SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #)

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00105 | 09/01/07 - 09/30/07 | 2234414 | $322.50 | $0.00 | $322.50 |
| 00160 | 09/01/07 - 09/30/07 | 2234414 | $2,282.50 | $2.90 | $2,285.40 |
| 00161 | 09/01/07 - 09/30/07 | 2234414 | $0.00 | $791.30 | $791.30 |
| 00186 | 09/01/07 - 09/30/07 | 2234414 | $4,662.50 | $0.00 | $4,662.50 |
| 00191 | 09/01/07 - 09/30/07 | 2234414 | $1,335.50 | $0.00 | $1,335.50 |
| 00199 | 09/01/07 - 09/30/07 | 2234414 | $2,433.75 | $198.60 | $2,632.35 |
| 00200 | 09/01/07 - 09/30/07 | 2234414 | $1,075.00 | $5.60 | $1,080.60 |
| 00207 | 09/01/07 - 09/30/07 | 2234414 | $1,182.50 | $3.90 | $1,186.40 |
| 00208 | 09/01/07 - 09/30/07 | 2234414 | $513.50 | $200.82 | $714.32 |
| 00240 | 09/01/07 - 09/30/07 | 2234414 | $632.50 | $0.00 | $632.50 |
| 00245 | 09/01/07 - 09/30/07 | 2234414 | $2,352.00 | $0.00 | $2,352.00 |
| 00258 | 09/01/07 - 09/30/07 | 2234414 | $105.00 | $0.00 | $105.00 |
| 00270 | 09/01/07 - 09/30/07 | 2234414 | $632.50 | $0.00 | $632.50 |
| 00271 | 09/01/07 - 09/30/07 | 2234414 | $1,569.50 | $0.00 | $1,569.50 |
| 490004.03164 | 09/01/07 - 09/30/07 | 2234414 | $162.50 | $0.00 | $162.50 |
| **Total Amount Invoiced** | | | **$19,261.75** | **$1,203.12** | **$20,464.87** |

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

October 19, 2007

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref:  Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 9/01/07 - 9/30/07 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $19,261.75 |
| Disbursements and Charges | $ 1,203.12 |
| Total Fees, Disbursements and Charges invoiced | $20,464.87 |

*Amount due upon receipt of attached invoice (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $15,409.40* |
| Disbursements and Charges (100%) | $ 1,203.12 |
| **Total Fees, Disbursements and Charges due** | **$16,612.52** |

\*   The holdback amount (20% of the professional fees billed for this period) of $3,852.35 will be due
upon Court approval of Thompson Hine's Fee Application.

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                    mah  500111.1

THOMPSON HINE LLP                2000 Courthouse Plaza, N.E.        www.ThompsonHine.com
ATTORNEYS AT LAW                 P.O. Box 8801                      Phone  937.443.6600
                                 Dayton, Ohio 45401-8801            Fax  937.443.6635

# THOMPSON HINE

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK

BRUSSELS     CLEVELAND     DAYTON     WASHINGTON, D.C.

October 18, 2007

Delphi Technologies, Inc.           Invoice No. 2234414
Legal Staff-M/C 480-410-202      Our File No. 444859
P.O. Box 5052
Troy, MI  48007-5052

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 09/30/07:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 19,261.75 |
| Disbursements and Charges | $ | 1,203.12 |
| Total Fees, Disbursements and Charges | $ | 20,464.87 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 20,464.87 |

---

THOMPSON HINE LLP      2000 Courthouse Plaza, N.E.      www.ThompsonHine.com
ATTORNEYS AT LAW      P.O. Box 8801      Phone  937.443.6600
                   Dayton, Ohio 45401-8801      Fax  937.443.6635

# THOMPSON HINE

Page 2
Our File No.  444859
Delphi Technologies, Inc.

