Kristi A. Katsma
DICKINSON WRIGHT PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226
313.223.3500

*A Key Ordinary Course Counsel for Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

### WITHDRAWAL OF FINAL INTERIM APPLICATION OF DICKINSON WRIGHT PLLC FOR ORDER AUTHORIZING AND APPROVING COMPENSATION FOR SERVICES RENDERED FROM JUNE 1, 2007 THROUGH AUGUST 15, 2007

Dickinson Wright PLLC, by its undersigned attorneys, withdraws its Final Interim Application for Order Authorizing and Approving Compensation for Services Rendered from June 1, 2007 through August 15, 2007, it filed on or about November 7, 2007.

DICKINSON WRIGHT PLLC

By: /s/ Kristi A. Katsma
    Kristi A. Katsma (MI P53545)
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3500

DETROIT 25980-99 1016380v1