# EXHIBIT C

## INDEX OF INVOICES BY MATTER NUMBER

1. General Commercial Contracts 25980-96
2. Retention and Fee Application Work 25980-99
3. US Patent Application Apparatus for Controlling Thermal Interface Between Cold Plate and Integrated Circuit Chip 604080-62
4. US Patent Application Evaporatively Precooled Seat in a Passenger Compartment 604080-68
5. US Patent Application Non-Cylindrical Refrigerant Distributor Tube 604080-69
6. General Commerical Contracts 25980-96
7. Retention and Fee Application Work 25980-99
8. US Patent Application Position, Low Profiles Shutter Valves 604080-65
9. US Patent Application Distributor Tube Subassembly 604080-70
10. General Commercial Contracts 25980-96
11. Retention and Fee Application Work 25980-99
12. Lease Extension – Lake Orion, Township 25980-100
13. US Patent Application Thermosiphon for Laptop Computers Comprising a Boiling Chamber with a Square Wave 604080-66
14. US Patent Application Evaporatively Cooled Condenser 604080-67
15. US Patent Application Low Thermal Spread Battery Module 604080-91
16. US Patent Application Indicidual HVAC Climate Control Seats 604080-93
17. US Trademark Application Inteva Products 604080-95

DETROIT 25980-99 1003222v1