Kristi A. Katsma (MI-P53545)
Edgar C. Howbert (MI-P15181)
DICKINSON WRIGHT PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226
Telephone:  313.223.3500
Facsimile:  313.223.3598
kkatsma@dickinsonwright.com
ehowbert@dickinsonwright.com

*A Key Ordinary Course Counsel for Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re | : |  |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE OF SIXTH INTERIM APPLICATION OF
DICKINSON WRIGHT PLLC AS A KEY ORDINARY COURSE COUNSEL TO
THE DEBTORS FOR ORDER AUTHORIZING AND APPROVING
COMPENSATION FOR SERVICES RENDERED FROM
JUNE 1, 2007 THROUGH AUGUST 15, 2007**

I hereby certify that, pursuant to the Order Under 11 U.S.C. § 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered

on November 4, 2005, as modified by the Order Approving Joint Interest Agreement Between

Debtors and Official Committee of Unsecured Creditors, Implementing Protective Order, and

Approving Procedures to Protect Information in Fee Statements, entered on April 18, 2006

(together, the "Administrative Order"), copies of Dickinson Wright PLLC's Sixth Interim

Application for Order Authorizing and Approving Compensation for Services Rendered from

June 1, 2007 through August 15, 2007, was served, on this 14h day of November, 2007, by U.S.

Mail, postage prepaid, on:

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street,  Suite 2100
New York, NY  10004
Attn: Alicia M. Leonhard, Esq.

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn: General Counsel

John William Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive Suite 2100
Chicago, IL  60606
*Counsel for the Debtors*

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Fourth Avenue
New York, NY 10022
Attn:  Robert J. Rosenberg
         Mark A. Broude
*Counsel for the Official Committee of
Unsecured Creditors*

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn:  Kenneth S. Ziman

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn:  Brian Resnick

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn:  Bonnie Steingart
*Counsel for the Official Committee of Equity
Security Holders*

I further certify that, pursuant to the Administrative Order, notice of the filing of said

Application has been provided, via electronic mail, to the "2002 Entities" listed in the database at

www.delphidocket.com as of the date hereof.

Dated:        Detroit, Michigan
              November 13, 2007          /s/Kristi A. Katsma
                                         Dickinson Wright PLLC
                                         500 Woodward Avenue, Suite 4000
                                         Detroit, MI 48226
                                         Telephone:     313.223.3500
                                         Facsimile:     313.223.3598

                                         *A Key Ordinary Course Counsel to the
                                         Debtors and Debtors-in-Possession*

*DETROIT 25980-99 1003296v1*