Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553
(516) 227-1600
Thomas R. Slome (TS-0957)
Counsel for Pamela Geller

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

DELPHI CORPORATION, et al.

Debtors.

-------------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Rosen Slome Marder LLP counsel for Pamela

Geller, in the above-captioned chapter 11 case and any adversary case, hereby enters its

appearance and requests, pursuant to, *inter alia*, Section 1109(b) of Title 11, United States Code

(the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in this case or

any such adversary case and all papers served therein, be delivered to and served upon:

Rosen Slome Marder LLP
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553
Attn: Thomas R. Slome, Esq.
Tel: (516) 227-1600

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only

the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also

includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions,

requests, complaints, demands, replies, answers, schedules of assets and liabilities and statement

of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, hand or courier delivery, telephone, telegraph, telecopy, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent

appearance (by pleading or otherwise), nor any participation in or in connection with this case is

intended to waive (i) the right to have final orders in non-core matters entered only after *de novo*

review by a District Court Judge, (ii) the right to trial by jury in any case, controversy, or

proceeding, (iii) the right to have the reference withdrawn by the District Court in any matter

subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions,

defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and

recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that request is also made that the

undersigned be added to any official service list for notices of all contested matters, adversary

proceedings or other proceedings in this case.

Dated: Uniondale, New York
      November 14, 2007

               ROSEN SLOME MARDER LLP

               By: /s/ Thomas R. Slome
                   Thomas R. Slome (TS-0957)

               333 Earle Ovington Boulevard
               Suite 901
               Uniondale, New York 11553-3622
               (516) 227-1600

               Counsel for Pamela Geller

G:\Geller, Pamela\Delphi\Lit\noa.doc