W. Timothy Miller (admitted *pro hac vice*)
Paige Leigh Ellerman (admitted *pro hac vice*)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Telephone: (513) 381-2838
Facsimile: (513) 381-0205
miller@taftlaw.com
ellerman@taftlaw.com

*Counsel for US Aeroteam, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF CREDITOR US AEROTEAM, INC.
TO DEBTORS' EXPEDITED MOTION FOR ORDERS UNDER 11 U.S.C. § 363
AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002, 6004 AND 9014(A)
(I) APPROVING BIDDING PROCEDURES, (II) GRANTING CERTAIN BID
PROTECTIONS, (III) APPROVING FORM AND MANNER OF SALE NOTICES, AND
(IV) SETTING SALE HEARING DATE AND (B) AUTHORIZING AND APPROVING
SALE BY DELPHI AUTOMOTIVE SYSTEMS, LLC AND DELPHI AUTOMOTIVE
TECHNOLOGIES, INC. OF CERTAIN EQUIPMENT AND OTHER
ASSETS PRIMARILY USED IN DEBTORS' SAGINAW CHASSIS BUSINESS
FREE AND CLEAR OF LIENS**

US Aeroteam, Inc. ("USAT"), a creditor of Delphi Corporation or its affiliates (the

"Debtors" or "Delphi"), by and through its undersigned counsel, hereby files its Notice of

Withdrawal of Objection (the "Objection") to Debtors' Expedited Motion for Orders Under 11

{W1131125.1}

U.S.C. § 363 and Federal Rule of Bankruptcy Procedure 2002, 6004 and 9014(A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form and Manner of Sale Notices, and (IV) Setting Sale Hearing Date and (B) Authorizing and Approving Sale by Delphi Automotive Systems, LLC and Delphi Automotive Technologies, Inc. of Certain Equipment and Other Assets Primarily Used in Debtors' Saginaw Chassis Business Free and Clear of Liens (doc. no. 9369).

Dated: November 15, 2007

*/s/ W. Timothy Miller*
W. Timothy Miller

{W1131125.1}