## AFFIDAVIT OF SERVICE

State of Ohio          )
                       )
County of Hamilton     )

Paige Leigh Ellerman, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Taft Stettinius & Hollister LLP, having offices at 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202.

2. On November 15, 2007, I caused a true and correct copy of the foregoing Notice of Withdrawal of Objection of Creditor US Aeroteam, Inc. to Debtors' Expedited Motion for Orders Under 11 U.S.C. § 363 and Federal Rule of Bankruptcy Procedure 2002, 6004 and 9014(A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form and Manner of Sale Notices, and (IV) Setting Sale Hearing Date and (B) Authorizing and Approving Sale by Delphi Automotive Systems, LLC and Delphi Automotive Technologies, Inc. of Certain Equipment and Other Assets Primarily Used in Debtors' Saginaw Chassis Business Free and Clear of Liens, to be served electronically upon all parties served through the U.S. Bankruptcy Court for the Southern District of New York's Official Court Electronic Document Filing System and upon those persons identified on the service list attached hereto by first class mail, postage prepaid.

Sworn to before me this
15th day of November, 2007


/s/ Pamela L. Rein
Notary Public, State of Ohio
My Commission Expires: July 21, 2009

{W1131125.1}

## SERVICE LIST

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden Arps Slate Meagher & Flom, LLP
Attention: John William Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq.
And Brian Resnick, Esq.
450 Lexington Avenue
New York, NY 10017

Latham & Watkins LLP
Attention: Robert J. Rosenberg, Esq.
And Mark A. Broude, Esq.
885 Third Avenue
New York, NY 10022

Fried Frank Harris Shriver & Jacobson LLP
Attention: Bonnie Steingart, Esq.
One New York Plaza
New York, NY 10004

Office of the United States Trustee
For the Southern District of New York
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, NY 10004

{W1131125.1}