**Hearing Date: November 16, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                       :
      In re                          :    Chapter 11
                                         :
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                                       :
                  Debtors.    :    (Jointly Administered)
                                         :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED TWENTY-FOURTH OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:        United States Bankruptcy Court for the Southern District of New York,
                                  Alexander Hamilton Custom House, Room 610, 6th Floor, One
                                  Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

      A.      Introduction

      B.      Continued Or Adjourned Matters (1 Matter)

      C.      Uncontested, Agreed, Or Settled Matters (1 Matter)

      D.      Contested Matters (2 Matters)

      E.      Presentment (1 Matter)

**B.**      **Continued Or Adjourned Matters**[*]

      1.      **"Technology Properties 3018 Motion"** – Motion Of Technology Properties, Ltd. For Entry Of Order Temporarily Allowing Claims For Voting On Plan Pursuant To Fed. R. Bankr. P. 3018(a) (Docket No. 10425)

| | |
|---|---|
| *Response Filed:* | *Debtors' Objection To Motion Of Technology Properties, Ltd. For Entry Of Order Temporarily Allowing Claims For Voting On Plan Pursuant To Fed. R. Bankr. P. 3018(A) (Docket No. 10650)* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the December 20, 2007 omnibus hearing.* |

---

[*]    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4718, 4689, 4778, 4912, 5153, 6723, and 6690 (KECP Emergence Incentive Program, STN Motion, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion To File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, and ATEL Leasing Corporation's Motion To Allow Administrative Claim respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

C.    **Uncontested, Agreed, Or Settled Matters**

    2.    **"DIP Extension Motion"** – Expedited Motion For Order Supplementing January 5, 2007 DIP Order (Docket No. 6461) And Authorizing Debtors To (I) Extend Maturity Date Of DIP Facility, (II) Enter Into Related Documents, And (III) Pay Fees In Connection Therewith  (Docket No. 10787)

        *Response Filed:*    *None.*

        *Reply Filed:*    *A submission with a revised order will be filed.*

        *Related Filings:*    *None.*

        *Status:*    *A revised order will be submitted for consideration by the Court.*

D.    **Contested Matters**

    3.    **"Saginaw Chassis Asset Sale Motion"** – Expedited Motion For Orders Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002, 6004, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale By Delphi Automotive Systems LLC And Delphi Technologies, Inc. Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9368)

        *Response Filed:*    *Limited Objection Of International Union, UAW To Expedited Motion For Orders (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9584)[1]*

        *Objection Of Joe G. Tedder To Debtors' Sale Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9644)*

---

1    Objection resolved.

*Objection Of US Aeroteam, Inc. To Expedited Motion For Orders Under 11 U.S.C. § 363 And Federal Rule Of Bankruptcy Procedure 2002, 6004, And 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale By Delphi Automotive Systems LLC And Delphi Automotive Technologies, Inc. Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 10652)*

*Reply Filed:*          *Debtors' Summary Of Modifications To Bidding Procedures Order In Connection With Sale Of The Debtors' Saginaw Chassis Assets Resolving Reply To Objection Of International Union, UAW To Expedited Motion For Orders (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9623)*

*A supplemental reply will be filed.*

*Related Filings:*          *Withdrawal Of Joe G. Tedder's Objection To Debtors' Sale Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 10698)*

*Status:*          *The hearing with respect to this matter will be proceeding.  The Debtors believe that the objections with respect to the bid procedures and related protections to be considered at the hearing have been resolved and any substantive objections to the sale approval will be considered at the sale approval hearing.*

4.    **"Exit Financing Motion"** – Expedited Motion Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002, 6004, 9006, And 9007 For Order Authorizing Debtors' Entry Into Exit Facility Engagement And Fee Letters And Performance Thereunder (Docket No. 10854)

4

*Response Filed:*  *Limited Objection And Reservation Of Rights Of Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; Davidson Kempner Capital Management LLC; Eliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To Expedited Motion Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002, 6004, 9006, And 9007 For Order Authorizing Debtors' Entry Into Exit Facility Engagement And Fee Letters And Performance Thereunder (Docket No. 10903)*

*Objection Of Wilmington Trust Company, As Indenture Trustee, To Motion Under 11 U.S.C. §§ 363 And Fed. R. Bankr. P. 2002, 6004, 9006, And 9007 For Order Authorizing Debtors' Entry Into Exit Facility Engagement And Fee Letters And Performance Thereunder (Docket No. 10905)*

*Objection Of The Official Committee Of Unsecured Creditors To Debtors' Expedited Motion Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002, 6004, 9006, And 9007 For Order Authorizing Debtors' Entry Into Exit Facility Engagement And Fee Letters And Performance Thereunder (Docket Nos. 10930, 10933)*

*Reply Filed:*  *A reply will be filed.*

*Related Filings:*  *Ex Parte Application Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 For Order Authorizing Debtors To File Engagement And Fee Letters Related To Exit Financing In Redacted Form And/Or Under Seal (Docket No. 10862)*

*Order Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 Authorizing Debtors To File Engagement And Fee Letters Related To Exit Financing In Redacted Form And/Or Under Seal (Docket No. 10863)*

*Status:*  *The hearing with respect to this matter will be proceeding.*

5

**E.      Presentment**

     5.    **Application Of The Equity Security Holders For Authorization And Retention Of Gregory P. Joseph Law Offices LLC As Conflicts Counsel** – Emergency Application For An Order Pursuant To Sections 328 And 1103 Of The Bankruptcy Code And Bankruptcy Rule 2014 (I) Authorizing The Employment And Retention Nunc Pro Tunc From November 9, 2007 Of Gregory P. Joseph Law Offices LLC As Conflicts Counsel To The Official Committee Of Equity Security Holders, And (II) Scheduling A Final Hearing Thereon (Docket No. 10906)

        *Response Filed:*    *None.*

        *Reply Filed:*    *None.*

        *Related Filings:*    *None.*

Status:             *The interim retention order will be presented at the hearing.*

Dated:  New York, New York
            November 15, 2007

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

        - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

7