TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
In re:                                                        :    Chapter 11
                                                              :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,                                 :
                                                              :    Jointly Administered
                                              Debtors.        :
                                                              :
-------------------------------------------------------------x

# THIRD AMENDED NOTICE OF ADJOURNMENT OF ESTIMATION HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NOS. 1373, 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, AND 1387

PLEASE TAKE NOTICE that on October 31, 2006, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to claim numbers 1373, 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, and 1387 (collectively, the "Proofs of Claim") filed by American International Group and its Related Entities (the "Claimants") pursuant to the Debtors' Motion For Order Pursuant To 11 U.S.C. §§ 105(a) And 502(c) (a) Estimating And Setting Maximum Cap On Certain Contingent Or Unliquidated Claims And (b) Approving Expedited Claims Estimation Procedures (Docket No. 9297) (the "Motion").

PLEASE TAKE FURTHER NOTICE that on September 28, 2007, the Debtors filed the Notice Of Estimation Hearing With Respect To Debtors' Motion Estimating Proof of Claim Numbers 1373, 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, and 1387 (Docket No. 9745) scheduling an estimation hearing (the "Estimation Hearing") for purposes of holding an evidentiary hearing on the merits of the Proof of Claim on November 8, 2007, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on October 30, 2007, the Debtors filed the Amended Notice of Claims Objection Hearing With Respect to Debtors' Objection To Proofs of Claim Numbers 1373, 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, and 1387 (Docket No. 10762) adjourning the Estimation Hearing to November 30, 2007 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order"), the Estimation Hearing is hereby further adjourned to December 6, 2007 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the Estimation Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof. All provisions and deadlines set forth in the Order shall remain in full force and effect. Those deadlines calculated based on the hearing date shall be calculated based on the December 6, 2007

hearing date rather than the original November 30, 2007 or the November 16, 2007 hearing dates.  Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proof of Claim.

> PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Estimation Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimants.

Dated:  New York, New York
        November 14, 2007

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
ALBERT TOGUT (AT-9759)
NEIL BERGER (NB-3599)
Members of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000