**Hearing Date: November 16, 2007**
**Hearing Time: 1:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED FIFTEENTH CLAIMS HEARING AGENDA

Location Of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

  A.  Introduction

  B.  Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters (10 Matters)

    1)  Third Omnibus Claims Objection Matters (5 Matters)

    2)  Fifth Omnibus Claims Objection Matter (1 Matter)

    3)  Seventeenth Omnibus Claims Objection Matter (1 Matter)

    4)  Nineteenth Omnibus Claims Objection Matter (1 Matter)

    5)  Twentieth Omnibus Claims Objection Matter (1 Matter)

    6)  Twenty-First Omnibus Claims Objection Matter (1 Matter)

  C.  Settled Claim (1 Matter)

  D.  Contested Omnibus Claims Objection Matter (1 Matter)

B.  Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters

**1) Third Omnibus Claims Objection Matter**

  1.  **"Claims Objection Hearing Regarding Claim Of Cherry GmbH"** – Claims Objection Hearing Regarding Claim Of Cherry GmbH As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

      *Responses Filed:*  *Response Of Cherry GmbH To The Debtors' Third Omnibus Objection To Claims (Docket No. 5649)*

      *Reply Filed:*  *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation,*

<table>
<tr><td></td><td><em>(B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)</em></td></tr>
<tr><td><em>Related Filings:</em></td><td><em>Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)</em></td></tr>
</table>

*Related Filings:* *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 10179 (Cherry GmbH) (Docket No. 7005)*

*Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 10179 (Cherry GmbH) (Docket No. 7076)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10179 (Cherry GmbH And Hain Capital Holdings, LLC) (Docket No. 10880)*

*Status:* *A joint stipulation and agreed order will be submitted for consideration by the Court.*

2. **"Claims Objection Hearing Regarding Claim Of Olin Corporation As Assigned To Bank Of America, N.A."** – Claims Objection Hearing Regarding Claim Of Olin Corporation As Assigned To Bank Of America, N.A. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

*Responses Filed:* *Response Of Bank Of America, N.A. To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation,*

3

*(B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5622)*

*Reply Filed:*          *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

*Related Filings:*          *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 11660 (Bank Of America, N.A.) (Docket No. 10821)*

*Status:*          *A joint stipulation and agreed order will be submitted for consideration by the Court.*

3.    **"Claims Objection Hearing Regarding Claim Of ARC Automotive, Inc."** – Claims Objection Hearing Regarding Claim Of ARC Automotive, Inc. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

*Responses Filed:*          *ARC Automotive, Inc.'s Response To Debtors' Third Omnibus Objection To Certain Claims (Docket No. 5577)*

4

*Reply Filed:*                    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

*Related Filings:*               *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 9151 (ARC Automotive, Inc.) (Docket No. 10876)*

*Status:*                         *A joint stipulation and agreed order will be submitted for consideration by the Court.*

4.    **"Claims Objection Hearing Regarding Claim Of Timken U.S. Co., The Timken Company, And SPCP Group, L.L.C. As Agent For The Silver Point Capital Fund, L.P. And Silver Point Capital Offshore Fund, Ltd."** – Claims Objection Hearing Regarding Claim Of Timken U.S. Co., The Timken Company, And SPCP Group, L.L.C. As Agent For The Silver Point Capital Fund, L.P. And Silver Point Capital Offshore Fund, Ltd. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452); Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8271)

*Responses Filed:*              *Response Of Timken U.S. Co. And U.S. Timken Co.*
                                *To The Debtors' Third Omnibus Objection To*
                                *Claims (Docket No. 5796)*

                                *Response Of Timken U.S. Co. And The Timken*
                                *Company To The Debtors' Sixteenth Omnibus*
                                *Objection To Claims (Docket No. 8574)*

*Reply Filed:*                  *Debtors' Omnibus Reply In Support Of Debtors' (I)*
                                *Third Omnibus Objection (Substantive) Pursuant*
                                *To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To*
                                *Certain (A) Claims With Insufficient Documentation,*
                                *(B) Claims Unsubstantiated By Debtors' Books And*
                                *Records, And (C) Claims Subject To Modification*
                                *And (II) Motion To Estimate Contingent And*
                                *Unliquidated Claims Pursuant To 11 U.S.C. § 502(c)*
                                *(Docket No. 5944)*

