# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

333 WEST WACKER DRIVE

CHICAGO, ILLINOIS 60606-1285

---

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

DIRECT DIAL
312-407-0610
EMAIL ADDRESS
JWHARTON@SKADDEN.COM

FIRM/AFFILIATE OFFICES
---
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 17, 2007

U. S. Bankruptcy Court Southern District
of New York
Att'n Intake Department
One Bowling Green
New York, NY 10004-1408

RE: Payment of fees to amend schedules of various affiliates and subsidiaries of Delphi Corporation

To whom it may concern:

On October 12, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession (collectively, the "Debtors") filed certain amendments to the Schedules of Assets and Liabilities of ten of the Debtor entities listed here:

| CASE NUMBER | DEBTOR |
|---|---|
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44554 | DELPHI TECHNOLOGIES, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 05-47474 | MOBILEARIA, INC. |

Enclosed please find a check in the amount of $260.00, made out to "U.S. Bankruptcy Court," for the aggregate amount due for the ten amendments ($26.00 per amendment).

OCT 17 2007

October 17, 2007
Page 2

Please contact me with any questions.

Regards,

*Joseph N. Wharton*

enclosure

651867.02-Chicago Server 2A - MSW