UNITED STATES
BANKRUPTCY COURT
Southern District of New York
One Bowling Green Division

# 0017404O - MP
October 23, 2007

| Code | Case # | Qty | Amount |
|---|---|---|---|
| AMENDMEN | 05-44507 | 10 @ 26.00 | 260.00 CK |

TOTAL→  260.00

FROM: AMENDMENTS-DELPHI CORP.
05-44507, 44511, 44539, 44554
44567, 44610, 44612, 44624,
44640, 47474