UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                            Chapter 11

DELPHI CORPORATION, ET AL.,                                       Case No. 05-44481-RDD

                        Debtors.                                  (Jointly Administered)

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      Mary Charles-Kennedy, being duly sworn, deposes and says:

      I am not a party to the action.  I am over the age of eighteen years and reside in Queens, New York.

      On November 15, 2007, I served a copy of the document listed below by causing true and correct copies of the same to be sent by hand delivery, to the persons listed on Exhibit A hereto, unless otherwise indicated:

NOTICE OF WITHDRAWAL OF RESPONSE TO
DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS.


/s/ Mary Charles-Kennedy
Mary Charles-Kennedy

Sworn to before me this 15th
day of November, 2007.


/s/ Carrie E. Mitchell
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

00055430

## Exhibit A

**Office of the United States Trustee**
**33 Whitehall Street**
**Suite 2100**
**New York, NY  10004**
**Attn: Alicia M. Leonhard**

**Delphi Corporation**
**5725 Delphi Drive**
**Troy, MI  48098**
**Attn: General Counsel**
**BY FEDERAL EXPRESS**

**Skadden, Arps, Slate, Meagher & Flom LLP**
**333 West Wacker Drive, Suite 2100**
**Chicago, IL  60606**
**Attn: John Wm. Butler, Jr.**
**BY FEDERAL EXPRESS**

**Fried, Frank, Harris, Shriver & Jacobson LLP**
**One New York Plaza**
**New York, NY  10004**
**Attn: Bonnie Steingart**

**Davis Polk & Wardwell**
**450 Lexington Avenue**
**New York, NY  10017**
**Attn: Donald Bernstein & Brian Resnick**

**Latham & Watkins LLP**
**885 Third Avenue**
**New York, NY  10022**
**Attn: Robert J. Rosenberg & Mark A. Broude**

00055430