LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
      mitchell.seider@lw.com
      mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

      Leslie Salcedo, being duly sworn, deposes and says:

      1.     I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.     On November 15, 2007, I caused true and correct copies of the Objection of the Official Committee of Unsecured Creditors to Debtors' Expedited Motion Under 11 U.S.C. § 363 and Fed. R. Bankr. P. 2002, 6004, 9006, and 9007 for Order Authorizing Debtors'

NY\1347870.1

Entry into Exit Facility Engagement and Fee Letters and Performance Thereunder, to be served

upon the parties identified in Exhibit A hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
15th day of November, 2007

/s/ Sarita Chalen
Sarita Chalen
Notary Public, State of New York
No. 01CH6028175
Qualified in Bronx County
Commission Expires July 26, 2009

NY\1347870.1

**Exhibit A**

**VIA OVERNIGHT MAIL**

| | |
|---|---|
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017<br>Attn: Donald S. Bernstein | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098<br>Attn: Sean Corcoran<br>        Karen Craft |
| United States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10004<br>Attn: Alicia M. Leonhard | Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>Attn: Kenneth S. Ziman<br>        Robert H. Trust<br>        William T. Russell, Jr. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr<br>Suite 2100<br>Chicago, IL  60606<br>Attn: John Wm Butler<br>      John K. Lyons<br>      Ron E. Meisler | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn: Bonnie Steingart |
| David S. Rosner<br>Kasowitz Benson Torress & Friedman LLP<br>1633 Broadway<br>New York, NY  10019 | |

**Exhibit B**

**VIA OVERNIGHT MAIL**

| | |
|---|---|
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Donald S. Bernstein | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: Sean Corcoran<br>         Karen Craft |
| United States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004<br>Attn: Alicia M. Leonhard | Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attn: Kenneth S. Ziman<br>         Robert H. Trust<br>         William T. Russell, Jr. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr<br>Suite 2100<br>Chicago, IL 60606<br>Attn: John Wm Butler<br>         John K. Lyons<br>         Ron E. Meisler | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn: Bonnie Steingart |