W. Timothy Miller (admitted *pro hac vice*)
Paige Leigh Ellerman (admitted *pro hac vice*)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
Telephone:  (513) 381-2838
Facsimile:  (513) 381-0205
miller@taftlaw.com
ellerman@taftlaw.com

*Counsel for US Aeroteam, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  | x |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | x |  |

**AMENDED AFFIDAVIT OF SERVICE**

STATE OF OHIO              )
                                       )    ss:
COUNTY OF HAMILTON    )

PAIGE LEIGH ELLERMAN, being duly sworn, deposes and states:

1. I am over the age of eighteen years and employed by Taft Stettinius & Hollister LLP, 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202, and I am not a party to the above-captioned action.

2. On November 15, 2007, I caused to be served a true and correct copy of the Notice of Withdrawal of Objection of Creditor US Aeroteam, Inc. to Debtors' Expedited Motion for Orders Under 11 U.S.C. § 363 and Federal Rule of

        Bankruptcy Procedure 2002, 6004 and 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form and Manner of Sale Notices, and (IV) Setting Sale Hearing Date and (B) Authorizing and Approving Sale by Delphi Automotive Systems, LLC and Delphi Automotive Technologies, Inc. of Certain Equipment and Other Assets Primarily Used in Debtors' Saginaw Chassis Business Free and Clear of Liens on the parties listed on the attached Exhibit A pursuant to the Notice of Expedited Motion (doc. no. 9369).

3.      The Withdrawal (doc. no. 10938) was filed with an attached Affidavit of Service. Upon filing the Withdrawal and Affidavit of Service, I realized that the Affidavit of Service failed to include my electronic signature. I am filing this Amended Affidavit of Service to correct that deficiency.

                          */s/ Paige Leigh Ellerman*
                          Paige Leigh Ellerman

Sworn to before me this
16th day of November, 2007

*/s/ Pamela L. Rein*
Notary Public, State of Ohio
My Commission Expires:  July 21, 2009

{W1131481.1}

# EXHIBIT A

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

Delphi Corporation
Attention:  General Counsel
5725 Delphi Drive
Troy, MI  48098

Skadden Arps Slate Meagher & Flom, LLP
Attention: John William Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Davis Polk & Wardwell
Attention:  Donald Bernstein, Esq.
And Brian Resnick, Esq.
450 Lexington Avenue
New York, NY  10017

Latham & Watkins LLP
Attention:  Robert J. Rosenberg, Esq.
And Mark A. Broude, Esq.
885 Third Avenue
New York, NY  10022

Fried Frank Harris Shriver & Jacobson LLP
Attention:  Bonnie Steingart, Esq.
One New York Plaza
New York, NY  10004

Office of the United States Trustee
For the Southern District of New York
Attention:  Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, NY  10004

{W1131481.1}