# EXHIBIT 1

A I Technologies LLC
640 S Vermont
Palatine IL 60067

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550077424 | $0.00 |

# EXHIBIT 1

Cadon Plating & Coatings LLC
3715 11th Street
Wyandotte MI 48192-6435

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number D0550037356 | $11,263.13 |

# EXHIBIT 1

D&M Custon Injection Moldings
D&M Plastics
P.O. Box 158
Burlington IL 60109

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550025067 | $0.00 |

# EXHIBIT 1

D&R Technology LLC
450 Windy Point Drive
Glendale Heights IL 60139

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550026176 | $1,519.20 |

# EXHIBIT 1

Dekalb Metal Finishing
P.O. Box 70
Auburn IN 46706

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number D0550022506 | $73,785.03 |

# EXHIBIT 1

IMS Gear
1234 Palmour Drive, Ste B
Gainesville GA 30

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550076636 | $994.08 |

# EXHIBIT 1

Industrial Paint & Strip Inc
47063 Black Walnut Pkwy
Woodfield OH 43793

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022508 | $877.18 |

# EXHIBIT 1

Industrial Paint & Strip Inc
47063 Black Walnut Pkwy
Woodfield OH 43793

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number D0550023157 | $17,910.75 |

# EXHIBIT 1

Industrial Steel Treating Co
P.O. Box 98
Jackson MI 49204-0098

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550053285 | $181.18 |

# EXHIBIT 1

Industrial Steel Treating Co
P.O. Box 98
Jackson MI 49204-0098

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550057036 | $27,892.46 |

# EXHIBIT 1

Intec Mexico LLC
640 S Vermont
Palatine IL 60067

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550076877 | $0.00 |

# EXHIBIT 1

Intec Mexico LLC
640 S Vermont
Palatine IL 60067

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550056603 | $0.00 |

# EXHIBIT 1

Jasper Rubber Products Inc
1010 1st  Avenue
Jasper IN 47546-3201

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022468 | $9,393.60 |

# EXHIBIT 1

Johnson Electric North America Inc
10 Progress Drive
Sheldon CT 06484

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550023954 | $0.00 |

# EXHIBIT 1

Lem Industries Inc
4852 Frusta Drive
Obetz OH 43207-4503

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550037361 | $43,002.77 |

# EXHIBIT 1

Lem Industries Inc
4852 Frusta Drive
Obetz OH 43207-4503

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550056605 | $4,282.56 |

# EXHIBIT 1

Lem Industries Inc
4852 Frusta Drive
Obetz OH 43207-4503

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550023116 | $2,164.38 |

# EXHIBIT 1

Mechanical & Industrial Fasteners
c/o Oidford & Associates
3555 Walnut Street
Port Huron MI 48060

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550076695 | $0.00 |

# EXHIBIT 1

Mechanical & Industrial Fasteners
c/o Oidford & Associates
3555 Walnut Street
Port Huron MI 48060

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550076696 | $0.00 |

# EXHIBIT 1

Micro Craft Inc
15656 Hwy 84, Country Road 242
Quitman GA 31643

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022878 | $542.40 |

# EXHIBIT 1

Newark Electro Plating Inc
30-32 E Harrison Street
Newark OH 43055

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550023138 | $0.00 |

# EXHIBIT 1

Newark Electro Plating Inc
30-32 E Harrison Street
Newark OH 43055

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550022542 | $2,357.30 |

# EXHIBIT 1

Olson International Ltd
Olson International
50 W North Avenue
Lombard IL 60148

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550076885 | $1,620.00 |

# EXHIBIT 1

PPG Industries Inc
c/o Dura Automotive
P.O. Box 746
Lawrenceburg TN 38464

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550023134 | $248,176.40 |

# EXHIBIT 1

Precision Products Group Inc
MI Spring & Stamping Div
P.O. Box 720
Muskegon MI 49443

