# EXHIBIT 1

Northtown Business Center, LLC
104 Armour Road
North Kansas City MO 64116

| Contract to be assumed and/or assigned: |
| --- |
| Lease Agreement related to premises at 144 W. 23rd Ave., N. Kansas City, Missouri |

# EXHIBIT 1

First Industrial, L.P.
311 South Wacker Drive
Suite 4000
Chicago IL 60606

| Contract to be assumed and/or assigned: |
| :---: |
| Lease of Industrial Warehouse Facilities for Orion Township, MI between First Industrial, L.P. and Delphi Automotive Systems LLC, dated February 28, 2003, First Amendment to Lease of Industrial Warehouse Facilities for Orion Township, MI between First Industrial, L.P. and Delphi Automotive Systems LLC, Second Amendment to Lease of Industrial Warehouse Facilities for Orion Township, MI between First Industrial, L.P. and Delphi Automotive Systems LLC |

# EXHIBIT 1

A Schulman, Inc.
Attn:  President
3550 West Market Street
Akron OH 44333

| Contract to be assumed and/or assigned: |
|---|
| License Agreement between Delphi Technologies, Inc. and A. Schulman, Inc., dated October 3, 2007 |

# EXHIBIT 1

Richard Lektzian
439 Whitney
Rochester Hills MI 48307

| Contract to be assumed and/or assigned: |
|---|
| Employment Agreement, dated June 22, 2004 |

# EXHIBIT 1

Vehicle Security Systems Limited
Mr. J. P. Chevalier
28-32 Wellington Road
London - NW8 9SP
UK

| **Contract to be assumed and/or assigned:** |
|---|
| Licnese Agreement between Delphi Automotive Systems LLC and Vehicle Security Systems Ltd., dated September 24, 2007 |

# EXHIBIT 1

Lear Corporation
21557 Telegraph Road
Southfield MI 48034

| **Contract to be assumed and/or assigned:** |
| --- |
| License Agreement between Delphi Technologies, Inc. and Lear Corporation, dated February 9, 2004 |

# EXHIBIT 1

General Motors Corporation
Attn:  Legal Staff
300 Renaissance Center
Detroit MI 48265-3000

| Contract to be assumed and/or assigned: |
| :---: |
| Assignment of License, dated December 10, 1988, by General Motors Corporation to Delphi Automotive Systems LLC re: Consumers Power Company |

# EXHIBIT 1

MS-2 LLC
P.O. Box 980
Gadsden AL 35902

| Contract to be assumed and/or assigned: |
|:---:|
| License Agreement, dated May 2, 2006, between Delphi Automotive Systems LLC and MS-2 LLC |

# EXHIBIT 1

Cami Automotive Inc
P.O. Box 1005
300 Ingersoll Street
Ingersoll ON N5C 4A6
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 000605, 000605, 000605, 000922, 000922 |

# EXHIBIT 1

Alphabet Portland
700 Industrial Drive
Portland IN 47371

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 05554, JCI40017 |

# EXHIBIT 1

Alphabet Portland
700 Industrial Drive
Portland IN 47371

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 07446, 07445 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 0HK6004D, 0HK6004C |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 0HK6004H |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 0HK6004J |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 0HK6004N, 0HK6004N, 0HK6004P, 0HK6004R |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 0HK70039 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 0HK7003B |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 0HK7003C |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 0HK7003D |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 0JX10006 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 0JX1000B, 0JX1000B |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 0JX20003 |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 0JX20005 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 0JX30003 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 0JX30005 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 0NBX00JZ, ONBX00JX, ONBX00JW, 0NBX00JV |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 0XLZ000T |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 0XLZ008P; 0XLZ008R; 0XLZ0012; 0XLZ0013; 0XLZ0014; 0XLZ0018; 0XLZ0049; 0XLZ0055; 0XLZ0056; 0XLZ0059; 0XLZ00NL |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 0XLZ00D7; 0XLZ00D8; 0XLZ00FX; 0XLZ00GW; 0XLZ00GX; 0XLZ00GZ; 0XLZ00H0; 0XLZ00H1; 0XLZ00H2; 0XLZ00H3; 0XLZ00H4; 0XLZ00HW; 0XLZ00HZ; 0XLZ00JF; 0XLZ00JG; 0XLZ00JH; 0XLZ00JJ; 0XLZ00JK; 0XLZ00JL; 0XLZ00JM; 0XLZ00JN; 0XLZ00JP; 0XLZ00K3; 0XLZ00K4; 0XLZ00K8; 0XLZ00K; 0XLZ00KB; 0XLZ00KC; 0XLZ00KD; 0XLZ00KF; 0XLZ00KJ; 0XLZ00KK; 0XLZ00KM; 0XLZ00KN; 0XLZ00KP; 0XLZ00KT; 0XLZ00KW; 0XLZ00KX; 0XLZ00KZ; 0XLZ000L |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 0XLZ00KJ, 0XLZ000X |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| :---: |
| Purchase Order Number(s) 0XLZ00MP, 0XLZ00MR |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 0XLZ00N7, 0XLZ001C, 0XLZ0045 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 0XLZ00N8, 0XLZ00N9, 0XLZ00NB, 0XLZ00NB, 0XLZ00NC, 0XLZ00ND, 0XLZ00ND, 0XLZ00NF |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 0XLZ00NM, 0XLZ00NM, 0XLZ00NN, 0XLZ00NN, 0XLZ00NP, 0XLZ00NR, 0XLZ00PB, 0XLZ00PC, 0XLZ00PF |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 0XLZ00PJ; 0XLZ00PK; 0XLZ00PR; 0XLZ00PT; 0XLZ00TD; 0XLZ00R4; 0XLZ00R5; 0XLZ00R7; 0XLZ00RB; 0XLZ00RC; 0XLZ00RD; 0XLZ00RF; 0XLZ00RG; 0XLZ00RH; 0XLZ00RJ; 0XLZ00RK; 0XLZ00RL; 0XLZ00RM; 0XLZ00RN; 0XLZ00RP; 0XLZ00RR; 0XLZ00RT; 0XLZ00RV; 0XLZ00RW; 0XLZ00RX; 0XLZ00RZ; 0XLZ00T0; 0XLZ00T1 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 0XLZ00PP |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 0XLZ00T3, 0XLZ00T3, 0XLZ00T2, 0XLZ00V0, 0XLZ00TZ, 0XLZ00R9 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 0XLZ00TF; 0XLZ00TG; 0XLZ00TH; 0XLZ00TL; 0XLZ00TM; 0XLZ00TP; 0XLZ00TT |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 0XLZ00TV, 0XLZ00TW, 0XLZ00TX, 0XLZ00V1, 0XLZ00V2, 0XLZ00V3, 0XLZ00V4, 0XLZ00V5 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 0XLZ00V6, 0XLZ00V7, 0XLZ00V8, 0XLZ00V9, 0XLZ00VB, 0XLZ00VC, 0XLZ00VD, 0XLZ00VF, 0XLZ00VG, 0XLZ00VH, 0XLZ00VJ, 0XLZ00VK |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 0XLZ00ZR, 0XLZ00ZT, 0XLZ00ZV, 0XLZ00ZP |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 0XLZ00ZX; 0XLZ00TR; 0XLZ00ZW; 0XLZ00W3; 0XLZ00W4; 0XLZ00W5; 0XLZ00W6; 0XLZ00W7; 0XLZ00W8; 0XLZ00W9; 0XLZ00WB; 0XLZ00WC; 0XLZ00WD; 0XLZ00WF; 0XLZ00WG; 0XLZ00WH; 0XLZ00VM; 0XLZ010W; 0XLZ00PX; 0XLZ00PZ; 0XLZ00T4; 0XLZ00T5; 0XLZ00ZZ; 0XLZ0100; 0XLZ011M; 0XLZ011L; 0XLZ00R1 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 0ZDT0012; 0ZDT0013; 0ZDT0014; 0ZDT0015; 0ZDT0017; 0ZDT0018; 0ZDT001L; 0ZDT001R; 0ZDT0011; 0ZDT001C; 0ZDT001D |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 0ZDT001J, 0ZDT001K, 0ZDT001M, 0ZDT001N |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 0ZDT0022, 0ZDT0024 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 0ZDT0023 |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 122380, 106145, 122383, 113686 |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 122383, 113686, 116288, 123054 |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 1248000M |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1248000R |

# EXHIBIT 1

Pintura Estampado y Montaje SA de CV
Carr. Celaya - Salamanca Km 5
Celaya GTO C.P. A.P. - 494
Mexico

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 1429, 1440 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 14BX001B, 14BX001B |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 14BX001R, 14BX001R, 14BX001T, 14BX001V |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 14BX002M, 14BX002N |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 14BX0039 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 14BX003H, 14BX003H, 14BX003J, 14BX003J, 14BX003P, 14BX003R, 14BX006W, 14BX006W |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 14BX007P, 14BX002Z, 14BX002W, 14BX002P |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 14BX007W, 14BX008D, 14BX008D, 14BX008J, 14BX008R, 14BX008T, 14BX008V, 14BX008W, 14BX0062 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 14BX0080, 14BX0088, 14BX0088, 14BX0089, 14BX0089, 14BX0094, 14BX0094 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 14BX008L |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



|  Contract to be assumed and/or assigned:  |
|---|
| Purchase Order Number(s) 14BX009Z, 14BX009Z, 14BX0036, 14BX0037, 14BX0037 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 14BX00B0, 14BX00B0, 14BX00B2, 14BX00B2, 14BX00BF, 14BX00BF, 14BX00BG, 14BX00BG, 14BX00C3, 14BX00C4 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 14BX00C8 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 14BX00CF; 14BX00CG; 14BX00CH; 14BX00CJ; 14BX00CK; 14BX00CL; 14BX00CN; 14BX00CP; 14BX00CR; 14BX00CT; 14BX00CV; 14BX00CX; 14BX00CZ; 14BX00D0; 14BX00D1; 14BX00D2; 14BX00D3; 14BX00D4; 14BX00D6; 14BX00DB; 14BX00DC; 14BX00DD; 14BX00DF; 14BX00DG; 14BX00DH; 14BX00DL; 14BX00DM; 14BX00DN; 14BX00DP; 14BX00DV; 14BX00DW |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 14BX00D9, 14BX00DZ |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 14BX00DT, 14BX00DT |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 14BX00F8 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 14BX00F9, 14BX00F9 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 14BX00FB, 14BX00F7 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 14BX00FC |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 14BX00FK, 14BX00D7, 14BX00DX |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 14BX00G2; 14BX00FL; 14BX00FN; 14BX00FP; 14BX00FR; 14BX00FT; 14BX00FV; 14BX00FW; 14BX00FX; 14BX00G4; 14BX00FM; 14BX00G0; 14BX00G1; 14BX00G3 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 14BX00G9, 14BX00DK, 14BX00DJ |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 14Z6000P |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| :---: |
| Purchase Order Number(s) 14Z6000P, 14Z6000R, 14Z6000R, 14Z6000X, 14Z6000X, 14Z60010, 14Z60010 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 14Z60018, 14Z60014, 14Z60012, 14Z60013, 14Z60015, 14Z60017 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| :---: |
| Purchase Order Number(s) 14Z6001B |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1BBH000G |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 1BBH000N |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1BBH000R |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1DK6001L, 1DK6001L |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 1F8X0001 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F8X001D |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F8X001F |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 1F8X001G |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F8X001H |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8X001L, 1F8X001M |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 1F8X002K |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 1F8X002L |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 1F8X004V; 1F8X0057; 1F8X004R; 1F8X004T; 1F8X004W; 1F8X004X; 1F8X004Z; 1F8X005D; 1F8X005F; 1F8X005G; 1F8X005H; 1F8X007F; 1F8X00F1; 1F8X00F2; 1F8X00F3; 1F8X00F6; 1F8X00F5; 1F8X00DN; 1F8X00DM; 1F8X00DK; 1F8X00DL; 1F8X00DX; 1F8X008J; 1F8X00DF |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 1F8X007N, 1F8X00FK |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F8X008F |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8X008K |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F8X009W, 1F8X009H, 1F8X009G, 1F8X009C, 1F8X009B |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8X009X |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 1F8X00CT |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8X00D9, 1F8X00DB, 1F8X00C7, 1F8X00C8 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8X00DC |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F8X00DD |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F8X00DH; 1F8X00DG; 1F8X00DJ; 1F8X008R; 1F8X009J; 1F8X009P; 1F8X0047; 1F8X0050; 1F8X0055; 1F8X0056; 1F8X00F4; 1F8X00F0; 1F8X00FJ; 1F8X00FH; 1F8X0086; 1F8X00FG; 1F8X00FF; 1F8X00DW; 1F8X0091; 1F8X0093; 1F8X0094; 1F8X0095; 1F8X0096; 1F8X0099 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 1F8X00DZ |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F8X00F7; 1F8X00DP; 1F8X00DR; 1F8X00DT; 1F8X00DV; 1F8X00D1; 1F8X00D4; 1F8X00D2; 1F8X00D3; 1F8X00CZ; 1F8X00D0; 1F8X00FB |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F8X00F8 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 1F8X00F9, 1F8X00CR |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F8X00FD, 1F8X00FC |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8X00FM |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 1F8X00FN |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8Z0001 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8Z000B |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1F8Z000C |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F8Z000D |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F8Z000F |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8Z000L |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8Z000M |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 1F8Z000R, 1F8Z000T |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F8Z001B; 1F8Z001C; 1F8Z001D; 1F8Z001F; 1F8Z001G; 1F8Z001H; 1F8Z001J; 1F8Z002C; 1F8Z0019; 1F8Z0029 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8Z002B |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8Z002D |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1F8Z002H |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8Z002T, 1F8Z002V |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1F8Z003C |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 1F8Z003H, 1F8Z002F |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1F8Z003N |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1F8Z003P |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 1F8Z003T, 1F8Z003J |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8Z003V |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 1F8Z003X, 1F8Z003W |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8Z003Z |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 1F8Z0040 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F8Z0041, 1F8Z003M |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1F8Z0042 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1F8Z0043 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F8Z0044, 1F8Z003R |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F940008 |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 1F940009 |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F94000H |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F94000J |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F94001C; 1F94001D; 1F94001F; 1F94001G; 1F94001M; 1F94001N; 1F94001P; 1F94001R; 1F94001T |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1F94001W |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 1F94001Z |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1F940022 |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F94002N |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F94002W |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F94002X |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F94002Z |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F940030 |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F940033, 1F940034 |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F940036, 1F940035 |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1F940037 |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1F940038 |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 1F940039 |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F94003B |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F94003C |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F94003D |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F96000D, 1F96000D |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 1F96000F, 1F96000F, 1F96000G, 1F96000G, 1F96000H, 1F96000H |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 1F96000T, 1F96000R, 1F96000P, 1F96000V, 1F96000N |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 1F960010 |

# EXHIBIT 1

Ford Motor Company of Canada Limited c/o John A Galbraith
Body & Exterior Commodity
VPO Room 3W144 - Mail Drop
5500 Autoclub Drive
Dearborn MI 48126

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 200400055178 |

# EXHIBIT 1

Android Industries - Genesee
50777 Varsity Court
Wixom MI 48393

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 23000006 |

# EXHIBIT 1

Android Industries - Doraville
50777 Varsity Court
Wixom MI 48393

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 31000080 |

# EXHIBIT 1

Mercedes-Benz AG
HP X477 PMC 32
Sindelfingen - 71063
Germany

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 342909047; 707509236; 357706488; 451516175; 707509788; 707509638; 451516082; 707510691; 827901916; 1092300071; 948500686; 357706488; 361829078; 816500704; 835404886; 357706557; 944601454; 1092300080; 827901844; 361829042; 944603095; 442404247; 6400017611; 944601430; 342909053; 707509452; 944601640; 944601610; 357706476; 357706551; 707509494; 707509737; 937802978; 442404550; 451516040; 827901556; 348206407; 640101340; 825403674; 707509305; 944602459; 707509278; 707509206; 707509191; 707509185; 707509398; 707509341; 707509191; 825403134; 825403224; 563108672; 595004727 |

# EXHIBIT 1

Mercedes-Benz U.S. International, Inc
P.O. Box 100
Tuscaloosa AL 35403-0100

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 342909047; 707509236; 357706488; 451516175; 707509788; 707509638; 451516082; 707510691; 827901916; 1092300071; 948500686; 357706488; 361829078; 816500704; 835404886; 357706557; 944601454; 1092300080; 827901844; 361829042; 944603095; 442404247; 6400017611; 944601430; 342909053; 707509452; 944601640; 944601610; 357706476; 357706551; 707509494; 707509737; 937802978; 442404550; 451516040; 827901556; 348206407; 640101340; 825403674; 707509305; 944602459; 707509278; 707509206; 707509191; 707509185; 707509398; 707509341; 707509191; 825403134; 825403224; 563108672; 595004727 |

# EXHIBIT 1

DaimlerChrysler
CIMS 484-03-20
800 Chrysler Drive
Auburn Hills MI 48326-2757

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 442303233 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450135927 |

# EXHIBIT 1

Progressive Marketing Inc.
Progressive Moulded Products Inc
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450135927 |

# EXHIBIT 1

OEM Erie Inc
1810 W 20th Street
Erie PA 16502-2001

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450143182 |

# EXHIBIT 1

Wren Industries Inc
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450146572, 450146572 |

# EXHIBIT 1

Yuhshin USA Ltd
Ortech
2806 Industrial Road
Kirksville MO 63501-4832

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450147433, 450147433 |

# EXHIBIT 1

Yuhsin USA Ltd
Ortech
2806 Industrial Road
Kirksville MO 63501-4832

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450147433, 450147433 |

# EXHIBIT 1

Walco Corp
P.O. Box 9
Gelenshaw PA 15116-0009

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450148936 |

# EXHIBIT 1

Walco Corp
P.O. Box 9
Glenshaw PA 15116-0009

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450148936 |

# EXHIBIT 1

Country Boy Products Inc
5706 W US Highway 10
Ludington MI 49431-2452

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450151696 |

# EXHIBIT 1

ISO Trude Inc
1705 Eaton Drive
Grand Haven MI 49417

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450151696, 450151696 |

# EXHIBIT 1

ISO Trude Inc
1705 Eaton Drive
Grand Haven MI 49417-2824

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450151696, 450151696 |

# EXHIBIT 1

GKN Sinter Metals-Saint Mary's
104 Fairview Road
Kersey PA 15846

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450153945 |

# EXHIBIT 1

JMS Plastics Inc
52275 State Road 933 N
South Bend IN 46637

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450156194 |

# EXHIBIT 1

JMS Plastics Inc
52275 State Road, 933N
South Bend IN 46637

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450156194 |

# EXHIBIT 1

Taigene Electric Machinery Co Ltd
138 Fu Yuan Road
Lungtan Hsiang Taoyuan H - 32553
Taiwan

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450166190 |

# EXHIBIT 1

Olson International Ltd
Olson International
50 W North Avenue
Lombard IL 60148



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450177791, 450177791 |

# EXHIBIT 1

Olson International Ltd
Olson International
50 W. North Avenue
Lombard IL 60148

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450177791, 450177791 |

# EXHIBIT 1

Jason Inc
Sackner Products Division
7125 Orchard Lake, Ste 304
West Bloomfield MI 48322

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450182665, 450182665 |

# EXHIBIT 1

Jason Inc
Sackner Products Division
7125 Orchard Lake, Ste 304
West Bloomfield MI 48322

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450182665, 450182665 |

# EXHIBIT 1

Duluth Environmental Services
7301 Parkway Drive
Hanover MD 21076-1159

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450188674 |

# EXHIBIT 1

Duluth Environmental Services
7301 Parkway Drive
Hanover MD 21076-1159

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450188693 |

# EXHIBIT 1

Yuhshin USA Ltd
Ortech
2806 Industrial Road
Kirksville MO 63501-4832

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450192299, 450192299 |

# EXHIBIT 1

Yuhsin USA Ltd
Ortech
2806 Industrial Road
Kirksville MO 63501-4832

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450192299, 450192299 |

# EXHIBIT 1

FPE Inc
30627 Orr Road
Circleville OH 43113

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450198605 |

# EXHIBIT 1

Precision Southeast Inc
P.O. Box 50610
Myrtle Beach SC 29579

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450200629, 450200629 |

# EXHIBIT 1

Graber-Rogg Inc
22 Jackson Drive
Cranford NJ 07016-3609

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450202631, 450202631 |

# EXHIBIT 1

Graber-Rogg Inc.
22 Jackson Drive
Cranford NJ 07016-3609

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450202631, 450202631 |

# EXHIBIT 1

L&W Inc
L& W Engineering Co
6771 Haggerty Road
Belleville MI 48111-5101

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450202938 |

# EXHIBIT 1

L&W Inc
L&W Engineering Co
6771 Haggerty Road
Belleville MI 48111-5101

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450202938 |

# EXHIBIT 1

OEM Erie Inc
1810 W 20th Street
Erie PA 16502-2001

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450207238, 450207238 |

# EXHIBIT 1

Precision Southeast Inc
P.O. Box 50610
Myrtle Beach SC 29579

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450207375, 450207375 |

# EXHIBIT 1

Kent Tool & Die Inc
50605 Richard W Blvd
Chesterfield MI 48051

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450208928 |

# EXHIBIT 1

Derby Fabricating LLC
4500 Produce Road
Louisville KY 40218-3058

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 450209776, 450209776 |

# EXHIBIT 1

JSP International
1443 E 12 Mile Road
Madison Heights MI 48071

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450216375, 450225872 |

# EXHIBIT 1

JSP International
1443 E. 12 Mile Road
Madison Heights MI 48071

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450216375, 450225872 |

# EXHIBIT 1

Ficosa North America Corp
Ficosa Cables
30870 Stephenson Hwy
Madison Heights MI 48071

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450219712, 450219712 |

# EXHIBIT 1

Ficosa North America Corp
Ficosa Cables
30870 Stephenson Hwy
Madison Heights MI 48071

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450219712, 450219712 |

# EXHIBIT 1

Plastech Engineered Products Inc
Plastech
539 Belevedere Drive N
Gallatin TN 37066-5409

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450222106 |

# EXHIBIT 1

Plastech Engineered Products Inc
Plastech
539 Belvedere Drive N
Gallatin TN 37066-5409

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450222106 |

# EXHIBIT 1

Techform Products Ltd
c/o Connelly Co
8424 E. 12 Mile
Warren MI 48093



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450227007, 450227007, 450227010, 450227010, 450227011, 450227011 |

# EXHIBIT 1

Techform Products Ltd
c/o Connelly Co
36155 Mound Road
Sterling Heights MI 48310

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450227007, 450227007, 450227010, 450227010, 450227011, 450227011 |

# EXHIBIT 1

Lorentson Manufacturing Co
P.O. Box 932
Kokomo IN 46903

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 450227624, 450227624 |

# EXHIBIT 1

Access Electronics Inc
4190 Grove Ave
Gurnee IL 60031

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450228042, 450228042 |

# EXHIBIT 1

Techform Products Ltd
c/o Connelly Co
36155 Mound Road
Sterling Heights MI 48310

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450230701 |

# EXHIBIT 1

GDX Automotive Inc
36600 Corporate Drive
Farmington Hills MI 48331

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 45023478, 45023478 |

# EXHIBIT 1

Select Industries Corp
P.O. Box 887
Dayton OH 45401-0887

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450242712, 450242712 |

# EXHIBIT 1

Select Industries Corp.
P.O. Box 887
Dayton OH 45401-0887

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450242712, 450242712 |

# EXHIBIT 1

Raches, CH Inc
1100 N Opdyke Road, Ste 200
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450245153, 450245153 |

# EXHIBIT 1

Raches, CH Inc
1100N. Opydyke Road, Ste 200
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450245153, 450245153 |

# EXHIBIT 1

GDX Automotive Inc
36600 Corporate Drive
Farmington Hills MI 48331

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450253478, 450253478 |

# EXHIBIT 1

Cadillac Products Inc
5800 Crooks Road, Ste 100
Troy MI 48098

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450253938, 450253938 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450254652 |

# EXHIBIT 1

Progressive Marketing Inc.
Progressive Moulded Products Inc
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450254652 |

# EXHIBIT 1

Graber-Rogg Inc
22 Jackson Drive
Cranford NJ 07016-3609

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450262346, 450262346, 450263077, 450263077 |

# EXHIBIT 1

Graber-Rogg Inc.
22 Jackson Drive
Cranford NJ 07016-3609



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450262346, 450262346, 450263077, 450263077, |

# EXHIBIT 1

GDX Automotive Inc
36600 Corporate Drive
Farmington Hills MI 48331

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450263298, 450263298 |

# EXHIBIT 1

Summit Polymers Inc
15101 N. Commerce Drive
Dearborn MI 48120

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450266213 |

# EXHIBIT 1

Olson International Ltd
Olson International
50 W North Avenue
Lombard IL 60148

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450267953 |

# EXHIBIT 1

Olson International Ltd
Olson International
50 W. North Avenue
Lombard IL 60148

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450267953 |

# EXHIBIT 1

GDX Automotive Inc
36600 Corporate Drive
Farmington Hills MI 48331

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450267958, 450267958 |

# EXHIBIT 1

Taigene Electric Machinery Co Ltd
138 Fu Yuan Road
Lungtan Hsiang Taoyuan H - 32553
Taiwan

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450275327, 450275327 |

# EXHIBIT 1

FPE Inc
30627 Orr Road
Circleville OH 43113

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450278222, 450278223 |

# EXHIBIT 1

FPE Inc
30627 Orr Road
Circleville OH 43113

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450278224 |

# EXHIBIT 1

FPE Inc
30627 Orr Road
Circleville OH 43113

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450278226 |

# EXHIBIT 1

A Raymond Inc
3091 Research Drive
Rochester Hills MI 48309-3581

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450278233 |

# EXHIBIT 1

Bing Metals Group Inc
Stamp & Assembly Division
1200 Woodland Ave
Detroit MI 48211

