SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :
                                             :
     In re                                   :         Chapter 11
                                             :
DELPHI CORPORATION, et al.,        :         Case No. 05–44481 (RDD)
                                           :
                     Debtors.      :         (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER DISALLOWING AND EXPUNGING
PROOF OF CLAIM NUMBER 12219
(LAURA J. MARION)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), Laura J. Marion ("Marion") respectfully submit this Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 12219 (Laura J. Marion) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 28, 2006, Marion filed proof of claim number 12219 against Delphi, which asserts an unsecured non-priority claim in an unliquidated amount (the "Claim") for indemnification and advancement of expenses.

WHEREAS, on September 21, 2007, the Debtors objected to the Claim pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535) ("Twenty-First Omnibus Claims Objection").

WHEREAS, Marion acknowledges and agrees that the Claim should be disallowed and expunged.

WHEREAS, the Debtors acknowledge and agree that nothing in this order impacts the rights or claims, if any, of Laura J. Marion under the Order Under 11 U.S.C. Section

2

105(a) And Fed. R. Bankr. P. 2016(a) Authorizing Advancement Of Defense Costs Under Debtors' Insurance Policies (Docket No. 6264) ("Insurance Proceeds Defense Costs Order"), which was entered in these cases on December 22, 2006.

THEREFORE, the Debtors and Marion stipulate and agree as follows:

1. The Claim shall be disallowed and expunged in its entirety.

So Ordered in New York, New York, this <u>16th</u> day of November, 2007

                                               /s/Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Christopher Andreoff |
|---|---|
| John Wm. Butler, Jr. | Christopher Andreoff |
| John K. Lyons | JAFFE, RAITT, HEUER AND WEISS |
| Ron E. Meisler | 27777 Franklin Road, Suite 2500 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Southfield, MI 48034 |
| | 248.-351-3000 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois  60606-1285 | Attorneys for Laura J. Marion |
| (312) 407-0700 | |

        - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

3