# Exhibit A



**Delphi Automotive Systems
Comparison of Tower Automotive Historical and Preference Payments
To Days Outstanding** [1]

(1) Three Payments totaling $3,219.85 made during the historical period with days outstanding in excess of 200 days have been excluded from this graph for scale comparability. Discovery in this matter is ongoing and we reserve the right to update our analysis as additional documents are produced.