# Exhibit B

|  | Cash Paid | | | Satisfied Invoices | | | | Payments Made Outside of Ordinary Course: | |
|---|---|---|---|---|---|---|---|---|---|
| Line | Date [B] | Reference | Amount | Number | Invoice Date | Amount | Days Outstanding | Normal Distribution Pattern (40 to 75 days) | Central Range (48 to 69 days) |
| 1 | 11/4/04 | 66009159 | $3,429,769.29 | 83707844 | 9/2/2004 | $36,448.91 | 63 | $0.00 | $0.00 |
| 2 |  |  |  | 83722748 | 9/7/2004 | $708,436.48 | 58 | $0.00 | $0.00 |
| 3 |  |  |  | 83722749 | 9/7/2004 | $111,978.24 | 58 | $0.00 | $0.00 |
| 4 |  |  |  | 83723531 | 9/7/2004 | $24,631.20 | 58 | $0.00 | $0.00 |
| 5 |  |  |  | 83746142 | 9/11/2004 | $76,428.80 | 54 | $0.00 | $0.00 |
| 6 |  |  |  | 83761689 | 9/14/2004 | $26,416.84 | 51 | $0.00 | $0.00 |
| 7 |  |  |  | 83761728 | 9/14/2004 | $188,193.28 | 51 | $0.00 | $0.00 |
| 8 |  |  |  | 83761729 | 9/14/2004 | $111,978.24 | 51 | $0.00 | $0.00 |
| 9 |  |  |  | 83761783 | 9/14/2004 | $344,235.74 | 51 | $0.00 | $0.00 |
| 10 |  |  |  | 83761915 | 9/14/2004 | $38,214.40 | 51 | $0.00 | $0.00 |
| 11 |  |  |  | 83800664 | 9/21/2004 | $17,913.60 | 44 | $0.00 | $17,913.60 |
| 12 |  |  |  | 83801679 | 9/21/2004 | $603,970.56 | 44 | $0.00 | $603,970.56 |
| 13 |  |  |  | 83801680 | 9/21/2004 | $111,978.24 | 44 | $0.00 | $111,978.24 |
| 14 |  |  |  | 85017567 | 9/24/2004 | $92,637.44 | 41 | $0.00 | $92,637.44 |
| 15 |  |  |  | 85027778 | 9/28/2004 | $13,435.20 | 37 | $13,435.20 | $13,435.20 |
| 16 |  |  |  | 85031199 | 9/28/2004 | $30,819.66 | 37 | $30,819.66 | $30,819.66 |
| 17 |  |  |  | 85033994 | 9/28/2004 | $527,716.75 | 37 | $527,716.75 | $527,716.75 |
| 18 |  |  |  | 85033995 | 9/28/2004 | $74,652.16 | 37 | $74,652.16 | $74,652.16 |
| 19 |  |  |  | 85034028 | 9/28/2004 | $149,304.32 | 37 | $149,304.32 | $149,304.32 |
| 20 |  |  |  | 85048828 | 9/30/2004 | $140,379.23 | 35 | $140,379.23 | $140,379.23 |
| 21 |  |  |  | Subtotal |  | $3,429,769.29 [C] |  | $936,307.32 | $1,762,807.16 |
| 22 | 11/4/04 | 66009162 | $179,213.59 | 83700448 | 9/2/2004 | $10,745.69 | 63 | $0.00 | $0.00 |
| 23 |  |  |  | 83700449 | 9/2/2004 | $1,670.40 | 63 | $0.00 | $0.00 |
| 24 |  |  |  | 83728889 | 9/9/2004 | $9,839.06 | 56 | $0.00 | $0.00 |
| 25 |  |  |  | 83728891 | 9/9/2004 | $27,561.60 | 56 | $0.00 | $0.00 |
| 26 |  |  |  | 83767480 | 9/16/2004 | $14,216.56 | 49 | $0.00 | $0.00 |
| 27 |  |  |  | 83767481 | 9/16/2004 | $21,715.20 | 49 | $0.00 | $0.00 |
| 28 |  |  |  | 83807702 | 9/23/2004 | $17,804.67 | 42 | $0.00 | $17,804.67 |
| 29 |  |  |  | 83807703 | 9/23/2004 | $26,726.40 | 42 | $0.00 | $26,726.40 |
| 30 |  |  |  | 85031189 | 9/30/2004 | $20,537.21 | 35 | $20,537.21 | $20,537.21 |
| 31 |  |  |  | 85031190 | 9/30/2004 | $28,396.80 | 35 | $28,396.80 | $28,396.80 |
| 32 |  |  |  | Subtotal |  | $179,213.59 [C] |  | $48,934.01 | $93,465.08 |
| 33 | 11/4/04 | 66009161 | $921,765.60 | 83714552 | 9/3/2004 | $100,100.70 | 62 | $0.00 | $0.00 |
| 34 |  |  |  | 83723560 | 9/7/2004 | $41,286.00 | 58 | $0.00 | $0.00 |
| 35 |  |  |  | 83743949 | 9/10/2004 | $41,286.00 | 55 | $0.00 | $0.00 |
| 36 |  |  |  | 83744987 | 9/10/2004 | $87,425.10 | 55 | $0.00 | $0.00 |
| 37 |  |  |  | 83756461 | 9/13/2004 | $82,910.10 | 52 | $0.00 | $0.00 |
| 38 |  |  |  | 83769957 | 9/15/2004 | $49,639.80 | 50 | $0.00 | $0.00 |

