# Exhibit C

**Delphi Automotive Systems**
**Possible Preference Payments After Applying Ordinary Course Defense and New Value Exception** [A]
**November 4, 2004 through February 2, 2005**

| | | | Cash Payments | | Invoices Issued | | Application of New Value Exception Only | Cash Payments Outside of Ordinary Course | | Possible Preference Payments After Applying Ordinary Course Defense and New Value Exception | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Normal Distribution Pattern (40 to 75 days) | Central Range (48 to 69 days) | Normal Distribution Pattern (40 to 75 days) | Central Range (48 to 69 days) |
| Line | Transaction | Date [B] | Check # | Amount | Invoice # | Amount | | | | | |
| 1 | Invoice Issued | 11/4/2004 | | | 85229030 | $15,229.18 | | | | | |
| 2 | Invoice Issued | 11/4/2004 | | | 85229032 | $26,726.40 | | | | | |
| 3 | Cash Payment | 11/4/2004 | 66009159 | $3,429,769.29 | | | $3,429,769.29 | $936,307.32 | $1,762,807.16 | $936,307.32 | $1,762,807.16 |
| 4 | Cash Payment | 11/4/2004 | 66009161 | $921,765.60 | | | $4,351,534.89 | $219,781.80 | $402,502.80 | $1,156,089.12 | $2,165,309.96 |
| 5 | Cash Payment | 11/4/2004 | 66009162 | $179,213.59 | | | $4,530,748.48 | $48,934.01 | $93,465.08 | $1,205,023.13 | $2,258,775.04 |
| 6 | Invoice Issued | 11/5/2004 | | | 85235744 | $18,726.60 | $4,512,021.88 | | | $1,186,296.53 | $2,240,048.44 |
| 7 | Invoice Issued | 11/5/2004 | | | 85235745 | $34,939.96 [C] | $4,477,081.92 | | | $1,151,356.57 | $2,205,108.48 |
| 8 | Invoice Issued | 11/5/2004 | | | 85245326 | $79,216.20 | $4,397,865.72 | | | $1,072,140.37 | $2,125,892.28 |
| 9 | Cash Payment | 11/5/2004 | 66009158 | $215,699.04 | | | $4,613,564.76 | $0.00 | $49,474.59 | $1,072,140.37 | $2,175,366.87 |
| 10 | Cash Payment | 11/5/2004 | 66009160 | $73,675.14 | | | $4,687,239.90 | $20,093.22 | $37,953.86 | $1,092,233.59 | $2,213,320.73 |
| 11 | Invoice Issued | 11/6/2004 | | | 85245400 | $329,719.04 | $4,357,520.86 | | | $762,514.55 | $1,883,601.69 |
| 12 | Invoice Issued | 11/8/2004 | | | 85252963 | $2,070.00 | $4,355,450.86 | | | $760,444.55 | $1,881,531.69 |
| 13 | Invoice Issued | 11/8/2004 | | | 85255290 | $66,057.60 | $4,289,393.26 | | | $694,386.95 | $1,815,474.09 |
| 14 | Invoice Issued | 11/10/2004 | | | 85261174 | $19,812.63 [C] | $4,269,580.63 | | | $674,574.32 | $1,795,661.46 |
| 15 | Invoice Issued | 11/10/2004 | | | 85261618 | $12,279.19 | $4,257,301.44 | | | $662,295.13 | $1,783,382.27 |
| 16 | Invoice Issued | 11/10/2004 | | | 85263233 | $409,768.73 | $3,847,532.71 | | | $252,526.40 | $1,373,613.54 |
| 17 | Invoice Issued | 11/10/2004 | | | 85263350 | $111,068.16 | $3,736,464.55 | | | $141,458.24 | $1,262,545.38 |
| 18 | Invoice Issued | 11/11/2004 | | | 85262005 | $14,783.15 | $3,721,681.40 | | | $126,675.09 | $1,247,762.23 |
