UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
    In re                                    :
                                                               :  Chapter 11
DELPHI CORPORATION, et al.,                                    :  Case No. 05-44481 (RDD)
                                                               :
        Debtors.         :  (Jointly Administered)
                                                               :
                                                               :\
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of November 2007, I caused to be served a true and correct copy of the *Claimant Siemens VDO Automotive SAS's Memorandum in Response to Debtors' Motion for a Summary Judgment Expunging Claim Number 2247; Claimant Siemens VDO Automotive SAS's Response to Statement of Undisputed Material Facts in Support of Debtors' Motion for a Summary Judgment Expunging Claim Number 2247 Asserted by Siemens VDO Automotive SAS;* and *Supplemental Declaration of Michael Poulet in Support of Siemens Automotive SAS's Claim Number 2247* via Federal Express to the parties set for below:

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel | Latham Watkins, LLP<br>885 Third Avenue, Suite 1000<br>New York, New York 10022<br>Attn: Robert J. Rosenberg, Esq. |
| Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br>Attn: Neil Berger, Esq. | |

Date:  November 19, 2007
       New York, NY

                                                        */s/ Amanda Leonard*
                                                        AMANDA LEONARD