In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10982-1   Filed 11/19/07   Entered 11/19/07 20:19:01   Exhibit A
Pg 1 of 1

Twenty-Third Omnibus Claims Objection

### EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 16714 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim Number: 10016 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 09/24/2007 | Secured: $173,842.00 | Date Filed: 07/20/2006 | Secured: $347,605.98 |
| Creditor's Name and Address: | Priority | Creditor's Name and Address: | Priority: |
| VENTURE PLASTICS INC<br>MARGULIES & LEVINSON LLP<br>30100 CHAGRIN BLVD NO 250<br>CLEVELAND, OH 44124 | Administrative:<br>Unsecured: | VENTURE PLASTICS INC<br>MARGULIES & LEVINSON LLP<br>30100 CHAGRIN BLVD NO 250<br>CLEVELAND, OH 44124 | Administrative:<br>Unsecured: |
| | Total: $173,842.00 | | Total: $347,605.98 |

**Total Claims to be Expunged:** 1

**Total Asserted Amount to be Expunged:** $173,842.00