05-44481-rdd    Doc 10982-2    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit B-1
Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
Twenty-Third Omnibus Claims Objection

**EXHIBIT B-1 - EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DEPOSITORY TRUST COMPANY<br>TREASURERS DEPT<br>255 N 1100 E<br>ZIONSVILLE, IN 46077-9444 | 6995 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$164.58<br>$164.58 | 05/30/2006 | DELPHI CORPORATION<br>(05-44481) |
| LUTZ RICHARD<br>1921 ATLANTIC AVE<br>SANDUSKY, OH 44870 | 4797 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$23,000.00<br>$23,000.00 | 05/05/2006 | DELPHI CORPORATION<br>(05-44481) |
| PENNEY JAMES<br>445 N KING ST<br>XENIA, OH 45385-2207 | 11395 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$115,276.00<br>$115,276.00 | 07/27/2006 | DELPHI CORPORATION<br>(05-44481) |
| RIEGEL CHARLES<br>9491 BYERS RD<br>MIAMISBURG, OH 45342 | 10559 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$62,883.08<br><br><br>$62,883.08 | 07/24/2006 | DELPHI CORPORATION<br>(05-44481) |
| WALLING JOHN F<br>4201 CORINTH BLVD<br>DAYTON, OH 45410-3411 | 9243 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$38,805.09<br><br><br>$38,805.09 | 07/10/2006 | DELPHI CORPORATION<br>(05-44481) |

Total:  5  $240,128.75