05-44481-rdd    Doc 10982-3    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit B-2
Pg 1 of 1

In re Delphi Corporation, et al.  Twenty-Third Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B-2 - UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DEPOSITORY TRUST COMPANY<br>TREASURERS DEPT<br>9209 S 89TH E AVE<br>TULSA, OK 74133 | 16290 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>$9,310.00<br>$9,310.00 | 09/08/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **$9,310.00** | | |

*UNL denotes an unliquidated claim