**EXHIBIT C - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FIDELITY INVESTMENTS INC TR<br>FBO DONNA K HETZEL IRA<br>22667 REVERE ST<br>ST CLAIR SHORES, MI 48080-2883 | 4101 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **UNL** | | |

*UNL denotes an unliquidated claim