05-44481-rdd   Doc 10982-5   Filed 11/19/07   Entered 11/19/07 20:19:01   Exhibit D-1
Pg 1 of 2

In re Delphi Corporation, et al.  Twenty-Third Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AMHERST SOLUTIONS LTD<br>30505 BAINBRIDGE RD STE 100<br>SOLON, OH 44139 | 5821 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,000.00<br>Total: $50,000.00 | 05/15/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLUE CROSS BLUE SHIELD OF MICHIGAN<br>600 LAFAYETTE EAST STE 1925<br>DETROIT, MI 48226 | 8001 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/15/2006 | DELPHI CORPORATION (05-44481) |
| MACOMB COUNTY FOC ACT OF B CZARNOWCZAN P95 22210<br>40 N MAIN<br>MT CLEMENS, MI 48043 | 7716 | Secured:<br>Priority: $4,430.67<br>Administrative:<br>Unsecured:<br>Total: $4,430.67 | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| MAXWELL EMMA J<br>PO BOX 533<br>ORRVILLE, AL 36767-0533 | 4477 | Secured:<br>Priority: $289,000.00<br>Administrative:<br>Unsecured:<br>Total: $289,000.00 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| PREFERRED SOURCING LLC<br>ONE INDIANA SQ STE 3500<br>INDIANAPOLIS, IN 46204 | 11531 | Secured: $97,416.63<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $97,416.63 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRIORITY HEALTH<br>1231 E BELTLINE NE<br>GRAND RAPIDS, MI 49525 | 2813 | Secured:<br>Priority: $1,181,675.59<br>Administrative:<br>Unsecured:<br>Total: $1,181,675.59 | 04/26/2006 | DELPHI CORPORATION (05-44481) |
| RATLIFF LARRY G<br>2836 STATE ROUTE 571 WEST<br>GREENVILLE, OH 45331 | 5843 | Secured:<br>Priority: $40,000.00<br>Administrative:<br>Unsecured:<br>Total: $40,000.00 | 05/15/2006 | DELPHI CORPORATION (05-44481) |
| SKELTON GLORIA<br>PO BOX 498<br>COTTONDALE, AL 35453 | 8750 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,500.00<br>Total: $8,500.00 | 06/29/2006 | DELPHI CORPORATION (05-44481) |

*UNL denotes an unliquidated claim

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TREVA DANIELS CARLSON<br>409 SIXTH ST<br>FENTON, MI 48430 | 5565 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$933.20<br><br>$462.80<br>$1,396.00 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| US DEPT OF HEALTH AND HUMAN SERVICES<br>SOUTHERN DISTRICT OF NEW YORK<br>86 CHAMBERS ST<br>NY, NY 10007 | 2578 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$65,799.34<br>$65,799.34 | 04/06/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| **Total:** | **10** | | **$1,738,218.23** | | |