05-44481-rdd    Doc 10982-6    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit D-2    Pg 1 of 1

In re Delphi Corporation, et al.  Twenty-Third Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-2 - BOOKS AND RECORDS CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS** *

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AMERICLERK INC DBA CONTRACT COUNSEL<br>1025 N CAMPBELL RD<br>ROYAL OAK, MI 48067-1519 | 2416 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,658.83<br>Total: $9,658.83 | 03/27/2006 | DELPHI CORPORATION (05-44481) |
| RELATS S A<br>POL IND LA BORDA<br>CALDES DE MONTBUI, 08140<br>SPAIN | 1268 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,016.23<br>Total: $8,016.23 | 12/27/2005 | DELPHI CORPORATION (05-44481) |
| **Total:** | **2** | **$17,675.06** | | |

*The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.