In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10982-7    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit E-1
Pg 1 of 7

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6844<br>Date Filed: 05/25/2006<br>Docketed Total: $ 2,773,276.88<br>Filing Creditor Name and Address:<br>AMBRAKE CORPORATION<br>DICKINSON WRIGHT PLLC<br>301 LIBERTY STE 500<br>ANN ARBOR, MI 48204-2266 | Claim Holder Name and Address<br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004<br><br>Docketed Total: $2,773,276.88<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                     $2,773,276.88<br>                                                 $2,773,276.88 | Modified Total: $2,768,486.44<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                     $2,768,486.44<br>                                                 $2,768,486.44 |
| Claim: 2142<br>Date Filed: 02/27/2006<br>Docketed Total: $ 252,194.22<br>Filing Creditor Name and Address:<br>ASM CAPITAL AS ASSIGNEE FOR ROBINSON INDUSTRIES INC<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11566 | Claim Holder Name and Address<br>ASM CAPITAL AS ASSIGNEE FOR ROBINSON INDUSTRIES INC<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11566<br><br>Docketed Total: $252,194.22<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                     $252,194.22<br>                                                 $252,194.22 | Modified Total: $232,962.95<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                     $232,962.95<br>                                                 $232,962.95 |
| Claim: 1406<br>Date Filed: 12/30/2005<br>Docketed Total: $ 314,170.07<br>Filing Creditor Name and Address:<br>AUTOPARTES DE PRECISION A DIV OF MINIATURE PRECISION COMPONENTS<br>100 WISCONSIN ST<br>PO BOX 1901<br>WALWORTH, WI 53184 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Docketed Total: $314,170.07<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                    $66,206.62  $247,963.45<br>                                 $66,206.62  $247,963.45 | Modified Total: $261,685.90<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                     $261,685.90<br>                                                 $261,685.90 |

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 7

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10982-7    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit E-1
Pg 2 of 7

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5453<br>Date Filed: 05/10/2006<br>Docketed Total: $ 154,424.36<br>Filing Creditor Name and Address:<br>AVERY DENNINSON CORPORATION<br>AVERY DENNISON CORPORATION<br>7590 AUBURN RD<br>PAINESVILLE, OH 44077 | Claim Holder Name and Address<br>AVERY DENNINSON CORPORATION<br>AVERY DENNISON CORPORATION<br>7590 AUBURN RD<br>PAINESVILLE, OH 44077<br><br>Docketed Total: $154,424.36<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $154,424.36<br>                                                          $154,424.36 | Modified Total: $101,744.58<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $101,744.58<br>                                                          $101,744.58 |
| Claim: 13883<br>Date Filed: 07/31/2006<br>Docketed Total: $ 54,027.22<br>Filing Creditor Name and Address:<br>BP PRODUCTS NORTH AMERICA INC<br>ATTN TOM W STRATTAN<br>28100 TORCH PKWY STE 300<br>WARRENVILLE, IL 60555 | Claim Holder Name and Address<br>BP PRODUCTS NORTH AMERICA INC<br>ATTN TOM W STRATTAN<br>28100 TORCH PKWY STE 300<br>WARRENVILLE, IL 60555<br><br>Docketed Total: $54,027.22<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $54,027.22<br>                                                          $54,027.22 | Modified Total: $49,285.67<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $49,285.67<br>                                                          $49,285.67 |
| Claim: 12701<br>Date Filed: 07/28/2006<br>Docketed Total: $ 90,000.68<br>Filing Creditor Name and Address:<br>CANON USA INC<br>1 CANON PLZ<br>LAKE SUCCESS, NY 11042-1198 | Claim Holder Name and Address<br>CANON USA INC<br>1 CANON PLZ<br>LAKE SUCCESS, NY 11042-1198<br><br>Docketed Total: $90,000.68<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $90,000.68<br>                                                          $90,000.68 | Modified Total: $87,914.84<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $87,914.84<br>                                                          $87,914.84 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10982-7    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit E-1
Pg 3 of 7

