In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10982-8    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit E-2
Pg 1 of 8

Twenty-Third Omnibus Claims Objection

## EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15139<br>Date Filed: 07/31/2006<br>Docketed Total: $ 59,414.30<br>Filing Creditor Name and Address:<br>AMERICAN COIL SPRING COMPANY<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | Claim Holder Name and Address<br>AMERICAN COIL SPRING COMPANY<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306<br><br>Docketed Total: $59,414.30<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $59,414.30<br>                                                       $59,414.30 | Modified Total: $51,678.10<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                          $6,798.05   $44,880.05<br>                                        $6,798.05   $44,880.05 |
| Claim: 12688<br>Date Filed: 07/28/2006<br>Docketed Total: $ 878,079.89<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF AVON RUBBER & PLASTICS INC<br>411 PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF AVON RUBBER & PLASTICS INC<br>411 PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $878,079.89<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                  $229,002.33   $649,077.56<br>                                        $229,002.33   $649,077.56 | Modified Total: $790,350.09<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                          $16,813.28   $773,536.81<br>                                        $16,813.28   $773,536.81 |
| Claim: 12687<br>Date Filed: 07/28/2006<br>Docketed Total: $ 1,510,230.74<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $1,510,230.74<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                  $486,583.11   $1,023,647.63<br>                                        $486,583.11   $1,023,647.63 | Modified Total: $1,036,820.55<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                          $82,200.00   $954,620.55<br>                                        $82,200.00   $954,620.55 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10982-8    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit E-2
Pg 2 of 8

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16733<br>Date Filed: 10/17/2005<br>Docketed Total: $ 15,181.24<br>Filing Creditor Name and Address:<br>DAISHINKU AMERICA CORP DBA<br>KDS AMERICA<br>GOLDMAN SACHS CREDIT<br>PARTNERS LP<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | Claim Holder Name and Address<br>DAISHINKU AMERICA CORP DBA<br>KDS AMERICA<br>GOLDMAN SACHS CREDIT<br>PARTNERS LP<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302<br><br>Docketed Total: $15,181.24<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                  $15,181.24<br>                          $15,181.24 | Modified Total: $15,181.24<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                  $15,181.24<br>                          $15,181.24 |
| Claim: 10596<br>Date Filed: 07/25/2006<br>Docketed Total: $ 123,481.26<br>Filing Creditor Name and Address:<br>E I DU PONT DE NEMOURS AND<br>COMPANY DUPONT<br>DUPONT LEGAL D 4026<br>1007 MARKET ST<br>WILMINGTON, DE 19898 | Claim Holder Name and Address<br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $123,481.26<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567                              $123,481.26<br>                                      $123,481.26 | Modified Total: $74,857.26<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567                  $1,332.42   $73,524.84<br>                          $1,332.42   $73,524.84 |
| Claim: 2350<br>Date Filed: 03/21/2006<br>Docketed Total: $ 222,736.28<br>Filing Creditor Name and Address:<br>FEDERAL SCREW WORKS<br>20229 9 MILE RD<br>SAINT CLAIR SHORES, MI<br>48080-1775 | Claim Holder Name and Address<br>FEDERAL SCREW WORKS<br>20229 9 MILE RD<br>SAINT CLAIR SHORES, MI 48080-1775<br><br>Docketed Total: $222,736.28<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                  $4,013.35   $218,722.93<br>                          $4,013.35   $218,722.93 | Modified Total: $216,117.26<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                  $4,013.35   $212,103.91<br>                          $4,013.35   $212,103.91 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10982-8   Filed 11/19/07   Entered 11/19/07 20:19:01   Exhibit E-2
Pg 3 of 8

