In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10982-9    Filed 11/19/07    Entered 11/19/07 20:19:01    Exhibit E-3
Pg 1 of 1

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-3 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10257<br>Date Filed: 07/21/2006<br>Docketed Total: $ 819,654.23<br>Filing Creditor Name and Address:<br>QUAKER CHEMICAL CORPORATION<br>DRINKER BIDDLE & REATH LLP<br>ONE LOGAN SQUARE<br>18TH & CHERRY ST<br>PHILADELPHIA, PA 19103 | Claim Holder Name and Address<br><br>JPMORGAN CHASE BANK NA    Docketed Total:    $819,654.23<br>4 NEW YORK PLAZA FL 16<br>NEW YORK, NY 10004-2413<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                                  $819,654.23<br>                                                                                         $819,654.23 | Modified Total:    $762,473.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                                  $762,473.00<br>                                                                                         **$762,473.00** |
| | | **Total Claims to be Modified: 1**<br>**Total Amount as Docketed:  $819,654.23**<br>**Total Amount as Modified:  $ 762,473.00** |

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 1

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.