**In re Delphi Corporation, et al.**　　　　　　　　　　　　　　　　Twenty-Third Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

### Exhibit F - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |