ROSEN SLOME MARDER LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York
Adam L. Rosen (AR-5664)
Lon J. Seidman (LS-0330)
(516) 227-1600

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481(RDD) |
| | (Jointly Administered) |
| Debtors. | |

### AMENDED VERIFIED STATEMENT PURSUANT TO RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Rosen Slome Marder LLP ("RSM") files this Amended Verified Statement of multiple representation:

1. The name and address of the creditors represented by RSM in these chapter 11 cases are:

   A. Kilroy Realty Corporation
      12200 W. Olympic Blvd., Suite 200
      Los Angeles, CA 90064

   B. Formall, Inc.
      3908 Fountain Valley Drive
      Knoxville, TN 37918

   C. Pamela M. Geller
      175 Carrington Way
      Bloomfield, MI 48302

      D.      Collins & Aikman Corporation, et al.
             26533 Evergreen
             Southfield, MI 48076

      E.      Southern California Edison Company
             Southern California Edison
             P.O. Box 800
             Rosemead, CA 91770

      2.      The representations set forth above are separate representations. They are not under, or in connection with RSM's clients acting together pursuant to, a deposit agreement, proxy, trust mortgage, trust indenture, deed of trust or committee arrangement. Information about the claims held by RSM's clients will be set forth in their respective proofs of claim, if any.

      3.      RSM may also represent other clients in matters pertaining to these cases and in the future may undertake other engagements. Those representations may or may not result in representations in these bankruptcy cases; if they come to involve representations in these bankruptcy cases, RSM will supplement this Statement.

Dated: Uniondale, New York
       November 19, 2007

                                                  ROSEN SLOME MARDER LLP

                                                  By: /s/ Thomas R. Slome
                                                         Thomas R. Slome (TS-0957)

                                                  333 Earle Ovington Boulevard
                                                  Suite 901
                                                  Uniondale, New York 11553
                                                  (516) 227-1600

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br><br>                                Debtors. | Chapter 11<br><br>Case No. 05-44481(RDD)<br><br>(Jointly Administered) |

## VERIFICATION

I, Thomas R. Slome, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

                                                  Thomas R. Slome
                                                  Thomas R. Slome
                                                  Rosen Slome Marder LLP
                                                  333 Earle Ovington Boulevard
                                                  Suite 901
                                                  Uniondale, New York 11553

G:\Formall\Lit\verified statement - Amended.doc