Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553
(516) 227-1600
Thomas R. Slome (TS-0957)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

DELPHI CORPORATION, et al.

                              Debtors.
-------------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                              ) ss.:
COUNTY OF NASSAU      )

    I, **Barbara Evers**, being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by Rosen Slome Marder LLP.

    On the 19th day of November, 2007, I served a true copy of the **AMENDED VERIFIED STATEMENT PURSUANT TO RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** by US postal mail upon the persons on the attached service list.

                                                /s/ Barbara Evers
                                                Barbara Evers

Sworn to before me this
19th day of November, 2007


/s/ Regina Haas
Notary Public, State of New York
No.01HA4810983
Qualified in Nassau County
Commission Expires December 31, 2010

## Service List

(Counsel for Debtors)
Douglas R. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

(Counsel for Debtors)
Jessica Kastin, Esq.
O'Melveny & Meyers
7 Times Square
New York, NY 10036

(Counsel for Debtors)
John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

(Counsel for Debtors)
Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

(Counsel for Debtors)
Paul J.N. Roy, Esq.
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606

Sheryl Betance
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

(Counsel for Debtors)
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn: Bonnie Steingart

(U.S. Trustee)
Tracy Hope Davis, Esq.
United States Trustee Office
33 White Hall Street, 21st Floor
New York, NY 10004

(Counsel for the Committee)
Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

(Counsel for the Committee)
Michael D. Warner, Esq.
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

(Counsel for Debtors)
Mateo Fowler, Esq.
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

(U.S. Trustee)
Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Delphi Corporation
5725 Delphi Drive
Troy, MI 48090
Attn: General Counsel

Jeffrey Traurig, Esq.
Togut, Segal & Segal
1 Penn Plaza
Suite 3335
New York, NY 10119

G:\Formal1\Lit\aos verified statement - amended.doc

2