**Samsung Electro-Mechanics Co., Ltd.**
314 Maetan 3-dong, Youngtong-gu,
Suwon, Kyunggi 448-803 Republic of Korea
+82-31-210-5213 office phone
bmlee@samsung.com

Honorable Robert D. Drain

United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004

T: 212-668-2870

| | |
|---|---|
| Case Number: | 05-44481 |
| Debtor: | Delphi Corporation |
| Creditor: | Samsung Electro-Mechanics Co., Ltd. |
| Claim Number: | 16485 |

Dear Judge Drain,

I am writing this letter on behalf of Samsung Electro-Mechanics Co., Ltd. with regard to certain claims of credit toward Delphi Corporation (the "Debtor") in re Delphi Corporation, at al. {case number 05-44481 (RDD)}

Recently we became to know that the claims filed by Samsung Electro-Mechanics Co., Ltd. was "Expunged" on the basis of "Late Filed." The summary of claims status is attached hereto.

As we were unable to file the claims due to lack of timely notice, we hereby respectfully request your honor to reconsider it considering following facts:

- We did not receive the notice of Delphi proceeding under Chapter 11 for reason unknown to me.
- As a Korean company located in Suwon, Korea, Samsung Electro-Mechanics Co., Ltd. was not in a position to know the Delphi proceeding on a real time basis.
- Notwithstanding, Samsung Electro-Mechanics Co., Ltd. filed its claims as soon as it became aware of the proceeding, on 13th day of January 2007.
- True and correct copies of the claims filed are attached to this letter.

**Samsung Electro-Mechanics Co., Ltd.**
314 Maetan 3-dong, Youngtong-gu,
Suwon, Kyunggi 448-803 Republic of Korea
+82-31-210-5213 office phone
bmlee@samsung.com

Therefore, I hereby request the claims filed by Samsung Electro-Mechanics Co., Ltd. to be duly considered rather than expunged.

Sincerely yours,

**Byung Mun Lee,**

Attorney at Law

Manager of Legal Affairs Group
Samsung Electro-Mechanics Co., Ltd.
+82-31- 210-5213

bmlee@samsung.com


Enclosure:   1)   Summary of Claims Status
             2)   Copies of the Claims Filed

**Samsung Electro-Mechanics Co., Ltd.**
314 Maetan 3-dong, Youngtong-gu,
Suwon, Kyunggi 448-803 Republic of Korea
+82-31-210-5213 office phone
bmlee@samsung.com

| **Creditor Data for Claim Number 16485** ||
|---|---|
| **Creditor Name:** Samsung Electro Mechanics Co Ltd  **Creditor Notice Name:** | **Date Claim Filed:** 1/16/2007  **Delphi Claim #:** 16485  **Court Claim #:** 16485  **Amend/Replace?** No |
| **Debtor Name:** Delphi Corporation  **Case Number:** 05-44481 ||
| **Claim Nature:** General Unsecured  **Amount of Claim:** Expunged  **Schedule:**  **Schedule Amt:** | **Creditor Info Altered?** N  **Objection Filed?** Y   **Basis:**   Late Filed   **Total Amount:** $0.00  **Objection History**  \| Basis \| Status \| Notes \|  \|---\|---\|---\|  \| Late Filed Claims \| Resolved \| Expunged per Order Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification Identified in Eleventh Omnibus Claims Objection ("Eleventh Omnibus Claims Objection Order") (Exhibit B-2 - Untimely Books and Records Claims) \| |

3



FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT __Southern__ DISTRICT OF __New York__ | PROOF OF CLAIM |
|---|---|

Name of Debtor: DELPHI CORPORATION
Case Number: 05-44481

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
SAMSUNG ELECTRO MECHANICS CO LTD

Name and address where notices should be sent:
SAMSUNG ELECTRO MECHANICS CO LTD
314 MAETAN 3 DONG YEONGTONG GU
SUWON SI, KOREA 443-743
82-31-210-2931

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
✓ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court

Account or other number by which creditor identifies debtor: 104330

Check here ☐ replaces  ☐ amends  a previously filed claim, dated: ____

1. Basis for Claim
   ✓ Goods Sold / Services Performed
   ☐ Customer Claim
   ☐ Taxes
   ☐ Money Loaned
   ☐ Personal Injury
   ☐ Other ____
   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
      Last four digits of SS #: ____
      Unpaid compensation for services performed
      from ____ to ____

2. Date debt was incurred: JUL 2, 2005

3. If court judgment, date obtained: ____

4. Total Amount of Claim at Time Case Filed: $ 8,632.96
   (unsecured)  (secured)  (priority)  (Total)

5. Secured Claim
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other ____
   Value of Collateral: $ ____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ____

6. Unsecured Nonpriority Claim $ 8,632.96
   ✓ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ ____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7)
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__)
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05, Pub. L. 109-8.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: JAN 8, 2007
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
YUMI KIM
김유미
MANAGEMENT GROUP
SAMSUNG ELECTRO MECHANICS CO LTD

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.





