MICHAEL P. O'CONNOR, ESQ. (MO1550)
10 Esquire Road, Suite
New City, New York  10956
(845) 638-1956

NOV – 9 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                              :          Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :          Case No. 05-44481 (RDD)
                                                    :
                        Debtors.                    :          (Jointly Administered)
-------------------------------------------------------------x

### WITHDRAWAL OF RESPONSE OF AMERICAN CASUALTY COMPANY OF READING, PA TO THE DEBTORS' FIFTEENTH OMNIBUS OBJECTION AS TO A CERTAIN PROOF OF CLAIM (CLAIM NO. 2534)

1.    On April 3, 2006, American Casualty Company of Reading, PA (hereinafter referred to as "American Casualty") filed its Response to the Debtors' Fifteenth Omnibus Objection to Proof of Claim filed by American Casualty (Claim No. 2534)[Docket No. 8206].

2.    American Casualty hereby files this withdrawal of its Response to the Debtors' Fifteenth Omnibus Objection to Proof of Claim filed by American Casualty (Claim No. 2534).

Dated: November 5, 2007

Respectfully submitted,

American Casualty Company of Reading, PA

By its attorneys,

MICHAEL P. O'CONNOR, ESQ.
10 Esquire Road, Suite 14
New City, New York 10956
(845) 638-1956

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| DELPHI CORPORATION        , | : Case No. 05-44481(RDD) |
| | : |
| Debtors. | : (Jointly Administered) |

--------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Michael P. O'Connor, hereby certify that I am counsel for Claimant, American Casualty Company of Reading, PA, in the above action, and that on November 6 , 2007, I served a true copy of American Casualty Company of Reading, PA's Withdrawal of Response to Debtors' Fifteenth Omnibus Objection in connection with Proof of Claim No. 2534 filed by American Casualty Company of Reading, PA on the following parties by enclosing true copies of the aforementioned document, in postpaid, properly addressed wrappers and caused them to be deposited in a depository under the exclusive care and custody of the United States Postal Service within the State of New York on the following parties. The address and delivery service are indicated below:

SEE ANNEXED SERVICE LIST

Dated: November 8 , 2007

MICHAEL P. O'CONNOR (MO1550)
10 Esquire Road, Suite 14
New City, New York 10956
Tel:  845-638-1956

## SERVICE LIST

1.  John Wm. Butler, Jr., Esq.
    John K. Lyons, Esq.
    Ron E. Meiser, Esq.
    SKADDEN ARPS SLATE MEAGHER & FLOM LLP
    Attorneys for Debtors
    333 West Wacker Drive, Suite 2100
    Suite 2100
    Chicago, IL 60606

2.  Kayalyn A. Marafioti, Esq.
    Thomas J. Matz, Esq.
    SKADDEN ARPS SLATE MEAGHER & FLOM LLP
    Attorneys for Debtors
    Four Times Square
    New York, New York 10036