TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                      :

In re:                                      :      Chapter 11
                                        :      Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,      :
                                        :      Jointly Administered
                         Debtors.   :
                                        :
-----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER DEBTORS' MOTION FOR AN ORDER GRANTING DEFAULT JUDGMENT AGAINST FURUKAWA ELECTRIC NORTH AMERICA APD AND FURUKAWA ELECTRIC CO., LTD.

        PLEASE TAKE NOTICE that on October 24, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed a Motion For An Order Granting Default Judgment Against Furukawa Electric North America APD and Furukawa Electric Co., Ltd. (Docket No. 10711) (the "Motion").

        PLEASE TAKE FURTHER NOTICE the hearing to consider the Motion, originally scheduled for November 29, 2007 at 10:00 a.m., has been adjourned upon consent to **December 6, 2007 at 10:00 a.m. (prevailing Eastern time).**

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Hearing to consider the Motion.

Dated:   New York, New York
         November 20, 2007

                              DELPHI CORPORATION, *et al.*
                              By their attorneys,
                              TOGUT, SEGAL & SEGAL LLP
                              By:

                              /s/ Neil Berger
                              ALBERT TOGUT (AT-9759)
                              NEIL BERGER (NB-3599)
                              Members of the Firm
                              One Penn Plaza
                              New York, New York 10119
                              (212) 594-5000