| UNITED STATES BANKRUPTCY COURT | Southern | DISTRICT OF | New York | PROOF OF CLAIM |
|---|---|---|---|---|

| Name of Debtor<br>Delphi Automotive Systems LLC | Case Number<br>05-44640 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Received**

**MAY 18 2006**

**Kurtzman Carson**

Name of Creditor (The person or other entity to whom the debtor owes money or property):

PBR Knoxville LLC

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Name and address where notices should be sent:
PBR Knoxville LLC
Attn: Pres Lawhon
10215 Caneel Dr.
Knoxville, TN 37931
Telephone number: (865) 670-1313

Claim #05980
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☒ amends a previously filed claim, dated: 5/2/06

**1. Basis for Claim**

☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)            (date)

**2. Date debt was incurred:**
Date goods shipped.

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.

See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 9,157,458.38*
*($10,511,688.65 less recoupments of $1,285,921.47**)
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. **less secured claim/setoff of $68,308.80

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☒ Other Setoff
Value of Collateral: $ 68,308.80

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**

| $9,157,458.38 | $68,308.80 | 0 | $9,225,767.18 |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**RECEIVED**
**MAY 16 2006**
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 11 May 2006 | Pres Lawhon<br>General Manager |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up

0544640060516000000000002

## APPENDIX TO PBR KNOXVILLE LLC PROOF OF CLAIM

PBR Knoxville LLC ("PBR Knoxville") holds pre-petition claims against Delphi Automotive Systems LLC ("Delphi Automotive" or the "Debtor")[1] as set forth in the attached Proof of Claim (the "Claim").

Upon information and belief, documents supporting the Claim are in the possession of Delphi Automotive. The numerous invoices, purchase orders, contracts and other supporting documents are too voluminous to attach to the Claim. However, PBR Knoxville has attached hereto a summary of its Claim.

PBR Knoxville is a party to various pre-petition agreements and arrangements with Delphi Automotive, pursuant to which PBR Knoxville could be deemed to hold a prepetition claim on account of claims that are not currently liquidated, or which remain contingent. A summary of all potential unliquidated contingent claims would be unduly burdensome, if not impossible. PBR Knoxville reserves all of its rights with respect to claims under its agreements or arrangements with Delphi Automotive or any of the Debtors.

PBR Knoxville further reserves its rights to amend, modify or supplement this proof of claim at any time, including, without limitation, to assert claims on account of: (i) other obligations arising under agreements or arrangements or otherwise that may be deemed to be prepetition in nature; (ii) indemnification, setoff, recoupment or other rights; (iii) any consequential or other contractual damages; and (iv) any other causes of action sounding in contract, tort or otherwise, under statute or other applicable law, including counterclaims, relating to PBR Knoxville's agreements, arrangements and dealings with Delphi Automotive. PBR Knoxville further reserves the right to assert any administrative claims against the Debtor arising under agreements, arrangements or otherwise, including without limitation any right to assert that some or all of the amounts due are not prepetition claims.

---

[1] The contracts, purchase orders and other documents that form the basis for the claims are between PBR Knoxville and Delphi Energy & Chassis Systems. While Delphi Automotive's Schedule F lists PBR Knoxville as a creditor and its Schedule G lists executory contracts with PBR Knoxville, PBR Knoxville is uncertain if Delphi Energy & Chassis Systems is a division of Delphi Automotive or Delphi Corporation. Therefore, out of an abundance of caution, PBR Knoxville is filing identical claims in both cases.

PBR Knoxville LLC
Delphi Prepetition Debt

| OUTSTANDING DEBT DUE TO PBR | PBR | |
|---|---|---|
| **1.  Product Delivered & Debt Due** | | |
| Product | 10,511,688.65 | Note 1 |
| Tooling | | |
| Obsolete inventory claims | | |
| Other claims | | |
| Other claims | | |
| SUB TOTAL | 10,511,688.65 | |
| **TOTAL DEBT DUE FROM DELPHI TO PBR** | 10,511,688.65 | |
| **2.  Deduct PBR debt due to Delphi** | | |
| Discounts for Accelerated Payments | (37,367.28) | |
| Pad Pass Thru - 1/1/05 - 6/30/05 | (982,150.51) | Note 2 |
| Pad Pass Thru - 1/1/05-10/07/05 | (156,984.00) | Note 3 |
| Pad Pass Thru - 10/08/05 - 12/31/05 | (41,664.00) | Note 3 |
| Other claims - Accepted Cost Recovery | (9,044.00) | |
| Overpayments- productivity credits not taken | (58,711.68) | |
| **TOTAL DEBT DUE FROM PBR TO DELPHI** | (1,285,921.47) | |
| | | |
| **NET DEBT DUE FROM DELPHI TO PBR before set** | 9,225,767.18 | |

