# EXHIBIT A

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Delphi Corporation, et al | Case Number<br>05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**Siemens VDO Automotive, Inc.**

Name and address where notices should be sent:
Charles P. Schulman
Sachnoff & Weaver, Ltd.
10 South Wacker Dr., 40th Floor
Chicago, IL 60606

Telephone number:    312-207-3912

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
**248742488**

Check here ☐ replaces     a previously filed claim, dated: **4-10-06**
if this claim ☒ amends

1. **Basis for Claim**
   ☒ Goods sold
   ☒ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)                    (date)

2. **Date debt was incurred:**
   September 2004 through August 2005

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ **2,291,767.58** _____ _____ **2,291,767.58**
   (unsecured)    (secured)    (priority)    (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).

   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other _____

   Value of Collateral:    $ _____

   Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim** $ **2,291,767.58**

   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
**4/25/06**    *Charles P. Schulman* (signature)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# SIEMENS VDO
*Automotive*

SiemensVDO Automotive Inc., 1020 Adelaide Street South, London ON Canada N6E 1R6

| (5) account number at recipient<br>248742488 | (2) notices of receipt and processing<br>TAX exemption (GST) #<br>888628211 RM 0002 | delivery note<br>(3) no.<br>(4) dispatch date |
|---|---|---|
| (1) invoice address<br><br>**DELPHI**<br>**BLDG.6, DEPT. 973 A&E BLDG.**<br>**ATN:ACCOUNTS PAYABLE-WESTPLANT**<br>**200 UPPER MOUNTAIN ROAD**<br>**LOCKPORT NY  14094**<br>**USA** | | **Debit Note**<br>(8) no.<br>2045001226<br>(9) from<br>08/11/2005 |
| customer number at vendor<br>8000317 | | |

| (10) your symbol | (11) order no | date<br>08/11/2005 | (12) our department<br>00000000 | (13) direct dial<br>() - | (14) our order number<br>AD001494<br>2034701010 |
|---|---|---|---|---|---|
| (15) add. data of the orderer<br>Free carrier<br>London | (19) disp.type<br>Lkw | free (20) not f. | (21) packing type | (22) disp.character | (23) gross total-<br>weight KG  (24) net<br>0.000    0 |

| (25) ship-to-address<br>DELPHI BLDG.6, DEPT. 973 A&E BLDG.<br>, 200 UPPER MOUNTAIN ROAD  LOCKPORT 14094 USA | (26) receiving-/unloading pt |
|---|---|

| (27) Pos. | (28) order no./suppl.ref.no. | (29) order description<br>(21) packing type (details) | (30) quantity | (31) UM | (32) price<br>(18) unit USD | (34) total price USD |
|---|---|---|---|---|---|---|
| 010 | 7EC-MISCE-99 | Misc.Shippings/Sellings | 1 | PC<br>/pr | 1,000,000.00<br>1 PC | 1,000,000.00 |
| | | Reimbursement of advance CIP payment for GMIO program.<br>Stat.<br>W-NR./Com.Code:84145900<br>PUL:       CA<br>LKZ:       CA<br>Product made in Canada<br>Pref-J.:<br>Pref-N.:<br>AL:        N<br>ECCN:      EAR99 | | | | |
| | Position total | | | | 1,000,000.00 | |
| | GST (Canada) | | | | % | |
| | Total | | | | | 1,000,000.00 |
| | Term of payment: | 1463<br>Due 3rd day of second month | | | | |

Goods labeled with "AL not equal to N" are subject to european or german authorization when being exported out EU. Goods labeled with "ECCN not equal N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final whereabouts and purpose for which the goods are to be used.


