# EXHIBIT B

ROYAL BANK OF CANADA
TOR ON - BUSINESS OPS CTR          ATTN: SUE NERON          FAXED

ROYAL FUNDS TRANSFER
1998 JUN 8

Branch Ref No...07512-98174-199950
ICN............
                                            From
Payment Amount..........$         500,000.00 USD
Client Rate............. 1.00000000
Conversion Amount.......$
Communication                 $
Commission                    $      0.00 USD
Client Pays Amount......$            0.00 USD
                                 500,000.00 USD

Value Date..... 1998 JUN 23
Send Ref....JOANNE
Charges For... Sender
Serial No.......

SRF Client No...757116090

Ordering Customer:
SIEMENS CANADA LIMITED
700 PARK AVE W
CHATHAM
                ON N7M 6B4

Ordering Bank:

Debit Branch Name (Princ)..LON ON 383 RICHMOND
        Sole owner......02782  407-627-9
Debit Branch Name (Fees)...LON ON 383 RICHMOND
                02722  407-627-9

Account

Received From: (        )

Intermediary Bank:

Beneficiary Account:  0000009102631067
Beneficiary Customer :
DELPHI HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
LOCKPORT, NEW YORK

Account With Bank: (ABA 0021 00021)
CHASE MANHATTAN BANK N.A.
ONE CHASE MANHATTAN PLAZA

NEW YORK          NEW YORK

Details of Payment:

Bank To Bank Information:

Additional charges may be deducted from the transfer amount by the receiving bank and/or its intermediaries. If this transfer cannot be completed for reasons beyond this institution's control including, without limitation, other government regulations, time zone differences or actions or inactions of third parties, you may ask this institution for refund. This institution must get the refund before funds can be disbursed in accordance with your instructions. If conversion of funds is requested, the rate of exchange will be this institution's rate established at the time the refund is converted.
The institution will not be responsible for any loss or damage suffered or incurred by the client except in a case where there has been negligence on the part of the institution, and in any such case the institution will not be liable for any indirect, consequential or exemplary damages (including but not limited to loss of profits), regardless on the cause of action.

SIGNATURE(S): _____

TOTAL P.01

```
ROYAL BANK OF CANADA           02722              FUNDS TRANSFER        DATE  1998 12 11
383 RICHMOND ST BRANCH                            DEBIT ADVICE           OUR REFERENCE NUM(S):
LONDON                           ON               STATEMENT COPY         07512-98345-199695    &    981211 046144000

YOUR ACCOUNT 407 627 9  AT  02722  HAS                                  BENEFICIARY:
BEEN CHARGED  VALUE DATED 1998 12 11                                    DELPHI HARRISON THERMAL SYSTEMS
TOTAL OF $            500,000.00 USD                                    200 UPPER MOUNTAIN ROAD
AS INSTRUCTED.                                                          LOCKPORT, NEW YORK, U.S.A.

                                                                        DESTINATION BANK:
                                                                        THE CHASE MANHATTAN BANK N.A.

     SIEMENS CANADA LIMITED                                             YOUR REFERENCE:    ERICA
     700 PARK AVE W                                                     PAYMENT DETAILS:
     CHATHAM              ON N7M 6B4
                                                                        ORDERING BANK:
```