UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
In re                                                     :
:
DELPHI CORPORATION, et al.,                 :    Chapter 11
:
          Debtors.                                  :    Case No. 05-44481 (RDD)
:
:    (Jointly Administered)
:
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2007, I caused to be served a true and correct copy of the *Response of Siemens VDO Automotive Canada Inc. f/k/a Siemens VDO Automotive, Inc. to Debtors' Twenty-Second Omnibus Objection Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate And Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on Debtors' Books And Records, (E) Untimely Claims, and (F) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, Claims Subject to Modification That are Subject to Prior Orders, and Modified Claims Asserting Reclamation That are Subject to Prior Orders* via Federal Express to the following counsel of record:

| Delphi Corporation | Skadden, Arps, Slate, Meagher &Flom LLP |
|---|---|
| 5725 Delphi Drive | 333 West Wacker Drive, Suite 2100 |
| Troy, Michigan 48098 | Chicago, IL 60606 |
| Att'n: General Counsel | Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton |

Date: November 20, 2007
       New York, NY

                                                          _/s/ Marianne Pichuzhkina_____
                                                          Marianne Pichuzhkina