Paul M. Rosenblatt (PR-6300)
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
(404) 815-6321
(404) 541-3373 (fax)
prosenblatt@kilpatrickstockton.com

Hearing Date: November 29, 2007 at 10 a.m.
Response Date: November 21, 2007

*COUNSEL FOR MORGAN ADVANCED CERAMICS/DIAMONEX*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
**In re**                                                      :
                                                               : **Chapter 11**
**DELPHI CORPORATION., et al.,**                               :
                                                               : **Case No. 05-44481 (RDD)**
                                                               :
                                                   **Debtor.** : **(Jointly Administered)**
------------------------------------------------------------ x

**MORGAN ADVANCED CERAMICS/DIAMONEX RESPONSE
TO TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**

Morgan Advanced Ceramics/Diamonex ("Morgan"), through undersigned counsel, hereby responds in opposition to the Debtors' Twenty-Second Claims Objection (the "22nd Objection") as follows:

1.  The Debtors scheduled Morgan as having a claim in the amount of $543,530.24.  See Case No. 05-44640, Schedule F, page 289 of 1153.

2.  Morgan timely filed its proof of claim (the "Morgan Claim") dated July 24, 2006 in the amount of $550,547.81.  See **Ex. A** for a copy of the Morgan Claim.  The Morgan Claim is claim number 11534.  The Morgan Claim attached relevant back-up information.

3. The Morgan Claim asserted a right of recoupment. Morgan and the Debtors engaged in various discussions in an effort to resolve the recoupment claim. <u>See</u> correspondence between the parties attached hereto as **Ex. B**. During these discussions, additional information was exchanged between the parties.

4. The attachments hereto provide a brief and concise statement of the factual basis and legal support for the Morgan Claim.

5. The 22nd Objection seeks to disallow the Morgan Claim on the basis of "Books and Records," without any further explanation.

6. Morgan has established a *prime facie* claim, and the Morgan Claim should be allowed.

**Wherefore,** Morgan requests that the Court deny the 22nd Objection with respect to the Morgan Claim, that the Morgan Claim be allowed, and grant such other relief as is just and proper.

Dated: November 20, 2007

                                            Respectfully submitted,

                                            /s/ Paul M. Rosenblatt
                                          Paul M. Rosenblatt (PR-6300)
                                          KILPATRICK STOCKTON LLP
                                          1100 Peachtree Street, Suite 2800
                                          Atlanta, Georgia  30309
                                          (404) 815-6321 (telephone)
                                          (404) 541-3373 (fax)

                                          *COUNSEL FOR MORGAN ADVANCED*
                                          *CERAMICS/DIAMONEX*

US2000 10455099.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of November, 2007 a copy of the foregoing pleading was served by **Federal Express Overnight** on the parties listed below:

| | |
|---|---|
| Dated: November 20, 2007 | KILPATRICK STOCKTON LLP |
| | /s/ Paul M. Rosenblatt |
| | Paul M. Rosenblatt |
| | Georgia Bar No. 614522 |
| | 1100 Peachtree Street, N.E. |
| | Suite 2800 |
| | Atlanta, Georgia 30309-4530 |
| | Phone: (404) 815-6321 |
| | Fax: (404) 541-3373 |

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 632
New York, NY 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606