# **EXHIBIT B**

{1334876:}

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT __Southern__ DISTRICT OF __New York__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Delphi Corporation, et al. | Case Number: 05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Republic Engineered Products, Inc.

Name and address where notices should be sent:
Scott N. Opincar, Esq.
McDonald Hopkins Co., LPA
600 Superior Ave., E., Suite 2100
Cleveland, OH 44114
Telephone number: 216.348.5400

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

**COPY**

**Received**
AUG 04 2006

THIS SPACE IS FOR COURT USE ONLY

Kurtzman Carson

Account or other number by which creditor identifies debtor:
606416410

Check here ☐ replaces     a previously filed claim, dated:_____
if this claim   ☐ amends

**1. Basis for Claim**
☒ Goods Sold / Services Performed to Delphi
☐ Customer Claim   Automotive Systems, LLC
☐ Taxes            Case No. 05-44640
☐ Money Loaned
☐ Personal Injury
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
    (date)           (date)

**2. Date debt was incurred:** 3/28/03 – 10/7/05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 673,272.82   0.00   0.00   $673,272.82
                                                (unsecured)  (secured) (priority)  (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY
**RECEIVED**
? 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/25/2006 | [signature] Credit Manager
Mark Fiorina, Credit Manager |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| Process # | DUNS # | Pla | Do | Document # | Document Date | Total Amount | Currel | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|---|
| '90000322520021 | RD 606416410 | J9 | 4 | 'GIC030336920014 | 3/28/2003 | $420.00 | USD | | |
| '90000322522022 | RD 606416410 | J9 | 4 | 'GID030336920001 | 3/28/2003 | ($4,414.20) | USD | | 2110347749 S3S21656 |
| '90000328594423 | RD 606416410 | K9 | 2 | '8210411SE4345305 | 1/3/2005 | $59,873.45 | USD | 2110347749 | S3S21656 |
| '90000329960919 | RD 606416410 | K9 | 4 | 'BDM01402OSE43453 | 1/3/2005 | ($59,873.45) | USD | 8210411411 | SAG9014626 |
| '90000316441308 | RD 606416410 | E4 | 4 | 'CSR520360528I001 | 9/11/2005 | $138.34 | USD | 8210411411 | SAG9014626 |
| '90000316441309 | RD 606416410 | E4 | 4 | 'CSR520360528200I | 9/11/2005 | $8.00 | USD | 2810077792 | D0550049461 |
| '90000316441310 | RD 606416410 | E4 | 4 | 'CSR5203605282002 | 9/11/2005 | $12.32 | USD | 2810077762 | D0550049461 |
| '90000316441311 | RD 606416410 | E4 | 4 | 'CSR5203605282002 | 9/11/2005 | $12.32 | USD | 2810077763 | D0550049461 |
| '90000316441312 | RD 606416410 | E4 | 4 | 'CSR5203605282003 | 9/11/2005 | $67.04 | USD | 2810077790 | D0550049461 |
| '90000316441313 | RD 606416410 | E4 | 4 | 'CSR5203605283001 | 9/11/2005 | $34.56 | USD | 2810077764 | D0550049461 |
| '90000316441314 | RD 606416410 | E4 | 4 | 'CSR5203605283002 | 9/11/2005 | $986.82 | USD | 2810077791 | D0550049461 |
| '90000316441315 | RD 606416410 | H3 | 4 | 'CSR5203605385001 | 9/11/2005 | $564.10 | USD | 8410099086 | D0550049453 |
