# **EXHIBIT D**

{1334876:}

## Mark J. Fiorina

**From:** Brewer, Dan [dan.brewer@delphi.com]
**Sent:** Wednesday, February 22, 2006 9:14 AM
**To:** Mark J. Fiorina
**Subject:** Pre Petition

**Attachments:** Pre Petition Balances as of 02 17 06.xls


Pre Petition
Balances as of 02...

<<Pre Petition Balances as of 02 17 06.xls>>

Mark:

I ran this the other day (Feb 17) and it reflects the current status of Delphi's pre petition balances on our books. Look it over and see if you have any questions or can identify any definitive areas of reconciliation.

Thanks,

Dan
248-813-6096


*************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.


*************************************************************************

1

| Process # | DUNS # | Pla | Do | Document # | Document Date | Total Amount | Currer | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|---|
| '90000032252021 | RD 606416410 | J9 | 4 | 'GIC030336920014 | 3/28/2003 | $420.00 | USD | | 211034749 S3S216656 |
| '90000032252022 | RD 606416410 | J9 | 4 | 'GID030336920001 | 3/28/2003 | ($4,414.20) | USD | | 211034749 S3S216656 |
| '90000032859423 | RD 606416410 | K9 | 2 | '821041ISE4345305 | 1/3/2005 | $59,873.45 | USD | | 821041411 SAG9014626 |
| '90000032960919 | RD 606416410 | K9 | 4 | 'BDM014020SE43453 | 1/3/2005 | ($59,873.45) | USD | | 821041411 SAG9014626 |
| '90000031641308 | RD 606416410 | E4 | 4 | 'CSR52036052B1001 | 9/11/2005 | $138.34 | USD | | 281007792 D0550049461 |
| '90000031641309 | RD 606416410 | E4 | 4 | 'CSR52036052B2001 | 9/11/2005 | $8.00 | USD | | 281007762 D0550049461 |
| '90000031641310 | RD 606416410 | E4 | 4 | 'CSR5203605282002 | 9/11/2005 | $12.32 | USD | | 281007763 D0550049461 |
| '90000031641311 | RD 606416410 | K9 | 4 | 'CSR5203605282003 | 9/11/2005 | $12.32 | USD | | 281007790 D0550049461 |
| '90000031641312 | RD 606416410 | E4 | 4 | 'CSR5203605282001 | 9/11/2005 | $67.04 | USD | | 281007764 D0550049461 |
| '90000031641313 | RD 606416410 | E4 | 4 | 'CSR5203605283002 | 9/11/2005 | $34.56 | USD | | 281007791 D0550049461 |
| '90000031641314 | RD 606416410 | H3 | 4 | 'CSR5203605385001 | 9/11/2005 | $986.82 | USD | | 841009086 D0550049453 |
| '90000031641315 | RD 606416410 | H3 | 4 | 'CSR5203605385002 | 9/11/2005 | $564.10 | USD | | 841009087 D0550049453 |
| '90000031641316 | RD 606416410 | H4 | 4 | 'CSR5203605400001 | 9/11/2005 | $562.30 | USD | | 841008568 D0550049454 |
| '90000031949045 | RD 606416410 | K9 | 2 | '295S01ISK9354405 | 9/12/2005 | $18,642.63 | USD | | 295S010243 SAG9014443 |
| '90000032225273 | RD 606416410 | K9 | 4 | '821034ISK9259528 | 9/15/2005 | $60,630.50 | USD | | 821034940 SAG9014442 |
