**FOLEY & LARDNER LLP**
David G. Dragich (Admitted *pro hac vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
Attorneys for Peugeot Japy Industries S.A.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             )
In re:                                                       )
                                                             )    Chapter 11
DELPHI CORPORATION, et al.,                                  )    Case No. 05-44481 (RDD)
                                                             )    Jointly Administered
            Debtors.                                         )
-------------------------------------------------------------x

**RESPONSE OF PEUGEOT JAPY INDUSTRIES S.A. TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502(B) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) DUPLICATE OR AMENDED CLAIMS, (B) EQUITY CLAIMS, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS, AND (F) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS, AND MODIFIED CLAIMS ASSERTING <u>RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS</u>**

Peugeot Japy Industries S.A. ("Peugeot"), by its attorneys Foley & Lardner LLP, hereby submits this Response (the "Response") to the Debtors' Twenty-Second Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (a) Duplicate or Amended Claims, (b) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on Debtors' Books and Records, (e) Untimely Claims, and (f) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, Claims Subject to Modification that are Subject to Prior Orders, and Modified Claims Asserting Reclamation that

DETR_484331.1

are Subject to Prior Orders (the "Twenty-Second Omnibus Claims Objection"). In support of its Response, Peugeot respectfully represents as follows:

1. The Twenty-Second Omnibus Claims Objection addresses Claim Number 12136 filed by Peugeot (the "Claim"). The Claim asserts an unsecured claim against the Debtors in the amount of $933,276.00.

2. The Debtors' Twenty-Second Omnibus Claims Objection seeks to modify the Claim such that it be modified from $933,276.00 to $830,000.00.

3. Section 502(a) of the Bankruptcy Code and Bankruptcy Rule 3001(f) provide that a properly filed proof of claim constitutes *prima facie* evidence of the validity and the amount of the claim, unless a party objects. The party objecting to the claim has the burden of going forward and of introducing evidence sufficient to rebut the presumption of validity. In re Wells, 51 B.R. 563 (D. Colo. 1985); Matter of Unimet Corp., 74 B.R. 156 (Bankr. N.D. Ohio 1987). The Debtors have set forth no such evidence. Other than generic and vague representations, the Debtors offer neither evidence nor specific bases to object to the Claim. The Debtors fail to provide any supporting materials to support the Twenty-Second Omnibus Claims Objection.

4. Peugeot, on the other hand, reiterates its position that the Claim is due and owing by the Debtors in the amounts set forth in the Claim. The documents supporting the Claim were annexed as exhibits previously filed and submitted. For ease of reference, Peugeot re-attaches hereto as **Exhibit A**, the Claim, with supporting documents. Peugeot will continue to work with the Debtors in an effort to resolve the Claim.

WHEREFORE, Peugeot respectfully requests that the Court enter an order denying the Debtors' Twenty-Second Omnibus Claims Objection with respect to its Claim and award such other and further relief as may be just and proper.

                                    Respectfully submitted,

                                    **FOLEY & LARDNER LLP**

                                    */s/ David G. Dragich*
David G. Dragich (Admitted *pro hac vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
Attorneys for Peugeot Japy Industries S.A.

Dated: November 20, 2007

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Response of Peugeot Japy Industries S.A. to Debtors' Twenty-Second Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, Claims Subject to Modification That Are Subject to Prior Orders, and Modified Claims Asserting Reclamation That are Subject to Prior Orders has been served upon the following counsel of record by U.S. Mail this 20th day of November, 2007:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn:   John Wm. Butler Jr.
          John K. Lyons
          Joseph N. Wharton

　　　　　　　　　　　　　　　　　　　　 */s/ Kathy Rose*
Kathy Rose, Administrative Legal Assistant
FOLEY & LARDNER LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100