# EXHIBIT "A"

FORM 10. PROOF OF CLAIM

| United States Bankruptcy Court<br>Southern District of New York | PROOF OF CLAIM |
|---|---|
| In re<br>    **Delphi Corporation, et al.**<br><br>                     Debtors. | Chapter 11<br>Bankr. Case No. 05-44481 (RDD)<br>(Jointly Consolidated) |
| Claim is being filed against:<br><br>**Delphi Automotive Systems Services, LLC** | Bankr. Case No. 05-44632 |

NOTE: This form is not being used to make a claim for an administrative expense arising after the commencement of the case.

| Name of Creditor<br>*(The person or entity to whom the debtor owed money or property.)*<br><br>**Neuman Aluminum Automotive Inc./Neuman Aluminium Impact Extrusion**<br><br>Name and Addresses Where Notices Should Be Sent:<br><br>John S. Mairo,, Esq.<br>Brett S. Moore, Esq.<br>Porzio Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>Morristown, NJ 07962<br>(973) 538-4006<br>        and<br><br>Glen Ross, Controller<br>Neuman Aluminum, Inc.<br>56 Dunsmore Rd.<br>Verona, Virginia 24482 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this claim    ☐ replaces,<br>                                       ☐ amends<br>            a previously filed<br>            claim dated: _____ | |

1. BASIS FOR CLAIM

| ☒ | Goods Sold | ☐ | Retiree benefits as defined in 11 U.S.C. §114(a) |
| ☐ | Services performed | ☐ | Wages, salaries and compensations (Fill out below) |
| ☐ | Money loaned | | Your social security number _____ |
| ☐ | Personal injury/wrongful death | | Unpaid compensation for services performed from (date) ___ |
| ☐ | Taxes | | _____ to _____ (date). |
| ☐ | Other (Describe briefly) | | |

| 2. DATE DEBT WAS INCURRED<br><br>See Exhibit "A" attached. | 3. IF COURT JUDGMENT, DATE OBTAINED: |
|---|---|

1046023

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☒ UNSECURED NONPRIORITY CLAIM **$631,976.95**[1]

A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest

☐ Real Estate   ☐ Motor Vehicle   ☐ Other (Describe briefly)

Value of Collateral: $ _____

Amount of arrearage and other charges included in secured claim above, if any $ _____

UNSECURED PRIORITY CLAIM
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5)
☐ Up to $2,225 of deposits toward purchase, lease or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7)
☐ Taxes or penalties of governmental units - 11 U.S.C. §507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)( )

5. TOTAL AMOUNT OF CLAIM
**$631,976.95** + $ _____ + $ _____ = **$631,976.95**
(Unsecured)         (Secured)        Priority         (Total)

☐ Check this box if claim includes pre-petition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purposes of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes debtor.

7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach summary. See Exhibit "A" attached.

8. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date: July 25, 2006 | Sign and print below the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any). <br><br> _____ <br> Glen Ross, Controller |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571.

---

[1] A portion of this amount (i.e., $52,441.26) is the subject of a Reclamation Demand (no. 443) that is currently in dispute with the Debtors. Although such amount is included here to protect Neuman's interests, Neuman reserves all rights to pursue its Reclamation Demand and modify this claim accordingly.

1046023

| System: | 10/17/2005 | 2:55:22 PM | AGED TRIAL BALANCE WITH OPTIONS - DETAIL | Page: | 1 |
| User Date: | 10/17/2005 | | | User ID: | glen |

Neuman AUTO
Receivables Management

Ranges:
| Customer ID: | DELPHI NEW - DELPHI NEW | User-Defined 1: | First - Last | ZIP Code: | First - Last |
| Customer Class: | First - Last | Customer Name: | First - Last | State: | First - Last |
| Salesperson ID: | First - Last | Short Name: | First - Last | Telephone: | First - Last |
| Sales Territory: | First - Last | Posting Date: | First - Last | | |

Account Type: All
Customer: by Customer ID
Document: by Document Number

Exclude: Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info

* - Indicates an unposted credit document that has been applied.

