| | |
|---|---|
| TISDALE & ASSOCIATES LLC<br>Douglas M. Tisdale, Esq.<br>Steven A. Klenda, Esq.<br>1600 Broadway, Suite 2600<br>Denver, CO  80202-4989<br>(303) 832-1800 | **Return Date and Time:** |

Counsel for Nutech Plastics Engineering, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re  DELPHI AUTOMOTIVE SYSTEMS USA, L.L.C. | Chapter 11<br>Case No. 05-44640 |
| DELPHI CORPORATION, et al.,<br>            Debtors. | Jointly Administered as<br>Case No. 05-44481 |
| NUTECH PLASTICS ENGINEERING, INC.<br>        Movant,<br><br>    v.<br><br>DELPHI AUTOMOTIVE SYSTEMS USA, L.L.C. dba<br>Delphi Automotive Systems, L.L.C.<br>        Respondent. | |

**ELECTRONIC FILER REQUEST TO TERMINATE COURT E-MAIL NOTIFICATION**

　　　　PLEASE TAKE NOTICE that the under signed attorney/electronic filer ("**E-Filer**") hereby requests termination of electronic notification of actions and events docketed in the above matter.  The undersigned understands that registration as an electronic filer serves as consent to receive notice electronically from the court pursuant to Amended General Procedure Order No. 2001-8.  The undersigned also understands that upon processing of this request by the clerk, service of orders and notices from the court via E-mail notification will cease, and because the undersigned's general status as a registered E-filer with the court remains in effect, the undersigned will not receive service of orders and notices by conventional mailing from the court.

　　　　PLEASE TAKE FURTHER NOTICE that in the event the undersigned E-filer has previously filed a Waiver of Conventional Notice and consent to Notice by Electronic Transmission pursuant to Amended General Procedure Order No. 2001-9, undersigned understands said waiver is withdrawn by the filing of this request.

　　　　　　　　　　　　　　　　　　TISDALE & ASSOCIATES LLC
　　　　　　　　　　　　　　　　　　By:     /s/ Douglas M. Tisdale, Esq.
　　　　　　　　　　　　　　　　　　　　1600 Broadway, Suite 2600

Denver, CO 80202  
Telephone: 303-832-1800  
Fax: 303-832-0799  
doug@tisdalelaw.com  
Colo. S. Ct. Atty. Reg. No. 6864