# EXHIBIT B

 **A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

Order No.: 0277597 / 00
Invoice No.: I227687
Invoice Date: 8/03/04
Payment Due: 10/02/04
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due** 1,476.00

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517/PRA 8296 | 8/03/04 | USF HOLLAND | FOB SHIPPI | L233350 | 1880.000 | 80.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>  7056<br>  PART# 7056 / 1002989CT<br>7056 | 1800.000 LB | .82000 | 1476.00 |
| | | | SUB-TOTAL | 1476.00 |

Customer Service 800-547-3746    Page  1    **Total Amount**    1,476.00
Thank You For Your Order

# DELIVERY RECEIPT

**USF Holland** — 750 EAST 40th ST, HOLLAND, MICHIGAN 49423

PHONE (616) 395-5000  DUNS 00-777-3724  (HMES)

LOCAL NO. (989)624-4975

| ORIG | DEST | TYPE | P/C | BILLER |
|------|------|------|-----|--------|
| AK | BR | C | | JL |

SHIPPER BOL NO: L233350
PRO NUMBER: 102-0080718 5  WF04
PO NUMBER:
DATE: 08/03/04
OCD AMOUNT:

**CONSIGNEE**
NAO DISBURSEMENT % DELPHI  115822
DOCK 100 60-01
2926 DAVISON RD
FLINT  MI  48506

**SHIPPER**
A SCHULMAN % ASW OHIO SCS LLC  59062
3375 GILCHRIST RD
MOGADORE  OH  442601253

**BILL CHARGES TO**
NAO DISBURSEMENT % DELPHI
DOCK 100 60-01
2926 DAVISON RD
FLINT  MI  48506

INBOUND TRAILER: 534306  002

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT (LBS) | FFD/COL |
|--------|----|-----|-------|--------------|---------|
| 1 | | PLASTIC MATERIALS FLAKES GRANULES LUMPS PELLETS POWDER OR SOLID MASS CL60 AS WEIGHT DISCOUNT 46% | 60.0 | 1880 2000 | |
| 1 | | FSC 2.00%  NATL AVG FUEL COST IS 175.4 TOTALS | | 1880 | COL |

****-HOT-***-RUSH-***-HOT-***-RUSH-****

SYSTEM WIDE CERTIFIED ISO 9001:2000

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED WHERE APPLICABLE. SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.

FIRM:
PRINT NAME: Brandi Willie
SIGNATURE: [signed]

DRIVER: Larry Esser
DATE DEL'D: 8/4/04

OPEN 1000 09/01-2.0


# A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

Order No.: 0261725 / 00
Invoice No.: I213531
Invoice Date: 3/25/04
Payment Due: 5/24/04
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**  1,467.80

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 PRA 8296 | 3/25/04 | USF HOLLAND | FOB SHIPPI | L219803 | 1870.000 | 80.000 | 1790.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>  7056<br>  PART# 7056 / 1002989CT | 1790.000 LB | .82000 | 1467.80 |
| | | | SUB-TOTAL | 1467.80 |

Customer Service 800-547-3746          Page    1            **Total Amount**   1,467.80
Thank You For Your Order

# USF Holland

**DELIVERY RECEIPT**

750 EAST 40th ST.
HOLLAND, MICHIGAN 49423

PHONE (616) 395-5000    DUNS 00-777-3724    (HMES)

LOCAL NO. (989)624-4975

| ORIG | DEST | TYPE | P/C | BILLER |
|------|------|------|-----|--------|
| AK | BR | C | | JL |

SHIPPER BOL NO: L219803
P.O. NUMBER:
PRO NUMBER: 563-92741
DATE: 03/25/04

FR26
COD AMOUNT

**CONSIGNEE**
DELPHI E DOCK 100
AC NAO DISBUSEMENT
2926 DAVISON RD # 31005
FLINT        MI 485560001            115822

**SHIPPER**
A SCHULMAN X ASW OHIO SCS, LLC    59062
3375 GILCHRIST RD
MOGADORE        OH 442601253

DELPHI E DOCK 100
AC NAO DISBUSEMENT
2926 DAVISON RD # 31005
FLINT        MI 485560001

| INBOUND TRAILER | ROUTE NO. | BYD SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE |
|---|---|---|---|---|---|
| 500006 | 002 | | | | |

