# USF Holland    DELIVERY RECEIPT

750 EAST 40th ST.
HOLLAND, MICHIGAN 49423

PHONE (616) 395-5000    DUNS 00-777-3724    (HMES)

LOCAL NO.
(989)624-4975

| ORIG. | DEST. | TYPE | P/C | BILLER |
|-------|-------|------|-----|--------|
| AK | BR | | | JL |

SHIPPER PRO NO.  123818
PO. NUMBER  AES29517

FROM PRO NO.  102  0289868   1  APPT
DATE  05/03/05

COD AMOUNT

CONSIGNEE
NAO FLINT ASSEMBLY          96094
DOCK 100  06-01
2926 DAVISON RD
FLINT                MI 485510001

SHIPPER
A SCHULMAN % ASW OHIO SCS LLC    59062
3375 GILCHRIST RD
MOGADORE              OH 442601253

BILL CHARGES TO
NAO FLINT ASSEMBLY
DOCK 100  06-01
2926 DAVISON RD
FLINT                MI 485510001

| INBOUND TRAILER | ROUTE NO. | RVD. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE | | D1 |
|---|---|---|---|---|---|---|---|
| 535103 | 007N | | | | | | |

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT (LBS) | | PRO/COL |
|---|---|---|---|---|---|---|
| 1 | 1 | PLASTIC MATERIALS FLAKES GRANULES LUMPS | 60.0 | 183 | | |
| | | PELLETS POWDER OR SOLID MASS CL60 | | 200 | | |
| | | AS WEIGHT | | | | |
| | | DISCOUNT 66% | | | | |
| | | FSC 2.00%  NATL AVG FUEL COST IS 228.9 | | 183 | | COU |
| | 1 | TOTALS | | | | |

**RECEIVED**

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. RULES APPLICABLE
SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.

MAY 04 2005

BY: _____

SYSTEM WIDE CERTIFIED
ISO 9001: 2000

| APPT. | REQUESTED DATE | TIME | SVC. CODE | | IN | |
|---|---|---|---|---|---|---|
| Y | | | A | | | DRIVER  Andy |

| DATE | TRAILER/BAY | PIECES | INITIALS | FIRM _____ | | OUT | DATE DELD  5/4/05 |
|---|---|---|---|---|---|---|---|

| DATE | TRAILER/BAY | PIECES | INITIALS | PRINT NAME  Greer | | | |
|---|---|---|---|---|---|---|---|

SIGNATURE  Green

OREP 1000 05/01-2.0

 **A. Schulman Inc.**

| Remit to: | A. Schulman, Inc. |
|---|---|
| | P.O. Box 74052 |
| | Cleveland OH 44194 |

### *** REPRINT ***

**INVOICE**

Order No.:   0297031 / 00
Invoice No.:   I244383
Invoice Date:   1/27/05
Payment Due:   3/28/05
Payment Terms:  NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No:   030210  / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**

1,476.00

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO  Number | Ship  Date | Ship  Via | ShipTerms | Bill  of  Lading | Gross  Wt. | Tare | Net  Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 | 1/27/05 | USF HOLLAND    . | COL | L249734 | 1885.000 | 85.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br>  7056<br>  PART# 7056 / 1002989CT<br>PO# AES29517 | 1800.000  LB | .82000 | 1476.00 |
| | | | SUB-TOTAL | 1476.00 |

Customer Service 800-547-3746    **Page** ___1___    **Total Amount**    1,476.00
Thank You For Your Order



 **A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

Order No.: 0321926 / 00
Invoice No.: I266695
Invoice Date: 9/13/05
Payment Due: 11/12/05
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 030210 / 003
Salesman: Detroit House Account
Salesman No.: 199

**Total Due**
1,476.00

**INVOICE**

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 | 9/13/05 | CENTRAL TRANSPORT* | TPC | L270766 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>\*\* Part Number \*\*<br>7056<br>PART# 7056 / 1002989CT<br>PART 7056<br><br>CENTRAL TRANSPORT<br><br>2926 DAVISON RD<br><br>DOCK 100<br><br>FLINT MI 48556 | 1800.000 LB | .82000 | 1476.00 |
| | SUB-TOTAL | | | 1476.00 |

Customer Service 800-547-3746   **Page** 1   **Total Amount** 1,476.00
Thank You For Your Order

 **A. Schulman Inc.**

**SHIPPER PROVIDED SHORT FORM BILL OF LADING**
**NOT NEGOTIABLE - DOMESTIC**

| CUSTOMER ORDER NO. | SHIPPERS Bill of Lading NO |
|---|---|
| 0321926/00 | L270766 |

CENTRAL TRANSPORT*
(Name of Carrier)
request:    From A. SCHULMAN, INC. At

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, or applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on

MOGADORE OH
(Shipping Location)    On    9/13/05    (Date)

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested, in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect the date hereof, if this is a rail-water shipment, or(2) in the National Motor Freight Classification 100-X and successive issues. The shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONSIGNED TO: | DESTINATION: |
|---|---|
| A/C NAO DISBURSEMENT<br>C/O DELPHI AUTOMOTIVE | A/C NAO DISBURSEMENT<br>C/O DELPHI AUTOMOTIVE<br>2926 DAVISON ROAD<br>DOCK 100, 60-01<br>FLINT MI  48556 |

ROUTE

**CAR or VEHICLE INITIALS and NO.**

| No.Pkgs Type | HM ** | Description of Articles, Special Marks and Exceptions | Weight | | | |
|---|---|---|---|---|---|---|
| | | | | LBS | KGS | FOR FREIGHT COLLECT SHIPMENTS:<br>If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges. |
| 1CT | | PLASTIC MATERIALS: FLAKES, GRANULES, LUMPS, PELLETS. POWDER OR SOLID MASS NMFC ITEM 156200 CLASS 60 | GROSS: | 1895.000 | 860.000 | |
| | | PLASTICS, SYNTHETIC, AS DESCRIBED IN ITEM 77810 OF UFC,STCC28-211 | TARE: | 95.000 | 43.000 | |
| | | | NET: | 1800.000 | 816.000 | **A. SCHULMAN, INC.**<br>(Signature of Consignor) |

