UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHIA CORPORATION., et al.,

                Debtors.

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

CERTIFICATE OF SERVICE

      I, JEAN-CLAUDE J. DESROSIERS, am not a party to this action and am over the age of 18, and certify under penalty of perjury that on November 20, 2007, I served a true copy of the **RESPONSE OF A. SCHULMAN, INC. IN OPPOSITION TO DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION** upon

The Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 632
New York, NY 10004

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

by depositing a true copy thereof, enclosed in postpaid, properly addressed wrapper, in an official depository for overnight delivery under the exclusive care and custody of Federal Express within New York State at the address designated above for said purpose.

                                            /s/Jean-Claude J. Desrosiers
                                            Jean-Claude J. Desrosiers

559839-1