BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 626-4100
Ira A. Reid (IR-0113)

BAKER & McKENZIE LLP
101 West Broadway, Twelfth Floor
San Diego, California 92101-3890
Telephone: (619) 236-1441
Ali M.M. Mojdehi, Cal. Bar No. 123846
Joseph R. Dunn, Cal. Bar No. 238069

Attorneys for Spansion LLC, Assignee of the Claim of
AMD International Sales & Service, Ltd., Claim No.
10589

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtor(s). | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA )
                            ) ss::
COUNTY OF SAN DIEGO )

      Jane Beasley Mackie, being duly sworn, deposes and says that:

      Deponent is not a party to the action, is over 18 years of ages and resides in San Diego, California.

      On November 20, 2007, Deponent served the following:

**RESPONSE OF SPANSION LLC, ASSIGNEE OF THE CLAIM OF AMD INTERNATIONAL SALES & SERVICE, LTD. (CLAIM NO. 10589), TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) DUPLICATE OR AMENDED CLAIMS, (B) EQUITY CLAIMS, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY**

SDODMS1/681933.1

CLAIMS, AND (F) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS, AND MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS

By overnight delivery to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of Federal Express within the State of California

To:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Counsel for Delphi Corporation
333 West Wacker Drive
Chicago, IL 60606

The Chambers of the Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 632
New York, NY 10004

Dated November 20, 2007

_____
JANE BEASLEY MACKIE, Deponent

Sworn to before me this
20th day of November, 2007

_See attached_
Notary Public

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

State of California
County of San Diego } ss.

On 11/20/07, before me, Holly A. Mast, personally appeared Jane Beasley Mackie,

- [ ] personally known to me - or -
- [X] proved to me on the basis of satisfactory evidence:
  - [X] form(s) of identification: IL DL # 2004-4281-967M
  - [ ] credible witness(es)

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

HOLLY A. MAST
COMM. #1624940
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Commission Expires Nov. 26, 2009

(Seal)

Signature of Notary Public

## OPTIONAL INFORMATION

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of Affidavit of Service, containing 2 pages, and dated 11/20.

The signer(s) capacity or authority is/are as:
- [ ] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s) _____ Title(s)
- [ ] Guardian/Conservator
- [ ] Partner Limited/General
- [ ] Trustee(s)
- [ ] Other:

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

Additional Information
- [ ] Additional Signer(s)
- [ ] Signer(s) Thumbprint(s)
- [ ] Other

© Copyright 2004 Notary Rotary, Inc. 925 29th St, Des Moines, IA 50312-3612    Form ACK02. 02/04.    To re-order, call toll-free 1-877-349-6588 or visit us on the Internet at http://www.thenotaryshop.com