UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned states that she is an employee of Clark Hill PLC, and that she caused papers to be served as follows:

Document Served:    *Response of TI Group Automotive Systems, LLC to Debtors' Twenty Second Omnibus Objection to Claims*

Method of Service:    Via Federal Express Priority Service

Served Upon:

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

John W. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Date of Service:    November 20, 2007

/s/ *Lauralyn E. Bell-Guzzo*
Lauralyn E. Bell-Guzzo
Legal Secretary

Dated: November 21, 2007

5525666.1 27900/120076