UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re<br><br>DELPHI CORPORATION, *et al.,*<br><br>                             Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |
|---|---|

### CERTIFICATE OF SERVICE

I, Jesse L. Snyder, being duly sworn, state that on November 20, 2007, I caused to be served the Creditor, James Hutz, Jr.'s, Response to Debtors' Twenty-Second Omnibus Objection Regarding Claim No. 3139, as follows:

**Method of Service/Served Upon:**

| | |
|---|---|
| **VIA FACSMILE<br>and FED-EX:** | Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel<br>Fax No.:  (248) 813-2673 |
| | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn:    John William Butler, Jr., Esq.<br>           John K. Lyons, Esq.<br>           Randall G. Reese, Esq.<br>Fax No.:  (312) 407-0411 |

And, further, that on November 21, 2007, I caused to be served the Creditor, James Hutz, Jr.'s, Response to Debtors' Twenty-Second Omnibus Objection Regarding Claim No. 3139, as follows:

| | |
|---|---|
| **BY HAND:** | Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>   For the Southern District of New York<br>One Bowling Green, Room 610<br>New York, New York 10004 |

Dated: New York, New York
       November 21, 2007

THACHER PROFFITT & WOOD LLP

By: /s/ Jesse L. Snyder
    Jesse L. Snyder (JS-7265)

Two World Financial Center
New York, New York 10281
Telephone: 212-912-7400