# DELPHI 2007 PURCHASE ORDERS

| Name | Location | Cust# | Delphi PART# | GE grade-color | new PO# |
|---|---|---|---|---|---|
| Delphi E&E | El Paso - TX | 03655E | 2538048 | 736-BK1066 | 55007576 |
| Delphi E&E | El Paso - TX | 03655E | 2537074 | 745-BK1066 | 55007710 |
| Delphi E&E | El Paso - TX | 03655E | 4031035 | 420-7001DRMBP | 55007710 |
| Delphi E&E | El Paso - TX | 03655E | 6039035 | G401-7301 | 55007711 |
| Delphi E&E | El Paso - TX | 03655E | 2535957 | HR426-1001--BG | 55015469 |
| Delphi E&E | El Paso - TX | 03655E | 2536668 | GTX830-1710 | 55003898 |
| Delphi E&E | El Paso - TX | 03655E | 6094035 | HR426-BK1066--BG | 55007712 |
| Delphi E&E | Anderson - IN | 03655A | 4106001 | 701-1001RM | 55014560 |
| Delphi E&E | Anderson - IN | 03655A | 4137001 | 6240-7139 | 55014561 |
| Delphi E&E | Anderson - IN | 03655A | 6086020 | 420-7139 | 55014563 |
| Delphi E&E | Anderson - IN | 03655A | 4031001 | 420-7001DRM | 55014564 |
| Delphi E&E | Anderson - IN | 03655A | 4144020 | 2300-7301M | 55014562 |
| Delphi E&E | Anderson - IN | 03655A | 4144001 | 2300-7301 | 55026255 |
| Delphi E&E | Flint - MI | 12188A | 8272 | DR51-1001 | 55025460 |
| Delphi E&E | Flint - MI | 12188A | 7014 | 420-8051 | 55025391 |
| Delphi E&E | Flint - MI | 12188A | 8142 | 420-1001 | 55025461 |
| Delphi E&E | Flint - MI | 12188A | 8231 | DR51-BK1066 | 55025459 |
| Delphi E&E | Flint - MI | 12188A | 8820 | 6240-1001 | 55025416 |
| Delphi E&E | Flint - MI | 12188A | 9787 | 745-BK1066 | |
| Delphi E&E | Flint - MI | 12188A | 8794 | OFB321-BKNAT | 55013293O |
| Delphi E&E | Flint - MI | 12188A | 6593 | KX97390-GYMDN | 55013293G |
| Delphi E&E | Flint - MI | 12188A | 6592 | KX97390-BK1A730 | 55013293S |
| Delphi E&E | Flint - MI | 12188A | 6589 | KX97390-GY2A735 | 55013293S |
| Delphi E&E | Flint - MI | 12188A | 6580 | KZL16-GYMDNAT | 55013293I |
| Delphi Interior | Adrian - MI | 01866A | PLA339 | PX0844-701 | 55022330 |
| Delphi Interior | Adrian - MI | 01866A | M0101456 | IP1000-BK1005 | 55056304 |
| Delphi Interior | Adrian - MI | 01866A | OPLA521A | IP300-754 | 55022334 |
| Delphi Interior | Columbus - OH | 12024D | P15T0099 | 6390-7161 | 55026201 |
| Delphi Interior | Vandalia - OH | 12024A | 0M101204 | GDT2510-3607I5 | 55026187 |
| Delphi Interior | Vandalia - OH | 12024A | 0M101456 | IP1000-BK1005 | 55026187 |
| Delphi Interior | Gadsden | 12024C | M101817 | LG9000-BR5A095U | 55060254 |
| Delphi Interior | Gadsden | 12024C | M101816 | LG9000-GY5734UCC | 55060254 |
| Delphi Interior | Gadsden | 12024C | M101815 | LG9000-BK1594UCC | 55060254 |
| Delphi Interior | Gadsden | 12024C | M100844 | MC8002-701 | 55079831 |
| Delphi Packard | Clinton - MS | 19711D | M2297001 | 1000-7301 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M0592001 | MG29-BK4051 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M059-002 | MG29-NA1000 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M2060002 | 141R-112 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M2060003 | 141R-616 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M2191008 | 325E-4262 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M2292001 | PX0844-780 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M2292002 | PX0844-701 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M2292003 | PX0844-873 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M2348002 | 327-7143 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M2348006 | 327-6187 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M2348007 | 327-8253 | 55014624 |

