GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York  10022
(212) 813-8800
Allan S. Brilliant (AB 8455)
Craig P. Druehl (CD 2657)
Meagan E. Costello (MC 0962)

- and -

GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts  02109
(617) 570-1000
Gina Lynn Martin (GM 1324)

Attorneys for Caspian Capital Advisors,
LLC; Castlerigg Master Investments Ltd.;
Davidson Kempner Capital Management
LLC; Elliott Associates, L.P.; Nomura
Corporate Research & Asset Management,
Inc.; Sailfish Capital Partners, LLC; SPCP
Group, LLC; and Whitebox Advisors, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                           :
                                                                 :    Chapter 11
                                                                 :
DELPHI CORPORATION, et al.,                                      :    Case No. 05-44481 (RDD)
                                                                 :
                                    Debtors.                     :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## MOTION FOR ADMISSION OF
## JOHN MOUSTAKAS *PRO HAC VICE*

John Moustakas ("Applicant") does hereby move this Court to enter an order

admitting him *pro hac vice* to participate in these cases and any and all proceedings in

connection with these cases as counsel for Caspian Capital Advisors, LLC; Castlerigg Master

Investments Ltd.; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Sailfish Capital Partners, LLC; SPCP Group, LLC; and Whitebox Advisors, LLC or any affiliates thereof (each a "Creditor"), parties in interest in the above-captioned cases. In support of this motion, Applicant states the following:

1. My name is John Moustakas, and I am partner in the law firm of Goodwin Procter LLP, 901 New York Avenue, N.W., Washington, D.C. 20001. My office telephone number is 202-346-4236, my office facsimile number is 202-346-4444, and my email address is jmoustakas@goodwinprocter.com.

2. I have been a member in good standing of the District of Columbia Bar since June 3, 1994. In addition, I have been a member in good standing of the Massachusetts Bar since June 18, 1992.

3. I am admitted to practice in good standing in the U.S. Courts of Appeals for the Fifth and D.C. Circuits; and the U.S. District Court for the District of Columbia.

4. I agree to pay the $25.00 fee upon approval by the Court admitting me to practice *pro hac vice* as counsel for the Creditors to participate in these cases and any and all proceedings in connection therewith.

*[Remainder of Page Intentionally Left Blank]*

Dated: November 21, 2007     Respectfully submitted,

By: /s/ John Moustakas
John Moustakas
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington DC 20001
Telephone: (202) 346-4000
Facsimile (202) 346-4444

Attorneys for Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Sailfish Capital Partners, LLC; SPCP Group, LLC; and Whitebox Advisors, LLC