UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                    :
                                                          :        Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :        Case No. 05-44481 (RDD)
                                                          :
                        Debtors.                          :        (Jointly Administered)
                                                          :
---------------------------------------------------------------x

# ORDER GRANTING MOTION FOR ADMISSION OF
# JOHN MOUSTAKAS *PRO HAC VICE*

Upon consideration of the Motion for Admission of John Moustakas, *pro hac vice*, it is

**ORDERED**, that John Moustakas is admitted to practice, *pro hac vice*, to participate in these cases and any and all proceedings in connection with these cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the $25.00 filing fee.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE