GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York  10022
(212) 813-8800
Allan S. Brilliant (AB 8455)
Craig P. Druehl (CD 2657)
Meagan E. Costello (MC 0962)

- and -

GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts  02109
(617) 570-1000
Gina Lynn Martin (GM 1324)

Attorneys for Caspian Capital Advisors,
LLC; Castlerigg Master Investments Ltd.;
Davidson Kempner Capital Management
LLC; Elliott Associates, L.P.; Nomura
Corporate Research & Asset Management,
Inc.; Sailfish Capital Partners, LLC; SPCP
Group, LLC; and Whitebox Advisors, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                         :
                                                               :    Chapter 11
                                                               :
DELPHI CORPORATION, et al.,                                    :    Case No. 05-44481 (RDD)
                                                               :
                        Debtors.                               :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## MOTION FOR ADMISSION OF
## RICHARD M. WYNER *PRO HAC VICE*

Richard M. Wyner ("Applicant") does hereby move this Court to enter an order

admitting him *pro hac vice* to participate in these cases and any and all proceedings in

connection with these cases as counsel for Caspian Capital Advisors, LLC; Castlerigg Master

Investments Ltd.; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Sailfish Capital Partners, LLC; SPCP Group, LLC; and Whitebox Advisors, LLC or any affiliates thereof (each a "Creditor"), parties in interest in the above-captioned cases. In support of this motion, Applicant states the following:

1. My name is Richard M. Wyner, and I am partner in the law firm of Goodwin Procter LLP, 901 New York Avenue, N.W., Washington, D.C. 20001. My office telephone number is 202-346-4344, my office facsimile number is 202-346-4444, and my email address is rwyner@goodwinprocter.com.

2. I have been licensed to practice in the District of Columbia since December 19, 1983 and am a member in good standing of the Bar of the District of Columbia.

3. I am admitted to practice in good standing in the U.S. Supreme Court, U.S. Courts of Appeals for the D.C., Third, and Federal Circuits; and the U.S. District Courts for the District of Columbia.

4. I agree to pay the $25.00 fee upon approval by the Court admitting me to practice *pro hac vice* as counsel for the Creditors to participate in these cases and any and all proceedings in connection therewith.

*[Remainder of Page Intentionally Left Blank]*

Dated: November 21, 2007  Respectfully submitted,

By: /s/ Richard M. Wyner
Richard M. Wyner
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington DC 20001
Telephone: (202) 346-4000
Facsimile (202) 346-4444

Attorneys for Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Sailfish Capital Partners, LLC; SPCP Group, LLC; and Whitebox Advisors, LLC