GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York  10022
(212) 813-8800
Allan S. Brilliant (AB 8455)
Craig P. Druehl (CD 2657)
Meagan E. Costello (MC 0962)

    - and -

GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts  02109
(617) 570-1000
Gina Lynn Martin (GM 1324)

Attorneys for Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Sailfish Capital Partners, LLC; SPCP Group, LLC; and Whitebox Advisors, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

## MOTION FOR ADMISSION OF
## MICHAEL K. ISENMAN *PRO HAC VICE*

      Michael K. Isenman ("Applicant") does hereby move this Court to enter an order admitting him *pro hac vice* to participate in these cases and any and all proceedings in connection with these cases as counsel for Caspian Capital Advisors, LLC; Castlerigg Master

Investments Ltd.; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Sailfish Capital Partners, LLC; SPCP Group, LLC; and Whitebox Advisors, LLC or any affiliates thereof (each a "Creditor"), parties in interest in the above-captioned cases.  In support of this motion, Applicant states the following:

1. My name is Michael K. Isenman, and I am partner in the law firm of Goodwin Procter LLP, 901 New York Avenue, N.W., Washington, D.C.  20001.  My office telephone number is 202-346-4229, my office facsimile number is 202-346-4444, and my email address is misenman@goodwinprocter.com.

2. I have been licensed to practice in the District of Columbia since October 4, 1993, and am a member in good standing of the Bar of the District of Columbia.

3. I am admitted to practice in good standing in the U.S. Courts of Appeals for the D.C., Third, and Tenth Circuits; and the U.S. District Courts for the District of Columbia, the District of Maryland, and the District of Colorado.

4. I agree to pay the $25.00 fee upon approval by the Court admitting me to practice *pro hac vice* as counsel for the Creditors to participate in these cases and any and all proceedings in connection therewith.

[*Remainder of Page Intentionally Left Blank*]

Dated:  November 21, 2007    Respectfully submitted,

By:  /s/ Michael K. Isenman
Michael K. Isenman
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington DC 20001
Telephone:  (202) 346-4000
Facsimile (202) 346-4444

Attorneys for Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Sailfish Capital Partners, LLC; SPCP Group, LLC; and Whitebox Advisors, LLC