David R. Draper, Esq.
**DRAPER, RUBIN & SHULMAN, PLC**
18580 Mack Ave
Grosse Pointe Farms, MI 48236
(313) 885-6800

Alan D. Halperin (AH-8432)
Christopher J. Battaglia (CB-4436)
Carrie E. Mitchell (CM-9134)
**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | |

---------------------------------------------------------x

### HUTCHINSON FTS INC.'S RESPONSE TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS

Hutchinson FTS Inc. ("Hutchinson"), by and through its undersigned counsel, responds to the debtors' Twenty-Second Omnibus Objection to Certain Claims (the "Twenty-Second Omnibus Objection") as to Hutchinson's proof of claim, as follows:

1. Hutchinson filed Claim #13967 (the "Proof of Claim") in the total amount of $283,429.97, representing the amounts due Hutchinson for goods sold to the above-referenced debtors (the "Debtor").[1]

---

[1] Hutchinson asserts this claim against all of the Debtors that are jointly-administered under case number 05-44481: Delphi Corporation 05-44481; Delphi NY Holding Corporation 05-44480; ASEC Manufacturing General Partnership 05-44482; ASEC Sales General Partnership 05-44484; Environmental Catalysts, LLC 05-44503; Delphi Medical Systems Colorado Corporation 05-44507; Delphi Medical Systems Texas Corporation 05-44511; Delphi Medical Systems Corporation 05-44529; Specialty Electronics International Ltd. 05-44536; Specialty Electronics, Inc. 05-44539; Delphi Liquidation Holding Company 05-44542; Delphi Electronics (Holding) LLC 05-44547; Delphi Technologies, Inc. 05-44554; Delphi Automotive Systems Tennessee, Inc. 05-44558; Delphi Mechatronic Systems, Inc. 05-44567; Delphi Automotive Systems Risk Management Corp. 05-44570; Exhaust Systems Corporation 05-44573;

{00023318.2 / 0153-001}

2. On October 26, 2007 the Debtor filed its Twenty-Second Omnibus Objection to Claims, listing the Proof of Claim on Exhibit F-1 to the Twenty-Second Omnibus Objection to Claims, as a claim subject to modification. The Debtors request that the Proof of Claim be allowed against the Debtors' estates as a general unsecured claim in the amount of $274,165.

3. Although Hutchinson's claim was filed in the amount of $283,429.97, upon receipt of the Twenty-Second Omnibus Objection Hutchinson has reviewed its records and has agreed that the Proof of Claim should be allowed as listed on Schedule F-1 to the Twenty-Second Omnibus Objection.

3. The address to which the Debtors must deliver any reply to this response is:

> David R. Draper, Esq.
> Draper, Rubin & Shulman, plc
> 18580 Mack Ave
> Grosse Pointe Farms, MI 48236
> Telephone:    (313) 885-6800
> Fax:              (313) 885-6801
>
>     - and -
>
> Carrie E. Mitchell, Esq.
> Halperin Battaglia Raicht, LLP
> 555 Madison Avenue – 9th Floor
> New York, NY 10022
> Telephone:    (212) 765-9100
> Fax:              (212) 765-0964

---

Delphi China LLC 05-44577; Delphi Automotive Systems Korea, Inc. 05-44580; Delphi International Services, Inc. 05-44583; Delphi Automotive Systems Thailand, Inc. 05-44586; Delphi Automotive Systems International, Inc. 05-44589; Delphi International Holdings Corp. 05-44591; Delphi Automotive Systems Overseas Corporation 05-44593; Delphi Automotive Systems (Holding), Inc. 05-44596; Delco Electronics Overseas Corporation 05-44610; Delphi Diesel Systems Corp. 05-44612; Delphi LLC 05-44615; Aspire, Inc. 05-44618; Delphi Integrated Service Solutions, Inc. 05-44623; Delphi Connection Systems 05-44624; Packard Hughes Interconnect Company 05-44626; DREAL, Inc. 05-44627; Delphi Automotive Systems Services LLC 05-44632; Delphi Services Holding Corporation 05-44633; Delphi Automotive Systems Global (Holding), Inc. 05-44636; Delphi Foreign Sales Corporation 05-44638; Delphi Automotive Systems Human Resources LLC 05-44639; Delphi Automotive Systems LLC 05-44640; Delphi Furukawa Wiring Systems LLC 05-47452; Delphi Receivables LLC 05-47459; and MobileAria, Inc. 05-47474.

{00023318.2 / 0153-001}                                               2

4. The person possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on Hutchinson's behalf is:

> Sean Canty
> Vice President and Chief Financial Officer
> Of Hutchinson FTS, Inc.

5. Accordingly, Hutchinson's claim should be classified as a general unsecured claim in the amount of $274,165.53.

**WHEREFORE**, Hutchinson respectfully requests the Court enter an order holding that the Twenty-Second Omnibus Objection as to Hutchinson's claim should be granted to allow Hutchinson's Proof of Claim to be allowed as a general unsecured claim in the amount of $274,165, and, to provide for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       November 21, 2007

**HALPERIN BATTAGLIA RAICHT, LLP**
Co-Counsel to Hutchinson FTS, Inc.

By: */s/ Christopher J. Battaglia*
    Alan D. Halperin (AH-8432)
    Christopher J. Battaglia (CB-4436)
    Carrie E. Mitchell (CM-9134)
    555 Madison Avenue – 9th Floor
    New York, New York 10022
    (212) 765-9100

  - and -

**DRAPER, RUBIN & SHULMAN, PLC**
Co-Counsel to Hutchinson FTS, Inc.

David R. Draper, Esq.
18580 Mack Ave
Grosse Pointe Farms, MI 48236
(313) 885-6800