## AFFIDAVIT OF SERVICE

State of New York    )
                     ) ss.:
County of New York   )

Alexandra Miller, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York. On November 21, 2007 I served the within Objection of the IUE-CWA to the Expedited Motion for Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b) and 507(a) Authorizing and Approving Amendment to Delphi-Appaloosa Equity Purchase and Commitment Agreement by mailing a copy via overnight mail to the following:

        Robert J. Rosenberg, Esq.
        Latham & Watkins LLP
        885 Third Avenue, Suite 1000
        New York, New York 10022-4834

        Alicia Leonhard, Esq.
        U.S. Department of Justice
        Office of the United States Trustee
        33 Whitehall Street, 21st Floor
        New York, New York 10004-2111

        Kayalan A. Marafioti, Esq.
        Thomas J. Matz, Esq.
        Skadden, Arps, Slate, Meagher & Flom, LLP
        4 Times Square
        New York, New York 10036

        Delphi Corporation
        c/o Sean Corcoran and Karen Craft
        5725 Delphi Drive
        Troy, MI 48098-2815

        John W. Butler, Jr.
        John K. Lyons
        Ron E. Meisler
        Nick D. Campanario
        Skadden, Arps, Slate, Meagher & Flom, LLP
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois 60606

Jessica Kastin
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Bruce H. Simon, Esq.
Cohen, Weiss & Simon
330 West 42nd Street
New York, NY 10036

Jeffrey L. Tanenbaum
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

_____
ALEXANDRA MILLER

Sworn to before me this
21st day of November, 2007.

_____
Notary Public

LARRY MAGARIK
NOTARY PUBLIC, State of New York
No. 02MA5082506
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires July 28, 2009