# EXHIBIT A



# FORM SC 13D/A

## APPALOOSA MANAGEMENT LP - DPHIQ

**Filed: November 08, 2007 (period: )**

An amendment to a SC 13D filing

```
==============================================================================
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

----------

SCHEDULE 13D/A

(Amendment No. 14)

UNDER THE SECURITIES EXCHANGE ACT OF 1934

DELPHI CORPORATION
------------------
(Name of Issuer)

Common Stock, $0.01 Par Value Per Share
----------------------------------------
(Title of Class of Securities)

247126105
---------------
(CUSIP Number)

Kenneth Maiman
Appaloosa Management L.P.
26 Main Street, First Floor
Chatham, NJ 07928
(973) 701-7000
--------------------------------------------------------------
(Name, Address and Telephone Number of Person Authorized to
Receive Notices and Communications)

November 6, 2007
(Date of Event Which Requires Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report
the acquisition which is the subject of this Schedule 13D, and is filing this
schedule because of Rule 13d-1(e), 13d-1(f) or 13d-1(g), check the following box
[ ].

```
==============================================================================
```

Page 1 of 15

Source: APPALOOSA MANAGEMENT, SC 13D/A, November 08, 2007

SCHEDULE 13D

--------------------
CUSIP No. 247126105
--------------------

| | | | |
|---|---|---|---|
| 1 | NAME OF REPORTING PERSONS<br>Appaloosa Investment Limited Partnership I<br><br>I.R.S. IDENTIFICATION NOS. OF ABOVE PERSON (ENTITIES ONLY)<br>22-3220838 | | |
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP | (a) [X]<br>(b) [X] (1) | |
| 3 | SEC USE ONLY | | |
| 4 | SOURCE OF FUNDS<br>OO | | |
| 5 | CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED<br>PURSUANT TO ITEMS 2(d) or 2(e) | [ ] | |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION<br>Delaware | | |

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7 | SOLE VOTING POWER<br>0 |
|---|---|---|
| | 8 | SHARED VOTING POWER<br>27,716,000 |
| | 9 | SOLE DISPOSITIVE POWER<br>0 |
| | 10 | SHARED DISPOSITIVE POWER<br>27,716,000 |

| | | |
|---|---|---|
| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH<br>REPORTING PERSON<br>101,360,421 (2) | |
| 12 | CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES<br>CERTAIN SHARES | [ ] |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>18.04% (2) | |
| 14 | TYPE OF REPORTING PERSON<br>PN | |

----------
(1)  Box (a) is checked with respect to the relationship of the Reporting
     Persons and Harbinger, Merrill, UBS, Pardus and GS as described in Item 4
     and footnote (2) below. Box (b) is checked with respect to the relationship
     of the Reporting Persons and the New Additional Investors described in Item
     4. The Reporting Persons expressly disclaim membership in a group (within
     the meaning of Section 13(d) of the Securities Exchange Act of 1934) with
     the New Additional Investors.

Source: APPALOOSA MANAGEMENT, SC 13D/A, November 08, 2007

(2)  As a result of the New Investment Agreement described in Item 4, the
     Reporting Persons are deemed to be the beneficial owners of shares of the
     Issuer's Common Stock beneficially owned by Harbinger, Merrill, UBS, Pardus
     and GS. Based on information filed with the Securities and Exchange
     Commission, Harbinger Capital Partners Master Fund I, Ltd. and its related
     entities beneficially own 26,450,000 shares, Merrill Lynch, Pierce, Fenner
     & Smith Incorporated beneficially owns 1,482,206 shares, UBS AG
     beneficially owns 4,419,294 shares, Pardus Special Opportunities Master
     Fund L.P. and its related entities beneficially own 26,400,000 shares and
     GS beneficially owns 14,892,921 shares.

Source: APPALOOSA MANAGEMENT, SC 13D/A, November 08, 2007

SCHEDULE 13D

