UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                         :        Chapter 11
                                               :
DELPHI CORPORATION, et al.,                    :        Case No. 05-44481 (RDD)
                                               :
                        Debtors.               :        (Jointly Administered)
------------------------------------------------------------------x

**ORDER AUTHORIZING CASPIAN CAPITAL ADVISORS, LLC; CASTLERIGG MASTER INVESTMENTS LTD.; CR INTRINSIC INVESTORS, LLC; DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC; ELLIOTT ASSOCIATES, L.P.; NOMURA CORPORATE RESEARCH & ASSET MANAGEMENT, INC; SAILFISH CAPITAL PARTNERS, LLC; AND WHITEBOX ADVISORS, LLC TO FILE IN REDACTED FORM AND UNDER SEAL A SUPPLEMENTAL OBJECTION TO EXPEDITED MOTION FOR ORDER UNDER 11 U.S.C. §§105(a), 363(b), 503(b) and 507(a) AUTHORIZING AND APPROVING AMENDMENT TO DELPHI-APPALOOSA EQUITY PURCHASE AND COMMITMENT AGREEMENT**

Upon the *ex parte* motion (the "Ex Parte Motion") of Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; CR Intrinsic Investors, LLC; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc; Sailfish Capital Partners, LLC; and Whitebox Advisors, LLC, or any respective affiliates thereof or funds and accounts directly managed by each of the foregoing ("Movants") for an order granting them leave to file under seal a supplemental objection (the "Supplemental Objection") to the expedited motion of the above debtors and debtors in possession (the "Debtors") for an order under 11 U.S.C. §§ 105(a), 363(b), 503(b) and 507(a) authorizing and approving amendment to Delphi-Appaloosa Equity Purchase and Commitment Agreement [Docket No. 10760], which was filed with this Court on July 18, 2007; and it appearing that this Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334, and that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and good and sufficient cause appearing therefor, it is

ORDERED that the Motion is GRANTED; and it is further

ORDERED that, pursuant to section 107(b)(1) of the Bankruptcy Code and Bankruptcy Rule 9018, the Movants are authorized to file the Supplemental Objection in redacted form and/or under seal, and the Clerk of the United States Bankruptcy Court is directed to accept the Supplemental Objection for filing under seal; and it is further

ORDERED that the unredacted Supplemental Objection shall remain confidential, be filed under seal, and be served upon and made available only to (a) the Court, (b) counsel to the Debtors, and (d) any other parties pursuant to a protective order as ordered by the Court; and it is further

ORDERED that any and all rights of the Movants or any other party to object to the Debtors' designation of certain information referred to in the Supplemental Objection as Confidential or Highly Confidential, and to seek to have the Supplemental Objection unsealed, are reserved and unaffected by the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction to interpret and enforce the terms of this Order; and it is further

ORDERED that any and all further notice of the relief granted by this Order be, and it hereby is, dispensed with and waived.

Dated: New York, New York
November 21, 2007

                                                                       /s/ Robert D. Drain
                                                                      HONORABLE ROBERT D. DRAIN
                                                                      UNITED STATES BANKRUPTCY JUDGE