UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, ET AL., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

Mary Charles-Kennedy, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

On November 21, 2007, I served a copy of the document listed below by causing true and correct copies of the same to be sent by hand delivery, to the persons listed on Exhibit A hereto, unless otherwise indicated:

HUTCHINSON FTS INC.'S RESPONSE TO DEBTORS'
TWENTY-SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS.

.

            */s/ Mary Charles-Kennedy*
            Mary Charles-Kennedy

Sworn to before me this 21st
day of November, 2007.

*/s/ Carrie E. Mitchell*
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

00055545

## Exhibit A

| | | |
|---|---|---|
| **Office of the United States Trustee**<br>**33 Whitehall Street**<br>**Suite 2100**<br>**New York, NY  10004**<br>**Attn: Alicia M. Leonhard** | **Delphi Corporation**<br>**5725 Delphi Drive**<br>**Troy, MI  48098**<br>**Attn: General Counsel**<br>**BY FEDERAL EXPRESS** | **Skadden, Arps, Slate, Meagher & Flom LLP**<br>**333 West Wacker Drive, Suite 2100**<br>**Chicago, IL  60606**<br>**Attn: John Wm. Butler, Jr.**<br>**BY FEDERAL EXPRESS** |
| **Fried, Frank, Harris, Shriver & Jacobson LLP**<br>**One New York Plaza**<br>**New York, NY  10004**<br>**Attn: Bonnie Steingart** | **Davis Polk & Wardwell**<br>**450 Lexington Avenue**<br>**New York, NY  10017**<br>**Attn: Donald Bernstein & Brian Resnick** | **Latham & Watkins LLP**<br>**885 Third Avenue**<br>**New York, NY  10022**<br>**Attn: Robert J. Rosenberg & Mark A. Broude** |

00055545