ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.*
*and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: DELPHI CORPORATION, *et. al.*, | Chapter 11 |
| Debtors. | Case No. 05-44481 (RDD)<br>Jointly Administered |

------------------------------------------------------------x

| | |
|---|---|
| DELPHI CORPORATION, *et. al.*, | |
| Debtors | |
| | Adv. Pro. No. _____ |
| v. | |
| FURUKAWA ELECTRIC COMPANY, LTD.,<br>FURUKAWA ELECTRIC NORTH<br>AMERICA APD, INC., | |

------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF GEORGIA    )
                                        )    ss:
COUNTY OF FULTON    )

DAVID A. WENDER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

1.      I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

2.      On the 21st day of November 2007, I caused true and correct copies of the **Defendant Furukawa Electric North America APD, Inc.'s First Set of Requests for the Production of Documents to General Motors Corporation** to be delivered via UPS overnight delivery to the parties listed on the Service List attached hereto as Exhibit "A."

FURTHER AFFIANT SAYETH NOT.

/s/ David A. Wender
DAVID A. WENDER

Sworn to and subscribed before me
this 21st day of November 2007.

/s/ Tedra Ellison
NOTARY PUBLIC

Commission Expires:

July 19, 2008

# EXHIBIT "A"

| | |
|---|---|
| General Motors Corporation<br>300 GM Renaissance Center<br>Detroit, Michigan  48265 | Martin Bienenstock, Esq.<br>Harvey Miller, Esq.<br>Jeffrey Tanenbaum, Esq.<br>Michael Kessler, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 |
| Neil Berger, Esq.<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>New York, New York 10119 | |