**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                                              :

In re:                                                   :         Chapter 11
                                                           :
      **DELPHI CORPORATION,** *et. al.*,      :         Case No. 05-44481 (RDD)
                                                           :
                                        Debtors.       :         Jointly Administered
-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, B. Parker Miller, Esq., a member in good standing of the State Bar of Georgia, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, as counsel to Furukawa Electric Company, Ltd. and Furukawa Electric North America APD, Inc., creditors in the above-captioned cases.

My business address is Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309. My business telephone number is (404) 881-7000, and my email address is parker.miller@alston.com.

I agree to pay the fee of twenty-five dollars ($25.00) upon entry of an order admitting me to practice ***pro hac vice***.

Dated: Atlanta, Georgia
       November 26, 2007                                                       /s/ B. Parker Miller
                                                                                     B. Parker Miller

**ORDERED,**

That B. Parker Miller, Esq., is admitted to practice ***pro hac vice*** in the above-referenced cases in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2007

                                                                                _____
                                                                                ROBERT D. DRAIN
                                                                                UNITED STATES BANKRUPTCY JUDGE