HONIGMAN MILLER SCHWARTZ AND COHN LLP
E. Todd Sable (Mich. Bar P54956)
Admitted *pro hac vice*
Seth A. Drucker (Mich. Bar P65641)
Admitted *pro hac vice*
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506

Attorneys for Valeo Climate Control Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
                                    :

    In re                                :        Case No.: 05-44481
                                    :
DELPHI CORPORATION, *et al.*,      :        Chapter 11
                                    :
        Debtors.                :        (Jointly Administered)
------------------------------------------------------ x

## **CERTIFICATE OF SERVICE**

The undersigned certifies and affirms that on Wednesday, November 21, 2007, he electronically filed with the clerk of the court a copy of Valeo Climate Control Corporation's Objection to Debtors' Notice of Cure Amount With Respect to Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale of Interiors and Closures Businesses ("Valeo's Objection"), using the ECF system, which system will send an electronic copy of same to those ECF participants registered in the above-referenced matter.

The undersigned also certifies and affirms that a copy of Valeo's Objection was also mailed by Federal Express priority mail to the following at their business address set forth below in accordance with the paragraph 3 of Debtor's November 16, 2007 Notice of

Cure Amount With Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with the Sale of Interiors and Closures Businesses:

1. Delphi Automotive Systems LLC
5725 Delphi Drive
Troy, MI  48098
Attn:  Legal Staff

2. Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  Deputy General Counsel
Transactional & Restructuring

3. Counsel to the Debtors
Skadden, Arps, Slate,
 Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Il  60606
Attn:   Ron E. Meisler and
    Brian M. Fern

4. Counsel for the Agent under
the Post-Petition Credit Facility
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn:   Donald Bernstein and
    Brian Resnick

5. Counsel for the Official Committee
of Unsecured Creditors
Latham & Watkins LLP
885 Third Avenue
New York, Ny  10022
Attn:   Robert Rosenberg and
    Mark Broude

6. Counsel for the Official Committee
of Equity Security Holders
Fried, Frank, Harris, Shriver,
 & Jacobson, LLP
One New York Plaza
New York, NY  10004
Attn:  Bonnie Steingart

7. Counsel for the Buyers
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281-0006
Attn:  Michael Ryan

8. Office of the US Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004
Attn:  Alicia M. Leonhard

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By:   /s/ E. Todd Sable
      E. Todd Sable (Mich. Bar P54956)
      Admitted *pro hac vice*
      Seth A. Drucker (Mich. Bar P65641)
      Admitted *pro hac vice*
      2290 First National Building
      660 Woodward Ave., Suite 2290
      Detroit, MI  48226-3506
      Telephone:  (313) 465-7000
      Facsimile:  (313) 465-7627
      Email:  sdrucker@honigman.com
             tsable@honigman.com

Attorneys for Valeo Climate Control Corporation

Dated:  November 21, 2007

DETROIT.2877341.1

3