**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
    **DELPHI CORPORATION,** *et. al.*,              :    Case No. 05-44481 (RDD)
                                                            :
                      **Debtors.**   :    Jointly Administered
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, H. Stephen Harris, Jr., Esq., a member in good standing of the State Bar of Georgia, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, as counsel to Furukawa Electric Company, Ltd. and Furukawa Electric North America APD, Inc., creditors in the above-captioned cases.

My business address is Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309. My business telephone number is (404) 881-7000, and my email address is steve.harris@alston.com.

I agree to pay the fee of twenty-five dollars ($25.00) upon entry of an order admitting me to practice ***pro hac vice***.

Dated: Atlanta, Georgia
       November 26, 2007                                            /s/ H. Stephen Harris, Jr.
                                                                                       H. Stephen Harris, Jr.

**ORDERED,**

That H. Stephen Harris, Jr., Esq., is admitted to practice ***pro hac vice*** in the above-referenced cases in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2007

                                                                               _____
                                                                               ROBERT D. DRAIN
                                                                               UNITED STATES BANKRUPTCY JUDGE