SONNENSCHEIN NATH & ROSENTHAL LLP
Matthew B. Stein (MS-0062)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Counsel to Molex Connector Corporation*

THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, INC., et al. | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF FILING OF EXHIBIT A TO RESPONSE OF MOLEX CONNECTOR CORPORATION TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) DUPLICATE OR AMENDED CLAIMS, (B) EQUITY CLAIMS, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS, AND (F) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS, AND MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS**

**[Re: Docket No. 11023]**

On November 21, 2007, the Response of Molex Connector Corporation to the Debtors' Twenty-Second Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on the Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, Claims Subject to Modification that are Subject to Prior Orders, and Modified Claims Asserting Reclamation that are Subject to Prior Orders (Docket No. 11023) (the "Response") was filed electronically without Exhibit A to the Response, being three disputed

debit memoranda associated with Claim Number 7992 filed by Molex Connector Corporation.

Attached hereto as **Exhibit A** are copies of the disputed debit memoranda defined as Exhibit A in the Response.

Dated:  November 21, 2007

                Respectfully submitted,

                By:  /s/ Matthew B. Stein_____
                Matthew B. Stein, Esq.
                SONNENSCHEIN NATH & ROSENTHAL LLP
                1221 Avenue of the Americas
                New York, New York 10020
                Telephone: (212) 768-6700
                Facsimile: (212) 768-6800

                *Counsel to Molex Connector Corporation*

17580348\V-1