# Exhibit A

# Type: Debit

Disbursement Services
321 Entry Type

*JR*

| | |
|---|---|
| Remit DUNS # | RD  005246673 |
| Supplier Name | MOLEX INC |
| Plant Code | FW |
| Document # | ADMCR  52651 |
| Doc Date | 12/16/2004 |
| Doc Total | $152,680.00 |
| Doc Provg Due Date | |
| Currency | USD |
| BOL | 52651 |
| Ship Date | |
| Terms | A |
| Desc | **COST RECOVERY** |

MI
170250697
1/7/2005
500175
$152,680.00

Multi PO  Y    Multi Plt  Y

PO#                                MEMO:

| Chrg type | Account Number | Work Order | Total $ |
|---|---|---|---|
| ADJ | FW700000016099700000000000 | | $152,680.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |

| Part # | Qty | UOM | Unit Price | Contract (PO) | Part Total $ |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ See attached for parts contract information

**Cross Reference Information**

| DUNS No | Plt Code | Doc Type | Document No |
|---|---|---|---|
| | | | |

**Other Required Information**

Dup Check Completed ☑   Date  12/22/2004

Submitted By   JOHNSONE              Phone

Approvals (for 321):

Supervisor: _____

Manager or 7th Level: _____

DEC-22-04 WED 01:38 PM                                  FAX NO. 3736354                              P. 04

# DELPHI

## Disbursement Analysis Debit Memorandum

THIS NUMBER MUST APPEAR ON ALL CREDIT MEMORANDUMS

**DM 52651**

Date: Dec 16 '04

INVOICE TO: Maley, Inc
Name & Address

SHIP TO: (if different from Invoice To)

Charge Acct #: (if provided)

Caption: (for returning material)

| Name or Description (Part No. where applicable) | Purchase Order # | Quantity & UOM | Unit Cost | Total Value |
|---|---|---|---|---|
| 15941331 | P3150023 (REQUIRED) Only one Purchase Order number per DM. | 15,967.30 | .3575 | 201,130.80 |
| | | | .468(2) | 152,680.00 |
| | | | | 152,680.00 |
| | | | Total Amount of Debit | 152,680.00 204,130.80 |

**Reason for DM:** (attached supporting data if needed)
Thing to vendor PER 2004-1018-150339002, boxes not labeled with the PN requested and the connector was wrong. Cost Recovery.

**Account Numbers for financial credit** - For Cost Recoveries, provide an account # under Other

Material Inventory accounts:
- ☐ Ohio - FR 2400 00000 80100 000 000 0000
- ☐ Mexico West - FV 2400 00000 80100 000 000 0000
- ☐ Mexico East - FW 2400 00000 80100 000 000 0000
- ☐ Jackson, MS - FS 2400 00000 80100 000 000 0000
- ☐ Brookhaven, MS - FT 2400 00000 80100 000 000 0000
- ☐ Other > FW 7000 00016 07070 000 000 0000  $204,130.80

Returnable Container accounts:
- ☐ Ohio - FR 2400 00000 77000 000 824 0000
- ☐ Mexico West - FV 2400 00000 77000 000 824 0000
- ☐ Mexico East - FW 2400 00000 77000 000 824 0000
- ☐ Jackson, MS - FS 2400 00000 77000 000 824 0000
- ☐ Brookhaven, MS - FT 2400 00000 77000 000 824 0000
- ☐ Other >                                        $152,650.00

**Complete the following as applicable:**

Problem Case #: 2004 1018 - 150339002

RMA #: N/A

**Freight Charges for Returned Material:**
- ☐ Collect - Supplier to be billed freight charges upon delivery (3% fee applied)
- ☐ Prepaid - Supplier specified carrier and charge account (3% fee applied)
- ☒ Delphi Paid (Delphi Packard pays freight charges)

### Traffic Dept.

| Date Shipped: | # Skids: | | Gross Wt: |
|---|---|---|---|
| BOL #: | # Containers: | | |

**Approvals:**

Requested By: Magda Fucirlos   Dept: 03040   Mail Station: 80C   Phone: (330) 441-...

