IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
      In re                                :      Chapter 11
                                                          :
DELPHI CORPORATION, et al.,      :      Case No. 05-44481 (RDD)
                                                          :
                         Debtors.    :      (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

      I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

      On November 19, 2007, I caused to be served the document listed below (i) upon the party listed on Exhibit A hereto via electronic notification and (ii) upon the party listed on Exhibit B hereto via facsimile:

      Notice of Intention to Renew De Minimis Real Property Lease (Brighton, New York Lease) [a copy of which is attached hereto as Exhibit C]

Dated: November 21, 2007

                                       */s/ Elizabeth Adam*
                                      Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 21st day of November, 2007, by Elizabeth Adam, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:     */s/ Leanne V. Rehder*

Commission Expires:   *3/2/08*

# EXHIBIT A

Delphi Corporation
De Minimis Lease Notices Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|-----------|------|-------|-----|-------|------------------|
| Latham & Watkins LLP | Keith A. Simon | 233 South Wacker Drive | Sears Tower, Suite 5800 | Chicago | IL | 60606 | Keith.Simon@lw.com | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

11/21/2007
Lease Notice Service List Email

# EXHIBIT B

Delphi Corporation
De Minimis Lease Notices Service List

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

11/21/2007 12:06 PM
Lease Notice Service List Fax

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re                                         :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No.  05-44481 (RDD)
                                              :
                             Debtors.         :    (Jointly Administered)
                                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF INTENTION TO RENEW DE MINIMIS REAL PROPERTY LEASE
(Brighton, New York Lease)

1.    ORDER APPROVING PROCEDURES TO ENTER INTO OR RENEW REAL
      PROPERTY LEASES

PLEASE TAKE NOTICE that on January 6, 2006, the United States Bankruptcy
Court for the Southern District of New York entered an Order Under 11 U.S.C. §§ 363,
1107, And 1108 Approving Procedures To Enter Into Or Renew Real Property Leases
Without Further Court Approval (the "Order," a copy of which is attached hereto as
Exhibit 1) (Docket No. 1777).  The Order authorized the above-captioned debtors and
debtors-in-possession (the "Debtors") to enter into certain lease transactions upon notice
to the Notice Parties (as defined in the Order) without further Court approval.  The
Debtors have determined to renew the following de minimis real property lease (the
"Lease") pursuant to the Order:

Location Of Leased Premises:

**285 Metro Park**
**Brighton, New York**

2.    LEASE RENEWAL EFFECTIVE DATE

PLEASE TAKE FURTHER NOTICE that Delphi Automotive Systems LLC (the
"Tenant"), one of the Debtors, intends to enter into the Lease Renewal with respect to the
premises described in paragraph 1 hereof (the "Premises") on or about November 21,
2007.

3.    <u>LESSOR</u>

GAR Properties, LLC

PLEASE TAKE FURTHER NOTICE that the Lessor under the Lease is not an "insider" of any of the Debtors as defined in 11 U.S.C. § 101(31).

4.    <u>DESCRIPTION OF LEASE RENEWAL TERMS</u>

PLEASE TAKE FURTHER NOTICE that a description of the terms of the de minimis Lease Renewal is attached hereto as <u>Exhibit 2</u>.

Dated:  New York, New York
           November 19, 2007

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
         John Wm. Butler, Jr. (JB 4711)
         John K. Lyons (JL 4951)
         Ron E. Meisler (RM 3026)
      333 West Wacker Drive, Suite 2100
      Chicago, Illinois  60606
      (312) 407-0700

            - and -

By:   /s/ Kayalyn A. Marafioti
         Kayalyn A. Marafioti (KM 9632)
         Thomas J. Matz (TM 5986)
      Four Times Square
      New York, New York 10036
      (212) 735-3000

      Attorneys for Delphi Corporation, <u>et al.</u>,
           Debtors and Debtors-in-Possession

2

Exhibit 1 - Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 363, 1107, AND 1108 APPROVING
PROCEDURES TO ENTER INTO OR RENEW REAL PROPERTY
LEASES WITHOUT FURTHER COURT APPROVAL

("LEASE PROCEDURES ORDER")

Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§

365, 1107, and 1108 approving procedures to enter into new or renew existing non-residential leases

or subleases of real property (the "Leases") without further Court approval; and upon the record of

the hearing held on the Motion; and this Court having determined that the relief requested in the

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-

interest; and it appearing that proper and adequate notice of the Motion has been given and that no

other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.   The Motion is GRANTED as provided herein.

