BOSE MCKINNEY & EVANS LLP
Michael A. Trentadue
Attorney No. 12037-49
Carina M. de la Torre
Attorney No. 24849-49
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, IN  46204
(317)  684-5000
(317)  684-5173 (FAX)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | CASE NO. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Chapter 11 |

**OBJECTION OF LORENTSON MANUFACTURING COMPANY TO NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE SALE OF INTERIORS AND CLOSURES BUSINESSES**

Lorentson Manufacturing Company ("Lorentson"), by counsel, for its Objection to the Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with the Sale of Interiors and Closures Businesses, alleges and states as follows:

1.     On October 8 and 14, 2005, Delphi and certain of its subsidiaries and affiliates (collectively the "Debtors") filed voluntary petitions in this Court for relief under Chapter 11 of Title 11, United States Code.

2.     On October 15, 2007, Debtors filed an Expedited Motion for Orders under 11 U.S.C. § 363, 365 and 1146 and Federal Rules of Bankruptcy Procedures 2002, 6004, 6006 and 9014 . . . (Docket 10606) (the "Sale Motion"), which seeks to sell substantially all the assets

primarily used in the Debtors' cockpits and interior systems and integrated closure systems businesses.

3.      On October 26, 2007, this Court entered an Order approving the bidding procedures related to the Sale Motion and has scheduled a hearing for December 20, 2007, at 10:00 a.m. and established a deadline for objections of December 13, 2007 (the "Sale Order") (Docket 10732).

4.      On Friday, November 16, 2007, at 7:27 p.m., Debtors filed an Assumption and/or Assignment of Executory Contract or Unexpired Lease to Purchasers in Connection with Sale of Interiors and Closures Businesses (Docket 10963) (the "Assumption Notice") with the Court, and at 6:51 p.m. Debtors filed a Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with the Sale of Interiors and Closures Businesses (Docket 10962) (the "Cure Notice") with the Court, both of which Notices were contemplated by the Sale Order.  Pursuant to the Sale Order and the terms of the Notices, parties have ten (10) days to respond, to and including November 26, 2007, and, accordingly, this objection is timely filed.

5.      Lorentson is and has been a supplier to Debtors, both pre- and post-petition.

6.      The Assumption Notice identifies the following purchase orders between Debtors and Lorentson:  450227624, 450341150, 550023948, 550026080 and 550110915.

7.      There may be additional unlisted purchase orders, but at least purchase orders 550023948, 550026080 and 550110915 are currently effective purchase orders.

8.      Because of the filing of the Cure Notice and Assumption Notice after business hours on Friday, November 16, 2007, and the fact that the client contacts are out of the office for the Thanksgiving holiday until December, Lorentson is still researching whether additional

purchase orders have been issued and whether any of the other purchase orders listed in the

Assumption Notice have been superseded or have expired.

9.      Lorentson was not listed in the Cure Notice, and objects to that Notice as it has

pre-petition sums due and owing to it on the purchase orders which are sought to be assumed in

the amount of $25,563.46, which are a part of its proofs of claim filed in this matter (Lorentson's

discussion with Debtors' representatives indicate that Debtors' books recognize that $23,397.82

remains due and owing under these ).  A listing of the pre-petition invoices under these purchase

orders (with the Quantity Shipped and Unit Price columns redacted to protect confidential

information) is attached hereto as **Exhibit A**.  Lorentson continues to research this issue to

determine if any additional sums are attributable to the purchase orders sought to be assumed,

and reserves its rights to amend or supplement this Objection to add those sums.

10.      Additionally, although it does not believe that there are post petition sums

outstanding on the Purchase orders sought to be assumed and assigned, Lorentson is still

researching that issue and reserves its right to amend or supplement this Objection to add any

such amounts.

11.      Lorentson does not object to an assumption and assignment of the Purchase

Orders, as long as all cure amounts are paid and any post petition amounts which have been

invoiced are paid, all in accordance with the requirements of §365 of the Bankruptcy Code..

12.      §365 requires the payment of cure amounts, and the Sale Order and the Cure

Notice all contemplate payment of cure amounts, however the Cure Notice does not list

Lorentson.  Based on the failure to list Lorentson, it can only assume that the Debtors believe the

cure amount is zero; and, to that extent, Lorentson objects to the cure amount set forth by the

Debtors and objects to the assignment and assumption without payment of the aforementioned amounts.

WHEREFORE, Lorentson respectfully requests that the Court enter an order denying assumption and assignment of the Purchase Orders without payment of the amounts outstanding due to Lorentson, and scheduling a hearing on this matter and for all other just and proper relief in the premises.

Respectfully submitted,


/s/  Michael A. Trentadue
Michael A. Trentadue
Attorney No. 12037-49
Carina M. de la Torre
Attorney No. 24849-49
BOSE MCKINNEY & EVANS LLP
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, Indiana  46204
(317)  684-5000
(317)  684-5173 (FAX)
mtrentadue@boselaw.com
cdelatorre@boselaw.com

Attorneys for Lorentson Manufacturing Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the counsel and

parties of record, listed in the attached service list, electronically through the Clerk's ECF

system, by electronic mailing or by first class United States Mail, postage prepaid, and to the

following parties, via overnight delivery, on the 23rd day of November, 2007:

Delphi Automotive Systems LLC
ATTN:  Legal Staff
5725 Delphi Drive
Troy, MI  48098

Delphi Corporation
ATTN: Deputy General Counsel,
Transactions & Restructuring
5725 Delphi Drive
Troy, MI  48098

Skadden, Arps, Slate, Meagher & Flom LLP
ATTN:  Ron E. Meisler and Brian M. Fern
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Davis Polk & Wardwell
ATTN:  Donald Bernstein and Brian
Resnick
450 Lexington Avenue
New York, NY  10017

Latham & Watkins LLP
ATTN:  Robert J. Rosenberg and
Mark A. Broude
885 Third Avenue
New York, NY  10022

Fried, Frank, Harris, Shriver & Jacobson
LLP
ATTN:  Bonnie Steingart
One New York Plaza
New York, NY  10004

Cadwalader, Wickersham & Taft LLP
ATTN:  Mike Ryan
One World Financial Center
New York, NY  10281

Office of the U.S. Trustee
for the Southern District of New York
ATTN:  Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY  10004

/s/  Michael A. Trentadue
Michael A. Trentadue

1030733  (18126-1)

Anne Marie Aaronson
aaronsoa@pepperlaw.com

David B. Aaronson
david.aaronson@dbr.com

Elizabeth Abdelmasieh
elizabeth@regencap.com

Franklin C. Adams
franklin.adams@bbklaw.com

Jason R. Adams
jadams@torys.com

Jennifer L. Adamy
bankruptcy@goodwin.com

David J. Adler
dadler@mccarter.com

Michael J. Alerding
malerding@binghammchale.com

Joseph W. Allen
jallen@jaeckle.com

Christopher A. Andreoff
candreoff@jaffelaw.com
ckelley@jaffelaw.com

Philip D. Anker
philip.anker@wilmerhale.com

Joel D. Applebaum
japplebaum@clarkhill.com

Allison R. Bach
abach@dickinsonwright.com

Stephen M. Bales
sbales@zieglermetzger.com

C. David Bargamian
dbargamian@bsdd.com

William J. Barrett
william.barrett@bfkn.com

David S. Barritt
barritt@chapman.com

Joseph M. Barry
jbarry@ycst.com

Douglas P. Bartner
dbartner@shearman.com
bankruptcy@shearman.com
mtorkin@shearman.com
ned.schodek@shearman.com
bryan.kaplan@shearman.com
henry.nguyen@shearman.com
gabriella.illyes@shearman.com
cherie.spraggs@shearman.com
yuichi.haraguchi@shearman.com

