KUTAK ROCK LLP
1010 Grand Blvd., Suite 500
Kansas City, MO 64106
(816) 502-4617
Jay Selanders (2483)
Attorneys for Chrysler LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    In re:    :    Chapter 11
        :
DELPHI CORPORATION, et al.,    :    Case no. 05-44481-RDD
        :
    Debtors.    :
------------------------------------------------------------X

## OBJECTION OF CHRYSLER LLC TO ASSUMPTION AND/OR ASSIGNMENT OF CONTRACTS IN CONNECTION WITH THE SALE OF DEBTORS' INTERIORS AND CLOSURES BUSINESS

Chrysler LLC, formerly DaimlerChrysler Corporation ("Chrysler"), through its undersigned attorneys, objects to the Debtors' Assumption and/or Assignment of certain executory contracts between Chrysler and Delphi Corporation and certain of its affiliates (collectively "Delphi") in connection with the sale of its interiors and closures business, and states as follows:

1. Chrysler is a customer of Delphi pursuant to numerous purchase orders and contracts. Delphi provides automotive parts and components to Chrysler thereunder.

2. As part of the sale of its interiors and closures business, Delphi seeks to assume and/or assign numerous executory contracts as set forth in its Notice of Assumption and/or Assignment of Executory contracts dated November 16, 2007, including certain purchase orders and agreements with Chrysler, as identified in Exhibit 1 of the Notice (the "Chrysler Agreements").

3. Given that the Notice was filed Friday evening November 16, and that certain employees of Chrysler were unavailable during the holiday week, Chrysler has been unable to determine

4839-8487-2194.1

whether the Chrysler Agreements listed by Delphi constitute all of the agreements setting forth the relationship between the parties as to the interiors and closures business. Further, Chrysler has also been unable to determine whether there are any defaults or cure amounts that need to be addressed with regard to the Chrysler Agreements.

4. Until Chrysler can determine the totality of the agreements governing its relationship with Delphi as to the interiors and closure business, and whether or not any defaults exist or cures are required, Chrysler must object to the assumption and assignment of the Chrysler Agreements.

5. Likewise, Chrysler must object to the approval of the sale of Delphi's interiors and closure business until such time as the issues with the Chrysler Agreements are resolved.

Wherefore, Chrysler objects to the assumption and/or assignment of the Chrysler Agreements, objects to the approval of the sale of Delphi's Interior and Closures Business, and respectfully requests that the Court deny the relief requested by the Debtor.

Respectfully submitted,

KUTAK ROCK LLP

/s/ Jay Selanders
Jay Selanders
1010 Grand Blvd., Suite 500
Kansas City MO 64106-2220

Counsel to Chrysler LLC

Dated: November 23, 2007

4839-8487-2194.1

## Certificate of Service

I hereby certify that on the 23rd day of November, 2007, I filed the above pleading electronically with the United States Bankruptcy Court for the Southern District of New York, which will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. The parties on the Service List below were served at the addresses set forth herein as indicated by overnight delivery.

/s/ Jay N. Selanders

## SERVICE LIST

Via Overnight Delivery

| | |
|---|---|
| Delphi Automotive Systems LLC<br>Attn: Legal Staff<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Skadden, Arps, Slate, Meagher & Flom<br>Attn: Ron Meisler and Brian Fern<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606 |
| Delphi Corporation<br>Attn: Deputy General Counsel Transactions and Restructuring<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Davis Polk & Wardel<br>Attn: Donald Bernstein and Brian Resnick<br>450 Lexington Avenue<br>New York, New York 10017 |
| Latham & Watkins LLP<br>Attn: Robert S. Rosenberg and Mark A. Broude<br>885 Third Avenue<br>New York, New York 10022 | Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, New York 10004 |
| Offices of the US Trustee for the Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004 | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281 |

4839-8487-2194.1