KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **AFFIDAVIT OF SERVICE** |

------------------------------------------------------------x

STATE OF NEW YORK     )
                     )ss.:
COUNTY OF NEW YORK   )

    Elaine Fera, being duly sworn, deposes and says:

    1.    I am an employee of the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, am over 18 years of age and am not a party to this action.

    2.    On November 21, 2007, I served true copies of the Supplemental Objection of Wilmington Trust Company, as Indenture Trustee, to Motion for Order Approving (i) Disclosure Statement, (ii) Record Date, Voting Deadline, and Procedures for Temporary Allowance of Certain Claims, (iii) Hearing Date to Consider Confirmation of Plan, (iv) Procedures for Filing Objections to Plan, (v) Solicitation Procedures for Voting on Plan, (vi) Cure Claim Procedures, (vii) Procedures for Resolving Disputes Relating to Postpetition Interest, and (viii) Reclamation Claim Procedures by (1) transmitting a true and correct copy of

NY-568857-v1

2

the document by facsimile transmission to the facsimile numbers designated for that purpose and (2) by Federal Express priority overnight mail upon the parties on the attached Federal Express service list by placing same in properly addressed Federal Express priority overnight envelopes and depositing said envelopes in Office Services on the 34th Floor at 599 Lexington Avenue, New York, New York which is the designated location for pickup by the Federal Express Corporation for next business day delivery.

                                                        */s/ Elaine Fera*
                                                        Elaine Fera

Sworn to before me this
24th day of November, 2007

      */s/ Edward M. Fox*
        Notary Public
      EDWARD M. FOX
NOTARY PUBLIC, State of New York
       No. 02-4861589
 Qualified in Westchester County
  Commission Expires May 2010

2

SERVICE LIST

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Il  60606

Donald Bernstein and Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Robert J. Rosenberg and Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

Alicia M. Leonard
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004