**EXHIBIT A**

ARMADA RUBBER MFG COMPANY
ASSUMED CONTRACTS
DELPHI AUTOMOTIVE SYSTEMS, LLC
TAX ID 38-3431131
CASE NUMBER 05-44640

### PRE-PETITION BALANCES

| INVOICE | DATE | PLANT | PURCHASE ORDER # | AMOUNT | INVOICE TOTAL | P.O. TOTAL | ASSUMED | CURED |
|---|---|---|---|---|---|---|---|---|
| 169707 | 8/31/2005 | RH01 | 550022386 | $ 1,200.00 | $ 1,200.00 | | | |
| 169829 | 9/2/2005 | RH01 | 550022386 | $ 980.00 | $ 980.00 | | | |
| 169981 | 9/8/2005 | RH01 | 550022386 | $ 1,200.00 | $ 1,200.00 | | | |
| 170155 | 9/13/2005 | RH01 | 550022386 | $ 490.00 | $ 490.00 | | | |
| 170410 | 9/19/2005 | RH01 | 550022386 | $ 490.00 | | | | |
| 170441 | 9/20/2005 | RH01 | 550022386 | $ 490.00 | | | | |
| 170441 | 9/20/2005 | RH01 | 550022386 | $ 1,200.00 | $ 1,690.00 | | | |
| 170721 | 9/27/2005 | RH01 | 550022386 | $ 490.00 | $ 490.00 | $ 6,540.00 | YES | NO |
| 170053 | 9/9/2005 | RH01 | 550023472 | $ 1,610.00 | $ 1,610.00 | $ 1,610.00 | YES | NO |
| 169931 | 9/8/2005 | DA31 | 550039646 | $ 380.00 | $ 380.00 | | | |
| 170221 | 9/14/2005 | DA31 | 550039646 | $ 760.00 | $ 760.00 | | | |
| 170409 | 9/19/2005 | DA31 | 550039646 | $ 380.00 | $ 380.00 | | | |
| 170975 | 10/3/2005 | DA31 | 550039646 | $ 380.00 | $ 380.00 | $ 1,900.00 | NO | NO |
| 169872 | 9/6/2005 | R401 | 550058113 | $ 340.00 | $ 340.00 | | | |
| 170121 | 9/12/2005 | R401 | 550058113 | $ 340.00 | $ 340.00 | | | |
| 171015 | 10/4/2005 | R401 | 550058113 | $ 340.00 | $ 340.00 | $ 1,020.00 | YES | YES |
| TOTAL | | | | $ 11,070.00 | $ 11,070.00 | $ 11,070.00 | | |

BALANCE AS OF 10/8/05

### POST PETITION BALANCES

| INVOICE | DATE | PLANT | PURCHASE ORDER # | AMOUNT | INVOICE TOTAL | P.O. TOTAL | ASSUMED | CURED |
|---|---|---|---|---|---|---|---|---|
| 195895 | 10/8/2007 | R401 | 550138156 | $ 700.00 | $ 700.00 | $ 1,400.00 | NO | NO |
| 196831 | 11/2/2007 | R401 | 550138156 | $ 700.00 | $ 700.00 | | | |
| 197427 | 11/19/2007 | RH01 | 550022386 | $ 491.40 | $ 491.40 | $ 491.40 | YES | NO |
| TOTAL | | | | $ 1,891.40 | $ 1,891.40 | $ 1,891.40 | | |

BALANCE AS OF 11/19/07

### SUMMARY
CONTRACTS ASSUMED:

| PURCHASE ORDER # | PRE-PETITION BALANCE | POST-PETITION BALANCE | AMOUNT CURED | OBJECTION |
|---|---|---|---|---|
| 550022382 | $ - | $ - | $ - | $ - |
| 550022386 | $ 6,540.00 | $ 491.40 | $ - | $ 7,031.40 |
| 550023472 | $ 1,610.00 | $ - | $ - | $ 1,610.00 |
| 550022387 | $ - | $ - | $ - | $ - |
| 550022388 | $ - | $ - | $ - | $ - |
| 550058113 | $ 1,020.00 | $ - | $ 1,020.00 | $ - |
| | $ 9,170.00 | $ 491.40 | $ 1,020.00 | $ 8,641.40 |