# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
(Manhattan)

|  |  |
|---|---|
| In Re: ) | Case No. 05-44481 (RDD) |
| ) | |
| DELPHI CORP., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## AFFIDAVIT OF SERVICE

I, Donna Angiulo, hereby certify that:

1. I am over 18 years of age, and reside in Suffolk County, New York.

2. On November 26, 2007, a true and correct copy of the *Response and Objection of SPCP Group, L.L.C. to Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders*, which was filed today in the above captioned proceeding, has been caused to be served on the parties listed on the attached Service List, via First Class Mail.

By: _____
**Donna Angiulo**

**Sworn to before me this**
**26[h] day of November, 2007.**

_____
**Notary Public**

Anthony B. Stumbo
Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires: April 16, 2011

{00308153.DOC-}

## Service List

**United States Bankruptcy Court
for the Southern District of New York**
One Bowling Green, Room 632
New York, NY 10004
Attn: The Chambers of the Honorable Robert D. Drain
    United States Bankruptcy Judge

**Delphi Corporation**
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

**Skadden, Arps, Slate,
Meagher & Flom LLP**
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr.
    John K. Lyons
    Joseph N. Wharton

**Skadden, Arps, Slate,
Meagher & Flom LLP**
Four Times Square
New York, NY 10036
Attn: Kayalyn A. Marafioti

{00308153.DOC;}