**CERTIFICATE OF SERVICE**

I, Matthew L. Schwartz, Assistant United States Attorney for the Southern District of New York, hereby certify that on November 26, 2007, in addition to service via ECF, I caused true copies of the foregoing United States of America's Response to Debtor's Objection to the Claim of the Equal Employment Opportunity Commission to be served, via Federal Express, upon the persons set forth below:

    Delphi Corporation
    Attn: General Counsel
    5725 Delphi Drive
    Troy, Michigan 48098

    John Wm. Butler, Jr., Esq.
    John K. Lyons, Esq.
    Joseph N. Wharton, Esq.
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois 60606

    Alicia M. Leonhard, Esq.
    Office of the United States Trustee
    33 Whitehall Street, Suite 2100
    New York, New York 10004

      /s/ Matthew L. Schwartz
    MATTHEW L. SCHWARTZ
    Assistant United States Attorney