FORM B10 (10/05)

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: DELPHI AUTOMOTIVE SYSTEMS, LLC | Case Number: 05-44481 (RDD) |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**JPMORGAN CHASE BANK, N.A.**
**(AS ASSIGNEE OF BRAZEWAY, INC.)**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

X Check box if the address differs from the address on the envelope sent to you by the court.

Name and address where notices should be sent:
JPMORGAN CHASE BANK, N.A.
(AS ASSIGNEE OF BRAZEWAY, INC.)
270 PARK AVENUE
NEW YORK, NY 10017
ATTN: STANLEY LIM
Telephone number: 212-270-4421

**EXHIBIT 1**

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: N/A

Check here ☐ replaces ☐ amends   a previously filed claim, dated: _____
if this claim

1. **Basis for Claim**
   - X Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other

   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of your SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)         (date)

2. **Date debt was incurred:** April – October, 2005

3. **If court judgment, date obtained:** N/A

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   **Unsecured Nonpriority Claim** $1,308,594.45
   X Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Unsecured Priority Claim**
   X Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $572,707.98

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages before, salaries, commissions (up $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

   **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
   X Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(1) (Reclamation rights under 11 U.S.C. § 503(b) and 546 (c)).
   * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

5. **Total Amount of Claim at Time Case Filed:**
   | $1,308,594.45 | N/A | $572,707.98 | $1,881,302.43 |
   |---|---|---|---|
   | (unsecured) | (secured) | (priority) | (Total) |

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: January 6, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
JPMORGAN CHASE BANK, N.A.
By: [signature]
Name: Stanley Lim
Title: Authorized Signatory

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

7.  Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. **DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.**

As the original invoices are voluminous and contain confidential pricing information, attached herewith please find schedules summarizing the unsecured priority claim and the unsecured nonpriority claim.

Brazeway, Inc.
Delphi System Detail Amounts Owed
Open Invoices from Reclamation Claim

| Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9.00003E+12 | J2 | 2 | 5.20371E+12 | 09/27/2005 | $5,653.86 | USD | 57197 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20371E+12 | 09/27/2005 | $1,840.90 | USD | 57198 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20371E+12 | 09/27/2005 | $10,444.80 | USD | 57199 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20371E+12 | 09/27/2005 | $22,080.00 | USD | 57200 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20371E+12 | 09/27/2005 | $6,423.55 | USD | 57201 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20374E+12 | 09/27/2005 | $7,497.52 | USD | 57177 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20372E+12 | 09/28/2005 | $2,826.93 | USD | 57235 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20372E+12 | 09/28/2005 | $1,840.90 | USD | 57236 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20372E+12 | 09/28/2005 | $10,444.80 | USD | 57237 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20372E+12 | 09/28/2005 | $6,423.55 | USD | 57239 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20372E+12 | 09/28/2005 | $22,080.00 | USD | 57238 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20373E+12 | 09/28/2005 | $1,840.90 | USD | 57285 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20373E+12 | 09/28/2005 | $10,444.80 | USD | 57286 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20373E+12 | 09/28/2005 | $22,080.00 | USD | 57287 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20374E+12 | 09/28/2005 | $7,645.37 | USD | 57259 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20375E+12 | 09/28/2005 | $7,290.44 | USD | 57281 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20372E+12 | 09/28/2005 | $13,547.52 | USD | 57118 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20374E+12 | 09/29/2005 | $5,806.08 | USD | 57117 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20374E+12 | 09/29/2005 | $10,444.80 | USD | 57306 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20374E+12 | 09/29/2005 | $22,080.00 | USD | 57307 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20376E+12 | 09/29/2005 | $7,492.54 | USD | 57286 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20373E+12 | 09/29/2005 | $5,806.08 | USD | 57149 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20373E+12 | 09/29/2005 | $13,547.52 | USD | 57150 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20375E+12 | 09/29/2005 | $5,806.08 | USD | 57195 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20375E+12 | 09/29/2005 | $13,547.52 | USD | 57196 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20377E+12 | 09/30/2005 | $7,490.65 | USD | 57321 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20374E+12 | 09/30/2005 | $19,353.60 | USD | 57245 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20374E+12 | 09/30/2005 | $4,354.56 | USD | 57244 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20375E+12 | 10/03/2005 | $1,801.73 | USD | 57337 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20375E+12 | 10/03/2005 | $21,712.00 | USD | 57339 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20375E+12 | 10/03/2005 | $4,204.03 | USD | 57340 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20375E+12 | 10/03/2005 | $10,248.96 | USD | 57338 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20378E+12 | 10/03/2005 | $18,980.72 | USD | 57364 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20378E+12 | 10/03/2005 | $4,281.98 | USD | 57363 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20376E+12 | 10/04/2005 | $2,756.55 | USD | 57366 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20376E+12 | 10/04/2005 | $1,801.73 | USD | 57367 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20376E+12 | 10/04/2005 | $10,248.96 | USD | 57368 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |

