# Bruce N. Elliott

| | |
|---|---|
| **From:** | Bruce N. Elliott |
| **Sent:** | Tuesday, July 24, 2007 1:40 PM |
| **To:** | 'Clay, Barbara' |
| **Cc:** | 'Terry Sheehan' |
| **Subject:** | RE: Delphi Reclamation Claim 122 - Brazeway |
| **Attachments:** | BrazewayInventory.pdf |

Barbara,

Enclosed is a document prepared by my client regarding the reclamation claim. Note that this information is based upon an actual physical inventory which my client began in Lockport NY and which was interrupted and terminated by the debtor never allowing our client to finish. The inventory on hand in NY which my client was able to confirm is substantially higher than what the debtor acknowledges and to us clearly indicates that the analysis of the debtor is flawed. Since Brazeway ships to both NY and Texas/Mexico we can only presume that the numbers as to both facilities are much higher still.

Accordingly, we urge the debtor to reconsider the proposal and acknowledge the claim as is.

---

**From:** Clay, Barbara [mailto:barbara.clay@delphi.com]
**Sent:** Tuesday, June 26, 2007 8:55 AM
**To:** Bruce N. Elliott
**Subject:** RE: Delphi Reclamation Claim 122 - Brazeway

Bruce,
Delphi stands firm on the Valid Amount. Unless you can provide sound evidence proving our inventory testing wrong, we are not willing to negotiate at this time.

*Best Regards,*

*Barb Clay*
*Delphi Reclamations ~ Case Manager*

5725 Delphi Drive
Troy, MI 48098
Desk: (248) 813-1590
Fax: (248) 813-2499

*This email, all attachments and all related written and oral communications are in the context of settlement discussions and are for discussion purposes only. All reclamation settlements are subject to final documentation consistent with the Statement of Reclamation sent to you on February 21, 2006, including without limitation, resolution of the reserved defenses.*

---

**From:** Bruce N. Elliott [mailto:Elliott@cmplaw.com]
**Sent:** Friday, June 22, 2007 1:44 PM
**To:** Clay, Barbara
**Subject:** RE: Delphi Reclamation Claim 122 - Brazeway

Barbara, just an update. I'm still working on this. In an effort to move it along is Delphi in a position to agree to

increase the claim amount at all?

Bruce

---

**From:** Clay, Barbara [mailto:barbara.clay@delphi.com]
**Sent:** Thursday, May 17, 2007 10:58 AM
**To:** Bruce N. Elliott
**Subject:** Delphi Reclamation Claim 122 - Brazeway

Bruce,
As I stated on the phone, General Unsecured cannot reach a final number until we agree on the Reclamation portion. Attached you will find the inventory results along with the summary as promised. If you have any questions, please call or email me.

Since you are unable to do a sort on the summary (in PDF), I have broken down the claim to make it easier for you.

>    Post-Petition: $152,825.40 (to be paid thru the normal course of business)
>    Pre-Petition: $48,617.51
>    Failed Documentation: $0
>    Valid Claim: $102,294.90

I will call you on June 8th for a follow up. Have a safe trip!

**Best Regards,**

**Barb Clay**
Delphi Reclamations ~ Case Manager

5725 Delphi Drive
Troy, MI 48098
Desk: (248) 813-1590
Fax: (248) 813-2499

*This email, all attachments and all related written and oral communications are in the context of settlement discussions and are for discussion purposes only. All reclamation settlements are subject to final documentation consistent with the Statement of Reclamation sent to you on February 21, 2006, including without limitation, resolution of the reserved defenses.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*******************************************************************************

11/26/2007

Brazeway Material Inventory
October 11, 2005 @ 2:00 p.m.
LOCKPORT

| Delphi Part Number | Location | Quantity per Container | Number Containers | Physical Quantity on Hand BZY Count | Price / unit | Value |
|---|---|---|---|---|---|---|
| 52404740 | Supermarket | 13,056 | 13 | 169,728 | $ 0.1640 | $ 27,835.39 |
| 52406110 | Supermarket | 13,056 | 7 | 91,392 | $ 0.1410 | 12,886.27 |
| 52479502 | Supermarket | 13,056 | 22 | 287,232 | $ 0.1600 | 45,957.12 |
| 52495818 | Supermarket | 18,400 | 22 | 404,800 | $ 0.1200 | 48,576.00 |
| 52485679 | Supermarket | 5,865 | 6 | 35,190 | $ 0.2410 | 8,480.79 |
| 52481416 | Supermarket | 5,865 | 6 | 35,190 | $ 0.2610 | 9,184.59 |
| 52404740 | Gen I, Gen II | 13,056 | 2 | 26,112 | $ 0.1640 | 4,282.37 |
| 52406110 | Gen II | 13,056 | 1 | 13,056 | $ 0.1410 | 1,840.90 |
| 52479502 | Gen III | 13,056 | 8 | 104,448 | $ 0.1600 | 16,711.68 |
| 52495818 | Gen III | 18,400 | 2 | 36,800 | $ 0.1200 | 4,416.00 |
| 52485679 | Cell B6-2 | 5,865 | 4 | 23,460 | $ 0.2410 | 5,653.86 |
| 52481416 | Cell B6-2 | 5,865 | 2 | 11,730 | $ 0.2610 | 3,061.53 |
| | | | | | | $ 188,886.50 |

