IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **DELPHI CORPORATION,** *et al.* | § | Case No. 05-44481 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## CERTIFICATE OF SERVICE

The undersigned states that copies of: **Notice of Joint Motion of JP Morgan Chase Bank, N.A. and Brazeway, Inc. For Relief From and Reconsideration of Order Modifying Claims Asserting Reclamation Identified in Debtor's Twenty-First Omnibus Claims Objection; Joint Motion of JP Morgan Chase Bank, N.A. and Brazeway Inc. For Relief From and Reconsideration of Order Modifying Claims Asserting Reclamation Identified in Debtor's Twenty-First Omnibus Claims Objection; Memorandum of Law in Support of Joint Motion; Affidavit of Bruce N. Elliott in Support of Motion; Affidavit of Terence Sheehan; Affidavit of Howard J. Grossman in Support of Motion; and Affidavit of Neelima Veluvolu in Support of Motion** were served upon the following parties, electronically on November 26, 2007, and by first class mail on November 26, 2007, by depositing said copies in the U.S. mail, postage prepaid, properly addressed as follows:

Robert J. Stark, Esq.
Brown Rudnick Berlack
   Israels LLP
Seven Times Square
New York, NY   10036

Bruce Simon, Esq.
Cohen, Weiss & Simon
330 W. 42nd Street
New York, NY   10036

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY   10178-0061

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY   10017

Sean Corcoran, Esq.
Karen Craft, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, MI   48098

Michael Nefkens, Esq.
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI   48098

Carrie L. Schiff, Esq.
Flextronics International
305 Interlocken Parkway
Broomfield, CO   80021

Paul W. Anderson, Esq.
Flextronics International USA
2090 Fortune Drive
San Jose, CA   95131

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive
MD: OE16
Austin, TX   78735

Bonnie Steingart, Esq.
Brad Eric Sheler, Esq.
Vivek Melwani, Esq.
Jennifer L. Rodburg, Esq.
Richard J. Slivinski, Esq.
Fried,   Frank,   Harris,   Shriver   &
Jacobson
One New York Plaza
New York, NY   10004

Randall S. Eisenberg, Esq.
FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY   10036

Valerie Venable, Esq.
General Electric Company
9930 Kincey Avenue
Huntersville, NC   28078

Lonie A. Hassel, Esq.
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC   20006

Stephen H. Gross, Esq.
Hodgson Russ LLP
1540 Broadway
24th Fl
New York, NY   10036

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn
LLP
2290 First National Building
660 Woodward Avenue,
Detroit, MI   48226-3583

Internal Revenue Service
**Attn: Insolvency Department**
477 Michigan Ave
Mail Stop 15
Detroit, MI   48226

Internal Revenue Service
**Attn: Insolvency Department**
290 Broadway
5th Floor
New York, NY   10007

IUE-CWA
Conference Board Chairman
2360 W. Dorothy Lane
Suite 201
Dayton, OH   45439

William Q. Derrough, Esq.
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY   10022

Richard Duker, Esq.
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY   10017

Susan Atkins, Esq.
Gianni Russell, Esq.
JPMorgan Chase Bank, N.A.
277 Park Avenue
8th Fl
New York, NY   10172

Gordon Z. Novod, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Sheryl Betance, Esq.
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA   90245

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY   10022
Daniel R. Fisher, Esq.
Patrick J. Healy, Esq.
Law Debenture Trust of New York
400 Madison Avenue
Fourth Floor
New York, NY   10017

David D. Cleary, Esq.
Jason J. DeJonker, Esq.
Mohsin N. Khambati, Esq.
Peter A. Clark, Esq.
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL   60606

Cornish F. Hitchcock, Esq.
J. Brian McTigue, Esq.
McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC   20015

Leon Szlezinger, Esq.
Mesirow Financial
666 Third Avenue
21st Floor
New York, NY   10017

Gregory A. Bray, Esq.
Thomas R. Kreller, Esq.
James E. Till, Esq.
Milbank  Tweed  Hadley  &  McCloy
LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA   90017

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY   10022

Mark Schonfield, Regional Director
Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY   10281

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York, NY   10271

Robert Siegel, Esq.
O'Melveny & Myers LLP
Robert Siegel
400 South Hope Street
Los Angeles, CA   90071

Tom A. Jerman, Esq.
Rachel Janger, Esq.
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC   20006

Jeffrey Cohen, Esq.
Ralph L. Landy, Esq.
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC   20005

Sandra A. Riemer, Esq.
Phillips Nizer LLP
666 Fifth Avenue
New York, NY   10103

David L. Resnick, Esq.
Rothchild Inc.
1251 Avenue of the Americas
New York, NY   10020

Robert W. Dremluk, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York,  NY   10018-1405

Douglas Bartner, Esq.
Jill Frizzley, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY   10022

Kenneth S. Ziman, Esq.
Robert H. Trust, Esq.
William T. Russell, Jr., Esq.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY   10017

John Wm. Butler, Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher
  & Flom, LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL   60606

Kayalyn A. Marafioti, Esq.
Thomas J. Mats, Esq.
Skadden, Arps, Slate, Meagher
        & Flom, LLP
4 Times Square
P.O. Box 300
New York, NY   10036

Daniel D. Doyle, Esq.
Nicholas Franke, Esq.
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO   63105

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY   10022

Albert Togut, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY   10119

MaryAnn Brereton, Esq.
Tyco Electronics Corporation
60 Columbia Road
Morristown, NJ   07960

Alicia M. Leonhard, Esq.
United States Trustee
33 Whitehall Street
21st Floor
New York, NY   10004-2112

Michael D. Warner, Esq.
Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX   76102

Harvey R. Miller, Esq.
Jeffrey L. Tanenbaum, Esq.
Martin J. Bienenstock, Esq.
Michael P. Kessler, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY   10153

Steven M. Cimalore, Esq.
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE   19890


Dated: November 26, 2007

    /s/ Bruce N. Elliott
Conlin, McKenney & Philbrick, P.C.
Attorneys for Brazeway, Inc./JP Morgan Chase
350 S. Main Street, Suite 400
Ann Arbor, Michigan  48104-2131
(734) 761-9000
Elliott@cmplaw.com
(P28770)

H:\CLM\Brazeway\Delphi\COS 11.26.07.wpd