# EXHIBIT A-4

 **TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS      00512-9945
FED ID NO  36-1033080
A/R FAX   815.391.5908

PAGE    1

REMIT TO: ELCO TEXTRON INC.
          P.O. BOX 74839
          CHICAGO IL 60694-4839

Sold To   DELPHI AUTOMOTIVE SYSTM
          DELPHI SAGINAW STEERING
          P.O. BOX 436040
          PONTIAC     MI 48343-6040

Ship To   DELPHI SAGINAW STEERING
          PLANT #3 TOWERLINE RD.
          OFF HOLLAND RD.
          SAGINAW     MI 48605

Ship Via   ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD

B/L No. 000587790

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-03-05 | 11-27525 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-03-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|
| PO SAG90I5106      PART 05686834 | | 25,000 X | 4.41M | 110.25 |
| ELCO PART  922-057-012130 1123/.127X.480 O'ALL SPL FLT FILL | | | S | |
| ELCO ORDER NUMBER  57464 | | 0250 | | |
| ORDERED  7,025,000  BALANCE   3,637,500 | | | | |





| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 2 | 58 | 2 | 56 | 0 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This Amount |
|---|---|
| NET 60 DAYS | 110.25 |



# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.**

## TEXTRON Fastening Systems

Eico Textron, Inc.
PFPO Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 L (815) 391-5948 (fax)
DUNS 005129945

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEES' NAME

NAME OF CARRIER    ALVAN — SUPER

CARRIERS NO.    005877790

| NO. PKGS. | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | CLASS OR RATE | CK. COL. |
|---|---|---|---|---|
| | SCREWS, BOLTS, NUTS, WASHERS | | | |
| | NO STEEL OR ITEMS RS or L | | | |
| | PLAIN, CAD, OR ZINC COATED | | | |
| 2 | Loose Cartons | 58 | | |
| | SCREWS, BOLTS, NUTS, WASHERS | | | |
| | NO STEEL OR ITEMS RS or L | | | |
| | PLAIN, CAD, OR ZINC COATED | | | |

DESTINATION    DELPHI SAGINAW STEERING    PLANT #3 TOWERLINE RD.
DELIVERY ADDRESS    OFF HOLLAND RD.
ROUTE    SAGINAW    STATE    MI    48605

DELIVERING CARRIER

DRIVER SIGNATURE _____    TRAILER # REQUIRED

Collect On Delivery $ _____ and remit to:

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation."

Per _____

Permanent post office address of shipper.

**TEXTRON Fastening Systems Shipper, Per** _____    Agent, Per _____

Eico Textron, Inc.
PFPO Operations
1111 Samuelson Road
P.O. Box 7008
Rockford, IL 61125-7008 U.S.A.

"MARK WITH 'X' TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

DATE    10-03-05  14:57

CC754899 6

C.O.D. Charge to be paid by: Shipper ☐  Consignee ☐

"If the above boxes used for the shipment concern to be without recourse to the consignee, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges."

FREIGHT CHARGES
☐ Prepaid  ☐ Collect

COLLECT

Per _____ (Signature of Consignor)

Charges Advanced: $ _____

Redelivery $ _____

F-3477-2



 **TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

| DUNS | 00512-9945 |
|------|------------|
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

PAGE   1

REMIT TO: ELCO TEXTRON INC.
            P.O. BOX 74839
            CHICAGO IL 60694-4839

Sold To   DELPHI AUTOMOTIVE SYSTM
          DELPHI SAGINAW STEERING
          P.O. BOX 436040
          PONTIAC      MI 48343-6040

Ship To   DELPHI SAGINAW STEERING
          PLANT #6 TOWERLINE RD.
          OFF HOLLAND RD.
          SAGINAW      MI 48601

Ship Via.   ALVAN - SUPER CARTAGE

Freight Terms   COLLECT FOB ROCKFORD

B/L No.  000587791

| | | INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|---|---|
| | | 10-03-05 | 11-27526 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-03-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5106       PART 26086101 | 22,500 X | 82.35M | 1,852.88 |
| ELCO PART   349-049-100130 M10X1.25X12.5 SPECIAL SET SCREW, | | S | |
| ELCO ORDER NUMBER   57471                    0250 | | | |
| ORDERED   6,898,000   BALANCE   3,467,500 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 9 | 304 | 34 | 270 | 1 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount   1,852.88 |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classification whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

## TEXTRON Fastening Systems

Elco Textron, Inc.
PPPD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 \ (815) 391-5948 (fax)
DUNS 005129945

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS 'COD' MUST APPEAR BEFORE CONSIGNEE'S NAME

| CONSIGNED TO | DELPHI SAGINAW STEERING |
| DESTINATION | OFF HOLLAND RD. |
| DELIVERY ADDRESS | SAGINAW |
| ROUTE | |

STATE  MI   48601

NAME OF CARRIER   ALVAN - SUPER

| NO. PKGS. | * (X) ONE LINE FOR EACH PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (SUB. TO CORR.) | CLASS OR RATE | |
|---|---|---|---|---|
| | SCREWS, BOLTS, NUTS, WASHERS | | | |
| | NO STEEL OR ITEMS R6 or L | | | |
| | PLAIN, GALD, OR ZINC COATED | | | |
| | Loose Cartons | | | |
| | SCREWS, BOLTS, NUTS, WASHERS | | | |
| | NO STEEL OR ITEMS R6 or L | | | |
| | PLAIN, GALD, OR ZINC COATED | | | |

| | Pallets With | Cartons |
|---|---|---|
| 1 | 9 | 304 |

DRIVER SIGNATURE _____

TRAILER # REQUIRED

CC754807 8

C.O.D. Charge to be paid by: Shipper ☐   Consignee

C.O.D. Amount $  53319

Collect On Delivery $ _____ and remit to:

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

TEXTRON Fastening Systems Shipper, Per

Elco Textron, Inc
PPPD Operations
1111 Samuelson Road
P.O. Box 7009
Rockford, IL 61125-7009 U.S.A.
Permanent post office address of shipper.

Agent, Per

"MARK WITH 'X' TO DESIGNATE
HAZARDOUS MATERIAL AS
DEFINED IN TITLE 49 OF
FEDERAL REGULATIONS.

Agent or Cashier

Per _____
(The signature here acknowledges
only the amount prepaid.)

Charges Advanced:
$ _____

FREIGHT CHARGES
☐ Prepaid   ☐ Collect

TEXTRON Fastening Systems

Elco Textron, Inc
PPPD Operations

F-3477

SHIPPERS NO.

CARRIERS NO.





**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS        00512-9945
FED ID NO   36-1033080
A/R FAX     815.391.5908

PAGE    1

REMIT TO: ELCO TEXTRON INC.
         P.O. BOX 74839
         CHICAGO IL 60694-4839

Sold To  AUTOMOTIVE COMPONENTS
         DISBURSEMENT ANALYSIS
         P.O. BOX 1550
         FLINT      MI 48501-1550

Ship To  DELPHI C,35028,ELPASOTX
         C/O INDIANAPOLIS DDC %
         AIR ROAD-3150 CHIEF LN
         INDIANAPOLIS  IN 46241

Ship Via.    CTII CENTRAL TRANSPOR

Freight Terms FRT 3RD PARTY BILLING

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-03-05 | PRECISION FORMED PRODUCTS DIV | 07 | 680 | 11-09000 |

B/L No. 000587807

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-03-05 | 11-27542 |

|  | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550006828      PART 25369815 | 21,760 X | 1020.52M | 22,206.52 |
| ELCO PART   329-099-100182 M10X1.5X17.10MM SPL HEAD SHLD HOUSN S | | | |
| ELCO ORDER NUMBER    57704 | 0250 | | |
| ORDERED   2,234,623  BALANCE     684,808 | | | |

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. |
|---|---|---|---|---|---|---|
| 85 | 2,980 | 260 | 2,720 | 7 | | P.O. BOX 74839 CHICAGO IL 60694-4839 |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, therof.

| PAYMENT TERMS | Pay This Amount |
|---|---|
| NET 60 DAYS | 22,206.52 |



# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classification whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

**TEXTRON** Fastening Systems

Elco Textron, Inc.
PFPD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151, (815) 391-5948 (fax)
DUNS 005129945

SHIPPER'S NO.

which, said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. In cases where contracts exist with the carrier making the shipment the rates of the contract apply. In cases where a carrier is moving a shipment without a contract the rates of the current National Motor Freight Classification Tariff will apply.

0 0 0 5 8 7 8 0 7

NAME OF CARRIER  CTII CENTRAL T

CARRIER'S NO.

