Privileged and Confidential  11/26/2007 4:49 PM
for Delphi Automotive Systems, LLC

Textron Claim - Request for Invoices & Shippers
Items not identified in DACOR

| Bill of Lading | Claimed Invoices | Date | Textron Division | Shipped to |
|---|---|---|---|---|
| 471734 | 339.63 | 10/06/05 | amsco | Saginaw Steering |
|  | 339.63 |  |  |  |
| 513924 | 129.04 | 04/07/04 | Avdel Cherry Textron | Rimir |
| 523927 | 393.20 | 07/28/04 | Avdel Cherry Textron | Rimir |
| 543457 | 1,394.40 | 03/11/05 | Avdel Cherry Textron | Delco Electronics |
| 524505 | 2,162.60 | 08/03/04 | Avdel Cherry Textron | Rimir |
| 524275 | 3,538.80 | 08/02/04 | Avdel Cherry Textron | Rimir |
|  | 7,618.04 |  |  |  |
| 443397 | 213.93 | 04/21/05 | CAMCAR | Saginaw Steering |
| 462575 | 928.53 | 07/26/05 | CAMCAR | Saginaw Steering |
|  | 1,142.46 |  |  |  |
| 10112738 | 105.07 | 11/18/04 | DECORAH (CAMCAR) | e & e |
| 40411045 | 120.50 | 11/10/04 | DECORAH (CAMCAR) | Packard Electric |
| 10113047 | 163.74 | 12/15/04 | DECORAH (CAMCAR) | chassis |
| 10112567 | 168.77 | 11/18/04 | DECORAH (CAMCAR) | chassis |
| 40452800 | 185.54 | 05/11/05 | DECORAH (CAMCAR) | Delco Electronics |
| 40447094 | 240.00 | 04/18/05 | DECORAH (CAMCAR) | Delco Electronics |
| 40479654 | 282.92 | 09/12/05 | DECORAH (CAMCAR) | Packard Electric |
| 40444950 | 300.00 | 04/07/05 | DECORAH (CAMCAR) | Delco Electronics |
| 40456094 | 340.33 | 05/31/05 | DECORAH (CAMCAR) | Packard Electric |
| 40470333 | 340.33 | 08/03/05 | DECORAH (CAMCAR) | Packard Electric |
| 40473451 | 340.33 | 08/12/05 | DECORAH (CAMCAR) | Packard Electric |
| 40400815 | 374.00 | 10/27/04 | DECORAH (CAMCAR) | e & e |
| 40463892 | 407.86 | 07/01/05 | DECORAH (CAMCAR) | Packard Electric |
| 40383698 | 768.75 | 08/06/04 | DECORAH (CAMCAR) | Delco Electronics |
| 40460304 | 804.60 | 06/14/05 | DECORAH (CAMCAR) | Saginaw Steering |
| 40447157 | 810.70 | 04/22/05 | DECORAH (CAMCAR) | Delco Electronics |
| 40468041 | 834.72 | 07/26/05 | DECORAH (CAMCAR) | chassis |
| 40410239 | 1,000.00 | 11/08/04 | DECORAH (CAMCAR) | Delco Electronics |
| 40475672 | 1,250.00 | 08/23/05 | DECORAH (CAMCAR) | Delco Electronics |
| 40421764 | 1,500.00 | 12/23/04 | DECORAH (CAMCAR) | Delco Electronics |
| 40441470 | 1,500.00 | 03/24/05 | DECORAH (CAMCAR) | Delco Electronics |
| 40478007 | 1,500.00 | 09/01/05 | DECORAH (CAMCAR) | Delco Electronics |
| 40478190 | 1,500.00 | 09/02/05 | DECORAH (CAMCAR) | Delco Electronics |
| 40393569 | 2,145.00 | 09/09/04 | DECORAH (CAMCAR) | Delco Electronics |

Privileged and Confidential                                                                        11/26/2007 4:49 PM
for Delphi Automotive Systems, LLC

| | | | | | |
|---|---|---|---|---|---|
| 40401877 | 2,174.50 | 10/11/04 | DECORAH (CAMCAR) | Delco Electronics | |
| | 19,157.66 | | | | |
| 1106151 | 110.88 | 08/30/05 | Elco Industires | Anderson | was PFPD/sold to MNF |
| 1106179 | 113.18 | 08/30/05 | Elco Industires | E & E Rochester | was PFPD/sold to MNF |
| 11S1205 | 115.02 | 01/12/05 | Elco Industires | E & C El Paso | was PFPD/sold to MNF |
| 1106164 | 115.70 | 08/30/05 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1117038 | 119.94 | 12/21/04 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1118194 | 119.94 | 01/21/05 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1193029 | 119.94 | 06/15/04 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1195561 | 119.94 | 07/23/04 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1197352 | 119.94 | 08/13/04 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1106157 | 127.16 | 08/30/05 | Elco Industires | Anderson | was PFPD/sold to MNF |
| 1123526 | 127.55 | 05/27/05 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1123634 | 127.55 | 06/01/05 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1124424 | 127.55 | 06/22/05 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1106162 | 142.40 | 08/30/05 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1106169 | 160.92 | 08/30/05 | Elco Industires | Chassis Vandalia | was PFPD/sold to MNF |
| 1106170 | 177.31 | 08/30/05 | Elco Industires | Chassis Vandalia | was PFPD/sold to MNF |
| 1106156 | 183.40 | 08/30/05 | Elco Industires | Anderson | was PFPD/sold to MNF |
| 1106154 | 189.95 | 08/30/05 | Elco Industires | Anderson | was PFPD/sold to MNF |
| 1106190 | 197.25 | 08/30/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1106191 | 197.25 | 08/30/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1106163 | 198.00 | 08/30/05 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 11S1087 | 205.15 | 12/16/04 | Elco Industires | E & C El Paso | was PFPD/sold to MNF |
| 1106194 | 205.38 | 08/30/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1106135 | 205.94 | 08/30/05 | Elco Industires | E & C El Paso | was PFPD/sold to MNF |
| 1106167 | 207.00 | 08/30/05 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1114007 | 225.45 | 11/02/04 | Elco Industires | E & C El Paso | was PFPD/sold to MNF |
| 1106139 | 230.40 | 08/30/05 | Elco Industires | E & C El Paso | was PFPD/sold to MNF |
| 359537 | 231.00 | 04/22/05 | Elco Industires | 0.00 | Logansport |
| 1195559 | 237.30 | 07/23/04 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1106125 | 247.32 | 08/30/05 | Elco Industires | Delco | was PFPD/sold to MNF |
| 1116554 | 248.96 | 12/10/04 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1123587 | 255.10 | 05/31/05 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1123937 | 255.10 | 06/09/05 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1123728 | 256.49 | 06/03/05 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1123694 | 271.45 | 06/02/05 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1106153 | 277.20 | 08/30/05 | Elco Industires | Anderson | was PFPD/sold to MNF |
| 1106183 | 283.50 | 08/30/05 | Elco Industires | E & E Rochester | was PFPD/sold to MNF |
| 1106149 | 293.60 | 08/30/05 | Elco Industires | Anderson | was PFPD/sold to MNF |
| 1113356 | 300.60 | 10/25/04 | Elco Industires | E & C El Paso | was PFPD/sold to MNF |
| 361528 | 308.00 | 05/10/05 | Elco Industires | 0.00 | Logansport |
| 1106192 | 309.21 | 08/30/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1125331 | 324.20 | 07/27/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1106148 | 325.92 | 08/30/05 | Elco Industires | E & C El Paso | was PFPD/sold to MNF |
| 1113230 | 357.48 | 10/22/04 | Elco Industires | Chassis Vandalia | was PFPD/sold to MNF |
| 1195560 | 358.53 | 07/23/04 | Elco Industires | Laredo | was PFPD/sold to MNF |
| 1106187 | 362.25 | 08/30/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1106140 | 383.52 | 08/30/05 | Elco Industires | E & C El Paso | was PFPD/sold to MNF |
| 1106196 | 392.28 | 08/30/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |

