# EXHIBIT A-4



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS       00512-9945
FED ID NO  36-1033080
A/R FAX    815.391.5908

PAGE   1

REMIT TO: ELCO TEXTRON INC.
          P.O. BOX 74839
          CHICAGO IL 60694-4839

Sold To   DELPHI AUTOMOTIVE SYSTM
          DELPHI SAGINAW STEERING
          P.O. BOX 436040
          PONTIAC       MI 48343-6040

Ship To   DELPHI SAGINAW STEERING
          PLANT #3 TOWERLINE RD.
          OFF HOLLAND RD.
          SAGINAW       MI 48605

Ship Via   ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD

| | | B/L No. 000587790 | INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|---|---|---|
| | | | 10-03-05 | 11-27525 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-03-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5106      PART 05686834 | 25,000 X | 4.41M | 110.25 |
| ELCO PART   922-057-012130  1123/.127X.480  O'ALL SPL FLT FILL  S | | | |
| ELCO ORDER NUMBER   57464 | 0250 | | |
| ORDERED   7,025,000  BALANCE   3,637,500 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 2 | 58 | 2 | 56 | 0 | | |



MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This Amount |
|---|---|
| NET 60 DAYS | 110.25 |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classification whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

**TEXTRON Fastening Systems**

Elco Textron, Inc.
PFPO Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151  (815) 391-5948 (fax)
DUNS 005129945

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEES' NAME

NAME OF CARRIER     **ALYAN — SUPER**

CARRIERS NO.   000587790

| | NO. PKGS | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (Sub. to Cor.) | CLASS OR RATE | CK. COL. |
|---|---|---|---|---|---|
| DESTINATION | | DELPHI SAGINAW STEERING   PLANT #3 TOWERLINE RD. | | | |
| DELIVERY ADDRESS | | OFF HOLLAND RD.   SAGINAW | | | |
| | | SAGINAW   STATE  MI   48605 | | | |
| NO. PKGS | 2 | SCREWS, BOLTS, NUTS, WASHERS | | CAR OR VEHICLE INITIALS | |
| | | NO STEEL OR ITEMS RS or L | | | |
| | | PLAIN, CAD, OR ZINC COATED | | | |
| | | Loose Cartons | | | |
| | | SCREWS, BOLTS, NUTS, WASHERS | 58 | | |
| | | NO STEEL OR ITEMS RS or L | | | |
| | | PLAIN, CAD, OR ZINC COATED | | | |
| Pallets With | Cartons | | | | |

DRIVER SIGNATURE _____

TRAILER # REQUIRED   5329

10-03-05   14:57

CC154899 6

C.O.D. Charge to be paid by: Shipper ☐  Consignee ☐

Collect On Delivery $ _____ and remit to:

COD

TEXTRON Fastening Systems Shipper, Per _____   Agent, Per _____

Charges Advanced: $ _____

**TEXTRON Fastening Systems**
Elco Textron, Inc.
PFPO Operations

FREIGHT CHARGES
☐ Prepaid   ☐ Collect

Per _____ (Signature of Consignor)

Agent or Cashier

SHIPPERS NO.

F-3477-2



 **TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

| | |
|---|---|
| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

PAGE    1

REMIT TO: ELCO TEXTRON INC.
          P.O. BOX 74839
          CHICAGO IL 60694-4839

Sold To  DELPHI AUTOMOTIVE SYSTM
         DELPHI SAGINAW STEERING
         P.O. BOX 436040
         PONTIAC      MI 48343-6040

Ship To  DELPHI SAGINAW STEERING
         PLANT #6 TOWERLINE RD.
         OFF HOLLAND RD.
         SAGINAW      MI 48601

Ship Via.  ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD

B/L No.  000587791

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-03-05 | 11-27526 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-03-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5106     PART 26086101 | 22,500 X | 82.35M | 1,852.88 |
| ELCO PART  349-049-100130 M10X1.25X12.5 SPECIAL SET SCREW, | | S | |
| ELCO ORDER NUMBER   57471        0250 | | | |
| ORDERED   6,898,000   BALANCE   3,467,500 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|---|
| 9 | 304 | 34 | 270 | 1 | | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount    1,852.88 |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**TEXTRON Fastening Systems**

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

Eico Textron, Inc.
PPPD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 \ (815) 391-5948 (fax)
DUNS 005129945

**ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS 'COD' MUST APPEAR BEFORE CONSIGNEES' NAME**

CONSIGNED TO: DELPHI SAGINAW STEERING

DESTINATION: OFF HOLLAND RD.

DELIVERY ADDRESS: SAGINAW   PLANT #6 TOWERLINE RD.

ROUTE: STATE MI   48601

DELIVERING CARRIER: ALVAN - SUPER

| NO. PKGS. | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (SUB. TO COR.) | CLASS OR RATE |
|---|---|---|---|
| 1 | SCREWS, BOLTS, NUTS, WASHERS, NO STEEL OR ITEMS RS or L, PLAIN, CAD, OR ZINC COATED | | |

Loose Cartons

SCREWS, BOLTS, NUTS, WASHERS
NO STEEL OR ITEMS RS or L
PLAIN, CAD, OR ZINC COATED

| Palets With | Cartons |
|---|---|
| 9 | 304 |

CAR OR VEHICLE INITIALS   NO.

CC754897 8

10-03-05   14:57

NAME OF CARRIER

CARRIERS NO. 0 0 0 5 8 7 7 9 1

TRAILER # REQUIRED

C.O.D. Charge to be paid by: Shipper □ Consignee □

C.O.D. AMT. 5 3 2 / 9

Charges Advanced: $

DRIVER SIGNATURE

and remit to:

**TEXTRON** Fastening Systems Shipper, Per

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

Eico Textron, Inc.
PPPD Operations
P.O. Box 7009
1111 Samuelson Road
Rockford, IL 61125-7009 U.S.A.
Permanent post office address of shipper.

Per _____
(Signature of Consignor)

Agent, Per _____

"MARK WITH 'X' TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

Agent or Cashier
Per _____
(The signature here acknowledges only the amount prepaid)

**FREIGHT CHARGES**
□ Prepaid ☑ Collect

Eico Textron, Inc
PPPD Operations

F-3477

SHIPPERS NO.



ACCOUNTS REC COPY

 **TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

DUNS      00512-9945
FED ID NO  36-1033080
A/R FAX    815.391.5908

PAGE    1

REMIT TO: ELCO TEXTRON INC.
          P.O. BOX 74839
          CHICAGO IL 60694-4839

Sold To  AUTOMOTIVE COMPONENTS
         DISBURSEMENT ANALYSIS
         P.O. BOX 1550
         FLINT       MI 48501-1550

Ship To  DELPHI C,35028,ELPASOTX
         C/O INDIANAPOLIS DDC %
         AIR ROAD-3150 CHIEF LN
         INDIANAPOLIS  IN 46241

| Ship Via. | CTII CENTRAL TRANSPOR | | | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| Freight Terms FRT 3RD PARTY BILLING | | B/L No. 000587807 | | | 10-03-05 | PACKING LIST 11-27542 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-03-05 | PRECISION FORMED PRODUCTS DIV | 07 | 680 | 11-09000 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550006828      PART 25369815 | 21,760 X | 1020.52M | 22,206.52 |
| ELCO PART   329-099-100182 M10X1.5X17.10MM SPL HEAD SHLD HOUSN S | | | |
| ELCO ORDER NUMBER   57704 | 0250 | | |
| ORDERED   2,234,623   BALANCE   684,808 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. |
|---|---|---|---|---|---|---|
| 85 | 2,980 | 260 | 2,720 | 7 | | P.O. BOX 74839 |
| | | | | | | CHICAGO IL 60694-4839 |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, therof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount    22,206.52 |

SHIPPER'S NO.

CARRIER'S NO.

# STRAIGHT — OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" of the CONTRACT between the Shipper and Carrier in effect on the date of shipment of the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classification whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

**TEXTRON** Fastening Systems

Eico Textron, Inc.
PFPD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151, (815) 391-5948 (fax)
DUNS 005129945

0 0 0 5 8 7 8 0 7

NAME OF CARRIER  CTII CENTRAL T

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

CONSIGNED TO  DELPHI C,35028 ELPASOTX  C/O INDIANAPOLIS DDC %
AIR ROAD-3150 CHIEF LN
INDIANAPOLIS

DESTINATION        STATE  IN  46241

1 0 - 0 3 - 0 5    1 7 : 2 9

DELIVERY ADDRESS

ROUTE

DELIVERING CARRIER

| NO. PKGS | HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | CLASS OR RATE | CK COL |
|---|---|---|---|---|---|
| 7 | | SCREWS, BOLTS, NUTS, WASHERS NOI STEEL OR ITEMS R8 or L PLAIN, CAD, OR ZINC COATED **Loose Cartons** | Cartons 2,980 | | |
| | | SCREWS, BOLTS, NUTS, WASHERS NOI STEEL OR ITEMS R8 or L PLAIN, CAD, OR ZINC COATED | 85 | | |
| | | Pallets With | | | |

CAR OR VEHICLE INITIALS

611-375459-5

Driver's Signature Only Acknowledges Receipt of Freight

SHIPPER LABEL

TRAILER # REQUIRED

SEND BILLS TO: DELPHI C (CISCO CODE # ,35028)
EL PASO TEX, C/O DATA 2 LOGISTICS
42 THOMAS PATTEN DRIVE, RANDOLPH MA 02369

DRIVER SIGNATURE

Collect On Delivery: $

"If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____

Agent, Per

**TEXTRON** Fastening Systems Shipper, Per

Eico Textron, Inc.
PFPD Operations
1111 Samuelson Road
P.O. Box 7008
Rockford, IL 61125-7008 U.S.A.

