UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
: 
    In re                                            :
:
DELPHI CORPORATION, et al.,         :        Chapter 11
:
                        Debtors.          :        Case No. 05-44481 (RDD)
:
                                            :        (Jointly Administered)
:
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November 2007, I caused to be served a true and correct copy of the *Objection of Siemens VDO Automotive Corp. to the Notices of (A) Cure Amount and (B) Assumption and/or Assignment of Executory Contracts in Connection With the Sale of the Debtors' Sale of Its Interiors and Closures Businesses* via facsimile and Federal Express to the following counsel of record:

| | |
|---|---|
| Delphi Automotive Systems LLC<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n: Legal Staff<br>Fax: 248.813.2673 | Skadden, Arps, Slate, Meagher &Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Att'n: Ron E. Meisler and Brian M. Fern<br>Fax: 312.407.0411 |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n: Deputy General Counsel, Transactions & Restructuring<br>Fax: 248.813.2673 | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Att'n: Donald Bernstein and Brian Resnick<br>Fax: 212.450.3800 |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Att'n: Robert J. Rosenberg and Mark A. Broude<br>Fax: 212.751.4864 | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Att'n: Bonnie Steingart<br>Fax: 212.859.4000 |

| Cadwalader, Wickersham & Taft LLP One World Financial Center New York, NY 10281 Att'n: Mike Ryan Fax: 212.504.6666 | Office of the United States Trustee for the Southern District of New York 33 Whitehall Street, Suite 2100 New York, NY 10004 Att'n: Alicia Leonhard Fax: 212.668.2255 |
|---|---|

Date:  November 26, 2007
            New York, NY

                                                                    */s/ Marianne Pichuzhkina*_____
                                                                    Marianne Pichuzhkina