GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
(212) 813-8800
Allan S. Brilliant (AB 8455)
Craig P. Druehl (CD 2657)
Meagan E. Costello (MC 0962)

- and -

GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
(617) 570-1330
Gina Lynn Martin (GM 1324)

Attorneys for Caspian Capital Advisors, LLC;
Castlerigg Master Investments Ltd.;
CR Intrinsic Investors, LLC; Davidson
Kempner Capital Management LLC; Elliott
Associates, L.P.; Nomura Corporate Research
& Asset Management, Inc; Sailfish Capital
Partners, LLC; and Whitebox Advisors, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| DELPHI CORPORATION, et al. | : Case No. 05-44481 (RDD) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )SS.:
COUNTY OF NEW YORK )

      Stephen M. Wolpert, being duly sworn, deposes and says:

      I am associated with of the law firm of Goodwin Procter LLP, am over eighteen years of age and am not a party to or interested in the above-captioned case.

      On November 21, 2007, I caused a copy of the following document:

SUPPLEMENTAL AND RESTATED OBJECTION OF CASPIAN CAPITAL ADVISORS, LLC; CASTLERIGG MASTER INVESTMENTS LTD.; CR INTRINSIC INVESTORS, LLC; DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC; ELLIOTT ASSOCIATES, L.P.; NOMURA CORPORATE RESEARCH & ASSET MANAGEMENT, INC.; SAILFISH CAPITAL PARTNERS, LLC; AND WHITEBOX ADVISORS, LLC TO MOTION TO APPROVE (A) PROPOSED DISCLOSURE STATEMENT WITH RESPECT TO JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION, AND (B) MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES

to be served in by hand delivery upon the parties listed on <u>Schedule 1</u>, by hand delivery and electronic mail upon the parties listed on <u>Schedule 2</u>, and by overnight courier and electronic mail upon the parties listed on <u>Schedule 3</u>. In addition, courtesy copies were delivered to the chambers of Hon. Robert D. Drain.

Dated: New York, New York
       November 26, 2007

                                                           /s/Stephen M. Wolpert

Sworn to before me this
26th day of November, 2007
  /s/Rosemary Cuciti
      Notary Public

Rosemary Cuciti
NOTARY PUBLIC- State of New York
No. 01CU6159158
Qualified in Kings County
Commission Expires January 2011

2

## SCHEDULE 1

<u>BY HAND</u>

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn : Alicia M. Leonhard

# SCHEDULE 2

BY HAND AND E-MAIL

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn : Kayalyn A. Marafioti
        Thomas J. Matz

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn : Robert J. Rosenberg

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn : Brad Eric Sheler
        Bonnie Steingart
        Vivek Melwani
        Jennifer L. Rodburg
        Richard J. Slivinski

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn : Kenneth S. Ziman
        Robert H. Trust
        William T. Russell, Jr.

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn : Donald Bernstein
        Brian Resnick

# SCHEDULE 3

BY OVERNIGHT COURIER AND E-MAIL

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn : Sean Corcoran
　　　　Karen Craft

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler
　　　John K. Lyons
　　　Ron E. Meisler