GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
(212) 813-8800
Allan S. Brilliant (AB 8455)
Craig P. Druehl (CD 2657)
Meagan E. Costello (MC 0962)

- and -

GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
(617) 570-1330
Gina Lynn Martin (GM 1324)

Attorneys for Caspian Capital Advisors, LLC;
Castlerigg Master Investments Ltd.;
CR Intrinsic Investors, LLC; Davidson
Kempner Capital Management LLC; Elliott
Associates, L.P.; Nomura Corporate Research
& Asset Management, Inc; Sailfish Capital Partners,
LLC; and Whitebox Advisors, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                  :
                                                        :   Chapter 11
                                                        :
DELPHI CORPORATION, et al.                              :   Case No. 05-44481 (RDD)
                                                        :
                                    Debtors.            :   Jointly Administered
                                                        :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )SS.:
COUNTY OF NEW YORK  )

      Stephen M. Wolpert, being duly sworn, deposes and says:

I am associated with of the law firm of Goodwin Procter LLP, am over eighteen years of age and am not a party to or interested in the above-captioned case.

On November 21, 2007, I caused a copy of the following document:

SUPPLEMENTAL AND RESTATED OBJECTION OF CASPIAN
CAPITAL ADVISORS, LLC; CASTLERIGG MASTER
INVESTMENTS LTD.; CR INTRINSIC INVESTORS, LLC;
DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC;
ELLIOTT ASSOCIATES, L.P.; NOMURA CORPORATE
RESEARCH & ASSET MANAGEMENT, INC.; SAILFISH
CAPITAL PARTNERS, LLC; AND WHITEBOX ADVISORS, LLC
TO EXPEDITED MOTION FOR ORDER UNDER 11 U.S.C.
§§105(a), 363(b), 503(b) and 507(a) AUTHORIZING AND
APPROVING AMENDMENT TO DELPHI-APPALOOSA EQUITY
PURCHASE AND COMMITMENT AGREEMENT

to be served in redacted form by hand delivery upon the parties listed on Schedule 1, in redacted form by hand delivery and electronic mail upon the parties listed on Schedule 2, in redacted form by hand delivery and unredacted form by electronic mail upon the parties listed on Schedule 3, and in unredacted form by hand delivery and electronic mail upon the parties listed on Schedule 4. In addition, courtesy copies were delivered to the chambers of Hon. Robert D. Drain.

Dated:  New York, New York
        November 26, 2007

                                                          /s/Stephen M. Wolpert

Sworn to before me this
26th day of November, 2007
  /s/Rosemary Cuciti
        Notary Public

Rosemary Cuciti
NOTARY PUBLIC- State of New York
No. 01CU6159158
Qualified in Kings County
Commission Expires January 2011

# SCHEDULE 1

<u>REDACTED- BY HAND</u>

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn : Alicia M. Leonhard

**SCHEDULE 2**

REDACTED- BY HAND AND E-MAIL

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn : Sean Corcoran
       Karen Craft

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn : Kenneth S. Ziman
       Robert H. Trust
       William T. Russell, Jr.

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn : Donald Bernstein
       Brian Resnick

1

# SCHEDULE 3

<u>REDACTED- BY HAND, UNREDACTED- BY E-MAIL</u>

Skadden, Arps, Slate, Meagher & Flom LLP  
333 West Wacker Drive  
Suite 2100  
Chicago, IL 60606  
Attn: John Wm. Butler  
      John K. Lyons  
      Ron E. Meisler

# SCHEDULE 4

UNREDACTED- BY HAND AND E-MAIL

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn : Kayalyn A. Marafioti
      Thomas J. Matz

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn : Robert J. Rosenberg

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn : Brad Eric Sheler
      Bonnie Steingart
      Vivek Melwani
      Jennifer L. Rodburg
      Richard J. Slivinski