UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
    In re                                   :        Chapter 11
:
DELPHI CORPORATION, et al.,        :        Case No. 05-44481 (RDD)
:
                       Debtors.      :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NINTH SUPPLEMENTAL ORDER UNDER 11 U.S.C. §§ 102(1) AND 105
AND FED. R. BANKR. P. 2002(m), 9006, 9007, AND 9014 ESTABLISHING
OMNIBUS HEARING DATES AND CERTAIN NOTICE, CASE
<u>MANAGEMENT, AND ADMINISTRATIVE PROCEDURES</u>

("NINTH SUPPLEMENTAL CASE MANAGEMENT ORDER")

Upon the motion, dated October 8, 2005 (the "Case Management Motion"),[1] of Delphi Corporation and certain of its domestic subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order under 11 U.S.C. §§ 102(1), 105(a), and 105(d) and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 establishing (a) omnibus hearing dates, (b) certain notice, case management, and administrative procedures in the Debtors' chapter 11 cases, and (c) scheduling an initial case conference in accordance with Rule 1007-2(e) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York; and this Court having entered an order granting the Case Management Motion on October 14, 2005 (Docket No. 245), a supplemental order on March 20, 2006 (Docket No. 2883) (the "Supplemental Order"), a second supplemental order on March 28, 2006 (Docket No. 2995), a third supplemental order on April 20, 2006 (Docket No.

---

[1]    Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

3296), a fourth supplemental order on May 3, 2006 (Docket No. 3589), a fifth supplemental order on May 5, 2006 (Docket No. 3629), a sixth supplemental order on May 11, 2006 (Docket No. 3730), a seventh supplemental order on May 19, 2006 (Docket No. 3824), and an eighth supplemental order on October 26, 2006 (Docket No. 5418) (collectively, the "Prior Supplemental Orders"); and this Court having scheduled additional omnibus hearing dates (the "Omnibus Hearing Dates") in these cases, it is hereby

ORDERED THAT:

1. This Court shall conduct the following omnibus hearings in these cases, to be held in Courtroom 610, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 unless the Debtors are otherwise notified by the Court. The following dates and times have been scheduled as Omnibus Hearing Dates in these chapter 11 cases:

November 8, 2007 at 10:00 a.m. (prevailing Eastern time)

November 16, 2007 at 10:00 a.m. (prevailing Eastern time)

November 29, 2007 at 10:00 a.m. (prevailing Eastern time)

December 20, 2007 at 10:00 a.m. (prevailing Eastern time)

January 25, 2008 at 10:00 a.m. (prevailing Eastern time)

February 26, 2008 at 10:00 a.m. (prevailing Eastern time)

2. Omnibus Hearing Dates thereafter may be scheduled by this Court. All matters requiring a hearing in these cases shall be set for and be heard on Omnibus Hearing Dates unless alternative hearing dates are approved by the Court for good cause shown.

        3.     If this Court changes any of the Omnibus Hearing Dates set forth in Paragraph 1 above, the Debtors are authorized to provide a notice of change of hearing (the "Notice") in accordance with paragraph 15 of the Supplemental Order. The terms of such Notice shall be binding upon all parties-in-interest in these chapter 11 cases and no other or further notice or order of this Court shall be necessary.

        4.     Except as set forth herein, the Prior Supplemental Orders shall continue in full force and effect.

Dated: New York, New York
       October <u>19</u>, 2007

                                        <u>/s/Robert D. Drain</u>
                                        UNITED STATES BANKRUPTCY JUDGE