# MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
### ATTORNEYS AT LAW

LAURIE A. KREPTO
ADMITTED IN PENNSYLVANIA, NEW
JERSEY, DELAWARE, & WASHINGTON D.C.

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109-1029
215-772-1500
FAX 215-772-7620

DIRECT DIAL
215-772-7410

lkrepto@mmwr.com

November 27, 2007

*VIA ECF*

Clerk
U.S. Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York 10004-1408

    Re:    <u>In re Delphi Corporation, et al., Chapter 11 Case No. 05-44481 (RDD)</u>

Dear Sir or Madam:

    Kindly remove my name from the Court's Electronic Service List in the above-referenced case. My e-mail address is lkrepto@mmwr.com.

    Thank you for your anticipated cooperation.

                         Very truly yours,

                         */s/ Laurie A. Krepto*
                         Laurie A. Krepto