**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                              Chapter 11

                                                        Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                         Jointly Administered

                        Debtors

---------------------------------------------------------------x

## **ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

     UPON the motion of *John Moustakas, Esq.* for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that *John Moustakas, Esq.* is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  November 27, 2007
         New York, New York

                                                 /s/Robert D. Drain_____
                                                 UNITED STATES BANKRUPTCY JUDGE