**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                              Chapter 11

                                                         Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,        Jointly Administered

                       Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

     UPON the motion of *Richard M. Wyner, Esq.* for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that *Richard M. Wyner, Esq.* is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  November 27, 2007
        New York, New York

                                                  /s/Robert D. Drain_____
                                                  UNITED STATES BANKRUPTCY JUDGE