**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                          Chapter 11

                                                                Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                      Jointly Administered

                    Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of *Michael K. Isenman, Esq.* for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that *Michael K. Isenman, Esq.* is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 27, 2007
       New York, New York

                                                /s/Robert D. Drain_____
                                                UNITED STATES BANKRUPTCY JUDGE