UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| DELPHI CORPORATION, et al., | : Case No. 05-44481 (RDD) |
| | : |
| | : Jointly Administered |
| Debtors. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                            ) ss.:
COUNTY OF NEW YORK   )

Vivian E Rodriguez, being duly sworn, deposes and says:

1. I am over 18 years of age, am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, and am not a party in the above-captioned action.

2. I caused to be served true and correct copies of the ***Response of Latigo Master Fund Ltd. to Debtors' Twenty-Second Omnibus Claims Objection*** by hand to the party listed on the annexed Exhibit A and by Federal Express to the parties listed on the annexed Exhibit B on November 27, 2007.

/s/ Vivian E Rodriguez
Vivian E Rodriguez

Sworn to before me this
27th day of November, 2007

/s/ Ryan Wagner                     Ryan Wagner
Notary Public                          Notary Public, State of New York
                                                No. 01WA6146121
                                                Qualified in New York County
                                                Commission Expires May 15, 2010

KL2 2533942.1

## **EXHIBIT A**

Thomas J. Matz
Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

KL2 2533942.1

## **EXHIBIT B**

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Chambers, Honorable Robert D. Drain<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004 |
| Robert Rosenberg & Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 | Alicia M. Leonhard<br>Office of the Unted States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004 |
| | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: John Wm. Butler, Jr.<br>    John K. Lyons<br>    Joseph N. Wharton |