# RADIALL

ISO 9001:2000 - AS9100 Registered

Coaxial connectors & RF components
Multipin & fiber optic connectors
Coax & fiber optic cable assemblies

ISO 9001
AS9100

6825 W. Galveston Street, Suite 11, Chandler, AZ 85226 • Tel. 480-682-9400 • Fax 480-682-9403 • www.radiall.com

November 19, 2007

Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE: Delphi Corporation  -  Case No. 05-44481
    Claim of $6,345.00 filed by Radiall Jerrik, Inc. – Claim Number 3711
    Title of claims objection – "Insufficiently Documented Claims"

On May 1, 2006, Radiall Jerrik, Inc. filed a Proof of Claim in the amount of $6,345.00 for goods sold to the Debtor in the normal course of business. The Notice of Objection to Claim which we received does not appear to provide a basis for the Debtor's objection. Subsequent to our filing, the Debtor had requested copies of proofs of delivery for the goods sold, and we faxed these to Debtor in August 2006. We believe we have a full and valid unsecured claim in the above amount and that it should not be disallowed, expunged, reduced or amended for any reason.

Accordingly, attached to this letter are copies of the sales invoices and of the proofs of delivery in support of our Claim.

Since the filing of our Proof of Claim, our Company has relocated. The address to which any future correspondence in this case, including replies to this response, should be sent is:
    6825 W. Galveston St., Suite 11
    Chandler, AZ 85226

We appreciate your consideration in this matter.

Very truly yours,

*[signature]*

Dennis Testori
Chief Financial Officer

Cc: Hon. Robert D. Drain, United States Bankruptcy Judge
    Delphi Corporation
    Skadden, Arps, Slate, Meagher & Flom LLP

# RADIALL® ISO 9001

RADIALL JERRIK - 102 W. JULIE DRIVE - TEMPE AZ 85283 USA - Tel : 480 730 5700 - Fax : 480 730 5800

COPIE / COPY

**INVOICE** 102395

Your Order    DELPHI TIJUANA dated 02/10/05

| | |
|---|---|
| Invoice Date | 02/17/05 |
| Page: | 1 |
| Delivery Number | 225733/ 2911650 / 1 |
| Delivery Date | 02/17/05 |

**Billing Address**
500321
DELPHI DELCO A/P
ONE CORPORATE CENTER
PO BOX 9005
KOKOMA  IN  46904

**Delivery Address**
DELPHI CONNECTION SYSTEMS
C/O BAJA FREIGHT FORWARDERS
8662 SIEMPRE VIVA ROAD
SAN DIEGO  CA  92154

**References to Quote**

| Customer No | Order No | Order Date | Shipment Terms / Method | Salesperson |
|---|---|---|---|---|
| 500322 | 2911650 | 02/10/05 | DDP (Delivered Duty Paid ICC.2000) By Plane | CAIN FORLAW TX |

Currency : USD

| Pos. | Part No | Description | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|
| 001 | R197114C00 | FIC DR COAX+BOIT 2,6/50S C100 | 250 EA | 1.26 | 315.00 |
| 003 | R197114D01 | FIC DR COAX+BOIT 5/50S C100 | 250 EA | 11.36 | 2840.00 |
| 005 | R197234B10 | P DR DOUB COAX+B 2,6+5/50 C100 | 250 EA | 2.50 | 625.00 |
| 007 | R197214B10 | F DR DOUB COAX+B 2,6+5/50 C100 | 250 EA | 2.62 | 655.00 |
| 009 | R197114E00 | FIC DR COAX+BOIT 2,6/50S C100 | 250 EA | 1.26 | 315.00 |
| 011 | R197114K00 | FIC DR COAX+BOIT 2,6/50S C100 | 250 EA | 1.26 | 315.00 |

BAJA FREIGHT FORWARDERS / 619-661-0011

Goods value    5065.00
Order total    5065.00

| Payment Terms | Amount | Tax | % | Freight | Total Amount | Curr. |
|---|---|---|---|---|---|---|
| 30 days date of invoice Due date  03/19/05 | 5065.00 | | | | 5065.00 | USD |

| Deposit | Tax Deposit | Net payable | | Curr. |
|---|---|---|---|---|
| | | | 5065.00 | USD |

