# RADIALL

ISO9001 /

RADIALL JERRIK - 102 W. JULIE DRIVE - TEMPE AZ 85283 USA - Tel : 480 730 5700 - Fax : 480 730 5800

COPIE / COPY

| | |
|---|---|
| Invoice Date | 02/17/05 ④ |
| Page: | 1 |

**INVOICE**    102395 ⑥

| | |
|---|---|
| Delivery Number | ① 225733/ 2911650 / 1 |
| Delivery Date | 02/17/05 |

Your Order    DELPHI TIJUANA dated 02/10/05

### Billing Address

500321
DELPHI DELCO A/P
ONE CORPORATE CENTER
PO BOX 9005
KOKOMA IN 46904

### Delivery Address

DELPHI CONNECTION SYSTEMS
C/O BAJA FREIGHT FORWARDERS
8662 SIEMPRE VIVA ROAD
SAN DIEGO CA 92154

### References to Quote

| Customer No | Order No | Order Date | Shipment Terms / Method | Salesperson |
|---|---|---|---|---|
| 500322 | ③ 2911650 | 02/10/05 | DDP (Delivered Duty Paid ICC.2000) By Plane | CAIN FORLAW TX |

Currency : USD

| Pos. | Part No | Description | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|
| 001 | R197114C00 ⑥ | FIC DR COAX+BOIT 2,6/50S C100 | ① 250 EA | 1.26 | 315.00 |
| 003 | R197114D01 ④ | FIC DR COAX+BOIT 5/50S C100 | ② 250 EA | 11.36 | 2840.00 |
| 005 | R197234B10 ⑩ | P DR DOUB COAX+B 2,6+5/50 C100 | ⑧ 250 EA | 2.50 | 625.00 |
| 007 | R197214B10 | F DR DOUB COAX+B 2,6+5/50 C100 | 250 EA | 2.62 | 655.00 |
| 009 | R197114E00 | FIC DR COAX+BOIT 2,6/50S C100 | 250 EA | 1.26 | 315.00 |
| 011 | R197114K00 | FIC DR COAX+BOIT 2,6/50S C100 | ⑰ 250 EA | 1.26 | 315.00 |

BAJA FREIGHT FORWARDERS / 619-661-0011

| | |
|---|---|
| Goods value | 5065.00 |
| Order total | 5065.00 |

| Payment Terms | Amount | Tax | % | Freight | Total Amount | Curr. |
|---|---|---|---|---|---|---|
| 30 days date of invoice<br>Due date  03/19/05 | 5065.00 | | | | 5065.00 | USD |

| Deposit | Tax Deposit | Net payable | Curr. |
|---|---|---|---|
| | | 5065.00 | USD |

**VERY IMPORTANT**    *To be attached with your payment*

| | | | |
|---|---|---|---|
| Payer | 500321 | Invoice | 102395 |
| | Total Amount : | | 5065.00    USD |

| Gross Weight | Net Weight |
|---|---|
| | |

Ref - FACT880

Page 2 of 12

```
           05-44481-rdd    Doc 11141-1    Filed 11/20/07    Entered 11/28/07 10:10:32    Exhibit
DRS100/E2                         Work with Shipments                         8/03/06 22:09:26
** MOVEX V10.A **                      Pg 2 of 12                              B60ROS    JRKACC20S1
Division 100 488              *** Radiall Jerrik Live ***                          Mov'One
```

```
Shipment.......  ①225733
Route..........                              Route departure
Place of load..  VOR      VOREPPE            Place of unload USA     USA

Main transp mt.  AIR      By Plane
Load platform..
Recipient......
Departure date.  21705                       Departure time. 10:58
Arrival date...  21705                       Arrival time... 10:58
Deadline date..                              Deadline time..

Transp equipm..                              Load no........
Transp ID dep..  6918 5516 9509 ②            Country........
Forward agent..  FEDEX                       Transp meth bdr
Responsible....  SALVI_Y     Salvi Yoan
                                                   2/17/05  /  2/17/05  /  PIZZILLO_M

F3=End              F4=Prompt         F5=Refresh         F6=Text
                                      F12=Cancel         F24=More F-keys
```

Track Shipments
Detailed Results

② Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 691855169509 ② | Reference | ① 225733 |
| Signed for by | J.CAMPOS | Destination | SAN DIEGO, CA |
| Ship date | Feb 17, 2005 | Service type | International Priority |
| Delivery date | Feb 18, 2005 9:55 AM | | Service |
| Status | Delivered | | |

| Date/Time | Activity | | Location | Details |
|---|---|---|---|---|
| Feb 18, 2005 | 9:55 AM | Delivered | SAN DIEGO, CA | |

Signature proof | Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From

To

Add a message to this email.

