**COVINGTON & BURLING LLP**
**THE NEW YORK TIMES BUILDING**
620 Eighth Avenue
New York, NY 10018
(212) 841-1000
Aaron R. Marcu (AM-6309)
Susan Power Johnston (SJ-9386)

Foreign Trade and Special Corporate Committee
Counsel to the Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
    In re                            :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                 Debtors.       :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        PLEASE TAKE NOTICE THAT the address of Covington & Burling LLP, foreign trade and special corporate committee legal counsel to the above-captioned debtors and debtors-in-possession, has changed, and effective **Monday, June 25, 2007**, all notices, correspondence and pleadings should be addressed as follows:

COVINGTON & BURLING LLP
THE NEW YORK TIMES BUILDING
620 Eighth Avenue
New York, New York  10018-1405

PLEASE TAKE FURTHER NOTICE THAT all other contact information for the undersigned and other Covington & Burling LLP attorneys remains unchanged.

Dated: New York, New York
November 28, 2007

        **COVINGTON & BURLING LLP**

        By:   /s/ Susan Power Johnston
            Aaron R. Marcu  (AM-6309)
            Susan Power Johnston  (SJ-9386)

THE NEW YORK TIMES BUILDING
620 Eighth Avenue
New York, NY  10018
(212) 841-1000

**Foreign Trade and Special Corporate Committee Counsel to the Debtors and Debtors-in-Possession**