UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :

In re                        :        Chapter 11
                      :

DELPHI CORPORATION, et al.,      :        Case No. 05-44481 (RDD)
                      :

              Debtors.    :        (Jointly Administered)
                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE OR AMENDED CLAIMS,
(B) EQUITY CLAIMS, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS, AND (F)
CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION,
MODIFIED CLAIMS ASSERTING RECLAMATION, CLAIMS SUBJECT TO
MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS, AND MODIFIED CLAIMS
ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS IDENTIFIED
IN TWENTY-SECOND OMNIBUS CLAIMS OBJECTION

("TWENTY-SECOND OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims,

(C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And

Records, (E) Untimely Claim, And (F) Claims Subject To Modification, Tax Claims Subject To

Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That

Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To

Prior Orders, dated October 26, 2007 (the "Twenty-Second Omnibus Claims Objection"),[1] of

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Twenty-Second Omnibus Claims Objection.

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the record of the hearing held on the Twenty-Second Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim"), listed on Exhibits A, B, C, D-1, D-2, D-3, D-4, E, F-1, F-2, F-3, F-4, and F-5 hereto was properly and timely served with a copy of the Twenty-Second Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Twenty-Second Omnibus Claims Objection, and notice of the deadline for responding to the Twenty-Second Omnibus Claims Objection.  No other or further notice of the Twenty-Second Omnibus Claims Objection is necessary.

B.    This Court has jurisdiction over the Twenty-Second Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Second Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Twenty-Second Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

C.     The Claims listed on Exhibit A hereto under the column heading "Claim To Be Expunged" are either duplicates of other Claims filed with this Court or have been amended or superseded by later-filed Claims (the "Duplicate Or Amended Claims").

D.     The Claims listed on Exhibit B hereto were filed by holders of Delphi common stock solely on account of their stock holdings (the "Equity Claims").

E.     The Claims listed on Exhibit C contain insufficient documentation to support the Claims asserted (the "Insufficiently Documented Claims").

F.     The Claims listed on Exhibit D-1 hereto assert liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims").

G.     The Claim listed on Exhibit D-2 hereto, which was filed by a taxing authority, asserts a liability and dollar amount that is not reflected on the Debtors' books and records (the "Books And Records Tax Claim").

H.     The Claim listed on Exhibit D-3 hereto asserts liabilities or dollar amounts that are not reflected on the Debtors' books and records and was also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claim").

I.     The Claims listed on Exhibit D-4 hereto were modified pursuant to prior orders and assert liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims That Are Subject To Prior Orders").

J.     The Claim listed on Exhibit E hereto was untimely filed pursuant to the Bar Date Order (the "Untimely Claim").

K.     The Claims listed on Exhibit F-1 hereto (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b)

were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

L.     The Tax Claims listed on <u>Exhibit F-2</u> hereto are overstated (the "Tax Claims Subject To Modification").

M.     The Claims listed on <u>Exhibit F-3</u> hereto (a) (i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtor, and/or (iii) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

N.     The Claims listed on <u>Exhibit F-4</u> hereto were modified pursuant to prior orders and (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification That Are Subject To Prior Orders").

O.     The Claim listed on <u>Exhibit F-5</u> hereto was modified pursuant to a prior order and (a) (i) states the incorrect amount or is overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) was filed and docketed against the wrong Debtor,

4

and/or (iii) incorrectly asserts secured or priority status and (b) asserts a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand, subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Modified Claim Asserting Reclamation That Is Subject To Prior Order").

P.    The relief requested in the Twenty-Second Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    Each "Claim To Be Expunged" listed on <u>Exhibit A</u> hereto is hereby disallowed and expunged in its entirety.  Those Claims identified on <u>Exhibit A</u> hereto as "Surviving Claims" shall remain on the Debtors' claims register, but shall remain subject to future objection by the Debtors and other parties-in-interest.

2.    Each Equity Claim listed on <u>Exhibit B</u> hereto is hereby disallowed and expunged in its entirety.

3.    Each Insufficiently Documented Claim listed on <u>Exhibit C</u> hereto is hereby disallowed and expunged in its entirety.

4.    Each Books And Records Claim listed on <u>Exhibit D-1</u> hereto is hereby disallowed and expunged in its entirety.

5

5.      The Books And Records Tax Claim listed on <u>Exhibit D-2</u> hereto is hereby disallowed and expunged in its entirety.

6.      The Untimely Books And Records Claim listed on <u>Exhibit D-3</u> hereto is hereby disallowed and expunged in its entirety.

7.      Each of the Books And Records Claims That Are Subject To Prior Orders listed on <u>Exhibit D-4</u> hereto is hereby disallowed and expunged in its entirety.

8.      The Untimely Claim listed on <u>Exhibit E</u> hereto is hereby disallowed and expunged in its entirety.

9.      Each "Claim As Docketed" amount, classification, and Debtor listed on <u>Exhibit F-1</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit F-1</u> hereto shall be entitled to (a) recover any Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on <u>Exhibit F-1</u> hereto, subject to the Debtors' right to further object to each such Claim Subject to Modification.  The Claims Subject To Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

10.      Each "Claim As Docketed" amount and Debtor listed on <u>Exhibit F-2</u> hereto is hereby revised to reflect the amount listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit F-2</u> hereto shall be entitled to (a) recover for the Tax Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified"

column on Exhibit F-2 hereto, and/or (c) assert a Claim against a Debtor whose case number is
not listed in the "Claim As Modified" column on Exhibit F-2 hereto, subject to the Debtors' right
to further object to each such Tax Claim Subject to Modification.  The Tax Claims Subject To
Modification shall remain on the claims register, and shall remain subject to future objection by
the Debtors and other parties-in-interest.

       11.    Each "Claim As Docketed" amount, classification, and Debtor listed on
Exhibit F-3 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the
"Claim As Modified."  No Claimant listed on Exhibit F-3 shall be entitled to (a) recover any
Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the
"Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that
any Reserved Defense is valid and denying priority status to such Claimant's reclamation
demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As
Modified" column on Exhibit F-3 hereto, and/or (c) assert a Claim against a Debtor whose case
number is not listed in the "Claim As Modified" column on Exhibit F-3 hereto, subject to the
Debtors' right to further object to each such Modified Claim Asserting Reclamation.  The
Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain
subject to future objection by the Debtors and other parties-in-interest.

       12.    Each "Claim As Docketed" amount, classification, and Debtor listed on
Exhibit F-4 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the
"Claim As Modified."  No Claimant listed on Exhibit F-4 hereto shall be entitled to (a) recover
any Claims Subject To Modification That Are Subject To Prior Orders in an amount exceeding
the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that
is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim

against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit F-4 hereto, subject to the Debtors' right to further object to each of such Claims Subject To Modification That Are Subject To Prior Orders. The Claims Subject To Modification That Are Subject To Prior Orders shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

13. The "Claim As Docketed" amount, classification, and Debtor listed on Exhibit F-5 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified." The Claimant listed on Exhibit F-5 shall not be entitled to (a) recover for the Modified Claim Asserting Reclamation That Is Subject To Prior Order in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that any Reserved Defense is valid and denying priority status to such Claimant's reclamation demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit F-5 hereto, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit F-5 hereto, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation That Is Subject To Prior Order. The Modified Claim Asserting Reclamation That Is Subject To Prior Order shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest. For clarity, Exhibit H hereto displays the formal name of each of the Debtor entities and their associated bankruptcy case numbers referenced on Exhibits F-1, F-2, F-3, F-4, and F-5.

14. With respect to each Claim for which a Response to the Twenty-Second Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on Exhibits G-1, G-2, G-3, G-4, G-5, G-6, G-7, G-8, G-9,

and G-10 hereto, the hearing regarding the objection to such Claims shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely or otherwise deficient under the Claims Objection Procedures Order.

15.    Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Second Omnibus Claims Objection.

16.    Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

17.    This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twenty-Second Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

18.    Each of the objections by the Debtors to each Claim addressed in the Twenty-Second Omnibus Claims Objection and attached hereto as Exhibits A, B, C, D-1, D-2, D-3, D-4, E, F-1, F-2, F-3, F-4, F-5, G-1, G-2, G-3, G-4, G-5, G-6, G-7, G-8, G-9, and G-10 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Twenty-Second Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

19.    Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

9

20.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Twenty-Second Omnibus Claims Objection.

