**Hearing Date: November 29, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
    In re                                 :   Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :   Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :   (Jointly Administered)
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED TWENTY-FIFTH OMNIBUS HEARING AGENDA

Location Of Hearing:          United States Bankruptcy Court for the Southern District of New York,
                              Alexander Hamilton Custom House, Room 610, 6th Floor, One
                              Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

A.    Introduction

B.    Continued Or Adjourned Matters (4 Matters)

C.    Uncontested, Agreed, Or Settled Matters (1 Matter)

D.    Contested Matters (3 Matters)

**B.    Continued Or Adjourned Matters**[*]

1.    **"Solicitation Procedures Motion"** – Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 9266)

*Responses filed:*    *Objection Of Sharyl Carter (Docket No. 9513)*[†]

*Objection Of Peugeot JAPY Industries SA To Debtors' Disclosure Statement And Solicitation Procedures Motion (Docket No. 9668)*[†]

*Objection Of PBR Tennessee, Inc., PBR Knoxville LLC, PBR Columbia LLC, And PBR Australia Pty Ltd., To Debtors' Disclosure Statement And Solicitation Procedures Motion (Docket No. 9669)*[†]

---

[*]    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4718, 4689, 4778, 4912, 5153, 6723, and 6690 (KECP Emergence Incentive Program, STN Motion, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, and ATEL Leasing Corporation's Motion To Allow Administrative Claim respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

[†]    Overruled as stated on the record at the Non-Omnibus Hearing on 10/3/2007: See Docket No. 10497.

2

*Objection Of SABIC Innovative Plastics US LLC To Debtors' Disclosure Statement And Solicitation Procedures Motion (Docket No. 9670)*[†]

*Limited Objection Of The ACE Companies To Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 9674)*[‡]

*Limited Objection Of Bank Of America, N.A. To Disclosure Statement With Respect To Joint Chapter 11 Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 9677)*[‡]

*Limited Objection Of Bank Of America, N.A. To Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Procedures (Docket No. 9680)*[‡]

*Lead Plaintiffs' Response To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 10398)*

*Objection Of The UAW Skilled Trades Employees (Docket No. 10413*[†]

---

[†]    Overruled as stated on the record at the Non-Omnibus Hearing on 10/3/2007: See Docket No. 10497.
[‡]    Resolved and withdrawn as stated on the record at the Non-Omnibus Hearing on 10/3/2007: See Docket No. 10497.

*Objection Of Ernest A. Knobelspiesse (Docket No. 10414)[†]*

*Objection Of Sharyl Carter (Docket No. 10417)[†]*

*Objection Of Sharyl Carter (Docket No. 10792)*

*Lead Plaintiffs' Supplemental Response To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 10794)*

*Objection Of The Official Committee Of Equity Security Holders To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Post-Petition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 10802)*

*Objection Of Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Gradient Partners, L.P.; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To Motion To Approve (A) Proposed Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, And (B) Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider*

---

[†]    Overruled as stated on the record at the Non-Omnibus Hearing on 10/3/2007: See Docket No. 10497.

*Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 10803)*

*Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 10804)*

*Objection Of Wilmington Trust Company, As Indenture Trustee, To Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 10810)*

*Objection Of Law Debenture Trust Company Of New York To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 11017)*

*Lead Plaintiffs' Second Supplemental Response To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary*

5

*Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 11022)*

*Supplemental Objection Of The Official Committee Of Equity Security Holders To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Post-Petition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 11028)*

*Objection Of The Official Committee Of Unsecured Creditors To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 11034)*

*Supplemental And Restated Objection Of Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; CR Intrinsic Investors, LLC; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To Motion To Approve (A) Proposed Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, And (B) Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain*

6

*Claims, (III) Hearing Date To Consider
Confirmation Of Plan, (IV) Procedures For Filing
Objections To Plan, (V) Solicitation Procedures For
Voting On Plan, (VI) Cure Claim Procedures, (VII)
Procedures For Resolving Disputes Relating To
Postpetition Interest, And (VIII) Reclamation Claim
Procedures (Docket No. 11045)*

