| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|
| | x : | |
| In re: <br><br> DELPHI CORP., et. al., <br><br> Debtors. | : : : : : : : | Chapter 11 <br> Case No. 05-44481 (RDD) <br><br> Jointly Administered |
| | x | |

## FOURTH SUPPLEMENTAL DECLARATION OF BROCK E. PLUMB IN SUPPORT OF APPLICATION FOR ORDER UNDER 11 U.S.C. §§ 327(a), 328(a) AND 1107(b) AUTHORIZING EMPLOYMENT AND RETENTION OF DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITORS AND ACCOUNTANTS TO DEBTORS NUNC PRO TUNC TO OCTOBER 8, 2005

**Brock E. Plumb states under penalty of perjury that the following is true and correct:**

1. I am a partner in the firm of Deloitte & Touche LLP ("Deloitte & Touche"), which has an office located at 600 Renaissance Center, Suite 900, Detroit, Michigan 48243-1895. I submit this Fourth Supplemental Declaration (the "Fourth Supplemental Declaration") based upon inquiries made by me or on my behalf in support of the Application for Order Under 11 U.S.C. §§ 327(a), 328 (a) and 1107(b) Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditors and Accountants To Debtors, nunc pro tunc to October 8, 2005 (the "Retention Application"). This Fourth Supplemental Declaration provides additional information with respect to matters set forth in my Affidavit dated November 9, 2005 (the "Original Plumb Affidavit"). Capitalized terms used herein are as defined in the Retention Application unless otherwise specified.

2.  Deloitte & Touche and Delphi Corporation, as debtor in possession, recently entered into a Stipulation Tolling Applicable Statutes of Limitations with respect to Claims Against Deloitte & Touche LLP (the "Stipulation"). I understand that the Stipulation is in substantial conformity with a form approved by the Court pursuant to an Order dated August 16, 2007 [Docket # 9105]. The Stipulation states that it is "not to be construed, and is not intended, as an admission or suggestion that any valid claim or cause of action exists against Deloitte or that any defense to any such claim or cause of actions exists." In an abundance of caution, Deloitte & Touche is, with the consent of the Debtors, disclosing the existence of the Stipulation.

3.  In connection with the Original Plumb Affidavit, certain connection checks were conducted as described therein. Deloitte & Touche has conducted certain supplemental connections checks in connection with certain additional parties. Accordingly, I am submitting this Fourth Supplemental Declaration to disclose certain additional connections. These disclosures are made subject to the statements contain in the Original Plumb Affidavit which is incorporated herein by reference.

4.  As a result of the foregoing check, Attachment A to the Original Plumb Affidavit is hereby amended by the addition of names appearing on Attachment A hereto.

5.  Paragraph 6(d) of the Original Plumb Affidavit provided information regarding Deloitte & Touche's and/or its affiliates' connections to certain law firms providing services to parties in interest in the Debtors' bankruptcy cases. Deloitte & Touche hereby supplements such disclosure as follows:

Deloitte & Touche and/or its affiliates have provided, may currently provide and may in the future provide services to law firms providing services to potential investors in the Debtors, namely: Cleary, Gottlieb, Steen & Hamilton LLP; Haynes & Boone, LLP; Honigman, Miller, Schwartz and Cohn LLP; Kaye Scholer LLP; Milbank, Tweed, Hadley & McCloy; Paul, Weiss, Rifkind, Wharton & Garrison LLP and Weil, Gotshal & Manges LLP, in matters unrelated to these chapter 11 cases. Such firms, may, or in certain cases, have provided, or currently are providing and may in the future provide legal services to Deloitte & Touche or its affiliates, in each case, in matters unrelated to these chapter 11 cases.

6. Paragraph 6(e) of the Original Plumb Affidavit provided information regarding Deloitte & Touche's and/or its affiliates' connections to certain professional firms providing services to parties in interest in the Debtors' bankruptcy cases. Deloitte & Touche hereby supplements such disclosure as follows:

In the ordinary course of its business, Deloitte & Touche and/or its affiliates has business relationships in unrelated matters with its competitors, including Evercore Advisors, Inc., which together with its affiliate, have been identified by the Debtors as professional for potential investors in these chapter 11 cases. For example, from time to time, Deloitte & Touche and/or its affiliates and one or more of such entities may work on assignments for the same client or may otherwise engage each other for various purposes.

| Dated: November 14, 2007 | By: /s/ Brock E. Plumb<br>Brock E. Plumb |
|---|---|

3

# Exhibit A

**Parties-in-Interest for whom Deloitte & Touche LLP or its affiliates has provided or is currently providing services in matters unrelated to these chapter 11 cases or with whom such entities have other relationships.**

AGFA Corporation
Alabama Dept. of Industrial Relations
Brandes Investment Partners LP
Cleary Gottlieb Steen & Hamilton LLP
Denso Corporation
Dolce Investments LLC
Evercore Advisors, Inc.
Evercore Partners
Freudenberg & Co.
Greenhill & Co.
Harbinger Capital Partners Master Fund I, Ltd.; Harbinger Del-Auto Investment Co. Ltd.
Haynes & Boone, LLP
Honigman Miller Schwartz and Cohn LLP
Kaye Scholer LLP
Korea Technology Bank Network
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Milbank, Tweed, Hadley & McCoy
Molex Inc.
NSK Ltd.
Omega Tool Corporation
Pacific Group Ltd.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Reliance Insurance Company
Renaissance Capital Alliance, LLC
Sentry Financial Corporation
Sistemas Electricos y Conmutadores
TCF Leasing Inc
Weil, Gotshal & Manges LLP