# Exhibit E

**TAI Unsecured Creditors Liquidating Trust**
**Preliminary Analysis of Payments to Delphi From November 4, 2004 to February 1, 2005**

| Delphi Analysis | | | | | | | OCB Range | From | To | NPC | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prepared by ASK Financial | | | | | | | I2Del | 53 | 62 | $1,393,271 | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| TransDate | TransType | TransNo | CheckNo | CheckDate | CheckAmt | DeliveryDate | OCBPayments | AtIssue | InvNo | InvDate | InvAmt | AmtPaid | InvTotPaid | PayingCheckNo | I2Del | Eligible NV | NetPref |
| 04-Nov-04 | Check | 166009159 | 166009159 | 02-Nov-04 | $3,429,769.29 | 04-Nov-04 | $913,277.93 | $2,516,491.36 | | | | | | | | $0 | $2,516,491 |
| 04-Nov-04 | Check | 166009161 | 166009161 | 02-Nov-04 | $921,765.60 | 04-Nov-04 | $270,097.80 | $651,667.80 | | | | | | | | $0 | $3,168,159 |
| 04-Nov-04 | Check | 166009162 | 166009162 | 02-Nov-04 | $179,213.59 | 04-Nov-04 | $37,290.37 | $141,923.22 | | | | | | | | $0 | $3,310,082 |
| 05-Nov-04 | Paymt | 85235744 | | | | | | | 85235744 | 05-Nov-04 | $18,705.42 | $18,705.42 | $18,705.42 | 166009531 | 73 | $18,705 | $3,291,377 |
| 05-Nov-04 | Paymt | 85235745 | | | | | | | 85235745 | 05-Nov-04 | $35,092.28 | $35,092.28 | $35,092.28 | 166009531 | 73 | $35,092 | $3,256,285 |
| 05-Nov-04 | Paymt | 85245326 | | | | | | | 85245326 | 05-Nov-04 | $78,992.74 | $78,992.74 | $78,992.74 | 166009565 | 81 | $78,993 | $3,177,292 |
| 06-Nov-04 | Paymt | 85245400 | | | | | | | 85245400 | 06-Nov-04 | $328,958.86 | $328,958.86 | $328,958.86 | 166009532 | 73 | $328,959 | $2,848,333 |
| 07-Nov-04 | Check | 166009158 | 166009158 | 02-Nov-04 | $215,699.04 | 07-Nov-04 | $74,639.65 | $141,059.39 | | | | | | | | | $2,989,392 |
| 07-Nov-04 | Check | 166009160 | 166009160 | 02-Nov-04 | $73,675.14 | 07-Nov-04 | $35,721.28 | $37,953.86 | | | | | | | | | $3,027,346 |
| 08-Nov-04 | Paymt | 85252963 | | | | | | | 85252963 | 08-Nov-04 | $2,070.00 | $2,070.00 | $2,070.00 | 166009567 | 78 | $2,070 | $3,025,276 |
| 08-Nov-04 | Paymt | 85255290 | | | | | | | 85255290 | 08-Nov-04 | $65,871.26 | $65,871.26 | $65,871.26 | 166009565 | 78 | $65,871 | $2,959,405 |
| 10-Nov-04 | Paymt | 85261174 | | | | | | | 85261174 | 10-Nov-04 | $20,106.33 | $20,106.33 | $20,106.33 | 166009532 | 69 | $20,106 | $2,939,299 |
| 10-Nov-04 | Paymt | 85261618 | | | | | | | 85261618 | 10-Nov-04 | $12,279.19 | $12,279.19 | $12,279.19 | 166009533 | 69 | $12,279 | $2,927,020 |
| 10-Nov-04 | Paymt | 85263233 | | | | | | | 85263233 | 10-Nov-04 | $408,823.99 | $408,823.99 | $408,823.99 | 166009532 | 69 | $408,824 | $2,518,196 |
| 10-Nov-04 | Paymt | 85263350 | | | | | | | 85263350 | 10-Nov-04 | $110,812.08 | $110,812.08 | $110,812.08 | 166009532 | 69 | $110,812 | $2,407,383 |
| 11-Nov-04 | Paymt | 85262005 | | | | | | | 85262005 | 11-Nov-04 | $14,728.26 | $14,728.26 | $14,728.26 | 166009566 | 75 | $14,728 | $2,392,655 |
| 11-Nov-04 | Paymt | 85262006 | | | | | | | 85262006 | 11-Nov-04 | $24,130.87 | $24,130.87 | $24,130.87 | 166009566 | 75 | $24,131 | $2,368,524 |
