# EXHIBIT A

# DELPHI CORPORATION

## SUMMARY OF PROFESSIONAL
## TIME CHARGES AND FEES
## FOR THE PERIOD
## JUNE 1, 2007 THROUGH SEPTEMBER 30, 2007

### EXHIBIT A

Listed below are the Mesirow Financial Consulting, LLC professionals who performed services during the referenced period, their respective hourly rates, hours incurred, and associated fees.

| Name | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Lattig, Larry H. | Senior Managing Director | $ 690 | 196.9 | $ 135,861 |
| Szlezinger, Leon | Senior Managing Director | 690 | 139.8 | 96,462 |
| Davis, Scott | Senior Managing Director | 690 | 13.7 | 9,453 |
| Pickering, Ben | Managing Director | 650 | 429.4 | 279,110 |
| Parks, Amanda | Managing Director | 650 | 294.1 | 191,165 |
| Sartori, Elisa | Senior Vice President | 620 | 30.5 | 18,910 |
| Matlawski, Krysten | Vice President | 520 | 83.4 | 43,368 |
| Thatcher, Michael | Vice President | 480 | 433.8 | 208,224 |
| Grancher, Matthew | Associate | 290 | 6.5 | 1,885 |
| Montague, Kathleen | Associate | 240 | 21.2 | 5,088 |
| Chinai, Neha | Associate | 190 | 47.0 | 8,930 |
| Neziroski, David | Paraprofessional | 150 | 70.3 | 10,545 |
| Total | | | 1,766.6 | $ 1,009,001 |
| Less Travel time at 1/2 Billing Rates | | | | (5,180) |
| TOTALS: | | | 1,766.6 | $ 1,003,821 |

Total Fees    $ 1,003,821

Total Expenses  $     9,299

Total Due    $ 1,013,120

Page 1