# EXHIBIT B

DELPHI CORPORATION

SUMMARY OF PROFESSIONAL
TIME CHARGES AND FEES BY TIME DETAIL CATEGORY
FOR THE PERIOD
JUNE 1, 2007 THROUGH SEPTEMBER 30, 2007

EXHIBIT B

Listed below are the hours incurred and associated time charges for each time detail category.

| Time Detail Category | June 1, 2007 through September 30, 2007 | | Cumulative [2] | |
|---|---|---|---|---|
| | Hours | Fees | Hours | Fees |
| Accounting/Auditing | - | $ - | - | $ - |
| Asset Analysis and Recovery | - | - | - | - |
| Asset Disposition | 20.0 | 12,832 | 43.1 | 25,455 |
| Business Analysis | 692.8 | 402,186 | 2,275.9 | 1,221,681 |
| Business Operations | 372.5 | 226,490 | 908.5 | 528,725 |
| Case Administration | 4.2 | 2,798 | 142.5 | 61,070 |
| Claims Administration and Objections | 64.5 | 34,620 | 497.8 | 206,196 |
| Corporate Finance | 93.2 | 61,624 | 332.9 | 209,049 |
| Data Analysis | 104.4 | 43,858 | 643.9 | 305,152 |
| Employee Benefits/Pensions | - | - | 115.1 | 54,519 |
| Fee/Employment Applications | 94.0 | 26,266 | 334.1 | 95,466 |
| Fee/Employment Objections | - | - | 30.3 | 18,106 |
| Financing | 39.5 | 19,020 | 77.3 | 42,214 |
| Litigation | - | - | - | - |
| Litigation Consulting | - | - | - | - |
| Meetings of Creditors | 123.5 | 77,515 | 471.9 | 293,392 |
| Plan and Disclosure Statement | 96.7 | 62,454 | 96.7 | 62,454 |
| Reconstruction Accounting | - | - | - | - |
| Relief from Stay Proceedings | - | - | - | - |
| Tax Issues | 45.3 | 28,978 | 92.1 | 55,088 |
| Travel[1] | 16.0 | 5,180 | 70.0 | 21,510 |
| Valuation | - | - | - | - |
| TOTALS: | 1,766.6 | $ 1,003,821 | 6,132.1 | $ 3,200,077 |

Hours and Fees from October 19, 2005 through September 30, 2006    12,453.0   $ 5,756,786 [3]

Total Hours and Fees                                                 1,766.6   $ 1,003,821    18,585.1   $ 8,956,863

Total Expenses                                                                 $     9,299               $   203,042

Total Fees and Expenses Due                                                    $ 1,013,120               $ 9,159,905

[1] This reflects non-working travel time voluntarily limited to a maximum of 2.0 hours per trip and billed at half rate.
[2] Cumulative for the category codes put in place by the Fee Committee as of October 1, 2006.
[3] Cumulative total to October 1, 2006 (prior to category code changes put in place by the Fee Committee).