# EXHIBIT C

# EXHIBIT C

## DELPHI CORPORATION
### Summary of Expenses
### June 1, 2007 through September 30, 2007

Listed below are the expenses incurred for each expense category:

| Expense Category | Amount |
|---|---:|
| Airfare | $ 4,716 |
| Ground Transportation | $ 1,331 |
| Lodging | $ 3,058 |
| Meals | $ 183 |
| Miscellaneous | $ 11 |

**Total Expenses Requested** [1]      $ 9,299

---

[1] MFC has voluntarily capped all meals at $20.

# EXHIBIT C-1

EXHIBIT C-1

**DELPHI CORPORATION**
Detailed Summary of Expenses
June 1, 2007 through September 30, 2007

| Name | Date | Description | Amount |
|---|---|---|---:|
| *Air* | | | |
| Matlawski, Krysten | 15-Aug-07 | Airfare - coach round trip - Chicago, IL to New York, NY. | $ 463 |
| Lattig, Larry H. | 07-Aug-07 | Airfare - coach round trip - Dallas, TX to New York, NY. | 1,424 |
| Lattig, Larry H. | 16-Jul-07 | Airfare - coach round trip - Dallas, TX to New York, NY. | 1,424 |
| Lattig, Larry H. | 11-Jun-07 | Airfare - coach round trip - Dallas, TX to New York, NY. | 1,405 |
| *Subtotal - Air* | | | $ 4,716 |
| | | | |
| *Ground Transportation* | | | |
| Neziroski, David | 28-Sep-07 | Ground Transportation - MFC office to residence after 8pm. | $ 29 |
| Lattig, Larry | 11-Sep-07 | Ground Transportation - Dallas airport to residence. | 69 |
| Lattig, Larry | 11-Sep-07 | Ground Transportation - residence to Dallas airport. | 69 |
| Pickering, Ben | 07-Sep-07 | Ground Transportation - MFC office to residence after 8pm. | 60 |
| Pickering, Ben | 29-Aug-07 | Ground Transportation - MFC office to residence after 8pm. | 60 |
| Pickering, Ben | 28-Aug-07 | Ground Transportation - MFC office to residence after 8pm. | 60 |
| Pickering, Ben | 27-Aug-07 | Ground Transportation - MFC office to residence after 8pm. | 60 |
| Chinai, Neha | 23-Aug-07 | Ground Transportation - MFC office to residence after 8pm. | 11 |
| Pickering, Ben | 22-Aug-07 | Ground Transportation - MFC office to residence after 8pm. | 60 |
| Thatcher, Michael | 22-Aug-07 | Ground Transportation - MFC office to residence after 8pm. | 15 |
| Pickering, Ben | 21-Aug-07 | Ground Transportation - MFC office to residence after 8pm. | 60 |
| Pickering, Ben | 20-Aug-07 | Ground Transportation - MFC office to residence after 8pm. | 60 |
| Pickering, Ben | 18-Aug-07 | Ground Transportation - parking 1 day. | 12 |
| Thatcher, Michael | 18-Aug-07 | Ground Transportation - MFC office to residence after 8pm. | 15 |
| Matlawski, Krysten | 16-Aug-07 | Ground Transportation - Chicago airport to residence. | 35 |
| Matlawski, Krysten | 16-Aug-07 | Ground Transportation - office to New York airport. | 57 |
| Pickering, Ben | 16-Aug-07 | Ground Transportation - MFC office to ferry service after 8pm. | 17 |
| Matlawski, Krysten | 15-Aug-07 | Ground Transportation - New York airport to hotel. | 30 |
| Thatcher, Michael | 10-Aug-07 | Ground Transportation - MFC office to residence after 8pm. | 15 |
| Lattig, Larry H. | 09-Aug-07 | Ground Transportation - hotel to Committee meeting. | 10 |
| Lattig, Larry H. | 09-Aug-07 | Ground Transportation - MFC office to New York airport. | 40 |
| Lattig, Larry H. | 07-Aug-07 | Ground Transportation - New York airport to hotel. | 35 |
| Parks, Amanda | 26-Jul-07 | Ground Transportation - hotel to New York airport. | 122 |
| Parks, Amanda | 25-Jul-07 | Ground Transportation - residence to hotel for meeting. | 113 |
| Lattig, Larry H. | 18-Jul-07 | Ground Transportation - hotel to New York airport. | 35 |
| Lattig, Larry H. | 17-Jul-07 | Ground Transportation - hotel to meeting. | 10 |
| Lattig, Larry H. | 17-Jul-07 | Ground Transportation - meeting to hotel. | 10 |
| Lattig, Larry H. | 16-Jul-07 | Ground Transportation - New York airport to hotel. | 30 |
| Pickering, Ben | 13-Jul-07 | Ground Transportation - MFC office to ferry service after 8pm. | 7 |
| Neziroski, David | 12-Jul-07 | Ground Transportation - train station to residence after 8pm. | 7 |
| Thatcher, Michael | 10-Jul-07 | Ground Transportation - MFC office to residence after 8pm. | 15 |
| Pickering, Ben | 09-Jul-07 | Ground Transportation - MFC office to ferry service after 8pm. | 9 |
| Pickering, Ben | 03-Jul-07 | Ground Transportation - MFC office to ferry service after 8pm. | 14 |
| Lattig, Larry H. | 14-Jun-07 | Ground Transportation - hotel to client meeting. | 10 |
| Lattig, Larry H. | 14-Jun-07 | Ground Transportation - MFC office to New York airport. | 35 |
| Lattig, Larry H. | 11-Jun-07 | Ground Transportation - New York airport to hotel. | 35 |
| *Subtotal - Ground Transportation* | | | $ 1,331 |

