HEARING DATE: February 26, 2008 at 10:00 a.m.
RESPONSE DEADLINE: February 19, 2008 at 4:00 p.m.

LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4802
Telephone: (212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email:  robert.rosenberg@lw.com
        mitchell.seider@lw.com
        mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

**NOTICE OF HEARING ON SIXTH FEE AND EXPENSE
APPLICATION OF STEVEN HALL & PARTNERS, LLC AS
COMPENSATION AND EMPLOYMENT AGREEMENT ADVISOR
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

PLEASE TAKE NOTICE that on November 29, 2007, Steven Hall & Partners, LLC filed its Sixth Fee and Expense Application of Steven Hall & Partners, LLC as Compensation and Employment Agreement Advisor for the Official Committee of Unsecured Creditors (the "Application"), pursuant to Sections 330 and 331 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and the Administrative Order establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated November 4, 2005 (as amended from time to time, the "Administrative Order"), seeking an Order awarding

interim compensation for professional services provided to the Official Committee of Unsecured Creditors in the amount of $116,912.50, during the period from June 1, 2007 through September 30, 2007 (the "Sixth Interim Fee Period").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held on February 26, 2008, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, in the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, New York, 10004-1408 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that responses or objections to the Application, if any, must comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, must be set forth in writing describing the basis therefore, and must be filed with the Bankruptcy Court electronically in accordance with General Order M-242, as amended by General Order M-269, by registered users of the Court's electronic case filing system (the Users' Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3-1/2 inch computer diskette, preferably in Portable Document Format (PDF), or in any other Windows-based word processing format (with a hard copy delivered directly to chambers). Any such responses or objections must be served in accordance with the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007 and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e), entered by the Court in these cases on October 14, 2005 (as amended from time to time), upon each of the following: (i) counsel to the Committee, Latham & Watkins

LLP, 885 Third Avenue, New York, New York 10022, Attn.: Robert J. Rosenberg, Esq.; (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn.: Alicia M. Leonard, Esq.; (iii) counsel to the Debtors, Skadden, Arps, Slate & Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Attn.: John Wm. Butler Jr., Esq.; (iv) special counsel to the Debtors, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, Attn.: Douglas Bartner, Esq.; (v) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, Attn.: Marissa Wesley, Esq.; (vi) counsel to the agent under the Debtors' postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, NY 10017, Attn.: Marlane Melican, Esq.; (vii) counsel to the Equity Committee, Fried Frank, Harris, Shriver & Jacobson, One New York Plaza, New York, New York 10004, Attn: Brad Eric Scheler, Esq.; (viii) members of the Fee Committee, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Attn: David Sherbin, Esq. and John Sheehan, (ix) member of the Fee Committee, GE Plastics, Americas, 9930 Kincey Avenue, Huntersville, NC 28078, Attn: Valerie Venable and (x) fee auditor for the Fee Committee, Legal Cost Control, Inc. 255 Kings Highway East, Haddonfield, NJ 08033, Attn: Susan Trevejo, in each case so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on February 19, 2008 (the "Objection Deadline")

PLEASE TAKE FURTHER NOTICE that only those objections made in writing and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court during the Hearing.  If no objections to the Application are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter a final order granting the Application without further notice.

Dated:  November 29, 2007
New York, New York

                    **LATHAM & WATKINS LLP**

                    By:  /s/ Robert J. Rosenberg
                    Robert J. Rosenberg (RR-9585)
                    Mitchell A. Seider (MS-4321)
                    Mark A. Broude (MB-1902)
                    885 Third Avenue, Suite 1000
                    New York, New York 10022
                    Telephone:  (212) 906-1200

                    Attorneys for the Official Committee of
                    Unsecured Creditors