**BUCK CONSULTANTS, LLC**

500 Grant Street
Suite 2900
Pittsburgh, PA  15219
Telephone:  412-394-3078
Mary P. Mitchell - Principal Retirement
Email: Mary.Mitchell@buckconsultants.com

Pension and Benefits Actuary to the Official Creditors' Committee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| DELPHI CORPORATION, <u>et</u> <u>al.</u>, | ) | Case No. 05-44481 (RDD) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) | Jointly Administered |
|  | ) |  |

**COVER SHEET TO FOURTH APPLICATION OF BUCK CONSULTANTS, LLC**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AS PENSION AND BENEFITS ACTUARY TO THE**
**<u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

**Name of Applicant**            Buck Consultants, LLC

**Role In Case**                Pension and Benefits Actuary to Official Creditors' Committee

**Date of Retention**            May 30, 2006 (*nunc pro tunc* to January 23, 2006)

**Period Covered**              June 1, 2007 through September 30, 2007

**<u>Current Application</u>**

**Fees Requested**            $27,576.00

**Expenses Requested**        $00.00

**Total Fees and Expenses**    $27,576.00
**Requested**
**Blended Hourly Rate**        $520.30

**This is a(n) ___X___ interim ____ final application**

## Section 1: Fee Summary

|  | To Date | Current Period |
|---|---|---|
| Total Fees Requested | $ 125,347.00 | $ 27,576.00 |
| Total Disbursements Requested | $      00.00 | $      00.00 |
| Total Fees Previously Allowed | $124,107.00 | $      00.00 |
| Total Disbursement Previously Allowed | $      00.00 | $      00.00 |
| Total Previously Received by Applicant | $123,370.20 | $      00.00 |

## Section II:  Professional Summary

| Professional | Professional Title | Hours | Rate | Total* |
|---|---|---|---|---|
| Jeffrey Johns | Consultant Retirement | 1.00 | $308.00 | $      308.00 |
| Mary P. Mitchell | Principal-Retirement | 49.00 | 519.18* | 25,440.00 |
| Peter McCormick | Principal-Benefits Consultant | 1.00 | 628.00 | 628.00 |
| Robin B. Simon | Principal-Consulting Actuary | 2.00 | 600.00 | 1,200.00 |
| **Total** |  | **53.00** | **$520.30** | **$27,576.00** |

## Section III: Compensation by Project Category

| Project Category | Hours Billed | Blended Rate | Totals |
|---|---|---|---|
| **Due Diligence Actuarial Review** | 18.00 | $520.00 | 9,360.00 |
| **DB Valuation Qualified Services** | 34.00 | 517.29 | 17,588.00 |
| **Legal Consulting/Program Design** | 1.00 | 628.00 | 628.00 |
| **Total Hours and Fees** | **53.00** | **$520.30** | **$27,576.00** |

## Section IV: Expenses Summary

**None**

----------------------------

**\*As of July 1, 2007, Mary Mitchell's billable rate was increased from $500 to $520 per hour.**

**BUCK CONSULTANTS, LLC**
500 Grant Street
Suite 2900
Pittsburgh, PA  15219
Telephone:  412-394-3078
Mary P. Mitchell - Principal Retirement
Email: Mary.Mitchell@buckconsultants.com

Pension and Benefits Actuary to the Official Creditors' Committee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, <u>et al.</u>, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**FOURTH APPLICATION OF BUCK CONSULTANTS, LLC**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AS PENSION AND BENEFITS ACTUARY TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to section 330 and 503(b)(1)(A) of chapter 11 of Title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), the Amended Guidelines for Fees and Disbursements for Professionals in the Southern

District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local

Guidelines") and the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed under 11 U.S.C. Section 330, adopted on

January 30, 1996 (the "UST Guidelines" collectively with the Local Guidelines, the "Guidelines"),

Buck Consultants, LLC ("Buck"), as Pension and Benefits Actuary to the Official Committee of

Unsecured Creditors (the "Committee") appointed in the chapter 11 case of Delphi Corporation

and its debtor affiliates (collectively, the "Debtors"), respectfully submits this application for (i)

allowance for compensation totaling $27,576.00 incurred by Buck from June 1, 2007 through and

including September 30, 2007 (the "Compensation Period").  In support of this application, Buck

respectfully represents:

1.     On October 8, 2005, thirty-nine of the above-referenced debtors ("Debtors") filed

their respective voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code.

