# INDEX OF EXHIBITS TO SIXTH INTERIM FEE APPLICATION

Exhibit A —    Certification of Compliance

Exhibit B —    Summary of Professional Services Rendered, Background of Professionals

Exhibit C —    Summary of Services Rendered

Exhibit D —    Actual and Necessary Disbursements Incurred

Exhibit E —    Proposed Order Granting Sixth Interim Fee Application for Allowance of Interim Compensation and Reimbursement of Expenses

#319768-v1