# EXHIBIT B

## DELPHI CORPORATION, *ET AL.*

### PROFESSIONAL SERVICES RENDERED
### BY HOWARD & HOWARD ATTORNEYS, P.C.
### AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
### JUNE 1, 2007 THROUGH SEPTEMBER 30, 2007

*The new hourly rate went into effect on 8/15/07 because Mr. Andress became an attorney.

### ATTORNEYS

| Name | Year Admitted to Practice | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Lisa S. Gretchko | 1979 | Dec. 1978 | $325.00 | 6.0 | $1,950.00 |
| Samuel J. Haidle | 1998 | 1998 | $250.00 | 161.6 | $40,400.00 |
| David M. LaPrairie | 2000 | 1999 | $250.00 | 13.7 | $3,425.00 |
| Jeffrey A. Sadowski | 1977 | 1977 | $405.00 | 0.3 | $121.50 |
| James R. Yee | 1995 | 1995 | $330.00 | 15.5 | $5,115.00 |
| | | | | | |
| **TOTAL (Partners)** | | | | **197.1** | **$51,011.50** |
| | | | | | |
| **Associates:** | | | | | |
| Trent K. English | 2004 | 2004 | $180.00 | 21.6 | $3,888.00 |
| Christopher S. Andrzejak | 2005 | 2005 | $155.00 | 1.5 | $232.50 |
| Lisa M. Muhleck | 2006 | 2005 | $150.00 | 60.8 | $9,120.00 |
| Brian C. Andress (rate increased 8/15/07) * | 2007 | 2007 | $140.00 | 165.2 | $23,128.00 |
| David A. Burns | 1998 | 1998 | $245.00 | 62.2 | $15,239.00 |
| Preston H. Smirman | 1996 | 1996 | $265.00 | 10.2 | $2,703.00 |
| Matthew Binkowski | 2006 | 2006 | $140.00 | 13.0 | $1,820.00 |
| Todd A. Pleiness | 2006 | 2006 | $140.00 | 6.6 | $924.00 |
| | | | | | |
| **TOTAL (Associates)** | | | | **341.1** | **$57,054.50** |

### PATENT AGENT

| Name | Year Admitted to Patent Bar | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation |
|---|---|---|---|---|---|
| Michael G. Shariff | 2006 | 2004 | $165.00 | **8.2** | **$1,353.00** |

#319769-v1

### INTELLECTUAL PROPERTY PARAPROFESSIONALS

| Name | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation |
|---|---|---|---|
| **Interns:** | | | |
| Accounting - D. Witzak, K. Hill | $75.00 | 22.3 | $1,672.50 |
| Brian C. Andress * (rate was increased on 8/15/07 because Mr. Andress became an Attorney) – see Attorney Section Above | $115.00 | 7.9 | $908.50 |
| Julie Kapp | $95.00 | 185.1 | $17,584.50 |
| Michael J. Minna | $75.00 | 31.1 | $2,332.50 |
| Randall J. Peck | $75.00 | 0.1 | $7.50 |
| Ellen M. Schwab | $100.00 | 0.1 | $10.00 |
| Martha Sintz | $125.00 | 2.6 | $325.00 |
| | | | |
| **TOTAL (Paraprofessionals)** | | **249.2** | **$22,840.50** |

**Total (Attorneys, Patent Agent and IP Paraprofessionals):   795.6   hours = $ 132,259.50**

#319769-v1