# EXHIBIT C

## DELPHI CORPORATION, *ET AL.*

### SUMMARY OF SERVICES RENDERED
### BY HOWARD & HOWARD ATTORNEYS, P.C. AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS FOR WHICH PAYMENT IS SOUGHT
### IN THIS JUNE 1, 2007 THROUGH SEPTEMBER 30, 2007 COMPENSATION PERIOD

*The new hourly rate changed on 8/15/07 because Mr. Andress became an attorney.

| Matter | Name | Hourly Rate* † | Total Hours | Total Fees |
|---|---|---|---|---|
| Business Operations | James R. Yee | $330.00 | 15.5 | $5,115.00 |
| Business Operations | David A. Burns | $245.00 | 62.2 | $15,239.00 |
| Business Operations | David M. LaPrairie | $250.00 | 13.7 | $3,425.00 |
| Business Operations | Samuel J. Haidle | $250.00 | 161.6 | $40,400.00 |
| Business Operations | Jeffrey A. Sadowski | $405.00 | 0.3 | $121.50 |
| Business Operations | Lisa S. Gretchko | $325.00 | 6.0 | $1,950.00 |
| Business Operations | Preston H. Smirman | $265.00 | 10.2 | $2,703.00 |
| Business Operations | Christopher S. Andrzejak | $155.00 | 1.5 | $232.50 |
| Business Operations | Trent K. English | $180.00 | 21.6 | $3,888.00 |
| Business Operations | Lisa M. Muehleck | $150.00 | 60.8 | $9,120.00 |
| Business Operations | Matthew Binkowski | $140.00 | 13.0 | $1,820.00 |
| Business Operations | Todd A. Pleiness | $140.00 | 6.6 | $924.00 |
| Business Operations | Brian C. Andress | * $140.00 | 165.2 | $23,128.00 |
| Business Operations | Michael G. Shariff | $165.00 | 8.2 | $1,353.00 |
| Business Operations | Brian C. Andress | $115.00 | 7.9 | $908.50 |
| Business Operations | Michael J. Minna | $75.00 | 31.1 | $2,332.50 |
| Business Operations | Julie Kapp | $95.00 | 185.1 | $17,584.50 |
| Business Operations | Ellen M. Schwab | $100.00 | 0.1 | $10.00 |
| Business Operations | Randall J. Peck | $75.00 | 0.1 | $7.50 |
| Business Operations | Martha S. Sintz | $125.00 | 2.6 | $325.00 |
| Business Operations | Accounting - Witzak/Hill | $75.00 | 22.3 | $1,672.50 |
| Business Operations | **TOTAL** | | | **$132,259.50** |

†Services rendered during the Compensation Period for every matter number consisted of evaluation of inventions and drafting, filing and prosecuting of numerous patent applications, advice on trademark and copyright issues, and related services required to obtain payment for such services.

#319770-v1