# EXHIBIT D

## DELPHI CORPORATION, *ET AL.*

### ACTUAL AND NECESSARY DISBURSEMENTS
### INCURRED BY HOWARD & HOWARD ATTORNEYS, P.C.
### BY INTELLECTUAL PROPERTY COUNSEL
### JUNE 1, 2007 THROUGH SEPTEMBER 30, 2007

| EXPENSES | AMOUNT |
|---|---|
| Filing Fees | $1,990.00 |
| Photocopy Charges | $158.40 |
| Patent Research | $473.69 |
| Drawing Fees | $8,215.00 |
| Postage and Mailings | $454.83 |
| **TOTAL DISBURSEMENTS** | **$11,291.92** |

#319778-v1