HOWARD & HOWARD ATTORNEYS, P.C.
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304-5151
(248) 723-0396
Jeffrey A. Sadowski (P28163)
Lisa S. Gretchko (P29881)

*Intellectual Property Counsel for Delphi Corporation, et al.,*
 *Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
   In re                                    :    Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :    Case No. 05-44481 (RDD)
                                                          :
                   Debtors.    :    (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER GRANTING FIFTH INTERIM FEE APPLICATION OF
HOWARD & HOWARD ATTORNEYS, P.C., FOR ALLOWANCE OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

    **WHEREAS,** upon consideration of the Sixth Interim Application of Howard & Howard Attorneys, P.C. For Allowance of Compensation For Services Rendered and Reimbursement of Expenses (the "Howard & Howard Application"), incurred from the period commencing June 1, 2007 and ending September 30, 2007 (the "Compensation Period"), related to services provided to the Debtors; and a hearing having been held before the Court on February 26, 2007, at 10:00 a.m., to consider the Howard & Howard Application; and notice having been given pursuant to Fed. R. Bankr. P. 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby

    **ORDERED** that the Howard & Howard Application is granted as set forth in Schedule "A" and this Court approves interim compensation for professional services rendered

#319773-v1

**EXHIBIT E**

in the amount of $132,259.50, and interim reimbursement for actual and necessary expenses in the amount of $11,291.92 for a total award of fees and expenses on said fee application in the amount of $143,551.42.

**ORDERED** that the Debtors are authorized and directed to immediately pay to Howard & Howard, without any holdback, $143,551.42 on its Sixth Interim Fee Application, consisting of fees in the amount of $132,259.50 and expenses in the amount of $11,291.92, or, if applicable, the difference between the amount allowed hereunder and the amounts, if any, previously paid to Howard & Howard pursuant to that certain Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated November 4, 2005 and Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated July 12, 2006.

Dated: New York, New York
            _____, 2007

                                                                    _____
                                                                    UNITED STATES BANKRUPTCY JUDGE

#319773-v1

Case No.:   05-44481 (RDD)

Case Name:  In re Delphi Corporation, *et al.*

CURRENT FEE PERIOD: June 1, 2007 through September 30, 2007

| Applicant | Date/Document No. of Application | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Howard & Howard Attorneys, P.C. | 11/27/07 | $132,259.50 | | $11,291.92 | |

SCHEDULE A(1)    DATE:_____                    INITIALS:_____ (USBJ)

#319773-v1

Case No.:     05-44481 (RDD)
Case Name:    In re Delphi Corporation, *et al.*

SUMMARY

All Fee Periods (First, Second, Third, Fourth, Fifth and Sixth Interim Fee Applications)

| Applicant | Total Fees Requested* | Fees Awarded To Date | Total Expenses Requested** | Expenses Awarded To Date |
|---|---|---|---|---|
| Howard & Howard Attorneys, P.C. | $953,673.50 | $810,454.00 | $86,517.55 | $75,225.55 |

SCHEDULE A(2)     DATE:_____                    INITIALS:_____ (USBJ)

\*     Breakdown of Total Fees Requested

| | |
|---|---|
| First Interim Application: | $ 98,553.00 |
| Second Interim Application: | 197,421.00 |
| Third Interim Application: | 186,833.00 |
| Fourth Interim Application: | 168,238.00 |
| Fifth Interim Application: | 170,369.00 |
| Current (Sixth) Interim Application: | 132,259.50 |
| | $ 953,673.50 |

\*\*    Breakdown of Total Expenses Requested

| | |
|---|---|
| First Interim Application: | $ 19,710.70 |
| Second Interim Application: | 10,006.89 |
| Third Interim Application: | 10,247.53 |
| Fourth Interim Application: | 15,127.28 |
| Fifth Interim Application: | 20,133.23 |
| Current (Sixth) Interim Application: | 11,291.92 |
| | $ 86,517.55 |

#319773-v1