# Exhibit C

Exhibit C has been filed under seal.