# Exhibit D

**Covington & Burling LLP**                                                                    Private & Confidential

## Delphi Fee Application
## Timekeeper Summary
## June 1, 2007 - September 30, 2007

| Timekeeper | Rate** | Hours | Amount |
|---|---|---|---|
| Aaron Marcu | 800.00 | 8.10 | 6,480.00 |
| Barbara Hoffman | 602.83 | 5.30 | 3,195.00 |
| Susan Power Johnston | 650.00 | 4.60 | 2,990.00 |
| Corinne A. Goldstein | 560.00 | 6.20 | 3,472.00 |
| Gina Renee Merrill | 345.00 | 6.90 | 2,380.50 |
| Kimberly A. Strosnider | 410.00 | 24.20 | 9,922.00 |
| Randall H. Cook | 330.00 | 68.00 | 22,440.00 |
| Samuel D. Brotman | 192.50 | 4.00 | 770.00 |
| Amanda Raboy | 285.00 | 20.70 | 5,899.50 |
| Dong-Joo Lee | 190.00 | 4.50 | 855.00 |
| Jacqueline Kelly | 190.00 | 23.50 | 4,465.00 |
| Peter L. Flanagan | 560.00 | 0.80 | 448.00 |
| Robin Blaney | 295.00 | 5.40 | 1,593.00 |
| **Grand Total** | | **182.20** | **$ 64,910.00** |

**"This is an average rate: the Delphi rates were increased on 6/8/07 as per agreement; since this Fee Application is for June through September, the first 7 days are at the old rate".

**Covington & Burling LLP**                                                                                          Private & Confidential

# Delphi Fee Application
## Matter Summary
### June 1, 2007 - September 30, 2007

| Matter | Description | Hours | Amount |
|---|---|---:|---:|
| 30175.00002 | Special Committee | 71.60 | 23,548.50 |
| 30175.00004 | Delphi File #2006-000802 | 6.00 | 3,486.50 |
| 26186.06101 | General Foreign Trade Controls | 104.60 | 37,875.00 |
| **Grand Total** | | **182.20** | **$ 64,910.00** |

**Covington & Burling LLP**                                                                                          Private & Confidential

# Delphi Fee Application
## Monthly Summary
### June 1, 2007 - September 30, 2007

**Summary for 30175.00002 Special Committee**

| | | |
|---|---|---:|
| June | $ | 1,245.00 |
| July | | 10,284.50 |
| August | | 8,991.50 |
| September | | 3,027.50 |
| Subtotal | $ | 23,548.50 |

**Summary for 30175.00004 Delphi File #2006-000802**

| | | |
|---|---|---:|
| June | $ | 970.00 |
| July | | 2,516.50 |
| Subtotal | $ | 3,486.50 |

**Summary for 26186.6101 General Foreign Trade Controls**

| | | |
|---|---|---:|
| June | $ | 8,492.00 |
| July | | 11,387.00 |
| August | | 9,396.00 |
| September | | 8,600.00 |
| Subtotal | $ | 37,875.00 |
| Grand Total | $ | 64,910.00 |