# Exhibit E

**Covington & Burling**  Private & Confidential

# Delphi Fee Application
## Disbursement Summary
### June 1, 2007 - September, 2007

| Description | Amount |
|---|---:|
| Computer Research | $ 23.36 |
| Document Retrieval Services | 18.00 |
| Duplicating | 170.00 |
| Federal Express | 538.46 |
| Long Distance Calls | 10.08 |
| Other Duplicating | 27.09 |
| Outside Word Processing | 40.95 |
| Professional Services | 95.00 |
| Scanning | 67.90 |
| Telephone Calls | 12.92 |
| Westlaw Research | 31.32 |
| | |
| Grand Total | $ 1,035.08 |

# COVINGTON & BURLING LLP

620 EIGHTH AVENUE　　NEW YORK
NEW YORK, NY 10018　　WASHINGTON
TEL 212.841.1000　　SAN FRANCISCO
FAX 212.841.1010　　LONDON
WWW.COV.COM　　BRUSSELS

INVOICE NUMBER
✶✶✶✶✶✶

ACCOUNT NUMBER
026186.06101

DATE
October 29, 2007

---

Delphi Automotive Systems Corporation

Re: General Foreign Trade Controls

Disbursements and Other Charges Posted from June 1, 2007 thru September 30, 2007 as follows:

| | |
|---|---:|
| Scanning | $ 53.00 |
| Duplicating | 1.30 |
| Long Distance Calls | 0.18 |
| Telephone Calls | 7.44 |
| Professional Services | 95.00 |
| | **156.92** |

Delphi Automotive Systems Corporation    Doc 11155-5    Filed 11/29/07    Entered 11/29/07 13:59:56    Exhibit E
General Foreign Trade Controls                           Pg 4 of 11

Invoice No. ******

## Detailed Client Charges

| Date | Description | Amount |
|---|---|---|
| 06/06/07 | Scanning | 2.30 |
| 06/26/07 | Scanning | 3.80 |
| 07/23/07 | Scanning | 5.50 |
| 07/23/07 | Scanning | 4.30 |
| 07/23/07 | Scanning | 4.30 |
| 07/30/07 | Scanning | 1.90 |
| 07/30/07 | Scanning | 3.20 |
| 08/14/07 | Scanning | 3.90 |
| 08/17/07 | Scanning | 3.80 |
| 08/22/07 | Scanning | 0.50 |
| 08/22/07 | Scanning | 4.10 |
| 09/04/07 | Scanning | 3.60 |
| 09/06/07 | Scanning | 3.80 |
| 09/06/07 | Scanning | 3.20 |
| 09/21/07 | Scanning | 4.80 |
| | **TOTAL FOR COST CODE: 020** | **53.00** |
| 06/15/07 | Duplicating Copies: 8 | 0.80 |
| 07/16/07 | Duplicating Copies: 5 | 0.50 |
| | **TOTAL FOR COST CODE: 021** | **1.30** |
| 08/14/07 | Long Distance Calls Extension: | 0.18 |
| | **TOTAL FOR COST CODE: 143** | **0.18** |
| 08/14/07 | Conference ID : 105973281 For: Cook, Randall H. Date: 08/14/20 | 7.44 |
| | **TOTAL FOR COST CODE: 158** | **7.44** |
| 06/19/07 | Professional Services CT CORPORATION SYSTEM services in DE (approved by Randall Cook) (tpn | 95.00 |
| | **TOTAL FOR COST CODE: 330** | **95.00** |

# COVINGTON & BURLING LLP

620 EIGHTH AVENUE  
NEW YORK, NY 10018  
TEL 212.841.1000  
FAX 212.841.1010  
WWW.COV.COM

NEW YORK  
WASHINGTON  
SAN FRANCISCO  
LONDON  
BRUSSELS

INVOICE NUMBER  
\*\*\*\*\*\*

ACCOUNT NUMBER  
030175.00004

DATE  
October 29, 2007

Joseph E. Papelian

Re: Delphi File #2006-000802

Disbursements and Other Charges Posted June 1, 2007 Through September 30, 2007:

| | | |
|---|---|---|
| Long Distance Calls | $ | 4.32 |
| Document Retrieval Services | | 18.00 |

