Kevin T. Grzelak, (P48803)
Price, Heneveld, Cooper,
  DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610
Intellectual Property Counsel To Debtors

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | Jointly Administered |

**CERTIFICATION FOR SIXTH INTERIM APPLICATION FOR APPROVAL
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PRICE,
HENEVELD, COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, UNDER 11 U.S.C. §§330 AND 331
FOR SERVICES RENDERED FROM
JUNE 1, 2007, THROUGH SEPTEMBER 30, 2007**

I, Kevin T. Grzelak, as the "Certifying Professional" for Price, Heneveld,

Cooper, DeWitt & Litton, LLP ("Price, Heneveld"), intellectual property counsel

for Delphi Corporation ("Debtors"), and a Retained Professional, certify as

follows:

1.    I have read the Sixth Interim Application For Approval Of

Compensation And Reimbursement Of Expenses of Price, Heneveld, Cooper,

DeWitt & Litton, LLP, Intellectual  Property Counsel to Debtors, Under 11 U.S.C.

§§330 And 331 For Services Rendered From June 1, 2007, Through September

30, 2007 ("the Sixth Interim Price, Heneveld Application").

FURTHER CERTIFICATIONS PURSUANT TO THE AMENDED GUIDELINES
FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN
DISTRICT OF NEW YORK BANKRUPTCY CASES

2.   To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Sixth Interim Price, Heneveld Application fall within the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases ("the Amended Guidelines") and the UST Guidelines, except as specifically noted in this certification and described in Price, Heneveld's fee application (there are no exceptions).

3.   To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, except to the extent that fees or disbursements are prohibited by the Amended Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the applicant, Price, Heneveld, and generally accepted by the applicant's clients.

4.   To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in providing reimbursable service, the applicant does not make a profit on the service, whether the service is performed by the applicant in-house or through a third party.

5.   To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this Chapter 11 case, the chair of each official committee and the Debtors have all

2

been provided not later than twenty (20) days after the end of each month with a statement of fees and disbursements accrued during such month. The statements provided contain a list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of the services rendered, a reasonably detailed breakdown of the disbursements incurred and an explanation of billing practices.

6.   To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this Chapter 11 case, the chair of each official committee and the Debtors have all been provided with a copy of the relevant fee application at least ten (10) days before the date set by the Court or any applicable rules for filing fee applications.

### FURTHER CERTIFICATIONS PURSUANT TO THE GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES

7.   To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the Sixth Interim Price, Heneveld Application complies with the mandatory guidelines set forth in the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.

8.   The Certifying Professional is unable to certify that the trustee, Debtors, or chair of each official committee (as to each respective committee's

professionals) has reviewed the fee application and has approved it. (There are no known objections.)

9.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in charging for a particular service, the applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.

10.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in seeking reimbursement for a service which the applicant justifiably purchased or contracted for from a third party (such as temporary paralegal or secretary services, or messenger service), the applicant requests reimbursement only for the amount billed to the applicant by the third-party vendor and paid by the applicant to such vendor.

Respectfully submitted,

Kevin T. Grzelak (P48802)
Price, Heneveld, Cooper, DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610 (office)
(616) 957-8196 (fax)
Intellectual Property Counsel/Chapter 11
Professionals

Kevin T. Grzelak, (P48803)
Price Heneveld Cooper
  DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610
Intellectual Property Counsel
  To Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 05-44481-RDD |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Chapter 11 |

**SIXTH INTERIM APPLICATION FOR APPROVAL OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PRICE, HENEVELD,
COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, FOR
SERVICES RENDERED FROM
JUNE 1, 2007, THROUGH SEPTEMBER 30, 2007**

Price, Heneveld, Cooper, DeWitt & Litton, LLP (the "Applicant" or

"Price, Heneveld"), Intellectual Property Counsel, Chapter 11 Professionals

to Delphi Corporation and certain of its subsidiaries and affiliates, debtors

and debtors-in-possession in the above-captioned case (collectively, the

"Debtors"),  submits its sixth interim application (the "Interim Application")

seeking interim allowance and payment of compensation and

reimbursement of expenses under 11 U.S.C. §§ 330 and 331 for the period

from June 1, 2007, through September 30, 2007 (the "Application Period").

Price, Heneveld submits this Interim Application for (a) allowance of

compensation for professional services rendered by Price, Heneveld to

the Debtors, and (b) reimbursement of actual and necessary charges and

disbursements incurred by Price, Heneveld in the rendition of required

professional services on behalf of the Debtors.  In support of this Interim

Application, Price, Heneveld represents as follows:

## BACKGROUND

### A. The Chapter 11 Filings

1. On October 8, 2005 (the "Petition Date"), the Debtors filed a

voluntary petition in this Court for reorganization relief under Chapter

11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended (the "Bankruptcy Code").  The Debtors continue to operate

their businesses and manage their properties as debtors-in-possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The

Debtors have moved this Court for an order authorizing joint

administration of these Chapter 11 cases.

2. On October 17, 2005, the United States Trustee appointed an

official Committee of Unsecured Creditors (the "Committee") in this

case.

3.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

4.  The statutory predicates for the relief requested herein are sections 327(a), 330, and 331 of the Bankruptcy Code.

## RETENTION OF PRICE, HENEVELD

5.  On December 6, 2005, the Debtors applied to this Court for an order approving the retention of Price, Heneveld as Intellectual Property Counsel to Debtors (the "Retention Application").

6.  On January 3, 2006, this Court entered an order (the "Price, Heneveld Retention Order"), authorizing the Debtors to employ Price, Heneveld as Intellectual Property Counsel under the terms set forth in the Retention Application.

7.  In the Price Retention Application filed December 6, 2005, the Debtors disclosed that Price, Heneveld's fees for professional services is based on hourly rates, which are periodically adjusted, and reimbursement of expenses.

8.  Price, Heneveld has no agreement of any kind, express or implied, to divide with any other person or entity (other than among members of the firm) any portion of the compensation sought or to be received by it in this case.

3

## FEE PROCEDURES AND MONTHLY FEE STATEMENTS

9. On October 8, 2005, this Court entered an Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Order"). Pursuant to paragraph 2(a) of the Order, Price, Heneveld is submitting this Interim Application to the Debtors, to the Creditors' Committee, the Trustee and the members of any other Committee appointed in this case for the purpose of reviewing fees and expenses, to the extent not duplicative of the parties listed above (collectively, the "Notice Parties").

10. Pursuant to the Order, on or before the last day of each month following the month for which compensation is sought, Price, Heneveld submitted a monthly statement to the parties described in the Order. The parties had at least fifteen (15) days to review any such statement. If there were no objections at the expiration of forty-five (45) days after service of the Statements, the Debtors are authorized to pay 80% of the fees requested (with the remaining 20% of the fees requested (the "Holdback") and 100% of the charges and disbursements requested. In accordance with the Order, Price, Heneveld has submitted Monthly Fee Statements for each of the months covered by the Application Period.

## REQUESTED FEES AND REIMBURSEMENT OF EXPENSES

11. Price, Heneveld has provided legal services in regards to intellectual property matters for the Debtor. As a result of its efforts during

4

the Application Period, Price, Heneveld now seeks interim allowance of

$243,092.00 in fees calculated at the hourly billing rates of the firm's

personnel who have worked on the intellectual property matters and

$16,172.81 in charges and disbursements actually and necessarily incurred

by Price Heneveld while providing services to the Debtors during the

Application Period.  Exhibit A.

12.  In accordance with the Order, Price Heneveld has submitted

Monthly Fee Statements for the period from June 1, 2007, through

September 30, 2007, copies of which are attached in Exhibit D, and now

submits this Interim Application covering the Application Period.

13.  No party has filed an objection to Price Heneveld's Monthly Fee

Statements.   Accordingly, with respect to the Monthly Fee Statements

covering the Application Period, Price Heneveld will have received

$194,473.60 on account of billed fees, $16,172.81 on account of billed

charges and disbursements, and will have accrued a Holdback in the

amount of $48,618.40.  Price Heneveld is requesting $48,618.40 in full

settlement of the Holdback accrued through September 30, 2007.  Exhibit

B.

14.  Exhibit C outlines professional hours incurred, by individual,

along with the individual's billing rate, and by category of work

performed.  Also included in Exhibit C are the total hours billed and total

compensation.  Detailed descriptions of services rendered are included in

5

the monthly fee statements (which are redacted to preserve client confidentially) copies of which are attached as Exhibit D.

## NOTICE

15.  Price Heneveld has served copies of the Application on the Debtors, the Notice Parties and the 2002 Notice List.  The Debtors submit that no other or further notice need be given.

## CONCLUSION

WHEREFORE, Price Heneveld respectfully requests that the Court enter an Order, substantially in the form attached hereto as Exhibit E approving the compensation and reimbursement of fees requested herein on an interim basis, authorizing and directing the Debtors to pay such amounts, and for such other and further relief as the Court deems appropriate.


Dated:     November 29, 2007     Respectfully submitted,


Kevin T. Grzelak (P48808)
Price, Heneveld, Cooper, DeWitt
     & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610 (office)
(616) 957-8196 (fax)
Intellectual Property Counsel,
 Chapter 11 Professionals

6

**Exhibit A**
**Summary of Monthly Fee Statements**

| Period Covered | Invoice Number | Fees Incurred | Fees Paid | Expenses Incurred | Expenses Paid |
|---|---|---|---|---|---|
| 6/1 - 6/30/07 | 88606 | 60,850.50 | 48,680.40 | 3,187.89 | 3,187.89 |
| 7/1 - 7/31/07 | 88972 | 64,827.50 | 51,862.00 | 4,153.14 | 4,153.14 |
| 8/1 - 8/31/07 | 89414 | 62,968.00 | 50,374.40 | 2,558.40 | 2,558.40 |
| 9/1 - 9/30/07 | 89753 | 54,446.00 | 43,556.80 | 6,273.38 | 6,273.38 |
| **Total** | | 243,092.00 | 194,473.60 | 16,172.81 | 16,172.81 |

**Exhibit B**
**Summary of Legal Services Rendered**

|  | Task Code | 7/07 Invoice | 8/07 Invoice | 9/07 Invoice | 10/07 Invoice | Total |
|---|---|---|---|---|---|---|
| **Patent Evaluation** | PH1 | 15.00 | 5.30 | - | - | 20.30 |
| **Patent Preparation** | PH2 | 153.30 | 140.40 | 175.40 | 122.70 | 591.80 |
| **Patent Prosecution** | PH3 | 109.00 | 109.30 | 124.70 | 94.50 | 437.50 |
| **Fee Application** | PH4 | 0.50 | 2.00 | - | 0.50 | 3.00 |
| **Total Hours** |  | 277.8 | 257.0 | 300.1 | 217.7 | 1,052.60 |
| **Total Fees Billed** |  | 60,850.50 | 64,827.50 | 62,968.00 | 54,446.00 | 243,092.00 |
| **Total Payments Received** |  | 48,680.40 | 51,862.00 | 50,374.40 | 43,556.80 | 194,473.60 |
| **Total Fee 20% Holdback** |  | 12,170.10 | 12,965.50 | 12,593.60 | 10,889.20 | 48,618.40 |

**Reimbursement Request for Period June 1 - September 30, 2007**                              $48,618.40

**Exhibit C**
**Summary of Professional Hours**

| Name of Professional Person | Position of Professional Person | Current Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PH1 - Patent Evaluation** | | | | |
| Kevin T. Grzelak | Partner | 305.00 | 20.30 | 6,191.50 |
| **Subtotal** | | | 20.30 | 6,191.50 |
| | | | | |
| **PH2 - Patent Preparation** | | | | |
| Gunther J. Evanina | Partner | 295.00 | 5.60 | 1,652.00 |
| Gunther J. Evanina | Partner | 310.00 | 65.40 | 20,142.00 |
| Kevin T. Grzelak | Partner | 290.00 | 1.70 | 493.00 |
| Kevin T. Grzelak | Partner | 305.00 | 127.60 | 38,918.00 |
| Frank M. Scutch III | Of Counsel | 300.00 | 25.30 | 7,590.00 |
| Jeffrey S. Kapteyn | Associate | 245.00 | 5.00 | 1,225.00 |
| Scott Ryan | Associate | 160.00 | 361.20 | 57,792.00 |
| **Subtotal** | | | 591.8 | 127,812.00 |
| | | | | |
| **PH3 - Patent Prosecution** | | | | |
| Gunther J. Evanina | Partner | 310.00 | 68.50 | 21,235.00 |
| Kevin T. Grzelak | Partner | 305.00 | 154.50 | 47,122.50 |
| Frank M. Scutch III | Of Counsel | 300.00 | 36.80 | 11,040.00 |
| Marcus P. Dolce | Associate | 240.00 | 4.30 | 1,032.00 |
| Scott P. Ryan | Associate | 160.00 | 173.40 | 27,744.00 |
| **Subtotal** | | | 437.5 | 108,173.50 |
| | | | | |
| **PH4 - Fee Application** | | | | |
| Kevin T. Grzelak | Partner | 305.00 | 3.00 | 915.00 |
| **Subtotal** | | | 3.00 | 915.00 |
| | | | | |
| **Total Fees Incurred** | | | 1,052.60 | 243,092.00 |

**Exhibit D**

**Copies of invoices submitted for services rendered and billed during the fee application
time period of June 1 through September 30, 2007**

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

July 11, 2007
Page:  3
Invoice:      88606

CLIENT NUMBER -  DEL001
FOR PROFESSIONAL SERVICES RENDERED
    THROUGH June 30, 2007 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A316

| Date | | Hours | Description | Amount |
|------|------|------|------|------|
| 06/09/07 | KTG | 0.50 | Review Delphi Fee Committee recommendation for 4th interim fee application. | 152.50 |

PROFESSIONAL SERVICES                                              152.50

KTG                  0.50    305.00      152.50

COSTS ADVANCED

06/20/07   Express mail                               110.15

TOTAL COSTS ADVANCED                                      110.15

MATTER TOTAL                                              262.65

(FEES BILLED        3,990.00  )
(EXPENSES BILLED    1,552.88  )

MATTER NUMBER - A318

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX                616-957-8196

DELPHI

July 11, 2007
Page:   4
Invoice:        88606

| | | | | |
|---|---|---|---|---|
| 06/06/07 | KTG | 1.30 | Evaluate Alirt patent family. Correspondence with Fekete and Harter. | 396.50 |
| 06/13/07 | KTG | 1.20 | Evaluate patents assigned to Alirt or invented by Patchell. | 366.00 |
| 06/14/07 | KTG | 0.40 | Correspondence with Fekete. Evaluate patents to Alirt. | 122.00 |
| 06/15/07 | KTG | 0.80 | Evaluate Alirt patents. Telephone conference with Fekete on June 15. Correspondence with client re product. | 244.00 |
| 06/17/07 | KTG | 0.80 | Evaluate Alirt patents and patents to Patchell. | 244.00 |
| 06/18/07 | KTG | 2.00 | Evaluate patent family to Alirt and Patchell. Telephone conference with Harter and Taylor on June 18 re evaluation of proposed Delphi system. | 610.00 |
| 06/19/07 | KTG | 2.50 | Evaluate Delphi blind spot detection system and Alirt patents. Review product information. Telephone conference with Harter and Taylor on June 19. | 762.50 |
| 06/21/07 | KTG | 2.80 | Evaluate Delphi proposed blind spot detection system and Alirt patents. | 854.00 |
| 06/22/07 | KTG | 2.70 | Evaluate Delphi blind spot detection system in view of patents to Alirt and Patchell. Telephone conference with Harter on June 22. | 823.50 |
| 06/26/07 | KTG | 0.50 | Telephone conference with Fekete on June 26 re opinion on Alirt patent portfolio and Delphi blind spot detection system. | 152.50 |

PROFESSIONAL SERVICES                                                4,575.00

KTG                          15.00      305.00      4,575.00

    COSTS ADVANCED

05/29/07   Cost of patent copies                      169.50

OTAL COSTS ADVANCED                                       169.50

ATTER TOTAL                                              4,744.50

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

July 11, 2007
Page:  5
Invoice:         88606

(FEES BILLED          518.50  )
(EXPENSES BILLED        0.00  )

MATTER NUMBER – P465

DP-309337
S.N. 10/761,580

| | | | | |
|---|---|---|---|---|
| 05/09/07 KTG | 1.20 | Evaluate final Office Action, file history and art cited re appeal brief. Inter office conference among attorneys. | | 366.00 |
| 05/09/07 GJE | 8.00 | Work on preparation of appeal brief. | | 2,480.00 |
| 05/10/07 GJE | 4.60 | Work on preparation of appeal brief. | | 1,426.00 |
| 06/22/07 GJE | 3.30 | Work on preparation of appeal brief. | | 1,023.00 |
| 06/29/07 GJE | 0.60 | Preparation and filing of appeal brief. | | 186.00 |

PROFESSIONAL SERVICES                                    5,481.00

| | | | |
|---|---|---|---|
| GJE | 16.50 | 310.00 | 5,115.00 |
| KTG | 1.20 | 305.00 | 366.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/07 | Copies | 2.90 |
| 06/30/07 | Postage | 1.48 |

TOTAL COSTS ADVANCED                                    4.38

MATTER TOTAL                                        5,485.38

(FEES BILLED        4,857.00  )
(EXPENSES BILLED      538.46  )

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

July 11, 2007
Page:  6
Invoice:        88606

MATTER NUMBER – P502

DP-311557
S.N. 10/931,453

| | | | | |
|---|---|---|---|---|
| 06/27/07 | KTG | 2.50 | Evaluate Office Action and cited art. Telephone conference with inventor on June 27. Work on preparation of response. | 762.50 |
| 06/28/07 | KTG | 2.70 | Study Office Action and references. Preparation and filing of response. Correspondence with client. `Telephone conference with inventor on June 28. | 823.50 |

PROFESSIONAL SERVICES                                        1,586.00

KTG                    5.20    305.00    1,586.00

COSTS ADVANCED

06/30/07    Copies                                        4.50

TOTAL COSTS ADVANCED                                        4.50

MATTER TOTAL                                        1,590.50

(FEES BILLED        4,732.00  )
(EXPENSES BILLED      196.97  )

MATTER NUMBER – P512

DP-312005
S.N. 10/953,689

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

July 11, 2007
Page:  7
Invoice:        88606

| | | | |
|---|---|---|---|
| 05/09/07 KTG | 1.00 | Study Office Action and cited references. Preparation and forwarding report and recommendations to client. | 305.00 |
| 05/15/07 KTG | 0.50 | Study Office Action. Preparation and forwarding report and recommendations to client. | 152.50 |
| 06/22/07 KTG | 2.00 | Study Office Action and cited art. Telephone conference with inventors on June 22. Work on preparation of response. | 610.00 |
| 06/25/07 KTG | 1.30 | Work on preparation of response. | 396.50 |
| 06/26/07 KTG | 0.50 | Work on preparation of response. Correspondence with Funke. | 152.50 |
| 06/28/07 KTG | 1.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 457.50 |

PROFESSIONAL SERVICES                                    2,074.00

KTG                    6.80     305.00     2,074.00

COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/07 | Copies | 1.40 |
| 06/30/07 | Postage | 1.31 |
| 06/29/07 | Extension of time fee | 120.00 |

TOTAL COSTS ADVANCED                                      122.71

MATTER TOTAL                                            2,196.71

(FEES BILLED        4,706.00  )
(EXPENSES BILLED      209.09  )

MATTER NUMBER – P515

DP-312067
S.N. 10/970,596

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

July 11, 2007
Page:  8
Invoice:        88606

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 05/03/07 | KTG | 0.70 | Study Office Action. | 213.50 |
| 06/06/07 | SPR | 2.80 | Inter office conference among attorneys. Work on preparation of response. | 448.00 |
| 06/07/07 | SPR | 3.40 | Work on preparation of response. | 544.00 |
| 06/11/07 | SPR | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. | 80.00 |
| 06/11/07 | KTG | 1.00 | Review response. Inter office conference among attorneys. | 305.00 |

PROFESSIONAL SERVICES                                    1,590.50

| | | | |
|---|---|---|---|
| KTG | 1.70 | 305.00 | 518.50 |
| SPR | 6.70 | 160.00 | 1,072.00 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 06/30/07 | Copies | 3.30 |
| 06/30/07 | Postage | 1.14 |

TOTAL COSTS ADVANCED                                     4.44

MATTER TOTAL                                        1,594.94

(FEES BILLED       7,386.00 )
(EXPENSES BILLED      87.70 )

MATTER NUMBER - P519

DP-311498
S.N. 11/048,436

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 05/09/07 | KTG | 1.50 | Study Office Action. Telephone conference with inventors on May 9. Correspondence with inventors. Work on preparation of response. | 457.50 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX              616-957-8196

DELPHI

July 11, 2007
Page:  9
Invoice:        88606

| Date | | | Description | Amount |
|---|---|---|---|---|
| 05/24/07 | KTG | 1.30 | Telephone conference with inventor on May 24. Correspondence with inventor. Work on preparation of response. | 396.50 |
| 06/01/07 | KTG | 1.80 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Telephone conference with inventor on June 1. | 549.00 |

| PROFESSIONAL SERVICES | | | | 1,403.00 |
|---|---|---|---|---|
| KTG | 4.60 | 305.00 | 1,403.00 | |

COSTS ADVANCED

| 06/30/07 | Copies | | 1.00 |
|---|---|---|---|

| TOTAL COSTS ADVANCED | | 1.00 |
|---|---|---|

| MATTER TOTAL | | 1,404.00 |
|---|---|---|

(FEES BILLED        4,760.00  )
(EXPENSES BILLED      230.41  )

