**EXHIBIT A**

SHEARMAN & STERLING LLP

599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile:  (212) 848-7179
Douglas P. Bartner (DB-2301)
Jill Frizzley (JF-8174)

Special Counsel to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
                                                             :
                                                             :
In re:                                                       :          **Chapter 11**
                                                             :
**DELPHI CORPORATION, et al.,**                              :          **Case No.  05 – 44481 (RDD)**
                                                             :
                              **Debtors.**                   :          **(Jointly Administered)**
                                                             :
                                                             :
                                                             :
-------------------------------------------------------------x

**CERTIFICATION UNDER GUIDELINES FOR FEES AND
DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF SIXTH INTERIM
APPLICATION OF SHEARMAN & STERLING LLP FOR ALLOWANCE OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, Douglas P. Bartner, hereby certify that:

I am a partner with the applicant firm, Shearman & Sterling LLP ("S&S"), with

responsibility for the engagement of S&S as special counsel in the chapter 11 cases of Delphi

Corporation and its affiliated debtors (collectively, the "Debtors"), in respect of compliance with

the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of

New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines"),

the United States Trustee Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the

"UST Guidelines"), and the Order Under 11 U.S.C. § 331 Establishing Procedures for Monthly

Compensation and Reimbursement of Expenses of Professionals (Docket No. 869) (the

"Monthly Compensation Order,") the Supplemental Order Under 11 U.S.C. § 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket

No. 2147)(the "Supplemental Compensation Order"), the Second Supplemental Order Under 11

U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of

Expenses of Professionals (Docket No. 2986)(the "Second Supplemental Compensation Order"),

the Third Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals (Docket No. 3630)(the "Third

Supplemental Compensation Order") including the Fee Committee And Fee Procedures Protocol

approved by the Court (the "Fee Protocol"), the Fourth Supplemental Order Under 11 U.S.C. §

331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of

Professionals (Docket No. 4545)(the "Fourth Supplemental Compensation Order") and the Fifth

Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation

and Reimbursement of Expenses of Professionals (Docket No. 5310)(the "Fifth Supplemental

Compensation Order") and the Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket

No. 6145)(the "Sixth Supplemental Compensation Order" together with the Local Guidelines,

UST Guidelines, Monthly Compensation Order, Supplemental Compensation Order, Second

Supplemental Compensation Order, Third Supplemental Compensation Order, Fee Protocol,

Fourth Supplemental Compensation Order and the Fifth Supplemental Compensation Order, the

"Guidelines").

        This certification is made in respect of S&S's sixth interim fee application, dated

November 29, 2007 (the "Application"), for approval of interim compensation and

reimbursement of expenses for the period commencing June 1, 2007 through and including

September 30, 2007 (the "Sixth Compensation Period") in accordance with the Guidelines.

In respect of Section B.1 of the Local Guidelines, I certify that:

a.  I have read the Application;

b.  to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines;

c.  the fees and disbursements sought are billed at rates in accordance with practices customarily employed by S&S and generally accepted by S&S's clients; and

d.  in providing a reimbursable service, S&S does not make a profit on that service, whether the service is performed by S&S in-house or through a third party.

In respect of section B.2 of the Local Guidelines and as required by the Interim

Compensation Order, I certify that S&S has complied with the provision requiring it to provide

the Debtors, counsel for the Official Committee of Unsecured Creditors appointed in these cases

(the "Creditors' Committee"), the attorneys for the committee of equity security holders

appointed in these chapter 11 cases (the "Equity Committee"), the attorneys for the Debtors'

prepetition lenders (the "Prepetition Lenders"), the attorneys for the Debtors' postpetition lenders

(the "DIP Lenders"), the joint fee review committee (the "Fee Review Committee") and the

United States Trustee for the Southern District of New York (the "United States Trustee"), on a

monthly basis, with a statement of S&S's fees and disbursements accrued during the previous

month.

In respect of section B.3 of the Local Guidelines, I certify that the Debtors, the

Creditors' Committee and the United States Trustee are each being provided with a copy of the

Application.

Dated: New York, New York
November 29, 2007

/s/ Douglas P. Bartner
Douglas P. Bartner (DB-2301)