**EXHIBIT B**

June 1, 2007 – September 30, 2007

**TIMEKEEPER SUMMARY**

| Name of Professional Person | *Position of the Applicant, Area of Expertise, Date of Initial Employment, Year of Obtaining License to Practice | Hourly Billing Rate♦ (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Baker, Michael S. | Partner since 2006, FN<br>1998<br>1999 | $675.43 | 9.2 | $6,214.00 |
| Bartner, Douglas P. | Partner since 1991, BR<br>1982<br>1983 | $795.31 | 83.1 | $66,090.00 |
| Baskin, Stuart | Partner since 1989, LT<br>1989<br>1976 | $860.36 | 220.7 | $189,882.00 |
| Crandall, Jeffrey | Partner since 1998, ECEB<br>1994<br>1983/1982 | $900.00 | 0.2 | $180.00 |
| Goudiss, Alan S. | Partner since 1996, LT<br>1987<br>1988 | $800.00 | 1.5 | $1,200.00 |
| Laverriere, Kenneth | Partner since 1996, ECEB<br>1987<br>1988 | $900.00 | 9.1 | $8,190.00 |
| Leeds Ruby, Caroline | Partner since 2001, EF<br>1998<br>1998 England | $900.00 | 28.0 | $25,200.00 |
| Polovoy, Brian H. | Partner since 2003, LT<br>1992<br>1993 | $750.00 | 339.3 | $254,510.00 |
| Tenzer, Andrew V. | Partner since 2002, BR<br>1995<br>1991 | $750.00 | 2.2 | $1,650.00 |
| Schreiber, Paul S. | Partner since 1994, AM<br>1994<br>1966 | $840.00 | 0.4 | $336.00 |
| Ashley, Marc D. | Associate LT<br>2002<br>1995 | $647.18 | 230.6 | $149,240.00 |
| Kuhn, Patricia | Counsel ECEB<br>2000<br>1990 | $700.00 | 2.9 | $2,030.00 |
| Shally, Joanna | Counsel LT<br>1979<br>1980 | $700.00 | 0.7 | $490.00 |
| Burke, Brian | Associate LT<br>2005<br>2005 | $459.77 | 146.4 | $67,311.00 |
| Chanda, Parthapratim | Associate LT<br>2004<br>2005 | $460.89 | 196.5 | $90,565.00 |
| Connelly, Elizabeth | Associate BR<br>2006<br>2007 | $275.00 | 6.6 | $1,815.00 |

| Frizzley, Jill K. | Associate BR 2000 2002 | $550.21 | 23.5 | $12,930.00 |
| McKinnon, Malcom | Associate EF 2006 2002 New Zealand | $595.00 | 67.1 | $39,924.50 |
| Oswald, Judson A. | Associate FN 2006 Not Yet Admitted | $431.72 | 12.8 | $5,526.00 |
| Palach, Randal D. | Associate FN 2006 2006 | $483.88 | 31.8 | $15,387.50 |
| Sajous, Isabelle | Associate AM 2002 2003 | $510.00 | 1.0 | $510.00 |
| Luketic, Marian D. | Specialist BR 2000 1997 | $250.00 | 70.2 | $17,550.00 |
| Weiner, Ira | Managing Attorney 1993 | $340.00 | 0.7 | $238.00 |
| Lanzalotto, Christopher | Summer Associate LT 2007 | $235.00 | 42.5 | $9,987.50 |
| Bodly, Jill | Legal Assistant LT 2005 | $180.00 | 4.0 | $720.00 |
| Illyes, Gabriella | Legal Assistant BR 2006 | $180.00 | 1.6 | $288.00 |
| Lin, Jennifer | Legal Assistant BR 2007 | $170.00 | 0.4 | $68.00 |
| Ko, Jae | Legal Assistant LT 2005 | $237.22 | 97.1 | $23,034.00 |
| Huh, Konny | Legal Assistant Intern LT 2007 | $100.00 | 9.4 | $940.00 |
| Yau, Tommy | Global Technology 2000 | $200.00 | 1.2 | $240.00 |
| Quintos, Jose | Global Technology 2005 | $120.00 | 2.1 | $252.00 |
| Shanks, Fredrick | Corporate Research Specialist 1982 | $185.00 | 3.8 | $703.00 |
| Tucker, James | Research Specialist 2001 | $180.00 | 6.9 | $1,242.00 |
| Molinelli, Maria | Law Clerk Supervisor 1988 | $175.00 | 3.0 | $525.00 |
| Feliciano, Luis | Law Clerk 2004 | $175.00 | 1.0 | $87.50 |
| Flores, Alfredo | Law Clerk 1988 | $175.00 | 1.1 | $192.50 |
| Sheopaul, Ruth | Law Clerk 2006 | $175.00 | 3.1 | $542.50 |

Grand Total Fees: $995,791.00

Total Hours: 1,661.7

Total Professional Hours: 1,456.1

Blended Rate for Professionals: $651.86

AM    -    Asset Management
BR    -    Bankruptcy & Reorganization
ECEB  -    Executive Compensation & Employee Benefits
EF    -    European Finance
FN    -    Finance
LT    -    Litigation

*All attorneys are licensed in New York State unless otherwise indicated.
♦Due to changes in billing rates and previously agreed upon rate reductions, where applicable, an Average Hourly Billing Rate has been calculated by dividing total compensation of the professional or paraprofessional by their total hours billed.