**EXHIBIT C**

**SHEARMAN & STERLING LLP**　　　　　　　　　　　　　　　　　　June 1, 2007 –
September 30, 2007

| DISBURSEMENTS | LITIGATION | BANKRUPTCY |
|---|---|---|
| Offsite Client Meals | $162.02 | |
| Inhouse Photocopies | $1,751.80 | $749.50 |
| Federal Express | $1,216.11 | $805.58 |
| Global Securities Information | $220.87 | |
| Lexis | $4,554.46 | |
| Messengers | $75.26 | $16.00 |
| Other Information Services | $1,738.02 | |
| Other Outside Services | $2,727.95 | $71.75 |
| Overtime Taxis | $374.00 | |
| Postage & Courier | $142.33 | $.82 |
| Secretarial Overtime | $45.00 | |
| Telephone Charges | $271.99 | $9.75 |
| Temporary Help | $77.50 | |
| Local Taxi | $37.00 | |
| Travel & Incidental | $4,529.45 | $3,074.68 |
| Travel Meals | $423.53 | $35.59 |
| Radio Taxis | $296.11 | $196.11 |
| Velo Binding | $72.00 | $87.00 |
| WestLaw | $4,279.25 | $231.97 |
| **SUBTOTALS:** | **$22,994.65** | **$5,278.75** |
| **TOTAL DISBURSEMENTS:** | | **$28,273.40** |