**EXHIBIT D**

## APPLICATION SUMMARY

**SHEARMAN & STERLING LLP**  June 1, 2007 - September 30, 2007

**SUMMARY**

| | |
|---|---|
| Total Fees | $995,791.00 |
| Total Voluntary Fee Reductions | $10,513.50 |
| Total Disbursements | $28,273.40 |
| Existing Holdback | $199,158.20 |
| Holdback Requested After Voluntary Fee Reductions | $188,644.70 |

# PROJECT SUMMARY

**SHEARMAN & STERLING LLP**  June 1, 2007 – September 30, 2007

| PROJECT CATEGORY | HOURS | FEES | VOLUNTARY REDUCTIONS | REDUCED FEES |
|---|---|---|---|---|
| Matter 20 – Securities Class Action | 914.7 | $562,930.50 | - $7,562.00 | $555,368.50 |
| Matter 21 – Derivative Lawsuits | 15.9 | $8,681.50 | - $36.00 | $8,645.50 |
| Matter 22 – ERISA Class Action | 384.7 | $228,404.00 | - $753.00 | $227,651.00 |
| Matter 28 – DIP Financing | 151.8 | $94,313.00 | | |
| Matter 31 – Employment Applications & Objections | 4.8 | $1,590.00 | - $1,590.00 | $0.00 |
| Matter 33 – Fee Applications & Objections | 44.6 | $11,527.50 | - $572.50 | $11,000.00 |
| Matter 35 – General Corporate | 1.0 | $510.00 | | |
| Matter 38 – Non-Working Travel | 23.8 | $9,465.50 | | |
| Matter 49 – Board Advice | 120.4 | $78,369.00 | | |
| **TOTAL:** | **1,661.7** | **$995,791.00** | | |
| **TOTAL VOLUNTARY REDUCTIONS:** | | | **- $10,513.50** | |
| **TOTAL REDUCED FEES REQUESTED:** | | **$985,277.50** | | |