Hearing Date: December 6, 2007 at 10:00 a.m.

BROWN RUDNICK BERLACK ISRAELS LLP
Seven Times Square
New York, NY 10036
(212) 209-4800
Robert J. Stark (RS-3575)
Daniel J. Saval (DS-2437)

*Counsel to Law Debenture Trust Company of New York, as successor Indenture Trustee for the 8.25% Junior Subordinated Notes due 2033 and the Adjustable Rate Junior Subordinated Notes due 2033*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

---------------------------------------------------------x

**JOINDER OF LAW DEBENTURE TRUST COMPANY OF
NEW YORK TO EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF
EQUITY SECURITY HOLDERS OF DELPHI CORPORATION TO ADJOURN THE
HEARING ON, AND FIX A NEW TIME TO OBJECT TO, (A) THE DEBTORS'
MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD
DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE
OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION
OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN,
(V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM
PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO
POST-PETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES
AND (B) THE DEBTORS' EXPEDITED MOTION FOR ORDER UNDER 11 U.S.C. §§
105(A), 363(B), 503(B), AND 507(A) AUTHORIZING AND APPROVING AMENDMENT
TO DELPHI-APPALOOSA EQUITY PURCHASE AND COMMITMENT AGREEMENT**

Law Debenture Trust Company of New York ("Law Debenture"), as successor Indenture Trustee for the (i) 8.25% Junior Subordinated Notes due 2033 and (ii) Adjustable Rate Junior Subordinated Notes due 2033 issued by Delphi Corporation, by and through its undersigned counsel, hereby submits this Joinder (the "Joinder") to the Official Committee of

Equity Security Holders of Delphi Corporation's ("Equity Committee") *Emergency Motion to Adjourn the Hearing on, and Fix a New Time to Object to, (A) The Debtors' Motion for Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, and Procedures for Temporary Allowance of Certain Claims, (III) Hearing Date to Consider Confirmation of Plan, (IV) Procedures for Filing Objections to Plan, (V) Solicitation Procedures for Voting on Plan, (VI) Cure Claim Procedures, (VII) Procedures for Resolving Disputes Relating to Post-Petition Interest, and (VIII) Reclamation Claim Procedures and (B) The Debtors' Expedited Motion for Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), and 507(a) Authorizing and Approving Amendment to Delphi-Appaloosa Equity Purchase and Commitment Agreement* dated November 2, 2007 [Docket No. 10795] (the "Adjournment Motion").[1]  In support of this Joinder, Law Debenture respectfully states as follows:

    1.    Law Debenture hereby joins in and states its support for the Adjournment Motion. Law Debenture incorporates by reference as if fully set forth herein the Adjournment Motion and fully supports the arguments made by the Equity Committee therein.

    2.    Law Debenture reserves the right to supplement the Adjournment Motion with any further or additional arguments it may have with respect to the issues raised therein.

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Adjournment Motion.

**WHEREFORE,** for all of the reasons set forth in the Adjournment Motion, Law Debenture respectfully requests that this Court (i) grant the Adjournment Motion, (ii) adjourn the Disclosure Statement Hearing and require the Debtors to provide twenty-five days notice of a new hearing date to comply with Bankruptcy Rules 2002(b) and 3017(a), (iii) adjourn the EPCA Hearing and require the Debtors to provide twenty days notice of a new hearing date to comply with Bankruptcy Rule 2002(a), (iv) fix new deadlines for objections to the Disclosure Statement and the EPCA Motion, and (v) grant Law Debenture such other and further relief as is just and proper.

Date:   November 29, 2007
        New York, New York

**BROWN RUDNICK BERLACK ISRAELS LLP**

By: /s/ Robert J. Stark
    Robert J. Stark (RS-3575)
    Daniel J. Saval (DS-2437)

**Seven Times Square**
**New York, New York**
**(212) 209-4800**

*Counsel to Law Debenture Trust Company of New York, as successor Indenture Trustee for the 8.25% Junior Subordinated Notes due 2033 and the Adjustable Rate Junior Subordinated Notes due 2033*

# 8173298