October 18, 2007

Professional services rendered for your account:

**DP-304939 Patent: Disc Brake Rotor**
    OUR FILE NO. 444859.00105

| | |
|---|---:|
| Fees for Services | 322.50 |
| TOTAL DUE FOR THIS MATTER | 322.50 |

**DP-312251 PATENT:  METHOD FOR JOINING FEATURES TO STRUCTURES USING INTERFERENCE RESISTANCE WELDING AND DRW COMPONENTS SHAPE**
    OUR FILE NO. 444859.00160

| | |
|---|---:|
| Fees for Services | 2,282.50 |
| Disbursements and Charges | 2.90 |
| TOTAL DUE FOR THIS MATTER | 2,285.40 |

**DP-312309 PATENT:  LOW COST STABILITY CONTROL SYSTEM WITH MECHANICAL COMBINATION VALVES**
    OUR FILE NO. 444859.00161

| | |
|---|---:|
| Disbursements and Charges | 791.30 |
| TOTAL DUE FOR THIS MATTER | 791.30 |

**DP-313441 Patent:  SYSTEM FOR CONTROLLED CORRUPTION J-1850 AUTOMOTIVE SERIAL COMMUNICATION BUSSES**
    OUR FILE NO. 444859.00186

| | |
|---|---:|
| Fees for Services | 4,662.50 |
| TOTAL DUE FOR THIS MATTER | 4,662.50 |

**DP-313406 TECHNIQUE TO IMPROVE ELECTRONIC COMMUNICATION OF A PWM CONTROLLED ELECTRONIC MOTOR**
    OUR FILE NO. 444859.00191

| | |
|---|---:|
| Fees for Services | 1,335.50 |
| TOTAL DUE FOR THIS MATTER | 1,335.50 |

**DP-313613 Patent TORQUE/FORCE OBSERVER FOR ELECTROMECHANICAL/ELECTROHYDRAULIC ACTUATION**
    OUR FILE NO. 444859.00199

| | |
|---|---:|
| Fees for Services | 2,433.75 |
| Disbursements and Charges | 198.60 |
| TOTAL DUE FOR THIS MATTER | 2,632.35 |

**DP-313805 Patent ANGULAR RATE SENSOR TO MEASURE WHEEL VELOCITY**
    OUR FILE NO. 444859.00200

# THOMPSON HINE

|  |  |
|---|---|
| Fees for Services | 1,075.00 |
| Disbursements and Charges | 5.60 |
| TOTAL DUE FOR THIS MATTER | 1,080.60 |

**DP-313740:  Patent:  PIEZO-ELECTRIC FORCE SENSOR**
OUR FILE NO. 444859.00207

|  |  |
|---|---|
| Fees for Services | 1,182.50 |
| Disbursements and Charges | 3.90 |
| TOTAL DUE FOR THIS MATTER | 1,186.40 |

**Delphi Bankruptcy Matters**
OUR FILE NO. 444859.00208

|  |  |
|---|---|
| Fees for Services | 513.50 |
| Disbursements and Charges | 200.82 |
| TOTAL DUE FOR THIS MATTER | 714.32 |

**DP-315658: Patent: Configuration Geometry for Deformation Resistance Welding**
OUR FILE NO. 444859.00240

|  |  |
|---|---|
| Fees for Services | 632.50 |
| TOTAL DUE FOR THIS MATTER | 632.50 |

**DP-315793: Patent:  Single Channel Hydraulic Control Unit**
OUR FILE NO. 444859.00245

|  |  |
|---|---|
| Fees for Services | 2,352.00 |
| TOTAL DUE FOR THIS MATTER | 2,352.00 |

**DP-312978 (USSN 11/249,709)  Patent Application: Brake Pad**
OUR FILE NO. 444859.00258

|  |  |
|---|---|
| Fees for Services | 105.00 |
| TOTAL DUE FOR THIS MATTER | 105.00 |

**DP-315659  Patent: Method for Manufacturing Copper to Copper and Copper to Brass Assemblies**
OUR FILE NO. 444859.00270

|  |  |
|---|---|
| Fees for Services | 632.50 |
| TOTAL DUE FOR THIS MATTER | 632.50 |

**DP-311609 Patent: Process and Device for Front/Rear Braking Distribution for a Decelerating Vehicle (USSN 11/188924)**
OUR FILE NO. 444859.00271

|  |  |
|---|---|
| Fees for Services | 1,569.50 |
| TOTAL DUE FOR THIS MATTER | 1,569.50 |

**Hutz, James, et al. v. Stephanie Gray, et al.**
OUR FILE NO. 490004.03164

# THOMPSON HINE

Page 4                                                                October 18, 2007
Our File No.  444859
Delphi Technologies, Inc.

| | |
|---|---|
| Fees for Services | 162.50 |
| TOTAL DUE FOR THIS MATTER | 162.50 |
| TOTAL DUE FOR THIS INVOICE | $ 20,464.87 |

# THOMPSON HINE

Page 5                                                                                    October 18, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-304939 Patent: Disc Brake Rotor**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 09/24/07 | Review advisory action; review pending claims and cited prior art. | | |
| | Victor J. Wasylyna | 1.50 | 322.50 |
| | Fee for Professional Services | | $322.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 1.50 | 215.00 | 322.50 |

# THOMPSON HINE

Page 6                                                                    October 18, 2007
Our File No.  444859
Delphi Technologies, Inc.