                                *Debtors' Omnibus Reply In Support Of Debtors'*
                                *Sixteenth Omnibus Objection (Procedural) Pursuant*
                                *To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To*
                                *Certain (A) Duplicate Or Amended Claims And (B)*
                                *Protective Claims (Docket No. 8667)*

*Related Filings:*              *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.*
                                *Bankr. P. 3007 (I) Disallowing And Expunging*
                                *Certain (A) Claims With Insufficient Documentation*
                                *And (B) Claims Unsubstantiated By Debtors' Books*
                                *And Records, (II) Modifying Certain Claims, And*
                                *(III) Adjourning Hearing On Certain Contingent*
                                *And Unliquidated Claims Pursuant To 11 U.S.C. §*
                                *502(c) Identified In Third Omnibus Claims*
                                *Objection (Docket No. 6224)*

                                *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.*
                                *Bankr. P. 3007 Disallowing And Expunging (A)*
                                *Duplicate Or Amended Claims And (B) Protective*
                                *Claims Identified in Sixteenth Omnibus Claims*
                                *Objection (Docket No. 8738)*

                                *Joint Stipulation And Agreed Order Disallowing*
                                *And Expunging Proof Of Claim Number 16499 (The*
                                *Timken Company) (Docket No. 9282)*

                                *Notice Of Presentment Of Joint Stipulation And*
                                *Agreed Order Compromising And Allowing Proof Of*

6

*Claim Numbers 11706 And 14319 (Timken U.S. Co., The Timken Company, And SPCP Group, L.L.C., As Agent For Silver Point Capital Fund, L.P. And Silver Point Capital Offshore Fund, Ltd) (Docket No. 10875)*

*Status:*    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

5. **"Claims Objection Hearing Regarding Claim Of CSX Realty Development LLC" –** Claims Objection Hearing Regarding Claim Of CSX Realty Development LLC As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

*Responses Filed:*    *Response And Objection Of CSX Realty Development LLC To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Banker. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstaintiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) And Response And Objection Of CSX Realty Development LLC To Debtors' Motion For Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Disallowance Or Estimation Of Claims And (II) Certain Notices And Procedures Governing Hearing Regarding Disallowance Or Estimation Of Claims (Docket No. 5800)*

*Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

7

| Related Filings: | Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224) |
|---|---|
| | Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 13930 (CSX Realty Development LLC) (Docket No. 10886) |
| Status: | A joint stipulation and agreed order will be submitted for consideration by the Court. |

## 2) Fifth Omnibus Claims Objection Matter

6. **"Claims Objection Hearing Regarding Claim Of Siemens Financial Services, Inc. And Siemens VDO Automotive SAS And Goldman Sachs Credit Partners, L.P."** – Claims Objection Hearing Regarding Claim Of Siemens Financial Services, Inc. And Siemens VDO Automotive SAS And Goldman Sachs Credit Partners, L.P. As Objected To On The Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6100)

| Response Filed: | Siemens VDO Automotive SAS's Response To The Debtor's Fifth Omnibus Claims Objection (Docket No. 6550) |
|---|---|
| | Siemens VDO Automotive SAS's Supplemental Response To The Debtor's Fifth Omnibus Claims Objection (Docket No. 6840) |
| Reply Filed: | Debtors' Omnibus Reply In Support Of Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6534) |

8

| | |
|---|---|
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6687)* |
| | *Notice of Presentment of Joint Stipulation And Agreed Order Reducing Proof Of Claim Number 2247 (Siemens Financial Services, Inc. And Siemens VDO Automotive SAS) And Compromising And Allowing In Part Proof Of Claim Number 13981 (Goldman Sachs Credit Partners, L.P.) (Docket No. 10797)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