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550023522 | $0.00 |

# EXHIBIT 1

Precision Products Group Inc
MI Spring & Stamping Div
P.O. Box 720
Muskegon MI 49443

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022914 | $84,627.74 |

# EXHIBIT 1

Select Industries Corp - Plant 3
P.O. Box 887
Dayton OH 45401

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550036037 | $13,704.95 |

# EXHIBIT 1

Universal Polymer & Rubber Inc
P.O. Box 767
Middlefield OH 44062-0767

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550023136 | $15,990.00 |

# EXHIBIT 1

Victory Packaging Inc
1597 Westbelt Drive
Columbus OH 43228-3839

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550054407 | $18,109.63 |

# EXHIBIT 1

Victory Packaging Inc
1597 Westbelt Drive
Columbus OH 43228-3839

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550054418 | $1,211.00 |

# EXHIBIT 1

Victory Packaging Inc
1597 Westbelt Drive
Columbus OH 43228-3839

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550058137 | $12,008.80 |

# EXHIBIT 1

Victory Packaging Inc
1597 Westbelt Drive
Columbus OH 43228-3839

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550054415 | $6,132.53 |

# EXHIBIT 1

Weastec Inc
1600 N High Street
Hillsboro OH 45133-9495

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550050633 | $197,824.95 |

# EXHIBIT 1

Worthington Industries Inc
200 Old Wilson Bridge
Columbus OH 43085-4769

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550022227 | $0.00 |

# EXHIBIT 1

Worthington Industries Inc
200 Old Wilson Bridge
Columbus OH 43085-4769

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022235 | $0.00 |

# EXHIBIT 1

Worthington Industries Inc
200 Old Wilson Bridge
Columbus OH 43085-4769

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022232 | $0.00 |

# EXHIBIT 1

Worthington Industries Inc
200 Old Wilson Bridge
Columbus OH 43085-4769

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550022229 | $0.00 |

# EXHIBIT 1

Yuhshin USA Ltd
Ortech
2806 Industrial Drive
Kirksville MO 63501-4832

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550038544 | $771,756.32 |

# EXHIBIT 1

Accurate Threaded Fastener Inc
ATF
25625 Southfield Road, Ste 206
Southfield MI 48075

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550055371 | $0.00 |

# EXHIBIT 1

Accurate Threaded Fastener Inc
ATF
25625 Southfield Road, Ste 206
Southfield MI 48075

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550053392 | $0.00 |

# EXHIBIT 1

Alps Electric Inc
Alps Automotive
1500 Atlantic Blvd
Auburn Hills MI 48236-1500

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550069250 | $0.00 |

# EXHIBIT 1

American Metal & Plastics Inc
450 32nd Street SW
Grand Rapids MI 49548-1021

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550024121 | $0.00 |

# EXHIBIT 1

American Metal & Plastics Inc
450 32nd Street SW
Grand Rapids MI 49548-1021

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550036346 | $0.00 |

# EXHIBIT 1

Angell Manufacturing Co
1516 Stanley Ave
Dayton OH 45404

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550055848 | $0.00 |

# EXHIBIT 1

Argent International Inc
Argent International
41016 Concept Drive
Plymouth MI 48170

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550078489 | $0.00 |

# EXHIBIT 1

Armada Rubber Manufacturing Co
P.O. Box 579
Armada MI 48005-0579

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number D0550058113 | $1,020.00 |

# EXHIBIT 1

Ashland Inc
Ashland Distibution Co
P.O. Box 2219
Columbus OH 43216-2219

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550078831 | $37,517.72 |

# EXHIBIT 1

ATF Inc
3550 W Pratt Blvd
Lincolnwood IL 60712-3798

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550059167 | $41,109.47 |

# EXHIBIT 1

ATF Inc
3550 W Pratt Blvd
Lincolnwood IL 60712-3798

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550054548 | $136,837.33 |

# EXHIBIT 1

BAE Industries Inc
24400 Sherwood Avenue
Center Line MI 48015-2023

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550022734 | $0.00 |

# EXHIBIT 1

Basell USA Inc
P.O. Box 15439
Wilmington MD 19850-5439

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550057023 | $0.00 |

# EXHIBIT 1

Bayer Corp
1111O'Neil Drive, SE
Newark Industrial Park
Hebron OH 43025-9660

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550074744 | $34,374.00 |

# EXHIBIT 1

Behr Hella Thermocontrol GmbH
Behr Hella
Hansastr 40
Lippstadt - 59557
Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550054507 | $67,282.84 |