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450279982, 450279982 |

# EXHIBIT 1

Bing Metals Group Inc
Stamp & Assembly Division
1200 Woodland Avenue
Detroit MI 48211

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450279982, 450279982 |

# EXHIBIT 1

Cadillac Products Inc
5800 Crooks Road, Ste 100
Troy MI 48098

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450281498 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Ave
Miami Lakes FL 33014

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450281502, 450281502 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Avenue
Miami Lakes FL 33014

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450281502, 450281502 |

# EXHIBIT 1

Hamlin Electronics Limited
Partnership
612 East Lake Street
Lake Mills WI 53551

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450281505 |

# EXHIBIT 1

Hamlin Electronics Limited Partnership
612 East Lake Street
Lake Mills WI 53551

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450281505 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Ave
Miami Lakes FL 33014

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450283497, 450283497 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Avenue
Miami Lakes FL 33014

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450283497, 450283497 |

# EXHIBIT 1

Tella Tool & Mfg Co
Tella Technology
1015 N. Ridge
Lombard IL 60148-1210

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450287065 |

# EXHIBIT 1

Tella Tool & Mfg Co
Tella Technology Division
1015 N. Ridge Ave
Lombard IL 60148-1210

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450287065 |

# EXHIBIT 1

Consolidated Industrial Corp
St Clair Plastics Division
30855 Teton Place
Chesterfield MI 48047

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 450287148 |

# EXHIBIT 1

Consolidated Industrial Corp
St. Clair Plastics Division
30855 Teton Place
Chesterfield MI 48047

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450287148 |

# EXHIBIT 1

Techform Products Ltd
c/o Connelly Co
36155 Mound Road
Sterling Heights MI 48310

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450287490 |

# EXHIBIT 1

Wren Industries Inc
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450289295 |

# EXHIBIT 1

Raches, CH Inc
1100 N Opdyke Road, Ste 200
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450290371 |

# EXHIBIT 1

Raches, CH Inc
1100N. Opydyke Road, Ste 200
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450290371 |

# EXHIBIT 1

Lakeside Plastics Ltd
3786 N Talbot Road, Plant 1
OldCastle-Ontario ON N0R 1L0
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450290932 |

# EXHIBIT 1

Lakeside Plastics Ltd
3786 N. Talbot Road, Plant 1
Oldcastle-Ontario ON N0R 1L0
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450290932 |

# EXHIBIT 1

Techform Products Ltd
c/o Connelly Co
36155 Mound Road
Sterling Heights MI 48310

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450292476 |

# EXHIBIT 1

Pilkington North America Inc
4370 Alum Creek Drive
Columbus OH 43207-4519

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450292557, 450292557 |

# EXHIBIT 1

Taigene Electric Machinery Co
c/o MCO Sales
6001 N Adams Road, Ste124
Bloomfield Hills MI 48304

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450293734 |

# EXHIBIT 1

Taigene Electric Machinery Co
c/o MCO Sales
61001 N. Adams Road, Ste 125
Bloomfield Hills MI 48304

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450293734 |

# EXHIBIT 1

Feintool Cincinnati Inc
11280 Cornell Park Drive
Cincinnati OH 45242-1812

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450293741 |

# EXHIBIT 1

L&W Inc
L& W Engineering Co
6771 Haggerty Road
Belleville MI 48111-5101

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450293875 |

# EXHIBIT 1

L&W Inc
L&W Engineering Co
6771 Haggerty Road
Belleville MI 48111-5101

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450293875 |

# EXHIBIT 1

Techform Products Ltd
c/o Connelly Co
36155 Mound Road
Sterling Heights MI 48310

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450293914 |

# EXHIBIT 1

ISO Trude Inc
1705 Eaton Drive
Grand Haven MI 49417

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450295151 |

# EXHIBIT 1

ISO Trude Inc
1705 Eaton Drive
Grand Haven MI 49417-2824

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450295151 |

# EXHIBIT 1

IMS Gear
1234 Palmour Drive, Ste B
Gainesville GA 30

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450299023 |

# EXHIBIT 1

IMS Gear
1234 Palmour Drive, Ste B
Gainesville GA 30501

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450299023 |

# EXHIBIT 1

Consolidated Metco Inc
P.O. Box 83201
Portland OR 97283

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450301299, 450301300 |

# EXHIBIT 1

Bing Metals Group Inc
Steel Processing Division
1500 E. Euclid
Detroit MI 48211-1860

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450301598 |

# EXHIBIT 1

Mid-South Electronics Inc
2620 E. Meighan Blvd
Gadsden AL 35903

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450301637, 450302356, 450302357 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Ave
Miami Lakes FL 33014

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450303889 |

# EXHIBIT 1

Foreman Tool & Mold Corporation
3850 Swenson Ave
Saint Charles IL 60174

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450303897 |

# EXHIBIT 1

Foreman Tool & Mold Corporation
3850 Swenson Ave
St Charles IL 60174

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450303897 |

# EXHIBIT 1

Ficosa North America Corp
Ficosa Cables
30870 Stephenson Hwy
Madison Heights MI 48071

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450304548 |

# EXHIBIT 1

Ficosa North America Corp
Ficosa Cables
30870 Stephenson Hwy
Madison Heights MI 48071

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450304548 |

# EXHIBIT 1

Unique Tool & Gauge Inc
1505 Moro Drive, RR1
Windsor-Ontario ON ON N9A 6J3
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450307094 |

# EXHIBIT 1

Intec Group Inc, The
1301 E. Michigan Ave
Morocco IN 47963-8179

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450309001 |

# EXHIBIT 1

The Intec Group Inc
1301 E. Michigan Ave
Morocco IN 479-8179

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450309001 |

# EXHIBIT 1

Raches, CH Inc
1100 N Opdyke Road, Ste 200
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450309008 |

# EXHIBIT 1

Raches, CH Inc
1100N. Opydyke Road, Ste 200
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450309008 |

# EXHIBIT 1

Consolidated Industrial Corp
St Clair Plastics Division
30855 Teton Place
Chesterfield MI 48047

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450311066 |

# EXHIBIT 1

Consolidated Industrial Corp
St. Clair Plastics Division
30855 Teton Place
Chesterfield MI 48047

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450311066 |

# EXHIBIT 1

ISO Trude Inc
1705 Eaton Drive
Grand Haven MI 49417

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450311239 |

# EXHIBIT 1

ISO Trude Inc
1705 Eaton Drive
Grand Haven MI 49417-2824

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450311239 |

# EXHIBIT 1

Taigene Electric Machine Co
c/o MCO Sales
6001 N. Adams Road, Ste 125
Bloomfield Hills MI 48304

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450311520 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Ave
Miami Lakes FL 33014

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450312310, 450313578 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Ave
Miami Lakes FL 33014

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450312310, 450313578 |

# EXHIBIT 1

Intec Mexico LLC
640 S Vermont
Palatine IL 60067

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450313905 |

# EXHIBIT 1

Intec Mexico LLC
640 S Vermont Street
Palatine IL 60067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450313905 |

# EXHIBIT 1

Pepro Enterprises Inc
Gemini Plastics
4385 Garfield Street
Ubly MI 48475

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 450314236 |

# EXHIBIT 1

Olson International Ltd
Olson International
50 W North Avenue
Lombard IL 60148

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450315811 |

# EXHIBIT 1

Olson International Ltd
Olson International
50 W. North Avenue
Lombard IL 60148

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450315811 |

# EXHIBIT 1

Yuhshin USA Ltd
Ortech
2806 Industrial Road
Kirksville MO 63501-4832

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450318907 |

# EXHIBIT 1

Yuhsin USA Ltd
Ortech
2806 Industrial Road
Kirksville MO 63501-4832

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450318907 |

# EXHIBIT 1

GDX Automotive Inc
36600 Corporate Drive
Farmington Hills MI 48331

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450318923 |

# EXHIBIT 1

Pepro Enterprises Inc
Gemini Plastics
4385 Garfield Street
Ubly MI 48475

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450319651 |

# EXHIBIT 1

GDX Automotive Inc
36600 Corporate Drive
Farmington Hills MI 48331

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450319833 |

# EXHIBIT 1

Intec Mexico LLC
640 S Vermont
Palatine IL 60067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450320545 |

# EXHIBIT 1

Intec Mexico LLC
640 S Vermont Street
Palatine IL 60067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450320545 |

# EXHIBIT 1

Intec Mexico LLC
640 S Vermont
Palatine IL 60067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450320546, 450320547, 450320548 |

# EXHIBIT 1

Intec Mexico LLC
640 S Vermont Street
Palatine IL 60067

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450320546, 450320547, 450320548 |

# EXHIBIT 1

Mid-South Electronics Inc
2620 E. Meighan Blvd
Gadsden AL 35903

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450323985 |

# EXHIBIT 1

Novem Car Interiors Design Inc
7610 Market Street
Canton MI 48187

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450324730 |

# EXHIBIT 1

A I Technologies LLC
640 S Vermont
Palatine IL 60067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450329314 |

# EXHIBIT 1

A I Technologies LLC
640 S. Vermont
Palatine IL 60067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450329314 |

# EXHIBIT 1

Mid-South Electronics Inc
2620 E. Meighan Blvd
Gadsden AL 35903

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450330254 |

# EXHIBIT 1

Cadillac Products Inc
5800 Crooks Road, Ste 100
Troy MI 48098

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450330952 |

# EXHIBIT 1

Consolidated Industrial Corp
St Clair Plastics Division
30855 Teton Place
Chesterfield MI 48047

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450331392 |

# EXHIBIT 1

Consolidated Industrial Corp
St. Clair Plastics Division
30855 Teton Place
Chesterfield MI 48047

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450331392 |

# EXHIBIT 1

Bing Metals Group Inc
Stamp & Assembly Division
1200 Woodland Ave
Detroit MI 48211

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450331395 |

# EXHIBIT 1

Bing Metals Group Inc
Stamp & Assembly Division
1200 Woodland Avenue
Detroit MI 48211

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450331395 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ldt
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450331403 |

# EXHIBIT 1

Progressive Marketing Inc.
Progressive Moulded Products Inc
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450331403 |

# EXHIBIT 1

Grand Rapids Control Inc
P.O. Box 360
Rockford MI 49341-0360

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450331947 |

# EXHIBIT 1

Grand Rapids Controls Inc
P.O. Box 360
Rockford MI 49341-0360

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450331947 |

# EXHIBIT 1

A I Technologies LLC
640 S Vermont
Palatine IL 60067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450333578 |

# EXHIBIT 1

A I Technologies LLC
640 S. Vermont
Palatine IL 60067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450333578 |

# EXHIBIT 1

Techform Products Ltd
c/o Connelly Co
36155 Mound Road
Sterling Heights MI 48310

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 4503356171 |

# EXHIBIT 1

FPE Inc
30627 Orr Road
Circleville OH 43113

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450336424 |

# EXHIBIT 1

Avery Dennison Performance Films
650 W 67th Ave
Schererville IN 46375

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450336926 |

# EXHIBIT 1

Avery Dennison Performance Films
650 W. 67th Avenue
Schererville IN 46375

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450336926 |

# EXHIBIT 1

A I Technologies LLC
640 S Vermont
Palatine IL 60067

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450338400 |

# EXHIBIT 1

A I Technologies LLC
640 S. Vermont
Palatine IL 60067

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450338400 |

# EXHIBIT 1

Consolidated Industrial Corp
St Clair Plastics Division
30855 Teton Place
Chesterfield MI 48047

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450339557 |

# EXHIBIT 1

Consolidated Industrial Corp
St. Clair Plastics Division
30855 Teton Place
Chesterfield MI 48047

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 450339557 |

# EXHIBIT 1

A I Technologies LLC
640 S Vermont
Palatine IL 60067

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450340885 |

# EXHIBIT 1

A I Technologies LLC
640 S. Vermont
Palatine IL 60067

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 450340885 |

# EXHIBIT 1

Lorentson Manufacturing Co
P.O. Box 932
Kokomo IN 46903

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450341150 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Ave
Miami Lakes FL 33014

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450341835 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Avenue
Miami Lakes FL 33014

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450341835 |

# EXHIBIT 1

Raches, CH Inc
1100 N Opdyke Road, Ste 200
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450345877 |

# EXHIBIT 1

Raches, CH Inc
1100N. Opydyke Road, Ste 200
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450345877 |

# EXHIBIT 1

Tefco Inc
10102 W. Flamingo Road, Ste 4-204
Las Vegas NV 89147-8385

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450347679 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Ave
Miami Lakes FL 33014

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450347692 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Avenue
Miami Lakes FL 33014

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450347692 |

# EXHIBIT 1

Consolidated Metco Inc
P.O. Box 83201
Portland OR 97283

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450348830 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450349645 |

# EXHIBIT 1

Progressive Marketing Inc.
Progressive Moulded Products Inc
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450349645 |

# EXHIBIT 1

Consolidated Industrial Corp
St Clair Plastics Division
30855 Teton Place
Chesterfield MI 48047

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 450349656 |

# EXHIBIT 1

Consolidated Industrial Corp
St. Clair Plastics Division
30855 Teton Place
Chesterfield MI 48047

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 450349656 |

# EXHIBIT 1

Wren Industries Inc
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450354640 |

# EXHIBIT 1

Mid-South Electronics Inc
2620 E. Meighan Blvd
Gadsden AL 35903

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 450355588 |

# EXHIBIT 1

OEM Erie Inc
1810 W 20th Street
Erie PA 16502-2001

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450356177 |

# EXHIBIT 1

Bing Metals Group Inc
Stamp & Assembly Division
1200 Woodland Avenue
Detroit MI 48211

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450356184 |

# EXHIBIT 1

Bing Metals Group Inc
Stamp & Assembly Division
1200 Woodland Ave
Detroit MI 48211

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450356184 |

# EXHIBIT 1

Plastomer Corp
37819 Schoolcraft Road
Livonia MI 48150-1096

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 450358221 |

# EXHIBIT 1

EHD Technologies LLC
3505 Adkisson Dr, Ste 151
Cleveland TN 37312

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460005455 |

# EXHIBIT 1

Lane Punch Corp.
4985 Belleville Ln
Canton OH 48188

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 460005698 |

# EXHIBIT 1

Burnsides & Nauman Medical Associates
1231 Leicester Place
Columbus OH 43235-2181

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460005699 |

# EXHIBIT 1

Otis Elevator Company
2231 Westbrooke Drive, Bldg M
Columbus OH 43228-9605

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460005700 |

# EXHIBIT 1

Brechbuhler Scales Inc
4070 Perimeter Drive
Columbus OH 43228

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460005702 |

# EXHIBIT 1

Magnetic Springs Water Company
1917 Joyce Ave
Columbus OH 43219-1029

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460005703 |

# EXHIBIT 1

Direct Sourcing Solutions Inc
DSSI
26261 Evergreen Road, Ste 250
Southfield MI 48034

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460005704 thru 460005741, 460005936 thru 460005938, 460005943 thru 460005945 |

# EXHIBIT 1

Van Dyne-Crotty Inc
150 Arco Drive
Toledo OH 43607-2900

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460005742 |

# EXHIBIT 1

Darrells Hoff Oil Co Inc
2982 W. Beecher Road
Adrian MI 49221-9769

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 460005743 |

# EXHIBIT 1

Aramark Uniform & Career Apparel Inc
ARAMARK
5120 Advantage Drive
Toledo OH 43612-3876

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460005744 |

# EXHIBIT 1

Cardinal Pest Control
306 S Maurice Ave
Jackson MI 49203-5955

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460005745 |

# EXHIBIT 1

Wesco Distribution Inc
Englewood Electrical Supply Div
P.O. Box 487
Adrian MI 49221

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460005746 |

# EXHIBIT 1

Bulldog Fabricating Corp
P.O. Box 106
Dexter MI 48130

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460005747 |

# EXHIBIT 1

Butterworth Industries Inc
P.O. Box 107
Gas City IN 46933

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 460005748 |

# EXHIBIT 1

Agri-Electronics Systems Inc
12601 Eckel Road
Perrysburg OH 43551-1205

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460005749 |

# EXHIBIT 1

Midwest Waterblasting Corp
P.O. Box 118
Tecumseh MI 49286

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460005750 |

# EXHIBIT 1

J & B Enterprises
John Jansen
503 Tecumseh Road
Clinton MI 49236-9588

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460005751 |

# EXHIBIT 1

Predictive Maintenance Services Inc
515 Morris Street
Uhrichsville OH 44683-1141

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460005752 |

# EXHIBIT 1

GE Betz Inc
Betz Laboratories
4636 Somerton Road
Trevoser PA 19053

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460005753 |

# EXHIBIT 1

Tariq A. Siddiqi, MD PC
231 N. Main Street
Adrian MI 49221

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460005754 |

# EXHIBIT 1

Zenith Cutter Co
5200 Zenith Pkwy
Loves Park IL 61111-2726

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460005756 |

# EXHIBIT 1

IVS Inc
34400 Industrial Drive
Livonia MI 48150-4307

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460005757 |

# EXHIBIT 1

Direct Sourcing Solutions Inc
DSSI
26261 Evergreen Road, Ste 250
Southfield MI 48034

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 460005758 thru 460005789, 460005940 thru 460005942, 460005990 thru 460006000 |

# EXHIBIT 1

Circle Environmental
P.O. Box 9446
Columbia SC 29290

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460005939 |

# EXHIBIT 1

Commodity Management Services
c/o GBS Printed Products & Systems
P.O. Box 2340
Canton OH 44720

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006090, 460006091 |

# EXHIBIT 1

MSX International Inc
1950 Concept Drive
Warren MI 48091-1385

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006093 |

# EXHIBIT 1

MSX Internationalo Inc
1950 Concept Drive
Warren MI 48091-1385

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006093 |

# EXHIBIT 1

Iron Mountain Information Mgmt Inc
8273 Green Meadows Drive N
Lewis Center OH 43035-8660

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006106 |

# EXHIBIT 1

Future Products Tool Corporation
885 N. Rochester Road
Clawson MI 48017-1731

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460006107 |

# EXHIBIT 1

Darling, William Company Inc.
615 Rome Hilliard Road
Columbus OH 43228

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006108, 460006109 |

# EXHIBIT 1

Mc Master-Carr Supply Co
P.O. Box 94930
Aurora OH 44101-4930

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 460006110 |

# EXHIBIT 1

Bohl Equipment Co
534 Laskey Road
Toledo OH 43612-3207

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006111 |

# EXHIBIT 1

Adrian Rack Company
795 Division Street
Adrian MI 49221-3933

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006113 |

# EXHIBIT 1

MSX International Inc
1950 Concept Drive
Warren MI 48091-1385

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006298 |

# EXHIBIT 1

Kirk Welding Supply Inc
Kirk Welding Supply Co
1608 Holmes
Kansas City MO 64108

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006299 |

# EXHIBIT 1

D H Pace Company Inc
Overhead Door Company Kansas City
611 E. 13th Ave.
Kansas City MO 64116-4039

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006300 |

# EXHIBIT 1

Laser Equipment Inc
9301 W 53rd Street
Merriam KS 66203

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006301 |

# EXHIBIT 1

Heilman Holding Co Inc
AAA Uniform & Linen Supply
4120 Truman Road
Kansas City MO 64127

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006303 |

# EXHIBIT 1

Ice-Master Inc
6218 Melrose Lane
Shawnee Mission KS 66203

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006304 |

# EXHIBIT 1

Hertz Equipment Rental Corp
Hertz
212 Lime Quarry Road
Madison AL 35758-8961

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006306 |

# EXHIBIT 1

Jenoptik Laser Technologies USA
8020 Kensington Court
Brighton MI 48116

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006308 |

# EXHIBIT 1

MS-2 LLC
P.O. Box 980
Gadsden AL 35902

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006309 |

# EXHIBIT 1

Sethka of Georgia Inc
Terminix
7415 Gadsden Hwy
Trussville AL 35173-1658

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006311 |

# EXHIBIT 1

Premiere Mold & Die Co Inc
4140 Helton Drive
Florence AL 35630-6208

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 460006318 |

# EXHIBIT 1

GE Betz Inc
Betz Laboratories
4636 Somerton Road
Trevose PA 19053

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006319 |

# EXHIBIT 1

Tropic Tool & Mold Inc
1420 Wagner Drive
Albertville AL 35950-8549

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 460006320 |

# EXHIBIT 1

Industrial Power Sales Inc
8461 Garvey Drive
Raleigh NC 27604

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006321 |

# EXHIBIT 1

Concours Mold Alabama Inc
651 24th Street
Cullman AL 35055

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006322 |

# EXHIBIT 1

Blossman Gas Inc
Blossman Gas Inc #301
P.O. Box 399
Alexandria AL 36250

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006323 |

# EXHIBIT 1

Linden Industries Inc
137 Ascot Pkwy
Cuyahoga Falls OH 44223

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460006324 |

# EXHIBIT 1

K&R Distributors Inc
Aqua Pure Bottled Water
P.O. Box 98
Enon OH 45323-0098

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006326 |

# EXHIBIT 1

Russell's Technical Products Inc.
1145 S. Washington Ave
Holland MI 49423-5296

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006328 |

# EXHIBIT 1

Russell's Technical Products, Inc
1145 S. WashingtonAve
Holland MI 49423-5296

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006328 |

# EXHIBIT 1

Mac Arthur Corp
P.O. Box 10
Grand Blanc MI 48239-0010

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006329 |

# EXHIBIT 1

Mac Arthur Corp
P.O. Box 10
Grand Blanc MI 48439-0010

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006329 |

# EXHIBIT 1

Darling, William Company Inc
615 Rome Hilliard Road
Columbus OH 43228

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006330 |

# EXHIBIT 1

Darling, William Company The
615 Rome Hilliard Road
Columbus OH 43228

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006330 |

# EXHIBIT 1

Direct Sourcing Solutions Inc
DSSI
26261 Evergreen Road, Ste 250
Southfield MI 48034

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006331 thru 460006365, 460006398 thru 460006403 |

# EXHIBIT 1

Direct Sourcing Solutions Inc
DSSI
26261 Evergreen Road, Suite 250
Southfield MI 48034

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006331 thru 460006365, 460006398 thru 460006403 |

# EXHIBIT 1

Iron Mountain Info Management Inc
24300 Wahl Court
Warren MI 48089

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006366 |

# EXHIBIT 1

Atlas Welding Supply Company Inc
3530 Greensboro Ave
Tuscaloosa AL 35401-7002

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006367 |

# EXHIBIT 1

Enersys Inc
3121 Pinson Valley Pkwy
Birmingham AL 35217-1811

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 460006368 |

# EXHIBIT 1

Baileys Pro-Team
Baileys Cleaning
643 70th Street
Tuscaloosa AL 35406

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006370 |

# EXHIBIT 1

C & P Equipment Repair
5290 Watermelon Road
Northport AL 35473-7673

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006372 |

# EXHIBIT 1

Professional Grounds Keeper
643 70th Street
Tuscaloosa AL 35405-3991

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006375 |

# EXHIBIT 1

EFD Inc
977 Waterman Avenue
East Providence RI 02914-1313

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006376 |

# EXHIBIT 1

Linde Gas LLC
30551 Stephenson Hwy
Madison Heights MI 48071

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460006506 |

# EXHIBIT 1

Inprax Performance Resources LLC
Inprax Sqd
3460 Needmore Road
Dayton OH -

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460006509 |

# EXHIBIT 1

QIS Inc
Quality Industrial Services
P.O. Box 673192
Detroit MI 48267

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460006512 |

# EXHIBIT 1

Fountain Construction Co Inc
5655 Highway 18 W
Jackson MS 39209-9654

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 460006515 |

# EXHIBIT 1

Inprax Performance Resources LLC
Inprax Sqd
3460 Needmore Road
Dayton OH 45414

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 460006516 |

# EXHIBIT 1

Duluth Environmental Services
7301 Parkway Drive
Hanover MD 21076-1159

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460006905 |

# EXHIBIT 1

Mc Master-Carr Supply Co
P.O. Box 740100
Atlanta GA 30374

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460008499 |

# EXHIBIT 1

Powermotion Inc
90 Robert Jemison Road
Birmingham AL 35209-3607

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460008500 |

# EXHIBIT 1

Metro Trailer Leasing Inc
Metro Mini Storage
100 Metro Parkway
Pelham AL 35124-1711

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 460008710 |

# EXHIBIT 1

Barloworld Handling L.P.
3930 Pinson Valley Pkwy
Birmingham AL 35217-1856

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460008711 |

# EXHIBIT 1

TRW Vehicle Safety Systems Inc
TRW-VSSI
4505 W 26 Mile Road
Washington MI 48094

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460008902 |

# EXHIBIT 1

Cleanlites Recycling Inc
P.O. Box 212
Mason MI 48854

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 460009999 |

# EXHIBIT 1

QHG of Gadsden
Gadsden Regional Medical Center
P.O. Box 2098
Gadsden AL 35903

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 460012008 |

# EXHIBIT 1

Controls Crew Inc
23701 John R
Hazel Park MI 48030

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 460012194 |

# EXHIBIT 1

Shanghai GM (Shenyang) NORSUM Motor Company Limited
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 50000514 |

# EXHIBIT 1

Pintura Estampado y Montajes SA de CV
Carr. Celaya - Salamanca Km 5
Celaya GTO C.P. - 38020
Mexico

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 5500000283 |

# EXHIBIT 1

Shanghai Volkswagen
Volkswagen AG z.H Herrn F. Garcia-Sanz
Konzernvorstand Beschaffung
Brieffach / Letter Box 1600
Wolfsburg - D-38436
Deutschland Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 5500003088 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Deltar Tekfast Fasteners
850 Stevenson Hwy, Ste 110
Troy MI 48083-1122



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022025, 550022026, 550022746 |

# EXHIBIT 1

Textron Inc
Textron Fastening Systems
29201 Telegraph Road, Ste 606
Southfield MI 48034

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550022031 |

# EXHIBIT 1

Textron Inc
Textron Fastening Systems
29201 Telegraph Road, Ste 606
Southfield MI 48034

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022032 |

# EXHIBIT 1

Emhart Teknologies LLC
49201 Gratiot Avenue
Chesterfield MI 48051

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022038, 550022751, 550022754 |