| Line | Cash Paid | | | Satisfied Invoices | | | Days Outstanding | Payments Made Outside of Ordinary Course: | |
|---|---|---|---|---|---|---|---|---|---|
| | Date (B) | Reference | Amount | Number | Invoice Date | Amount | | Normal Distribution Pattern (40 to 75 days) | Central Range (48 to 69 days) |
| 39 | | | | 83785610 | 9/17/2004 | $116,615.10 | 48 | $0.00 | $0.00 |
| 40 | | | | 83795164 | 9/20/2004 | $41,382.60 | 45 | $0.00 | $41,382.60 |
| 41 | | | | 83809850 | 9/22/2004 | $120,695.40 | 43 | $0.00 | $120,695.40 |
| 42 | | | | 85017143 | 9/24/2004 | $20,643.00 | 41 | $0.00 | $20,643.00 |
| 43 | | | | 85027840 | 9/27/2004 | $83,538.00 | 38 | $83,538.00 | $83,538.00 |
| 44 | | | | 85033985 | 9/28/2004 | $70,186.20 | 37 | $70,186.20 | $70,186.20 |
| 45 | | | | 85049039 | 9/30/2004 | $66,057.60 | 35 | $66,057.60 | $66,057.60 |
| 46 | | | | Subtotal | | $921,765.60 | | $219,781.80 | $402,502.80 |
| 47 | 11/5/04 | 66009160 | $73,675.14 | 83729913 | 9/8/2004 | $17,860.64 | 58 | $0.00 | $0.00 |
| 48 | | | | 83769186 | 9/15/2004 | $17,860.64 | 51 | $0.00 | $0.00 |
| 49 | | | | 83806875 | 9/22/2004 | $17,860.64 | 44 | $0.00 | $17,860.64 |
| 50 | | | | 85039016 | 9/29/2004 | $20,093.22 | 37 | $20,093.22 | $20,093.22 |
| 51 | | | | Subtotal | | $73,675.14 | | $20,093.22 | $37,953.86 |
| 52 | 11/5/04 | 66009158 | $215,699.04 | 83707473 | 9/2/2004 | $13,505.05 | 64 | $0.00 | $0.00 |
| 53 | | | | 83731629 | 9/8/2004 | $8,347.50 | 58 | $0.00 | $0.00 |
| 54 | | | | 83737206 | 9/10/2004 | $35,278.36 | 56 | $0.00 | $0.00 |
| 55 | | | | 83744954 | 9/10/2004 | $12,720.00 | 56 | $0.00 | $0.00 |
| 56 | | | | 83747047 | 9/11/2004 | $18,216.90 | 55 | $0.00 | $0.00 |
| 57 | | | | 83775606 | 9/17/2004 | $52,098.44 | 49 | $0.00 | $0.00 |
| 58 | | | | 83792207 | 9/20/2004 | $8,145.79 | 46 | $0.00 | $8,145.79 |
| 59 | | | | 83814967 | 9/24/2004 | $41,328.80 | 42 | $0.00 | $41,328.80 |
| 60 | | | | 83706200 | 9/3/2004 | $26,058.20 | 63 | $0.00 | $0.00 |
| 61 | | | | Subtotal | | $215,699.04 (C) | | $0.00 | $49,474.59 |
| 62 | 11/18/04 | CK9163 | $7,245.00 | 83712222 | 9/3/2004 | $3,105.00 | 76 | $3,105.00 | $3,105.00 |
| 63 | | | | 83753233 | 9/13/2004 | $2,070.00 | 66 | $0.00 | $0.00 |
| 64 | | | | 83792059 | 9/20/2004 | $2,070.00 | 59 | $0.00 | $0.00 |
| 65 | | | | Subtotal | | $7,245.00 | | $3,105.00 | $3,105.00 |
| 66 | 12/6/04 | 66009327 | $780,813.60 | 83677724 | 8/27/2004 | $132,791.40 | 101 | $132,791.40 | $132,791.40 |
| 67 | | | | 85060242 | 10/1/2004 | $8,353.80 | 66 | $0.00 | $0.00 |
| 68 | | | | 85090765 | 10/7/2004 | $66,540.60 | 60 | $0.00 | $0.00 |
| 69 | | | | 85098675 | 10/8/2004 | $54,203.10 | 59 | $0.00 | $0.00 |
| 70 | | | | 85115988 | 10/12/2004 | $70,186.20 | 55 | $0.00 | $0.00 |
| 71 | | | | 85138541 | 10/15/2004 | $49,977.90 | 52 | $0.00 | $0.00 |
| 72 | | | | 85155329 | 10/19/2004 | $58,283.40 | 48 | $0.00 | $0.00 |
| 73 | | | | 85168963 | 10/21/2004 | $112,438.20 | 46 | $0.00 | $112,438.20 |
| 74 | | | | 85174777 | 10/22/2004 | $74,314.80 | 45 | $0.00 | $74,314.80 |
| 75 | | | | 85190330 | 10/26/2004 | $41,575.80 | 41 | $0.00 | $41,575.80 |