| 19 | Invoice Issued | 11/11/2004 | | | 85262006 | $24,220.80 | $3,697,460.60 | | | $102,454.29 | $1,223,541.43 |
| 20 | Invoice Issued | 11/11/2004 | | | 85277071 | $2,301.80 | $3,695,158.80 | | | $100,152.49 | $1,221,239.63 |
| 21 | Invoice Issued | 11/12/2004 | | | 85277953 | $19,947.90 | $3,675,210.90 | | | $80,204.59 | $1,201,291.73 |
| 22 | Invoice Issued | 11/12/2004 | | | 85277954 | $33,479.80 | $3,641,731.10 | | | $46,724.79 | $1,167,811.93 |
| 23 | Invoice Issued | 11/12/2004 | | | 85286325 | $177,492.48 | $3,464,238.62 | | | $0.00 | $990,319.45 |
| 24 | Invoice Issued | 11/12/2004 | | | 85286326 | $37,022.72 | $3,427,215.90 | | | $0.00 | $953,296.73 |
| 25 | Invoice Issued | 11/12/2004 | | | 85286621 | $103,649.70 | $3,323,566.20 | | | $0.00 | $849,647.03 |
| 26 | Invoice Issued | 11/16/2004 | | | 85298029 | $11,007.02 [C] | $3,312,559.18 | | | $0.00 | $838,640.01 |
| 27 | Invoice Issued | 11/16/2004 | | | 85300104 | $591,988.48 | $2,720,570.70 | | | $0.00 | $246,651.53 |
| 28 | Invoice Issued | 11/16/2004 | | | 85300105 | $37,022.72 | $2,683,547.98 | | | $0.00 | $209,628.81 |
| 29 | Invoice Issued | 11/16/2004 | | | 85300118 | $45,945.90 | $2,637,602.08 | | | $0.00 | $163,682.91 |
| 30 | Invoice Issued | 11/17/2004 | | | 85305643 | $16,744.35 | $2,620,857.73 | | | $0.00 | $146,938.56 |
| 31 | Invoice Issued | 11/17/2004 | | | 85307325 | $2,070.00 | $2,618,787.73 | | | $0.00 | $144,868.56 |
| 32 | Invoice Issued | 11/17/2004 | | | 85307341 | $2,070.00 | $2,616,717.73 | | | $0.00 | $142,798.56 |
| 33 | Invoice Issued | 11/18/2004 | | | 85305141 | $5,934.89 | $2,610,782.84 | | | $0.00 | $136,863.67 |
| 34 | Invoice Issued | 11/18/2004 | | | 85305142 | $13,363.20 | $2,597,419.64 | | | $0.00 | $123,500.47 |
| 35 | Invoice Issued | 11/19/2004 | | | 85314232 | $15,062.70 | $2,582,356.94 | | | $0.00 | $108,437.77 |
| 36 | Invoice Issued | 11/19/2004 | | | 85314233 | $18,699.60 | $2,563,657.34 | | | $0.00 | $89,738.17 |
| 37 | Invoice Issued | 11/19/2004 | | | 85321145 | $2,239.60 | $2,561,417.74 | | | $0.00 | $87,498.57 |
| 38 | Invoice Issued | 11/19/2004 | | | 85324340 | $61,929.00 | $2,499,488.74 | | | $0.00 | $25,569.57 |
| 39 | Invoice Issued | 11/19/2004 | | | 85324354 | $8,353.80 | $2,491,134.94 | | | $0.00 | $17,215.77 |
| 40 | Invoice Issued | 11/19/2004 | | | 85324807 | $60,248.32 | $2,430,886.62 | | | $0.00 | $0.00 |
| 41 | Invoice Issued | 11/22/2004 | | | 85335212 | $45,945.90 | $2,384,940.72 | | | $0.00 | $0.00 |
| 42 | Invoice Issued | 11/23/2004 | | | 85340168 | $26,416.84 [C] | $2,358,523.88 | | | $0.00 | $0.00 |
| 43 | Invoice Issued | 11/23/2004 | | | 85342794 | $741,447.68 | $1,617,076.20 | | | $0.00 | $0.00 |
| 44 | Invoice Issued | 11/23/2004 | | | 85342795 | $37,022.72 | $1,580,053.48 | | | $0.00 | $0.00 |
| 45 | Invoice Issued | 11/24/2004 | | | 85333885 | $22,584.06 | $1,557,469.42 | | | $0.00 | $0.00 |