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4770<br>Date Filed: 05/04/2006<br>Docketed Total: $ 44,637.41<br>Filing Creditor Name and Address:<br>CAUCHO METAL PRODUCTS II S L<br>PI CANTABRIA<br>C NAVAL 7<br>LOGRONO, 26006<br>SPAIN | Claim Holder Name and Address<br>CAUCHO METAL PRODUCTS II S L<br>PI CANTABRIA<br>C NAVAL 7<br>LOGRONO, 26006<br>SPAIN<br><br>Docketed Total: $44,637.41<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $44,637.41<br>                                                     $44,637.41 | Modified Total: $32,170.98<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $32,170.98<br>                                                     $32,170.98 |
| Claim: 10386<br>Date Filed: 07/24/2006<br>Docketed Total: $ 315,699.49<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF COLUMBIA INDUSTRIAL SALES CORP<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF COLUMBIA INDUSTRIAL SALES CORP<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $315,699.49<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $315,699.49<br>                                                     $315,699.49 | Modified Total: $156,742.12<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $156,742.12<br>                                                     $156,742.12 |
| Claim: 10598<br>Date Filed: 07/25/2006<br>Docketed Total: $ 172,287.79<br>Filing Creditor Name and Address:<br>E I DU PONT DE NEMOURS AND COMPANY DUPONT<br>DUPONT LEGAL D 4026<br>1007 MARKET ST<br>WILMINGTON, DE 19898 | Claim Holder Name and Address<br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $172,287.79<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44624                                    $172,287.79<br>                                                     $172,287.79 | Modified Total: $172,287.79<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44624                                    $15,808.68<br>05-44640                                    $156,479.11<br>                                                     $172,287.79 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10982-7    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit E-1
Pg 4 of 7

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14580<br>Date Filed: 07/31/2006<br>Docketed Total: $ 190,241.45<br>Filing Creditor Name and Address:<br>KOSTAL KONTAKT SYSTEME GMBH<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | | $190,241.45 | | Modified Total: | | $120,665.22 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$190,241.45<br>$190,241.45 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$120,665.22<br>$120,665.22 |
| Claim: 1372<br>Date Filed: 12/29/2005<br>Docketed Total: $ 1,144,684.57<br>Filing Creditor Name and Address:<br>LUNT MANUFACTURING COMPANY INC<br>601 605 LUNT AVE<br>SCHAUMBURG, IL 60193 | Claim Holder Name and Address<br>STONEHILL INSTITUTIONAL PARTNERS LP<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $1,144,684.57 | | Modified Total: | | $1,142,129.02 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,144,684.57<br>$1,144,684.57 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,142,129.02<br>$1,142,129.02 |
| Claim: 1753<br>Date Filed: 02/02/2006<br>Docketed Total: $ 17,602.50<br>Filing Creditor Name and Address:<br>MAGNECO METREL INC<br>223 INTERSTATE RD<br>ADDISON, IL 60101 | Claim Holder Name and Address<br>MAGNECO METREL INC<br>223 INTERSTATE RD<br>ADDISON, IL 60101 | Docketed Total: | | $17,602.50 | | Modified Total: | | $9,902.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,602.50<br>$17,602.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,902.50<br>$9,902.50 |

*See Exhibit F for a listing of debtor entities by case number.

Page 4 of 7

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10982-7    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit E-1
Pg 5 of 7