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12366<br>Date Filed: 07/28/2006<br>Docketed Total: $ 279,597.43<br>Filing Creditor Name and Address:<br>GKN SINTER METALS INC<br>ATTEN GENERAL COUNSEL<br>3300 UNIVERSITY DR<br>AUBURN HILLS, MI 48326 | Claim Holder Name and Address<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL ST 3RD FL<br>NEW YORK, NY 10005<br><br>Case Number*<br>05-44640 | Docketed Total:<br><br>Secured | $279,597.43<br><br>Priority | Unsecured<br>$279,597.43<br>$279,597.43 | Modified Total:<br><br>Case Number*<br>05-44640 | Secured | $279,597.43<br><br>Priority<br>$43,913.00<br>$43,913.00 | Unsecured<br>$235,684.43<br>$235,684.43 |
| Claim: 15140<br>Date Filed: 07/31/2006<br>Docketed Total: $ 230,129.45<br>Filing Creditor Name and Address:<br>GMD INDUSTRIES LLC DBA<br>PRODUCTION SCREW MACHINE<br>COOLIGE WALL CO LPA<br>33 W 1ST ST STE 600<br>DAYTON, OH 45402 | Claim Holder Name and Address<br>GMD INDUSTRIES LLC DBA<br>PRODUCTION SCREW MACHINE<br>COOLIGE WALL CO LPA<br>33 W 1ST ST STE 600<br>DAYTON, OH 45402<br><br>Case Number*<br>05-44640 | Docketed Total:<br><br>Secured | $230,129.45<br><br>Priority<br>$136,420.72<br>$136,420.72 | Unsecured<br>$93,708.73<br>$93,708.73 | Modified Total:<br><br>Case Number*<br>05-44640 | Secured | $115,518.21<br><br>Priority<br>$21,809.48<br>$21,809.48 | Unsecured<br>$93,708.73<br>$93,708.73 |
| Claim: 16731<br>Date Filed: 10/12/2005<br>Docketed Total: $ 13,494.00<br>Filing Creditor Name and Address:<br>JOHNSON BATTERY COMPANY<br>INC<br>PO BOX 909<br>9840 US HWY 19<br>ZEBULON, GA 30295 | Claim Holder Name and Address<br>JOHNSON BATTERY COMPANY INC<br>PO BOX 909<br>9840 US HWY 19<br>ZEBULON, GA 30295<br><br>Case Number*<br>05-44481 | Docketed Total:<br><br>Secured | $13,494.00<br><br>Priority<br>$13,494.00<br>$13,494.00 | Unsecured | Modified Total:<br><br>Case Number*<br>05-44640 | Secured | $13,494.00<br><br>Priority<br>$13,494.00<br>$13,494.00 | Unsecured |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10982-8    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit E-2
Pg 4 of 8

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14404<br>Date Filed: 07/31/2006<br>Docketed Total: $ 1,204,920.60<br>Filing Creditor Name and Address:<br>KOSTAL OF MEXICANA S A DE C V<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $1,204,920.60<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                             $1,204,920.60<br>                                                  $1,204,920.60 | Modified Total: $1,201,739.44<br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                  $11,188.73  $1,190,550.71<br>                          $11,188.73  $1,190,550.71 |
| Claim: 1371<br>Date Filed: 12/29/2005<br>Docketed Total: $ 298,662.43<br>Filing Creditor Name and Address:<br>LUNT MANUFACTURING COMPANY INC<br>601 605 LUNT AVE<br>SCHAUMBURG, IL 60193 | Claim Holder Name and Address<br>STONEHILL INSTITUTIONAL PARTNERS LP<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $298,662.43<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                             $298,662.43<br>                                               $298,662.43 | Modified Total: $292,051.84<br><br>Case Number*  Secured  Priority     Unsecured<br>05-44640                  $10,000.00  $282,051.84<br>                          $10,000.00  $282,051.84 |
| Claim: 16732<br>Date Filed: 10/20/2005<br>Docketed Total: $ 25,974.39<br>Filing Creditor Name and Address:<br>OPTREX AMERICA INC<br>BERRY & MORRMAN PROFESSIONAL COPORATION ATTORNEYS AT LAW<br>THE BUHL BUILDING<br>535 GRISWOLD STE 1900<br>DETROIT, MI 48226 | Claim Holder Name and Address<br>OPTREX AMERICA INC<br>BERRY & MORRMAN PROFESSIONAL COPORATION ATTORNEYS AT LAW<br>THE BUHL BUILDING<br>535 GRISWOLD STE 1900<br>DETROIT, MI 48226<br><br>Docketed Total: $25,974.39<br><br>Case Number*  Secured  Priority    Unsecured<br>05-44481                  $25,974.39<br>                          $25,974.39 | Modified Total: $25,974.39<br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                  $25,974.39<br>                          $25,974.39 |

*See Exhibit F for a listing of debtor entities by case number.