ORIGINAL 3 (FOR SHIPPER)

2005-MAR-27 10:06 FROM:           TO:Samsung Elec-Mech FM P.002

012 SEL 36349994           HAWB STMQ571

| Shipper's Name and Address | Shipper's Account Number | Not Negotiable **Air Waybill** Issued by DHL DANZAS AIR & OCEAN LTD. |
|---|---|---|
| SAMSUNG ELECTRO MECHANICS CO LTD 314 MAETAN 3DONG YEONGTONG GU SUWON SI KOREA | | Copies 1,2 and 3 of this Air Waybill are originals and have the same validity. |
| Consignee's Name and Address DELPHI CORPORATION 601 JOAQUIN CAVAZOS ROAD LOS INDIOS TX 78567 USA | Consignee's Account Number | It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF... |
| Issuing Carrier's Agent Name and City DHL DANZAS AIR & OCEAN LTD. INCHEON | | Accounting Information SHPR S3121    CNSE 2253DLAX INV NO.: IPB0570034 |
| Agent's IATA Code 175-1912 | Account No. 0011 | |
| Airport of Departure INCHEON AIRPORT, KOREA | | Reference Number / Optional Shipping Information |
| to LAX | By First Carrier NW | to | by | to | by | Currency USD | WT/VAL PPD COLL X X | Other PPD COLL X X | Declared Value for Carriage NVD | Declared Value for Customs NVD |
| Airport of Destination LOS ANGELES, CA | Requested Flight/Date 918 /21 | Amount of Insurance NIL | INSURANCE... |

Handling Information

ATTACHED INV AND P LIST           SCI LIC

| No. of Pieces RCP | Gross Weight kg | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|
| 5 | 1637.0K | Q 4211 | 1637.0 | AS AGREED | AS AGREED | CAR SPEAKER PART NO:15174533 MODEL :SC4600488 "FREIGHT COLLECT" ***NOTIFY:UNIMAX EXPRESS INC 1906 ARNOLD CENTER ROAD CARSON CARSON, CA 90810 PIC:MRS.TINA (2)HERDON SALES & DISTRIBUTION, LLC |

DELCO ELECTRON SYSTEM
PART NO:15174533
PLT NO:1-5(120CTNS)
I/V NO:IPB0570034
MADE IN KOREA

DIMS (CM)
5 114 X110 X 96

VOLUME 6.073920

5 1637.0K     120 PIECES (S.L.A.C)     AS AGREED

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | AS AGREED | | |
| | Valuation Charge | | |
| | Tax | | |
| | Total Other Charges Due Agent AS AGREED | | |
| | Total Other Charges Due Carrier | | |

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

DDAO    FOR: SAMSUNG ELECTRO MECHANICS
JH PARK

signature of shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| | AS AGREED |

21 JUL 05    INCHEON
Executed on (Date)    at (Place)    Signature of Issuing Carrier or its Agent

HAWB STMQ571

CASS-Korea

**ORIGINAL 3 (FOR SHIPPER)**

INVOICE                                                           SAMSUNG ELECTRO-MECHANICS

① Shipper/Exporter                                    ⑧ No. & date of Invoice
  SAMSUNG ELECTRO-MECHANICS CO., LTD.                   PB0560086                    JUN. 28, 2005
  314, MAETAN-3DONG, YEONGTONG-GU,
  SUWON-CITY, KYUNGKI-DO, KOREA                       ⑨ No. & date of L/C
                                                        DELPHI                      JAN. 17, 2004

② For Account & Risk of Messrs                        ⑩ L/C issuing bank

③ Notify party                                        ⑪ Remarks
                                                        *** FREIGHT COLLECT ***
                                                        ** P/O : MRS. TINA
                                                        (2) HENICK SALES & DISTRIBUTION, LLC
                                                        **** 06/29   삼성물산 (AIR) ***
                                                              043-850-0877 /031-666-1061
                                                        DANZAS FMC NO.173 191 220011
④ Port of loading         ⑤ Final destination          B/L NO
                                                                                            