Note 1: See attached detail for invoice number, ship date and amount.

| | Contract Number | Part Number | Amount |
|---|---|---|---|
| Note 2: $982,150.51 Pad pass thru | 550003173 | 18041703/4 | $  208,165.10 |
| | 550000694 | 18041703/4 | $          - |
| | 550038367 | 18049691/2 | $  157,157.55 |
| | 550004986 | 18044786/7 | $    16,994.21 |
| | 550053219 | 18084569/70 | $          - |
| | 550050403 | 18084569/70 | $  456,560.52 |
| | 550006253 | 18048556/7 | $  143,273.13 |
| | | Total | $  982,150.51 |

| | | | |
|---|---|---|---|
| Note 3: $156,984 and $41,664 pad pass thru | 550004986 | 18044786/7 | $  198,648.00 |

| | |
|---|---|
| Set Off / Secured Claim: Overpayments - invoice paid by Bosch | $    68,308.80 |
| Total Unsecured Claim | $9,157,458.38 |
| Grand Total | $9,225,767.18 |

PBR Knoxville LLC
Delphi Outstanding Amounts
Detail Listing

| Invoice | Ship Date | Amount |
|---|---|---|
| 24561 | 7/29/2005 | 8,961.66 |
| 24975 | 8/30/2005 | 40,175.10 |
| 24981 | 8/30/2005 | 40,175.10 |
| 24988 | 8/31/2005 | 17,745.99 |
| 24989 | 8/31/2005 | 418.34 |
| 24993 | 9/1/2005 | 99,389.70 |
| 24996 | 8/31/2005 | 44,677.92 |
| 24998 | 8/31/2005 | 44,634.74 |
| 25001 | 8/31/2005 | 44,677.92 |
| 25002 | 8/31/2005 | 67,038.88 |
| 25003 | 8/31/2005 | 67,082.08 |
| 25011 | 9/1/2005 | 49,093.58 |
| 25016 | 9/1/2005 | 49,093.58 |
| 25017 | 9/1/2005 | 67,038.88 |
| 25018 | 9/1/2005 | 43,146.00 |
| 25019 | 9/1/2005 | 67,038.88 |
| 25020 | 9/1/2005 | 27,089.28 |
| 25022 | 9/1/2005 | 107,865.00 |
| 25023 | 9/2/2005 | 49,093.58 |
| 25026 | 9/2/2005 | 49,115.56 |
| 25029 | 9/2/2005 | 49,093.58 |
| 25030 | 9/2/2005 | 67,038.88 |
| 25031 | 9/2/2005 | 75,465.72 |
| 25032 | 9/2/2005 | 67,082.08 |
| 25034 | 9/2/2005 | 32,381.46 |
| 25035 | 9/2/2005 | 74,495.52 |
| 25037 | 9/2/2005 | 129,438.00 |
| 25039 | 9/6/2005 | 44,655.94 |
| 25041 | 9/6/2005 | 44,655.94 |
| 25043 | 9/6/2005 | 129,438.00 |
| 25045 | 9/6/2005 | 44,655.94 |
| 25047 | 9/6/2005 | 44,655.94 |
| 25049 | 9/6/2005 | 44,677.92 |
| 25051 | 9/6/2005 | 44,699.92 |
| 25053 | 9/6/2005 | 54,178.56 |
| 25054 | 9/7/2005 | 72,160.00 |
| 25055 | 9/7/2005 | 77,697.40 |
| 25057 | 9/7/2005 | 53,617.60 |
| 25059 | 9/7/2005 | 53,617.60 |
| 25062 | 9/7/2005 | 53,617.60 |
| 25064 | 9/7/2005 | 53,617.60 |
| 25065 | 9/7/2005 | 75,465.72 |
| 25067 | 9/7/2005 | 53,617.60 |
| 25068 | 9/7/2005 | 86,292.00 |
| 25070 | 9/7/2005 | 40,633.92 |
| 25071 | 9/8/2005 | 49,158.76 |