**SIEMENS VDO**
*Automotive*

SiemensVDO Automotive Inc., 1020 Adelaide Street South, London ON Canada N6E 1R6

| (5) account number at recipient | (2) notices of receipt and processing | delivery note |
|---|---|---|
| 248742488 | TAX exemption (GST) # 888628211 RM 0002 | (3) no. |
| (1) invoice address | | (4) dispatch date |
| DELPHI<br>BLDG.6, DEPT. 973 A&E BLDG.<br>ATN:ACCOUNTS PAYABLE-WESTPLANT<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT NY 14094<br>USA | | **Debit Note**<br>(8) no.<br>2045001227<br>(9) from<br>08/12/2005 |
| customer number at vendor<br>8000317 | | |

| (10) your symbol | (11) order no | date<br>08/12/2005 | (12) our department<br>00000000 | (13) direct dial<br>( )<br>- | (14) our order number<br>AD001494<br>2034701011 |
|---|---|---|---|---|---|
| (15) add. data of the orderer<br>Free carrier<br>London | (19) disp.type<br>Lkw | free (20) not f. (21) packing type | (22) disp.character | (23) gross  total-<br>weight KG<br>0,000 | (24) net<br>0 |

(25) ship-to-address
DELPHI BLDG.6, DEPT. 973 A&E BLDG.
, 200 UPPER MOUNTAIN ROAD  LOCKPORT 14094 USA

(26) receiving-/unloading pt

| (27) Pos. | (28) order no./suppl.ref.no. | (29) order description<br>(21) packing type (details) | (30) quantity | (31) UM | (32) price<br>(18) unit USD | (34) total price USD |
|---|---|---|---|---|---|---|
| 010 | 7EC-MISCE-99 | Misc.Shippings/Sellings | 1 | PC<br>/pr | 477,574.08<br>1 PC | 477,574.08 |
| | | N.A. Development charges GMIO program | | | | |
| | | *Stat.*<br>*W-NR./Com.Code:84145900*<br>*PUL:      CA*<br>*LKZ:      CA*<br>*Product made in Canada*<br>*Pref-J.:*<br>*Pref-N.:*<br>*AL:       N*<br>*ECCN:     EAR99* | | | | |
| | Position total | | | | | 477,574.08 |
| | GST (Canada) | | | | % | |
| | Total | | | | | 477,574.08 |
| | Term of payment: | 1463<br>Due 3rd day of second month | | | | |

Goods labeled with "AL not equal to N" are subject to european or german authorization when being exported out EU. Goods labeled with "ECCN not equal N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final whereabouts and purpose for which the goods are to be used.

# SIEMENS VDO
*Automotive*

SiemensVDO Automotive Inc., 1020 Adelaide Street South, London ON Canada N6E 1R6

| (5) account number at recipient | (2) notices of receipt and processing | delivery note |
| --- | --- | --- |
| 248742488 | TAX exemption (GST) # 888628211 RM 0002 | (3) no. |
| (1) invoice address | | (4) dispatch date |
| DELPHI<br>BLDG.6, DEPT. 973 A&E BLDG.<br>ATN:ACCOUNTS PAYABLE-WESTPLANT<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT NY  14094<br>USA | | **Debit Note**<br>(8) no. 2045001228<br>(9) from 08/12/2005 |
| customer number at vendor<br>8000317 | | |

| (10) your symbol | (11) order no | date 08/12/2005 | (12) our department 00000000 | (13) direct dial. () - | (14) our order number AD001494 2034701012 |
| --- | --- | --- | --- | --- | --- |
| (15) add. data of the orderer<br>Free carrier<br>London | (19) disp.type<br>Lkw | free (20) not f. | (21) packing type | (22) disp.character | (23) gross total weight KG 0.000 | (24) net 0 |

(25) ship-to-address
DELPHI BLDG.6, DEPT. 973 A&E BLDG.
, 200 UPPER MOUNTAIN ROAD   LOCKPORT  14094  USA