| '90000316441316 | RD 606416410 | H3 | 4 | 'CSR5203605385002 | 9/11/2005 | $562.30 | USD | 8410099087 | D0550049453 |
| '90000319949045 | RD 606416410 | H4 | 2 | 'CSR5203605400001 | 9/11/2005 | $18,642.63 | USD | 8410098568 | D0550049454 |
| '90000322225273 | RD 606416410 | K9 | 2 | '295S01ISK9355405 | 9/12/2005 | $60,630.50 | USD | 2950510243 | SAG9014443 |
| '90000322228859 | RD 606416410 | K9 | 2 | '8210341SK9259528 | 9/15/2005 | $19,061.25 | USD | 8210349940 | SAG9014442 |
| '90000319949047 | RD 606416410 | K9 | 4 | 'BCM302015SK92595 | 9/15/2005 | $20,501.34 | USD | 8210349940 | SAG9014442 |
| '90000319949046 | RD 606416410 | K9 | 2 | '8210351SK93I2505 | 9/26/2005 | $6,800.00 | USD | 8210355625 | SAG9014433 |
| '90000319949043 | RD 606416410 | K9 | 2 | '295S01ISK9355505 | 9/28/2005 | $7,936.88 | USD | 2950510255 | SAG9014604 |
| '90000319949044 | RD 606416410 | K9 | 2 | '295S01ISK9355205 | 9/29/2005 | $2,127.13 | USD | 2950510258 | SAG9014595 |
| '90000319949048 | RD 606416410 | K9 | 2 | '295S01ISK9355305 | 9/29/2005 | $15,283.00 | USD | 2950510257 | SAG9014443 |
| '90000319949049 | RD 606416410 | K9 | 2 | '8210351SK9331905 | 9/29/2005 | $18,241.00 | USD | 8210345844 | SAG9014624 |
| '90000319933672 | RD 606416410 | K9 | 2 | '8210351SK9355305 | 9/29/2005 | $33,468.85 | USD | 8210355863 | SAG9014624 |
| '90000319949053 | RD 606416410 | K9 | 2 | '2110511SH3979004 | 9/30/2005 | $17,106.05 | USD | 2110511955 | SAG9014504 |
| '90000316203136 | RD 606416410 | E4 | 2 | '8410121SD6692205 | 10/1/2005 | ($419.10) | USD | 8410124415 | SAG9014432 |
| '90000316207374 | RD 606416410 | E4 | 4 | 'ADMDISCTS1005 | 10/1/2005 | ($90.92) | USD | DISCTS1005 | |
| '90000316203138 | RD 606416410 | E4 | 4 | 'ADMDISCTS1105 | 10/1/2005 | ($759.92) | USD | DISCTS1105 | |
| '90000316207375 | RD 606416410 | H3 | 4 | 'ADMDISCTS1005 | 10/1/2005 | ($202.20) | USD | DISCTS1005 | |
| '90000316203137 | RD 606416410 | H3 | 4 | 'ADMDISCTS1105A | 10/1/2005 | ($905.55) | USD | DISCTS1105 | |
| '90000316207376 | RD 606416410 | H4 | 4 | 'ADMDISCTS1105B | 10/1/2005 | ($247.05) | USD | DISCTS1105 | |
| '90000319333669 | RD 606416410 | E4 | 2 | '5203749610001 | 10/3/2005 | $989.38 | USD | 2810082111 | D0550049461 |
| '90000319336670 | RD 606416410 | E4 | 2 | '5203749612001 | 10/3/2005 | $457.61 | USD | 2810082111 | D0550049461 |
| '90000319336671 | RD 606416410 | E4 | 2 | '5203749613001 | 10/3/2005 | $732.55 | USD | 2810082113 | D0550049461 |
| '90000319336673 | RD 606416410 | K9 | 2 | '8210351SK9332004 | 10/3/2005 | $3,278.76 | USD | 2810082112 | D0550049461 |
| '90000319949050 | RD 606416410 | K9 | 2 | '8210361SK9349205 | 10/3/2005 | $6,139.06 | USD | 8210358445 | SAG9F15678 |
| '90000319949051 | RD 606416410 | K9 | 2 | '8210361SK9349305 | 10/3/2005 | $16,146.04 | USD | 8210360015 | SAG9014626 |
| '90000319965319 | RD 606416410 | K9 | 2 | '8210361SK9349506 | 10/3/2005 | $16,146.04 | USD | 8210360016 | SAG9014624 |
| '90000319949055 | RD 606416410 | K9 | 2 | '8410121SE4050905 | 10/3/2005 | $23,486.78 | USD | 8210362570 | SAG9013915 |
| '90000319965323 | RD 606416410 | K9 | 2 | '8410121SE4056906 | 10/3/2005 | $22,423.50 | USD | 8410125688 | SAG9014441 |