| '90000032228859 | RD 606416410 | K9 | 4 | 'BCM302015SK92595 | 9/15/2005 | $19,061.25 | USD | | 821034940 SAG9014442 |
| '90000031949047 | RD 606416410 | K9 | 2 | '295S01ISK9312505 | 9/26/2005 | $20,501.34 | USD | | 821034940 SAG9014433 |
| '90000031949046 | RD 606416410 | K9 | 2 | '295S01ISK9355505 | 9/28/2005 | $6,800.00 | USD | | 295S010255 SAG9014604 |
| '90000031949044 | RD 606416410 | K9 | 2 | '295S01ISK9355205 | 9/29/2005 | $7,936.88 | USD | | 295S010256 SAG9014595 |
| '90000031949043 | RD 606416410 | K9 | 2 | '295S01ISK9355305 | 9/29/2005 | $2,127.13 | USD | | 295S010257 SAG9014443 |
| '90000031949048 | RD 606416410 | K9 | 2 | '295S01ISK9331905 | 9/29/2005 | $15,283.00 | USD | | 821035844 SAG9014624 |
| '90000031949049 | RD 606416410 | K9 | 2 | '821035ISK9335305 | 9/29/2005 | $18,241.00 | USD | | 821035863 SAG9014624 |
| '90000031933672 | RD 606416410 | H3 | 4 | '2110511SH3979004 | 9/30/2005 | $33,468.85 | USD | | 2110511955 SAG9014504 |
| '90000031949053 | RD 606416410 | K9 | 2 | '841012ISD6692205 | 9/30/2005 | $17,106.05 | USD | | 841012415 SAG9014432 |
| '00005016203136 | RD 606416410 | H4 | 4 | 'ADMDISCTS1105B | 10/1/2005 | ($419.10) | USD | DISCTS1005 | |
| '00005016207376 | RD 606416410 | H4 | 4 | 'ADMDISCTS1005 | 10/1/2005 | $989.38 | USD | DISCTS1105 | 281008211 |
| '90000031933669 | RD 606416410 | E4 | 2 | '520374961000I | 10/1/2005 | $247.05 | USD | DISCTS1105 | 281008213 |
| '90000032207374 | RD 606416410 | E4 | 2 | '5203749612001 | 10/1/2005 | $457.61 | USD | DISCTS1105 | 281008212 D0550049461 |
| '00005016207375 | RD 606416410 | H3 | 4 | 'ADMDISCTS1105A | 10/1/2005 | ($905.55) | USD | DISCTS1005 | |
| '00005016203137 | RD 606416410 | E4 | 4 | '5203749613001 | 10/1/2005 | $732.55 | USD | DISCTS1005 | 281008212 D0550049461 |
| '00005016203138 | RD 606416410 | H4 | 4 | 'ADMDISCTS1005 | 10/1/2005 | ($202.20) | USD | DISCTS1105 | |
| '90000031933670 | RD 606416410 | E4 | 2 | '5203749612001 | 10/1/2005 | ($759.92) | USD | DISCTS1105 | |
| '90000031933671 | RD 606416410 | E4 | 2 | '5203749613001 | 10/3/2005 | ($90.92) | USD | DISCTS1105 | |
| '90000031933673 | RD 606416410 | K9 | 2 | '821035ISK9332004 | 10/3/2005 | $3,278.76 | USD | | 821035845 SAG9F15678 |
| '90000031949050 | RD 606416410 | K9 | 2 | '821036ISK9349205 | 10/3/2005 | $6,139.06 | USD | | 821036015 SAG9014626 |
| '90000031949051 | RD 606416410 | K9 | 2 | '821036ISK9349305 | 10/3/2005 | $16,146.04 | USD | | 821036016 SAG9014624 |
| '90000031965319 | RD 606416410 | K9 | 2 | '821036ISK9349506 | 10/3/2005 | $16,146.04 | USD | | 822036019 SAG9014624 |
| '90000031949055 | RD 606416410 | K9 | 2 | '841012ISE4050905 | 10/3/2005 | $23,486.78 | USD | | 841012570 SAG9013915 |