Customer: DELPHI NEW   Name: DELPHI THERMAL HARRISON NEW   Account Type: Open Item   Aged As of: 9/30/2005
Contact:         Credit:       Unlimited
Phone: (000) 000-0000 Ext. 0000
Fax:   (000) 000-0000 Ext. 0000    Terms: NET60

| Doc # | Type | Date | Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 180 Days | 181 plus |
|---|---|---|---|---|---|---|---|---|
| INV10176 | SLS | 8/30/2004 | | | | | | $4,089.60 |
| PYMNT0297 | | 10/1/2004 | | | | | | -$1,175.98 |
| PYMNT0301 | | 11/29/2004 | | | | | | -$3.35 |
| PYMNT0304 | | 12/28/2004 | | | | | | -$700.88 |
| INV10177 | SLS | 8/30/2004 | | | | | | $1,946.00 |
| INV10178 | SLS | 8/30/2004 | | | | | | $481.20 |
| INV10179 | SLS | 8/30/2004 | | | | | | $2,956.80 |
| INV10180 | SLS | 8/30/2004 | | | | | | $2,044.80 |
| INV10181 | SLS | 8/30/2004 | | | | | | $1,946.00 |
| INV10182 | SLS | 8/30/2004 | | | | | | $481.20 |
| INV10183 | SLS | 8/30/2004 | | | | | | $2,275.39 |
| PYMNT0301 | | 11/29/2004 | | | | | | -$2.60 |
| INV10184 | SLS | 8/30/2004 | | | | | | $1,244.54 |
| PYMNT0301 | | 11/29/2004 | | | | | | -$2.60 |
| INV10185 | SLS | 8/30/2004 | | | | | | $1,773.60 |
| PYMNT0301 | | 11/29/2004 | | | | | | -$2.40 |
| INV10186 | SLS | 8/31/2004 | | | | | | $5,174.40 |
| PYMNT0301 | | 11/29/2004 | | | | | | -$8.40 |
| INV10187 | SLS | 8/31/2004 | | | | | | $962.40 |
| PYMNT0301 | | 11/29/2004 | | | | | | -$3.60 |
| INV10188 | SLS | 8/31/2004 | | | | | | $4,089.60 |
| PYMNT0301 | | 11/29/2004 | | | | | | -$9.60 |
| INV10189 | SLS | 8/31/2004 | | | | | | $1,946.00 |
| PYMNT0301 | | 11/29/2004 | | | | | | -$4.00 |
| INV10190 | SLS | 8/31/2004 | | | | | | $481.20 |
| PYMNT0301 | | 11/29/2004 | | | | | | -$1.80 |
| INV10191 | SLS | 8/31/2004 | | | | | | $2,956.80 |
| PYMNT0301 | | 11/29/2004 | | | | | | -$4.80 |
| INV10192 | SLS | 8/31/2004 | | | | | | $2,556.00 |
| PYMNT0301 | | 11/29/2004 | | | | | | -$6.00 |
| INV10193 | SLS | 8/31/2004 | | | | | | $389.20 |
| PYMNT0301 | | 11/29/2004 | | | | | | -$0.80 |
| INV10194 | SLS | 8/31/2004 | | | | | | $481.20 |
| PYMNT0301 | | 11/29/2004 | | | | | | -$1.80 |
| INV10195 | SLS | 8/31/2004 | | | | | | $2,275.39 |
| PYMNT0301 | | 11/29/2004 | | | | | | -$2.60 |
| INV10196 | SLS | 8/31/2004 | | | | | | $1,244.54 |
| PYMNT0301 | | 11/29/2004 | | | | | | -$2.60 |
| PYMNT0311 | | 2/2/2005 | | | | | | -$231.16 |
| INV12458 | SLS | 8/26/2005 | $1,563.20 | | | | | |
| PYMNT0359 | | 10/4/2005 | -$1,254.61 | | | | | |
| INV12459 | SLS | 8/26/2005 | $2,278.08 | | | | | |
| INV12460 | SLS | 8/26/2005 | $1,169.28 | | | | | |
| INV12461 | SLS | 8/29/2005 | $4,449.60 | | | | | |
| INV12462 | SLS | 8/29/2005 | $3,484.13 | | | | | |
| INV12463 | SLS | 8/29/2005 | $1,172.40 | | | | | |
| INV12464 | SLS | 8/29/2005 | $3,708.00 | | | | | |