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| 1 | | PLASTIC MATERIALS FLAKES GRANULES LUMPS PELLETS POWDER OR SOLID MASS CL60 | 60.0 | 1870 | |
| | | AS WEIGHT DISCOUNT 65% | | 2000 | |
| | | FSC 1.50%    NATL AVG FUEL COST IS 164.1 | | | |
| 1 | | TOTALS | | 1870 | COL |

2004 MAR 26 PM 2 45

| APPT. | REQUESTED DATE | TIME | SVC. CODE |
|---|---|---|---|
| DATE | TRAILER/BAY 2108 | PIECES 1 | INITIALS |
| DATE | TRAILER/BAY | PIECES | INITIALS |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED

FIRM
PRINT NAME
SIGNATURE: Donna Fisher

**SYSTEM WIDE CERTIFIED**
ISO 9001: 2000

IN
OUT
DRIVER
DATE DEL'D 3/26/04

OPER 1000 09/01-2.0


# A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

Order No.: 0277597 / 00
Invoice No.: I227687
Invoice Date: 8/03/04
Payment Due: 10/02/04
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**
1,476.00

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517/PRA8296 | 8/03/04 | USF HOLLAND | FOB SHIPPI | L233350 | 1880.000 | 80.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>\*\* Part Number \*\*<br>  7056<br>  PART# 7056 / 1002989CT<br>7056 | 1800.000 LB | .82000 | 1476.00 |
| | | | SUB-TOTAL | 1476.00 |

Customer Service 800-547-3746   Page  1
Thank You For Your Order

**Total Amount**   1,476.00





Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

| | |
|---|---|
| Order No.: | 0261725 / 00 |
| Invoice No.: | I213531 |
| Invoice Date: | 3/25/04 |
| Payment Due: | 5/24/04 |
| Payment Terms: | NET 60 DAYS AFTER INVOICE DATE |

| | |
|---|---|
| Customer Acct. No: | 030210 / 003 |
| Salesman: | Detroit House Account |
| Salesman No.: | 199 |

**Total Due**
1,467.80

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 PRA 8296 | 3/25/04 | USF HOLLAND | FOB SHIPPI | L219803 | 1870.000 | 80.000 | 1790.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>  7056<br>  PART# 7056 / 1002989CT | 1790.000 LB | .82000 | 1467.80 |
| | | | SUB-TOTAL | 1467.80 |

Customer Service 800-547-3746     Page    1     **Total Amount**    1,467.80
Thank You For Your Order

| USF Holland | 750 EAST 40th ST. HOLLAND, MICHIGAN 49423 | | | | | PHONE (616) 395-5000 | DUNS 00-777-3724 | (HMES) | DELIVERY RECEIPT |
|---|---|---|---|---|---|---|---|---|---|
| LOCAL NO. (989)624-4975 | ORIG AK | DEST. BR | TYPE | P/C C | BILLER JL | SHIPPER BOL NO L219803 | PRO NUMBER 563-92741 | | FR26 |
| | | | | | | P.O. NUMBER | DATE 03/25/04 | | COD AMOUNT |

CONSIGNEE
DELPHI E DOCK 100                             115822
AC NAO DISBUSEMENT
2926 DAVISON RD # 31005
FLINT              MI 485560001