**Special Instructions**
9/13*WHSE TO CALL CARRIER (SLW)
PART 7056
CENTRAL TRANSPORT
2926 DAVISON RD
DOCK 100
FLINT MI 48556

FREIGHT CHARGES ARE PREPAID
UNLESS MARKED COLLECT.
CHECK BOX IF COLLECT [X]

_____ PALLETS    _____ CONTAINERS PER PALLET
_____ PALLETS    _____ CONTAINERS PER PALLET

THIRD PARTY BILLING
See Special Instructions [X]

DELIVERY DATE:  9/14/05

C.O.D. charge    Shipper ☐
to be paid by    Consignee ☐

Collect on
Delivery $

**442-585226-4**
B/L

Remit to:

SEAL NBRS._____

TRIP LEASE TO CONSIGNEE - CONTRACT#_____
Shipper Load Consignee Unload if Applicable

** MARK X TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN D.O.T RE
NOTE(1) Where the rate is dependent on value, shippers are required to state spec
"The agreed or declared value of the property is specifically stated by the shipper
NOTE(2) Liability Limitation for loss or damage on this shipment may
NOTE(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item-360.

| ☐ SKD | LSE CTN | DRM | BUN | ☐ SWAC | PICK-UP STICKER |
| ☐ CRTS | BSKT | RCK | TOTE | ☐ SL & C | |
| ☐ SWS-OF | CTN | | SWS-STC | CTN | |
| OTHER ___ | | SHIP.INIT. | | | |

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

**A. SCHULMAN, INC.    Shipper, Per**_____
Permanent post-office address of shipper, P.O. Box 1710 - Akron, Ohio 44309-1710.
**Carriers Agent, Per**_____

Received in apparent good order, exceptions noted.

| Shipper Certification | (DATE) | Carrier Certification |
|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.<br><br>Per _____ Date _____ | | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.<br>Per CTS WCG<br>Date 9-13    Package Nos. _____ |

 **CENTRAL TRANSPORT**

# Central Transport Delivery Receipt

Pro Number
442-585226-4

| Ship Date | |
|---|---|
| 09/13/05 | |
| Pieces | Weight |
| 1 | 1895 |
| Reference Number | |
| | |
| Org | DC |
| 442 | 493 |
| Freight Terms | |
| Freight Charges Are Collect | |
| SCAC: | CTII |

Consignee:
A/C NAO DIST%DELPHI AUTOM
2926 DAVISON RD 84
FLINT, MI 48550

Shipper:
A SCHULMAN INC
MOGADORE PLT
MOGADORE, OH 44260

Special Instructions
Delivery Trailer: 54-0326
Shipper COD Amount
0.0000

SHIPPER PROVIDED SHORT FORM BILL OF LADING
NOT NEGOTIABLE - DOMESTIC

A. Schulman Inc.

| CUSTOMER ORDER NO. | SHIPPERS Bill of Lading NO. |
|---|---|
| 0032926/00 | L2707S6 |

From A. SCHULMAN, INC. At MOGADORE OH On 9/13/05

CONSIGNED TO:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE

DESTINATION:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
DOCK 100, 60-01
FLINT MI 48556

PLASTIC MATERIALS: FLAKES, GRANULES, LUMPS, PELLETS, POWDER OR SOLID MASS
NMFC ITEM 156200 CLASS 60
PLASTICS, SYNTHETIC, AS DESCRIBED IN ITEM 77810 OF UFC,STCC28-211

| | LBS | KGS |
|---|---|---|
| GROSS: | 1895.000 | 860.000 |
| TARE: | 95.000 | 43.000 |
| NET: | 1800.000 | 816.000 |

A. SCHULMAN, INC.

Special Instructions
B/L-SHIPPER TO CALL CARRIER (SIM)
PART 7056
CENTRAL TRANSPORT
2926 DAVISON RD
DOCK 100
FLINT MI 48556

DELIVERY DATE: 9/14/05

442-585226-4 B/L

A. SCHULMAN, INC. Shipper, Per
Carriers Agent, Per

Stamp / Sign Here

RECEIVED
SEP 14 2005
BY: Donna Fisher
Shipment received in good order

Firm
By
Pieces Received
Driver [signature] Date 9.14.05
Arrive Time Depart Time

Pro Number 442-585226-4

Additional Delivery Services Requested

| | | | | | |
|---|---|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature ____ Date ____

Internal Use Only
# And Type of Container ____ Desc. ____
Part # Skids ____
Qty. of Pcs Affected ____ Date ____ Log# ____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(f)

**A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

## INVOICE

Order No.:   0249196 / 00
Invoice No.:   I203777
Invoice Date:   1/05/04
Payment Due:   3/05/04
Payment Terms:   NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No:  015290  / 000
Salesman: R. Miner
Salesman No.: 193

**Total Due**
8,800.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 489920 | 1/05/04 | CENTRAL TRANSPORT* | COL | L210975 | 3360.000 | 160.000 | 3200.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1017558CT | POLYFABS ABS 558-5694 RED TINT | 3200.000 LB | 2.75000 | 8800.00 |
|  | ** Part Number ** |  |  |  |
|  | 32013 |  |  |  |
|  | PART# 32013 |  |  |  |
|  | DELPHI PLANT 35 |  |  |  |
|  | PO# 489920 |  |  |  |
|  | DELPHI PLANT 35 |  |  |  |
|  | PART# 32013 |  |  |  |
|  | ZD |  |  |  |
|  | * Sharon Center |  |  |  |
|  | 8 |  |  |  |
|  | PF |  |  |  |
|  | 1/5/04 |  | SUB-TOTAL | 8800.00 |