| Delphi Packard | Clinton - MS | 19711D | M23500001 | 420P-1001 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M23500002 | 420P-7139 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M23500008 | 420P-4262 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M23610001 | EM6100-111 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M23600-002 | EM6100-701 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M23190001 | ML7550-739 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M29230002 | 2310-7301 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M29923-007 | 2310-7314 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M22970003 | 1000-7163 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M46270002 | GTX9400W-1710 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M46270018 | GTX9400W-GY3524 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M21910002 | 325E-1001 | 55014624 |
| Delphi Packard | Clinton - MS | 19711D | M22970001 | 1000-7101 | P5030006 |
| Delphi Packard | Vienna - OH | 19711P | M22650-001 | DR51-1001 | 55015044 |
| Delphi Packard | Vienna - OH | 19711P | M21910-002 | 325E-1001 | 55015044 |
| Delphi Packard | Vienna - OH | 19711P | M21910-003 | 325E-8253 | 55015044 |
| Delphi Packard | Vienna - OH | 19711P | M21910-005 | 325E-2051 | 55015044 |
| Delphi Packard | Vienna - OH | 19711P | M23500-002 | 420P-7139 | 55015044 |
| Delphi Packard | Brookhaven - MS | 19711E | M29130-001 | ML7550-739 | P4030059 |
| Delphi Packard | Brookhaven - MS | 19711E | M29230002 | 2310-7301 | P4030059 |
| Delphi Packard | Brookhaven - MS | 19711E | M29230-007 | 2310-7314 | P4030059 |
| Delphi Packard | Brookhaven - MS | 19711E | M22970-003 | 1000-7163 | P4030059 |
| Delphi Packard | Brookhaven - MS | 19711E | M46270002 | GTX9400W-1710 | P4030059 |
| Delphi Packard | Brookhaven - MS | 19711E | M46270018 | GTX9400W-GY3524 | P4030059 |
| Delphi Packard | Brookhaven - MS | 19711E | M22650001 | DR51-1001 | P4030059 |
| Delphi Packard | Brookhaven - MS | 19711E | M29580008 | HF110-21124 | P4030059 |
| Delphi Packard | Brookhaven - MS | 19711E | M21910002 | 325E-1001 | P4030059 |
| Delphi Packard | Warren, OH | 19711A | M5529001 | WCV072-111 | P6030032 |
| Delphi Delco | Burton, MI pit 43 | 025555B | 28048108 | MC80002-GY3642 | 55008963 |
| Delphi Delco | Burton, MI pit 43 | 025555B | 30924 | 420-4262 | 55004822 |
| Delphi Delco | Burton, MI pit 43 | 025555B | 32159 | EM6101-7101 | 55004829 |
| Delphi Delco | Burton, MI pit 43 | 025555B | 30916 | 420-1001 | 55005065 |
| Delphi Delco | Burton, MI pit 43 | 025555B | 31023 | EM6101-8846 | 55046397 |
| Delphi Delco | Burton, MI pit 43 | 025555B | 30867 | MG47-BK4051 | 55004834 |
| Delphi Delco | Burton, MI pit 43 | 025555B | 32011 | MG47-36684S | 55044756 |
| Delphi Delco | Burton, MI pit 43 | 025555B | 30996 | 141-701 | 55042236 |
| Delphi Delco | Burton, MI pit 43 | 025555B | 30956 | X17-36684S | 55004910 |
| Delphi Delco | Burton, MI pit 43 | 025555B | 31069 | MC8002-701 | 55076931 |
| Delphi Delco | Burton, MI pit 43 | 025555B | 31017 | HF1110R-111MV | 55052864 |
| Delphi Delco | Burton, MI pit 43 | 025555B | 30966 | Z48-4051 | 55004956 |
| Delphi Delco | Burton, MI pit 43 | 025555B | 32072 | HF1110R-111MV | 55052864 |
| Delphi Delco | Kokomo, MI pit K8 | 025555A | 30946 | X17-4051 | 55039021 |
| Delphi Delco | Kokomo, MI pit K8 | 025555A | 30947 | Z48-23831 | 55039021 |
| Delphi Delco | Kokomo, MI pit K8 | 025555A | 30995 | 141R-112 | 55044720 |
| Delphi Delco | Kokomo, MI pit K8 | 025555A | 32139 | 141-82697 | 55044720 |
| Delphi Delco | Kokomo, MI pit K8 | 025555A | 32145 | 141-RD3004T | 55044720 |
| Delphi Delco | Kokomo, MI pit K8 | 025555A | 31014 | PX1390-701 | 55046325 |
| Delphi Delco | Kokomo, MI pit K8 | 025555A | 31030 | EM6100-701 | 55003013 |
| Delphi Delco | Kokomo, MI pit K8 | 025555A | 30956 | X17-36684S | 55004847 |