```
-------------------
CUSIP No. 247126105
-------------------
```

| | | | |
|---|---|---|---|
| 1 | NAME OF REPORTING PERSONS<br>Palomino Fund Ltd.<br><br>I.R.S. IDENTIFICATION NOS. OF ABOVE PERSON (ENTITIES ONLY)<br>98-0150431 | | |
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP | (a) [X]<br>(b) [X] (1) | |
| 3 | SEC USE ONLY | | |
| 4 | SOURCE OF FUNDS<br>OO | | |
| 5 | CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED<br>PURSUANT TO ITEMS 2(d) or 2(e) | [ ] | |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION<br>British Virgin Islands | | |
| NUMBER OF SHARES<br>BENEFICIALLY OWNED<br>BY EACH REPORTING<br>PERSON WITH | 7 | SOLE VOTING POWER<br>0 | |
| | 8 | SHARED VOTING POWER<br>24,284,000 | |
| | 9 | SOLE DISPOSITIVE POWER<br>0 | |
| | 10 | SHARED DISPOSITIVE POWER<br>24,284,000 | |
| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH<br>REPORTING PERSON<br>97,928,421 (2) | | |
| 12 | CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES<br>CERTAIN SHARES | [ ] | |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>17.43% (2) | | |
| 14 | TYPE OF REPORTING PERSON<br>PN | | |

```
----------
```
(1)  Box (a) is checked with respect to the relationship of the Reporting
     Persons and Harbinger, Merrill, UBS, Pardus and GS as described in Item 4
     and footnote (2) below. Box (b) is checked with respect to the relationship
     of the Reporting Persons and the New Additional Investors described in Item
     4. The Reporting Persons expressly disclaim membership in a group (within
     the meaning of Section 13(d) of the Securities Exchange Act of 1934) with
     the New Additional Investors.

                              Page 4 of 15

(2)    As a result of the New Investment Agreement described in Item 4, the
       Reporting Persons are deemed to be the beneficial owners of shares of the
       Issuer's Common Stock beneficially owned by Harbinger, Merrill, UBS, Pardus
       and GS. Based on information filed with the Securities and Exchange
       Commission, Harbinger Capital Partners Master Fund I, Ltd. and its related
       entities beneficially own 26,450,000 shares, Merrill Lynch, Pierce, Fenner
       & Smith Incorporated beneficially owns 1,482,206 shares, UBS AG
       beneficially owns 4,419,294 shares, Pardus Special Opportunities Master
       Fund L.P. and its related entities beneficially own 26,400,000 shares and
       GS beneficially owns 14,892,921 shares.

Page 5 of 15

Source: APPALOOSA MANAGEMENT, SC 13D/A, November 08, 2007

SCHEDULE 13D

```
-------------------
CUSIP No. 247126105
-------------------
```

| 1 | NAME OF REPORTING PERSONS<br>Appaloosa Management L.P.<br><br>I.R.S. IDENTIFICATION NOS. OF ABOVE PERSON (ENTITIES ONLY)<br>22-3220835 | |
|---|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP | (a) [X]<br>(b) [X] (1) |
| 3 | SEC USE ONLY | |
| 4 | SOURCE OF FUNDS<br>OO | |
| 5 | CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED<br>PURSUANT TO ITEMS 2(d) or 2(e) | [ ] |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION<br>Delaware | |

| NUMBER OF SHARES<br>BENEFICIALLY OWNED<br>BY EACH REPORTING<br>PERSON WITH | 7 | SOLE VOTING POWER<br>0 |
|---|---|---|
| | 8 | SHARED VOTING POWER<br>52,000,000 |
| | 9 | SOLE DISPOSITIVE POWER<br>0 |
| | 10 | SHARED DISPOSITIVE POWER<br>52,000,000 |

| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH<br>REPORTING PERSON<br>125,644,421 (2) | |
|---|---|---|
| 12 | CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES<br>CERTAIN SHARES | [ ] |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>22.37% (2) | |
| 14 | TYPE OF REPORTING PERSON<br>PN | |