Requestor's Supr. or Designate   Signature   Date: Dec 16 '04

Purchasing Approval: Signature   Date: 12/16/04

DM 52651

FINANCE

Duns Number: _____

## AFC/GOI & ADJ Audit Checklist

| AFC | | GOI | | ADJ | |
|---|---|---|---|---|---|
| | Screen 4 | | Screen 2 | | Screen 4 |
| AFC # must be rescanned & not hand written | | Readable invoice # & date | | Duns # matches vendor info/RD OK if needed | 0501 |
| Duns # matches vendor info/RD OK if needed | 0501 | Duns # matches vendor info/RD OK if needed | 0501 | Vendor name | 0501 |
| Vendor name & address | 0501 | Vendor name & address | 0501 | Plant Code (first 2 letters in acct #) | 1313 |
| Disbursement amount on top matches total amount at bottom | | Document total $ amount | | ADM/ACN & Document # - No doc # - Used date & amount | 1323 |
| Verify account number | 1101 | Verify account number | 1101 | Document date & total | |
| Liaison approver stamp | | Liaison approver stamp | 1101 | Currency | 0509 |
| Duplicate Search | 0503 | Duplicate Search — If older than 13 months must do custom search in E-DACOR | 0503 | EOL # | 0507 |
| Initial & Date document | | Payment Term: If no terms will default to 0 | | Payment terms | 1318 |
| Payment Term | 1318 | Circle Doc # | | Description | |
| Circle Non-PO invoice type AFC, SPC, NWA | 1323 | Circle Invoice # & date | | Purchase Order # (when required and on Holdbacks) | 0112 |
| Special Delivery Instructions | | Circle total $ amount | | Charge type | 1313 |
| Circle Explanation of payment | | Verify Non-PO invoice type | 1323 | Duplicate Search (Box checked and user ID is present) | 0503 & 0401 |
| Check for two other signatures in addition to Liaison – no initials or printed name. Liaison signature MUST include number | | Account # All "3270" type accounts Must have a work order number | 1101 | Account # If acct. # 2400 00000 75000 Must part post for GM plants | 1101 |
| Currency Effective | 0509 | Account # If acct. # 2400 00000 75000 Must part post for GM plants | 1101 | Account # All "3270" type accounts Must have a work order number | 1101 |
| Account # All "3270" type accounts Must have a work order number | 1101 | | | Part posting & Cross reference if needed | 0408 0501 |
| Account # If acct. # 2400 00000 75000 Must part post for GM plants | 1101 | | | Proper approval (liaison stamp on any credit) | |
| | | | | Mult Pmt, Mult PO    (Y,Y)    (N,N) | HOT |

### ADJUSTING CREDIT MEMO CHECK LIST

| | |
|---|---|
| Supporting Detail | |
| Cross Reference | 0501 |
| Corresponding EOL | 0507 |
| Search by Date/Doc | 0503 |
| Corresponding PO | 0112 |
| Search for purged data in eServe | |
| Liaison approval stamp | |

Name & SDS Net ID _Evan Johnson DZOPSM  902-797-5123_

Date _12/22/04_

Signature _[signature]_

*Signature indicates that the desk procedure has been followed and the above checklist has been completed.*

# Type: Debit

Disbursement Services
321 Entry Type



| | |
|---|---|
| Remit DUNS # | RD   005246673 |
| Supplier Name | MOLEX INC |
| Plant Code | FW |
| Document # | ADMCR   52389 |
| Doc Date | 10/12/2004 |
| Doc Total | $11,151.25 |
| Doc Provg Due Date | |
| Currency | USD |
| BOL | 52389 |
| Ship Date | |
| Terms | A |
| Desc | COST RECOVERY |

Handwritten:
MI
500175
~~170250697~~
1/7/2005
170250697
$11,151.25

Multi PO  Y     Multi Plt  Y

PO#                              MEMO:

| Chrg type | Account Number | Work Order | Total $ |
|---|---|---|---|
| ADJ | FW70000000160997000000000000 | | $11,151.25 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |

| Part # | Qty | UOM | Unit Price | Contract (PO) | Part Total $ |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ See attached for parts contract information

**Cross Reference Information**

| DUNS No | Plt Code | Doc Type | Document No |
|---|---|---|---|
| | | | |
| | | | |

**Other Required Information**

Dup Check Completed ☑   Date  12/22/2004

Submitted By   JOHNSONE         Phone

Approvals (for 321):