2.    The Debtors are hereby authorized but not directed to enter into or renew the Leases without further Court approval, subject to the procedures set forth below.

3.    For a Lease with average Lease obligations of $200,000 or less per annum or Lease obligations of $1 million or less in the aggregate (a "De Minimis Lease"), the Debtors shall be authorized but not directed to enter into or renew a De Minimis Lease without further Bankruptcy Court approval.  The Debtors, however, shall use reasonable efforts to provide notice of the terms of any De Minimis Lease it intends to enter into to counsel for the Official Committee of Unsecured Creditors prior to entering into such De Minimis Lease.  In the event Debtors are unable to provide such notice to counsel for the Official Committee of Unsecured Creditors prior to entering into a De Minimis Lease, Debtors shall provide such notice after the Debtors enter into the De Minimis Lease.  Notwithstanding the foregoing, if a lessor under a De Minimis Lease is an "insider" as defined in section 101(31) of the Bankruptcy Code, the Debtors shall comply with the procedures set forth in paragraph 4 herein.

4.    For a Lease with average lease obligations of $200,001 or more per annum or Lease obligations in excess of $1 million up to and including $5 million in the aggregate, the Debtors shall give notice of their intention to enter into or renew such Lease (the "Lease Notice") to (a) the Office of the United States Trustee for the Southern District of New York, (b) counsel for the Official Committee of Unsecured Creditors, (c) counsel for the agent under the Debtors' prepetition credit facility, and (d) counsel for the agent under the Debtors' post-petition facility (collectively, the "Notice Parties").  The Debtors shall serve the Lease Notice by facsimile, overnight delivery, or hand delivery.  The Lease Notice shall include the following information: (a) the proposed Lease to be entered into or renewed, (b) the identity of the lessor (including a statement as to whether the proposed lessor is an "insider" as defined in section 101(31) of the

2

Bankruptcy Code), and (c) a description of the terms of the proposed Lease.  The Notice Parties

shall have ten business days following initial receipt of the Lease Notice to object to or request

additional time to evaluate the proposed Lease.  If counsel to the Debtors receives no written

objection or written request for additional time prior to the expiration of such ten business day

period, the Debtors shall be authorized to enter into or renew the Lease.  If a Notice Party objects

to the proposed Lease within ten business days after the Lease Notice is received, the Debtors

and such objecting Notice Party shall meet and confer in an attempt to negotiate a consensual

resolution.  Should either party determine that an impasse exists, then the Debtors shall move the

Bankruptcy Court for authority to enter into or renew the Lease, as the case may be, upon notice

to the objecting party and other parties-in-interest in accordance with the Court's Case

Management Order entered on October 14, 2005 ("Case Management Order").

     5.    For a Lease with Lease obligations in excess of $5 million in the aggregate,

the Debtors will be authorized to enter into the Lease only after obtaining Bankruptcy Court

approval of the proposed Lease after notice and a hearing.

     6.    This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

     7.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
        January 6, 2006

                   /s/ Robert D. Drain
                   UNITED STATES BANKRUPTCY JUDGE

3

<u>Exhibit 2 - Lease Renewal Terms</u>

1.  Lessor:                           GAR Properties, LLC
   205 St. Paul Street
   Suite 400
   Rochester, New York  14604

2.  Tenant:                         Delphi Automotive Systems LLC

3.  Premises:                     Approximately 21,500 square feet located at:
   285 Metro Park
   Brighton, New York

4.  Commencement Date:      December 1, 2007

5.  Expiration Date:           November 30, 2010

6.  Monthly Base Rent:        $13,437.50

7.  Operating Expenses, Including
   Real Estate Taxes:         Approximately $14,035.39 per month

8.  Permitted Use:             Light industrial

9.  Renewal Option:           Two renewal options for two-year terms, exercisable
   on 180-days' advance written notice