Donald F. Baty
dbaty@honigman.com

Douglas P. Baumstein
dbaumstein@whitecase.com

Peter Nils Baylor
pnb@nutter.com
pacton@nutter.com

Ronald Scott Beacher
rbeacher@daypitney.com

W. Robinson Beard
jkirk@stites.com

Christopher Robert Belmonte
cbelmonte@ssbb.com
pbosswick@ssbb.com

Ryan B. Bennett
rbennett@kirkland.com
asathy@kirkland.com
rkwasteniet@kirkland.com
pfraumann@kirkland.com
jgoldfinger@kirkland.com

1030667/maw

Timothy C. Bennett
tbennett@klng.com

Neil Matthew Berger
neilberger@teamtogut.com
dgeoghan@teamtogut.com
ygreenberg@teamtogut.com
abrogan@teamtogut.com
jlee@teamtogut.com
cmilianes@teamtogut.com
scurrie@teamtogut.com
awinchell@teamtogut.com

Leslie Ann Berkoff
lberkoff@moritthock.com

Jeffrey Bernstein
jb@carpben.com
ssolazzo@carpben.com

Brendan G. Best
Bbest@dykema.com
ssalinas@dykema.com

Beth Ann Bivona
bbivona@damonmorey.com
wsavino@damonmorey.com
mbrennan@damonmorey.com

Monica Susan Blacker
monicablacker@akllp.com

Anthony D. Boccanfuso
Anthony_Boccanfuso@aporter.com

Charles E. Boulbol
rtrack@msn.com

Eliza K. Bradley
ebradley@robergelaw.com

William M. Braman
wmbraman@binghammchale.com

Wendy D. Brewer
wendy.brewer@btlaw.com
bankruptcyindy@btlaw.com

Allan S. Brilliant
abrilliant@goodwinprocter.com
nymanagingclerk@goodwinprocter.com

Timothy W. Brink
tbrink@lordbissell.com

Peter D. Broitman
broitman.peter@dol.gov
sol-chi@dol.gov

James L. Bromley
maofiling@cgsh.com
soneal@cgsh.com

Mark A. Broude
mark.broude@lw.com

Dewitt Brown
dewitt.brown@bipc.com

J. Michael Brown
mbrown@gwblawfirm.com

Lee B. Brumitt
lbrumitt@dysarttaylor.com
sriley@dysarttaylor.com

Daniel E. Bruso
dbruso@cantorcolburn.com
DMayhew@cantorcolburn.com

Tamika A. Bryant
tab@h2law.com

Deborah M. Buell
maofiling@cgsh.com

Kevin J. Burke
kburke@cahill.com

Michael G. Busenkell
mbusenkell@eckertseamans.com

John Wm. Butler
jbutler@skadden.com
achavali@skadden.com

Aaron R. Cahn
cahn@clm.com

Judy B. Calton
jcalton@honigman.com

Scott Cargill
scargill@lowenstein.com

Roberto Carrillo
rcarrillo@gsblaw.com

D. Christopher Carson
ccarson@burr.com

Michelle Carter
mcarter@kslaw.com

Linda J. Casey
caseyl@pepperlaw.com
hillera@pepperlaw.com
jaffeh@pepperlaw.com
shieldsa@pepperlaw.com
barsonl@pepperlaw.com
kistlerb@pepperlaw.com

Michael Cassell
mcassell@lefkowitzhogan.com

Ben T. Caughey
ben.caughey@icemiller.com

George B. Cauthen
george.cauthen@nelsonmullins.com

Babette A. Ceccotti
bceccotti@cwsny.com

Sarah B. Chapman Carter
scarter@pselaw.com

Erik G. Chappell
egc@lydenlaw.com

Eric J. Charlton
echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark
maria.ruark@dlapiper.com
richard.kremen@dlapiper.com

Conrad Chiu
cchiu@daypitney.com

R. John Clark
rjclark@hancocklaw.com
jmccarthy@hancocklaw.com
ssagert@hancocklaw.com

David D. Cleary
david.cleary@llgm.com
mkhambat@llgm.com

Marvin E. Clements
icnewyork@state.tn.us

Tiffany Strelow Cobb
tscobb@vssp.com
cdfricke@vssp.com
eplitfin@vssp.com

Theodore A. Cohen
tcohen@smrh.com
amontoya@sheppardmullin.com

Mark B. Conlan
mconlan@gibbonslaw.com

Dennis J. Connolly
dconnolly@alston.com

Susan M. Cook
smcook@lambertleser.com

Patrick M. Costello
pcostello@bbslaw.com

Thomas W. Cranmer
cranmer@millercanfield.com
rouman@millercanfield.com
christenson@millercanfield.com

David N. Crapo
dcrapo@gibbonslaw.com

Tyson A. Crist
tcrist@szd.com

Michael G. Cruse
mcruse@wnj.com

Gary H. Cunningham
gcunningham@gmhlaw.com

Louis A. Curcio
lcurcio@tpwlaw.com

Vincent D'Agostino
vdagostino@lowenstein.com

Jeannine D'Amico
jeannine.damico@cwt.com

Douglas R. Davis
ddavis@paulweiss.com

Jeffry A. Davis
jadavis@mintz.com

Michael S. Davis
mdavis@zeklaw.com
mmccarthy@zeklaw.com
rguttmann@zeklaw.com
mmillnamow@zeklaw.com

Carina M. de la Torre
cdelatorre@boselaw.com

James J. DeCristofaro
james.decristofaro@lovells.com

Karen Veronica DeFio
kdefio@bsk.com

Robert Dehney
rdehney@mnat.com
gsaydah@mnat.com
cmiller@mnat.com
tdriscoll@mnat.com
dabbott@mnat.com
dbutz@mnat.com
jcincilla@mnat.com
wlamotte@mnat.com

Christopher M. Desiderio
cdesiderio@nixonpeabody.com
nyc.managing.clerk@nixonpeabody.com

Gerard DiConza
gdiconza@dlawpc.com
las@dlawpc.com

Maria J. DiConza
diconzam@gtlaw.com
baddleyd@gtlaw.com
petermann@gtlaw.com

John P. Dillman
houston_bankruptcy@publicans.com

Karen Dine
karen.dine@pillsburylaw.com

Stephen A. Donato
sdonato@bsk.com
kdoner@bsk.com
heddy@bsk.com

J. Ted Donovan
TDonovan@Finkgold.com
srshmulevitz@finkgold.com

William E. Dornbos
william.dornbos@oag.state.ny.us

David G. Dragich
ddragich@foley.com

David B. Draper
ddraper@terra-law.com

Dennis J. Drebsky
ddrebsky@nixonpeabody.com
nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk
rdremluk@seyfarth.com
pbaisier@seyfarth.com
lravnikar@seyfarth.com
dchristian@seyfarth.com
ajeffrey@seyfarth.com

Seth A. Drucker
sdrucker@hongman.com

David F. DuMouchel
dumouchd@butzel.com

David W. Dykhouse
dwdykhouse@pbwt.com
cbelanger@pbwt.com

Frank L. Eaton
featon@whitecase.com
icruz@whitecase.com
mresnicoff@whitecase.com
lbegy@whitecase.com
tdee@whitecase.com

Weston T. Eguchi
weguchi@mayerbrownrowe.com

Gayle Ehrlich
gehrlich@sandw.com

Robert L. Eisenbach
reisenbach@cooley.com

Judith Elkin
judith.elkin@haynesboone.com

David S. Elkind
david.elkind@ropesgray.com
paul.lang@ropesgray.com

Paige Leigh Ellerman
ellerman@taftlaw.com

Bruce N. Elliott
elliott@cmplaw.com

Rex H. Elliott
loris@cooperelliott.com
rexe@cooperelliott.com
sheilav@cooperelliott.com