Brazeway, Inc.
Delphi System Detail Amounts Owed
Open Invoices from Reclamation Claim

| Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9.00003E+12 | J2 | 2 | 5.20376E+12 | 10/04/2005 | $21,712.00 | USD | 57369 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20376E+12 | 10/04/2005 | $6,306.05 | USD | 57370 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20377E+12 | 10/04/2005 | $21,712.00 | USD | 57409 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20377E+12 | 10/04/2005 | $8,306.05 | USD | 57410 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20377E+12 | 10/04/2005 | $12,298.75 | USD | 57408 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20376E+12 | 10/04/2005 | $4,281.98 | USD | 57278 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20376E+12 | 10/04/2005 | $18,990.72 | USD | 57279 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20376E+12 | 10/04/2005 | $18,990.72 | USD | 57305 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 8.00003E+12 | J7 | 2 | 5.20377E+12 | 10/05/2005 | $4,281.98 | USD | 57304 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20377E+12 | 10/05/2005 | $18,990.72 | USD | 57327 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20377E+12 | 10/06/2005 | $4,281.98 | USD | 57326 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20377E+12 | 10/06/2005 | $1,801.73 | USD | 57457 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20377E+12 | 10/06/2005 | $12,298.75 | USD | 57458 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20377E+12 | 10/06/2005 | $21,712.00 | USD | 57459 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20378E+12 | 10/06/2005 | $6,306.05 | USD | 57460 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20378E+12 | 10/07/2005 | $14,348.54 | USD | 57463 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20378E+12 | 10/07/2005 | $4,204.03 | USD | 57464 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20378E+12 | 10/07/2005 | $21,712.00 | USD | 57465 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |

RECLAMATION CLAIM INVOICES   $572,707.98

Brazeway, Inc.
Delphi System Detail Amounts Owed
Invoices not on Reclamation Claim

| Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9.00003E+12 | J2 | 2 | 5.20375E+12 | 04/26/2005 | $4,204.03 | USD | 53505 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20375E+12 | 05/13/2005 | $13,317.12 | USD | 53928 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20375E+12 | 05/19/2005 | $1,812.88 | USD | 54065 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20375E+12 | 05/20/2005 | $8,199.17 | USD | 54104 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20375E+12 | 05/20/2005 | $8,199.17 | USD | 54158 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20375E+12 | 05/25/2005 | $1,801.73 | USD | 54258 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20375E+12 | 06/16/2005 | $1,489.71 | USD | 54775 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20375E+12 | 06/22/2005 | $8,199.17 | USD | 54928 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20356E+12 | 09/01/2005 | $8,868.87 | USD | 56584 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20355E+12 | 09/02/2005 | $15,456.00 | USD | 56605 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20355E+12 | 09/02/2005 | $10,444.80 | USD | 56604 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20355E+12 | 09/02/2005 | $1,840.90 | USD | 56603 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20355E+12 | 09/02/2005 | $8,762.91 | USD | 56622 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20355E+12 | 09/02/2005 | $13,547.52 | USD | 56407 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20355E+12 | 09/02/2005 | $5,806.08 | USD | 56406 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20355E+12 | 09/02/2005 | $13,547.52 | USD | 56442 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20355E+12 | 09/02/2005 | $5,806.08 | USD | 56441 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20356E+12 | 09/03/2005 | $13,547.52 | USD | 56536 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20356E+12 | 09/03/2005 | $5,806.08 | USD | 56535 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20356E+12 | 09/05/2005 | $5,806.08 | USD | 56569 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20356E+12 | 09/05/2005 | $13,547.52 | USD | 56570 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |

Brazeway, Inc.
Delphi System Detail Amounts Owed
Invoices not on Reclamation Claim

| Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9.00003E+12 | J7 | 2 | 5.20357E+12 | 09/05/2005 | $13,547.52 | USD | 56491 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20357E+12 | 09/05/2005 | $5,806.08 | USD | 56490 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20357E+12 | 09/06/2005 | $1,840.80 | USD | 56840 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20357E+12 | 09/06/2005 | $4,282.37 | USD | 56841 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20357E+12 | 09/06/2005 | $10,444.80 | USD | 56842 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20357E+12 | 09/06/2005 | $15,456.00 | USD | 56843 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20358E+12 | 09/06/2005 | $1,413.47 | USD | 56687 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20358E+12 | 09/06/2005 | $10,444.80 | USD | 56690 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20358E+12 | 09/06/2005 | $15,456.00 | USD | 56691 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20358E+12 | 09/06/2005 | $5,806.08 | USD | 56598 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20358E+12 | 09/06/2005 | $13,547.52 | USD | 56600 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20362E+12 | 09/07/2005 | $7,690.68 | USD | 56668 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20362E+12 | 09/07/2005 | $7,787.17 | USD | 56723 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20359E+12 | 09/08/2005 | $1,413.47 | USD | 56733 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20359E+12 | 09/08/2005 | $10,444.80 | USD | 56734 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20359E+12 | 09/08/2005 | $15,456.00 | USD | 56735 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20359E+12 | 09/08/2005 | $1,840.80 | USD | 56688 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20359E+12 | 09/08/2005 | $10,705.92 | USD | 56689 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.2036E+12 | 09/08/2005 | $1,413.47 | USD | 56762 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.2036E+12 | 09/08/2005 | $2,141.18 | USD | 56763 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.2036E+12 | 09/08/2005 | $10,444.80 | USD | 56764 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |

Brazeway, Inc.
Delphi System Detail Amounts Owed
Invoices not on Reclamation Claim

| Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9.00003E+12 | J2 | 2 | 5.20036E+12 | 09/08/2005 | $15,456.00 | USD | 58785 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20363E+12 | 09/08/2005 | $7,811.55 | USD | 58747 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20359E+12 | 09/08/2005 | $13,547.52 | USD | 58639 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20361E+12 | 09/09/2005 | $2,141.18 | USD | 58803 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20361E+12 | 09/09/2005 | $10,444.80 | USD | 58804 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20361E+12 | 09/09/2005 | $15,456.00 | USD | 58805 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 6.20363E+12 | 09/09/2005 | $7,791.79 | USD | 58781 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20364E+12 | 09/10/2005 | $15,482.88 | USD | 58666 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20362E+12 | 09/12/2005 | $1,840.90 | USD | 58840 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20362E+12 | 09/12/2005 | $4,282.37 | USD | 58841 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20362E+12 | 09/12/2005 | $10,444.80 | USD | 58842 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20362E+12 | 09/12/2005 | $22,080.00 | USD | 58843 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20361E+12 | 09/12/2005 | $15,482.88 | USD | 58713 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20363E+12 | 09/13/2005 | $4,282.37 | USD | 58877 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20363E+12 | 09/13/2005 | $19,872.00 | USD | 58879 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20363E+12 | 09/13/2005 | $9,029.38 | USD | 58814 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20364E+12 | 09/13/2005 | $7,864.96 | USD | 58871 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20362E+12 | 09/13/2005 | $15,482.88 | USD | 58755 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20366E+12 | 09/14/2005 | $8,052.60 | USD | 58888 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20364E+12 | 09/15/2005 | $6,355.84 | USD | 58909 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20364E+12 | 09/15/2005 | $11,040.00 | USD | 58910 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |

Brazeway, Inc.
Delphi System Detail Amounts Owed
Invoices not on Reclamation Claim

| Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9.00003E+12 | J2 | 2 | 5.20364E+12 | 09/15/2005 | $4,282.37 | USD | 56908 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20367E+12 | 09/15/2005 | $9,238.00 | USD | 56929 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20367E+12 | 09/15/2005 | $1,063.05 | USD | 56929 | D0550028809 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20364E+12 | 09/15/2005 | $15,482.88 | USD | 56799 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20384E+12 | 09/16/2005 | $1,840.90 | USD | 56931 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20364E+12 | 09/16/2005 | $4,282.37 | USD | 56932 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20364E+12 | 09/16/2005 | $8,355.84 | USD | 56933 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20364E+12 | 09/16/2005 | $19,872.00 | USD | 56934 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20367E+12 | 09/16/2005 | $6,886.78 | USD | 56842 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20364E+12 | 09/16/2005 | $7,257.60 | USD | 56874 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20364E+12 | 09/16/2005 | $9,676.80 | USD | 56875 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20365E+12 | 09/19/2005 | $9,870.34 | USD | 56843 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20365E+12 | 09/19/2005 | $1,840.90 | USD | 56961 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20365E+12 | 09/19/2005 | $8,564.74 | USD | 56962 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20365E+12 | 09/19/2005 | $8,355.84 | USD | 56963 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20365E+12 | 09/19/2005 | $19,872.00 | USD | 56964 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20366E+12 | 09/19/2005 | $15,482.88 | USD | 56836 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20366E+12 | 09/20/2005 | $8,355.84 | USD | 57012 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20366E+12 | 09/20/2005 | $19,872.00 | USD | 57013 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20366E+12 | 09/20/2005 | $1,840.90 | USD | 57011 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20366E+12 | 09/20/2005 | $6,423.55 | USD | 57014 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |

Brazeway, Inc.
Delphi System Detail Amounts Owed
Invoices not on Reclamation Claim

| Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9.00003E+12 | J2 | 2 | 5.20369E+12 | 09/20/2005 | $6,651.05 | USD | 57035 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20369E+12 | 09/20/2005 | $1,110.08 | USD | 57035 | D0550028809 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20368E+12 | 09/21/2005 | $1,519.04 | USD | 57036 | D0550028803 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20368E+12 | 09/21/2005 | $15,456.00 | USD | 57039 | D0550081360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20368E+12 | 09/21/2005 | $10,444.80 | USD | 57038 | D0550081360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20368E+12 | 09/21/2005 | $6,423.55 | USD | 57040 | D0550081360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20368E+12 | 09/21/2005 | $2,828.93 | USD | 57037 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.2037E+12 | 09/21/2005 | $8,812.18 | USD | 57063 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20367E+12 | 09/21/2005 | $9,876.80 | USD | 56905 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20367E+12 | 09/21/2005 | $7,257.60 | USD | 56904 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20367E+12 | 09/21/2005 | $9,876.80 | USD | 56922 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20367E+12 | 09/21/2005 | $7,257.60 | USD | 56921 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20367E+12 | 09/21/2005 | $5,757.70 | USD | 56835 | D0550053412 | Ready To Pay | 12/31/2049 | 0 |
| 8.00003E+12 | J7 | 2 | 5.20367E+12 | 09/21/2005 | $5,757.70 | USD | 56798 | D0550053412 | Ready To Pay | 12/31/2049 | 0 |
| 8.00003E+12 | J2 | 2 | 5.20368E+12 | 09/22/2005 | $1,840.90 | USD | 57089 | D0550081360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20368E+12 | 09/22/2005 | $10,444.80 | USD | 57090 | D0550081360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20368E+12 | 09/22/2005 | $24,288.00 | USD | 57091 | D0550081360 | Ready To Pay | 12/31/2049 | 0 |
| 8.00003E+12 | J2 | 2 | 5.20368E+12 | 09/22/2005 | $6,423.55 | USD | 57092 | D0550081360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20369E+12 | 09/22/2005 | $10,444.80 | USD | 57124 | D0550081360 | Ready To Pay | 12/31/2049 | 0 |
| 8.00003E+12 | J2 | 2 | 5.20369E+12 | 09/22/2005 | $26,496.00 | USD | 57125 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20369E+12 | 09/22/2005 | $6,423.55 | USD | 57126 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |

Brazeway, Inc.
Delphi System Detail Amounts Owed
Invoices not on Reclamation Claim

| Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9.00003E+12 | J2 | 2 | 5.20372E+12 | 09/22/2005 | $6,541.61 | USD | 57110 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 5016190378 | J2 | 4 | ACM922005410078 | 09/22/2005 | $41,007.89 | USD | 9222005410 | D0550026800 | On Hold | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20366E+12 | 09/22/2005 | $2,903.04 | USD | 56954 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20368E+12 | 09/22/2005 | $9,676.80 | USD | 56955 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.2037E+12 | 09/23/2005 | $1,840.90 | USD | 57156 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.2037E+12 | 09/23/2005 | $10,444.80 | USD | 57157 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.2037E+12 | 09/23/2005 | $22,080.00 | USD | 57158 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.2037E+12 | 09/23/2005 | $6,423.55 | USD | 57159 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20373E+12 | 09/23/2005 | $7,901.92 | USD | 57140 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20368E+12 | 09/23/2005 | $11,612.16 | USD | 57008 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20369E+12 | 09/23/2005 | $9,676.80 | USD | 57009 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $5,806.08 | USD | 57041 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $13,547.52 | USD | 57042 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $5,806.08 | USD | 56638A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $5,806.08 | USD | 56754A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $5,806.08 | USD | 56712A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $7,257.60 | USD | 56685A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $11,612.16 | USD | 54814A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $5,806.08 | USD | 55073A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $5,806.08 | USD | 55259A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $5,806.08 | USD | 55220A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |

Brazeway, Inc.
Delphi System Detail Amounts Owed
Invoices not on Reclamation Claim

| Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $11,612.16 | USD | 55231A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $7,257.60 | USD | 54963A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $5,806.08 | USD | 55359A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $7,257.60 | USD | 55401A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $11,612.16 | USD | 54915A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $5,806.08 | USD | 55260A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $11,612.16 | USD | 55219A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $9,676.80 | USD | 54964A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $9,676.72 | USD | 55065A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $3,870.72 | USD | 55303A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $11,612.16 | USD | 55272A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $3,870.72 | USD | 55325A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $11,612.16 | USD | 55360A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $17,418.24 | USD | 55402A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20371E+12 | 09/26/2005 | $13,547.52 | USD | 57082 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.20371E+12 | 09/26/2005 | $5,806.08 | USD | 57081 | D0550061360 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 2 | 5.20375E+12 | 10/03/2005 | $2,978.42 | USD | 54218 | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 4 | CSR520374635200 1 | 10/02/2005 | $0.01 | USD | 56035 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 4 | CSR520374635200 2 | 10/02/2005 | $0.01 | USD | 58871 | D0550028808 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $11,612.16 | USD | 55052A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |

Brazeway, Inc.
Delphi System Detail Amounts Owed
Invoices not on Reclamation Claim

| Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $5,806.08 | USD | 53902A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $5,806.08 | USD | 55271A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 2 | 5.2037E+12 | 09/24/2005 | $5,806.08 | USD | 55324A | D0550028990 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 4 | ESD520381890300 | 05/18/2005 | ($4,557.11) | USD | 54031 | D0550028803 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J2 | 4 | ESD5203818903999 | 05/18/2005 | ($136.71) | USD | 54031 | D0550028803 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 4 | ESD520354559700 | 09/01/2005 | ($1,491.84) | USD | 48504 | D0550028891 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 4 | ESD520354582000 | 09/01/2005 | ($719.71) | USD | 53655 | D0550053412 | Ready To Pay | 12/31/2049 | 0 |
| 9.00003E+12 | J7 | 4 | ESD520354562500 | 09/01/2005 | ($2,878.85) | USD | 54022 | D0550053412 | Ready To Pay | 12/31/2049 | 0 |

Invoices not on reclamation claim   $1,308,594.46