## Bruce N. Elliott

| | |
|---|---|
| **From:** | Clay, Barbara [barbara.clay@delphi.com] |
| **Sent:** | Thursday, May 17, 2007 10:58 AM |
| **To:** | Bruce N. Elliott |
| **Subject:** | Delphi Reclamation Claim 122 - Brazeway |
| **Attachments:** | Claim 122.pdf; Claim # 122 Inventory results.pdf |

Bruce,
As I stated on the phone, General Unsecured cannot reach a final number until we agree on the Reclamation portion. Attached you will find the inventory results along with the summary as promised. If you have any questions, please call or email me.

Since you are unable to do a sort on the summary (in PDF), I have broken down the claim to make it easier for you.

> Post-Petition: $152,825.40 (to be paid thru the normal course of business)
> Pre-Petition: $48,617.51
> Failed Documentation: $0
> Valid Claim: $102,294.90

I will call you on June 8th for a follow up. Have a safe trip!

**Best Regards,**

**Barb Clay**
Delphi Reclamations ~ Case Manager

5725 Delphi Drive
Troy, MI 48098
Desk: (248) 813-1590
Fax: (248) 813-2499

*This email, all attachments and all related written and oral communications are in the context of settlement discussions and are for discussion purposes only. All reclamation settlements are subject to final documentation consistent with the Statement of Reclamation sent to you on February 21, 2006, including without limitation, resolution of the reserved defenses.*

************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by replying to the message and deleting it from your computer. Thank you.

************************************************************************

11/26/2007

Claim # 122

Brazeway, Inc.