UN COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

CONSIGNED TO  DELPHI C,35028 ELPASOTX   C/O INDIANAPOLIS DDC %

DESTINATION  AIR ROAD-3150 CHIEF LN   STATE (To be filled in only when shipper desires and governing tariffs provide for delivery thereat)

DELIVERY ADDRESS  INDIANAPOLIS   IN  46241

ROUTE

DELIVERING CARRIER   CAR OR VEHICLE

Driver's Signature Only Acknowledges Receipt of Freight

**611-375459-5**

SHIPPER LABEL

| NO. PKGS. | HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | CLASS OR RATE |
|---|---|---|---|---|
| 7 | | **Loose Cartons** SCREWS, BOLTS, NUTS, WASHERS NO1 STEEL, OR ITEMS R8 or L PLAIN, CAD, OR ZINC COATED | Cartons  2,980 | |
| | | **Pallets With** 85 | **Cartons** SCREWS, BOLTS, NUTS, WASHERS NO1 STEEL, OR ITEMS R8 or L PLAIN, CAD, OR ZINC COATED | |

0-03-05   17:29
(Mail or street address of consignee — For purposes of notification only)

TRAILER # REQUIRED

SEND BILLS TO: DELPHI C (CISCO CODE # (35028)
EL PASO TEX, C/O DATA 2 LOGISTICS
42 THOMAS PATTEN DRIVE, RANDOLPH MA 02369

Agent, Per

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

FREIGHT CHARGES
☐ Prepaid  ☒ Collect

COLLECT
to apply in prepayment of the charges on the property described hereon.

Per _____

C.O.D. Charge to be paid by: Shipper ☐ Consignee ☐

Agent or Cashier

The signature here acknowledges only the amount prepaid.)

Charges Advanced: $ _____

DRIVER SIGNATURE $ _____ and final due

Collect On Delivery: $ _____   C.O.D. Charge to be paid by: Shipper ☐ Consignee ☐

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**TEXTRON** Fastening Systems Shipper, Per _____

Elco Textron, Inc.
PFPD Operations
1111 Samuelson Road
P.O. Box 7008
Rockford, IL 61125-7008 U.S.A.

Permanent post office address of shipper.

"MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

F-3477-2







**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

| | |
|---|---|
| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

PAGE    1

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

Sold To    DELPHI AUTO. SYSTEMS
ATTN: DISBURS. ANYLSIS
P O BOX 436037
PONTIAC    MI 48343-6037

Ship To    DELPHI ENERGY & ENGINE
ROCHESTER OPERATIONS
1000 LEXINGTON AVENUE
ROCHESTER    NY 14606

Ship Via.    POINT DEDICATED (DELP

Freight Terms    COLLECT FOB ROCKFORD

B/L No. 000587812

| | | INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|---|---|
| | | 10-04-05 | 11-27550 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 175 | 11-28140 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550005386    PART 17090845 | 16,000 X | 27.74M | 443.84 |
| ELCO PART   343-007-040160 M4X0.7X15.4 TORX FLT FIL MACH SCREW | | | |
| ELCO ORDER NUMBER    57399 | 0024,0024 | | |
| ORDERED   1,152,000  BALANCE    168,000 | | | |
| | | | |
| PO 0550005892    PART 25174744 | 1,000 X | 203.39M | 203.39 |
| ELCO PART   601-092-060581 M6X1.0XM6X1.0X58.0 HX WSH COL STUD W/CR | | | |
| ELCO ORDER NUMBER    57437 | 0024,0024 | | |
| ORDERED    543,000  BALANCE    21,000 | | | |
| | | | |
| PO 0550005387    PART 25323905 | 4,200 X | 1170.43M | 4,915.81 |
| ELCO PART   373-599-055782 5.51 X 86.8 SPECIAL STAINLESS STEEL PIN | | | |
| ELCO ORDER NUMBER    57439 | 0024,0024 | | |
| ORDERED    585,875  BALANCE    171,300 | | | |
| | | | |
| PO 0550024490    PART 25345875 | 48,000 X | 67.59M | 3,244.32 |
| ELCO PART   601-064-060230 M6X1.0X22.38 TRIMMED HX ACORN HD DOUBLE | | | |
| ELCO ORDER NUMBER    57443 | 0024,0024 | | |
| ORDERED   5,365,300  BALANCE   1,495,000 | | | |
| | | | |
| PO 0550050794    PART 25361744 | 4,500 X | 159.15M | 716.18 |
| ELCO PART   343-098-060560 M6X1.0 X 55.4 OAL DBL END M/S STUD WITH | | | |
| ELCO ORDER NUMBER    57445 | 0024,0024 | | |
| ORDERED    486,000  BALANCE    166,500 | | | |

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| | | | | | PAYMENT TERMS | Pay This Amount |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and al regulations and
orders of the United States Department of Labor issued section 14, therof.

ACCOUNTS REC COPY

**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

| DUNS | 00512-9945 |
|---|---|
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

PAGE    2

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

Sold To   DELPHI AUTO. SYSTEMS
ATTN: DISBURS. ANYLSIS
P O BOX 436037
PONTIAC      MI 48343-6037

Ship To   DELPHI ENERGY & ENGINE
ROCHESTER OPERATIONS
1000 LEXINGTON AVENUE
ROCHESTER    NY 14606

Ship Via.   POINT DEDICATED (DELP

Freight Terms   COLLECT FOB ROCKFORD

B/L No. 000587812

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-04-05 | 11-27550 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 175 | 11-28140 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

PO 0550072634      PART 25370579          1,800 X   231.80M   417.24
ELCO PART   601-092-060830 M6X1XM6X1X114.5 HX WHSR COL STUD W/CRES
ELCO ORDER NUMBER   58049              0024,0024
ORDERED      162,300   BALANCE      74,700

PO 0550072633      PART 25370580          1,000 X   168.10M   168.10
ELCO PART   601-092-060582 M6X1.0X57.9 HX WHSR COL STUD W/ CRESTCU
ELCO ORDER NUMBER   58050              0024,0024
ORDERED      81,108   BALANCE      37,000

PO 0550072636      PART 25370581          4,000 X   196.60M   786.40
ELCO PART   601-092-060581 M6X1.0XM6X1.0X58.0 HX WSH COL STUD W/CR
ELCO ORDER NUMBER   58051              0024,0024
ORDERED      493,378   BALANCE      225,000

PO 0550072635      PART 25370582          900 X   185.80M   167.22
ELCO PART   601-092-060650 M6X1XM6X1X64.49 HX WHSR COL STUD W/CRES
ELCO ORDER NUMBER   58052              0024,0024
ORDERED      166,500   BALANCE      76,500

PO 0550073980      PART 25377314          8,000 X   85.20M   681.60
ELCO PART   645-004-040170 M4X0.7X15.7 TORX FLT FIL HD MS W/FLT WH
ELCO ORDER NUMBER   58077              0024,0024
ORDERED      344,000   BALANCE      140,000



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 82 | 1,912 | 157 | 1,755 | 3 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, therof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount      11,744.10 |

**TEXTRON Fastening Systems**

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariff or classification whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

CONSIGNED TO

Elco Textron, Inc.
PFPO Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 | (815) 391-5948 (fax)
DUNS 005129945

DESTINATION
DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER

ROCHESTER OPERATIONS

STATE  NY   14606

| NO. PKGS | KIND AND NO. OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) |
|---|---|---|
| | SCREWS, BOLTS, NUTS, WASHERS | |
| | NO. STEEL OR ITEMS RS or L | |
| | PLAIN, CAD, OR ZINC COATED | |
| | Loose Cartons | 543 |
| | SCREWS, BOLTS, NUTS, WASHERS | |
| | NO. STEEL OR ITEMS RS or L | |
| | PLAIN, CAD, OR ZINC COATED | |

Pallets
With  62

Cartons  1369

DRIVER SIGNATURE  TRAILER # REQUIRED

NAME OF CARRIER  000587812

CARRIER'S NO.

POINT DEDICATE

**TEXTRON Fastening Systems**

Elco Textron, Inc.
PFPO Operations

FREIGHT CHARGES
☐ Prepaid   ☐ Collect



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

| | |
|---|---|
| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

PAGE    1

Sold To
AUTOMOTIVE COMPONENTS
DISBURSEMENT ANALYSIS
P.O. BOX 1550
FLINT        MI 48501-1550

Ship To DELPHI C,35028,ELPASOTX
C/O INDIANAPOLIS DDC %
AIR ROAD-3150 CHIEF LN
INDIANAPOLIS  IN 46241

Ship Via.  CTII CENTRAL TRANSPOR

Freight Terms  FRT 3RD PARTY BILLING

B/L No. 000587827

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-04-05 | 11-27568 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 680 | 11-09000 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550009498    PART 10457177 | 30,000 X | 42.53M | 1,275.90 |
| ELCO PART   370-096-033240 3.27-3.33X23.33 OVRL SPL RD COL STD S | | | |
| ELCO ORDER NUMBER   57356 | 0024,0024 | | |
| ORDERED   3,246,000   BALANCE     822,000 | | | |
| | | | |
| PO 0550006828    PART 25369815 | 18,432 X | 1020.52M | 18,810.22 |
| ELCO PART   329-099-100182 M10X1.5X17.10MM SPL HEAD SHLD HOUSN S | | | |
| ELCO ORDER NUMBER   57704 | 0024,0024 | | |
| ORDERED   2,278,035   BALANCE     709,788 | | | |

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 77 | 2,706 | 252 | 2,454 | 7 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount    20,086.12 |



# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

## TEXTRON Fastening Systems

Elco Textron, Inc.
PPFO Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151  (815) 391-3948 (fax)
DUNS 005129945

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or to CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below...