Privileged and Confidential                                                                                              11/26/2007 4:49 PM
for Delphi Automotive Systems, LLC

| | | | | | |
|---|---|---|---|---|---|
| 1106180 | 419.04 | 08/30/05 | Elco Industires | E & E Rochester | was PFPD/sold to MNF |
| 1106186 | 449.75 | 08/30/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1106146 | 450.86 | 08/30/05 | Elco Industires | Chassis Vandalia | was PFPD/sold to MNF |
| 1121117 | 460.55 | 03/29/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1121353 | 460.55 | 01/04/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1121668 | 460.55 | 04/11/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1121945 | 460.55 | 04/18/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1122412 | 460.55 | 04/28/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1122501 | 460.55 | 05/02/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1123876 | 460.55 | 06/08/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1124304 | 460.55 | 06/20/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1124549 | 460.55 | 06/27/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1125132 | 460.55 | 07/21/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1125431 | 460.55 | 08/01/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1113411 | 494.76 | 10/25/04 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1118923 | 525.95 | 02/07/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1190658 | 542.15 | 05/18/04 | Elco Industires | Delco | was PFPD/sold to MNF |
| 1106184 | 566.10 | 08/30/05 | Elco Industires | E & E Rochester | was PFPD/sold to MNF |
| 1106175 | 568.16 | 08/30/05 | Elco Industires | E & E Rochester | was PFPD/sold to MNF |
| 1197710 | 613.94 | 08/18/04 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 362917 | 616.00 | 05/23/05 | Elco Industires | 0.00 | logansport |
| 1106178 | 683.04 | 08/30/05 | Elco Industires | E & E Rochester | was PFPD/sold to MNF |
| 1106176 | 687.74 | 08/30/05 | Elco Industires | E & E Rochester | was PFPD/sold to MNF |
| 1127713 | 715.40 | 10/07/05 | Elco Industires | Delco | was PFPD/sold to MNF |
| 1106124 | 773.45 | 08/30/05 | Elco Industires | Delco | was PFPD/sold to MNF |
| 1115889 | 856.85 | 11/29/04 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1193459 | 856.85 | 06/21/04 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1194029 | 856.85 | 06/28/04 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1106185 | 883.95 | 08/30/05 | Elco Industires | E & E Rochester | was PFPD/sold to MNF |
| 365820 | 924.00 | 06/18/05 | Elco Industires | 0.00 | Logansport |
| 1106155 | 1,104.43 | 08/30/05 | Elco Industires | Anderson | was PFPD/sold to MNF |
| 1125798 | 1,109.60 | 08/10/05 | Elco Industires | E & C El Paso | was PFPD/sold to MNF |
| 364427 | 1,232.00 | 06/07/05 | Elco Industires | 0.00 | Logansport |
| 1106143 | 1,286.40 | 08/30/05 | Elco Industires | Sandusky | was PFPD/sold to MNF |
| 1197133 | 1,382.40 | 08/11/04 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1106136 | 1,443.42 | 08/30/05 | Elco Industires | E & C El Paso | was PFPD/sold to MNF |
| 1117051 | 1,508.88 | 12/21/04 | Elco Industires | E & E Rochester | was PFPD/sold to MNF |
| 1117094 | 1,508.88 | 12/22/04 | Elco Industires | E & E Rochester | was PFPD/sold to MNF |
| 1106133 | 1,584.00 | 08/30/05 | Elco Industires | E & C El Paso | was PFPD/sold to MNF |
| 1106129 | 1,588.48 | 08/30/05 | Elco Industires | Delco | was PFPD/sold to MNF |
| 1125641 | 1,775.36 | 08/05/05 | Elco Industires | E & C El Paso | was PFPD/sold to MNF |
| 1106132 | 1,910.40 | 08/30/05 | Elco Industires | E & C El Paso | was PFPD/sold to MNF |
| 1117067 | 1,994.00 | 12/21/04 | Elco Industires | Anderson | was PFPD/sold to MNF |
| 1199106 | 1,997.77 | 09/03/04 | Elco Industires | Chassis Vandalia | was PFPD/sold to MNF |
| 1120647 | 2,100.00 | 03/16/05 | Elco Industires | E & E Rochester | was PFPD/sold to MNF |
| 1192653 | 2,155.20 | 06/10/04 | Elco Industires | Delco | was PFPD/sold to MNF |
| 1106152 | 2,227.00 | 08/30/05 | Elco Industires | Anderson | was PFPD/sold to MNF |
| 1106177 | 2,383.92 | 08/30/05 | Elco Industires | E & E Rochester | was PFPD/sold to MNF |
| 1106126 | 2,516.40 | 08/30/05 | Elco Industires | Delco | was PFPD/sold to MNF |
| 1106195 | 3,059.00 | 08/30/05 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1106174 | 3,204.88 | 08/30/05 | Elco Industires | E & E Rochester | was PFPD/sold to MNF |
| 1116922 | 3,269.24 | 12/17/04 | Elco Industires | E & E Rochester | was PFPD/sold to MNF |