Permanent post office address of shipper.

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

**"MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**TEXTRON** Fastening Systems

Per _____ (Signature of Consignor)

FREIGHT CHARGES
☐ Prepaid  ☒ Collect

COLLECT
to apply in prepayment of the charges on the property described hereon.

Charges Advanced:
$

C.O.D. Charge to be paid by: Shipper ☐ Consignee ☐

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

The signature on this form and Rule 5 of the Uniform Domestic Straight Bill of Lading set forth in the tariff governing the transportation of this shipment.

F-3477-2







ACCOUNTS REC COPY

**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

| | |
|---|---|
| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

PAGE    1

REMIT TO: ELCO TEXTRON INC.
         P.O. BOX 74839
         CHICAGO IL 60694-4839

Sold To   DELPHI AUTO. SYSTEMS
          ATTN: DISBURS. ANYLSIS
          P O BOX 436037
          PONTIAC    MI 48343-6037

Ship To   DELPHI ENERGY & ENGINE
          ROCHESTER OPERATIONS
          1000 LEXINGTON AVENUE
          ROCHESTER    NY 14606

Ship Via   POINT DEDICATED (DELP

Freight Terms  COLLECT FOB ROCKFORD

B/L No. 000587812

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-04-05 | 11-27550 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 175 | 11-28140 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

PO 0550005386      PART 17090845          16,000 X   27.74M      443.84
ELCO PART   343-007-040160 M4X0.7X15.4 TORX FLT FIL MACH SCREW
ELCO ORDER NUMBER   57399              0024,0024
ORDERED   1,152,000  BALANCE      168,000

PO 0550005892      PART 25174744           1,000 X   203.39M     203.39
ELCO PART   601-092-060581 M6X1.0XM6X1.0X58.0 HX WSH COL STUD W/CR
ELCO ORDER NUMBER   57437              0024,0024
ORDERED    543,000  BALANCE       21,000

PO 0550005387      PART 25323905           4,200 X   1170.43M    4,915.81
ELCO PART   373-599-055782 5.51 X 86.8 SPECIAL STAINLESS STEEL PIN
ELCO ORDER NUMBER   57439              0024,0024
ORDERED    585,875  BALANCE      171,300

PO 0550024490      PART 25345875          48,000 X   67.59M      3,244.32
ELCO PART   601-064-060230 M6X1.0X22.38 TRIMMED HX ACORN HD DOUBLE
ELCO ORDER NUMBER   57443              0024,0024
ORDERED   5,365,300  BALANCE    1,495,000

PO 0550050794      PART 25361744           4,500 X   159.15M     716.18
ELCO PART   343-098-060560 M6X1.0 X 55.4 OAL DBL END M/S STUD WITH
ELCO ORDER NUMBER   57445              0024,0024
ORDERED    486,000  BALANCE      166,500



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| | | | | | PAYMENT TERMS | Pay This Amount |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, therof.

ACCOUNTS REC COPY

**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

| | |
|---|---|
| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

PAGE    2

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

Sold To  DELPHI AUTO. SYSTEMS
ATTN: DISBURS. ANYLSIS
P O BOX 436037
PONTIAC        MI 48343-6037

Ship To  DELPHI ENERGY & ENGINE
ROCHESTER OPERATIONS
1000 LEXINGTON AVENUE
ROCHESTER    NY 14606

Ship Via.   POINT DEDICATED (DELP

Freight Terms  COLLECT FOB ROCKFORD

B/L No. 000587812

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-04-05 | 11-27550 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 175 | 11-28140 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550072634      PART 25370579 | 1,800 X | 231.80M | 417.24 |
| ELCO PART   601-092-060830 M6X1XM6X1X114.5 HX WHSR COL STUD W/CRES | | | |
| ELCO ORDER NUMBER   58049 | 0024,0024 | | |
| ORDERED    162,300  BALANCE    74,700 | | | |
| | | | |
| PO 0550072633      PART 25370580 | 1,000 X | 168.10M | 168.10 |
| ELCO PART   601-092-060582 M6X1.0X57.9 HX WHSR COL STUD W/ CRESTCU | | | |
| ELCO ORDER NUMBER   58050 | 0024,0024 | | |
| ORDERED    81,108  BALANCE    37,000 | | | |
| | | | |
| PO 0550072636      PART 25370581 | 4,000 X | 196.60M | 786.40 |
| ELCO PART   601-092-060581 M6X1.0XM6X1.0X58.0 HX WSH COL STUD W/CR | | | |
| ELCO ORDER NUMBER   58051 | 0024,0024 | | |
| ORDERED    493,378  BALANCE    225,000 | | | |
| | | | |
| PO 0550072635      PART 25370582 | 900 X | 185.80M | 167.22 |
| ELCO PART   601-092-060650 M6X1XM6X1X64.49 HX WHSR COL STUD W/CRES | | | |
| ELCO ORDER NUMBER   58052 | 0024,0024 | | |
| ORDERED    166,500  BALANCE    76,500 | | | |
| | | | |
| PO 0550073980      PART 25377314 | 8,000 X | 85.20M | 681.60 |
| ELCO PART   645-004-040170 M4X0.7X15.7 TORX FLT FIL HD MS W/FLT WH | | | |
| ELCO ORDER NUMBER   58077 | 0024,0024 | | |
| ORDERED    344,000  BALANCE    140,000 | | | |

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 82 | 1,912 | 157 | 1,755 | 3 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION.
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, therof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount    11,744.10 |

# TEXTRON Fastening Systems

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

**CONSIGNED TO**

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEES NAME

**Elco Textron, Inc.**
PFPO Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 | (815) 391-5948 (fax)
DUNS 005129945

**DESTINATION**
DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER

**DELIVERY ADDRESS**

**ROUTE**

**DELIVERING CARRIER**

NO. PKGS.

3

4.0

ROCHESTER OPERATIONS

**STATE** NY    **ZIP** 14606

**CAR OR VEHICLE INITIALS**

**NO.**

| KIND OR PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Corr.) | CLASS OR RATE |
|---|---|---|
| SCREWS, BOLTS, NUTS, WASHERS NO. STEEL OR ITEMS R5 or L PLAIN, CAD, OR ZINC COATED | | |
| Loose Cartons | 543 | |
| SCREWS, BOLTS, NUTS, WASHERS NO. STEEL OR ITEMS R5 or L PLAIN, CAD, OR ZINC COATED | | |
| Pallets With 62 | Cartons 1369 | |

and remit to:

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

"Mark with "X" to designate HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS."

**DRIVER SIGNATURE** _C. Crawford_

**TRAILER # REQUIRED**

**POINT DEDICATE**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

**NAME OF CARRIER**

**CARRIERS NO.** 000587812

**TEXTRON Fastening Systems**
Elco Textron, Inc.
PFPO Operations

**FREIGHT CHARGES**
☐ Prepaid  ☐ Collect

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Per _____

Agent, Per _____

**C.O.D.** Charge to be paid by: Shipper ☐  Consignee ☐

Collect On Delivery $ _____

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____

Per
(The signature here only the amount prepaid)

Charges Advanced:
$ _____

Agent or Cashier

Per _____

**TEXTRON Fastening Systems**  Shipper, Per _____

Permanent post office address of _____



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS      00512-9945
FED ID NO  36-1033080
A/R FAX    815.391.5908

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

PAGE    1

Sold To  AUTOMOTIVE COMPONENTS
DISBURSEMENT ANALYSIS
P.O. BOX 1550
FLINT      MI 48501-1550

Ship To  DELPHI C,35028,ELPASOTX
C/O INDIANAPOLIS DDC %
AIR ROAD-3150 CHIEF LN
INDIANAPOLIS  IN 46241

Ship Via.  CTII CENTRAL TRANSPOR

Freight Terms  FRT 3RD PARTY BILLING     B/L No. 000587827

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-04-05 | 11-27568 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 680 | 11-09000 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550009498     PART 10457177 | 30,000 X | 42.53M | 1,275.90 |
| ELCO PART   370-096-033240 3.27-3.33X23.33 OVRL SPL RD COL STD S | | | |
| ELCO ORDER NUMBER   57356 | 0024,0024 | | |
| ORDERED   3,246,000   BALANCE     822,000 | | | |
| | | | |
| PO 0550006828     PART 25369815 | 18,432 X | 1020.52M | 18,810.22 |
| ELCO PART   329-099-100182 M10X1.5X17.10MM SPL HEAD SHLD HOUSN S | | | |
| ELCO ORDER NUMBER   57704 | 0024,0024 | | |
| ORDERED   2,278,035   BALANCE     709,788 | | | |