**VERY IMPORTANT**  *To be attached with your payment*

Payer    500321    Invoice    102395
Total Amount    :    5065.00    USD

| Gross Weight | Net Weight |
|---|---|
| | |

Ref. - FACT880

**RADIALL®**                                                                                    ISO 9001

RADIALL JERRIK - 102 W. JULIE DRIVE - TEMPE AZ 85283  USA - Tel : 480 730 5700 - Fax : 480 730 5800

COPIE / COPY

**INVOICE**    104908

Your Order    DELPHI TIJUANA dated 03/22/05

Invoice Date    04/01/05    Page: 1
Delivery Number    236826/ 2911958 / 1
Delivery Date    04/01/05

| Billing Address | Delivery Address |
|---|---|
| 500321<br><br>DELPHI DELCO A/P<br>ONE CORPORATE CENTER<br>PO BOX 9005<br>KOKOMA  IN  46904 | DELPHI CONNECTION SYSTEMS<br>C/O BAJA FREIGHT FORWARDERS<br>8662 SIEMPRE VIVA ROAD<br>SAN DIEGO  CA  92154 |

References to Quote

| Customer No | Order No | Order Date | Shipment Terms / Method | Salesperson |
|---|---|---|---|---|
| 500322 | 2911958 | 03/22/05 | DDP (Delivered Duty Paid ICC.2000)<br>By Plane | CAIN FORLAW TX |

Currency : USD

| Pos. | Part No | Description | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|
| 001 | R197234B10 | P DR DOUB COAX+B 2,6+5/50 C100 | 250 EA | 2.50 | 625.00 |
| 002 | R197214B10 | F DR DOUB COAX+B 2,6+5/50 C100 | 250 EA | 2.62 | 655.00 |
|  |  |  | Goods value |  | 1280.00 |
|  |  |  | Order total |  | 1280.00 |

| Payment Terms | Amount | Tax | % | Freight | Total Amount | Curr. |
|---|---|---|---|---|---|---|
| 30 days date of invoice<br>Due date   05/01/05 | 1280.00 |  |  |  | 1280.00 | USD |

| Deposit | Tax Deposit | Net payable | Curr. |
|---|---|---|---|
|  |  | 1280.00 | USD |

*VERY IMPORTANT*   *To be attached with your payment*

| Gross Weight | Net Weight |
|---|---|
|  |  |

Payer    500321    Invoice    104908

Total Amount    :    1280.00    USD

# RADIALL-JERRIK

Radiall Jerrik, Inc., 102 W. Julie Dr., Tempe, AZ 85283
Phone 480.730.5700          Fax 480.730.5800

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Darlene Evans-Franklin | Tina M. Batt |
| COMPANY: | DATE: |
| Delphi | 8/3/2006 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 248.265.4276 | ~~12~~ 8 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| 248.265.4288 | Delphi Bankruptcy |
| RE: | YOUR REFERENCE NUMBER: |
| Proof of Delivery | Inv. No. 104908 |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

Darlene-

Following is the proof of delivery for our invoice no. 104908 that you requested. I have noted the matching items.

If you have any further questions, please feel free to contact me.

Best Regards,

Tina M. Batt
Accountant
480.756.5106 Ph.
480.730.5800 Fax
Tina.BATT@radiall.com
www.radiall.com


FAXED 8/3 TMB

# RADIALL

ISO9001 /

RADIALL JERRIK - 102 W. JULIE DRIVE - TEMPE AZ 85283  USA - Tel : 480 730 5700 - Fax : 480 730 5800

COPIE / COPY

**INVOICE**    104908 ④

Your Order    DELPHI TIJUANA dated 03/22/05

Invoice Date    04/01/05 ③    Page:    1

Delivery Number    ① 236826/ 2911958 / 1
Delivery Date    04/01/05

| Billing Address | Delivery Address |
|---|---|
| 500321<br>DELPHI DELCO A/P<br>ONE CORPORATE CENTER<br>PO BOX 9005<br>KOKOMA IN 46904 | DELPHI CONNECTION SYSTEMS<br>C/O BAJA FREIGHT FORWARDERS<br>8662 SIEMPRE VIVA ROAD<br>SAN DIEGO CA 92154 |