Send email

http://www.fedex.com/Tracking/Detail?ftc_start_url=&totalPieceNum=&backTo=&template_type...    8/3/2006

Pg 4 of 12



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

08/03/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **691855169509**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Feb 18, 2005 09:55 |
| **Signed for by:** | J.CAMPOS | | |
| **Service type:** | International Priority Service | | |



**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 691855169509 | **Ship date:** | Feb 17, 2005 |
| **Recipient:** | | **Shipper:** | |
| SAN DIEGO, CA US | | MOIRANS FR | |
| **Reference** | | 225733 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339

```
OIS150/E                         Work with Deliveries              8/03/06  22:14:09
** MOVEX V10.A **                                                  B60ROS    JRKACC20S1
Division 100 488            *** Radiall Jerrik Live ***              Mov'One
Customer no.... 500322       Name.  DELPHI AUTOMOTIVE SYSTEMS              Stop.
Payer.......... 500321       Name.  DELPHI DELCO A/P                      Stop.
CO no.......... 2911650 ③            Delivery index.  1
Warehouse...... 41A Automotive Vor   CO type........  IC2  SAMPLE ORDER

Status......... 80                                        HH MM SS
Delivery date.. 021705 ④             Time of deliv..  01 47 00
Gross weight...                      Release group..  DROUAULT_L
Volume.........                      Address no.....  01FR2
Net weight.....                      Departure......
                                     Unloading seq..
Summary invoice 0
Payment terms.. 930  30 d. date inv. Delivery method  AIR      By Plane
                                     Delivery terms.  DDP      DDP

Invoice no..... 102395 ⑤
                                            2-17-05 / 2-17-05 / MVXSECOFGB

F3=End              F4=Prompt           F5=Refresh            F6=Text
F12=Cancel          F16=Pre-text        F17=Post-text         F24=More F-keys
```

```
MMS070/B1              Display Stock Transaction History      8/03/06 22:15:01
1=Select            2=Change             5=Display           21=Int account ent

Warehouse...... 41A              Automotive  Voreppe France
Item no........ R197114C00 ⓖ     FIC DR COAX+BOIT 2,6/50S C500

 1 Ent dt Location    ID   Sts  Trans qty    New ohb   Ord no    Line Ind Reftx
   122204 FC81        STP  2         5           5    1164750  001000 001 41A=
   122304 FC81        STN  2         5-          0    1164932  001000 001 41A=
   021705 FD02        STP  2       250         250    1175316  001000 001 41A=
   021705 FD02        OID  2    ⓜ 250-           0    2911650  000100 001 DELP
   101905 FE75        MVW  2       500         500    1220088  001000 001 41 =
   011706 FE75        OID  2       100-        400    0734655  001000 002 RADI
   042806 FE75        MVL  2       400-          0             000000 000 MMS1
   042806 FE72        MVL  2       400         400             000000 000 MMS1


F3=End              F4=Prompt            F5=Refresh           F11=More info
F12=Cancel          F13=Parameters       F23=Options          F24=More F-keys
```