Dated: New York, New York
        November ___, 2007

_____
            UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 15225 <br> Date Filed: 07/31/2006 <br> Creditor's Name and Address: <br><br> GIBBS DIE CASTING CORPORATION <br> BARNES & THORNBURG LLP <br> 11 S MERIDIAN ST <br> INDIANAPOLIS, IN 46204-3535 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) <br> Secured: <br> Priority: <br> Administrative: <br> Unsecured: $366,338.17 <br> Total: $366,338.17 | Claim Number: 15224 <br> Date Filed: 07/31/2006 <br> Creditor's Name and Address: <br><br> GIBBS DIE CASTING CORPORATION <br> BARNES & THORNBURG LLP <br> 11 S MERIDIAN ST <br> INDIANAPOLIS, IN 46204-3535 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) <br> Secured: <br> Priority: <br> Administrative: <br> Unsecured: $228,980.13 <br> Total: $228,980.13 |
| Claim Number: 7417 <br> Date Filed: 06/05/2006 <br> Creditor's Name and Address: <br><br> HENDRICKSON DAVID <br> 1012 NOTTINGHAM LN <br> KOKOMO, IN 46902-9551 | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: <br> Unsecured: UNL <br> Total: UNL | Claim Number: 16718 <br> Date Filed: 10/04/2007 <br> Creditor's Name and Address: <br><br> HENDRICKSON <br> 1012 NOTTINGHAM LN <br> KOKOMO, IN 46902 | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: UNL <br> Administrative: <br> Unsecured: <br> Total: UNL |
| Claim Number: 16626 <br> Date Filed: 07/17/2007 <br> Creditor's Name and Address: <br><br> MILLWOOD INC DBA LIBERTY INDUSTRIES INC <br> KRUGLIAK WILKINS GRIFFITHS & <br> DOUGHERTY CO LPA <br> 4775 MUNSON ST NW <br> PO BOX 36963 <br> CANTON, OH 44735-6963 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) <br> Secured: <br> Priority: $5,946.75 <br> Administrative: <br> Unsecured: $214,220.75 <br> Total: $220,167.50 | Claim Number: 10218 <br> Date Filed: 07/21/2006 <br> Creditor's Name and Address: <br><br> MILLWOOD INC DBA LIBERTY INDUSTRIES INC <br> KRUGLIAK WILKINS GRIFFITHS & DOUGHERTY <br> CO LPA <br> 4775 MUNSON ST NW <br> PO BOX 36963 <br> CANTON, OH 44735-6963 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) <br> Secured: <br> Priority: $55,995.04 <br> Administrative: <br> Unsecured: $164,172.46 <br> Total: $220,167.50 |
| Claim Number: 10847 <br> Date Filed: 07/25/2006 <br> Creditor's Name and Address: <br><br> SOSNOWCHIK THOMAS J <br> 37407 S JADE CREST DR <br> TUCSON, AZ 85739 | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: UNL <br> Administrative: <br> Unsecured: <br> Total: UNL | Claim Number: 16715 <br> Date Filed: 09/27/2007 <br> Creditor's Name and Address: <br><br> SOSNOWCHIK THOMAS J <br> 37407 S JADE CREST DR <br> TUCSON, AZ 85739 | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: <br> Unsecured: $76,442.00 <br> Total: $76,442.00 |

**Total Claims to be Expunged:** 4

**Total Asserted Amount to be Expunged:** $586,505.67

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.                                    Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BILL R WAGGERMAN<br>34850 MISSION BELLVIEW<br>LOUISBURG, KS 66053-7175 | 5550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/10/2006 | DELPHI CORPORATION<br>(05-44481) |
| BILLY GENE ISENHOWER<br>414 WINTERBROOK<br>OLATHE, KS 66062-1805 | 5813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/15/2006 | DELPHI CORPORATION<br>(05-44481) |
| DARLENE I MORRISON<br>239 LAUREL ST<br>YOUNGSTOWN, OH 44505-1923 | 7266 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| DONALD J MOSES<br>1206 WILSON<br>STURGIS, MI 49091-2247 | 13516 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| ETTA MARIE WALTON<br>659 W 400S<br>SHELBYVILLE, IN 46176-9317 | 7715 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| EUGENE J PETERSON AS<br>PETERSON UTHE MD UNIFORM<br>GIFTS TO MINORS ACT<br>229 MARSH ISLAND DR<br>CHESAPEAKE, VA 23320-9245 | 8499 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| HOWARD L WEBER AND SHIRLEY E<br>WEBER JT TEN<br>35652 JOHNSTOWN RD<br>FARMINGTON HILLS, MI 48335-2015 | 4131 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| JAY V DAVENPORT<br>113 VENUS WAY<br>BONAIRE, GA 31005-3337 | 6512 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/22/2006 | DELPHI CORPORATION<br>(05-44481) |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                                                    **Twenty-Second Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT B - EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JERRY JAGER JR<br>4545 HWY 589<br>SUMRALL, MS 39482-3978 | 4340 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/02/2006 | DELPHI CORPORATION<br>(05-44481) |
| MARK S WALERZAK<br>10371 ST JOHN DR<br>ALGONAC, MI 48001-4241 | 9203 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/10/2006 | DELPHI CORPORATION<br>(05-44481) |
| SAM HOWARD JR<br>2205 LILAC CIRCLE<br>MCKINNEY, TX 75071 | 7813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/12/2006 | DELPHI CORPORATION<br>(05-44481) |
| VIOLA F CHRISTOPHER<br>4795 GRAN RIVER GLEN<br>DULUTH, GA 30096 | 3682 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| WILLIAM P UNRATH<br>310 TRAVERSE DR<br>PITTSBURGH, PA 15236-4463 | 5673 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/12/2006 | DELPHI CORPORATION<br>(05-44481) |
| WILLIAM P UNRATH SR AND<br>MARLENE UNRATH TEN ENT<br>310 TRAVERSE DR<br>PITTSBURGH, PA 15236-4463 | 5674 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/12/2006 | DELPHI CORPORATION<br>(05-44481) |
| ZOFKO MARTIN<br>8978 ALTURA DR NE<br>WARREN, OH 44484 | 16084 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **15** | | **UNL** | | |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**  **Twenty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JANET M GORDON<br>20437 ARDMORE<br>DETROIT, MI 48235-1510 | 11157 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| OLD DOMINION FREIGHT LINE I<br>PO BOX 60908<br>CHARLOTTE, NC 28260 | 4424 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,715.40<br>Total: $3,715.40 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| RADIALL JERRIK INC<br>102 W JULIE DR<br>TEMPE, AZ 85283 | 3711 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,345.00<br>Total: $6,345.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| Total: | 3 | $10,060.40 | | |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                                        **Twenty-Second Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DANIEL F YOUNG INC<br>1235 WESTLAKES DR STE 255<br>BERWYN, PA 19312 | 7745 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $300.00<br>$300.00 | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| HIRSCHMANN AUTOMOTIVE GMBH<br>405 LEXINGTON AVE 42ND FL<br>NEW YORK, NY 10174 | 2280 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $224,681.70<br>$224,681.70 | 03/10/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ITAPSA S A DE C V<br>ATTN C MENDELJIAN<br>1101 TECHNOLOGY DR 100<br>ANN ARBOR, MI 48108 | 9512 | Secured: $221,044.31<br>Priority:<br>Administrative:<br>Unsecured: $51,085.79<br>Total: $272,130.10 | | 07/14/2006 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF CARBY CORPORATION<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 15491 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,340.00<br>$5,340.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SABIN METAL CORPORATION<br>300 PANTIGO PL<br>STE 102<br>EAST HAMPTON, NY 11937 | 8510 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,583.35<br>$10,583.35 | 06/26/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| SEMITOOL INC<br>PO BOX 60000 FILE 72530<br>SAN FRANCISCO, CA 94160-2530 | 5208 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,480.05<br>$5,480.05 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| THYSSENKRUPP ELEVATOR<br>1500 S SUNKIST ST STE B<br>ANAHEIM, CA 92806 | 5646 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: $69.63<br>Total: $69.63 | | 05/11/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| TNT LOGISTICS NORTH AMERICA IN<br>10751 DEERWOOD PK BLVD STE 200<br>JACKSONVILLE, FL 32256 | 6940 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $14,465.00<br>$14,465.00 | 05/26/2006 | DELPHI CORPORATION (05-44481) |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**    **Twenty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| Total: | 8 | $533,049.83 | | |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                    **Twenty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D-2 - BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF ALABAMA DEPARTMENT OF REVENUE PO BOX 320001 MONTGOMERY, AL 36132-0001 | 1775 | Secured: Priority: Administrative: Unsecured: Total: | $157,059.64 $157,059.64 | 02/06/2006 | DELPHI CORPORATION (05-44481) |
| | **Total:** 1 | | **$157,059.64** | | |

**In re Delphi Corporation, et al.**          Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT D-3 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SCOTT DARRYL REESE<br>C O 329 BASKET BRANCH<br>OXFORD, MI 48371-6359 | 16709 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,844.62<br><br><br>$40,844.62 | 09/18/2007 | DELPHI CORPORATION (05-44481) |
| | **Total:** **1** | | **$40,844.62** | | |

In re Delphi Corporation, et al.          Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-4 - BOOKS AND RECORDS CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS *

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 1139 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$93,039.28<br>$93,039.28 | 12/13/2005 | DELPHI CORPORATION (05-44481) |
| BERKSHIRE INVESTMENTS LLC<br>CHICAGO EXTRUDED METALS CO<br>1601 S 54TH AVE<br>CICERO, IL 60804 | 9653 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $177,062.67<br><br><br><br>$177,062.67 | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| CARLISLE PLASTICS COMPANY INC<br>320 S OHIO AVE<br>PO BOX 146<br>NEW CARLISLE, OH 45344-0146 | 190 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,178.68<br>$3,178.68 | 10/28/2005 | DELPHI CORPORATION (05-44481) |
| GORMAN JOHN M CO INC<br>2844 KEENAN AVE<br>DAYTON, OH 45414-4914 | 11937 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$17,280.45<br>$17,280.45 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| HYDRA AIR INC<br>8208 INDY LN<br>INDIANAPOLIS, IN 46214-2326 | 15353 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$930.45<br>$930.45 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| VLR EMBEDDED INC<br>3035 W 15TH ST<br>PLANO, TX 75075 | 285 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$59,571.89<br>$59,571.89 | 11/02/2005 | DELPHI CORPORATION (05-44481) |

Total:          6                    $351,063.42

*The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**                    **Twenty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT E - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PIETRA JAMES<br>1130 SUZYLYNN<br>YOUNGSTOWN, OH 44512 | 16717 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:            UNL<br>Total:            UNL | 10/05/2007 | DELPHI CORPORATION<br>(05-44481) |
| | **Total:    1** | **UNL** | | |