*Supplemental Objection Of Wilmington Trust
Company, As Indenture Trustee, To Motion For
Order Approving (I) Disclosure Statement, (II)
Record Date, Voting Deadline, And Procedures For
Temporary Allowance Of Certain Claims, (III)
Hearing Date To Consider Confirmation Of Plan,
(IV) Procedures For Filing Objections To Plan, (V)
Solicitation Procedures For Voting On Plan, (VI)
Cure Claim Procedures, (VII) Procedures For
Resolving Disputes Relating To Postpetition Interest,
And (VIII) Reclamation Claim Procedures (Docket
No. 11048)*

*Objection Of The Delphi Trade Committee To The
First Amended Disclosure Statement With Respect
To First Amended Joint Plan Of Reorganization Of
Delphi Corporation And Certain Affiliates, Debtors
And Debtors-In-Possession (Docket No. 11049)*

*Reply filed:*          *Debtors' Omnibus Response To Disclosure
Statement Objections (Docket No. 10418)*

*A supplemental omnibus reply will be filed.*

*Related filings:*       *Order Scheduling Non-Omnibus Hearing On
Debtors' Motion To Approve Solicitation Procedures
And Disclosure Statement (Docket No. 8898)*

*Joint Plan Of Reorganization Of Delphi Corporation
And Certain Affiliates, Debtors And
Debtors-In-Possession (Docket No. 9263)*

*Disclosure Statement With Respect To Joint Plan Of
Reorganization Of Delphi Corporation And Certain
Affiliates, Debtors And Debtors-In-Possession
(Docket No. 9264)*

*Order (A) Disposing Of Certain Objections To
Debtors' Disclosure Statement And Solicitation*

7

*Procedures Motion And (B) Setting Further Non-Omnibus Hearing Date And Related Procedures (Docket No. 10497)*

*Supplemental Order (A) Establishing Revised Hearing Date And Related Procedures On Disclosure Statement And Solicitations Procedure Motion And (B) Setting Hearing Date And Related Procedures For Potential Motions Amending Investment Agreement And Approving Certain Exit Financing Agreements (Docket No. 10662)*

*Notice Of Potential Amendments To Debtors' Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession And Certain Appendices And Exhibits Related Thereto (Docket No. 10759)*

*Second Supplemental Order (A) Establishing Revised Hearing Date And Related Procedures On Disclosure Statement And Solicitation Procedures Motion And (B) Setting Hearing Date And Related Procedures For Motion To Amend Investment Agreement (Docket No. 10864)*

*Notice Of Further Proposed Amendments To Certain Appendices To Debtors' Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 10932)*

*Notice Of Further Proposed Amendments To Debtors' Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 10964)*

*Status:*      *The hearing with respect to this matter has been adjourned to the December 6, 2007 hearing.*

2. **Motion Of The Equity Security Holders To Adjourn Disclosure Statement Hearing And Equity Purchase And Commitment Agreement Hearing** – Emergency Motion Of The Official Committee Of Equity Security Holders Of Delphi Corporation To Adjourn The Hearing On, And Fix A New Time To Object To, (A) The Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting

8

Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Post-Petition Interest, And (VIII) Reclamation Claim Procedures And (B) The Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 10795)

*Responses Filed:*     *A response will be filed.*

*Reply Filed:*     *None.*

*Related Filings:*     *Statement Of Brandes Investment Partners, L.P. In Support Of Emergency Motion Filed By The Official Committee Of Equity Security Holders (Docket No. 10807)*

*Status:*     *The hearing with respect to this matter has been adjourned to the December 6, 2007 hearing.*

3.    **"Delphi-Appaloosa Investment Agreement Amendment Motion"** – Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 10760)

*Responses Filed:*     *Lead Plaintiffs' Limited Objection To Debtors' Motion For Order, Inter Alia, Approving And Authorizing The Entry Into The Equity Purchase And Commitment Agreement Amendment (Docket No. 10796)*

*Objection To Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a) 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 10799)*

*Objection By Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Gradient Partners, L.P.; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To Expedited Motion For Order Under 11 U.S.C. §§105(a), 363(b), 503(b) And 507(a) Authorizing*