| 11-Nov-04 | Paymt | 85277071 | | | | | | | 85277071 | 11-Nov-04 | $2,299.19 | $2,299.19 | $2,299.19 | 166009531 | 67 | $2,299 | $2,366,225 |
| 12-Nov-04 | Paymt | 85277953 | | | | | | | 85277953 | 12-Nov-04 | $19,925.34 | $19,925.34 | $19,925.34 | 166009531 | 66 | $19,925 | $2,346,300 |
| 12-Nov-04 | Paymt | 85277954 | | | | | | | 85277954 | 12-Nov-04 | $33,441.95 | $33,441.95 | $33,441.95 | 166009531 | 66 | $33,442 | $2,312,858 |
| 12-Nov-04 | Paymt | 85286325 | | | | | | | 85286325 | 12-Nov-04 | $177,083.26 | $177,083.26 | $177,083.26 | 166009532 | 67 | $177,083 | $2,135,775 |
| 12-Nov-04 | Paymt | 85286326 | | | | | | | 85286326 | 12-Nov-04 | $36,937.36 | $36,937.36 | $36,937.36 | 166009532 | 67 | $36,937 | $2,098,837 |
| 12-Nov-04 | Paymt | 85286621 | | | | | | | 85286621 | 12-Nov-04 | $103,357.32 | $103,357.32 | $103,357.32 | 166009565 | 74 | $103,357 | $1,995,480 |
| 16-Nov-04 | Paymt | 85298029 | | | | | | | 85298029 | 16-Nov-04 | $11,170.18 | $11,170.18 | $11,170.18 | 166009532 | 63 | $11,170 | $1,984,310 |
| 16-Nov-04 | Paymt | 85300104 | | | | | | | 85300104 | 16-Nov-04 | $591,114.46 | $246,238.66 | $591,114.46 | 166009532 | 63 | $246,239 | $1,738,071 |
| 16-Nov-04 | Paymt | 85300104 | | | | | | | 85300104 | 16-Nov-04 | $591,114.46 | $344,865.80 | $591,114.46 | 166009564 | 70 | $344,866 | $1,393,205 |
| 16-Nov-04 | Paymt | 85300105 | | | | | | | 85300105 | 16-Nov-04 | $36,990.00 | $36,990.00 | $36,990.00 | 166009564 | 70 | $36,990 | $1,356,215 |
| 16-Nov-04 | Paymt | 85300118 | | | | | | | 85300118 | 16-Nov-04 | $45,816.29 | $45,816.29 | $45,816.29 | 166009565 | 70 | $45,816 | $1,310,399 |
| 17-Nov-04 | Check | 166009163 | 166009163 | 02-Nov-04 | $7,245.00 | 17-Nov-04 | $2,070.00 | $5,175.00 | | | | | | | | | $1,315,574 |
| 17-Nov-04 | Paymt | 85305643 | | | | | | | 85307325 | 17-Nov-04 | $16,744.35 | $16,744.35 | $16,744.35 | 166009533 | 62 | $0 | $1,315,574 |
| 17-Nov-04 | Paymt | 85307325 | | | | | | | 85307325 | 17-Nov-04 | $2,070.00 | $2,070.00 | $2,070.00 | 166009567 | 69 | $2,070 | $1,313,504 |
| 17-Nov-04 | Paymt | 85307341 | | | | | | | 85307341 | 17-Nov-04 | $2,070.00 | $2,070.00 | $2,070.00 | 166009567 | 69 | $2,070 | $1,311,434 |
| 18-Nov-04 | Paymt | 85305141 | | | | | | | 85305141 | 18-Nov-04 | $5,912.85 | $5,912.85 | $5,912.85 | 166009566 | 68 | $5,913 | $1,305,521 |
| 18-Nov-04 | Paymt | 85305142 | | | | | | | 85305142 | 18-Nov-04 | $13,313.58 | $13,313.58 | $13,313.58 | 166009566 | 68 | $13,314 | $1,292,208 |
| 19-Nov-04 | Paymt | 85314232 | | | | | | | 85314232 | 19-Nov-04 | $15,045.67 | $15,045.67 | $15,045.67 | 166009531 | 59 | $15,045 | $1,292,208 |
| 19-Nov-04 | Paymt | 85314233 | | | | | | | 85314233 | 19-Nov-04 | $18,678.46 | $18,678.46 | $18,678.46 | 166009531 | 59 | $0 | $1,292,208 |
| 19-Nov-04 | Paymt | 85321145 | | | | | | | 85321145 | 19-Nov-04 | $2,231.28 | $2,231.28 | $2,231.28 | 166009566 | 67 | $2,231 | $1,289,976 |