EXHIBIT C-1

DELPHI CORPORATION
Detailed Summary of Expenses
June 1, 2007 through September 30, 2007

| Name | Date | Description | Amount |
|---|---|---|---:|
| *Lodging* | | | |
| Matlawski, Krysten | 15-Aug-07 | Lodging - 1 night in New York, NY. | $ 445 |
| Lattig, Larry H. | 08-Aug-07 | Lodging - 1 night in New York, NY. | 450 |
| Parks, Amanda | 25-Jul-07 | Lodging - 1 night in Westchester, NY. | 363 |
| Lattig, Larry H. | 16-Jul-07 | Lodging - 2 nights in New York, NY. | 900 |
| Lattig, Larry H. | 11-Jun-07 | Lodging - 2 nights in New York, NY. | 900 |
| *Subtotal - Lodging* | | | $ 3,058 |
| *Meals* | | | |
| Pickering, Ben | 28-Aug-07 | Meals - dinner (2 attendee's). | $ 15 |
| Pickering, Ben | 27-Aug-07 | Meals - dinner (1 attendee). | 5 |
| Matlawski, Krysten | 16-Aug-07 | Meals - breakfast (1 attendee). | 13 |
| Matlawski, Krysten | 16-Aug-07 | Meals - dinner (1 attendee). | 20 |
| Matlawski, Krysten | 15-Aug-07 | Meals - dinner (1 attendee). | 20 |
| Lattig, Larry H. | 08-Aug-07 | Meals - dinner (1 attendee). | 19 |
| Parks, Amanda | 26-Jul-07 | Meals - breakfast (1 attendee). | 15 |
| Parks, Amanda | 25-Jul-07 | Meals - dinner (1 attendee). | 19 |
| Lattig, Larry H. | 18-Jul-07 | Meals - breakfast (1 attendee). | 17 |
| Lattig, Larry H. | 16-Jul-07 | Meals - dinner (1 attendee). | 20 |
| Lattig, Larry H. | 11-Jun-07 | Meals - dinner (1 attendee). | 20 |
| *Subtotal - Meals* [1] | | | $ 183 |
| *Miscellaneous* | | | |
| | 01-Jun-07 | Miscellaneous - courier service. | $ 11 |
| *Subtotal - Miscellaneous* | | | $ 11 |
| **Grand Total** | | | $ 9,299 |

[1] MFC has voluntarily limited meals to a maximum of $20 per person.