The Debtors are continuing in possession of their property and operating their businesses as

Debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  On October

14, 2005, three additional Debtors filed voluntary petitions.

2.     Buck is a wholly owned subsidiary of Affiliated Computer Services, Inc. ("ACS")

and maintains an office, among others, at 500 Grant Street, Suite 2900, Pittsburgh, PA  15219.

Buck was retained as Pension and Benefits Actuary to the Committee *nunc pro tunc* to January 23,

2006 by order of this Court dated May 30, 2006.

3.     By Order dated November 4, 2005 (the "Administrative Order"), the Court

established a procedure for interim compensation and reimbursement of expenses for all

professionals in these cases.  In particular, the Administrative Order provides that, absent

objection, upon the expiration of twenty days after the service of monthly fee statements, the

Debtors are authorized to pay each professional an amount equal to 80% of the fees and 100% of

the expenses requested in their respective monthly fee statements.

4.     Pursuant to the Administrative Order, Buck served three monthly fee statements in

these cases for the months of June 2007 through and including September 2007 (the "Monthly

Statement").  To date, the Debtors have paid Buck $123,370.20.  However, Debtor's have not paid

any fees incurred by Buck during the period from June 2007 through September 2007.

5.       By this Application, Buck seeks interim allowance of compensation incurred during the Compensation Period and reflected in Buck's Monthly Statements.  Buck also seeks payment of all outstanding holdbacks owing with respect to the Monthly Statements.

6.       During the Period, Mary P. Mitchell has undertaken the supervisory responsibilities for Buck's efforts on behalf of the Committee.  Ms. Mitchell is a Principal-Retirement in Buck's Pittsburgh office.  Ms. Mitchell's academic credentials include, Bachelor's Degree in Applied Mathematics form the University of Pittsburgh, Associate of the Society of Actuaries, Enrolled Actuary and Member of the American Academy of Actuaries.  Additionally, she has over 20 years of experience in the actuarial consulting field and her day-to-day responsibilities include plan design, valuation of qualified and nonqualified retirement plans and accounting issues.

## SUMMARY OF SERVICES PERFORMED
## DURING THE COMPENSATION PERIOD

7.       As reflected in attached Fourth Fee Application Cover Sheet (the "Cover Sheet") Buck has rendered 53.00 hours of professional services to the Committee.  Based upon the nature of the services rendered, the time required to provide such services, the value of such services to the Committee and the cost of comparable services in non-bankruptcy cases, Buck believes that the allowed compensation for services rendered to the Committee should not be less than $27,576.00.  This total represents 53.00 hours of Buck professional time, at a blended average hourly rate of $520.30.  The hourly rate for each professional who performed services for the Committee during the Compensation Period is set forth in the Cover Sheet.

8.       In accordance with the Local Guidelines, a detailed chronological narrative of time spent (divided among  two primary descriptive billing categories), the dates and descriptions of the services rendered and the identity of the professionals who provided such services on behalf of the Committee during the Compensation Period are attached hereto as Exhibit A.

9.    Buck respectfully supplements the attached Billing Detail with following narrative summary of services rendered by Buck during the Compensation Period:

(a)    **Services in Connection Pension and OPEB Related Services**.  During the Compensation Period Buck devoted 53.00 hours and fees totaling $27,576.00 in connection with review and analysis of 2007 cash contributions to Pension and OPEB, including review, analysis and comparison of  Memorandum of Understanding, Term Sheet and attachments; comments on pension and OPEB sections of UAW, IAM, IBEW, and IUOE memos; preparation regarding pension and OPEB discussions with client; review and comments to memo in preparation for and attendance at July 9th conference call of professionals; review of Benefit Guarantee agreement; preparation of pension/OPEB questions regarding the Term Sheet; and review of Benefit Guarantee agreement; review of and comments on the pension and OPEB sections of the USW memo; review of Business Plan and back-up material to Business Plan;  review and comments on Section 7.22(e) of reorganization plan; review of Global Settlement Agreement and comments on pension and OPEB sections including estimate of service cost reimbursement to GM and numerous Client conferences regarding the foregoing.

(b)    **Services Relating to Billing & Fee Application.**  Applicant has not included any fees for these services during the Fourth Period.

## Certification

10.    As required by the Guidelines, a certification that the facts set forth in this Application are true and correct, and that this Application complies with the Guidelines, is attached hereto as Exhibit B.