RETURN LAST PAGE WITH REMITTANCE                                    EMPLOYER IDENTIFICATION NUMBER: 53-0188411

Invoice No. ******

## Detailed Client Charges

| Date | Description | Amount |
|---|---|---|
| 06/04/07 | Long Distance Calls Extension: | 0.18 |
| 06/04/07 | Long Distance Calls Extension: | 0.54 |
| 06/05/07 | Long Distance Calls Extension: | 0.18 |
| 06/06/07 | Long Distance Calls Extension: | 0.54 |
| 07/23/07 | Long Distance Calls Extension: | 0.18 |
| 07/27/07 | Long Distance Calls Extension: | 0.18 |
| 07/27/07 | Long Distance Calls Extension: | 0.18 |
| 07/31/07 | Long Distance Calls Extension: | 1.62 |
| 07/31/07 | Long Distance Calls Extension: | 0.18 |
| 07/31/07 | Long Distance Calls Extension: | 0.36 |
| 07/31/07 | Long Distance Calls Extension: | 0.18 |
| | **TOTAL FOR COST CODE: 143** | **4.32** |
| 05/31/07 | Document Retrieval Services GRM INFORMATION 05/31/07, INV 0805354 (PERIOD 05/01/07 TO 05/31/07) MOISES VELAZQUEZ (ma) | 18.00 |
| 05/31/07 | Reversal from Cancelled Voucher 1173897 | (18.00) |
| 05/31/07 | Document Retrieval Services GRM INFORMATION 05/31/07, INV 0805354 (PERIOD 05/01/07 TO 05/31/07) MOISES VELAZQUEZ (ma) | 18.00 |
| | **TOTAL FOR COST CODE: 202** | **18.00** |

# COVINGTON & BURLING LLP

| | | |
|---|---|---|
| 620 EIGHTH AVENUE | NEW YORK | |
| NEW YORK, NY 10018 | WASHINGTON | |
| TEL 212.841.1000 | SAN FRANCISCO | |
| FAX 212.841.1010 | LONDON | |
| WWW.COV.COM | BRUSSELS | |

INVOICE NUMBER
\*\*\*\*\*\*

ACCOUNT NUMBER
030175.00002

DATE
October 29, 2007

Delphi Corporation

Re: Special Committee

For professional services rendered through October 29, 2007, as follows:

Disbursements and Other Charges Posted June 1, 2007 Through September 30, 2007:

| | | |
|---|---:|---:|
| Scanning | $ | 14.90 |
| Duplicating | | 168.70 |
| Other Duplicating | | 27.09 |
| Computer Research | | 54.68 |
| Long Distance Calls | | 5.58 |
| Telephone Calls | | 5.48 |
| Outside Word Processing | | 40.95 |
| Federal Express | | 538.46 |
| | | 855.84 |

RETURN LAST PAGE WITH REMITTANCE                    EMPLOYER IDENTIFICATION NUMBER: 53-0188411

Delphi Corporation 05-44481-rdd    Doc 11155-5    Filed 11/29/07    Entered 11/29/07 13:59:56    Exhibit E
Special Committee                                  Pg 8 of 11