MATTER NUMBER – P552

DP-313239
S.N. 11/109,347

| 05/18/07 | KTG | 1.20 | Work on preparation of response. | 366.00 |
|---|---|---|---|---|
| 06/25/07 | KTG | 1.00 | Evaluate Office Action. Work on preparation of response. | 305.00 |
| 06/27/07 | KTG | 0.80 | Work on preparation of response. Work on preparation of terminal disclaimer. Correspondence with Funke re execution of terminal disclaimer. | 244.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX             616-957-8196

DELPHI

July 11, 2007
Page:   10
Invoice:        88606

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 06/28/07 KTG | 0.80 | | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 244.00 |

| | | | | |
|---|---|---|---|---|
| PROFESSIONAL SERVICES | | | | 1,159.00 |
| KTG | 3.80 | 305.00 | 1,159.00 | |

COSTS ADVANCED

| | | | |
|---|---|---|---|
| 06/29/07 | Disclaimer fee | 130.00 | |
| TOTAL COSTS ADVANCED | | | 130.00 |

MATTER TOTAL                                         1,289.00

(FEES BILLED      10,405.00 )
(EXPENSES BILLED    938.66 )

MATTER NUMBER - P574

DP-313480
S.N. 11/138,532

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 06/15/07 KTG | 1.30 | | Work on preparation of appeal brief. Inter office conference among attorneys. | 396.50 |
| 06/15/07 SPR | 6.00 | | Inter office conference among attorneys. Work on preparation of response. | 960.00 |
| 06/17/07 KTG | 1.70 | | Work on preparation of appeal brief. | 518.50 |
| 06/18/07 KTG | 1.80 | | Preparation and filing of appeal brief. Inter office conference among attorneys. | 549.00 |
| 06/18/07 SPR | 1.90 | | Work on preparation of appeal brief. Inter office conference among attorneys. | 304.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

July 11, 2007
Page:  11
Invoice:      88606

PROFESSIONAL SERVICES                                    2,728.00

KTG          4.80      305.00      1,464.00
SPR          7.90      160.00      1,264.00

COSTS ADVANCED

| 06/30/07 | Copies | 3.00 |
| 06/30/07 | Postage | 1.65 |
| 06/18/07 | Appeal fee | 500.00 |

TOTAL COSTS ADVANCED                               504.65

MATTER TOTAL                                      3,232.65

(FEES BILLED        9,560.50 )
(EXPENSES BILLED      963.52 )

MATTER NUMBER - P577

DP-313652
S.N. 11/150,997

| 05/21/07 KTG | 0.80 | Study Office Action and cited art. Inter office conference among attorneys. | 244.00 |
| 06/05/07 GJE | 1.40 | Work on preparation of amendment. | 434.00 |
| 06/06/07 GJE | 4.50 | Work on preparation of amendment. | 1,395.00 |
| 06/15/07 KTG | 0.20 | Study correspondence and response. | 61.00 |

PROFESSIONAL SERVICES                                    2,134.00

GJE          5.90      310.00      1,829.00
KTG          1.00      305.00        305.00

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

July 11, 2007
Page:  12
Invoice:      88606

COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/07 | Copies | 3.10 |
| 06/30/07 | Postage | 1.14 |

TOTAL COSTS ADVANCED                                    4.24

MATTER TOTAL                                       2,138.24

(FEES BILLED        5,226.00 )
(EXPENSES BILLED     350.25 )

MATTER NUMBER – P641

DP-314122
S.N. 11/509,858

| | | | | |
|---|---|---|---|---|
| 05/24/07 | MPD | 0.40 | Work on preparation of response. Telephone conference with Examiner on May 24. | 96.00 |
| 05/24/07 | KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys. | 213.50 |
| 06/01/07 | MPD | 0.10 | Telephone conference with Examiner on June 1. | 24.00 |
| 06/24/07 | MPD | 0.20 | Work on preparation of response. | 48.00 |
| 06/25/07 | KTG | 0.50 | Inter office conference among attorneys re response. | 152.50 |

PROFESSIONAL SERVICES                                534.00

| | | | |
|---|---|---|---|
| KTG | 1.20 | 305.00 | 366.00 |
| MPD | 0.70 | 240.00 | 168.00 |

MATTER TOTAL                                        534.00

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX               616-957-8196

DELPHI

July 11, 2007
Page: 13
Invoice:        88606

(FEES BILLED         6,196.50  )
(EXPENSES BILLED     1,060.22  )

MATTER NUMBER - P667

DP-308618

| Date | Init | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 06/01/07 | KTG | 0.70 | Study Office Action. Inter office conference among attorneys. | 213.50 |
| 06/06/07 | MPD | 0.20 | Work on preparation of response. | 48.00 |
| 06/13/07 | MPD | 0.20 | Telephone conference with client on June 13. | 48.00 |
| 06/18/07 | MPD | 0.40 | Telephone conference with inventor on June 18. Inter office conference among attorneys. Telephone conference with Funke on June 18. | 96.00 |
| 06/18/07 | KTG | 0.80 | Telephone conference with Funke on June 18 re Office Action and correspondence re decision to abandon application. Study Office Action and claims. | 244.00 |

PROFESSIONAL SERVICES                                    649.50

| | | | |
|---|---|---|---|
| KTG | 1.50 | 305.00 | 457.50 |
| MPD | 0.80 | 240.00 | 192.00 |

MATTER TOTAL                                             649.50

(FEES BILLED         1,187.00  )
(EXPENSES BILLED        19.91  )

MATTER NUMBER - P669

DP-311321

| Date | Init | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 06/06/07 | KTG | 0.70 | Study Office Action and correspondence. Inter office conference among attorneys. | 213.50 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

July 11, 2007
Page:  14
Invoice:       88606

| | | | | |
|---|---|---|---|---:|
| 06/11/07 GJE | 2.30 | Work on preparation of amendment. | | 713.00 |
| 06/11/07 GJE | 0.30 | Work on preparation of amendment. | | 93.00 |
| 06/29/07 GJE | 0.40 | Preparation and filing of amendment. | | 124.00 |

PROFESSIONAL SERVICES                                      1,143.50

| | | | |
|---|---:|---:|---:|
| GJE | 3.00 | 310.00 | 930.00 |
| KTG | 0.70 | 305.00 | 213.50 |

COSTS ADVANCED

| | | |
|---|---|---:|
| 06/30/07 | Copies | 1.50 |
| 06/30/07 | Postage | 1.14 |

TOTAL COSTS ADVANCED                                          2.64

MATTER TOTAL                                             1,146.14

(FEES BILLED        5,248.50  )
(EXPENSES BILLED      462.10  )

MATTER NUMBER - P689

DP-310378

06/22/07 MPD  0.10  Telephone conference with Examiner on June 22.      24.00

PROFESSIONAL SERVICES                                        24.00

| | | | |
|---|---:|---:|---:|
| MPD | 0.10 | 240.00 | 24.00 |

MATTER TOTAL                                                24.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

July 11, 2007
Page:  15
Invoice:       88606

(FEES BILLED      2,606.50 )
(EXPENSES BILLED    415.72 )

MATTER NUMBER - P694

DP-310376

| | | | | |
|---|---|---|---|---|
| 06/11/07 KTG | 0.30 | Review Advisory Action. | | 91.50 |
| 06/12/07 KTG | 0.30 | Inter office conference among attorneys re RCE or appeal. | | 91.50 |
| 06/14/07 KTG | 0.60 | Telephone conference with Funke on June 14 re RCE and amendment. Inter office conference among attorneys. Work on preparation of memorandum. | | 183.00 |

PROFESSIONAL SERVICES                                366.00

KTG                     1.20    305.00      366.00

COSTS ADVANCED

06/20/07   Filing fee                      1,350.00

TOTAL COSTS ADVANCED                      1,350.00

MATTER TOTAL                      1,716.00

(FEES BILLED      3,570.50 )
(EXPENSES BILLED     17.20 )

MATTER NUMBER - P696

DP-311701
SN 10/986.240

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

July 11, 2007
Page:  16
Invoice:      88606

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 04/26/07 | KTG | 0.70 | Review Office Action and cited art. Inter office conference among attorneys. | 213.50 |
| 05/03/07 | SPR | 0.30 | Work on preparation of response. | 48.00 |
| 05/04/07 | SPR | 2.20 | Work on preparation of response. Correspondence with inventor. | 352.00 |
| 05/11/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 05/16/07 | SPR | 1.20 | Work on preparation of response. Inter office conference among attorneys. | 192.00 |
| 05/17/07 | SPR | 0.20 | Telephone conference with inventor on May 17. | 32.00 |
| 05/25/07 | SPR | 0.30 | Work on preparation of response. Telephone conference with inventor on May 25. | 48.00 |
| 05/29/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 05/31/07 | SPR | 0.60 | Telephone conference with inventor on May 31. | 96.00 |
| 06/04/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 06/05/07 | SPR | 0.90 | Telephone conference with inventors on June 5. | 144.00 |
| 06/06/07 | SPR | 0.10 | Correspondence with inventors. | 16.00 |
| 06/07/07 | SPR | 0.30 | Correspondence with inventor. Study correspondence from inventor. | 48.00 |
| 06/08/07 | SPR | 2.00 | Correspondence with inventors. Telephone conference with inventors on June 8. | 320.00 |
| 06/10/07 | SPR | 0.50 | Work on preparation of response. | 80.00 |
| 06/11/07 | SPR | 1.30 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. | 208.00 |
| 06/11/07 | KTG | 1.00 | Review response. Inter office conference among attorneys. | 305.00 |

PROFESSIONAL SERVICES                                    2,150.50

| | | | | |
|---|---|---|---|---|
| KTG | | 1.70 | 305.00 | 518.50 |
| SPR | | 10.20 | 160.00 | 1,632.00 |

### COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/07 | Copies | 1.30 |
| 06/30/07 | Postage | 1.14 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX                616-957-8196

DELPHI

July 11, 2007
Page:  17
Invoice:       88606

TOTAL COSTS ADVANCED                                                          2.44

MATTER TOTAL                                                            2,152.94

(FEES BILLED        2,409.00 )
(EXPENSES BILLED       2.60 )

MATTER NUMBER - P700

DP-311858
SN 10/935,022

| | | | | |
|---|---|---|---|---|
| 06/05/07 GJE | 2.20 | Work on preparation of response to Office Action. | | 682.00 |
| 06/06/07 GJE | 3.00 | Work on preparation of response to Office Action. | | 930.00 |
| 06/07/07 GJE | 1.00 | Work on preparation of response to Office Action. | | 310.00 |
| 06/11/07 KTG | 0.70 | Study Office Action and art. Inter office conference among attorneys. | | 213.50 |

PROFESSIONAL SERVICES                                            2,135.50

| | | | |
|---|---|---|---|
| GJE | 6.20 | 310.00 | 1,922.00 |
| KTG | 0.70 | 305.00 | 213.50 |

COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/07 | Copies | 2.90 |
| 06/30/07 | Postage | 1.48 |

'OTAL COSTS ADVANCED                                                       4.38

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

July 11, 2007
Page: 18
Invoice:       88606

MATTER TOTAL                                                    2,139.88

(FEES BILLED        1,731.00  )
(EXPENSES BILLED     202.90  )

MATTER NUMBER - P706

DP-315881

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 02/06/07 | KTG | 1.00 | Review invention disclosure. | 305.00 |
| 04/13/07 | KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 152.50 |
| 04/13/07 | SPR | 1.70 | Inter office conference among attorneys. Work on preparation of application. Correspondence with inventor. | 272.00 |
| 04/18/07 | SPR | 3.40 | Work on preparation of application. Telephone conference with inventors on April 18. | 544.00 |
| 04/19/07 | SPR | 3.20 | Work on preparation of application. | 512.00 |
| 05/07/07 | SPR | 2.10 | Work on preparation of application. | 336.00 |
| 05/11/07 | SPR | 0.70 | Work on preparation of application. | 112.00 |
| 05/13/07 | SPR | 3.00 | Work on preparation of application. | 480.00 |
| 05/15/07 | SPR | 0.20 | Work on preparation of application. Inter office conference among attorneys. Work on preparation of drawings. | 32.00 |
| 05/16/07 | KTG | 2.20 | Work on preparation of application. Inter office conference among attorneys. | 671.00 |
| 05/17/07 | SPR | 1.30 | Inter office conference among attorneys. Work on preparation of application and submission of draft to client. | 208.00 |
| 05/25/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 06/06/07 | SPR | 1.00 | Study correspondence from inventor. Work on preparation of application. | 160.00 |
| 06/08/07 | SPR | 2.80 | Work on preparation of application. Work on preparation of drawings. Telephone conference with inventor on June 8. | 448.00 |
| 06/09/07 | SPR | 4.00 | Work on preparation of application. | 640.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

July 11, 2007
Page:  19
Invoice:      88606

```
06/14/07 SPR  1.00  Work on preparation of application.             160.00
06/15/07 SPR  0.50  Prepare and send finalized application with      80.00
                    filing papers to client for filing.


   PROFESSIONAL SERVICES                                          5,128.50

   KTG              3.70    305.00    1,128.50
   SPR             25.00    160.00    4,000.00


      COSTS ADVANCED

02/28/07    Copies                                        9.20
06/20/07    Express mail                                 17.01
05/29/07    Cost of drawings                             90.00

TOTAL COSTS ADVANCED                                              116.21

MATTER TOTAL                                                    5,244.71

(FEES BILLED                   )
(EXPENSES BILLED               )
```

MATTER NUMBER – P711

DP-315901

```
03/02/07 KTG  1.20  Review invention disclosure and correspondence.   366.00
                    Inter office conference among attorneys.
03/05/07 SPR  1.20  Inter office conference among attorneys. Work on   192.00
                    preparation of application.
03/06/07 SPR  0.60  Work on preparation of application.                 96.00
                    Correspondence with inventor.
03/08/07 SPR  0.10  Correspondence with inventor.                       16.00
03/13/07 SPR  0.10  Correspondence with inventor.                       16.00
03/21/07 SPR  0.10  Correspondence with inventor.                       16.00
```

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI                                          July 11, 2007
                                                Page:  20
                                                Invoice:        88606

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 03/26/07 | SPR | 0.70 | Work on preparation of application. | 112.00 |
| 04/07/07 | SPR | 1.00 | Work on preparation of application. | 160.00 |
| 04/09/07 | SPR | 2.50 | Work on preparation of application. | 400.00 |
| 05/07/07 | SPR | 2.60 | Work on preparation of application. Work on preparation of drawings. | 416.00 |
| 05/12/07 | SPR | 1.10 | Work on preparation of application. | 176.00 |
| 05/20/07 | SPR | 5.00 | Work on preparation of application. | 800.00 |
| 05/22/07 | SPR | 0.90 | Work on preparation of application. Work on preparation of drawings. | 144.00 |
| 05/24/07 | SPR | 0.50 | Work on preparation of application. Inter office conference among attorneys. | 80.00 |
| 05/24/07 | KTG | 2.00 | Work on preparation of application. Inter office conference among attorneys. | 610.00 |
| 05/25/07 | SPR | 1.00 | Work on preparation of application and submission of draft to client. | 160.00 |
| 05/31/07 | SPR | 2.00 | Study correspondence from inventor. Work on preparation of application. Work on preparation of drawings. Correspondence with inventor. | 320.00 |
| 06/01/07 | SPR | 0.40 | Study correspondence from inventor. Work on preparation of application. Work on preparation of drawings. | 64.00 |
| 06/09/07 | SPR | 1.90 | Work on preparation of application. | 304.00 |
| 06/14/07 | SPR | 4.40 | Work on preparation of application. | 704.00 |
| 06/15/07 | SPR | 0.50 | Prepare and send finalized application with filing papers to client for filing. | 80.00 |

PROFESSIONAL SERVICES                                     5,232.00

| | | | | |
|---|---|---|---|---|
| KTG | | 3.20 | 305.00 | 976.00 |
| SPR | | 26.60 | 160.00 | 4,256.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/07 | Copies | 4.30 |
| 06/20/07 | Express mail | 16.72 |
| 05/29/07 | Cost of drawings | 195.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

July 11, 2007
Page:  21
Invoice:     88606

TOTAL COSTS ADVANCED                                216.02

MATTER TOTAL                                      5,448.02

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER - P712

DP-315886

| Date | Tmk | Hrs | Description | Amount |
|---|---|---|---|---|
| 03/02/07 | KTG | 1.20 | Review invention disclosure and correspondence. Inter office conference among attorneys. | 366.00 |
| 03/05/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 03/06/07 | SPR | 1.40 | Work on preparation of application. Correspondence with inventor. | 224.00 |
| 03/08/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 03/13/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 03/21/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 03/26/07 | SPR | 0.60 | Work on preparation of application. | 96.00 |
| 04/10/07 | SPR | 1.60 | Work on preparation of application. | 256.00 |
| 04/12/07 | SPR | 1.30 | Work on preparation of application. Work on preparation of drawings. | 208.00 |
| 04/13/07 | SPR | 3.00 | Work on preparation of application. | 480.00 |
| 05/08/07 | SPR | 1.10 | Work on preparation of application. | 176.00 |
| 05/10/07 | SPR | 0.10 | Work on preparation of application. | 16.00 |
| 05/11/07 | SPR | 0.90 | Work on preparation of application. Work on preparation of drawings. | 144.00 |
| 05/15/07 | SPR | 0.20 | Work on preparation of application. Inter office conference among attorneys. | 32.00 |
| 05/16/07 | SPR | 1.10 | Inter office conference among attorneys. Work on preparation of application. | 176.00 |
| 05/16/07 | KTG | 3.30 | Work on preparation of application. Inter office conference among attorneys. | 1,006.50 |
| 05/19/07 | SPR | 4.70 | Work on preparation of application. | 752.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX                   616-957-8196

DELPHI

July 11, 2007
Page:  22
Invoice:        88606

| | | | | |
|---|---|---|---|---|
| 05/22/07 SPR | 0.50 | Work on preparation of application and submission of draft to client. | | 80.00 |
| 06/01/07 SPR | 1.00 | Study correspondence from inventor. Work on preparation of application. Work on preparation of drawings. | | 160.00 |
| 06/11/07 SPR | 3.00 | Work on preparation of application. | | 480.00 |
| 06/14/07 SPR | 1.00 | Work on preparation of application. | | 160.00 |
| 06/15/07 SPR | 0.50 | Prepare and send finalized application with filing papers to client for filing. | | 80.00 |

PROFESSIONAL SERVICES                                    4,956.50

| | | | |
|---|---|---|---|
| KTG | 4.50 | 305.00 | 1,372.50 |
| SPR | 22.40 | 160.00 | 3,584.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/07 | Copies | 8.80 |
| 06/20/07 | Express mail | 17.01 |
| 05/29/07 | Cost of drawings | 75.00 |

TOTAL COSTS ADVANCED                                      100.81

MATTER TOTAL                                             5,057.31

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P713

DP-315902

| | | | |
|---|---|---|---|
| 03/02/07 KTG | 1.50 | Review invention disclosure and correspondence. Inter office conference among attorneys. | 457.50 |
| 03/05/07 SPR | 0.10 | Inter office conference among attorneys. | 16.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE     616-949-9610
FAX              616-957-8196

DELPHI

July 11, 2007
Page:  23
Invoice:        88606

| Date | By | Hours | Description | Amount |
|---|---|---|---|---|
| 03/06/07 | SPR | 0.80 | Work on preparation of application. Correspondence with inventor. | 128.00 |
| 03/08/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 03/13/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 03/21/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 03/26/07 | SPR | 0.60 | Work on preparation of application. | 96.00 |
| 04/06/07 | SPR | 6.40 | Work on preparation of application. | 1,024.00 |
| 05/03/07 | SPR | 3.00 | Work on preparation of application. Work on preparation of drawings. | 480.00 |
| 05/15/07 | SPR | 0.50 | Work on preparation of application. Work on preparation of drawings. | 80.00 |
| 05/17/07 | SPR | 0.40 | Work on preparation of application and submission of draft to client. Inter office conference among attorneys. | 64.00 |
| 05/18/07 | KTG | 2.00 | Work on preparation of application. Inter office conference among attorneys. | 610.00 |
| 05/21/07 | SPR | 2.00 | Inter office conference among attorneys. Work on preparation of application. | 320.00 |
| 05/22/07 | SPR | 1.40 | Work on preparation of application. | 224.00 |
| 05/24/07 | SPR | 1.50 | Correspondence with inventor. Work on preparation of application. | 240.00 |
| 06/01/07 | SPR | 1.50 | Study correspondence from inventor. Work on preparation of application. Work on preparation of drawings. | 240.00 |
| 06/10/07 | SPR | 1.00 | Work on preparation of application. | 160.00 |
| 06/13/07 | SPR | 3.50 | Work on preparation of application. | 560.00 |
| 06/14/07 | SPR | 1.00 | Work on preparation of application. | 160.00 |
| 06/15/07 | SPR | 2.00 | Prepare and send finalized application with filing papers to client for filing. | 320.00 |