## DP-312251 PATENT:  METHOD FOR JOINING FEATURES TO STRUCTURES USING INTERFERENCE RESISTANCE WELDING AND DRW COMPONENTS SHAPE

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 09/04/07 | DP-312251; Draft Amendment. | | |
| | Douglas E. Erickson | 4.50 | 1,237.50 |
| 09/06/07 | DP-312251; Draft amendment. | | |
| | Douglas E. Erickson | 2.30 | 632.50 |
| 09/07/07 | DP-312251; Prepare Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 1.50 | 412.50 |
| | Fee for Professional Services | | $2,282.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.30 | 275.00 | 2,282.50 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|---|
| Photocopy | 2.90 | |
| Total Disbursements and Charges | | 2.90 |

# THOMPSON HINE

Page 7
Our File No.  444859
Delphi Technologies, Inc.

October 18, 2007

**DP-312309 PATENT:  LOW COST STABILITY
CONTROL SYSTEM WITH MECHANICAL
COMBINATION VALVES**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| | Fee for Professional Services | | $0.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Filing Fees - Payee: U.S. Patent & Trademark Office - file Request for Continued Examination (RCE) for USSN 11/111,091 | 790.00 |
| Photocopy | 1.30 |
| Total Disbursements and Charges | 791.30 |

# THOMPSON HINE

Page 8                                                                                    October 18, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-313441 Patent:  SYSTEM FOR CONTROLLED
CORRUPTION J-1850 AUTOMOTIVE SERIAL
COMMUNICATION BUSSES**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 09/05/07 | Draft background and description of encryption process for autonomous field reprogramming patent application. | | |
| | Joanne E. Clifford | 4.50 | 1,057.50 |
| 09/20/07 | Prepare Method claims for Autonomous Field Reprogramming patent application. | | |
| | Joanne E. Clifford | 2.80 | 658.00 |
| 09/21/07 | Prepare description of logging functionality, user interface and alternate embodiment to Autonomous Reprogramming patent application. | | |
| | Joanne E. Clifford | 6.00 | 1,410.00 |
| 09/22/07 | Draft description of alternate embodiments for the Field Reprogramming patent application. | | |
| | Joanne E. Clifford | 4.00 | 940.00 |
| 09/24/07 | Prepare abstract and figure description for Autonomous Field Reprogramming patent application. | | |
| | Joanne E. Clifford | 1.70 | 399.50 |
| 09/27/07 | Attention to draft patent application. | | |
| | Megan D. Dortenzo | 0.50 | 197.50 |
| | Fee for Professional Services | | $4,662.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Megan D. Dortenzo | 0.50 | 395.00 | 197.50 |
| Joanne E. Clifford | 19.00 | 235.00 | 4,465.00 |

# THOMPSON HINE

Our File No.  444859
Delphi Technologies, Inc.

October 18, 2007

## DP-313406 TECHNIQUE TO IMPROVE ELECTRONIC COMMUNICATION OF A PWM CONTROLLED ELECTRONIC MOTOR

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 09/11/07 | Review patent, actions, and prior art; analyze claims and specifications; determine technology overlap. | | |
| | Adam G. Pugh | 2.50 | 462.50 |
| 09/17/07 | Analyze Office action; determine scope of prior art | | |
| | Adam G. Pugh | 1.10 | 203.50 |
| 09/18/07 | Amend claims; draft response | | |
| | Adam G. Pugh | 1.40 | 259.00 |
| 09/20/07 | Review and revise Amendment and Response. | | |
| | Michael J. Nieberding | 0.50 | 177.50 |
| 09/21/07 | Further review and revision of Amendment and Response. | | |
| | Michael J. Nieberding | 0.50 | 177.50 |
| 09/21/07 | Revise claim amendments and remarks | | |
| | Adam G. Pugh | 0.30 | 55.50 |
| | Fee for Professional Services | | $1,335.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Michael J. Nieberding | 1.00 | 355.00 | 355.00 |
| Adam G. Pugh | 5.30 | 185.00 | 980.50 |