### 3)  Seventeenth Omnibus Claims Objection Matter

7.  **"Claims Objection Hearing Regarding Claim Of Viasystems Group, Inc."** – Claims Objection Hearing Regarding Claim Of Viasystems Group, Inc. As Objected To On The Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270)

| | |
|---|---|
| *Response Filed:* | *Response Of Viasystems To Debtor's Objection To Claim No. 12383 (Docket No. 8591)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8668)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain* |

9

*(A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Seventeenth Omnibus Claims Objection (Docket No. 8737)*

*Notice of Presentment of Joint Stipulation, And Agreed Order Compromising And Disallowing Proof Of Claim Number 12383 (Viasystems Group, Inc.) (Docket No. 10885)*

|  |  |
|---|---|
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

## 4) Nineteenth Omnibus Claims Objection Matter

8. **"Claims Objection Hearing Regarding Claim Of ATS Ohio Inc."** – Claims Objection Hearing Regarding Claim Of ATS Ohio Inc. As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

|  |  |
|---|---|
| *Response Filed:* | *Response of ATS Ohio Inc. To Debtors' Nineteenth Omnibus Objection To Claims (Docket No. 9075)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficient Documented Claims, (B) Claims Not* |

*Reflected On Debtors' Book And Records, (C)*
*Untimely Claim, And (D) Claims Subject To*
*Modification, Tax Claims Subject To Modification,*
*Modified Claims Asserting Reclamation, And*
*Consensually Modified And Reduced Claims*
*(Docket No. 9225)*

*Notice Of Presentment Of Joint Stipulation And*
*Agreed Order Compromising And Allowing Proof Of*
*Claim Number 15671 (ATS Ohio, Inc. And Longacre*
*Master Fund Ltd.) (Docket No. 10879)*

*Status:*          *A joint stipulation and agreed order will be*
                   *submitted for consideration by the Court.*

**5) Twentieth Omnibus Claims Objection Matter**

9.      **"Claims Objection Hearing Regarding Claim Of New York State Department**
        **Of Taxation And Finance"** – Claims Objection Hearing Regarding Claim Of
        New York State Department Of Taxation And Finance As Objected To On The
        Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed.
        R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B)
        Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books
        And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax
        Claims Subject To Modification, Modified Claims Asserting Reclamation,
        Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures
        Claims Subject To Modification (Docket No. 9151)

                 *Response Filed:*     *Response Of The New York State Department Of*
                                       *Taxation And Finance To Debtors' Twentieth*
                                       *Omnibus Objection To Certain Claims (Docket No.*
                                       *9402)*

                 *Reply Filed:*        *Debtors' Omnibus Reply In Support Of Twentieth*
                                       *Omnibus Objection Pursuant To 11 U.S.C. § 502(b)*
                                       *And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate*
                                       *And Amended Claims, (B) Insufficiently Documented*
                                       *Claims, (C) Claims Not Reflected On Debtors' Books*
                                       *And Records, (D) Untimely Claim, And (E) Claims*
                                       *Subject To Modification, Tax Claims Subject To*
                                       *Modification, Modified Claims Asserting*
                                       *Reclamation, Consensually Modified And Reduced*
                                       *Tort Claims, And Lift Stay Procedures Claims*
                                       *Subject To Modification (Docket No. 9617)*

11

| | |
|---|---|
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9692)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Disallowing And Expunging Proofs Of Claim Numbers 1440 And 9824 (New York State Department Of Taxation And Finance) (Docket No. 10881)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

**6)  Twenty-First Omnibus Claims Objection Matter**

10.  **"Claims Objection Hearing Regarding Claim Of Laura J. Marion" –** Claims Objection Hearing Regarding Claim Of Laura J. Marion As Objected To On Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535)

| | |
|---|---|
| *Response Filed:* | *Joint Response Of Laura J. Marion (Claim No. 12219) And Pamela Geller (Claim No. 12147) To Debtors' Twenty-First Omnibus Objection (Docket No. 10712)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification,* |

> *And Modified Claims Asserting Reclamation*
> *(Docket No. 10713)*

Related Filings:    *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.*
*Bankr. P. 3007 To Certain (A) Duplicate Or*
*Amended Claims, (B) Untimely Equity Claim, (C)*
*Insufficiently Documented Claims, (D) Claims Not*
*Reflected On Debtors' Books And Records, (E)*
*Untimely Claims, And (F) Claims Subject To*
*Modification, Tax Claim Subject To Modification,*
*And Modified Claims Asserting Reclamation*
*Identified In Twenty-First Omnibus Objection*
*(Docket No. 10728)*