# EXHIBIT 1

Behr-Hella Thermocontrol Inc
43811 Plymouth Oaks Blvd
Plymouth MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550069745 | $491,298.90 |

# EXHIBIT 1

Blackhawk Automotive Plastics Inc
Worthington Custom Plastics
500 N. Warpole Street
Upper Sandusky OH 43351-9344

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022081 | $0.00 |

# EXHIBIT 1

Blackhawk Automotive Plastics Inc
Worthington Custom Plastics
500 N. Warpole Street
Upper Sandusky OH 43351-9344

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022082 | $0.00 |

# EXHIBIT 1

Blackhawk Automotive Plastics Inc
Worthington Custom Plastics
500 N. Warpole Street
Upper Sandusky OH 43351-9344

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022369 | $0.00 |

# EXHIBIT 1

Blackhawk Automotive Plastics Inc
Worthington Custom Plastics
500 N. Warpole Street
Upper Sandusky OH 43351-9344

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550023880 | $0.00 |

# EXHIBIT 1

Blackhawk Automotive Plastics Inc
Worthington Custom Plastics
500 N. Warpole Street
Upper Sandusky OH 43351-9344

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550023883 | $0.00 |

# EXHIBIT 1

Blackhawk Automotive Plastics Inc
Worthington Custom Plastics
500 N. Warpole Street
Upper Sandusky OH 43351-9344

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550023699 | $0.00 |

# EXHIBIT 1

Blackhawk Automotive Plastics Inc
Worthington Custom Plastics
500 N. Warpole Street
Upper Sandusky OH 43351-9344

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022085 | $0.00 |

# EXHIBIT 1

Borg Instruments AG
Wilferdingen Benzstr 6
Remchingen - 75196
Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550026324 | $0.00 |

# EXHIBIT 1

California Industrial Products, Inc.
11525 Shoemaker Avenue
Santa Fe Springs CA 90670

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550037528 | $0.00 |

# EXHIBIT 1

Calsonic Kansei North America Inc
27000 Hills Tech Ct
Farmington Hills MI 48331

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550024355 | $0.00 |

# EXHIBIT 1

Casco Schoeller GmbH
Zuericher Str 3
Frankfurt - 60437
Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550054660 | $0.00 |

# EXHIBIT 1

Chicago Rivet & Machine Co Inc
P.O. Box 3061
Naperville IL 60566-7061

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550037897 | $1,553.52 |

# EXHIBIT 1

Columbia Industrial Sales Corp
Columbia Engineered Rubber
2501 Thunderhawk
Dayton OH 45414-3466

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550037646 | $475.83 |

# EXHIBIT 1

Creative Foam Corporation
Alloy Division
300 N. Alloy Drive
Fenton MI 48430-2648

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550059648 | $10,970.40 |

# EXHIBIT 1

Dae Yong Industry Co
1280-2 Chungweng-Dong
Shiheung-Shi Kyungki-Do - 429-450
South Korea