# EXHIBIT 1

Emhart Teknologies LLC
49201 Gratiot Avenue
Chesterfield MI 48051

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022039, 550022889 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP/Anchor Stampings Div
850 Stevenson Hwy, Ste 500
Troy MI 48083

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022042, 550049440 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP/Anchor Stampings Division
850 Stephenson Hwy, Ste 500
Troy MI 48083

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022043, 550023882 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP/Anchor Stampings Division
850 Stephenson Hwy, Ste 500
Troy MI 48083

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550022044 |

# EXHIBIT 1

Semblex Corp
199 W Diversey
Elmhurst IL 60126-1162

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022050 |

# EXHIBIT 1

Semblex Corp
199 W. Diversey
Elmhurst IL 60126-1162

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022051 |

# EXHIBIT 1

Semblex Corp
199 W. Diversey
Elmhurst IL 60126-1162

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022052 |

# EXHIBIT 1

H & L Tool Company Inc
32701 Dequindre Road
Madison Heights MI 48071-5002

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022053, 550022054, 550085756 |

# EXHIBIT 1

MNP Corp
P.O. Box 189002
Utica MI 48138

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022056 |

# EXHIBIT 1

Textron Fastening Systems
826 E Madison
Belvidere IL 61008-2364

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022057 |

# EXHIBIT 1

Fairway Spring Co Inc
P.O. Box 69
Horseheads NY 14845-0069

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022076, 550022893 |

# EXHIBIT 1

Blackhawk Automotive Plastics Inc
1111 W. Long Lake Road, Ste 102
Troy MI 48098

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022080, 550077861 |

# EXHIBIT 1

Blackhawk Automotive Plastics Inc
1111 W Long Lake Road, Ste 102
Troy MI 48098

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022081, 550022081 |

# EXHIBIT 1

Blackhawk Automotive Plastics Inc
1111 W. Long Lake Road, Ste 102
Troy MI 48098

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022082, 550022369 |

# EXHIBIT 1

Blackhawk Automotive Plastics Inc
1111 W. Long Lake Road, Ste 102
Troy MI 48098



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022083, 550022084, 550022085, 550023699, 550023880 |

# EXHIBIT 1

Florida Production Engineering
FPE
1855 State Rte 121 N
New Madison OH 45346

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022087, 550022707 |

# EXHIBIT 1

Alcoa Inc
Huck Fasteners
36555 Corporate Drive, Ste 185 MD2W
Farmington Hills MI 48331-8331

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022091 |

# EXHIBIT 1

Alcoa Inc
Huck Fasteners
36555 Corporate Dr, Ste 185, MD2W
Farmington Hills MI 48331-8331

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022091 |

# EXHIBIT 1

Summit Polymers Inc
Syntech Plant
1211 Progress Street
Sturgis MI 49091

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022097 |

# EXHIBIT 1

Barnes Group Inc
Associated Spring
15150 Cleat Street
Plymouth MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022100, 550025859 |

# EXHIBIT 1

Barnes Group Inc
Associated Spring
15150 Cleat Street
Plymouth MI 48170

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022101, 550060295 |

# EXHIBIT 1

Barnes Group Inc
Associated Apring
15150 Cleat Street
Plymouth MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022102 |

# EXHIBIT 1

American Coil Spring Co
P.O. Box 388
Muskegon MI 49443

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022103 |

# EXHIBIT 1

American Coil Spring Co
P.O. Box 388
Muskegon MI 49443

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022104 |

# EXHIBIT 1

Raches, CH Inc
1100 N Opdyke Road, Ste 200
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022120, 550024510 |

# EXHIBIT 1

Cascade Die Casting Group Inc
Cascade Die Casting/Mid-State
7750 S Division Avenue
Grand Rapids MI 49548

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022123, 550072195 |

# EXHIBIT 1

Ficosa North America SA de CV/FICO
c/o L&M Forwarding Inc
P.O. Box 1473
Laredo TX 78042

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022125 |

# EXHIBIT 1

Fisher Gauge Ltd
Fishercast
P.O. Box 837
Watertown NY 13601-0837

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550022127, 550022129 |

# EXHIBIT 1

Fisher Gauge Ltd
FisherCast
P.O. Box 837
Watertown NY 13601-0837

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022128 |

# EXHIBIT 1

Lankfer Diversified Industries Inc
LDI Inc
4311 Patterson Ave SE
Grand Rapids MI 49512

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022137 |

# EXHIBIT 1

MacDonalds Industrial Products
c/o McCarthy Sales Co
27236 Southfield Road
Lathrup Village MI 48076

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022142, 550024152 |

# EXHIBIT 1

Kostal Mexicana SA de CV
Acceso II #36 Fracc
Apartado APARTADO P
Queretaro - 76120
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022155 |

# EXHIBIT 1

Bytec Inc
44801 Centre Court E
Clinton Township MI 48038

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022170,  550022876, 550023438, 550025771 |

# EXHIBIT 1

Bytec Inc
44801 Centre Ct E
Clinton Township MI 48038

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022171 |

# EXHIBIT 1

CEI Co LTD
755 Bill Jones Industrial Drive
Springfield TN 37172-5014

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022173 |

# EXHIBIT 1

KDS Controls Inc
307 Robbins Drive
Troy MI 48083-4561

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022188 |

# EXHIBIT 1

Graber-Rogg Inc
c/o GR Technical Service Inc
240 Sheffield Street
Mountainside NJ 7092

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022189, 550023504 |

# EXHIBIT 1

Graber-Rogg Inc
c/o GR Technical Service Inc
240 Sheffield Street
Mountainside NJ 7092

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022191 |

# EXHIBIT 1

Graber-Rogg Inc
c/o Gr Technical Service Inc
240 Sheffield Street
Mountainside NJ 7092

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022194 |

# EXHIBIT 1

Graber-Rogg Inc
c/o GR Technical Service Inc
240 Sheffield Street
Mountainside NJ 7092

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550022194 |

# EXHIBIT 1

Stoneridge Inc
Pollak Engineered Products Grp Div
28001Cabot Dr, Ste 100
Novi MI 48377

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022203 |

# EXHIBIT 1

Optek Technology Inc
c/o Electronbnic Sales & Engineering
1905 Cloverdale Drive
Rochester MI 48307

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022210 |

# EXHIBIT 1

Keyang Electric Machinery Co Ltd
10/F Haenam, Bldg 21
Seoul - 100080
South Korea

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022214 |

# EXHIBIT 1

Bing Metals Group Inc
Steel Processing Division
1500 E. Euclid
Detroit MI 48211-1860

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022217 |

# EXHIBIT 1

Eagle Steel Products Inc
5150 Loop Road
Jeffersonville IN 47130

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022220 |

# EXHIBIT 1

National Material LP
P.O. Box 1587
Mansfield OH 44901

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022223, 550022225, 550071181 |

# EXHIBIT 1

Worthington Industries Inc
200 Old Wilson Bridge
Columbus OH 43085-4769



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022227, 550022229, 550022232, 550022235, 550023169, 550078078 |

# EXHIBIT 1

Android Industries-Whitmore Lake Inc
Containment Services
50777 Varsity Court
Wixom MI 48393



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022237, 550022239, 550022242, 550025085, 550035919, 550038248, 550073811 |

# EXHIBIT 1

Android Industries-Whitmore Lake
Containment Services
50777 Varsity Court
Wixom MI 48393

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022242 |

# EXHIBIT 1

Martinrea International Inc
Stamp-A-Tron
60 Travail Road
Markham-Ontario ON L3S 3J1
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022257 |

# EXHIBIT 1

Grenada Manufacturing LLC
635 Hwy 332 E
Grenada MS 38901

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022260 |

# EXHIBIT 1

MetalForming Technologies Inc
MTI-Saline
905 Woodland Drive
Saline MI 48176

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022261 |

# EXHIBIT 1

Stocker Hinge Mfg Co
P.O. Box 149
Brookfield IL 60513-0149

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022265, 550023478 |

# EXHIBIT 1

Gill Industries Inc
Gill Manufacturing
5271 Plainfield
Grand Rapids MI 49505-1046

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022275 |

# EXHIBIT 1

Tower Automotive
27175 Haggerty Road
Novi MI 48375

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022286, 550022287 |

# EXHIBIT 1

Akzo Nobel Industrial Coatings Mexico
Anillo Paefiferico Monterrey 205
Col Fracc Ant Has San Jose
Garza Garcia - 66000
Mexico



| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550022294, 550056363, 550056386, 550057098, 550057099, 550057105, 550078756 |

# EXHIBIT 1

Wren Industries Inc
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022297, 550022299, 550023484 |

# EXHIBIT 1

Wren Industries Inc
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022300 |

# EXHIBIT 1

Wren Industries
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022303, 550026156 |

# EXHIBIT 1

Feintool Cincinnati Inc
11280 Cornell Park Drive
Cincinnati OH 45242-1812

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022310 |

# EXHIBIT 1

L&W Inc
L&W Engineering Co
6771 Haggerty Road
Belleville MI 48111-5101

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022312 |

# EXHIBIT 1

Olson International Ltd
50 W. North Avenue
Lombard IL 60148

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022314, 550022790, 550022799, 550037571 |

# EXHIBIT 1

Van-Rob Inc
1000 University Ave W
Windsor-Ontario ON ON N9A 5S4
Canada

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022315 |

# EXHIBIT 1

Polyone Engineered Films Group
6915 Rochester Road, Ste 100
Troy MI 48098

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022360, 550023267, 550024011 |

# EXHIBIT 1

Newco Inc
40 Corporate Drive
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022371, 550023262 |

# EXHIBIT 1

Bunzl Plastics
Alliance Plastics
2614 McClelland  AE
Erie PA 16510

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022375 |

# EXHIBIT 1

Armada Rubber Manufacturing Co
P.O. Box 579
Armada MI 48005-0579

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022382 |

# EXHIBIT 1

Armada Rubber Manufacturing Co
P.O. Box 579
Armada MI 48005-0579

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022386, 550023472 |

# EXHIBIT 1

Armada Rubber Manufacturing Co
P.O. Box 579
Armada MI 48005-0579

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022387 |

# EXHIBIT 1

Armada Rubber Manufacturing Co
P.O. Box 579
Armada MI 48005-0579

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022388 |

# EXHIBIT 1

Bauer Industries
P.O. Box 347
Heldebran NC 28637

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022394 |

# EXHIBIT 1

Caldwell Industries Inc
DCI Division
2351 New Millennium Drive
Louisville KY 40216-5161

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022395 |

# EXHIBIT 1

Creative Engineered Polymer Products
P.O. Box 127
Middlefield OH 44062-0127

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022397 |

# EXHIBIT 1

Dura Convertible Systems Inc
300 E. Long Lake Road, Ste 180
Bloomfield Hills MI 48304

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022401 |

# EXHIBIT 1

Connor Corp
Acro Custom Rubber Division
2701 Dwenger Avenue
Fort Wayne IN 46803

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022403 |

# EXHIBIT 1

Cooper Standard Automotive
P.O. Box 217009
Auburn Hills MI 48321-7009

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022404, 550023474 |

# EXHIBIT 1

Starbrook Industries Inc
2000 Industrial Court
Covington OH 45318

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022432 |

# EXHIBIT 1

Starbrook Industries Inc
2000 Industrial Court
Covington OH 45318

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022433 |

# EXHIBIT 1

EFP Corp
c/o McCarthy Sales
27236 Southfield Road
Lathrup Village MI 48076

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022452 |

# EXHIBIT 1

Foamex LP
28700 Cabot Drive, Ste 500
Novi MI 48377

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022455 |

# EXHIBIT 1

Foamex LP
28700 Cabot Drive, Ste 500
Novi MI 48377

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550022456 |

# EXHIBIT 1

Pepro Enterprises Inc
Gemini Plastics
4385 Garfield Street
Ubly MI 48475

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022459 |

# EXHIBIT 1

Pepro Enterprises Inc
Gemini Plastics
4385 Garfield Street
Ubly MI 48475

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022459 |

# EXHIBIT 1

Haartz Corp., The
40950 Woodward Ave, Ste 150
Bloomfield Hills MI 48304

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550022462, 550023228 |

# EXHIBIT 1

Industrial Distribution Group Inc
IDG
P.O. Box 843
Dayton OH 45401

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022463 |

# EXHIBIT 1

Jason Inc
Janesville Products Division
3190 Rochester Road, Ste 101
Troy MI 48083

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022466 |

# EXHIBIT 1

Jasper Rubber Products Inc
1010 1st Avenue
Jasper IN 47546-3201

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022468 |

# EXHIBIT 1

Jasper Rubber Products Inc
1010 1st Avenue
Jasper IN 47546-3201

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022468 |

# EXHIBIT 1

Kent Manufacturing Co
1840 Oak Industrial Drive, NE
Grand Rapids MI 49505-6008

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022472 |

# EXHIBIT 1

Americhem Inc
225 Broadway E
Cuyahoga Falls OH 44221-3309

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022476 |

# EXHIBIT 1

Lavelle Industries Inc
665 McHenry Street
Burlington WI 53105

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022484 |

# EXHIBIT 1

Lear Corp
Interior Systems Grp Flooring
5500B Enterprise Drive
Warren MI 48092

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022485 |

# EXHIBIT 1

Lem Industries Inc
4852 Frusta Drive
Obetz OH 43207-4503



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022486, 550023029, 550023116, 550024034, 550024163, 550037361, 550056605 |

# EXHIBIT 1

Ligon Brothers Mfg Co
3776 Van Dyke
Almont MI 48003

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022490 |

# EXHIBIT 1

Mid-States Rubber Products
P.O. Box 370
Princeton IN 47670

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022493 |

# EXHIBIT 1

Mid-States Rubber Products
P.O. Box 370
Princeton IN 47670

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022494 |

# EXHIBIT 1

Milliken - Sommer
P.O. Box 9
Simpsonville SC 29681

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550022496 |

# EXHIBIT 1

Woodbridge Foam Corp
Morval Division
P.O. Box 878 STA C
Kitchener ON ON N2G 4E1
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022497, 550023532 |

# EXHIBIT 1

National Paper & Packaging Co
26401 Richmond Road
Bedford Heights OH 44146-1443

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022500 |

# EXHIBIT 1

Nicholas Plastics Inc
c/o J S Chamberlain Assoc
3221 W. Big Beaver Road, Ste 115
Troy MI 48084

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550022504 |

# EXHIBIT 1

Circle Plastics Products Inc
P.O. Box 111
Circleville OH 43113-0111

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022505, 550023501 |

# EXHIBIT 1

Dekalb Metal Finishing
P.O. Box 70
Auburn IN 46706

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022506, 550025035 |

# EXHIBIT 1

Industrial Paint & Strip Inc
47063 Black Walnut Pkwy
Woodfield OH 43793

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022508, 550023157, 550058743 |

# EXHIBIT 1

PPG Industries Inc
Coatings & Resins Group
961 Division Street
Adrian MI 49221

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022514, 550057101 |

# EXHIBIT 1

Almont Screw Products Inc
3989 Burnsline Road
Brown City MI 48416

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022516 |

# EXHIBIT 1

Par Foam Products
c/o Automotive Sales Group Inc
550 Stephenson Hwy, Ste 401
Troy MI 48083

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022518 |

# EXHIBIT 1

Plastomer Corp
37819 Schoolcraft Road
Livonia MI 48150-1096

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022520, 550023709, 550079979 |

# EXHIBIT 1

Plastomer Corp
37819 Schoolcraft Road
Livonia MI 48150-1096

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022521, 550053024 |

# EXHIBIT 1

BAS Components Inc
1100 N Meridan Road
Youngstown OH 44509

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550022526 |

# EXHIBIT 1

Stanley-Bostitch Inc
9901 Kincaid Drive, Ste 200
Fishers IN 46038

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022527 |

# EXHIBIT 1

Dayton Nut & Bolt Company
4528 Gateway Circle
Dayton OH 45440

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022531 |

# EXHIBIT 1

Detroit Tubular Rivet Inc
P.O. Box 279
Wyandotte MI 48192-0279

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022533 |

# EXHIBIT 1

Newark Electro Plating Inc
30-32 E Harrison Street
Newark OH 43055



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022542, 550023138, 550023967 |

# EXHIBIT 1

Reilly Plating Co
P.O. Box 3213
Melvindale MI 48122-0213

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022547 |

# EXHIBIT 1

Rawac Plating Co
1107 W. North Street
Springfield OH 45504

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550022548, 550057732 |

# EXHIBIT 1

Ultra Form Industries Inc
143 E Pond Drive
Romeo MI 48065-4903

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022550 |

# EXHIBIT 1

Ultraform Industries Inc
143 E Pond Drive
Romeo MI 48065-4903

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022552 |

# EXHIBIT 1

Ultraform Industries Inc
143 E. Pond Drive
Romeo MI 48065-4903

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022552 |

# EXHIBIT 1

Jason Inc
Sackner Products Division
7125 Orchard Lake, Ste 304
West Bloomfield MI 48322

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022555 |

# EXHIBIT 1

Wirco Products Ltd
1011 Adelaide Street S
London-Ontario ON ON N6E 1R4
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022556 |

# EXHIBIT 1

Textileather Corp
20500 Civic Center Drive, Ste 2800
Southfield MI 48076

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022563 |

# EXHIBIT 1

Twin Corp.
10456 N Holly Road
Holly MI 48442

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022567 |

# EXHIBIT 1

Twin Corp
10456 N Holly Road
Holly MI 48442

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022568 |

# EXHIBIT 1

Wire Products Co Inc
14601 Industrial Pkwy
Cleveland OH 44135-4545

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022572 |

# EXHIBIT 1

Acoustiseal Corp
1405 Combermere Drive
Troy MI 48083

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022583 |

# EXHIBIT 1

Amsea-Dayton LLC
1546 Stanley Avenue
Dayton OH 45404

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022584 |

# EXHIBIT 1

Amsea-Dayton LLC
1546 Stanley Ave
Dayton OH 45404

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022585 |

# EXHIBIT 1

Lewis Spring & Manufacturing Co Inc
7500 N. Natchez
Niles IL 60714-3804

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022586 |

# EXHIBIT 1

Blackhawk Automotive Plastics Inc
Worthington Custom Plastics
500 N. Warpole Street
Upper Sandusky OH 43351-9344

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022590 |

# EXHIBIT 1

Polymerica Ltd
Global Enterprises
50450 E. Russell Schmidt Blvd
Chesterfield MI 48051

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022593 |

# EXHIBIT 1

Mac Arthur Corp
P.O. Box 10
Grand Blanc MI 48439-0010

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022594, 550023523 |

# EXHIBIT 1

Collins & Aikman Corp
P.O. Box 7054
Troy MI 48007

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022601, 550051992 |

# EXHIBIT 1

Fischer America Inc
Fischer Automotive Systems
1084 Doris Road
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022612 |

# EXHIBIT 1

Jay Industries Inc
150 E Longview Avenue
Mansfield OH 44903-4206

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022620 |

# EXHIBIT 1

TRW Inc
TRW Automotive Electronics
23855 Research Drive
Farmington Hills MI 48335

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022634 |

# EXHIBIT 1

National Molding Corp
5 Dubon Court
Farmingdale NY 11735-1007

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022638 |

# EXHIBIT 1

National Molding Corp
5 Dubon Court
Farmingdale NY 11735-1007

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022639 |

# EXHIBIT 1

NYX Inc
NYX Rebmann
24555 Capitol Street
Redford MI 48239

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022641, 550023516 |

# EXHIBIT 1

Plas-Tech Engineered Products Inc
1111 S. Colling Road
Caro MI 48723

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022644 |

# EXHIBIT 1

Spencer Products Co Inc
1859 Summit Commerce Park
Twinsburg OH 44087

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022648 |

# EXHIBIT 1

Sur-Flo Plastic & Engineering Inc
24358 Groesbeck Hwy
Warren MI 48089-4718

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022652 |

# EXHIBIT 1

Trueform Manufacturing
3002 Lee Hwy
Athens TN 37303

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022654 |

# EXHIBIT 1

Summit Polymers Inc
15101 N. Commerce Drive
Dearborn MI 48120

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022657, 550022659, 550022661, 550022663, 550022665, 550022668, 550022670, 550022672, 550022674, 550022677, 550024064, 550024235, 550024515, 550052768, 550079829 |

# EXHIBIT 1

Summit Polymers Inc
15101 N. Commerce Drive
Dearborn MI 48120

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022678 |

# EXHIBIT 1

Summit Polymers Inc
15101 N. Commerce Drive
Dearborn MI 48120



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550022679, 550022680, 550023700, 550023881, 550023944, 550023947, 550036610 |

# EXHIBIT 1

Summit Polymers Inc
15101 N. Commerce Drive
Dearborn MI 48120



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022680, 550023881, 550023944, 550023947, 550036610 |

# EXHIBIT 1

Progressive Moulded Products Ltd
Progressive Tools Division
9024 Keele Street
Concord-Ontario ON L4K 2N2
Canada



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022689, 550024513, 550024514 |

# EXHIBIT 1

Progressive Moulded Products Ltd
Progressive Tools Division
9024 Keele Street
Concord-Ontario ON L4K 2N2
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022692 |

# EXHIBIT 1

Summit Polymers Inc
15101 N. Commerce Drive
Dearborn MI 48120

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550022701, 550022704, 550022706, 550023018, 550024458, 550024720 |

# EXHIBIT 1

TG Technical Center USA Corp
1095 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022710 |

# EXHIBIT 1

Injex Industries Inc
30559 San Antonio Street
Hayward CA 94544-7101



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022714, 550022715, 550022716, 550022717, 550022718, 550022719, 550036212, 550054146 |

# EXHIBIT 1

BAE Industries Inc
24400 Sherwood Avenue
Center Line MI 48015-2023

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022734 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Deltar Engineered Fasteners
1700 1st Avenue
Chippewa Falls WI 54729

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022747 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Deltar Engineered Fasteners
1700 1st Avenue
Chippewa Falls WI 54729

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022748 |

# EXHIBIT 1

Emhart Teknologies LLC
49201 Gratiot Avenue
Chesterfield MI 48051

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022753 |

# EXHIBIT 1

IMS Gear
1234 Palmour Drive, Ste B
Gainesville GA 30501

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022755, 550023561 |

# EXHIBIT 1

JMS Plastics Inc
52275 State Road, 933 N
South Bend IN 46637



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022761, 550023103, 550023498, 550023562, 550079660 |

# EXHIBIT 1

JMS Plastics Inc
52275 State Road, 933 N
South Bend IN 46637

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022762, 550023563 |

# EXHIBIT 1

Lakeside Plastics Ltd
3786 N Talbot Road, Plant 1
Oldcastle-Ontario ON N0R 1L0
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022768 |

# EXHIBIT 1

Lankfer Diversified Industries Inc
LDI Inc
4311 Patterson Ave SE
Grand Rapids MI 49512

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550022769, 550022871 |

# EXHIBIT 1

LDM Technologies Inc
2500 Executive Hills Drive
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022770 |

# EXHIBIT 1

Grant Industries Inc
33415 Groesbeck Hwy
Fraser MI 48206-4203

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022778 |

# EXHIBIT 1

Keats Manufacturing Co Inc
P. O. Box 526
Wheeling IL 60090-0526

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022784 |

# EXHIBIT 1

Olson International Ltd
50 W North Avenue
Lambard IL 60148

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022799 |

# EXHIBIT 1

Select Industries Corp
Plant 1
P.O. Box 887
Dayton OH 45401-0887

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022809 |

# EXHIBIT 1

Select Industries Corp - Plant 1
P.O. Box 887
Dayton OH 45401

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022810 |

# EXHIBIT 1

Android Industries-Whitmore Lake Inc
Containment Services
50777 Varsity Court
Wixom MI 48393

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022812, 550022813, 550022814, 550022815, 550023113, 550025090, 550025401, 550025567, 550036496, 550037656, 550061418, 550073729 |

# EXHIBIT 1

Select Industries Corp
Plant 3
P.O. Box 887
Dayton OH 45401

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022816, 550036036 |

# EXHIBIT 1

Findlay Industries Inc
1957 Crooks
Troy MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022837 |

# EXHIBIT 1

Findlay Industries Inc
Service Products Division
5500 Fostoria Road
Findlay OH 45840

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550022838 |

# EXHIBIT 1

Stoneridge Inc
Alphabet
6 Butterfield Trail
El Paso TX 79906

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022847 |

# EXHIBIT 1

Elliott Tape Inc
Elliott Group International
1882 Pond Run
Auburn Hills MI 48326-2768

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022849 |

# EXHIBIT 1

ColePak Inc
P.O. Box 650
Urbana OH 43078

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022854 |

# EXHIBIT 1

Colepak, Inc
P.O. Box 650
Urbana OH 43078

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022854 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
240 6th Street NW
Massillon OH 44646

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022857 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
240 6th Street NW
Massillon OH 44646

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022858 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
240 6th Street, NW
Massillon OH 44646

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022859, 550022859, 550022024 |

# EXHIBIT 1

Milliken & Co
Cotton Blossom Distributing
P.O. Box 4396
Spartanburg SC 29303

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550022860 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
152 Glen Road
Mountainside NJ 07092-0214

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022861 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
152 Glen Road
Mountainside NJ 07092-0214

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022862, 550023701 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
152 Glen Road
Mountainside NJ 07092-0214