Delphi Automotive Systems
Payments Made Outside Of Ordinary Course (A)
November 4, 2004 Through February 2, 2005

05-44481-rdd    Doc 10976-2    Filed 11/19/07    Entered 11/19/07 14:14:42    Exhibit B
Pg 4 of 7

MFC, LLC

| Line | Cash Paid | | | Satisfied Invoices | | | | Payments Made Outside of Ordinary Course: | |
|---|---|---|---|---|---|---|---|---|---|
| | Date (B) | Reference | Amount | Number | Invoice Date | Amount | Days Outstanding | Normal Distribution Pattern (40 to 75 days) | Central Range (48 to 69 days) |
| 76 | | | | 85211881 | 10/29/2004 | $112,148.40 | 38 | $112,148.40 | $112,148.40 |
| 77 | | | | Subtotal | | $780,813.60 | | $244,939.80 | $473,268.60 |
| 78 | 12/6/04 | 66009328 | $172,502.63 | 85079230 | 10/7/2004 | $24,587.10 | 60 | $0.00 | $0.00 |
| 79 | | | | 85079231 | 10/7/2004 | $24,220.80 | 60 | $0.00 | $0.00 |
| 80 | | | | 85120315 | 10/14/2004 | $18,250.70 | 53 | $0.00 | $0.00 |
| 81 | | | | 85120316 | 10/14/2004 | $25,056.00 | 53 | $0.00 | $0.00 |
| 82 | | | | 85135191 | 10/15/2004 | $9,321.59 | 52 | $0.00 | $0.00 |
| 83 | | | | 85159282 | 10/21/2004 | $20,963.63 | 46 | $0.00 | $20,963.63 |
| 84 | | | | 85159283 | 10/21/2004 | $21,715.20 | 46 | $0.00 | $21,715.20 |
| 85 | | | | 85196119 | 10/28/2004 | $10,013.21 | 39 | $10,013.21 | $10,013.21 |
| 86 | | | | 85196120 | 10/28/2004 | $18,374.40 | 39 | $18,374.40 | $18,374.40 |
| 87 | | | | Subtotal | | $172,502.63 (C) | | $28,387.61 | $71,066.44 |
| 88 | 12/6/04 | 66009324 | $313,092.80 | 83814966 | 10/1/2004 | $29,718.30 | 66 | $0.00 | $0.00 |
| 89 | | | | 85049345 | 10/1/2004 | $24,426.00 | 66 | $0.00 | $0.00 |
| 90 | | | | 85054229 | 10/1/2004 | $407.10 | 66 | $0.00 | $0.00 |
| 91 | | | | 85090085 | 10/8/2004 | $24,426.00 | 59 | $0.00 | $0.00 |
| 92 | | | | 85049346 | 10/1/2004 | $44,418.96 | 66 | $0.00 | $0.00 |