| 46 | Invoice Issued | 11/24/2004 | | | 85333886 | $28,396.80 | $1,529,072.62 | | | $0.00 | $0.00 |
| 47 | Invoice Issued | 11/24/2004 | | | 85340396 | $26,054.40 | $1,503,018.22 | | | $0.00 | $0.00 |
| 48 | Invoice Issued | 11/24/2004 | | | 85340397 | $42,569.36 [C] | $1,460,448.86 | | | $0.00 | $0.00 |
| 49 | Invoice Issued | 11/24/2004 | | | 85349514 | $1,838.72 | $1,458,610.14 | | | $0.00 | $0.00 |
| 50 | Invoice Issued | 11/24/2004 | | | 85348495 | $22,325.80 | $1,436,284.34 | | | $0.00 | $0.00 |

**Delphi Automotive Systems**
**Possible Preference Payments After Applying Ordinary Course Defense and New Value Exception** (A)
**November 4, 2004 through February 2, 2005**

| Line | Transaction | Date (B) | Cash Payments | | Invoices Issued | | Application of New Value Exception Only | Cash Payments Outside of Ordinary Course | | Possible Preference Payments After Applying Ordinary Course Defense and New Value Exception | |
| | | | Check # | Amount | Invoice # | Amount | | Normal Distribution Pattern (40 to 75 days) | Central Range (48 to 69 days) | Normal Distribution Pattern (40 to 75 days) | Central Range (48 to 69 days) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | Invoice Issued | 11/24/2004 | | | 85350631 | $62,653.50 | $1,373,630.84 | | | $0.00 | $0.00 |
| 52 | Invoice Issued | 11/29/2004 | | | 85357382 | $3,105.00 | $1,370,525.84 | | | $0.00 | $0.00 |
| 53 | Invoice Issued | 11/29/2004 | | | 85361158 | $61,929.00 | $1,308,596.84 | | | $0.00 | $0.00 |
| 54 | Invoice Issued | 11/30/2004 | | | 85364212 | $24,215.44 (C) | $1,284,381.40 | | | $0.00 | $0.00 |
| 55 | Invoice Issued | 11/30/2004 | | | 85366766 | $3,105.00 | $1,281,276.40 | | | $0.00 | $0.00 |
| 56 | Invoice Issued | 11/30/2004 | | | 85366822 | $913,955.84 | $367,320.56 | | | $0.00 | $0.00 |
| 57 | Invoice Issued | 11/30/2004 | | | 85368093 | $33,028.80 | $334,291.76 | | | $0.00 | $0.00 |
| 58 | Cash Payment | 11/30/2004 | CK9163 | $7,245.00 | | | $341,536.76 | $3,105.00 | $3,105.00 | $3,105.00 | $3,105.00 |
| 59 | Invoice Issued | 12/1/2004 | | | 0085371753 | $17,860.64 | $323,676.12 | | | $0.00 | $0.00 |
| 60 | Invoice Issued | 12/1/2004 | | | 0085374386 | $50,074.50 | $273,601.62 | | | $0.00 | $0.00 |
| 61 | Invoice Issued | 12/2/2004 | | | 0085371825 | $21,063.38 | $252,538.24 | | | $0.00 | $0.00 |
| 62 | Invoice Issued | 12/2/2004 | | | 0085371826 | $26,726.40 | $225,811.84 | | | $0.00 | $0.00 |
| 63 | Invoice Issued | 12/2/2004 | | | 0085380921 | $4,479.20 | $221,332.64 | | | $0.00 | $0.00 |
| 64 | Invoice Issued | 12/3/2004 | | | 0085381247 | $28,497.00 | $192,835.64 | | | $0.00 | $0.00 |
| 65 | Invoice Issued | 12/3/2004 | | | 0085381248 | $43,594.40 | $149,241.24 | | | $0.00 | $0.00 |
| 66 | Invoice Issued | 12/3/2004 | | | 0085390958 | $83,248.20 | $65,993.04 | | | $0.00 | $0.00 |