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1407<br>Date Filed: 12/30/2005<br>Docketed Total: $ 948,811.79<br>Filing Creditor Name and Address:<br>MINIATURE PRECISION COMPONENTS<br>100 WISCONSIN ST<br>PO BOX 1901<br>WALWORTH, WI 53184 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC   Docketed Total:   $948,811.79<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                        $239,745.37   $709,066.42<br>                                                                   $239,745.37   $709,066.42 | Modified Total:   $824,986.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                                      $824,986.00<br>                                                                  $824,986.00 |
| Claim: 7339<br>Date Filed: 06/02/2006<br>Docketed Total: $ 16,288.93<br>Filing Creditor Name and Address:<br>MULTIBASE INC<br>C O DOW CORNING CORPORATION<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686 | Claim Holder Name and Address<br>MULTIBASE INC   Docketed Total:   $16,288.93<br>C O DOW CORNING CORPORATION<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                                      $16,288.93<br>                                                                 $16,288.93 | Modified Total:   $16,288.93<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                                     $16,288.93<br>                                                                $16,288.93 |
| Claim: 11290<br>Date Filed: 07/27/2006<br>Docketed Total: $ 28,550.00<br>Filing Creditor Name and Address:<br>PACER GLOBAL LOGISTICS INC<br>6805 PERIMETER DR<br>PO BOX 8104<br>DUBLIN, OH 43016 | Claim Holder Name and Address<br>PACER GLOBAL LOGISTICS INC   Docketed Total:   $28,550.00<br>6805 PERIMETER DR<br>PO BOX 8104<br>DUBLIN, OH 43016<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                                      $28,550.00<br>                                                                 $28,550.00 | Modified Total:   $25,390.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                                     $25,390.00<br>                                                                $25,390.00 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10982-7    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit E-1
Pg 6 of 7

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11287<br>Date Filed: 07/27/2006<br>Docketed Total: $ 66,118.80<br>Filing Creditor Name and Address:<br>PRINCE MANUFACTURING OXFORD EF<br>PO BOX 2519<br>HOLLAND, MI 49422 | Claim Holder Name and Address<br>PRINCE MANUFACTURING OXFORD EF<br>PO BOX 2519<br>HOLLAND, MI 49422<br><br>Docketed Total: $66,118.80<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $66,118.80<br>                                              $66,118.80 | Modified Total: $9,811.27<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $9,811.27<br>                                              $9,811.27 |
| Claim: 8866<br>Date Filed: 06/30/2006<br>Docketed Total: $ 166,503.06<br>Filing Creditor Name and Address:<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR METPROTECH<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK, NY 10024 | Claim Holder Name and Address<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR METPROTECH<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK, NY 10024<br><br>Docketed Total: $166,503.06<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $166,503.06<br>                                              $166,503.06 | Modified Total: $91,479.41<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $91,479.41<br>                                              $91,479.41 |
| Claim: 14267<br>Date Filed: 07/31/2006<br>Docketed Total: $ 113,416.75<br>Filing Creditor Name and Address:<br>ROBIN INDUSTRIES INC TECHNICAL SERVICES GROUP<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>ROBIN INDUSTRIES INC TECHNICAL SERVICES GROUP<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102<br><br>Docketed Total: $113,416.75<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $113,416.75<br>                                              $113,416.75 | Modified Total: $97,345.56<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $97,345.56<br>                                              $97,345.56 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10982-7    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit E-1
Pg 7 of 7

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15423<br>Date Filed: 07/31/2006<br>Docketed Total: $ 6,153,413.36<br>Filing Creditor Name and Address:<br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | Claim Holder Name and Address<br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302<br><br>Docketed Total: $6,153,413.36<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $6,153,413.36<br>                                                        $6,153,413.36 | Modified Total: $5,858,665.54<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $5,858,665.54<br>                                                        $5,858,665.54 |
| Claim: 12223<br>Date Filed: 07/28/2006<br>Docketed Total: $ 59,964.21<br>Filing Creditor Name and Address:<br>WESCO DISTRIBUTION INC<br>225 W STATION SQUARE DR STE 700<br>PITTSBURGH, PA 15219 | Claim Holder Name and Address<br>WESCO DISTRIBUTION INC<br>225 W STATION SQUARE DR STE 700<br>PITTSBURGH, PA 15219<br><br>Docketed Total: $59,964.21<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                          $59,964.21<br>                                                        $59,964.21 | Modified Total: $28,828.75<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $28,828.75<br>                                                        $28,828.75 |

**Total Claims to be Modified: 20**

**Total Amount as Docketed:  $13,076,313.54**

**Total Amount as Modified:  $ 12,088,773.47**

*See Exhibit F for a listing of debtor entities by case number.

Page 7 of 7