Page 4 of 8

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10982-8    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit E-2  
Pg 5 of 8

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9647<br>Date Filed: 07/12/2006<br>Docketed Total: $ 618,507.09<br>Filing Creditor Name and Address:<br>PARK ENTERPRISES OF ROCHESTER INC<br>ATTN JERRY GREENFIELD ESQ<br>2 STATE ST STE1600<br>ROCHESTER, NY 14614 | Claim Holder Name and Address<br>PARK ENTERPRISES OF ROCHESTER INC<br>ATTN JERRY GREENFIELD ESQ<br>2 STATE ST STE1600<br>ROCHESTER, NY 14614<br><br>Docketed Total: $618,507.09<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / / / $618,507.09<br>Total: $618,507.09 | Modified Total: $618,507.09<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $29,174.77 / $589,332.32<br>Total: $29,174.77 / $589,332.32 |
| Claim: 14262<br>Date Filed: 07/31/2006<br>Docketed Total: $ 168,006.39<br>Filing Creditor Name and Address:<br>ROBIN INDUSTRIES INC BERLIN DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>ROBIN INDUSTRIES INC BERLIN DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102<br><br>Docketed Total: $168,006.39<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $27,814.26 / / $140,192.13<br>Total: $27,814.26 / $140,192.13 | Modified Total: $149,243.27<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $27,814.26 / / $121,429.01<br>Total: $27,814.26 / $121,429.01 |
| Claim: 14265<br>Date Filed: 07/31/2006<br>Docketed Total: $ 43,152.38<br>Filing Creditor Name and Address:<br>ROBIN INDUSTRIES INC CLEVELAND DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>ROBIN INDUSTRIES INC CLEVELAND DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102<br><br>Docketed Total: $43,152.38<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $4,266.38 / / $38,886.00<br>Total: $4,266.38 / $38,886.00 | Modified Total: $34,892.38<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $4,266.38 / / $30,626.00<br>Total: $4,266.38 / $30,626.00 |

*See Exhibit F for a listing of debtor entities by case number.

Page 5 of 8

05-44481-rdd    Doc 10982-8    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit E-2
Pg 6 of 8

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14264<br>Date Filed: 07/31/2006<br>Docketed Total: $ 273,074.52<br>Filing Creditor Name and Address:<br>ROBIN INDUSTRIES INC ELASTO TEC DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65TH ST<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>ROBIN INDUSTRIES INC ELASTO TEC DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65TH ST<br>CLEVELAND, OH 44102 | | Docketed Total: | $273,074.52 | | | Modified Total: | $213,235.86 |
| | Case Number*<br>05-44640 | Secured<br>$20,668.09<br>$20,668.09 | Priority | Unsecured<br>$252,406.43<br>$252,406.43 | Case Number*<br>05-44640 | Secured<br>$20,668.09<br>$20,668.09 | Priority | Unsecured<br>$192,567.77<br>$192,567.77 |
| Claim: 14271<br>Date Filed: 07/31/2006<br>Docketed Total: $ 863,539.71<br>Filing Creditor Name and Address:<br>ROBIN INDUSTRIES INC FREDERICKSBURG FACILITY<br>ROBIN INDUSTRIES INC<br>1265 W 65TH ST<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>ROBIN INDUSTRIES INC FREDERICKSBURG FACILITY<br>ROBIN INDUSTRIES INC<br>1265 W 65TH ST<br>CLEVELAND, OH 44102 | | Docketed Total: | $863,539.71 | | | Modified Total: | $468,241.57 |
| | Case Number*<br>05-44640 | Secured<br>$81,341.20<br>$81,341.20 | Priority | Unsecured<br>$782,198.51<br>$782,198.51 | Case Number*<br>05-44640 | Secured<br>$81,341.20<br>$81,341.20 | Priority | Unsecured<br>$386,900.37<br>$386,900.37 |
| Claim: 14274<br>Date Filed: 07/31/2006<br>Docketed Total: $ 686,589.88<br>Filing Creditor Name and Address:<br>ROBIN INDUSTRIES INC HOLMCO DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65TH ST<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>ROBIN INDUSTRIES INC HOLMCO DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65TH ST<br>CLEVELAND, OH 44102 | | Docketed Total: | $686,589.88 | | | Modified Total: | $412,536.02 |
| | Case Number*<br>05-44640 | Secured<br>$58,220.01<br>$58,220.01 | Priority | Unsecured<br>$628,369.87<br>$628,369.87 | Case Number*<br>05-44640 | Secured<br>$58,220.01<br>$58,220.01 | Priority | Unsecured<br>$354,316.01<br>$354,316.01 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10982-8    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit E-2
Pg 7 of 8