⑥ Carrier                 ⑦ Sailing on or about

Marks and numbers of PKGS   Description of goods   Quantity/Unit   Unit Price   Amount

                                                                     POS KOREA
                                                                        64.50       1.50

                            PART NO.  943**329
                            MODEL    SC4602AA        320PCS         2.87          918.4


                            TOTAL                    320PCS                       918.4

SAMSUNG ELECTRO-MECHANICS
P.O. BOX 3825, SEOUL, KOREA
CABLE ACC. STAR ELECTRIC SUWON, KOREA
TELEX NO: SEMCO 28 KP9351
TELEPHONE: (SUWON) 031-210-5114
           (SEOUL) 02-3276-7890

Signed by    SAMSUNG ELECTRO MECHANICS CO., LTD.

INVOICE                                                              SAMSUNG ELECTRO-MECHANICS

Shipper/Exporter:                                    No. & date of invoice

For Account & Risk of Messrs                         L/C issuing bank

Notify party                                         Remarks
                                                     *** FREIGHT COLLECT ***
                                                     ** HEADWAY SALES & DISTRIBUTION, LLC

Port of loading        Final destination
                                                     Sailing on or about

Marks and numbers of PKGS   Description of goods   Quantity/Unit   Unit Price   Amount
                                                   FROM KOREA
                            CAR SPEAKER
                                                                   @USD         USD

                            PART No.  15174533
                            MODEL     EC4S004BH     768PCS          2.87        2,204.16

                                                    768PCS                      2,204.16

Signed by SAMSUNG ELECTRO MECHANICS CO., LTD

INVOICE                                                                  SAMSUNG ELECTRO-MECHANICS

① Shipper/Exporter                                    ⑧ No. & date of Invoice
SAMSUNG ELECTRO-MECHANICS CO., LTD.                      PB0570034                         JUL. 15, 2005
314, MAETAN 3DONG, YEONGTONG-GU,
SUWON-SI, KYUNGKI-DO, KOREA                          ⑨ No. & date of L/C
                                                         DELPHI                            JAN. 12, 2004

② For Account & Risk of Messrs                       ⑩ L/C Issuing bank
DELPHI CORPORAT ION
5725 DELPHI DR, CANAZOS ROAD,
TROY, MICHIGAN 48098 USA

                                                     ⑪ Remarks
③ Notify party                                           *** FREIGHT COLLECT ***
DANMAX EXPRESS INC                                       ** (2)HENROX SALES & DISTRIBUTION, LLC.
21900 ARNOLD CENTER ROAD CARSON,                         **** 07/20    송 총 송 장 (AIR) ****
CA 90810                                                 운 영 자 :  원 자 승 총 원 / 이 지 화 씨
                                                                    043-850-0877 /031-656-1591
                                                         DANZAS - MC MO 173 101 220011
                                                         B/L NO :          산 적 일    7/21
④ Port of loading        ⑤ Final destination            외 품 명 :
INCHEON A IRPORT KOREA      LOS ANGELES                  * B/LNO 우 체 일 자 2 등 발 표 됩 니 다 *
                            USA

⑥ Carrier                ⑦ Sailing on or about
KOREAN                      JUL. 21, 2005

⑫ Marks and numbers of PKGS  ⑬ Description of goods  ⑭ Quantity/Unit  ⑮ Unit Price  ⑯ Amount
                                                       - OF KOREA
                             CAR-SPEAKER
                                                                         88.87        USD

DELPHI E EUROPE              PART NO :  15174553
SYSTEMS                      MODEL  :  SCX6304BB         1,930PCS        2.87        5,510.4
PART NO :  15174553
P O NO :  5512001501
INV NO :  PB0570034
MADE IN KOREA

                             Total                       1,930PCS                    5,510.4

SAMSUNG ELECTRO MECHANICS
C.P.O.BOX 13925, SEOUL, KOREA
CABLE ADD : STAR ELECTRIC, SUWON, KOREA
TELEX NO: SEMCOSU K29361                                 Signed by    SAMSUNG ELECTRO MECHANICS CO., LTD.
TELEPHONE : (SUWON)031-210-5114
             (SEOUL)02-3278-7800