PBR Knoxville LLC
Delphi Outstanding Amounts
Detail Listing

| Invoice | Ship Date | Amount |
|---|---|---|
| 25074 | 9/8/2005 | 53,617.60 |
| 25075 | 9/8/2005 | 49,158.76 |
| 25077 | 9/8/2005 | 4,119.33 |
| 25078 | 9/8/2005 | 15,938.48 |
| 25079 | 9/8/2005 | 2,503.21 |
| 25080 | 9/8/2005 | 20.59 |
| 25081 | 9/8/2005 | 1,486.43 |
| 25082 | 9/8/2005 | 57,213.51 |
| 25083 | 9/8/2005 | 43,428.09 |
| 25084 | 9/8/2005 | 53,617.60 |
| 25086 | 9/8/2005 | 61,744.68 |
| 25087 | 9/8/2005 | 49,158.76 |
| 25089 | 9/8/2005 | 74,495.52 |
| 25090 | 9/8/2005 | 54,710.52 |
| 25091 | 9/9/2005 | 53,617.60 |
| 25093 | 9/9/2005 | 53,617.60 |
| 25095 | 9/9/2005 | 49,136.76 |
| 25098 | 9/9/2005 | 53,617.60 |
| 25099 | 9/9/2005 | 75,465.72 |
| 25101 | 9/9/2005 | 53,617.60 |
| 25103 | 9/9/2005 | 132,550.08 |
| 25104 | 9/9/2005 | 74,495.52 |
| 25106 | 9/9/2005 | 129,438.00 |
| 25114 | 9/12/2005 | 75,465.72 |
| 25120 | 9/12/2005 | 110,204.55 |
| 25121 | 9/12/2005 | 74,495.52 |
| 25124 | 9/12/2005 | 129,438.00 |
| 25191 | 9/19/2005 | 49,136.76 |
| 25193 | 9/19/2005 | 49,136.76 |
| 25195 | 9/19/2005 | 49,136.76 |
| 25198 | 9/19/2005 | 49,136.76 |
| 25203 | 9/19/2005 | 49,136.76 |
| 25207 | 9/20/2005 | 49,114.78 |
| 25209 | 9/20/2005 | 49,114.78 |
| 25211 | 9/20/2005 | 49,114.78 |
| 25214 | 9/20/2005 | 49,114.78 |
| 25216 | 9/20/2005 | 49,114.78 |
| 25218 | 9/20/2005 | 74,495.52 |
| 25221 | 9/20/2005 | 49,051.16 |
| 25223 | 9/21/2005 | 53,638.82 |
| 25225 | 9/21/2005 | 53,638.82 |
| 25227 | 9/21/2005 | 53,617.60 |
| 25229 | 9/21/2005 | 1,433.98 |
| 25230 | 9/21/2005 | 17,041.34 |
| 25231 | 9/21/2005 | 17,041.34 |
| 25232 | 9/21/2005 | 672.52 |

PBR Knoxville LLC
Delphi Outstanding Amounts
Detail Listing

| Invoice | Ship Date | Amount |
|---|---|---|
| 25233 | 9/21/2005 | 92,455.34 |
| 25234 | 9/21/2005 | 58,676.32 |
| 25235 | 9/21/2005 | 2,705.98 |
| 25237 | 9/21/2005 | 90,200.00 |
| 25238 | 9/21/2005 | 75,465.72 |
| 25240 | 9/21/2005 | 53,617.60 |
| 25242 | 9/21/2005 | 53,617.60 |
| 25244 | 9/21/2005 | 74,495.52 |
| 25245 | 9/21/2005 | 111,482.46 |
| 25247 | 9/21/2005 | 26,884.98 |
| 25249 | 9/21/2005 | 26,798.58 |
| 25252 | 9/21/2005 | 129,438.00 |
| 25254 | 9/21/2005 | 49,136.76 |
| 25256 | 9/21/2005 | 53,617.60 |
| 25258 | 9/21/2005 | 49,136.76 |
| 25260 | 9/21/2005 | 43,148.00 |
| 25264 | 9/21/2005 | 40,153.90 |
| 25266 | 9/21/2005 | 74,495.52 |
| 25269 | 9/21/2005 | 40,153.12 |
| 25272 | 9/23/2005 | 44,677.92 |
| 25274 | 9/23/2005 | 49,136.76 |
| 25276 | 9/23/2005 | 44,677.92 |
| 25278 | 9/23/2005 | 75,465.72 |
| 25281 | 9/23/2005 | 44,677.92 |
| 25283 | 9/23/2005 | 49,136.76 |
| 25285 | 9/23/2005 | 43,148.00 |
| 25288 | 9/23/2005 | 74,495.52 |
| 25290 | 9/23/2005 | 129,438.00 |
| 25291 | 9/23/2005 | 31,365.82 |
| 25294 | 9/26/2005 | 49,136.76 |
| 25296 | 9/26/2005 | 49,136.76 |
| 25298 | 9/26/2005 | 49,136.76 |
| 25301 | 9/26/2005 | 75,465.72 |
| 25302 | 9/26/2005 | 49,136.76 |
| 25304 | 9/26/2005 | 49,136.76 |
| 25306 | 9/26/2005 | 39,555.99 |
| 25309 | 9/26/2005 | 74,495.52 |
| 25311 | 9/26/2005 | 40,197.88 |
| 25313 | 9/27/2005 | 49,136.76 |
| 25315 | 9/27/2005 | 49,136.76 |
| 25317 | 9/27/2005 | 49,136.76 |
| 25319 | 9/27/2005 | 49,136.76 |
| 25322 | 9/27/2005 | 49,136.76 |
| 25324 | 9/27/2005 | 67,723.20 |
| 25325 | 9/28/2005 | 2,935.96 |
| 25326 | 9/28/2005 | 49,929.30 |