(26) receiving-/unloading pt

| (27) Pos. | (28) order no./suppl.ref.no. | (29) order description<br>(21) packing type (details) | (30) quantity | (31) UM | (32) price (18) unit USD | (34) total price USD |
| --- | --- | --- | --- | --- | --- | --- |
| 010 | 7EC-MISCE-99 | Misc.Shippings/Sellings | 1 | PC | 434,095.00 | 434,095.00 |
| | | | /pro | 1 PC | | |
| | | Interest charges on Advance CIP payment for GMIO program | | | | |
| | | Stat.<br>W-NR./Com.Code:84145900<br>PUL:       CA<br>LKZ:       CA<br>Product made in Canada<br>Pref-J.:<br>Pref-N.:<br>AL:        N<br>ECCN:     EAR99 | | | | |
| | Position total | | | | | 434,095.00 |
| | GST (Canada) | | | | | % |
| | Total | | | | | 434,095.00 |
| | Term of payment: | 1463<br>Due 3rd day of second month | | | | |

Goods labeled with "AL not equal to N" are subject to european or german authorization when being exported out EU. Goods labeled with "ECCN not equal N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final whereabouts and purpose for which the goods are to be used.

# SIEMENS VDO
*Automotive*

SiemensVDO Automotive Inc., 1020 Adelaide Street South, London ON Canada N6E 1R6

| (5) account number at recipient | (2) notices of receipt and processing | delivery note |
|---|---|---|
| 248742488 | TAX exemption (GST) # 888628211 RM 0002 | (3) no. |
| (1) invoice address | | (4) dispatch date |
| Auto Component / Delphi Disburstment Analysis PO Box 1550 FLINT MI 48501-1550 USA | | **Debit Note** (8) no. 2045001250 (9) from 09/12/2005 |
| customer number at vendor 8000320 | | |

| (10) your symbol | (11) order no | date 09/12/2005 | (12) our department 00000000 | (13) direct dial () | (14) our order number AD001494 2034701022 |
|---|---|---|---|---|---|
| (16) add. data of the orderer Free carrier London | (19) disp.type Lkw | free (20) not f. | (21) packing type | (22) disp.character | (23) gross total-weight KG 0.000 (24) net 0 |

(25) ship-to address
Auto Component / Delphi Disburstment Analysis
PO Box 1550,, Flint 48501-1550 USA

(26) receiving-/unloading pt

| (27) Pos. | (28) order no./suppl.ref.no. | (29) order description (21) packing type (details) | (30) quantity | (31) UM | (32) price (18) unit CAD | (34) total price CAD |
|---|---|---|---|---|---|---|
| | | B/L: US DUTY AND ENTRY FEE FOR ACCOUNT OF DELPHI CUSTOMS CLEARANCE C.J. TOWER UPON ENTERING USA PROVINCE OF ORIGIN: ONTARIO MADE IN CANADA | | | | |
| 010 | 773-65210-68 | MOTOR,DELPHI,GMT370,52498 | 1 | PC | 356,865.00 /pro 1 PC | 356,865.00 |
| | 52498806 | CANCELLATION CLAIM FOR THE GMT370 PROJECT Stat. W-NR./Com.Code:8501313010 PUL:      CA LKZ:      CA Product made in Canada Pref-J.: Pref-N.: AL:       N ECCN:     EAR99 | | | | |

Goods labeled with "AL not equal to N" are subject to european or german authorization when being exported out EU. Goods labeled with "ECCN not equal N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final whereabouts and purpose for which the goods are to be used.

| (27) Pos. | (28) order no./suppl.ref.no. | (29) order description (21) packing type (details) | (30) quantity | (31) UM | (32) price (18) unit CAD | (34) total price CAD |
|---|---|---|---|---|---|---|
| 020 | F3-221-184 | MOTOR ASM,GM562-T,5248680 | 1 | PC | 91,271.13 | 91,271.13 |
| | | | /pro | 1 PC | | |
| | 52486805 | | | | | |
| | | GEO PRISM OBSOLESCENCE CHARGE | | | | |
| | | Stat. W-NR./Com.Code:8501313010 | | | | |
| | | PUL:       CA | | | | |
| | | LKZ:       CA | | | | |
| | | Product made in Canada | | | | |
| | | Pref-J.: | | | | |
| | | Pref-N.: | | | | |
| | | AL:        N | | | | |
| | | ECCN:      EAR99 | | | | |
| | Position total | | | | | 448,136.13 |
| | GST (Canada) | | | | | |
| | Total | | | | | **448,136.13** |
| | Term of payment: | | | | | |
| | | 1463 Due 3rd day of second month | | | | |