| Process # | DUNS # | Pla | Do | Document # | Document Date | Total Amount | Currer | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|---|
| '9000031965324 | RD 606416410 | K9 | 2 | '8410121SE4058206 | 10/3/2005 | $1,692.15 | USD | 841012571 | SAG9014437 |
| '9000031949039 | RD 606416410 | E4 | 2 | '5203758073001 | 10/4/2005 | $472.84 | USD | 281008238 | D0550049461 |
| '9000031949040 | RD 606416410 | E4 | 2 | '5203758097001 | 10/4/2005 | $904.46 | USD | 281008237 | D0550049461 |
| '9000031949041 | RD 606416410 | K9 | 2 | '2110511SK9325405 | 10/4/2005 | $28,667.25 | USD | 211051899 | SAG9F15368 |
| '9000031949042 | RD 606416410 | K9 | 2 | '2110511SK9335005 | 10/4/2005 | $22,634.68 | USD | 211051929 | SAG9F15368 |
| '9000031949052 | RD 606416410 | K9 | 2 | '8210361SK9349405 | 10/4/2005 | $2,645.08 | USD | 821036018 | SAG9F15678 |
| '9000031949050 | RD 606416410 | K9 | 2 | '8210361SK9356806 | 10/4/2005 | $20,182.55 | USD | 821036127 | SAG9014624 |
| '9000031965320 | RD 606416410 | K9 | 2 | '8210361SK9357706 | 10/4/2005 | $20,182.55 | USD | 821036135 | SAG9014624 |
| '9000031965321 | RD 606416410 | K9 | 2 | '8410121SD6692305 | 10/4/2005 | $3,282.29 | USD | 841012416 | SAG9F15610 |
| '9000031949054 | RD 606416410 | K9 | 2 | '8410121SE4052406 | 10/4/2005 | $23,695.65 | USD | 841012710 | SAG9014441 |
| '9000031965322 | RD 606416410 | K9 | 4 | 'BCM279007SK93350 | 10/4/2005 | $7,778.54 | USD | 211051929 | SAG9F15368 |
| '9000031952955 | RD 606416410 | E4 | 2 | '5203766847001 | 10/5/2005 | $547.22 | USD | 281008279 | D0550049461 |
| '9000031965315 | RD 606416410 | E4 | 2 | '5203766849001 | 10/5/2005 | $945.68 | USD | 281008280 | D0550049461 |
| '9000031965316 | RD 606416410 | E4 | 2 | '5203767540001 | 10/5/2005 | $6,554.61 | USD | 211051976 | D0550001559 |
| '9000031965317 | RD 606416410 | H3 | 2 | '5203768316001 | 10/5/2005 | $25,202.39 | USD | 841012577 | D0550049454 |
| '9000031965318 | RD 606416410 | H4 | 2 | '295S011SK9434320 | 10/5/2005 | $18,631.26 | USD | 295S010265 | SAG9014443 |
| '9000032123897 | RD 606416410 | K9 | 2 | '8210361SD9365708 | 10/5/2005 | $20,106.22 | USD | 821036251 | SAG9014442 |
| '9000031998430 | RD 606416410 | K9 | 2 | '8210361SK9365708 | 10/5/2005 | $20,089.58 | USD | 821036295 | SAG9014441 |
| '9000031978711 | RD 606416410 | K9 | 2 | '8410121SE4058107 | 10/5/2005 | ($18,631.26) | USD | 841012897 | SAG9014441 |
| '9000032960918 | RD 606416410 | K9 | 4 | 'BDM014015SK94343 | 10/5/2005 | $946.67 | USD | 295S010265 | SAG9014443 |
| '9000031978709 | RD 606416410 | E4 | 2 | '5203775004001 | 10/6/2005 | $1,411.03 | USD | 281008298 | D0550049461 |
| '9000031978710 | RD 606416410 | E4 | 2 | '5203775166001 | 10/6/2005 | $18,074.50 | USD | 281008297 | D0550049461 |
| '9000032098973 | RD 606416410 | K9 | 2 | '295S011SK9418718 | 10/6/2005 | $19,652.73 | USD | 295S010266 | SAG9014443 |
| '9000031998425 | RD 606416410 | K9 | 2 | '8210361SD6697308 | 10/6/2005 | $2,105.81 | USD | 821036301 | SAG9014445 |
| '9000031998426 | RD 606416410 | K9 | 2 | '8210361SD6697408 | 10/6/2005 | $20,218.47 | USD | 821036302 | SAG9014445 |
| '9000031998427 | RD 606416410 | K9 | 2 | '8210361SD6697508 | 10/6/2005 | $19,993.97 | USD | 821036305 | SAG9014445 |
| '9000031998428 | RD 606416410 | K9 | 2 | '8210361SD6698008 | 10/6/2005 | $39,126.97 | USD | 821036307 | SAG9014445 |
| '9000031998429 | RD 606416410 | K9 | 2 | '8210361SE4061608 | 10/6/2005 | $20,196.02 | USD | 821036306 | SAG9014442 |
| '9000031998431 | RD 606416410 | K9 | 2 | '8210361SK9370008 | 10/6/2005 | ($18,074.50) | USD | 821036306 | SAG9014442 |
| '9000032696840 | RD 606416410 | K9 | 4 | 'BDM350003SK94187 | 10/6/2005 | $21,471.18 | USD | 295S010268 | SAG9014443 |
| '9000032098974 | RD 606416410 | K9 | 2 | '295S011SK9434220 | 10/7/2005 | $19,329.45 | USD | 295S010267 | SAG9014595 |
| '9000032123896 | RD 606416410 | K9 | 2 | '8210361SD4066511 | 10/7/2005 | $38,672.20 | USD | 821036383 | SAG9014439 |
| '9000032012928 | RD 606416410 | K9 | 4 | 'BDM350005SK94342 | 10/7/2005 | ($19,329.45) | USD | 295S010267 | SAG9014595 |
| '9000032696841 | RD 606416410 | K9 | 4 | 'BDM350007SK94188 | 10/7/2005 | ($21,471.18) | USD | 295S010268 | SAG9014443 |
| '9000032696842 | | | | | | $673,272.82 | | | |