| Process # | DUNS # | Pla | Do | Document # | Document Date | Total Amount | Curre | Bill Of Lading | Purchase Order # |
|---|---|---|---|---|---|---|---|---|---|
| '90000031965323 | RD 606416410 | K9 | 2 | '8410121SE4056906 | 10/3/2005 | $22,423.50 | USD | | 8410122568 SAG9014441 |
| '90000031965324 | RD 606416410 | K9 | 2 | '8410121SE4058206 | 10/3/2005 | $1,692.15 | USD | | 8410122571 SAG9014437 |
| '90000031949039 | RD 606416410 | E4 | 2 | '5203758073001 | 10/4/2005 | $472.84 | USD | | 2810082238 D0550049461 |
| '90000031949040 | RD 606416410 | E4 | 2 | '5203758097001 | 10/4/2005 | $904.46 | USD | | 2810082237 D0550049461 |
| '90000031949041 | RD 606416410 | K9 | 2 | '2110511SK9325405 | 10/4/2005 | $28,667.25 | USD | | 2110511899 SAG9F15368 |
| '90000031949042 | RD 606416410 | K9 | 2 | '2110511SK9335005 | 10/4/2005 | $22,634.68 | USD | | 2110511929 SAG9F15368 |
| '90000031949052 | RD 606416410 | K9 | 2 | '8210361SK9349405 | 10/4/2005 | $2,645.08 | USD | | 8210361929 SAG9F15678 |
| '90000031965320 | RD 606416410 | K9 | 2 | '8210361SK9356806 | 10/4/2005 | $20,182.55 | USD | | 8210361927 SAG9014624 |
| '90000031965321 | RD 606416410 | K9 | 2 | '8210361SK9357706 | 10/4/2005 | $20,182.55 | USD | | 8210361935 SAG9014624 |
| '90000031949054 | RD 606416410 | K9 | 2 | '8410121SD6923005 | 10/4/2005 | $3,282.29 | USD | | 8410122416 SAG9F15610 |
| '90000031965322 | RD 606416410 | K9 | 2 | '8410121SE4052406 | 10/4/2005 | $23,695.65 | USD | | 8410122710 SAG9014441 |
| '90000031952955 | RD 606416410 | K9 | 4 | 'BCM2790075K93350 | 10/4/2005 | $7,778.54 | USD | | 2110511929 SAG9F15368 |
| '90000031965315 | RD 606416410 | K9 | 2 | '5203766847001 | 10/5/2005 | $547.22 | USD | | 2810082279 D0550049461 |
| '90000031965316 | RD 606416410 | K9 | 2 | '5203766849001 | 10/5/2005 | $945.68 | USD | | 2810082280 D0550049461 |
| '90000031965317 | RD 606416410 | H3 | 2 | '5203767540001 | 10/5/2005 | $6,554.61 | USD | | 2110512577 D0550001559 |
| '90000031965318 | RD 606416410 | H4 | 2 | '5203768316001 | 10/5/2005 | $25,202.39 | USD | | 8410124416 D0550049454 |
| '90000032123897 | RD 606416410 | K9 | 2 | '2955011SK9434320 | 10/5/2005 | $18,631.26 | USD | | 2955010265 SAG9014443 |
| '90000031998430 | RD 606416410 | K9 | 2 | '8210361SD9365708 | 10/5/2005 | $20,106.22 | USD | | 8210362251 SAG9014442 |
| '90000031787711 | RD 606416410 | K9 | 2 | '8410121SE4058107 | 10/5/2005 | $20,089.58 | USD | | 8410122897 SAG9014441 |
| '90000032960918 | RD 606416410 | K9 | 4 | 'BDM014015SK94343 | 10/5/2005 | ($18,631.26) | USD | | 2955010265 SAG9014443 |
| '90000031787709 | RD 606416410 | E4 | 2 | '5203775004001 | 10/6/2005 | $946.67 | USD | | 2810082298 D0550049461 |
| '90000031978710 | RD 606416410 | E4 | 2 | '5203775166001 | 10/6/2005 | $1,411.03 | USD | | 2810082297 D0550049461 |
| '90000032098973 | RD 606416410 | K9 | 2 | '2955011SK9418718 | 10/6/2005 | $18,074.50 | USD | | 2955010266 SAG9014443 |
| '90000031998425 | RD 606416410 | K9 | 2 | '8210361SD6697308 | 10/6/2005 | $19,652.73 | USD | | 8210362301 SAG9014445 |
| '90000031998426 | RD 606416410 | K9 | 2 | '8210361SD6697408 | 10/6/2005 | $2,105.81 | USD | | 8210362302 SAG9014445 |
| '90000031998427 | RD 606416410 | K9 | 2 | '8210361SD6697508 | 10/6/2005 | $20,218.47 | USD | | 8210362305 SAG9014445 |
| '90000031998428 | RD 606416410 | K9 | 2 | '8210361SD6698008 | 10/6/2005 | $19,993.97 | USD | | 8210362307 SAG9014445 |
| '90000031998429 | RD 606416410 | K9 | 2 | '8210361SE4061608 | 10/6/2005 | $39,126.97 | USD | | 8210362295 SAG9014439 |
| '90000031998431 | RD 606416410 | K9 | 2 | '8210361SK9370008 | 10/6/2005 | $20,196.02 | USD | | 8210366306 SAG9014442 |
| '90000032696840 | RD 606416410 | K9 | 4 | 'BDM350003SK94187 | 10/6/2005 | ($18,074.50) | USD | | 2955010266 SAG9014443 |
| '90000032098974 | RD 606416410 | K9 | 2 | '2955011SK9418818 | 10/7/2005 | $21,471.18 | USD | | 2955010268 SAG9014443 |
| '90000032123896 | RD 606416410 | K9 | 2 | '2955011SK9434220 | 10/7/2005 | $19,329.45 | USD | | 2955010267 SAG9014595 |
| '90000032012928 | RD 606416410 | K9 | 2 | '8210361SD6697408 | 10/7/2005 | $38,672.20 | USD | | 8210366383 SAG9014439 |
| '90000032696841 | RD 606416410 | K9 | 4 | 'BDM350005SK94342 | 10/7/2005 | ($19,329.45) | USD | | 2955010267 SAG9014595 |
| '90000032696842 | RD 606416410 | K9 | 4 | 'BDM350007SK94188 | 10/7/2005 | ($21,471.18) | USD | | 2955010268 SAG9014443 |
| | | | | | | **$673,272.82** | | | |