05-44481-rdd    Doc 10995-1    Filed 11/20/07    Entered 11/20/07 16:16:20    Exhibit A
Pg 5 of 9

| | | | | | |
|---|---|---|---|---|---|
| System: | 10/17/2005 | 2:55:22 PM | AGED TRIAL BALANCE WITH OPTIONS - DETAIL | Page: | 2 |
| User Date: | 10/17/2005 | | | User ID: | glen |

Neuman AUTO

| Invoice | Type | Date | Amount |
|---|---|---|---|
| INV12465 | SLS | 8/29/2005 | $1,393.65 |
| INV12466 | SLS | 8/29/2005 | $1,172.40 |
| INV12467 | SLS | 8/29/2005 | $888.60 |
| INV12468 | SLS | 8/30/2005 | $4,449.60 |
| INV12469 | SLS | 8/30/2005 | $2,787.30 |
| INV12470 | SLS | 8/30/2005 | $1,954.00 |
| INV12471 | SLS | 8/30/2005 | $771.00 |
| INV12472 | SLS | 8/30/2005 | $888.60 |
| INV12473 | SLS | 8/30/2005 | $2,224.80 |
| INV12474 | SLS | 8/30/2005 | $1,563.20 |
| INV12475 | SLS | 8/31/2005 | $4,449.60 |
| INV12476 | SLS | 8/31/2005 | $2,787.30 |
| INV12477 | SLS | 8/31/2005 | $1,563.20 |
| INV12478 | SLS | 8/31/2005 | $888.60 |
| INV12479 | SLS | 8/31/2005 | $3,708.00 |
| INV12480 | SLS | 8/31/2005 | $1,393.65 |
| INV12481 | SLS | 8/31/2005 | $1,563.20 |
| INV12482 | SLS | 8/31/2005 | $2,278.08 |
| INV12483 | SLS | 8/31/2005 | $1,169.28 |
| INV12484 | SLS | 8/31/2005 | $888.60 |
| INV12487 | SLS | 9/1/2005 | $4,536.00 |
| INV12488 | SLS | 9/1/2005 | $2,849.24 |
| INV12489 | SLS | 9/1/2005 | $2,002.00 |
| INV12490 | SLS | 9/1/2005 | $3,780.00 |
| INV12491 | SLS | 9/1/2005 | $712.31 |
| INV12492 | SLS | 9/1/2005 | $1,201.20 |
| INV12493 | SLS | 9/1/2005 | $903.00 |
| INV12494 | SLS | 9/2/2005 | $9,072.00 |
| INV12495 | SLS | 9/2/2005 | $6,410.79 |
| INV12496 | SLS | 9/2/2005 | $3,203.20 |
| INV12497 | SLS | 9/2/2005 | $2,298.24 |
| INV12498 | SLS | 9/2/2005 | $1,190.70 |
| INV12499 | SLS | 9/2/2005 | $1,806.00 |
| INV12500 | SLS | 9/2/2005 | $7,560.00 |
| INV12501 | SLS | 9/2/2005 | $5,698.48 |
| INV12502 | SLS | 9/2/2005 | $3,203.20 |
| INV12503 | SLS | 9/2/2005 | $2,298.24 |
| INV12504 | SLS | 9/2/2005 | $1,190.70 |
| INV12505 | SLS | 9/2/2005 | $1,806.00 |
| INV12506 | SLS | 9/6/2005 | $4,536.00 |

05-44481-rdd   Doc 10995-1   Filed 11/20/07   Entered 11/20/07 16:16:20   Exhibit A
Pg 6 of 19

| System: | 10/17/2005 | 2:55:22 PM | AGED TRIAL BALANCE WITH OPTIONS - DETAIL | Page: | 3 |
| User Date: | 10/17/2005 | | | User ID: | glen |