SHIPPER
A SCHULMAN X ASW OHIO SCS, LLC   59062      DELPHI E DOCK 100
3375 GILCHRIST RD                            AC NAO DISBUSEMENT
MOGADORE            OH 442601253             2926 DAVISON RD # 31005
                                             FLINT              MI 485560001

| INBOUND TRAILER 500006 | ROUTE NO. 002 | BYD SCAC | | ADV. SCAC | ADVANCE PRO | ADVANCE DATE | | | |
|---|---|---|---|---|---|---|---|---|---|
| PIECES | H/M | DESCRIPTION | | | | CLASS | WEIGHT (LBS) | | PPD/COL |
| 1 | | PLASTIC MATERIALS FLAKES GRANULES LUMPS PELLETS POWDER OR SOLID MASS CL60 | | | | 60.0 | 1870 | | |
| | | | | | AS WEIGHT DISCOUNT 65% | | 2000 | | |
| | | FSC 1.50%   NATL AVG FUEL COST IS 164.1 | | | | | | | |
| 1 | | TOTALS | | 2004 MAR 26 PM 2 45 | | | 1870 | | COL |

| APPT. | REQUESTED DATE | TIME | SVC. CODE | RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED | SYSTEM WIDE CERTIFIED ISO 9001:2000 | |
|---|---|---|---|---|---|---|
| DATE | TRAILER/BAY 2108 | PIECES 1 | INITIALS | FIRM _____ | IN | DRIVER |
| DATE | TRAILER/BAY | PIECES | INITIALS | PRINT NAME _____ SIGNATURE Donna Fisher | OUT | DATE DEL'D 3/26/04 |

OPER 1000 09/01-2.0


# A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

Order No.: 0300725 / 00
Invoice No.: 1247574
Invoice Date: 3/01/05
Payment Due: 4/30/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**
1,200.48

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 | 3/01/05 | USF HOLLAND | COL | L252806 | 1559.000 | 95.000 | 1464.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>\*\* Part Number \*\*<br>  7056<br>  PART# 7056 / 1002989CT<br>PO# AES29517 | 1464.000 LB | .82000 | 1200.48 |

SUB-TOTAL    1200.48

Customer Service 800-547-3746     Page   1     **Total Amount**    1,200.48
Thank You For Your Order

## USF Holland

750 EAST 40th ST.
HOLLAND, MICHIGAN 49423

LOCAL NO. (989)624-4375

| ORIG. | DEST. | TYPE | P/C | BILLER |
|---|---|---|---|---|
| AK | BR | C | | DJL |

SHIPPER BOL NO: L252806
PRO NUMBER: 102-0266485 2 NE02
P.O. NUMBER: 030072500
DATE: 03/01/05
COD AMOUNT:

**CONSIGNEE**
DELPHI AUTOM DOCK 100 60 01     115822
A/C NAO DISBURSEMENTS
2926 DAVISON RD # 31005
FLINT                MI 48506

**SHIPPER**
A SCHULMAN X ASW OHIO SCS LLC     59062
3375 GILCHRIST RD
MOGADORE             OH 442601253

**BILL CHARGES TO**
DELPHI AUTOM DOCK 100 60 01
A/C NAO DISBURSEMENTS
2926 DAVISON RD # 31005
FLINT                MI 48506

INBOUND TRAILER: 202052
ROUTING: 002

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| 1 | | PLASTIC MATERIALS FLAKES GRANULES LUMPS PELLETS POWDER OR SOLID MASS CL60 DISCOUNT 46% | 60.0 | 1559 | |
| | | SKID 575 SLCU HOT SHEET 3/2 | | | |
| | | ****-HOT-***-RUSH-***-HOT-***-RUSH-**** | | | |
| | | ****-HOT-***-RUSH-***-HOT-***-RUSH-**** | | | |
| | | FSC12.00%  NAT'L AVG FUEL COST IS 211.8 | | | |
| 1 | | TOTALS | | 1559 | COL |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED. PG1/2

PRINT NAME / SIGNATURE: Donna Fisher

DRIVER: Keith Scott
DATE DEL'D: 3/2/05

SYSTEM WIDE CERTIFIED
ISO 9001: 2000

OPER 1000 09/01-2.0

| USF Holland | 750 EAST 40th ST. HOLLAND, MICHIGAN 49423 | | | | | | SHIPPER BOL NO L252806 | PRO NUMBER 102-0266485 2 NE02 |
|---|---|---|---|---|---|---|---|---|
| LOCAL NO. (989)624-4975 | ORIG. AK | DEST. BR | TYPE C | P/C | BILLER DJL | | P.O. NUMBER 030072500 | DATE 03/01/05 COD AMOUNT |