Customer Service 800-547-3746    **Page**   1    **Total Amount**   8,800.00
Thank You For Your Order

# A. Schulman Inc.

SHIPPER PROVIDED SHORT
NOT NEGOTIABLE

CUSTOMER ORDER NO.
0249196/00

Bill of Lading NO

175

CENTRAL TRANSPORT*
(Name of Carrier)

request:   From A. SCHULMAN, INC. At        SHARON CENTER, OHIO
(Shipping Location)

RECEIVED, subject to individually determined rates or contracts that have been agreed applicable, otherwise to the rates, classifications and rules that have been established

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and to carry to destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any portion of said route to destination, and as to each party at any time interested, in all or any of said property, that every service to be performed herein conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect the date hereof, if this is a rail-water ship freight Classification 100-X and successive issues. The shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper

| CONSIGNED TO: | DESTINATION: |
|---|---|
| DELPHI PLANT 35 | DELPHI PLANT 35 |
| 601 JOAQUIN CAVAZOS ROAD | 601 JOAQUIN CAVAZOS RO |
| | LOS INDIOS TX  78586 |

ROUTE

| No.Pkgs Type | HM ** | Description of Articles, Special Marks and Exceptions | CAR or VEHICLE INITIALS |  |
|---|---|---|---|---|
| | | | Weight | |
| | | | LBS | KGS |
| 2CT | | PLASTIC MATERIALS: FLAKES, GRANULES, LUMPS, PELLETS. POWDER OR SOLID MASS NMFC ITEM 156200 CLASS 60 | GROSS: 3360.000 | 1524.00 |
| | | | TARE: 160.000 | 73.00 |
| | | PLASTICS, SYNTHETIC, AS DESCRIBED IN ITEM 77810 OF UFC,STCC28-211 | NET: 3200.000 | 1452.00 |

Special Instructions
PLANT TO CALL CARRIER
DJO
DELPHI PLANT 35
DELPHI PLANT 35
ZD

/

PO# 489920
PART# 32013

_____ PALLETS        _____ CONTAINERS PER PALLET
_____ PALLETS        _____ CONTAINERS PER PALLET

DELIVERY DATE:  1/12/04

**447-220767-8**

| Linear ft. | C.C. | PU Card | S.S. | PS ATTD | B/L |
|---|---|---|---|---|---|

SEAL NBRS. _____

TRIP LEASE TO CONSIGNEE - CONTRACT#
Shipper Load Consignee Unload' if Applicable

** MARK X TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN D.O.T REGULATIONS
NOTE(1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding: DECLARE
NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable. See 49
NOTE(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked a transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

A. SCHULMAN, INC.   Shipper, Per _____
Permanent post-office address of shipper, P.O. Box 1710 * Akron, Ohio 44309-1710
Carriers Agent, Per _____

| Shipper Certification | | (DATE) |
|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | Carrier acknowledges receipt of packages and required placards made available and/or carrier has the DOT emergency response | |
| Per _____ Date _____ | Per _____ Date _____ | |

# (★) A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

Order No.: 0268980 / 00
Invoice No.: I221198
Invoice Date: 6/01/04
Payment Due: 7/31/04
Payment Terms: NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290 / 000
Salesman: R. Miner
Salesman No.: 193

**Total Due**
11,510.00

INVOICE

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS T 78586
X

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 550049191 | 6/01/04 | CENTRAL TRANSPORT* | COL | L227213 | 4844.000 | 240.000 | 4604.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1017558CT | POLYFABS ABS 558-5694 RED TINT | 4604.000  LB | 2.50000 | 11510.00 |
| | ** Par: Number ** | | | |
| | 32013 | | | |
| | PART# 32013 | | | |
| | PART# 32013 | | | |
| | | | | |
| | DELPHI PLANT DA31 | | | |
| | PO# 550049191 | | | |
| | DELPHI PLANT DA31 | | | |
| | PART# 32013 | | | |
| | ZD | | | |
| | | | SUB-TOTAL | 11510.00 |

*# Sharon Center Pf*

Customer Service 800-547-3746    **Page**  1    **Total Amount**    11,510.00
Thank You For Your Order

SERIF PROVIDED SHORT FORM BILL OF LADING

NOT NEGOTIABLE - DOMESTIC

# A. Schulman Inc.

| CUSTOMER ORDER NO. | SHIPPERS Bill of Lading NO |
|---|---|
| 026B980/00 | L227213 |

CENTRAL TRANSPORT*
(Name of Carrier)

request:    From A. SCHULMAN, INC. At _____ SHARON CENTER, OHIO _____ On 6/01/04
(Shipping Location)                          (Date)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested, in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect the date hereof, if this is a rail-water shipment, or(2) in the National Motor Freight Classification 100-X and successive issues. The shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONSIGNED TO: | DESTINATION: |
|---|---|
| DELPHI PLANT DA31<br>DELPHI PLANT DA31 | DELPHI PLANT DA31<br>601 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS TX  78586 |

ROUTE    .