| | | | | | |
|---|---|---|---|---|---|
| Delphi Delco | Kokomo, MI plt K8 | 025555A | 31018 | PX1390-8442 | 5500046324 |
| Delphi Saginaw | | 120444 | 5317 | EM6100-701 | 9011130 |
| Delphi Saginaw | | 120444 | 2611342 | WC1003EP8115XX | 9011187 |
| Delphi Saginaw | | 120444 | 5490 | SL4530 | 9011187 |
| Delphi Saginaw | | 120444 | 5454 | OFL4036NAT | 9011187 |
| Delphi Mechatronics Brownsville, TX | | 183299 | NMEMS7776 | 121-112 | 550166147 |
| | | | NMEMS7808 | 141-111 | 550166147 |
| | | | NME999954 | 141-701 | 550166147 |
| | | | NME999674 | 141-7253 | 550166147 |
| | | | NMEMS5555 | 141-82618 | 550166147 |
| | | | NMEMS5525 | 141-82632 | 550166147 |
| | | | NMEMS6449 | 141-GY1CO23X | 550166146 |
| | | | NMEMS7588 | 141R-71088 | 550166147 |
| | | | NME999427 | 310-BK1066 | 550166147 |
| | | | NMEMS7340 | 420-BK1066 | 550166147 |
| | | | NMEMS30149 | 508-BK1066 | 550166147 |
| | | | NME999484 | BDT650848 | 550166147 |
| | | | NMEMS7590 | GDT2510-42465 | 550166147 |
| | | | NMEMS5589 | HF1110-701 | 550166147 |
| | | | NME999678 | HF1130-82598 | 550166147 |
| | | | NMEMS7857 | MC8002-701 | 550166147 |
| | | | NMEMS801837 | MG34LG-BK4051 | 550166147 |
| | | | NME999782 | MG38-BK4051 | 550172948 |
| | | | NMEMS7671 | PX8044-701 | 550166147 |
| | | | NME999987 | PX8071-701 | 550166147 | SpSri0SS
| | | | NME999729 | PX8071-780 | 550166147 |
| | | | NME999983 | SE1X-701 | 550166147 |
| | | | NME999486 | X11-4051 | 550166147 |
| | | | NME999792 | X15-33166US | 550166147 |
| | | | NME999796 | X15-4051 | 550166147 |
| | | | NME999788 | X17-4051 | 550166147 |
| | | | NMEM2073001 | XCY620-100 | TBA |
| | | | NMEMS7634 | 141-703 | 550166147 |
| | | | NMERMP30001 | 141-112 | 550166147 |
| | | | NME999668 | 143-80531 | 550166147 |
| | | | 28117507 | XCY620-WH8D098 | 550171703 |
| | | | M0000589020 | Z48-4051 | 550171739 |
| | | | 28101826 | LG9000-BK1065S | 550171257 |
| | | | NMEMS801836 | MG34LG-36722S | 550166147 |
| | | | NME999987 | PX8071-701 | 55017294 |

NME 999990 OPPPPP     OrSE-LELEPM

Sp5sri0SS