```
----------
```
(1)  Box (a) is checked with respect to the relationship of the Reporting
     Persons and Harbinger, Merrill, UBS, Pardus and GS as described in Item 4
     and footnote (2) below. Box (b) is checked with respect to the relationship
     of the Reporting Persons and the New Additional Investors described in Item
     4. The Reporting Persons expressly disclaim membership in a group (within
     the meaning of Section 13(d) of the Securities Exchange Act of 1934) with
     the New Additional Investors.

Source: APPALOOSA MANAGEMENT, SC 13D/A, November 08, 2007

(2)  As a result of the New Investment Agreement described in Item 4, the
     Reporting Persons are deemed to be the beneficial owners of shares of the
     Issuer's Common Stock beneficially owned by Harbinger, Merrill, UBS, Pardus
     and GS. Based on information filed with the Securities and Exchange
     Commission, Harbinger Capital Partners Master Fund I, Ltd. and its related
     entities beneficially own 26,450,000 shares, Merrill Lynch, Pierce, Fenner
     & Smith Incorporated beneficially owns 1,482,206 shares, UBS AG
     beneficially owns 4,419,294 shares, Pardus Special Opportunities Master
     Fund L.P. and its related entities beneficially own 26,400,000 shares and
     GS beneficially owns 14,892,921 shares.

Page 7 of 15

Source: APPALOOSA MANAGEMENT, SC 13D/A, November 08, 2007

```
SCHEDULE 13D

--------------------
CUSIP No. 247126105
--------------------
```

| | | | | |
|---|---|---|---|---|
| 1 | NAME OF REPORTING PERSONS<br>Appaloosa Partners Inc.<br><br>I.R.S. IDENTIFICATION NOS. OF ABOVE PERSON (ENTITIES ONLY)<br>22-3220833 | | | |
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP | | (a) [X]<br>(b) [X] (1) | |
| 3 | SEC USE ONLY | | | |
| 4 | SOURCE OF FUNDS<br>OO | | | |
| 5 | CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED<br>PURSUANT TO ITEMS 2(d) or 2(e) | | [ ] | |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION<br>Delaware | | | |

| NUMBER OF SHARES<br>BENEFICIALLY OWNED<br>BY EACH REPORTING<br>PERSON WITH | 7 | SOLE VOTING POWER<br>0 |
|---|---|---|
| | 8 | SHARED VOTING POWER<br>52,000,000 |
| | 9 | SOLE DISPOSITIVE POWER<br>0 |
| | 10 | SHARED DISPOSITIVE POWER<br>52,000,000 |

| | |
|---|---|
| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br>125,644,421 (2) |
| 12 | CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES<br>CERTAIN SHARES                                                    [ ] |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>22.37% (2) |
| 14 | TYPE OF REPORTING PERSON<br>PN |