Supervisor: _____

Manager or 7th Level: _____

DEC-22-04 WED 01:38 PM                           FAX NO. 3735354                              P. 02

# DELPHI

**Disbursement Analysis Debit Memorandum**

DM **52389**

Date: October 12, 2004    RD5246673

Invoice to: Uplex Inc.
Duns Code: 063271720

Charge Acct #: $5,802.50

| Name or Description (Part No. where applicable) | Purchase Order # | Quantity & UOM | Unit Cost | Total Value |
|---|---|---|---|---|
| 15405551 | P315002T | 122 | 20 | 2,440 |
|  | DKQ005558 Only one Purchase Order Number per D.M. | 389 | 20 | 7,780 |
|  |  | 511 @ 13.75 |  | $5,348.75 |
|  |  |  |  | $11,157.25 |
|  |  |  | **Total Amount of Debit** | 16,230 |

Reason for DM: (attached supporting data if needed)
Charge to Vendor PRR 20031112 - 171423864 due to schedule discrepancies. Part N. 15405551 Cost Recovery

Account Numbers for financial credit - For Cost Recoveries, provide an account # under Other

Material Inventory accounts:
☐ Ohio - FR 2400 00000 90100 000 000 0000
☐ Mexico West - FV 2400 00000 90100 000 000 0000
☐ Mexico East - FW 2400 00000 90100 000 000 0000

☐ Jackson, MS - FS 2400 00000 90100 000 000 0000
☐ Brookhaven, MS - FT 2400 00000 90100 000 000 0000
☐ Other>

$5,802.50

Returnable Container accounts:
☐ Ohio - FR 2400 80050 77000 000 524 0000
☐ Mexico West - FV 2400 80050 77000 000 524 0000
☐ Mexico East - FW 2400 80050 77000 000 524 0000

☐ Jackson, MS - FS 2400 00000 77000 000 524 0000
☐ Brookhaven, MS - FT 2400 00000 77000 000 524 0000
☒ Other> SM 7000 00016 98470 000 000 0000
                7000 00106 98470 060 000 0000

$5,348.75

Complete the following as applicable:

Problem Case #: 20031112 - 171423864
RMA #: N/A

Freight Charges for Returned Material:
☐ Collect - Supplier to be billed freight charges upon delivery (3% fee applied)
☐ Prepaid - Supplier specified carrier and charge account (3% fee applied)
☒ Delphi Paid (Delphi Packard pays freight charges)

| Traffic Dept. | | | |
|---|---|---|---|
| Date Shipped: | # Skids: | | Gross Wt.: |
| BOL #: | # Containers: | | |

Approvals:
Requested by: Magdalena Fuentes C    Dept: 02030    Phone: 800 - 6-951-4285
Requestor's Supr. or Designate    Signature    10/19/04    Date
Purchasing Approval    Signature    12/08/04    Date

FINANCE

Duns Number _____

## AFC/GOI & ADJ Audit Checklist

### AFC

| | Screen # |
|---|---|
| AFC # must be readable & not hand written | |
| Duns # matches vendor info/RO OK if needed | 0507 |
| Vendor name & address | 0501 |
| Disbursement amount on top matches total amount at bottom | |
| Verify account number | 1101 |
| Liaison approver stamp | |
| Duplicate Search | 0503 |
| Initial & Date document | |
| Payment Terms | 1319 |
| Circle Non-PO invoice type AFC, SPC, MWA | 1323 |
| Special Delivery instructions | |
| Circle Explanation of payment | |
| Check for two other signatures in addition to Liaison – no initials or printed name. Liaison signature MUST include number | |
| Currency Effective | 0509 |
| Account # All "3270" type accounts Must have a work order number | 1101 |
| Account # If acct = 7400 00000 75000 Must part post for GM plants | 1101 |

### GOI

| | Screen # |
|---|---|
| Readable invoice # & date | |
| Duns # matches vendor info/RO OK if needed | 0501 |
| Vendor name & address | 0501 |
| Document total $ amount | |
| Verify account number | 1101 |
| Liaison approver stamp | 1101 |
| Duplicate Search If older than 13 months must do custom search in E-DACOR | 0502 |
| Payment Term: If no terms will default to 0 | |
| Circle Duns # | |
| Circle Invoice # & date | |
| Circle total $ amount | |
| Verify Non-PO invoice type | 1322 |
| Account # All "3270" type accounts Must have a work order number | 1101 |
| Account # If acct = 7400 00000 75000 Must part post for GM plants | 1101 |