Barbara Ellis-Monro
bellis-monro@sgrlaw.com

Alyssa Englund
aenglund@orrick.com

Michael R. Enright
menright@rc.com

Richard L. Epling
richard.epling@pillsburylaw.com
gianni.dimos@pillsburylaw.com

Margot Erlich
margot.erlich@pillsburylaw.com

Earle I. Erman
eerman@ermanteicher.com

Scott L. Esbin
bankruptcyinfo@esbinalter.com
bankruptcyinfo@esbinalter.com

Michael S. Etkin
metkin@lowenstein.com
mseymour@lowenstein.com

Stephen Vincent Falanga
sfalanga@connellfoley.com
porr@connellfoley.com
jbarrow@connellfoley.com

Eugene I. Farber
efarber747@aol.com

Kathleen A. Farinas
kf@lgrslaw.com

Robert Michael Farquhar
mfarquhar@winstead.com

Bonnie Glantz Fatell
fatell@blankrome.com

Oscar B. Fears
bfears@law.ga.gov
02bf@law.ga.gov

Benjamin D. Feder
ben.feder@thompsonhine.com

Robert J. Feinstein
rfeinstein@pszyj.com
dharris@pszyjw.com

Hermann Ferre
hferre@thelenreid.com

Richard L. Ferrell
Ferrell@taftlaw.com

Charles J. Filardi
charles@filardi-law.com
abothwell@filardi-law.com

Andrea Fischer
cwilliamspugh@olshanlaw.com
rsalnave@olshanlaw.com

Jonathan D. Forstot
jforstot@tpw.com
mmuller@tpw.com
lcurcio@tpw.com

Mateo Fowler
mateofowler@quinnemanuel.com

Mateo Z. Fowler
leticiabustinduy@quinnemanuel.com
mateofowler@quinnemanuel.com

Edward M. Fox
efox@klng.com

Joseph D. Frank
jfrank@fgllp.com
ccarpenter@fgllp.com
jkleinman@fgllp.com

Mark S. Frankel
mfrankel@couzens.com

Thomas M. Franklin
tmflaw@swbell.net

David H. Freedman
dfreedman@ermanteicher.com

Michael Friedman
mfriedman@rkollp.com
mschneider@rkollp.com
ksambur@rkollp.com

Scott J. Friedman
sjfriedman@jonesday.com
sdignomirello@jonesday.com
ChicagoBRR@jonesday.com

Patricia B. Fugee
pfugee@ralaw.com
mtroendle@ralaw.com

Lars H. Fuller
lfuller@rothgerber.com

Timothy A. Fusco
fusco@millercanfield.com

Thomas M. Gaa
tgaa@bbslaw.com

James Gadsden
bankruptcy@clm.com

James M. Garner
jgarner@shergarner.com
jchocheles@shergarner.com

Victoria D. Garry
vgarry@ag.state.oh.us

Joanne Gelfand
joanne.gelfand@akerman.com

Yann Geron
ygeron@foxrothschild.com

Philip J. Giacinti
pjg@procopio.com
caw@procopio.com

Karen Giannelli
kgiannelli@gibbonslaw.com

Leo J. Gibson
lgibson@bsdd.com

Celeste R. Gill
gillcr@michigan.gov
sherwoodj@michigan.com

Eduardo J. Glas
eglas@mccarter.com

Jeffrey R. Gleit
jgleit@kasowitz.com

Larry Ivan Glick
larryglick@erols.com

Matthew Alexander Gold
courts@argopartners.net

Scott R. Goldberg
sgoldber@quarles.com

Scott A. Golden
sagolden@hhlaw.com
khseal@hhlaw.com

Robert C. Goodrich
nashvillebankruptcyfilings@stites.com

Robert D. Gordon
rgordon@clarkhill.com

Gary A. Gotto
ggotto@krplc.com

Garry M. Graber
ggraber@hodgsonruss.com
bomalley@hodgsonruss.com

David S. Gragg
dgragg@langleybanack.com
cjohnston@langleybanack.com

Warren R. Graham
wrg@dmlegal.com

Gary E. Green
ggreen@fagelhaber.com

Jonathan S. Green
greenj@millercanfield.com

Wendy B. Green
wgreen@formanlaw.com

John T. Gregg
jgregg@btlaw.com

Lisa S. Gretchko
lgretchko@howardandhoward.com
dbrandon@howardandhoward.com

Stephen H. Gross
sgross@hodgsonruss.com

Stephen B. Grow
sgrow@wnj.com
kfrantz@wnj.com

Janice Beth Grubin
janice.grubin@dbr.com
daniel.northrop@dbr.com

Kevin Grzelak
phcdelphi@priceheneveld.com

Will Guerrant
wbg@ctw.com

Peter J. Gurfein
pgurfein@akingump.com

Dennis M. Haley
dhaley@winegarden-law.com

Michael Leo Hall
mhall@burr.com

Timothy C. Hall
tch@previant.com

Alan D. Halperin
ahalperin@halperinlaw.net
cbattaglia@halperinlaw.net
eganc@halperinlaw.net
cmitchell@halperinlaw.net
jdyas@halperinlaw.net

Matthew W. Hamilton
electronicnoticing@aps-capital.com

William J. Hanlon
whanlon@seyfarth.com
bosuscourt@seyfarth.com

Kristopher M. Hansen
insolvency2@stroock.com
docketing@stroock.com

Jill M. Hartley
jh@previant.com

Brian W. Harvey
bharvey@goodwinprocter.com
bharvey@goodwinprocter.com

Lonie A. Hassel
lah@groom.com

William M. Hawkins
whawkins@loeb.com

Nava Hazan
nhazan@mwe.com

Ryan D. Heilman
rheilman@schaferandweiner.com

Ira L. Herman
bankr.nyc@tklaw.com
bankr.nyc@tklaw.com
suhailah.sallie@tklaw.com

Brian S. Hermann
bhermann@paulweiss.com

William Heuer
wheuer@deweyballantine.com

David M. Hillman
david.hillman@srz.com

Jeannette Eisan Hinshaw
jhinshaw@boselaw.com
kmcintosh@boselaw.com

Robert M. Hirsh
hirsh.robert@arentfox.com

Shannon E. Hoff
Shannon.Hoff@hmw.com
mstinson@burr.com

Michelle R. Holl
mholl@mayerbrownrowe.com

Stephanie K. Hoos
skhoos@mintz.com

John J. Hunter
jrhunter@hunterschank.com
sharonaldrich@hunterschank.com

Jay W. Hurst
jay.hurst@oag.state.tx.us

Roland Hwang
hwangr@michigan.gov

Michael G. Insalaco
minsalaco@zeklaw.com

Peter Janovsky
PJanovsky@ZEKlaw.com

Susan Jennik
sjennik@kjmlabor.com

Hilary Jewett
hjewett@foley.com

Mary L. Johnson
mjohnson@sheppardmullin.com
msternstein@sheppardmullin.com
ewaters@sheppardmullin.com

Roger G. Jones
rjones@bccb.com

Gregory J. Jordan
gjordan@dykema.com

Richard Josephson
rcjosephson@stoel.com
basargent@stoel.com

John E. Jureller
jjureller@klestadt.com
jjureller@klestadt.com

Andrew C. Kassner
andrew.kassner@dbr.com

Jessica Kastin
jkastin@omm.com
#nymanagingattorney@omm.com

William M. Katich
wkatich@atg.state.il.us

Kristi A. Katsma
kkatsma@dickinsonwright.com
dnavin@dickinsonwright.com

Patrick J. Keating
pkeating@bdblaw.com

David Kennedy
david.kennedy2@usdoj.gov

Thomas M. Kennedy
tkennedy@kjmlabor.com

Karen L. Kirshenbaum
kkirshenbaum@lynchrowin.com

Tracy L. Klestadt
tklestadt@klestadt.com
tklestadt@gmail.com

Howard Koh
hkoh@meisterseelig.com

Seth F. Kornbluth
skornbluth@herrick.com

Alan M. Koschik
akoschik@brouse.com

Lawrence J. Kotler
ljkotler@duanemorris.com

Stuart A. Krause
skrause@zeklaw.com

Duane Kumagai
dkumagai@rutterhobbs.com

David R. Kuney
dkuney@sidley.com
nroberge@sidley.com
kjacobs@sidley.com
vleather@sidley.com
zdelacru@sidley.com
lkujawski@sidley.com
emcdonnell@sidley.com