| Claim Reference | Delphi Division | Vendor Name (as displayed on Claim) | Claim Post Marked Date | PO Number | Invoice Number | Invoice Date | Shipment ID | Shipment Date | Material Number | Invoice Qty | Invoice Pcs Price | Invoice Extended Amount | Is the claim an Original or Duplicate | Vendor Claim Proper Documentation | Is the claim within the allowed Date Range | Was the receipt Post-Petition | Beginning Balance | Beginning Balance - WIP | Receipt Qty | Consumption | Ending Balance | Claim Total | Possible Valid Claim (unit) | Possible Valid Claim ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82492 | 09/22/05 | 57117 | 09/22/05 | 52405676 | 48,384 | $0.12 | $5,806.08 | original | yes | Yes | No | 304140 | 295015.8 | 48384 | 656378.000- | 352978.200- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82493 | 09/22/05 | 57118 | 09/22/05 | 52479502 | 84,672 | $0.16 | $13,547.52 | original | yes | Yes | No | 177730 | 172398.1 | 84672 | 719048.000- | 461977.900- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82538 | 09/23/05 | 57149 | 09/23/05 | 52405676 | 48,384 | $0.12 | $5,806.08 | original | yes | Yes | No | 309349 | 300066.53 | 48384 | 657487.000- | 309034.470- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82539 | 09/23/05 | 57150 | 09/23/05 | 52479502 | 84,672 | $0.16 | $13,547.52 | original | yes | Yes | No | 177497 | 172172.09 | 84672 | 634143.000- | 377298.910- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82595 | 09/26/05 | 57195 | 09/26/05 | 52405676 | 48,384 | $0.12 | $5,806.08 | original | yes | Yes | No | 334168 | 324142.96 | 48384 | 657487.000- | 284960.040- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82596 | 09/26/05 | 57196 | 09/26/05 | 52479502 | 84,672 | $0.16 | $13,547.52 | original | yes | Yes | No | 225472 | 218707.84 | 84672 | 634143.000- | 330763.160- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82606 | 09/26/05 | 57197 | 09/26/05 | 52485679 | 23,460 | $0.24 | $5,653.86 | original | yes | No | No | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82607 | 09/26/05 | 57198 | 09/26/05 | 52405676 | 13,056 | $0.14 | $1,840.90 | original | yes | No | No | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82608 | 09/26/05 | 57199 | 09/26/05 | 52479502 | 65,280 | $0.16 | $10,444.80 | original | yes | No | No | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82609 | 09/26/05 | 57200 | 09/26/05 | 52406110 | 184,000 | $0.12 | $22,080.00 | original | yes | No | No | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82610 | 09/26/05 | 57201 | 09/26/05 | 52404740 | 39,168 | $0.16 | $6,423.55 | original | yes | No | No | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028808 | 82617 | 09/27/05 | 57177 | 09/27/05 | 17425 | 1,440 | $1.53 | $2,213.12 | original | yes | Yes | No | 14076.338 | 10134.963 | 1440 | 11007.550- | 567.413 | 567.413 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028808 | 82617 | 09/27/05 | 57177 | 09/27/05 | 17565 | 3,486 | $1.54 | $5,323.12 | original | yes | No | No | 14127.253 | 10171.423 | 3486 | 26906.100- | 13248.479- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82642 | 09/27/05 | 57235 | 09/27/05 | 52485679 | 11,736 | $0.24 | $2,826.93 | original | yes | Yes | No | 28639 | 20620.08 | 11730 | 25680.000- | 5670.08 | 5670.08 | 5670 | $ 1,360.82 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82643 | 09/27/05 | 57236 | 09/27/05 | 52405676 | 13,056 | $0.14 | $1,840.90 | original | yes | Yes | No | 72836 | 52443.36 | 13056 | 75768.000- | 10268.640- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82644 | 09/27/05 | 57237 | 09/27/05 | 52479502 | 65,280 | $0.16 | $10,444.80 | original | yes | Yes | No | 506153 | 364430.16 | 65280 | 3069187.000- | 2639476.840- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82645 | 09/27/05 | 57238 | 09/27/05 | 52406110 | 184,000 | $0.12 | $22,080.00 | original | yes | Yes | No | 491299 | 353735.28 | 184000 | 1635650.000- | 1097914.720- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82646 | 09/27/05 | 57239 | 09/27/05 | 52404740 | 39,168 | $0.16 | $6,423.55 | original | yes | Yes | No | 407241 | 293213.52 | 39168 | 260651.000- | 71730.52 | 71730.52 | 39168 | $ 6,423.55 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82647 | 09/27/05 | 57244 | 09/27/05 | 52406676 | 36,288 | $0.14 | $4,954.56 | original | yes | Yes | No | 333190 | 323194.3 | 36288 | 609646.000- | 250163.700- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82648 | 09/27/05 | 57245 | 09/27/05 | 52479502 | 120,960 | $0.16 | $19,353.60 | original | yes | Yes | No | 220240 | 213632.8 | 120960 | 551366.000- | 216773.200- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028808 | 82656 | 09/28/05 | 57259 | 09/28/05 | 17425 | 1,546 | $1.51 | $2,334.46 | original | yes | Yes | No | 15516.338 | 11171.763 | 1546 | 11007.550- | 1710.213 | 1710.213 | 1546 | $ 2,334.46 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028808 | 82656 | 09/28/05 | 57259 | 09/28/05 | 17565 | 3,478 | $1.53 | $5,310.91 | original | yes | Yes | No | 17613.253 | 12681.542 | 3478 | 273100.559- | 10746.558- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82666 | 09/28/05 | 57278 | 09/28/05 | 52405676 | 36,288 | $0.12 | $4,354.56 | original | yes | Yes | No | 281547 | 273100.235 | 36288 | 502341.000- | 192952.410- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82667 | 09/28/05 | 57279 | 09/28/05 | 52479502 | 120,960 | $0.16 | $19,353.60 | original | yes | Yes | No | 204717 | 198575.49 | 120960 | 379507.000- | 59971.510- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028808 | 82673 | 09/28/05 | 57285 | 09/28/05 | 17425 | 740 | $0.14 | $103.66 | original | yes | Yes | No | 80677 | 58087.44 | 1440 | 70403.000- | 740.44 | 740.44 | 740 | $ 103.66 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82674 | 09/28/05 | 57286 | 09/28/05 | 52479502 | 65,280 | $0.16 | $10,444.80 | original | yes | Yes | No | 484217 | 348636.24 | 65280 | 2700371.000- | 2286454.760- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82675 | 09/28/05 | 57287 | 09/28/05 | 52495818 | 184,000 | $0.12 | $22,080.00 | original | yes | Yes | No | 544142 | 391782.24 | 184000 | 1504025.000- | 928242.760- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028808 | 82686 | 09/29/05 | 57281 | 09/29/05 | 17425 | 2,111 | $1.51 | $3,187.61 | original | yes | Yes | No | 15285.921 | 11005.863 | 2111 | 13387.720- | 270.857- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028808 | 82687 | 09/29/05 | 57296 | 09/29/05 | 17425 | 2,856 | $1.53 | $4,361.11 | original | yes | Yes | No | 17372.968 | 12508.537 | 2856 | 33173.750- | 17809.213- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82703 | 09/29/05 | 57296 | 09/29/05 | 17425 | 1,589 | $1.51 | $2,399.39 | original | yes | Yes | No | 16185.234 | 11653.368 | 1589 | 8044.780- | 5197.588 | 5197.588 | 1589 | $ 2,399.39 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028808 | 82703 | 09/29/05 | 57304 | 09/29/05 | 17565 | 3,509 | $1.53 | $5,358.24 | original | yes | Yes | No | 17280.271 | 12441.795 | 3509 | 20166.650- | 4215.855- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82712 | 09/29/05 | 57305 | 09/29/05 | 52405676 | 36,288 | $0.12 | $4,354.56 | original | yes | Yes | No | 296137 | 267252.89 | 36288 | 502341.000- | 178800.110- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82713 | 09/29/05 | 57305 | 09/29/05 | 52479502 | 120,960 | $0.16 | $19,353.60 | original | yes | Yes | No | 292004 | 283243.88 | 120960 | 379507.000- | 24696.88 | 24696.88 | 24697 | $ 3,951.50 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82715 | 09/29/05 | 57306 | 09/29/05 | 52479502 | 65,280 | $0.16 | $10,444.80 | original | yes | Yes | No | 628689 | 452656.08 | 65280 | 2425755.000- | 1907818.920- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82716 | 09/30/05 | 57320 | 09/30/05 | 52495818 | 184,000 | $0.12 | $22,080.00 | original | yes | Yes | No | 568682 | 409451.04 | 184000 | 1357474.000- | 764022.950- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82738 | 09/30/05 | 57321 | 09/30/05 | 17425 | 1,594 | $1.51 | $2,406.94 | original | yes | Yes | No | 15248.958 | 10979.25 | 1594 | 5543.520- | 7029.73 | 7029.73 | 1594 | $ 2,406.94 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82739 | 09/30/05 | 57321 | 09/30/05 | 17565 | 3,496 | $1.53 | $5,338.39 | original | yes | Yes | No | 13637.834 | 9819.24 | 3496 | 13141.510- | 173.73 | 173.73 | 174 | $ 265.81 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82750 | 09/30/05 | 57321 | 09/30/05 | 52405676 | 36,288 | $0.12 | $4,354.56 | original | yes | Yes | No | 289488 | 280803.36 | 36288 | 389400.48 | 137847.640- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82752 | 09/30/05 | 57337 | 09/30/05 | 52479502 | 120,960 | $0.16 | $19,353.60 | original | yes | Yes | No | 294333 | 214458.01 | 120960 | 309256.000- | 136355.01 | 120960 | 120960 | $ 