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

CONSIGNED TO: DELPHI C,35028,ELPASOTX
DESTINATION: AIR ROAD-3150 CHIEF LN   INDIANAPOLIS   C/O INDIANAPOLIS DDC, %
DELIVERY ADDRESS / ROUTE

NO. PKGS. 7
Pallets With: 77
Cartons: 2706

SCREWS, BOLTS, NUTS, WASHERS
NO STEEL OR ITEMS RG et (,
PLAIN, CAD, OR ZINC COATED

Loose Cartons

SCREWS, BOLTS, NUTS, WASHERS
NO STEEL OR ITEMS RG et (,
PLAIN, CAD, OR ZINC COATED

611-3006720   IN   46241

10-04-05   15:44   0005 87827

NAME OF CARRIER   CTII CENTRAL T

611-375469-4
Driver's Signature Only Acknowledges Receipt of Freight
SHIPPER LABEL

SEND BILL TO: DELPHI C (CISCO CODE# 35028)
#2 THOMASTAPPEN DRIVE 2 RANDOLPH, MA 02369

DRIVER SIGNATURE

TRAILER # REQUIRED

Collect On Delivery: $
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

"MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

Agent, Per

C.O.D. Charge to be paid by: Shipper ☐ Consignee ☐
Charges Advanced: $

COLLECT
FREIGHT CHARGES
☐ Prepaid   ☒ Collect

Per
(Signature of Consignor)

Elco Textron, Inc.
PPFO Operations

SHIPPER'S NO.

CARRIER'S NO.



 **TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS        00512-9945
FED ID NO   36-1033080
A/R FAX     815.391.5908



PAGE     1

REMIT TO: ELCO TEXTRON INC.
         P.O. BOX 74839
         CHICAGO IL 60694-4839

Sold To   AUTOMOTIVE COMPONENT
          DISBURSEMENT ANALYSIS
          P.O. BOX 1550
          FLINT      MI 48501-1550

Ship To   DELPHI INTERIOR SYSTEMS
          COLUMBUS PLANT
          200 GEORGESVILLE ROAD
          COLUMBUS     OH 43228

Ship Via.   ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD

| | B/L No. 000587838 | INVOICE DATE | INVOICE NO. |
|---|---|---|---|
| | | 10-04-05 | 11-27579 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 174 | 11-11526 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550022966        PART 16887739 | 19,500 X | 31.93M | 622.64 |
| ELCO PART    850-007-040080 M4.0X0.7X7.6MM   TORX FL FIL MOD TT "CA" | | | |
| ELCO ORDER NUMBER   57720 | 0024,0024 | | |
| ORDERED   2,247,904   BALANCE     559,000 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. |
|---|---|---|---|---|---|---|
| 3 | 99 | 3 | 96 . | 0 | | P.O. BOX 74839 CHICAGO IL 60694-4839 |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount     622.64 |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**TEXTRON Fastening Systems**

Elco Textron, Inc.
PFFD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 \ (815) 391-5948 (fax)
DUNS 005129945

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT CARRIER or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not dependent on any tariffs or classifications whether individually, determined or filed with any Federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

CONSIGNED TO
DELPHI INTERIOR SYSTEMS
200 GEORGESVILLE ROAD
COLUMBUS

DESTINATION COLUMBUS PLANT
STATE OH 43228

DELIVERY ADDRESS

ROUTE

DELIVERING CARRIER

| NO. PKGS | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 3 | SCREWS, BOLTS, NUTS, WASHERS | | | |
| | INCL STEEL OR ITEMS RIS or L | | | |
| | PLAIN, CAD, OR ZINC COATED | | | |
| | Loose Cartons | | | |
| 3 | SCREWS, BOLTS, NUTS, WASHERS | 99 | | |
| | INCL STEEL OR ITEMS RIS or L | | | |
| | PLAIN, CAD, OR ZINC COATED | | | |
| | Pallets | | | |
| | With | | | |
| | Cartons | | | |

10-04-05   15:02

NAME OF CARRIER   ALVAN — SUPER

CARRIER'S NO.   0 0 0 5 8 7 8 3 8

CC75496 5

TRAILER # REQUIRED

C.O.D. Charge to be paid by: Shipper □ Consignee □

COLLECT
Redelivered

FREIGHT CHARGES
□ Prepaid   ☑ Collect

Per _____ Agent or Cashier
(The signature here acknowledges only the amount prepaid.)

Charges Advanced: $ _____

Collect On Delivery: $ _____

DRIVER SIGNATURE _____ and remit to:

Elco Textron, Inc.
PFFD Operations
1111 Samuelson Road
P.O. Box 7000
Rockford, IL 61125-7000 U.S.A.

Permanent post office address of shipper.

TEXTRON Fastening Systems Shipper, Per _____

Per _____ Agent, Per _____

5350

"MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

F-3477-2



**TEXTRON** Fastening Systems

ACCOUNTS REC COPY

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

| | |
|---|---|
| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

PAGE    1

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

Sold To    DELPHI DELCO ELEC. SYS.
ONE CORPORATE CENTER
KOKOMO        IN 46904

Ship To    DELPHI DELCO ELECTRONIC
7929 SOUTH HOWELL AVE
OAK CREEK    WI 53154

Ship Via.    VITRAN EXPRESS

Freight Terms    COLLECT FOB ROCKFORD

B/L No. 000587841

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-04-05 | 11-27582 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 170 | 11-08988 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550044123        PART 9402013 | 5,000 X | 71.54M | 357.70 |
| ELCO PART    665-004-050141 M5X0.8X14.0 TORXPLUS/AUTOSERT PAN HD DO | | | |
| ELCO ORDER NUMBER    55867 | 0024,0024 | | |
| ORDERED    2,089,600  BALANCE    670,000 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. |
|---|---|---|---|---|---|---|
| 1 | 59 | 21 | 38 | 1 | | P.O. BOX 74839 CHICAGO IL 60694-4839 |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This Amount |
|---|---|
| NET 60 DAYS | 357.70 |

**TEXTRON** Fastening Systems

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

"COMMON CARRIER RATE AGREEMENT" of the CONTRACT between the Shipper and Carrier

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

Elco Textron, Inc.
PPO Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 · (815) 391-5948 (fax)
DUNS 005129945

SHIPPER'S NO.

CARRIER'S NO.   0 0 0 5 8 7 8 4 1

NAME OF CARRIER   VITRAN EXPRESS

DATE   1 0 - 0 4 - 0 5   1 7 : 2 5

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME.

CONSIGNED TO   DELPHI DELCO ELECTRONIC

DESTINATION   7929 SOUTH HOWELL AVE

DELIVERY ADDRESS   (Mail or street address of consignee — For purposes of notification only)

STATE   WI   ZIP   53154

ROUTE

DELIVERING CARRIER

CAR OR VEHICLE INITIALS      NO.

| NO. PKGS | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (Sub. to Corr.) | CLASS OR RATE | CK. COLUMN |
|---|---|---|---|---|
| | SCREWS, BOLTS, NUTS, WASHERS | | | |
| | NO I STEEL OR ITEMS RS or L | | | |
| | PLAIN, CAD, OR ZINC COATED | | | |
| | Loose Cartons | | | |
| | SCREWS, BOLTS, NUTS, WASHERS | | 59 | |
| | NO I STEEL OR ITEMS RS or L | | | |
| | PLAIN, CAD, OR ZINC COATED | | | |
| 1 | Pallets With  1  Cartons | | | |

Vitran Express
**World Class Customer Service** 800/967-3331
www.vitranexpress.com
0001 057 5100

Drivers signature acknowledges receipt of freight only. Unless otherwise agreed to actual separate contract, terms and conditions of tariff VITR125 apply.

TRAILER # REQUIRED 464823

COD 1/sb w/1 & Tal

"MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**TEXTRON** Fastening Systems

Per _____ (Signature of Consignor)

**FREIGHT CHARGES**
☐ Prepaid   ☐ Collect

C O L L E C T

Received $_____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$_____

C.O.D. Charge to be paid by: Shipper ☐  Consignee ☐

DRIVER SIGNATURE _____

Collect On Delivery: $_____

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

**TEXTRON** Fastening Systems Shipper, Per _____   Agent, Per _____

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

Permanent post office address of shipper.

Elco Textron, Inc.
PPO Operations
1111 Samuelson Road
P.O. Box 5995
Rockford, IL 61125-7009 U.S.A.