Privileged and Confidential  
for Delphi Automotive Systems, LLC

11/26/2007 4:49 PM

| | | | | | |
|---|---|---|---|---|---|
| 1106181 | 5,265.03 | 08/30/05 | Elco Industires | E & E Rochester | was PFPD/sold to MNF |
| 1191681 | 5,840.00 | 05/28/04 | Elco Industires | Saginaw | was PFPD/sold to MNF |
| 1106134 | 17,418.24 | 08/30/05 | Elco Industires | E & C El Paso | was PFPD/sold to MNF |
| | 98,984.92 | | | | |
| 372098 | 101.00 | 08/31/05 | Elco Logansport | Saginaw Steering | |
| 371961 | 128.03 | 08/30/05 | Elco Logansport | Saginaw Steering | |
| 372249 | 128.03 | 09/01/05 | Elco Logansport | Saginaw Steering | |
| 372428 | 128.03 | 09/02/05 | Elco Logansport | Saginaw Steering | |
| 372897 | 128.03 | 09/08/05 | Elco Logansport | Saginaw Steering | |
| 373204 | 128.03 | 09/12/05 | Elco Logansport | Saginaw Steering | |
| 373799 | 128.03 | 09/16/05 | Elco Logansport | Saginaw Steering | |
| 371767 | 130.05 | 08/26/05 | Elco Logansport | Chassis | |
| 373893 | 153.22 | 09/16/05 | Elco Logansport | Chassis | |
| 373201 | 202.15 | 09/12/05 | Elco Logansport | Saginaw Steering | |
| 373337 | 202.15 | 09/13/05 | Elco Logansport | Saginaw Steering | |
| 373638 | 202.15 | 09/15/05 | Elco Logansport | Saginaw Steering | |
| 373793 | 202.15 | 09/16/05 | Elco Logansport | Saginaw Steering | |
| 364818 | 211.93 | 06/09/05 | Elco Logansport | Interior & Lighting | |
| 373490 | 212.10 | 09/14/05 | Elco Logansport | Saginaw Steering | |
| 373491 | 252.31 | 09/14/05 | Elco Logansport | Saginaw Steering | |
| 372727 | 256.07 | 09/07/05 | Elco Logansport | Saginaw Steering | |
| 373493 | 256.07 | 09/14/05 | Elco Logansport | Saginaw Steering | |
| 371803 | 256.98 | 08/29/05 | Elco Logansport | Saginaw Steering | |
| 371953 | 256.98 | 08/30/05 | Elco Logansport | Saginaw Steering | |
| 371530 | 260.35 | 08/25/05 | Elco Logansport | Saginaw Steering | |
| 373798 | 260.35 | 09/16/05 | Elco Logansport | Saginaw Steering | |
| 366076 | 280.32 | 06/21/05 | Elco Logansport | Chassis | |
| 366643 | 280.32 | 06/27/05 | Elco Logansport | Chassis | |
| 366773 | 280.32 | 06/28/05 | Elco Logansport | Chassis | |
| 372347 | 280.32 | 09/01/05 | Elco Logansport | Chassis | |
| 373434 | 280.32 | 09/13/05 | Elco Logansport | Chassis | |
| 373739 | 280.32 | 09/15/05 | Elco Logansport | Chassis | |
| 372683 | 282.20 | 09/06/05 | Elco Logansport | Chassis | |
| 370029 | 285.98 | 08/10/05 | Elco Logansport | Chassis | |
| 370778 | 285.98 | 08/17/05 | Elco Logansport | Chassis | |
| 372722 | 288.46 | 09/07/05 | Elco Logansport | Saginaw Steering | |
| 365783 | 292.72 | 06/17/05 | Elco Logansport | Chassis | |
| 366512 | 292.72 | 06/24/05 | Elco Logansport | Chassis | |
| 366513 | 292.72 | 06/24/05 | Elco Logansport | Chassis | |
| 371671 | 293.25 | 08/26/05 | Elco Logansport | Saginaw Steering | |
| 372419 | 294.06 | 09/02/05 | Elco Logansport | Saginaw Steering | |
| 372420 | 294.06 | 09/02/05 | Elco Logansport | Saginaw Steering | |
| 372422 | 294.06 | 09/02/05 | Elco Logansport | Saginaw Steering | |
| 372891 | 354.20 | 09/08/05 | Elco Logansport | Saginaw Steering | |
| 375528 | 354.20 | 10/04/05 | Elco Logansport | Saginaw Steering | |
| 371954 | 384.62 | 08/30/05 | Elco Logansport | Saginaw Steering | |
| 372244 | 384.62 | 09/01/05 | Elco Logansport | Saginaw Steering | |
| 375527 | 400.90 | 10/04/05 | Elco Logansport | Saginaw Steering | |
| 373492 | 404.30 | 09/14/05 | Elco Logansport | Saginaw Steering | |

Privileged and Confidential  
for Delphi Automotive Systems, LLC  
11/26/2007 4:49 PM

| Invoice | Amount | Date | Location | Division |
|---|---|---|---|---|
| 373797 | 404.30 | 09/16/05 | Elco Logansport | Saginaw Steering |
| 373046 | 450.36 | 09/09/05 | Elco Logansport | Saginaw Steering |
| 373198 | 450.36 | 09/12/05 | Elco Logansport | Saginaw Steering |
| 373338 | 450.36 | 09/13/05 | Elco Logansport | Saginaw Steering |
| 367474 | 464.84 | 07/12/05 | Elco Logansport | Chassis |
| 373152 | 468.12 | 09/09/05 | Elco Logansport | Chassis |
| 369310 | 474.50 | 08/03/05 | Elco Logansport | Chassis |
| 369882 | 474.50 | 08/09/05 | Elco Logansport | Chassis |
| 372348 | 475.75 | 09/01/05 | Elco Logansport | Interior & Lighting |
| 369447 | 477.63 | 08/04/05 | Elco Logansport | Chassis |
| 372523 | 484.16 | 09/02/05 | Elco Logansport | Chassis |
| 372243 | 513.96 | 09/01/05 | Elco Logansport | Saginaw Steering |
| 373339 | 513.96 | 09/13/05 | Elco Logansport | Saginaw Steering |
| 373487 | 516.09 | 09/14/05 | Elco Logansport | Saginaw Steering |
| 371670 | 520.71 | 08/26/05 | Elco Logansport | Saginaw Steering |
| 371808 | 520.71 | 08/29/05 | Elco Logansport | Saginaw Steering |
| 371960 | 520.71 | 08/30/05 | Elco Logansport | Saginaw Steering |
| 372100 | 520.71 | 08/31/05 | Elco Logansport | Saginaw Steering |
| 372248 | 520.71 | 09/01/05 | Elco Logansport | Saginaw Steering |
| 372599 | 520.71 | 09/06/05 | Elco Logansport | Saginaw Steering |
| 373203 | 520.71 | 09/12/05 | Elco Logansport | Saginaw Steering |
| 373794 | 530.99 | 09/16/05 | Elco Logansport | Saginaw Steering |
| 373304 | 541.95 | 09/12/05 | Elco Logansport | Chassis |
| 373635 | 547.47 | 09/15/05 | Elco Logansport | Saginaw Steering |
| 369168 | 571.96 | 08/02/05 | Elco Logansport | Chassis |
| 371911 | 571.96 | 08/29/05 | Elco Logansport | Chassis |
| 372682 | 585.43 | 09/06/05 | Elco Logansport | Chassis |
| 373003 | 585.43 | 09/08/05 | Elco Logansport | Chassis |
| 373341 | 606.44 | 09/13/05 | Elco Logansport | Saginaw Steering |
| 373486 | 617.40 | 09/14/05 | Elco Logansport | Saginaw Steering |
| 371668 | 649.84 | 08/26/05 | Elco Logansport | Saginaw Steering |
| 371955 | 649.84 | 08/30/05 | Elco Logansport | Saginaw Steering |
| 372097 | 649.84 | 08/31/05 | Elco Logansport | Saginaw Steering |
| 371807 | 651.73 | 08/29/05 | Elco Logansport | Saginaw Steering |
| 373639 | 675.22 | 09/15/05 | Elco Logansport | Saginaw Steering |
| 373342 | 691.70 | 09/13/05 | Elco Logansport | Saginaw Steering |
| 372600 | 716.22 | 09/06/05 | Elco Logansport | Saginaw Steering |
| 373207 | 734.50 | 09/12/05 | Elco Logansport | Saginaw Steering |
| 1749206 | 749.81 | 09/09/05 | Elco Logansport | Saginaw Steering |
| 355960 | 753.27 | 03/22/05 | Elco Logansport | Interior & Lighting |
| 355152 | 755.11 | 03/15/05 | Elco Logansport | Interior & Lighting |
| 371667 | 770.94 | 08/26/05 | Elco Logansport | Saginaw Steering |
| 358816 | 790.24 | 04/15/05 | Elco Logansport | Chassis |
| 372423 | 808.02 | 09/02/05 | Elco Logansport | Saginaw Steering |
| 372892 | 808.02 | 09/08/05 | Elco Logansport | Saginaw Steering |
| 355959 | 809.04 | 03/22/05 | Elco Logansport | Interior & Lighting |
| 373637 | 849.79 | 09/15/05 | Elco Logansport | Saginaw Steering |
| 355484 | 862.98 | 03/17/05 | Elco Logansport | Interior & Lighting |
| 355798 | 862.98 | 03/21/05 | Elco Logansport | Interior & Lighting |
| 365638 | 878.15 | 06/16/05 | Elco Logansport | Chassis |
| 355483 | 911.85 | 03/17/05 | Elco Logansport | Interior & Lighting |
| 373303 | 919.32 | 09/12/05 | Elco Logansport | Chassis |