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 77 | 2,706 | 252 | 2,454 | 7 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, therof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount   20,086.12 |



# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**TEXTRON Fastening Systems**

Eoc Textron, Inc.
PPfG Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 L (815) 391-5948 (fax)
DUNS 005129945

CONSIGNED TO

DESTINATION
DELPHI C 35028 ELPASO TX
AIR ROAD-3150 CHIEF LN
INDIANAPOLIS    C/O INDIANAPOLIS DDC %

611-3006720    IN    46241

DELIVERING CARRIERS

ROUTE    7

| NO. PKGS | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (Sub. to Corr) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| | SCREWS, BOLTS, NUTS, WASHERS NO STEEL OR ZINC COATED | | | |
| | **Loose Cartons** SCREWS, BOLTS, NUTS, WASHERS PLAIN, CAD, OR ZINC COATED | | | |
| Pallets With 77 | Cartons 2706 | | | |

DRIVER SIGNATURE

SEND BILLS TO: DELPHI C (CISCO CODE # 35028)
42 THOMAS PATTEN DRIVE 2ND LONGSTAT
EL PASO TX    RANDOLPH, MA 02369

CAR OR VEHICLE IN

**611-375469-4**
SHIPPER LABEL

Driver's Signature Only Acknowledges Receipt of Freight

NAME OF CARRIER    CTII CENTRAL T

0-04-05    15:44    00059 7827

C.O.D. Charge to be paid by: Shipper □ Consignee □
$ _____

**FREIGHT CHARGES**
□ Prepaid    □ Collect

TRAILER # REQUIRED

Per _____ Agent or Cashier

**TEXTRON Fastening Systems**
Eoc Textron, Inc.
PPfG Operations



 **TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS       00512-9945
FED ID NO  36-1033080
A/R FAX    815.391.5908



REMIT TO: ELCO TEXTRON INC.
          P.O. BOX 74839
          CHICAGO IL 60694-4839

PAGE    1

Sold To   AUTOMOTIVE COMPONENT
          DISBURSEMENT ANALYSIS
          P.O. BOX 1550
          FLINT      MI 48501-1550

Ship To   DELPHI INTERIOR SYSTEMS
          COLUMBUS PLANT
          200 GEORGESVILLE ROAD
          COLUMBUS      OH 43228

Ship Via.  ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD

B/L No. 000587838

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-04-05 | 11-27579 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 174 | 11-11526 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550022966    PART 16887739 | 19,500 X | 31.93M | 622.64 |
| ELCO PART   850-007-040080 M4.0X0.7X7.6MM   TORX FL FIL MOD TT "CA" | | | |
| ELCO ORDER NUMBER   57720 | 0024,0024 | | |
| ORDERED   2,247,904   BALANCE   559,000 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 3 | 99 | 3 | 96 . | 0 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This Amount |
|---|---|
| NET 60 DAYS | 622.64 |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**TEXTRON Fastening Systems**

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below.

Eka Textron, Inc.
PFPD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 L (815) 391-5948 (fax)
DUNS 005129945

CONSIGNED TO

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

DESTINATION
D E L P H I   I N T E R I O R   S Y S T E M S
2 0 0   G E O R G E S V I L L E   R O A D
C O L U M B U S   STATE  O H   4 3 2 2 8

DELIVERY ADDRESS

ROUTE

DELIVERING CARRIER

| NO. PKGS. | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Corr.) | CLASS OR RATE |
|---|---|---|---|
| 3 | SCREWS, BOLTS, NUTS, WASHERS NO. STEEL OR ITEMS RS or L PLAIN, CAD, OR ZINC COATED | | |
| | Loose Cartons | 99 | |
| | SCREWS, BOLTS, NUTS, WASHERS NO. STEEL OR ITEMS RS or L PLAIN, CAD, OR ZINC COATED | | |
| | Pallets With | | |
| | Cartons | | |

COLUMBUS PLANT

1 0 - 0 4 - 0 5   1 5 : 0 2

NAME OF CARRIER  A L V A N   -   S U P E R

CARRIER'S NO.  0 0 0 5 8 7 8 3 8

CC75496 5

5350

C.O.D. Charge to be paid by: Shipper ☐ Consignee ☐

COLLECT

FREIGHT CHARGES
☐ Prepaid  ☑ Collect

**TEXTRON Fastening Systems**

Eka Textron, Inc.
PFPD Operations

DRIVER SIGNATURE

TRAILER # REQUIRED

Collect On Delivery $ _____

Textron Fastening Systems Shipper, Per _____

and remit to:

Permanent post office address of shipper.

Agent, Per _____

Agent or Cashier

F-3477-2



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS    00512-9945
FED ID NO  36-1033080
A/R FAX    815.391.5908

PAGE    1

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

Sold To  DELPHI DELCO ELEC. SYS.
ONE CORPORATE CENTER
KOKOMO       IN 46904

Ship To  DELPHI DELCO ELECTRONIC
7929 SOUTH HOWELL AVE
OAK CREEK    WI 53154

Ship Via.  VITRAN EXPRESS

Freight Terms  COLLECT FOB ROCKFORD

| | | B/L No. 000587841 | INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|---|---|---|
| | | | 10-04-05 | 11-27582 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 170 | 11-08988 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550044123       PART 9402013 | 5,000 X | 71.54M | 357.70 |
| ELCO PART    665-004-050141 M5X0.8X14.0 TORXPLUS/AUTOSERT PAN HD DO | | | |
| ELCO ORDER NUMBER    55867 | 0024,0024 | | |
| ORDERED    2,089,600  BALANCE    670,000 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 1 | 59 | 21 | 38 | 1 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, therof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount    357.70 |

**RECEIVED,** subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. In cases where contracts exist with the carrier moving the shipment the rates or rules of the contract shall apply. In cases where a carrier is moving a shipment without a contract the rules of the current National Motor Freight Classification Tariff will apply.

This Bill of Lading is **NOT** subject to any tariffs or classifications whatsoever the property specifically agreed to in writing by the shipper and the carrier.

"COMMON CARRIER RATE AGREEMENT" of the CONTRACT between the Shipper and Carrier in effect on the date the property is received by the carrier.

## TEXTRON Fastening Systems

Elco Textron, Inc.
PPD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 | (815) 391-5948 (fax)
DUNS 005129945

**STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE**

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME.

CONSIGNED TO  DELPHI DELCO ELECTRONIC

DESTINATION  OAK CREEK

DELIVERY ADDRESS  7929 SOUTH HOWELL AVE
STATE  WI  53154

ROUTE

| NO. PKGS | *KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (Sub. to Cor.) | CLASS OR RATE |
|---|---|---|---|
| | SCREWS, BOLTS, NUTS, WASHERS<br>NO I STEEL OR ITEMS R8 or L<br>PLAIN, CAD, OR ZINC COATED | | |
| | Loose Cartons | | |
| | SCREWS, BOLTS, NUTS, WASHERS<br>NO I STEEL OR ITEMS R8 or L<br>PLAIN, CAD, OR ZINC COATED | | |
| | Cartons | | |
| | Pallets | | |
| 1 | With  1  59 | | |

NAME OF CARRIER  VITRAN EXPRESS
CARRIER'S NO.
SHIPPER'S NO.  0 0 0 5 8 7 8 4 1

DATE  10-04-05  17:25

**Vitran Express**
**World Class Customer Service 800 967-3331**
**www.vitranexpress.com**
**0001 057 5100**

Drivers signature constitutes transfer of freight only. Unless otherwise agreed to actual separate contract, terms and conditions of tariff VITN155 apply.

CAR OR VEHICLE INITIALS  NO.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**TEXTRON Fastening Systems**

Per _____ (Signature of Consignor)

**FREIGHT CHARGES**
☐ Prepaid  ☐ Collect

**COLLECT**

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

1 SHIP W/1 ETW

TRAILER # REQUIRED 464523

C.O.D. Charge to be paid by: Shipper ☐ Consignee ☐

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

**TEXTRON Fastening Systems** Shipper, Per _____ Agent, Per _____

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

Collect On Delivery: $ _____

DRIVER SIGNATURE _____ and remit to:

"MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

Permanent post office address of shipper.