### References to Quote

| Customer No | Order No | Order Date | Shipment Terms / Method | Salesperson |
|---|---|---|---|---|
| 500322 | ⑬ 2911958 | 03/22/05 | DDP (Delivered Duty Paid ICC.2000) By Plane | CAIN FORLAW TX |

Currency :USD

| Pos. | Part No | Description | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|
| 001 | R197234B10 ⑥ | P DR DOUB COAX+B 2,6+5/50 C100 | ⑦ 250 EA | 2.50 | 625.00 |
| 002 | R197214B10 ⑧ | F DR DOUB COAX+B 2,6+5/50 C100 | ⑨ 250 EA | 2.62 | 655.00 |
|  |  | Goods value |  |  | 1280.00 |
|  |  | Order total |  |  | 1280.00 |

| Payment Terms | Amount | Tax | % | Freight | Total Amount | Curr. |
|---|---|---|---|---|---|---|
| 30 days date of invoice<br>Due date   05/01/05 | 1280.00 |  |  |  | 1280.00 | USD |

| Deposit | Tax Deposit | Net payable | Curr. |
|---|---|---|---|
|  |  | 1280.00 | USD |

| Gross Weight | Net Weight |
|---|---|
|  |  |

**VERY IMPORTANT**    To be attached with your payment

Payer    500321    Invoice    104908

Total Amount    :    1280.00    USD

PAGE 2 of 8

Ref - FACT880

```
DRS100/E2                      Work with Shipments              8/03/06  22:09:40
** MOVEX V10.A **                                               B60ROS   JRKACC20S1
Division 100 488              *** Radiall Jerrik Live ***              Mov'One

Shipment.......  (1) 236826
Route..........                           Route departure
Place of load.. VOR     VOREPPE           Place of unload USA     USA

Main transp mt. AIR     By Plane
Load platform..
Recipient......
Departure date.  40105                    Departure time. 12:13
Arrival date...                           Arrival time... 12:13
Deadline date..                           Deadline time..

Transp equipm..                           Load no........
Transp ID dep.. 691855180250 (2)          Country........
Forward agent.. FEDEX                     Transp meth bdr
Responsible.... BERGER_ST    Berger Stéphane
                                          4/01/05  /  4/01/05  /  DILAS_M

F3=End              F4=Prompt            F5=Refresh           F6=Text
                                         F12=Cancel           F24=More F-keys
```

Page 3 of 8

FedEx | Track                                                                                    Page 1 of 1

## Track Shipments
## Detailed Results

? Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 691855180250 ② | **Reference** | 236826 ① |
| **Signed for by** | E.GODINEZ | **Destination** | SAN DIEGO, CA |
| **Ship date** | Apr 1, 2005 | **Service type** | International Priority |
| **Delivery date** | Apr 4, 2005 10:28 AM | | Service |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 4, 2005 | 10:28 AM | Delivered | SAN DIEGO, CA | |

[ Signature proof ]   [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From [                    ]        Add a message to this email.
To   [                    ]        [                    ]

                                                    [ Send email ]

Bg 4of8

http://www.fedex.com/Tracking/Detail?ftc_start_url=&totalPieceNum=&backTo=&template_type...    8/3/2006



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

08/03/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **6918551802502**

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Apr 4, 2005 10:28 |
| **Signed for by:** | E.GODINEZ | | |
| **Service type:** | International Priority Service | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 6918551802502 | **Ship date:** | Apr 1, 2005 |
| **Recipient:**<br>SAN DIEGO, CA US | | **Shipper:**<br>MOIRANS FR | |
| **Reference** | | 2368261 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