Page 7 of 12

```
MMS070/B1                    Display Stock Transaction History         8/03/06 22:15:01
1=Select              2=Change                  5=Display           21=Int account ent

Warehouse...... 41A                     Automotive  Voreppe France
Item no........ R197114D01 (8)          FIC DR COAX+BOIT 5/50S C500

 1  Ent dt  Location    ID   Sts   Trans qty    New ohb   Ord no   Line    Ind Reftx
    021705  FL05       STP    2           250       250  1175314  001000   001 41A=
    021705  FL05       OID    2      (9) 250-         0  2911650  000300   001 DELP


F3=End                F4=Prompt              F5=Refresh          F11=More info
F12=Cancel            F13=Parameters         F23=Options         F24=More F-keys
```

```
MMS070/B1                      Display Stock Transaction History        8/03/06 22:15:01
1=Select              2=Change                  5=Display           21=Int account ent

Warehouse......  41A                  Automotive  Voreppe France
Item no........  R197234B10 (10)      P DR DOUB COAX+B 2,6+5/50 C400

 1 Ent dt Location    ID    Sts   Trans qty    New ohb   Ord no    Line  Ind Reftx
   021705 FB01        STP   2    (11)  250         250  1175338  001000  001 41A=
   021705 FB01        OID   2          250-          0  2911650  000500  001 DELP
   033005 FC81        STP   2          250         250  1184376  001000  001 41A=
   040105 FC81        OID   2          250-          0  2911958  000100  001 DELP
   012506 FB02        MVW   2           20          20  1240821  002000  001 41 =
   012506 FB02        OID   2           20-          0  3126426  002000  001 DELP


F3=End                F4=Prompt              F5=Refresh          F11=More info
F12=Cancel            F13=Parameters         F23=Options         F24=More F-keys
```

```
MMS070/B1                    Display Stock Transaction History      8/03/06 22:15:01
1=Select           2=Change                    5=Display             21=Int account ent

Warehouse...... 41A                   Automotive  Voreppe France
Item no........ R197214B10 ⑫          F DR DOUB COAX+B 2,6+5/50 C200

 1 Ent dt Location       ID  Sts  Trans qty     New ohb   Ord no    Line Ind Reftx

   021705 FR000          STP  2          50          50   1175308  001000 001 41A=
   021705 FR007          STP  2         200         250   1175315  001000 001 41A=
   021705 FR000          OID  2     ⑬  ⎡ 50-         200   2911650  000700 001 DELP
   021705 FR007          OID  2        ⎣200-          0   2911650  000700 001 DELP
   033005 FR007          STP  2         250         250   1184381  001000 001 41A=
   040105 FR007          OID  2         250-          0   2911958  000200 001 DELP
   012506 FR004          MVW  2          20          20   1240821  001000 002 41 =
   012506 FR004          OID  2          20-          0   3126426  001000 001 DELP


F3=End                F4=Prompt           F5=Refresh          F11=More info
F12=Cancel            F13=Parameters      F23=Options         F24=More F-keys
```

Page 10 of 12

```
MMS070/B1              Display Stock Transaction History        8/03/06 22:15:01
1=Select            2=Change                   5=Display          21=Int account ent

Warehouse...... 41A                    Automotive  Voreppe France
Item no........ R197114E00 (14)        FIC DR COAX+BOIT 2,6/50S C500

 1  Ent dt  Location    ID    Sts   Trans qty      New ohb   Ord no    Line  Ind Reftx
 __ 021705  FC83        STP    2          250          250   1175311   001000 001 41A=
 __ 021705  FC83        OID    2       (15)250-          0   2911650   000900 001 DELP




F3=End              F4=Prompt           F5=Refresh         F11=More info
F12=Cancel          F13=Parameters      F23=Options        F24=More F-keys
```

Page 11 of 12

```
MMS070/B1                    Display Stock Transaction History        8/03/06 22:15:01
1=Select          2=Change                    5=Display               21=Int account ent

Warehouse......  41A            (16)   Automotive  Voreppe France
Item no........  R197114K00             FIC DR COAX+BOIT 2,6/50S C500

 1  Ent dt Location       ID   Sts   Trans qty    New ohb   Ord no   Line Ind Reftx
    _____ _____       ___  ___   _____    _____   _____  ____ ___ _____
    021705 FA210          STP   2         250         250  1175305  001000 001 41A=
    021705 FA210          OID   2    (17) 250-          0  2911650  001100 001 DELP




F3=End              F4=Prompt           F5=Refresh         F11=More info
F12=Cancel          F13=Parameters      F23=Options        F24=More F-keys
```

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Delphi Corporation | Case Number: 05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): ~~[struck through]~~ RADIALL JERRIK, INC.

Name and address where notices should be sent:
~~[struck through]~~ RADIALL JERRIK, INC.
102 W Julie Dr
Tempe AZ 85283

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 480.730.5700

COPY

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces    a previously filed claim, dated:_____
if this claim ☐ amends

1. **Basis for Claim**
   - ☒ Goods Sold / Services Performed
   - ☐ Customer Claim
   - ☐ Taxes
   - ☐ Money Loaned
   - ☐ Personal Injury
   - ☐ Other _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)       (date)

2. Date debt was incurred: 02/17/2005 + 04/01/2005

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 6,345.00
   (unsecured)   (secured)   (priority)   (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other_____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim** $ 6,345.00
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

MAILED VIA USPS 04.27.06

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 04/26/2006 | [signature] RICHARD KAISER, PRESIDENT |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410191746146300