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11143-2    Filed 11/28/07    Entered 11/28/07 13:12:15    Exhibit B
Pg 21 of 59

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 809**
Date Filed: 11/22/2005
Docketed Total: $ 450,022.77
Filing Creditor Name and Address:
AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121

Claim Holder Name and Address
AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121          Docketed Total:          **$450,022.77**

Modified Total:          **$438,359.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $450,022.77 |
| | | | **$450,022.77** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $438,359.65 |
| | | | **$438,359.65** |

---

**Claim: 1127**
Date Filed: 12/12/2005
Docketed Total: $ 46,327.72
Filing Creditor Name and Address:
APOLLO SEIKO LTD
1861 WILLOWCREEK RD
PORTAGE, IN 46368

Claim Holder Name and Address
APOLLO SEIKO LTD
1861 WILLOWCREEK RD
PORTAGE, IN 46368          Docketed Total:          **$46,327.72**

Modified Total:          **$11,980.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $46,327.72 |
| | | | **$46,327.72** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,900.51 |
| 05-44567 | | | $5,080.24 |
| | | | **$11,980.75** |

---

**Claim: 1504**
Date Filed: 01/10/2006
Docketed Total: $ 268,362.48
Filing Creditor Name and Address:
AVAYA INC
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
AVAYA INC
PO BOX 5126
TIMONIUM, MD 21094          Docketed Total:          **$268,362.48**

Modified Total:          **$268,362.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44596 | | | $268,362.48 |
| | | | **$268,362.48** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $268,362.48 |
| | | | **$268,362.48** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11143-2    Filed 11/28/07    Entered 11/28/07 13:12:15    Exhibit B
Pg 22 of 59

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2220**
Date Filed: 03/07/2006
Docketed Total: $ 31,894.35
Filing Creditor Name and Address:
BOC GASES
575 MTN AVE
MURRAY HILL, NJ 07974

Claim Holder Name and Address

BOC GASES
575 MTN AVE
MURRAY HILL, NJ 07974

Docketed Total: **$31,894.35**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,894.35 |
| | | | **$31,894.35** |

Modified Total: **$27,141.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $2,033.58 |
| 05-44640 | | | $25,107.66 |
| | | | **$27,141.24** |

---

**Claim: 8726**
Date Filed: 06/28/2006
Docketed Total: $ 195,108.90
Filing Creditor Name and Address:
COMARK INC
C O INSIGHT ENTERPRISES INC
1305 W AUTO DR
TEMPE, AZ 85284

Claim Holder Name and Address

COMARK INC
C O INSIGHT ENTERPRISES INC
1305 W AUTO DR
TEMPE, AZ 85284

Docketed Total: **$195,108.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $195,108.90 |
| | | | **$195,108.90** |

Modified Total: **$57,579.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $57,579.00 |
| | | | **$57,579.00** |

---

**Claim: 7742**
Date Filed: 06/09/2006
Docketed Total: $ 4,275.00
Filing Creditor Name and Address:
DANIEL F YOUNG INC
1235 WESTLAKES DR STE 255
BERWYN, PA 19312

Claim Holder Name and Address

DANIEL F YOUNG INC
1235 WESTLAKES DR STE 255
BERWYN, PA 19312

Docketed Total: **$4,275.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,275.00 |
| | | | **$4,275.00** |

Modified Total: **$4,275.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,275.00 |
| | | | **$4,275.00** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11143-2    Filed 11/28/07    Entered 11/28/07 13:12:15    Exhibit B
Pg 23 of 59

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 7746**
Date Filed: 06/09/2006
Docketed Total: $ 200.02
Filing Creditor Name and Address:
DANIEL F YOUNG INC
1235 WESTLAKES DR STE 255
BERWYN, PA 19312

Claim Holder Name and Address

DANIEL F YOUNG INC
1235 WESTLAKES DR STE 255
BERWYN, PA 19312

Docketed Total: **$200.02**

Modified Total: **$200.02**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $200.02 |
| | | | **$200.02** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $200.02 |
| | | | **$200.02** |

---

**Claim: 495**
Date Filed: 11/10/2005
Docketed Total: $ 443,501.01
Filing Creditor Name and Address:
DAYCO PRODUCTS LLC DBA
MARK IV AUTOMOTIVE
DAYCO PRODUCTS MARK IV
AUTOMOTIVE
1955 ENTERPRISE DR
ROCHESTER HILLS, MI 48309

Claim Holder Name and Address

DAYCO PRODUCTS LLC DBA MARK
IV AUTOMOTIVE
DAYCO PRODUCTS MARK IV
AUTOMOTIVE
1955 ENTERPRISE DR
ROCHESTER HILLS, MI 48309

Docketed Total: **$443,501.01**

Modified Total: **$45,902.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $443,501.01 |
| | | | **$443,501.01** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,902.00 |
| | | | **$45,902.00** |

---

**Claim: 9552**
Date Filed: 07/17/2006
Docketed Total: $ 15,807.88
Filing Creditor Name and Address:
E S INVESTMENTS
SUN MICROSTAMPING
TECHNOLOGIES
14055 US HIGHWAY 19 N
CLEARWATER, FL 33764

Claim Holder Name and Address

E S INVESTMENTS
SUN MICROSTAMPING
TECHNOLOGIES
14055 US HIGHWAY 19 N
CLEARWATER, FL 33764

Docketed Total: **$15,807.88**

Modified Total: **$7,119.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $15,807.88 |
| | | | **$15,807.88** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $7,119.82 |
| | | | **$7,119.82** |

---

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 11143-2   Filed 11/28/07   Entered 11/28/07 13:12:15   Exhibit B
Pg 24 of 59

Twenty-Second Omnibus Claims Objection

EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6445**
Date Filed: 05/22/2006
Docketed Total: $ 369,003.36
Filing Creditor Name and Address:
EQUITY INDUSTRIAL
1101 N ELLWORTH AVE
VILLA PARK, IL 60181

Claim Holder Name and Address

EQUITY INDUSTRIAL
1101 N ELLWORTH AVE
VILLA PARK, IL 60181

Docketed Total: $369,003.36

Modified Total: $318,036.30

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $41,604.69 | | $327,398.67 | 05-44481 | $0.00 | | |
| | | | | 05-44640 | | | $318,036.30 |
| | **$41,604.69** | | **$327,398.67** | | **$0.00** | | **$318,036.30** |

**Claim: 15224**
Date Filed: 07/31/2006
Docketed Total: $ 228,980.13
Filing Creditor Name and Address:
GIBBS DIE CASTING
CORPORATION
BARNES & THORNBURG LLP
11 S MERIDIAN ST
INDIANAPOLIS, IN 46204-3535

Claim Holder Name and Address

GIBBS DIE CASTING CORPORATION
BARNES & THORNBURG LLP
11 S MERIDIAN ST
INDIANAPOLIS, IN 46204-3535

Docketed Total: $228,980.13

Modified Total: $112,290.32

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $228,980.13 | 05-44640 | | | $112,290.32 |
| | | | **$228,980.13** | | | | **$112,290.32** |

**Claim: 9011**
Date Filed: 07/05/2006
Docketed Total: $ 148,939.15
Filing Creditor Name and Address:
HELLA INC
PO BOX 2665
PEACHTREE, GA 30269

Claim Holder Name and Address

HELLA INC
PO BOX 2665
PEACHTREE, GA 30269

Docketed Total: $148,939.15

Modified Total: $131,645.84

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $148,939.15 | 05-44640 | | | $131,645.84 |
| | | | **$148,939.15** | | | | **$131,645.84** |

*See Exhibit H for a listing of debtor entities by case number.

Page 4 of 15

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 11143-2   Filed 11/28/07   Entered 11/28/07 13:12:15   Exhibit B
Pg 25 of 59

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 9035**
Date Filed: 07/05/2006
Docketed Total: $ 66,093.81
Filing Creditor Name and Address:
HISCO INC
6650 CONCORD PARK DR
HOUSTON, TX 77040

Claim Holder Name and Address
HISCO INC
6650 CONCORD PARK DR
HOUSTON, TX 77040

Docketed Total: **$66,093.81**

Modified Total: **$49,653.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $66,093.81 |
| | | | **$66,093.81** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $1,247.00 |
| 05-44507 | | | $11,110.81 |
| 05-44640 | | | $27,380.98 |
| 05-44567 | | | $9,914.26 |
| | | | **$49,653.05** |

---

**Claim: 5111**
Date Filed: 05/08/2006
Docketed Total: $ 28,951.86
Filing Creditor Name and Address:
J V EQUIPMENT INC
PO BOX 509
EDINBURG, TX 78540

Claim Holder Name and Address
J V EQUIPMENT INC
PO BOX 509
EDINBURG, TX 78540

Docketed Total: **$28,951.86**

Modified Total: **$26,583.33**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $28,951.86 |
| | | | **$28,951.86** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $26,583.33 |
| | | | **$26,583.33** |

---

**Claim: 15565**
Date Filed: 07/31/2006
Docketed Total: $ 112,181.25
Filing Creditor Name and Address:
KAC HOLDINGS INC DBA KESTER
KESTER
515 E TOUHY AVE
DES PLAINES, IL 60018

Claim Holder Name and Address
KAC HOLDINGS INC DBA KESTER
KESTER
515 E TOUHY AVE
DES PLAINES, IL 60018

Docketed Total: **$112,181.25**

Modified Total: **$102,735.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $112,181.25 |
| | | | **$112,181.25** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $102,735.75 |
| | | | **$102,735.75** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 11143-2   Filed 11/28/07   Entered 11/28/07 13:12:15   Exhibit B
Pg 26 of 59