9

*And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 10800)*

*Objection Of The Official Committee Of Unsecured Creditors To The Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b) And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 10805)*

*Objection Of The IUE-CWA To The Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b) And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11013)*

*Supplemental Objection To Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a) 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11032)*

*Supplemental And Restated Objection Of Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; CR Intrinsic Investors, LLC; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b) And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11036)*

*Objection Of The Official Committee Of Unsecured Creditors To The Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b) And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement Filed On November 14, 2007 (Docket No. 11037)*

*Objection Of Wilmington Trust Company, As Indenture Trustee, To Expedited Motion For Order*

10

*Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11040)*

*Objection Of The Delphi Trade Committee To The Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11042)*

*Reply Filed:*    *An omnibus reply will be filed.*

*Related Filings:*    *Expedited Motion For Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) (Docket No. 8673)*

*Order To Show Cause Why Motion For Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Should Not Be Granted (Docket No. 8694)*

*Statement Of Highland Capital Management, LP Regarding Debtors' Expedited Motion For Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) (Docket Nos. 8752 & 8754)*

*Debtors' Reply In Support Of Delphi-Appaloosa Investment And Plan Framework Motion (Docket No. 8843)*

*Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) (Docket No. 8856)*

*Emergency Motion Of The Official Committee Of Equity Security Holders Of Delphi Corporation To Adjourn The Hearing On, And Fix A New Time To*

11

*Object To, (A) The Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Post-Petition Interest, And (VIII) Reclamation Claim Procedures And (B) The Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 10795)*

*Ex Parte Motion For Order Authorizing Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; CR Intrinsic Investors, LLC; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To File In Redacted Form And Under Seal A Supplemental Objection To Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b) And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11027)*

*Order Authorizing Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; CR Intrinsic Investors, LLC; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To File In Redacted Form And Under Seal A Supplemental Objection To Expedited Motion For Order Under 11 U.S.C. §§105(a), 363(b), 503(b) And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11029)*

*Status:*   *The hearing with respect to this matter has been adjourned to the December 6, 2007 hearing.*

12

4.    **"Debtors' Motion For Default Judgement Against Furukawa"** – Notice Of Debtors' Motion For An Order Granting Default Judgment Against Furukawa Electric North America APD And Furukawa Electric Co., Ltd. (Docket No. 10711)

|  |  |
|---|---|
| *Responses filed:* | *Furukawa Electric Company, Ltd. And Furukawa Electric North America APD, Inc.'s Memorandum In Opposition To Debtors' Motion For Entry Of Default Judgment (Docket No. 10723)* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Furukawa Electric Company, Ltd. And Furukawa Electric North America APD, Inc.'s Expedited Motion For Status Conference And Adjournment Of The November 29, 2007 Hearing (Docket No. 10735)* |
|  | *Notice Of Adjournment Of Hearing To Consider Debtors' Motion For An Order Granting Default Judgment Against Furukawa Electric North America APD And Furukawa Electric Co., Ltd.* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the December 11, 2007 claims hearing.* |

C.    **Uncontested, Agreed, Or Settled Matters**

5.    **Saginaw Chassis Asset Sale Motion** – Expedited Motion For Orders Under 11 U.S.C. §363 And Fed. R. Bankr. P. 2002, 6004, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale By Delphi Automotive Systems LLC And Delphi Technologies, Inc. Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9368)

|  |  |
|---|---|
| *Responses Filed:* | *Limited Objection Of International Union, UAW To Expedited Motion For Orders (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale Of Certain Equipment And Other Assets Primarily Used In* |

*Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9584)[1]*

*Objection Of Joe G. Tedder To Debtors' Sale Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9644)*

*Objection Of US Aeroteam, Inc. To Expedited Motion For Orders Under 11 U.S.C. § 363 And Federal Rule Of Bankruptcy Procedure 2002, 6004, And 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III)Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale By Delphi Automotive Systems LLC And Delphi Automotive Technologies, Inc. Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 10652)*