| 19-Nov-04 | Paymt | 85324340 | | | | | | | 85324340 | 19-Nov-04 | $61,754.30 | $61,754.30 | $61,754.30 | 166009565 | 67 | $61,754 | $1,228,222 |
| 19-Nov-04 | Paymt | 85324354 | | | | | | | 85324354 | 19-Nov-04 | $8,330.23 | $8,330.23 | $8,330.23 | 166009565 | 67 | $8,330 | $1,219,892 |
| 19-Nov-04 | Paymt | 85324807 | | | | | | | 85324807 | 19-Nov-04 | $60,195.08 | $60,195.08 | $60,195.08 | 166009564 | 67 | $60,195 | $1,159,697 |
| 22-Nov-04 | Paymt | 85335212 | | | | | | | 85335212 | 22-Nov-04 | $45,816.29 | $45,816.29 | $45,816.29 | 166009565 | 64 | $45,816 | $1,113,880 |
| 23-Nov-04 | Paymt | 85340168 | | | | | | | 85340168 | 23-Nov-04 | $26,846.65 | $26,846.65 | $26,846.65 | 166009564 | 63 | $26,847 | $1,087,034 |
| 23-Nov-04 | Paymt | 85342794 | | | | | | | 85342794 | 23-Nov-04 | $740,792.56 | $740,792.56 | $740,792.56 | 166009564 | 63 | $740,793 | $346,241 |
| 23-Nov-04 | Paymt | 85342795 | | | | | | | 85342795 | 23-Nov-04 | $36,990.00 | $36,990.00 | $36,990.00 | 166009564 | 63 | $36,990 | $309,251 |
| 24-Nov-04 | Paymt | 85333885 | | | | | | | 85333885 | 24-Nov-04 | $22,500.20 | $22,500.20 | $22,500.20 | 166009566 | 62 | $0 | $309,251 |
| 24-Nov-04 | Paymt | 85333886 | | | | | | | 85333886 | 24-Nov-04 | $28,291.36 | $28,291.36 | $28,291.36 | 166009566 | 62 | $0 | $309,251 |
| 24-Nov-04 | Paymt | 85340396 | | | | | | | 85340396 | 24-Nov-04 | $26,024.94 | $26,024.94 | $26,024.94 | 166009531 | 54 | $0 | $309,251 |
| 24-Nov-04 | Paymt | 85340397 | | | | | | | 85340397 | 24-Nov-04 | $42,749.01 | $42,749.01 | $42,749.01 | 166009531 | 54 | $0 | $309,251 |
| 24-Nov-04 | Paymt | 85348495 | | | | | | | 85348495 | 24-Nov-04 | $22,325.80 | $22,325.80 | $22,325.80 | 166009533 | 55 | $0 | $309,251 |
| 24-Nov-04 | Paymt | 85349514 | | | | | | | 85349514 | 24-Nov-04 | $1,831.89 | $1,831.89 | $1,831.89 | 166009566 | 62 | $0 | $309,251 |
| 24-Nov-04 | Paymt | 85350631 | | | | | | | 85350631 | 24-Nov-04 | $62,476.76 | $62,476.76 | $62,476.76 | 166009565 | 62 | $0 | $309,251 |
| 29-Nov-04 | Paymt | 85357382 | | | | | | | 85357382 | 29-Nov-04 | $3,105.00 | $3,105.00 | $3,105.00 | 166009567 | 57 | $0 | $309,251 |
| 29-Nov-04 | Paymt | 85361158 | | | | | | | 85361158 | 29-Nov-04 | $61,754.30 | $61,754.30 | $61,754.30 | 166009565 | 57 | $0 | $309,251 |
| 30-Nov-04 | Paymt | 85364212 | | | | | | | 85364212 | 30-Nov-04 | $24,609.43 | $24,609.43 | $24,609.43 | 166009564 | 56 | $0 | $309,251 |
| 30-Nov-04 | Paymt | 85366766 | | | | | | | 85366766 | 30-Nov-04 | $3,105.00 | $3,105.00 | $3,105.00 | 166009567 | 56 | $0 | $309,251 |
| 30-Nov-04 | Paymt | 85366822 | | | | | | | 85366822 | 30-Nov-04 | $913,148.30 | $913,148.30 | $913,148.30 | 166009564 | 56 | $0 | $309,251 |
| 30-Nov-04 | Paymt | 85368093 | | | | | | | 85368093 | 30-Nov-04 | $32,935.63 | $32,935.63 | $32,935.63 | 166009565 | 56 | $0 | $309,251 |

The data and analysis presented in this spreadsheet are preliminary in nature.  The Trust reserves its right to modify or amend the data and/or analysis once substantive discovery commences.