## **Buck Is A Disinterested Person and Holds no Adverse Interest**

11.     All professional services for which allowance is requested in this Application were performed by Buck on behalf of the Committee, and were not on behalf of any other entity or person.  As described in the Affidavit of Mary P. Mitchell of Buck Consultants, LLC pursuant to sections 329, 504 and 1103 of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure previously filed by Buck in these cases: (i) Buck holds neither a claim against, nor an interest in, the Debtors, and no beneficial interest in the Debtors, directly or indirectly, has been acquired or transferred by Buck or for Buck's benefit since the commencement of these cases; (ii) Buck represents no interest adverse to the Debtors with respect to matters upon which it is engaged; and (iii) Buck is a "disinterested person" under section 101(14) of the Bankruptcy Code.

12.     No agreement or understanding exists between Buck and any other person or entity for the sharing of compensation received or to be received for services rendered in connection with these proceedings.

**[REST OF PAGE INTENTIONALLY LEFT BLANK]**

**WHEREFORE**, Buck respectfully requests that this Court enter an order: (i) allowing

Buck's request for compensation in the sum of $27,576.00 for actual, reasonable and necessary

professional services rendered on behalf of the Committee during the Compensation Period; (ii)

directing the Debtors to pay Buck the full amount of such compensation to the extent not already

paid; and (iii) for such other and further relief as this Court deems just.

Dated: Pittsburgh, Pennsylvania
November 14,  2007

**BUCK CONSULTANTS, LLC**

By:/s/ Mary P. Mitchell_____
    Mary P. Mitchell
    500 Grant Street
    Pittsburgh, Pennsylvania 15219
    Telephone:  412-394-3078

**EXHIBIT A**
**MONTHLY FEE STATEMENTS**

**United States Bankruptcy Court**
**Southern District of New York**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case Nos. 05-4481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |


**Eleventh Fee Statement of Buck Consultants, LLC**
**For the Period June 1, 2007 – June 30, 2007**

PLEASE REMIT TO:

**Buck Consultants, LLC**
**Formerly Mellon Consultants, LLC**
**Dept.  CH 14061**
**Palatine, IL  60055-4061**

July 12, 2007

EIN:        13-3954297

Mr. John Sheehan
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Terms: Payable upon receipt.  Interest
accrues after 30 days from the invoice date
at 1% per month.

Direct Inquiries to:
Judy Daszkiewicz - Finance Dept.
Email: Judith.Daszkiewicz@acs-hro.com
Phone: (201) 902-2842

Client #: 00019804
Invoice #: 179327

Fax: (201) 902-2420

Delphi – Pension and OPEB Related Charges for the period June 1 through June 30 2007:

Review Memorandum of Understanding, Term Sheet and
attachments regarding pension and OPEB benefits, and comparison
to analysis provided previously                                                    $1,000.00

| | Hours | Billable Rate | Total |
|---|---|---|---|
| Mary P. Mitchell | 2.00 | $500.00 | $1,000.00 |

## SERVICE LIST

Skadden, Arps, Slate, Meagher & Flom LLP
Att'n: John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Office of the United States Trustee
for the Southern District of New York
Att'n: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, New York 10004

Latham & Watkins LLP
Att'n: Robert J. Rosenberg, Esq.
885 Third Avenue
New York, New York, 10022-4802

Simpson Thacher & Bartlett LLP
Att'n: Kenneth S. Ziman, Esq
425 Lexington Avenue
New York, New York, 10017

Davis Polk & Wardell,
Att'n: Donald S. Bernstein, Esq.
450 Lexington Avenue
New York, New York, 10017)

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY  10004
Attn: Brad Eric Scheler

David Sherbin, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Mr. John Sheehan
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC  28078