Invoice No. ******

# Detailed Client Charges

| Date | Description | Amount |
|---|---|---|
| 07/30/07 | Scanning | 0.20 |
| 07/30/07 | Scanning | 0.20 |
| 07/30/07 | Scanning | 0.20 |
| 07/30/07 | Scanning | 0.20 |
| 07/30/07 | Scanning | 1.50 |
| 07/30/07 | Scanning | 1.50 |
| 07/30/07 | Scanning | 0.50 |
| 07/30/07 | Scanning | 0.50 |
| 07/30/07 | Scanning | 0.50 |
| 07/30/07 | Scanning | 1.00 |
| 07/30/07 | Scanning | 0.20 |
| 07/30/07 | Scanning | 3.00 |
| 07/30/07 | Scanning | 0.40 |
| 07/30/07 | Scanning | 1.40 |
| 07/18/07 | Scanning | 3.60 |
| | **TOTAL FOR COST CODE: 020** | **14.90** |
| 07/27/07 | Duplicating Copies: 14 | 1.40 |
| 07/30/07 | Duplicating Copies: 12 | 1.20 |
| 07/30/07 | Duplicating Copies: 53 | 5.30 |
| 07/31/07 | Duplicating Copies: 1321 | 132.10 |
| 06/29/07 | Duplicating Copies: 251 | 25.10 |
| 07/18/07 | Duplicating Copies: 36 | 3.60 |
| | **TOTAL FOR COST CODE: 021** | **168.70** |
| 08/16/07 | Other Duplicating WILLIAMS LEA INC. 09/01/07, INV I-07090368-01 (BILLING PERIOD 08/01/07 TO 08/31/07) MOISES VELAZQUEZ (ma) | 27.09 |
| | **TOTAL FOR COST CODE: 026** | **27.09** |
| 08/01/07 | Westlaw Research User: MERRILL,GINA R | 31.32 |
| 06/30/07 | Computer Research PACER SERVICE CENTER 07/10/07, LOGIN ID CB0860 (BILLING CYCLE - 04/01/07 TO 06/30/07) KAREN SCHUBART (ma) | 10.40 |
| 06/30/07 | Computer Research PACER SERVICE CENTER 07/10/07, LOGIN ID CB1650 (BILLING CYCLE - 04/01/07 TO 06/30/07) KAREN SCHUBART(ma) | 9.76 |
| 06/30/07 | Computer Research PACER SERVICE CENTER 07/10/07, INV CB1851 (BILLING CYCLE - 04/01/07 TO 06/30/07) KAREN SCHUBART (ma) | 3.20 |
| | **TOTAL FOR COST CODE: 058** | **54.68** |
| 08/24/07 | Long Distance Calls Extension: | 1.26 |
| 07/26/07 | Long Distance Calls Extension: | 0.18 |
| 08/06/07 | Long Distance Calls Extension: | 4.14 |

Delphi Corporation  05-44481-rdd    Doc 11155-5    Filed 11/29/07    Entered 11/29/07 13:59:56    Exhibit E
Special Committee                                   Pg 9 of 11

Invoice No. ******

| Date | Description | Amount |
|---|---|---|
| | **TOTAL FOR COST CODE: 143** | **5.58** |
| 08/01/07 | Conference ID : 105510756 For: Marcu, Aaron Date: 08/01/20 | 5.48 |
| | **TOTAL FOR COST CODE: 158** | **5.48** |
| 07/30/07 | Outside Word Processing THE ALDAN TROY GROUP - NEW YORK 08/05/07, INV 2345725 (TEMP CHRISTINA TENER W/E 08/05/07 FOR NEIRA, KRIEGER, RABOY, RIDINGS) DORRIT LEWIS (ma) | 34.65 |
| 07/27/07 | Outside Word Processing THE ALDAN TROY GROUP - NEW YORK 07/29/07, INV 2344046 (TEMP CHRSTINA TENER W/E 07/29/07 FOR NEIRA, KRIEGER, RABOY, RIDINGS) DORRI LEWIS (ma) | 6.30 |
| | **TOTAL FOR COST CODE: 165** | **40.95** |
| 07/31/07 | FEDEX Susan Powe Johnston Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400484196 SKADDEN ARPS CHICAGO IL US | 10.84 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483970 DELPHI CORP GENERAL TROY MI US | 22.50 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483980 LATHAM & WATKINS LLP NEW YORK CITY NY US | 8.89 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483844 OFFICE OF THE U S TR NEW YORK CITY NY US | 6.83 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483855 SKADDEN ARPS STATE M NEW YORK CITY NY US | 8.89 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483866 SKADDEN ARPS STATE M CHICAGO IL US | 14.05 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483605 SIMPSON THACHER & BA NEW YORK CITY NY US | 8.89 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483616 SIMPSON THACHER & BA NEW YORK CITY NY US | 8.89 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483627 SIMPSON THACHER & BA NEW YORK CITY NY US | 8.89 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483638 FRIED FRANK HARRIS S NEW YORK CITY NY US | 8.89 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483649 FRIED FRANK HARRIS S NEW YORK CITY NY US | 8.89 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483650 FRIED FRANK HARRIS S NEW YORK CITY NY US | 8.89 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483660 DAVIS POLK & WARDELL NEW YORK CITY NY US | 8.89 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483671 DAVIS POLK & WARDELL NEW YORK CITY NY US | 8.89 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483682 DELPHI CORP VP & GEN TROY MI US | 9.86 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483693 DELPHI CORP VP & CHI TROY MI US | 9.86 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483708 OFFICE OF THE UNITED NEW YORK CITY NY US | 6.83 |
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483719 GE PLASTICS AMERICAS HUNTERSVILLE NC US | 9.86 |