PROFESSIONAL SERVICES                                            5,227.50

| | | | |
|---|---|---|---|
| KTG | 3.50 | 305.00 | 1,067.50 |
| SPR | 26.00 | 160.00 | 4,160.00 |

COSTS ADVANCED

06/30/07    Copies                                              4.00

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

July 11, 2007
Page: 24
Invoice:        88606

| | | |
|---|---|---|
| 06/20/07 | Express mail | 14.90 |
| 05/29/07 | Cost of drawings | 60.00 |

TOTAL COSTS ADVANCED                        78.90

MATTER TOTAL                              5,306.40

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER - P725

DP-308162

| | | | | |
|---|---|---|---|---|
| 05/09/07 | SPR | 0.60 | Work on preparation of response. Study filed application. | 96.00 |
| 05/10/07 | SPR | 2.10 | Work on preparation of response. Correspondence with inventor. | 336.00 |
| 05/16/07 | SPR | 1.90 | Work on preparation of response. Telephone conference with inventor on May 16. | 304.00 |
| 05/25/07 | SPR | 0.30 | Study correspondence from inventor. Correspondence with inventor. | 48.00 |
| 06/04/07 | KTG | 1.00 | Review invention disclosure. | 305.00 |
| 06/06/07 | SPR | 0.90 | Study correspondence from inventor. Work on preparation of response. | 144.00 |
| 06/07/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 06/08/07 | SPR | 0.60 | Telephone conference with inventor on June 8. | 96.00 |
| 06/21/07 | SPR | 0.20 | Work on preparation of response. | 32.00 |
| 06/22/07 | SPR | 0.70 | Telephone conference with inventor on June 22. Inter office conference among attorneys. Telephone conference with Funke on June 22. | 112.00 |
| 06/22/07 | KTG | 1.30 | Study Office Action and cited art. Inter office conference among attorneys. | 396.50 |
| 06/25/07 | SPR | 0.10 | Correspondence with Funke. Inter office conference among attorneys. | 16.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

July 11, 2007
Page:  25
Invoice:      88606

PROFESSIONAL SERVICES                                              1,901.50

| | | | |
|---|---|---|---|
| KTG | 2.30 | 305.00 | 701.50 |
| SPR | 7.50 | 160.00 | 1,200.00 |

COSTS ADVANCED

| 04/30/07 | Copies | 6.40 |
|---|---|---|

TOTAL COSTS ADVANCED                                                  6.40

MATTER TOTAL                                                      1,907.90

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P727

DP-316298

| | | | | |
|---|---|---|---|---|
| 04/27/07 | SPR | 1.00 | Inter office conference among attorneys. Correspondence with inventor. Work on preparation of application. | 160.00 |
| 04/30/07 | SPR | 0.80 | Work on preparation of application. | 128.00 |
| 05/01/07 | SPR | 0.20 | Correspondence with inventor. | 32.00 |
| 05/02/07 | KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys. | 305.00 |
| 05/03/07 | SPR | 0.60 | Telephone conference with inventor on May 3. | 96.00 |
| 05/08/07 | SPR | 0.10 | Correspondence with inventors. | 16.00 |
| 05/14/07 | SPR | 0.20 | Telephone conference with inventor on May 14. | 32.00 |
| 05/15/07 | SPR | 1.10 | Study correspondence from inventor. Work on preparation of application. | 176.00 |
| 05/17/07 | SPR | 2.10 | Work on preparation of application. | 336.00 |
| 05/21/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

July 11, 2007
Page:  26
Invoice:      88606

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 05/22/07 | SPR | 4.10 | Correspondence with inventor. Work on preparation of application. | 656.00 |
| 05/23/07 | SPR | 3.00 | Work on preparation of application. | 480.00 |
| 05/24/07 | SPR | 1.00 | Work on preparation of application. | 160.00 |
| 05/25/07 | SPR | 0.80 | Work on preparation of application. Telephone conference with Funke on May 25. Inter office conference among attorneys. | 128.00 |
| 05/28/07 | SPR | 1.40 | Work on preparation of application. | 224.00 |
| 05/29/07 | KTG | 2.30 | Work on preparation of application. Inter office conference among attorneys. | 701.50 |
| 05/29/07 | SPR | 0.80 | Inter office conference among attorneys. Work on preparation of application. Work on preparation of drawings. | 128.00 |
| 05/30/07 | SPR | 0.50 | Telephone conference with Funke on May 30. Inter office conference among attorneys. Work on preparation of drawings. Work on preparation of application and submission of draft to client. | 80.00 |
| 06/11/07 | SPR | 0.50 | Telephone conference with inventors on June 11. | 80.00 |
| 06/12/07 | SPR | 2.00 | Study correspondence from inventor. Work on preparation of application. | 320.00 |
| 06/16/07 | SPR | 2.70 | Work on preparation of application. | 432.00 |
| 06/21/07 | SPR | 2.00 | Work on preparation of application. Prepare and send finalized application with filing papers to client for filing. | 320.00 |
| 06/26/07 | SPR | 0.30 | Work on preparation of application. | 48.00 |

PROFESSIONAL SERVICES                                    5,054.50

| | | | | |
|---|---|---|---|---|
| KTG | | 3.30 | 305.00 | 1,006.50 |
| SPR | | 25.30 | 160.00 | 4,048.00 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 05/31/07 | Copies | 7.60 |
| 06/20/07 | Express mail | 12.88 |
| 05/01/07 | Cost of drawings | 70.00 |
| 05/29/07 | Cost of drawings | 140.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

July 11, 2007
Page:  27
Invoice:      88606

TOTAL COSTS ADVANCED                                          230.48

MATTER TOTAL                                               5,284.98

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P733

DP-313275

| | | | | |
|---|---|---|---|---|
| 05/21/07 KTG | 0.80 | Study Office Action, art and application. Inter office conference among attorneys. | | 244.00 |
| 05/21/07 GJE | 4.00 | Work on preparation of amendment. | | 1,240.00 |
| 06/11/07 GJE | 0.30 | Completion and filing of amendment. | | 93.00 |
| 06/15/07 KTG | 0.20 | Study correspondence and response. | | 61.00 |

PROFESSIONAL SERVICES                                      1,638.00

| | | | |
|---|---|---|---|
| GJE | 4.30 | 310.00 | 1,333.00 |
| KTG | 1.00 | 305.00 | 305.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 05/31/07 | Copies | 12.60 |
| 06/30/07 | Postage | 1.14 |

TOTAL COSTS ADVANCED                                          13.74

MATTER TOTAL                                               1,651.74

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

July 11, 2007
Page:  28
Invoice:        88606

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER – P735

DP-311319

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 05/21/07 | KTG | 0.80 | Study Office Action and cited art. Inter office conference among attorneys. | 244.00 |
| 05/31/07 | SPR | 2.10 | Work on preparation of response. Study filed application. Correspondence with inventor. | 336.00 |
| 06/04/07 | SPR | 0.50 | Study correspondence from inventor. Correspondence with inventor. Work on preparation of response. | 80.00 |
| 06/06/07 | SPR | 0.30 | Telephone conference with inventor on June 6. | 48.00 |
| 06/19/07 | SPR | 2.50 | Work on preparation of response. | 400.00 |
| 06/21/07 | SPR | 0.70 | Work on preparation of response. Correspondence with inventor. | 112.00 |
| 06/22/07 | SPR | 0.80 | Work on preparation of response. | 128.00 |
| 06/25/07 | SPR | 0.20 | Work on preparation of response. Inter office conference among attorneys. | 32.00 |
| 06/27/07 | SPR | 0.30 | Inter office conference among attorneys. Work on preparation of response. | 48.00 |
| 06/27/07 | KTG | 1.20 | Work on preparation of response. Inter office conference among attorneys. | 366.00 |
| 06/29/07 | SPR | 0.20 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 32.00 |

PROFESSIONAL SERVICES                                    1,826.00

| | | | |
|---|---|---|---|
| KTG | 2.00 | 305.00 | 610.00 |
| SPR | 7.60 | 160.00 | 1,216.00 |

COSTS ADVANCED

05/31/07    Copies                                      10.30

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

**PO BOX 2567**
**GRAND RAPIDS MI 49501-2567**

**TELEPHONE**   616-949-9610
**FAX**   616-957-8196

DELPHI

July 11, 2007
Page:  29
Invoice:    88606

TOTAL COSTS ADVANCED                                    10.30

MATTER TOTAL                                         1,836.30

(FEES BILLED                    )
(EXPENSES BILLED                )

CLIENT TOTAL                                        64,038.39
INVOICE TOTAL                                       64,038.39

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

August 9, 2007
Page:  3
Invoice:      88972

CLIENT NUMBER - DEL001

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH July 31, 2007 IN CONNECTION
   WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A316

| | | | | |
|---|---|---|---|---|
| 07/23/07 KTG | 1.50 | Work on preparation of Fifth Interim Fee Application pursuant to Delphi bankruptcy procedures. | | 457.50 |
| 07/30/07 KTG | 0.50 | Preparation and filing of 5th Interim Fee Application pursuant to Delphi bankruptcy proceedings. | | 152.50 |

PROFESSIONAL SERVICES                                                610.00

KTG                    2.00    305.00    610.00

COSTS ADVANCED

07/18/07   Express mail                          110.15

TOTAL COSTS ADVANCED                                 110.15

MATTER TOTAL                                         720.15

(FEES BILLED       4,142.50  )
(EXPENSES BILLED   1,663.03  )

MATTER NUMBER - A317

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

| | |
|---|---|
| TELEPHONE | 616-949-9610 |
| FAX | 616-957-8196 |

DELPHI

August 9, 2007
Page:  4
Invoice:       88972

| | | | | |
|---|---|---|---|---|
| 07/02/07 | KTG | 0.70 | Telephone conference with Funke re agreement with Via System and DuPont. Review agreement and correspondence with DuPont. | 213.50 |

PROFESSIONAL SERVICES                                       213.50

| | | | |
|---|---|---|---|
| KTG | 0.70 | 305.00 | 213.50 |

MATTER TOTAL                                                  213.50

(FEES BILLED        2,104.50  )
(EXPENSES BILLED        0.00  )

MATTER NUMBER - A318

| | | | | |
|---|---|---|---|---|
| 07/19/07 | KTG | 2.30 | Work on preparation of opinion re Delphi detection system in view of Alirt patents. Telephone conference with Fekete on July 19. | 701.50 |
| 07/25/07 | KTG | 1.50 | Work on preparation of opinion and submit to Fekete re non-infringement of Alirt patents. | 457.50 |
| 07/31/07 | KTG | 0.80 | Telephone conference with Fekete re opinion. Work on preparation of opinion. Correspondence with Fekete. | 244.00 |

PROFESSIONAL SERVICES                                      1,403.00

| | | | |
|---|---|---|---|
| KTG | 4.60 | 305.00 | 1,403.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

August 9, 2007
Page:  5
Invoice:        88972

COSTS ADVANCED

| 07/31/07 | Copies | 3.10 |
| 07/31/07 | Postage | 1.82 |

TOTAL COSTS ADVANCED                                    4.92

MATTER TOTAL                                        1,407.92

(FEES BILLED        5,093.50  )
(EXPENSES BILLED     169.50  )

MATTER NUMBER - P444

S.N. 10/463,733

| 07/03/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 07/03/07 | KTG | 0.70 | Study Office Action and art. Inter office conference among attorneys. | 213.50 |
| 07/06/07 | SPR | 1.00 | Work on preparation of response. | 160.00 |
| 07/09/07 | SPR | 0.40 | Telephone conference with inventor on July 9. | 64.00 |
| 07/20/07 | SPR | 0.30 | Work on preparation of response. | 48.00 |
| 07/25/07 | SPR | 0.50 | Work on preparation of response. Correspondence with inventor. Inter office conference among attorneys. Study correspondence from inventor. | 80.00 |
| 07/25/07 | KTG | 0.80 | Work on preparation of response. Inter office conference among attorneys. | 244.00 |
| 07/26/07 | SPR | 0.70 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 112.00 |

PROFESSIONAL SERVICES                                  937.50

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

| TELEPHONE | 616-949-9610 |
| FAX | 616-957-8196 |

DELPHI

August 9, 2007
Page:  6
Invoice:      88972

| KTG | 1.50 | 305.00 | 457.50 |
| SPR | 3.00 | 160.00 | 480.00 |

COSTS ADVANCED

| 07/31/07 | Copies | 6.90 |
| 07/31/07 | Postage | 1.31 |

TOTAL COSTS ADVANCED                                    8.21

MATTER TOTAL                                          945.71

(FEES BILLED      6,733.00 )
(EXPENSES BILLED      288.90 )

MATTER NUMBER - P465


S.N. 10/761,580


COSTS ADVANCED

07/02/07   Appeal fee                     500.00

TOTAL COSTS ADVANCED                           500.00

MATTER TOTAL                                   500.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

August 9, 2007
Page:  7
Invoice:        88972

(FEES BILLED        10,338.00  )
(EXPENSES BILLED      542.84  )

MATTER NUMBER - P499

S.N. 10/853,883

07/03/07 KTG  1.30  Evaluate file history and agreement to reopen        396.50
                    prosecution. Telephone conference with Examiners
                    and Funke on July 3. Work on preparation of
                    memorandum re same.

PROFESSIONAL SERVICES                                                     396.50

KTG                 1.30    305.00      396.50

MATTER TOTAL                                                              396.50

(FEES BILLED         9,355.00  )
(EXPENSES BILLED       195.34  )

MATTER NUMBER - P532

S.N. 11/082,547

05/08/07 KTG  0.80  Study Office Action. Inter office conference          244.00
                    among attorneys re response.
07/03/07 KTG  0.60  Study Office Action and art. Inter office             183.00
                    conference among attorneys.
07/20/07 GJE  4.20  Work on preparation of amendment.                   1,302.00

PROFESSIONAL SERVICES                                                   1,729.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

August 9, 2007
Page:  8
Invoice:       88972

| | | | |
|---|---|---|---|
| GJE | 4.20 | 310.00 | 1,302.00 |
| KTG | 1.40 | 305.00 | 427.00 |

    COSTS ADVANCED

05/31/07   Copies                                          3.50

TOTAL COSTS ADVANCED                                        3.50

MATTER TOTAL                                           1,732.50

(FEES BILLED        4,490.00  )
(EXPENSES BILLED     316.32  )

                                      MATTER NUMBER – P537


    P.N. 7,245,024  / 07/17/07

07/24/07 GJE  4.50  Preparation and filing of amendment.       1,395.00

  PROFESSIONAL SERVICES                                   1,395.00

  GJE            4.50   310.00   1,395.00

MATTER TOTAL                                           1,395.00

(FEES BILLED        9,871.50  )
(EXPENSES BILLED     330.45  )

                                      MATTER NUMBER – P588


Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX              616-957-8196

DELPHI

August 9, 2007
Page:  9
Invoice:        88972

| | | | | |
|---|---|---|---|---|
| 06/21/07 KTG | 1.00 | Study Office Action. Work on preparation of report and recommendations. Telephone conference with inventor on June 21. | | 305.00 |
| 06/22/07 KTG | 0.50 | Study Office Action. Preparation and forwarding report and recommendations to client. | | 152.50 |
| 07/12/07 KTG | 2.80 | Work on preparation of response. Telephone conference with inventors on July 12. | | 854.00 |
| 07/13/07 KTG | 1.30 | Work on preparation of response. | | 396.50 |
| 07/16/07 KTG | 0.60 | Work on preparation of response. Correspondence with inventors. | | 183.00 |
| 07/25/07 KTG | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Telephone conference with inventor on July 25. | | 152.50 |

PROFESSIONAL SERVICES                                      2,043.50

KTG                        6.70    305.00    2,043.50

COSTS ADVANCED

06/30/07    Copies                                  1.70

TOTAL COSTS ADVANCED                                      1.70

MATTER TOTAL                                      2,045.20

(FEES BILLED        9,377.00 )
(EXPENSES BILLED      42.95 )

MATTER NUMBER - P591

S.N. 11/262,400

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196


DELPHI

August 9, 2007
Page:  10
Invoice:      88972


| | | | | |
|---|---|---|---|---|
| 05/25/07 | KTG | 1.50 | Study Office Action and cited art. Telephone conference with inventor on May 25. Correspondence with inventor. Study Office Action. Preparation and forwarding report and recommendations to client. Work on preparation of response. | 457.50 |
| 07/03/07 | KTG | 1.00 | Work on preparation of response. Telephone conference with inventors on July 3. | 305.00 |
| 07/05/07 | KTG | 3.20 | Work on preparation of response. Telephone conference with inventors on July 5. | 976.00 |
| 07/09/07 | KTG | 0.70 | Work on preparation of response. | 213.50 |
| 07/10/07 | KTG | 0.70 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 213.50 |


PROFESSIONAL SERVICES                                     2,165.50

KTG                        7.10    305.00    2,165.50


    COSTS ADVANCED

07/31/07    Copies                                     1.60
07/31/07    Postage                                    1.31

TOTAL COSTS ADVANCED                                       2.91

MATTER TOTAL                                          2,168.41

(FEES BILLED        6,642.50  )
(EXPENSES BILLED      341.12  )

                              MATTER NUMBER - P641


    S.N. 11/509,858


Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

August 9, 2007
Page:  11
Invoice:      88972

| | | | | |
|---|---|---|---|---|
| 07/09/07 MPD | 0.10 | Telephone conference with Examiner on July 9 | | 24.00 |
| 07/10/07 MPD | 0.20 | Telephone conference with Examiner on July 10. | | 48.00 |
| 07/11/07 MPD | 0.90 | Telephone conference with Examiner on July 11. Work on preparation of response. | | 216.00 |
| 07/15/07 MPD | 0.30 | Work on preparation of response. | | 72.00 |
| 07/16/07 MPD | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | | 24.00 |
| 07/16/07 KTG | 0.30 | Review response to Office Action. | | 91.50 |

PROFESSIONAL SERVICES                                    475.50

| | | | |
|---|---|---|---|
| KTG | 0.30 | 305.00 | 91.50 |
| MPD | 1.60 | 240.00 | 384.00 |

COSTS ADVANCED

07/31/07   Copies                                  1.10

TOTAL COSTS ADVANCED                                1.10

MATTER TOTAL                                        476.60

(FEES BILLED      6,730.50 )
(EXPENSES BILLED  1,060.22 )

MATTER NUMBER - P669

07/23/07 KTG  0.30  Evaluate Advisory Action for appeal. Inter        91.50
                    office conference among attorneys.