# THOMPSON
## HINE

Page 10                                                                                    October 18, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-313613 Patent TORQUE/FORCE OBSERVER FOR
ELECTROMECHANICAL/ELECTROHYDRAULIC
ACTUATION**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 09/06/07 | Telephone conference with US inventor regarding obtaining evidence showing conception and reduction to practice for possible Rule 131 Declaration to remove EP publication as prior art. | | |
| | Douglas E. Erickson | 1.25 | 343.75 |
| 09/10/07 | Review phone message of US inventor; two telephone discussions with Thompson Hine computer specialists on proving date of a PowerPoint document which could become an attachment to a Rule 131 Declaration. | | |
| | Douglas E. Erickson | 0.70 | 192.50 |
| 09/18/07 | Review 36-page English translation of EP prior art document; draft Amendment including amended claims; email Amendment to US inventor for review. | | |
| | Douglas E. Erickson | 5.30 | 1,457.50 |
| 09/19/07 | Telephone discussion with US inventor who will email me an "advantages" paragraph to add to my Amendment. | | |
| | Douglas E. Erickson | 0.30 | 82.50 |
| 09/20/07 | Revise "advantages" paragraph of US inventor; prepare amendment; final amendment (with IDS for the English translation) filed in USPTO. | | |
| | Douglas E. Erickson | 1.30 | 357.50 |
| | Fee for Professional Services | | $2,433.75 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.85 | 275.00 | 2,433.75 |

# THOMPSON HINE

Page 11                                                              October 18, 2007
Our File No.  444859
Delphi Technologies, Inc.

### Disbursements and Charges

| Description | Amount |
|---|---|
| Filing Fees - Payee: U.S. Patent and Trademark Office - filing fee for IDS | 180.00 |
| Photocopy | 10.90 |
| Telephone | 7.70 |
| Total Disbursements and Charges | 198.60 |

## THOMPSON HINE

Page 12                                                                    October 18, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-313805 Patent ANGULAR RATE SENSOR TO MEASURE WHEEL VELOCITY**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 09/13/07 | Review Office action and cited prior art; draft response to Office action. | | |
| | Victor J. Wasylyna | 5.00 | 1,075.00 |
| | Fee for Professional Services | | $1,075.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 5.00 | 215.00 | 1,075.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Photocopy | 5.60 | |
| Total Disbursements and Charges | | 5.60 |

# THOMPSON HINE

Page 13
Our File No.  444859
Delphi Technologies, Inc.

October 18, 2007

**DP-313740:  Patent:  PIEZO-ELECTRIC FORCE SENSOR**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 09/07/07 | Review Office action and cited art; draft response to Office action. | | |
| | Victor J. Wasylyna | 5.50 | 1,182.50 |
| | Fee for Professional Services | | $1,182.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 5.50 | 215.00 | 1,182.50 |

## Disbursements and Charges

| Description | Amount | |
|-------------|--------|---|
| Photocopy | 3.90 | |
| Total Disbursements and Charges | | 3.90 |

# THOMPSON
# HINE

Page 14                                                                                     October 18, 2007
Our File No. 444859
Delphi Technologies, Inc.


**Delphi Bankruptcy Matters**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 09/06/07 | Prepare correspondence regarding report by Legal Cost Control. | | |
| | Theodore D. Lienesch | 1.30 | 513.50 |
| | Fee for Professional Services | | $513.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Theodore D. Lienesch | 1.30 | 395.00 | 513.50 |


### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Fedex charge by Sandi Collins, DAY TO: Delphi Corporation ATTN: David M. Sherbin Esq. | 17.01 |
| Fedex charge by Sandi Collins, DAY TO: Delphi Corporation ATTN: John D. Sheehan | 17.01 |
| Fedex charge by Sandi Collins, DAY TO: GE Plastics Americas ATTN: Valeria Venable | 22.73 |
| Fedex charge by Sandi Collins, DAY TO: Legal Cost Control Inc. ATTN: Joe Sykes | 22.73 |
| Fedex charge by Sandi Collins, DAY TO: Skadden Arps Slate Meagher & F ATTN: John Wm. Butler Jr. Esq. | 18.22 |
| Fedex charge by Sandi Collins, DAY TO: Simpson Thacher & Bartlett LLP ATTN: Marissa Wesley Esq. | 22.73 |
| Fedex charge by Sandi Collins, DAY TO: Davis Polk & Wardwell ATTN: Marlane Melican Esq. | 22.73 |