*Notice Of Presentment Of Joint Stipulation And*
*Agreed Order Disallowing And Expunging Proof Of*
*Claim Number 12219 (Laura J. Marion) (Docket No.*
*10878)*

Status:    *A joint stipulation and agreed order will be*
*submitted for consideration by the Court.*

C.    Settled Claim

11.    **"Claims Hearing Regarding Claim Of JPMorgan Chase Bank, N.A."** – Claims
Hearing Regarding Claim Of JPMorgan Chase Bank, N.A.

Response Filed:    *None.*

Reply Filed:    *None.*

Related Filings:    *Expedited Motion For Order Under 11 U.S.C. §§*
*105, 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3),*
*364(d)(1), And 364(e) And Fed. R. Bankr. P. 2002,*
*4001 And 6004(g)(I) Authorizing Debtors To Obtain*
*Postpetition Financing And (II) Authorizing Debtors*
*To Refinance Secured Postpetition Financing And*
*Prepetition Secured Debt (Docket No. 6180)*

*Order Under 11 U.S.C. §§ 105, 361, 362, 363,*
*364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), And*
*364(e) And Fed. R. Bankr. P. 2002, 4001 And*
*6004(g)(I) Authorizing Debtors To Obtain*
*Post-Petition Financing And (II) Authorizing*
*Debtors To Refinance Secured Post-Petition*

13

> *Financing And Prepetition Secured Debt (Docket No.*
> *6461)*
>
> *Notice Of Presentment Of Joint Stipulation And*
> *Agreed Order Compromising Proof Of Claim*
> *Number 11047 (JPMorgan Chase Bank, N.A.)*
> *(Docket No. 10877)*

|  |  |
|---|---|
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

D.    Contested Omnibus Claims Objection Matter

12.    **"Claims Objection Hearing Regarding Claim Of Azimuth North America LLC And Related Entities Et. Al"** – Claims Objection Hearing Regarding Claim Of Azimuth North America LLC And Related Entities Et. Al As Objected To On The Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7301)

|  |  |
|---|---|
| *Response Filed:* | *Creditor's Request To Hold Matter In Abeyance, In Response To Debtors' Eleventh Omnibus Claims Objection (Docket No. 7665)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7755)* |
|  | *Debtors' Supplemental Reply To The Response Of Azimuth North America LLC & Related Entities To The Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 10853)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims (B) Claims* |

14

*Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification Identified In Eleventh Omnibus Objection (Docket No. 7771)*

*Notice of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 15630 (Azimuth North America LLC & Related Entities Et Al.) (Docket No. 10422)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 15630 (Azimuth North America LLC & Related Entities Et Al.) (Docket No. 10523)*

*Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim No. 15630 (Azimuth North America LLC & Related Entities Et Al.) (Docket No. 10527)*

*Notice Of Adjournment Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim No. 15630 (Azimuth North America LLC & Related Entities Et Al.) (Docket No. 10739)*

15

Status:                    *The hearing with respect to this matter will be*
                           *proceeding.*

Dated:  New York, New York
            November 15, 2007

                    SKADDEN, ARPS, SLATE, MEAGHER
                        & FLOM LLP

                    By: /s/ John Wm. Butler, Jr.
                        John Wm. Butler, Jr. (JB 4711)
                        John K. Lyons (JL 4951)
                        Ron E. Meisler (RM 3026)
                    333 West Wacker Drive, Suite 2100
                    Chicago, Illinois  60606
                    (312) 407-0700

                           - and -

                    By: /s/ Kayalyn A. Marafioti
                        Kayalyn A. Marafioti (KM 9632)
                        Thomas J. Matz (TM 5986)
                    Four Times Square
                    New York, New York 10036
                    (212) 735-3000

                    Attorneys for Delphi Corporation, et al.,
                        Debtors and Debtors-in-Possession