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550074308 | $0.00 |

# EXHIBIT 1

Derby Fabricating Inc
4500 Produce Road
Louisville KY 40218-3058

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550057348 | $34,846.08 |

# EXHIBIT 1

DR Schneider Automotive Systems Inc
5775 Brighton Pines Court
Howell MI 48843

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550064183 | $0.00 |

# EXHIBIT 1

Dura Automotive Systems Inc
2791 Research Drive
Rochester Hills MI 48309

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550072279 | $0.00 |

# EXHIBIT 1

Dura Automotive Systems Inc
2791 Research Drive
Rochester Hills MI 48309

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550024378 | $0.00 |

# EXHIBIT 1

Dura Automotive Systems Inc
2791 Research Drive
Rochester Hills MI 48309

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550037811 | $0.00 |

# EXHIBIT 1

Dynacast Canada Inc
330 Rue Avro
Pointe-Claire-Dorval PQ H9R 5W5
Canada

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550035538 | $0.00 |

# EXHIBIT 1

Emhart Teknologies LLC
49201 Gratiot
Chesterfield MI 48051

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number D0550023047 | $1,166.88 |

# EXHIBIT 1

Euromotive GmbH & Co KG Filiale
Schlosstrasse 26
5280 Braunau Am Inn
Ranshofen - -
Austria

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550055886 | $0.00 |

# EXHIBIT 1

Foster Electric (USA) Inc
1000 E State Pkwy, Ste G
Schaumburg IL 60173

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number D0550056746 | $650.40 |

# EXHIBIT 1

FPE Inc
30627 Orr Road
Circleville OH 43113

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550026244 | $0.00 |

# EXHIBIT 1

FPE Inc
30627 Orr Road
Circleville OH 43113

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550023235 | $0.00 |

# EXHIBIT 1

FPE Inc
30627 Orr Road
Circleville OH 43113

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550056470 | $0.00 |

# EXHIBIT 1

FTE Automotive USA Inc
4000 Pinnacle Court
Auburn Hills MI 48326

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550071928 | $0.00 |

# EXHIBIT 1

Fujikura America Inc
280 Interstate N Cir SE, Ste 530
Atlanta GA 30339

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550079361 | $0.00 |

# EXHIBIT 1

GHSP Inc
1250 S Beechtree Street
Grand Haven MI 49417

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number D0550054726 | $0.00 |

# EXHIBIT 1

Gobar Systems Inc
3320 E. 14th Street
Brownsville TX 78521

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550074848 | $0.00 |

# EXHIBIT 1

Hella Innenleuchten-SystemeGmbH
His Hella Innenleuchten Systeme GmbH
Wembach - 79677
Germany

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number D0550059423 | $12,893.76 |

# EXHIBIT 1

Hella KG Hueck & Co
Beckumer Str130
Lippstadt - 59555
Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550060467 | $105,440.38 |

# EXHIBIT 1

Hella KG Hueck & Co
Beckumer Str130
Lippstadt - 59555
Germany

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550055866 | $59,754.24 |

# EXHIBIT 1

Hella KG Hueck & Co
Beckumer Str130
Lippstadt - 59555
Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550055863 | $0.00 |

# EXHIBIT 1

Hoffman Manufacturing Inc
P.O. Box 217
Concord MI 49237-0217

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550023123 | $0.00 |

# EXHIBIT 1

Hoffman Manufacturing Inc
P.O. Box 217
Concord MI 49237-0217

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550023505 | $0.00 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP - Sales Distibution
12150 Merriman Road
Livonia MI 48150

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550025070 | $0.00 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP - Sales Distibution
12150 Merriman Road
Livonia MI 48150

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550037525 | $0.00 |

# EXHIBIT 1

JSP International
1443 E 12 Mile Road
Madison Heights MI 48071

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550074311 | $78,874.55 |

# EXHIBIT 1

Keats Manufacturing Co Inc
P. O. Box 526
Wheeling IL 60090-0526

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550057303 | $263.25 |

# EXHIBIT 1

Keats Manufacturing Co Inc
P. O. Box 526
Wheeling IL 60090-0526

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022784 | $1,382.28 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550055107 | $46,338.97 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550057889 | $24,811.59 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550076965 | $0.00 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550076967 | $0.00 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550057892 | $26,428.04 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550069744 | $0.00 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550079725 | $67,238.16 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550069743 | $20,190.80 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550055108 | $22,321.57 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550076966 | $0.00 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550070393 | $0.00 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number D0550070392 | $0.00 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550059574 | $7.63 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number D0550061271 | $102,344.71 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550076604 | $0.00 |