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022863 |

# EXHIBIT 1

Bytec Inc
44801 Centre Court E
Clinton Township MI 48038

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022877 |

# EXHIBIT 1

Micro Craft Inc
15656 Hwy 84, Country Road 242
Quitman GA 31643

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022878, 550023479 |

# EXHIBIT 1

Emhart Teknologies Inc
1915 Pembroke Road
Hopkinsville KY 42240-4490

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022879 |

# EXHIBIT 1

Emhart Teknologies Inc
1915 Pembroke Road
Hopkinsville KY 42240-4490

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022880 |

# EXHIBIT 1

Emhart Teknologies Inc
1915 Pembroke Road
Hopkinsville KY 42240-4490

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022880 |

# EXHIBIT 1

Emhart Teknologies Inc
1915 Pembroke Road
Hopkinsville KY 42240-4490

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550022881 |

# EXHIBIT 1

Black & Decker Corp, The
P.O. Box 859
Shelton CT 06484

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022884 |

# EXHIBIT 1

Black & Decker Corp, The
P.O. Box 859
Shelton CT 06484

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022885 |

# EXHIBIT 1

Emhart Teknologies Inc
1915 Pembroke Road
Hopkinsville KY 42240-4490

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022888 |

# EXHIBIT 1

Emhart Teknologies LLC
49201 Gratiot Avenue
Chesterfield MI 48501

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022890 |

# EXHIBIT 1

F & G Multi-Slide Inc
P.O. Box 39
Franklin OH 45005-0039

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550022892 |

# EXHIBIT 1

Fairway Spring Co. Inc.
P.O. Box 69
Horseheads NY 14845-0069

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022894 |

# EXHIBIT 1

Fairway Spring Co Inc
P.O. Box 69
Horseheads NY 14845-0069

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022894, 550060291 |

# EXHIBIT 1

Gesipa Fasteners USA Inc
Olympic Fastening Division
P.O. Box 752
Vivian LA 71082

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550022898 |

# EXHIBIT 1

Gesipa Fasteners USA Inc
Olympic Fastening Division
P.O. Box 752
Vivian LA 71082

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550022899 |

# EXHIBIT 1

MRC Industrial Group Inc
13201 Stephens Road
Warren MI 48089-2092

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022913 |

# EXHIBIT 1

Precision Products Group Inc
MI Spring & Stamping Div
P.O. Box 720
Muskegon MI 49443

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022914, 550023522 |

# EXHIBIT 1

Precision Products Group Inc
Michigan Spring & Stamping Div
P.O. Box 720
Muskegon MI 49443

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022916, 550060363 |

# EXHIBIT 1

Sealed Air Corp
2550 Commerce Blvd
Sharonville OH 45241-1504

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022930 |

# EXHIBIT 1

Mid Ohio Packaging Co Inc
MOPAC
P.O. Box 854
Marion OH 43301

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022941 |

# EXHIBIT 1

Moutside
MOPAC
2135 Innovation Drive
Marion OH 43302

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022941 |

# EXHIBIT 1

RB&W Corp of Canada
5190 Bradco Blvd
Mississauga-Ontario ON L4W 1G7
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022954 |

# EXHIBIT 1

Senco Products Inc
Senco Fasteners Systems
8485 Broadwell Road
Cincinnati OH 45244-1611

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022956 |

# EXHIBIT 1

Senco Products Inc
Senco Fasteners Systems
8485 Broadwell Road
Cincinnati OH 45244-1611

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022958 |

# EXHIBIT 1

Solar Spring & Wire Forms
345 Criss Circle Drive
Elk Grove Village IL 60007-1291

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022959 |

# EXHIBIT 1

Spring Dynamics Inc
7378 Research Drive
Almont MI 48003

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022960 |

# EXHIBIT 1

International Spring Co
Warnock Spring & Mfg
7901 N. Nagle Avenue
Morton Grove IL 60053-2714

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022964 |

# EXHIBIT 1

Elco Textron Inc
Textron Fastening Systems
1111Samuelson Road
Rockford IL 61109

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022966, 550129436 |

# EXHIBIT 1

Elco Textron Inc
Textron Fastening Systems
1111 Samuelson Road
Rockford IL 61109

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550022968 |

# EXHIBIT 1

Avdel Cherry Textron Inc
P.O. Box 486
Stanfield NC 28163-0486

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022973, 550129434 |

# EXHIBIT 1

Avdel Cherry Textron Inc
P.O. Box 486
Stanfield NC 28163-0486

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022975 |

# EXHIBIT 1

Cherry GmbH
Cherrystr 1
Auerbach - 91275
Germany

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022979 |

# EXHIBIT 1

Reliable Spring & Wire Forms, The
P.O. Box 58
Elyria OH 44036-0058

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022984 |

# EXHIBIT 1

Accurate Threaded Fasteners Inc
ATF
25625 Southfield Road, Ste 206
Southfield MI 48075

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022994 |

# EXHIBIT 1

Accurate Threaded Fasteners Inc
ATF
25625 Southfield Road, Ste 206
Southfield MI 48075

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550022995 |

# EXHIBIT 1

Accurate Threaded Fasteners Inc
ATF
25625 Southfield Road, Ste, 206
Southfield MI 48075

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550022995, 550023430, 550059234 |

# EXHIBIT 1

Accurate Threaded Fastener Inc
ATF
25625 Southfield Road, Ste 206
Southfield MI 48075

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550022997 |

# EXHIBIT 1

Techform Products Ltd
c/o Connelly Co
8424 12 Mile Road
Warren MI 48093



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023000, 550023001, 550023002 |

# EXHIBIT 1

Techform Products Ltd
c/o Connelly Co
8424 E. 12 Mile
Warren MI 48093

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023003, 550036435 |

# EXHIBIT 1

Penn Metal Stamping Inc
P.O. Box 221
Saint Marys PA 15857

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550023006 |

# EXHIBIT 1

Collins & Aikman Corp
P.O. Box 518
Farmington NH 3835

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023010 |

# EXHIBIT 1

Nyloncraft Inc
c/o Kovath, EJ & Associates
10327 E. Grand River, Ste 407
Brighton MI 48116



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023012 |

# EXHIBIT 1

Nyloncraft Inc
c/o Kovath, EJ & Associates
10327 E. Grand River, Ste 407
Brighton MI 48116



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023013 |

# EXHIBIT 1

Nyloncraft Inc
c/o Kovath, EJ & Associates
10327 E. Grand River, Ste 407
Brighton MI 48116

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550023014 |

# EXHIBIT 1

Crown Group Inc, The
133 Davis St
Portland TN 37148-2031

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023023 |

# EXHIBIT 1

Emhart Teknologies LLC
49201 Gratiot Avenue
Chesterfield MI 48051

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023047 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
152 Glen
Mountainside NJ 07092-0214

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023049 |

# EXHIBIT 1

Hoffman Manufacturing Inc
P.O. Box 217
Concord MI 49237-0217

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023123 |

# EXHIBIT 1

Hoffman Manufacturing Inc
P.O. Box 217
Concord MI 49237-0217

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023124 |

# EXHIBIT 1

Industrial Powder Coatings Inc
202 Republic Street
Norwalk OH 44857-1184

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023126 |

# EXHIBIT 1

PPG Industries Inc
c/o Dura Automotive
P.O. Box 746
Lawrenceburg TN 38464

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023134 |

# EXHIBIT 1

Universal Polmer & Rubber Inc
P.O. Box 767
Middlefield OH 44062-0767

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023136 |

# EXHIBIT 1

HR Technologies Inc
6570 19 Mile Road
Sterling Heights MI 48314

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550023137, 550023227 |

# EXHIBIT 1

Hot Melt Technologies Inc
HMT
1723 W. Hamlin Road
Rochester Hills MI 48309

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550023143 |

# EXHIBIT 1

Creative Extruded Products Inc
850 Stephenson Hwy, Ste 215
Troy MI 48083

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550023170 |

# EXHIBIT 1

Mac Arthur Corp
P.O. Box 10
Grand Blanc MI 48439-0010

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023172 |

# EXHIBIT 1

MacArthur Corp
P.O. Box 10
Grand Blanc MI 48439-0010

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023172 |

# EXHIBIT 1

Mac Arthur Corp
P.O. Box 10
Grand Blanc MI 48439-0010

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023173 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Avenue
Miami Lakes FL 33014

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023178, 550023183 |

# EXHIBIT 1

Key Plastics LLC
21700 Haggerty Road, Ste 100N
Northville MI 48167

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023180, 550023565 |

# EXHIBIT 1

Porter Group LLC
28700 Cabot Dr, Ste 800
Novi MI 48377

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550023182 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Avenue
Hialeah FL 33014

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023184, 550023577 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Deltar Tekfast Fasteners
850 Stevenson Hwy, Ste 110
Troy MI 48083-1122

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023207, 550023631 |

# EXHIBIT 1

Emhart Teknologies LLC
49201 Gratiot Avenue
Chesterfield MI 48051

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023210 |

# EXHIBIT 1

Spring Dynamics Inc
7378 Research Drive
Almont MI 48003

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023211, 550023211 |

# EXHIBIT 1

Jasper Rubber Products Inc
1010 1st  Avenue
Jasper IN 47546-3201

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023219 |

# EXHIBIT 1

Parker Hannifin Corp
Parker Thermo Plastics Division
985 Falls Creek Drive
Vandalia OH 45377

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023221 |

# EXHIBIT 1

FPE
30627 Orr Road
Circleville OH 43113

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023235 |

# EXHIBIT 1

Findlay Industries Inc
1957 Crooks
Troy MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023259, 550023260 |

# EXHIBIT 1

Arrow Electronics Inc
Power & Signal Group
5440 Naiman Pkwy
Solon OH 44139

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023261 |

# EXHIBIT 1

Findlay Industries Inc
Service Products Division
5500 Fostoria Road
Findlay OH 45840

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023261 |

# EXHIBIT 1

Findlay Industries Inc
1957 Crooks
Troy MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023263, 550023606, 550023690 |

# EXHIBIT 1

Keyang Electric Machinery Co Ltd
10/F Haenam,  Bldg 21
Seoul - 100080
South Korea

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023265 |

# EXHIBIT 1

Hoffman Manufacturing Inc
P.O. Box 217
Concord MI 49237-0217

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023285 |

# EXHIBIT 1

Collins & Aikman Corp
Cavel
P.O. Box 643
Roxboro NC 27573

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023356 |

# EXHIBIT 1

Plastic Trim Inc
Plant #4
258 Hopeland Avenue
Dayton OH 45408

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023357 |

# EXHIBIT 1

JNS Manufacturing
555 E. Huron Avenue
Vassar MI 48768

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023396 |

# EXHIBIT 1

Mechanical Galv-Plating Corp
P.O. Box 56
Sidney OH 45365-0056

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023402 |

# EXHIBIT 1

Gobar Systems Inc
3320 E. 14th Street
Brownsville TX 78521

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023442, 550023444, 550023942, 550065541 |

# EXHIBIT 1

Derby Fabricating Inc
5800 Fern Valley Road, Ste 4
Louisville KY 40228

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023454 |

# EXHIBIT 1

Stanhope Products Co
P.O. Box 6003
Brookville OH 45309-6003

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023467 |

# EXHIBIT 1

Wren Industries
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023485, 550127561 |

# EXHIBIT 1

DBM Technologies LLC
539 Belevedere
Gallatin TX 37066

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023502 |

# EXHIBIT 1

Hoffman Manufacturing Inc
P.O. Box 217
Concord MI 49237-0217

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550023505 |

# EXHIBIT 1

Decker Manufacturing Corp
P.O. Box 360
Albion MI 49224-0360

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550023518 |

# EXHIBIT 1

Detroit Tubular Rivet Inc
P.O. Box 279
Wyandotte MI 48192-0279

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023519 |

# EXHIBIT 1

Grant Industries Inc
33415 Groesbeck Hwy
Fraser MI 48026-4203

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023530 |

# EXHIBIT 1

Derby Fabricating Inc
4500 Produce Road
Louisville KY 40218-3058

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023548 |

# EXHIBIT 1

Derby Fabricating Inc
5800 Fern Valley Road, Ste 4
Louisville KY 40218-3058

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550023548 |

# EXHIBIT 1

Derby Fabricating Inc
4500 Produce Road
Louisville KY 40218-3058

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023550 |

# EXHIBIT 1

Derby Fabricating Inc
5800 Fern Valley Road, Ste 4
Louisville KY 40218-3058

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023550 |

# EXHIBIT 1

Progressive Moulded Products Ltd
Progressive Tools Division
9024 Keele Street
Concord-Ontario ON L4K 2N2
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023554 |

# EXHIBIT 1

JMS Plastics Inc
52275 State Road 933 N
South Bend IN 46637

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023563 |

# EXHIBIT 1

Key Plastics LLC
York  I
3390 Farm Trail Road
York PA 17402

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023564 |

# EXHIBIT 1

Intec Group Inc, The
1301 E. MI Ave.
Morocco IN 47963-8179

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023580 |

# EXHIBIT 1

A I Technologies LLC
640 S Vermont Street
Palatine IL 60067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023581 |

# EXHIBIT 1

A I Technologies LLC
640 S. Vermont Street
Palatine IL 60067

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550023581, 550077424 |

# EXHIBIT 1

Jada Precision Plastics Co Inc
1667 Emerson
Rochester NY 14606

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023582 |

# EXHIBIT 1

Sofanou Inc
c/o Peter Andries
7 W Square Lake Road
Bloomfield Hills MI 48302

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023583 |

# EXHIBIT 1

Unique Fabricating Inc
Plant 1
800 Standard Pkwy
Auburn Hills MI 48326

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550023585, 550023594 |

# EXHIBIT 1

Findlay Industries Inc
Molded Products Division
P.O. Box 842
Findlay OH 45839

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023589, 550023590, 550023591, 550024369 |

# EXHIBIT 1

Unique Fabricating Inc - Plant l
800 Standard Pkwy
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023592, 550023707 |

# EXHIBIT 1

Omron Automotive Electronics Inc
29185 Cabot Drive
Novi MI 48377

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023600 |

# EXHIBIT 1

Stocker Hinge Mfg Co
P.O. Box 149
Brookfield IL 60513-0149

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550023630 |

# EXHIBIT 1

Mid Ohio Packaging Co Inc
MOPAC
P.O. Box 854
Marion OH 43301

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550023650 |

# EXHIBIT 1

Gulf Systems Inc
11519 Elk Mountain
San Antonio TX 78245

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023661 |

# EXHIBIT 1

Angel Alejandro Sierra Ramirez
Publipak Sendero Nacional
Sendero Nacional KM 4.9 S/N
Matamoros - 87560
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023662 |

# EXHIBIT 1

Angel Alejandro Sierra Ramirez
Publipak Sendero Nacional
Sendero Nacional KM 4.9 S/N
Matamoros - 87560
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023662 |

# EXHIBIT 1

Saargummi Americas Inc
4330 Varsity Drive
Ann Arbor MI 48108

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023685 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
152 Glen Road
Mountainside NJ 07092-0214

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023701 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Deltar Engineered Fasteners
1700 1st Avenue
Chippewa Falls WI 54729



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023820, 550024842 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP/Anchor Stampings Div
850 Stevenson Hwy, Ste 500
Troy MI 48083-1122

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023882 |

# EXHIBIT 1

Blackhawk Automotive Plastics Inc
1111 W. Long Lake Road, Ste 102
Troy MI 48098

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023883 |

# EXHIBIT 1

Lorentson Manufacturing Co
P.O. Box 932
Kokomo IN 46903

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550023948, 550026080, 550110915 |

# EXHIBIT 1

Johnson Electric North America Inc
10 Progress Drive
Sheldon CT 06484

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550023954 |

# EXHIBIT 1

Raches, CH Inc
1100 N. Opdyke Road, Ste.200
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550023969, 550079142 |

# EXHIBIT 1

Importadora y Exportadora de Madera
Sendero Nacional KM 2 #50
Matamoros - 87314
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024025 |

# EXHIBIT 1

Empaques y Tarimas Industriales SA
Norte 3 Esq Poniente #2
Colonia Cd Matamoros - 87420
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024026, 550035973 |

# EXHIBIT 1

Empaques y Tarimas Industriales SA
Nortes 3 Esq Poniente #2
Colonia Cd Matamoros - 87420
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024026, 550035973 |

# EXHIBIT 1

Dynacast Canada Inc
330 Rue Avro
Pointe-Claire-Dorval PQ H9R 5W5
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024055 |

# EXHIBIT 1

SAIA Burgess Automotive Actuators Inc
755 Bill Jones Industrial Drive
Springfield TN 37172-5014

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550024093 |

# EXHIBIT 1

Lunt Manufacturing Co Inc
816 E 4th Street
Royal Oak MI 48067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024113, 550036043 |

# EXHIBIT 1

Textron Inc
Textron Fastening Systems
29201Telegraph Road, Ste 606
Southfield MI 48034

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024115 |

# EXHIBIT 1

Saturn Electronics & Engineering
Saturn Engineering
255 Rex Blvd
Auburn Hills MI 48326-2954

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550024120 |

# EXHIBIT 1

American Metal & Plastics Inc
450 32nd Street, SW
Grand Rapids MI 49548-1021

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550024121, 550036346 |

# EXHIBIT 1

Societe en Sommandite Ifastgroupe
Infasco Nut Division
3990 Nashua Drive
Mississauga-Ontario ON L4V 1P8
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024122 |

# EXHIBIT 1

Kostal of America Inc
25325 Regency Court
Novi MI 48375-2159

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024125 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550024126, 550024134, 550035756 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
240 6th Street NW
Massillon OH 44646

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024135 |

# EXHIBIT 1

Perkinelmer Optoelectronics
13720 Shoreline Court E
Earth City MO 63045

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024137 |

# EXHIBIT 1

Mac Arthur Corp
P.O. Box 10
Grand Blanc MI 48439-0010

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024142 |

# EXHIBIT 1

Grand Rapids Controls Inc
P.O. Box 360
Rockford MI 4931-0360

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550024147 |

# EXHIBIT 1

LDM Technologies
c/o Alphatech
1777 E. Lincoln Road
Kokomo IN 46903

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550024148, 550024737 |

# EXHIBIT 1

M&M Knopf Auto Parts Inc
M&M Flint
2750 Lippincott Blvd
Flint MI 48507

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024149, 550024600 |

# EXHIBIT 1

Emhart Teknologies Inc
Emhart-Bamal Division
23240 Industrial Park Drive
Farmington Hills MI 48335-2850

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024201 |

# EXHIBIT 1

Mac Arthur Corp
P.O. Box 10
Grand Blanc MI 48439-0010

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550024266 |

# EXHIBIT 1

Ficosa North America Corp.
Ficosa Cables
30870 Stephenson Hwy
Madison Heights MI 48071

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024298 |

# EXHIBIT 1

Enplas (USA) Inc
1901 W. Oak Cir
Marietta GA 30062

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024303 |

# EXHIBIT 1

Calsonic Kansei North America Inc
27000 Hills Tech Ct
Farmington Hills MI 48331

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024355 |

# EXHIBIT 1

Eskay Screw Corp
Lake Erie Products
321 Foster Ave
Wood Dale IL 60191-1432

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024363 |

# EXHIBIT 1

Lake Erie Products Inc
321 Foster Ave
Wood Dale IL 60191-1432

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550024363 |

# EXHIBIT 1

Dura Automotive Systems Inc
2791 Research Drive
Rochester Hills MI 48309

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024378, 550072279 |

# EXHIBIT 1

Omron Dual Automotive Electronic
Switch/ECU Division
2291 Winston Park Drive
Oakville-Ontario ON L6H 6R7
Canada

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550024381 |

# EXHIBIT 1

Cadillac Products Inc
5800 Crooks Road, Ste 100
Troy MI 48098

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024385 |

# EXHIBIT 1

Samlip America
312 Frank Diggs Drive
Clinton TN 37716

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550024438 |

# EXHIBIT 1

Lear Corporation
5100 W. Waters Avenue
Tampa FL 33634

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024452 |

# EXHIBIT 1

Siemens VDO SA de CV
CRS Airbags & Restraint Systems
Camino A La Tijera 3 KM 3.5
Tiajomulco de Zuniga - 45640
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024453 |

# EXHIBIT 1

Findlay Industries Inc
Service Products Division
5500 Fostoria Road
Findlay OH 45840

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550024498 |

# EXHIBIT 1

Raches, CH Inc
1100 N Opdyke Road, Ste 200
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024510 |

# EXHIBIT 1

Dean, Roy Products Co
Engineered Custom Lubricants
45800 Mast Street
Plymouth MI 48170-6056

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024517 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Medalist
2700 York Road
Elk Grove Village IL 60007

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024663 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP/Anchor Stampings Division
850 Stephenson Hwy, Ste 500
Troy MI 48083

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024664 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Shakerproof/Anchor/Medalist Division
850 Stephenson Hwy, Ste 500
Troy MI 48083



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024664 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP - Sales Distribution
12150 Merriman Road
Livonia MI 48150

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550024665 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP/Anchor Stampings Division
850 Stephenson Hwy, Ste 500
Troy MI 48083

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550024666 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Shakerproof/Anchor/Medalist Division
850 Stephenson Hwy, Ste 500
Troy MI 48083

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024666 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP - Sales Distibution
12150 Merriman Road
Livonia MI 48150

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024670 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP-Sales Division
12150 Merriman Road
Livonia MI 48150

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024672 |

# EXHIBIT 1

FBF Inc
1145 Industrial Blvd
Southampton PA 18966-4008

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024698 |

# EXHIBIT 1

Basell USA Inc
P.O. Box 15439
Wilmington MD 19850-5439

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550024707, 550057023, 550057070 |

# EXHIBIT 1

Chicago Rivet & Machine Co Inc
P.O. Box 3061
Naperville IL 60566-7061

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024733, 550036241 |

# EXHIBIT 1

Mold Master Co
1455 Imlay City Road
Lapeer MI 48446

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024752 |

# EXHIBIT 1

Plastomer Corp
37819 Schoolcraft Road
Livonia MI 48150-1096

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550024870 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550024964, 550035506 |

# EXHIBIT 1

Pesa Labeling Systems
275 Kings Hwy, Ste 104
Brownsville TX 78521

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550025062 |

# EXHIBIT 1

D&M Custon Injection Moldings
D&M Plastics
P.O. Box 158
Burlington IL 60109

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550025067 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Shakerproof
P.O. Box 12345
Milwaukee WI 53212

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550025070 |

# EXHIBIT 1

Consolidated Industrial Corp
St Clair Plastics Division
30855 Teton Place
Chesterfield MI 48047

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550025156 |

# EXHIBIT 1

Consolidated Industrial Corp
St. Clair Plastics Division
30855 Teton Pl
Chesterfield MI 48047

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550025156 |

# EXHIBIT 1

Pelzer, HP Automotive System Inc
Manufacturing Plant
2415 Dove Street
Port Huron MI 48060

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550025206 |

# EXHIBIT 1

Access Electronics Inc
4190 Grove Ave
Gurnee IL 60031

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550025450 |

# EXHIBIT 1

Kuttawa Plastics LLC
P.O. Box 490
Kuttawa KY 42055

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550025467 |

# EXHIBIT 1

Jideco Of Bardstown Inc
901 Withrow Ct
Bardstown KY 40004

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550025488 |

# EXHIBIT 1

Best Foam Fabricators Inc
c/o National Marketing & Sales
17515 W 9 Mile Road, Ste 720
Southfield MI 48075

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550025496 |

# EXHIBIT 1

Auto Anodics Inc
2407 16th Street
Port Huron MI 48060

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550025590 |

# EXHIBIT 1

Casco Products Corp
39810 Grand River Avenue, Ste 200
Novi MI 48375

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550025676 |

# EXHIBIT 1

Emhart Teknologies Inc
Emhart-Bamal Division
23240 Industrial Park Drive
Farmington Hills MI 48335-2850

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550025678 |

# EXHIBIT 1

Stoneridge Inc
Pollak Engineered Product Group Division
28001 Cabot Drive, Ste 100
Novi MI 48377

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550025752 |

# EXHIBIT 1

Woodbridge Sales & Engineering Inc
Woodbridge Group
2500 Meijer Drive
Troy MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550025842 |

# EXHIBIT 1

Textron Fastening Systems
Camcar Division
1302 Kerr Drive
Decorah IA 52101

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550025853 |

# EXHIBIT 1

Fabri-Steel Products Inc.
7845 Middlebelt Road
Romulus MI 48174-2132

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550025856 |

# EXHIBIT 1

Alegre Inc
3101 W. Tech Road
Miamisburg OH 45342

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550025978 |

# EXHIBIT 1

D&R Technology LLC
450 Windy Point Drive
Glendale Heights IL 60139

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550026176 |

# EXHIBIT 1

Raches, CH Inc
1100 N. Opdyke Road, Ste 200
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550026178, 550079841 |

# EXHIBIT 1

GE Polymerland Inc
One Plastics
Pittsfield MA 1201

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550026201 |

# EXHIBIT 1

FPE Inc
30627 Orr Road
Circleville OH 43113

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550026244, 550056470 |

# EXHIBIT 1

Hirschmann Automotive GmbH
Oberer Paspelsweg 6-8
Rankweil Vorarlbereg - 6830
Austria

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550026316 |

# EXHIBIT 1

Huber & Suhner Inc
19 Thompson Drive
Essex Junction VT 05452-3408

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550026317 |

# EXHIBIT 1

Osram Sylvania Inc
275 W. Main
Hillsboro NH 3244

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550026320 |

# EXHIBIT 1

SAIA-Burgess Inc
Ledex & Dormeyer
P.O. Box 427
Vandalia OH 45377

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550026323 |

# EXHIBIT 1

Borg Instruments AG
Wilferdingen Benzstr 6
Remchingen - 75196
Germany

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550026324 |

# EXHIBIT 1

Venture Plastics Inc
P.O. Box 249
Newton Falls OH 44444-0249

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550026335 |

# EXHIBIT 1

A. Raymond GmbH & Co KG
Raymond
postfach POSTFACH 2
Loerrach - 79511
Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550026354 |

# EXHIBIT 1

Accurate Threaded Fasteners Inc
ATF
25625 Southfield Road, Ste 206
Southfield MI 48075

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550026355, 550053392, 550055371, 550057380 |

# EXHIBIT 1

Ejot GmbH & Co KG
Ejot Verbindungstechnik
Postfach POSTFACH 5
Bad Laasphe - 57334
Germany

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550026356 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP/Anchor Stamping Division
850 Stephenson Hwy, Ste 500
Troy MI 48083

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550026359 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Deltar Engineered Fasteners
1700 1st Avenue
Chippewa Falls WI 54729