| 93 | | | | 85090086 | 10/8/2004 | $35,925.78 | 59 | $0.00 | $0.00 |
| 94 | | | | 85127969 | 10/15/2004 | $2,022.00 | 52 | $0.00 | $0.00 |
| 95 | | | | 85127970 | 10/15/2004 | $51,397.34 | 52 | $0.00 | $0.00 |
| 96 | | | | 85166609 | 10/22/2004 | $18,912.60 | 45 | $0.00 | $18,912.60 |
| 97 | | | | 85166610 | 10/22/2004 | $36,186.56 | 45 | $0.00 | $36,186.56 |
| 98 | | | | 85203283 | 10/29/2004 | $9,525.60 | 38 | $9,525.60 | $9,525.60 |
| 99 | | | | 85203402 | 10/29/2004 | $16,284.00 | 38 | $16,284.00 | $16,284.00 |
| 100 | | | | 85203403 | 10/29/2004 | $19,442.56 | 38 | $19,442.56 | $19,442.56 |
| 101 | | | | Subtotal | | $313,092.80 (C) | | $45,252.16 | $100,351.32 |
| 102 | 12/7/04 | 66009326 | $68,093.69 | LN2635 | 10/6/2004 | $21,209.51 | 62 | $0.00 | $0.00 |
| 103 | | | | 85121022 | 10/13/2004 | $2,232.58 | 55 | $0.00 | $0.00 |
| 104 | | | | 85160479 | 10/20/2004 | $13,395.48 | 48 | $0.00 | $0.00 |
| 105 | | | | 85195534 | 10/27/2004 | $13,395.48 | 41 | $0.00 | $13,395.48 |
| 106 | | | | 83699628 | 9/1/2004 | $17,860.64 | 97 | $17,860.64 | $17,860.64 |
| 106 | | | | Subtotal | | $68,093.69 | | $17,860.64 | $31,256.12 |
| 107 | 12/15/04 | 66009325 | $3,445,804.86 | 85073944 | 10/5/2004 | $653,561.13 | 71 | $0.00 | $653,561.13 |
| 108 | | | | 85073945 | 10/5/2004 | $74,652.16 | 71 | $0.00 | $74,652.16 |
| 109 | | | | 85098251 | 10/8/2004 | $77,208.08 | 68 | $0.00 | $0.00 |
| 110 | | | | 85114963 | 10/12/2004 | $585,891.48 | 64 | $0.00 | $0.00 |
| 111 | | | | 85114965 | 10/12/2004 | $37,326.08 | 64 | $0.00 | $0.00 |

Delphi Automotive Systems  
Payments Made Outside Of Ordinary Course (A)  
November 4, 2004 Through February 2, 2005

05-44481-rdd    Doc 10976-2    Filed 11/19/07    Entered 11/19/07 14:14:42    Exhibit B  
Pg 5 of 7