| 67 | Invoice Issued | 12/6/2004 | | | 0085398515 | $2,070.00 | $63,923.04 | | | $0.00 | $0.00 |
| 68 | Invoice Issued | 12/6/2004 | | | 0085401777 | $70,186.20 | $0.00 | | | $0.00 | $0.00 |
| 69 | Invoice Issued | 12/6/2004 | | | 0085402369 | $8,353.80 | $0.00 | | | $0.00 | $0.00 |
| 70 | Cash Payment | 12/6/2004 | 66009324 | $313,092.80 | | | $313,092.80 | $45,252.16 | $100,351.32 | $45,252.16 | $100,351.32 |
| 71 | Cash Payment | 12/6/2004 | 66009327 | $780,813.60 | | | $1,093,906.40 | $244,939.80 | $473,268.60 | $290,191.96 | $573,619.92 |
| 72 | Cash Payment | 12/6/2004 | 66009328 | $172,502.63 | | | $1,266,409.03 | $28,387.61 | $71,066.44 | $318,579.57 | $644,686.36 |
| 73 | Invoice Issued | 12/7/2004 | | | 0085410835 | $25,061.40 | $1,241,347.63 | | | $293,518.17 | $619,624.96 |
| 74 | Cash Payment | 12/7/2004 | 66009326 | $68,093.69 | | | $1,309,441.32 | $17,860.64 | $31,256.12 | $311,378.81 | $650,881.08 |
| 75 | Invoice Issued | 12/8/2004 | | | 0085409330 | $22,392.00 | $1,287,049.32 | | | $288,986.81 | $628,489.08 |
| 76 | Invoice Issued | 12/8/2004 | | | 0085410262 | $658,347.52 | $628,701.80 | | | $0.00 | $0.00 |
| 77 | Invoice Issued | 12/8/2004 | | | 0085410263 | $37,022.72 | $591,679.08 | | | $0.00 | $0.00 |
| 78 | Invoice Issued | 12/8/2004 | | | 0085416069 | $13,395.48 | $578,283.60 | | | $0.00 | $0.00 |
| 79 | Invoice Issued | 12/8/2004 | | | 0085417551 | $50,531.84 | $527,751.76 | | | $0.00 | $0.00 |
| 80 | Invoice Issued | 12/8/2004 | | | 0085419447 | $16,514.40 | $511,237.36 | | | $0.00 | $0.00 |
| 81 | Invoice Issued | 12/9/2004 | | | 0085416747 | $14,154.53 | $497,082.83 | | | $0.00 | $0.00 |
| 82 | Invoice Issued | 12/9/2004 | | | 0085416748 | $21,715.20 | $475,367.63 | | | $0.00 | $0.00 |
| 83 | Invoice Issued | 12/10/2004 | | | 0085424689 | $36,807.20 | $438,560.43 | | | $0.00 | $0.00 |
| 84 | Invoice Issued | 12/10/2004 | | | 0085424690 | $22,390.50 | $416,169.93 | | | $0.00 | $0.00 |
| 85 | Invoice Issued | 12/10/2004 | | | 0085432061 | $49,977.90 | $366,192.03 | | | $0.00 | $0.00 |
| 86 | Invoice Issued | 12/10/2004 | | | 0085435453 | $66,588.90 | $299,603.13 | | | $0.00 | $0.00 |
| 87 | Invoice Issued | 12/13/2004 | | | 0085443702 | $1,035.00 | $298,568.13 | | | $0.00 | $0.00 |
| 88 | Invoice Issued | 12/14/2004 | | | 0085452072 | $11,196.00 | $287,372.13 | | | $0.00 | $0.00 |
| 89 | Invoice Issued | 12/14/2004 | | | 0085453537 | $688,037.12 | $0.00 | | | $0.00 | $0.00 |
| 90 | Invoice Issued | 12/15/2004 | | | 0085454401 | $57,800.40 | $0.00 | | | $0.00 | $0.00 |
| 91 | Invoice Issued | 12/15/2004 | | | 0085459265 | $6,697.74 | $0.00 | | | $0.00 | $0.00 |
| 92 | Cash Payment | 12/15/2004 | 66009325 | $3,445,804.86 | | | $3,445,804.86 | $0.00 | $1,107,194.88 | $0.00 | $1,107,194.88 |
| 93 | Invoice Issued | 12/16/2004 | | | 0085459321 | $16,376.28 | $3,429,428.58 | | | $0.00 | $1,090,818.60 |