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14270<br>Date Filed: 07/31/2006<br>Docketed Total: $ 844,833.40<br>Filing Creditor Name and Address:<br>ROBIN MEXICANA S DE RL DE CV<br>C O ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>ROBIN MEXICANA S DE RL DE CV<br>C O ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Docketed Total: | | $844,833.40 | | | Modified Total: | $225,729.18 |
| | Case Number*<br>05-44640 | Secured<br>$47,982.69<br>_____<br>$47,982.69 | Priority | Unsecured<br>$796,850.71<br>_____<br>$796,850.71 | Case Number*<br>05-44640 | Secured<br>_____ | Priority<br>$47,982.69<br>_____<br>$47,982.69 | Unsecured<br>$177,746.49<br>_____<br>$177,746.49 |
| Claim: 10682<br>Date Filed: 07/26/2006<br>Docketed Total: $ 1,569,568.55<br>Filing Creditor Name and Address:<br>STMICROELECTRONICS INC FKA<br>SGS THOMPSON<br>MICROELECTRONICS<br>THOMPSON & KNIGHT<br>333 CLAY ST STE 3300<br>HOUSTON, TX 77002 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>C O US BANK NATIONAL<br>ASSOCIATION<br>CORPORATE TRUST SERVICES<br>1420 FIFTH AVE 7TH FL<br>SEATTLE, WA 98101 | Docketed Total: | | $1,454,529.30 | | | Modified Total: | $1,454,529.30 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,454,529.30<br>_____<br>$1,454,529.30 | Case Number*<br>05-44640 | Secured<br>$153,204.95<br>_____<br>$153,204.95 | Priority | Unsecured<br>$1,301,324.35<br>_____<br>$1,301,324.35 |
| | Claim Holder Name and Address<br>STMICROELECTRONICS INC FKA<br>SGS THOMPSON<br>MICROELECTRONICS<br>THOMPSON & KNIGHT<br>333 CLAY ST STE 3300<br>HOUSTON, TX 77002 | Docketed Total: | | $115,039.25 | | | Modified Total: | $115,039.25 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$115,039.25<br>_____<br>$115,039.25 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$115,039.25<br>_____<br>$115,039.25 |

*See Exhibit F for a listing of debtor entities by case number.

Page 7 of 8

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10982-8    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit E-2
Pg 8 of 8

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16730<br>Date Filed: 10/10/2005<br>Docketed Total: $ 28,575.50<br>Filing Creditor Name and Address:<br>WELLMAN INC<br>SHUMAKER LOOP & KENDRICK LLP<br>128 S TRYON ST STE 1800<br>CHARLOTTE, NC 28202 | Claim Holder Name and Address<br><br>WELLMAN INC    Docketed Total:    $28,575.50<br>SHUMAKER LOOP & KENDRICK LLP<br>128 S TRYON ST STE 1800<br>CHARLOTTE, NC 28202<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                              $28,575.50<br>                                         $28,575.50 | Modified Total:    $28,575.50<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                              $28,575.50<br>                                         $28,575.50 |
|  |  | **Total Claims to be Modified: 21**<br>**Total Amount as Docketed:  $9,957,749.43**<br>**Total Amount as Modified:  $ 7,833,909.23** |

*See Exhibit F for a listing of debtor entities by case number.

Page 8 of 8