PBR Knoxville LLC
Delphi Outstanding Amounts
Detail Listing

| Invoice | Ship Date | Amount |
|---|---|---|
| 25329 | 9/29/2005 | 2,806.21 |
| 25339 | 9/28/2005 | 61,744.68 |
| 25342 | 9/28/2005 | 111,465.99 |
| 25345 | 9/28/2005 | 54,178.56 |
| 25369 | 9/30/2005 | 53,617.60 |
| 25371 | 9/30/2005 | 53,574.40 |
| 25373 | 9/30/2005 | 53,574.40 |
| 25378 | 9/30/2005 | 40,131.92 |
| 25385 | 10/3/2005 | 49,136.76 |
| 25387 | 10/3/2005 | 49,136.76 |
| 25389 | 10/3/2005 | 49,136.76 |
| 25390 | 10/3/2005 | 75,465.72 |
| 25392 | 10/3/2005 | 49,136.76 |
| 25393 | 10/3/2005 | 50,593.68 |
| 25394 | 10/3/2005 | 74,495.52 |
| 25397 | 10/3/2005 | 49,136.76 |
| 25399 | 10/3/2005 | 31,235.44 |
| 25402 | 10/4/2005 | 49,136.76 |
| 25404 | 10/4/2005 | 44,677.92 |
| 25406 | 10/4/2005 | 49,136.76 |
| 25407 | 10/4/2005 | 75,465.72 |
| 25409 | 10/4/2005 | 49,158.76 |
| 25410 | 10/4/2005 | 74,495.52 |
| 25412 | 10/4/2005 | 35,694.28 |
| 25415 | 10/4/2005 | 44,677.92 |
| 25417 | 10/4/2005 | 35,802.66 |
| 25420 | 10/4/2005 | 49,136.76 |
| 25422 | 10/4/2005 | 49,136.76 |
| 25424 | 10/4/2005 | 49,136.76 |
| 25425 | 10/5/2005 | 548.66 |
| 25426 | 10/5/2005 | 18,860.97 |
| 25427 | 10/5/2005 | 28,864.00 |
| 25428 | 10/5/2005 | 43,296.00 |
| 25429 | 10/5/2005 | 1,754.68 |
| 25432 | 10/4/2005 | 49,136.76 |
| 25433 | 10/4/2005 | 75,465.72 |
| 25434 | 10/4/2005 | 133,688.34 |
| 25435 | 10/4/2005 | 74,495.52 |
| 25438 | 10/4/2005 | 49,136.76 |
| 25441 | 10/4/2005 | 31,235.44 |
| 25442 | 10/4/2005 | 130,069.80 |
| 25444 | 10/6/2005 | 49,136.76 |
| 25446 | 10/6/2005 | 49,136.76 |
| 25448 | 10/6/2005 | 49,136.76 |
| 25452 | 10/6/2005 | 22,317.76 |
| 25454 | 10/6/2005 | 49,136.76 |

**PBR Knoxville LLC**
**Delphi Outstanding Amounts**
**Detail Listing**

| Invoice | Ship Date | Amount |
|---|---|---|
| 25455 | 10/6/2005 | 74,495.52 |
| 25456 | 10/6/2005 | 75,879.54 |
| 25458 | 10/6/2005 | 49,136.76 |
| 25459 | 10/6/2005 | 130,069.80 |
| 25469 | 10/7/2005 | 75,465.72 |
| 25473 | 10/7/2005 | 74,495.52 |
| 25474 | 10/7/2005 | 90,326.25 |
| 25105 | 9/9/2005 | 687.00 |
| | | |
| Total | | 10,511,688.65 |