Page:        2

confidential

## Siemens VDO Automotive Inc.

### Equipment Pay Off GMT 370 - EOP April 2005 (Price difference from $ 15.93 cad -> 16.53 cad)

**All Values in CAD!**

| Month | Volume | Pay Off per Motor | Pay Off | |
|---|---|---|---|---|
| Sep-04 | 44,310 | $0.60 | $26,586 | Actuals |
| Oct-04 | 43,790 | $0.60 | $26,274 | Actuals |
| Nov-04 | 39,690 | $0.60 | $23,814 | Actuals |
| Dec-04 | 34,860 | $0.60 | $20,916 | Actuals |
| Jan-05 | 28,140 | $0.56 | $15,758 | Actuals  15.93 -> 16.49 |
| Feb-05 | 34,230 | $0.56 | $19,169 | Actuals |
| Mar-05 | 28,770 | $0.56 | $16,111 | Actuals |
| Apr-05 | 12,351 | $0.56 | $6,917 | Actuals 01/04 -05/05 |
| **Total** | **266,141** | | **$155,545** | |

**Total**

| | |
|---|---|
| Equipment Value as per agreement | $610,000 |
| Less Pay Off | -$155,545 |
| Overpayment portion GMT 370 | -$97,590 |
| Obsolesence Material Geo Prism | $91,271 |
| **Net Risk** | **$448,136** |

 $448,136

Note: Last shipment to Delphi was on April 20/05

Charged after Delphi filed for chapter 11 (=bancrupcy)

L:\Dept\AdminHV\DANIELA REIS\DELPHI\GMT370 Issues\GMT 370 Delphi Accrual update Apr1205.xls

# DELPHI THERMAL SUPPLIER CANCELLATION CLAIM FORM PCL 287 - 1

| | |
|---|---|
| Person Completing Claim | Jon Aristone |
| Telephone No. | ( 519 ) 680-5477 |
| Person to Contact for Audit | Jon Aristone |
| Telephone No. | ( 519 ) 680-5477 |
| Location of Material | London, Ontario |

| | |
|---|---|
| Supplier Name | Siemens VDO Automotive Inc. |
| 830/Duns | |
| Part Number | 52486805 |
| Part Name | GM562T - Geo Prism |
| Date | 6/23/2003 |

| | |
|---|---|
| Model Year | |
| High Point Quantity | |
| Date of Schedule | |
| Cumulative Shipped | |
| Quantity Cancelled | |

**FABRICATION AUTHORIZATION**

**MATERIAL AUTHORIZATION**

*If more than one location, use additional information section on back of form.*

**ONE ASSEMBLY PART NUMBER PER CLAIM**

ENTER FINISHED MATERIAL HERE >>>>>>>>>>

### ENTER WORK-IN-PROCESS MATERIAL BELOW ONLY:

Total completed and work in process cannot exceed fabricated quantity cancelled

| PART NO. | PART NAME | % COMPLETED | Quantity | U/M | Unit Cost | Curr. Code | Total Value | Scrap/rework allowance unit cost | extended | Net Value |
|---|---|---|---|---|---|---|---|---|---|---|
| F3-221-184 | Geo Prism Motor Assembly | 100% | 1,514 | | 16.7680 | CAD | 25,386.75 | | | |
| 025-65023-01 | Brushcard Assembly | 100% | 5,508 | | 1.7600 | CAD | 9,693.86 | | | |
| 025-65018-09 | Conn/RFI/Brush Assembly | 100% | 670 | | 1.2936 | CAD | 866.69 | | | |