Neuman AUTO

| Invoice | Type | Date | Amount |
|---|---|---|---|
| INV12507 | SLS | 9/6/2005 | $712.31 |
| INV12508 | SLS | 9/6/2005 | $3,024.00 |
| INV12509 | SLS | 9/6/2005 | $1,424.62 |
| INV12510 | SLS | 9/7/2005 | $4,536.00 |
| INV12511 | SLS | 9/7/2005 | $3,561.55 |
| INV12512 | SLS | 9/7/2005 | $1,601.60 |
| INV12513 | SLS | 9/7/2005 | $1,512.00 |
| INV12514 | SLS | 9/7/2005 | $800.80 |
| INV12515 | SLS | 9/7/2005 | $786.00 |
| INV12516 | SLS | 9/8/2005 | $4,536.00 |
| INV12517 | SLS | 9/8/2005 | $3,561.55 |
| INV12518 | SLS | 9/8/2005 | $1,601.60 |
| INV12519 | SLS | 9/8/2005 | $3,024.00 |
| INV12520 | SLS | 9/8/2005 | $2,136.93 |
| INV12521 | SLS | 9/8/2005 | $2,383.74 |
| INV12522 | SLS | 9/8/2005 | $1,190.70 |
| INV12523 | SLS | 9/8/2005 | $903.00 |
| INV12524 | SLS | 9/9/2005 | $4,536.00 |
| INV12525 | SLS | 9/9/2005 | $3,561.55 |
| INV12526 | SLS | 9/9/2005 | $800.80 |
| INV12527 | SLS | 9/9/2005 | $786.00 |
| INV12528 | SLS | 9/9/2005 | $903.00 |
| INV12529 | SLS | 9/9/2005 | $3,780.00 |
| INV12530 | SLS | 9/9/2005 | $3,561.55 |
| INV12531 | SLS | 9/9/2005 | $903.00 |
| INV12532 | SLS | 9/12/2005 | $4,536.00 |
| INV12533 | SLS | 9/12/2005 | $3,561.55 |
| INV12534 | SLS | 9/12/2005 | $1,201.20 |
| INV12535 | SLS | 9/12/2005 | $903.00 |
| INV12536 | SLS | 9/12/2005 | $3,780.00 |
| INV12537 | SLS | 9/12/2005 | $1,601.60 |
| INV12538 | SLS | 9/12/2005 | $2,298.24 |
| INV12539 | SLS | 9/12/2005 | $1,190.70 |
| INV12540 | SLS | 9/12/2005 | $1,806.00 |
| INV12541 | SLS | 9/13/2005 | $4,536.00 |
| INV12542 | SLS | 9/13/2005 | $3,561.55 |
| INV12543 | SLS | 9/13/2005 | $1,601.60 |
| INV12544 | SLS | 9/13/2005 | $903.00 |
| INV12545 | SLS | 9/13/2005 | $3,024.00 |

05-44481-rdd   Doc 10995-1   Filed 11/20/07   Entered 11/20/07 16:16:20   Exhibit A Pg 7 of 9

| System: | 10/17/2005 | 2:55:22 PM | AGED TRIAL BALANCE WITH OPTIONS - DETAIL | Page: | 4 |
| User Date: | 10/17/2005 | | | User ID: | glen |