CONSIGNEE
DELPHI AUTOM DOCK 100 60 01     115822
A/C NAD DISBURSEMENTS
2926 DAVISON RD # 31005
FLINT                MI 48506

SHIPPER                                                BILL CHARGES TO
A SCHULMAN X ASW OHIO SCS LLC   59062     DELPHI AUTOM DOCK 100 60 01
3375 GILCHRIST RD                                      A/C NAD DISBURSEMENTS
MOGADORE               OH 442601253          2926 DAVISON RD # 31005
                                                                      FLINT                MI 48506

| INBOUND TRAILER 202052 | ROUTING 002 | ADV. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE | | | |
|---|---|---|---|---|---|---|---|---|
| PIECES | H/M | DESCRIPTION | | | CLASS | WEIGHT (LBS) | | PPD/COL |
| 1 | | PLASTIC MATERIALS FLAKES GRANULES LUMPS PELLETS POWDER OR SOLID MASS CL60              DISCOUNT 46% SKID 57S SLCU HOT SHEET 3/2 ****-HOT-***-RUSH-***-HOT-***-RUSH-**** ****-HOT-***-RUSH-***-HOT-***-RUSH-**** FSC12.00%  NATL AVG FUEL COST IS 211.8 | | | 60.0 | 1559 | | |
| 1 | | TOTALS | | | | 1559 | | COL |

| APPT. | REQUESTED DATE | TIME | SVC. CODE | RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED. PG1/2 | | SYSTEM WIDE CERTIFIED ISO 9001: 2000 |
|---|---|---|---|---|---|---|
| DATE | TRAILER/BAY | PIECES | INITIALS | FIRM | IN | DRIVER Keith Scott |
| DATE | TRAILER/BAY | PIECES | INITIALS | PRINT NAME Donna Fisher SIGNATURE | OUT | DATE DEL'D 3/2/05 |

OPER 1000 09/01-2.0


# A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

Order No.: 0300725 / 00
Invoice No.: I247574
Invoice Date: 3/01/05
Payment Due: 4/30/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**    1,200.48

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 | 3/01/05 | USF HOLLAND | COL | L252806 | 1559.000 | 95.000 | 1464.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>\*\* Part Number \*\*<br>7056<br>PART# 7056 / 1002989CT<br>PO# AES29517 | 1464.000  LB | .82000 | 1200.48 |
|  |  |  | SUB-TOTAL | 1200.48 |

Customer Service 800-547-3746    Page  1    **Total Amount**    1,200.48
Thank You For Your Order

| USF Holland | 750 EAST 40th ST. HOLLAND, MICHIGAN 49423 | | | | | | SHIPPER BOL NO L252806 | PRO NUMBER 102-0266485 2 NE02 |
|---|---|---|---|---|---|---|---|---|
| LOCAL NO. (989)624-4375 | ORIG. AK | DEST. BR | TYPE | P/C C | BILLER DJL | | PO. NUMBER 030072500 | DATE 03/01/05 |

CONSIGNEE
DELPHI AUTOM DOCK 100 60 01    115822
A/C NAO DISBURSEMENTS
2926 DAVISON RD H 31005
FLINT                MI 48506

SHIPPER
A SCHULMAN X ASW OHIO SCS LLC    59062
3375 GILCHRIST RD
MOGADORE            OH 442601253

BILL CHARGES TO
DELPHI AUTOM DOCK 100 60 01
A/C NAO DISBURSEMENTS
2926 DAVISON RD H 31005
FLINT                MI 48506

| INBOUND TRAILER 202052 | ROUTING 002 | ADV. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE | | |
|---|---|---|---|---|---|---|---|
| PIECES | H/M | DESCRIPTION | | | CLASS | WEIGHT (LBS) | PPD/COL |
| 1 | | PLASTIC MATERIALS FLAKES GRANULES LUMPS PELLETS POWDER OR SOLID MASS CL60 DISCOUNT 46% SKID S7S SLCU HOT SHEET 3/2 ****-HOT-***-RUSH-***-HOT-***-RUSH-**** ****-HOT-***-RUSH-***-HOT-***-RUSH-**** FSC12.00%  NATL AVG FUEL COST IS 211.8 | | | 60.0 | 1559 | |
| 1 | | TOTALS | | | | 1559 | COL |