CAR or VEHICLE INITIALS and NO.

| No.Pkgs Type | HM** | Description of Articles, Special Marks and Exceptions | Weight | | FOR FREIGHT COLLECT SHIPMENTS: |
|---|---|---|---|---|---|
| | | | LBS | KGS | If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| 3 CT | | PLASTIC MATERIALS: FLAKES, GRANULES, LUMPS, PELLETS. POWDER OR SOLID MASS NMFC ITEM 156200 CLASS 60 | GROSS: 4844.000 | 2197.000 | |
| | | | TARE: 240.000 | 109.000 | The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges. |
| | | PLASTICS, SYNTHETIC, AS DESCRIBED IN ITEM 77810 OF UFC,STCC28-211 | NET: 4604.000 | 2088.000 | A. SCHULMAN, INC.<br>(Signature of Consignor) |

| Special Instructions | FREIGHT CHARGES ARE PREPAID UNLESS MARKED COLLECT.<br>CHECK BOX IF COLLECT [X] |
|---|---|
| SPECAILTY TO CALL CARRIER;KM<br>DELPHI PLANT DA31      PO# 550049191<br>DELPHI PLANT DA31      PART# 32013<br>ZD | |

_____ PALLETS    _____ CONTAINERS PER PALLET

_____ PALLETS    _____ CONTAINERS PER PALLET

DELIVERY DATE:   6/08/04

| | THIRD PARTY BILLING<br>See Special Instructions □ |
|---|---|
| | C.O.D. charge    Shipper □<br>to be paid by    Consignee □ |

Driver's Signature Only Acknowledges Receipt of Freight

**443-350936-1**

CENTRAL TRANSPORT

SHIPPER LABEL

Collect on Delivery $ _____

Remit to:

SEAL NBRS. _____

TRIP LEASE TO CONSIGNEE - CONTRACT# _____

Shipper Load Consignee Unload if Applicable

** MARK X TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN D.O.T REGULATIONS.
NOTE(1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding: DECLARED VALUED _____ PER _____.

NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A)and(B).

NOTE(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

A. SCHULMAN, INC.    **Shipper, Per** _____

Permanent post-office address of shipper, P.O. Box 1710, Akron, Ohio 44309-1710

**Carriers Agent, Per** _____
(DATE)

Received in apparent good order, exceptions noted.

| Shipper Certification | Carrier Certification |
|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle. |
| | Per _____    Package Nos. _____ |
| Per _____    Date _____ | Date _____ |

# ★ A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

Order No.: 0249198 / 00
Invoice No.: 1204046
Invoice Date: 1/07/04
Payment Due: 3/07/04
Payment Terms: NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No: 015290 / 000
Salesman: R. Miner
Salesman No.: 193

**Total Due**
4,125.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 489920 | 1/07/04 | CENTRAL TRANSPORT* | COL | L211251 | 1580.000 | 80.000 | 1500.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1017558CT | POLYFABS ABS 558-5694 RED TINT<br>** Part Number **<br> 32013<br> PART# 32013<br>DELPHI PLANT 35<br>PO# 489920<br>DELPHI PLANT 35<br>PART# | 1500.000  LB | 2.75000 | 4125.00 |
| | | | SUB-TOTAL | 4125.00 |

*Sharon Center PF* (handwritten)

Customer Service 800-547-3746    **Page** ___1___    **Total Amount** | 4,125.00
Thank You For Your Order

SHIPPING ORDER - FORM BILL OF LADING
NOT NEGOTIABLE - DOMESTIC

# A. Schulman Inc.

| CUSTOMER ORDER NO. | SHIPPERS BILL OF LADING NO. |
|---|---|
| 0209198/00 | L211251 |

CENTRAL TRANSPORT*
(Name of Carrier)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on

From A. SCHULMAN, INC. At   SHARON CENTER, OHIO   On   11/07/04
(Shipping Location)   (Date)

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said carrier agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or(2) in the National Motor Freight Classification 100-K and successive issues. The shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONSIGNED TO: | DESTINATION: |
|---|---|
| DELPHI PLANT 35 | DELPHI PLANT 35 |
| 601 JOAQUIN CAVAZOS ROAD | 601 JOAQUIN CAVAZOS ROAD |
|  | LOS INDIOS TX  78586 |

ROUTE

CAR or VEHICLE INITIALS and NO.

| No. PKGS | Description of Articles, Special Marks and Exceptions | Weight | | FOR FREIGHT COLLECT SHIPMENTS, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges. |
|---|---|---|---|---|
|  |  | LBS | KGS |  |
| 100 | PLASTIC MATERIALS: FLAKES, GRANULES, LUMPS, PELLETS, POWDER OR SOLID MASS NMFC ITEM 156200 CLASS 60 | GROSS: 1580.000 | 717.000 |  |
|  | PLASTICS, SYNTHETIC, AS DESCRIBED IN ITEM 77810 OF UFC STCC28-211 | TARE: 80.000 | 36.000 |  |
|  |  | NET: 1500.000 | 680.000 | A. SCHULMAN, INC. (Signature of Consignor) |

Special Instructions
PLANT TO CALL CARRIER (SLW)
DELPHI PLANT 35                    PO# 489920
DELPHI PLANT 35                    PART#

_____ PALLETS              _____ CONTAINERS PER PALLET

_____ PALLETS              _____ CONTAINERS PER PALLET

DELIVERY DATE:  1/12/04

FREIGHT CHARGES ARE PREPAID UNLESS MARKED COLLECT
CHECK BOX IF COLLECT [X]

THIRD PARTY BILLING
See Special Instructions ☐

C.C.D. charge   Shipper ☐
to be paid by   Consignee ☐

Collect on
Delivery $ _____

Remit to:

‖‖‖‖‖‖‖‖‖‖‖  447-220841-1
CENTRAL TRANSPORT*

| Linehaul-H. | C.C. | PU. Card | S.S. | PS-ATTD |
|---|---|---|---|---|

B/L

CAR NO.(s).

WILL LEASE TO CONSIGNEE - CONTRACT#

Carrier Load Consignee Unload if Applicable

MARK X TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN D.O.T REGULATIONS ☐
Note: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding: DECLARED VALUED _____ PER _____.

NOTE(2): Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A)and(B).