```
----------
(1)  Box (a) is checked with respect to the relationship of the Reporting
     Persons and Harbinger, Merrill, UBS, Pardus and GS as described in Item 4
     and footnote (2) below. Box (b) is checked with respect to the relationship
     of the Reporting Persons and the New Additional Investors described in Item
     4. The Reporting Persons expressly disclaim membership in a group (within
     the meaning of Section 13(d) of the Securities Exchange Act of 1934) with
     the New Additional Investors.
```

Page 8 of 15

Source: APPALOOSA MANAGEMENT, SC 13D/A, November 08, 2007

(2)   As a result of the New Investment Agreement described in Item 4, the
      Reporting Persons are deemed to be the beneficial owners of shares of the
      Issuer's Common Stock beneficially owned by Harbinger, Merrill, UBS, Pardus
      and GS. Based on information filed with the Securities and Exchange
      Commission, Harbinger Capital Partners Master Fund I, Ltd. and its related
      entities beneficially own 26,450,000 shares, Merrill Lynch, Pierce, Fenner
      & Smith Incorporated beneficially owns 1,482,206 shares, UBS AG
      beneficially owns 4,419,294 shares, Pardus Special Opportunities Master
      Fund L.P. and its related entities beneficially own 26,400,000 shares and
      GS beneficially owns 14,892,921 shares.

                              Page 9 of 15

Source: APPALOOSA MANAGEMENT, SC 13D/A, November 08, 2007

SCHEDULE 13D

--------------------
CUSIP No. 247126105
--------------------

| | | | |
|---|---|---|---|
| 1 | NAME OF REPORTING PERSONS<br>David A. Tepper<br><br>I.R.S. IDENTIFICATION NOS. OF ABOVE PERSON (ENTITIES ONLY) | | |
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP | (a) | [X] |
| | | (b) | [X] (1) |
| 3 | SEC USE ONLY | | |
| 4 | SOURCE OF FUNDS<br>OO | | |
| 5 | CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED<br>PURSUANT TO ITEMS 2(d) or 2(e) | | [ ] |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION<br>United States of America | | |

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7 | SOLE VOTING POWER<br>0 |
|---|---|---|
| | 8 | SHARED VOTING POWER<br>52,000,000 |
| | 9 | SOLE DISPOSITIVE POWER<br>0 |
| | 10 | SHARED DISPOSITIVE POWER<br>52,000,000 |

| | | |
|---|---|---|
| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br>125,644,421 (2) | |
| 12 | CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES<br>CERTAIN SHARES | [ ] |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>22.37% (2) | |
| 14 | TYPE OF REPORTING PERSON<br>PN | |

----------
(1)  Box (a) is checked with respect to the relationship of the Reporting
     Persons and Harbinger, Merrill, UBS, Pardus and GS as described in Item 4
     and footnote (2) below. Box (b) is checked with respect to the relationship
     of the Reporting Persons and the New Additional Investors described in Item
     4. The Reporting Persons expressly disclaim membership in a group (within
     the meaning of Section 13(d) of the Securities Exchange Act of 1934) with
     the New Additional Investors.

Page 10 of 15

Source: APPALOOSA MANAGEMENT, SC 13D/A, November 08, 2007

(2)   As a result of the New Investment Agreement described in Item 4, the
      Reporting Persons are deemed to be the beneficial owners of shares of the
      Issuer's Common Stock beneficially owned by Harbinger, Merrill, UBS, Pardus
      and GS. Based on information filed with the Securities and Exchange
      Commission, Harbinger Capital Partners Master Fund I, Ltd. and its related
      entities beneficially own 26,450,000 shares, Merrill Lynch, Pierce, Fenner
      & Smith Incorporated beneficially owns 1,482,206 shares, UBS AG
      beneficially owns 4,419,294 shares, Pardus Special Opportunities Master
      Fund L.P. and its related entities beneficially own 26,400,000 shares and
      GS beneficially owns 14,892,921 shares.

                              Page 11 of 15

This Amendment No. 14 (this "Amendment") to the Schedule 13D (the "Initial Schedule 13D") initially filed on March 16, 2006 by the Reporting Persons (as defined in the Initial Schedule 13D), as amended on August 1, 2006, August 29, 2006, December 19, 2006, January 18, 2007, March 2, 2007, March 12, 2007, May 15, 2007, July 6, 2007, July 10, 2007, July 20, 2007, July 23, 2007, August 3, 2007 and November 2, 2007 relates to the common stock, $0.01 par value per share (the "Common Stock"), of Delphi Corporation, a Delaware corporation (the "Issuer"), and is being filed to amend the Reporting Persons' previously-filed Schedule 13D as specifically set forth below.

Certain information contained in this Schedule 13D/A relates to share ownership of persons other than the Reporting Persons. The Reporting Persons expressly disclaim any liability for any such information and for any other information provided in this Amendment that does not expressly pertain to a Reporting Person, as such term is defined in Item 2 of the Initial Schedule 13D.

ITEM 4 IS HEREBY AMENDED BY ADDING THE FOLLOWING:

Termination of Revised Proposal