### ADJ

| | Screen # |
|---|---|
| Duns # matches vendor info/RO OK if needed | 0501 |
| Vendor name | 0531 |
| Plant Code (first 2 letters in acct #) | 1313 |
| ADM/ACM & Document # – No doc # – Used date & amount | 1321 |
| Document date & total | |
| Currency | 0509 |
| SOL # | 0307 |
| Payment terms | 1319 |
| Description | |
| Purchase Order # (when required and on Holdbacks) | 0112 |
| Charge type | 1313 |
| Duplicate Search: [Box checked and user ID is present] | 0503 & 0401 |
| Account # If acct = 2400 00000 75000 Must part post for GM plants | 1101 |
| Account # All "3270" type accounts Must have a work order number | 1101 |
| Part posting & Cross reference if needed | 0446 / 0601 |
| Proper approval (liaison stamp on any credit) | |
| Mult Pint, Mult PO   (Y,Y) | NOT PLNT |

### ADJUSTING CREDIT MEMO CHECK LIST

| | |
|---|---|
| Supporting Detail | |
| Cross Reference | 0601 |
| Corresponding SOL | 0507 |
| Search by Date/Doc | 0503 |
| Corresponding PO | 0112 |
| Search for proper data in advent | |
| Liaison approval stamp | |

Name & EDS Net ID _Evan Johnson DZQPSM 602-797-5123_

Date _12/22/04_

Signature _[signed]_

*Signature indicates that the desk procedure has been followed and the above checklist has been completed.*

# Type: Debit

Disbursement Services
321 Entry Type



| | |
|---|---|
| Remit DUNS # | RD 005246673 |
| Supplier Name | MOLEX INC |
| Plant Code | FV |
| Document # | ADMCR 51866 |
| Doc Date | 12/21/2004 |
| Doc Total | $50,462.50 |
| Doc Provg Due Date | |
| Currency | USD |
| BOL | 51866 |
| Ship Date | |
| Terms | A |
| Desc | COST RECOVERY |

Handwritten: MI / 500175 / 1/7/2005 / 170250697 / $50,462.50

Multi PO  Y        Multi Plt  Y

PO#                    MEMO:

| Chrg type | Account Number | Work Order | Total $ |
|---|---|---|---|
| ADJ | FV70000058609970000000000000 | | $50,462.50 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |

| Part # | Qty | UOM | Unit Price | Contract (PO) | Part Total $ |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

☐ See attached for parts, contract Information

**Cross Reference Information**

| DUNS No | Plt Code | Doc Type | Document No |
|---|---|---|---|
| | | | |

**Other Required Information**

Dup Check Completed ☑   Date 12/23/2004

Submitted By   JOHNSONE         Phone

Approvals (for 321):

Supervisor: _____

Manager or 7th Level: _____

DEC-23-04 THU 07:51 AM                    FAX NO. 3735354                           P. 03

# DELPHI

## Disbursement Analysis Debit Memorandum
FRM 1124-1203

THIS NUMBER MUST APPEAR ON ALL CREDIT MEMORANDUMS

**DM  51866**

Date: 12/21/04

Invoice To Name & Address: MOLEX INC.
2222 WELLINGTON CT
LISLE IL 60532

Ship To (if different than Invoice To): SAME

Carrier (for returning material):

Charge Acct #: (if provided)

| Name or Description (Part No. where applicable) | Purchase Order # | Quantity & UOM | Unit Cost | Total Value |
|---|---|---|---|---|
| 1539E763 SCHEDULE MISSED CAUSED DOWN-TIME | P3150028 (REQUIRED) Only one Purchase Order number per D.M. | | | 50,462.50 |
| | | | | |
| | | | | |
| | | | Total Amount of Debit | 50,462.50 |

Reason for DM: (attached supporting data if needed)

Account Numbers for financial credit - For Cost Recoveries, provide an account # under Other

Material Inventory accounts:
☐ Ohio - PR 2400 00000 80100 000 000 0000
☐ Mexico West - FV 2400 00000 80100 000 000 0000
☐ Mexico East - FW 2400 00000 80100 000 000 0000

☐ Jackson, MS - FS 2400 00000 80100 000 000 0000
☐ Brookhaven, MS - FT 2400 00000 80100 000 000 0000
☐ Other >

Returnable Container accounts:
☐ Ohio - PR 2400 00000 77000 000 824 0000
☐ Mexico West - FV 2400 00000 77000 000 824 0000
☐ Mexico East - FW 2400 00000 77000 000 824 0000

☐ Jackson, MS - FS 2400 00000 77000 000 824 0000
☐ Brookhaven, MS - FT 2400 00000 77000 000 824 0000
☒ Other > FV 7000 00586 OH 10 000 000 0000

Complete the following as applicable:

Problem Case #: 20030828-161146187
RMA #:

Freight Charges for Returned Material:
☐ Collect - Supplier to be billed freight charges upon delivery (3% fee applied)
☐ Prepaid - Supplier specified carrier and charge account (3% fee applied)
☒ Delphi Paid (Delphi Packard pays freight charges)

DM 51866

| Traffic Dept. | | | | |
|---|---|---|---|---|
| Date Shipped: | | # Skids: | | Gross Wt.: |
| B.O.L. #: | | # Containers: | | |

Approvals:
Requested By: [signature]   Dept: 3004   Mail Station: OH5   Phone: 915-612-4837
Date: 12/23/04   Purchasing Approval: [signature]   Date: 12/21/04

F-12/03

Curs Number _____

## AFC/GOI & ADJ Audit Checklist

| AFC | | Screen # |
|---|---|---|
| ___ AFC # must be readable & not hand written | | |
| ___ Duns # matches vendor info/RO OK if needed | | 0501 |
| ___ Vendor name & address | | 0501 |
| ___ Disbursement amount on top matches total amount at bottom | | |
| ___ Verify account number | | 1101 |
| ___ Liaison approver stamp | | |
| ___ Duplicate Search | | 0503 |
| ___ Initial & Date document | | |
| ___ Payment Term | | 1318 |
| ___ Circle Non-PO invoice type AFC, SPC, MWA | | 1323 |
| ___ Special Delivery Instructions | | |
| ___ Circle Explanation of payment | | |
| ___ Check for two other signatures in addition to Liaison - no initials or printed name. Liaison signature MUST include number | | |
| ___ Currency Effective | | 0509 |
| ___ Account # All "3270" type accounts Must have a work order number | | 1101 |
| ___ Account # If acct. = 2400 00000 75000 Must part post for GM plants | | 1101 |

| GOI | | Screen # |
|---|---|---|
| ___ Readable Invoice # & date | | |
| ___ Duns # matches vendor info/RO OK if needed | | 0501 |
| ___ Vendor name & address | | 0501 |
| ___ Document total $ amount | | |
| ___ Verify account number | | 1101 |
| ___ Liaison approver stamp | | 1101 |
| ___ Duplicate Search If older than 12 months must do custom search in E-CACOR | | 0503 |
| ___ Payment Term: if no terms will default to 0 | | |
| ___ Circle Duns # | | |
| ___ Circle Invoice # & date | | |
| ___ Circle total $ amount | | |
| ___ Verify Non-PO invoice type | | 1323 |
| ___ Account # All "3270" type accounts Must have a work order number | | 1101 |
| ___ Account # If acct. = 2400 00000 75000 Must part post for GM plants | | 1101 |

| ADJ | | Screen # |
|---|---|---|
| ___ Duns # matches vendor info/RO OK if needed | | 0501 |
| ___ Vendor name | | 0501 |
| ___ Plant Code (first 2 letters in acct #) | | 1313 |
| ___ ADM/ACN & Document # - No doc # - Used date & amount | | 1321 |
| ___ Document date & total | | |
| ___ Currency | | 0509 |
| ___ BOL # | | 0507 |
| ___ Payment terms | | 1318 |
| ___ Description | | |
| ___ Purchase Order # (when required and on Holdbacks) | | 0112 |
| ___ Charge type | | 1313 |
| ___ Duplicate Search (Box checked and user ID's present) | | 0503 & 0401 |
| ___ Account # If acct. = 2400 00000 75000 Must part post for GM plants | | 1101 |
| ___ Account # All "3270" type accounts Must have a work order number | | 1101 |
| ___ Part posting & Cross reference # needed | | 0405 & 0501 |
| ___ Proper approval (Liaison stamp on any credit) | | |
| ___ Mult Plnt, Mult PO    (Y,Y)    (N,N) | | HOT |

**ADJUSTING CREDIT MEMO CHECKLIST**

| | |
|---|---|
| ___ Supporting Detail | |
| ___ Cross Reference | 0501 |
| ___ Corresponding BOL | 0507 |
| ___ Search by Date/Doc | 0503 |
| ___ Corresponding PO | 0112 |
| ___ Search for proper date in place | |
| ___ Liaison approval stamp | |

Name & EDS Net ID _Evan Johnson 0ZOPSN 507-797-5128_

Date _12/23/04_

Signature _[signed]_

*Signature indicates that the desk procedure has been followed and the above checklist has been completed.*