Glenn M. Kurtz
gkurtz@whitecase.com

Randall D. LaTour
rdlatour@vssp.com
cdfricke@vssp.com

Darryl S. Laddin
bkrfilings@agg.com

Stuart A. Laven
slaven@bfca.com

James N. Lawlor
jlawlor@wmd-law.com
gbenaur@wmd-law.com

Elena Lazarou
elazarou@reedsmith.com
elazarou@reedsmith.com
cwilliams@reedsmith.com

David S. Lefere
davidl@bolhouselaw.com

Harris Donald Leinwand
hleinwand@aol.com
hleinwand@aol.com

David E. Lemke
david.lemke@wallerlaw.com
cathy.thomas@wallerlaw.com
chris.cronk@wallerlaw.com
robert.welhoelter@wallerlaw.com
wallerbankruptcy@wallerlaw.com

Joseph H. Lemkin
jhlemkin@duanemorris.com
vmarchello@duanemorris.com

Ira M. Levee
ilevee@lowenstein.com
akowalski@lowenstein.com

Jill Levi
jlevi@toddlevi.com
drosenberg@toddlevi.com

Jeffrey M. Levinson
jml@ml-legal.com

Kenneth M. Lewis
klewis@rosenpc.com
srosen@rosenpc.com

Kim Martin Lewis
brandy.mcqueary@dinslaw.com
john.persiani@dinslaw.com

Mark S. Lichtenstein
mlichtenstein@crowell.com
mlichtenstein@crowell.com

Eric Lopez Schnabel
schnabel@klettrooney.com

Dennis W. Loughlin
dloughlin@stroblpc.com
sfraser@stroblpc.com

Daniel A. Lowenthal
dlowenthal@thelen.co

A. Peter Lubitz
plubitz@schiffhardin.com
bneff@schiffhardin.com

Donald K. Ludman
dludman@brownconnery.com

Matthew J. Lund
kovskyd@pepperlaw.com

Sara Klettke MacWilliams
skm@h2law.com

Amina Maddox
amina.maddox@law.dol.lps.state.nj.us

John S. Mairo
jsmairo@pbnlaw.com
jmgastineau@pbnlaw.com
mdlaskowski@pbnlaw.com
sakelly@pbnlaw.com
cjalvarado@pbnlaw.com
jcbasner@pbnlaw.com
daamedeo@pbnlaw.com

Donald W. Mallory
donald.mallory@dinslaw.com

Amy Wood Malone
amalone@colwinlaw.com

Jacob A. Manheimer
kcunningham@pierceatwood.com

Nauni Manty
ecfb@felhaber.com

Kayalyn A. Marafioti
kmarafio@skadden.com
jharring@skadden.com

Andrew L. Margulis
amargulis@ropers.com

Dorothy H. Marinis-Riggio
demarinis@candklaw.com

Jeffrey A. Marks
jemarks@ssd.com
rlandwehr@ssd.com

Ilan Markus
imarkus@tylercooper.com

John J. Marquess
jjm@legalcost.com

Madison L. Martin
nashvillebankruptcyfilings@stites.com

Richard Gary Mason
rgmason@wlrk.com

Victor J. Mastromarco
vmastromar@aol.com

Thomas J. Matz
tmatz@skadden.com

Kristin B. Mayhew
abothwell@pepehazard.com

Daniel P. Mazo
dpm@curtinheefner.com

Aaron G. McCollough
amccollough@mcguirewoods.com

Michael K. McCrory
michael.mccrory@btlaw.com
bankruptcyindy@btlaw.com

Ralph E. McDowell
rmcdowell@bodmanllp.com

Douglas J. McGill
douglas.mcgill@dbr.com

Frank McGinn
ffm@bostonbusinesslaw.com

Scott S. McKessy
smckessy@reedsmith.com

Michelle McMahon
michelle.mcmahon@bryancave.com
dortiz@bryancave.com

Greta A. McMorris
gmcmorris@stinsonmoheck.com

Austin L. McMullen
amcmulle@bccb.com

Patrick E. Mears
patrick.mears@btlaw.com

Derek F. Meek
dmeek@burr.com

Barbara S Mehlsack
bmehlsack@gkllaw.com

Timothy Mehok
timothy.mehok@hellerehrman.com

Richard M. Meth
msteen@daypitney.com
rmmnybankruptcy@daypitney.com

Sally Meyer
smeyer@madisonliquidity.com

Merle C. Meyers
mmeyers@mlg-pc.com

Robert N. Michaelson
rmichaelson@kl.com

Laurie J. Michelson
michelso@butzel.com

Angela Z. Miller
amiller@phillipslytle.com
jhahn@phillipslytle.com

Kathleen M. Miller
kmm@skfdelaware.com
tlc@skfdelaware.com

W. Timothy Miller
miller@taftlaw.com

Alan K. Mills
amills@btlaw.com
bankruptcyindy@btlaw.com

Robert K. Minkoff
lsi@liquiditysolutions.com
rminkoff@liquiditysolutions.com
sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan
bankruptcy@morrisoncohen.com
mdallago@morrisoncohen.com
ny76@ecfcbis.com

James P. Moloy
jmoloy@dannpecar.com

Michael C. Moody
mmoody@okmlaw.com
firm@okmlaw.com
morourke@okmlaw.com

Audrey E. Moog
amoog@hhlaw.com

Brett S. Moore
bsmoore@pbnlaw.com
mdlaskowski@pbnlaw.com
sakelly@pbnlaw.com
jmgastineau@pbnlaw.com
cjalvarado@pbnlaw.com
rmschechter@pbnlaw.com
jsbasner@pbnlaw.com