19,353.60 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82753 | 09/30/05 | 57338 | 09/30/05 | 17425 | 13,056 | $0.14 | $1,840.90 | original | yes | Yes | Yes | 70415 | 50698.8 | 13056 | 48269.000- | 15485.8 | 15485.8 | 13056 | $ 1,827.84 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82754 | 09/30/05 | 57338 | 09/30/05 | 52479502 | 65,280 | $0.16 | $10,444.80 | original | yes | Yes | No | 406417 | 292620.24 | 65280 | 1899595.000- | 1541694.760- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82755 | 09/30/05 | 57339 | 09/30/05 | 52495818 | 184,000 | $0.12 | $22,080.00 | original | yes | Yes | No | 487730 | 351885.6 | 184000 | 1084825.000- | 548939.400- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82799 | 09/30/05 | 57340 | 09/30/05 | 52404740 | 26,112 | $0.16 | $4,282.37 | original | yes | Yes | No | 350313 | 252225.36 | 26112 | 165743.000- | 112594.36 | 26112 | 26112 | $ 4,282.37 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82800 | 10/03/05 | 57363 | 10/03/05 | 52479502 | 26,112 | $0.16 | $4,281.98 | original | yes | Yes | No | 270232 | 262125.04 | 36288 | 369310.000- | 70896.960- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82802 | 10/03/05 | 57364 | 10/03/05 | 52479502 | 120,960 | $0.16 | $18,990.72 | original | yes | Yes | Yes | 330610 | 320691.7 | 120960 | 117176.000- | 324475.7 | 324475.7 | 120960 | $ 18,990.72 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82803 | 10/03/05 | 57366 | 10/03/05 | 52405679 | 11,730 | $0.24 | $2,756.55 | original | yes | Yes | Yes | 22273 | 16036.56 | 11730 | 7917.000- | 19849.56 | 19849.56 | 11730 | $ 2,756.55 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82804 | 10/03/05 | 57367 | 10/03/05 | 52406110 | 13,056 | $0.14 | $1,801.73 | original | yes | Yes | Yes | 929501 | 66888.72 | 13056 | 43459.000- | 36485.72 | 36485.72 | 13056 | $ 1,801.73 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82805 | 10/03/05 | 57368 | 10/03/05 | 52406110 | 65,280 | $0.16 | $10,248.96 | original | yes | Yes | Yes | 540834 | 389400.48 | 65280 | 1655851.000- | 1201170.520- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82806 | 10/03/05 | 57369 | 10/03/05 | 52495818 | 184,000 | $0.12 | $21,712.00 | original | yes | Yes | Yes | 535705 | 385707.6 | 184000 | 937972.000- | 368264.400- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82835 | 10/04/05 | 57357 | 10/04/05 | 52404740 | 39,168 | $0.16 | $6,306.05 | original | yes | Yes | Yes | 385113 | 277281.36 | 39168 | 152851.000- | 163598.36 | 163598.36 | 39168 | $ 6,306.05 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028808 | 82849 | 10/04/05 | 57408 | 10/04/05 | 17425 | 1,608 | $1.46 | $2,344.46 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82850 | 10/04/05 | 57357 | 10/04/05 | 17565 | 3,508 | $1.48 | $5,174.30 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82851 | 10/04/05 | 57409 | 10/04/05 | 52479502 | 78,336 | $0.16 | $12,298.75 | original | yes | Yes | Yes | 536738 | 386451.36 | 78336 | 1384828.000- | 920040.640- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82852 | 10/04/05 | 57410 | 10/04/05 | 52495818 | 184,000 | $0.12 | $21,712.00 | original | yes | Yes | Yes | 610310 | 439423.2 | 184000 | 828043.000- | 204919.800- | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550053412 | 82853 | 10/04/05 | 57414 | 10/04/05 | 52404740 | 39,168 | $0.16 | $6,306.05 | original | yes | Yes | Yes | 393833 | 283559.76 | 39168 | 125043.000- | 197684.76 | 197684.76 | 39168 | $ 6,306.05 |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82871 | 10/04/05 | 57415 | 10/04/05 | 52479502 | 72,576 | $0.16 | $11,394.43 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82871 | 10/04/05 | 57420 | 10/04/05 | 52405679 | 17,605 | $0.14 | $2,464.58 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82883 | 10/05/05 | 57463 | 10/05/05 | 17425 | 1,608 | $1.46 | $2,344.46 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82888 | 10/05/05 | 57444 | 10/05/05 | 17425 | 3,470 | $1.48 | $5,118.25 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82889 | 10/05/05 | 57444 | 10/05/05 | 52405676 | 48,384 | $0.12 | $5,709.31 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82889 | 10/05/05 | 57444 | 10/05/05 | 52479502 | 72,576 | $0.16 | $11,394.43 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82890 | 10/05/05 | 57445 | 10/05/05 | 52476679 | 24,192 | $0.19 | $4,499.71 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |

This document is in the context of settlement discussions and is for discussion purposes only.

Claim # 122                                                                                                                                                                                             Brazeway, Inc.

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Claim Reference | Delphi Division | Vendor Name (as displayed on Claim) | Claim Post Marked Date | PO Number | Invoice Number | Invoice Date | Shipment ID | Shipment Date | Material Number | Invoice Qty | Invoice Pcs Price | Invoice Extended Amount | Is the claim an Original or Duplicate | Vendor Claim Proper Documentation | Is the Claim within the allowed Date Range | Was the receipt Post-Petition | Beginning Balance | Beginning Balance - WIP | Receipt Qty | Consumption | Ending Balance | Claim Total | Possible Valid Claim (unit) | Possible Valid Claim ($) |
| 66 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82896 | 10/05/05 | 57457 | 10/05/05 | 52406110 | 13,056 | $0.14 | $1,801.73 | original | yes | Yes | No | 871031 | 62714.16 | 13056 | 24605.000- | 51165.16 | 13056 | 13056 | $1,801.73 |
| 67 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82897 | 10/05/05 | 57458 | 10/05/05 | 52479502 | 78,336 | $0.16 | $12,298.75 | original | yes | Yes | No | 795846 | 573009.12 | 78336 | 1145980.000- | 494634.880- | 0 | 0 | $- |
| 68 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82898 | 10/05/05 | 57459 | 10/05/05 | 52495818 | 184,000 | $0.12 | $21,712.00 | original | yes | Yes | No | 706989 | 509032.08 | 184000 | 699409.000- | 6376.920- | 0 | 0 | $- |
| 69 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82899 | 10/05/05 | 57460 | 10/05/05 | 52404740 | 39,168 | $0.16 | $6,306.05 | original | yes | Yes | No | 412409 | 296934.48 | 39168 | 98115.000- | 237987.48 | 39168 | 39168 | $6,306.05 |
| 70 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028808 | 82919 | 10/06/05 | 57474 | 10/06/05 | 17425 | 1,602 | $1.46 | $2,335.72 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $- |
| 71 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028808 | 82919 | 10/06/05 | 57474 | 10/06/05 | 17565 | 3,605 | $1.48 | $5,317.38 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $- |
| 72 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82920 | 10/06/05 | 57483 | 10/06/05 | 52405676 | 48,384 | $0.12 | $5,709.31 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $- |
| 73 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82921 | 10/06/05 | 57484 | 10/06/05 | 52479502 | 72,576 | $0.16 | $11,394.43 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $- |
| 74 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028890 | 82922 | 10/06/06 | 57485 | 10/06/06 | 52476679 | 12,096 | $0.19 | $2,249.86 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $- |
| 75 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82933 | 10/06/05 | 57493 | 10/06/05 | 52479502 | 91,392 | $0.16 | $14,348.54 | original | yes | Yes | No | 912630 | 657093.6 | 91392 | 850800.000- | 102314.400- | 0 | 0 | $- |
| 76 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82934 | 10/07/05 | 57494 | 10/07/05 | 52404740 | 26,112 | $0.16 | $4,204.03 | original | yes | Yes | No | 424957 | 305969.04 | 26112 | 7787.000- | 254294.04 | 26112 | 26112 | $4,204.03 |
| 77 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82935 | 10/06/05 | 57495 | 10/06/05 | 52495818 | 184,000 | $0.12 | $21,712.00 | original | yes | Yes | No | 658123 | 473848.56 | 184000 | 578542.000- | 79306.56 | 79306.6 | 79307 | $9,516.79 |
| 78 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82954 | 10/07/05 | 57518 | 10/07/05 | 52405676 | 48,384 | $0.12 | $5,709.31 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $- |
| 79 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028990 | 82955 | 10/07/05 | 57519 | 10/07/05 | 52479502 | 72,576 | $0.16 | $11,394.43 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $- |
| 80 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82956 | 10/07/05 | 57524 | 10/07/05 | 52406110 | 13,056 | $0.14 | $1,801.73 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $- |
| 81 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82957 | 10/07/05 | 57525 | 10/07/05 | 52479502 | 104,448 | $0.16 | $16,398.34 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $- |
| 82 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550061360 | 82958 | 10/07/05 | 57526 | 10/07/05 | 52495818 | 184,000 | $0.12 | $21,712.00 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $- |
| 83 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028808 | 82973 | 10/07/05 | 57507 | 10/07/05 | 17425 | 1,608 | $1.46 | $2,344.46 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $- |
| 84 | 122 | T&I | BRAZWAY, INC. | 10/11/05 | D0550028808 | 82973 | 10/07/05 | 57507 | 10/07/05 | 17565 | 3,551 | $1.48 | $5,237.73 | original | yes | No | Yes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $- |