F-3477-2



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS        00512-9945
FED ID NO  36-1033080
A/R FAX    815.391.5908

REMIT TO: ELCO TEXTRON INC.
          P.O. BOX 74839
          CHICAGO IL 60694-4839

PAGE    1

Sold To  DELPHI AUTOMOTIVE SYSTM
         DELPHI SAGINAW STEERING
         P.O. BOX 436040
         PONTIAC      MI 48343-6040

Ship To  DELPHI SAGINAW STEERING
         PLANT #3 TOWERLINE RD.
         OFF HOLLAND RD.
         SAGINAW      MI 48605

Ship Via.    ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD

B/L No. 000587844

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-04-05 | 11-27585 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5106     PART 05686834 | 25,000 X | 4.41M | 110.25 |
| ELCO PART   922-057-012130  1123/.127X.480  O'ALL SPL FLT FILL | | S | |
| ELCO ORDER NUMBER   57464 | 0024,0024 | | |
| ORDERED    7,025,000   BALANCE    3,612,500 | | | |

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 2 | 58 | 2 | 56 | 0 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION.
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount     110.25 |

**STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE**

**TEXTRON** Fastening Systems

SHIPPERS NO

CARRIERS NO

0 0 0 5 8 7 8 4 4

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT," or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. The Bill of Lading is not subject to any tariffs or specifications whether individually determined or filed with any federal or state regulatory agency, agency, except as specifically agreed to in writing by the shipper and the carrier.

which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination...

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

CONSIGNED TO

Elco Textron, Inc.
PPFO Operations
1111 Samuelsson Road
Rockford, IL 61109
(815) 397-5151 (815) 391-5948 (fax)
DUNS 005129945

DESTINATION DELPHI SAGINAW STEERING   PLANT #3 TOWERLINE RD.

OFF HOLLAND RD.

DELIVERY SAGINAW   STATE MI   48605
ADDRESS

ROUTE

DELIVERING
CARRIER

| NO. PKGS | *★ THE KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (SUB. TO COR.) | CLASS OR RATE | CAR OR VEHICLE INITIALS | NO. |
|---|---|---|---|---|---|
| | SCREWS, BOLTS, NUTS, WASHERS NO! STEEL OR ITEMS RS or L PLAIN, CAD, OR ZINC COATED | | | | |
| | Loose Cartons | | | | |
| 2 | SCREWS, BOLTS, NUTS, WASHERS NO! STEEL OR ITEMS RS or L PLAIN, CAD, OR ZINC COATED | 58 | | | |

Pallets With

Cartons

10-04-05  15:01

NAME OF CARRIER   A L V A N - S U P E R

CG154914 7

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**TEXTRON** Fastening Systems
Elco Textron, Inc.
PPFO Operations

Per _____
(Signature of Consignor.)

Per _____
consignment, the consignor

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $ _____

**FREIGHT CHARGES**
☐ Prepaid   ☑ Collect

Received $ COLLECT
to apply in prepayment of the charges on the property described hereon.

DRIVER SIGNATURE _____ and reinfro:

Collect On Delivery $ _____

TRAILER # REQUIRED   53/50

C.O.D. Charge to be paid by Shipper ☐ Consignee ☐

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS

Elco Textron, Inc.
PPFO Operations
1111 Samuelsson Road
Rockford, IL 61109-7090 U.S.A.

Permanent post office address of shipper.

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____

F-3477-2



 Fastening Systems

ACCOUNTS REC COPY

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

PAGE  1



REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

Sold To  DELPHI AUTOMOTIVE SYSTM
DELPHI SAGINAW STEERING
P.O. BOX 436040
PONTIAC  MI 48343-6040

Ship To  DELPHI SAGINAW STEERING
PLANT #6 TOWERLINE RD.
OFF HOLLAND RD.
SAGINAW  MI 48601

Ship Via.  ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD

B/L No. 000587845

| | INVOICE DATE | INVOICE NO. PACKING LIST |
| --- | --- | --- |
| | 10-04-05 | 11-27586 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
| --- | --- | --- | --- | --- |
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
| --- | --- | --- | --- |
| PO SAG90I5106      PART 26086101 | 20,000 X | 82.35M S | 1,647.00 |
| ELCO PART  349-049-100130 M10X1.25X12.5 SPECIAL SET SCREW, | 0024,0024 | | |
| ELCO ORDER NUMBER   57471 | | | |
| ORDERED  6,898,000  BALANCE  3,447,500 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
| --- | --- | --- | --- | --- | --- | --- |
| 8 | 248 | 8 | 240 | 0 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS NET 60 DAYS | Pay This Amount  1,647.00 |
| --- | --- |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

## TEXTRON Fastening Systems

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described herein, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below.

Elco Textron, Inc.
PFID Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 \ (815) 391-5946 (fax)
DUNS 005129945

CONSIGNED TO

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS 'COD' MUST APPEAR BEFORE CONSIGNEE'S NAME

| | | | | | NAME OF CARRIER |
|---|---|---|---|---|---|
| DESTINATION | DELPHI SAGINAW STEERING | PLANT #6 TOWERLINE RD. | | |  A L V A N   S U P E R |
| DELIVERY ADDRESS | OFF HOLLAND RD. | STATE | MI | 48601 | 005587845 |
| ROUTE | SAGINAW | | | | CARRIER'S NO. |



| NO. PKGS. | ★ HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | CLASS OR RATE | CK. COL. |
|---|---|---|---|---|---|
| 10 | | Loose Cartons | | | |
| | | SCREWS, BOLTS, NUTS, WASHERS | | | |
| | | NO. STEEL OR ITEMS R5 or L | 310 | | |
| | | PLAIN, CAD, OR ZINC COATED | | | |

DELIVERING CARRIER

Pallets With ___ Cartons

CAR OR VEHICLE INITIALS ___ NO.

DRIVER SIGNATURE ___ TRAILER # REQUIRED

**Collect On Delivery, $ ___ and remit to:**

C.O.D. Charge to be paid by: Shipper ☐  Consignee ☐

**NOTE** — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ ___ per ___

TEXTRON Fastening Systems Shipper, Per ___

Elco Textron, Inc.
PFID Operations
1111 Samuelson Road
P.O. Box 7009
Rockford, IL 61125-7009

Permanent post office address of shipper.

Agent, Per ___

FREIGHT CHARGES
☐ Prepaid  ☐ Collect

TEXTRON Fastening Systems
Elco Textron, Inc
PFID Operations

Agent or Cashier

Per ___ RECEIVED

(Signature of Consignor)

10-04-05   15:02

3350

CCF54917 4

F-3477-2



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS    00512-9945
FED ID NO  36-1033080
A/R FAX   815.391.5908

PAGE    1

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

Sold To  DELPHI AUTOMOTIVE SYSTM
DELPHI SAGINAW STEERING
P.O. BOX 436040
PONTIAC      MI 48343-6040

Ship To  DELPHI SAGINAW STEERING
PLANT #6 TOWERLINE RD.
OFF HOLLAND RD.
SAGINAW    MI 48601

Ship Via.   ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD

B/L No. 000587845

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-04-05 | 11-27584 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5106      PART 26069932 | 8,000 X | 63.87M | 510.96 |
| ELCO PART   457-007-911160 M5.28X1.81X15.88 SPL TORX FLT FIL PLAST | | | |
| ELCO ORDER NUMBER   57352 | 0024,0024 | | |
| ORDERED   1,216,280  BALANCE    744,000 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 2 | 62 | 2 | 60 | 0 | | |



MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of sections 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount    510.96 |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**TEXTRON Fastening Systems**

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. The Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as described herein. The property is to be governed by the terms agreed to in writing by the shipper and the carrier.

Elco Textron, Inc.
PFFD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 (815) 391-5948 (fax)
DUNS 005129945

CARRIERS NO.  _____

CARRIER:  ALVAN — SUPER

Shipper's No.

NAME OF CARRIER

Made at or street address of consignee — For purposes of notification only)

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

CONSIGNED TO

DESTINATION  DELPHI SAGINAW STEERING   PLANT #6 TOWERLINE RD.
ADDRESS  OFF HOLLAND RD.   STATE  MI   48601
SAGINAW

ROUTE

DELIVERING CARRIER

| NO. PKGS. | *KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (Sub. to Cor.) | CLASS OR RATE | CAR OR VEHICLE INITIALS | NO. |
|---|---|---|---|---|---|
| 10 | SCREWS, BOLTS, NUTS, WASHERS | | | | |
| | NO STEEL OR ITEMS RS or L | | | | |
| | PLAIN, CAD, OR ZINC COATED | | | | |
| | Looses  Cartons | | | | |
| | SCREWS, BOLTS, NUTS, WASHERS | 310 | | | |
| | NO STEEL OR ITEMS RS or L | | | | |
| | PLAIN, CAD, OR ZINC COATED | | | | |
| Pallets With | Cartons | | | | |

10-04-05  15:02

000587845

"Mark with "X" to designate
HAZARDOUS MATERIAL AS
DEFINED IN TITLE 49 OF
FEDERAL REGULATIONS.

COD Charge to be paid by: Shipper □ Consignee □

C.O.D. Charge to be paid by: Shipper □ Consignee □

$

(The amount prepaid)
Charges Advanced $

FREIGHT CHARGES
Prepaid □  Collect ☑

Subject to Section 7 of Conditions
of applicable bill of lading, if this
shipment is to be delivered to the
consignee without recourse on the
consignor, the consignor shall sign
the following statement:
The carrier shall not make delivery
of this shipment without payment of
freight and all other lawful charges.