C:\Documents and Settings\SMegna\Local Settings\Temporary Internet Files\Content.Outlook\FP8TY3TF\Copy of Updated list of needed invoices and BL 9-24-07 by Division.xlsSheet1

5 OF 16

Privileged and Confidential  
for Delphi Automotive Systems, LLC                                                                 11/26/2007 4:49 PM

| Invoice | Amount | Date | Vendor | Division |
|---|---:|---|---|---|
| 369881 | 949.00 | 08/09/05 | Elco Logansport | Chassis |
| 373050 | 952.05 | 09/09/05 | Elco Logansport | Saginaw Steering |
| 372522 | 997.36 | 09/02/05 | Elco Logansport | Chassis |
| 373485 | 1,002.71 | 09/14/05 | Elco Logansport | Saginaw Steering |
| 373488 | 1,023.25 | 09/14/05 | Elco Logansport | Saginaw Steering |
| 370650 | 1,070.67 | 08/16/05 | Elco Logansport | Chassis |
| 373202 | 1,086.21 | 09/12/05 | Elco Logansport | Saginaw Steering |
| 355961 | 1,191.48 | 03/22/05 | Elco Logansport | Interior & Lighting |
| 372427 | 1,212.41 | 09/02/05 | Elco Logansport | Saginaw Steering |
| 372726 | 1,212.41 | 09/07/05 | Elco Logansport | Saginaw Steering |
| 372896 | 1,212.41 | 09/08/05 | Elco Logansport | Saginaw Steering |
| 375531 | 1,212.41 | 10/04/05 | Elco Logansport | Saginaw Steering |
| 372890 | 1,284.89 | 09/08/05 | Elco Logansport | Saginaw Steering |
| 373791 | 1,300.75 | 09/16/05 | Elco Logansport | Saginaw Steering |
| 373199 | 1,359.06 | 09/12/05 | Elco Logansport | Saginaw Steering |
| 355652 | 1,397.02 | 03/18/05 | Elco Logansport | Interior & Lighting |
| 356124 | 1,402.34 | 03/23/05 | Elco Logansport | Interior & Lighting |
| 373205 | 1,581.82 | 09/12/05 | Elco Logansport | Saginaw Steering |
| 373052 | 1,603.57 | 09/09/05 | Elco Logansport | Saginaw Steering |
| 360836 | 1,725.73 | 05/03/05 | Elco Logansport | Interior & Lighting |
| 366649 | 1,725.73 | 06/27/05 | Elco Logansport | Interior & Lighting |
| 372205 | 1,764.48 | 08/31/05 | Elco Logansport | Chassis |
| 372524 | 1,906.74 | 09/02/05 | Elco Logansport | Chassis |
| 373153 | 1,906.74 | 09/09/05 | Elco Logansport | Chassis |
| 373894 | 1,906.74 | 09/16/05 | Elco Logansport | Chassis |
| 373343 | 2,004.45 | 09/13/05 | Elco Logansport | Saginaw Steering |
| 364527 | 2,196.22 | 06/07/05 | Elco Logansport | Chassis |
| 371801 | 2,291.90 | 08/29/05 | Elco Logansport | Saginaw Steering |
| 361812 | 2,291.97 | 05/11/05 | Elco Logansport | Chassis |
| 372095 | 2,312.81 | 08/31/05 | Elco Logansport | Saginaw Steering |
| 372421 | 2,352.47 | 09/02/05 | Elco Logansport | Saginaw Steering |
| 373792 | 3,006.72 | 09/16/05 | Elco Logansport | Saginaw Steering |
| 373494 | 3,140.32 | 09/14/05 | Elco Logansport | Saginaw Steering |
| 373053 | 3,212.78 | 09/09/05 | Elco Logansport | Saginaw Steering |
| 373051 | 5,977.97 | 09/09/05 | Elco Logansport | Saginaw Steering |
| 372721 | 6,084.01 | 09/07/05 | Elco Logansport | Saginaw Steering |
| 372521 | 16,550.71 | 09/02/05 | Elco Logansport | Chassis |
| 372681 | 16,550.71 | 09/06/05 | Elco Logansport | Chassis |
| 373002 | 16,550.71 | 09/08/05 | Elco Logansport | Chassis |
| 373433 | 16,550.71 | 09/13/05 | Elco Logansport | Chassis |
| 373598 | 16,550.71 | 09/14/05 | Elco Logansport | Chassis |
| 373891 | 16,550.71 | 09/16/05 | Elco Logansport | Chassis |
| 373892 | 16,550.71 | 09/16/05 | Elco Logansport | Chassis |
| 372206 | 49,652.13 | 08/31/05 | Elco Logansport | Chassis |
|  | 278,083.16 |  |  |  |
|  |  |  |  |  |
| I1854619 | 1,209.00 | 08/31/05 | FLEXALLOY | Packard Electric |
| I1857967 | 1,560.00 | 09/13/05 | FLEXALLOY | Packard Electric |
| I1863944 | 22,765.82 | 10/04/05 | FLEXALLOY | Packard Electric |
|  | 25,534.82 |  |  |  |

Privileged and Confidential  
for Delphi Automotive Systems, LLC  
11/26/2007 4:49 PM