F-3477-2



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS       00512-9945
FED ID NO  36-1033080
A/R FAX    815.391.5908

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

PAGE    1

| Sold To | Ship To |
|---|---|
| DELPHI AUTOMOTIVE SYSTM<br>DELPHI SAGINAW STEERING<br>P.O. BOX 436040<br>PONTIAC      MI 48343-6040 | DELPHI SAGINAW STEERING<br>PLANT #3 TOWERLINE RD.<br>OFF HOLLAND RD.<br>SAGINAW      MI 48605 |

Ship Via.    ALVAN - SUPER CARTAGE

Freight Terms COLLECT FOB ROCKFORD

B/L No. 000587844

| INVOICE DATE | INVOICE NO.<br>PACKING LIST |
|---|---|
| 10-04-05 | 11-27585 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5106      PART 05686834 | 25,000 X | 4.41M | 110.25 |
| ELCO PART   922-057-012130  1123/.127X.480 O'ALL SPL FLT FILL | | S | |
| ELCO ORDER NUMBER    57464 | 0024,0024 | | |
| ORDERED    7,025,000  BALANCE    3,612,500 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC.<br>P.O. BOX 74839<br>CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 2 | 58 | 2 | 56 | 0 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount    110.25 |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**TEXTRON Fastening Systems**

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT," or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below.

SHIPPERS NO.

CARRIERS NO

Elco Textron, Inc.
PPIO Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 (815) 391-5948 (fax)
DUNS 005129945

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEES'S NAME

CONSIGNED TO

DELPHI SAGINAW STEERING
OFF HOLLAND RD.
SAGINAW

| NO. PKGS | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Corr.) | CLASS OR RATE |
|---|---|---|---|
| | Loose Cartons | | |
| 2 | SCREWS, BOLTS, NUTS, WASHERS NOT STEEL OR ITEMS RS or L PLAIN, CAD, OR ZINC COATED | 58 | |
| | SCREWS, BOLTS, NUTS, WASHERS NOT STEEL OR ITEMS RS or L PLAIN, CAD OR ZINC COATED | | |

DESTINATION: PLANT #3 TOWERLINE RD.
STATE  MI  48605

10-04-05  15:01

NAME OF CARRIER

0005878644

ALVAN - SUPER

CGT54914 7

DRIVER SIGNATURE

TRAILER # REQUIRED

53/50

C.O.D. Charge to be paid by  Shipper ☐  Consignee ☐

Collect On Delivery $

FREIGHT CHARGES
☐ Prepaid  ☐ Collect

COLLECT

**TEXTRON** Fastening Systems Shipper, Per _____  Agent, Per _____

Elco Textron, Inc.
PPIO Operations
1111 Samuelson Road
P.O.B. San Diego
Rockford, IL 61125-7009 U.S.A.

Permanent post office address of shipper.

F-3477-2



 **TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

| | |
|---|---|
| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

PAGE    1



REMIT TO: ELCO TEXTRON INC.
             P.O. BOX 74839
             CHICAGO IL 60694-4839

Sold To   DELPHI AUTOMOTIVE SYSTM
          DELPHI SAGINAW STEERING
          P.O. BOX 436040
          PONTIAC     MI 48343-6040

Ship To   DELPHI SAGINAW STEERING
          PLANT #6 TOWERLINE RD.
          OFF HOLLAND RD.
          SAGINAW     MI 48601

Ship Via   ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD

B/L No. 000587845

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-04-05 | 11-27586 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5106        PART 26086101 | 20,000 X | 82.35M S | 1,647.00 |
| ELCO PART   349-049-100130 M10X1.25X12.5 SPECIAL SET SCREW, 0024,0024 | | | |
| ELCO ORDER NUMBER    57471 | | | |
| ORDERED   6,898,000   BALANCE    3,447,500 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 8 | 248 | 8 | 240 | 0 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount    1,647.00 |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

## TEXTRON Fastening Systems

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. The Bill of Lading is not subject to any tariff or classification whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

Elco Textron, Inc.
PFO Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 \ (815) 391-5946 (fax)
DUNS 005129945

CONSIGNED TO
DELPHI SAGINAW STEERING
OFF HOLLAND RD.
SAGINAW

ROUTE

DELIVERY
ADDRESS

DESTINATION                    PLANT #6 TOWERLINE RD.
STATE    MI    48601

DELIVERING
CARRIER

| NO. PKGS. | * THE KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | CAR OR VEHICLE INITIALS | NO. |
|---|---|---|---|---|
| 10 | Loose Cartons<br>SCREWS, BOLTS, NUTS, WASHERS<br>NO. STEEL OR ITEMS R5 or L<br>PLAIN, CAD, OR ZINC COATED | 310 | | |

Pallets
With          Cartons

DRIVER SIGNATURE _____    TRAILER # REQUIRED

Collect On Delivery $ _____ and remit to:

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

TEXTRON Fastening Systems Shipper, Per

Elco Textron, Inc.
PFO Operations
1111 Samuelson Road
P.O. Box 7009
Rockford, IL 61125-7009 U.S.A.

Permanent post office address of shipper.

Agent, Per

F-3477-2

SHIPPER'S NO.

05587845

CARRIER'S NO.

10-04-05 15:02

NAME OF CARRIER    ALVAN - SUPER

C.O.D. Charge to be paid by: Shipper ☐ Consignee ☐

TEXTRON Fastening Systems

☐ Prepaid  ☑ Collect

3350



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

PAGE   1

Sold To   DELPHI AUTOMOTIVE SYSTM
DELPHI SAGINAW STEERING
P.O. BOX 436040
PONTIAC       MI 48343-6040

Ship To   DELPHI SAGINAW STEERING
PLANT #6 TOWERLINE RD.
OFF HOLLAND RD.
SAGINAW       MI 48601

Ship Via.   ALVAN - SUPER CARTAGE

Freight Terms   COLLECT FOB ROCKFORD

B/L No.   000587845

| | INVOICE DATE | INVOICE NO. / PACKING LIST |
|---|---|---|
| | 10-04-05 | 11-27584 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-04-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5106       PART 26069932 | 8,000 X | 63.87M | 510.96 |

ELCO PART   457-007-911160 M5.28X1.81X15.88 SPL TORX FLT FIL PLAST
ELCO ORDER NUMBER   57352          0024,0024
ORDERED   1,216,280   BALANCE       744,000

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 2 | 62 | 2 | 60 | 0 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This Amount |
|---|---|
| NET 60 DAYS | 510.96 |




# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as shown below. The Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory Agency, Agency, except as provided herein.

## TEXTRON Fastening Systems

Elco Textron, Inc.
PFPD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 (815) 391-5948 (fax)
DUNS 0051.29945

CARRIERS NO. 0 0 0 5 8 7 8 4 5

CONSIGNED TO

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

NAME OF CARRIER   A L V A N — S U P E R

SHIP-En's, NO.

| NO. PKGS | *(IF THE LINE OF "KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS" | *WEIGHT (Sub. to Cor.) | CLASS OR RATE | CAR OR VEHICLE INITIALS | NO. |
|---|---|---|---|---|---|

DESTINATION
DELPHI SAGINAW STEERING
OFF HOLLAND RD.
SAGINAW

PLANT #6 TOWERLINE RD.

STATE   MI   48601



| 1 0 | SCREWS, BOLTS, NUTS, WASHERS<br>NO STEEL OR ITEMS RS or L<br>PLAIN, CAD, OR ZINC COATED | | | | |
| | Loose Cartons | | | | |
| | SCREWS, BOLTS, NUTS, WASHERS<br>NO STEEL OR ITEMS RS or L<br>PLAIN, CAD, OR ZINC COATED | 3 1 0 | | | |
| | Pallets<br>With | Cartons | | | |

DRIVER SIGNATURE _____ TRAILER # REQUIRED 5350

Collect On Delivery $ _____ and remit to: _____

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

TEXTRON Fastening Systems Shipper, Per _____

Elco Textron, Inc.
PFPD Operations
1111 Samuelson Road
Rockford, IL 61125-7009 U.S.A.
P.O. Box 7009

Permanent post office address of shipper.

10-04-05 15:02

CC#54917 4

C.O.D. Charge to be paid by: Shipper □ Consignee □

Per
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $ _____

FREIGHT CHARGES
Prepaid □  Collect □

Per _____
(Signature of Consignor.)