Pag 5 of 8

```
OIS150/E                        Work with Deliveries              8/03/06  22:14:23
** MOVEX V10.A **                                                 B60ROS    JRKACC20S1
Division 100 488        *** Radiall Jerrik Live ***               Mov'One
Customer no....  500322      Name.   DELPHI AUTOMOTIVE SYSTEMS              Stop.
Payer..........  500321      Name.   DELPHI DELCO A/P                       Stop.
CO no..........  2911958 ③           Delivery index.   1
Warehouse......  41A  Automotive Vor  CO type........ ICI  NORMAL ORDER

Status.........  80                                           HH MM SS
Delivery date..  040105 ⑤            Time of deliv..  03 59 00
Gross weight...                      Release group..
Volume.........                      Address no.....  01FR2
Net weight.....                      Departure......
                                     Unloading seq..
Summary invoice  0
Payment terms..  930  30 d. date inv.  Delivery method  AIR    By Plane
                                       Delivery terms.  DDP    DDP

Invoice no.....  ④ 104908
                                       4-01-05 / 4-01-05 / MVXSECOFGB

F3=End              F4=Prompt          F5=Refresh           F6=Text
F12=Cancel          F16=Pre-text       F17=Post-text        F24=More F-keys
```

Page 60 of 8

```
MMS070/B1              Display Stock Transaction History    8/03/06 22:15:01
1=Select               2=Change              5=Display      21=Int account ent

Warehouse......  41A               Automotive  Voreppe France
Item no........  R197234B10 ⑥     P DR DOUB COAX+B 2,6+5/50 C400

 1  Ent dt  Location    ID   Sts  Trans qty    New ohb   Ord no    Line Ind Reftx
 __ 021705  FB01        STP   2         250        250   1175338   001000 001 41A=
 __ 021705  FB01        OID   2         250-         0   2911650   000500 001 DELP
 __ 033005  FC81        STP   2         250        250   1184376   001000 001 41A=
 __ 040105  FC81        OID   2      ⑦  250-         0   2911958   000100 001 DELP
 __ 012506  FB02        MVW   2          20         20   1240821   002000 001 41 =
 __ 012506  FB02        OID   2          20-         0   3126426   002000 001 DELP


F3=End              F4=Prompt          F5=Refresh         F11=More info
F12=Cancel          F13=Parameters     F23=Options        F24=More F-keys
```

Page 7 of 8

```
MMS070/B1                    Display Stock Transaction History      8/03/06 22:15:01
 1=Select              2=Change                5=Display             21=Int account ent

Warehouse...... 41A                   Automotive  Voreppe France
Item no........ R197214B10             F DR DOUB COAX+B 2,6+5/50 C200

 1  Ent dt  Location   ID   Sts   Trans qty   New ohb   Ord no    Line   Ind Reftx
___ 021705  FR000     STP    2         50         50   1175308  001000  001 41A=
___ 021705  FR007     STP    2        200        250   1175315  001000  001 41A=
___ 021705  FR000     OID    2         50-        200   2911650  000700  001 DELP
___ 021705  FR007     OID    2        200-         0   2911650  000700  001 DELP
___ 033005  FR007     STP    2        250        250   1184381  001000  001 41A=
___ 040105  FR007     OID    2        250-         0   2911958  000200  001 DELP
___ 012506  FR004     MVW    2         20         20   1240821  001000  002 41 =
___ 012506  FR004     OID    2         20-         0   3126426  001000  001 DELP


F3=End              F4=Prompt          F5=Refresh        F11=More info
F12=Cancel          F13=Parameters     F23=Options       F24=More F-keys
```

**RADIALL-JERRIK**

Radiall Jerrik, Inc., 102 W. Julie Dr., Tempe, AZ  85283
Phone 480.730.5700            Fax 480.730.5800

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Darlene Evans-Franklin | Tina M. Batt |
| COMPANY: | DATE: |
| Delphi | 8/3/2006 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 248.265.4276 | 12 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| 248.265.4288 | Delphi Bankruptcy |
| RE: | YOUR REFERENCE NUMBER: |
| Proof of Delivery | Inv. No. 102395 |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

Darlene-

Following is the proof of delivery for our invoice no. 102395 that you requested. I have noted the matching items. Invoice no. 104908 will be following shortly.

If you have any further questions, please feel free to contact me.

Best Regards,

Tina M. Batt
Accountant
480.756.5106 Ph.
480.730.5800 Fax
Tina.BATT@radiall.com
www.radiall.com