Twenty-Second Omnibus Claims Objection

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2149<br>Date Filed: 02/28/2006<br>Docketed Total: $ 37,321.58<br>Filing Creditor Name and Address:<br>KOM LAMB INC<br>355 COMMERCE DR<br>AMHERST, NY 14228 | **Claim Holder Name and Address**<br><br>KOM LAMB INC<br>355 COMMERCE DR<br>AMHERST, NY 14228 | Docketed Total: | | **$37,321.58** | | Modified Total: | | **$37,321.58** |
| | **Case Number\***<br>05-44481 | Secured | Priority | Unsecured<br>$37,321.58 | **Case Number\***<br>05-44640 | Secured | Priority | Unsecured<br>$37,321.58 |
| | | | | **$37,321.58** | | | | **$37,321.58** |
| Claim: 9756<br>Date Filed: 07/18/2006<br>Docketed Total: $ 1,196,741.86<br>Filing Creditor Name and Address:<br>KOYO CORPORATION OF USA<br>TAFT STETTINIUS & HOLLISTER LLP<br>3500 BP TOWER 200 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | **Claim Holder Name and Address**<br><br>KOYO CORPORATION OF USA<br>TAFT STETTINIUS & HOLLISTER LLP<br>3500 BP TOWER 200 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | Docketed Total: | | **$897,905.68** | | Modified Total: | | **$1,127,950.91** |
| | **Case Number\***<br>05-44481 | Secured | Priority | Unsecured<br>$897,905.68 | **Case Number\***<br>05-44640<br>05-44481 | Secured | Priority<br><br>$0.00 | Unsecured<br>$1,127,950.91 |
| | | | | **$897,905.68** | | | **$0.00** | **$1,127,950.91** |
| Claim: 9832<br>Date Filed: 07/18/2006<br>Docketed Total: $ 268,853.90<br>Filing Creditor Name and Address:<br>LDI INCORPORATED<br>4311 PATTERSON<br>GRAND RAPIDS, MI 49512 | **Claim Holder Name and Address**<br><br>LDI INCORPORATED<br>4311 PATTERSON<br>GRAND RAPIDS, MI 49512 | Docketed Total: | | **$268,853.90** | | Modified Total: | | **$221,285.87** |
| | **Case Number\***<br>05-44640 | Secured | Priority | Unsecured<br>$268,853.90 | **Case Number\***<br>05-44640 | Secured | Priority | Unsecured<br>$221,285.87 |
| | | | | **$268,853.90** | | | | **$221,285.87** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11143-2    Filed 11/28/07    Entered 11/28/07 13:12:15    Exhibit B
Pg 27 of 59

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 523<br>Date Filed: 11/14/2005<br>Docketed Total: $ 557,641.90<br>Filing Creditor Name and Address:<br>MARKETING SPECIALTIES MSI PACKAGING<br>5010 W 81ST ST<br>INDIANAPOLIS, IN 46268 | Claim Holder Name and Address<br><br>MARKETING SPECIALTIES MSI PACKAGING<br>5010 W 81ST ST<br>INDIANAPOLIS, IN 46268 | Docketed Total: | | **$557,641.90** | | Modified Total: | | **$293,905.45** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$557,641.90 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$293,905.45 |
| | | | | **$557,641.90** | | | | **$293,905.45** |
| Claim: 5986<br>Date Filed: 05/16/2006<br>Docketed Total: $ 523.37<br>Filing Creditor Name and Address:<br>MICHIANA DELIVERY SERVICES<br>2220 S 11TH ST<br>NILES, MI 49120-4410 | Claim Holder Name and Address<br><br>MICHIANA DELIVERY SERVICES<br>2220 S 11TH ST<br>NILES, MI 49120-4410 | Docketed Total: | | **$523.37** | | Modified Total: | | **$523.37** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$523.37 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$523.37 |
| | | | | **$523.37** | | | | **$523.37** |

*See Exhibit H for a listing of debtor entities by case number.

Page 7 of 15

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1746**
Date Filed: 02/02/2006
Docketed Total: $ 3,821,082.86
Filing Creditor Name and Address:
MOLEX CONNECTOR
CORPORATION
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 SEARS TOWER
CHICAGO, IL 60606

**Claim Holder Name and Address**

TPG CREDIT OPPORTUNITIES
INVESTORS LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total:    $620,925.96

Modified Total:    $4,869.78

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $620,925.96 | 05-44567 | | | $4,467.78 |
| | | | | 05-44624 | | | $402.00 |
| | | | $620,925.96 | | | | $4,869.78 |

**Claim Holder Name and Address**

TPG CREDIT STRATEGIES FUND LP
ATTN SHELLEY HARTMAN
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total:    $3,200,156.90

Modified Total:    $3,636,441.29

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $3,200,156.90 | 05-44640 | | | $3,636,441.29 |
| | | | $3,200,156.90 | | | | $3,636,441.29 |

**Claim: 7991**
Date Filed: 06/14/2006
Docketed Total: $ 207,618.66
Filing Creditor Name and Address:
MOLEX CONNECTOR
CORPORATION
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 SEARS TOWER
CHICAGO, IL 60606

**Claim Holder Name and Address**

MOLEX CONNECTOR
CORPORATION
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 SEARS TOWER
CHICAGO, IL 60606

Docketed Total:    $207,618.66

Modified Total:    $207,485.70

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $207,618.66 | 05-44640 | | | $207,485.70 |
| | | | $207,618.66 | | | | $207,485.70 |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11143-2    Filed 11/28/07    Entered 11/28/07 13:12:15    Exhibit B
Pg 29 of 59

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1887**
Date Filed: 02/07/2006
Docketed Total: $ 5,115.85
Filing Creditor Name and Address:
NATIONAL FUEL GAS
DISTRIBUTION CORP
6363 MAIN ST
WILLIAMSVILLE, NY 14221

Claim Holder Name and Address
NATIONAL FUEL GAS
DISTRIBUTION CORP
6363 MAIN ST
WILLIAMSVILLE, NY 14221        Docketed Total:    **$5,115.85**

Modified Total:    **$5,115.85**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,115.85 | 05-44640 | | | $5,115.85 |
| | | | **$5,115.85** | | | | **$5,115.85** |

---

**Claim: 1671**
Date Filed: 01/25/2006
Docketed Total: $ 19,545.00
Filing Creditor Name and Address:
NORFOLK SOUTHERN RAILWAY
COMPANY
THREE COMMERCIAL PL
NORFOLK, VA 23510-2191

Claim Holder Name and Address
NORFOLK SOUTHERN RAILWAY
COMPANY
THREE COMMERCIAL PL
NORFOLK, VA 23510-2191        Docketed Total:    **$19,545.00**

Modified Total:    **$19,545.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44596 | | | $19,545.00 | 05-44640 | | | $19,545.00 |
| | | | **$19,545.00** | | | | **$19,545.00** |

---

**Claim: 13562**
Date Filed: 07/31/2006
Docketed Total: $ 866,697.79
Filing Creditor Name and Address:
OBERG INDUSTRIES INC
2301 SILVERVILLE RD
FREEPORT, PA 16229

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830        Docketed Total:    **$866,697.79**

Modified Total:    **$572,827.52**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $866,697.79 | 05-44640 | | | $572,827.52 |
| | | | **$866,697.79** | | | | **$572,827.52** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11143-2    Filed 11/28/07    Entered 11/28/07 13:12:15    Exhibit B
Pg 30 of 59

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14737**
Date Filed: 07/31/2006
Docketed Total: $ 167,907.45
Filing Creditor Name and Address:
ONYX INDUSTRIAL SERVICES INC
6151 EXECUTIVE BLVD
HUBER HEIGHTS, OH 45424-1440

Claim Holder Name and Address
ONYX INDUSTRIAL SERVICES INC
6151 EXECUTIVE BLVD
HUBER HEIGHTS, OH 45424-1440

Docketed Total:  $167,907.45        Modified Total:  $138,341.97

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $167,907.45 | 05-44640 | | | $138,341.97 |
| | | | **$167,907.45** | | | | **$138,341.97** |

**Claim: 2596**
Date Filed: 04/10/2006
Docketed Total: $ 50,654.52
Filing Creditor Name and Address:
OTIS ELEVATOR COMPANY
1 FARM SPRINGS RD
FARMINGTON, CT 06032

Claim Holder Name and Address
OTIS ELEVATOR COMPANY
1 FARM SPRINGS RD
FARMINGTON, CT 06032

Docketed Total:  $50,654.52        Modified Total:  $41,049.28

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $50,654.52 | 05-44640 | | | $41,049.28 |
| | | | **$50,654.52** | | | | **$41,049.28** |

**Claim: 138**
Date Filed: 10/27/2005
Docketed Total: $ 183,710.75
Filing Creditor Name and Address:
OVERNITE TRANSPORTATION A
UPS COMPANY
PO BOX 1216
RICHMOND, VA 23218-1216

Claim Holder Name and Address
OVERNITE TRANSPORTATION A
UPS COMPANY
PO BOX 1216
RICHMOND, VA 23218-1216