*Withdrawal Of Joe G. Tedder's Objection To Debtors' Sale Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 10698)*

*Notice Of Withdrawal Of Objection Of Creditor US Aeroteam, Inc. To Debtors' Expedited Motion For Orders Under 11 U.S.C. § 363 And Federal Rule Of Bankruptcy Procedure 2002, 6004 And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale By Delphi Automotive Systems, LLC And Delphi Automotive Technologies, Inc. Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 10938)*

*Reply Filed:*          *Debtors' Summary Of Modifications To Bidding Procedures Order In Connection With Sale Of The Debtors' Saginaw Chassis Assets Resolving Reply To Objection Of International Union, UAW To*

---

1        Objection resolved.

14

*Expedited Motion For Orders (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9623)*

*Debtors' Reply Summarizing Modifications To Asset Purchase Agreement And Bidding Procedures In Connection With Sale Of The Debtors' Saginaw Chassis Assets (Docket No. 10948)*

|  |  |
|---|---|
| *Related Filings:* | *Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Saginaw Chassis Equipment And Other Assets (Docket No. 10958)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

## D.    Contested Matters

6.    **"Verizon Administrative Expense Motion"** – Motion Of Verizon Services Corp. For Payment Of Administrative Expense Claim Pursuant To MobileAria Sale Order (Docket No. 9596)

|  |  |
|---|---|
| *Responses Filed:* | *Debtors' Objection To Motion Of Verizon Services Corp. For Payment Of Administrative Expense Claim Pursuant To MobileAria Sale Order (Docket No. 10882)* |
| *Reply Filed:* | *Reply Brief In Support Of Verizon Services Corp.'s Motion For Payment Of Administrative Expense Claim Pursuant To MobileAria Sale Order (Docket No. 11025)* |
| *Surreply Filed:* | *Debtors' Surreply To Reply Brief In Support Of Motion Of Verizon Services Corp. For Payment Of Administrative Expense Claim Pursuant To Mobilearia Sale Order (Docket No. 11134)* |
| *Related Filings:* | *None.* |

15

*Status:*          *The hearing with respect to this matter will be*
                   *proceeding.*

7.    **"Twenty-Second Omnibus Claims Objection"** – Debtors'
      Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And
      Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B)
      Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not
      Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F)
      Claims Subject To Modification, Tax Claims Subject To Modification,
      Modified Claims Asserting Reclamation, Claims Subject To Modification
      That Are Subject To Prior Orders, And Modified Claims Asserting
      Reclamation That Are Subject To Prior Orders (Docket No. 10738)

*Responses filed[2]:*    *Commonwealth Of Virginia Department Of
                         Taxation's Response To Debtors' Twenty-Second
                         Omnibus Objection To Claims (Docket No. 10848)*

                         *Response Of Harco Industries, Inc. To Debtors'
                         Twenty-Second Omnibus Objection (Docket No.
                         10849)*

                         *Michigan Department Of Labor & Economic
                         Growth, Unemployment Insurance Agency's
                         Response To The Debtors' Twenty-Second Omnibus
                         Objection To The Administrative Claim No. 16721
                         (Docket No. 10867)*

                         *Response Of CTS Corporation To Debtors'
                         Twenty-Second Omnibus Objection To Claims
                         (Docket No. 10914)*

                         *Response Of The State Of Michigan, Department Of
                         Treasury To Debtors' Twenty-Second Omnibus
                         Objection Pursuant To 11 U.S.C. §502(b) And Fed.
                         R. Bankr.P. 3007 To Certain (E) Untimely Claims
                         (Docket No. 10945)*

                         *Gully Transportation, Inc.'s Response To Debtors'
                         Twenty-Second Omnibus Objection To Unsecured
                         Claim No. 10019 (Docket No. 10961)*

---

2    Responses listed in bold were filed after the November 21, 2007 4:00 p.m. (prevailing Eastern time)
     objection deadline established under the *Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C.
     § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C)
     Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely
     Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims
     Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified
     Claims Asserting Reclamation That Are Subject To Prior Orders* (Docket No. 10738).