**TAI Unsecured Creditors Liquidating Trust**
**Preliminary Analysis of Payments to Delphi From November 4, 2004 to February 1, 2005**

| TransDate | TransType | TransNo | CheckNo | CheckDate | CheckAmt | DeliveryDate | OCBPayments | AtIssue | InvNo | InvDate | InvAmt | AmtPaid | InvTotPaid | PayingCheckNo | I2Del | Eligible NV | NetPref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Dec-04 | Inv | 85371753 | | | | | | | 85371753 | 01-Dec-04 | $17,860.64 | $0.00 | $0.00 | | | $17,861 | $291,391 |
| 01-Dec-04 | Inv | 85374386 | | | | | | | 85374386 | 01-Dec-04 | $50,074.50 | $0.00 | $0.00 | | | $50,075 | $241,316 |
| 02-Dec-04 | Inv | 85371825 | | | | | | | 85371825 | 02-Dec-04 | $21,063.38 | $0.00 | $0.00 | | | $21,063 | $220,253 |
| 02-Dec-04 | Inv | 85371826 | | | | | | | 85371826 | 02-Dec-04 | $26,726.40 | $0.00 | $0.00 | | | $26,726 | $193,526 |
| 02-Dec-04 | Inv | 85380921 | | | | | | | 85380921 | 02-Dec-04 | $4,479.20 | $0.00 | $0.00 | | | $4,479 | $189,047 |
| 03-Dec-04 | Inv | 85381247 | | | | | | | 85381247 | 03-Dec-04 | $28,497.00 | $0.00 | $0.00 | | | $28,497 | $160,550 |
| 03-Dec-04 | Inv | 85381248 | | | | | | | 85381248 | 03-Dec-04 | $43,594.40 | $0.00 | $0.00 | | | $43,594 | $116,956 |
| 03-Dec-04 | Inv | 85390958 | | | | | | | 85390958 | 03-Dec-04 | $83,248.20 | $0.00 | $0.00 | | | $83,248 | $33,707 |
| 06-Dec-04 | Inv | 85398515 | | | | | | | 85398515 | 06-Dec-04 | $2,070.00 | $0.00 | $0.00 | | | $2,070 | $31,637 |
| 06-Dec-04 | Inv | 85401777 | | | | | | | 85401777 | 06-Dec-04 | $70,186.20 | $0.00 | $0.00 | | | $70,186 | -$38,549 |
| 06-Dec-04 | Inv | 85402369 | | | | | | | 85402369 | 06-Dec-04 | $8,353.80 | $0.00 | $0.00 | | | $8,354 | -$46,903 |
| 06-Dec-04 | Check | 166009324 | 166009324 | 03-Dec-04 | $313,092.80 | 06-Dec-04 | $60,304.68 | $252,788.12 | | | | | | | | | $205,886 |
| 06-Dec-04 | Check | 166009327 | 166009327 | 03-Dec-04 | $780,813.60 | 06-Dec-04 | $190,929.90 | $589,883.70 | | | | | | | | | $795,769 |
| 06-Dec-04 | Check | 166009328 | 166009328 | 03-Dec-04 | $172,502.63 | 06-Dec-04 | $92,346.91 | $80,155.72 | | | | | | | | | $875,925 |
| 07-Dec-04 | Inv | 85410835 | | | | | | | 85410835 | 07-Dec-04 | $25,061.40 | $0.00 | $0.00 | | | $25,061 | $850,864 |
| 08-Dec-04 | Inv | 85409330 | | | | | | | 85409330 | 08-Dec-04 | $22,392.00 | $0.00 | $0.00 | | | $22,392 | $828,472 |
| 08-Dec-04 | Inv | 85410262 | | | | | | | 85410262 | 08-Dec-04 | $658,347.52 | $0.00 | $0.00 | | | $658,348 | $170,124 |
| 08-Dec-04 | Inv | 85410263 | | | | | | | 85410263 | 08-Dec-04 | $37,022.72 | $0.00 | $0.00 | | | $37,023 | $133,101 |
| 08-Dec-04 | Inv | 85416069 | | | | | | | 85416069 | 08-Dec-04 | $13,395.48 | $0.00 | $0.00 | | | $13,395 | $119,706 |
| 08-Dec-04 | Inv | 85417551 | | | | | | | 85417551 | 08-Dec-04 | $50,531.84 | $0.00 | $0.00 | | | $50,532 | $69,174 |
| 08-Dec-04 | Inv | 85419447 | | | | | | | 85419447 | 08-Dec-04 | $16,514.40 | $0.00 | $0.00 | | | $16,514 | $52,660 |
| 08-Dec-04 | Check | 166009326 | 166009326 | 03-Dec-04 | $68,093.69 | 08-Dec-04 | $2,232.58 | $65,861.11 | | | | | | | | | $118,521 |