Legal Cost Control, Inc.
255 Kings Highway East,
Haddonfield, NJ  08033
Attn: Joe Sykes

```
Buck Consultants, LLC.                                        WIP DETAIL REPORT                              Period End Date: 06/30/2007
Report Run Date : 07-05-2007                              (Sorted by Client Location, Account Manager and Client Name)    Frequency : M
Amounts in USD
========================================================================================================================
Location     : Pittsburgh-PA (0203)
Client       : Delphi Corporation (00019804)
Account Manager : Mitchell, Mary P (40812543)
========================================================================================================================
                                                    C L I E N T   T I M E   R E P O R T   S E C T I O N
                                                    ===================================================

Project : Due Diligence Actuarial Review (00019804-0001)           < Type 1 Project >
  Service Deliverable : DB VAL. QUALIFIED (RET01)
    Task : Consulting - General (025)
      TimeKeeper Name          Work Date      Work Hours     Work Amount     Notes
      -------------------------------------------------------------------------------------------------------------
      Mitchell, Mary P         06-26-2007         2.00        1,000.00       review memorandum of understanding, term sheet and attachments regarding
                                                                            pension and opeb provisions
                                              -----------    -----------
                              Task Total:         2.00        1,000.00
                                              -----------    -----------
                Service Deliverable Total:        2.00        1,000.00

  Service Deliverable : OTHER A (RET27)
    Task : Admin - General (006)
      TimeKeeper Name          Work Date      Work Hours     Work Amount     Notes
      -------------------------------------------------------------------------------------------------------------
      Thompson-Hoas, Audrey    06-11-2007         0.50           72.00       Bill preparation
                                              -----------    -----------
                              Task Total:         0.50           72.00
                                              -----------    -----------
                Service Deliverable Total:        0.50           72.00

  Service Deliverable : T&I Fee (RET) (RET11)
    Task : Consulting - General (025)
      TimeKeeper Name          Work Date      Work Hours     Work Amount     Notes
      -------------------------------------------------------------------------------------------------------------
      T & I FEE (RET), T & I   06-30-2007         0.00           64.32
                                              -----------    -----------
                              Task Total:         0.00           64.32
                                              -----------    -----------
                Service Deliverable Total:        0.00           64.32
                                              -----------    -----------
                          Project Total:         2.50        1,136.32
                                              -----------    -----------
```

*Applicant has voluntarily written off $136.32 in legal fees and expenses.

**United States Bankruptcy Court**
**Southern District of New York**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case Nos. 05-4481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |


**Twelfth Fee Statement of Buck Consultants, LLC**
**For the Period July 1, 2007 – July 31, 2007**

PLEASE REMIT TO:
**Buck Consultants, LLC**
**Formerly Mellon Consultants, LLC**
**Dept.  CH 14061**
**Palatine, IL  60055-4061**

August 14, 2007

EIN:        13-3954297

Mr. John Sheehan
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Terms: Payable upon receipt.  Interest
accrues after 30 days from the invoice date
at 1% per month.

Direct Inquiries to:
Judy Daszkiewicz - Finance Dept.
Email: Judith.Daszkiewicz@acs-hro.com
Phone: (201) 902-2842
Fax: (201) 902-2420

Client #: 00019804
Invoice #: 181498

---

Delphi – Pension and OPEB Related Charges for the period
        July 1 through July 31, 2007:

Services in connection with the UAW Memorandum of Understanding,
Term Sheet and attachments regarding pension and OPEB benefits, including:        $ 11,188

- Comments on the pension and OPEB sections of the UAW memo,
  submitted July 2
- Preparation of information request regarding pension and OPEB and
  discussion with Mesirow, July 3
- Review draft memo and provide comments, and attendance by
  conference call of the professionals and Committee meetings July 9th
- Conference call with Mesirow and Latham regarding Term Sheet and
  review of Benefit Guarantee agreement
- Preparation of pension/OPEB questions regarding the Term Sheet,
  conference call with professionals and Delphi regarding questions,
  and draft memo with responses to questions, submitted July 11
- Review updated memo, provide information regarding OPEB retirees
  and respond to questions regarding pension and OPEB, July 12th and 13th

|                    | Hours | Rate      | Billable Total |
|--------------------|-------|-----------|----------------|
| Peter J. McCormick | 1.00  | $628.00   | $     628.00   |
| Mary P. Mitchell   | 18.00 | $520.00   | $ 9,360.00     |
| Robin B. Simon     | 2.00  | $600.00   | $ 1,200.00     |

## SERVICE LIST

Skadden, Arps, Slate, Meagher & Flom LLP
Att'n: John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Office of the United States Trustee
for the Southern District of New York
Att'n: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, New York 10004

Latham & Watkins LLP
Att'n: Robert J. Rosenberg, Esq.
885 Third Avenue
New York, New York, 10022-4802

Simpson Thacher & Bartlett LLP
Att'n: Kenneth S. Ziman, Esq
425 Lexington Avenue
New York, New York, 10017

Davis Polk & Wardell,
Att'n: Donald S. Bernstein, Esq.
450 Lexington Avenue
New York, New York, 10017)