| Date | Description | Amount |
|---|---|---|
| 07/31/07 | FEDEX Amanda Raboy Shipped: 07/31/2007 Inv:08/06/2007 # 21890412 Trk: 862400483720 U S BANKRUPTEY COURT NEW YORK CITY NY US | 8.89 |
| 08/31/07 | FEDEX Susan Powe Johnston Shipped: 08/31/2007 Inv:09/10/2007 # 22517998 Trk: 903145923980 US Trustee NEW YORK CITY NY US | 8.93 |
| 08/31/07 | FEDEX Susan Powe Johnston Shipped: 08/31/2007 Inv:09/10/2007 # 22517998 Trk: 903145923990 Latham & Watkins LLP NEW YORK CITY NY US | 8.93 |
| 08/31/07 | FEDEX Susan Powe Johnston Shipped: 08/31/2007 Inv:09/10/2007 # 22517998 Trk: 903145924004 Delphi Corporation TROY MI US | 12.55 |
| 08/31/07 | FEDEX Susan Powe Johnston Shipped: 08/31/2007 Inv:09/10/2007 # 22517998 Trk: 903145924015 Simpson Thacher & Ba NEW YORK CITY NY US | 8.93 |
| 08/31/07 | FEDEX Susan Powe Johnston Shipped: 08/31/2007 Inv:09/10/2007 # 22517998 Trk: 903145924026 Davis Polk & Wardwel NEW YORK CITY NY US | 8.93 |
| 08/31/07 | FEDEX Susan Powe Johnston Shipped: 08/31/2007 Inv:09/10/2007 # 22517998 Trk: 903145924037 Fried Frank Harris S NEW YORK CITY NY US | 8.93 |
| 08/31/07 | FEDEX Susan Powe Johnston Shipped: 08/31/2007 Inv:09/10/2007 # 22517998 Trk: 903145924048 US Trustee NEW YORK CITY NY US | 8.93 |
| 08/31/07 | FEDEX Susan Powe Johnston Shipped: 08/31/2007 Inv:09/10/2007 # 22517998 Trk: 903145924059 Delphi TROY MI US | 12.55 |
| 08/31/07 | FEDEX Susan Powe Johnston Shipped: 08/31/2007 Inv:09/10/2007 # 22517998 Trk: 903145924060 Delphi TROY MI US | 12.55 |
| 08/31/07 | FEDEX Susan Powe Johnston Shipped: 08/31/2007 Inv:09/10/2007 # 22517998 Trk: 903145924070 GE Plastics, America HUNTERSVILLE NC US | 12.55 |
| 08/31/07 | FEDEX Susan Powe Johnston Shipped: 08/31/2007 Inv:09/10/2007 # 22517998 Trk: 903145924081 Skadden Arps CHICAGO IL US | 14.11 |
| 06/29/07 | FEDEX Susan Powe Johnston Shipped: 06/29/2007 Inv:07/09/2007 # 21382435 Trk: 903145918010 US Trustee NEW YORK CITY NY US | 8.89 |
| 06/29/07 | FEDEX Susan Powe Johnston Shipped: 06/29/2007 Inv:07/09/2007 # 21382435 Trk: 903145918020 Delphi TROY MI US | 12.50 |
| 06/29/07 | FEDEX Susan Powe Johnston Shipped: 06/29/2007 Inv:07/09/2007 # 21382435 Trk: 903145918031 GE Plastics, America HUNTERSVILLE NC US | 12.50 |
| 06/29/07 | FEDEX Susan Powe Johnston Shipped: 06/29/2007 Inv:07/09/2007 # 21382435 Trk: 903145918042 Delphi TROY MI US | 12.50 |
| 06/29/07 | FEDEX Susan Powe Johnston Shipped: 06/29/2007 Inv:07/09/2007 # 21382435 Trk: 903145918053 Delphi TROY MI US | 12.50 |
| 06/29/07 | FEDEX Susan Powe Johnston Shipped: 06/29/2007 Inv:07/09/2007 # 21382435 Trk: 903145918064 Latham & Watkins LLP NEW YORK CITY NY US | 8.89 |
| 06/29/07 | FEDEX Susan Powe Johnston Shipped: 06/29/2007 Inv:07/09/2007 # 21382435 Trk: 903145918075 Skadden Arps CHICAGO IL US | 14.05 |
| 06/29/07 | FEDEX Susan Powe Johnston Shipped: 06/29/2007 Inv:07/09/2007 # 21382435 Trk: 903145918086 US Trustee NEW YORK CITY NY US | 8.89 |
| 06/29/07 | FEDEX Susan Powe Johnston Shipped: 06/29/2007 Inv:07/09/2007 # 21382435 Trk: 903145918097 Davis Polk & Wardwel NEW YORK CITY NY US | 8.89 |
| 06/29/07 | FEDEX Susan Powe Johnston Shipped: 06/29/2007 Inv:07/09/2007 # 21382435 Trk: 903145918101 Simpson Thacher & Ba NEW YORK CITY NY US | 8.89 |
| 06/29/07 | FEDEX Susan Powe Johnston Shipped: 06/29/2007 Inv:07/09/2007 # 21382435 Trk: 903145918112 Fried Frank Harris S NEW YORK CITY NY US | 8.89 |
| 05/25/07 | FEDEX Susan Powe Johnston Shipped: 05/25/2007 Inv:06/04/2007 # 20746388 Trk: 903145911769 US Trustee NEW YORK CITY NY US | 8.69 |