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
  COOPER,
DEWITT &
  LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

August 9, 2007
Page:  12
Invoice:      88972

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 07/26/07 | KTG | 0.60 | Evaluate claims and Advisory Action. Telephone conference with Funke on July 26 re filing RCE and amendment. | 183.00 |
| 07/31/07 | GJE | 0.70 | Preparation and filing of request for continued Examination. | 217.00 |

PROFESSIONAL SERVICES                                          491.50

| | | | |
|---|---|---|---|
| GJE | 0.70 | 310.00 | 217.00 |
| KTG | 0.90 | 305.00 | 274.50 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 07/31/07 | Filing fee | 790.00 |

TOTAL COSTS ADVANCED                                           790.00

MATTER TOTAL                                                 1,281.50

(FEES BILLED      6,392.00 )
(EXPENSES BILLED    464.74 )

                                      MATTER NUMBER - P696


SN 10/986.240

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 07/10/07 | SPR | 0.30 | Inter office conference among attorneys. Telephone conference with Examiner on July 10. Correspondence with Hales. | 48.00 |
| 07/10/07 | KTG | 0.60 | Evaluate Advisory Action and Office Action. Inter office conference among attorneys re amendment or appeal. | 183.00 |
| 07/11/07 | SPR | 0.30 | Telephone conference with Examiner on July 11. | 48.00 |
| 07/16/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

August 9, 2007
Page:  13
Invoice:      88972

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 07/16/07 | KTG | 0.60 | Evaluate proposed claim amendment for RCE. Inter office conference among attorneys. | 183.00 |
| 07/19/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 07/23/07 | SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 16.00 |
| 07/24/07 | SPR | 1.00 | Work on preparation of claims for request for continued examination. Telephone conference with inventor on July 24. Correspondence with inventor. | 160.00 |
| 07/25/07 | SPR | 0.10 | Study correspondence from inventor. Work on preparation of claims for request for continued examination. | 16.00 |
| 07/26/07 | SPR | 0.60 | Work on preparation of RCE. | 96.00 |
| 07/27/07 | SPR | 0.50 | Work on preparation of claim amendments and arguments for RCE. Inter office conference among attorneys. | 80.00 |
| 07/27/07 | KTG | 1.30 | Work on preparation of amendment and RCE. Inter office conference among attorneys. | 396.50 |
| 07/30/07 | SPR | 0.20 | Completion and filing of request for continued Examination. | 32.00 |

PROFESSIONAL SERVICES                                        1,290.50

| | | | |
|---|---|---|---|
| KTG | 2.50 | 305.00 | 762.50 |
| SPR | 3.30 | 160.00 | 528.00 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 07/31/07 | Copies | 2.30 |
| 07/31/07 | Postage | 1.31 |
| 07/30/07 | Extension of time fee | 120.00 |
| 07/30/07 | Filing fee | 790.00 |

TOTAL COSTS ADVANCED                                        913.61

MATTER TOTAL                                             2,204.11

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

August 9, 2007
Page:  14
Invoice:        88972

(FEES BILLED      4,559.50  )
(EXPENSES BILLED      5.04  )

MATTER NUMBER - P697

SN 11/075,063

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 06/26/07 | KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys. | 213.50 |
| 06/28/07 | SPR | 0.40 | Work on preparation of response. | 64.00 |
| 07/02/07 | SPR | 0.90 | Work on preparation of response. Correspondence with inventor. | 144.00 |
| 07/11/07 | SPR | 0.20 | Correspondence with inventor. | 32.00 |
| 07/12/07 | SPR | 0.40 | Telephone conference with inventor on July 12. | 64.00 |
| 07/16/07 | SPR | 2.00 | Work on preparation of response. | 320.00 |
| 07/20/07 | SPR | 1.10 | Work on preparation of response. Correspondence with inventors. Inter office conference among attorneys. | 176.00 |
| 07/20/07 | KTG | 1.20 | Review and edit application. Inter office conference among attorneys. | 366.00 |
| 07/23/07 | SPR | 1.00 | Inter office conference among attorneys. Study correspondence from inventor. Completion and filing of application. Correspondence with client. | 160.00 |

PROFESSIONAL SERVICES                                      1,539.50

| | | | |
|---|---|---|---|
| KTG | 1.90 | 305.00 | 579.50 |
| SPR | 6.00 | 160.00 | 960.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/07 | Copies | 5.60 |
| 07/31/07 | Postage | 1.48 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

August 9, 2007
Page: 15
Invoice:        88972

TOTAL COSTS ADVANCED                                         7.08

MATTER TOTAL                                            1,546.58

(FEES BILLED        2,505.50 )
(EXPENSES BILLED      107.45 )

MATTER NUMBER – P698

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 06/26/07 | KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys. | 213.50 |
| 07/05/07 | SPR | 1.00 | Work on preparation of response. Correspondence with inventor. | 160.00 |
| 07/06/07 | SPR | 0.40 | Inter office conference among attorneys. Telephone conference with Examiner on July 6. Correspondence with inventor. | 64.00 |
| 07/11/07 | SPR | 0.30 | Telephone conference with inventor on July 11. Correspondence with inventor. | 48.00 |
| 07/12/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 07/16/07 | SPR | 0.80 | Telephone conference with Examiner on July 16. Inter office conference among attorneys. Work on preparation of letter to Funke re interview summary. | 128.00 |
| 07/16/07 | KTG | 0.70 | Evaluate Examiner's withdrawal of Final Rejection. Inter office conference among attorneys. | 213.50 |
| 07/18/07 | SPR | 0.20 | Correspondence with Funke. | 32.00 |

PROFESSIONAL SERVICES                                      875.00

| | | | |
|---|---|---|---|
| KTG | 1.40 | 305.00 | 427.00 |
| SPR | 2.80 | 160.00 | 448.00 |

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX                616-957-8196

DELPHI

August 9, 2007
Page:  16
Invoice:        88972

COSTS ADVANCED

| 06/30/07 | Copies | 2.00 |
|---|---|---|

TOTAL COSTS ADVANCED                        2.00

MATTER TOTAL                          877.00

(FEES BILLED          2,086.00  )
(EXPENSES BILLED        4.30  )

MATTER NUMBER - P699

SN 10/379.755

| 06/18/07 KTG | 0.80 | Study Office Action and art. Inter office conference among attorneys. | 244.00 |
|---|---|---|---|
| 06/26/07 SPR | 1.70 | Work on preparation of response. Correspondence with inventor. | 272.00 |
| 06/27/07 SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 06/28/07 SPR | 1.60 | Telephone conference with inventors on June 28. Work on preparation of response. | 256.00 |
| 07/09/07 SPR | 1.40 | Work on preparation of response. Correspondence with inventor. | 224.00 |
| 07/11/07 SPR | 0.40 | Work on preparation of response. | 64.00 |
| 07/12/07 SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 07/13/07 KTG | 1.20 | Work on preparation of response. | 366.00 |
| 07/16/07 SPR | 0.30 | Inter office conference among attorneys. Work on preparation of response. | 48.00 |
| 07/17/07 SPR | 0.20 | Study correspondence from inventors. | 32.00 |
| 07/19/07 SPR | 0.30 | Work on preparation of response. Telephone conference with inventor on July 19. | 48.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

August 9, 2007
Page:  17
Invoice:      88972

| | | | | | |
|---|---|---|---|---|---|
| 07/30/07 SPR | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | | | 16.00 |

PROFESSIONAL SERVICES

1,602.00

| | | | |
|---|---|---|---|
| KTG | 2.00 | 305.00 | 610.00 |
| SPR | 6.20 | 160.00 | 992.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/07 | Copies | 3.20 |
| 07/31/07 | Postage | 1.31 |

TOTAL COSTS ADVANCED

4.51

MATTER TOTAL

1,606.51

(FEES BILLED        2,518.00 )
(EXPENSES BILLED       6.21 )

MATTER NUMBER - P700

SN 10/935,022

| | | | |
|---|---|---|---|
| 07/23/07 KTG | 0.30 | Evaluate Advisory Action for appeal. Inter office conference among attorneys. | 91.50 |
| 07/26/07 KTG | 0.60 | Evaluate claims and Advisory Action. Telephone conference with Funke on July 26 re filing RCE and amendment. | 183.00 |
| 07/31/07 GJE | 0.70 | Preparation and filing of request for continued Examination. | 217.00 |

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

August 9, 2007
Page:  18
Invoice:      88972

PROFESSIONAL SERVICES                                          491.50

| | | | |
|---|---|---|---|
| GJE | 0.70 | 310.00 | 217.00 |
| KTG | 0.90 | 305.00 | 274.50 |

COSTS ADVANCED

| | | | |
|---|---|---|---|
| 07/31/07 | Filing fee | 790.00 | |

TOTAL COSTS ADVANCED                                           790.00

MATTER TOTAL                                                 1,281.50

(FEES BILLED        3,866.50 )
(EXPENSES BILLED     207.28 )

MATTER NUMBER - P705

| | | | |
|---|---|---|---|
| 02/06/07 KTG | 1.00 | Review invention disclosure. | 305.00 |
| 07/03/07 KTG | 2.50 | Work on preparation of application. | 762.50 |
| 07/09/07 KTG | 3.30 | Work on preparation of application. | 1,006.50 |
| 07/10/07 KTG | 2.50 | Work on preparation of application. | 762.50 |
| 07/11/07 KTG | 3.50 | Work on preparation of application. | 1,067.50 |
| 07/16/07 KTG | 2.00 | Work on preparation of application. | 610.00 |
| 07/25/07 KTG | 1.50 | Work on preparation of application. Telephone conference with inventor on July 25. | 457.50 |
| 07/31/07 KTG | 0.50 | Work on preparation of application. | 152.50 |

PROFESSIONAL SERVICES                                        5,124.00

| | | | |
|---|---|---|---|
| KTG | 16.80 | 305.00 | 5,124.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

August 9, 2007
Page:  19
Invoice:      88972

### COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|-------:|
| 02/28/07 | Copies | 5.90 |
| 07/18/07 | Express mail | 14.22 |
| 07/25/07 | Cost of drawings | 170.00 |

TOTAL COSTS ADVANCED                                    190.12

MATTER TOTAL                                         5,314.12

(FEES BILLED                  )
(EXPENSES BILLED              )

MATTER NUMBER – P707

| Date | Atty | Hrs | Description | Amount |
|------|------|----:|-------------|-------:|
| 05/30/07 | SPR | 0.40 | Inter office conference among attorneys. Work on preparation of application. | 64.00 |
| 05/30/07 | KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 152.50 |
| 05/31/07 | KTG | 0.70 | Telephone conference with inventor on May 31 re invention. Work on preparation of application. | 213.50 |
| 05/31/07 | SPR | 0.70 | Telephone conference with inventor on May 31. Inter office conference among attorneys. Study correspondence from inventor. | 112.00 |
| 06/01/07 | SPR | 1.90 | Study correspondence from inventor. Work on preparation of application. Work on preparation of drawings. | 304.00 |
| 06/04/07 | SPR | 3.00 | Work on preparation of application. Telephone conference with inventor on June 4. | 480.00 |
| 06/04/07 | KTG | 0.50 | Review related applications. | 152.50 |
| 06/05/07 | SPR | 2.60 | Work on preparation of application. | 416.00 |
| 06/12/07 | SPR | 1.40 | Work on preparation of application. | 224.00 |
| 06/18/07 | SPR | 0.80 | Work on preparation of application. | 128.00 |

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

August 9, 2007
Page:  20
Invoice:        88972

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 06/19/07 | SPR | 0.20 | Work on preparation of application. Correspondence with inventor. | 32.00 |
| 06/29/07 | SPR | 1.60 | Work on preparation of application. Work on preparation of drawings. Correspondence with inventor. | 256.00 |
| 07/02/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 07/03/07 | SPR | 2.50 | Work on preparation of application. Work on preparation of drawings. | 400.00 |
| 07/06/07 | SPR | 0.30 | Study correspondence from inventor. Correspondence with inventor. Inter office conference among attorneys. | 48.00 |
| 07/09/07 | SPR | 2.10 | Study correspondence from inventor. Work on preparation of application and submission of draft to client. Correspondence with inventor. Telephone conference with Burns on July 9. | 336.00 |
| 07/10/07 | SPR | 1.60 | Work on preparation of application. | 256.00 |
| 07/11/07 | SPR | 0.80 | Work on preparation of application. | 128.00 |
| 07/12/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 07/13/07 | KTG | 2.20 | Work on preparation of application. | 671.00 |
| 07/16/07 | SPR | 1.10 | Inter office conference among attorneys. Correspondence with inventor. Work on preparation of application and submission of draft to client. | 176.00 |
| 07/19/07 | SPR | 0.20 | Work on preparation of application. Correspondence with Hales with revised application to be filed. | 32.00 |
| 07/24/07 | SPR | 1.50 | Work on preparation of application. | 240.00 |
| 07/25/07 | SPR | 2.00 | Study correspondence from inventor. Correspondence with inventor. Correspondence with Hales with application to be filed and Information Disclosure Statement. | 320.00 |

PROFESSIONAL SERVICES                                    5,173.50

| | | | | |
|---|---|---|---|---|
| KTG | 3.90 | 305.00 | 1,189.50 | |
| SPR | 24.90 | 160.00 | 3,984.00 | |

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

August 9, 2007
Page:  21
Invoice:       88972

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 07/31/07 | Copies | 4.70 |
| 07/11/07 | Cost of drawings | 180.00 |

TOTAL COSTS ADVANCED                                    184.70

MATTER TOTAL                                          5,358.20

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P714

SN 10/931,761

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 07/03/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 07/03/07 | KTG | 0.70 | Study Office Action and art. Inter office conference among attorneys. | 213.50 |
| 07/11/07 | SPR | 0.90 | Work on preparation of response. Correspondence with inventor. | 144.00 |
| 07/17/07 | SPR | 2.80 | Telephone conference with inventors on July 17. Work on preparation of response. | 448.00 |
| 07/18/07 | SPR | 0.40 | Work on preparation of response. Correspondence with inventors. | 64.00 |
| 07/20/07 | SPR | 1.10 | Work on preparation of application. Inter office conference among attorneys. | 176.00 |
| 07/20/07 | KTG | 1.20 | Review and edit application. Inter office conference among attorneys. | 366.00 |
| 07/24/07 | SPR | 0.20 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 32.00 |

PROFESSIONAL SERVICES                                 1,459.50

KTG                    1.90    305.00      579.50

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

August 9, 2007
Page:  22
Invoice:       88972

| | | | |
|---|---|---|---|
| SPR | 5.50 | 160.00 | 880.00 |

### COSTS ADVANCED

| | | |
|---|---|---|
| 07/31/07 | Copies | 4.60 |
| 07/31/07 | Postage | 1.48 |

TOTAL COSTS ADVANCED                                        6.08

MATTER TOTAL                                           1,465.58

(FEES BILLED       2,312.00 )
(EXPENSES BILLED      7.61 )

MATTER NUMBER – P718

SN 10/679,752

| | | | | |
|---|---|---|---|---|
| 07/30/07 KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys. | | 213.50 |
| 07/31/07 GJE | 4.20 | Preparation and filing of amendment. | | 1,302.00 |

PROFESSIONAL SERVICES                                  1,515.50

| | | | |
|---|---|---|---|
| GJE | 4.20 | 310.00 | 1,302.00 |
| KTG | 0.70 | 305.00 | 213.50 |

MATTER TOTAL                                           1,515.50

(FEES BILLED       1,484.00 )
(EXPENSES BILLED      2.50 )

MATTER NUMBER – P724

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

August 9, 2007
Page:  23
Invoice:        88972

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 05/01/07 | KTG | 0.70 | Study Office Action and cited art, correspondence and application. Inter office conference among attorneys re response. | 213.50 |
| 05/08/07 | SPR | 1.20 | Work on preparation of response. Study filed application. | 192.00 |
| 05/09/07 | SPR | 1.70 | Work on preparation of response. Correspondence with inventor. | 272.00 |
| 05/10/07 | SPR | 1.30 | Correspondence with inventor. Work on preparation of response. | 208.00 |
| 05/11/07 | SPR | 1.30 | Telephone conference with inventor. Work on preparation of response. | 208.00 |
| 05/23/07 | SPR | 2.70 | Work on preparation of response. | 432.00 |
| 06/21/07 | SPR | 0.50 | Work on preparation of response. | 80.00 |
| 06/22/07 | SPR | 1.00 | Work on preparation of response. Inter office conference among attorneys. | 160.00 |
| 06/25/07 | SPR | 1.80 | Inter office conference among attorneys. Work on preparation of response. Correspondence with inventor. | 288.00 |
| 06/25/07 | KTG | 1.20 | Work on preparation of response. Inter office conference among attorneys. | 366.00 |
| 06/27/07 | SPR | 0.10 | Telephone conference with inventor on June 27. | 16.00 |
| 06/28/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 07/02/07 | SPR | 0.40 | Telephone conference with inventor on July 2. Correspondence with inventor. Work on preparation of response. | 64.00 |
| 07/03/07 | SPR | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. NOTE: Costs due to complexity of rejections approved by Jim Funke. | 16.00 |

PROFESSIONAL SERVICES                                    2,531.50

| | | | | |
|---|---|---|---|---|
| KTG | | 1.90 | 305.00 | 579.50 |
| SPR | | 12.20 | 160.00 | 1,952.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

August 9, 2007
Page:  24
Invoice:      88972

COSTS ADVANCED

| 05/31/07 | Copies  | 6.70 |
| 07/31/07 | Postage | 1.31 |

TOTAL COSTS ADVANCED                                    8.01

MATTER TOTAL                                       2,539.51

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P731

| 06/25/07 FMS | 4.10 | Telephone conference with inventor on June 25. Work on preparation of amendment. | 1,230.00 |
| 07/16/07 FMS | 1.40 | Study Office Action. Work on preparation of amended claims for review by inventor. | 420.00 |
| 07/19/07 FMS | 0.30 | Work on preparation of email to inventor re revisions to claim language. | 90.00 |
| 07/23/07 FMS | 1.00 | Work on preparation of amendment to non-final Office Action. | 300.00 |

PROFESSIONAL SERVICES                              2,040.00

FMS                        6.80    300.00    2,040.00

COSTS ADVANCED

07/31/07   Postage                                     1.14

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE       616-949-9610
FAX             616-957-8196

DELPHI

August 9, 2007
Page:  25
Invoice:       88972

TOTAL COSTS ADVANCED                                            1.14

MATTER TOTAL                                               2,041.14

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER – P732

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 06/18/07 | FMS | 1.20 | Study Office Action. Work on preparation of amendment in accordance with Mr. Fekete's instructions. | 360.00 |
| 06/26/07 | FMS | 1.80 | Work on preparation of amendment in response to non-final Office Action. | 540.00 |
| 07/03/07 | FMS | 1.10 | Preparation and filing of amendment. Work on preparation of letter to client re same. | 330.00 |
| 07/06/07 | FMS | 1.00 | Telephone conference with inventors on July 6. Work on preparation of email re Office Action and proposed amendment. | 300.00 |
| 07/09/07 | FMS | 2.10 | Telephone conference with inventor on July 7. Work on preparation of patent claims. | 630.00 |
| 07/25/07 | FMS | 1.30 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Work on preparation of letter to Fekete re same. | 390.00 |

PROFESSIONAL SERVICES                                     2,550.00

FMS                       8.50    300.00    2,550.00

MATTER TOTAL                                              2,550.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

August 9, 2007
Page:  26
Invoice:      88972

(FEES BILLED              )
(EXPENSES BILLED          )

MATTER NUMBER - P734

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 06/04/07 | KTG | 0.80 | Study Office Action, art and application. Inter office conference among attorneys. | 244.00 |
| 06/21/07 | SPR | 1.50 | Study filed application. Work on preparation of response. | 240.00 |
| 06/22/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 06/26/07 | SPR | 0.40 | Telephone conference with inventor on June 26. | 64.00 |
| 07/02/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 07/03/07 | SPR | 0.20 | Correspondence with inventor. Inter office conference among attorneys. | 32.00 |
| 07/05/07 | SPR | 1.30 | Work on preparation of response. Telephone conference with inventor on July 5. Inter office conference among attorneys. | 208.00 |
| 07/06/07 | SPR | 0.40 | Inter office conference among attorneys. | 64.00 |
| 07/06/07 | KTG | 0.80 | Study Office Action, claims and art. Inter office conference among attorneys. | 244.00 |
| 07/09/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 07/12/07 | SPR | 0.20 | Inter office conference among attorneys. Telephone conference with Funke on July 12. | 32.00 |
| 07/12/07 | KTG | 0.70 | Evaluate Office Action and cited art. Telephone conference with Funke on July 12. | 213.50 |
| 07/23/07 | SPR | 0.10 | Telephone conference with inventor. | 16.00 |

PROFESSIONAL SERVICES                                       1,405.50

| | | | |
|---|---|---|---|
| KTG | 2.30 | 305.00 | 701.50 |
| SPR | 4.40 | 160.00 | 704.00 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 05/31/07 | Copies | 6.70 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

August 9, 2007
Page:  27
Invoice:      88972

TOTAL COSTS ADVANCED                                             6.70

MATTER TOTAL                                              1,412.20

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER - P741

| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 05/23/07 | KTG | 1.00 | Review invention disclosure. | 305.00 |
| 06/22/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 06/25/07 | KTG | 0.50 | Review invention. Inter office conference among attorneys. | 152.50 |
| 06/26/07 | SPR | 3.50 | Work on preparation of application. Telephone conference with inventor on June 26. Inter office conference among attorneys. | 560.00 |
| 06/27/07 | SPR | 2.40 | Inter office conference among attorneys. Work on preparation of application. Work on preparation of drawings. | 384.00 |
| 07/03/07 | SPR | 2.10 | Work on preparation of application. | 336.00 |
| 07/05/07 | SPR | 4.00 | Work on preparation of application. Work on preparation of drawings. Inter office conference among attorneys. | 640.00 |
| 07/06/07 | SPR | 2.10 | Work on preparation of application. Work on preparation of drawings. | 336.00 |
| 07/12/07 | SPR | 1.00 | Work on preparation of application. Work on preparation of drawings. | 160.00 |
| 07/19/07 | SPR | 0.30 | Work on preparation of application. Work on preparation of drawings. | 48.00 |
| 07/20/07 | SPR | 0.40 | Work on preparation of application. Inter office conference among attorneys. | 64.00 |

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

August 9, 2007
Page:  28
Invoice:      88972

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 07/20/07 | KTG | 2.30 | Review and edit application. Inter office conference among attorneys. | 701.50 |
| 07/22/07 | SPR | 2.00 | Work on preparation of application. | 320.00 |
| 07/23/07 | SPR | 2.10 | Work on preparation of application and submission of draft to client. Correspondence with inventor. | 336.00 |
| 07/26/07 | SPR | 1.60 | Study correspondence from inventor. Work on preparation of application. Correspondence with inventor. | 256.00 |
| 07/27/07 | SPR | 2.00 | Work on preparation of application. Correspondence with inventor. Telephone conference with inventor on July 27. Inter office conference among attorneys. | 320.00 |
| 07/31/07 | SPR | 2.80 | Study correspondence from inventor. Work on preparation of application. Prepare and send finalized application with to client for filing. | 448.00 |

PROFESSIONAL SERVICES                                    5,383.00

KTG         3.80    305.00    1,159.00
SPR        26.40    160.00    4,224.00

COSTS ADVANCED

05/31/07   Copies                              6.70
07/20/07   Cost of drawings                  300.00

TOTAL COSTS ADVANCED                              306.70

MATTER TOTAL                                    5,689.70

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER - P748

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

August 9, 2007
Page:  29
Invoice:      88972

| | | | | |
|---|---|---|---|---|
| 07/02/07 KTG | 1.00 | Review invention disclosure. | | 305.00 |
| 07/06/07 GJE | 9.00 | Work on preparation of application. | | 2,790.00 |
| 07/17/07 KTG | 2.50 | Review invention disclosure. Inter office conference among attorneys. | | 762.50 |
| 07/18/07 GJE | 3.30 | Work on preparation of application. | | 1,023.00 |

PROFESSIONAL SERVICES                                    4,880.50

| | | | |
|---|---|---|---|
| GJE | 12.30 | 310.00 | 3,813.00 |
| KTG | 3.50 | 305.00 | 1,067.50 |

COSTS ADVANCED

07/31/07   Cost of drawings                   130.00

TOTAL COSTS ADVANCED                                       130.00

MATTER TOTAL                                             5,010.50

(FEES BILLED               )
(EXPENSES BILLED           )