# THOMPSON HINE

Page 15                                                                    October 18, 2007
Our File No.  444859
Delphi Technologies, Inc.

| | |
|---|---|
| Fedex charge by Sandi Collins, DAY TO: Latham & Watkins LLP ATTN: Robert J. Rosenberg Esq. | 22.73 |
| Fedex charge by Sandi Collins, DAY TO: The Office of the US Trustee f ATTN: Alicia M. Leonhard Esq. | 22.73 |
| Photocopy | 12.20 |
| Total Disbursements and Charges | 200.82 |

# THOMPSON
# HINE

Page 16                                                                                          October 18, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-315658: Patent: Configuration Geometry for
Deformation Resistance Welding**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 09/06/07 | Prepare for meeting; meeting with inventor at Delphi. | | |
| | Douglas E. Erickson | 2.30 | 632.50 |
| | Fee for Professional Services | | $632.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 2.30 | 275.00 | 632.50 |

# THOMPSON
## HINE

Page 17                                                                      October 18, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315793: Patent:  Single Channel Hydraulic Control Unit**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 09/14/07 | Teleconference with Mr. Borgemenke regarding new embodiment of Single Channel Hydraulic Control Unit incorporating ball bearing piston driver. | | |
| | David R. Jaglowski | 1.20 | 252.00 |
| 09/25/07 | Revise specification to omit rotated hydraulic control unit concept; review disclosure of new preferred embodiment; draft new disclosure regarding rotated ball bearing drive element. | | |
| | David R. Jaglowski | 7.50 | 1,575.00 |
| 09/26/07 | Complete new disclosure regarding rotated ball bearing drive element; prepare new exploded view drawings; contact Mr. Borgemenke regarding ball bearing shield and sealing balls. | | |
| | David R. Jaglowski | 2.50 | 525.00 |
| | Fee for Professional Services | | $2,352.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 11.20 | 210.00 | 2,352.00 |

# Thompson Hine

Page 18
Our File No.  444859
Delphi Technologies, Inc.

October 18, 2007

**DP-312978 (USSN 11/249,709)  Patent Application: Brake Pad**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 09/11/07 | Review advisory action; draft correspondence to Mr. McBain regarding rejection of proffered amendments and filing of RCE. | | |
| | David R. Jaglowski | 0.50 | 105.00 |
| | Fee for Professional Services | | $105.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 0.50 | 210.00 | 105.00 |

# THOMPSON HINE

Page 19
Our File No. 444859
Delphi Technologies, Inc.

October 18, 2007

**DP-315659  Patent: Method for Manufacturing Copper to
Copper and Copper to Brass Assemblies**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 09/06/07 | Prepare for meeting; meeting with inventor at Delphi. | | |
| | Douglas E. Erickson | 2.30 | 632.50 |
| | Fee for Professional Services | | $632.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 2.30 | 275.00 | 632.50 |

# THOMPSON HINE

Page 20                                                                October 18, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-311609 Patent: Process and Device for Front/Rear
Braking Distribution for a Decelerating Vehicle (USSN
11/188924)**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 09/12/07 | Review application; review Office action and cited prior art; draft response to Office action. | | |
| | Victor J. Wasylyna | 1.80 | 387.00 |
| 09/27/07 | Draft amendment in response to Office action. | | |
| | Victor J. Wasylyna | 5.50 | 1,182.50 |
| | Fee for Professional Services | | $1,569.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 7.30 | 215.00 | 1,569.50 |

# THOMPSON HINE

Our File No.  444859
Delphi Technologies, Inc.

October 18, 2007

**Hutz, James, et al. v. Stephanie Gray, et al.**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 09/10/07 | Correspondence with P. Tottis regarding investigation on insurance policies. | | |
| | Scott A. King | 0.10 | 32.50 |
| 09/18/07 | Telephone conference with J. Pfau regarding insurance coverage; correspondence with P. Tottis regarding contact by J. Pfau. | | |
| | Scott A. King | 0.20 | 65.00 |
| 09/19/07 | Correspondence with P. Tottis regarding statute of limitations for personal injury and breach of contract claims. | | |
| | Scott A. King | 0.20 | 65.00 |
| | Fee for Professional Services | | $162.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Scott A. King | 0.50 | 325.00 | 162.50 |