# EXHIBIT 1

Kostal of America Inc
25325 Regency Court
Novi MI 48375-2159

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550024125 | $0.00 |

# EXHIBIT 1

L&W Inc
L& W Engineering Co
6771 Haggerty Road
Belleville MI 48111-5101

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022312 | $1,454.54 |

# EXHIBIT 1

L&W Inc
L& W Engineering Co
6771 Haggerty Road
Belleville MI 48111-5101

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550052139 | $314,569.52 |

# EXHIBIT 1

Lacks Industries Inc
Lacks Trim Systems
4090 Barden Drive
Kentwood MI 49512

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550070370 | $18.83 |

# EXHIBIT 1

Lacks Industries Inc
Lacks Trim Systems
4090 Barden Drive
Kentwood MI 49512

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550057054 | $114,503.76 |

# EXHIBIT 1

Lear Corporation
21557 Telegraph Road
Southfield MI 48034

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550024452 | $0.00 |

# EXHIBIT 1

Lunt Manufacturing Co Inc
816 E 4th Street
Royal Oak MI 48067

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number D0550036043 | $0.00 |

# EXHIBIT 1

Lunt Manufacturing Co Inc
816 E 4th Street
Royal Oak MI 48067

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550024113 | $1,444,369.62 |

# EXHIBIT 1

Lunt Manufacturing Co Inc
816 E 4th Street
Royal Oak MI 48067

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550036018 | $0.00 |

# EXHIBIT 1

MEDALIST INDUSTRIES INC.
Medalist Indl. Fastener Div.
2700 York Rd.
Elk Village IL 60067

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550074346 | $651.39 |

# EXHIBIT 1

MEDALIST INDUSTRIES INC.
Medalist Indl. Fastener Div.
2700 York Rd.
Elk Village IL 60067

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550037527 | $2,343.51 |

# EXHIBIT 1

MEDALIST INDUSTRIES INC.
Medalist Indl. Fastener Div.
2700 York Rd.
Elk Village IL 60067

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550074562 | $0.00 |

# EXHIBIT 1

Meridian Technologies Inc
Meridan Sales Plymouth
352 Main Street, Ste 1
Plymouth MI 48170

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550050960 | $1,427,654.68 |

# EXHIBIT 1

MNP Corp
P.O. Box 189002
Utica MI 48138

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022056 | $0.00 |

# EXHIBIT 1

Multimatic Inc
Inmet
35 W. Wilmot Street
Richmond Hill-Ontario ON L4B 1L7
Canada

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550038338 | $0.00 |

# EXHIBIT 1

Multimatic Inc
Inmet
35 W. Wilmot Street
Richmond Hill-Ontario ON L4B 1L7
Canada

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550037097 | $0.00 |

# EXHIBIT 1

Multimatic Inc
Inmet
35 W. Wilmot Street
Richmond Hill-Ontario ON L4B 1L7
Canada

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550038344 | $0.00 |

# EXHIBIT 1

Peiker Acustic GmbH & Co Kg
Max-Planch-Str 30-32
Friedrichsdorf - 61381
Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550053829 | $0.00 |

# EXHIBIT 1

Pelzer HP Automotive Systems Inc
Manufacturing Plant
2415 Dove Street
Port Huron MI 48060

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550037794 | $113,480.90 |

# EXHIBIT 1

Poeppelmann Kunststoff-Technik GmbH
Postfach POSTFACH 1
Lohne - 49378
Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550072285 | $204.63 |