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550026360 |

# EXHIBIT 1

Kickhaefer Manufacturing Co
KMC Stampings
P.O. Box 348
Port Washington WI 53074-0348

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550026361 |

# EXHIBIT 1

Ampex Metal Products Co
P.O. Box 42157
Cleveland OH 44142-0157

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550026378 |

# EXHIBIT 1

DBM Technologies LLC
539 Belevedere Drive N
Gallatin TN 37066

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550026406, 550070486 |

# EXHIBIT 1

Derby Fabricating Inc
5800 Fern Valley Road, Ste 4
Louisville KY 40228

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550026412, 550057348, 550070388 |

# EXHIBIT 1

Fischer America Inc
Fischer Automotive Systems
1084 Doris Road
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550026413, 550059428, 550060345, 550070367 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550026414 |

# EXHIBIT 1

Summit Polymers Inc
15101 N. Commerce Drive
Dearborn MI 48120



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550026415, 550026416, 550038253 |

# EXHIBIT 1

Tyco Electronics Corp
301 Robey
Franklin KY 42134

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550026429 |

# EXHIBIT 1

Robin Industries Inc
Fredericksburg Facility
P.O. Box 242
Fredericksburg OH 44627



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550026431, 550070488 |

# EXHIBIT 1

Textron Fastening Systems
826 E. Madison
Belvidere IL 61008-2364

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550033894 |

# EXHIBIT 1

H & L Tool Company Inc
32701 Dequindre Road
Madison Heights MI 48701-5002

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550033895, 550025858 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
P.O. Box 10
Brunswich OH 44212-0010

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550033908 |

# EXHIBIT 1

Emhart Teknologies LLC
49201 Gratoit Ave
Chesterfield MI 48051

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550034016 |

# EXHIBIT 1

Formed-Fibre Technologies Inc
P.O. Box 1300
Auburn ME 04211-1300

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550034178 |

# EXHIBIT 1

Lakeside Plastics Ltd
3786 N. Talbot Rd, Plant 1
OldCastle-Ontario ON N0R 1L0
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550034243 |

# EXHIBIT 1

Mid-South Electronics Inc
2620 E. Meighan Blvd
Gadsden AL 35903

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550035289, 550037788, 550049542, 550059576 |

# EXHIBIT 1

Mid-South Electronics Inc
2620 E. Meighan Blvd
Gadsden AL 35903



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550035334, 550057993, 550058819, 550061051, 550070481, 550076713, 550076720, 550076844 |

# EXHIBIT 1

Wren Industries Inc
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550035501 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550035506 |

# EXHIBIT 1

Dynacast Canada Inc
330 Rue Avro
Pointe-Claire-Dorval PQ H9R 5W5
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550035538 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550035611, 550037031 |

# EXHIBIT 1

Emhart Teknologies LLC
49201 Gratiot
Chesterfield MI 48051

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550035741 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
P.O. Box 10
Brunswick OH 44212-0010

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550035742 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550035756 |

# EXHIBIT 1

Accord Inc
Concorde
2711 Product Drive
Rochester Hills MI 48309-3810

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550035852 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550035909, 550035934 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550035934 |

# EXHIBIT 1

Lunt Manufacturiing Co Inc
816 E 4th Street
Royal Oak MI 48067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550036018 |

# EXHIBIT 1

Select Industries Corp
Plant 3
P.O. Box 887
Dayton OH 45401

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550036034 |

# EXHIBIT 1

Select Industries Corp
Plant 3
220 Janney Road
Dayton OH 45404

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550036034 |

# EXHIBIT 1

Select Industries Corp
Plant 3
220 Janney Road
Dayton OH 45404

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550036036 |

# EXHIBIT 1

Select Industries Corp
Plant 3
P.O. Box 887
Dayton OH 45401

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550036037 |

# EXHIBIT 1

Select Industries Corp
Plant 3
P.O. Box 887
Dayton OH 45401

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550036102 |

# EXHIBIT 1

Chicago Rivet & Machine Co Inc
P.O. Box 3061
Naperville IL 60566-7061

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550036238 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550036332 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550036332 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550036335 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550036335 |

# EXHIBIT 1

Behr-Hella Thermocontrol Inc
43811 Plymouth Oaks Blvd
Plymouth MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550036403, 550057393, 550069745 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550036560 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550036560 |

# EXHIBIT 1

Valley Commercial Latino Americana
Calle 20 #1112
Matamoros - 87350
Mexico

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550036692 |

# EXHIBIT 1

Valley Commercial Latino Americana
Calle 20#1112
Matamoros - 87350
Mexico

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550036692 |

# EXHIBIT 1

Perkinelmer Optoelectronics
13720 Shoreline Court E
Earth City MO 63045

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550036727 |

# EXHIBIT 1

Baja Tape & Supply
12773 Grand River Drive
El Paso TX 79928-5755

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550036778 |

# EXHIBIT 1

Baja Tape & Supply
12773 Grand River Drive
El Paso TX 799928-5755

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550036778 |

# EXHIBIT 1

Acord Inc
Concorde
2711 Product Drive
Rochester Hills MI 48309-3810

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550036833, 550054566 |

# EXHIBIT 1

Intec Group Inc, The
1301 E. Michigan Ave.
Morocco IN 47963-8179

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550036838 |

# EXHIBIT 1

Omron Dualtec Automotive Electronic Switch/ECU Div
2291 Winston Park Drive
Oakville-Ontario ON L6H 6R7
Canada

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550037018 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550037031 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037041 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550037041 |

# EXHIBIT 1

Multmatic Inc
19790 Haggerty
Livonia MI 48152

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550037097 |

# EXHIBIT 1

Foreman Tool & Mold Corp
3850 Swenson Ave
Saint Charles IL 60174

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550037146 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037223 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550037223 |

# EXHIBIT 1

Cadon Plating & Coatings LLC
3715 11th Street
Wyandotte MI 48192-6435

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550037356 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550037416 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037416 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP/Anchor Stamping Division
850 Stephenson Hwy, Ste 500
Troy MI 48083

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550037524 |

# EXHIBIT 1

llinois Tool Works Inc
ITW Shakeproof
P.O. Box 12345
Milwaukee WI 53212

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550037525 |

# EXHIBIT 1

Emhart Teknologies LLC
49201 Gratiot Avenue
Chesterfield MI 48051

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037526 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Medalist
2700 York Road
Elk Grove Village IL 60007

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037527 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP - Sales Distribution
12150 Merriman Road
Livonia MI 48150

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550037528 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
P.O. Box 10
Brunswick OH 44212-0010

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550037529, 550037966 |

# EXHIBIT 1

Societe en Commandite Ifastgroupe
Infasco Nut Division
3990 Nashua Drive
Mississauga-Ontario ON L4V 1P8
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037530 |

# EXHIBIT 1

Textron Inc
Textron Fastening Systems
29201 Telegraph Road, Ste 606
Southfield MI 48034

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550037531 |

# EXHIBIT 1

H & L Tool Company Inc
32701 Dequindre Road
Madison  Heights MI 48071-5002

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550037615 |

# EXHIBIT 1

Topcraft Precision Molders Inc
301 IvyLand Road
Warminster PA 18974

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550037634 |

# EXHIBIT 1

Columbia Industrial Sales Corp
Columbia Engineered Rubber
2501 Thunderhawk
Dayton OH 45414-3466

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550037646 |

# EXHIBIT 1

Columbia Industrial Sales Corp
Columbia Engineered Rubber
2501 Thunderhawk Court
Dayton OH 45414-3466

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550037646 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
P.O. Box 10
Brunswich OH 44212-0010

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550037655 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
P.O. Box 10
Brunswich OH 44212-0010

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550037655, 550072349 |

# EXHIBIT 1

Pelzer, HP Automotive Systems Inc
Manufacturing Plant
2415 Dove Street
Port Huron MI 48060

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037794 |

# EXHIBIT 1

Universal Polymer & Rubber Inc
P.O. Box 767
Middlefield OH 44062-0767

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037801 |

# EXHIBIT 1

Select Industries Corp
220 Janney Road
Dayton OH 45404

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037809 |

# EXHIBIT 1

Select Industries Corp - Plant 3
P.O. Box 887
Dayton OH 45401

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037809 |

# EXHIBIT 1

American Metal & Plastics Inc
450 32nd Street SW
Grand Rapids MI 49548-1021

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550037810 |

# EXHIBIT 1

Dura Automotive Systems Inc
2791 Research Drive
Rochester Hills MI 48309

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550037811 |

# EXHIBIT 1

Proveedora Industrial Matamoros SA
Repulica Del Salvador #8
Matamoros - 87360
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037813 |

# EXHIBIT 1

Proveedora Industrial Matamors SA
Repulica Del Salvador #8
Col Modelo
Matamoros - 87360
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550037813 |

# EXHIBIT 1

Chicago Rivet & Machine Co Inc
P.O. Box 3061
Naperville IL 60566-7061

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550037897 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Deltar Engineered Fasteners
1700 1st Ave
Chippewa Falls WI 54729



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550038031, 550038130 |

# EXHIBIT 1

Plastomer Corp
37819 Schoolcraft Road
Livonia MI 48150-1096

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550038032 |

# EXHIBIT 1

A I Technologies LLC
640 S. Vermont
Palatine IL 60067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550038039 |

# EXHIBIT 1

Mac Arthur Corp
P.O. Box 10
Grand Blanc MI 48439-0010

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550038050 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP/Anchor Stamping Division
850 Stephenson Hwy, Ste 500
Troy MI 48083

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550038131 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Shakeproof/Anchor/Medalist Div
850 Stephenson Hwy, Ste 500
Troy MI 48083

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550038131 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Medalist
2700 York Road
Elk Grove Village IL 60007

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550038132 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW CIP/Anchor Stamping Division
850 Stephenson Hwy, Ste 500
Troy MI 48083

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550038133 |

# EXHIBIT 1

Siemens VDO SA de CV
Crs Airbags & Restraints Systems
Camino A La Tijera 3 KM 3.5
Tiajomulco de Zuniga - 45640
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550038136 |

# EXHIBIT 1

Lear Corporation
5100 W. Waters Avenue
Tampa FL 33634

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550038138 |

# EXHIBIT 1

Select Industries Corp
Plant 3
P.O. Box 887
Dayton OH 45401

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550038152 |

# EXHIBIT 1

Select Industries Corp
Plant 3
220 Janney Road
Dayton OH 45404

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550038152 |

# EXHIBIT 1

Accurate Threaded Fasteners Inc
ATF
25625 Southfield Road, Suite 206
Southfield MI 48075

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550038273, 550049008 |

# EXHIBIT 1

Ficosa North America Corp
Ficosa Cables
30870 Stephenson Hwy
Madison Heights MI 48071

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550038314 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Marketing Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550038319, 550054882 |

# EXHIBIT 1

Multimatic Inc
Inmet
35 W. Wilmot Street
Richmond Hill-Ontario ON L4B 1L7
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550038338 |

# EXHIBIT 1

Multimatic Inc
Inmet
35 W. Wilmot Street
Richmond Hill-Ontario ON L4B 1L7
Canada

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550038344 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
P.O. Box 10
Brunswick OH 44212-0010

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550038428 |

# EXHIBIT 1

D&R Technology LLC
450-D Windy Point Drive
Glendale Heights IL 60139

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550038500 |

# EXHIBIT 1

D&R Technology LLC
450-D Windy Point Drive
Glendale Heights IL 60139

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550038502 |

# EXHIBIT 1

Yuhshin USA Ltd
Ortech
2806 Industrial Road
Kirksville MO 63501-4832

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550038544 |

# EXHIBIT 1

Accurate Threaded Fasteners Inc
ATF
25625 Southfield, Ste 206
Southfield MI 48075

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550038556 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550038558 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550038558 |

# EXHIBIT 1

ATF Inc.
3550 W. Pratt Blvd
Lincolnwood IL 60712-3798

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550038846 |

# EXHIBIT 1

Decc Co, The
1266 Walden Ave SW
Grand Rapids MI 49507-1529

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550038878 |

# EXHIBIT 1

Associated Sales & Bag Co
Associated Bag Co
P.O. Box 3036
Milwaukee WI 53201

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550048813 |

# EXHIBIT 1

Associated Sales & Bag Co Inc
Associated Bag Co
P.O. Box 3036
Milwaukee WI 53201

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550048813 |

# EXHIBIT 1

Recticel Interiors North America
1420 Industrial Park Drive
Tuscaloosa AL 35401-0427

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550049015 |

# EXHIBIT 1

Fischer America Inc
Fischer Automotive Systems
1084 Doris Road
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550049017 |

# EXHIBIT 1

Fairway Spring Co Inc
P.O. Box 69
Horseheads NY 14845-0069

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550049062 |

# EXHIBIT 1

Decatur Plastics Products Inc
P.O. Box 1079
North Vernon IN 47265

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550049066, 550055334 |

# EXHIBIT 1

Weastec Inc
1600 N High Street
Hillsboro OH 45133-9495

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550050633 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550050645, 550072730 |

# EXHIBIT 1

Dae Yong Industry Co
1280-2 Chungweng-Dong
Shiheung-Shi Kyungki-Do - 429-450
South Korea

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550050709 |

# EXHIBIT 1

Meridian Technologies Inc
Meridan Sales Plymouth
352 N. Main Street, Ste 1
Plymouth MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550050960 |

# EXHIBIT 1

Reum Corp
3600 Sunset Avenue
Waukegan IL 60087

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550051104, 550070436 |

# EXHIBIT 1

Best Form Fabricators Inc
c/o National Marketing & Sales
17515 W. 9 Mile Road, Ste. 720
Southfield MI 48075

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550051411 |

# EXHIBIT 1

Feintool NY Inc
1 Holland Ave
White Plains NY 10603

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550051447 |

# EXHIBIT 1

L&W Inc
L&W Engineering Co
6301 Haggerty Road
Belleville MI 48111-1157

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550052139 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550052377, 550052550 |

# EXHIBIT 1

Fishercast Global Corp
P.O. Box 179 STN M
Peterborough ON K9J 6Y9
Canada

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550052410 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550052550 |

# EXHIBIT 1

Strattec Security Corp
3333 W Good Hope Road
Milwaukee WI 53209

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550052564 |

# EXHIBIT 1

Strattec Security Corp
3333 W Good Hope Road
Milwaukee WI 53209

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550052572 |

# EXHIBIT 1

Metal Component Engineering Shanghai
NO 750 Riyin Road N
Waigaoqiao Free Trade Zone
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550052592 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
P.O. Box 10
Brunswick OH 44212-0010

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550052665 |

# EXHIBIT 1

Mac Arthur Corp
P.O. Box 10
Grand Blanc MI 48439-0010

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550052741 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550052770 |

# EXHIBIT 1

Injex Industries Inc
30559 San Antonio Street
Hayward CA 94544

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550053013 |

# EXHIBIT 1

Sofanou Inc
c/o Peter Andries
7 W. Square Lake Road
Bloomfield Hills MI 48302

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550053069 |

# EXHIBIT 1

DBM Technologies LLC
539 Belvedere Drive N
Gallatin TN 37066

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550053087 |

# EXHIBIT 1

Lear Corp
Edinburgh Molding Plant
600 S Kyle Street
Edinburgh IN 46124

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550053109 |

# EXHIBIT 1

Consolidated Industrial Corp
St Clair Plastics Division
30855 Teton Place
Chesterfield MI 48047

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550053173 |

# EXHIBIT 1

Global Point Design Inc
2861 Sherwood Heights Drive
Unit 27
Oakville-Ontario ON L6J 7K1
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550053177 |

# EXHIBIT 1

Argent International Inc
Argent International
41016 Concept Drive
Plymouth MI 48170

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550053246 |

# EXHIBIT 1

Derby Fabricating Inc
4500 Produce Road
Louisville KY 40218-3058

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550053249 |

# EXHIBIT 1

Derby Fabricating Inc
5800 Fern Valley Road, Ste 4
Louisville KY 40228

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550053249 |

# EXHIBIT 1

Fairway Spring Co Inc
P.O. Box 69
Horseheads NY 14845-0069

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550053254 |

# EXHIBIT 1

Emhart Teknologies Inc
Emhart-Bamal Division
23240 Industrial Park Drive
Farmington Hills MI 48335-2850

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550053260 |

# EXHIBIT 1

Industrial Steel Treating Co
P.O. Box 98
Jackson MI 49204-0098

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550053285, 550057036 |

# EXHIBIT 1

Pepro Enterprises Inc
Gemini Plastics
4385 Garfield Street
Ubly MI 48475

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550053608 |

# EXHIBIT 1

Lakeside Plastics Ltd
3786 N. Talbot Road, Plt l
Old Castle-Ontario ON N0R 1L0
Canada

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550053612 |

# EXHIBIT 1

AFX Industries LLC
522 Michigan Street
Port Huron MI 48060

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550053724 |

# EXHIBIT 1

Peiker Acustic GmbH & Co Kg
Max-Planch-Str 30-32
Friedrichsdorf - 61381
Germany

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550053829 |

# EXHIBIT 1

Wolverine Products Inc
35220 Groesbeck
Clinton Township MI 48035

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550053985 |

# EXHIBIT 1

Injex Industries Inc
30559 San Antonio Street
Hayward CA 94544

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550054146 |

# EXHIBIT 1

Victory Packaging Inc
1597 Westbelt Drive
Columbus OH 43228-3839



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550054407, 550054415, 550054418, 550054426, 550058137 |

# EXHIBIT 1

Victory Packaging Inc
1597 Westbelt Drive
Columbus OH 43228-3839

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550054457, 550054460, 550059612 |

# EXHIBIT 1

Victory Packaging Inc.
1597 Westbelt Drive
Columbus OH 43228-3839

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550054457, 550054460, 550059612 |

# EXHIBIT 1

Behr Hella Thermocontrol GmbH
Behr Hella
Hansastr 40
Lippstadt - 59557
Germany

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550054507 |

# EXHIBIT 1

Hella KG Hueck & Co
Beckumer Str130
Lippstadt - 59555
Germany

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550054521, 550055863 |

# EXHIBIT 1

ATF Inc.
3550 W. Pratt Blvd
Lincolnwood IL 60712-3798

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550054548 |

# EXHIBIT 1

Valeo Climate Control Corp.
3620 Symmes Road
Hamilton OH 45015

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550054579 |

# EXHIBIT 1

Marquardt Switches Inc
2265 Livernois, Ste 710
Troy MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550054587 |

# EXHIBIT 1

Casco Schoeller GmbH
Zuericher Str 3
Frankfurt - 60437
Germany

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550054660 |

# EXHIBIT 1

Alpine Electronics of America Inc
240 Boroline Road
Allendale NJ 7401

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550054661 |

# EXHIBIT 1

GHSP Inc
1250 S Beechtree Street
Grand Haven MI 49417

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550054726 |

# EXHIBIT 1

Olson International SA de CV
Parque Industrial Del Lagos A.P. 371
Carretera A La Playa Km 7.5
Matamoros - 87490
Mexico

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550054745 |

# EXHIBIT 1

Jason Inc
Sackner Products Division
7125 Orchard Lake, Ste 304
West Bloomfield MI 48322

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550054825, 550070398 |

# EXHIBIT 1

DBM Technologies LLC
539 Belevedere Drive, N
Gallatin TN 37066

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550054874 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550054882 |

# EXHIBIT 1

Liberty Industries Inc
840 McClurg Road
Youngstown OH 44512

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550054884 |

# EXHIBIT 1

Tyco Electronics Corp
P.O. Box 3608
Harrisburg PA 17105

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550054945 |

# EXHIBIT 1

Barsse Navarro, Kuis
Maquinados Y Componentes Industrial
Insurgentes 5902-3
CD. Juarez - 32340
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550054951 |

# EXHIBIT 1

Piolax Corp
139 Etowah Industrial Court
Canton GA 30114

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550054979 |

# EXHIBIT 1

TRW Automotive Electronics & Components
Postfach POSTFACH 1
Radolfzell - 78315
Germany

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550055042 |

# EXHIBIT 1

Harman-Becker Automotive Systems Inc
Harmon-Kardon
1201 S. Ohio Street
Martinsville IN 46151-2914

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550055043 |

# EXHIBIT 1

MAG-USA
105 Matthew Warren Drive
Clinton TN 37716

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550055078 |

# EXHIBIT 1

Kostal Mexicana SA de CV
10400 Technology Drive
Cottondale AL 35453

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550055105 thru 550055110, 550057059, 550057060, 550057889, 550057892, 550057900, 550057914, 550058758, 550059573, 550059574, 550061271, 550069743, 550069744, 550070392, 550070393, 550074107, 550076604, 550076965, 550076966, 550076967, 550079725 |

# EXHIBIT 1

Capro Hungary Alkatreszgyarto KFT
Bajcsy Zsilinszky Utca 201/D
Siofok - 8600
Hungary

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550055242 |

# EXHIBIT 1

Victory Packaging Inc
P.O. Box 579
Donna TX 78537



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550055606, 550055613, 550055671, 550056616, 550060258, 550063777 |

# EXHIBIT 1

Port City Die Cast Inc
1985 E Laketon Avenue
Muskegon MI 49442-6127

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550055772 |

# EXHIBIT 1

Adell Plastics Inc
4530 Annapolis Road
Baltimore MD 21227-4815

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550055814 |

# EXHIBIT 1

Jason Inc
Sackner Products Division
7125 Orchard Lake, Ste 304
West Bloomfield MI 48322

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550055832, 550070390 |

# EXHIBIT 1

National Molding Corp
5 Dubon Court
Farmingdale NY 11735-1007

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550055833 |

# EXHIBIT 1

Angell Manufacturing Co
1516 Stanley Ave
Dayton OH 45404

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550055848 |

# EXHIBIT 1

Angell-Demmel North America
1516 Stanley Ave
Dayton OH 45404

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550055848 |

# EXHIBIT 1

Hansen International Inc
130 Zenker Road
Lexington SC 29072

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550055852, 550070489 |

# EXHIBIT 1

Hella KGAA Hueck & Co
Rixbecker Str 75
Lippstadt - 59552
Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550055866 |

# EXHIBIT 1

Sidler GmbH & Co Kg
Sidler
Bismarkstr 72
Tuebingen - 72072
Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550055869 |

# EXHIBIT 1

Euromotive GmbH & Co KG Filiale
Schlosstrasse 26
Braunau Am Inn Ranshofen - 5280
Austria

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550055886 |

# EXHIBIT 1

NSK Corp
OEM Business Unit
P.O. Box 134007
Ann Arbor MI 48113-4007

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550055888 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550055955, 550056132 |

# EXHIBIT 1

Decatur Plastic Products Inc
P.O. Box 1079
North Vernon IN 47265



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550056063, 550056154, 550059575, 550070434 |

# EXHIBIT 1

Das Draexlmaier Automotivsysteme
Das Draexlmaier
Postfach POSTFACH 1
Vilsbiburg - 84132
Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550056067 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550056132 |

# EXHIBIT 1

Kendrion Backhaus GmbH
Postfach POSTFACH 1
Kierspe - 58555
Germany

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550056149 |

# EXHIBIT 1

Adell Plastics Inc
4530 Annapolis Road
Baltimore MD 21227-4815

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550056201 |

# EXHIBIT 1

Adell Plastics Inc
4530 Annapolis Road
Baltimore MD 21227-4815

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550056202 |

# EXHIBIT 1

GE Polymerland Inc
One Plastics Avenue
Pittsfield MA 1201

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550056299, 550056304 |

# EXHIBIT 1

GE Polymerland Inc
One Plastics Avenue
Pittsfield MA 1201

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550056302, 550056305 |

# EXHIBIT 1

GE Polymerland Inc
One Plastics Avenue
Pittsfield MA 1201

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550056303 |

# EXHIBIT 1

Bayer Material Science LLC
2401 E. Walton Blvd
Auburn Hills MI 48326-1967

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550056312 |

# EXHIBIT 1

Red Spot Westland Inc
9030 General Drive
Plymouth MI 48170

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550056322 |

# EXHIBIT 1

Otto Bock Polyurethane Tech Inc
3 Penn Ctr W, Ste 406
Pittsburgh PA 15276

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550056452, 550056458, 550056474 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Medalist
2700 York Road
Elk Grove Village IL 60007

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550056521 |

# EXHIBIT 1

Lanxess Corp
356 Three Rivers Pkwy
Addysyton OH 45001

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550056559 |

# EXHIBIT 1

Intec Mexico LLC
640 S. Vermont Street
Palatine IL 60067

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550056603 |

# EXHIBIT 1

Nova Chemicals Inc
Nova Chemicals Canada Ltd
1550 Coraopolis Heights Road
Coraopolis PA 15108

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550056690 |

# EXHIBIT 1

Nova Chemicals Inc
Nova Chemicals Canada Ltd
1550 Coraopolis Heights Road
Coraopolis PA 15108

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550056710 |

# EXHIBIT 1

Nova Chemicals Inc
Nova Chemicals Canada Ltd
1550 Coraopolis Heights Road
Corapolis PA 15108

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550056713 |

# EXHIBIT 1

Foster Electric (USA) Inc
1000 E State Pkwy, Ste G
Schaumburg IL 60173

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550056746 |

# EXHIBIT 1

Tyco Electronics Corp
P.O. Box 3608
Harrisburg PA 17105

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550056763, 550070500 |

# EXHIBIT 1

Wren Industries Inc
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550056802 |

# EXHIBIT 1

Wren Industries Inc
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550056802 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Medalist
2700 York Road
Elk Grove Village IL 60007