MFC, LLC

| | Cash Paid | | | Satisfied Invoices | | | | Payments Made Outside of Ordinary Course: | |
|---|---|---|---|---|---|---|---|---|---|
| Line | Date (B) | Reference | Amount | Number | Invoice Date | Amount | Days Outstanding | Normal Distribution Pattern (40 to 75 days) | Central Range (48 to 69 days) |
| 112 | | | | 85137479 | 10/16/2004 | $241,655.74 | 60 | $0.00 | $0.00 |
| 113 | | | | 85154399 | 10/19/2004 | $554,585.45 | 57 | $0.00 | $0.00 |
| 114 | | | | 85154400 | 10/19/2004 | $37,326.08 | 57 | $0.00 | $0.00 |
| 115 | | | | 85174792 | 10/22/2004 | $25,736.03 | 54 | $0.00 | $0.00 |
| 116 | | | | 85174800 | 10/22/2004 | $112,866.56 | 54 | $0.00 | $0.00 |
| 117 | | | | 85174801 | 10/22/2004 | $37,326.08 | 54 | $0.00 | $0.00 |
| 118 | | | | 85185154 | 10/25/2004 | $51,472.06 | 51 | $0.00 | $0.00 |
| 119 | | | | 85190656 | 10/26/2004 | $102,944.13 | 50 | $0.00 | $0.00 |
| 120 | | | | 85190676 | 10/26/2004 | $403,827.30 | 50 | $0.00 | $0.00 |
| 121 | | | | 85210892 | 10/30/2004 | $243,323.34 | 46 | $0.00 | $243,323.34 |
| 122 | | | | 85212162 | 10/30/2004 | $30,611.20 | 46 | $0.00 | $30,611.20 |
| 123 | | | | 85071998 | 10/5/2004 | $28,618.25 | 71 | $0.00 | $28,618.25 |
| 124 | | | | 85073968 | 10/5/2004 | $76,428.80 | 71 | $0.00 | $76,428.80 |
| 125 | | | | 85113368 | 10/12/2004 | $19,812.63 | 64 | $0.00 | $0.00 |
| 126 | | | | 85153579 | 10/19/2004 | $26,416.84 | 57 | $0.00 | $0.00 |
| 127 | | | | 85188397 | 10/26/2004 | $24,215.44 | 50 | $0.00 | $0.00 |
| 128 | | | | Subtotal | | $3,445,804.86 (C) | | $0.00 | $1,107,194.88 |
| 129 | 12/31/04 | CK9329 | $9,315.00 | 85057232 | 10/1/2004 | $3,105.00 | 91 | $3,105.00 | $3,105.00 |
| 130 | | | | 85064921 | 10/4/2004 | $3,105.00 | 88 | $3,105.00 | $3,105.00 |
| 131 | | | | 85181970 | 10/25/2004 | $1,035.00 | 67 | $0.00 | $0.00 |
| 132 | | | | 85198020 | 10/27/2004 | $2,070.00 | 65 | $0.00 | $0.00 |
| 133 | | | | Subtotal | | $9,315.00 | | $6,210.00 | $6,210.00 |
| 134 | 1/18/05 | 66009531 | $211,962.31 | 85235744 | 11/5/2004 | $18,714.75 | 74 | $0.00 | $18,714.75 |
| 135 | | | | 85235745 | 11/5/2004 | $35,132.00 | 74 | $0.00 | $35,132.00 |
| 136 | | | | 85277071 | 11/11/2004 | $2,301.80 | 68 | $0.00 | $0.00 |
| 137 | | | | 85277953 | 11/12/2004 | $19,947.90 | 67 | $0.00 | $0.00 |
| 138 | | | | 85277954 | 11/12/2004 | $33,479.80 | 67 | $0.00 | $0.00 |
| 139 | | | | 85314232 | 11/19/2004 | $15,062.70 | 60 | $0.00 | $0.00 |
| 140 | | | | 85314233 | 11/19/2004 | $18,699.60 | 60 | $0.00 | $0.00 |
| 141 | | | | 85340396 | 11/24/2004 | $26,054.40 | 55 | $0.00 | $0.00 |
| 142 | | | | 85340397 | 11/24/2004 | $42,569.36 | 55 | $0.00 | $0.00 |
| 143 | | | | Subtotal | | $211,962.31 (C) | | $0.00 | $53,846.75 |
| 144 | 1/18/05 | 66009532 | $1,719,944.00 | 85224930 | 11/2/2004 | $17,419.18 | 77 | $17,419.18 | $17,419.18 |
| 145 | | | | 85225413 | 11/2/2004 | $284,286.14 | 77 | $284,286.14 | $284,286.14 |
| 146 | | | | 85225414 | 11/2/2004 | $37,326.08 | 77 | $37,326.08 | $37,326.08 |
| 147 | | | | 85229801 | 11/3/2004 | $38,214.40 | 76 | $38,214.40 | $38,214.40 |
| 148 | | | | 85245400 | 11/6/2004 | $329,719.04 | 73 | $0.00 | $329,719.04 |
| 149 | | | | 85261174 | 11/10/2004 | $19,812.63 | 69 | $0.00 | $0.00 |