| 94 | Invoice Issued | 12/16/2004 | | | 0085459322 | $24,220.80 | $3,405,207.78 | | | $0.00 | $1,066,597.80 |
| 95 | Invoice Issued | 12/16/2004 | | | 0085462452 | $41,624.10 | $3,363,583.68 | | | $0.00 | $1,024,973.70 |
| 96 | Invoice Issued | 12/17/2004 | | | 0085467851 | $13,841.40 | $3,349,742.28 | | | $0.00 | $1,011,132.30 |
| 97 | Invoice Issued | 12/17/2004 | | | 0085467852 | $18,139.00 | $3,331,603.28 | | | $0.00 | $992,993.30 |
| 98 | Invoice Issued | 12/17/2004 | | | 0085477476 | $95,585.70 | $3,236,017.58 | | | $0.00 | $897,407.60 |
| 99 | Invoice Issued | 12/21/2004 | | | 0085487572 | $6,770.00 | $3,229,247.58 | | | $0.00 | $890,637.60 |
| 100 | Invoice Issued | 12/21/2004 | | | 0085492622 | $22,392.00 | $3,206,855.58 | | | $0.00 | $868,245.60 |
| 101 | Invoice Issued | 12/21/2004 | | | 0085494086 | $820,290.56 | $2,386,565.02 | | | $0.00 | $47,955.04 |
| 102 | Invoice Issued | 12/21/2004 | | | 0085494087 | $37,022.72 | $2,349,542.30 | | | $0.00 | $10,932.32 |
| 103 | Invoice Issued | 12/21/2004 | | | 0085494105 | $25,265.92 | $2,324,276.38 | | | $0.00 | $0.00 |
| 104 | Invoice Issued | 12/22/2004 | | | 0085498000 | $2,070.00 | $2,322,206.38 | | | $0.00 | $0.00 |
| 105 | Invoice Issued | 12/23/2004 | | | 0085500779 | $17,860.64 | $2,304,345.74 | | | $0.00 | $0.00 |
| 106 | Invoice Issued | 12/27/2004 | | | 0085499044 | $19,947.90 | $2,284,397.84 | | | $0.00 | $0.00 |
| 107 | Invoice Issued | 12/27/2004 | | | 0085499045 | $31,730.20 | $2,252,667.64 | | | $0.00 | $0.00 |
| 108 | Cash Payment | 12/29/2004 | CK9329 | $9,315.00 | | | $2,261,982.64 | $6,210.00 | $6,210.00 | $6,210.00 | $6,210.00 |

**Delphi Automotive Systems**
**Possible Preference Payments After Applying Ordinary Course Defense and New Value Exception** [A]
**November 4, 2004 through February 2, 2005**

| | | | Cash Payments | | Invoices Issued | | | Cash Payments Outside of Ordinary Course | | Possible Preference Payments After Applying Ordinary Course Defense and New Value Exception | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Transaction | Date [B] | Check # | Amount | Invoice # | Amount | Application of New Value Exception Only | Normal Distribution Pattern (40 to 75 days) | Central Range (48 to 69 days) | Normal Distribution Pattern (40 to 75 days) | Central Range (48 to 69 days) |
| 109 | Invoice Issued | 12/30/2004 | | | 0085543600 | $12,385.80 | $2,249,596.84 | | | $0.00 | $0.00 |
| 110 | Invoice Issued | 12/30/2004 | | | 0085543601 | $199,235.40 | $2,050,361.44 | | | $0.00 | $0.00 |
| 111 | Invoice Issued | 1/3/2005 | | | 0085504255 | $9,139.00 | $2,041,222.44 | | | $0.00 | $0.00 |
| 112 | Invoice Issued | 1/3/2005 | | | 0085504256 | $15,868.80 | $2,025,353.64 | | | $0.00 | $0.00 |
| 113 | Invoice Issued | 1/3/2005 | | | 0085546553 | $4,140.00 | $2,021,213.64 | | | $0.00 | $0.00 |