### ENTER RAW MATERIAL LOCATED AT YOUR FACILITY BELOW:

| PART NO. | PART NAME | USAGE PER ASM | Quantity | U/M | Unit Cost | Curr. Code | Total Value | unit cost | extended | Net Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 030-018-01 | Gasket, Mechanically Assem | 1 | 2,813 | | 0.8967 | CAD | 2,522.28 | | | |
| 129-65034-02 | Deep Draw, Ecoated | 1 | 4,115 | | 0.9946 | CAD | 4,092.78 | | | |
| 129-65035-07 | Endcap, Ecoat (02) | 1 | 13,385 | | 0.3048 | CAD | 4,079.08 | | | |
| 145-020-01 | Blower Wheel | 1 | 281 | | 1.8369 | CAD | 516.17 | | | |
| 170-65002-07 | Flange, Ecoat | 1 | 6,724 | | 0.6370 | CAD | 4,283.39 | | | |
| 194-006-01 | Clip, Balancing | 1 | 107,265 | | 0.0233 | CAD | 2,500.35 | | | |
| 194-006-02 | Clip, Balancing | 1 | 139,983 | | 0.0227 | CAD | 3,172.01 | | | |
| 194-006-03 | Clip, Balancing | 1 | 175,000 | | 0.0299 | CAD | 5,239.50 | | | |
| 194-006-04 | Clip, Balancing | 1 | 175,000 | | 0.0311 | CAD | 5,446.00 | | | |
| 194-013-01 | Retaining Clip | 1 | 38,983 | | 0.0367 | CAD | 1,432.24 | | | |
| 611-208-21 | Tote Asm, 16/Tray | 1 | 1,297 | | 3.0724 | CAD | 3,984.90 | | | |
| 913-102-21 | End Insulator, Tan | 1 | 1,758 | | 0.0370 | CAD | 64.98 | | | |

**CLAIM TOTAL** (if You Do Not Use Back of This Form)  73,280.98

*USING DELPHI THERMAL PLANTS*

Page 1 of 2

PCL 287 - 1

*Purchased Component parts and/or Raw material Located at Your Supplier's Facility  (over)*

**ONE ASSEMBLY PART NUMBER PER CLAIM**

**RAW MATERIAL LOCATED AT YOUR SUPPLIER'S FACILITY**

| PART NO. | PART NAME | USAGE PER ASM | Quantity | U/M | Unit Cost | Curr Code | Total Value | Scrap/rework allowance unit cost | extended | Net Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | Blower Wheel | | 5,280 | | 1,628.5500 | | 8,598.74 | | | |
| | Gasket | | 5,550 | | 896.6500 | | 4,976.41 | | | |
| | Multiflex TPR | | 250 | | 5.4800 | | 1,370.00 | | | |
| | DSM Fiberfil | | 700 | | 4.3500 | | 3,045.00 | | | |
| | | TOTAL | | | | | 17,990.15 | | | |

Company: Plastic Moulders Limited    Address: 1631 The Queensway, Toronto Ontario    M8Z 5Y4

**YOUR SUPPLIER'S NAME AND ADDRESS**

Name of Contact Person: Lisa Philip
Telephone No.: ( 416 ) 252-2241

If located at more than two locations, please attach detail.

**RAW MATERIAL LOCATED AT YOUR SUPPLIER'S FACILITY**

| PART NO. | PART NAME | USAGE PER ASM | Quantity | U/M | Unit Cost | Curr Code | Total Value | Scrap/rework allowance unit cost | extended | Net Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Company: _____    Address: _____

**YOUR SUPPLIER'S NAME AND ADDRESS**

Name of Contact Person: _____
Telephone No.: ( )

**CLAIM TOTAL (FRONT AND BACK)** $1,274.13

**APPROVALS: SIGN & DATE**

ORIGINATOR - _____
SALES DEPT. - _____    PLANT PC&L MGR. - _____    PLANT FIN. MGR. - _____
PLANT MANAGER - _____    PLANT ENG MGR. - _____    PLANT MAINTENANCE - _____
                                                                (Required for Indirect Materials)
                    DIV PC&L DIRECTOR - _____    DIV FIN DIRECTOR - _____
                    (Required if above $50000)    (Required for Indirect Materials)
                                                 (Required if above $50000)