Neuman AUTO

| Invoice | Type | Date | Amount |
|---|---|---|---|
| INV12546 | SLS | 9/13/2005 | $1,424.62 |
| INV12547 | SLS | 9/13/2005 | $800.80 |
| INV12548 | SLS | 9/13/2005 | $1,190.70 |
| INV12549 | SLS | 9/13/2005 | $903.00 |
| INV12550 | SLS | 9/14/2005 | $4,536.00 |
| INV12551 | SLS | 9/14/2005 | $3,561.55 |
| INV12552 | SLS | 9/14/2005 | $1,601.60 |
| INV12553 | SLS | 9/14/2005 | $903.00 |
| INV12554 | SLS | 9/14/2005 | $3,024.00 |
| INV12555 | SLS | 9/14/2005 | $712.31 |
| INV12556 | SLS | 9/14/2005 | $800.80 |
| INV12557 | SLS | 9/14/2005 | $1,415.88 |
| INV12558 | SLS | 9/14/2005 | $903.00 |
| INV12559 | SLS | 9/15/2005 | $4,536.00 |
| INV12560 | SLS | 9/15/2005 | $3,561.55 |
| INV12561 | SLS | 9/15/2005 | $1,601.60 |
| INV12562 | SLS | 9/15/2005 | $3,780.00 |
| INV12563 | SLS | 9/15/2005 | $712.31 |
| INV12564 | SLS | 9/15/2005 | $1,601.60 |
| INV12565 | SLS | 9/15/2005 | $1,190.70 |
| INV12566 | SLS | 9/15/2005 | $903.00 |
| INV12569 | SLS | 9/15/2005 | $4,536.00 |
| INV12570 | SLS | 9/15/2005 | $3,561.55 |
| INV12571 | SLS | 9/15/2005 | $1,601.60 |
| INV12572 | SLS | 9/15/2005 | $786.00 |
| INV12573 | SLS | 9/19/2005 | $2,268.00 |
| INV12574 | SLS | 9/19/2005 | $43.94 |
| INV12575 | SLS | 9/19/2005 | $1,424.62 |
| INV12576 | SLS | 9/19/2005 | $903.00 |
| INV12577 | SLS | 9/20/2005 | $4,536.00 |
| INV12578 | SLS | 9/20/2005 | $3,561.55 |
| INV12579 | SLS | 9/20/2005 | $800.80 |
| INV12580 | SLS | 9/20/2005 | $903.00 |
| INV12581 | SLS | 9/20/2005 | $3,024.00 |
| INV12582 | SLS | 9/20/2005 | $1,424.62 |
| INV12583 | SLS | 9/20/2005 | $400.40 |
| INV12584 | SLS | 9/20/2005 | $1,190.70 |
| INV12585 | SLS | 9/20/2005 | $903.00 |
| INV12586 | SLS | 9/21/2005 | $4,536.00 |
| INV12587 | SLS | 9/21/2005 | $3,561.55 |

05-44481-rdd    Doc 10995-1    Filed 11/20/07    Entered 11/20/07 16:16:20    Exhibit A
Pg 8 of 9

| System: | 10/17/2005 | 2:55:22 PM | AGED TRIAL BALANCE WITH OPTIONS - DETAIL | Page: | 5 |
| User Date: | 10/17/2005 | | | User ID: | glen |