| APPT. | REQUESTED DATE | TIME | SVC. CODE | RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED. PG1/2 | | SYSTEM WIDE CERTIFIED ISO 9001: 2000 |
|---|---|---|---|---|---|---|
| DATE | TRAILER/BAY | PIECES | INITIALS | FIRM _____ PRINT NAME _Donna Fisher_ SIGNATURE _____ | IN ___ OUT ___ | DRIVER _Keith Scott_ DATE DEL'D 3/2/05 |
| DATE | TRAILER/BAY | PIECES | INITIALS | | | |

OPER 1000 09/01-2.0

| USF Holland | 750 EAST 40th ST. HOLLAND, MICHIGAN 49423 | | | | | | SHIPPER BOL NO L252806 | PRO NUMBER 102-0266485 2 NE02 | |
|---|---|---|---|---|---|---|---|---|---|
| LOCAL NO. (989)624-4975 | ORIG AK | DEST BR | TYPE | P/C C | BILLER DJL | | P.O. NUMBER 030072500 | DATE 03/01/05 | COD AMOUNT |

| CONSIGNEE |
|---|
| DELPHI AUTOM DOCK 100 60 01    115822 |
| A/C NAD DISBURSEMENTS |
| 2926 DAVISON RD # 31005 |
| FLINT                          MI 48506 |

| SHIPPER | BILL CHARGES TO |
|---|---|
| A SCHULMAN X ASW OHIO SCS LLC   59062 | DELPHI AUTOM DOCK 100 60 01 |
| 3375 GILCHRIST RD | A/C NAD DISBURSEMENTS |
| MOGADORE            OH 442601253 | 2926 DAVISON RD # 31005 |
| | FLINT                   MI 48506 |

| INBOUND TRAILER | ROUTING | AD. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE | |
|---|---|---|---|---|---|---|
| 202052 | 002 | | | | | |

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| 1 | | PLASTIC MATERIALS FLAKES GRANULES LUMPS PELLETS POWDER OR SOLID MASS CL60             DISCOUNT 46% SKID S7S SLCU HOT SHEET 3/2 ****-HOT-***-RUSH-***-HOT-***-RUSH-**** ****-HOT-***-RUSH-***-HOT-***-RUSH-**** FSC12.00%  NATL AVG FUEL COST IS 211.8 | 60.0 | 1559 | |
| 1 | | TOTALS | | 1559 | COL |

| APPT. | REQUESTED DATE | TIME | SVC. CODE | RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED. PG1/2 | SYSTEM WIDE CERTIFIED ISO 9001: 2000 |
|---|---|---|---|---|---|
| DATE | TRAILER/BAY | PIECES | INITIALS | FIRM _____ | IN ____ DRIVER Keith Scott |
| DATE | TRAILER/BAY | PIECES | INITIALS | PRINT NAME Donna Fisher SIGNATURE _____ | OUT ____ DATE DELD 3/2/05 |

OPER 1000 09-01-2.0


# A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

| | |
|---|---|
| Order No.: | 0307778 / 00 |
| Invoice No.: | I253816 |
| Invoice Date: | 5/03/05 |
| Payment Due: | 7/02/05 |
| Payment Terms: | NET  60 DAYS AFTER INVOICE DATE |

| | |
|---|---|
| Customer Acct. No: | 030210 / 003 |
| Salesman: | Detroit House Account |
| Salesman No.: | 199 |

**Total Due**
1,428.44

| Bill to: | Ship to: |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>DO NOT USE FILED CHPT 11 10/05<br>USE NEW DIP ACCT# 030211<br>TROY MI 48098<br>USA | A/C NAO DISBURSEMENT<br>C/O DELPHI AUTOMOTIVE<br>2926 DAVISON ROAD<br>FLINT MI 48556<br>USA |