NOTE(3): Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

A. SCHULMAN, INC.   Shipper, Per _____

Permanent post-office address of shipper, P.O. Box 1710 ~ Akron, Ohio 44309-1710
Carriers Agent, Per _____

Received in apparent good order, except as noted

(DATE)

| Shipper Certification | Carrier Certification |
|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle. |
| Date | Package Nos. |
|  | Per _____ |
|  | Date  1-7-04 |

 **A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

### \*\*\* REPRINT \*\*\*

**INVOICE**

| | |
|---|---|
| Order No.: 0321926 / 00 | |
| Invoice No.: I266695 | Customer Acct. No: 030210 / 003 |
| Invoice Date: 9/13/05 | Salesman: Detroit House Account |
| Payment Due: 11/12/05 | Salesman No.: 199 |
| Payment Terms: NET 60 DAYS AFTER INVOICE DATE | |

**Total Due**
1,476.00

DELPHI AUTOMOTIVE SYSTEMS
DO NOT USE FILED CHPT 11 10/05
USE NEW DIP ACCT# 030211
TROY MI 48098
USA

Ship to:
A/C NAO DISBURSEMENT
C/O DELPHI AUTOMOTIVE
2926 DAVISON ROAD
FLINT MI 48556
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| AES29517 | 9/13/05 | CENTRAL TRANSPORT* | TPC | L270766 | 1895.000 | 95.000 | 1800.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1002989CT | POLYFORT FPP 809-14 WHITE<br>** Part Number **<br> 7056<br> PART# 7056 / 1002989CT<br>PART 7056<br><br>CENTRAL TRANSPORT<br><br>2926 DAVISON RD<br><br>DOCK 100<br><br>FLINT MI 48556 | 1800.000  LB | .82000 | 1476.00 |
| | | | SUB-TOTAL | 1476.00 |

*Mogadore OH 44260*

**Total Amount**    1,476.00


**A. Schulman Inc.**

**SHIPPER PROVIDED SHORT FORM BILL OF LADING**
**NOT NEGOTIABLE - DOMESTIC**

| CUSTOMER ORDER NO. | SHIPPERS Bill of Lading NO |
|---|---|
| 0321926/00 | L270766 |

CENTRAL TRANSPORT*
_____(Name of Carrier)_____

request:    From A. SCHULMAN, INC. At    MOGADORE OH
_____(Shipping Location)_____    On    9/13/05
    _____(Date)_____

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested, is all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect the date hereof, if this is a rail-water shipment, or(2) in the National Motor Freight Classification 100-X and successive issues. The shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONSIGNED TO: | DESTINATION: |
|---|---|
| A/C NAO DISBURSEMENT<br>C/O DELPHI AUTOMOTIVE | A/C NAO DISBURSEMENT<br>C/O DELPHI AUTOMOTIVE<br>2926 DAVISON ROAD<br>DOCK 100, 60-01<br>FLINT MI  48556 |

ROUTE

CAR or VEHICLE INITIALS and NO.

| No.Pkgs Type | HM ** | Description of Articles, Special Marks and Exceptions | Weight | | | |
|---|---|---|---|---|---|---|
| | | | | LBS | KGS | FOR FREIGHT COLLECT SHIPMENTS:<br>If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| 1CT | | PLASTIC MATERIALS: FLAKES, GRANULES, LUMPS, PELLETS. POWDER OR SOLID MASS NMFC ITEM 156200 CLASS 60 | GROSS: | 1895.000 | 860.000 | |
| | | PLASTICS, SYNTHETIC, AS DESCRIBED IN ITEM 77810 OF UFC,STCC28-211 | TARE: | 95.000 | 43.000 | The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | NET: | 1800.000 | 816.000 | |

**A. SCHULMAN, INC.**
(Signature of Consignor)

Special Instructions
9/13*WHSE TO CALL CARRIER (SLW)
PART 7056
CENTRAL TRANSPORT
2926 DAVISON RD
DOCK 100
FLINT MI 48556

FREIGHT CHARGES ARE PREPAID UNLESS MARKED COLLECT.
CHECK BOX IF COLLECT [X]

_____ PALLETS _____ CONTAINERS PER PALLET

_____ PALLETS _____ CONTAINERS PER PALLET

DELIVERY DATE:  9/14/05

THIRD PARTY BILLING
See Special Instructions [X]

| C.O.D. charge to be paid by | Shipper ☐<br>Consignee ☐ |
|---|---|

Collect on Delivery $

Remit to:

442-585226-4

B/L

SEAL NBRS.

TRIP LEASE TO CONSIGNEE = CONTRACT#
Shipper Load Consignee Unload if Applicable

** MARK X TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN D.O.T RE
NOTE(1) Where the rate is dependent on value, shippers are required to state spe

NOTE(2) Liability Limitation for loss or damage on this shipment may

NOTE(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item-360.

| ☐ SKD | LSE CTN | DRM | BUN | ☐ SWAC |
|---|---|---|---|---|
| CRTS | BSKT | RCK | TOTE | ☐ SL & C |
| SWS-OF | CTN | | SWS-STC | CTN |

OTHER _____    SHIP.INIT. _____

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

PICK UP STICKER

**A. SCHULMAN, INC.    Shipper, Per** _____
Permanent post-office address of shipper, P.O. Box 1710 - Akron, Ohio 44309-1710.
**Carriers Agent, Per** _____

Received in apparent good order, exceptions noted.

| Shipper Certification | (DATE) | Carrier Certification |
|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle. |
| Per _____    Date _____ | | Per  CTI WCA    Package Nos. _____<br>Date  9-13    SHIPINIT. _____ |

 **CENTRAL TRANSPORT**

# Central Transport Delivery Receipt

Pro Number
442-585226-4

| Ship Date | |
|---|---|
| 09/13/05 | |
| **Pieces** | **Weight** |
| 1 | 1895 |
| **Reference Number** | |
| | |
| **Org** | **DC** |
| 442 | 493 |
| **Freight Terms** | |
| Freight Charges Are Collect | |
| **SCAC:** | CTII |