On November 6, 2007, as a result of certain of the conditions set forth therein not being satisfied, the Revised Proposal terminated in accordance with its terms.

Except as described in this Item 4 or otherwise described in this Statement, the Reporting Persons currently have no plans or proposals which relate to or would result in any transaction, event or action enumerated in paragraphs (a) through (j) of Item 4 of the form of Schedule 13D promulgated under the Securities Exchange Act of 1934, as amended. Subject to the terms of the New Investment Agreement, each of the Reporting Persons reserves the right, in light of its or his ongoing evaluation of the Issuer's financial condition, business, operations and prospects, the market price of the Common Stock, conditions in the securities markets generally, general economic and industry conditions, its or his business objectives and other relevant factors, to change its or his plans and intentions at any time, as it or he deems appropriate. In particular, and without limiting the generality of the foregoing (but subject to the terms of the Confidentiality Agreement and the New Investment Agreement, any one or more of the Reporting Persons (and their respective affiliates) reserves the right, in each case subject to any applicable limitations imposed on the sale of any of their Common Stock by the Securities Act of 1933, as amended, or other applicable law, to (i) purchase additional shares of Common Stock or other securities of the Issuer, (ii) sell or transfer shares of Common Stock or other securities beneficially owned by them from time to time in public or private transactions and (iii) cause any of the Reporting Persons to distribute in kind to their respective stockholders, partners or members, as the case may be, shares of Common Stock or other securities owned by such Reporting Persons.

This Amendment is not a solicitation for votes on the Issuer's plan of reorganization. No disclosure statement has been approved by the Bankruptcy Court for the Issuer's plan of reorganization.

Page 12 of 15

ITEM 6 IS HEREBY AMENDED BY ADDING THE FOLLOWING:

On November 6, 2007, the Revised Proposal terminated in accordance with its terms.

Other than as described in this Statement, to the best knowledge of the Reporting Persons there are no contracts, arrangements, understandings or relationships (legal or otherwise) among the Reporting Persons, and between any such persons and any other person, with respect to any securities of the Issuer, including but not limited to, transfer and voting of any of the securities, finder's fees, joint ventures, loan or option arrangements, puts or calls, guarantees of profits, division of profits or loss, or the giving or withholding of proxies, or a pledge or contingency the occurrence of which would give another person voting power or investment power over the securities of the Issuer.

Source: APPALOOSA MANAGEMENT, SC 13D/A, November 08, 2007

SIGNATURE

    After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Dated: November 8, 2007

                           APPALOOSA INVESTMENT LIMITED
                            PARTNERSHIP I

                           By: APPALOOSA MANAGEMENT L.P.,
                           Its General Partner

                           By:  APPALOOSA PARTNERS INC.,
                           Its General Partner

                           By: /s/ David A. Tepper
                           --------------------------
                           Name:  David A. Tepper
                           Title: President

                           PALOMINO FUND LTD.

                           By: APPALOOSA MANAGEMENT L.P.,
                           Its Investment Adviser

                           By: APPALOOSA PARTNERS INC.,
                           Its General Partner

                           By: /s/ David A. Tepper
                           --------------------------
                           Name:  David A. Tepper
                           Title: President

                           APPALOOSA MANAGEMENT L.P.

                           By: APPALOOSA PARTNERS INC.,
                           Its General Partner

                           By: /s/ David A. Tepper
                           --------------------------
                           Name:  David A. Tepper
                           Title: President

                           APPALOOSA PARTNERS INC.

                           By: /s/ David A. Tepper
                           --------------------------

Source: APPALOOSA MANAGEMENT, SC 13D/A, November 08, 2007

```
                                          Name:  David A. Tepper
                                          Title: President


                                          /s/  David A. Tepper
                                          -------------------------------
                                          David A. Tepper
```

                                    Page 15 of 15

```
</TEXT>
</DOCUMENT>
```

---

Created by 10KWizard   www.10KWizard.com