Brian F. Moore
bmoore@mccarter.com

Gene T. Moore
gtmlaw@bellsouth.net

Thomas R. Morris
morris@silvermanmorris.com
morris@silvermanmorris.com

Andrew L. Morrison
amorrison@reedsmith.com
rmarino@reedsmith.com

Sarah E. Morrison
sarah.morrison@doj.ca.gov

Whitney L. Mosby
wmosby@binghammchale.com

Eric T. Moser
eric.moser@klgates.com
kristen.serrao@klgates.com

Alisa Mumola
alisa@contrariancapital.com

Jill L. Murch
jmurch@foley.com
khall@foley.com

James P. Murphy
murph@berrymoorman.com

Robert D. Nachman
rnachman@scgk.com

Bruce S. Nathan
bnathan@lowenstein.com

Michael R. Nestor
bankruptcy@ycst.com

Lauren Newman
inewman@fagelhaber.com

Marie L. Nienhuis
mnienhuis@gklaw.com
zraiche@gklaw.com
mroufus@gklaw.com

Richard P. Norton
rnorton@reedsmith.com

Gordon Z. Novod
gnovod@kramerlevin.com

Kasey C. Nye
knye@quarles.com

Michael P. O'Connor
mpolaw@aol.com

Michael O'Hayer
mkohayer@aol.com

Martin P. Ochs
martin@oglaw.net

Sean A. Okeefe
sokeefe@winthropcouchot.com

Patrick J. Orr
porr@klestadt.com
rgargiulo@klestadt.com

Karen Ostad
kostad@mofo.com

Mark Russell Owens
mowens@btlaw.com
mowens@btlaw.com

Nicholas R. Pagliari
npagliari@quinnfirm.com
dalford@quinnfirm.com

Charles Palella
cpalella@kurzman.com

Ingrid S. Palermo
ipalermo@hselaw.com

Charles N. Panzer
cpanzer@sillscummis.com

Richard J. Parks
rjp@pbandg.com
kas@pbandg.com

Felton E. Parrish
fparrish@kslaw.com

Susan P. Persichilli
persichillisp@bipc.com
fiedleram@bipc.com

Geoffrey J. Peters
gpeters@weltman.com

Lowell Peterson
lpeterson@msek.com

Ronald R. Peterson
rpeterson@jenner.com
anicoll@jenner.com
docketing@jenner.com

Ed Phillips
ephillips@thurman-phillips.com

Christine A.M. Pierpont
cpierpont@ssd.com

Alex Pirogovsky
apirogovsky@uhlaw.com

Thomas A. Pitta
tpitta@lowenstein.com

Leslie A. Plaskon
leslieplaskon@paulhastings.com

David M. Posner
dmposner@hhlaw.com
dmposner@hhlaw.com
khseal@hhlaw.com
mferrara@hhlaw.com

Constantine Pourakis
cp@stevenslee.com

Mark T. Power
mpower@hahnhessen.com
sthompson@hahnhessen.com
kgreenspan@hahnhessen.com
jcerbone@hahnhessen.com

Susan Power-Johnston
sjohnston@cov.com

Paul A. Rachmuth
prachmuth@andersonkill.com
bfiling@andersonkill.com

Thomas B. Radom
radom@butzel.com

Dennis Jay Raterink
raterinkd@michigan.gov

Eric T. Ray
eray@balch.com

Steven J. Reisman
sreisman@cm-p.com
athau@cm-p.com
jbarucha@cm-p.com
webmaster@docketware.com
mharwood@cm-p.com
ceilbott@cm-p.com
jdrew@cm-p.com

Kenneth A. Reynolds
kar@pryormandelup.com

Geoffrey A. Richards
grichards@kirkland.com

Marc E. Richards
mrichards@blankrome.com

Tracy E. Richardson
tracy.richardson@dol.lps.state.nj.us

Craig Philip Rieders
crieders@gjb-law.com
cgreco@gjb-law.com
cgreco@gjb-law.com
bamron@gjb-law.com

Sandra A. Riemer
sriemer@phillipsnizer.com
mfay@phillipsnizer.com

Marianne Goldstein Robbins
mgr@previant.com
em@previant.com

Matthew R. Robbins
mrr@previant.com

Elizabeth A. Roberge
eroberge@robergelaw.com

Jean R. Robertson
jrobertson@calfee.com
 jrobertson@calfee.com

Scott D. Rosen
srosen@cb-shea.com

Heath D. Rosenblat
hrosenblat@kayscholer.com

Paul M. Rosenblatt
prosenblatt@kilpatrickstockton.com

David A. Rosenzweig
DRosenzweig@Fulbright.com

David S. Rosner
ffigueroa@kasowitz.com
dfliman@kasowitz.com

Ira Rubin
irarubin265@aol.com
norma@bizwoh.rr.com

Robert B. Rubin
brubin@burr.com

E. Todd Sable
tsable@honigman.com

Chester B. Salomon
cs@stevenslee.com

Brian D. Salwowski
bsalwowski@atg.state.in.us

Diane W. Sanders
austin.bankruptcy@publicans.com

William A. Sankbeil
was@krwlaw.com

Thomas P. Sarb
ecfsarbt@millerjohnson.com

Robert V. Sartin
rsartin@fbtlaw.com

William F. Savino
wsavino@damonmorey.com

Thomas J. Schank
tomschank@hunterschank.com

Ilan D. Scharf
ischarf@pszyjw.com

Michael L. Schein
mschein@vedderprice.com
ecfnydocket@vedderprice.com

James R. Scheuerle
jrs@parmenterlaw.com
lms@parmenterlaw.com

William H. Schorling
william.schorling@bipc.com

Christopher P. Schueller
christopher.schueller@bipc.com
darcy.drons@bipc.com

Charles P. Schulman
cschulman@sachnoff.com

Bryan I. Schwartz
bschwartz@lplegal.com

Jay A. Schwartz
jschwartz@schwartzlawfirmpc.com

Matthew L. Schwartz
matthew.schwartz@usdoj.gov

Mark S. Scott
mscott@riemerlaw.com

Lon J. Seidman
mail@rsmllp.com
mail@rsmllp.com

Howard Seife
andrew.rosenblatt@chadbourne.com

Jay Selanders
jay.selanders@kutakrock.com

Gary I. Selinger
gselinger@hodgsonruss.com

Mark A. Shaiken
mshaiken@stinson.com
jgant@stinson.com
amurdock@stinsonmoheck.com

Mark H. Shapiro
shapiro@steinbergshapiro.com

Andrea Sheehan
sheehan@txschoollaw.com
coston@txschoollaw.com
ashee1@yahoo.com

Andrew Howard Sherman
asherman@sillscummis.com
asherman@sillscummis.com

Mark Sherrill
mark.sherrill@sablaw.com

Joseph E. Shickich
jshickich@riddellwilliams.com

Stephen J. Shimshak
sshimshak@paulweiss.com
sshimshak@paulweiss.com

Wallace A. Showman
was@showmanlaw.com

Robert J. Sidman
rjsidman@vssp.com
bkbowers@vssp.com
eplitfin@vssp.com
cdfricke@vssp.com

Paul N. Silverstein
paulsilverstein@andrewskurth.com
jlevine@akllp.com

Sam O. Simmerman
sosimmerman@kwgd.com
mhelmick@kwgd.com

John A. Simon
jsimon@foley.com

Joseph E. Simpson
jsimpson@hselaw.com

Thomas R. Slome
mail@rsmllp.com

Wendy W. Smith
wendy@bindermalter.com
jennifer@bindermalter.com

Richard G. Smolev
rsmolev@kayescholer.com
rrotman@kayescholer.com
cglass@kayescholer.com
maosbny@kayescholer.com

Jesse L. Snyder
jsnyder@tpwlaw.com
jforstot@tpwlaw.com
mmuller@tpwlaw.com
cgrapham@tpwlaw.com

Marc P. Solomon
msolomon@burr.com

Robyn J. Spalter
notice@regencap.com

Sarah F. Sparrow
ssparrow@tuggleduggins.com
martit@tuggleduggins.com

Brian D. Spector
bspector@selawfirm.com
kdillon@selawfirm.com

Douglas E. Spelfogel
dspelfogel@bakerlaw.com

Michael A. Spero
jspecf@sternslaw.com

Byron C. Starcher
byron.starcher@nelsonmullins.com

Robert J. Stark
claukamg@brownrudnick.com

Catherine Steege
csteege@jenner.com

Matthew B. Stein
mstein@sonnenschein.com

Bonnie Steingart
steinbo@ffhsj.com
nydocketclrk@ffhsj.com

Malani Sternstein
msternstein@sheppardmullin.com

Alexander Stotland
axs@maddinhauser.com
msl@maddinhauser.com
bac@maddinhauser.com

Brent C. Strickland
bstrickland@wtplaw.com

Joseph G. Strines
joseph.strines@dplinc.com

James M. Sullivan
jmsullivan@mwe.com

Michelle T. Sutter
mstutter@ag.state.oh.us
jlemmon@ag.state.oh.us

Paul Sweeney
psweeney@linowes-law.com

Robert Szwajkos
rsz@curtinheefner.com

Douglas T. Tabachnik
DTTLAW@aol.com
dttlaw@verizon.net

Jeffrey L. Tanenbaum
garrett.fail@weil.com
robert.lemons@weil.com
michele.meises@weil.com
larnett@intlsteel.com