This document is in the context of settlement discussions and is for discussion purposes only.

2

Claim 122

Brazeway, Inc.

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Claim Reference | Vendor Name (as displayed on Claim) | Delphi Division | Claim Post Marked Date | PO Number | Invoice Number | Shipment ID | Invoice Date | Material Number | Invoice Qty | Invoice Extended Amount | Is the claim an original or Duplicate | Vendor Claim Contains proper Documentation | Is the Claim within the allowed Date Range | Was the receipt Post-Petition | Valid Inventory (units) | Valid Inventory ($) | Has it been paid | Valid Claim ($) | Status of the Claim |
| 2 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82492 | 57117 | 09/22/05 | 52405676 | 48,384 | $ 5,806.08 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 3 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82493 | 57118 | 09/22/05 | 52479502 | 84,672 | $ 13,547.52 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 4 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82538 | 57149 | 09/23/05 | 52405676 | 48,384 | $ 5,806.08 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 5 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82539 | 57150 | 09/23/05 | 52479502 | 84,672 | $ 13,547.52 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 6 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82595 | 57195 | 09/26/05 | 52405676 | 48,384 | $ 5,806.08 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 7 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82596 | 57196 | 09/26/05 | 52479502 | 84,672 | $ 13,547.52 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 8 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82606 | 57197 | 09/26/05 | 52485679 | 23,460 | $ 5,653.86 | Original | Yes | Yes | | | | | | Does not pass all tests |
| 9 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82607 | 57198 | 09/26/05 | 52479502 | 13,056 | $ 1,840.90 | Original | Yes | No | | | | | | Does not pass all tests |
| 10 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82608 | 57199 | 09/26/05 | 52479502 | 65,280 | $ 10,444.80 | Original | Yes | No | | | | | | Does not pass all tests |
| 11 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82609 | 57200 | 09/26/05 | 52495818 | 184,000 | $ 22,080.00 | Original | Yes | No | | | | | | Does not pass all tests |
| 12 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82610 | 57201 | 09/26/05 | 52404740 | 39,168 | $ 6,423.55 | Original | Yes | No | | | | | | Does not pass all tests |
| 13 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82617 | 57177 | 09/27/05 | 17425 | 1,440 | $ 2,174.40 | Original | Yes | No | | | | | | Does not pass all tests |
| 14 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82618 | 57177 | 09/27/05 | 17565 | 3,486 | $ 5,323.12 | Original | Yes | No | | | | | | Does not pass all tests |
| 15 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82642 | 57235 | 09/27/05 | 52485679 | 11,730 | $ 2,826.93 | Original | Yes | Yes | No | 5,670 | $ 1,360.82 | No | $ 1,360.82 | Valid Claim |
| 16 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82643 | 57236 | 09/27/05 | 52406110 | 13,056 | $ 1,840.90 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 17 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82644 | 57237 | 09/27/05 | 52479502 | 65,280 | $ 10,444.80 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 18 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82645 | 57238 | 09/27/05 | 52495818 | 184,000 | $ 22,080.00 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 19 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82646 | 57239 | 09/27/05 | 52404740 | 39,168 | $ 6,423.55 | Original | Yes | Yes | No | 39,168 | $ 6,266.88 | No | $ 6,266.88 | Valid Claim |
| 20 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82647 | 57244 | 09/27/05 | 52405676 | 36,288 | $ 4,354.56 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 21 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82648 | 57245 | 09/27/05 | 52479502 | 120,960 | $ 19,353.60 | Original | Yes | Yes | No | 1,546 | $ 2,334.46 | No | $ 2,334.46 | Valid Claim |
| 22 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82656 | 57259 | 09/28/05 | 17425 | 1,546 | $ 2,334.46 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 23 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82666 | 57259 | 09/28/05 | 17565 | 3,478 | $ 5,310.91 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 24 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82667 | 57278 | 09/28/05 | 52405676 | 36,288 | $ 4,354.56 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 25 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82668 | 57279 | 09/28/05 | 52479502 | 120,960 | $ 19,353.60 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 26 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82673 | 57285 | 09/28/05 | 52406110 | 13,056 | $ 1,840.90 | Original | Yes | Yes | No | 740 | $ 103.66 | No | $ 103.66 | Valid Claim |
| 27 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82674 | 57286 | 09/28/05 | 52479502 | 65,280 | $ 10,444.80 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 28 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82675 | 57287 | 09/28/05 | 52495818 | 184,000 | $ 22,080.00 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 29 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82688 | 57281 | 09/28/05 | 17425 | 2,111 | $ 3,187.61 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 30 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82689 | 57281 | 09/28/05 | 17565 | 2,856 | $ 4,361.11 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 31 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82703 | 57296 | 09/29/05 | 52479502 | 1,589 | $ 2,399.39 | Original | Yes | Yes | No | 1,589 | $ 2,399.39 | No | $ 2,399.39 | Valid Claim |
| 32 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82704 | 57296 | 09/29/05 | 17425 | 3,496 | $ 5,338.39 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 33 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82712 | 57304 | 09/29/05 | 52405676 | 36,288 | $ 4,354.56 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 34 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82713 | 57305 | 09/29/05 | 52479502 | 120,960 | $ 19,353.60 | Original | Yes | Yes | No | 24,697 | $ 3,951.50 | No | $ 3,951.50 | Valid Claim |
| 35 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82715 | 57306 | 09/29/05 | 52479502 | 65,280 | $ 10,444.80 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 36 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82716 | 57307 | 09/29/05 | 52495818 | 184,000 | $ 22,080.00 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 37 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82738 | 57321 | 09/30/05 | 17425 | 1,594 | $ 2,406.94 | Original | Yes | Yes | No | 1,594 | $ 2,406.94 | No | $ 2,406.94 | Valid Claim |
| 38 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82738 | 57321 | 09/30/05 | 17565 | 174 | $ 265.81 | Original | Yes | Yes | No | 174 | $ 265.81 | No | $ 265.81 | Valid Claim |
| 39 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82750 | 57326 | 09/30/05 | 52405676 | 36,288 | $ 4,354.56 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 40 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82751 | 57327 | 09/30/05 | 52479502 | 120,960 | $ 19,353.60 | Original | Yes | Yes | No | 120,960 | $ 19,353.60 | No | $ 19,353.60 | Valid Claim |
| 41 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82752 | 57337 | 09/30/05 | 52406110 | 13,056 | $ 1,840.90 | Original | Yes | Yes | No | 13,056 | $ 1,827.84 | No | $ 1,827.84 | Valid Claim |
| 42 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82753 | 57338 | 09/30/05 | 52479502 | 65,280 | $ 10,444.80 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 43 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82754 | 57339 | 09/30/05 | 52495818 | 184,000 | $ 22,080.00 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 44 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82755 | 57340 | 09/30/05 | 52404740 | 26,112 | $ 4,282.37 | Original | Yes | Yes | No | 26,112 | $ 4,177.92 | No | $ 4,177.92 | Valid Claim |
| 45 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82799 | 57363 | 10/03/05 | 52405676 | 36,288 | $ 4,281.98 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 46 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82800 | 57364 | 10/03/05 | 52479502 | 120,960 | $ 18,990.72 | Original | Yes | Yes | No | 120,960 | $ 18,990.72 | No | $ 18,990.72 | Valid Claim |
| 47 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82802 | 57366 | 10/03/05 | 52479502 | 11,730 | $ 2,756.55 | Original | Yes | Yes | No | 11,730 | $ 2,756.55 | No | $ 2,756.55 | Valid Claim |
| 48 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82803 | 57367 | 10/03/05 | 52406110 | 13,056 | $ 1,801.73 | Original | Yes | Yes | No | 13,056 | $ 1,801.73 | No | $ 1,801.73 | Valid Claim |
| 49 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82804 | 57368 | 10/03/05 | 52479502 | 65,280 | $ 10,248.96 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 50 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82805 | 57369 | 10/03/05 | 52495818 | 184,000 | $ 21,712.00 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 51 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82806 | 57370 | 10/03/05 | 52404740 | 39,168 | $ 6,306.05 | Original | Yes | Yes | No | 39,168 | $ 6,266.88 | No | $ 6,266.88 | Valid Claim |
| 52 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82835 | 57357 | 10/04/05 | 17425 | 1,608 | $ 2,344.46 | Original | Yes | No | Yes | | | | | Does not pass all tests |
| 53 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82836 | 57357 | 10/04/05 | 17565 | 3,508 | $ 5,174.30 | Original | Yes | No | Yes | | | | | Does not pass all tests |
| 54 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82849 | 57408 | 10/04/05 | 52479502 | 78,336 | $ 12,298.75 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |

Claim 122

Brazeway, Inc.