**TEXTRON Fastening Systems**
Elco Textron, Inc.
PFFD Operations

Per  _____
(Signature of consignor)

COLLECT
to apply in prepayment of the charges
on the property described hereon.

Per  _____
(The signature here acknowledges
only the amount prepaid)

Agent or Cashier

Per  _____

DRIVER SIGNATURE  _____   TRAILER # REQUIRED  5350

Collect On Delivery $  _____  and remit to:

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding  _____
per  _____

"This is to certify that the above named materials
are properly classified, described, packaged,
marked and labeled, and are in proper condition
for transportation, according to the applicable
regulations of the Department of Transportation."

**TEXTRON Fastening Systems** Shipper, Per  _____  Agent, Per  _____

Elco Textron, Inc.
PFFD Operations
1111 Samuelson Road
P.O. Box 7009
Rockford, IL 61125-7009 U.S.A.
Permanent post office address of shipper.

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

CCI754917  4

F-347-2

 **TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS      00512-9945
FED ID NO  36-1033080
A/R FAX    815.391.5908

REMIT TO: ELCO TEXTRON INC.
         P.O. BOX 74839
         CHICAGO IL 60694-4839

PAGE      1

Sold To  DELPHI AUTOMOTIVE SYSTM
         DELPHI SAGINAW STEERING
         P.O. BOX 436040
         PONTIAC       MI 48343-6040

Ship To  DELPHI SAGINAW STEERING
         PLANT #6 TOWERLINE RD.
         OFF HOLLAND RD.
         SAGINAW       MI 48601

Ship Via   ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD

B/L No.  000587850

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-05-05 | 11-27594 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5106      PART 26090176 | 30,000 X | 66.33M | 1,989.90 |

ELCO PART  651-004-650160 M5X0.8X15.48 TORX PAN HD. SEMS 1/2 K TA
ELCO ORDER NUMBER   57354
ORDERED     405,000  BALANCE     225,000

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. |
|---|---|---|---|---|---|---|
| 6 | 240 | 6 | 234 | 0 | | P.O. BOX 74839 CHICAGO IL 60694-4839 |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of sections 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount     1,989.90 |

**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

PAGE    1

Sold To    DELPHI AUTOMOTIVE SYSTM
DELPHI SAGINAW STEERING
P.O. BOX 436040
PONTIAC    MI 48343-6040

Ship To    DELPHI SAGINAW STEERING
PLANT #6 TOWERLINE RD.
OFF HOLLAND RD.
SAGINAW    MI 48601

Ship Via.    ALVAN - SUPER CARTAGE

Freight Terms    COLLECT FOB ROCKFORD    B/L No.  000587850

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-05-05 | 11-27599 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5106    PART 26086101 | 57,500 X | 82.35M | 4,735.13 |
| ELCO PART   349-049-100130 M10X1.25X12.5 SPECIAL SET SCREW, | | S | |
| ELCO ORDER NUMBER   57471 | 999 | | |
| ORDERED    6,898,000   BALANCE    3,390,000 | | | |

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 23 | 738 | 48 | 690 | 1 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount    4,735.13 |

ACCOUNTS REC COPY

 **TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

DUNS        00512-9945
FED ID NO  36-1033080
A/R FAX    815.391.5908

PAGE    1

REMIT TO: ELCO TEXTRON INC.
         P.O. BOX 74839
         CHICAGO IL 60694-4839

Sold To    DELPHI AUTOMOTIVE SYSTM
           DELPHI SAGINAW STEERING
           P.O. BOX 436040
           PONTIAC      MI 48343-6040

Ship To  DELPHI SAGINAW STEERING
         PLANT #6 TOWERLINE RD.
         OFF HOLLAND RD.
         SAGINAW       MI 48601

Ship Via   ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD

B/L No. 000587850

| | INVOICE DATE | INVOICE NO. |
|---|---|---|
| | | PACKING LIST |
| | 10-05-05 | 11-27601 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5106      PART 26069932 | 4,000 X | 63.87M | 255.48 |

ELCO PART   457-007-911160 M5.28X1.81X15.88 SPL TORX FLT FIL PLAST
ELCO ORDER NUMBER    57352                999
ORDERED   1,216,280   BALANCE     740,000



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. |
|---|---|---|---|---|---|---|
| 1 | 31 | 1 | 30 | 0 | | P.O. BOX 74839 |
| | | | | | | CHICAGO IL 60694-4839 |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, therof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount    255.48 |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**TEXTRON** Fastening Systems

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. In case where a carrier is moving a shipment without a contract in care of the current National Motor Freight Classification (tariffs will apply).

Etco Textron, Inc.
PFPD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 L (815) 391-5948 (fax)
DUNS 005129945

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

**NAME OF CARRIER** ALVAN - SUPER

**CARRIERS NO.** 0 0 0 5 0 7 8 5 0

**SHIPPERS NO.**

| | | | | |
|---|---|---|---|---|
| CONSIGNED TO | DELPHI SAGINAW STEERING | 10-05-05 15:12 | | |
| DESTINATION | OFF HOLLAND RD. | PLANT #6 TOWERLINE RD. | | |
| DELIVERY ADDRESS | SAGINAW | STATE MI | 48601 | |
| ROUTE | | | | |

**DELIVERING CARRIER**

**CAR OR VEHICLE INITIALS** MI **NO.** 48601

| NO. PKGS. | H'M KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (Sub to Cor) | CLASS OR RATE | |
|---|---|---|---|---|
| 7 | **Loose Cartons** SCREWS, BOLTS, NUTS, WASHERS NO STEEL OR ITEMS RS or L PLAIN, CAD, OR ZINC COATED | 271 | | |
| 1 | **Pallets With** SCREWS, BOLTS, NUTS, WASHERS NO STEEL OR ITEMS RS or L PLAIN, CAD OR ZINC COATED | | | |

| Pallets | Cartons | |
|---|---|---|
| 23 | 738 | |

Loose PCS TxU

Case PCS On Hand

State STC

Total Traveling Units (A+B)

CC74738 8

DRIVER SIGNATURE _____   TRAILER # REQUIRED

Collect On Delivery $ _____ and remit to: _____

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

**TEXTRON** Fastening Systems Shipper, Per _____

Etco Textron, Inc.
PFPD Operations
1111 Samuelson Road
Rockford, IL 61125-7009 U.S.A.
Permanent post office address of shipper.

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

"MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

Agent, Per _____

C.O.D. Charge to be paid by: Shipper ☐ Consignee ☐

If the charges are to be prepaid, write or stamp here "To be Prepaid." Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier _____

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced: $ _____

**FREIGHT CHARGES**
Prepaid ☐   Collect ☐

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**TEXTRON** Fastening Systems

Etco Textron, Inc.
PFPD Operations

Per _____
(Signature of Consignor)

F-3477-2



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS        00512-9945
FED ID NO   36-1033080
A/R FAX     815.391.5908

REMIT TO:  ELCO TEXTRON INC.
           P.O. BOX 74839
           CHICAGO IL 60694-4839

PAGE    1

Sold To  DELPHI AUTO. SYSTEMS
         ATTN: DISBURS. ANYLSIS
         P O BOX 436037
         PONTIAC      MI 48343-6037

Ship To  DELPHI ENERGY & ENGINE
         ROCHESTER OPERATIONS
         1000 LEXINGTON AVENUE
         ROCHESTER   NY 14606

Ship Via.  POINT DEDICATED (DELP

Freight Terms  COLLECT FOB ROCKFORD

B/L
No. 000587859

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-05-05 | 11-27603 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | 07 | 175 | 11-28140 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

PO 0550005386         PART 17090845            8,000 X     27.74M      221.92
ELCO PART   343-007-040160 M4X0.7X15.4 TORX FLT FIL MACH SCREW
ELCO ORDER NUMBER    57399              0252
ORDERED   1,160,000  BALANCE      168,000

PO 0550005892         PART 25174744            1,000 X    203.39M      203.39
ELCO PART   601-092-060581 M6X1.0XM6X1.0X58.0 HX WSH COL STUD W/CR
ELCO ORDER NUMBER    57437              0252
ORDERED      538,000  BALANCE      15,000

PO 0550005387         PART 25323905            2,400 X   1170.43M     2,809.03
ELCO PART   373-599-055782 5.51 X 86.8 SPECIAL STAINLESS STEEL PIN
ELCO ORDER NUMBER    57439              0252
ORDERED      582,875  BALANCE     165,900

PO 0550072634         PART 25370579              600 X    231.80M      139.08
ELCO PART   601-092-060830 M6X1XM6X1X114.5 HX WHSR COL STUD W/CRES
ELCO ORDER NUMBER    58049              0252
ORDERED      162,300  BALANCE      74,100

PO 0550072636         PART 25370581            3,000 X    196.60M      589.80
ELCO PART   601-092-060581 M6X1.0XM6X1.0X58.0 HX WSH COL STUD W/CR
ELCO ORDER NUMBER    58051              0252
ORDERED      493,378  BALANCE     222,000



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| | | | | | PAYMENT TERMS | Pay This Amount |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