| | | | | |
|---|---|---|---|---|
| 374993 | 101.00 | 09/28/05 | PRECISION STAMPING | Saginaw |
| 373941 | 128.03 | 09/19/05 | PRECISION STAMPING | Saginaw |
| 376060 | 128.03 | 10/06/05 | PRECISION STAMPING | Saginaw |
| 374646 | 147.30 | 09/23/05 | PRECISION STAMPING | Energy & Chassis |
| 375747 | 161.89 | 10/04/05 | PRECISION STAMPING | Saginaw |
| 374843 | 186.19 | 09/27/05 | PRECISION STAMPING | Saginaw |
| 374996 | 202.15 | 09/28/05 | PRECISION STAMPING | Saginaw |
| 375147 | 202.15 | 09/29/05 | PRECISION STAMPING | Saginaw |
| 376058 | 202.15 | 10/06/05 | PRECISION STAMPING | Saginaw |
| 374801 | 211.86 | 09/26/05 | PRECISION STAMPING | Energy & Chassis |
| 374695 | 217.24 | 09/26/05 | PRECISION STAMPING | Saginaw |
| 375521 | 252.31 | 10/02/05 | PRECISION STAMPING | Saginaw |
| 374096 | 260.35 | 09/20/05 | PRECISION STAMPING | Saginaw |
| 374237 | 260.35 | 09/21/05 | PRECISION STAMPING | Saginaw |
| 374696 | 260.35 | 09/26/05 | PRECISION STAMPING | Saginaw |
| 374844 | 260.35 | 09/27/04 | PRECISION STAMPING | Saginaw |
| 375260 | 280.32 | 09/29/05 | PRECISION STAMPING | Energy & Chassis |
| 375714 | 280.32 | 10/04/05 | PRECISION STAMPING | Energy & Chassis |
| 374466 | 292.72 | 09/22/05 | PRECISION STAMPING | Energy & Chassis |
| 375588 | 292.72 | 10/03/05 | PRECISION STAMPING | Energy & Chassis |
| 374088 | 334.08 | 09/20/05 | PRECISION STAMPING | Saginaw |
| 374521 | 334.08 | 09/22/05 | PRECISION STAMPING | Saginaw |
| 373935 | 354.20 | 09/19/05 | PRECISION STAMPING | Saginaw |
| 374091 | 354.20 | 09/20/05 | PRECISION STAMPING | Saginaw |
| 375852 | 396.46 | 10/05/05 | PRECISION STAMPING | Thermal & Interior |
| 373938 | 404.30 | 09/19/05 | PRECISION STAMPING | Saginaw |
| 374095 | 404.30 | 09/20/05 | PRECISION STAMPING | Saginaw |
| 374236 | 404.30 | 09/21/05 | PRECISION STAMPING | Saginaw |
| 374386 | 404.30 | 09/22/05 | PRECISION STAMPING | Saginaw |
| 374531 | 404.30 | 09/22/05 | PRECISION STAMPING | Saginaw |
| 375328 | 404.30 | 09/30/05 | PRECISION STAMPING | Saginaw |
| 375751 | 404.30 | 10/04/05 | PRECISION STAMPING | Saginaw |
| 374691 | 434.83 | 09/26/05 | PRECISION STAMPING | Saginaw |
| 375518 | 434.83 | 10/02/05 | PRECISION STAMPING | Saginaw |
| 375895 | 450.36 | 10/05/05 | PRECISION STAMPING | Saginaw |
| 376055 | 450.36 | 10/06/05 | PRECISION STAMPING | Saginaw |
| 375450 | 484.16 | 09/30/05 | PRECISION STAMPING | Energy & Chassis |
| 374090 | 513.96 | 09/20/05 | PRECISION STAMPING | Saginaw |
| 374528 | 513.96 | 09/22/05 | PRECISION STAMPING | Saginaw |
| 374526 | 520.71 | 09/22/05 | PRECISION STAMPING | Saginaw |
| 375148 | 520.71 | 09/29/05 | PRECISION STAMPING | Saginaw |
| 375523 | 520.71 | 10/02/05 | PRECISION STAMPING | Saginaw |
| 376059 | 520.71 | 10/06/05 | PRECISION STAMPING | Saginaw |
| 374522 | 530.99 | 09/22/05 | PRECISION STAMPING | Saginaw |
| 374527 | 530.99 | 09/22/05 | PRECISION STAMPING | Saginaw |
| 374840 | 530.99 | 09/27/05 | PRECISION STAMPING | Saginaw |
| 375144 | 530.99 | 09/29/05 | PRECISION STAMPING | Saginaw |
| 375324 | 530.99 | 09/30/05 | PRECISION STAMPING | Saginaw |
| 375897 | 549.86 | 10/05/05 | PRECISION STAMPING | Saginaw |
| 376057 | 549.86 | 10/06/05 | PRECISION STAMPING | Saginaw |
| 374467 | 560.64 | 09/22/05 | PRECISION STAMPING | Energy & Chassis |

Privileged and Confidential                                                                 11/26/2007 4:49 PM
for Delphi Automotive Systems, LLC

| | | | | |
|---|---:|---|---|---|
| 374087 | 572.98 | 09/20/05 | PRECISION STAMPING | Saginaw |
| 374191 | 585.43 | 09/20/05 | PRECISION STAMPING | Energy & Chassis |
| 375084 | 585.43 | 09/28/05 | PRECISION STAMPING | Energy & Chassis |
| 376005 | 585.43 | 10/06/05 | PRECISION STAMPING | Energy & Chassis |
| 375520 | 599.85 | 10/02/05 | PRECISION STAMPING | Saginaw |
| 375516 | 601.34 | 10/02/05 | PRECISION STAMPING | Saginaw |
| 375589 | 612.88 | 10/03/05 | PRECISION STAMPING | Energy & Chassis |
| 373939 | 651.73 | 09/19/05 | PRECISION STAMPING | Saginaw |
| 375522 | 651.73 | 10/02/05 | PRECISION STAMPING | Saginaw |
| 375515 | 668.16 | 10/02/05 | PRECISION STAMPING | Saginaw |
| 374232 | 676.72 | 09/21/05 | PRECISION STAMPING | Saginaw |
| 375327 | 707.00 | 09/30/05 | PRECISION STAMPING | Saginaw |
| 374991 | 722.66 | 09/28/05 | PRECISION STAMPING | Saginaw |
| 374089 | 770.94 | 09/20/05 | PRECISION STAMPING | Saginaw |
| 374092 | 770.94 | 09/20/05 | PRECISION STAMPING | Saginaw |
| 374233 | 770.94 | 09/21/05 | PRECISION STAMPING | Saginaw |
| 374523 | 770.94 | 09/22/05 | PRECISION STAMPING | Saginaw |
| 374841 | 770.94 | 09/27/05 | PRECISION STAMPING | Saginaw |
| 374524 | 849.79 | 09/22/05 | PRECISION STAMPING | Saginaw |
| 374520 | 868.61 | 09/22/05 | PRECISION STAMPING | Saginaw |
| 373940 | 952.05 | 09/19/05 | PRECISION STAMPING | Saginaw |
| 375329 | 952.05 | 09/30/05 | PRECISION STAMPING | Saginaw |
| 375898 | 952.05 | 10/05/05 | PRECISION STAMPING | Saginaw |
| 375749 | 1,009.24 | 10/04/05 | PRECISION STAMPING | Saginaw |
| 376165 | 1,063.24 | 10/07/05 | PRECISION STAMPING | Energy & Chassis |
| 374690 | 1,069.06 | 09/26/05 | PRECISION STAMPING | Saginaw |
| 373936 | 1,092.74 | 09/19/05 | PRECISION STAMPING | Saginaw |
| 374532 | 1,212.41 | 09/22/05 | PRECISION STAMPING | Saginaw |
| 374995 | 1,261.55 | 09/28/05 | PRECISION STAMPING | Saginaw |
| 374692 | 1,275.56 | 09/26/05 | PRECISION STAMPING | Saginaw |
| 376056 | 1,317.31 | 10/06/05 | PRECISION STAMPING | Saginaw |
| 374231 | 1,432.44 | 09/21/05 | PRECISION STAMPING | Saginaw |
| 375893 | 1,457.89 | 10/05/05 | PRECISION STAMPING | Saginaw |
| 375323 | 1,603.58 | 09/30/05 | PRECISION STAMPING | Saginaw |
| 375325 | 1,611.37 | 09/30/05 | PRECISION STAMPING | Saginaw |
| 374645 | 1,626.48 | 09/23/05 | PRECISION STAMPING | Energy & Chassis |
| 375449 | 1,626.48 | 09/30/05 | PRECISION STAMPING | Energy & Chassis |
| 375143 | 1,670.40 | 09/29/05 | PRECISION STAMPING | Saginaw |
| 374647 | 1,694.88 | 09/23/05 | PRECISION STAMPING | Energy & Chassis |
| 374230 | 1,737.22 | 09/21/05 | PRECISION STAMPING | Saginaw |
| 375519 | 1,863.68 | 10/02/05 | PRECISION STAMPING | Saginaw |
| 375451 | 1,906.74 | 09/30/05 | PRECISION STAMPING | Energy & Chassis |
| 376166 | 1,906.74 | 10/07/05 | PRECISION STAMPING | Energy & Chassis |
| 373933 | 2,015.90 | 09/19/05 | PRECISION STAMPING | Saginaw |
| 373934 | 2,071.29 | 09/19/05 | PRECISION STAMPING | Saginaw |
| 374990 | 2,120.66 | 09/28/05 | PRECISION STAMPING | Saginaw |
| 375517 | 2,291.90 | 10/02/05 | PRECISION STAMPING | Saginaw |
| 374997 | 2,424.82 | 09/28/05 | PRECISION STAMPING | Saginaw |
| 373932 | 2,864.88 | 09/19/05 | PRECISION STAMPING | Saginaw |
| 375748 | 2,965.75 | 10/04/05 | PRECISION STAMPING | Saginaw |
| 374689 | 3,151.37 | 09/26/05 | PRECISION STAMPING | Saginaw |
| 374340 | 16,550.71 | 09/21/05 | PRECISION STAMPING | Energy & Chassis |