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

TEXTRON Fastening Systems
Elco Textron, Inc.
PFPD Operations

Per _____

Agent or Cashier

F-3477-2

**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS        00512-9945
FED ID NO  36-1033080
A/R FAX    815.391.5908

REMIT TO: ELCO TEXTRON INC.
          P.O. BOX 74839
          CHICAGO IL 60694-4839

PAGE     1

Sold To  DELPHI AUTOMOTIVE SYSTM
         DELPHI SAGINAW STEERING
         P.O. BOX 436040
         PONTIAC       MI 48343-6040

Ship To  DELPHI SAGINAW STEERING
         PLANT #6 TOWERLINE RD.
         OFF HOLLAND RD.
         SAGINAW       MI 48601

Ship Via   ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD

B/L No. 000587850

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-05-05 | 11-27594 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5106      PART 26090176 | 30,000 X | 66.33M | 1,989.90 |

ELCO PART  651-004-650160 M5X0.8X15.48 TORX PAN HD. SEMS 1/2 K TA
ELCO ORDER NUMBER  57354
ORDERED     405,000  BALANCE     225,000



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 6 | 240 | 6 | 234 | 0 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount   1,989.90 |

**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

| | |
|---|---|
| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

REMIT TO:  ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

PAGE    1

Sold To  DELPHI AUTOMOTIVE SYSTM
DELPHI SAGINAW STEERING
P.O. BOX 436040
PONTIAC      MI 48343-6040

Ship To  DELPHI SAGINAW STEERING
PLANT #6 TOWERLINE RD.
OFF HOLLAND RD.
SAGINAW      MI 48601

Ship Via.   ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD      B/L No. 000587850

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-05-05 | 11-27599 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5106      PART 26086101 | 57,500 X | 82.35M | 4,735.13 |
| ELCO PART  349-049-100130 M10X1.25X12.5 SPECIAL SET SCREW, | | S | |
| ELCO ORDER NUMBER   57471 | 999 | | |
| ORDERED    6,898,000   BALANCE    3,390,000 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 23 | 738 | 48 | 690 | 1 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

PAYMENT TERMS
NET 60 DAYS

Pay This Amount    4,735.13

**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

| | |
|---|---|
| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

PAGE    1

Sold To   DELPHI AUTOMOTIVE SYSTM
DELPHI SAGINAW STEERING
P.O. BOX 436040
PONTIAC     MI 48343-6040

Ship To   DELPHI SAGINAW STEERING
PLANT #6 TOWERLINE RD.
OFF HOLLAND RD.
SAGINAW     MI 48601

Ship Via.   ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD

| | INVOICE DATE | INVOICE NO |
|---|---|---|
| | | PACKING LIST |
| B/L No. 000587850 | 10-05-05 | 11-27601 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|
| PO SAG90I5106      PART 26069932 | | 4,000 X | 63.87M | 255.48 |

ELCO PART   457-007-911160 M5.28X1.81X15.88 SPL TORX FLT FIL PLAST
ELCO ORDER NUMBER     57352                     999
ORDERED    1,216,280   BALANCE     740,000

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. |
|---|---|---|---|---|---|---|
| 1 | 31 | 1 | 30 | 0 | | P.O. BOX 74839 CHICAGO IL 60694-4839 |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount    255.48 |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**TEXTRON Fastening Systems**

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below. This Bill of Lading is not applicable to any traffic or classification heretofore or hereafter agreed to in writing by the shipper and the carrier.

Elco Textron, Inc.
PFPD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151, (815) 391-5948 (fax)
DUNS 005129945

CONSIGNED TO:

DELPHI SAGINAW STEERING
OFF HOLLAND RD.
SAGINAW                    MI        48601

DESTINATION:
DELIVERY ADDRESS:
ROUTE:
DELIVERING CARRIER:

| MI. PKGS | H SAME KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Corr.) | CLASS OR RATE |
|---|---|---|---|
| 1 | Pallets With | 23 | |
| 7 | Loose Cartons | 271 | |
|  | SCREWS, BOLTS, NUTS, WASHERS | | |
|  | NO STEEL, OR ITEMS RS or L | | |
|  | PLAIN, CAD, OR ZINC COATED | | |
|  | Cartons | 738 | |

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

PLANT #6 TOWERLINE RD.

CAR OR VEHICLE INITIALS

NAME OF CARRIER     ALVAN - SUPER

CARRIERS NO.

CC74738 8

10-05-05   15:12

D R I V E R   S I G N A T U R E

TRAILER # REQUIRED

Collect On Delivery $                     and remit to:

**TEXTRON Fastening Systems Shipper, Per**

Elco Textron, Inc.
PFPD Operations
1111 Samuelson Road
P.O. Box 7009
Rockford, IL 61125-7009 U.S.A.
Permanent post office address of shipper.

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
........................................ per ........................................"

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

"MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 40 OF FEDERAL REGULATIONS.

Agent, Per

C.O.D. Charge to be paid by: Shipper ☐  Consignee ☐

Agent or Cashier

Per
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$

**FREIGHT CHARGES**
☐ Prepaid   ☐ Collect

RE: COLLECT

Elco Textron, Inc.
PFPD Operations

TEXTRON Fastening System

F-3477-2



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS       00512-9945
FED ID NO  36-1033080
A/R FAX    815.391.5908

REMIT TO: ELCO TEXTRON INC.
          P.O. BOX 74839
          CHICAGO IL 60694-4839

PAGE    1

Sold To   DELPHI AUTO. SYSTEMS
          ATTN: DISBURS. ANYLSIS
          P O BOX 436037
          PONTIAC       MI 48343-6037

Ship To   DELPHI ENERGY & ENGINE
          ROCHESTER OPERATIONS
          1000 LEXINGTON AVENUE
          ROCHESTER    NY 14606

Ship Via.    POINT DEDICATED (DELP

Freight Terms  COLLECT FOB ROCKFORD

B/L No. 000587859

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-05-05 | 11-27603 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | 07 | 175 | 11-28140 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

PO 0550005386       PART 17090845            8,000 X    27.74M        221.92
ELCO PART   343-007-040160 M4X0.7X15.4 TORX FLT FIL MACH SCREW
ELCO ORDER NUMBER    57399                0252
ORDERED    1,160,000  BALANCE     168,000

PO 0550005892       PART 25174744            1,000 X   203.39M        203.39
ELCO PART   601-092-060581 M6X1.0XM6X1.0X58.0 HX WSH COL STUD W/CR
ELCO ORDER NUMBER    57437                0252
ORDERED     538,000  BALANCE    15,000

PO 0550005387       PART 25323905            2,400 X  1170.43M       2,809.03
ELCO PART   373-599-055782 5.51 X 86.8 SPECIAL STAINLESS STEEL PIN
ELCO ORDER NUMBER    57439                0252
ORDERED     582,875  BALANCE    165,900

PO 0550072634       PART 25370579             600 X   231.80M        139.08
ELCO PART   601-092-060830 M6X1XM6X1X114.5 HX WHSR COL STUD W/CRES
ELCO ORDER NUMBER    58049                0252
ORDERED     162,300  BALANCE    74,100

PO 0550072636       PART 25370581            3,000 X   196.60M        589.80
ELCO PART   601-092-060581 M6X1.0XM6X1.0X58.0 HX WSH COL STUD W/CR
ELCO ORDER NUMBER    58051                0252
ORDERED     493,378  BALANCE    222,000

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

PAYMENT TERMS

Pay This
Amount



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS    00512-9945
FED ID NO  36-1033080
A/R FAX    815.391.5908

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

PAGE    2

Sold To  DELPHI AUTO. SYSTEMS
ATTN: DISBURS. ANYLSIS
P O BOX 436037
PONTIAC      MI 48343-6037

Ship To  DELPHI ENERGY & ENGINE
ROCHESTER OPERATIONS
1000 LEXINGTON AVENUE
ROCHESTER      NY 14606

Ship Via.  POINT DEDICATED (DELP

Freight Terms  COLLECT FOB ROCKFORD

B/L No.  000587859

| INVOICE DATE | INVOICE NO. |
| --- | --- |
| 10-05-05 | 11-27603 |
| | PACKING LIST |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
| --- | --- | --- | --- | --- |
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | 07 | 175 | 11-28140 |

| | | QUANTITY SHIPPED | PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| PO 0550072635    PART 25370582 | | 900 X | 185.80M | 167.22 |
| ELCO PART  601-092-060650 M6X1XM6X1X64.49 HX WHSR COL STUD W/CRES | | | | |
| ELCO ORDER NUMBER  58052 | | 0252 | | |
| ORDERED    166,500  BALANCE    75,600 | | | | |

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC.<br>P.O. BOX 74839<br>CHICAGO IL 60694-4839 |
| --- | --- | --- | --- | --- | --- | --- |
| 16 | 364 | 16 | 348 | 0 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
| --- | --- |
| NET 60 DAYS | Amount    4,130.44 |

**TEXTRON Fastening Systems**

This Bill of Lading is not subject to any tariffs or classification whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

CONSIGNED TO
Elco Textron, Inc.
PPPC Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 / (815) 391-5948 (fax)
DUNS 005129945

DESTINATION
DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER

DELIVERING CARRIER

ROUTE

STATE NY

ZIP 14606

CAR OR VEHICLE INITIALS ___ NO. ___

**ROCHESTER OPERATIONS**

10-05-05   08:13

NAME OF CARRIER   **POINT DEDICATE**

CARRIER'S NO. 00058 7859

NO. PKGS   ★ KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS   ★WEIGHT (Subj. to Corr.)   CLASS OR RATE   CK. COLUMN

16   SCREWS, BOLTS, NUTS, WASHERS
NO STEEL OR ITEMS R6 or L
PLAIN, CAD, OR ZINC COATED

Pallets With   | Cartons |

Loose Cartons
SCREWS, BOLTS, NUTS, WASHERS
NO STEEL OR ITEMS R6 or L
PLAIN, CAD, OR ZINC COATED   | 364 |

DRIVER SIGNATURE   _Leonard 10-5-05_   TRAILER #  REQUIRED 530854

2.5KD

COLLECT ON DELIVERY $ ___ and remit to:

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

"MARK WITH 'X' TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

**TEXTRON Fastening Systems** Shipper, Per ___

Agent, Per ___

Permanent post office address of shipper

C.O.D. Charge to be paid by: Shipper ☐  Consignee ☐

Charges Advanced: $ ___

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Received $ ___
to apply in prepayment of the charges on the property described hereon.