Docketed Total:  $183,710.75        Modified Total:  $164,378.24

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $183,710.75 | 05-44640 | | | $164,313.24 |
| | | | | 05-44612 | | | $65.00 |
| | | | **$183,710.75** | | | | **$164,378.24** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2312<br>Date Filed: 03/16/2006<br>Docketed Total: $ 46,627.72<br>Filing Creditor Name and Address:<br>PANTHER II TRANSPORTATION<br>4940 PANTHER PKWY<br>SEVILLE, OH 44273 | Claim Holder Name and Address<br><br>PANTHER II TRANSPORTATION<br>4940 PANTHER PKWY<br>SEVILLE, OH 44273 | Docketed Total: | | $46,627.72 | | Modified Total: | | $46,627.72 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$46,627.72<br><br>$46,627.72 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$46,627.72<br><br>$46,627.72 |
| Claim: 2406<br>Date Filed: 03/27/2006<br>Docketed Total: $ 87,316.56<br>Filing Creditor Name and Address:<br>QUALITY LOGISTICAL SERVICES<br>PO BOX 12030<br>3525 CAPITAL CITY BLVD<br>LANSING, MI 48901-2030 | Claim Holder Name and Address<br><br>QUALITY LOGISTICAL SERVICES<br>PO BOX 12030<br>3525 CAPITAL CITY BLVD<br>LANSING, MI 48901-2030 | Docketed Total: | | $87,316.56 | | Modified Total: | | $70,681.28 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$87,316.56<br><br>$87,316.56 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$70,681.28<br><br>$70,681.28 |
| Claim: 6528<br>Date Filed: 05/22/2006<br>Docketed Total: $ 397,218.17<br>Filing Creditor Name and Address:<br>REXEL INC<br>1049 PRINCE GEORGES BLVD<br>UPPER MARLBORO, MD 20774 | Claim Holder Name and Address<br><br>REXEL INC<br>1049 PRINCE GEORGES BLVD<br>UPPER MARLBORO, MD 20774 | Docketed Total: | | $397,218.17 | | Modified Total: | | $397,218.17 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$397,218.17<br><br>$397,218.17 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$397,218.17<br><br>$397,218.17 |
| Claim: 9510<br>Date Filed: 07/14/2006<br>Docketed Total: $ 98,815.73<br>Filing Creditor Name and Address:<br>SIMPLEX GRINNELL<br>50 TECHONOLOGY DR<br>WESTMINSTER, MA 01441 | Claim Holder Name and Address<br><br>SIMPLEX GRINNELL<br>50 TECHONOLOGY DR<br>WESTMINSTER, MA 01441 | Docketed Total: | | $98,815.73 | | Modified Total: | | $98,244.45 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$98,815.73<br><br>$98,815.73 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$98,244.45<br><br>$98,244.45 |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10230<br>Date Filed: 07/21/2006<br>Docketed Total: $ 251,814.20<br>Filing Creditor Name and Address:<br>STANDARD MOTOR PRODUCTS INC<br><br>37 18 NORTHERN BVD<br>LONG ISLAND CITY, NY 11101-1016 | Claim Holder Name and Address<br><br>STANDARD MOTOR PRODUCTS INC<br>37 18 NORTHERN BVD<br>LONG ISLAND CITY, NY 11101-1016 | Docketed Total: | | $251,814.20 | | Modified Total: | | $234,479.22 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$251,814.20 | Case Number*<br>05-44612 | Secured | Priority | Unsecured<br>$234,479.22 |
| | | | | $251,814.20 | | | | $234,479.22 |
| Claim: 211<br>Date Filed: 10/31/2005<br>Docketed Total: $ 5,697.46<br>Filing Creditor Name and Address:<br>STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br><br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | Claim Holder Name and Address<br><br>STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | Docketed Total: | | $5,697.46 | | Modified Total: | | $5,697.46 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,697.46 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,697.46 |
| | | | | $5,697.46 | | | | $5,697.46 |
| Claim: 213<br>Date Filed: 10/31/2005<br>Docketed Total: $ 8,496.00<br>Filing Creditor Name and Address:<br>STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br><br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | Claim Holder Name and Address<br><br>STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | Docketed Total: | | $8,496.00 | | Modified Total: | | $8,496.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$8,496.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,496.00 |
| | | | | $8,496.00 | | | | $8,496.00 |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 11143-2   Filed 11/28/07   Entered 11/28/07 13:12:15   Exhibit B
Pg 33 of 59

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 215**
Date Filed: 10/31/2005
Docketed Total: $ 9,712.11
Filing Creditor Name and Address:
STAR SU STAR CUTTER
COMPANY AKA STAR CUT SALES
GOLD STAR COATING AND STAR
SU LLC
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335

Claim Holder Name and Address

STAR SU STAR CUTTER COMPANY
AKA STAR CUT SALES GOLD STAR
COATING AND STAR SU LLC
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335

Docketed Total: **$9,712.11**

Modified Total: **$9,712.11**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $9,712.11 | 05-44640 | | | $9,712.11 |
| | | | **$9,712.11** | | | | **$9,712.11** |

**Claim: 1914**
Date Filed: 02/08/2006
Docketed Total: $ 34,795.00
Filing Creditor Name and Address:
UNHOLTZ DICKIE
CORPORATION
6 BROOKSIDE DR
WALLINGFORD, CT 06492

Claim Holder Name and Address

UNHOLTZ DICKIE CORPORATION
6 BROOKSIDE DR
WALLINGFORD, CT 06492

Docketed Total: **$34,795.00**

Modified Total: **$34,795.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $34,795.00 | 05-44567 | | | $7,895.00 |
| | | | **$34,795.00** | 05-44640 | | | $25,800.00 |
| | | | | 05-44624 | | | $1,100.00 |
| | | | | | | | **$34,795.00** |

**Claim: 9844**
Date Filed: 07/18/2006
Docketed Total: $ 18,580.00
Filing Creditor Name and Address:
UNION PACIFIC RAILROAD
COMPANY
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179-1580

Claim Holder Name and Address

UNION PACIFIC RAILROAD
COMPANY
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179-1580

Docketed Total: **$18,580.00**

Modified Total: **$945.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $18,580.00 | 05-44640 | | | $945.00 |
| | | | **$18,580.00** | | | | **$945.00** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11143-2    Filed 11/28/07    Entered 11/28/07 13:12:15    Exhibit B
Pg 34 of 59

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 9850**
Date Filed: 07/18/2006
Docketed Total: $ 89,553.73
Filing Creditor Name and Address:
UNION PACIFIC RAILROAD COMPANY
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179-1580

Claim Holder Name and Address
UNION PACIFIC RAILROAD COMPANY
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179-1580

Docketed Total: **$89,553.73**

Modified Total: **$50,961.60**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $89,553.73 | 05-44640 | | | $50,961.60 |
| | | | **$89,553.73** | | | | **$50,961.60** |

**Claim: 11434**
Date Filed: 07/27/2006
Docketed Total: $ 46,954.68
Filing Creditor Name and Address:
UNISOURCE WORLDWIDE INC
6600 GOVERNORS LAKE PKY
NORCROSS, GA 30071-1114

Claim Holder Name and Address
UNISOURCE WORLDWIDE INC
6600 GOVERNORS LAKE PKY
NORCROSS, GA 30071-1114

Docketed Total: **$46,954.68**

Modified Total: **$15,184.47**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $46,954.68 | 05-44640 | | | $15,184.47 |
| | | | **$46,954.68** | | | | **$15,184.47** |

**Claim: 14999**
Date Filed: 07/31/2006
Docketed Total: $ 34,816.85
Filing Creditor Name and Address:
W W GRAINGER INC
MCDERMOTT WILL & EMERY LLP
227 W MONROE ST STE 4400
CHICAGO, IL 60606-5096

Claim Holder Name and Address
W W GRAINGER INC
MCDERMOTT WILL & EMERY LLP
227 W MONROE ST STE 4400
CHICAGO, IL 60606-5096

Docketed Total: **$34,816.85**

Modified Total: **$22,354.92**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $34,816.85 | 05-44507 | | | $159.84 |
| | | | | 05-44640 | | | $22,195.08 |
| | | | **$34,816.85** | | | | **$22,354.92** |

*See Exhibit H for a listing of debtor entities by case number.

Page 14 of 15

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 4645<br>Date Filed: 05/04/2006<br>Docketed Total: $ 31,753.59<br>Filing Creditor Name and Address:<br>  WINKLE ELECTRIC CO INC<br>  RMT ADD CHG 12 02 04 AM<br>  PO BOX 6014<br>  1900 HUBBARD RD<br>  YOUNGSTOWN, OH 44501-6014 | Claim Holder Name and Address<br><br>  WINKLE ELECTRIC CO INC          Docketed Total:   **$31,753.59**<br>  RMT ADD CHG 12 02 04 AM<br>  PO BOX 6014<br>  1900 HUBBARD RD<br>  YOUNGSTOWN, OH 44501-6014 | Modified Total:   **$28,341.62** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $31,753.59 | 05-44640 | | | $28,341.62 |
| | | | **$31,753.59** | | | | **$28,341.62** |

**Total Claims to be Modified: 42**

**Total Amount as Docketed:  $10,955,216.98**

**Total Amount as Modified:  $ 9,096,645.38**

## EXHIBIT F-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| | Claim Holder Name and Address | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16296<br>Date Filed: 09/08/2006<br>Docketed Total: $ 138,133.68<br>Filing Creditor Name and Address:<br>MARION COUNTY IN<br>200 E WASHINGTON ST RM 1001<br>INDIANAPOLIS, IN 46204 | MARION COUNTY IN<br>200 E WASHINGTON ST RM 1001<br>INDIANAPOLIS, IN 46204 | Docketed Total: | | $138,133.68 | | Modified Total: | | $122,297.70 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | $138,133.68 | | 05-44640 | | $122,297.70 | |
| | | | **$138,133.68** | | | | **$122,297.70** | |

| | Claim Holder Name and Address | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14201<br>Date Filed: 08/02/2006<br>Docketed Total: $ 26,967.39<br>Filing Creditor Name and Address:<br>TOWN OF COALING ALABAMA<br>3001 SECOND AVE SOUTH<br>BIRMINGHAM, AL 35233 | TOWN OF COALING ALABAMA<br>3001 SECOND AVE SOUTH<br>BIRMINGHAM, AL 35233 | Docketed Total: | | $26,967.39 | | Modified Total: | | $11,978.67 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | $26,967.39 | | 05-44640 | | $11,978.67 | |
| | | | **$26,967.39** | | | | **$11,978.67** | |

**Total Claims to be Modified: 2**

**Total Amount as Docketed:  $165,101.07**

**Total Amount as Modified:  $ 134,276.37**

\*See Exhibit H for a listing of debtor entities by case number.