*Yazaki North America, Inc.'s Response To Twenty-Second Omnibus Claims Objection (Docket No. 10977)*

*Rassini, S.A. De C.V.'s Response To The Debtors' Twenty-Second Omnibus Objection To Proofs Of Claim (Docket No. 10984)*

*Response Of Capro Ltd. To Debtors' Twenty-Second Omnibus Claims Objection (Docket No. 10986)*

*Response Of PBR Knoxville LLC To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10989)*

*Response Of Siemens VDO Automotive Canada Inc. F/K/A Siemens VDO Automotive, Inc. To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Equity Claims (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10990)*

*Response Of Morgan Advanced Ceramics/Diamonex To Twenty-Second Omnibus Claims Objection (Docket No. 10991)*

*Republic Engineered Products, Inc.'s Response To Debtors' Twenty-Second Omnibus Objection To Claims (Docket No. 10992)*

17

*Response Of Peugeot Japy Industries S.A. To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10993)*

*Response Of Neuman Aluminum Automotive, Inc. And Neuman Aluminum Impact Extrusion, Inc. To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10995)*

*Response Of A. Schulman, Inc. In Opposition To Debtors' Twenty-Second Omnibus Claims Objection (Docket No. 10998)*

*Response Of The Goodyear Tire & Rubber Company To The Debtors' Twenty-Second Omnibus Objection To Certain Claims Subject To Modification (Claim No. 6956) (Docket No. 10999)*

*Response Of TI Group Automotive Systems, LLC To Debtors' Twenty-Second Omnibus Objection To Claims (Docket No. 11000)*

*Response Of Creditor, James Hutz, Jr. To Debtors' Twenty-Second Omnibus Claims Objection Regarding Claim No. 3139 (Docket No. 11001)*

18

*Response Of Spansion LLC, Assignee Of The Claim Of AMD International Sales & Service, Ltd. (Claim No. 10589), To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 11007)*

*Response Of Contrarian Funds, LLC To Debtors' Twenty-Second Omnibus Claims Objection (Docket No. 11016)*

*Hutchinson Fts Inc.'s Response To Debtors' Twenty-Second Omnibus Objection To Certain Claims (Docket No. 11021)*

*Response Of Molex Connector Corporation To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 11023)*

*Response Of Sierra Liquidity Fund To Debtors' Twenty-Second Omnibus Objection To Claims (Docket No. 11066)*

*Response Of Hirschmann Car Communications GmBH To Twenty Second Omnibus Objection Seeking To Disallow Certain Claims (Docket No. 11068)*

*Response And Objection Of SPCP Group, L.L.C. To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subjection To Prior Orders (Claim No. 14133) (Docket No. 11071)*

*United States Of America's Response To Debtors' Objection To The Claim Of The Equal Employment Opportunity Commission (Docket No. 11072)*

*Response Of Textron Fastening Systems, Inc. To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 11083)*

***Response Of Latigo Master Fund Ltd. To Debtors' Twenty-Second Omnibus Claims Objection (Docket No. 11112)***

*Reply filed:*   *Debtors' Omnibus Reply In Support Of Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims*

*Asserting Reclamation That Are Subject To Prior Orders (Docket No. 11043)*

Related filings:    *Notice Of Filing Of Exhibit A To Response Of Molex Connector Corporation To Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 11043)*

Status:    *The hearing will proceed with respect to claims for which no responses have been filed. With respect to claims for which responses have been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

8. **Intermet Corporation's Motion For Payment Of Administrative Expenses** – Intermet Corporation's Motion For Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. §§ 503(A), 503(B) And 507(A)(2) (Docket No. 10874)

Responses Filed:    *Debtors' Objection To Intermet Corporation's Motion For Payment Of Administrative Expense Claim (Docket No. 11075)*

Reply Filed:    *None.*

Related Filings:    *None.*

21

*Status:*          *The hearing with respect to this matter will be proceeding.*

Dated:  New York, New York
       November 28, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr. (JB 4711)
     John K. Lyons (JL 4951)
     Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti (KM 9632)
     Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
     Debtors and Debtors-in-Possession