| 09-Dec-04 | Inv | 85416747 | | | | | | | 85416747 | 09-Dec-04 | $14,154.53 | $0.00 | $0.00 | | | $14,155 | $104,366 |
| 09-Dec-04 | Inv | 85416748 | | | | | | | 85416748 | 09-Dec-04 | $21,715.20 | $0.00 | $0.00 | | | $21,715 | $82,651 |
| 10-Dec-04 | Inv | 85424689 | | | | | | | 85424689 | 10-Dec-04 | $36,807.20 | $0.00 | $0.00 | | | $36,807 | $45,844 |
| 10-Dec-04 | Inv | 85424690 | | | | | | | 85424690 | 10-Dec-04 | $22,390.50 | $0.00 | $0.00 | | | $22,391 | $23,453 |
| 10-Dec-04 | Inv | 85432061 | | | | | | | 85432061 | 10-Dec-04 | $49,977.90 | $0.00 | $0.00 | | | $49,978 | -$26,525 |
| 10-Dec-04 | Inv | 85435453 | | | | | | | 85435453 | 10-Dec-04 | $66,588.90 | $0.00 | $0.00 | | | $66,589 | -$93,113 |
| 13-Dec-04 | Inv | 85443702 | | | | | | | 85443702 | 13-Dec-04 | $1,035.00 | $0.00 | $0.00 | | | $1,035 | -$94,148 |
| 14-Dec-04 | Inv | 85452072 | | | | | | | 85452072 | 14-Dec-04 | $11,196.00 | $0.00 | $0.00 | | | $11,196 | -$105,344 |
| 14-Dec-04 | Inv | 85453537 | | | | | | | 85453537 | 14-Dec-04 | $688,037.12 | $0.00 | $0.00 | | | $688,037 | $0 |
| 14-Dec-04 | Check | 166009329 | 166009329 | 03-Dec-04 | $9,315.00 | 14-Dec-04 | $0.00 | $9,315.00 | | | | | | | | | $9,315 |
| 15-Dec-04 | Inv | 85454401 | | | | | | | 85454401 | 15-Dec-04 | $57,800.40 | $0.00 | $0.00 | | | $57,800 | $0 |
| 15-Dec-04 | Inv | 85459265 | | | | | | | 85459265 | 15-Dec-04 | $6,697.74 | $0.00 | $0.00 | | | $6,698 | $0 |
| 15-Dec-04 | Check | 166009325 | 166009325 | 03-Dec-04 | $3,445,804.86 | 15-Dec-04 | $1,029,216.36 | $2,416,588.50 | | | | | | | | | $2,416,589 |
| 16-Dec-04 | Inv | 85459321 | | | | | | | 85459321 | 16-Dec-04 | $16,376.28 | $0.00 | $0.00 | | | $16,376 | $2,400,212 |
| 16-Dec-04 | Inv | 85459322 | | | | | | | 85459322 | 16-Dec-04 | $24,220.80 | $0.00 | $0.00 | | | $24,221 | $2,375,991 |
| 16-Dec-04 | Inv | 85462452 | | | | | | | 85462452 | 16-Dec-04 | $41,624.10 | $0.00 | $0.00 | | | $41,624 | $2,334,367 |
| 17-Dec-04 | Inv | 85467851 | | | | | | | 85467851 | 17-Dec-04 | $13,841.40 | $0.00 | $0.00 | | | $13,841 | $2,320,526 |
| 17-Dec-04 | Inv | 85467852 | | | | | | | 85467852 | 17-Dec-04 | $18,139.00 | $0.00 | $0.00 | | | $18,139 | $2,302,387 |
| 17-Dec-04 | Inv | 85477476 | | | | | | | 85477476 | 17-Dec-04 | $95,585.70 | $0.00 | $0.00 | | | $95,586 | $2,206,801 |
| 21-Dec-04 | Inv | 85487572 | | | | | | | 85487572 | 21-Dec-04 | $6,770.00 | $0.00 | $0.00 | | | $6,770 | $2,200,031 |
| 21-Dec-04 | Inv | 85492622 | | | | | | | 85492622 | 21-Dec-04 | $22,392.00 | $0.00 | $0.00 | | | $22,392 | $2,177,639 |
| 21-Dec-04 | Inv | 85494086 | | | | | | | 85494086 | 21-Dec-04 | $820,290.56 | $0.00 | $0.00 | | | $820,291 | $1,357,349 |
| 21-Dec-04 | Inv | 85494087 | | | | | | | 85494087 | 21-Dec-04 | $37,022.72 | $0.00 | $0.00 | | | $37,023 | $1,320,326 |
| 21-Dec-04 | Inv | 85494105 | | | | | | | 85494105 | 21-Dec-04 | $25,265.92 | $0.00 | $0.00 | | | $25,266 | $1,295,060 |
| 22-Dec-04 | Inv | 85498000 | | | | | | | 85498000 | 22-Dec-04 | $2,070.00 | $0.00 | $0.00 | | | $2,070 | $1,292,990 |
| 23-Dec-04 | Inv | 85500779 | | | | | | | 85500779 | 23-Dec-04 | $17,860.64 | $0.00 | $0.00 | | | $17,861 | $1,275,129 |