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY  10004
Attn: Brad Eric Scheler

David Sherbin, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Mr. John Sheehan
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC  28078

Legal Cost Control, Inc.
255 Kings Highway East,
Haddonfield, NJ  08033
Attn: Joe Sykes

```
Buck Consultants, LLC.                          WIP DETAIL REPORT                                    Period End Date: 07/31/2007
Report Run Date : 08-02-2007           (Sorted by Client Location, Account Manager and Client Name)  Frequency      : M
Amounts in USD

Location     : Pittsburgh- PA (0203)
Client       : Delphi Corporation (00019804)
Account Manager : Mitchell, Mary P (40812543)

                                        C L I E N T   T I M E   R E P O R T   S E C T I O N

Project : Due Diligence Actuarial Review (00019804-0001)           < Type 1 Project >
  Service Deliverable : Plan Design- Retiree (HWC19)
    Task : Consulting - General (025)
      Timekeeper Name           Work Date     Work Hours    Work Amount    Notes
      Simon, Robin B            07-11-2007        0.75           450.00    review of file for prep for discussion on terms of
                                                                           agreement
      Simon, Robin B            07-12-2007        1.25           750.00    discussion of terms of agreement ` Note also .1 hr on 7/13
                                                                           discussion pension impact
                                             -----------    -----------
                          Task Total:             2.00          1,200.00
                                             -----------    -----------
                 Service Deliverable Total:       2.00          1,200.00

  Service Deliverable : Tkr Fee (HWC) (HWCT1)
    Task : Consulting - General (025)
      Timekeeper Name           Work Date     Work Hours    Work Amount    Notes
      T & I FEE (HWC)  T & I  07-31-2007        0.00            72.00
                                             -----------    -----------
                          Task Total:             0.00            72.00
                                             -----------    -----------
                 Service Deliverable Total:       0.00            72.00

  Service Deliverable : DB VAL. QUALIFIED (RET01)
    Task : Consulting - General (025)
      Timekeeper Name           Work Date     Work Hours    Work Amount    Notes
      Mitchell, Mary P          07-02-2007        2.00          1,040.00    provide comments regarding pension and opeb provisions of term
                                                                           sheet/memorandum of understanding
      Mitchell, Mary P          07-03-2007        1.00           520.00    discussion with Mesirow regarding comments on mou/term sheet, preparation
                                                                           of request for information from company
      Mitchell, Mary P          07-09-2007        4.50          2,340.00    review draft and provide comments for mou/term sheet, professionals and
                                                                           committee call attendance by phone
      Mitchell, Mary P          07-10-2007        2.00          1,040.00    conf call w/Mesirow and Latham regarding term sheet and pension/opeb
                                                                           provisions, review original benefit guarantee documents
      Mitchell, Mary P          07-11-2007        4.50          2,340.00    review benefit guarantee document, draft questions regarding term sheet,
                                                                           conf call w/ Delphi regarding questions, draft memo with responses to
                                                                           questions
      Mitchell, Mary P          07-12-2007        2.50          1,300.00    review memos, discuss opeb issues w/buck chief opeb actuary, provide
                                                                           number of opeb retirees
      Mitchell, Mary P          07-13-2007        1.50           780.00    response to questions regarding pension/opeb benefits
                                             -----------    -----------
                          Task Total:            18.00          9,360.00
                                             -----------    -----------
                 Service Deliverable Total:      18.00          9,360.00

File: /tb/d3/work/reports/gap/M/072007408125430001980400000000000M001.txtProject: 00019804-0001 [Time Charges]                  Page: 1
```

```
Buck Consultants, LLC.                              WIP DETAIL REPORT                                              Period End Date: 07/31/2007
Report Run Date : 08-02-2007                 (Sorted by Client Location, Account Manager and Client Name)          Frequency       : M
Amounts in USD
Location    : Pittsburgh- PA (0203)
Client      : Delphi Corporation (00019804)
Account Manager : Mitchell, Mary P (40812543)
```

Service Deliverable : OTHER A (REF27)
  Task : Admin - General (005)

| Timekeeper Name | Work Date | Work Hours | Work Amount | Notes |
|---|---|---|---|---|
| Thompson-Haas, Audrey | 07-11-2007 | 0.50 | 74.00 | Bill preparation |
| Task Total: | | 0.50 | 74.00 | |
| Service Deliverable Total: | | 0.50 | 74.00 | |