Delphi Corporation 05-44481-rdd    Doc 11155-5    Filed 11/29/07    Entered 11/29/07 13:59:56    Exhibit E
Special Committee                                                    Pg 11 of 11

Invoice No. ******

| Date | Description | Amount |
|---|---|---|
| 05/25/07 | FEDEX Susan Powe Johnston Shipped: 05/25/2007 Inv:06/04/2007 # 20746388 Trk: 903145911780 Delphi TROY MI US | 12.22 |
| 05/25/07 | FEDEX Susan Powe Johnston Shipped: 05/25/2007 Inv:06/04/2007 # 20746388 Trk: 903145911791 Delphi TROY MI US | 12.22 |
| 05/25/07 | FEDEX Susan Powe Johnston Shipped: 05/25/2007 Inv:06/04/2007 # 20746388 Trk: 903145911806 GE Plastics, America HUNTERSVILLE NC US | 12.22 |
| 05/25/07 | FEDEX Susan Powe Johnston Shipped: 05/25/2007 Inv:06/04/2007 # 20746388 Trk: 903145911817 Delphi TROY MI US | 12.22 |
| 05/25/07 | FEDEX Susan Powe Johnston Shipped: 05/25/2007 Inv:06/04/2007 # 20746388 Trk: 903145911828 Skadden Arps CHICAGO IL US | 13.74 |
| 05/25/07 | FEDEX Susan Powe Johnston Shipped: 05/25/2007 Inv:06/04/2007 # 20746388 Trk: 903145911839 US Trustee NEW YORK CITY NY US | 8.69 |
| 05/25/07 | FEDEX Susan Powe Johnston Shipped: 05/25/2007 Inv:06/04/2007 # 20746388 Trk: 903145911840 Latham & Watkins LLP NEW YORK CITY NY US | 8.69 |
| 05/25/07 | FEDEX Susan Powe Johnston Shipped: 05/25/2007 Inv:06/04/2007 # 20746388 Trk: 903145911850 Simpson Thacher & Ba NEW YORK CITY NY US | 8.69 |
| 05/25/07 | FEDEX Susan Powe Johnston Shipped: 05/25/2007 Inv:06/04/2007 # 20746388 Trk: 903145911861 Davis Polk & Wardwel NEW YORK CITY NY US | 8.69 |
| 05/25/07 | FEDEX Susan Powe Johnston Shipped: 05/25/2007 Inv:06/04/2007 # 20746388 Trk: 903145911872 Fried Frank Harris S NEW YORK CITY NY US | 8.69 |
| | **TOTAL FOR COST CODE: 720** | **538.46** |