MATTER NUMBER - P749

| | | | | |
|---|---|---|---|---|
| 07/02/07 KTG | 1.00 | Review invention disclosure. | | 305.00 |
| 07/11/07 GJE | 6.80 | Work on preparation of application. | | 2,108.00 |
| 07/16/07 GJE | 1.20 | Work on preparation of application. | | 372.00 |
| 07/17/07 GJE | 4.60 | Work on preparation of application. | | 1,426.00 |
| 07/17/07 KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | | 152.50 |
| 07/18/07 GJE | 1.90 | Work on preparation of application. | | 589.00 |

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

August 9, 2007
Page: 30
Invoice:        88972

PROFESSIONAL SERVICES                                            4,952.50

GJE              14.50      310.00      4,495.00
KTG               1.50      305.00        457.50

COSTS ADVANCED

07/31/07   Cost of drawings                      60.00

TOTAL COSTS ADVANCED                                              60.00

MATTER TOTAL                                                   5,012.50

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER – P750

07/02/07 KTG  1.00  Review invention disclosure.                  305.00
07/12/07 GJE  4.00  Work on preparation of application.          1,240.00
07/17/07 KTG  0.50  Review invention disclosure. Inter office     152.50
                    conference among attorneys.
07/20/07 GJE  0.50  Work on preparation of application.            155.00
07/25/07 GJE  4.70  Work on preparation of application.          1,457.00
07/26/07 GJE  6.00  Work on preparation of application.          1,860.00

PROFESSIONAL SERVICES                                            5,169.50

GJE              15.20      310.00      4,712.00
KTG               1.50      305.00        457.50

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE       616-949-9610
FAX                  616-957-8196

DELPHI

August 9, 2007
Page:  31
Invoice:        88972

COSTS ADVANCED

07/31/07    Cost of drawings                              60.00

TOTAL COSTS ADVANCED                                         60.00

MATTER TOTAL                                              5,229.50

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER – P751

| | | | | | |
|---|---|---|---|---|---|
| 07/02/07 KTG | 1.00 | Review invention disclosure. | | | 305.00 |
| 07/17/07 KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | | | 152.50 |
| 07/26/07 GJE | 0.50 | Work on preparation of application. | | | 155.00 |
| 07/27/07 GJE | 8.00 | Work on preparation of application. | | | 2,480.00 |
| 07/30/07 GJE | 3.70 | Work on preparation of application. | | | 1,147.00 |
| 07/31/07 GJE | 2.40 | Work on preparation of application. | | | 744.00 |

PROFESSIONAL SERVICES                                      4,983.50

| | | | |
|---|---|---|---|
| GJE | 14.60 | 310.00 | 4,526.00 |
| KTG | 1.50 | 305.00 | 457.50 |

COSTS ADVANCED

07/31/07    Cost of drawings                              60.00

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

**PO BOX 2567**
**GRAND RAPIDS MI 49501-2567**

| | |
|---|---|
| **TELEPHONE** | 616-949-9610 |
| **FAX** | 616-957-8196 |

DELPHI

August 9, 2007
Page:  32
Invoice:      88972

TOTAL COSTS ADVANCED                                          60.00

MATTER TOTAL                                             5,043.50

(FEES BILLED                    )
(EXPENSES BILLED                )

CLIENT TOTAL                                            68,980.64
INVOICE TOTAL                                           68,980.64

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

September 13, 2007
Page:  3
Invoice:     89414

CLIENT NUMBER - DEL001

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH August 31, 2007 IN CONNECTION
   WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A316

|  | COSTS ADVANCED | |
|---|---|---|
| 08/15/07 | Express mail | 288.81 |
| TOTAL COSTS ADVANCED | | 288.81 |
| MATTER TOTAL | | 288.81 |

(FEES BILLED      4,752.50 )
(EXPENSES BILLED  1,773.18 )

MATTER NUMBER - FP758EPC

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 08/15/07 | KTG | 0.80 | Review Office Action, art and application. Inter office conference among attorneys re response. Study correspondence from Funke. | 244.00 |
| 08/20/07 | SPR | 0.80 | Study Office Action and file patent application. | 128.00 |
| 08/21/07 | SPR | 2.00 | Study Office Action and filed patent application. Work on preparation of letter to Denton. | 320.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

September 13, 2007
Page:   4
Invoice:      89414

| | | | |
|---|---|---|---|
| 08/27/07 SPR | 0.90 | Work on preparation of letter to Denton. Correspondence with inventors. | 144.00 |
| 08/28/07 SPR | 0.50 | Work on preparation of letter to Denton. Inter office conference among attorneys. | 80.00 |
| 08/28/07 KTG | 0.80 | Study Office Action. Work on preparation of response. Inter office conference among attorneys. | 244.00 |
| 08/29/07 SPR | 0.10 | Correspondence with Denton. | 16.00 |
| 08/30/07 SPR | 0.10 | Correspondence with Denton. | 16.00 |

PROFESSIONAL SERVICES                                              1,192.00

| | | | |
|---|---|---|---|
| KTG | 1.60 | 305.00 | 488.00 |
| SPR | 4.40 | 160.00 | 704.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 08/31/07 | Copies | 1.80 |
| 08/31/07 | Postage | 2.70 |

TOTAL COSTS ADVANCED                                                   4.50

MATTER TOTAL                                                      1,196.50

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - FP763EPC

| | | | |
|---|---|---|---|
| 08/23/07 SPR | 1.60 | Inter office conference among attorneys. Study Office Action and prior art. Correspondence with inventors. Correspondence with Denton. | 256.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE**

**HENEVELD,**

**COOPER,**

**DEWITT &**

**LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

| | |
|---|---|
| TELEPHONE | 616-949-9610 |
| FAX | 616-957-8196 |

DELPHI

September 13, 2007
Page: 5
Invoice:     89414

| | | | | |
|---|---|---|---|---|
| 08/23/07 KTG | 0.80 | Study Office Action and art. Review correspondence form Funke and Denton. Inter office conference among attorneys re response. | | 244.00 |
| 08/24/07 KTG | 0.60 | Review response instructions and amendment to send to Denton. Inter office conference among attorneys. | | 183.00 |
| 08/24/07 SPR | 1.20 | Inter office conference among attorneys. Telephone conference with inventor. Correspondence with Denton. Correspondence with inventor. | | 192.00 |

PROFESSIONAL SERVICES                                                 875.00

| | | | |
|---|---|---|---|
| KTG | 1.40 | 305.00 | 427.00 |
| SPR | 2.80 | 160.00 | 448.00 |

MATTER TOTAL                                                          875.00

(FEES BILLED                 )

(EXPENSES BILLED             )

MATTER NUMBER – P481

S.N. 10/827,818

| | | | |
|---|---|---|---|
| 06/18/07 KTG | 0.80 | Study Office Action and art. Inter office conference among attorneys. | 244.00 |
| 07/19/07 SPR | 1.30 | Work on preparation of response. Correspondence with inventor. | 208.00 |
| 08/03/07 SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 08/08/07 SPR | 2.90 | Work on preparation of response. Telephone conference with inventor. Correspondence with inventor. | 464.00 |
| 08/13/07 SPR | 0.70 | Work on preparation of response. Correspondence with inventor. | 112.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

September 13, 2007
Page:  6
Invoice:      89414

| | | | | |
|---|---|---|---|---|
| 08/13/07 | KTG | 1.00 | Review and edit response. Inter office conference among attorneys. | 305.00 |
| 08/14/07 | SPR | 0.40 | Inter office conference among attorneys. Work on preparation of response. | 64.00 |
| 08/15/07 | SPR | 0.10 | Study correspondence from inventor. | 16.00 |
| 08/16/07 | SPR | 0.10 | Study Office Action and references. Completion and filing of response. Correspondence with client. | 16.00 |

PROFESSIONAL SERVICES                                      1,445.00

| | | | |
|---|---|---|---|
| KTG | 1.80 | 305.00 | 549.00 |
| SPR | 5.60 | 160.00 | 896.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/07 | Copies | 4.10 |
| 08/31/07 | Postage | 1.14 |

TOTAL COSTS ADVANCED                                          5.24

MATTER TOTAL                                             1,450.24

(FEES BILLED      4,710.00 )
(EXPENSES BILLED    276.55 )

MATTER NUMBER - P483

S.N. 10/887,502

| | | | | |
|---|---|---|---|---|
| 06/11/07 | KTG | 1.00 | Study Office Action. Inter office conference among attorneys. | 305.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

September 13, 2007
Page:   7
Invoice:     89414

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 07/17/07 | SPR | 1.60 | Work on preparation of response. Correspondence with inventor. Study correspondence from inventor. | 256.00 |
| 07/19/07 | SPR | 0.80 | Work on preparation of response. Telephone conference with inventor on July 19. | 128.00 |
| 07/23/07 | SPR | 0.60 | Inter office conference among attorneys. Work on preparation of response. | 96.00 |
| 07/24/07 | SPR | 0.50 | Work on preparation of response. | 80.00 |
| 07/27/07 | SPR | 0.50 | Work on preparation of response. | 80.00 |
| 08/08/07 | SPR | 0.50 | Work on preparation of response. Correspondence with inventor. | 80.00 |
| 08/10/07 | SPR | 0.20 | Inter office conference among attorneys. | 32.00 |
| 08/10/07 | KTG | 1.20 | Review and edit response. Inter office conference among attorneys. | 366.00 |
| 08/12/07 | SPR | 0.30 | Work on preparation of response. | 48.00 |
| 08/14/07 | SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 16.00 |
| 08/15/07 | SPR | 0.10 | Study Office Action and references. Completion and filing of response. Correspondence with client. | 16.00 |

PROFESSIONAL SERVICES                                    1,503.00

| | | | | |
|---|---|---|---|---|
| KTG | | 2.20 | 305.00 | 671.00 |
| SPR | | 5.20 | 160.00 | 832.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/07 | Copies | 4.40 |

TOTAL COSTS ADVANCED                                          4.40

MATTER TOTAL                                             1,507.40

(FEES BILLED       5,481.00  )
(EXPENSES BILLED     320.33  )

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

September 13, 2007
Page:  8
Invoice:      89414

MATTER NUMBER – P515

S.N. 10/970,596

| | | | |
|---|---|---|---|
| 08/08/07 SPR | 0.80 | Correspondence with inventor. Telephone conference with inventor. Inter office conference among attorneys. Telephone conference with Funke. | 128.00 |
| 08/08/07 KTG | 1.20 | Evaluate Advisory Action and file history. Inter office conference among attorneys. Telephone conference with Funke re appeal. | 366.00 |
| 08/10/07 SPR | 0.10 | Preparation and filing of Notice of Appeal. Correspondence with Hales re same. | 16.00 |

PROFESSIONAL SERVICES                                510.00

| | | | |
|---|---|---|---|
| KTG | 1.20 | 305.00 | 366.00 |
| SPR | 0.90 | 160.00 | 144.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 08/10/07 | Extension of time fee | 120.00 |
| 08/10/07 | Notice of appeal fee | 500.00 |

TOTAL COSTS ADVANCED                                620.00

MATTER TOTAL                                      1,130.00

(FEES BILLED      8,976.50  )
(EXPENSES BILLED     92.14  )

MATTER NUMBER – P532

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

September 13, 2007
Page:  9
Invoice:      89414

S.N. 11/082,547

| 08/20/07 GJE | 5.60 | Work on preparation of appeal brief. | 1,736.00 |
|---|---|---|---|
| 08/21/07 GJE | 2.60 | Work on preparation of appeal brief. | 806.00 |
| 08/21/07 GJE | 5.00 | Work on preparation of appeal brief. | 1,550.00 |
| 08/22/07 KTG | 0.50 | Evaluate Advisory Action and file history. Inter office conference among attorneys. | 152.50 |
| 08/23/07 KTG | 0.80 | Evaluate Office Action for appeal. Telephone conference with Funke re appeal. | 244.00 |

PROFESSIONAL SERVICES                                    4,488.50

| GJE | 13.20 | 310.00 | 4,092.00 |
|---|---|---|---|
| KTG | 1.30 | 305.00 | 396.50 |

MATTER TOTAL                                            4,488.50

(FEES BILLED      6,219.00 )
(EXPENSES BILLED   319.82 )

MATTER NUMBER - P538

S.N. 11/044,343

| 08/10/07 KTG | 0.60 | Review Office Action and art. Inter office conference among attorneys re response. | 183.00 |
|---|---|---|---|
| 08/24/07 FMS | 1.10 | Review prior art. Work on preparation of suggestions re amending claims. | 330.00 |
| 08/27/07 FMS | 2.10 | Work on preparation of amendment. Telephone conference with Mandell re same. | 630.00 |
| 08/29/07 FMS | 4.10 | Work on preparation of amendment. | 1,230.00 |
| 08/30/07 FMS | 0.10 | Work on preparation of email to inventor re review of amendment. | 30.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

September 13, 2007
Page:   10
Invoice:      89414

PROFESSIONAL SERVICES                                    2,403.00

| | | | |
|---|---|---|---|
| KTG | 0.60 | 305.00 | 183.00 |
| FMS | 7.40 | 300.00 | 2,220.00 |

MATTER TOTAL                                             2,403.00

(FEES BILLED     4,890.00 )
(EXPENSES BILLED   165.10 )

MATTER NUMBER - P593

S.N. 11/233,147

| | | | |
|---|---|---|---|
| 08/15/07 KTG | 1.00 | Evaluate Office Action and cited art. Preparation and forwarding report and recommendations to client. | 305.00 |
| 08/16/07 KTG | 0.50 | Study Office Action. Preparation and forwarding report and recommendations to client. | 152.50 |
| 08/20/07 KTG | 1.50 | Work on preparation of response. Telephone conference with inventor. | 457.50 |
| 08/21/07 KTG | 2.80 | Work on preparation of response. | 854.00 |
| 08/22/07 KTG | 1.80 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 549.00 |

PROFESSIONAL SERVICES                                    2,318.00

| | | | |
|---|---|---|---|
| KTG | 7.60 | 305.00 | 2,318.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 08/31/07 | Copies | 1.20 |
| 08/31/07 | Postage | 1.14 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

September 13, 2007
Page:  11
Invoice:      89414

TOTAL COSTS ADVANCED                                    2.34

MATTER TOTAL                                        2,320.34

(FEES BILLED      4,960.50 )
(EXPENSES BILLED    336.61 )

MATTER NUMBER – P684

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 05/04/07 | JSK | 3.00 | Work on preparation of application. Telephone conference with inventors on May 4.  Add disclosure and claims to selective/variable A/D triggering. | 735.00 |
| 05/07/07 | JSK | 0.20 | Revise draft application per inventors' review. | 49.00 |
| 05/24/07 | JSK | 0.80 | Work on preparation of application and submission of draft to client.   Work on preparation of drawings. | 196.00 |
| 07/13/07 | JSK | 1.00 | Work on preparation of application. NOTE: Costs due to complexity of case and multiple changes by inventors approved by Jimmy Funke. | 245.00 |

PROFESSIONAL SERVICES                               1,225.00

JSK              5.00    245.00    1,225.00

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 08/15/07 | Express mail | 17.18 |
| 06/26/07 | Cost of drawings | 150.00 |
| 07/20/07 | Cost of drawings | 270.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

September 13, 2007
Page:  12
Invoice:        89414

TOTAL COSTS ADVANCED                                437.18

MATTER TOTAL                                      1,662.18

(FEES BILLED       6,984.50 )
(EXPENSES BILLED    240.14 )

MATTER NUMBER – P688

S.N. 11/726,592

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 06/28/07 | KTG | 0.80 | Study Office Action and cited art. Inter office conference among attorneys. | 244.00 |
| 07/31/07 | SPR | 1.00 | Work on preparation of response. Correspondence with inventor. Telephone conference with Examiner on July 31. | 160.00 |
| 08/01/07 | SPR | 1.50 | Work on preparation of response. Study correspondence from inventor. Correspondence with inventor. | 240.00 |
| 08/02/07 | SPR | 1.40 | Telephone conference with inventors. Work on preparation of response. | 224.00 |
| 08/20/07 | SPR | 0.60 | Work on preparation of response. | 96.00 |
| 08/21/07 | SPR | 0.60 | Work on preparation of response. | 96.00 |
| 08/27/07 | SPR | 0.30 | Work on preparation of response. | 48.00 |
| 08/30/07 | SPR | 0.40 | Work on preparation of response. | 64.00 |
| 08/31/07 | SPR | 0.30 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. | 48.00 |
| 08/31/07 | KTG | 1.20 | Work on preparation of response. Inter office conference among attorneys. | 366.00 |

PROFESSIONAL SERVICES                            1,586.00

KTG                2.00    305.00    610.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE       616-949-9610
FAX             616-957-8196

DELPHI

September 13, 2007
Page:   13
Invoice:        89414

| | | | |
|---|---|---|---|
| SPR | 6.10 | 160.00 | 976.00 |

MATTER TOTAL                                           1,586.00

(FEES BILLED       5,384.00 )
(EXPENSES BILLED     63.30 )

MATTER NUMBER – P699

SN 10/379.755

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 08/22/07 | SPR | 0.40 | Study Advisory Action. Telephone conference with Examiner. Correspondence with inventor. | 64.00 |
| 08/28/07 | SPR | 0.60 | Telephone conference with Examiner. Telephone conference with inventor. | 96.00 |
| 08/29/07 | SPR | 0.50 | Inter office conference among attorneys. Telephone conference with inventor. | 80.00 |
| 08/30/07 | SPR | 0.70 | Inter office conference among attorneys. Telephone conference with Funke. Correspondence with Funke. Telephone conference with inventor. | 112.00 |
| 08/30/07 | KTG | 0.80 | Evaluate Office Action and art. Inter office conference among attorneys re appeal or RCE. Telephone conference with Funke re abandoning of application. | 244.00 |

PROFESSIONAL SERVICES                                  596.00

| | | | |
|---|---|---|---|
| KTG | 0.80 | 305.00 | 244.00 |
| SPR | 2.20 | 160.00 | 352.00 |

MATTER TOTAL                                           596.00

(FEES BILLED       4,120.00 )
(EXPENSES BILLED     10.72 )

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

September 13, 2007
Page:  14
Invoice:      89414

MATTER NUMBER – P701

SN 11/098.143

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 07/17/07 | KTG | 0.70 | Review Office Action and cited art. Inter office conference among attorneys. | 213.50 |
| 08/03/07 | SPR | 3.20 | Work on preparation of response. Correspondence with inventor. | 512.00 |
| 08/13/07 | SPR | 1.00 | Work on preparation of response. Telephone conference with inventor. Inter office conference among attorneys. Telephone conference with Examiner. | 160.00 |
| 08/14/07 | SPR | 0.10 | Work on preparation of interview request form. | 16.00 |
| 08/17/07 | SPR | 0.10 | Telephone conference with Examiner. Correspondence with Examiner. | 16.00 |
| 08/23/07 | SPR | 0.20 | Inter office conference among attorneys. Telephone conference with Examiner. | 32.00 |
| 08/27/07 | SPR | 3.10 | Work on preparation of response. Telephone conference with Examiner. Telephone conference with inventor. Inter office conference among attorneys. | 496.00 |
| 08/28/07 | SPR | 0.80 | Work on preparation of response. Inter office conference among attorneys. | 128.00 |
| 08/29/07 | SPR | 1.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Inter office conference among attorneys. | 176.00 |
| 08/29/07 | KTG | 1.00 | Work on preparation of response. Inter office conference among attorneys. | 305.00 |

PROFESSIONAL SERVICES                                    2,054.50

| | | | |
|---|---|---|---|
| KTG | 1.70 | 305.00 | 518.50 |
| SPR | 9.60 | 160.00 | 1,536.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

September 13, 2007
Page:  15
Invoice:     89414

        COSTS ADVANCED
08/31/07   Copies                                              4.40

TOTAL COSTS ADVANCED                                           4.40

MATTER TOTAL                                              2,058.90

(FEES BILLED        4,274.00 )
(EXPENSES BILLED       12.70 )

                                        MATTER NUMBER - P704

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 02/06/07 | KTG | 1.00 | Review invention disclosure. | 305.00 |
| 04/13/07 | KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 152.50 |
| 04/13/07 | SPR | 1.40 | Inter office conference among attorneys. Work on preparation of application. Correspondence with inventor. | 224.00 |
| 04/25/07 | SPR | 0.20 | Work on preparation of application. Correspondence with inventor. | 32.00 |
| 05/07/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 05/07/07 | SPR | 0.30 | Telephone conference with Burns on May 7. Inter office conference among attorneys. | 48.00 |
| 05/09/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 05/10/07 | SPR | 0.20 | Study correspondence from inventor. Inter office conference among attorneys. | 32.00 |
| 05/11/07 | SPR | 2.00 | Study correspondence from inventor. Work on preparation of application. Work on preparation of drawings. | 320.00 |
| 05/14/07 | SPR | 4.00 | Telephone conference with inventor on May 14. Work on preparation of application. | 640.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196


DELPHI                                          September 13, 2007
                                                Page:  16
                                                Invoice:      89414


| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 05/16/07 | SPR | 1.10 | Work on preparation of application. Work on preparation of drawings. | 176.00 |
| 05/17/07 | SPR | 1.20 | Work on preparation of application. | 192.00 |
| 05/18/07 | SPR | 1.10 | Work on preparation of application and submission of draft to client. Telephone conference with inventor on May 18. | 176.00 |
| 05/22/07 | SPR | 0.10 | Telephone conference with inventor on May 22. Work on preparation of application. | 16.00 |
| 05/24/07 | SPR | 1.40 | Work on preparation of application. | 224.00 |
| 05/27/07 | SPR | 0.40 | Work on preparation of application. | 64.00 |
| 05/30/07 | SPR | 0.30 | Telephone conference with inventor on May 30. | 48.00 |
| 05/31/07 | SPR | 0.50 | Work on preparation of application. | 80.00 |
| 06/17/07 | SPR | 2.00 | Work on preparation of application. | 320.00 |
| 06/18/07 | SPR | 1.80 | Work on preparation of application. | 288.00 |
| 06/19/07 | SPR | 1.70 | Work on preparation of application. Work on preparation of drawings. | 272.00 |
| 06/20/07 | SPR | 2.10 | Inter office conference among attorneys. | 336.00 |
| 06/21/07 | SPR | 0.50 | Inter office conference among attorneys. Work on preparation of application and submission of draft to client. | 80.00 |
| 06/21/07 | KTG | 2.20 | Work on preparation of application. Inter office conference among attorneys. | 671.00 |
| 06/27/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 06/28/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 07/05/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 07/17/07 | SPR | 1.90 | Telephone conference with inventors on July 17. Work on preparation of application. | 304.00 |
| 07/20/07 | SPR | 2.00 | Work on preparation of application and submission of draft to client. | 320.00 |
| 08/01/07 | SPR | 1.00 | Correspondence with inventor. Work on preparation of application. Inter office conference among attorneys. | 160.00 |
| 08/03/07 | SPR | 0.10 | Telephone conference with inventor. | 16.00 |
| 08/17/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 08/22/07 | SPR | 0.30 | Correspondence with inventor. Study correspondence from inventor. | 48.00 |
| 08/24/07 | SPR | 0.50 | Telephone conference with inventor. | 80.00 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

September 13, 2007
Page:    17
Invoice:        89414

08/28/07 SPR  0.20  Work on preparation of application.          32.00
                    Correspondence with inventor.
                    NOTE: Costs due to comoplexity of case approved
                    by Jimmy Funke.