# EXHIBIT 1

Perkinelmer Optoelectronics
13720 Shoreline Court E
Earth City MO 63045

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550024137 | $0.00 |

# EXHIBIT 1

Perkinelmer Optoelectronics
13720 Shoreline Court E
Earth City MO 63045

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550036727 | $0.00 |

# EXHIBIT 1

Perkinelmer Optoelectronics
13720 Shoreline Court E
Earth City MO 63045

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550024137 | $38,048.50 |

# EXHIBIT 1

Perkinelmer Optoelectronics
13720 Shoreline Court E
Earth City MO 63045

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550036727 | $38,601.50 |

# EXHIBIT 1

Plascar Indde Comm Plasticos Ltda
Al Do Café 450 Indl
Varginha - 37026-400
Brazil

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550079866 | $0.00 |

# EXHIBIT 1

Polyone Corp
33587 Walker Road
Avon Lake OH 44012

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550057089 | $33,099.75 |

# EXHIBIT 1

PPG Industries Inc
c/o Dura Automotive
P.O. Box 746
Lawrenceburg TN 38464

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550057100 | $25,575.00 |

# EXHIBIT 1

PPG Industries Inc
c/o Dura Automotive
P.O. Box 746
Lawrenceburg TN 38464

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550057101 | $0.00 |

# EXHIBIT 1

Progressive Molded Prods EFT
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550079420 | $0.00 |

# EXHIBIT 1

Progressive Molded Prods EFT
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550024964 | $0.00 |

# EXHIBIT 1

Progressive Molded Prods EFT
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550035611 | $0.00 |

# EXHIBIT 1

Progressive Molded Prods EFT
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550038319 | $0.00 |

# EXHIBIT 1

Progressive Molded Prods EFT
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550050645 | $0.00 |

# EXHIBIT 1

Progressive Molded Prods EFT
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550024126 | $0.00 |

# EXHIBIT 1

Progressive Molded Prods EFT
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550035909 | $0.00 |

# EXHIBIT 1

Progressive Molded Prods EFT
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550072730 | $0.00 |

# EXHIBIT 1

Progressive Molded Prods EFT
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number D0550055955 | $0.00 |

# EXHIBIT 1

Progressive Molded Prods EFT
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550052377 | $0.00 |

# EXHIBIT 1

Progressive Molded Prods EFT
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550024134 | $0.00 |

# EXHIBIT 1

Progressive Molded Prods EFT
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550024513 | $0.00 |

# EXHIBIT 1

Radolid Thiel GmbH
Loesenbacher Lanstr 166
Luedenscheid - 58487
Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550071876 | $193.01 |

# EXHIBIT 1

Semblex Corp
199 W Diversey
Elmhurst IL 60126-1162

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022051 | $1,547.25 |

# EXHIBIT 1

Semblex Corp
199 W Diversey
Elmhurst IL 60126-1162

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550022052 | $3,640.00 |

# EXHIBIT 1

Sidler GmbH & Co Kg
Sidler
Bismarkstr 72
Tuebingen - 72072
Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550055869 | $43,620.00 |

# EXHIBIT 1

Siemens Electric Ltd
Siemens Automotive
1020 Adeline Street S
London-Ontario ON N6E 1R6
Canada

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550074849 | $35,290.86 |

# EXHIBIT 1

Siemens Electric Ltd
Siemens Automotive
1020 Adeline Street S
London-Ontario ON N6E 1R6
Canada

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550074368 | $704,706.61 |

# EXHIBIT 1

Siemens VDO Automotive AG
Postfach POSTFACH 1
Regensburg - 93055
Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550058187 | $0.00 |

# EXHIBIT 1

Siemens VDO SA de CV
CRS Airbags & Restraint Systems
Camino A La Tijera 3 KM 3.5
Tiajomulco de Zuniga - 45640
Mexico

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550024453 | $1,033,178.21 |

# EXHIBIT 1

Societe en Commandite Ifastgroupe
Infasco Nut Division
3990 Nashua Drive
Mississauga-Ontario ON L4V 1P8
Canada