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550056811 |

# EXHIBIT 1

Sandusky Ltd LLC
27950 Orchard Lake Road, Ste 101
Farmington Hills MI 48334

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550057005 |

# EXHIBIT 1

BASF Corp
BASF Colors & Colorants
1609 Biddle Ave.
Wyandotte MI 48192-3729

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550057017 |

# EXHIBIT 1

BASF Corp
BASF Colors & Colorants
1609 Biddle Avenue
Wyandotte MI 48192-3729

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550057018 |

# EXHIBIT 1

BASF Corp
BASF Colors & Colorants
1609 Biddle Ave.
Wyandotte MI 48192-3729

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550057019 |

# EXHIBIT 1

Spartech Corp
Spartech Polycom
470 Johnson Road
Washington PA 15301

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550057020 |

# EXHIBIT 1

Spartech Corp
Spartech Polycom
470 Johnson Road
Washington PA 15301

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550057021 |

# EXHIBIT 1

Basell USA Inc
P.O. Box 15439
Wilmington MD 19850-5439

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550057022 |

# EXHIBIT 1

Lacks Industries Inc
Lacks Trim Systems
4090 Barden Drive
Kentwood MI 49512

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550057054, 550070370 |

# EXHIBIT 1

Johnson Controls GmbH & Co KG
Postfach 1440
Espelkamp - 32328
Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550057062 |

# EXHIBIT 1

Johnson Controls GmbH & Co KG
Postfach POSTFACH 1
Espelkamp - 32328
Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550057062 |

# EXHIBIT 1

Basell USA Inc
P.O. Box 15439
Wilmington MD 19850-5439

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550057071 |

# EXHIBIT 1

Shamrock Technologies Inc
P.O. Box 117
Dayton NJ 8810

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550057072 |

# EXHIBIT 1

Akzo Nobel Coatings Inc
P.O. Box 669
Bloomfield Hills MI 48303-0699

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550057075 |

# EXHIBIT 1

RHE-Tech, Inc
1500 E North Territorial Road
Whitmore Lake MI 48189

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550057082 |

# EXHIBIT 1

Advanced Composites Inc
3607 Trousdale Drive
Nashville TN 37204

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550057083 |

# EXHIBIT 1

Polioles SA de CV
KM52.5 Carretera Mexico Toluca
Lerma - 52000
Mexico

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550057086 |

# EXHIBIT 1

Polyone Corp
733 E. Water Street
North Baltimore OH 45872

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550057087 |

# EXHIBIT 1

Mytex Polymers GP
1403 Port Road
Jeffersonville IN 47130

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550057088 |

# EXHIBIT 1

Polyone Corp
P.O. Box 807
Dyersburg TN 38025

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550057089 |

# EXHIBIT 1

PPG Industries Inc
Coatings & Resins Group
961 Division Street
Adrian MI 48221

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550057100 |

# EXHIBIT 1

Bayer Corp
P.O. Box 500
New Martinsville WV 26155

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550057102 |

# EXHIBIT 1

A. Raymond Inc
3091 Research Drive
Rochester Hills MI 48309-3581

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550057136 |

# EXHIBIT 1

Intec Group Inc, The
1301 E. Michigan Ave.
Morocco IN 47963-8179

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550057153 |

# EXHIBIT 1

May & Scofield Inc
c/o JP Sales Company Inc
3700 W Liberty
Ann Arbor MI 48103

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550057159 |

# EXHIBIT 1

Polyone Corp
33587 Walker Road
Avon Lake OH 44012

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550057172 |

# EXHIBIT 1

Keats Manufacturing Co
350 Holbrook Drive
Wheeling IL 60090-5812

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550057303 |

# EXHIBIT 1

Keats Manufacturing Co Inc
P.O. Box 526
Wheeling IL 60090-0526

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550057303 |

# EXHIBIT 1

Vorwerk Autotec GmbH & Co Kg
Obere Lichtenplatzer Str 336
Wuppertal - 42287
Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550057319 |

# EXHIBIT 1

Cooper Standard Automotive
Reid Division
2130 W. 110th Street
Cleveland OH 44102

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550057616 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Marketing Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550057661 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550057661 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550057665 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550057665 |

# EXHIBIT 1

Sternplastik Hellstern GmbH & Co KG
Hegaustr 9
Villingen Schwenningen - 78054
Germany

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550057879 |

# EXHIBIT 1

A. Raymond Inc
3091 Research Drive
Rochester Hills MI 48309-3581

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550057885, 550076225 |

# EXHIBIT 1

Pepro Enterprises Inc
Gemini Plastics
4385 Garfield
Ubly MI 48475

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550057973 |

# EXHIBIT 1

Armada Rubber Manufacturing Co
P.O. Box 579
Armada MI 48005-0579

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550058113 |

# EXHIBIT 1

Siemens VDO Automotive AG
Postfach POSTFACH 1
Regensburg - 93055
Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550058187 |

# EXHIBIT 1

Americhem Inc
155 E. Steels Corner Road
Cuyahoga Falls OH 44224

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550058480 |

# EXHIBIT 1

Americhem Inc
155 E. Steels Corners Road
Cuyahoga Falls OH 44224

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550058483 |

# EXHIBIT 1

Americhem Inc
155 E. Steels Corners Road
Cuyahoga Falls OH 44224

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550058493 |

# EXHIBIT 1

Owens Corning Inc
Owens Corning
46500 Humboldt Drive
Novi MI 48377

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550058509 |

# EXHIBIT 1

DR Schneider Kunststoffwerke GmbH
Postfach POSTFACH 4
Kronach - 96313
Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550058648, 550060255, 550060447 |

# EXHIBIT 1

Capro Hungry Alkatreszgyarto KFT
Bajcsy Zsilinszky Utca 201/D
Siofok - 8600
Hungary

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550058762 |

# EXHIBIT 1

ATF Inc.
3550 W. Pratt Blvd
Lincolnwood IL 60712-3798

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550059167, 550076616 |

# EXHIBIT 1

Sofanou Inc
632 Timberline Drive
Rochester Hills MI 48309

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550059190 |

# EXHIBIT 1

Al-Ko Automotive Corp
P.O. Box 2874
Elkhart IN 46515

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550059202 |

# EXHIBIT 1

Wren Industies Inc
P.O. Box 24009
Dayton OH 45424

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550059245 |

# EXHIBIT 1

MRC Industrial Group Inc
13201 Stephens Road
Warren MI 48089-2092

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550059249 |

# EXHIBIT 1

Hella Innenleuchten-SystemeGmbH
His Hella Innenleuchten Systeme GmbH
Wembach - 79677
Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550059423 |

# EXHIBIT 1

Creative Foam Corporation
Alloy Division
310 N Alloy Drive
Fenton MI 48430-2648

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550059648, 550060121 |

# EXHIBIT 1

Graber-Rogg Inc
22 Jackson Drive
Cranford NJ 07016-3609

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550059748 |

# EXHIBIT 1

Chem-Plate Industries Inc
1250 Morse Ave
Elk Grove Village IL 60007

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550059879 |

# EXHIBIT 1

Hellermanntyton Corp
P.O. Box 245017
Milwaukee WI 53224

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550059890 |

# EXHIBIT 1

Graber-Rogg Inc
22 Jackson Drive
Cranford NJ 07016-3609

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550059984 |

# EXHIBIT 1

A I Technologies LLC
640 S Vermont
Palatine IL 60067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550060016 |

# EXHIBIT 1

United Paint & Chemical Corp
Unitd Paint Co
24671 Telegraph Road
Southfield MI 48034-3035

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550060043 |

# EXHIBIT 1

Hellermanntyton Corp
P.O. Box 245017
Milwaukee WI 53224

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550060095 |

# EXHIBIT 1

Textron Fastening Systems Inc
345 E. Marshall Street
Wytheville VA 24382-3917

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550060281 |

# EXHIBIT 1

American Rubber Products Corp
P.O. Box 190
La Porte IN 46350

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550060310 |

# EXHIBIT 1

Precision Products Group Inc
Michigan Spring & Stamping Div
P.O. Box 720
Muskegon MI 49443

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550060363 |

# EXHIBIT 1

Cherry Corp, The
Cherry Electrical Products Division
P.O. Box 581913
Pleasant Prairie WI 53158

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550060463 |

# EXHIBIT 1

Hella Fahrzeugkomponenten GmbH
Dortmunder Str 5
Bremen - 28199
Germany

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550060467 |

# EXHIBIT 1

Americhem Inc
155 E Steels Corners Road
Cuyahoga Falls OH 44224

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550060478, 550078755 |

# EXHIBIT 1

Mid America Plastics
4221 James P Cole Blvd
Flint MI 48505

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550061084 |

# EXHIBIT 1

Bytec Inc
44801 Centre Ct E
Clinton Township MI 48038

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550061124 |

# EXHIBIT 1

D&R Technology LLC
450 Windy Point Drive
Glendale Heights IL 60139

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550061128 |

# EXHIBIT 1

Pepro Enterprises
Gemini Plastics
4385 Garfield Street
Ubly MI 48475

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550061272 |

# EXHIBIT 1

Meridian Technologies Inc
Meridian Sales Plymouth
352 N Main Street, Ste 1
Plymouth MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550061422 |

# EXHIBIT 1

Angell Manufacturing Co
1516 Stanley Ave
Dayton OH 45404

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550061555 |

# EXHIBIT 1

Angell-Demmel North America
1516 Stanley Ave
Dayton OH 45404

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550061555 |

# EXHIBIT 1

Wirco Products Inc
2550 20th Street
Port Huron MI 48060-6449

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550061661 |

# EXHIBIT 1

Behr Industries Corp
P.O. Box 368
Comstock Park MI 49321



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550062200, 550062251, 550079956 |

# EXHIBIT 1

TRW Inc
TRW Automotive Electronics
23855 Research Drive
Farmington Hills MI 48335

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550062328 |

# EXHIBIT 1

Aksys USA Inc
1909 Kyle Court
Gastonia NC 28052

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550062628, 550070389 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550063728 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550063728 |

# EXHIBIT 1

Marquardt GmbH
Schloss-Strasse 16
Rietheim-Weilheim - 78604
Germany

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550063849 |

# EXHIBIT 1

Pepro Enterprises Inc
Gemini Plastics
4385 Garfield
Ubly MI 48475

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550063992 |

# EXHIBIT 1

DR Schneider Automotive Systems Inc
5775 Brighton Pines Court
Howell MI 48843



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550064005, 550064183, 550064195, 550064221, 550070366, 550074975 |

# EXHIBIT 1

Totoku Electric Co Ltd
1-3-21 Okubo
Shinjuku Ku
Tokyo - 169-0072
Japan

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550064079 |

# EXHIBIT 1

Motorola Inc
Motorola Automotive & Indstrl Elect
3740 N Austin Street
Seguin TX 78155

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550064235 |

# EXHIBIT 1

Motorola Inc
Motorola Automotive & Indstrl Elect
3740 N. Austin Street
Seguin TX 78155

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550064236 |

# EXHIBIT 1

Concorde Group SA de CV
Periferico Ecologico #17
San Lorenzo Almecatla
Cuautlancingo - 72008
Mexico

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550064312, 550081580 |

# EXHIBIT 1

ISO Trude Inc
1705 Eaton Drive
Grand Haven MI 49417

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550064590 |

# EXHIBIT 1

Continental Midland LLC
24000 S. Western Avenue
Park Forest IL 60466

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550064652 |

# EXHIBIT 1

Jacobson Mfg LLC
941-955 Lake Road
Medina OH 44256

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550064672 |

# EXHIBIT 1

TRW Automotive US LLC
TRW Westminister
P.O. Box 890
Westminster MA 1473

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550065810 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550066043 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550066043 |

# EXHIBIT 1

Motorola de Nogales
Prolg Ruiz Cortinez Calle San
Patricio Lote #6 Parq Ind San Carlo
Nogales Sonora - 84090
Mexico

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550068912 |

# EXHIBIT 1

Motorola de Nogales
Prolg Ruiz Cortinez Calle San
Patricio Lote #6 Parq Ind
San Carlo - -
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550068913 |

# EXHIBIT 1

Emhart Teknologies Inc.
1915 Pembrooke Road
Hopkinsville KY 42240-4490

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550069079 |

# EXHIBIT 1

Chain Industries Inc
Almetals Co
51035 Grand River Ave
Wixom MI 48393-3329

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550069135 |

# EXHIBIT 1

MRC Polymers Inc
3307 S. Lawndale Avenue
Chicago IL 60623

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550069242 |

# EXHIBIT 1

Alps Electric Inc
Alps Automotive
1500 Atlantic Blvd
Auburn Hills MI 48236-1500

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550069250, 550076309 |

# EXHIBIT 1

Alps Electric Inc
Alps Automotive
1500 Atlantic Blvd
Auburn Hills MI 48236-1500

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550069252 |

# EXHIBIT 1

Select Industries Corp - Plant 3
220 Janney Road
Dayton OH 45404

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550069284 |

# EXHIBIT 1

Select Industries Corp - Plant 3
P.O. Box 887
Dayton OH 45401

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550069284 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550069285 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550069285 |

# EXHIBIT 1

Victory Packaging Inc
6250 Brook Hollow Pkwy
Norcross GA 30071

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550069367 |

# EXHIBIT 1

Victory Packaging Inc
800 Junction
Plymouth MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550069542 |

# EXHIBIT 1

D&R Technology LLC
450-D Windy Point Drive
Glendale Heights IL 60139

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550069672, 550026093 |

# EXHIBIT 1

Etna Products Inc
P.O. Box 630
Chagrin Falls OH 44022-0630

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550069690 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550069822 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550069822 |

# EXHIBIT 1

ISO Trude Inc
1705 Eaton Drive
Grand Haven MI 49417

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550070365 |

# EXHIBIT 1

Derby Fabricating Inc
4500 Produce Road
Louisville KY 40218-3058

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550070388 |

# EXHIBIT 1

Angell Manufacturing Co
1516 Stanley Ave
Dayton OH 45404

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550070433 |

# EXHIBIT 1

Angell-Demmel North America
1516 Stanley Ave
Dayton OH 45404

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550070433 |

# EXHIBIT 1

JSP International
1443 E. 12 Mile Road
Madison Heights MI 48071

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550070581, 550074311 |

# EXHIBIT 1

Advanced Composites Inc
Sidney Plant
1062 S. 4th Ave
Sidney OH 45365-8977

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550070862 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Marketing Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550071070 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550071070 |

# EXHIBIT 1

Bing Metals Group Inc
Stamp & Assembly Division
1200 Woodland Avenue
Detroit MI 48211

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550071193, 550079812 |

# EXHIBIT 1

Bing Metals Group Inc
Stamp & Assembly Division
1200 Woodland Ave
Detroit MI 48211

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550071199 |

# EXHIBIT 1

Junkerwerk Linder & Co
Junkerwek Linder
Postfach POSTFACH 1
Solingen - 42666
Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550071624 |

# EXHIBIT 1

Creative Foam Corporation
Alloy Division
310 N Alloy Drive
Fenton MI 48430-2648

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550071874 |

# EXHIBIT 1

Radolid Thiel GmbH
Loesenbacher Lanstr 166
Luedenscheid - 58487
Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550071876 |

# EXHIBIT 1

FTE Automotive USA Inc
4000 Pinnacle Court
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550071928 |

# EXHIBIT 1

Poeppelmann Kunststoff-Technik GmbH
Postfach POSTFACH 1
Lohne - 49378
Germany

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550072285 |

# EXHIBIT 1

Tyz-all Plastics Inc
120 Express Street
Plainview NY 11803

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550072291 |

# EXHIBIT 1

Knipping Verbindungstechnik GmbH
Postfach POSTFACH 1
Kierspe - 58557
Germany

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550072510 |

# EXHIBIT 1

Novem Car Interiors Design Inc
7610 Market Street
Canton MI 48187

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550072715, 550074997 |

# EXHIBIT 1

Viking Plastics Inc
1 Viking Street
Corry PA 16407

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550072716 |

# EXHIBIT 1

Viking Plastics Inc
1 Viking Street
Corry PA 16407

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550072717 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550072825 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550072825 |

# EXHIBIT 1

Wagner, E R Manufacturing Co
4611 N 32nd Street
Milwaukee WI 53209-6023

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550073451 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550073471 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550073471 |

# EXHIBIT 1

Techmetals Inc
P.O. Box 1266
Dayton OH 45401-1266

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550073771 |

# EXHIBIT 1

Lear Corp
5100 W  Waters Avenue
Tampa FL 33634

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550074079 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550074089 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550074089 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Marketing Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550074138 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550074138 |

# EXHIBIT 1

Sofanou Inc
632 Timberline Drive
Rochester Hills MI 48309

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550074298 |

# EXHIBIT 1

Dae Yong Industry Co
1280-2 Chungweng-dong
Shiheung-Shi Kyungki-Do - 429-450
South Korea

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550074308 |

# EXHIBIT 1

Foreman Tool & Mold Corp
3850 Swenson Ave
Saint Charles IL 60174

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550074310 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Medalist
2700 York Road
Elk Grove Village IL 60007

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550074346 |

# EXHIBIT 1

Allied-Baltic Rubber Inc
P.O. Box 168
Strasburg OH 44680-0168

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550074366 |

# EXHIBIT 1

NRI Industries Inc
35 Cawthra Avenue
Toronto ON M6N 3C2
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550074367, 550074389 |

# EXHIBIT 1

Siemens Electric Ltd
Siemens Automotive
1020 Adeline Street S
London-Ontario ON N6E 1R6
Canada

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550074368, 550074849 |

# EXHIBIT 1

Nyx Inc
Nyx Cherryhill Division
1000 Manufacturers Drive
Westland MI 48186-4064

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550074421 |

# EXHIBIT 1

Eissmann GmbH
599 Ed Gardner Drive
Pell City AL 35125-5125

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550074462 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Medalist
2700 York Road
Elk Grove Village IL 60007

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550074562 |

# EXHIBIT 1

Dura-Chrome Ltd
64 Garnet Street
Wallaceburg-Ontario ON N8A 5E6
Canada

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550074590 |

# EXHIBIT 1

ISO Trude Inc
1705 Eaton Drive
Grand Haven MI 49417-2824

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550074606 |

# EXHIBIT 1

Bayer Corp
1111O'Neil Drive, SE
Newark Industrial Park
Hebron OH 43025-9660

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550074744 |

# EXHIBIT 1

Bayer Material Science LLC
1111O'Neil Drive, SE
Newark Industrial Park
Hebron OH 43025-9660

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550074744 |

# EXHIBIT 1

Select Industries Corp
Plant 3
P.O. Box 887
Dayton OH 45401-0887

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550074771 |

# EXHIBIT 1

Basell USA Inc
P.O. Box 15439
Wilmington MD 19850-5439

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550074803 |

# EXHIBIT 1

Gobar Systems Inc
3320 E. 14th Street
Brownsville TX 78521

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550074848 |

# EXHIBIT 1

Reum GmbH & Co Betriebs KG
Reum
Industriestr 9
Hardheim - 74736
Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550074950 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550074955 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550074955 |

# EXHIBIT 1

Etna Products Inc
P.O. Box 630
Chagrin Fall OH 44022-0630

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550075011 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550075019 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550075019 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550075355 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550075355 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550075382 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550075382 |

# EXHIBIT 1

Cable Bergen de Mexico SA de CV
Calle Pimentos 5435
Col Sector Aeropuerto
Cd Juarez - 32698
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550076056 |

# EXHIBIT 1

Select Industries Corp
Plant 3
P.O. Box 887
Dayton OH 45401

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550076230 |

# EXHIBIT 1

DBG Canada Ltd
1555 Enterprise Road
Mississauga-Ontario ON L4W 4L4
Canada

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550076328 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550076611 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550076611 |

# EXHIBIT 1

Tyz-all Plastics Inc
120 Express Street
Plainview NY 11803

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550076635 |

# EXHIBIT 1

IMS Gear
1234 Palmour Drive, Ste B
Gainesville GA 30501

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550076636 |

# EXHIBIT 1

LDM Technologies Inc
c/o AlphaTech
17777 E Lincoln Road
Kokomo IN 46902

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550076637 |

# EXHIBIT 1

Mechanical & Industrial Fasteners
c/o Oidford & Associates
3555 Walnut Street
Port Huron MI 48060

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550076695 |

# EXHIBIT 1

Mechanical & Industrial Fasteners
c/o Oldford & Associates
3555 Walnut Street
Port Huron MI 48060

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550076696 |

# EXHIBIT 1

Plabell Rubber Products
300-324 S. St. Clair Street
Toledo OH 43602-1846

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550076722 |

# EXHIBIT 1

Intec Mexico LLC
640 S. Vermont Street
Palatine IL 60067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550076857 |

# EXHIBIT 1

Intec Mexico LLC
640 S. Vermont Street
Palatine IL 60067

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550076877 |

# EXHIBIT 1

Olson International Ltd
50 W North Avenue
Lombard IL 60148

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550076885 |

# EXHIBIT 1

Alegre Inc
3101 W. Tech Road
Miamisburg OH 45342

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550077037 |

# EXHIBIT 1

Cherry GmbH
Cherry Str 1
Auerbach - 91275
Germany

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550077038 |

# EXHIBIT 1

Intec Mexico LLC
640 S Vermont St
Palatine IL 60067

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550077147 |

# EXHIBIT 1

Summit Polymers Inc
15101 N Commerce Drive
Dearborn MI 48120

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550078021, 550022703 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550078070 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550078070 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550078120 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550078120 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550078121 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550078121 |

# EXHIBIT 1

Argent International Inc
Argent International
41016 Concept Drive
Plymouth MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550078489 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550078543 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550078543 |

# EXHIBIT 1

Optek Technology Inc
1645 Wallace Drive, Ste 130
Carrollton TX 75006

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550078586 |

# EXHIBIT 1

Steel Technologies Inc
P.O. Box 43339
Louisville KY 40253-0339

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550078763 |

# EXHIBIT 1

De La Plaza Int Inc
11502 James Grant Drive
El Paco TX 79936

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550078813 |

# EXHIBIT 1

De La Plaza Int. Inc
11520 James Grant Drive
El Paso TX 79936

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550078813 |

# EXHIBIT 1

Mivrag Cold Forming Technologies
43902 Woodward Ave, Ste 280
Bloomfield Hills MI 48302

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550078817 |

# EXHIBIT 1

Mivrag Cold Forming Technologies
43902 Woodward Ave, Ste 280
Bloomfield Hills MI 48302

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550078819 |

# EXHIBIT 1

Ashland Inc
Ashland Distibution Co
P.O. Box 2219
Columbus OH 43216-2219

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550078831 |

# EXHIBIT 1

Raches, CH Inc
1100 N. Opdyke Road, Ste.200
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550079142 |

# EXHIBIT 1

Termax Corp
920-930- Remington Road
Schaumburg IL 60173

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550079177 |

# EXHIBIT 1

TerMax Corp.
920-930 Remington Road
Schaumburg IL 60173

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550079178 |

# EXHIBIT 1

Piolax Corp
139 Etowah Industrial Court
Canton GA 30114

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550079290 |

# EXHIBIT 1

Mivrag Cold Forming Technologies
43902 Woodward Avenue, Ste 280
Bloomfield Hills MI 48302

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550079294 |

# EXHIBIT 1

Mivrag Cold Forming Technologies LT
43902 Woodward Ave, Ste 280
Bloomfield Hills MI 48302

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550079294 |

# EXHIBIT 1

Mivrag Cold Forming Technologies LT
43902 Woodward Ave, Ste 280
Bloomfield Hills MI 48302

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550079297 |

# EXHIBIT 1

Am Pro Moldings LLC
318 Pappy Dunn Blvd
Anniston AL 36205-6205



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550079306, 550079307, 550079308 |

# EXHIBIT 1

Fujikura America Inc
280 Interstate N Cir SE, Ste 530
Atlanta GA 30339

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550079361 |

# EXHIBIT 1

1664560 Ontario Inc
Carter Group
2125 Wyecroft Road
Markham ON L6L 5L7
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550079419 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Marketing Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550079420 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550079420 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550079658 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550079658 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550079659 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550079659 |

# EXHIBIT 1

Dean, Roy Products Co
Engineered Custom Lubricants
45800 Mast Street
Plymouth MI 48170-6056

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550079830, 550037465 |

# EXHIBIT 1

GE Polymerland Inc
One Plastics Avenue
Pittsfield MA 1201

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550079831, 550060254 |

# EXHIBIT 1

PPG Industries Inc
Coatings & Resins Group
961 Division
Adrian MI 49221

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550079832 |

# EXHIBIT 1

Plascar Ind.de Comm. Plasticos Ltda
Al Do Café 450 Indl
Varginha - 37026-400
Brazil

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550079866 |

# EXHIBIT 1

ISO Trude Inc
1705 Eaton Drive
Grand Haven MI 49417

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550079960 |

# EXHIBIT 1

ISO Trude Inc
1705 Eaton Drive
Grand Haven MI 49417-2824

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550079960 |

# EXHIBIT 1

Senco Products Inc
Senco Fasteners Systems
8485 Broadwell Road
Cincinnati OH 45244-1611

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550079987 |

# EXHIBIT 1

Chicago Rivet & Machine Co Inc
P.O. Box 3061
Naperville IL 60566-7061

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550080075 |

# EXHIBIT 1

GDX Automotive Inc
GDX Vehicle Sealing Division
200 General Street
Batesville AR 72501-9479

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550080076 |

# EXHIBIT 1

GDX Automotive
P.O. Box 507
Wabash IN 46992-0507

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550080077 |

# EXHIBIT 1

GDX Automotive
1 General Street
Wabash IN 46992-2615

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550080078 |

# EXHIBIT 1

GDX Automotive
P.O. Box 507
Wabash IN 46992-0507

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550080078 |

# EXHIBIT 1

Hellermanntyton Corp
P.O. Box 245017
Milwaukee WI 53224

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550080322 |

# EXHIBIT 1

Kostal Mexicana SA de CV
10400 Technology Drive
Cottondale AL 35453



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550080742, 550081805, 550082460, 550082468, 550083251, 550085183, 550085184, 550110883, 550110885, 550110886 |

# EXHIBIT 1

Intec Mexico LLC
640 S. Vermont Street
Palatine IL 60067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550080743 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products
1950 Crooks Road
Troy MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550080760 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550080760 |

# EXHIBIT 1

Findlay Industries Inc
Plant 1
P.O. Box 1087
Findlay OH 45839-1087

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550080853, 550080854, 550082920 |