| | Cash Paid | | | Satisfied Invoices | | | | Payments Made Outside of Ordinary Course: | |
|---|---|---|---|---|---|---|---|---|---|
| Line | Date (B) | Reference | Amount | Number | Invoice Date | Amount | Days Outstanding | Normal Distribution Pattern (40 to 75 days) | Central Range (48 to 69 days) |
| 150 | | | | 85263233 | 11/10/2004 | $409,768.73 | 69 | $0.00 | $0.00 |
| 151 | | | | 85263350 | 11/10/2004 | $111,068.16 | 69 | $0.00 | $0.00 |
| 152 | | | | 85286325 | 11/12/2004 | $177,492.48 | 67 | $0.00 | $0.00 |
| 153 | | | | 85286326 | 11/12/2004 | $37,022.72 | 67 | $0.00 | $0.00 |
| 154 | | | | 85298029 | 11/16/2004 | $11,007.02 | 63 | $0.00 | $0.00 |
| 155 | | | | 85300104 | 11/16/2004 | $246,807.42 | 63 | $0.00 | $0.00 |
| 156 | | | | Subtotal | | $1,719,944.00 (C) | | $377,245.80 | $706,964.84 |
| 157 | 1/18/05 | 66009533 | $68,093.69 | 85229591 | 11/3/2004 | $16,744.35 | 76 | $16,744.35 | $16,744.35 |
| 158 | | | | 85261618 | 11/10/2004 | $12,279.19 | 69 | $0.00 | $0.00 |
| 159 | | | | 85305643 | 11/17/2004 | $16,744.35 | 62 | $0.00 | $0.00 |
| 160 | | | | 85348495 | 11/24/2004 | $22,325.80 | 55 | $0.00 | $0.00 |
| 161 | | | | Subtotal | | $68,093.69 | | $16,744.35 | $16,744.35 |
| 162 | 1/25/05 | 66009564 | $2,184,448.15 | 85300104 | 11/16/2004 | $344,118.59 | 70 | $0.00 | $344,118.59 |
| 163 | | | | 85300105 | 11/16/2004 | $37,022.72 | 70 | $0.00 | $37,022.72 |
| 164 | | | | 85324807 | 11/19/2004 | $60,248.32 | 67 | $0.00 | $0.00 |
| 165 | | | | 85340168 | 11/23/2004 | $26,416.84 | 63 | $0.00 | $0.00 |
| 166 | | | | 85342794 | 11/23/2004 | $741,447.68 | 63 | $0.00 | $0.00 |
| 167 | | | | 85342795 | 11/23/2004 | $37,022.72 | 63 | $0.00 | $0.00 |
| 168 | | | | 85364212 | 11/30/2004 | $24,215.44 | 56 | $0.00 | $0.00 |
| 169 | | | | 85366822 | 11/30/2004 | $913,955.84 | 56 | $0.00 | $0.00 |
| 170 | | | | Subtotal | | $2,184,448.15 (C) | | $0.00 | $381,141.31 |
| 171 | 1/25/05 | 66009565 | $567,105.16 | 85245326 | 11/5/2004 | $77,611.96 | 81 | $77,611.96 | $77,611.96 |
| 172 | | | | 85255290 | 11/8/2004 | $66,057.60 | 78 | $66,057.60 | $66,057.60 |
| 173 | | | | 85286621 | 11/12/2004 | $103,649.70 | 74 | $0.00 | $103,649.70 |
| 174 | | | | 85300118 | 11/16/2004 | $45,945.90 | 70 | $0.00 | $45,945.90 |
| 175 | | | | 85324340 | 11/19/2004 | $61,929.00 | 67 | $0.00 | $0.00 |
| 176 | | | | 85324354 | 11/19/2004 | $8,353.80 | 67 | $0.00 | $0.00 |
| 177 | | | | 85335212 | 11/22/2004 | $45,945.90 | 64 | $0.00 | $0.00 |
| 178 | | | | 85350631 | 11/24/2004 | $62,653.50 | 62 | $0.00 | $0.00 |
| 179 | | | | 85361158 | 11/29/2004 | $61,929.00 | 57 | $0.00 | $0.00 |
| 180 | | | | 85368093 | 11/30/2004 | $33,028.80 | 56 | $0.00 | $0.00 |
| 181 | | | | Subtotal | | $567,105.16 (C) | | $143,669.56 | $293,265.16 |
| 182 | 1/25/05 | 66009566 | $154,740.14 | 85229030 | 11/4/2004 | $14,652.52 | 82 | $14,652.52 | $14,652.52 |
| 183 | | | | 85229032 | 11/4/2004 | $26,726.40 | 82 | $26,726.40 | $26,726.40 |
| 184 | | | | 85262005 | 11/11/2004 | $14,783.15 | 75 | $0.00 | $14,783.15 |
| 185 | | | | 85262006 | 11/11/2004 | $24,220.80 | 75 | $0.00 | $24,220.80 |
| 186 | | | | 85305141 | 11/18/2004 | $5,934.89 | 68 | $0.00 | $0.00 |