| 114 | Invoice Issued | 1/4/2005 | | | 0085552039 | $22,392.00 | $1,998,821.64 | | | $0.00 | $0.00 |
| 115 | Invoice Issued | 1/4/2005 | | | 0085553898 | $672,705.28 | $1,326,116.36 | | | $0.00 | $0.00 |
| 116 | Invoice Issued | 1/4/2005 | | | 0085553900 | $37,022.72 | $1,289,093.64 | | | $0.00 | $0.00 |
| 117 | Invoice Issued | 1/5/2005 | | | 0085554449 | $7,853.20 | $1,281,240.44 | | | $0.00 | $0.00 |
| 118 | Invoice Issued | 1/5/2005 | | | 0085558436 | $6,697.74 | $1,274,542.70 | | | $0.00 | $0.00 |
| 119 | Invoice Issued | 1/6/2005 | | | 0085552571 | $11,797.33 | $1,262,745.37 | | | $0.00 | $0.00 |
| 120 | Invoice Issued | 1/6/2005 | | | 0085552572 | $17,539.20 | $1,245,206.17 | | | $0.00 | $0.00 |
| 121 | Invoice Issued | 1/6/2005 | | | 0085552575 | $4,596.80 | $1,240,609.37 | | | $0.00 | $0.00 |
| 122 | Invoice Issued | 1/7/2005 | | | 0085563167 | $18,726.60 | $1,221,882.77 | | | $0.00 | $0.00 |
| 123 | Invoice Issued | 1/7/2005 | | | 0085563169 | $39,660.40 | $1,182,222.37 | | | $0.00 | $0.00 |
| 124 | Invoice Issued | 1/7/2005 | | | 0085571278 | $132,542.40 | $1,049,679.97 | | | $0.00 | $0.00 |
| 125 | Invoice Issued | 1/10/2005 | | | 0085576204 | $2,070.00 | $1,047,609.97 | | | $0.00 | $0.00 |
| 126 | Invoice Issued | 1/11/2005 | | | 0085584172 | $17,539.20 | $1,030,070.77 | | | $0.00 | $0.00 |
| 127 | Invoice Issued | 1/11/2005 | | | 0085584802 | $44,784.00 | $985,286.77 | | | $0.00 | $0.00 |
| 128 | Invoice Issued | 1/11/2005 | | | 0085585832 | $38,214.40 | $947,072.37 | | | $0.00 | $0.00 |
| 129 | Invoice Issued | 1/11/2005 | | | 0085586190 | $612,800.00 | $334,272.37 | | | $0.00 | $0.00 |
| 130 | Invoice Issued | 1/11/2005 | | | 0085586191 | $37,022.72 | $297,249.65 | | | $0.00 | $0.00 |
| 131 | Invoice Issued | 1/12/2005 | | | 0085591558 | $5,581.45 | $291,668.20 | | | $0.00 | $0.00 |
| 132 | Invoice Issued | 1/13/2005 | | | 0085591297 | $7,701.16 | $283,967.04 | | | $0.00 | $0.00 |
| 133 | Invoice Issued | 1/13/2005 | | | 0085591298 | $20,880.00 | $263,087.04 | | | $0.00 | $0.00 |
| 134 | Invoice Issued | 1/13/2005 | | | 0085591299 | $9,193.60 | $253,893.44 | | | $0.00 | $0.00 |
| 135 | Invoice Issued | 1/13/2005 | | | 0085600242 | $1,365.39 | $252,528.05 | | | $0.00 | $0.00 |
| 136 | Invoice Issued | 1/13/2005 | | | 0085600243 | $2,505.60 | $250,022.45 | | | $0.00 | $0.00 |
| 137 | Invoice Issued | 1/13/2005 | | | 0085600911 | $28,778.40 | $221,244.05 | | | $0.00 | $0.00 |
| 138 | Invoice Issued | 1/14/2005 | | | 0085599112 | $6,672.60 | $214,571.45 | | | $0.00 | $0.00 |
| 139 | Invoice Issued | 1/14/2005 | | | 0085599116 | $407.10 | $214,164.35 | | | $0.00 | $0.00 |
| 140 | Invoice Issued | 1/14/2005 | | | 0085599138 | $6,761.70 | $207,402.65 | | | $0.00 | $0.00 |
| 141 | Invoice Issued | 1/14/2005 | | | 0085599139 | $25,880.20 | $181,522.45 | | | $0.00 | $0.00 |
| 142 | Invoice Issued | 1/14/2005 | | | 0085606880 | $61,668.00 | $119,854.45 | | | $0.00 | $0.00 |