Page 2 of 2

PCL 287 - 1

DELPHI THERMAL SUPPLIER CANCELLATION CLAIM.XLS


**SIEMENS VDO**
*Automotive*

# QUOTATION

# FOR

### Cynthia Q. Incho
### Delphi Harrison Thermal Systems

## HVAC Motor Assembly for GMT370 Program
## 52498806
## H04-0002

**For additional information, please contact:**

Jon Aristone
Telephone:  519.680.5477
Fax:        519.680.5583
E-mail:     jon.aristone@siemens.com

**Prepared by:**

Gus Karahalios
Telephone: 519.680.5304
Fax:       519.680.5583
E-mail:    gus.karahalios@siemens.com

---

**Siemens VDO Automotive Inc.**
1020 Adelaide Street South
London, Ontario, Canada N6E 1R6

Page 1 of 8
02/24/04
RFQ: H04-0002
Form Revised December 09/ 2002
\\ldoa303a\uid90196$O$\GMT370 - Delphi\Quote File\H04-0002A_.doc

**SIEMENS VDO**
*Automotive*

# Table of Contents

QUOTATION OVERVIEW .......................................................................................................... 3
COMMERCIAL INFORMATION .................................................................................................. 4
   Series Production ................................................................................................................. 4
   Tool Timing ........................................................................................................................... 4
   Prototype Tool Timing .......................................................................................................... 4
TECHNICAL OVERVIEW ............................................................................................................ 5
   Motor Specifications ............................................................................................................. 7
   Additional Information ........................................................................................................... 6

**Approved by:**

_[signature]_ _Feb 24/04_
Jon Aristone, Manager of Marketing and Applications Engineering HVAC     Date

_[signature]_ _Feb 24/04_
Gregory Smith, Director of Finance HVAC Business Unit     Date

_[signature]_ _Feb 24/04_
Chris Heacock, Director of Operations HVAC Business Unit     Date

**Siemens VDO Automotive Inc.**
1020 Adelaide Street South
London, Ontario, Canada N6E 1R6

Page 2 of 8
02/24/04
RFQ: H04-0002
Form Revised December 09/ 2002
\\doa303a\uid90196$O$\GMT370 - Delphi\Quote File\H04-0002A_.doc

**SIEMENS VDO**
*Automotive*

# QUOTATION OVERVIEW

Siemens VDO quotation for this application is based on the following:

| | Description | Volume | SOP | Price in CND$ |
|---|---|---|---|---|
| Option 1 | **GMT 370 Blower Motor Assembly - 52498806**<br>Options Included:<br>• Three Point Mounting<br>• Over-molded Flange<br>• Armature unbalance of 15 g-mm max per plane<br>• Includes amortized Capital<br>• Knurled Shaft<br>• Motor end play for 0.1 to 0.7-mm in axial direction<br>• Video Jet Label | 45,000 / Month | Aug 31 2004 | 16.53 |
| | Note: A price reduction of $0.63 CND/unit associated with the w-Car program cancellation charges will be effective April 1, 2004. Any outstanding balance beyond April 1, 2004 will be forgiven.<br>**The W-Car part numbers are as follows:**<br>• 52486835 (773-65210-15)<br>• 52487086 (773-65210-16)<br>• 52486836 (773-65210-18) | | April 1<br>April 1<br>April 1 | 15.094<br>15.094<br>15.094 |
| Option 2 | **GMT 370 Blower Motor Assembly**<br>• Same as above but including customer paid capital<br>• Customer paid capital | 45,000 / Month | Aug 31 2004 | 15.93<br>$610 K |
| | Note: A price reduction of $0.63 CND/unit associated with the W-Car program cancellation charges will be effective April 1, 2004. Any outstanding balance beyond April 1, 2004 will be forgiven.<br>**The W-Car part numbers are as follows:**<br>• 52486835 (773-65210-15)<br>• 52487086 (773-65210-16)<br>• 52486836 (773-65210-18) | | April 1<br>April 1<br>April 1 | 15.094<br>15.094<br>15.094 |

## Assumptions

- FOB London, Ontario Canada.
- All brush cards will be sourced from a Siemens VDO approved supplier
- Connector with improved terminal retention to be used on all future products
- Commutators will utilize the new skiving process
- Pricing is based on the overall volumes as stated above
- This quotation is based on the Terms and Condition of Sale that the current GMT 370 was agreed upon.