Neuman AUTO

| Invoice | Type | Date | Amount |
|---|---|---|---|
| INV12588 | SLS | 9/21/2005 | $1,601.60 |
| INV12589 | SLS | 9/21/2005 | $786.00 |
| INV12590 | SLS | 9/21/2005 | $1,192.80 |
| INV12591 | SLS | 9/21/2005 | $903.00 |
| INV12592 | SLS | 9/22/2005 | $4,536.00 |
| INV12593 | SLS | 9/22/2005 | $3,561.55 |
| INV12594 | SLS | 9/22/2005 | $1,601.60 |
| INV12595 | SLS | 9/22/2005 | $786.00 |
| INV12596 | SLS | 9/22/2005 | $903.00 |
| INV12597 | SLS | 9/22/2005 | $3,024.00 |
| INV12598 | SLS | 9/22/2005 | $800.80 |
| INV12599 | SLS | 9/22/2005 | $1,190.70 |
| INV12600 | SLS | 9/23/2005 | $6,804.00 |
| INV12601 | SLS | 9/23/2005 | $4,986.17 |
| INV12602 | SLS | 9/23/2005 | $2,802.80 |
| INV12603 | SLS | 9/23/2005 | $786.00 |
| INV12604 | SLS | 9/23/2005 | $1,806.00 |
| INV12606 | SLS | 9/21/2005 | $3,780.00 |
| INV12607 | SLS | 9/21/2005 | $712.31 |
| INV12608 | SLS | 9/21/2005 | $1,201.20 |
| INV12609 | SLS | 9/23/2005 | $6,804.00 |
| INV12610 | SLS | 9/23/2005 | $5,698.48 |
| INV12611 | SLS | 9/23/2005 | $2,802.80 |
| INV12612 | SLS | 9/23/2005 | $1,572.00 |
| INV12613 | SLS | 9/23/2005 | $1,190.70 |
| INV12614 | SLS | 9/23/2005 | $1,806.00 |
| INV12615 | SLS | 9/23/2005 | $15,120.00 |
| INV12616 | SLS | 9/23/2005 | $8,547.72 |
| INV12617 | SLS | 9/23/2005 | $10,410.40 |
| INV12618 | SLS | 9/23/2005 | $3,144.00 |
| INV12619 | SLS | 9/23/2005 | $3,572.10 |
| INV12620 | SLS | 9/23/2005 | $1,192.80 |
| INV12621 | SLS | 9/23/2005 | $3,612.00 |
| INV12622 | SLS | 9/23/2005 | $18,144.00 |
| INV12623 | SLS | 9/23/2005 | $9,972.34 |
| INV12624 | SLS | 9/23/2005 | $12,012.00 |
| INV12625 | SLS | 9/23/2005 | $1,192.80 |
| INV12626 | SLS | 9/23/2005 | $18,144.00 |
| INV12627 | SLS | 9/23/2005 | $9,972.34 |

System: 10/17/2005    2:55:22 PM
User Date: 10/17/2005

AGED TRIAL BALANCE WITH OPTIONS - DETAIL
Neuman AUTO

Exhibit A
Page: 6
User ID: glen

05-44481-rdd    Doc 10995-1    Filed 11/20/07    Entered 11/20/07 16:16:20
Pg 9 of 9

| Document | Type | Date | Amount |
|---|---|---|---|
| INV12628 | SLS | 9/23/2005 | $12,012.00 |
| INV12629 | SLS | 9/23/2005 | $1,192.80 |
| INV12630 | SLS | 9/23/2005 | $15,120.00 |
| INV12631 | SLS | 9/23/2005 | $8,547.72 |
| INV12632 | SLS | 9/23/2005 | $10,410.40 |
| INV12633 | SLS | 9/23/2005 | $3,144.00 |
| INV12634 | SLS | 9/23/2005 | $2,381.40 |
| INV12635 | SLS | 9/23/2005 | $1,192.80 |
| INV12636 | SLS | 9/23/2005 | $2,709.00 |
| INV12637 | SLS | 9/23/2005 | $12,610.00 |
| INV12638 | SLS | 9/23/2005 | $5,471.40 |
| INV12639 | SLS | 9/23/2005 | $5,382.00 |
| INV12640 | SLS | 9/23/2005 | $2,624.40 |
| INV12641 | SLS | 9/23/2005 | $16,632.00 |
| INV12642 | SLS | 9/23/2005 | $9,963.60 |
| INV12643 | SLS | 9/23/2005 | $11,211.20 |
| INV12644 | SLS | 9/23/2005 | $1,192.80 |
| PYMNT0329 | PMT | 5/12/2005 | -$0.60 |

| Balance | | Totals: | Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 180 Days | 181 plus |
|---|---|---|---|---|---|---|---|---|
| $631,976.95 | | | $592,346.06 | $0.00 | $0.00 | $0.00 | $0.00 | $39,630.89 |

| TOTAL Balance | # of Cust | Current | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 180 Days | 181 plus |
|---|---|---|---|---|---|---|---|
| $631,976.95 | 1 | $592,346.06 | $0.00 | $0.00 | $0.00 | $0.00 | $39,630.89 |

System: 10/17/2005    2:55:22 PM
User Date: 10/17/2005

AGED TRIAL BALANCE WITH OPTIONS - DETAIL

Exhibit A
Page: 6
User ID: glen

05-44481-rdd    Doc 10995-1    Filed 11/20/07    Entered 11/20/07 16:16:20