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 | 5/03/05 | USF HOLLAND | FOB SHIPPI | L258818 | 1837.000 | 95.000 | 1742.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>  7056<br>  PART# 7056 / 1002989CT<br>PO# AES29517 | 1742.000 LB | .82000 | 1428.44 |
| | | | SUB-TOTAL | 1428.44 |

Customer Service 800-547-3746    Page  1    **Total Amount**    1,428.44
Thank You For Your Order

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 750 EAST 40th ST. | | PHONE (616) 395-5000 | | DUNS 00-777-3724 | (HMES) | DELIVERY RECEIPT | |
| **USF Holland** | LOCAL NO. (989)624-4975 | HOLLAND, MICHIGAN 49423 | | SHIPPER BOL NO. L298818 | | FROM  102-0289858 1 APPT | | | |
| | | ORIG. AK | DEST. BR | TYPE | P/C | BILLER JL | PO NUMBER AES29517 | DATE 05/03/05 | COD AMOUNT |

CONSIGNEE: NAO FLINT ASSEMBLY  96094
DOCK 100  06-01
2926 DAVISON RD
FLINT  MI 485510001

SHIPPER: A SCHULMAN % ASW OHIO SCS LLC  59062
3375 GILCHRIST RD
MOGADORE  OH 442601253

BILL CHARGES TO: NAO FLINT ASSEMBLY
DOCK 100  06-01
2926 DAVISON RD
FLINT  MI 485510001

| INBOUND TRAILER 535103 | ROUTE NO. 007R | RYD. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE | | | D1 |
|---|---|---|---|---|---|---|---|---|
| PIECES | H/M | DESCRIPTION | | | | CLASS | WEIGHT (LBS) | PPD/COL |
| 1 | 1 | PLASTIC MATERIALS FLAKES GRANULES LUMPS | | | | 60.0 | 183 | |
| | | PELLETS POWDER OR SOLID MASS CL60 | | | | | 200 | |
| | | AS WEIGHT | | | | | | |
| | | DISCOUNT 66% | | | | | | |
| | | FSC 2.00%  NATL AVG FUEL COST IS 228.9 | | | | | 183 | COL |
| 1 | | TOTALS | | | | | | |

RECEIVED MAY 04 2005

| APPT Y | REQUESTED DATE | TIME | SVC. CODE A | RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WOULD APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED. | | SYSTEM WIDE CERTIFIED ISO 9001: 2000 | |
|---|---|---|---|---|---|---|---|
| DATE | TRAILER/BAY | PIECES | INITIALS | FIRM | BY: | IN | DRIVER Andy |
| DATE | TRAILER/BAY | PIECES | INITIALS | PRINT NAME J Greer | | OUT | DATE DEL'D 5/4/05 |
| | | | | SIGNATURE J Green | | | OFFR 1000 05/01-2.0 |


A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

Order No.: 0297031 / 00
Invoice No.: 1244383
Invoice Date: 1/27/05
Payment Due: 3/28/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**
1,476.00

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 | 1/27/05 | USF HOLLAND | COL | L249734 | 1885.000 | 85.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>  7056<br>  PART# 7056 / 1002989CT<br>PO# AES29517 | 1800.000 LB | .82000 | 1476.00 |
| | | | SUB-TOTAL | 1476.00 |

Customer Service 800-547-3746     Page   1     **Total Amount**     1,476.00
Thank You For Your Order



# A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

Order No.: 0307778 / 00
Invoice No.: I253816
Invoice Date: 5/03/05
Payment Due: 7/02/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due** 1,428.44

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 | 5/03/05 | USF HOLLAND | FOB SHIPPI | L258818 | 1837.000 | 95.000 | 1742.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>  7056<br>  PART# 7056 / 1002989CT<br>PO# AES29517 | 1742.000 LB | .82000 | 1428.44 |
| | | | SUB-TOTAL | 1428.44 |

Customer Service 800-547-3746     Page   1     **Total Amount**   1,428.44
Thank You For Your Order