**Consignee:**
A/C NAO DIST%DELPHI AUTOM
2926 DAVISON RD
FLINT, MI 48550
84

**Shipper:**
A SCHULMAN INC
MOGADORE PLT
MOGADORE, OH 44260

**Special Instructions**
Delivery Trailer: 54-0326
Shipper COD Amount
0.0000

A. Schulman Inc.

SHIPPER PROVIDED SHORT FORM BILL OF LADING
NOT NEGOTIABLE - DOMESTIC

| CUSTOMER ORDER NO. | SHIPPERS Bill of Lading NO |
|---|---|
| 0321926/00 | L270766 |

CENTRAL TRANSPORT* (Name of Carrier) RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request: From A. SCHULMAN, INC. At MOGADORE OH (Shipping Location) On 9/13/05 (Date)

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, otherwise to deliver to another carrier on the route to said destination. [illegible]

| CONSIGNED TO: | DESTINATION: |
|---|---|
| A/C NAO DISBURSEMENT<br>C/O DELPHI AUTOMOTIVE | A/C NAO DISBURSEMENT<br>C/O DELPHI AUTOMOTIVE<br>2926 DAVISON ROAD<br>DOCK 100, 60-01<br>FLINT MI 48556 |

ROUTE — CAR or VEHICLE INITIALS and NO.

| No.Pkgs Type | HM ** | Description of Articles, Special Marks and Exceptions | Weight | LBS | KGS |
|---|---|---|---|---|---|
| 1CT | | PLASTIC MATERIALS: FLAKES, GRANULES, LUMPS, PELLETS, POWDER OR SOLID MASS NMFC ITEM 156200 CLASS 60 | GROSS: | 1895.000 | 860.000 |
| | | PLASTICS, SYNTHETIC, AS DESCRIBED IN ITEM 77810 OF UFC,STCC28-211 | TARE: | 95.000 | 43.000 |
| | | | NET: | 1800.000 | 816.000 |

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
A. SCHULMAN, INC. (Signature of Consignor)

FREIGHT CHARGES ARE PREPAID UNLESS MARKED COLLECT. CHECK BOX IF COLLECT [X]

THIRD PARTY BILLING See Special Instructions [X]
C.O.D. charge to be paid by Shipper [ ] Consignee [ ]
Collect on Delivery $
Remit to:

Special Instructions
9/13*NHSE TO CALL CARRIER (SLW)
PART 7056
CENTRAL TRANSPORT
2926 DAVISON RD
DOCK 100
FLINT MI 48556

______ PALLETS ______ CONTAINERS PER PALLET
______ PALLETS ______ CONTAINERS PER PALLET

DELIVERY DATE: 9/14/05

442-585226-4 B/L

SEAL NBRS.
TRIP LEASE TO CONSIGNEE - CONTRACT#
Shipper Load Consignee Unload if Applicable

SKD LSE CTN DRM BUN SWAC
CRTS BSKT RCK TOTE SL&C
SWS-OF CTN SWS-STC CTN
OTHER SHIP.INIT.
Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

** MARK X TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN D.O.T RE[illegible]
NOTE(1) Where the rate is dependent on value, shippers are required to state spec[illegible]
"The agreed or declared value of the property is specifically stated by the shipper [illegible]
NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable. [illegible]
NOTE(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.

A. SCHULMAN, INC. Shipper, Per
Permanent post-office address of shipper, P.O. Box 1710 - Akron, Ohio 44309-1710.
Carriers Agent, Per ______ Received in apparent good order, exceptions noted.
(DATE)

Shipper Certification: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.
Per ______ Date ______

Carrier Certification: Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.
Per CTI 2069 Date 9-13-05

**Stamp / Sign Here**

RECEIVED
SEP 14 2005
BY: ~~Shipment received in good order~~

Firm ______
By Donna Fisher
Pieces Received ______
Driver [signature] Date 9.14.05
Arrive Time ______ Depart Time ______

## Pro Number 442-585226-4

**Additional Delivery Services Requested**

| | | | | | |
|---|---|---|---|---|---|
| [ ] Inside Delivery | $70.00 | [ ] Sort - Segregate | $90.00 | [ ] Driver Delay | $75.00 |
| [ ] Residential Delivery | $50.00 | [ ] Liftgate | $90.00 | [ ] Redelivery | $50.00 |

**By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.**

Customer Signature ______ Date ______

Internal Use Only
# And Type of Container ______ Desc. ______
Part # ______ Skids ______
Qty. of Pcs Affected ______ Date ______ Log# ______

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(ii)

**A. Schulman Inc.**

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

**\*\*\* REPRINT \*\*\***

**INVOICE**

Order No.:   0249196 / 00
Invoice No.:   I203777
Invoice Date:   1/05/04
Payment Due:   3/05/04
Payment Terms:   NET 60 DAYS AFTER INVOICE DATE

Customer Acct. No:   015290 / 000
Salesman: R. Miner
Salesman No.: 193

**Total Due**
8,800.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 489920 | 1/05/04 | CENTRAL TRANSPORT* | COL | L210975 | 3360.000 | 160.000 | 3200.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1017558CT | POLYFABS ABS 558-5694 RED TINT<br>** Pan Number **<br> 32013<br> PART# 32013<br>DELPHI PLANT 35<br>PO# 489920<br>DELPHI PLANT 35<br>PART# 32013<br>ZD | 3200.000 LB | 2.75000 | 8800.00 |
| | | | SUB-TOTAL | 8800.00 |

*★ Sharon Center*
*8*
*PF*
*1/5/04*

Customer Service 800-547-3746          **Page**  ___1___
Thank You For Your Order

**Total Amount**   8,800.00

# A. Schulman Inc.

SHIPPER PROVIDED SHIP — NOT NEGOTIABLE    ...  LADING

CUSTOMER ORDER NO.
0249196/00

Bill of Lading NC

175

CENTRAL TRANSPORT*
(Name of Carrier)
request:    From A. SCHULMAN, INC. At    SHARON CENTER, OHIO
(Shipping Location)

RECEIVED, subject to individually determined rates or contracts that have been agree... applicable, otherwise to the rates, classifications and rules that have been establish...