Roger L. Tarbutton
roger.tarbutton@jocogov.org

John E. Taylor
jtaylor@binghammchale.com

Samuel Jason Teele
jteele@lowenstein.com

Zakarij O. Thomas
zothomas@klettrooney.com

Janice L. Thompson
thompson.janice@dol.gov

Melinda S. Thornton
cao.bkc@miamidade.gov

Douglas M. Tisdale
doug@tisdalelaw.com
maxx@tisdalelaw.com

Gordon J. Toering
gtoering@wnj.com

Albert Togut
alcourt@teamtogut.com
kackerman@teamtogut.com

Sheldon S. Toll
lawtoll@comcast.net

Laura L. Torrado
ltorrado@bear.com
msussman@bear.com

Michael A. Trentadue
mtrentadue@boselaw.com

Martin B. Tucker
mtucker@fbtlaw.com

Raymond J. Urbanik
rurbanik@munsch.com

Philip Urofsky
philip.urofsky@cwt.com
purofsky@yahoo.com

Robert Usadi
rusadi@cahill.com

Shmuel Vasser
svasser@eapdlaw.com

Lori V. Vaughan
lvaughan@foley.com

Frank F. Velocci
frank.velocci@dbr.com
steven.alfred@dbr.com

Joseph J. Vitale
jvitale@cwsny.com

Arthur T. Walsh
rkirby@omclaw.com

Sean M. Walsh
swalsh@gmhlaw.com
jmahar@gmhlaw.com

Michael D. Warner
bankruptcy@warnerstevens.com

W. Clark Watson
cwatson@balch.com

Robert K. Weiler
rweiler@greenseifter.com
lellis@greenseifter.com

William P. Weintraub
wweintraub@pszyj.com
ischarf@pszyj.com
ljones@pszyjw.com

Jay Welford
jwelford@jaffelaw.com
dgoldberg@jaffelaw.com
pbarr@jaffelaw.com
phage@jaffelaw.com

Robert J. Welhoelter
robert.welhoelter@wallerlaw.com
darlene.banach@wallerlaw.com
chris.cronk@wallerlaw.com
bk@wallerlaw.com

Elizabeth Weller
dallas.bankruptcy@publicans.com

David A. Wender
david.wender@alston.com

Michael R. Wernette
mwernette@schaferandweiner.com

Robert A White
rwhite@murthalaw.com

Amy Williams-Derry
awilliams-derry@kellerrohrback.com
hvargas@kellerrohrback.com

Stephen F. Willig
swillig@damato-lynch.com
ecf@damato-lynch.com
hfried@damato-lynch.com

Eric R. Wilson
BankruptcyDepartment@KelleyDrye.com
BankruptcyDepartment2@KelleyDrye.com

W. Joe Wilson
jwilson@tylercooper.com

1030667/maw

Jeffrey C. Wisler
jcw@cblhlaw.com

Douglas Wolfe
dwolfe@asmcapital.com

Robert D. Wolford
ecfwolfordr@millerjohnson.com

Zhiyuan Xu
mxu@schiffhardin.com

David Farrington Yates
fyates@sonnenschein.com

Stephen L. Yonaty
syonaty@chwattys.com

German Yusufov
pcaocvbk@pcao.pima.gov

Helen A. Zamboni
hzamboni@underbergkessler.com

Menachem O. Zelmanovitz
mzelmanovitz@morganlewis.com

Peter Alan Zisser
nyc-bkcyecf@hklaw.com
Bos-bankruptcy@hklaw.com

3V Capital Management LLC
1 Greenwich Office Park N
51 E Weaver St
Greenwich, CT 06831

AFI, LLC
One University Plaza
Suite 312
Hackensack, NJ 07601

Elizabeth Bottorf Ahlemann
CTS Corporation
905 West Boulevard N.
Elkhart, IN 45614

Akerman Senterfitt
Akerman Senterfitt, Esqs.
Las Olas Centre II, Ste 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Fl 33301-2229

Harvey Altus
30500 Northwestern Hwy., Ste 500
Farmington Hills, MI 48334

Mark K. Ames
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA  23294

Manda L. Anagnost
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

Kyra E. Andrassy
Weiland, Golden, Smiley, Wang,
Ekvall &Strok, LLP.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Mark I Bane
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
mark.bane@ropesgray.com

Thomas M. Beeman
Attorney at Law
33 West 10th Street
Suite 200
Anderson, IN 46016

Howard S. Beltzer
Morgan, Lewis & Bockius LLP
101 Parke Avenue
New York, NY 10178
hbeltzer@morganlewis.com

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Neil Berger
Togut, Segal & Segal LLP
1 Penn Plaza, Ste., 3335
New York, NY 10119

Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq.
One Lincoln Center
18th Floor
Syracuse, NY 13202

Robert F. Brown
Rendigs, Fry, Kiely & Dennis, L.L.P.
One West Fourth Street
Suite 900
Cincinnati, OH 45202-3688

Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

Barbara Lee Caldwell
Hebert Schenk P.C.
4742 N. 24th Street
Suite 100
Phoenix, AZ 85016

Joseph A. Carbone
Joseph A. Carbone Co., L.P.A.
1370 Ontario Street
Suite 800
Cleveland, OH 44113

Jeffrey G. Carl
6597 Parkwood Dr.
Lockport, NY 14094

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
BankruptcyDepartment2@kelleydrye.com

Rocco A. Cavaliere
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174-0208
rcavaliere@blankrome.com

Central Transport International, Inc.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Brad A. Chalker
Law Offices of Brad A. Chalker, LLC.
848-C East Franklin St.
Centerville, OH 45459

Chi-Hau Chen
415 Bradford Place
N. Dartmouth, MA 02747

Wanda W. Chen
415 Bradford Place
N. Dartmouth, MA 02747

Matthew W. Cheney
Orrick, Herrington, & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007

Cherry Corporation
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Cherry GMBH
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Mark Ira Chinitz
Stein Riso Mantel LLP
405 Lexington Avenue
New York, NY 10174
mark.chinitz@steinrisomantel.com
christine.mayer@steinrisomantel.com

Megan E. Clark
Freking & Betz
525 Vine Street
Sixth Street
Cincinnati, OH 45202

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
michael.cook@srz.com
michael.cook@srz.com
nathanael.meyers@srz.com

Jeffrey A. Cooper
Carella, Byrne, Bain, Gilfillan, Cecchi,
Stewart & Olstein
5 Becker Farm Road
Roseland, NJ  07068
jcooper@carellabyrne.com

Martin E. Crandall
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226

Maureen A. Cronin
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
macronin@debevoise.com

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

John K. Cunningham
White & Case, LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
jcunningham@whitecase.com
rkebrdle@whitecase.com
dbaumstein@whitecase.com
lbegy@whitecase.com
tdee@whitecase.com
mresnicoff@whitecase.com
cmackle@whitecase.com

Andrew Currie
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Raniero D'Aversa
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019-5820
rdaversa@mayerbrown.com

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Richard L Darst
8888 Keystone Crossing Blvd
Suite 800
Indianapolis, IN 46240

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004

Dayton Supply & Tool Company
Attn: Dwight Woessner
507 East First Street
Dayton, OH 45402

1030667/maw

Gail DeCaire
1714 Delaware
Saginaw, MI 48602

Peter D. DeChiara
Cohen, Weiss and Simon, LLP
330 West 42nd Street
New York, NY  10036
pdechiara@cwsny.com
pellis@cwsny.com
iturner@cwsny.com

J. Michael Debbeler
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Debt Acquisition Company of America V,
LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Dept Of Revenue
Compliance Division
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321

Paul H. Deutch
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
paul.deutch@troutmansanders.com
harriet.cohen@troutmansanders.com
alisa.aczel@troutmansanders.com

Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY

Devco Corporation
300 Lanidex Plaza
Parsippany, NJ 07054

Ira S. Dizengoff
Akin, Gump. Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY  10022
idizengoff@akingump.com
nymco@akingump.com

Diane L. Donabedian
Luce, Forward, Hamilton & Scripps, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105

Larry R. Dorning
Attorney at Law, P.C.
111 West Main Street
Hohenwalk, TN 38462

Christie Lyman Dowling
Balch & Bingham, LLP
1901 Sixth Avenue N.
Suite 2600
Birmingham, AL 35209

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

Frank L. Eaton
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Douglas Ellmann
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103-4204

Energy Engineering & Consulting Services,
LLC
2137 South 800 West
Swayzee, IN 46986

Michael S. Etkin
Lowenstein Sandler PC
1251 Avenue of the Americas 18th Floor
New York, NY 10019

Gary Ettelman
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd.
# 401
Garden City, NY 11530

Fair Harbor Capital, LLC
875 Avenue of the Americas
Suite 2305
New York, NY 10001

Michael D. Fishman
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Brian T. FitzGerald
Senior Assistant County Attorney
Post Office Box 1110
Tampa, FL 33601-1110

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

Glenn D. Forbis
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Charles R. Forman
Post Office Box 159
Oscala, FL 34478

Lorna J. Foster
P.O. Box 245
Plainwell, MI 49080

Joseph D. Frank
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610

Richard A. Freese
2031 2nd Avenue
Birmingham, AL 35203

GE Commercial Materials
c/o Lori Vaughan
Foley & Lardner LLP
90 Park Avenue
37th Floor
New York, NY  10016

David Garland
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Albany, GA 31707
dgarland@mcdr-law.com
dgarland@mcdr-law.com

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Robert B. Goldi
Sotiroff & Abramczyk, P.C.
30400 Telegraph Road
Suite 444
Bingham Farms, MI 48025

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
agottfried@morganlewis.com

David M. Grogan
Shumaker Loop & Kendrick
128 South Tryon Street
Suite 1800
Charlotte, NC 28202

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Holly G. Gydus
Regen Capital
2109 Broadway
New York, NY 10023

Hain Capital Group, LLC
301 Route 17
6th Floor
Rutherford, NJ 07070

Tara Hannon
Mandel Katz Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989
thannon@mkmb.com

Harco Brake Systems, Inc.
PO Box 335
Englewood, OH 45322

Harco Industries, Inc.
PO Box 335
Englewood, OH 45322

Daniel J. Harlan
1360 S. Fifth Street
Suite 204
St. Charles, MO 63301
Larry D. Harvey
Larry D. Harvey P.C.
5290 DTC Parkway
Suite 150
Englewood, CO 80111

Bruce A. Harwood
1000 Elm Street
PO Box 3701
Manchester, NH 03105-3701

Emily R. Haus
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610-4764

Mark C. Haut
Morgan, Lewis & Bockius, LLP
101 Park Avenue
46th Floor
New York, NY 10178

Dion W. Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030
dhayes@mcguirewoods.com

Heraeus Amersil, Inc.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Patricia L. Hill
Statman, Harris & Eyrich, LLC
110 North Main Street
Suite 1520
Dayton, OH 45402

Marc E. Hirschfield
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
MHirschfield@ropesgray.com

David A. Hodges
Centre Place
212 Center Street
Fifth Floor
Little Rock, AR 72201

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
ehollander@whitecase.com
rlipman@mcleodusa.com

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
ehorn@lowenstein.com

Peggy Ann Housner
Michigan Department of Attorney General
First Floor, Treasury Building
430 West Allegan Street
Lansing, MI 48922

Patrick Howell
Whyte Hirschboeck Dudek, S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202
phowell@whdlaw.com
lramirez@whdlaw.com
slarson@whdlaw.com

Jay R. Indyke
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
jindyke@cooley.com

Intec Group, Inc.
c/o Vedder, Price, Kaufman &
Kammholz,PC
222 North LaSalle Street
Suite 2200
Chicago, IL 60601

Internal Revenue Service, Dept. of the
Treasury
290 Broadway
New York, NY 10007

Iron Mountain Information Management,
Inc.
c/o Windels Mark Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

Kurt Jacobs
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

Helen Jarmakowicz
201 Browertown Rd
West Paterson, NJ 07424-2609

William H. Jeffress
Baker Botts LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2400

KS Capital Partners, L.P.
11 West 42nd Street, 30th Floor
New York, NY 10036

Kardex Systems Inc.
25 Industrial Blvd
Paoli, PA 19301

William M. Katich
500 South Second Street
Springfield, IL 62706

William Kerscher
1321 Kings Carriage
Grand Blanc, MI 48439

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Evelyn M. Kiresen
St. Andrews-South Life Care Community
6065 S Verde Trail
Apt # G-321
Boca Raton, FL 33433

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Alan J. Knauf
Knauf Shaw LLP
1125 Crossroads Building
2 State Street
Rochester, NY 14614

Joseph B. Koczko
Thompson Hine LLP
One Chase Manhattan Plaza
58th Floor
New York, NY 10005
joseph.koczko@thompsonhine.com

Hanan B. Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018
hkolko@msek.com
egilmartin@afanet.org
rclayman@geclaw.com

Laurie Krepto
Montgomery, McCracken Walker & Rhoads
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
lkrepto@mmwr.com

Kelly A. Kruse
4190 Telegraph Rd.
Ste 3500
Bloomfield Hills, MI 48302

Diane V. Kuenzel
Kuenzel & Lutes, P.A.
4111 Land O' Lakes Boulevard
Suite 302-D
Land O' Lakes, FL 34639

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street, 17th Floor
Boston, MA 02110-1727

Denise K. LaRue
HASKIN LAUTER LaRUE & GIBBONS
255 North Alabama Street
Indianapolis, IN 46204

Andrew Ladika
3951 River Lane
Rocky River, OH 44116

Harold A. Larson
Couzens, Lansky, Fealk, Ellis, Roeder
& Lazar, P.C.
39395 W. 12 Mile Road
Suite 200
Farmington Hills, MI 48331

James Michael Lawniczak
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

Anna C. Lee
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

Edward J. Leen
Mandel, Katz, Manna & Brosnan, LLP
The Law Building
210 Route 303
Valley Cottage, NY 10989
eleen@mkmb.com

David S. Leinwand
Amroc Investments, LLC
535 Madison Avenue
15th Floor
New York, NY 10017

Clifford Leong
3616 Garner Pl.
Encinitas, CA 92024

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Edward J. Lesniak
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue
22nd Floor
Chicago, IL 60611-3607

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas 18th Floor
New York, NY 10019

MSX International, Inc.
22355 West 11 Mile Road
Southfield, MI  48034

Madison Investment Trust - Series (1-50)
6310 Lamar Ave
Suite 120
Overland Park, KS 66202

Larry Magarik
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003

Neal S. Mann
New York State Attorney General's Office
120 Broadway
24th Floor
New York, NY 10271

Wendy G. Marcari
Dreier LLP
499 Park Avenue
14th Floor
New York, NY 10022

Alan E. Marder
Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553

Jil Mazer-Marino
Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553
mail@rsmllp.com

John K. McAndrew
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614

McDemott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603
tmcfadden@lordbissell.com
mklepper@lordbissell.com
frowinski@lordbissell.com

Daniel A. McLaughlin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

Richard G. Menaker
Menaker & Herrmann, LLP
10 E. 40th Street
New York, NY 10016

Methode Electronics, Inc., and its Affiliates
115 South LaSalle Street
Chicago, IL 60603

James W. Moennich
Wickens, Herzer, Panza, Cook & Batista Co.
35765 Chester Road
Avon, OH  44011-1262