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Claim Reference | Vendor Name (as displayed on Claim) | Delphi Division | Claim Post Marked Date | PO Number | Invoice Number | Shipment ID | Invoice Date | Material Number | Invoice Qty | Invoice Extended Amount | Is the claim an original or Duplicate | Vendor Claim Contains proper Documentation | Is the Claim within the allowed Date Range | Was the receipt Post-Petition | Valid Inventory (units) | Valid Inventory ($) | Has it been paid | Valid Claim ($) | Status of the Claim |
| 55 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82850 | 57409 | 10/04/05 | 52495818 | 184,000 | $ 21,712.00 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 56 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82851 | 57410 | 10/04/05 | 52404740 | 39,168 | $ 6,306.05 | Original | Yes | Yes | No | 39,168 | $ 6,266.88 | No | $ 6,266.88 | Valid Claim |
| 57 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550053412 | 82852 | 57414 | 10/04/05 | 52405676 | 48,384 | $ 5,709.31 | Original | Yes | Yes | Yes | | | | $ - | Does not pass all tests |
| 58 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061933 | 82853 | 57415 | 10/04/05 | 52479502 | 72,576 | $ 11,394.43 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 59 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82871 | 57420 | 10/05/05 | 17425 | 1,608 | $ 2,344.46 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 60 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82871 | 57420 | 10/05/05 | 17565 | 3,517 | $ 5,187.58 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 61 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82883 | 57463 | 10/05/05 | 17425 | 1,608 | $ 2,344.46 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 62 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82883 | 57463 | 10/05/05 | 17565 | 3,470 | $ 5,118.25 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 63 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82888 | 57443 | 10/05/05 | 52405676 | 48,384 | $ 5,709.31 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 64 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82889 | 57444 | 10/05/05 | 52479502 | 72,576 | $ 11,394.43 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 65 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82890 | 57445 | 10/05/05 | 52476679 | 24,192 | $ 4,499.71 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 66 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82896 | 57457 | 10/05/05 | 52406110 | 13,056 | $ 1,801.73 | Original | Yes | Yes | No | 13,056 | $ 1,801.73 | No | $ 1,801.73 | Valid Claim |
| 67 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82897 | 57458 | 10/05/05 | 52479502 | 78,336 | $ 12,298.75 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 68 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82898 | 57459 | 10/05/05 | 52495818 | 184,000 | $ 21,712.00 | Original | Yes | Yes | No | 0 | | | $ - | Does not pass all tests |
| 69 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82899 | 57460 | 10/05/05 | 52404740 | 39,168 | $ 6,306.05 | Original | Yes | Yes | No | 39,168 | $ 6,266.88 | | $ 6,266.88 | Valid Claim |
| 70 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82919 | 57474 | 10/06/05 | 17425 | 1,602 | $ 2,335.72 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 71 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82919 | 57474 | 10/06/05 | 17565 | 3,605 | $ 5,317.38 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 72 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82920 | 57483 | 10/06/05 | 52405676 | 48,384 | $ 5,709.31 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 73 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82921 | 57484 | 10/06/05 | 52479502 | 72,576 | $ 11,394.43 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 74 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82922 | 57485 | 10/06/05 | 52476679 | 12,096 | $ 2,249.86 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 75 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82933 | 57493 | 10/06/05 | 52479502 | 91,392 | $ 14,348.54 | Original | Yes | Yes | No | 0 | $ - | | $ - | Does not pass all tests |
| 76 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82934 | 57494 | 10/07/05 | 52404740 | 26,112 | $ 4,204.03 | Original | Yes | Yes | No | 26,112 | $ 4,177.92 | No | $ 4,177.92 | Valid Claim |
| 77 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82935 | 57495 | 10/07/05 | 52495818 | 184,000 | $ 21,712.00 | Original | Yes | Yes | No | 79,307 | $ 9,516.79 | No | $ 9,516.79 | Valid Claim |
| 78 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82954 | 57518 | 10/07/05 | 52405676 | 48,384 | $ 5,709.31 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 79 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028990 | 82955 | 57519 | 10/07/05 | 52479502 | 72,576 | $ 11,394.43 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 80 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82956 | 57524 | 10/07/05 | 52406110 | 13,056 | $ 1,801.73 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 81 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82957 | 57525 | 10/07/05 | 52479502 | 104,448 | $ 16,398.34 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 82 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550061360 | 82958 | 57526 | 10/07/05 | 52495818 | 184,000 | $ 21,712.00 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 83 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82973 | 57507 | 10/07/05 | 17425 | 1,608 | $ 2,344.46 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 84 | 122 | Brazeway, Inc. | T&I | 10/11/05 | D0550028808 | 82973 | 57507 | 10/07/05 | 17565 | 3,551 | $ 5,237.73 | Original | Yes | No | Yes | | | | $ - | Does not pass all tests |
| 85 | | | | Brazeway, Inc. Totals | | | | | | | $ 728,309.16 | | | | | | $ 102,294.90 | | $ 102,294.90 | Lines = 83 |

Page2