ACCOUNTS REC COPY

**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

DUNS          00512-9945
FED ID NO   36-1033080
A/R FAX     815.391.5908

PAGE     2

REMIT TO: ELCO TEXTRON INC.
          P.O. BOX 74839
          CHICAGO IL 60694-4839

Sold To   DELPHI AUTO. SYSTEMS
          ATTN: DISBURS. ANYLSIS
          P O BOX 436037
          PONTIAC        MI 48343-6037

Ship To   DELPHI ENERGY & ENGINE
          ROCHESTER OPERATIONS
          1000 LEXINGTON AVENUE
          ROCHESTER     NY 14606

Ship Via.   POINT DEDICATED (DELP

Freight Terms   COLLECT FOB ROCKFORD

B/L No.   000587859

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-05-05 | 11-27603 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | 07 | 175 | 11-28140 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550072635     PART 25370582 | 900 X | 185.80M | 167.22 |

ELCO PART   601-092-060650 M6X1XM6X1X64.49 HX WHSR COL STUD W/CRES
ELCO ORDER NUMBER   58052                    0252
ORDERED       166,500   BALANCE       75,600

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 16 | 364 | 16 | 348 | 0 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount   4,130.44 |

# TEXTRON Fastening Systems

Elco Textron, Inc.
PPFC Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 | (815) 391-5948 (fax)
DUNS 005129945

NAME OF CARRIER

POINT DEDICATE

CARRIER'S NO.

0005 87859

CONSIGNED TO
DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER

DESTINATION
ROCHESTER OPERATIONS

STATE NY

ZIP 14606

DATE 10-05-05   08:13

DELIVERING CARRIER

ROUTE

NO. PKGS. 16

DRIVER SIGNATURE

SCREWS, BOLTS, NUTS, WASHERS
NO STEEL OR ITEMS R6 or L
PLAIN, CAD, OR ZINC COATED

Loose Cartons

SCREWS, BOLTS, NUTS, WASHERS
NO STEEL OR ITEMS R6 or L
PLAIN, CAD, OR ZINC COATED

WEIGHT 364

Leonard 10-5-05   TRAILER # REQUIRED 73054

2.5KD

C.O.D. Charge to be paid by: Shipper ☐   Consignee ☐

COLLECT ON DELIVERY $

TEXTRON Fastening Systems Shipper, Per

Agent, Per

FREIGHT CHARGES
☐ Prepaid  ☐ Collect

Elco Textron, Inc.
PPFC Operations

Permanent post office address of shipper.

F-3477-2





**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS      00512-9945
FED ID NO  36-1033080
A/R FAX   815.391.5908

REMIT TO: ELCO TEXTRON INC.
          P.O. BOX 74839
          CHICAGO IL 60694-4839

PAGE    1

| Sold To | Ship To |
|---|---|
| AUTOMOTIVE COMPONENT DISBURSEMENT ANALYSIS P.O. BOX 1550 FLINT      MI 48501-1550 | DELPHI INTERIOR SYSTEMS COLUMBUS PLANT 200 GEORGESVILLE ROAD COLUMBUS      OH 43228 |

Ship Via.   ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD

B/L No.  000587870

| INVOICE DATE | INVOICE NO |
|---|---|
| 10-05-05 | 11-27615 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | 07 | 174 | 11-11526 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550022966      PART 16887739 | 19,500 X | 31.93M | 622.64 |
| ELCO PART    850-007-040080  M4.0X0.7X7.6MM    TORX FL FIL MOD TT "CA" | | | |
| ELCO ORDER NUMBER      57720                            999999 | | | |
| ORDERED    2,247,904  BALANCE      539,500 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 3 | 99 | 3 | 96 | 0 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This Amount |
|---|---|
| NET 60 DAYS | 622.64 |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.

CARRIER'S NO.

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications unless specifically agreed to in writing by the shipper and the carrier.

## TEXTRON Fastening Systems

Elco Textron, Inc.
PFPD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 | (815) 391-5948 (fax)
DUNS 005129945

CONSIGNED TO

DELPHI INTERIOR SYSTEMS
200 GEORGESVILLE ROAD
COLUMBUS

DESTINATION   COLUMBUS PLANT

STATE   OH   43228

| NO. PKGS | KIND OF PACKAGE DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | CLASS OR RATE |
|---|---|---|---|
| 3 | Loose Cartons SCREWS, BOLTS, NUTS, WASHERS NOS STEEL OR ITEMS RB or L PLAIN, CAD, OR ZINC COATED | 99 | |

DELIVERING CARRIER

ROUTE

DELIVERY ADDRESS

DRIVER SIGNATURE

10/5

TRAILER # REQUIRED

36400

53191

Collect On Delivery: $

COD Charge to be paid by: Shipper ☐ Consignee ☐

FREIGHT CHARGES
☐ Prepaid   ☐ Collect

TEXTRON Fastening Systems Shipper, Per

Permanent post office address of shipper.

F-3477.2







**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS       00512-9945
FED ID NO  36-1033080
A/R FAX    815.391.5908

PAGE   1

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

Sold To   DELPHI DELCO ELEC. SYS.
ONE CORPORATE CENTER
KOKOMO        IN 46904

Ship To   DELPHI DELCO ELECTRONIC
7929 SOUTH HOWELL AVE
OAK CREEK    WI 53154

| Ship Via. | VITRAN EXPRESS | | | | | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|---|---|
| Freight Terms | COLLECT FOB ROCKFORD | | B/L No. | 000587880 | | 10-05-05 | 11-27625 |
| DATE SHIPPED | SHIPPED FROM | | DESK | TERR. | CUSTOMER NO. | | |
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | | 07 | 170 | 11-08988 | | |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| | 10,000 X | 71.54M | 715.40 |

PO 0550044123     PART 9402013
ELCO PART   665-004-050141 M5X0.8X14.0 TORXPLUS/AUTOSERT PAN HD DO
ELCO ORDER NUMBER   55867                  999999
ORDERED   2,089,600  BALANCE      660,000

---



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 2 | 98 | 22 | 76 | 1 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount    715.40 |

# STRA... BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

SHIPPERS NO.

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariff or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

## TEXTRON Fastening Systems

Elco Textron, Inc.
PPD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 | (815) 391-5948 (fax)
DUNS 005129945

which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. In cases where contracts exist with the carrier moving the shipment the rates of the contract apply. In cases where a carrier is moving a shipment under rates of the current National Motor Freight Classification Tariff will apply.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEES NAME.  DATE: 10-05-05  16:37  (For purposes of notification only)

CONSIGNED TO  DELPHI DELCO ELECTRONIC

DESTINATION  OAK CREEK  7929 SOUTH HOWELL AVE  (Mail or street address of consignee — For purposes of delivery (herein))

STATE  WI  53154

DELIVERY ADDRESS

ROUTE

DELIVERING CARRIER

NAME OF CARRIER  VITRAN EXPRESS

CARRIERS NO.  00058788 0

| No. PKGS. | H KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (Sub. to Cor.) | CLASS OR RATE | CK COLUMN |
|---|---|---|---|---|
| | Loose Cartons | | | |
| | SCREWS, BOLTS, NUTS, WASHERS | | | |
| | NOI STEEL OR ITEMS RS or L | | | |
| | PLAIN, CAD, OR ZINC COATED | | | |
| | SCREWS, BOLTS, NUTS, WASHERS | | | |
| | NOI STEEL OR ITEMS RS or L | | | |
| | PLAIN, CAD, OR ZINC COATED | | | |
| 1 | Pallets With  2  Cartons  98 | | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

TEXTRON Fastening Systems

_____ (Signature of Consignor.)

Per _____

FREIGHT CHARGES
☐ Prepaid    ☐ Collect

Received  $ _____
to apply in prepayment of the charges on the property described hereon.

NO.

**0001 057 4646**
www.vitranexpress.com
**Vitran Express World Class Customer Service 800/967-3331**
(To be filed in only when shipper desires and governing tariffs provide for delivery thereon.)
Drivers signature acknowledges receipt of freight only. Unless otherwise agreed to under separate contract, terms and conditions of said VITRAN apply.

CARS OR VEHICLE INITIALS:

TRAILER # REQUIRED

_____ Agent or Cashier

(The signature here acknowledges only the amount prepaid.)

Per _____

Charges Advanced:
$ _____

C.O.D. Charge to be paid by:  Shipper ☐  Consignee ☐

If the box used for this shipment contains a statement that the shipper's weight, the rate, or value of the property and if the property is specifically stated by the shipper to be not exceeding

Agent, Per _____

DRIVER SIGNATURE _____  _____

Collect On Delivery: $ _____  and remit to: _____

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

TEXTRON Fastening Systems Shipper, Per _____

Elco Textron, Inc.
PPD Operations
1111 Samuelson Road
P.O. Box 7000
Rockford, IL 61125-7000 U.S.A.

Permanent post office address of shipper.