Privileged and Confidential  11/26/2007 4:49 PM
for Delphi Automotive Systems, LLC

| | | | | |
|---|---|---|---|---|
| 374464 | 16,550.71 | 09/22/05 | PRECISION STAMPING | Energy & Chassis |
| 374800 | 16,550.71 | 09/26/05 | PRECISION STAMPING | Energy & Chassis |
| 374341 | 16,903.59 | 09/22/05 | PRECISION STAMPING | Energy & Chassis |
| 374465 | 16,903.59 | 09/22/05 | PRECISION STAMPING | Energy & Chassis |
| 375746 | 37,750.00 | 10/04/05 | PRECISION STAMPING | Saginaw |
| 375447 | 16,550.71 | 09/30/05 | PRECISION STAMPING D | Thermal & Interior |
| 376004 | 16,550.71 | 10/05/05 | PRECISION STAMPING D | Thermal & Interior |
| 376163 | 16,550.71 | 10/07/05 | PRECISION STAMPING D | Thermal & Interior |
| 376164 | 16,550.71 | 10/07/05 | PRECISION STAMPING D | Thermal & Interior |
| 375448 | 33,807.19 | 09/30/05 | PRECISION STAMPING D | Thermal & Interior |
| | 305,827.02 | | | |
| | | | | |
| 5271747 | 100.00 | 11/19/04 | Ring Screw | Chassis Dayton |
| 456606 | 100.08 | 01/31/05 | Ring Screw | E & C Lexington |
| 457978 | 100.08 | 02/07/05 | Ring Screw | E & C Lexington |
| 5277154 | 100.42 | 01/11/05 | Ring Screw | Chassis Dayton |
| 5276200 | 104.68 | 12/16/04 | Ring Screw | Saginaw HQ  44036 |
| 430075 | 106.36 | 09/01/04 | Ring Screw | E & C Chihuahua |
| 436403 | 106.36 | 10/04/04 | Ring Screw | E & C Chihuahua |
| 439067 | 106.36 | 10/15/04 | Ring Screw | E & C Chihuahua |
| 5277159 | 113.07 | 01/11/05 | Ring Screw | Saginaw HQ  44036 |
| 488012 | 114.34 | 08/26/05 | Ring Screw | E & C Chihuahua |
| 5276215 | 126.88 | 12/16/04 | Ring Screw | Saginaw Hq 44044 |
| 421231 | 129.13 | 07/06/04 | Ring Screw | E & C Saltillo |
| 425824 | 129.13 | 08/10/04 | Ring Screw | E & C Saltillo |
| 427129 | 129.13 | 08/17/04 | Ring Screw | E & C Saltillo |
| 430952 | 129.13 | 09/07/04 | Ring Screw | E & C Saltillo |
| 432355 | 129.13 | 09/14/04 | Ring Screw | E & C Saltillo |
| 433845 | 129.13 | 09/21/04 | Ring Screw | E & C Saltillo |
| 435263 | 129.13 | 09/28/04 | Ring Screw | E & C Saltillo |
| 439665 | 129.13 | 10/19/04 | Ring Screw | E & C Saltillo |
| 443789 | 129.13 | 11/09/04 | Ring Screw | E & C Saltillo |
| 5271562 | 129.80 | 11/19/04 | Ring Screw | E & C Lexington |
| 472848 | 138.80 | 05/03/05 | Ring Screw | E & C Saltillo |
| 481922 | 141.79 | 07/01/05 | Ring Screw | Saginaw HQ #44022 |
| 5272503 D | 151.83 | 11/23/04 | Ring Screw | E & C Systems |
| 461651 | 168.70 | 02/24/05 | Ring Screw | Delco 51080968 |
| 5267909 | 169.62 | 10/19/04 | Ring Screw | Saginaw HQ #44022 |
| 5271588 | 172.13 | 11/19/04 | Ring Screw | I & L Columbus |
| 445239 | 175.95 | 11/18/04 | Ring Screw | Saginaw Steering |
| 489913 | 178.75 | 09/09/05 | Ring Screw | Saginaw Hq 44027 |
| 5271753 | 184.80 | 11/19/04 | Ring Screw | E & C Chihuahua |
| 425045 | 187.20 | 08/05/04 | Ring Screw | Saginaw 44043 |
| 434412 | 187.20 | 09/23/04 | Ring Screw | Saginaw 44043 |
| 5276050 | 190.82 | 11/16/04 | Ring Screw | I & L Columbus |
| 454897 | 191.58 | 01/20/05 | Ring Screw | I & L Columbus |
| 5276194 | 193.40 | 12/16/04 | Ring Screw | Chassis Dayton |
| 486283 | 201.42 | 08/15/05 | Ring Screw | Saginaw HQ #44022 |
| 5276214 | 257.40 | 12/16/04 | Ring Screw | Saginaw Hq 44038 |
| 395159 | 262.33 | 02/09/04 | Ring Screw | Metamoras |
| 444937 | 263.80 | 11/16/04 | Ring Screw | Saginaw HQ #44022 |