**TEXTRON Fastening Systems**
Elco Textron, Inc.
PPPC Operations
Per ___
Agent or Cashier

Per ___
(The signature here acknowledges only the amount prepaid.)

FREIGHT CHARGES
☐ Prepaid   ☐ Collect

F-3477-2



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS        00512-9945
FED ID NO  36-1033080
A/R FAX   815.391.5908

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

PAGE     1

Sold To   AUTOMOTIVE COMPONENT
DISBURSEMENT ANALYSIS
P.O. BOX 1550
FLINT        MI 48501-1550

Ship To   DELPHI INTERIOR SYSTEMS
COLUMBUS PLANT
200 GEORGESVILLE ROAD
COLUMBUS      OH 43228

Ship Via.   ALVAN - SUPER CARTAGE

Freight Terms  COLLECT FOB ROCKFORD

B/L No.  000587870

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| | | | | INVOICE DATE: 10-05-05  INVOICE NO: 11-27615 |
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | 07 | 174 | 11-11526 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550022966        PART 16887739 | 19,500 X | 31.93M | 622.64 |
| ELCO PART   850-007-040080 M4.0X0.7X7.6MM   TORX FL FIL MOD TT "CA" | | | |
| ELCO ORDER NUMBER     57720 | 999999 | | |
| ORDERED   2,247,904   BALANCE     539,500 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 3 | 99 | 3 | 96 | 0 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

PAYMENT TERMS
NET 60 DAYS

Pay This Amount     622.64

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

## TEXTRON Fastening Systems

Elco Textron, Inc.
PFPO Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 L (815) 391-5948 (fax)
DUNS 005129945

CONSIGNED TO

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

| | | | NAME OF CARRIER | | 0 0 0 5 8 7 8 7 0 | CARRIER'S NO. |

DESTINATION: DELPHI INTERIOR SYSTEMS
200 GEORGESVILLE ROAD
COLUMBUS

DELIVERY ADDRESS

ROUTE

STATE: COLUMBUS PLANT  OH  43228

| NO. PKGS | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | CLASS OR RATE | CAR OR VEHICLE INITIALS | NO. |
|---|---|---|---|---|---|
| 3 | SCREWS, BOLTS, NUTS, WASHERS NOS STEEL OR ITEMS RS or L PLAIN, CAD, OR ZINC COATED | | | | |
| | Loose Cartons | | | | |
| | SCREWS, BOLTS, NUTS, WASHERS NOS STEEL OR ITEMS RS or L PLAIN, CAD, OR ZINC COATED | 99 | | | |
| | Cartons | | | | |
| Pallets With | | | | | |

DELIVERING CARRIER

DRIVER SIGNATURE

10/5

TRAILER # REQUIRED

30888
5319/

NAME OF CARRIER: ALVAN · SUPER

10-05-05  15:12

CC741737 9

Collect On Delivery $ _____ and remit to _____
Collect On Delivery $ _____

TEXTRON Fastening Systems Shipper, Per _____ Agent, Per _____

Elco Textron, Inc.
PFPO Operations
1111 Samuelson Road
P.O. Box 7007
Rockford, IL 61125-7008 U.S.A.
Permanent post office address of shipper.

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

"MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS

Agent or Cashier

Per _____
(The  signature  here  acknowledges only the amount prepaid.)

Charges Advanced: $

Per _____
(Signature of Consignor)

FREIGHT CHARGES
☐ Prepaid  ☐ Collect

Received COLLECT to apply in prepayment of the charges on the property described hereon.

TEXTRON Fastening Systems

Agent or Cashier  ☐  Consignee ☐

F-3477.2





**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

| DUNS | 00512-9945 |
|---|---|
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

PAGE    1

Sold To   DELPHI DELCO ELEC. SYS.
ONE CORPORATE CENTER
KOKOMO        IN 46904

Ship To   DELPHI DELCO ELECTRONIC
7929 SOUTH HOWELL AVE
OAK CREEK    WI 53154

Ship Via.   VITRAN EXPRESS

Freight Terms  COLLECT FOB ROCKFORD

B/L No. 000587880

| | | | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|
| | | | 10-05-05 | 11-27625 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | 07 | 170 | 11-08988 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO 0550044123     PART 9402013 | 10,000 X | 71.54M | 715.40 |

ELCO PART    665-004-050141 M5X0.8X14.0 TORXPLUS/AUTOSERT PAN HD DO
ELCO ORDER NUMBER    55867                              999999
ORDERED    2,089,600  BALANCE      660,000



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 2 | 98 | 22 | 76 | 1 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This Amount |
|---|---|
| NET 60 DAYS | 715.40 |

STRA■ BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. The Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

**TEXTRON Fastening Systems**

Elco Textron, Inc.
PPID Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 \ (815) 391-5948 (fax)
DUNS 00512994S

which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. In cases where contracts exist with the carrier moving the shipment the rates of the contract apply. In cases where a carrier is moving a shipment without a contract the rates of the current National Motor Freight Classification Tariff will apply.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME.

CONSIGNED TO  DELPHI DELCO ELECTRONIC

DESTINATION  OAK CREEK  STATE  WI  DATE  10-05-05  16:37

DELIVERY ADDRESS  7929 SOUTH HOWELL AVE

ROUTE  53154

SHIPPERS NO.

CARRIERS NO.  00058788O

NAME OF CARRIER  VITRAN EXPRESS

(Mail or street address of consignee — For purposes of notification only)

0001 057 4646
www.vitranexpress.com
Vitran Express
World Class Customer Service 800/967-3331

Drivers signature acknowledges receipt of freight only. Unless otherwise agreed to under separate contract, terms and conditions of said VITRAN apply.

(To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

DELIVERING CARRIER

| NO. PKGS. | KIND OF PACKAGE, DESCRIPTION or ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subj. to Corr.) | CLASS OR RATE | CK. COL. |
|---|---|---|---|---|

Loose Cartons

SCREWS, BOLTS, NUTS, WASHERS
NO: STEEL OR ITEMS RS or L
PLAIN, CAD, OR ZINC COATED

SCREWS, BOLTS, NUTS, WASHERS
NO: STEEL OR ITEMS RS or L
PLAIN, CAD, OR ZINC COATED

| Pallets With | 2 | Cartons | 98 |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**TEXTRON** Fastening Systems

_____ (Signature of Consignor.)

Per

FREIGHT CHARGES
☐ Prepaid    ☐ Collect

Received $ _____
to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$

C.O.D. Charge to be paid by: Shipper ☐ Consignee ☐

†The above box is used for the information of the parties only.
*If the box to the right is marked 'x', the word "collect" is hereby understood.

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____."

†The property described above is classified herein and the rate is in conformance with the classifications set forth in the carrier's tariffs thereon, and as a condition, and Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification, 15Shipock's lieu of stamp, not a part of bill of lading approved by the Interstate Commerce Commission.

DRIVER SIGNATURE _____

and remit to:

**TEXTRON** Fastening Systems Shipper, Per _____

Elco Textron, Inc.
PPID Operations
1111 Samuelson Road
P.O. Box 7050
Rockford, IL 61125-7009 U.S.A.

Permanent post office address of shipper.

Agent, Per _____

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

"MARK WITH 'X' TO DESIGNATE
HAZARDOUS MATERIAL AS
DEFINED IN TITLE 49 OF
FEDERAL REGULATIONS.

___ TRAILER # REQUIRED

F-34772



ACCOUNTS REC COPY

**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

DUNS       00512-9945
FED ID NO  36-1033080
A/R FAX    815.391.5908

PAGE    1

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

Sold To  AUTOMOTIVE COMPONENTS
DISBURSEMENT ANALYSIS
P.O. BOX 1550
FLINT       MI 48501-1550

Ship To  DELPHI C,35028,ELPASOTX
C/O INDIANAPOLIS DDC %
AIR ROAD-3150 CHIEF LN
INDIANAPOLIS  IN 46241

| Ship Via. | CTII CENTRAL TRANSPOR | | | INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|---|---|---|---|
| Freight Terms  FRT 3RD PARTY BILLING | | B/L No.  000587883 | | 10-05-05 | 11-27629 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-05-05 | PRECISION FORMED PRODUCTS DIV | 07 | 680 | 11-09000 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

PO 0550006829      PART 10478033             8,000 X    129.00M     1,032.00
ELCO PART   375-096-048250 4.65-4.75X24.75 OVRL SPL TERMINAL,    S
ELCO ORDER NUMBER   57374                    999999
ORDERED      984,000   BALANCE      216,000

PO 0550006832      PART 10488096             3,072 X    537.50M     1,651.20
ELCO PART   908-099-825224  1/4-18X.673   PIPE PLUG HOUSING    S
ELCO ORDER NUMBER   57377                    999999
ORDERED      171,376   BALANCE        9,328

PO 0550006828      PART 25369815            18,432 X   1020.52M    18,810.22
ELCO PART   329-099-100182 M10X1.5X17.10MM SPL HEAD SHLD HOUSN S
ELCO ORDER NUMBER   57704                    999999
ORDERED    2,240,947   BALANCE      654,268

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 85 | 3,075 | 285 | 2,790 | 8 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and all regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This Amount |
|---|---|
| NET 60 DAYS | 21,493.42 |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

## TEXTRON Fastening Systems

which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. In cases where contracts said with the same moving the shipment the risk of the contract apply. In cases where a carrier is moving a shipment without a contract the rates of the current National Motor Freight Classification Tariff will apply.