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8373**
Date Filed: 06/22/2006
Docketed Total: $ 778,532.62
Filing Creditor Name and Address:
CAPSONIC AUTOMOTIVE INC
460 S SECOND ST
ELGIN, IL 60123

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202
Docketed Total: **$778,532.62**

Modified Total: **$298,728.34**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $778,532.62 |
| | | | **$778,532.62** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,933.20 | $294,795.14 |
| | | **$3,933.20** | **$294,795.14** |

**Claim: 1745**
Date Filed: 02/02/2006
Docketed Total: $ 2,912,902.05
Filing Creditor Name and Address:
MOLEX CONNECTOR
CORPORATION
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 SEARS TOWER
CHICAGO, IL 60606

Claim Holder Name and Address
TPG CREDIT OPPORTUNITIES
INVESTORS LP
ATTN SHELLEY HARTMAN
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402
Docketed Total: **$473,346.58**

Modified Total: **$325,797.70**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $473,346.58 | |
| | | **$473,346.58** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $325,797.70 | |
| | | **$325,797.70** | |

Claim Holder Name and Address
TPG CREDIT STRATEGIES FUND LP
ATTN SHELLEY HARTMAN
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402
Docketed Total: **$2,439,555.47**

Modified Total: **$2,582,596.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,439,555.47 | |
| | | **$2,439,555.47** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,582,418.17 |
| 05-44567 | | | $178.72 |
| | | | **$2,582,596.89** |

*See Exhibit H for a listing of debtor entities by case number.

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11688<br>Date Filed: 07/27/2006<br>Docketed Total: $ 529,365.38<br>Filing Creditor Name and Address:<br>MUBEA INC<br>6800 INDUSTRIAL RD<br>FLORENCE, KY 41042 | Claim Holder Name and Address<br>MUBEA INC<br>6800 INDUSTRIAL RD<br>FLORENCE, KY 41042 | Docketed Total: | | $80,487.44 | | Modified Total: | | $529,365.38 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$80,487.44<br><br>**$80,487.44** | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$132,206.98<br><br>**$132,206.98** | **Unsecured**<br>$397,158.40<br><br>**$397,158.40** |
| Claim: 16557<br>Date Filed: 02/28/2007<br>Docketed Total: $ 435,185.00<br>Filing Creditor Name and Address:<br>PENN ALUMINUM<br>INTERNATIONAL INC<br>FAGELHABER LLC<br>55 E MONROE ST<br>40TH FLR<br>CHICAGO, IL 60603 | Claim Holder Name and Address<br>PENN ALUMINUM INTERNATIONAL INC<br>FAGELHABER LLC<br>55 E MONROE ST<br>40TH FLR<br>CHICAGO, IL 60603 | Docketed Total: | | $435,185.00 | | Modified Total: | | $352,689.76 |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$435,185.00<br><br>**$435,185.00** | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$22,680.99<br><br>**$22,680.99** | **Unsecured**<br>$330,008.77<br><br>**$330,008.77** |
| Claim: 14322<br>Date Filed: 07/31/2006<br>Docketed Total: $ 2,260,278.22<br>Filing Creditor Name and Address:<br>PHILIPS OPTICAL STORAGE<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $2,260,278.22 | | Modified Total: | | $2,139,229.81 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$2,260,278.22<br><br>**$2,260,278.22** | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$34,369.12<br><br>**$34,369.12** | **Unsecured**<br>$2,104,860.69<br><br>**$2,104,860.69** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11143-2    Filed 11/28/07    Entered 11/28/07 13:12:15    Exhibit B
Pg 39 of 59

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16584**
Date Filed: 03/21/2007
Docketed Total: $ 45,131.93
Filing Creditor Name and Address:
  PLASTI CERT INC
  801 NORTH SECOND STREET
  HARRISBURG, PA 17102

Claim Holder Name and Address
  PLASTI CERT INC
  801 NORTH SECOND STREET
  HARRISBURG, PA 17102

Docketed Total: **$45,131.93**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $30,985.93 | $14,146.00 |
| | | **$30,985.93** | **$14,146.00** |

Modified Total: **$45,131.93**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | $9,978.00 | $33,727.93 |
| 05-44539 | | | $1,426.00 |
| | | **$9,978.00** | **$35,153.93** |

---

**Claim: 987**
Date Filed: 12/05/2005
Docketed Total: $ 987,308.58
Filing Creditor Name and Address:
  TESSY PLASTICS CORP
  488 RT S W
  ELBRIDGE, NY 13060

Claim Holder Name and Address
  HAIN CAPITAL HOLDINGS LLC
  301 RTE 17 6TH FL
  RUTHERFORD, NJ 07070

Docketed Total: **$987,308.58**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $987,308.58 |
| | | | **$987,308.58** |

Modified Total: **$782,463.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $9,176.58 | $773,286.92 |
| | | **$9,176.58** | **$773,286.92** |

---

**Claim: 11437**
Date Filed: 07/27/2006
Docketed Total: $ 39,624.64
Filing Creditor Name and Address:
  UNISOURCE WORLDWIDE INC
  850 N ARLINGTON HEIGHTS RD
  ITASCA, IL 60143

Claim Holder Name and Address
  UNISOURCE WORLDWIDE INC
  850 N ARLINGTON HEIGHTS RD
  ITASCA, IL 60143

Docketed Total: **$39,624.64**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $5,500.00 | $34,124.64 |
| | | **$5,500.00** | **$34,124.64** |

Modified Total: **$29,956.76**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,543.84 | $24,412.92 |
| | | **$5,543.84** | **$24,412.92** |

*See Exhibit H for a listing of debtor entities by case number.

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11074<br>Date Filed: 07/26/2006<br>Docketed Total: $ 285,140.66<br>Filing Creditor Name and Address:<br>  VIKING PLASTICS INC<br>  1 VIKING ST<br>  CORRY, PA 16407 | Claim Holder Name and Address<br><br>  ASM CAPITAL LP<br>  7600 JERICHO TURNPIKE STE 302<br>  WOODBURY, NY 11797 | Docketed Total: | | $279,593.31 | | Modified Total: | | $250,708.60 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$279,593.31 | Case Number*<br>05-44640 | Secured | Priority<br>$5,547.35 | Unsecured<br>$245,161.25 |
| | | | | $279,593.31 | | | $5,547.35 | $245,161.25 |

**Total Claims to be Modified: 9**

**Total Amount as Docketed:  $8,273,469.08**

**Total Amount as Modified:  $ 7,336,668.67**

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**
**Twenty-Second Omnibus Claims Objection**

### EXHIBIT F-4 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 1683**
Date Filed: 01/26/2006
Docketed Total: $ 78,385.24
Filing Creditor Name and Address:
ALLIANCE PLASTICS EFT
3123 STATION RD
ERIE, PA 16510

Claim Holder Name and Address

ASM CAPITAL II LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total: **$78,385.24**

Modified Total: **$56,928.31**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $78,385.24 | 05-44640 | | | $56,928.31 |
| | | | **$78,385.24** | | | | **$56,928.31** |

---

**Claim: 471**
Date Filed: 11/10/2005
Docketed Total: $ 2,244,881.76
Filing Creditor Name and Address:
CORNING INCORPORATED
ONE RIVERFRONT PLZ
CORNING, NY 14831

Claim Holder Name and Address

JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total: **$2,244,881.76**

Modified Total: **$118,655.13**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,244,881.76 | 05-44482 | | | $54,551.73 |
| | | | | 05-44640 | | | $64,103.40 |
| | | | **$2,244,881.76** | | | | **$118,655.13** |

---

**Claim: 5404**
Date Filed: 05/09/2006
Docketed Total: $ 429,262.62
Filing Creditor Name and Address:
JADA PRECISION PLASTICS CO
EFT INC
1667 EMERSON ST
ROCHESTER, NY 14606

Claim Holder Name and Address

JADA PRECISION PLASTICS CO EFT
INC
1667 EMERSON ST
ROCHESTER, NY 14606

Docketed Total: **$429,262.62**

Modified Total: **$407,198.84**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $429,262.62 | 05-44640 | | | $407,198.84 |
| | | | **$429,262.62** | | | | **$407,198.84** |

*See Exhibit H for a listing of debtor entities by case number.