| 27-Dec-04 | Inv | 85499044 | | | | | | | 85499044 | 27-Dec-04 | $19,947.90 | $0.00 | $0.00 | | | $19,948 | $1,255,181 |
| 27-Dec-04 | Inv | 85499045 | | | | | | | 85499045 | 27-Dec-04 | $31,730.20 | $0.00 | $0.00 | | | $31,730 | $1,223,451 |
| 30-Dec-04 | Inv | 85543600 | | | | | | | 85543600 | 30-Dec-04 | $12,385.80 | $0.00 | $0.00 | | | $12,386 | $1,211,065 |
| 30-Dec-04 | Inv | 85543601 | | | | | | | 85543601 | 30-Dec-04 | $199,235.40 | $0.00 | $0.00 | | | $199,235 | $1,011,830 |
| 03-Jan-05 | Inv | 85504255 | | | | | | | 85504255 | 03-Jan-05 | $9,139.00 | $0.00 | $0.00 | | | $9,139 | $1,002,691 |
| 03-Jan-05 | Inv | 85504256 | | | | | | | 85504256 | 03-Jan-05 | $15,868.80 | $0.00 | $0.00 | | | $15,869 | $986,822 |
| 03-Jan-05 | Inv | 85546553 | | | | | | | 85546553 | 03-Jan-05 | $4,140.00 | $0.00 | $0.00 | | | $4,140 | $982,682 |
| 04-Jan-05 | Inv | 85552039 | | | | | | | 85552039 | 04-Jan-05 | $22,392.00 | $0.00 | $0.00 | | | $22,392 | $960,290 |
| 04-Jan-05 | Inv | 85553898 | | | | | | | 85553898 | 04-Jan-05 | $672,705.28 | $0.00 | $0.00 | | | $672,705 | $287,585 |
| 04-Jan-05 | Inv | 85553900 | | | | | | | 85553900 | 04-Jan-05 | $37,022.72 | $0.00 | $0.00 | | | $37,023 | $250,562 |
| 05-Jan-05 | Inv | 85554449 | | | | | | | 85554449 | 05-Jan-05 | $7,853.20 | $0.00 | $0.00 | | | $7,853 | $242,709 |
| 05-Jan-05 | Inv | 85558436 | | | | | | | 85558436 | 05-Jan-05 | $6,697.74 | $0.00 | $0.00 | | | $6,698 | $236,011 |
| 06-Jan-05 | Inv | 85552571 | | | | | | | 85552571 | 06-Jan-05 | $11,797.33 | $0.00 | $0.00 | | | $11,797 | $224,214 |

**TAI Unsecured Creditors Liquidating Trust**
**Preliminary Analysis of Payments to Delphi From November 4, 2004 to February 1, 2005**

| TransDate | TransType | TransNo | CheckNo | CheckDate | CheckAmt | DeliveryDate | OCBPayments | AtIssue | InvNo | InvDate | InvAmt | AmtPaid | InvTotPaid | PayingCheckNo | I2Del | Eligible NV | NetPref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-Jan-05 | Inv | 85552572 | | | | | | | 85552572 | 06-Jan-05 | $17,539.20 | $0.00 | $0.00 | | | $17,539 | $206,675 |
| 06-Jan-05 | Inv | 85552575 | | | | | | | 85552575 | 06-Jan-05 | $4,596.80 | $0.00 | $0.00 | | | $4,597 | $202,078 |
| 07-Jan-05 | Inv | 85563167 | | | | | | | 85563167 | 07-Jan-05 | $18,726.60 | $0.00 | $0.00 | | | $18,727 | $183,351 |
| 07-Jan-05 | Inv | 85563169 | | | | | | | 85563169 | 07-Jan-05 | $39,660.40 | $0.00 | $0.00 | | | $39,660 | $143,691 |
| 07-Jan-05 | Inv | 85571278 | | | | | | | 85571278 | 07-Jan-05 | $132,542.40 | $0.00 | $0.00 | | | $132,542 | $11,149 |
| 10-Jan-05 | Inv | 85576204 | | | | | | | 85576204 | 10-Jan-05 | $2,070.00 | $0.00 | $0.00 | | | $2,070 | $9,079 |
| 11-Jan-05 | Inv | 85584172 | | | | | | | 85584172 | 11-Jan-05 | $17,539.20 | $0.00 | $0.00 | | | $17,539 | $0 |
| 11-Jan-05 | Inv | 85584802 | | | | | | | 85584802 | 11-Jan-05 | $44,784.00 | $0.00 | $0.00 | | | $44,784 | $0 |
| 11-Jan-05 | Inv | 85585832 | | | | | | | 85585832 | 11-Jan-05 | $38,214.40 | $0.00 | $0.00 | | | $38,214 | $0 |
| 11-Jan-05 | Inv | 85586190 | | | | | | | 85586190 | 11-Jan-05 | $612,800.00 | $0.00 | $0.00 | | | $612,800 | $0 |