Service Deliverable : LEGAL CONSULTING - PROGRAM DESIGN (RETB3)
  Task : Consulting - General (025)

| Timekeeper Name | Work Date | Work Hours | Work Amount | Notes |
|---|---|---|---|---|
| McCormick, Peter J | 07-05-2007 | 0.75 | 471.00 | tw/Ben P. M Mitchell, review memo on MOU, arrange for M Mitchell comments |
| McCormick, Peter J | 07-06-2007 | 0.25 | 157.00 | Review revised memo on MOU, tw/M Mitchell |
| Task Total: | | 1.00 | 628.00 | |
| Service Deliverable Total: | | 1.00 | 628.00 | |

Service Deliverable : T&I Fee (REF) (RETT1)
  Task : Consulting - General (025)

| Timekeeper Name | Work Date | Work Hours | Work Amount | Notes |
|---|---|---|---|---|
| T & I FEE (REF) | 07-31-2007 | 0.00 | 603.72 | |
| Task Total: | | 0.00 | 603.72 | |
| Service Deliverable Total: | | 0.00 | 603.72 | |
| Project Total: | | 21.50 | 11,937.72 | |

Applicant is voluntarily reducing its fees and expenses by the aggregate $749.72 as reflected above.

**United States Bankruptcy Court**
**Southern District of New York**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case Nos. 05-4481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**2nd Amended**
**Thirteenth Fee Statement of Buck Consultants, LLC**
**For the Period August 1, 2007 – August 31, 2007**

PLEASE REMIT TO:
**Buck Consultants, LLC**
**Formerly Mellon Consultants, LLC**
**Dept.  CH 14061**
**Palatine, IL  60055-4061**

September 13, 2007

EIN:        13-3954297

Mr. John Sheehan
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Terms: Payable upon receipt.  Interest
accrues after 30 days from the invoice date
at 1% per month.

Direct Inquiries to:
Judy Daszkiewicz - Finance Dept.
Email: Judith.Daszkiewicz@acs-hro.com
Phone: (201) 902-2842
Fax: (201) 902-2420

Client #: 00019804
Invoice #: 183034

---

Delphi – Pension and OPEB Related Charge For the period
August 1 through August 31, 2007:

Services in connection with the Memorandum of Understanding,
Term Sheet and attachments regarding pension and OPEB benefits, including:        $ 15,388

- Review of and comments on the pension and OPEB sections of the
  IUE-CWA memo, submitted August 9

- Review of and comments on the pension and OPEB sections of the
  IAM, IBEW, and IUOE memo, submitted August 8 and August 9

- Review of and comments on the pension and OPEB sections of the
  USW memo, submitted August 21

- Conference call with Mesirow, Jefferies, FTI, and Delphi, August 9th

- Review of Business Plan and back-up material to Business Plan

- Comments on Section 7.22(e) of reorganization plan, submitted August 21

- Conference with professionals and Delphi regarding the Business Plan
  and preparation of comments regarding pension and OPEB section of the
  Plan, submitted August 24

- Review of Global Settlement Agreement and comments on pension and
  OPEB sections, submitted August 29; including estimate of service cost
  reimbursement to GM

| Professional | Hours | Rate | Billable Total |
|---|---|---|---|
| Jeffrey A. Johns | 1.00 | $308.00 | $    308.00 |
| Mary P. Mitchell | 29.00 | $520.00 | $15,080.00 |

## SERVICE LIST

Skadden, Arps, Slate, Meagher & Flom LLP
Att'n: John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Office of the United States Trustee
for the Southern District of New York
Att'n: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, New York 10004

Latham & Watkins LLP
Att'n: Robert J. Rosenberg, Esq.
885 Third Avenue
New York, New York, 10022-4802

Simpson Thacher & Bartlett LLP
Att'n: Kenneth S. Ziman, Esq
425 Lexington Avenue
New York, New York, 10017

Davis Polk & Wardell,
Att'n: Donald S. Bernstein, Esq.
450 Lexington Avenue
New York, New York, 10017)

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY  10004
Attn: Brad Eric Scheler

David Sherbin, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Mr. John Sheehan
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC  28078