   PROFESSIONAL SERVICES                              5,752.50

   KTG              3.70    305.00    1,128.50
   SPR             28.90    160.00    4,624.00

      COSTS ADVANCED

02/28/07   Copies                            1.20
06/25/07   Cost of drawings                 95.00

TOTAL COSTS ADVANCED                              96.20

MATTER TOTAL                                     5,848.70

(FEES BILLED               )

(EXPENSES BILLED           )

                              MATTER NUMBER - P709

   SN 11/093.537

06/12/07 KTG  0.80  Review response .Inter office conference among     244.00
                    attorneys.
07/17/07 KTG  0.70  Review Office Action and cited art. Inter office   213.50
                    conference among attorneys.
08/02/07 SPR  2.60  Work on preparation of response. Correspondence    416.00
                    with inventor.
08/09/07 SPR  0.30  Telephone conference with inventor.                 48.00
08/14/07 SPR  0.70  Work on preparation of response.                   112.00

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX               616-957-8196

DELPHI

September 13, 2007
Page:   18
Invoice:        89414

| Date | | | Description | Amount |
|---|---|---|---|---|
| 08/16/07 | SPR | 0.50 | Work on preparation of response. Inter office conference among attorneys. | 80.00 |
| 08/17/07 | SPR | 0.40 | Inter office conference among attorneys. Work on preparation of response. | 64.00 |
| 08/17/07 | KTG | 1.20 | Review and edit response. Inter office conference among attorneys. | 366.00 |
| 08/30/07 | SPR | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 16.00 |

PROFESSIONAL SERVICES                                    1,559.50

| | | | |
|---|---|---|---|
| KTG | 2.70 | 305.00 | 823.50 |
| SPR | 4.60 | 160.00 | 736.00 |

COSTS ADVANCED

08/31/07   Copies                                7.00

TOTAL COSTS ADVANCED                           7.00

MATTER TOTAL                               1,566.50

(FEES BILLED        2,247.50 )
(EXPENSES BILLED      10.69 )

MATTER NUMBER - P710

| 03/06/07 | KTG | 1.00 | Review invention disclosure. | 305.00 |
|---|---|---|---|---|
| 05/30/07 | SPR | 0.50 | Inter office conference among attorneys. Work on preparation of application. | 80.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

September 13, 2007
Page:   19
Invoice:      89414

| | | | | |
|---|---|---|---|---|
| 05/30/07 | KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 152.50 |
| 06/21/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 07/19/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 07/25/07 | SPR | 0.50 | Telephone conference with inventor on July 25. | 80.00 |
| 07/30/07 | SPR | 3.90 | Work on preparation of application. Work on preparation of drawings. | 624.00 |
| 08/09/07 | SPR | 2.00 | Work on preparation of application. Work on preparation of drawings. | 320.00 |
| 08/10/07 | SPR | 0.90 | Work on preparation of application. Inter office conference among attorneys. | 144.00 |
| 08/10/07 | KTG | 2.30 | Review and edit patent application. Inter office conference among attorneys. | 701.50 |
| 08/12/07 | SPR | 4.00 | Work on preparation of application. | 640.00 |
| 08/13/07 | SPR | 3.00 | Work on preparation of application and submission of draft to client. | 480.00 |
| 08/21/07 | SPR | 2.50 | Correspondence with inventor. Study correspondence from inventor. Work on preparation of application. | 400.00 |
| 08/23/07 | SPR | 2.60 | Work on preparation of application. | 416.00 |
| 08/24/07 | SPR | 2.50 | Work on preparation of application. Correspondence with Hales re U.S. and foreign applications to be filed. | 400.00 |

PROFESSIONAL SERVICES                                    4,775.00

| | | | |
|---|---|---|---|
| KTG | 3.80 | 305.00 | 1,159.00 |
| SPR | 22.60 | 160.00 | 3,616.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 08/31/07 | Copies | 4.40 |
| 08/03/07 | Cost of drawings | 120.00 |
| 08/23/07 | Cost of drawings | 60.00 |

TOTAL COSTS ADVANCED                                       184.40

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX                   616-957-8196

DELPHI

September 13, 2007
Page:   20
Invoice:        89414

MATTER TOTAL                                                          4,959.40

(FEES BILLED                              )
(EXPENSES BILLED                    )

MATTER NUMBER - P715

SN 10/975,262

| | | | |
|---|---|---|---|
| 06/28/07 | SPR | 2.00 | Study filed application. Work on preparation of response. Inter office conference among attorneys. Correspondence with inventor. |
| | | | 320.00 |
| 07/19/07 | SPR | 1.00 | Work on preparation of response. Study correspondence from inventor. Correspondence with inventor. Inter office conference among attorneys. |
| | | | 160.00 |
| 07/23/07 | SPR | 0.10 | Inter office conference among attorneys. |
| | | | 16.00 |
| 07/23/07 | KTG | 0.70 | Review Office Action and cited art. Inter office conference among attorneys. |
| | | | 213.50 |
| 08/10/07 | SPR | 1.60 | Work on preparation of response. Correspondence with inventor. |
| | | | 256.00 |
| 08/16/07 | SPR | 0.50 | Work on preparation of response. |
| | | | 80.00 |
| 08/22/07 | SPR | 0.40 | Work on preparation of response. Inter office conference among attorneys. |
| | | | 64.00 |
| 08/24/07 | KTG | 1.00 | Work on preparation of response. Inter office conference among attorneys. |
| | | | 305.00 |
| 08/27/07 | SPR | 0.20 | Work on preparation of response. Correspondence with inventor. |
| | | | 32.00 |
| 08/30/07 | SPR | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. |
| | | | 16.00 |

PROFESSIONAL SERVICES                                                 1,462.50

| | | | |
|---|---|---|---|
| KTG | 1.70 | 305.00 | 518.50 |
| SPR | 5.90 | 160.00 | 944.00 |

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

September 13, 2007
Page:  21
Invoice:      89414

COSTS ADVANCED

08/31/07   Copies                                          1.20

TOTAL COSTS ADVANCED                                        1.20

MATTER TOTAL                                          1,463.70

(FEES BILLED      2,249.00 )
(EXPENSES BILLED      6.31 )

MATTER NUMBER - P717

SN 11/196,580

| | | | | |
|---|---|---|---|---|
| 08/08/07 SPR | 0.40 | Work on preparation of response. Inter office conference among attorneys. Telephone conference with Examiner. | | 64.00 |
| 08/08/07 KTG | 0.40 | Review Office Action. Inter office conference among attorneys. | | 122.00 |
| 08/09/07 SPR | 0.10 | Telephone conference with Examiner. | | 16.00 |
| 08/13/07 SPR | 0.10 | Telephone conference with Examiner. | | 16.00 |
| 08/15/07 SPR | 0.70 | Telephone conference with Examiner. | | 112.00 |
| 08/22/07 SPR | 0.10 | Correspondence with Funke. | | 16.00 |

PROFESSIONAL SERVICES                                    346.00

| | | | |
|---|---|---|---|
| KTG | 0.40 | 305.00 | 122.00 |
| SPR | 1.40 | 160.00 | 224.00 |

MATTER TOTAL                                            346.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

PRICE
HENEVELD,
COOPER,
DEWITT &
LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

September 13, 2007
Page:  22
Invoice:      89414

(FEES BILLED      1,656.00  )
(EXPENSES BILLED      4.20  )

MATTER NUMBER - P729

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 04/27/07 | SPR | 0.50 | Inter office conference among attorneys. Work on preparation of application. | 80.00 |
| 05/03/07 | KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys. | 305.00 |
| 05/08/07 | SPR | 2.00 | Work on preparation of application. Correspondence with inventor. | 320.00 |
| 05/09/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 05/10/07 | SPR | 1.40 | Work on preparation of application. Correspondence with inventor. Telephone conference with inventor on May 10. Inter office conference among attorneys. | 224.00 |
| 05/14/07 | SPR | 0.80 | Work on preparation of application. | 128.00 |
| 05/18/07 | SPR | 1.30 | Work on preparation of application. | 208.00 |
| 06/20/07 | SPR | 1.50 | Work on preparation of application. Work on preparation of drawings. | 240.00 |
| 06/25/07 | SPR | 1.40 | Work on preparation of application. Work on preparation of drawings. | 224.00 |
| 06/27/07 | SPR | 0.50 | Work on preparation of application. Work on preparation of drawings. | 80.00 |
| 06/28/07 | SPR | 0.60 | Work on preparation of application. Work on preparation of drawings. | 96.00 |
| 07/01/07 | SPR | 1.00 | Work on preparation of application. | 160.00 |
| 07/02/07 | SPR | 2.20 | Work on preparation of application. | 352.00 |
| 07/05/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 07/06/07 | KTG | 2.30 | Work on preparation of application. Inter office conference among attorneys. | 701.50 |
| 07/09/07 | SPR | 3.00 | Inter office conference among attorneys. Work on preparation of application and submission of draft to client. | 480.00 |

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

September 13, 2007
Page:   23
Invoice:        89414

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|-------:|
| 08/08/07 | KTG | 1.00 | Inter office conference among attorneys. Review application. | 305.00 |
| 08/09/07 | SPR | 1.00 | Correspondence with inventor. Work on preparation of application. | 160.00 |
| 08/10/07 | SPR | 1.00 | Work on preparation of application. Correspondence with inventor. Study correspondence from inventor. | 160.00 |
| 08/15/07 | SPR | 0.80 | Work on preparation of application. Study correspondence from inventor. Telephone conference with inventor. | 128.00 |
| 08/16/07 | SPR | 2.00 | Work on preparation of application. | 320.00 |
| 08/17/07 | SPR | 2.00 | Work on preparation of application. | 320.00 |
| 08/20/07 | SPR | 0.30 | Work on preparation of application. Correspondence with Hales re U.S. and foreign applications for filing. | 48.00 |

PROFESSIONAL SERVICES                                            5,071.50

KTG            4.30    305.00    1,311.50
SPR           23.50    160.00    3,760.00

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|-------:|
| 08/31/07 | Copies | 8.30 |
| 07/06/07 | Cost of drawings | 70.00 |

TOTAL COSTS ADVANCED                                      78.30

MATTER TOTAL                                          5,149.80

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P736

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

September 13, 2007
Page:   24
Invoice:       89414

| Date | | Hours | Description | Amount |
|------|---|------|-------------|--------|
| 05/10/07 | KTG | 1.00 | Evaluate invention disclosure. Review related inventions. Inter office conference among attorneys. | 305.00 |
| 05/14/07 | SPR | 1.00 | Work on preparation of application. | 160.00 |
| 05/18/07 | SPR | 2.30 | Work on preparation of application. | 368.00 |
| 05/21/07 | SPR | 1.20 | Work on preparation of application. | 192.00 |
| 06/20/07 | SPR | 1.10 | Work on preparation of application. Work on preparation of drawings. | 176.00 |
| 06/25/07 | SPR | 1.40 | Work on preparation of application. Work on preparation of drawings. | 224.00 |
| 06/27/07 | SPR | 0.50 | Work on preparation of application. Work on preparation of drawings. | 80.00 |
| 06/28/07 | SPR | 0.60 | Work on preparation of application. Work on preparation of drawings. | 96.00 |
| 07/01/07 | SPR | 2.00 | Work on preparation of application. | 320.00 |
| 07/02/07 | SPR | 2.20 | Work on preparation of application. | 352.00 |
| 07/05/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 07/06/07 | KTG | 2.20 | Work on preparation of application. Inter office conference among attorneys. | 671.00 |
| 07/09/07 | SPR | 2.50 | Inter office conference among attorneys. Work on preparation of application and submission of draft to client. | 400.00 |
| 08/08/07 | KTG | 1.50 | Inter office conference among attorneys. Review application. | 457.50 |
| 08/09/07 | SPR | 1.00 | Correspondence with inventor. Work on preparation of application. | 160.00 |
| 08/10/07 | SPR | 1.00 | Work on preparation of application. Correspondence with inventor. Study correspondence from inventor. | 160.00 |
| 08/16/07 | SPR | 2.00 | Work on preparation of application. | 320.00 |
| 08/17/07 | SPR | 2.00 | Work on preparation of application. | 320.00 |
| 08/20/07 | SPR | 0.30 | Work on preparation of application. Correspondence with Hales re U.S. and foreign applications for filing. | 48.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

September 13, 2007
Page:  25
Invoice:      89414

PROFESSIONAL SERVICES                                        4,825.50

KTG          4.70    305.00    1,433.50
SPR         21.20    160.00    3,392.00

COSTS ADVANCED

08/31/07   Copies                          10.80
08/15/07   Express mail                    13.22
07/06/07   Cost of drawings                70.00

TOTAL COSTS ADVANCED                                            94.02

MATTER TOTAL                                                 4,919.52

(FEES BILLED              )

(EXPENSES BILLED          )

MATTER NUMBER - P737

| | | | | |
|---|---|---|---|---|
| 05/10/07 KTG | 1.00 | Evaluate invention disclosure. Review related inventions. Inter office conference among attorneys. | | 305.00 |
| 05/14/07 SPR | 1.00 | Work on preparation of application. | | 160.00 |
| 06/04/07 SPR | 2.00 | Work on preparation of application. Correspondence with inventor. Study correspondence from inventor. | | 320.00 |
| 06/20/07 SPR | 1.10 | Work on preparation of application. Work on preparation of drawings. | | 176.00 |
| 06/25/07 SPR | 1.40 | Work on preparation of application. Work on preparation of drawings. Correspondence with inventor. | | 224.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

September 13, 2007
Page:   26
Invoice:       89414

| | | | |
|---|---|---|---:|
| 06/27/07 SPR | 0.50 | Work on preparation of application. Work on preparation of drawings. Study correspondence from inventor. | 80.00 |
| 06/28/07 SPR | 0.60 | Work on preparation of application. Work on preparation of drawings. | 96.00 |
| 07/01/07 SPR | 2.00 | Work on preparation of application. | 320.00 |
| 07/02/07 SPR | 2.20 | Work on preparation of application. | 352.00 |
| 07/05/07 SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 07/06/07 KTG | 2.20 | Work on preparation of application. Inter office conference among attorneys. | 671.00 |
| 07/09/07 SPR | 3.50 | Inter office conference among attorneys. Work on preparation of application and submission of draft to client. | 560.00 |
| 08/08/07 KTG | 1.00 | Inter office conference among attorneys. Review application. | 305.00 |
| 08/09/07 SPR | 1.00 | Correspondence with inventor. Work on preparation of application. | 160.00 |
| 08/10/07 SPR | 1.00 | Work on preparation of application. Correspondence with inventor. Study correspondence from inventor. | 160.00 |
| 08/13/07 SPR | 1.00 | Correspondence with inventor. | 160.00 |
| 08/15/07 SPR | 0.80 | Work on preparation of application. Study correspondence from inventor. Telephone conference with inventor. | 128.00 |
| 08/15/07 SPR | 0.80 | Work on preparation of application. Study correspondence from inventor. Telephone conference with inventor. | 128.00 |
| 08/16/07 SPR | 2.00 | Work on preparation of application. | 320.00 |
| 08/17/07 SPR | 2.00 | Work on preparation of application. | 320.00 |
| 08/20/07 SPR | 0.30 | Work on preparation of application. Correspondence with Hales re U.S. and foreign applications for filing. | 48.00 |

PROFESSIONAL SERVICES                                           5,009.00

| | | | |
|---|---:|---:|---:|
| KTG | 4.20 | 305.00 | 1,281.00 |
| SPR | 23.30 | 160.00 | 3,728.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

September 13, 2007
Page:  27
Invoice:      89414

### COSTS ADVANCED

| | | |
|---|---|---:|
| 08/31/07 | Copies | 6.20 |
| 08/15/07 | Express mail | 11.30 |
| 07/06/07 | Cost of drawings | 70.00 |
| 08/02/07 | Cost of drawings | 90.00 |

TOTAL COSTS ADVANCED                               177.50

MATTER TOTAL                                     5,186.50

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER – P742

SN 11/158.749

| | | | | |
|---|---|---|---|---:|
| 06/01/07 | KTG | 0.70 | Study Office Action, art and application. Inter office conference among attorneys. | 213.50 |
| 06/27/07 | SPR | 0.60 | Work on preparation of response. | 96.00 |
| 06/29/07 | SPR | 0.20 | Study correspondence from inventor. Correspondence with inventor. | 32.00 |
| 07/02/07 | SPR | 1.80 | Work on preparation of response. Telephone conference with inventors on July 2. | 288.00 |
| 07/11/07 | SPR | 1.40 | Telephone conference with inventor on July 11. Work on preparation of response. | 224.00 |
| 07/16/07 | SPR | 0.60 | Correspondence with inventors. Study correspondence from inventors. Work on preparation of response. | 96.00 |
| 07/17/07 | SPR | 0.20 | Study correspondence from inventor. | 32.00 |
| 07/20/07 | SPR | 1.70 | Telephone conference with inventors on July 20. Work on preparation of response. | 272.00 |
| 08/03/07 | SPR | 0.40 | Work on preparation of response. | 64.00 |

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

September 13, 2007
Page:   28
Invoice:        89414

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 08/08/07 | SPR | 0.40 | Work on preparation of response. Correspondence with inventors. | 64.00 |
| 08/10/07 | SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 16.00 |
| 08/14/07 | SPR | 0.30 | Study correspondence from inventor. Work on preparation of response. Telephone conference with inventor. | 48.00 |
| 08/15/07 | SPR | 0.20 | Work on preparation of response. Inter office conference among attorneys. | 32.00 |
| 08/16/07 | SPR | 0.70 | Inter office conference among attorneys. Work on preparation of response. | 112.00 |
| 08/16/07 | KTG | 1.20 | Review and edit response. Inter office conference among attorneys. | 366.00 |
| 08/17/07 | SPR | 0.20 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 32.00 |

PROFESSIONAL SERVICES                                          1,987.50

| | | | | |
|---|---|---|---|---|
| KTG | 1.90 | 305.00 | 579.50 | |
| SPR | 8.80 | 160.00 | 1,408.00 | |

COSTS ADVANCED

| Date | | Amount |
|---|---|---|
| 06/30/07 | Copies | 3.90 |
| 08/31/07 | Postage | 1.31 |

TOTAL COSTS ADVANCED                                               5.21

MATTER TOTAL                                                   1,992.71

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER – P743

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE        616-949-9610
FAX                    616-957-8196

DELPHI

September 13, 2007
Page:   29
Invoice:          89414

SN 11/005,270

| Date | | Hours | Description | Amount |
|------|------|------|-------------|--------|
| 07/24/07 | SPR | 2.50 | Work on preparation of response. | 400.00 |
| 07/25/07 | SPR | 0.10 | Study correspondence from inventor. Correspondence with inventor. | 16.00 |
| 08/03/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 08/13/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 08/14/07 | SPR | 2.20 | Work on preparation of response. | 352.00 |
| 08/15/07 | SPR | 1.50 | Work on preparation of response. | 240.00 |
| 08/23/07 | SPR | 0.20 | Work on preparation of response. Correspondence with inventor. | 32.00 |
| 08/24/07 | SPR | 0.80 | Work on preparation of response. | 128.00 |
| 08/27/07 | SPR | 0.50 | Work on preparation of response. | 80.00 |
| 08/28/07 | SPR | 0.80 | Work on preparation of response. Study correspondence from inventor. Correspondence with inventor. | 128.00 |
| 08/29/07 | SPR | 0.70 | Work on preparation of response. Inter office conference among attorneys. | 112.00 |
| 08/29/07 | KTG | 1.20 | Work on preparation of response. Inter office conference among attorneys. | 366.00 |
| 08/30/07 | SPR | 0.30 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 48.00 |