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550024122 | $1,056.00 |

# EXHIBIT 1

Societe en Commandite Ifastgroupe
Infasco Nut Division
3990 Nashua Drive
Mississauga-Ontario ON L4V 1P8
Canada

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550037530 | $1,372.80 |

# EXHIBIT 1

Sternplastik Hellstern GmbH & Co KG
Hegaustr 9
Villingen Schwenningen - 78054
Germany

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550057879 | $0.00 |

# EXHIBIT 1

Stocker Hinge Mfg Co
P.O. Box 149
Brookfield IL 60513-0149

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550023630 | $0.00 |

# EXHIBIT 1

Strattec Security Corp
3333 W Good Hope Road
Milwaukee WI 53209

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550052572 | $0.00 |

# EXHIBIT 1

Summit Polymers Inc
Syntech Plant
1211 Progress Street
Sturgis MI 49091

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022680 | $0.00 |

# EXHIBIT 1

Summit Polymers Inc
Syntech Plant
1211 Progress Street
Sturgis MI 49091

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550078021 | $0.00 |

# EXHIBIT 1

Summit Polymers Inc
Syntech Plant
1211 Progress Street
Sturgis MI 49091

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022659 | $0.00 |

# EXHIBIT 1

Summit Polymers Inc
Syntech Plant
1211 Progress Street
Sturgis MI 49091

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550079829 | $0.00 |

# EXHIBIT 1

Textron Fastening Systems Inc
345 E. Marshall Street
Wytheville VA 24382-3917

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550060281 | $5,223.71 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
152 Glen Road
Mountainside NJ 07092-0214

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550023049 | $1,573.20 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
152 Glen Road
Mountainside NJ 07092-0214

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550022863 | $0.00 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
152 Glen Road
Mountainside NJ 07092-0214

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550035742 | $1,110.83 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
152 Glen Road
Mountainside NJ 07092-0214

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550037529 | $0.00 |

# EXHIBIT 1

Totoku Electric Co Ltd
1-3-21 Okubo
Shinjuku Ku
Tokyo - 169-0072
Japan

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550064079 | $12,492.00 |

# EXHIBIT 1

TRW Automotive Electronics & Company
23855 Research Drive
Farmington Hills MI 48335

| Contract to be assumed: | Cure amount: |
| :---: | :---: |
| Purchase Order Number D0550055042 | $0.00 |

# EXHIBIT 1

Tyco Electronics Corp
301 Robey
Franklin KY 42134

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550054945 | $5,875.20 |

# EXHIBIT 1

Tyco Electronics Corp
301 Robey
Franklin KY 42134

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550026429 | $0.00 |

# EXHIBIT 1

Valeo Climate Control Corp
3620 Symmes Road
Hamilton OH 45015

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550054579 | $252,143.57 |

# EXHIBIT 1

Victory Packaging Inc
1597 Westbelt Drive
Columbus OH 43228-3839

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550069367 | $0.00 |

# EXHIBIT 1

Victory Packaging Inc
1597 Westbelt Drive
Columbus OH 43228-3839

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550054460 | $1,116.67 |

# EXHIBIT 1

Victory Packaging Inc
1597 Westbelt Drive
Columbus OH 43228-3839

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550054457 | $0.00 |

# EXHIBIT 1

Victory Packaging Inc
1597 Westbelt Drive
Columbus OH 43228-3839

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550059612 | $0.00 |

# EXHIBIT 1

Viking Plastics Inc
1 Viking Street
Corry PA 16407

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550072717 | $0.00 |

# EXHIBIT 1

Viking Plastics Inc
1 Viking Street
Corry PA 16407

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Number D0550072716 | $0.00 |

# EXHIBIT 1

Wren Industries Inc
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Number D0550059245 | $0.00 |

# EXHIBIT 1

Wren Industries Inc
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550023485 | $0.00 |

# EXHIBIT 1

Wren Industries Inc
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order Number D0550035501 | $0.00 |