# EXHIBIT 1

Tesa Tape Inc
5825 Carnegie Blvd
Charlotte NC 28209-4633

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550080951 |

# EXHIBIT 1

Mac Arthur Corp
P.O. Box 10
Grand Blanc MI 48439-0010

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550081184 |

# EXHIBIT 1

Nedschroef Fraulautern GmbH
Klosterstr 13 Fraulautern
Saarlouis - 66740
Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550081366 |

# EXHIBIT 1

Permacel Kansas City Inc
Permacel Missouri
8485 Prospect Avenue
Kansas City MO 64132

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550081369 |

# EXHIBIT 1

Libralter Plastics Inc
3175 Martin Road
Walled Lake MI 48390

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550081635 |

# EXHIBIT 1

Kent Manufacturing Co
1840 Oak Industrial Drive NE
Grand Rapids MI 4905-6008

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550081643 |

# EXHIBIT 1

Eissman Automotive North America
599 Ed Gardner Drive
Pell City AL 35125-2701

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550081759 |

# EXHIBIT 1

Eissmann GmbH
599 Ed Gardner Drive
Pell City AL 35125-5125

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550081759 |

# EXHIBIT 1

Mid-South Electronics Inc
2620 E. Meighan Blvd
Gadsden AL 35903

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550081760 |

# EXHIBIT 1

Michigan Spring & Stamp
41850 W. 11 Mile Road, Ste 105
Novi MI 48374

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550081966 |

# EXHIBIT 1

Benecke-Kaliko AG
Postfach POSTFACH 7
Hannover - 30419
Germany

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550081968 |

# EXHIBIT 1

Benecke-Kaliko AG
Postfach POSTFACH 7
Hannover - 30419
Germany

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550081968 |

# EXHIBIT 1

Olson International SA de CV
Parque Industrial Del Lago A.P. 371
Carretera A La Playa KM 7.5
Matamoros - 87490
Mexico

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550082467 |

# EXHIBIT 1

Olson International SA de CV
Parque Industrial Del Lagos A.P. 371
Carretera A La Playa Km 7.5
Matamoros - 87490
Mexico

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550082467 |

# EXHIBIT 1

Derby Fabricating Inc
5800 Fern Valley Road, Ste 4
Louisville KY 40228

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550082740 |

# EXHIBIT 1

Eissman Automotive North America
599 Ed Gardner Drive
Pell City AL 35125-2701

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550082919 |

# EXHIBIT 1

Eissmann GmbH
599 Ed Gardner Drive
Pell City AL 35125-5125

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550082919 |

# EXHIBIT 1

Victory Packaging Inc
1597 Westbelt Drive
Columbus OH 43228-3839

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550083028, 550085157 |

# EXHIBIT 1

Recticel Interiors North America Inc
1420 Industrial Park Drive
Tuscaloosa AL 35401-0427

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550083374, 550083375, 550083377 |

# EXHIBIT 1

Rawac Plating Co
1107 W. North Street
Springfield OH 45504

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550083608 |

# EXHIBIT 1

Android Industries-Whitmore Lake Inc
Containment Services
50777 Varsity Court
Wixom MI 48393

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550083622 |

# EXHIBIT 1

Behr Industries Corp
P.O. Box 368
Comstock Park MI 49321

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550084650 |

# EXHIBIT 1

Victory Packaging Inc
6250 Brook Hollow Pkwy
Norcross GA 30071

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550084971 |

# EXHIBIT 1

Optek Technology Inc
1645 Wallace Drive, Ste 130
Carrollton TX 75006

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550085008 |

# EXHIBIT 1

Access Electronics Inc
4190 Grove Ave
Gurnee IL 60031

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550085237 |

# EXHIBIT 1

Benecke-Kaliko AG
Postfach POSTFACH 7
Hannover - 30419
Germany

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550085578 |

# EXHIBIT 1

Cable Bergen de Mexico SA de CV
Calle Pimento 5435
Col Sector Aeropuerto
Cd Juarez - 32698
Mexico

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550085864 |

# EXHIBIT 1

Aphase II Inc
6120 Center Drive
Sterling Heights MI 48312

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550085871 |

# EXHIBIT 1

Pepro Enterprises Inc
Gemini Plastics
4385 Garfield Street
Ubly MI 48475

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550086224 |

# EXHIBIT 1

Elrae Industries Inc
11035 Walden Ave
Alden NY 14004-9616

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550086270 |

# EXHIBIT 1

Creative Engineered Polymer Products - CEP Products
985 Falls Creek Drive
Vandalia OH 45377

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550086578 |

# EXHIBIT 1

Collins & Aikman Corporation
250 Stephenson Hwy, Ste 100
Troy MI 48083

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550086604 |

# EXHIBIT 1

ATF Inc
3550 W Pratt Blvd
Lincolnwood IL 60712-3798

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550086608 |

# EXHIBIT 1

ATF Inc
3550 W. Pratt Blvd
Lincolnwood IL 60712-3798

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550086608 |

# EXHIBIT 1

Collins & Aikman Corporation
250 Stephenson Hwy, Ste 100
Troy MI 48083

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550086613, 550086605 |

# EXHIBIT 1

Lear Corporation
Automotive Industries Division
400 S. Stone Street
Fremont OH 43420-2658

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550086614 |

# EXHIBIT 1

Panasonic Automotive Systems
No.300, Honggang Road
Dalian - 16033
China

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550086630 |

# EXHIBIT 1

Panasonic Automotive Systems (Dalian)
No.15 East Street, Daxinzhaizi
Dalian - 116033
China

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550086630 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Shakeproof/Anchor/Medalist Div
850 Stephenson Hwy, Ste 500
Troy MI 48083

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550086954 |

# EXHIBIT 1

Textron Fastening Systems Inc
345 E. Marshall Street
Wytheville VA 24382-3917

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550086976 |

# EXHIBIT 1

Consolidated Industrial Corp
St Clair Plastics Division
30855 Teton Place
Chesterfield MI 48047

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550087002 |

# EXHIBIT 1

ATF Inc
3550 W. Pratt Blvd
Lincolnwood IL 60712-3798

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550087049 |

# EXHIBIT 1

Collins & Aikman Corporation
601 W 7th Street
Evart MI 49631-9408

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550087057 |

# EXHIBIT 1

Collins & Aikman Corporation
4000 Waco Road
Columbia MO 65202-2715

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550087058 |

# EXHIBIT 1

Collins & Aikman Products Co
Auto Trim Division
P.O. Box 559
Morristown IN 46161-0559

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550087059 |

# EXHIBIT 1

2088343 Ontario Limited
Carter Group
2125 Wyecroft Road
Oakville-Ontario ON L6L 5L7
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550087147 |

# EXHIBIT 1

2088343 Ontario Limited
Carter Group
2125 Wyecroft Road
Oakville-Ontario ON L6L 5L7
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550087148 |

# EXHIBIT 1

Derby Fabricating LLC
4500 Produce Road
Louisville KY 40218-3058

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550087162 |

# EXHIBIT 1

ATF Inc
3550 W Pratt Blvd
Lincolnwood IL 60712-3798

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550087353 |

# EXHIBIT 1

Mid-South Electronics Inc
2620 E. Meighan Blvd
Gadsden AL 35903

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550087381, 550123653 |

# EXHIBIT 1

Lorentson Manufacturing Co
P.O. Box 932
Kokomo IN 46903

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550110915 |

# EXHIBIT 1

DR Schneider Automotive Systems Inc
5775 Brighton Pines Court
Howell MI 48843

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550116521 |

# EXHIBIT 1

Victory Packaging Inc
P.O. Box 579
Donna TX 78537

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550123611 |

# EXHIBIT 1

Penn Engineering Automotive Fastener
50625 Design Lane
Utica MI 48315-3128

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550124376 |

# EXHIBIT 1

Johnson Controls Interiors LLC
Automotive Systems Group
915 E. 32nd Street
Holland MI 49423

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550124641, 550086938 |

# EXHIBIT 1

Stoneridge Inc
Alphabet
6 Butterfield Trail
El Paso TX 79906

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550124642 |

# EXHIBIT 1

Pullman Industries Inc
820 Kirts Blvd, Ste 400
Troy MI 48084

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550124643 |

# EXHIBIT 1

Arkay Industries, Inc
2200 American Way
Monroe OH 45050-1202

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550124767 |

# EXHIBIT 1

Arkay Industries Inc
220 American Way
Monroe OH 45050-1202

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550124769, 550124771 |

# EXHIBIT 1

Derby Fabricating LLC
4500 Produce Road
Louisville KY 40218-3058

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550125051 |

# EXHIBIT 1

Derby Fabricating LLC
4500 Produce Road
Louisville KY 40218-3058

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550125053 |

# EXHIBIT 1

Eissmann Automotive North America
599 Ed Gardner Drive
Pell City AL 35125-2701

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550125169 |

# EXHIBIT 1

Eissmann GmbH
599 Ed Gardner Drive
Pell City AL 35125-5125

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550125169 |

# EXHIBIT 1

Novem Car Interiors Design Inc
7610 Market Street
Canton MI 48187

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550125304, 550125305, 550128395 |

# EXHIBIT 1

OEM Erie Inc
1810 W. 20th Street
Erie PA 16502-2001

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550125307 |

# EXHIBIT 1

Yuhshin USA Ltd
Ortech
2806 Industrial Drive
Kirksville MO 63501-4832

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550125729 |

# EXHIBIT 1

Wren Industries Inc
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550125737 |

# EXHIBIT 1

Raches, CH Inc
1100 N. Opdyke Road, Ste.200
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550125791 |

# EXHIBIT 1

Wren Industries
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550125870 |

# EXHIBIT 1

Meridian Technologies Inc
Meridan Sales Plymouth
352 Main Street, Ste 1
Plymouth MI 48170

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550125884 |

# EXHIBIT 1

Bing Metals Group Inc
Stamp & Assembly Division
1200 Woodland
Detroit MI 48211

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550125916 |

# EXHIBIT 1

Walco Corp
P.O. Box 9
Glenshaw PA 15116-0009

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550127156 |

# EXHIBIT 1

Millwood, Inc
Millwood Pallet
986 Tibbetts Wick Road
Girard OH 44420-1120

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550127189 |

# EXHIBIT 1

A I Technologies LLC
640 S Vermont
Palatine IL 60067

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550127246 |

# EXHIBIT 1

Select Industries Corp
P.O. Box 887
Dayton OH 45401-0887

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550127274 |

# EXHIBIT 1

Decatur Plastics Products Inc
P.O. Box 1079
North Vernon IN 47265

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550127304 |

# EXHIBIT 1

Decatur Plastic Products Inc
P.O. Box 1079
North Vernon IN 47265

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550127305, 550127310 |

# EXHIBIT 1

M&M Knopf Auto Parts Inc
M&M Flint
2750 Lippincott Blvd
Flint MI 48507

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550127492, 550127493 |

# EXHIBIT 1

FPE Inc
30627 Orr Road
Circleville OH 43113

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550127660 |

# EXHIBIT 1

Wren Industries Inc
P.O. Box 24009
Dayton OH 45424

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550127692 |

# EXHIBIT 1

Schulman, A Inc
P.O. Box 1710
Akron OH 44309-1710

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550127693 |

# EXHIBIT 1

Mid-South Electronics Inc
2620 E. Meighan Blvd
Gadsden AL 35903

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550127974, 550123239 |

# EXHIBIT 1

A. Raymond Inc
3091 Research Drive
Rochester Hills MI 48309-3581

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550128157 |

# EXHIBIT 1

Emhart Teknologies LLC
49201 Gratiot Avenue
Chesterfield MI 48051

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550128331 |

# EXHIBIT 1

Amsea LLC
2460 Snapps Ferry Road
Greeneville TN 37745

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550129311 |

# EXHIBIT 1

Amsea LLC
2460 Snapps Ferry Road
Greenville TN 37745

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550129312 |

# EXHIBIT 1

Jabil Circuit de Chihuahua
S de R L de C V
Alejandro Dumas 11341
Chiuahua - 31109
Mexico

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550129313 |

# EXHIBIT 1

Mac Arthur Corp
P.O. Box 10
Grand Blanc MI 48439-0010

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550129347 |

# EXHIBIT 1

Textron Inc
Textron Fastening Systems
29201 Telegraph Road, Ste 606
Southfield MI 48034

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550129431 |

# EXHIBIT 1

Camcar LLC
826 E. Madison Street
Belvidere IL 61008-2364

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550129433 |

# EXHIBIT 1

Avdel Cherry Textron Inc
P.O. Box 486
Stanfield NC 28163-0486

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550129437 |

# EXHIBIT 1

Textron Inc
Textron Fastening Systems
29201Telegraph Road, Ste 606
Southfield MI 48034

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550129439 |

# EXHIBIT 1

TFS Fastening Systems LLC
Decorah Operations
1302 Kerr Drive
Decorah IA 52101

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550129440 |

# EXHIBIT 1

Camcar LLC
826 E. Madison Street
Belvidere IL 61008-2364

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550129441 |

# EXHIBIT 1

Textron Inc
Textron Fastening Systems
29201 Telegraph Road, Ste 606
Southfield MI 48034

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550129442 |

# EXHIBIT 1

Camcar LLC
Wytheville Operations
345 E. Marshall Street
Wytheville VA 24382-3917

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550129443 |

# EXHIBIT 1

Camcar LLC
Wytheville Operations
345 E. Marshall Street
Wytheville VA 24382-3917

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550129644 |

# EXHIBIT 1

Par Form Products
c/o Automotive Sales Group Inc
550 Stephenson Hwy, Ste 401
Troy MI 48083

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550129776 |

# EXHIBIT 1

Daniel Sandoval Ballesteros
Viva La Madera
Esq. Lauro Villar
Jose Arnese No. 70 Int. 107 Matamoros 87360
Mexico

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550130504 |

# EXHIBIT 1

Daniel Sandoval Ballesterosl
Viv La Madera
Esq. Lauro Villar
Matamoros - 87360
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550130504 |

# EXHIBIT 1

Behr-Hella Thermocontrol Inc
43811 Plymouth Oaks Blvd
Plymouth MI 48170

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550130505 |

# EXHIBIT 1

Siemens VDO Automotive Inc
Siemans Automotive
1020Adeline Street S
London-Ontario ON N6E 1R6
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550130619 |

# EXHIBIT 1

Tella Tool & Mfg Co
Tella Technology Division
1015 N. Ridge
Lombard IL 60148-1210

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550130670 |

# EXHIBIT 1

Driv-Lok Inc
1140 Park Ave
Sycamore IL 60178-2927

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550130671 |

# EXHIBIT 1

Creative Foam Corporation
Alloy Division
300 N. Alloy Drive
Fenton MI 48430-2648

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550131153 |

# EXHIBIT 1

A Raymond Inc
3091 Research Drive
Rochester Hills MI 48309-3581

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550132288 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Avenue
Miami Lakes FL 33014

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550132613 |

# EXHIBIT 1

A. Schulman Inc
3550 W. Market Street
Akron OH 44333-2658

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550132645 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550133017 |

# EXHIBIT 1

Graber-Rogg Inc
22 Jackson Drive
Cranford NJ 07016-3609

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550133357 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550133471 |

# EXHIBIT 1

Select Industries Corp
P.O. Box 887
Dayton OH 45401-0887

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550133483 |

# EXHIBIT 1

Feintool Cincinnati Inc
11280 Cornell Park Drive
Cincinnati OH 45242-1812

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550133508 |

# EXHIBIT 1

Reum Corp
3600 Sunset Avenue
Waukegan IL 60087

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550133632 |

# EXHIBIT 1

Mid-South Electronics Inc
2620 E. Meighan Blvd
Gadsden AL 35903

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550133671 |

# EXHIBIT 1

Eissmann GmbH
599 Ed Gardner Drive
Pell City AL 35125-5125

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550133777 |

# EXHIBIT 1

Kostal of America Inc
25325 Regency Ct
Novi MI 48375-2159

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550134473 |

# EXHIBIT 1

GECOM Corp
1025 Barachel Ln
Greensburg IN 47240-1269

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550134492 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Ave
Miami Lakes FL 33014

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550134493 |

# EXHIBIT 1

Security Plastics Division/NMC LLC
14427 NW 60th Avenue
Miami Lakes FL 33014

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550134493 |

# EXHIBIT 1

Behr-Hella Thermocontrol Inc
43811 Plymouth Oaks Blvd
Plymouth MI 48170

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550134559 |

# EXHIBIT 1

FPE Inc
30627 Orr Road
Circleville OH 43113

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550134597 |

# EXHIBIT 1

Victory Packaging Inc
1597 Westbelt Drive
Columbus OH 43228-3839

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550134598 |

# EXHIBIT 1

Virginia Industries Inc
Hartford Technologies Division
1022 Elm Street
Rocky Hill CT 06067-1809

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550134623 |

# EXHIBIT 1

Micro Industries Inc
P.O. Box 400
Rock Falls IL 61071

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550134624 |

# EXHIBIT 1

Pinnace Molded Plastics Corp
2170 Traversfield Drive
Traverse City MI 49686-9278

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550134625 |

# EXHIBIT 1

Yuhshin USA Ltd
Ortech
2806 Industrial Road
Kirksville MO 63501-4832

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550134836 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550134879, 550135337 |

# EXHIBIT 1

Collins & Aikman Corporation
250 Stephenson Hwy, Ste 100
Troy MI 48083

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550135049 |

# EXHIBIT 1

Brix Group Inc. The
Pana-Pacific OEM Divisionb
80 Van Ness Ave
Fresno CA 93721

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550135051 |

# EXHIBIT 1

A. Raymond Inc
3091 Research Drive
Rochester Hills MI 48309-3581

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550135264 |

# EXHIBIT 1

Pepro Enterprises Inc
Gemini Plastics
4385 Garfield Street
Ubly MI 48475

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550135265 |

# EXHIBIT 1

Totoku Electric Co Ltd
1-3-21 Okubo
Shinjuku Ku
Tokyo - 169-0072
Japan

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550135267 |

# EXHIBIT 1

Intec Mexico LLC
640 S. Vermont Street
Palatine IL 60067

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550135272 |

# EXHIBIT 1

Pilkington North America Inc
140 Dixie Hwy
Rossford OH 43460-1215

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550135411 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Shakerproof/Anchor/Medalist Division
850 Stephenson Hwy, Ste 500
Troy MI 48083



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550135463 |

# EXHIBIT 1

Am Pro Moldings LLC
318 Pappy Dunn Blvd
Anniston AL 36205-6205

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550135519 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Engineered Components
8451 183rd Place
Tinley Park IL 60477

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550135556 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Medalist
2700 York Road
Elk Grove Village IL 60007

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550135564 |

# EXHIBIT 1

Graber-Rogg Inc
22 Jackson Drive
Cranford NJ 07016-3609

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550135568 |

# EXHIBIT 1

Tefco Inc
10102 W. Flamingo Rd, Ste 4-204
Las Vegas NV 89147-8385

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550135608 |

# EXHIBIT 1

Totoku Electric Co Ltd
1-3-21 Okubo
Shinjuku Ku
Tokyo - 169-0072
Japan

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550135609 |

# EXHIBIT 1

Olson International Ltd
50 W. North Avenue
Lombard IL 60148

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550135616 |

# EXHIBIT 1

Metal Component Engineering Shanghai
NO 750 Riyin Road N
Waigaoqiao Free Trade Zone
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550135623 |

# EXHIBIT 1

Intec Mexico LLC
640 S. Vermont Street
Palatine IL 60067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550135873 |

# EXHIBIT 1

D & N Bending Corp
101 E. Pond Drive
Romeo MI 48065-7600

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550135900 |

# EXHIBIT 1

Tefco Inc
10102 W. Flamingo Road, Ste 4-204
Las Vegas NV 89147-8385

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550135903 |

# EXHIBIT 1

Penn Aluminum International Inc
P.O. Box 490
Murphysboro - 62966

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550135957 |

# EXHIBIT 1

Kostal Mexicana SA de CV
10400 Technology Drive
Cottondale AL 35453

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550135970, 550135971, 550135972 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550136041 |

# EXHIBIT 1

Precision Products Group Inc
MI Spring & Stamping Div
P.O. Box 720
Muskegon MI 49443

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550136042 |

# EXHIBIT 1

O'Sullivan Films Inc
1944 Valley Avenue
Winchester VA 22601-6306

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550136099 |

# EXHIBIT 1

Marquardt GmbH
Schloss-Strasse 16
Rietheim-Weilheim - 78604
Germany

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550136117 |

# EXHIBIT 1

Illinois Tool Works Inc
ITW Medalist
2700 York Road
Elk Grove Village IL 60007

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550136124 |

# EXHIBIT 1

Techform Products Ltd
c/o Connelly Co
36155 Mound Road
Sterling Heights MI 48310

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550136361 |

# EXHIBIT 1

Millwood Inc
Millwood Pallet
986 Tibbetts Wick Road
Girard OH 44420-1120

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550136375 |

# EXHIBIT 1

Millwood Inc
Millwood Pallet
986 Tibbetts Wick Road
Girard OH 44420-1120

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550136376 |

# EXHIBIT 1

Select Industries Corp -  Plant 3
P.O.Box 887
Dayton OH 45401

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550136451 |

# EXHIBIT 1

Cadillac Products Inc
5800 Crooks Road, Ste 100
Troy MI 48098

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550136453, 550136881 |

# EXHIBIT 1

Olson International Ltd
50 W North Avenue
Lombard IL 60148

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550136461 |

# EXHIBIT 1

Alcoa Inc
Huck Fasteners
36555 Corporate Dr, Ste 185, MD2W
Farmington Hills MI 48331-8331

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550136468 |

# EXHIBIT 1

GDX Automotive
P.O. Box 507
Wabash IN 46992-0507

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550136472 |

# EXHIBIT 1

Stoneridge Inc
Alphabet MCD Division
6 Butterfield Trail
El Paso TX 79906

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550136524 |

# EXHIBIT 1

Textron Inc
Textron Fastening Systems
29201 Telegraph Road, Ste 606
Southfield MI 48034

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550136659 |

# EXHIBIT 1

Dae Yong Industry Co
1280-2 Chungweng-Dong
Shiheung-Shi Kyungki-Do - 429-450
South Korea

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550136697 |

# EXHIBIT 1

Olson International Ltd
50 W North Avenue
Lambard IL 60148

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550136699 |

# EXHIBIT 1

Olson International Ltd
50 W. North Avenue
Lombard IL 60148

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550136699 |

# EXHIBIT 1

Consolidated Industrial Corp
St Clair Plastics Division
30855 Teton Place
Chesterfield MI 48047

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550136707 |

# EXHIBIT 1

Consolidated Industrial Corp
St Clair Plastics Division
30855 Teton Place
Chesterfield MI 48047

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550136851 |

# EXHIBIT 1

Select Industries Corp
Plant #3
P.O. Box 887
Dayton OH 45401

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550136852 |

# EXHIBIT 1

Gobar Systems Inc
3320 E. 14th Street
Brownsville TX 78521

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550136853 |

# EXHIBIT 1

Nyx Inc
Nyx Cherryhill Division
1000 Manufacturers Drive
Westland MI -

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550136872 |

# EXHIBIT 1

Mid-South Electronics Inc
2620 E. Meighan Blvd
Gadsden AL 35903

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550137017 |

# EXHIBIT 1

Textron Inc
Camcar Textron Drill Screw Division
P.O. Box 90
Decorah IA 52102

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550137158 |

# EXHIBIT 1

Ficosa North America Corp
Ficosa Cables
30870 Stephenson Hwy
Madison Heights MI 48071

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550137201 |

# EXHIBIT 1

Mid-South Electronics Inc
2620 E. Meighan Blvd
Gadsden AL 35903

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550137245, 550137498 |

# EXHIBIT 1

Taigene Electric Machine Co
c/o MDO Sales
6001 N. Adams Road, Ste 125
Bloomfield Hills MI 48034

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550137270 |

# EXHIBIT 1

Piolax Corp
139 Etowah Industrial Court
Canton GA 30114

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550137276 |

# EXHIBIT 1

Hansen International Inc
130 Zenker Road
Lexington SC 29072

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550137310 |

# EXHIBIT 1

DR Schneider Automotive Systems Inc
5775 Brighton Pines Court
Howell MI 48843

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550137968 |

# EXHIBIT 1

Novem Car Interiors Design Inc
7610 Market Street
Canton MI 48187

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550137970 |

# EXHIBIT 1

Yuhshin USA Ltd
Ortech
2806 Industrial Road
Kirksville MO 63501-4832

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550138359 |

# EXHIBIT 1

Grand Rapids Controls Inc
P.O. Box 360
Rockford MI 4931-0360

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550138492 |

# EXHIBIT 1

Consolidated Metco
171 Great Oak Drive
Canton NC 28716-8715

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550138519 |

# EXHIBIT 1

Summit Polymers Inc
15101 N. Commerce Drive
Dearborn MI 48120

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550138525 |

# EXHIBIT 1

GDX Automotive Inc
GDX Vehicle Sealing Division
200 General Street
Batesville AR 72501-9479

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550138530 |

# EXHIBIT 1

Mack & Schneider GmbH
Mack & Schneider
Schulstr. 33-35
Filderstadt - 70794
Germany

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550138674 |

# EXHIBIT 1

Mid-South Electronics Inc
2620 E. Meighan Blvd
Gadsden AL 35903

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550138678 |

# EXHIBIT 1

Newark Electro Plating Inc
30-32 E Harrison Street
Newark OH 43055

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550139076 |

# EXHIBIT 1

Dura Automotive Systems Inc
2791 Research Drive
Rochester Hills MI 48309

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550143856 |

# EXHIBIT 1

Vorwerk Autotec GmbH & Co Kg
Obere Lichtenplatzer Str 336
Wuppertal - 42287
Germany

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550143871 |

# EXHIBIT 1

Alphabet Inc
8640  E. Market
Warren OH 44484-2346

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 550143934 |

# EXHIBIT 1

Advanced Composites Inc
3607 Trousdale Drive
Nashville TN 37204

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550143960 |

# EXHIBIT 1

American Coating Specialist Inc
IPC Ohio
204 Republic Street
Norwalk OH 44857-1185