| | Cash Paid | | | Satisfied Invoices | | | | Payments Made Outside of Ordinary Course: | |
|---|---|---|---|---|---|---|---|---|---|
| Line | Date (B) | Reference | Amount | Number | Invoice Date | Amount | Days Outstanding | Normal Distribution Pattern (40 to 75 days) | Central Range (48 to 69 days) |
| 187 | | | | 85305142 | 11/18/2004 | $13,363.20 | 68 | $0.00 | $0.00 |
| 188 | | | | 85321145 | 11/19/2004 | $2,239.60 | 67 | $0.00 | $0.00 |
| 189 | | | | 85333885 | 11/24/2004 | $22,584.06 | 62 | $0.00 | $0.00 |
| 190 | | | | 85333886 | 11/24/2004 | $28,396.80 | 62 | $0.00 | $0.00 |
| 191 | | | | 85349514 | 11/24/2004 | $1,838.72 | 62 | $0.00 | $0.00 |
| 192 | | | | Subtotal | | $154,740.14 (C) | | $41,378.92 | $80,382.87 |
| 193 | 1/25/05 | 66009567 | $17,595.00 | 85024627 | 9/27/2004 | $3,105.00 | 120 | $3,105.00 | $3,105.00 |
| 194 | | | | 85217611 | 11/1/2004 | $2,070.00 | 85 | $2,070.00 | $2,070.00 |
| 195 | | | | 85252963 | 11/8/2004 | $2,070.00 | 78 | $2,070.00 | $2,070.00 |
| 196 | | | | 85307325 | 11/17/2004 | $2,070.00 | 69 | $0.00 | $0.00 |
| 197 | | | | 85307341 | 11/17/2004 | $2,070.00 | 69 | $0.00 | $0.00 |
| 198 | | | | 85357382 | 11/29/2004 | $3,105.00 | 57 | $0.00 | $0.00 |
| 199 | | | | 85366766 | 11/30/2004 | $3,105.00 | 56 | $0.00 | $0.00 |
| 200 | | | | Subtotal | | $17,595.00 | | $7,245.00 | $7,245.00 |
| 201 | Grand Totals | | $ 14,540,878.69 | | | $14,540,878.69 | | $2,157,155.19 | $5,678,246.13 |

(A) Discovery in this matter is ongoing and we reserve the right to update our analysis as additional documents are produced.

(B) Date Delphi received check in its lockbox. If check was not sent to Delphi's lockbox, used date check was received by cash analyst at Delphi.

(C) This batch of invoices was satisfied with cash payments and credit memos. In order to reflect the cash payments made, the gross amount of invoices satisfied was reduced by the amount satisfied by credit memos. If a credit memo was applicable to a specific invoice that was included in this batch of invoices, the invoice amount listed above equals the gross invoice amount reduced by the respective credit memo. For those credit memos that were not applicable to a specific invoice included in this batch of invoices, the total of these credit memos was taken against the first chronological invoice with a total large enough to absorb the total of these credit memos.