| 143 | Invoice Issued | 1/15/2005 | | | 0085610747 | $33,283.20 | $86,571.25 | | | $0.00 | $0.00 |
| 144 | Invoice Issued | 1/18/2005 | | | 0085618827 | $17,913.60 | $68,657.65 | | | $0.00 | $0.00 |
| 145 | Invoice Issued | 1/18/2005 | | | 0085620332 | $547,348.48 | $0.00 | | | $0.00 | $0.00 |
| 146 | Cash Payment | 1/18/2005 | 66009531 | $211,962.31 | | | $211,962.31 | $0.00 | $53,846.75 | $0.00 | $53,846.75 |
| 147 | Cash Payment | 1/18/2005 | 66009532 | $1,719,944.00 | | | $1,931,906.31 | $377,245.80 | $706,964.84 | $377,245.80 | $760,811.59 |
| 148 | Cash Payment | 1/18/2005 | 66009533 | $68,093.69 | | | $2,000,000.00 | $16,744.35 | $16,744.35 | $393,990.15 | $777,555.94 |
| 149 | Invoice Issued | 1/19/2005 | | | 0085623818 | $6,697.74 | $1,993,302.26 | | | $387,292.41 | $770,858.20 |
| 150 | Invoice Issued | 1/19/2005 | | | 0085627838 | $24,962.40 | $1,968,339.86 | | | $362,330.01 | $745,895.80 |
| 151 | Invoice Issued | 1/20/2005 | | | 0085624957 | $10,431.94 | $1,957,907.92 | | | $351,898.07 | $735,463.86 |
| 152 | Invoice Issued | 1/20/2005 | | | 0085624958 | $26,726.40 | $1,931,181.52 | | | $325,171.67 | $708,737.46 |
| 153 | Invoice Issued | 1/20/2005 | | | 0085624959 | $4,596.80 | $1,926,584.72 | | | $320,574.87 | $704,140.66 |
| 154 | Invoice Issued | 1/20/2005 | | | 0085633844 | $339.25 | $1,926,245.47 | | | $320,235.62 | $703,801.41 |
| 155 | Invoice Issued | 1/21/2005 | | | 0085634072 | $13,434.30 | $1,912,811.17 | | | $306,801.32 | $690,367.11 |
| 156 | Invoice Issued | 1/21/2005 | | | 0085634073 | $38,057.20 | $1,874,753.97 | | | $268,744.12 | $652,309.91 |
| 157 | Invoice Issued | 1/21/2005 | | | 0085643733 | $49,334.40 | $1,825,419.57 | | | $219,409.72 | $602,975.51 |
| 158 | Invoice Issued | 1/24/2005 | | | 85645417 | $41,604.00 | $1,783,815.57 | | | $177,805.72 | $561,371.51 |
| 159 | Invoice Issued | 1/24/2005 | | | 85654288 | $24,913.20 | $1,758,902.37 | | | $152,892.52 | $536,458.31 |
| 160 | Invoice Issued | 1/24/2005 | | | 85661028 | $37,022.72 | $1,721,879.65 | | | $115,869.80 | $499,435.59 |
| 161 | Invoice Issued | 1/25/2005 | | | 85658461 | $20,152.80 | $1,701,726.85 | | | $95,717.00 | $479,282.79 |
| 162 | Invoice Issued | 1/25/2005 | | | 85660241 | $76,487.68 | $1,625,239.17 | | | $19,229.32 | $402,795.11 |
| 163 | Invoice Issued | 1/25/2005 | | | 85660459 | $523,687.68 | $1,101,551.49 | | | $0.00 | $0.00 |
| 164 | Invoice Issued | 1/25/2005 | | | 85660460 | $37,022.72 | $1,064,528.77 | | | $0.00 | $0.00 |
| 165 | Invoice Issued | 1/25/2005 | | | 85660467 | $114,731.52 | $949,797.25 | | | $0.00 | $0.00 |
| 166 | Cash Payment | 1/25/2005 | 66009564 | $2,184,448.15 | | | $3,134,245.40 | $0.00 | $381,141.31 | $0.00 | $381,141.31 |
| 167 | Cash Payment | 1/25/2005 | 66009565 | $567,105.16 | | | $3,701,350.56 | $143,669.56 | $293,265.16 | $143,669.56 | $674,406.47 |