---

Siemens VDO Automotive Inc.
1020 Adelaide Street South
London, Ontario, Canada N6E 1R6

Page 3 of 8
02/24/04
RFQ: H04-0002
Form Revised December 09/ 2002
\\doa303a\uid90196$\O$\GMT370 - Delphi\Quote File\H04-0002A_.doc

**SIEMENS VDO**
*A u t o m o t i v e*

### For Option 1

In order to support Delphi's continued requirements, Siemens VDO is required to make significant capital investments. Siemens VDO is willing to undertake this investment to support Delphi based on an estimated value of 1.2 Million units representing a program life of 2.5 years or through June 2006. If these program values do not materialize in full, Siemens VDO will charge cancellation costs for the balance of the un-amortized investment. If the program is cancelled prior to new capacity being installed and running production, cancellation costs will be charged based on the attached cancellation payment graph.

The maximum cancellation cost that Delphi would be responsible for is $760,000 CDN of which $ 610,000 CDN is for capital equipment and $150,000 CDN is for obsolete production material for long lead items required to produce a bank.

Siemens VDO Automotive Inc.
1020 Adelaide Street South
London, Ontario, Canada N6E 1R6

Page 4 of 8
02/24/04
RFQ: H04-0002
Form Revised December 09/ 2002
\\doa303a\uld90196$O$\GMT370 - Delphi\Quote File\H04-0002A_.doc





## COMMERCIAL INFORMATION
### Series Production

**Annual Productivity**

| Period Beginning on: | Volume | Yearly Percentage |
|---|---|---|
| August 1, 2005 | 540 K | 2.5 % |
| August 1, 2006 | 540 K | 2.5 % |

Annual productivity begins after one (1) full year's production as stated above. It is assumed that the production year is as noted in the table above

The above additional performance incentives coincide with the original Siemens VDO contract on this motor. Siemens VDO will participate in the Delphi supplier suggestion program to assist in reducing cost on this product in the future. However, this will require DTS to expedite SCRR's within their system to maximize these potential savings.

**Capital Tooling**

| Description | Cost | Lead-Times |
|---|---|---|
| Additional Motor Manufacturing Capacity | | 28 Weeks |
| Option 2 capital cost | $610k | |

Siemens VDO Automotive Inc.
1020 Adelaide Street South
London, Ontario, Canada N6E 1R6

Page 6 of 8
02/24/04
RFQ: H04-0002
Form Revised December 09/ 2002
\\\doa303a\uid90196$O$\GMT370 - Delphi\Quote File\H04-0002A_.doc



# TECHNICAL OVERVIEW

## Motor Specification

| Design Outline | Description | Date Available |
|---|---|---|
| Motor Performance | At 12.5 Volts and 82 oz in, with Maximum Current of 26.5 amps and Minimum Speed of 3000 rpm. | Currently Supplied |
| Armature Unbalance | Motor has been quoted for an armature unbalance of 15 g-mm per plane. | Currently Supplied |
| Protective Foam Cover | Foam Donut over The Motor End Cap | Currently Supplied |
| End Play | Quoted with an endplay tolerance of 0.1 to 0.7 mm. | Currently Supplied |
| Motor Connector | Quoted with Packard 280 connector with improved terminal retention feature. | June 2004 |
| Electromagnetic Compatibility (EMC) | RFI included 2X0.001 uF | Currently Supplied |
| Mounting | Quoted with a 3-point mounting, Steel Flange coated with Zinc Phosphate | Currently Supplied |
| Shaft | Quoted with the existing knurled shaft. | Currently Supplied |
| Component Marking | Video Jet Label displaying Motor Rotation, Customer Name, Customer Part number, Country of Origin, Date of Assembly and Assembly Line Code | Currently Supplied |