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown, marked, consigned, an ... to carry to destination, if on its route, otherwise to deliver to another carrier on the route to said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all s... any portion of said route to destination, and as to each party at any time interested, in all or any of said property, that every service to be performed here... conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect the date hereof, if this is a rail-water ship... freight Classification 100-X and successive issues. The shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of ladin ... forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper

CONSIGNED TO:
DELPHI PLANT 35
601 JOAQUIN CAVAZOS ROAD

DESTINATION:
DELPHI PLANT 35
601 JOAQUIN CAVAZOS RO...
LOS INDIOS TX  78586

ROUTE

| No.Pkgs Type | HM ** | Description of Articles, Special Marks and Exceptions | CAR or VEHICLE INITIALS | | |
|---|---|---|---|---|---|
| | | | Weight | | |
| | | | | LBS | KGS |
| 2CT | | PLASTIC MATERIALS: FLAKES, GRANULES, LUMPS, PELLETS. POWDER OR SOLID MASS NMFC ITEM 156200 CLASS 60 | GROSS: | 3360.000 | 1524.00... |
| | | | TARE: | 160.000 | 73.0... |
| | | PLASTICS, SYNTHETIC, AS DESCRIBED IN ITEM 77810 OF UFC,STCC28-211 | NET: | 3200.000 | 1452.0... |

... EMARKS:
... vered to the consignee
... , the consignee
...
...ake ... ivery of the
...

...IA L INC.
(...)

...ARE PREPAID
...COLLECT.
...LLECT  [X]

Special Instructions
PLANT TO CALL CARRIER
DJO                              /
DELPHI PLANT 35
DELPHI PLANT 35                  PO# 489920
ZD                               PART# 32013

_____    PALLETS           _____    CONTAINERS PER PALLET
_____    PALLETS           _____    CONTAINERS PER PALLET
DELIVERY DATE:  1/12/04

447-220767-8

| Linear-ft. | C.C. | PU.Card | B.B. | P&ATTD | |
|---|---|---|---|---|---|
| | | | | | B/L |

SEAL NBRS. _____

TRIP LEASE TO CONSIGNEE - CONTRACT# _____

Shipper Load Consignee Unload if Applicable _____

** MARK X TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN D.O.T REGULATIONS
NOTE(1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or

The agreed or declared value of the property is specifically stated by the shipper to be not exceeding: DECLARE...

NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable. See 49...

NOTE(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked a... transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

A. SCHULMAN, INC.    Shipper, Per ...

Permanent post-office address of shipper, P.O. Box 1710 * Akron, Ohio 44309-1710

Carriers Agent, Per _____

Shipper Certification                (DATE)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Per _____    Date _____

Carrier acknowledges receipt of packages and required placards. ... made available and/or carrier has the DOT emergency response ...
Per _____
Date _____

# (★) A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

Order No.:  0268980 / 00
Invoice No.:  I221198
Invoice Date:  6/01/04
Payment Due:  7/31/04
Payment Terms:  NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No:  015290  / 000
Salesman:  R. Miner
Salesman No.:  193

**Total Due**
11,510.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
601 JOAQUIN CAVAZCS ROAD
LOS INDIOS T 78586
X

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 550049191 | 6/01/04 | CENTRAL TRANSPORT* | COL | L227213 | 4844.000 | 240.000 | 4604.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 10175558CT | POLYFABS ABS 558-5694 RED TINT<br>** Par: Number **<br>32013<br>PART# 32013<br>PART# 32013<br><br>DELPHI PLANT DA31<br>PO# 550049191<br>DELPHI PLANT DA31<br>PART# 32013<br>ZD | 4604.000  LB | 2.50000 | 11510.00 |
| | | | SUB-TOTAL | 11510.00 |

*Sharon Center*
*PF*

Customer Service 800-547-3746   **Page** ___1___   **Total Amount**   11,510.00
Thank You For Your Order

SHIPPER PROVIDED SHORT FORM BILL OF LADING
NOT NEGOTIABLE - DOMESTIC

# A. Schulman Inc.

| | CUSTOMER ORDER NO. | SHIPPERS Bill of Lading NO |
|---|---|---|
| | 0268980/00 | L227213 |

CENTRAL TRANSPORT*
(Name of Carrier)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on

request:   From A. SCHULMAN, INC. At _____ SHARON CENTER, INC. OHIO _____ On ___6/01/04___
(Shipping Location)                              (Date)

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested, in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect the date hereof, if this is a rail-water shipment, or(2) in the National Motor Freight Classification 100-X and successive issues. The shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CONSIGNED TO: | DESTINATION: |
|---|---|
| DELPHI PLANT DA31<br>DELPHI PLANT DA31 | DELPHI PLANT DA31<br>601 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS TX  78586 |

| ROUTE | | | CAR or VEHICLE INITIALS and NO. | |
|---|---|---|---|---|

| No.Pkgs Type | HM ** | Description of Articles, Special Marks and Exceptions | Weight | | FOR FREIGHT COLLECT SHIPMENTS: |
|---|---|---|---|---|---|
| | | | LBS | KGS | If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| 3 CT | | PLASTIC MATERIALS: FLAKES, GRANULES, LUMPS, PELLETS. POWDER OR SOLID MASS NMFC ITEM 156200 CLASS 60 | GROSS: 4844.000 | 2197.000 | |
| | | PLASTICS, SYNTHETIC, AS DESCRIBED IN ITEM 77810 OF UFC,STCC28-211 | TARE: 240.000<br>NET: 4604.000 | 109.000<br>2088.000 | The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.<br><br>**A. SCHULMAN, INC.**<br>(Signature of Consignor) |

| Special Instructions | | FREIGHT CHARGES ARE PREPAID UNLESS MARKED COLLECT. |
|---|---|---|
| SPECAILTY TO CALL CARRIER;KM<br>DELPHI PLANT DA31<br>DELPHI PLANT DA31<br>ZD | PO# 550049191<br>PART# 32013 | CHECK BOX IF COLLECT  [X] |