Moraine Maintenance Co, Inc
2611 Nordic Rd
Dayton, OH 45414

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
jdibattista@mofo.com
wbroscious@kbbplc.com

C. Donald Neville
Kroll, McNamara, Evans & Delehanty, LLP
29 South Main Street
West Hartford, CT 06107

Newington Capital, Inc.
P. O. Box 20224
New York, NY  10021-0063

Newstart Factors, Inc
281 Tresser Blvd
Suite 1501
Stamford, CT 06901

Thomas R. Noland
Stratman, Harris & Eyrich, LLC
110 North Main Street
Suite 1520
Dayton, OH 45402

Michael P. O'Connor
10 Esquire Road, Suite 14
New City, NY  10956

Ore Hill Hub Fund, LTD.
650 FIFTH AVENUE 9TH FL
NEW YORK, NY 10019

James R. Oswald
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

PBR International
c/o Lori Vaughan
Foley & Lardner
90 Park Avenue, 37th Floor
New York, NY  10016

PML FLIGHTLINK LTD.
NEWMAN LANE
ALTON, HAMPSHIRE
UNITED KINGDOM 0X16 1SG

1030667/maw                                              Page 28 of 33

Stephen M. Packman
Archer & Greiner
One Centennial Square
Haddonfield, NJ 08033
spackman@archerlaw.com

Anneliese H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Anne.Pak@ropesgray.com

George Panters
Hayt, Hayt & Landau
600 Northern Blvd.
Great Neck, NY 11021

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH 44113

Anne M. Peterson
Phillips Lytle Hitchcock Blaine & Huber
3400 HSBC Center
Buffalo, NY 14203
apeterson@phillipslytle.com

A. Robert Pietrzak
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Marc A. Pifko
Kirkpatrick & Lockhart Preston Gates
599 Lexington Avenue
New York, NY 10022
nathanael.meyers@klgates.com

Steven D. Pohl
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
spohl@brownrudnick.com
cennis@brownrudnick.com
sbeville@brownrudnick.com
claukamg@brownrudnick.com

Alan B. Posner
Kelman Loria, PLLC
660 Woodward Ave.
Suite 1420
Detroit, MI 48226

Amy Wallace Potter
DLI Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303

Michael Potter
N.38 W.26876 Glacier Rd.
Pewaukee, WI 53072

Thomas B. Prickett, II
215 Second Avenue East
P.O. Box 1200
Oneonta, AL 35121

Geoffrey T. Raicht
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
graicht@sidley.com
dhlee@sidley.com
emcdonnell@sidley.com
nroberge@sidley.com

Redrock Capital Partners, LLC
111 S. Main Street
Suite C11
PO Box 9095
Breckenridge, CO 80424

Jo Christine Reed
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020
jcreed@sonnenschein.com
rrichards@sonnenschein.com

Ira A. Reid
Baker & McKenzie
805 Third Avenue
New York, NY 10022
ira.a.reid@bakernet.com

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Donald P. Renaldo
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Republic Engineered Products, Inc.
c/o Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
r.digest@dpw.com

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Vincent E. Rhynes
1514 W. Manchester Ave # 5
Los Angeles, CA 90047

Jeffrey A. Rich
Rich, Crites & Dittmer, LLC
300 East Broad Street, Suite 300
Columbus, OH 43215

Michael P. Richman
Foley & Lardner, LLP
90 Park Avenue
37th Floor
New York, NY 10016
mrichman@foley.com

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Terri A. Roberts
32 North Stone Ave
Suite 2100
Tucson, AZ 85701

Patricia M. Rodenhausen
U.S. Department of Labor
Office of the Solicitor
201 Varick Street
Room 983
New York, NY 10014
rogoff.jeffrey@dol.gov

Caroline Rogus
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Andrew Neil Rosenberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
arosenberg@paulweiss.com
emccolm@paulweiss.com
bfiller@paulweiss.com

Risa M. Rosenberg
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
RROSENBERG@milbank.com
rstrappazon@milbank.com
jclark2@milbank.com

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Richard A. Rossman
Pepper Hamilton LLP
100 Renaissance Center
36th Floor
Detroit, MI 48243

Gregory T. Roth
2288 Major Lane
Davison, MI 48423

Paul J.N. Roy
Mayer, Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
aconnor@mayerbrownrowe.com

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
prubin@herrick.com

Laurent A. Ruessmann
Sidley Austin LLP
Square de Meeus, 35
B-1000 Brussels, Belgium

Leon R. Russell
3102 Oak Lawn
Suite 600, LB 164
Dallas, TX 75219

Maura I. Russell
Dreier LLP
499 Park Avenue
14th Floor
New York, NY 10022

Samsung Electro Mechanics Co. Ltd
314 Maetan 3-dong, youngtong-gu
Suwon, Kyunggi  448-803
Republic of Korea

Lawrence M. Schwab
BIALSON, BERGEN & SCHWAB, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Peter Gregory Schwed
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
gschwed@loeb.com
tcummins@loeb.com

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Lesley Shore
110 W College St
Hagerstown, IN 47346

Sierra Liquidity Fund
2699 White Road #255
Irvine, CA 92614

John D. Silk
Rothschild, Barry & Myers
55 West Monroe Street
Suite 3900
Chicago, IL 60603-5017

Rebecca H. Simoni
von Briesen & Roper, s.c.
411 E. Wisconsin Avenue
Ste. 700
Milwaukee, WI 53202

Rick L. Sizemore
6595 Westminster Drive
East Amherst, NY 14051

Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY  10036

R. Michael Sment
Law Offices of Michael R. Sment
770 County Square Drive
Suite 210
Ventura, CA 93003-5407

Mary Beth Smith
7339 Bedford Rd.
Hubbard, OH 44425

Michael J. Sobieray
Stewart & Stewart
Attorneys at Law
931 S. Rangeline Road
Carmel, IN 46032

Solvay Fluorides Inc.
3500 Missouri Ave.
East Saint Louis, IL 60055-0236

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
mark.somerstein@ropesgray.com

Thomas St. George
729 Clifton Dr. Ne.
Warren, OH 44484

Andrew Stern
Sidley Austin LLP
787 Seventh
New York, NY 10019

Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management
885 Third Avenue
30th Floor
New York, NY 10022

Leigh C Taggart
39533 Woodward Avenue
Suite 140
Bloomfield Hills, MI 48304

Temic Automotive of North America, Inc.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Thermotech Company
1302 South 5th Street
Hopkins, MN 55343-7877

Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY  10019

Seth P. Tompkins
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000

Amy M. Tonti
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219
atonti@reedsmith.com
slucas@reedsmith.com

Trade-Debt.net
P.O. Box 1487
West Babylon, NY 11704

1030667/maw

Page 32 of 33

Douglas M. Trout
301 West Third Street
PO Box 972
Dayton, OH 45422

TypeWrite Word Processing Service
356 Eltingville Boulevard
Staten Island, NY 10312

United States District Court
500 Pearl Street
New York, NY 10007

Universal Am-Can, Ltd.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Versatile Engineering
1559 West 135th Street
Gardena, CA 90249

VonWin Capital, L.P.
60 Madison Avenue
2nd Floor
New York, NY 10010

Wallace W. Walker
Roetzel & Andress
222 South Main Street
Akron, OH 44309

Timothy W. Walsh
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
timothy.walsh@dlapiper.com
william.coleman@dlapiper.com
jeremy.johnson@dlapiper.com
john.mcnicholas@dlapiper.com
vincent.roldan@dlapiper.com
ashleigh.blaylock@dlapiper.com
robert.ware@dlapiper.com

Jeffrey H. Weir, II
Colella & Kolczun, P.L.L.
6055 Park Square Drive
Lorain, OH 44053

Evelyn R. Williams
4861 Kinghurst Dr.
San Jose, CA 95124

Wireless Matrix Corporation
c/o Cooley Godward LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800