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

**MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.**

F-34772



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS        00512-9945
FED ID NO   36-1033080
A/R FAX     815.391.5908

PAGE      1

REMIT TO: ELCO TEXTRON INC.
          P.O. BOX 74839
          CHICAGO IL 60694-4839

Sold To  AUTOMOTIVE COMPONENTS
         DISBURSEMENT ANALYSIS
         P.O. BOX 1550
         FLINT      MI 48501-1550

Ship To  DELPHI C,35028,ELPASOTX
         C/O INDIANAPOLIS DDC %
         AIR ROAD-3150 CHIEF LN
         INDIANAPOLIS  IN 46241

Ship Via.   CTII CENTRAL TRANSPOR

Freight Terms  FRT 3RD PARTY BILLING

| | | B/L No. 000587883 | INVOICE DATE 10-05-05 | INVOICE NO. PACKING LIST 11-27629 |
|---|---|---|---|---|

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | 07 | 680 | 11-09000 |

|  | | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|
| PO 0550006829   PART 10478033 | | 8,000 X | 129.00M | 1,032.00 |
| ELCO PART  375-096-048250 4.65-4.75X24.75 OVRL SPL TERMINAL, | | | S | |
| ELCO ORDER NUMBER  57374 | 999999 | | | |
| ORDERED   984,000  BALANCE   216,000 | | | | |
| | | | | |
| PO 0550006832   PART 10488096 | | 3,072 X | 537.50M | 1,651.20 |
| ELCO PART  908-099-825224  1/4-18X.673  PIPE PLUG HOUSING | | | S | |
| ELCO ORDER NUMBER  57377 | 999999 | | | |
| ORDERED   171,376  BALANCE    9,328 | | | | |
| | | | | |
| PO 0550006828   PART 25369815 | | 18,432 X | 1020.52M | 18,810.22 |
| ELCO PART  329-099-100182 M10X1.5X17.10MM SPL HEAD SHLD HOUSN S | | | | |
| ELCO ORDER NUMBER  57704 | 999999 | | | |
| ORDERED  2,240,947  BALANCE   654,268 | | | | |

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 85 | 3,075 | 285 | 2,790 | 8 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and all regulations and
orders of the United States Department of Labor issued section 14, therof.

| PAYMENT TERMS NET 60 DAYS | Pay This Amount   21,493.42 |
|---|---|

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**TEXTRON Fastening Systems**

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below.
This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

Eco Textron, Inc.
PPFO Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 \ (815) 391-5948 (fax)
DUNS 005129945

SHIPPER'S NO.

NAME OF CARRIER    CTII CENTRAL T

CARRIER'S NO.    00058 7883

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

CONSIGNED TO    DELPHI C 35028 ELPASOTX
ATE ROAD 3150 CHIEF LN
INDIANAPOLIS

DESTINATION    C/O INDIANAPOLIS DDC %    (Mail or street address of consignee — For purposes of notification only)
IN 46241

DELIVERY ADDRESS

ROUTE

DELIVERING CARRIER

611-375478-5    SHIPPER LABEL

Driver's Signature Only Acknowledges Receipt of Freight

SHIP OR
VEHICLE

0-05-05    15:36

| NO PKGS | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (Sub. to Corr.) | |
|---|---|---|---|
| 8 | SCREWS, BOLTS, NUTS, WASHERS<br>NO! STEEL OR ITEMS RS or L<br>PLAIN, CAD, OR ZINC COATED | | |
| | Loose Cartons | | |
| | SCREWS, BOLTS, NUTS, WASHERS<br>NO! STEEL OR ITEMS RS or L<br>PLAIN, CAD, OR ZINC COATED | | |
| | Pallets<br>With | 85 | Cartons | 3075 |

SEND BILLS TO: DELPHI C (CISCO CODE# 35028)
EL PASO TEX, C/O DATA 2 LOGISTICS MA 02369
42 THOMAS PATTEN DRIVE,

amendment to:

DRIVER SIGNATURE

TRAILER # REQUIRED

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**TEXTRON Fastening Systems**
Eco Textron, Inc.
PPFO Operations

(Signature of Consignor.)

Per

**FREIGHT CHARGES**
☐ Prepaid ☑ Collect

Received $ ____ LECT
to apply in prepayment of the charges on the property described hereon.

Per ____

Agent or Cashier

Per ____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced: $ ____

C.O.D. Charge to be paid by: Shipper ☐    Consignee ☐

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ ____ per ____

"Mark with 'x' to designate
HAZARDOUS MATERIAL AS
DEFINED IN TITLE 49 OF
FEDERAL REGULATIONS.

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

**TEXTRON Fastening Systems** Shipper, Per ____    Agent, Per ____

Eco Textron, Inc.
PPFO Operations
1111 Samuelson Road
P.O. Box 7008
Rockford, IL 61125-7008 U.S.A.
Permanent post office address of shipper.

F-3477-2



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

| | |
|---|---|
| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

PAGE    1

Sold To
DELPHI AUTO. SYSTEMS
ATTN: DISBURS. ANYLSIS
P O BOX 436037
PONTIAC    MI 48343-6037

Ship To
DELPHI ENERGY & ENGINE
ROCHESTER OPERATIONS
1000 LEXINGTON AVENUE
ROCHESTER    NY 14606

Ship Via:    POINT DEDICATED (DELP

Freight Terms  COLLECT FOB ROCKFORD

B/L
No. 000587890

| INVOICE DATE | INVOICE NO. / PACKING LIST |
|---|---|
| 10-06-05 | 11-27639 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-06-05 | PRECISION FORMED PRODUCTS DIV | 07 | 175 | 11-28140 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550005387     PART 25323905 | 3,300 X | 1170.43M | 3,862.42 |
| ELCO PART  373-599-055782 5.51 X 86.8 SPECIAL STAINLESS STEEL PIN | | | |
| ELCO ORDER NUMBER  57439 | | | |
| ORDERED    582,575  BALANCE    162,300 | | | |
| | | | |
| PO 0550005892     PART 25335661 | 4,000 X | 38.37M | 153.48 |
| ELCO PART  645-004-040170 M4X0.7X15.7 TORX FLT FIL HD MS W/FLT WH | | | |
| ELCO ORDER NUMBER  57440 | | | |
| ORDERED    684,000  BALANCE    28,000 | | | |
| | | | |
| PO 0550024490     PART 25345875 | 24,000 X | 67.59M | 1,622.16 |
| ELCO PART  601-064-060230 M6X1.0X22.38 TRIMMED HX ACORN HD DOUBLE | | | |
| ELCO ORDER NUMBER  57443 | | | |
| ORDERED    5,361,300  BALANCE    1,467,000 | | | |
| | | | |
| PO 0550050794     PART 25361744 | 7,500 X | 159.15M | 1,193.63 |
| ELCO PART  343-098-060560 M6X1.0 X 55.4 OAL DBL END M/S STUD WITH | | | |
| ELCO ORDER NUMBER  57445 | | | |
| ORDERED    486,000  BALANCE    159,000 | | | |
| | | | |
| PO 0550072634     PART 25370579 | 900 X | 231.80M | 208.62 |
| ELCO PART  601-092-060830 M6X1XM6X1X114.5 HX WHSR COL STUD W/CRES | | | |
| ELCO ORDER NUMBER  58049 | | | |
| ORDERED    160,800  BALANCE    71,700 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. |
|---|---|---|---|---|---|---|
| | | | | | | P.O. BOX 74839 |
| | | | | | | CHICAGO IL 60694-4839 |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, therof.

PAYMENT TERMS

Pay This
Amount

**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

PAGE    2

Sold To  DELPHI AUTO. SYSTEMS
ATTN: DISBURS. ANYLSIS
P O BOX 436037
PONTIAC      MI 48343-6037

Ship To  DELPHI ENERGY & ENGINE
ROCHESTER OPERATIONS
1000 LEXINGTON AVENUE
ROCHESTER    NY 14606

Ship Via.    POINT DEDICATED (DELP

Freight Terms  COLLECT FOB ROCKFORD

B/L No. 000587890

| INVOICE DATE | INVOICE NO. / PACKING LIST |
|---|---|
| 10-06-05 | 11-27639 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-06-05 | PRECISION FORMED PRODUCTS DIV | 07 | 175 | 11-28140 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550072633    PART 25370580 | 1,000 X | 168.10M | 168.10 |
| ELCO PART   601-092-060582 M6X1.0X57.9 HX WHSR COL STUD W/ CRESTCU | | | |
| ELCO ORDER NUMBER   58050 | | | |
| ORDERED   82,108  BALANCE   37,000 | | | |
| | | | |
| PO 0550072636    PART 25370581 | 4,000 X | 196.60M | 786.40 |
| ELCO PART   601-092-060581 M6X1.0XM6X1.0X58.0 HX WSH COL STUD W/CR | | | |
| ELCO ORDER NUMBER   58051 | | | |
| ORDERED   491,378  BALANCE   216,000 | | | |
| | | | |
| PO 0550072635    PART 25370582 | 900 X | 185.80M | 167.22 |
| ELCO PART   601-092-060650 M6X1XM6X1X64.49 HX WHSR COL STUD W/CRES | | | |
| ELCO ORDER NUMBER   58052 | | | |
| ORDERED   165,600  BALANCE   73,800 | | | |
| | | | |
| PO 0550073980    PART 25377314 | 8,000 X | 85.20M | 681.60 |
| ELCO PART   645-004-040170 M4X0.7X15.7 TORX FLT FIL HD MS W/FLT WH | | | |
| ELCO ORDER NUMBER   58077 | | | |
| ORDERED   352,000  BALANCE   140,000 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. |
|---|---|---|---|---|---|---|
| 52 | 1,245 | 102 | 1,143 | 2 | | P.O. BOX 74839 CHICAGO IL 60694-4839 |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This Amount |
|---|---|
| NET 60 DAYS | 8,843.63 |