Privileged and Confidential                                                                      11/26/2007 4:49 PM
for Delphi Automotive Systems, LLC

| Invoice | Amount | Date | Description | Location |
|---|---|---|---|---|
| 447379 | 263.80 | 12/01/04 | Ring Screw | Saginaw HQ #44022 |
| 474496 | 283.58 | 05/12/05 | Ring Screw | Saginaw HQ #44022 |
| 489011 | 297.43 | 09/02/05 | Ring Screw | I & L |
| 457277 | 308.11 | 02/02/05 | Ring Screw | Metamoras |
| 5277173 | 318.17 | 01/11/05 | Ring Screw | Saginaw Hq 44038 |
| 5277164 | 319.58 | 01/11/05 | Ring Screw | I & L Brownsville |
| 5271750 | 327.69 | 11/19/04 | Ring Screw | Orion |
| 465903 | 337.97 | 03/16/05 | Ring Screw | E & C Lexington |
| 5276197 | 338.92 | 12/16/04 | Ring Screw | Orion |
| 5271752 | 343.70 | 11/19/04 | Ring Screw | Saginaw HQ 44036 |
| 451135 | 351.90 | 12/20/04 | Ring Screw | Saginaw Hq 44026 |
| 5276167 | 359.10 | 12/16/04 | Ring Screw | I & L Fairfax |
| 5276205 | 360.97 | 12/19/04 | Ring Screw | I & L Brownsville |
| 458294 | 375.69 | 02/08/05 | Ring Screw | E & C Kettering |
| 5277132 | 377.34 | 01/11/05 | Ring Screw | I & L Fairfax |
| 458112 | 380.80 | 02/07/05 | Ring Screw | I & L Rimir |
| 5271757 | 388.77 | 11/19/04 | Ring Screw | I & L Brownsville |
| 447035 | 395.69 | 11/30/04 | Ring Screw | Saginaw HQ #44022 |
| 447369 | 395.69 | 12/01/04 | Ring Screw | Saginaw HQ #44022 |
| 5271720 | 404.11 | 11/19/04 | Ring Screw | I & L Fairfax |
| 464899 | 404.74 | 03/15/05 | Ring Screw | E & C Lexington |
| 475605 | 425.37 | 05/19/05 | Ring Screw | Saginaw HQ #44022 |
| 413618 | 458.97 | 05/19/04 | Ring Screw | Chassis Dayton |
| 424052 | 480.35 | 08/02/04 | Ring Screw | Saginaw Steering |
| 436496 | 527.59 | 10/04/04 | Ring Screw | Saginaw HQ #44022 |
| 456663 | 527.59 | 01/31/05 | Ring Screw | Saginaw HQ #44022 |
| 458044 | 527.59 | 02/07/05 | Ring Screw | Saginaw HQ #44022 |
| 5277171 | 557.93 | 01/11/05 | Ring Screw | Saginaw 44021 |
| 5272503 | 650.84 | 11/23/04 | Ring Screw | E & C Systems |
| 487916 | 651.53 | 08/26/05 | Ring Screw | E&C Saginaw |
| 5271748 | 654.83 | 11/19/04 | Ring Screw | Chassis Dayton |
| 448842 | 659.49 | 12/08/04 | Ring Screw | Saginaw HQ #44022 |
| 436895 | 661.20 | 10/06/04 | Ring Screw | E & C Systems |
| 488768 | 688.00 | 09/01/05 | Ring Screw | E & C Lexington |
| 5277166 | 702.26 | 01/11/05 | Ring Screw | E & C Kettering |
| 465955 | 708.95 | 03/21/05 | Ring Screw | Saginaw HQ #44022 |
| 466757 | 708.95 | 03/28/05 | Ring Screw | Saginaw HQ #44022 |
| 471444 | 708.95 | 04/25/05 | Ring Screw | Saginaw HQ #44022 |
| 472507 | 708.95 | 05/02/05 | Ring Screw | Saginaw HQ #44022 |
| 477046 | 708.95 | 05/31/05 | Ring Screw | Saginaw HQ #44022 |
| 481202 | 708.95 | 06/27/05 | Ring Screw | Saginaw HQ #44022 |
| 437932 | 791.39 | 10/11/04 | Ring Screw | Saginaw HQ #44022 |
| 464768 | 791.39 | 03/14/05 | Ring Screw | Saginaw HQ #44022 |
| 469137 | 850.74 | 04/11/05 | Ring Screw | Saginaw HQ #44022 |
| 5277156 | 852.51 | 01/11/05 | Ring Screw | E & C Springhill |
| 398733 | 859.82 | 02/26/04 | Ring Screw | E&C Saginaw |
| 399005 | 859.82 | 02/27/04 | Ring Screw | E&C Saginaw |
| 484740 | 871.76 | 08/03/05 | Ring Screw | E & C Saltillo |
| 476734 | 888.75 | 05/26/05 | Ring Screw | Metamoras |
| 478875 | 888.75 | 06/10/05 | Ring Screw | Metamoras |
| 481266 | 912.26 | 06/27/05 | Ring Screw | Saginaw Hq 44027 |
| 435020 | 923.29 | 09/27/04 | Ring Screw | Saginaw HQ #44022 |

Privileged and Confidential  11/26/2007 4:49 PM
for Delphi Automotive Systems, LLC

| | | | | |
|---|---|---|---|---|
| 459754 | 923.29 | 02/15/05 | Ring Screw | Saginaw HQ #44022 |
| 463218 | 990.80 | 03/04/05 | Ring Screw | Saginaw HQ #44022 |
| 481995 | 992.53 | 07/06/05 | Ring Screw | Saginaw HQ #44022 |
| 482076 | 992.53 | 07/11/05 | Ring Screw | Saginaw HQ #44022 |
| 488482 | 992.53 | 08/30/05 | Ring Screw | Saginaw HQ #44022 |
| 446726 | 1,055.18 | 11/29/04 | Ring Screw | Saginaw HQ #44022 |
| 450061 | 1,055.18 | 12/14/04 | Ring Screw | Saginaw HQ #44022 |
| 479375 | 1,066.45 | 06/15/05 | Ring Screw | Chassis Dayton |
| 488701 | 1,079.78 | 08/31/05 | Ring Screw | E & C Saltillo |
| 467928 | 1,134.32 | 04/04/05 | Ring Screw | Saginaw HQ #44022 |
| 470759 | 1,134.32 | 04/20/05 | Ring Screw | Saginaw HQ #44022 |
| 482399 | 1,134.32 | 07/18/05 | Ring Screw | Saginaw HQ #44022 |
| 483307 | 1,134.32 | 07/25/05 | Ring Screw | Saginaw HQ #44022 |
| 484337 | 1,134.32 | 08/01/05 | Ring Screw | Saginaw HQ #44022 |
| 485321 | 1,134.32 | 08/08/05 | Ring Screw | Saginaw HQ #44022 |
| 445164 | 1,187.08 | 11/17/04 | Ring Screw | Saginaw HQ #44022 |
| 452016 | 1,187.08 | 01/04/05 | Ring Screw | Saginaw HQ #44022 |
| 451452 | 1,250.00 | 12/22/04 | Ring Screw | E & C Lexington |
| 5277170 | 1,260.07 | 01/11/05 | Ring Screw | Saginaw Steering |
| 477544 | 1,276.10 | 06/02/05 | Ring Screw | Saginaw HQ #44022 |
| 399006 | 1,281.32 | 02/27/04 | Ring Screw | E&C Saginaw |
| 5271759 | 1,312.24 | 11/19/04 | Ring Screw | E & C  Kettering |
| 451129 | 1,450.88 | 12/20/04 | Ring Screw | Saginaw HQ #44022 |
| 454192 | 1,450.88 | 01/17/05 | Ring Screw | Saginaw HQ #44022 |
| 5276212 | 1,475.34 | 12/16/04 | Ring Screw | Saginaw 44021 |
| 5276211 | 1,494.21 | 12/16/04 | Ring Screw | Saginaw Steering |
| 394872 | 1,719.65 | 02/06/04 | Ring Screw | E&C Saginaw |
| 398466 | 1,719.65 | 02/25/04 | Ring Screw | E&C Saginaw |
| 5277167 | 1,748.18 | 01/11/05 | Ring Screw | E & C Saltillo |
| 5271749 | 1,834.88 | 11/19/04 | Ring Screw | E & C Springhill |
| 479251 | 1,843.26 | 06/14/05 | Ring Screw | Saginaw HQ #44022 |
| 453041 | 1,846.57 | 01/10/05 | Ring Screw | Saginaw HQ #44022 |
| 5276207 | 1,927.38 | 12/16/04 | Ring Screw | E & C  Kettering |
| 5276196 | 1,934.63 | 12/16/04 | Ring Screw | E & C Springhill |
| 482021 | 1,972.39 | 07/07/05 | Ring Screw | E & C Lexington |
| 486504 | 2,126.84 | 08/16/05 | Ring Screw | Saginaw HQ #44022 |
| 482099 | 2,863.68 | 07/12/05 | Ring Screw | E & C Lexington |
| 399007 | 2,887.69 | 02/27/04 | Ring Screw | E&C Saginaw |
| 475102 | 3,081.00 | 05/17/05 | Ring Screw | Metamoras |
| 5271760 | 3,222.52 | 11/19/04 | Ring Screw | E & C Saltillo |
| 5276208 | 3,389.74 | 12/16/04 | Ring Screw | E & C Saltillo |
| 399008 | 4,017.17 | 02/27/04 | Ring Screw | E&C Saginaw |
| 5277168 | 4,104.33 | 01/11/05 | Ring Screw | Oshawa |
| 5250955 | 4,978.87 | 07/12/04 | Ring Screw | E&C Saginaw |
| 398463 | 5,021.46 | 02/25/04 | Ring Screw | E&C Saginaw |
| 398730 | 5,021.46 | 02/26/04 | Ring Screw | E&C Saginaw |
| 5256624 | 6,236.14 | 08/16/04 | Ring Screw | E&C Saginaw |
| 5276209 | 6,499.54 | 12/16/04 | Ring Screw | Oshawa |
| 5271761 | 6,549.40 | 11/19/04 | Ring Screw | Oshawa |
| 434908 | 9,287.36 | 09/27/04 | Ring Screw | E & C Systems |
| 487879 | 10,764.23 | 08/25/05 | Ring Screw | E & C Lexington |
| 482193 | 14,658.77 | 07/14/05 | Ring Screw | E & C Lexington |