Eto Textron, Inc.
PPFO Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 \ (815) 391-5948 (fax)
DUNS 005129945

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

NAME OF CARRIER    CTII CENTRAL T

0 0 0 5 8 7 8 8 3

CARRIER'S NO.

| CONSIGNED TO | DELPHI C, 35028 ELPASOTX<br>ATF ROAD 3150 CHIEF LN<br>INDIANAPOLIS |
| --- | --- |

| DESTINATION | C/O INDIANAPOLIS DDC %<br>(Mail or street address of consignee — For purposes of notification only) |
| --- | --- |

DELIVERY ADDRESS    IN 46241

ROUTE

DELIVERING CARRIER    *(To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)*

| NO. PKGS | • THE KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (Sub. to Cor.) | CLASS OR RATE | CK. COL. |
| --- | --- | --- | --- | --- |
| 8 | Pallets<br>With    85    Cartons | 3075 | | |
| | Loose Cartons | | | |
| | SCREWS, BOLTS, NUTS, WASHERS<br>NO! STEEL OR ITEMS RS or L<br>PLAIN, CAD, OR ZINC COATED | | | |
| | SCREWS, BOLTS, NUTS, WASHERS<br>NO! STEEL OR ITEMS RS or L<br>PLAIN, CAD, OR ZINC COATED | | | |

Shipper's Signature Only Acknowledges Receipt of Freight

**611-375478-5**

SHIPPER LABEL

0-05-05    15:36

DATE OF VEHICLE

SEND BILLS TO: DELPHI C (CISCO CODE# 35028)
EL PASO TEX, C/O DATA 2 LOGISTICS
42 THOMAS PATTEN DRIVE, RANDOLPH MA 02369

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

Agent, Per

TRAILER # REQUIRED ✓2805S

DRIVER SIGNATURE _____ Agreement To: _____

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Per _____

"MARK WITH 'X' TO DESIGNATE
HAZARDOUS MATERIAL AS
DEFINED IN TITLE 49 OF
FEDERAL REGULATIONS.

TEXTRON Fastening Systems Shipper, Per _____

Eto Textron, Inc.
PPFO Operations
1111 Samuelson Road
P.O. Box 7008
Rockford, IL 61125-7008 U.S.A.
Permanent post office address of shipper.

Collect On Delivery $ _____ and remit to:

SHIPPERS NO.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

## TEXTRON Fastening Systems

Eto Textron, Inc.
PPFO Operations

Per _____
(Signature of Consignor.)

FREIGHT CHARGES
☐ Prepaid  ☑ Collect

Received $ _____ COLLECT
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

C.O.D. Charge to be paid by: Shipper ☐  Consignee ☐
If the box above is checked the shipment conforms to the specifications set forth in the box marker's certificate thereon, and all other requirements of Rule 41, of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification. Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

F-3477-2





ACCOUNTS REC COPY

 **TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

DUNS        00512-9945
FED ID NO   36-1033080
A/R FAX     815.391.5908

PAGE    1

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

Sold To   DELPHI AUTO. SYSTEMS
ATTN: DISBURS. ANYLSIS
P O BOX 436037
PONTIAC     MI 48343-6037

Ship To   DELPHI ENERGY & ENGINE
ROCHESTER OPERATIONS
1000 LEXINGTON AVENUE
ROCHESTER    NY 14606

Ship Via.   POINT DEDICATED (DELP

Freight Terms  COLLECT FOB ROCKFORD          B/L No. 000587890

| INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|
| 10-06-05 | 11-27639 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-06-05 | PRECISION FORMED PRODUCTS DIV | 07 | 175 | 11-28140 |

| | | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|

PO 0550005387      PART 25323905           3,300 X   1170.43M    3,862.42
ELCO PART   373-599-055782 5.51 X 86.8 SPECIAL STAINLESS STEEL PIN
ELCO ORDER NUMBER   57439
ORDERED    582,575  BALANCE    162,300

PO 0550005892      PART 25335661           4,000 X    38.37M      153.48
ELCO PART   645-004-040170 M4X0.7X15.7 TORX FLT FIL HD MS W/FLT WH
ELCO ORDER NUMBER   57440
ORDERED    684,000  BALANCE     28,000

PO 0550024490      PART 25345875          24,000 X    67.59M    1,622.16
ELCO PART   601-064-060230 M6X1.0X22.38 TRIMMED HX ACORN HD DOUBLE
ELCO ORDER NUMBER   57443
ORDERED   5,361,300  BALANCE   1,467,000

PO 0550050794      PART 25361744           7,500 X   159.15M    1,193.63
ELCO PART   343-098-060560 M6X1.0 X 55.4 OAL DBL END M/S STUD WITH
ELCO ORDER NUMBER   57445
ORDERED    486,000  BALANCE    159,000

PO 0550072634      PART 25370579             900 X   231.80M      208.62
ELCO PART   601-092-060830 M6X1XM6X1X114.5 HX WHSR COL STUD W/CRES
ELCO ORDER NUMBER   58049
ORDERED    160,800  BALANCE     71,700



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| | | | | | PAYMENT TERMS | Pay This Amount |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, therof.



**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

DUNS         00512-9945
FED ID NO    36-1033080
A/R FAX      815.391.5908

PAGE    2

REMIT TO:  ELCO TEXTRON INC.
           P.O. BOX 74839
           CHICAGO IL 60694-4839

Sold To  DELPHI AUTO. SYSTEMS
         ATTN: DISBURS. ANYLSIS
         P O BOX 436037
         PONTIAC      MI 48343-6037

Ship To  DELPHI ENERGY & ENGINE
         ROCHESTER OPERATIONS
         1000 LEXINGTON AVENUE
         ROCHESTER    NY 14606

Ship Via.   POINT DEDICATED (DELP

Freight Terms  COLLECT FOB ROCKFORD

| B/L No. 000587890 | INVOICE DATE | INVOICE NO. PACKING LIST |
|---|---|---|
| | 10-06-05 | 11-27639 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-06-05 | PRECISION FORMED PRODUCTS DIV | 07 | 175 | 11-28140 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

PO 0550072633     PART 25370580          1,000 X   168.10M      168.10
ELCO PART   601-092-060582 M6X1.0X57.9 HX WHSR COL STUD W/ CRESTCU
ELCO ORDER NUMBER    58050
ORDERED      82,108  BALANCE      37,000

PO 0550072636     PART 25370581          4,000 X   196.60M      786.40
ELCO PART   601-092-060581 M6X1.0XM6X1.0X58.0 HX WSH COL STUD W/CR
ELCO ORDER NUMBER    58051
ORDERED     491,378  BALANCE     216,000

PO 0550072635     PART 25370582            900 X   185.80M      167.22
ELCO PART   601-092-060650 M6X1XM6X1X64.49 HX WHSR COL STUD W/CRES
ELCO ORDER NUMBER    58052
ORDERED     165,600  BALANCE      73,800

PO 0550073980     PART 25377314          8,000 X    85.20M      681.60
ELCO PART   645-004-040170 M4X0.7X15.7 TORX FLT FIL HD MS W/FLT WH
ELCO ORDER NUMBER    58077
ORDERED     352,000  BALANCE     140,000

| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
|---|---|---|---|---|---|---|
| 52 | 1,245 | 102 | 1,143 | 2 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This Amount |
|---|---|
| NET 60 DAYS | 8,843.63 |

# TEXTRON Fastening Systems

Elco Textron, Inc.
PPFD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 (815) 391-5948 (fax)
DUNS 005129945

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

CONSIGNED TO:
DELPHI ENERGY & ENGINE
1000 LEXINGTON AVENUE
ROCHESTER

DESTINATION: ROCHESTER OPERATIONS
DELIVERY ADDRESS:
ROUTE:
STATE NY    14606

| DELIVERING CARRIER | NO. PKGS | *HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | CLASS OR RATE | CK COL. |
|---|---|---|---|---|---|---|
| | 17 | | SCREWS, BOLTS, NUTS, WASHERS NO STEEL OR ITEMS RS or L PLAIN, CAD, OR ZINC COATED | | | |
| | | | Loose Cartons | 480 | | |
| | 2 | | SCREWS, BOLTS, NUTS, WASHERS NO STEEL OR ITEMS RS of L PLAIN, CAD, OR ZINC COATED | | | |
| | Pallets With 35 | | Cartons | 765 | | |

0-06-05 09:27

CAR OR VEHICLE INITIALS            NO.