Page 1 of 2

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11143-2    Filed 11/28/07    Entered 11/28/07 13:12:15    Exhibit B
Pg 42 of 59

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-4 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS \*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 2032<br>Date Filed: 02/15/2006<br>Docketed Total: $ 49,782.58<br>Filing Creditor Name and Address:<br>PROGRESSIVE STAMPING CO DE INC<br><br>2807 SAMOSET RD<br>ROYAL OAK, MI 48073-172 | Claim Holder Name and Address<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | Docketed Total:    $49,782.58 | Modified Total:    $1,658.56 | |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $49,782.58 | | 05-44640 | | | $1,658.56 |
| | | | **$49,782.58** | | | | | **$1,658.56** |

**Total Claims to be Modified: 4**

**Total Amount as Docketed:  $2,802,312.20**

**Total Amount as Modified:  $ 584,440.84**

\*See Exhibit H for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

## EXHIBIT F-5 - MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 2071
Date Filed: 02/21/2006
Docketed Total: $ 3,608,175.78
Filing Creditor Name and Address:
NGK AUTOMOTIVE CERAMICS
USA INC
WARNER NORCROSS & JUDD LLP
2000 TOWN  CTR STE 2700
SOUTHFIELD, MI 48075-1318

**CLAIM AS DOCKETED**

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:   **$3,608,175.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44484 | | $579,972.85 | $3,028,202.93 |
| | | **$579,972.85** | **$3,028,202.93** |

**CLAIM AS MODIFIED**

Modified Total:   **$693,940.36**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | $425,192.03 | $268,748.33 |
| | | **$425,192.03** | **$268,748.33** |

Total Claims to be Modified: 1

Total Amount as Docketed:  $3,608,175.78

Total Amount as Modified:  $ 693,940.36

*See Exhibit H for a listing of debtor entities by case number.

Page 1 of 1

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Second Omnibus Claims Objection

## EXHIBIT G-1 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HIRSCHMANN CAR COMMUNICATIONS GMBH FULBRIGHT & JAWORSKI LLP 666 FIFTH AVE NEW YORK, NY 10103 | 14313 | Secured: Priority: Administrative: Unsecured: Total: | $263,963.41 $263,963.41 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JAMES HUTZ JR 6365 THOMPSON SHARPSVILLE RD FOWLER, OH 44418 | 3139 | Secured: Priority: Administrative: Unsecured: Total: | $2,157,683.93 $2,157,683.93 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| MORGAN ADVANCED CERAMICS DIAMONEX PRODUCTS DIV KILPATRICK STOCKTON LLP 1100 PEACHTREE ST STE 2800 ATLANTA, GA 30309 | 11534 | Secured: Priority: Administrative: Unsecured: Total: | $550,547.81 $550,547.81 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| SIEMENS VDO AUTOMOTIVE INC SACHNOFF & WEAVER LTD 10 S WACKER DR 40TH FL CHICAGO, IL 60606 | 2773 | Secured: Priority: Administrative: Unsecured: Total: | $2,291,767.58 $2,291,767.58 | 04/26/2006 | DELPHI CORPORATION (05-44481) |

Total:      **4**      **$5,263,962.73**

**In re Delphi Corporation, et al.**    Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT G-2 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A SCHULMAN INC<br>VORYS SATER SEYMOUR AND<br>PEASE LLP<br>2100 ONE CLEVELAND CTR<br>1375 E NINTH ST<br>CLEVELAND, OH 44114 | 16627 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $134,297.99<br><br><br><br>$134,297.99 | 07/17/2007 | DELPHI CORPORATION (05-44481) |

Total:    **1**    **$134,297.99**

**In re Delphi Corporation, et al.**          Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT G-3 - ADJOURNED UNTIMELY BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| UNEMPLOYMENT INSURANCE AGENCY 3024 W GRAND BLVD STE 11 500 DETROIT, MI 48202-6024 | 16721 | Secured: Priority: Administrative: Unsecured: Total: | $1,651.43 $1,651.43 | 10/09/2007 | DELPHI CORPORATION (05-44481) |

**Total:**     **1**          **$1,651.43**

**In re Delphi Corporation, <u>et al.</u>** Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

**EXHIBIT G-4 - ADJOURNED BOOKS AND RECORDS CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS**\*

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SPCP GROUP LLC AS ASSIGNEE OF BEAVER MANUFACTURING COMPANY TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 14133 | Secured: Priority: Administrative: Unsecured: Total: | $267,469.05 $267,469.05 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$267,469.05** | | |

*The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**                    **Twenty-Second Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT G-5 - ADJOURNED UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 16716 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$26,076.60<br>$26,076.60 | 09/26/2007 | DELPHI CORPORATION<br>(05-44481) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>33 WHITEHALL ST<br>NEW YORK, NY 10004 | 16728 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 10/18/2007 | DELPHI CORPORATION<br>(05-44481) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>TRIAL ATTORNEY<br>33 WHITEHALL ST<br>NEW YORK, NY 10004 | 16727 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL | 10/18/2007 | DELPHI CORPORATION<br>(05-44481) |

|  | Total: | 3 | $26,076.60 | | |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.** Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT G-6 - ADJOURNED UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COMMONWEALTH OF VIRGINIA DEPT OF TAXATION PO BOX 2156 RICHMOND, VA 23218 | 16729 | Secured: Priority: Administrative: Unsecured: Total: | $14,579.98 $14,579.98 | 10/18/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY PO BOX 30456 LANSING, MI 48909-7955 | 16724 | Secured: Priority: Administrative: Unsecured: Total: | $10,459,293.50 $10,459,293.50 | 10/17/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY PO BOX 30456 LANSING, MI 48909-7955 | 16725 | Secured: Priority: Administrative: Unsecured: Total: | $4,239.59 $4,239.59 | 10/17/2007 | DELPHI CORPORATION (05-44481) |

Total: 3 $10,478,113.07

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT G-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10589**
Date Filed: 07/25/2006
Docketed Total: $ 136,561.72
Filing Creditor Name and Address:
AMD INTERNATIONAL SALES & SERVICE LTD
915 DEGUIGNE DR
MS 251
SUNNYVALE, CA 94088-3453

Claim Holder Name and Address
SPANSION LLC
915 DEGUIGNE DR M S 251
PO BOX 3453
SUNNYVALE, CA 94088-3453

Docketed Total:    **$136,561.72**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $136,561.72 |
| | | | **$136,561.72** |

Modified Total:    **$33,973.92**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $33,973.92 |
| | | | **$33,973.92** |

---

**Claim: 1544**
Date Filed: 01/17/2006
Docketed Total: $ 49,857.50
Filing Creditor Name and Address:
GREAT NORTHERN
TRANSPORTATION CO INC
5205 E VIENNA RD
CLIO, MI 48420

Claim Holder Name and Address
GREAT NORTHERN
TRANSPORTATION CO INC
5205 E VIENNA RD
CLIO, MI 48420

Docketed Total:    **$49,857.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $49,857.50 | |
| | | **$49,857.50** | |

Modified Total:    **$46,497.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $46,497.50 |
| | | | **$46,497.50** |

---

**Claim: 10019**
Date Filed: 07/20/2006
Docketed Total: $ 63,903.24
Filing Creditor Name and Address:
GULLY TRANSPORTATION
3820 WISMAN LN
QUINCY, IL 62301

Claim Holder Name and Address
GULLY TRANSPORTATION
3820 WISMAN LN
QUINCY, IL 62301

Docketed Total:    **$63,903.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $63,903.24 |
| | | | **$63,903.24** |

Modified Total:    **$31,864.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,864.57 |
| | | | **$31,864.57** |

---

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11143-2    Filed 11/28/07    Entered 11/28/07 13:12:15    Exhibit B
Pg 51 of 59

Twenty-Second Omnibus Claims Objection

## EXHIBIT G-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16497<br>Date Filed: 01/23/2007<br>Docketed Total: $ 606,089.00<br>Filing Creditor Name and Address:<br>HARCO INDUSTRIES INC<br>PO BOX 335<br>ENGLEWOOD, OH 45322 | Claim Holder Name and Address<br><br>HARCO INDUSTRIES INC<br>PO BOX 335<br>ENGLEWOOD, OH 45322 | Docketed Total: | | **$606,089.00** | | Modified Total: | | **$548,176.74** |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$606,089.00<br><br>**$606,089.00** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$548,176.74<br><br>**$548,176.74** |
| Claim: 13967<br>Date Filed: 07/31/2006<br>Docketed Total: $ 283,429.97<br>Filing Creditor Name and Address:<br>HUTCHINSON FTS INC<br>C O HALPERIN BATTAGLIA<br>RAICHT LLP<br>555 MADISON AVE 9TH FLOOR<br>NEW YORK, NY 10019 | Claim Holder Name and Address<br><br>HUTCHINSON FTS INC<br>C O HALPERIN BATTAGLIA RAICHT<br>LLP<br>555 MADISON AVE 9TH FLOOR<br>NEW YORK, NY 10019 | Docketed Total: | | **$283,429.97** | | Modified Total: | | **$274,165.53** |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$283,429.97<br><br>**$283,429.97** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$274,165.53<br><br>**$274,165.53** |
| Claim: 7992<br>Date Filed: 06/14/2006<br>Docketed Total: $ 881,213.67<br>Filing Creditor Name and Address:<br>MOLEX CONNECTOR<br>CORPORATION<br>SONNENSCHEIN NATH &<br>ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br><br>MOLEX CONNECTOR<br>CORPORATION<br>SONNENSCHEIN NATH &<br>ROSENTHAL LLP<br>7800 SEARS TOWER<br>CHICAGO, IL 60606 | Docketed Total: | | **$881,213.67** | | Modified Total: | | **$301,253.87** |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$881,213.67<br><br>**$881,213.67** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$301,253.87<br><br>**$301,253.87** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11143-2    Filed 11/28/07    Entered 11/28/07 13:12:15    Exhibit B
Pg 52 of 59