| 11-Jan-05 | Inv | 85586191 | | | | | | | 85586191 | 11-Jan-05 | $37,022.72 | $0.00 | $0.00 | | | $37,023 | $0 |
| 12-Jan-05 | Inv | 85591558 | | | | | | | 85591558 | 12-Jan-05 | $5,581.45 | $0.00 | $0.00 | | | $5,581 | $0 |
| 13-Jan-05 | Inv | 85591297 | | | | | | | 85591297 | 13-Jan-05 | $7,701.16 | $0.00 | $0.00 | | | $7,701 | $0 |
| 13-Jan-05 | Inv | 85591298 | | | | | | | 85591298 | 13-Jan-05 | $20,880.00 | $0.00 | $0.00 | | | $20,880 | $0 |
| 13-Jan-05 | Inv | 85591299 | | | | | | | 85591299 | 13-Jan-05 | $9,193.60 | $0.00 | $0.00 | | | $9,194 | $0 |
| 13-Jan-05 | Inv | 85600242 | | | | | | | 85600242 | 13-Jan-05 | $1,365.39 | $0.00 | $0.00 | | | $1,365 | $0 |
| 13-Jan-05 | Inv | 85600243 | | | | | | | 85600243 | 13-Jan-05 | $2,505.60 | $0.00 | $0.00 | | | $2,506 | $0 |
| 13-Jan-05 | Inv | 85600911 | | | | | | | 85600911 | 13-Jan-05 | $28,778.40 | $0.00 | $0.00 | | | $28,778 | $0 |
| 14-Jan-05 | Inv | 85599112 | | | | | | | 85599112 | 14-Jan-05 | $6,672.60 | $0.00 | $0.00 | | | $6,673 | $0 |
| 14-Jan-05 | Inv | 85599116 | | | | | | | 85599116 | 14-Jan-05 | $407.10 | $0.00 | $0.00 | | | $407 | $0 |
| 14-Jan-05 | Inv | 85599138 | | | | | | | 85599138 | 14-Jan-05 | $6,761.70 | $0.00 | $0.00 | | | $6,762 | $0 |
| 14-Jan-05 | Inv | 85599139 | | | | | | | 85599139 | 14-Jan-05 | $25,880.20 | $0.00 | $0.00 | | | $25,880 | $0 |
| 14-Jan-05 | Inv | 85606880 | | | | | | | 85606880 | 14-Jan-05 | $61,668.00 | $0.00 | $0.00 | | | $61,668 | $0 |
| 15-Jan-05 | Inv | 85610747 | | | | | | | 85610747 | 15-Jan-05 | $33,283.20 | $0.00 | $0.00 | | | $33,283 | $0 |
| 17-Jan-05 | Check | 166009531 | 166009531 | 14-Jan-05 | $211,962.31 | 17-Jan-05 | $102,498.08 | $109,464.23 | | | | | | | | | $109,464 |
| 18-Jan-05 | Inv | 85618827 | | | | | | | 85618827 | 18-Jan-05 | $17,913.60 | $0.00 | $0.00 | | | $17,914 | $91,551 |
| 18-Jan-05 | Inv | 85620332 | | | | | | | 85620332 | 18-Jan-05 | $547,348.48 | $0.00 | $0.00 | | | $547,348 | $0 |
| 18-Jan-05 | Check | 166009532 | 166009532 | 14-Jan-05 | $1,719,944.00 | 18-Jan-05 | $0.00 | $1,719,944.00 | | | | | | | | | $1,719,944 |
| 18-Jan-05 | Check | 166009533 | 166009533 | 14-Jan-05 | $68,093.69 | 18-Jan-05 | $39,070.15 | $29,023.54 | | | | | | | | | $1,748,968 |
| 19-Jan-05 | Inv | 85623818 | | | | | | | 85623818 | 19-Jan-05 | $6,697.74 | $0.00 | $0.00 | | | $6,698 | $1,742,270 |
| 19-Jan-05 | Inv | 85627838 | | | | | | | 85627838 | 19-Jan-05 | $24,962.40 | $0.00 | $0.00 | | | $24,962 | $1,717,307 |
| 20-Jan-05 | Inv | 85624957 | | | | | | | 85624957 | 20-Jan-05 | $10,431.94 | $0.00 | $0.00 | | | $10,432 | $1,706,875 |
| 20-Jan-05 | Inv | 85624958 | | | | | | | 85624958 | 20-Jan-05 | $26,726.40 | $0.00 | $0.00 | | | $26,726 | $1,680,149 |
| 20-Jan-05 | Inv | 85624959 | | | | | | | 85624959 | 20-Jan-05 | $4,596.80 | $0.00 | $0.00 | | | $4,597 | $1,675,552 |
| 21-Jan-05 | Inv | 85634072 | | | | | | | 85634072 | 21-Jan-05 | $13,434.30 | $0.00 | $0.00 | | | $13,434 | $1,662,118 |
| 21-Jan-05 | Inv | 85634073 | | | | | | | 85634073 | 21-Jan-05 | $38,057.20 | $0.00 | $0.00 | | | $38,057 | $1,624,061 |
| 21-Jan-05 | Inv | 85643733 | | | | | | | 85643733 | 21-Jan-05 | $49,334.40 | $0.00 | $0.00 | | | $49,334 | $1,574,726 |
| 24-Jan-05 | Inv | 85645417 | | | | | | | 85645417 | 24-Jan-05 | $41,604.00 | $0.00 | $0.00 | | | $41,604 | $1,533,122 |
| 24-Jan-05 | Inv | 85654288 | | | | | | | 85654288 | 24-Jan-05 | $24,913.20 | $0.00 | $0.00 | | | $24,913 | $1,508,209 |
| 25-Jan-05 | Inv | 85658461 | | | | | | | 85658461 | 25-Jan-05 | $20,152.80 | $0.00 | $0.00 | | | $20,153 | $1,488,056 |
| 25-Jan-05 | Inv | 85660241 | | | | | | | 85660241 | 25-Jan-05 | $76,487.68 | $0.00 | $0.00 | | | $76,488 | $1,411,569 |
| 25-Jan-05 | Inv | 85660459 | | | | | | | 85660459 | 25-Jan-05 | $523,687.68 | $0.00 | $0.00 | | | $523,688 | $887,881 |
| 25-Jan-05 | Inv | 85660460 | | | | | | | 85660460 | 25-Jan-05 | $37,022.72 | $0.00 | $0.00 | | | $37,023 | $850,858 |
| 25-Jan-05 | Inv | 85660467 | | | | | | | 85660467 | 25-Jan-05 | $114,731.52 | $0.00 | $0.00 | | | $114,732 | $736,127 |
| 25-Jan-05 | Inv | 85661028 | | | | | | | 85661028 | 25-Jan-05 | $37,022.72 | $0.00 | $0.00 | | | $37,023 | $699,104 |
| 25-Jan-05 | Check | 166009564 | 166009564 | 21-Jan-05 | $2,184,448.15 | 25-Jan-05 | $937,757.73 | $1,246,690.42 | | | | | | | | | $1,945,794 |
| 25-Jan-05 | Check | 166009565 | 166009565 | 21-Jan-05 | $567,105.16 | 25-Jan-05 | $157,166.69 | $409,938.47 | | | | | | | | | $2,355,733 |
| 25-Jan-05 | Check | 166009566 | 166009566 | 21-Jan-05 | $154,740.14 | 25-Jan-05 | $52,623.45 | $102,116.69 | | | | | | | | | $2,457,850 |
| 25-Jan-05 | Check | 166009567 | 166009567 | 21-Jan-05 | $17,595.00 | 25-Jan-05 | $6,210.00 | $11,385.00 | | | | | | | | | $2,469,235 |
| 26-Jan-05 | Inv | 85665274 | | | | | | | 85665274 | 26-Jan-05 | $10,046.61 | $0.00 | $0.00 | | | $10,047 | $2,459,188 |
| 26-Jan-05 | Inv | 85667608 | | | | | | | 85667608 | 26-Jan-05 | $37,443.60 | $0.00 | $0.00 | | | $37,444 | $2,421,744 |
| 27-Jan-05 | Inv | 85665258 | | | | | | | 85665258 | 27-Jan-05 | $11,551.74 | $0.00 | $0.00 | | | $11,552 | $2,410,193 |
| 27-Jan-05 | Inv | 85665259 | | | | | | | 85665259 | 27-Jan-05 | $42,679.36 | $0.00 | $0.00 | | | $42,679 | $2,367,513 |
| 27-Jan-05 | Inv | 85673601 | | | | | | | 85673601 | 27-Jan-05 | $32,889.60 | $0.00 | $0.00 | | | $32,890 | $2,334,624 |
| 28-Jan-05 | Inv | 85679992 | | | | | | | 85679992 | 28-Jan-05 | $115,556.40 | $0.00 | $0.00 | | | $115,556 | $2,219,067 |
| 31-Jan-05 | Inv | 85671015 | | | | | | | 85671015 | 31-Jan-05 | $61,225.40 | $0.00 | $0.00 | | | $61,225 | $2,157,842 |
| 31-Jan-05 | Inv | 85687406 | | | | | | | 85687406 | 31-Jan-05 | $49,875.60 | $0.00 | $0.00 | | | $49,876 | $2,107,966 |
| 01-Feb-05 | Inv | 85686914 | | | | | | | 85686914 | 01-Feb-05 | $335,244.80 | $0.00 | $0.00 | | | $335,245 | $1,772,722 |
| 01-Feb-05 | Inv | 85687041 | | | | | | | 85687041 | 01-Feb-05 | $305,950.72 | $0.00 | $0.00 | | | $305,951 | $1,466,771 |
| 01-Feb-05 | Inv | 85694642 | | | | | | | 85694642 | 01-Feb-05 | $28,682.88 | $0.00 | $0.00 | | | $28,683 | $1,438,088 |
| 01-Feb-05 | Inv | 85694643 | | | | | | | 85694643 | 01-Feb-05 | $44,817.00 | $0.00 | $0.00 | | | $44,817 | $1,393,271 |