Legal Cost Control, Inc.
255 Kings Highway East,
Haddonfield, NJ  08033
Attn: Joe Sykes

```
Buck Consultants, LLC.                                    WIP DETAIL REPORT                              Period End Date: 08/31/2007
Report Run Date : 09-05-2007                     (Sorted by Client Location, Account Manager and Client Name)        Frequency   : M
Amounts in USD
========
Location       : Pittsburgh- PA (0203)
Client         : Delphi Corporation (00019804)
Account Manager : Mitchell, Mary P (40812543)
========

                                           C L I E N T   T I M E   R E P O R T   S E C T I O N
                                           ===================================================

Project : Due Diligence Actuarial Review (00019804-0001)
  Service Deliverable : DB VAL, QUALIFIED (RET01)          < Type 1 Project >
    Task : Consulting - General (025)

    Timekeeper Name          Work Date     Work Hours   Work Amount   Notes
    -----------------------  -----------   ----------   -----------   ------------------------------------------------------------
    Mitchell, Mary P         08-03-2007         0.50        260.00    begin review iam, ibew, iuoe and iue-cwa agreements
    Mitchell, Mary P         08-07-2007         4.50       2,340.00   review iam, ibew, iuoe and iue-cwa agreements for impact on pension/opeb
                                                                      benefits, compare with uaw agreement, and review nonrepresented employees
                                                                      agreement
    Mitchell, Mary P         08-08-2007         3.50       1,820.00   comments on IAM, IBEW, IUOE agreements, review of IUB-CWA agreements, and
                                                                      review of pension/opeb benefits under new contract
    Mitchell, Mary P         08-09-2007         4.00       2,080.00   conf call w/mesirow, jefferies, fti and delphi provide pension/opeb
                                                                      comments in the iue memo and the splinter unions memo
    Mitchell, Mary P         08-10-2007         0.50        260.00    review USM agmt/term sheet
    Mitchell, Mary P         08-20-2007         1.00        520.00    review uaw agreements/term sheet
    Mitchell, Mary P         08-21-2007         3.00       1,560.00   review uaw memo and provide comments on pension/opeb sections, review
                                                                      business plan, provide comments on section 7.22(e) of reorganization plan
    Mitchell, Mary P         08-22-2007         1.00        520.00    review business plan backup
    Mitchell, Mary P         08-23-2007         3.00       1,560.00   review business plan backup, conference call w/ professionals and delphi
                                                                      regarding new business plan
    Mitchell, Mary P         08-24-2007         4.00       2,080.00   prepare comments on business plan regarding pension/opeb information
    Mitchell, Mary P         08-28-2007         2.00       1,040.00   review global settlement agreement regarding pension/opeb provisions
    Mitchell, Mary P         08-29-2007         1.00        520.00    provide comments on global settlement agreement
    Mitchell, Mary P         08-30-2007         1.00        520.00    est service cost for benefit accruals in gm hrp, call w/latham regarding
                                                                      pension and opeb provisions of the global settlement agreement
                                               ----------   -----------
                          Task Total:         29.00      15,080.00

    Task : Peer Review (115)

    Timekeeper Name          Work Date     Work Hours   Work Amount   Notes
    -----------------------  -----------   ----------   -----------   ------------------------------------------------------------
    Johns, Jeffrey A         08-24-2007         1.00        308.00    Peer review pension/opeb issues
                                               ----------   -----------
                          Task Total:          1.00        308.00

                Service Deliverable Total:    30.00      15,388.00

  Service Deliverable : OTHER A (RET27)
    Task : Admin - General (005)

    Timekeeper Name          Work Date     Work Hours   Work Amount   Notes
    -----------------------  -----------   ----------   -----------   ------------------------------------------------------------
    Thompson-Haas, Audrey    08-10-2007         0.50         74.00    Bill preparation
                                               ----------   -----------
                          Task Total:          0.50         74.00

                Service Deliverable Total:     0.50         74.00
```

Buck Consultants, LLC.
Report Run Date : 09-05-2007
Amounts in USD

WIP DETAIL REPORT
(Sorted by Client Location, Account Manager and Client Name)

Period End Date: 08/31/2007
Frequency    : M

Location     : Pittsburgh- PA (0203 )
Client       : Delphi Corporation (00019804)
Account Manager : Mitchell, Mary P (40812543)

Service Deliverable : T&I Fee (REF) (RETTI)
Task : Consulting  General (025)

| Timekeeper Name | Work Date | Work Hours | Work Amount | Notes |
|---|---|---|---|---|
| T & I FEE (REF) , T & I 08-31-2007 | | 0.00 | 927.72 | |
| Task Total: | | 0.00 | 927.72 | |
| Service Deliverable Total: | | 0.00 | 927.72 | |
| Project Total: | | 30.50 | 16,389.72 | |

*Applicant has voluntarily reduced its fees and expenses by the sum of $1,001.72.

```
====================================================================================================
File: /tb/dl/work/reports/gap/M/0820074081254300019804000000000M001.txtProject: 00019804-0001 [Time Charges]
Buck Consultants, LLC                                                                    Page: 2
Report Run Date : 09-05-2007                                             Period End Date: 08/31/2007
Amounts in USD                                                           Frequency      : M
                                        WIP DETAIL REPORT
                          (Sorted by Client Location, Account Manager and Client Name)

Location        : Pittsburgh- PA (0203)
Client          : Delphi Corporation (00019804)
Account Manager : Mitchell, Mary P (40812543)
====================================================================================================

               S U M M A R Y   O F   C L I E N T   C H A R G E S
               ===============================================================

               Client : 00019804 - Delphi Corporation

                    |------------|   |------------|   |---------------|   |---------------------|
                    |Total Hours |   | Total Fees |   |Total Expenses |   | Total Client Charges|
                    |------------|   |------------|   |---------------|   |---------------------|
     Client Total:  |     30.50  |   | 16,389.72  |   |        0.00   |   |         16,389.72   |
                    |------------|   |------------|   |---------------|   |---------------------|
```

**EXHIBIT B**

**CERTIFICATION BY MARY P. MITCHELL**

**BUCK CONSULTANTS, LLC**
500 Grant Street
Suite 2900
Pittsburgh, PA  15219
Telephone:  412-394-3078
Mary P. Mitchell - Principal Retirement
Email:Mary.Mitchell@buckconsultants.com

Pension and Benefits Actuary to the Official Creditors' Committee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, <u>et</u> <u>al.</u>, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

---

**CERTIFICATION WITH RESPECT TO FOURTH APPLICATION OF BUCK**
**CONSULTANTS, LLC FOR ALLOWANCE AND PAYMENT OF**
**COMPENSATION AS PENSION AND BENEFITS ACTUARY TO**
<u>**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**</u>

Mary P. Mitchell, a Principal-Retirement of Buck Consultants, LLC ("Buck"), as Pension

and Benefits Actuary to the Official Committee of Unsecured Creditors (the "Committee)

appointed in the chapter 11 cases of Delphi Corporation and its debtor affiliates (the "Debtors), in

compliance with the Amended Guidelines for Fees and Disbursements for Professionals in

Southern District of New York Bankruptcy Cases adopted by the court on April 19,1995 (the

"Local Guidelines") and the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January

30, 1996 (the "UST Guidelines," and collectively the "Local Guidelines"), hereby certifies as

follows:

1.   I have reviewed the Fourth Fee and Expense Application of Buck Consultants (the "Application"), for the period from June  1, 2007 through September 30, 2007 (the "Compensation Period"), which seeks approval of certain fees incurred by Buck as pension and benefits actuary to the Committee in connection with the above captioned chapter 11 cases.

As required by Section B. 1 of the Local Guidelines, I certify that:

(a)      I have read the application;

(b)      To the best of my knowledge, information and belief formed after reasonable inquiry the fees and disbursements sought in the Application fall within the Local Guidelines;

(c)      The fees sought are charged in accordance with practices customarily employed by Buck and generally accepted by Buck's clients; and

(d)      Buck does not make a profit on any expenses charged in these cases whether such expenses are incurred by Buck in-house or through a third party.

2.      As required by Section B. 2 of the Local Guidelines, I certify that all of Buck's Monthly Statements were sent to members of the committee, the Debtors and the Office of the United States Trustee for the Southern District of New York, among others, not later than 20 days after the end of the month to which each Monthly Statement applied (except that Buck's Second fee statement was served six months after the initial work was started).

3.   As required by Section B. 3 of the Local Guidelines, I certify that the members of the Committee, the Debtors and the Office of the United States Trustee for the Southern District of

New York, among others, will each be provided with a copy of the Application at least ten (10)

days in advance of the hearing to consider the Application.

I certify the foregoing to be true and correct.

Dated: November 14, 2007
      Pittsburgh, Pennsylvania


                          **BUCK CONSULTANTS, LLC**


                          /s/ Mary P. Mitchell_____
                            Mary P. Mitchell