PROFESSIONAL SERVICES                                       1,934.00

| | | | |
|-----|------|--------|----------|
| KTG | 1.20 | 305.00 | 366.00 |
| SPR | 9.80 | 160.00 | 1,568.00 |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 08/31/07 | Copies | 3.10 |
| 08/31/07 | Additional claims fee | 150.00 |
| 08/31/07 | Information disclosure statement fee | 180.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

September 13, 2007
Page:   30
Invoice:        89414

TOTAL COSTS ADVANCED                                        333.10

MATTER TOTAL                                             2,267.10

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER – P754

SN 11/088,105

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 07/26/07 | KTG | 0.50 | Study Office Action, art, file history and correspondence from Funke. Inter office conference among attorneys. | 152.50 |
| 07/27/07 | FMS | 1.00 | Study Office Action. Work on preparation of email to inventor re same. Telephone conference with Hales re inventor. | 300.00 |
| 07/30/07 | FMS | 0.50 | Review file. Work on preparation of email to Hales re Jordan and alternative contact information. | 150.00 |
| 08/07/07 | FMS | 0.20 | Telephone conference with Staller re proposed remarks to first Office Action. | 60.00 |
| 08/10/07 | FMS | 1.00 | Work on preparation of amendment to first Office Action. | 300.00 |
| 08/21/07 | FMS | 2.50 | Study Office Action. Work on preparation of email to inventor. | 750.00 |
| 08/22/07 | FMS | 0.50 | Work on preparation of revision to Bevel Dicing response to first action. Work on preparation of email to Staller re same. | 150.00 |
| 08/24/07 | FMS | 0.50 | Completion and filing of amendment. Work on preparation of letter to Funke re same. | 150.00 |

PROFESSIONAL SERVICES                                    2,012.50

KTG                    0.50    305.00      152.50

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

September 13, 2007
Page:   31
Invoice:      89414

FMS                6.20    300.00    1,860.00

COSTS ADVANCED

07/31/07    Copies                              3.40

TOTAL COSTS ADVANCED                            3.40

MATTER TOTAL                              2,015.90

(FEES BILLED                )
(EXPENSES BILLED            )

MATTER NUMBER - P755

| | | | |
|---|---|---|---|
| 07/27/07 KTG | 3.50 | Work on preparation of application. | 1,067.50 |
| 07/31/07 KTG | 3.00 | Work on preparation of application. | 915.00 |
| 08/05/07 KTG | 2.50 | Work on preparation of application. | 762.50 |
| 08/14/07 KTG | 1.30 | Work on preparation of application. | 396.50 |
| 08/15/07 KTG | 3.90 | Prepare and finalize patent application. Telephone conference with inventors and incorporate edits into application. Work on preparation of foreign claims and abstract. | 1,189.50 |
| 08/16/07 KTG | 1.80 | Prepare and send finalized application to client for filing. | 549.00 |

PROFESSIONAL SERVICES                     4,880.00

KTG              16.00    305.00    4,880.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

September 13, 2007
Page:   32
Invoice:        89414

COSTS ADVANCED

08/31/07    Copies                                          8.20

TOTAL COSTS ADVANCED                                        8.20

MATTER TOTAL                                         4,888.20

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER – PP759

| Date | Atty | Hrs | Description | Amount |
|---|---|---|---|---|
| 08/17/07 | SPR | 0.60 | Work on preparation of application. Correspondence with inventor. | 96.00 |
| 08/17/07 | KTG | 1.30 | Review invention disclosure. Correspondence with Funke re preparation of provisional application. | 396.50 |
| 08/20/07 | SPR | 0.80 | Telephone conference with inventor. | 128.00 |
| 08/21/07 | SPR | 2.20 | Work on preparation of application. | 352.00 |
| 08/21/07 | KTG | 0.70 | Correspondence with Funke re patent application. Inter office conference among attorneys. | 213.50 |
| 08/22/07 | SPR | 0.50 | Work on preparation of application and submission of draft to client. Inter office conference among attorneys. | 80.00 |
| 08/23/07 | SPR | 0.50 | Study correspondence form inventor. Correspondence with inventor. Inter office conference among attorneys. Telephone conference with inventor. | 80.00 |
| 08/23/07 | KTG | 2.20 | Work on preparation of application. Inter office conference among attorneys. Telephone conference with Funke. | 671.00 |
| 08/24/07 | KTG | 1.90 | Review patent application and correspondence. Inter office conference among attorneys re inventors; edits. | 579.50 |

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

September 13, 2007
Page:   33
Invoice:        89414

08/24/07 SPR  3.50  Completion and filing of application.                560.00
                    Correspondence with client. Telephone conference
                    with inventor. Inter office conference among
                    attorneys.

  PROFESSIONAL SERVICES                                                3,156.50

  KTG                    6.10     305.00     1,860.50
  SPR                    8.10     160.00     1,296.00

  COSTS ADVANCED

08/31/07    Copies                              3.00
08/24/07    Filing fee                        200.00

TOTAL COSTS ADVANCED                                                    203.00

MATTER TOTAL                                                          3,359.50

(FEES BILLED                 )
(EXPENSES BILLED             )

CLIENT TOTAL                                                         65,526.40
INVOICE TOTAL                                                        65,526.40

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 10, 2007
Page:  3
Invoice:      89753

CLIENT NUMBER -  DEL001
FOR PROFESSIONAL SERVICES RENDERED
    THROUGH September 30, 2007 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - A316

| 09/12/07 KTG | 0.50 | Review 5th Interim Fee Application correspondence and response to Fee Committee. | 152.50 |
|---|---|---|---|

PROFESSIONAL SERVICES                                              152.50

KTG              0.50     305.00     152.50

COSTS ADVANCED

| 09/19/07 | Express mail | 111.15 |
|---|---|---|

TOTAL COSTS ADVANCED                                               111.15

MATTER TOTAL                                                       263.65

(FEES BILLED        4,752.50 )
(EXPENSES BILLED    2,061.99 )

MATTER NUMBER - FP555EPC

DP-313331

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 10, 2007
Page:  4
Invoice:        89753

| 08/28/07 KTG | 0.70 | Study Office Action, cited art and U.S. patent. Inter office conference among attorneys. | 213.50 |
| 08/29/07 SPR | 0.40 | Study Office Action and prior art. | 64.00 |
| 08/30/07 SPR | 1.50 | Study Office Action and prior art. Correspondence with inventor. | 240.00 |
| 08/31/07 SPR | 2.10 | Study Office Action and prior art. Telephone conference with inventor. | 336.00 |
| 09/04/07 SPR | 3.00 | Telephone conference with inventor. Work on preparation of letter to Denton. | 480.00 |
| 09/05/07 SPR | 0.60 | Work on preparation of letter to Denton. Inter office conference among attorneys. | 96.00 |
| 09/05/07 KTG | 0.80 | Review and revise response letter to Denton. Inter office conference among attorneys. | 244.00 |
| 09/06/07 SPR | 0.50 | Inter office conference among attorneys. Correspondence with Denton. | 80.00 |

PROFESSIONAL SERVICES                                              1,753.50

| KTG | 1.50 | 305.00 | 457.50 |
| SPR | 8.10 | 160.00 | 1,296.00 |

MATTER TOTAL                                                       1,753.50

(FEES BILLED              )

(EXPENSES BILLED          )

MATTER NUMBER - P444

DP-309594
S.N. 10/463,733

| 08/20/07 SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 08/28/07 SPR | 0.30 | Study Advisory Action. Telephone conference with Examiner. Work on preparation of interview request form. | 48.00 |
| 09/05/07 SPR | 0.30 | Telephone conference with Examiner. Telephone conference with inventor. | 48.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

October 10, 2007
Page:   5
Invoice:       89753

| Date | Init | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 09/06/07 | KTG | 0.50 | Review Advisory Action and prepare for interview. | 152.50 |
| 09/07/07 | SPR | 0.20 | Telephone conference with inventor. | 32.00 |
| 09/10/07 | SPR | 0.50 | Inter office conference among attorneys. Work on preparation of response. | 80.00 |
| 09/11/07 | SPR | 0.30 | Study correspondence from Funke. Inter office conference among attorneys. Work on preparation of response. | 48.00 |
| 09/11/07 | KTG | 0.50 | Evaluate claims and prior art for RCE and amendment. Telephone conference with Funke. | 152.50 |
| 09/12/07 | KTG | 1.00 | Review and edit amendment and RCE. Inter office conference among attorneys. | 305.00 |
| 09/12/07 | SPR | 0.30 | Inter office conference among attorneys. Study Office Action and references. Preparation and filing of response. Correspondence with client. | 48.00 |

PROFESSIONAL SERVICES                                    930.00

| | | | |
|-----|------|--------|--------|
| KTG | 2.00 | 305.00 | 610.00 |
| SPR | 2.00 | 160.00 | 320.00 |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/07 | Copies | 2.30 |
| 09/30/07 | Postage | 1.48 |
| 09/12/07 | Filing fee | 790.00 |

TOTAL COSTS ADVANCED                              793.78

MATTER TOTAL                                   1,723.78

(FEES BILLED      7,670.50 )
(EXPENSES BILLED    297.11 )

MATTER NUMBER - P454

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 10, 2007
Page:  6
Invoice:      89753

DP-310006
S.N. 10/679,727

| Date | | Hours | Description | Amount |
|------|------|------|------|------|
| 09/04/07 | KTG | 1.50 | Evaluate Office Action and cited art. Telephone conference with Vorheis. Correspondence with Vorheis. | 457.50 |
| 09/07/07 | KTG | 0.50 | Correspondence with Vorheis re Office Action, claims and cited art. | 152.50 |
| 09/10/07 | KTG | 0.70 | Telephone conference with Funke re decision to abandon application. Correspondence with Funke re same. | 213.50 |

PROFESSIONAL SERVICES                                    823.50

KTG                   2.70    305.00    823.50

MATTER TOTAL                                             823.50

(FEES BILLED        7,423.50  )
(EXPENSES BILLED     519.76  )

MATTER NUMBER - P471

DP-310592
S.N. 10/705,541

| Date | | Hours | Description | Amount |
|------|------|------|------|------|
| 07/19/07 | KTG | 1.00 | Review Office Action and cited art. Preparation and forwarding report and recommendations to client. | 305.00 |
| 07/23/07 | KTG | 0.50 | Study Office Action. Preparation and forwarding report and recommendations to client. Telephone conference with inventor on July 23. | 152.50 |
| 09/05/07 | KTG | 1.70 | Telephone conference with inventor re Office Action. | 518.50 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI                                          October 10, 2007
                                                Page:  7
                                                Invoice:      89753

| | | | | |
|---|---|---|---|---|
| 09/07/07 | KTG | 1.50 | Work on preparation of response. Telephone conference with inventor and Funke re decision to abandon application. Work on preparation of letter to Funke re abandonment. | 457.50 |
| 09/10/07 | KTG | 0.30 | Correspondence with Funke re decision to abandon application. | 91.50 |

PROFESSIONAL SERVICES                                  1,525.00

KTG                    5.00    305.00    1,525.00

COSTS ADVANCED

07/31/07    Copies                               3.80

TOTAL COSTS ADVANCED                             3.80

MATTER TOTAL                                     1,528.80

(FEES BILLED       5,145.00  )
(EXPENSES BILLED     372.75  )

                                 MATTER NUMBER - P496

     DP-311556
     S.N. 10/924,409

| | | | | |
|---|---|---|---|---|
| 09/13/07 | KTG | 1.50 | Evaluate Office Action and cited art. Telephone conference with inventor. | 457.50 |
| 09/23/07 | KTG | 1.20 | Evaluate Office Action and cited art. Work on preparation of response. | 366.00 |
| 09/25/07 | KTG | 3.30 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Correspondence with inventors and Funke. | 1,006.50 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 10, 2007
Page:  8
Invoice:       89753

PROFESSIONAL SERVICES                                    1,830.00

KTG                 6.00    305.00    1,830.00

   COSTS ADVANCED

09/30/07   Copies                             1.20
09/30/07   Postage                            1.14

TOTAL COSTS ADVANCED                                         2.34

MATTER TOTAL                                            1,832.34

(FEES BILLED      4,888.00 )

(EXPENSES BILLED    200.84 )

MATTER NUMBER - P500

   DP-311504
   S.N. 11/088,100

| | | | | |
|---|---|---|---|---|
| 07/19/07 | KTG | 0.70 | Review Office Action and cited art. Inter office conference among attorneys. | 213.50 |
| 08/22/07 | KTG | 1.30 | Work on preparation of response. | 396.50 |
| 08/30/07 | SPR | 0.50 | Work on preparation of response. | 80.00 |
| 08/31/07 | SPR | 0.40 | Work on preparation of response. | 64.00 |
| 09/05/07 | SPR | 2.10 | Work on preparation of response. Correspondence with inventor. | 336.00 |
| 09/07/07 | SPR | 1.00 | Correspondence with Funke. Work on preparation of response. Inter office conference among attorneys. | 160.00 |
| 09/09/07 | KTG | 1.00 | Review and edit response. | 305.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 10, 2007
Page:  9
Invoice:     89753

| | | | | |
|---|---|---|---|---|
| 09/10/07 SPR | 0.20 | Inter office conference among attorneys. Work on preparation of response. Correspondence with Funke. | | 32.00 |
| 09/11/07 SPR | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | | 16.00 |

PROFESSIONAL SERVICES                                    1,603.00

| | | | |
|---|---|---|---|
| KTG | 3.00 | 305.00 | 915.00 |
| SPR | 4.30 | 160.00 | 688.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 09/30/07 | Copies | |
| 09/30/07 | Postage | 1.20 |
| 09/12/07 | Disclaimer fee | 1.14 |
| | | 130.00 |

TOTAL COSTS ADVANCED                              132.34

MATTER TOTAL                                     1,735.34

(FEES BILLED      4,760.00 )
(EXPENSES BILLED   198.50 )

MATTER NUMBER - P532

DP-312532
S.N. 11/082,547

COSTS ADVANCED

| | | |
|---|---|---|
| 09/30/07 | Copies | 2.50 |
| 09/30/07 | Postage | 1.31 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
## DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

October 10, 2007
Page:  10
Invoice:      89753

| 09/10/07 | Notice of appeal fee | 500.00 |
| 09/10/07 | Appeal fee | 500.00 |

TOTAL COSTS ADVANCED                                1,003.81

MATTER TOTAL                                        1,003.81

(FEES BILLED     10,707.50 )
(EXPENSES BILLED    319.82 )

MATTER NUMBER - P538

DP-312607
S.N. 11/044,343

| 09/04/07 | FMS | 0.50 | Preparation and filing of amendment with extension of time. Work on preparation of letter to client re same. | 150.00 |
| 09/24/07 | KTG | 0.20 | Study Office Action. Inter office conference among attorneys. | 61.00 |
| 09/25/07 | FMS | 0.50 | Preparation and filing of amendment. | 150.00 |

PROFESSIONAL SERVICES                               361.00

| KTG | 0.20 | 305.00 | 61.00 |
| FMS | 1.00 | 300.00 | 300.00 |

COSTS ADVANCED

09/04/07   Extension of time fee          120.00

TOTAL COSTS ADVANCED                          120.00

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 10, 2007
Page:   11
Invoice:      89753

MATTER TOTAL                                              481.00

(FEES BILLED      7,293.00 )
(EXPENSES BILLED    165.10 )

MATTER NUMBER - P540

DP-312030
S.N. 11/261,310

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 06/26/07 | KTG | 0.70 | Study Office Action and cited art. Inter office conference among attorneys. | 213.50 |
| 07/30/07 | SPR | 1.10 | Work on preparation of response. Correspondence with inventor. | 176.00 |
| 07/31/07 | SPR | 2.50 | Work on preparation of response. | 400.00 |
| 08/28/07 | SPR | 0.50 | Work on preparation of response. | 80.00 |
| 09/05/07 | SPR | 0.30 | Work on preparation of response. Inter office conference among attorneys. | 48.00 |
| 09/07/07 | SPR | 0.50 | Inter office conference among attorneys. Work on preparation of response. | 80.00 |
| 09/07/07 | KTG | 1.00 | Work on preparation of response. Inter office conference among attorneys. | 305.00 |
| 09/10/07 | KTG | 0.50 | Telephone conference with Funke re review of art from related application and filing supplemental Information Disclosure Statement. | 152.50 |
| 09/10/07 | KTG | 0.30 | Study correspondence. Telephone conference with Funke re response and Terminal Disclaimer. | 91.50 |
| 09/10/07 | SPR | 0.60 | Work on preparation of response. Correspondence with Funke. | 96.00 |
| 09/11/07 | SPR | 0.10 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 16.00 |

PROFESSIONAL SERVICES                                    1,658.50

KTG                2.50     305.00      762.50

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

October 10, 2007
Page:  12
Invoice:      89753

| | | | | |
|---|---|---|---|---|
| SPR | 5.60 | 160.00 | 896.00 | |

COSTS ADVANCED

| | | | |
|---|---|---|---|
| 06/30/07 | Copies | | 5.70 |
| 09/30/07 | Postage | | 1.48 |
| 09/12/07 | Disclaimer fee | | 130.00 |

TOTAL COSTS ADVANCED                              137.18

MATTER TOTAL                                   1,795.68

(FEES BILLED      4,570.00 )
(EXPENSES BILLED   120.00 )

MATTER NUMBER – P549

DP-312852
S.N. 11/328,032

| | | | | |
|---|---|---|---|---|
| 08/08/07 | KTG | 1.00 | Study Office Action. Preparation and forwarding report and recommendations to client. | 305.00 |
| 09/12/07 | KTG | 1.70 | Evaluate Office Action, cited art and claims. Correspondence with inventor. Telephone conference with inventor. | 518.50 |
| 09/26/07 | KTG | 2.70 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Telephone conference with inventor. | 823.50 |

PROFESSIONAL SERVICES                          1,647.00

| | | | |
|---|---|---|---|
| KTG | 5.40 | 305.00 | 1,647.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 09/30/07 | Copies | 1.10 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

October 10, 2007
Page:  13
Invoice:      89753

| 09/30/07 | Postage | | 1.14 |
|---|---|---|---|

TOTAL COSTS ADVANCED                                    2.24

MATTER TOTAL                                       1,649.24

(FEES BILLED        4,592.50  )
(EXPENSES BILLED     279.69  )

MATTER NUMBER – P564

DP-313279
S.N. 11/156,124

| 07/19/07 | KTG | 0.80 | Review Office Action, cited art and file history. Telephone conference with Fekete on July 19 re response. | 244.00 |
|---|---|---|---|---|
| 07/23/07 | KTG | 0.50 | Evaluate Office Action, cited art and file history. | 152.50 |
| 08/23/07 | KTG | 1.30 | Evaluate Office Action and art. Telephone conference with Fekete re telephone conference with the Examiner. Telephone conference with Examiner to schedule interview. | 396.50 |
| 08/27/07 | KTG | 1.70 | Conduct telephone interview with Examiner. Work on preparation of response. | 518.50 |
| 08/30/07 | KTG | 1.00 | Evaluate Office Action and art. Work on preparation of response. | 305.00 |
| 08/31/07 | KTG | 1.00 | Telephone conference with Fekete re appeal or RCE. Work on preparation of response and RCE. | 305.00 |
| 09/04/07 | KTG | 1.50 | Preparation and filing of RCE and amendment. Correspondence with client re same. NOTE: Costs due to Interview with Examiner approved by Fekete. | 457.50 |

PROFESSIONAL SERVICES                                  2,379.00

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

October 10, 2007
Page:  14
Invoice:        89753

KTG                    7.80    305.00    2,379.00

### COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|-------:|
| 07/31/07 | Copies | 8.00 |
| 09/30/07 | Postage | 1.31 |
| 09/05/07 | Additional claims fee | 150.00 |
| 09/05/07 | Filing fee | 790.00 |

TOTAL COSTS ADVANCED                              949.31

MATTER TOTAL                                    3,328.31

(FEES BILLED       4,675.00 )
(EXPENSES BILLED     370.66 )

MATTER NUMBER – P567

DP-312914
S.N. 11/123,421

| Date | Tkpr | Hours | Description | Amount |
|------|------|-------|-------------|-------:|
| 07/09/07 | KTG | 1.00 | Study Office Action and cited art. | 305.00 |
| 07/10/07 | KTG | 0.50 | Study Office Action. Preparation and forwarding report and recommendations to client. | 152.50 |
| 07/31/07 | KTG | 0.60 | Telephone conference with inventors re response to Office Action. | 183.00 |
| 08/01/07 | KTG | 1.30 | Telephone conference with Funke re RCE and amendment. Work on preparation of response. | 396.50 |
| 08/02/07 | KTG | 1.30 | Work on preparation of response. | 396.50 |
| 09/12/07 | KTG | 1.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. Preparation and filing of RCE. | 457.50 |

PROFESSIONAL SERVICES                           1,891.00

KTG                    6.20    305.00    1,891.00

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

October 10, 2007
Page:  15
Invoice:     89753

COSTS ADVANCED

| | | |
|---|---|---|
| 09/30/07 | Postage | 1.31 |
| 09/12/07 | Filing fee | 790.00 |

TOTAL COSTS ADVANCED                                                791.31

MATTER TOTAL                                                       2,682.31

(FEES BILLED       6,413.50 )
(EXPENSES BILLED     365.50 )

MATTER NUMBER - P602

DP-313066
S.N. 11/363,218

| | | | | |
|---|---|---|---|---|
| 07/03/07 | SPR | 0.10 | Inter office conference among attorneys. | 16.00 |
| 07/03/07 | KTG | 0.80 | Study Office Action and art. Inter office conference among attorneys. | 244.00 |
| 08/13/07 | SPR | 2.00 | Work on preparation of response. Correspondence with inventor. | 320.00 |
| 08/24/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 08/28/07 | SPR | 0.90 | Work on preparation of response. | 144.00 |
| 08/29/07 | SPR | 1.10 | Work on preparation of response. | 176.00 |
| 09/05/07 | SPR | 0.80 | Work on preparation of response. | 128.00 |
| 09/07/07 | SPR | 1.40 | Work on preparation of response. | 224.00 |
| 09/08/07 | KTG | 1.00 | Review and edit response. | 305.00 |
| 09/10/07 | SPR | 0.40 | Inter office conference among attorneys. Study Office Action and references. Preparation and filing of response. Correspondence with client. | 64.00 |

PROFESSIONAL SERVICES                                              1,637.00

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 10, 2007
Page:  16
Invoice:        89753

| | | | |
|---|---|---|---|
| KTG | 1.80 | 305.00 | 549.00 |
| SPR | 6.80 | 160.00 | 1,088.00 |

### COSTS ADVANCED

| | | |
|---|---|---|
| 07/31/07 | Copies | 6.30 |
| 09/30/07 | Postage | 1.14 |

TOTAL COSTS ADVANCED                                    7.44

MATTER TOTAL                                         1,644.44

(FEES BILLED      6,139.50 )
(EXPENSES BILLED   397.11 )

MATTER NUMBER - P641

DP-314122
S.N. 11/509,858

| | | | | |
|---|---|---|---|---|
| 08/08/07 | KTG | 0.30 | Review Advisory Action and correspondence. Inter office conference among attorneys. | 91.50 |
| 08/08/07 | MPD | 0.50 | Telephone conference with Examiner. Work on preparation of response. | 120.00 |
| 08/13/07 | MPD | 0.10 | Telephone conference with Examiner. | 24.00 |
| 08/15/07 | MPD | 0.20 | Telephone conference with Examiner. | 48.00 |
| 09/11/07 | MPD | 0.20 | Telephone conference with Examiner. | 48.00 |
| 09/27/07 | MPD | 0.10 | Telephone conference with Examiner. | 24.00 |

PROFESSIONAL SERVICES                                  355.50

| | | | |
|---|---|---|---|
| KTG | 0.30 | 305.00 | 91.50 |
| MPD | 1.10 | 240.00 | 264.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI  49501-2567

TELEPHONE      616-949-9610
FAX                  616-957-8196

DELPHI

October 10, 2007
Page:  17
Invoice:          89753

MATTER TOTAL                                                          355.50

(FEES BILLED          7,206.00 )
(EXPENSES BILLED      1,061.32 )

MATTER NUMBER - P686

DP-311040

| | | | | |
|---|---|---|---|---:|
| 10/17/06 | KTG | 1.00 | Review invention disclosure. | 290.00 |
| 11/06/06 | GJE | 5.60 | Work on preparation of application. | 1,652.00 |
| 11/06/06 | KTG | 0.70 | Review invention disclosure. Inter office conference among attorneys. | 203.00 |
| 12/07/06 | GJE | 3.80 | Work on preparation of application. | 1,121.00 |
| 12/19/06 | GJE | 3.40 | Work on preparation of application. | 1,003.00 |
| 12/20/06 | GJE | 1.60 | Work on preparation of application. | 472.00 |
| 02/06/07 | KTG | 0.50 | Inter office conference among attorneys re patent application. | 152.50 |

NOTE: Costs approved by Jimmy Funke.

PROFESSIONAL SERVICES                                                 4,893.50

| | | | |
|---|---:|---:|---:|
| KTG | 0.50 | 305.00 | 152.50 |
| GJE | 14.40 | 295.00 | 4,248.00 |
| KTG | 1.70 | 290.00 | 493.00 |

COSTS ADVANCED

10/31/06   Copies                                                       0.90

TOTAL COSTS ADVANCED                                                     0.90

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

October 10, 2007
Page:  18
Invoice:      89753

MATTER TOTAL                                                    4,894.40

(FEES BILLED                  )
(EXPENSES BILLED              )

MATTER NUMBER - P697

SN 11/075,063

| | | | |
|---|---|---|---|
| 08/28/07 SPR | 0.30 | Study Advisory Action. Telephone conference with Examiner. | 48.00 |
| 08/30/07 SPR | 0.40 | Inter office conference among attorneys. | 64.00 |
| 08/30/07 KTG | 0.70 | Evaluate Office Action and cited art. Inter office conference among attorneys re amendment. | 213.50 |
| 09/05/07 SPR | 1.00 | Telephone conference with Examiner. Telephone conference with inventor. Inter office conference among attorneys. Work on preparation of response. | 160.00 |
| 09/11/07 SPR | 0.10 | Study correspondence from Funke. Inter office conference among attorneys. | 16.00 |
| 09/11/07 KTG | 0.70 | Evaluate claims and prior art. Telephone conference with Funke re decision to abandon. | 213.50 |
| 09/12/07 SPR | 0.10 | Correspondence with Funke re abandonment. | 16.00 |

PROFESSIONAL SERVICES                                           731.00

| | | | |
|---|---|---|---|
| KTG | 1.40 | 305.00 | 427.00 |
| SPR | 1.90 | 160.00 | 304.00 |

MATTER TOTAL                                                    731.00

(FEES BILLED       4,045.00 )
(EXPENSES BILLED     114.53 )

MATTER NUMBER - P714

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 10, 2007
Page:  19
Invoice:    89753

SN 10/931,761

| Date | | Hrs | Description | Amount |
|------|------|------|-------------|--------|
| 09/05/07 | SPR | 0.10 | Telephone conference with inventor. | 16.00 |
| 09/07/07 | SPR | 0.20 | Correspondence with inventor. | 32.00 |
| 09/10/07 | SPR | 0.70 | Telephone conference with inventor. Inter office conference among attorneys. Work on preparation of response. | 112.00 |
| 09/10/07 | KTG | 1.50 | Work on preparation of RCE and response. Telephone conference with inventor. Correspondence with inventor. | 457.50 |
| 09/11/07 | KTG | 0.50 | Evaluate claims and prior art for RCE and amendment. Telephone conference with Funke. | 152.50 |
| 09/11/07 | SPR | 0.30 | Study correspondence from Funke. Inter office conference among attorneys. Work on preparation of response. | 48.00 |
| 09/12/07 | SPR | 0.30 | Inter office conference among attorneys. Study Office Action and references. Preparation and filing of response. Correspondence with client. | 48.00 |
| 09/12/07 | KTG | 1.00 | Review and edit amendment and RCE. Inter office conference among attorneys. | 305.00 |

PROFESSIONAL SERVICES                                    1,171.00

| | | | |
|------|------|--------|--------|
| KTG | 3.00 | 305.00 | 915.00 |
| SPR | 1.60 | 160.00 | 256.00 |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/07 | Copies | 3.00 |
| 09/30/07 | Postage | 1.31 |
| 09/12/07 | Filing fee | 790.00 |

TOTAL COSTS ADVANCED                                     794.31

MATTER TOTAL                                            1,965.31

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

October 10, 2007
Page:   20
Invoice:      89753

(FEES BILLED      3,771.50 )
(EXPENSES BILLED     13.69 )

MATTER NUMBER - P718

DP-310264
SN 10/679,752

| | | | | |
|---|---|---|---|---|
| 09/04/07 KTG | 0.50 | Review Advisory Action and evaluate for appeal. Inter office conference among attorneys. | | 152.50 |
| 09/13/07 KTG | 0.50 | Evaluate Advisory Action, art and claims. Telephone conference with Funke re RCE and amendment. | | 152.50 |
| 09/18/07 GJE | 5.10 | Preparation and filing of request for continued examination. Work on preparation of preliminary amendment. | | 1,581.00 |

PROFESSIONAL SERVICES                                    1,886.00

| | | | |
|---|---|---|---|
| GJE | 5.10 | 310.00 | 1,581.00 |
| KTG | 1.00 | 305.00 | 305.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 09/30/07 | Copies | 1.20 |
| 09/19/07 | Filing fee | 790.00 |

TOTAL COSTS ADVANCED                                791.20

MATTER TOTAL                          .              2,677.20

(FEES BILLED      2,999.50 )
(EXPENSES BILLED     2.50 )

MATTER NUMBER - P722

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

October 10, 2007
Page:  21
Invoice:      89753

DP-316548

| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 04/27/07 | SPR | 0.80 | Inter office conference among attorneys. Work on preparation of application. | 128.00 |
| 05/03/07 | KTG | 1.00 | Review invention disclosure. | 305.00 |
| 05/08/07 | SPR | 1.10 | Work on preparation of application. Correspondence with inventor. | 176.00 |
| 05/15/07 | SPR | 1.30 | Telephone conference with inventor on May 15. Work on preparation of application. Study correspondence from inventor. | 208.00 |
| 06/04/07 | KTG | 0.50 | Review invention disclosure. | 152.50 |
| 06/22/07 | SPR | 3.70 | Work on preparation of application. Telephone conference with Burns on June 22. Work on preparation of drawings. | 592.00 |
| 07/10/07 | SPR | 3.30 | Work on preparation of application. Inter office conference among attorneys. Work on preparation of drawings. | 528.00 |
| 07/16/07 | SPR | 1.40 | Work on preparation of application. | 224.00 |
| 07/22/07 | SPR | 2.00 | Work on preparation of application. | 320.00 |
| 07/23/07 | SPR | 0.80 | Work on preparation of application. | 128.00 |
| 07/24/07 | SPR | 1.30 | Work on preparation of application. Inter office conference among attorneys. | 208.00 |
| 07/24/07 | KTG | 2.20 | Review and edit application. Inter office conference among attorneys. | 671.00 |
| 07/25/07 | SPR | 4.00 | Inter office conference among attorneys. Correspondence with inventor. Work on preparation of application. | 640.00 |
| 07/26/07 | SPR | 0.70 | Work on preparation of application and submission of draft to client. Study correspondence from inventor. | 112.00 |
| 08/08/07 | KTG | 0.50 | Inter office conference among attorneys. Review application. | 152.50 |
| 08/09/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 08/15/07 | SPR | 1.00 | Study correspondence from inventor. Work on preparation of application. | 160.00 |
| 08/16/07 | SPR | 2.00 | Work on preparation of application. Work on preparation of drawings. | 320.00 |

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

October 10, 2007
Page:  22
Invoice:      89753

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 08/22/07 | SPR | 1.60 | Work on preparation of application and submission of draft to client. | 256.00 |
| 08/28/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 08/28/07 | SPR | 1.00 | Study correspondence from inventor. Work on preparation of application. Correspondence with inventor. | 160.00 |
| 08/30/07 | SPR | 1.00 | Work on preparation of application. Telephone conference with inventor. | 160.00 |
| 08/31/07 | SPR | 0.40 | Work on preparation of application. Study correspondence from inventor. | 64.00 |
| 09/06/07 | SPR | 0.10 | Work on preparation of application. Correspondence with inventor. | 16.00 |
| 09/10/07 | SPR | 0.80 | Study correspondence from inventor. Work on preparation of application. Telephone conference with Hales. | 128.00 |
| 09/11/07 | SPR | 0.20 | Work on preparation of application. Correspondence with Hales re U.S. and foreign applications to be filed. NOTE: Costs due to multiple revisions by inventors. Approved by Jimmy Funke. | 32.00 |

PROFESSIONAL SERVICES                                          5,873.00

| | | | |
|---|---|---|---|
| KTG | 4.20 | 305.00 | 1,281.00 |
| SPR | 28.70 | 160.00 | 4,592.00 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 04/30/07 | Copies | 6.00 |
| 09/19/07 | Express mail | 14.35 |
| 07/06/07 | Cost of drawings | 30.00 |
| 07/20/07 | Cost of drawings | 30.00 |

TOTAL COSTS ADVANCED                                    80.35

MATTER TOTAL                                          5,953.35

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 10, 2007
Page:  23
Invoice:    89753

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER – P723

DP-316433

| | | | | |
|---|---|---|---|---|
| 05/03/07 | KTG | 1.00 | Review invention disclosure. | 305.00 |
| 07/01/07 | KTG | 1.00 | Review invention disclosure. | 305.00 |
| 08/20/07 | KTG | 2.00 | Work on preparation of application. | 610.00 |
| 08/27/07 | KTG | 2.50 | Work on preparation of application. Telephone conference with inventor. | 762.50 |
| 08/28/07 | KTG | 1.50 | Work on preparation of application. | 457.50 |
| 08/29/07 | KTG | 1.30 | Work on preparation of application. | 396.50 |
| 09/25/07 | KTG | 3.20 | Work on preparation of application. | 976.00 |
| 09/26/07 | KTG | 4.50 | Work on preparation of application. | 1,372.50 |
| 09/27/07 | KTG | 4.50 | Telephone conference with inventor. Work on preparation of application and submission of draft to client.<br>NOTE: Costs due to multiple embodiments. Approved by Jimmy Funke during telephone conference. | 1,372.50 |

PROFESSIONAL SERVICES                                    6,557.50

KTG               21.50    305.00    6,557.50

COSTS ADVANCED

| | | |
|---|---|---|
| 09/30/07 | Copies | 2.50 |
| 09/19/07 | Express mail | 15.42 |
| 09/25/07 | Cost of drawings | 325.00 |

TOTAL COSTS ADVANCED                                       342.92

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 10, 2007
Page:   24
Invoice:       89753

MATTER TOTAL                                          6,900.42

(FEES BILLED                  )
(EXPENSES BILLED              )

MATTER NUMBER - P730

DP-314264

| Date | Tmk | Hrs | Description | Amount |
|------|-----|-----|-------------|--------|
| 05/04/07 | KTG | 1.00 | Review invention disclosure. | 305.00 |
| 05/30/07 | KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 152.50 |
| 05/30/07 | SPR | 0.40 | Inter office conference among attorneys. Work on preparation of application. | 64.00 |
| 07/26/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 07/27/07 | SPR | 0.50 | Correspondence with inventor. Telephone conference with inventor on July 27. | 80.00 |
| 08/01/07 | SPR | 1.20 | Work on preparation of application. | 192.00 |
| 08/02/07 | SPR | 2.60 | Work on preparation of application. Work on preparation of drawings. Correspondence with inventor. | 416.00 |
| 08/21/07 | SPR | 0.10 | Correspondence with inventor. | 16.00 |
| 08/22/07 | SPR | 0.30 | Work on preparation of application. | 48.00 |
| 08/23/07 | SPR | 2.00 | Work on preparation of application. Work on preparation of drawings.  Correspondence with inventor. Telephone conference with inventor. | 320.00 |
| 08/28/07 | SPR | 1.00 | Work on preparation of application. | 160.00 |
| 08/29/07 | SPR | 0.40 | Work on preparation of application. Work on preparation of drawings. | 64.00 |
| 08/30/07 | SPR | 0.20 | Work on preparation of application. | 32.00 |
| 08/31/07 | SPR | 1.40 | Inter office conference among attorneys. Work on preparation of application. | 224.00 |
| 08/31/07 | KTG | 2.30 | Work on preparation of application. Inter office conference among attorneys. | 701.50 |
| 09/05/07 | KTG | 0.80 | Review patent application. | 244.00 |
| 09/05/07 | SPR | 1.00 | Work on preparation of application. | 160.00 |

# PRICE
# HENEVELD,
# COOPER,
# DEWITT &
# LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI                                          October 10, 2007
                                                Page:  25
                                                Invoice:      89753

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 09/06/07 | SPR | 3.00 | Work on preparation of application. | 480.00 |
| 09/07/07 | SPR | 0.30 | Work on preparation of application and submission of draft to client. | 48.00 |
| 09/10/07 | SPR | 0.20 | Study correspondence from inventor. Correspondence with inventor. | 32.00 |
| 09/12/07 | SPR | 1.50 | Work on preparation of application. | 240.00 |
| 09/27/07 | SPR | 1.00 | Correspondence with inventor. Telephone conference with inventor. Work on preparation of application and submission of draft to client. | 160.00 |
| 09/27/07 | SPR | 0.50 | Work on preparation of application. | 80.00 |
| 09/28/07 | SPR | 3.10 | Study correspondence from inventor. Correspondence with inventor. Correspondence with Hales with US and foreign applications for filing. | 496.00 |

PROFESSIONAL SERVICES                                    4,731.00

| | | | |
|---|---|---|---|
| KTG | 4.60 | 305.00 | 1,403.00 |
| SPR | 20.80 | 160.00 | 3,328.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 05/31/07 | Copies | 13.20 |
| 09/19/07 | Express mail | 18.66 |
| 08/30/07 | Cost of drawings | 90.00 |

TOTAL COSTS ADVANCED                                        121.86

MATTER TOTAL                                             4,852.86

(FEES BILLED                    )
(EXPENSES BILLED                )

                                      MATTER NUMBER - P732

DP-310318

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

October 10, 2007
Page:  26
Invoice:      89753

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 09/12/07 | KTG | 0.30 | Study correspondence and Notice of Allowance. Evaluate drawing requirements. Inter office conference among attorneys. | 91.50 |
| 09/12/07 | FMS | 1.40 | Review Examiner comments and specification re proposed drawing amendment. Work on preparation of email to inventor re same. | 420.00 |
| 09/21/07 | FMS | 1.50 | Review file. Work on preparation of letter to Szczublewski re claim and drawing amendments. | 450.00 |
| 09/24/07 | FMS | 2.50 | Review file. Telephone conference with Szczublewski. Telephone conference with Examiner re drawings. | 750.00 |
| 09/27/07 | FMS | 1.00 | Work on preparation of response to drawings requirement. | 300.00 |
| 09/28/07 | FMS | 0.50 | Preparation and filing of amendment re drawing corrections. | 150.00 |

PROFESSIONAL SERVICES                                    2,161.50

| | | | |
|-----|------|--------|----------|
| KTG | 0.30 | 305.00 | 91.50 |
| FMS | 6.90 | 300.00 | 2,070.00 |

MATTER TOTAL                                             2,161.50

(FEES BILLED      2,550.00 )
(EXPENSES BILLED      0.00 )

MATTER NUMBER - P752

DP-316367

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 08/01/07 | KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys. | 305.00 |
| 08/02/07 | FMS | 1.00 | Review disclosure materials. Work on preparation of email to Hales re Delphi disclosure document. | 300.00 |
| 08/03/07 | FMS | 3.30 | Telephone conference with inventors re disclosure. Work on preparation of application. | 990.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE**
**HENEVELD,**
**COOPER,**
**DEWITT &**
**LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

October 10, 2007
Page:  27
Invoice:      89753

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 08/08/07 | FMS | 4.90 | Telephone conference with inventor. Work on preparation of application. | 1,470.00 |
| 08/09/07 | FMS | 5.20 | Work on preparation of application. Work on preparation of email to inventor re drawings. | 1,560.00 |
| 08/15/07 | FMS | 3.40 | Work on preparation of application. | 1,020.00 |
| 08/22/07 | FMS | 1.50 | Work on preparation of application. | 450.00 |
| 08/24/07 | FMS | 2.50 | Work on preparation of application. | 750.00 |
| 09/26/07 | FMS | 3.50 | Work on preparation of application and claim revisions. NOTE: Costs due to complexity of case. Approved by Jimmy Funke during telephone conference. | 1,050.00 |

PROFESSIONAL SERVICES                            7,895.00

| | | | |
|---|---|---|---|
| KTG | 1.00 | 305.00 | 305.00 |
| FMS | 25.30 | 300.00 | 7,590.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 09/19/07 | Express mail | 7.14 |
| 09/28/07 | Cost of drawings | 80.00 |

TOTAL COSTS ADVANCED                               87.14

MATTER TOTAL                                     7,982.14

(FEES BILLED            )
(EXPENSES BILLED        )

CLIENT TOTAL                                    60,719.38
INVOICE TOTAL                                   60,719.38

**Exhibit E**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING SIXTH INTERIM APPLICATION FOR APPROVAL
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PRICE,
HENEVELD, COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, FOR SERVICES RENDERED FROM
JUNE 1, 2007, THROUGH SEPTEMBER 30, 2007**

Upon consideration of the sixth interim application of Price, Heneveld, Cooper, DeWitt & Litton, LLP, for approval of compensation and reimbursement of expenses (the "Sixth Interim Price, Heneveld Application") for professional services and expenses incurred during the period commencing June 1, 2007, through September 30, 2007; and a hearing having been held before this Court to consider the Sixth Interim Price, Heneveld Application on February 26, 2008; and notice having been given pursuant to Fed.R.Bankr.P. 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Sixth Interim Price, Heneveld Application is granted to the extent set forth in Exhibit B.

Dated: New York, New York
        February 26, 2008

_____
United States Bankruptcy Judge
Southern District of New York