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550145644 |

# EXHIBIT 1

Amtech Industries LLC
666 S. Vermont Street
Palatine IL 60067

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550145656 |

# EXHIBIT 1

ISO-Trude Inc
1705 Eaton Drive
Grand Haven MI 49417-2824

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550146249 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
P.O. Box 10
Brunswick OH 44212-0010

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550146319 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
P.O. Box 10
Brunswick OH 44212-0010

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 550146320 |

# EXHIBIT 1

ISO Trude Inc
1705 Eaton Drive
Grand Haven MI 49417-2824

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550146350 |

# EXHIBIT 1

ISO Trude Inc
1705 Eaton Drive
Grand Haven MI 49417-2824

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550146352 |

# EXHIBIT 1

Lankfer Diversified Industries Inc
LDI Inc
4311 Patterson Ave SE
Grand Rapids MI 49512

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550146360 |

# EXHIBIT 1

Taigene Electric Machine Co
c/o MDO Sales
6001 N. Adams Road, Ste 125
Bloomfield Hills MI 48034

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550146559 |

# EXHIBIT 1

Raches, CH Inc
1100 N Opdyke Road, Ste 200
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550147135 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550147323 |

# EXHIBIT 1

Motorola de Nogales Servicios SA de CV
Prolg Ruiz Cortinez Calle San
Patricio Lote #6 Parq Ind San Carlo
Nogales Sonora - 84090
Mexico

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550147490 |

# EXHIBIT 1

Al-Genesee LLC
4400 Matthew Drive
Flint MI 48507-3152



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550147847, 550147861, 550148081, 550148082, 550148083 |

# EXHIBIT 1

Plastech Engineered Products Inc
22000 Garrison Street
Dearborn MI 48124

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550147850 |

# EXHIBIT 1

Plastech Engineered Products Inc
22000 Garrison Street
Dearborn MI 48124

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550147851, 550147854 |

# EXHIBIT 1

Siemens VDO SA de CV
Crs Airbags & Restraints Systems
Camino A La Tijera 3 KM 3.5
Tiajomulco de Zuniga - 45640
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550147853 |

# EXHIBIT 1

Angell-Demmel North America Inc
1516 Stanley Ave
Dayton OH 45404

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550147855 |

# EXHIBIT 1

Austro Mold Inc
3 Rutter Street
Rochester NY 14606-1890

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550147860 |

# EXHIBIT 1

Magna International Inc
Atoma Closure & Electronic Systems
19892 Haggerty Road
Livonia MI 48152

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550147929 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48326

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550148085 |

# EXHIBIT 1

MPI International Inc
1617 Industrial Road
Greeneville TN 37745

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550148862 |

# EXHIBIT 1

Motorola de Nogales Servicios SA de CV
Patricio Lote 6, Parq Ind San Carlo
Nogales - 84090
Mexico

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550148883 |

# EXHIBIT 1

Tyco Electronics Corporation
P.O. Box 3608
Harrisburg PA 17105

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550148907 |

# EXHIBIT 1

Victory Packaging Inc
1597 Westbelt Drive
Columbus OH 43228-3839

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550149856 |

# EXHIBIT 1

Blackhawk Automotive Plastics Inc
1111W. Long Lake Road, Ste 102
Troy MI 48098

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550149886 |

# EXHIBIT 1

Alpine Electronics of America Inc
240 Boroline Road, Ste 3
Allendale NJ 7401

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550150179 |

# EXHIBIT 1

Pridgeon & Clay Inc
50 Cottage Grove SW
Grand Rapids MI 49507-1622

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550150190 |

# EXHIBIT 1

Futuba Corporation of America
711 E. State Pkwy
Schaumburg IL 60173

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550150353 |

# EXHIBIT 1

Tata Autocomp Systems Ltd
2792 Alisop Place, Ste 207
Troy MI 48084

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550150354 |

# EXHIBIT 1

Dura Automotive Systems Inc
2791 Research Drive
Rochester Hills MI 48309

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550150357 |

# EXHIBIT 1

Tinnerman Palnut Engineered Products
P.O. Box 10
Brunswick OH 44212-0010

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 550150359 |

# EXHIBIT 1

Techform Products Ltd
c/o Connelly Co
36155 Mound Road
Sterling Heights MI 48310

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550150360 |

# EXHIBIT 1

Progressive Marketing Inc
Progressive Moulded Products Ltd
1849 Pond Run Drive, Ste 100
Auburn Hills MI 48084

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550150381 |

# EXHIBIT 1

Wire Products Co Inc
14601 Industrial Parkway
Cleveland OH 44135-4545

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550151369 |

# EXHIBIT 1

Global Point Design Inc
2861 Sherwood Heights Drive
Unit 27
Oakville-Ontario ON L6J 7K1
Canada

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 550151455 |

# EXHIBIT 1

Victory Packaging de Mexico S De RL
Brecha 102 Carretera A Matamoros
Reynosa - 88780
Mexico

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 550151458 |

# EXHIBIT 1

Johnson Controls Interiors LLC
Automotive Systems Group
915 E. 32nd Street
Holland MI 49423

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 550151480 |

# EXHIBIT 1

Avery Dennison Performance Films
Division Inc
650 W 67th Pl
Schererville IN 46375

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550151553 |

# EXHIBIT 1

Grand Rapids Controls Inc
P.O. Box 360
Rockford MI 49341-0360

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550151660 |

# EXHIBIT 1

Shanghai General Motors Corporation Limited
GM Global Purchasing
c/o Leigh DuShane
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 7100003279 |

# EXHIBIT 1

Shanghai General Motors Corporation Limited
GM Global Purchasing
c/o Leigh DuShane
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 7500000670 |

# EXHIBIT 1

Mercedes-Benz AG
HP X477 PMC 32
Sindelfingen - 71063
Germany

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 773513238, 773513235, 357706527, 835404844 |

# EXHIBIT 1

Mercedes-Benz U.S. International, Inc
P.O. Box 100
Tuscaloosa AL 35403-0100

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 773513238, 773513235, 357706527, 835404844 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 7P20009F, 7P20009G, 7P20009H, 7P20009J, 7P20009K, 7P20009L, 7P20009M, 7P20009N, 7P20009P, 7P20009R |

# **EXHIBIT 1**

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 7P2000B3, 7P2000B4, 7P2000B5 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 7P2000B6, 7P2000B7, 7P2000B8 |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 7TF00018, 7TF00029 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 7TG00014 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 7TH0001M |

# EXHIBIT 1

Mercedes-Benz AG
HP X477 PMC 32
Sindelfingen - 71063
Germany

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 827902012; 827902018; 707511099; 707511102; 997600359; 937804694; 944602456; 342909833; 944602981; 359807883; 357707211; 357706605; 937804079; 937804295; 359807733; 773516955; 944602102; 842906956; 1050700020 |

# EXHIBIT 1

Mercedes-Benz U.S. International, Inc
P.O. Box 100
Tuscaloosa AL 35403-0100

| Contract to be assumed and/or assigned: |
| :---: |
|  Purchase Order Number(s) 827902012; 827902018; 707511099; 707511102; 997600359; 937804694; 944602456; 342909833; 944602981; 359807883; 357707211; 357706605; 937804079; 937804295; 359807733; 773516955; 944602102; 842906956; 1050700020 |

# EXHIBIT 1

Mercedes-Benz AG
HP X477 PMC 32
Sindelfingen - 71063
Germany

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 857407619 |

# EXHIBIT 1

Mercedes-Benz U.S. International, Inc
P.O. Box 100
Tuscaloosa AL 35403-0100

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 857407619 |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 8L90000H; 8L90004X; 8L90008H; 8L90008J; 8L90008T; 8L90009L; 8L90009Z; 8L900013; 8L900014; 8L900088; 8L900089; 8L900097 |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 8L90007Z |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8L900095 |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 8L9000BX; 8L9000BZ; 8L9000C0; 8L9000C1; 8L9000C2; 8L9000C7; 8L9000C8 |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 8L9000DR |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8L9000DW, 8L9000DW |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 8L9000DX, 8L9000DX |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 8L9000FJ, 8L9000FG |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 8L9000FK, 8L9000FK |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 8L9000FN; 8L9000FM; 8L9000G1; 8L9000G2; 8L9000FX; 8L9000F2; 8L9000FL; 8L9000DZ; 8L9000F0; 8L9000FX; 8L9000F2 |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8L9000FR, 8L9000FP |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 8L9000FT |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 8L9000FV |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8L9000FZ, 8L9000FZ |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 8L9000G0 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 8LB0002C, 8LB0005R, 8LB0005R, 8LB00007, 8LB00008, 8LB0002B |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 8LB000CZ |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 8LB000D9; 8LB000DB; 8LB000DC; 8LB000DD; 8LB000DG; 8LB000DJ; 8LB000DK; 8LB000DT; 8LB000DV; 8LB000FK; 8LB000G0; 8LB000G1; 8LB000G7; 8LB000G8, |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 8LB000DF |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LB000FH |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 8LB000GM, 8LB000GM, 8LB000JT, 8LB000JT, 8LB000JV, 8LB000JV |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 8LB000KC, 8LB000KC |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 8LB000KF |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 8LB000LD, 8LB000LD, 8LB000LH, 8LB000LH, 8LB000NZ, 8LB000NX |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LB000M2, 8LB000M2 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 8LB000M5, 8LB000M4, 8LB000M3, 8LB000M3 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 8LB000M7, 8LB000M7 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LB000MT |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 8LB000MX; 8LB000MZ; 8LB000LF; 8LB000LG; 8LB000LJ; 8LB000MN; 8LB000MP; 8LB000N0; 8LB000MW |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 8LB000N1 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 8LB000N2 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 8LB000N3 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LB000N8, 8LB000N5 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LB000NP |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 8LB000NR, 8LB000NR |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 8LB000NV, 8LB000NW |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 8LB000P1 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 8LB000P2, 8LB000P0 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LC0012T |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 8LC0013H; 8LC0013J; 8LC0013K; 8LC0013L; 8LC0013M; 8LC0013N; 8LC0013P; 8LC0013R; 8LC0013V; 8LC0014L; 8LC0014M; 8LC0014N; 8LC0014Z; 8LC0015L; 8LC001CP; 8LC001CR; 8LC0016C; 8LC0016D; 8LC0016H; 8LC0016J; 8LC0016K; 8LC0016N; 8LC0016P |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| :---: |
| Purchase Order Number(s) 8LC0013T, 8LC001CW |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 8LC00140; 8LC00141; 8LC00142; 8LC00143; 8LC00148; 8LC00149; 8LC00150 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) 8LC00155, 8LC00155, 8LC00156, 8LC00156, 8LC00161, 8LC00161 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LC0015K |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LC0015Z |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 8LC00171 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LC00178, 8LC00178 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 8LC001BZ, 8LC001C0 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LC001CX |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 8LC001D0, 8LC001D4 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 8LC001D5 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LC001D7 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LC001DV, 8LC001DW |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LC001FL, 8LC001FP |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 8LC001FW |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 8LC001H3; 8LC001H4; 8LC001GM; 8LC001FV; 8LC001FX; 8LC001FR; 8LC001FM; 8LC001H6; 8LC001H7; 8LC001HC; 8LC001GG; 8LC001GH; 8LC001GJ; 8LC001GK |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LC001H9 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 8LC001HF, 8LC001HF, 8LC001HD, 8LC001HD, 8LC001JM |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 8LC001HG |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LC001HH |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) 8LC001HJ |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LC001HK |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 8LC001HP, 8LC001HR |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 8LC001JF |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 8LC001JG, 8LC001JG, 8LC001JH |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) 8LC001JJ |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 8LC001JK |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 8LC001JN |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LC001JP |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) 8LC001JR |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 8LC001JT |

# EXHIBIT 1

Freightliner LLC
4747 North Channel Road
Portland OR -

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) A05350 |

# EXHIBIT 1

International Truck and Engine Corp
Central Purchasing
4201 Winfield Road, P.O. Box 1488
Warrenville IL 60555

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) AD109C |

# EXHIBIT 1

International Truck and Engine Corporation
4201 Winifield Road, P.O. Box 1488
Warrenville IL 60555

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) AD113C, AD118A, AD112A |

# EXHIBIT 1

International Truck and Engine Corp
Central Purchasing
4201 Winfield Road, P.O. Box 1488
Warrenville IL 60555

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) AD116A |

# EXHIBIT 1

Ford Motor Company c/o John A Galbraith
Body & Exterior Commodity
VPO Room 3W144 - Mail Drop
5500 Autoclub Drive
Dearborn MI 48126



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) ATP #XHGLBN, ATP #XHF3H6 |

# EXHIBIT 1

Ford Motor Company c/o John A Galbraith
Body & Exterior Commodity
VPO Room 3W144 - Mail Drop
5500 Autoclub Drive
Dearborn MI 48126



| **Contract to be assumed and/or assigned:** |
| :---: |
| Purchase Order Number(s) ATP #XHIG2S, ATP #XHHNMM, ATP #XHGA00 |

# EXHIBIT 1

Ford Motor Company c/o John A Galbraith
Body & Exterior Commodity
VPO Room 3W144 - Mail Drop
5500 Autoclub Drive
Dearborn MI 48126

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) ATP #XHJ7IG |

# EXHIBIT 1

Ford Motor Company c/o John A Galbraith
Body & Exterior Commodity
VPO Room 3W144 - Mail Drop
5500 Autoclub Drive
Dearborn MI 48126



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) ATP #XHL31Q, ATP #XHL31P |

# EXHIBIT 1

Ford Motor Company c/o John A Galbraith
Body & Exterior Commodity
VPO Room 3W144 - Mail Drop
5500 Autoclub Drive
Dearborn MI 48126

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) ATP #XHNYZD |

# EXHIBIT 1

Ford Motor Company c/o John A Galbraith
Body & Exterior Commodity
VPO Room 3W144 - Mail Drop
5500 Autoclub Drive
Dearborn MI 48126

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) Claim #CC6418 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-37957, CN-44964 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CN-37957, CN-44964 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-38097 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-38097 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CN-38097 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-38097 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-39944, CN-44119 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-39944, CN-44119 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CN-40041, CN-42127, CN-42125 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CN-40041, CN-42127, CN-42125 |

# EXHIBIT 1

General Motors of Canada Limited
Service Parts Operations
General Motors Du Canada Limitee
1908 Colonel Sam Drive
Oshawa Ontario L1H8P7

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-40335 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) CN-40335 |

# EXHIBIT 1

General Motors of Canada Limited
Service Parts Operations
General Motors Du Canada Limitee
1908 Colonel Sam Drive
Oshawa Ontario L1H8P7

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CN-40506, CN-40960 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-40506, CN-40960 |

# EXHIBIT 1

General Motors of Canada Limited Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) CN-40957 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-40957 |

# EXHIBIT 1

General Motors of Canada Limited
Service Parts Operations
General Motors Du Canada Limitee
1908 Colonel Sam Drive
Oshawa Ontario L1H8P7

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-40960 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-40960 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-41676 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-41676 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-41676 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-41676 |

# EXHIBIT 1

General Motors of Canada Limited
Service Parts Operations
General Motors Du Canada Limitee
1908 Colonel Sam Drive
Oshawa Ontario L1H8P7

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-42125 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) CN-42125 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-42125 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) CN-42125 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CN-42126 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CN-42126 |

# EXHIBIT 1

General Motors of Canada Limited
Service Parts Operations
General Motors Du Canada Limitee
1908 Colonel Sam Drive
Oshawa Ontario L1H8P7

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-42126 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) CN-42126 |

# EXHIBIT 1

General Motors of Canada Limited
Service Parts Operations
General Motors Du Canada Limitee
1908 Colonel Sam Drive
Oshawa Ontario L1H8P7

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-42127 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-42127 |

# EXHIBIT 1

General Motors of Canada Limited
Service Parts Operations
General Motors Du Canada Limitee
1908 Colonel Sam Drive
Oshawa Ontario L1H8P7

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) CN-42128 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) CN-42128 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CN-43411 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CN-43411 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-44054 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-44054 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-44093 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CN-44093 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) CN-44121, CN-44936 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-44121, CN-44936 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-44122 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-44122 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-44141 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-44141 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CN-44141, CN-46181 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) CN-44141, CN-46181 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-44156, CN-44054 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-44156, CN-44054 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-44198 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-44198 |

# EXHIBIT 1

General Motors of Canada Limited
Service Parts Operations
General Motors Du Canada Limitee
1908 Colonel Sam Drive
Oshawa Ontario L1H8P7

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) CN-44530 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-44530 |

# EXHIBIT 1

General Motors of Canada Limited
Service Parts Operations
General Motors Du Canada Limitee
1908 Colonel Sam Drive
Oshawa Ontario L1H8P7

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CN-44530 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) CN-44530 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-44965 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-44965 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-44965 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-44965 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-44965 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) CN-44965 |

# EXHIBIT 1

General Motors of Canada Limited
Service Parts Operations
General Motors Du Canada Limitee
1908 Colonel Sam Drive
Oshawa Ontario L1H8P7

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-44986 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-44986 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CN-44986 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-44986 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-45006 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-45006 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-45006, CN-46186 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-45006, CN-46186 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-45161 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-45161 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-46325 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) CN-46325 |

# EXHIBIT 1

General Motors of Canda Limited Service Parts Operations
1908 Colonel Sam Drive
Oshawa ON L1H8P7
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) CN-46457, CN-46114 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) CN-46457, CN-46114 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) DTF000Z5 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) DTF000ZH |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) DTF000ZK |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) DTF000ZW; DTF0011H; DTF0011K; DTF00124; DTF00122; DTF00123; DTF0011J; DTF0011T; DTF0011V; DTF0011W |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) DTG001P4, DTG001P4 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) DTG001RC |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) DTG001RD |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) DTG001RG, DTG001RF |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) DTG001WW; DTG001V6; DTG001WT; DTG001WV; DTG001XB; DTG001V6; DTG001WN; DTG001WP; DTG001X5; DTG001WH; DTG001WJ; DTG001WK; DTG001WL; DTG001X3; DTG001X4 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) GM-37957 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-37957 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-38097 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-38097 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-38100 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) GM-38100 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-40041 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-40041 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-40335 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-40335 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) GM-40957 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-40957 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) GM-40960 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-40960 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) GM-41676 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-41676 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) GM-41676 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-41676 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-42125 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-42125 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-42126 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-42126 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-42126, GM-42127, GM-44986 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-42126, GM-42127, GM-44986 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) GM-42127, GM-44986 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) GM-42127, GM-44986 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-42128, GM-44156, GM-39944 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-42128, GM-44156, GM-39944 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-43411 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-43411 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-44054 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-44054 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-44093 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) GM-44093 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) GM-44117 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) GM-44117 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) GM-44122, GM-45006 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-44122, GM-45006 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) GM-44141 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) GM-44141 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-44530 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-44530 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) GM-44530 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-44530 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-44936, GM-44093 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-44936, GM-44093 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-44964, GM-44198, GM-44965 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) GM-44964, GM-44198, GM-44965 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order Number(s) GM-44965, GM-46114 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-44965, GM-46114 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) GM-44986 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) GM-44986 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-45006 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-45006 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) GM-45161 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) GM-45161 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-46325 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-46325 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) GM-46344, GM-46186 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) GM-46344, GM-46186 |

# EXHIBIT 1

General Motors Service Parts Operations
6200 Grande Pointe Drive
Grand Blanc MI 48439

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) GM-46457 |

# EXHIBIT 1

GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) GM-46457 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) GMX 380/384/386 CRFM Quote Assumptions, Clarifications & Conditions |

# EXHIBIT 1

Shanghai General Motors Corporation Limited
GM Global Purchasing
c/o Leigh DuShane
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) JQ00118, DG00309 |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) K2T000LV |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) K2T000MH |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) K2T000P0, K2t000PP, K2T000PP, K2T000PT, K2T000PT, K2T000R5, K2T000R5, K2T000PW, K2T000PZ, K2T000R0 |

# EXHIBIT 1

GM de Mexico S. de R.L. de C.V.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) K2T000R3 |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) K2V000M4, K2V000MN, K2V000MK, K2V000MM, K2V000MJ, K2V000ML |

# EXHIBIT 1

GM of Canada Ltd
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) K2V000M5, K2V000MP, K2V000M3 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) K2W002C0 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) K2W002JR, K2W002JR |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) K2W002PV, K2W002PW, K2W002PG |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



|     |
| --- |
| **Contract to be assumed and/or assigned:** |
| Purchase Order Number(s) K2W002TV, K2W002TX, K2W002TZ, K2W002V6 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| **Contract to be assumed and/or assigned:** |
| :---: |
| Purchase Order Number(s) K2W002V4; K2W002V5; K2W002W4; K2W002W0; K2W002W2; K2W002VX; K2W002W5; K2W002W1; K2W002W3; K2W002VZ; K2W002P8; K2W002VW; K2W002TW; K2W002V8; K2W002V9; K2W002VB; K2W002VC |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) K2W002WK |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) KXX0014M, KXX0014N |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090



| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) KXX00177, KXX00178, KXX00175, KXX00176 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) KXX0017V, KXX0017W |

# EXHIBIT 1

Volkswagen AG
z.H. Herrn F. Garcia-Sanz
Konzernvorstand Beschaffung
Brieffach / Letter Box 1600
Wolfsburg - D-38436
Deutschland Germany



| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order Number(s) Master Agmt GVN 06 50000/G VN 05 5005, Master Agmt GVN 05, 231-3/G VN 05 233-2 |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) NHX0001C |

# EXHIBIT 1

Saturn Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) NHX0001L |

# EXHIBIT 1

DaimlerChrysler
CIMS 484-03-20
800 Chrysler Drive
Auburn Hills MI 48326-2757

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) O2206068 |

# EXHIBIT 1

DaimlerChrysler
CIMS 484-03-20
800 Chrysler Drive
Auburn Hills MI 48326-2757

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) O2206068-D, O7206011 |

# EXHIBIT 1

DaimlerChrysler
CIMS 484-03-20
800 Chrysler Drive
Auburn Hills MI 48326-2757

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) O2208150-J |

# EXHIBIT 1

DaimlerChrysler
CIMS 484-03-20
800 Chrysler Drive
Auburn Hills MI 48326-2757

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) O2208151 |

# EXHIBIT 1

DaimlerChrysler
CIMS 484-03-20
800 Chrysler Drive
Auburn Hills MI 48326-2757

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) O2208151-F, O2206069 |

# EXHIBIT 1

General Motors Corporation
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) ONBX00C3 |

# EXHIBIT 1

Meridan Automotive Systems
Grabill Operations
P.O. Box 888787
Grand Rapids MI 49588

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) P005136-08 |

# EXHIBIT 1

International Truck and Engine Corp
Central Purchasing
4201 Winfield Road, P.O. Box 1488
Warrenville IL 60555

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) PD041A |

# EXHIBIT 1

Volkswagen AG
z.H. Herrn F. Garcia-Sanz
Konzernvorstand Beschaffung
Brieffach / Letter Box 1600
Wolfsburg - D-38436
Deutschland Germany



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) S06101371, S06101371, S06101372, S06101372 |

# EXHIBIT 1

Ford Motor Company c/o John A Galbraith
Body & Exterior Commodity
VPO Room 3W144 - Mail Drop
5500 Autoclub Drive
Dearborn MI 48126

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) SC01192, SC01192 |

# EXHIBIT 1

Cami Automotive Inc
P.O. Box 1005
300 Ingersoll Street
Ingersoll ON N5C 4A6
Canada

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SC03177424 |

# EXHIBIT 1

New United Motor Manufacturing
45500 Fremont Boulevard
Fremont CA 94538

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) SP-30225 |

# EXHIBIT 1

New United Motor Manufacturing
45500 Fremont Boulevard
Fremont CA 94538

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) SP-40676 |

# EXHIBIT 1

New United Motor Manufacturing
45500 Fremont Boulevard
Fremont CA 94538

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) SP-41916 |

# EXHIBIT 1

New United Motor Manufacturing
45500 Fremont Boulevard
Fremont CA 94538

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) SP-80018 |

# EXHIBIT 1

Toyota Motor Manufacturing North America Inc
25 Atlantic Avenue
Erlanger KY 41018

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) V0001474, V0001473, V0024947 |

# EXHIBIT 1

Toyota Motor Manufacturing North America Inc
25 Atlantic Avenue
Erlanger KY 41018



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) V0005629, V0005631, V0005628, V0005634, V0017205 |

# EXHIBIT 1

Toyota Motor Manufacturing North America Inc
25 Atlantic Avenue
Erlanger KY 41018

| Contract to be assumed and/or assigned: |
|:---:|
| Purchase Order Number(s) V0016482, V0023526 |

# EXHIBIT 1

Toyota Motor Manufacturing North America Inc
25 Atlantic Avenue
Erlanger KY 41018

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order Number(s) V0017146, V0017158 |

# EXHIBIT 1

Toyota Motor Manufacturing North America Inc
25 Atlantic Avenue
Erlanger KY 41018

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) V0024949, V0018071 |

# EXHIBIT 1

Toyota Motor Manufacturing North America Inc
25 Atlantic Avenue
Erlanger KY 41018

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) V0026151, V0018070, V0019193, V0026150 |

# EXHIBIT 1

Toyota Motor Manufacturing North America Inc
25 Atlantic Avenue
Erlanger KY 41018

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) V0037363 |

# EXHIBIT 1

GM do Brasil Ltda.
GM Global Purchasing
c/o Leigh DuShane
30009 Van Dyke
Warren MI 48090

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) VLW0004B; VLW0004D; VLW0004F; VLW0004L; VLW0004M; VLW00047; VLW00048; VLW00054; VLW0004C |

# EXHIBIT 1

CALIFORNIA INDUSTRIAL PRODUCTS
California Industrial Products, Inc.
11525 Shoemaker Avenue
Santa Fe Springs CA 90670

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number D0550037528 |

# EXHIBIT 1

MEDALIST INDUSTRIES INC.
Medalist Indl. Fastener Div.
2700 York Rd.
Elk Village IL 60067

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) D0550074346, D0550037527, D0550074562 |