**Delphi Automotive Systems**
**Possible Preference Payments After Applying Ordinary Course Defense and New Value Exception** [A]
**November 4, 2004 through February 2, 2005**

| | | | Cash Payments | | Invoices Issued | | | Cash Payments Outside of Ordinary Course | | Possible Preference Payments After Applying Ordinary Course Defense and New Value Exception | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Transaction | Date [B] | Check # | Amount | Invoice # | Amount | Application of New Value Exception Only | Normal Distribution Pattern (40 to 75 days) | Central Range (48 to 69 days) | Normal Distribution Pattern (40 to 75 days) | Central Range (48 to 69 days) |
| 168 | Cash Payment | 1/25/2005 | 66009566 | $154,740.14 | | | $3,856,090.70 | $41,378.92 | $80,382.87 | $185,048.48 | $754,789.34 |
| 169 | Cash Payment | 1/25/2005 | 66009567 | $17,595.00 | | | $3,873,685.70 | $7,245.00 | $7,245.00 | $192,293.48 | $762,034.34 |
| 170 | Invoice Issued | 1/26/2005 | | | 85665274 | $10,046.61 | $3,863,639.09 | | | $182,246.87 | $751,987.73 |
| 171 | Invoice Issued | 1/26/2005 | | | 85667608 | $37,433.60 | $3,826,205.49 | | | $144,813.27 | $714,554.13 |
| 172 | Invoice Issued | 1/27/2005 | | | 85665258 | $11,551.74 | $3,814,653.75 | | | $133,261.53 | $703,002.39 |
| 173 | Invoice Issued | 1/27/2005 | | | 85665259 | $42,679.36 | $3,771,974.39 | | | $90,582.17 | $660,323.03 |
| 174 | Invoice Issued | 1/27/2005 | | | 85673601 | $32,889.60 | $3,739,084.79 | | | $57,692.57 | $627,433.43 |
| 175 | Invoice Issued | 1/28/2005 | | | 85679992 | $115,556.40 | $3,623,528.39 | | | $0.00 | $511,877.03 |
| 176 | Invoice Issued | 1/31/2005 | | | 85671015 | $61,225.40 | $3,562,302.99 | | | $0.00 | $450,651.63 |
| 177 | Invoice Issued | 1/31/2005 | | | 85687406 | $49,875.60 | $3,512,427.39 | | | $0.00 | $400,776.03 |
| 178 | Invoice Issued | 2/1/2005 | | | 85686914 | $335,244.80 | $3,177,182.59 | | | $0.00 | $65,531.23 |
| 179 | Invoice Issued | 2/1/2005 | | | 85687041 | $305,950.72 | $2,871,231.87 | | | $0.00 | $0.00 |
| 180 | Invoice Issued | 2/1/2005 | | | 85694642 | $28,682.88 | $2,842,548.99 | | | $0.00 | $0.00 |
| 181 | Invoice Issued | 2/1/2005 | | | 85694643 | $44,817.00 | $2,797,731.99 | | | $0.00 | $0.00 |
| 182 | Grand Totals | | | $14,540,878.69 | | $12,743,573.20 | | $2,157,155.19 | $5,678,246.13 | | |

[A] Discovery in this matter is ongoing and we reserve the right to update our analysis as additional documents are produced.

[B] If cash payment, date Delphi received check in its lockbox (if check was not sent to Delphi's lockbox, used date check was received by cash analyst at Delphi). Invoice issued date is invoice date.

[C] Amount is equal to gross invoice amount as issued less credit memo also issued during the preference period which was applicable to this invoice.