Siemens VDO Automotive Inc.
1020 Adelaide Street South
London, Ontario, Canada N6E 1R6

Page 7 of 8
02/24/04
RFQ: H04-0002
Form Revised December 09/ 2002
\\doa303a\uid90196$O$\GMT370 - Delphi\Quote File\H04-0002A_.doc

**SIEMENS VDO**
*A u t o m o t i v e*

## Additional Information

**Noise:** Changes required to be made to the motor beyond the specifications as tested, in order to improve the noise characteristics will have to be re-quoted. Major changes to magnets, air gap, O.T. washer's etc. are examples of noise reduction measures that Siemens has undertaken. Since we cannot anticipate resonance interactions that may occur with your module design we cannot commit to make changes without re-quoting.

**Cooling Requirements:** Motor design requires 5 to 6 CFM of cooling air or need airflow to keep brushes at 80°C

**Component Level Vibration:** Siemens would need to be supplied the natural frequencies and modality of vibration of Delphi's modules to ensure that we could design a motor that would not excite the resonance in their system. To completely eliminate the normal exciting forces due to number of poles and slots would be difficult since they are intrinsic to the motor. Since we cannot anticipate resonance interactions that may occur with your module design we cannot commit to making changes without re-quoting.

**Supplier Packaging:** Customer supplied dunnage

**Gauges:** Gauges that properly use all datum surfaces and tolerance limits will be designed and built and/or updated.

Siemens VDO Automotive Inc.
1020 Adelaide Street South
London, Ontario, Canada N6E 1R6

Page 8 of 8
02/24/04
RFQ: H04-0002
Form Revised December 09/ 2002
\\doa303a\uid90196$O$\GMT370 - Delphi\Quote File\H04-0002A_.doc

Authority to Proceed with GMT370 Investment.txt

From: Cynthia.Q.Incho [Cynthia.Q.Incho@delphi.com]
Sent: Tuesday, March 02, 2004 5:09 PM
To: jon.aristone@siemens.com; chris.heacock@siemens.com
Cc: Bauman, Michael D; Ward, Millie P; Ulrich, Scott W; Jones, Scott E; Schott, Susan ; Sandner, Ryan J
Subject: Authority to Proceed with GMT370 Investment

Importance: High

Gentlemen:

Confirming our telephone conversation of this afternoon, please consider this e-mail as your authority to proceed with the capacity investment described in Option 1 of Siemens VDO Automotive Inc.'s proposal number H04-0002 Revision 1 dated February 24, 2004 which is necessary to support our GMT370 blower motor requirements until further notice. At this time, we cannot predict the end-date of our material requirements from Siemens VDO for Delphi P/N 52498806. Delphi understands that in the event this tooling is cancelled prior to its completion, that Delphi would be responsible for cancellation charges not to exceed $610,000 Canadian funds as indicated on the "Cancellation Payment Curve" shown on page 5 of your proposal and for raw material and fabricated parts authorized by Delphi releases in an amount to be determined, but estimated in your proposal at not to exceed $150,000 Canadian funds.

Our Mr. Scott Jones has been assigned as the Advanced Supplier Quality Engineer responsible to monitor this program and he will be contacting you very soon to develop plans to support you in this endeavor. Scott will also work with our Mr. Ryan Sandner to determine the status of the several SCRR's we have in progress on Siemens' blower motors. Also, I have spoken with our Messrs. J.C. Sepull and Po Yuen of Delphi PC&L to authorize extended releases to Siemens. We thank-you for your continued willingness to support Delphi.

Sincerely yours,
Cynthia Q. Incho
Senior Commodity Manager
Delphi Thermal & Interior
200 Upper Mountain Road
Lockport, NY 14094
Telephone: (716)439-2644
Fax: (716)439-3818
e-mail: cynthia.q.incho@delphi.com

************************************************************************************

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

************************************************************************************