_____ PALLETS   _____ CONTAINERS PER PALLET

_____ PALLETS   _____ CONTAINERS PER PALLET

| | THIRD PARTY BILLING See Special Instructions ☐ |

DELIVERY DATE:  6/08/04

| C.O.D. charge | Shipper ☐ |
| to be paid by | Consignee ☐ |

Driver's Signature Only Acknowledges Receipt of Freight

CENTRAL TRANSPORT
**443-350936-1**

SHIPPER LABEL

Collect on Delivery $

Remit to:

SEAL NBRS. _____

TRIP LEASE TO CONSIGNEE - CONTRACT# _____
Shipper Load Consignee Unload if Applicable

** MARK X TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN D.O.T REGULATIONS
NOTE(1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding: DECLARED VALUED _____ PER _____.

NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A)and(B).

NOTE(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

**A. SCHULMAN, INC.   Shipper, Per** _____
Permanent post-office address of shipper, P.O. Box 1710, Akron, Ohio 44309-1710
**Carriers Agent, Per** _____

Received in apparent good order, exceptions noted.
(DATE)

| Shipper Certification | Carrier Certification |
|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.<br><br>Per_____ Date_____ | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.<br><br>Per_____ Package Nos._____<br>Date_____ |

# A. Schulman Inc.

Remit to: A. Schulman, Inc.
P.O. Box 74052
Cleveland OH 44194

*** REPRINT ***

**INVOICE**

Order No.:   0249198 / 00
Invoice No.:   1204046
Invoice Date:   1/07/04
Payment Due:   3/07/04
Payment Terms:  NET  60 DAYS AFTER INVOICE DATE

Customer Acct. No:  015290 / 000
Salesman: R. Miner
Salesman No.: 193

**Total Due**
4,125.00

DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

Ship to:
DELPHI PLANT DA31
DO NOT USE FILED CHPT 11 10/05
USE DIP ACCT# 015304
LOS INDIOS TX 78586
USA

| PO Number | Ship Date | Ship Via | ShipTerms | Bill of Lading | Gross Wt. | Tare | Net Wt. |
|---|---|---|---|---|---|---|---|
| 489920 | 1/07/04 | CENTRAL TRANSPORT* | COL | L211251 | 1580.000 | 80.000 | 1500.000 |

| Item Number | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 1017558CT | POLYFABS ABS 558-5694 RED TINT<br>** Part Number **<br> 32013<br> PART# 32013<br>DELPHI PLANT 35<br>PO# 489920<br>DELPHI PLANT 35<br>PART# | 1500.000  LB | 2.75000 | 4125.00 |
| | | | SUB-TOTAL | 4125.00 |

Customer Service 800-547-3746   **Page** ___1___
Thank You For Your Order

**Total Amount**   4,125.00

SHIPPER PROVIDED SHORT FORM BILL OF LADING
NOT NEGOTIABLE - DOMESTIC

# A. Schulman Inc.

| CUSTOMER ORDER NO. | SHIPPERS BILL of Lading No. |
|---|---|
| 0309158/00 | L211251 |

Central Transport*
(Name of Carrier)
From A. SCHULMAN, INC. At  SHARON CENTER, OHIO   On  11/07/04
(Shipping Location)   (Date)

## CONSIGNED TO:
DELPHI PLANT 35
801 JOAQUIN CAVAZOS ROAD

## DESTINATION:
DELPHI PLANT 35
801 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX  78586

CAR or VEHICLE INITIALS and NO.

| Description of Articles, Special Marks and Exceptions | | Weight | |
|---|---|---|---|
| | | LBS | KGS |
| PLASTIC MATERIALS: FLAKES, GRANULES, LUMPS, PELLETS, POWDER OR SOLID MASS NMFC ITEM 156200 CLASS 60 | GROSS: | 1580.000 | 717.000 |
| | TARE: | 80.000 | 36.000 |
| PLASTICS, SYNTHETIC, AS DESCRIBED IN ITEM 77810 OF UFC, STCC28-211 | NET: | 1500.000 | 680.000 |

A. SCHULMAN, INC.
(Signature of Consignor)

FREIGHT CHARGES ARE PREPAID UNLESS MARKED COLLECT
CHECK BOX IF COLLECT [X]

Special Instructions
SHIP PLANT TO CALL CARRIER (SLW)
DELPHI PLANT 35
DELPHI PLANT 35   PO#: 489920
PART#

PALLETS          CONTAINERS PER PALLET
PALLETS          CONTAINERS PER PALLET

DELIVERY DATE:  1/12/04

447-220841-1
CENTRAL TRANSPORT*
Linehaul   C.C.   PU Card   S.S.   PS-ATTD    B/L

DEAL NBRS.

SHIP LEASE TO CONSIGNEE - CONTRACT#
Divided Load Consignee Unless if Applicable

MARK X TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN D.O.T. REGULATIONS

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding: DECLARED VALUED                PER
Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).
Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

A. SCHULMAN, INC.   Shipper, Per *
Permanent post-office address of shipper, P.O. Box 1710  Akron, Ohio 44309-1710
Carriers Agent, Per

Received in apparent good order, except as noted

| Shipper Certification | Carrier Certification |
|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle. |
| Date | Per                Package Nos. Date   1-7-04 |