# TEXTRON Fastening Systems

Elco Textron, Inc.
PPPD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 \ (815) 391-5948 (fax)
DUNS 005129945

CONSIGNED TO:

**DELPHI ENERGY & ENGINE**
**1000 LEXINGTON AVENUE**
**ROCHESTER**

ROCHESTER OPERATIONS

STATE  NY  14606

0-06-05  09:27

NAME OF CARRIER

CARRIER'S NO.  00058789D

POINT DEDICATE

| NO. PKGS | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | CAR OR VEHICLE INITIALS | NO. |
|---|---|---|---|---|
| 17 | SCREWS, BOLTS, NUTS, WASHERS NO1 STEEL OR ITEMS RS or L PLAIN, CAD, OR ZINC COATED | | | |
| | Loose Cartons | | | |
| | SCREWS, BOLTS, NUTS, WASHERS NO1 STEEL OR ITEMS RS of L PLAIN, CAD, OR ZINC COATED | 480 | | |
| 2 | Pallets With | 35 | | |
| | Cartons | 765 | | |

1245 #  Doc VSKD

DELIVERING CARRIER

ROUTE

DELIVERY ADDRESS

DESTINATION

DRIVER SIGNATURE _____

TRAILER # REQUIRED

Collect On Delivery $ _____ and remit to:

Agent, Per _____

"MARK WITH "X" TO DESIGNATE
HAZARDOUS MATERIAL AS
DEFINED IN TITLE 49 OF
FEDERAL REGULATIONS.

C.O.D. Charge to be paid by: Shipper ☐  Consignee ☐

Charges Advanced: $ _____

Agent or Cashier _____

Per _____
(The signature here acknowledges
only the amount prepaid.)

**FREIGHT CHARGES**
☐ Prepaid   ☐ Collect

**TEXTRON** Fastening Systems

Elco Textron, Inc.
PPPD Operations

Per _____
(Signature of Consignor.)

**TEXTRON** Fastening Systems Shipper, Per _____

Permanent post office address of shipper.

F-347-2





**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

| | |
|---|---|
| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

PAGE    1

Sold To   DELPHI AUTOMOTIVE SYSTM
DELPHI SAGINAW STEERING
P.O. BOX 436040
PONTIAC      MI 48343-6040

Ship To   DELPHI SAG SAN ANTONIO
DIST CTR PT 43
9440 BALL ST.-DIVS DOCK
SAN ANTONIO   TX 78217

Ship Via.   CTII CENTRAL TRANSPOR

Freight Terms  FRT 3RD PARTY BILLING

B/L No. 000587891

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-06-05 | 11-27640 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-06-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5154       PART 26099221 | 2,100 X | 314.28M | 659.99 |

ELCO PART   601-062-140130 M14X2.0 X 13.0 IND HEX HEAD WITH FLAT W
ELCO ORDER NUMBER    57355
ORDERED      96,000   BALANCE       23,100



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 7 | 270 | 32 | 238 | 1 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, therof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount      659.99 |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

## TEXTRON Fastening Systems

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined (for filed with) any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME.

NAME OF CARRIER: **CTII CENTRAL T**

CARRIER'S NO. 0 0 0 5 8 7 8 9 1

| DELIVERING CARRIER | | | | |
|---|---|---|---|---|
| ROUTE | | | | |
| DELIVERY ADDRESS | | | | |
| DESTINATION | | | | |

CONSIGNED TO: **DELPHI SAG SAN ANTONIO**

Eico Textron, Inc.
PPO Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 (815) 391-5948 (fax)
DUNS 005129945

DESTINATION: **9440 BALL ST. - DIVS DOCK**
**SAN ANTONIO**   STATE **TX**   **78217**
**60436**

DIST CTR PT 43   0-06-05   15:38

| NO. PKGS | H (HM) KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Corr.) | CLASS OR RATE | CAR OR VEHICLE INI. |
|---|---|---|---|---|
| | SCREWS, BOLTS, NUTS, WASHERS NO STEEL OR ITEMS R6 or L PLAIN, CAD, OR ZINC COATED | | | |
| | Loose Cartons | | | |
| | SCREWS, BOLTS, NUTS, WASHERS NO STEEL OR ITEMS R6 or L PLAIN, CAD, OR ZINC COATED | | | |
| 1 | Pallets With | 7 | | |
| | Cartons | 270 | | |

SEND FREIGHT BILLS TO:DELPHIS (44034)
LAREDO TEXAS C/O DATA 2 LOGISTICS
42 THOMAS PATTEN DR, RANDOLPH, MO, 02369

611-375494-2   SHIPPER LABEL

Driver's Signature Only Acknowledges Receipt of Freight

TRAILER # REQUIRED

**DRIVER SIGNATURE**

Collect On Delivery: $

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
................ per ................

**TEXTRON Fastening Systems Shipper, Per**

Permanent post office address of shipper.

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

"MARK WITH 'X' TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
(Signature of Consignor.)

FREIGHT CHARGES
☐ Prepaid   ☒ Collect

**TEXTRON Fastening Systems**
Eico Textron, Inc.
PPO Operations

C.O.D. Charge to be paid by: Shipper ☐ Consignee ☐
Per ................
(The signature here acknowledges only the amount prepaid)
Charges Advanced: $

and Remit to:

Agent, Per

Agent or Cashier





ACCOUNTS REC COPY



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

DUNS      00512-9945
FED ID NO  36-1033080
A/R FAX    815.391.5908

REMIT TO: ELCO TEXTRON INC.
          P.O. BOX 74839
          CHICAGO IL 60694-4839

PAGE    1

Sold To   DELPHI AUTOMOTIVE SYSTM
          DELPHI SAGINAW STEERING
          P.O. BOX 436040
          PONTIAC      MI 48343-6040

Ship To   DELPHI SAGINAW STEERING
          PLANT #6 TOWERLINE RD.
          OFF HOLLAND RD.
          SAGINAW      MI 48601

Ship Via.   ALVAN - SUPER CARTAGE

| Freight Terms COLLECT FOB ROCKFORD | B/L No. 000587899 | INVOICE DATE 10-06-05 | INVOICE NO. 11-27649 |
|---|---|---|---|

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-06-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5106      PART 26086101 | 20,000 X | 82.35M | 1,647.00 |
| ELCO PART   349-049-100130 M10X1.25X12.5 SPECIAL SET SCREW, | | S | |
| ELCO ORDER NUMBER     57471                          0253 | | | |
| ORDERED   6,898,000   BALANCE   3,370,000 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 8 | 248 | 8 | 240 | 0 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, therof.

| PAYMENT TERMS NET 60 DAYS | Pay This Amount    1,647.00 |
|---|---|

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**TEXTRON Fastening Systems**

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEES NAME

CONSIGNED TO

Elco Textron, Inc.
FPPD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151   (815) 391-5948 (fax)
DUNS 00-512-9945

| NO. PKGS. | *KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (Sub. to Cor.) | CAR OR VEHICLE INITIALS | NO. |
|---|---|---|---|---|
| 8 | SCREWS, BOLTS, NUTS, WASHERS NO1 STEEL OR ITEMS RS or L PLAIN, CAD, OR ZINC COATED | | | |
| | Loose Cartons | | | |
| | SCREWS, BOLTS, NUTS, WASHERS NO1 STEEL OR ITEMS RS or L PLAIN, CAD, OR ZINC COATED | 248 | | |

Pallets With _____ Cartons

DELIVERING CARRIER

ROUTE

DELIVERY ADDRESS

DESTINATION DELPHI SAGINAW STEERING
OFF HOLLAND RD.
SAGINAW     PLANT #6 TOWERLINE RD.
STATE   MI   48601

10-05-05  15:16

NAME OF CARRIER   ALVAN - SUPER

CC7548771

DRIVER SIGNATURE

Collect On Delivery: $ _____ and paid to: _____

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

**TEXTRON** Fastening Systems Shipper, Per _____

Elco Textron, Inc.
FPPD Operations
P.O. Box 7099
1111 Samuelson Road
Rockford, IL 61125-7099 U.S.A.
Permanent post office address of shipper.

"MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

TRAILER # REQUIRED  53347

C.O.D. Charge to be paid by: Shipper ☐  Consignee ☐
Charges Advanced: $ _____

Agent or Cashier

Per _____ (The signature here acknowledges only the amount prepaid).

FREIGHT CHARGES
☐ Prepaid  ☐ Collect

Agent, Per _____