Privileged and Confidential  11/26/2007 4:49 PM
for Delphi Automotive Systems, LLC

| | | | | |
|---|---:|---|---|---|
| 490693 | 14,911.20 | 09/15/05 | Ring Screw | E & C Lexington |
| 5263381 | 14,940.38 | 09/14/04 | Ring Screw | E&C Saginaw |
| 5277165 | 16,158.47 | 01/11/05 | Ring Screw | E&C Saginaw |
| 5267902 | 16,898.29 | 10/19/04 | Ring Screw | E&C Saginaw |
| 5276206 | 19,696.76 | 12/16/04 | Ring Screw | E&C Saginaw |
| 5271758 | 26,491.62 | 11/19/04 | Ring Screw | E&C Saginaw |
| | 286,072.49 | | | |
| | | | | |
| 394160 | 156.22 | 09/20/04 | TAPTIGHT (CAMCAR) | chassis |
| 436019 | 219.15 | 03/17/05 | TAPTIGHT (CAMCAR) | Saginaw Steering |
| 424128 | 444.78 | 01/27/05 | TAPTIGHT (CAMCAR) | Saginaw Steering |
| 438947 | 933.61 | 03/31/05 | TAPTIGHT (CAMCAR) | e & e |
| 391820 | 1,354.25 | 09/08/04 | TAPTIGHT (CAMCAR) | Mechatronics |
| 42001096 | 1,500.00 | 08/08/05 | TAPTIGHT (CAMCAR) | Delco Electronics |
| 42000044 | 3,500.00 | 07/11/05 | TAPTIGHT (CAMCAR) | Packard Electric |
| 50000011 | 1,245.30 | 09/20/05 | taptite | Delco Electronics |
| 50000013 | 17,995.75 | 09/23/05 | taptite | Delco Electronics |
| | 27,349.06 | | | |
| | | | | |
| 413365 | 15,928.58 | 12/04/04 | TEP - CAMCAR | Saginaw Steering |
| | 15,928.58 | | | |
| | | | | |
| 492615 | 283.58 | 09/28/05 | TFS - Ring | DELPHI SAGINAW HQTRS    #44022 |
| 493227 | 567.16 | 10/03/05 | TFS - Ring | DELPHI SAGINAW HQTRS    #44022 |
| 493659 | 567.16 | 10/05/05 | TFS - Ring | DELPHI SAGINAW HQTRS    #44022 |
| 491632 | 708.95 | 09/22/05 | TFS - Ring | DELPHI SAGINAW HQTRS    #44022 |
| 492077 | 1,559.68 | 09/23/05 | TFS - Ring | DELPHI SAGINAW HQTRS    #44022 |
| 492956 | 2,134.95 | 09/30/05 | TFS - Ring | DELPHI E&C    LEXINGTON NY |
| 491530 | 7,014.29 | 09/21/05 | TFS - Ring | DELPHI E&C    LEXINGTON NY |
| 493303 | 10,045.89 | 10/03/05 | TFS - Ring | DELPHI E&C    LEXINGTON NY |
| | 22,881.66 | | | |
| | | | | |
| 453619 | 127.52 | 06/02/05 | TORX (CAMCAR) | e & e |
| 385629 | 177.53 | 08/13/04 | TORX (CAMCAR) | e & e |
| 458076 | 255.03 | 06/22/05 | TORX (CAMCAR) | e & e |
| 422048 | 271.93 | 01/28/05 | TORX (CAMCAR) | e & e |
| 422036 | 439.83 | 01/19/05 | TORX (CAMCAR) | Interior & Lighting |
| 466193 | 467.55 | 08/29/05 | TORX (CAMCAR) | Harrison Radiator |
| 386071 | 710.10 | 08/16/04 | TORX (CAMCAR) | e & e |
| 462116 | 876.99 | 07/26/05 | TORX (CAMCAR) | e & e |
| 438107 | 929.61 | 03/29/05 | TORX (CAMCAR) | chassis |
| 402261 | 1,464.42 | 10/19/04 | TORX (CAMCAR) | chassis |
| 467197 | 1,624.20 | 09/02/05 | TORX (CAMCAR) | e & e |
| 448382 | 2,337.75 | 05/16/05 | TORX (CAMCAR) | Harrison Radiator |
| 462509 | 3,675.00 | 07/26/05 | TORX (CAMCAR) | Packard Electric |
| | 13,357.46 | | | |

Privileged and Confidential  11/26/2007 4:49 PM
for Delphi Automotive Systems, LLC

Privileged and Confidential 11/26/2007 4:49 PM
for Delphi Automotive Systems, LLC

ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ

ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ

ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ
ɔ

Privileged and Confidential 11/26/2007 4:49 PM
for Delphi Automotive Systems, LLC

Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ

Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ

Ɔ
Ɔ

Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ
Ɔ

Privileged and Confidential  11/26/2007 4:49 PM
for Delphi Automotive Systems, LLC

つ
つ
つ

C:\Documents and Settings\SMegna\Local Settings\Temporary Internet Files\Content.Outlook\FP8TY3TF\Copy of Updated list of needed invoices and BL 9-24-07 by Division.xlsSheet1
16 OF 16