1245 #
Doc 45KD

DRIVER SIGNATURE _____ TRAILER # REQUIRED

☐ Collect On Delivery: $ _____ and remit to: _____
Agent, Per _____

TEXTRON Fastening Systems Shipper, Per _____

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

Permanent post office address of shipper.

"MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

NAME OF CARRIER    000587890    CARRIER'S NO.

POINT DEDICATE

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

TEXTRON Fastening Systems

Elco Textron, Inc.
PPFD Operations

_____
(Signature of Consignor.)

Per _____

C.O.D. Charge to be paid by: Shipper ☐  Consignee ☐

COLLECT
Received to apply in prepayment of the charges on the property described hereon.

Per _____
Agent or Cashier

Charges Advanced: $ _____

FREIGHT CHARGES
☐ Prepaid  ☐ Collect

F-347-2





**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

PAGE    1

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

Sold To  DELPHI AUTOMOTIVE SYSTM
DELPHI SAGINAW STEERING
P.O. BOX 436040
PONTIAC      MI 48343-6040

Ship To  DELPHI SAG SAN ANTONIO
DIST CTR PT 43
9440 BALL ST.-DIVS DOCK
SAN ANTONIO   TX 78217

Ship Via.  CTII CENTRAL TRANSPOR

Freight Terms  FRT 3RD PARTY BILLING

B/L No. 000587891

| INVOICE DATE | INVOICE NO. PACKING LIST |
| --- | --- |
| 10-06-05 | 11-27640 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
| --- | --- | --- | --- | --- |
| 10-06-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
| --- | --- | --- | --- |
| PO SAG90I5154      PART 26099221 | 2,100 X | 314.28M | 659.99 |

ELCO PART   601-062-140130 M14X2.0 X 13.0 IND HEX HEAD WITH FLAT W
ELCO ORDER NUMBER     57355
ORDERED      96,000   BALANCE      23,100



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. P.O. BOX 74839 CHICAGO IL 60694-4839 |
| --- | --- | --- | --- | --- | --- | --- |
| 7 | 270 | 32 | 238 | 1 | | |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of section 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, therof.

| PAYMENT TERMS | Pay This |
| --- | --- |
| NET 60 DAYS | Amount      659.99 |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**TEXTRON Fastening Systems**

Elco Textron, Inc.
P.O. Box 7009
PPO Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 (815) 391-5948 (fax)
DUNS 005129945

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME

CONSIGNED TO

DELPHI SAG SAN ANTONIO
DELPHI SAG SAN ANTONIO
9440 BALL ST.-DIV5 DOCK
SAN ANTONIO
60436

DESTINATION    DIST CTR PT 43    STATE    TX    78217

NAME OF CARRIER    CTII CENTRAL T

CARRIER'S NO.    0 0 0 5 8 7 8 9 1

DELIVERING CARRIER

DELIVERY ADDRESS

ROUTE

| NO. PKGS | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | CLASS OR RATE |
|---|---|---|---|
| | SCREWS, BOLTS, NUTS, WASHERS | | |
| | NO STEEL ON ITEMS R6 or L | | |
| | PLAIN, CAD, OR ZINC COATED | | |
| | Loose Cartons | | |
| | SCREWS, BOLTS, NUTS, WASHERS | | |
| | NO STEEL ON ITEMS R6 or L | | |
| | PLAIN, CAD, OR ZINC COATED | | |
| 1 | Pallets With | 7 | |
| | Cartons | 270 | |

SEND FREIGHT BILLS TO:DELPHI S (44034)
LAREDO,TEXAS C/O DATA 2 LOGISTICS
42 THOMAS PATTEN DR, RANDOLPH, AFB, 02369

CAR OR VEHICLE INI

DRIVER SIGNATURE

TRAILER # REQUIRED

Driver's Signature Only Acknowledges Receipt of Freight

**611-375494-2**
SHIPPER LABEL

"MARK WITH 'X' TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

DRIVER SIGNATURE

Collect On Delivery $

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

**TEXTRON Fastening Systems** Shipper, Per _____

Permanent post office address of shipper.

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

COLLECT

C.O.D. Charge to be paid by _____
"If the charges are to be prepaid, write or stamp here, "to be prepaid."

Agent, Per _____

Charges Advanced: $

Per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

Per _____

**FREIGHT CHARGES**
☐ Prepaid  ☑ Collect

RECEIVED LEFT
to apply in prepayment of the charges on the property described hereon.

**TEXTRON Fastening Systems**
Elco Textron, Inc.
PPO Operations

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

SHIPPER'S NO.

F-3477-2







**TEXTRON** Fastening Systems

Elco Textron Inc.
1111 Samuelson Road P.O. Box 7009
Rockford, IL 61125-7009
815.397.5155 Fax 815.398.4569

ACCOUNTS REC COPY

| | |
|---|---|
| DUNS | 00512-9945 |
| FED ID NO | 36-1033080 |
| A/R FAX | 815.391.5908 |

REMIT TO: ELCO TEXTRON INC.
P.O. BOX 74839
CHICAGO IL 60694-4839

PAGE    1

Sold To    DELPHI AUTOMOTIVE SYSTM
DELPHI SAGINAW STEERING
P.O. BOX 436040
PONTIAC        MI 48343-6040

Ship To    DELPHI SAGINAW STEERING
PLANT #6 TOWERLINE RD.
OFF HOLLAND RD.
SAGINAW        MI 48601

Ship Via.    ALVAN - SUPER CARTAGE

Freight Terms    COLLECT FOB ROCKFORD

B/L No.  000587899

| INVOICE DATE | INVOICE NO. |
|---|---|
| 10-06-05 | 11-27649 |

| DATE SHIPPED | SHIPPED FROM | DESK | TERR. | CUSTOMER NO. |
|---|---|---|---|---|
| 10-06-05 | PRECISION FORMED PRODUCTS DIV | 07 | 172 | 11-28880 |

| | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| PO SAG90I5106    PART 26086101 | 20,000 X | 82.35M | 1,647.00 |
| ELCO PART   349-049-100130  M10X1.25X12.5 SPECIAL SET SCREW, | | S | |
| ELCO ORDER NUMBER    57471 | 0253 | | |
| ORDERED   6,898,000   BALANCE   3,370,000 | | | |



| No. Cartons | Gross | Tare | Net | No. Skids | REMIT TO: | ELCO TEXTRON INC. |
|---|---|---|---|---|---|---|
| 8 | 248 | 8 | 240 | 0 | | P.O. BOX 74839 CHICAGO IL 60694-4839 |

MATERIAL SHOULD NOT BE RETURNED WITHOUT OUR PERMISSION
We hereby certify that these goods were produced in compliance
with all applicable requirements of Sec. 6, 7 and 12 of the Fair
Labor Standards Act of 1938, as amended, and of regulations and
orders of the United States Department of Labor issued section 14, thereof.

| PAYMENT TERMS | Pay This |
|---|---|
| NET 60 DAYS | Amount   1,647.00 |

# STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

**TEXTRON** Fastening Systems

RECEIVED, subject to "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Elco Textron, Inc.
FPPD Operations
1111 Samuelson Road
Rockford, IL 61109
(815) 397-5151 (815) 391-5948 (fax)
DUNS 005329945

| NO. PKGS. | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subj. to Cor.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 8 | SCREWS, BOLTS, NUTS, WASHERS | | | |
| | NO1 STEEL OR ITEMS RS or L | | | |
| | PLAIN, CAD, OR ZINC COATED | | | |
| | Loose Cartons | | | |
| | Pallets With | | | |
| | Cartons | 248 | | |

CONSIGNED TO
DELPHI SAGINAW STEERING
OFF HOLLAND RD.
SAGINAW

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME.

DESTINATION: PLANT #6 TOWERLINE RD.
STATE: MI
ZIP: 48601

DELIVERY CARRIER

ROUTE

DRIVER SIGNATURE _____

**TRAILER # REQUIRED** 53347

NO. 10-05-05 15:16

NAME OF CARRIER: ALVAN - SUPER

CARRIERS NO. 000578899

CC7548771

C.O.D. Charge to be paid by: Shipper ☐ Consignee ☐

Collect On Delivery: $

COD Amt: $

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
per _____

"Mark with "X" to designate Hazardous material, as defined in Title 49 of Federal Regulations.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

TEXTRON Fastening Systems Shipper, Per

Agent, Per

Permanent post office address of shipper.

Elco Textron, Inc.
FPPD Operations
1111 Samuelson Road
P.O. Box 7090
Rockford, IL 61125-7090 U.S.A.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

TEXTRON Fastening Systems

Per _____ (Signature of Consignor)

FREIGHT CHARGES
☐ Prepaid  ☐ Collect

COLLECT

Charges Advanced: $

Agent or Cashier

(The signature here acknowledges only the amount prepaid.)

Per _____