Twenty-Second Omnibus Claims Objection

## EXHIBIT G-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12136<br>Date Filed: 07/28/2006<br>Docketed Total: $ 933,276.00<br>Filing Creditor Name and Address:<br>PEUGEOT JAPY INDUSTRIES S A<br>APICO INC<br>30600 TELEGRAPH RD STE 2183<br>BINGHAM FARMS, MI 48025 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | **$933,276.00** | | Modified Total: | | **$830,000.00** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$933,276.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$830,000.00 |
| | | | | **$933,276.00** | | | | **$830,000.00** |
| Claim: 12399<br>Date Filed: 07/28/2006<br>Docketed Total: $ 435,420.73<br>Filing Creditor Name and Address:<br>RASSINI SA DE CV<br>14500 BECK RD<br>PLYMOUTH, MI 48170 | Claim Holder Name and Address<br><br>RASSINI SA DE CV<br>14500 BECK RD<br>PLYMOUTH, MI 48170 | Docketed Total: | | **$435,420.73** | | Modified Total: | | **$334,267.91** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$435,420.73 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$334,267.91 |
| | | | | **$435,420.73** | | | | **$334,267.91** |
| Claim: 2353<br>Date Filed: 03/22/2006<br>Docketed Total: $ 1,373,431.35<br>Filing Creditor Name and Address:<br>SONY ERICSSON MOBILE<br>COMMUNICATIONS USA INC<br>7001 DEVELOPMENT DR<br>RESEARCH TRIANGLE PARK, NC<br>27709 | Claim Holder Name and Address<br><br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | **$1,373,431.35** | | Modified Total: | | **$1,122,356.19** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,373,431.35 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,122,356.19 |
| | | | | **$1,373,431.35** | | | | **$1,122,356.19** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11143-2    Filed 11/28/07    Entered 11/28/07 13:12:15    Exhibit B
Pg 53 of 59

Twenty-Second Omnibus Claims Objection

**EXHIBIT G-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14147**
Date Filed: 07/31/2006
Docketed Total: $ 5,430,121.66
Filing Creditor Name and Address:
SPCP GROUP LLC AS ASSIGNEE
OF TEXTRON FASTENING
SYSTEMS INC
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Claim Holder Name and Address

GOLDMAN SACHS CREDIT PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: **$5,430,121.66**

Modified Total: **$4,498,944.63**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,430,121.66 |
| | | | **$5,430,121.66** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,466,512.52 |
| 05-44567 | | | $32,432.11 |
| | | | **$4,498,944.63** |

---

**Claim: 5980**
Date Filed: 05/16/2006
Docketed Total: $ 9,225,767.18
Filing Creditor Name and Address:
SPECIAL SITUATIONS INVESTING
GROUP INC AS ASSIGNEE OF PBR
KNOXVILLE LLC
10215 CANEEL DR
KNOXVILLE, TN 37931

Claim Holder Name and Address

PBR KNOXVILLE LLC
10215 CANEEL DR
KNOXVILLE, TN 37931

Docketed Total: **$68,308.80**

Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $68,308.80 | | |
| | **$68,308.80** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

Claim Holder Name and Address

SPECIAL SITUATIONS INVESTING
GROUP INC
C O GOLDMAN SACHS & CO
85 BROAD ST 27TH FL
NEW YORK, NY 10004

Docketed Total: **$9,157,458.38**

Modified Total: **$9,157,458.38**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,157,458.38 |
| | | | **$9,157,458.38** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,157,458.38 |
| | | | **$9,157,458.38** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

## EXHIBIT G-7 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6956**
Date Filed: 05/26/2006
Docketed Total: $ 1,332,006.89
Filing Creditor Name and Address:
THE GOODYEAR TIRE & RUBBER COMPANY
1444 E MARKET ST
AKRON, OH 44316

Claim Holder Name and Address
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total: **$1,332,006.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,332,006.89 |
| | | | **$1,332,006.89** |

Modified Total: **$1,220,118.63**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,220,118.63 |
| | | | **$1,220,118.63** |

---

**Claim: 7459**
Date Filed: 06/05/2006
Docketed Total: $ 100,819.04
Filing Creditor Name and Address:
THOMAS ENGINEERING COMPANY
7024 NORTHLAND DR
BROOKLYN PARK, MN 55428

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: **$100,819.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $100,819.04 |
| | | | **$100,819.04** |

Modified Total: **$93,373.95**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $93,373.95 |
| | | | **$93,373.95** |

---

**Claim: 13183**
Date Filed: 07/31/2006
Docketed Total: $ 1,484,512.92
Filing Creditor Name and Address:
YAZAKI NORTH AMERICA INC
6601 HAGGERTY RD
CANTON, MI 48187

Claim Holder Name and Address
YAZAKI NORTH AMERICA INC
6601 HAGGERTY RD
CANTON, MI 48187

Docketed Total: **$1,484,512.92**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $399,727.94 | | $1,084,784.98 |
| | **$399,727.94** | | **$1,084,784.98** |

Modified Total: **$382,919.41**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $354,055.23 |
| 05-44567 | | | $28,864.18 |
| 05-44481 | $0.00 | | |
| | **$0.00** | | **$382,919.41** |

---

Total Claims to be Modified: 14

Total Amount as Docketed:  $22,336,410.87

Total Amount as Modified:  $ 18,875,371.23

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)

### EXHIBIT G-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1704**
Date Filed: 01/30/2006
Docketed Total: $ 874,448.21
Filing Creditor Name and Address:
CAPRO LTD
155 S LIMERICK RD
LIMERICK, PA 19468-1699

Claim Holder Name and Address

BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179

Docketed Total: **$874,448.21**

Modified Total: **$841,095.73**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $299,723.41 | | $574,724.80 | 05-44640 | | $57,003.23 | $784,092.50 |
| | **$299,723.41** | | **$574,724.80** | | | **$57,003.23** | **$784,092.50** |

**Claim: 11256**
Date Filed: 07/27/2006
Docketed Total: $ 2,405,898.43
Filing Creditor Name and Address:
CTS CORPORPATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

Claim Holder Name and Address

BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179

Docketed Total: **$1,950,968.78**

Modified Total: **$1,786,703.77**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,950,968.78 | 05-44640 | | | $1,786,703.77 |
| | | | **$1,950,968.78** | | | | **$1,786,703.77** |

Claim Holder Name and Address

CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

Docketed Total: **$293,785.09**

Modified Total: **$218,044.74**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $293,785.09 | 05-44640 | | $164,265.01 | $53,779.73 |
| | | | **$293,785.09** | | | **$164,265.01** | **$53,779.73** |

*See Exhibit H for a listing of debtor entities by case number.

### EXHIBIT G-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

Claim: 15454
Date Filed: 07/31/2006
Docketed Total: $ 631,976.95
Filing Creditor Name and Address:
NEUMAN ALUMINUM
AUTOMOTIVE INC NEUMAN
ALUMINUM IMPACT EXTRUSION
BRETT S MOORE ESQ
PORZIO BROMBERG & NEWMAN
PC

100 SOUTHGATE PKWY
MORRISTOWN, NJ 07962

Claim Holder Name and Address

NEUMAN ALUMINUM
AUTOMOTIVE INC NEUMAN
ALUMINUM IMPACT EXTRUSION
BRETT S MOORE ESQ
PORZIO BROMBERG & NEWMAN PC
100 SOUTHGATE PKWY
MORRISTOWN, NJ 07962

Docketed Total:  **$631,976.95**

Modified Total:  **$598,180.06**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44632 | | | $631,976.95 | 05-44640 | | $2,521.51 | $595,658.55 |
| | | | **$631,976.95** | | | **$2,521.51** | **$595,658.55** |

**Total Claims to be Modified: 3**

**Total Amount as Docketed:  $3,912,323.59**

**Total Amount as Modified:  $ 3,444,024.30**

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

## EXHIBIT G-9 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

Claim: 11743
Date Filed: 07/27/2006
Docketed Total: $ 1,777,501.48
Filing Creditor Name and Address:
TI GROUP AUTOMOTIVE
SYSTEMS LLC
GENERAL COUNSEL & COMPANY
SECRETARY
TI AUTOMOTIVE
12345 E NINE MILE RD
WARREN, MI 48089-2614

Claim Holder Name and Address

JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total: **$1,777,501.48**

Modified Total: **$1,112,587.31**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,777,501.48 |
| | | | **$1,777,501.48** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,112,587.31 |
| | | | **$1,112,587.31** |

Total Claims to be Modified: 1

Total Amount as Docketed: $1,777,501.48

Total Amount as Modified: $ 1,112,587.31

*See Exhibit H for a listing of debtor entities by case number.

Page 1 of 1

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT G-10 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11264<br>Date Filed: 07/27/2006<br>Docketed Total: $ 673,272.82<br>Filing Creditor Name and Address:<br>REPUBLIC ENGINEERED<br>  PRODUCTS INC<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVE E STE 2100<br>CLEVELAND, OH 44114 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $673,272.82 | | Modified Total: | | $624,654.76 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$673,272.82 | Case Number*<br>05-44640 | Secured | Priority<br>$305,961.91 | Unsecured<br>$318,692.85 |
| | | | | $673,272.82 | | | $305,961.91 | $318,692.85 |

Total Claims to be Modified: 1

Total Amount as Docketed:  $673,272.82

Total Amount as Modified:  $ 624,654.76

*See Exhibit H for a listing of debtor entities by case number.

Page 1 of 1

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, <u>et al.</u>                                                    Twenty-Second Omnibus Claims Objection

Case No. 05-44481 (RDD)

### Exhibit H - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |