**BROWN RUDNICK BERLACK ISRAELS LLP**
**Seven Times Square**
**New York, NY 10036**
**(212) 209-4800**
**Robert J. Stark (RS-3575)**
**Daniel J. Saval (DS-2437)**

*Counsel to Law Debenture Trust Company of New York, as successor Indenture Trustee for the 8.25% Junior Subordinated Notes due 2033 and the Adjustable Rate Junior Subordinated Notes due 2033*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **DELPHI CORPORATION, <u>et al.</u>,** | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

Christopher Michael Lau Kamg, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 29th day of November 2007, I caused to be served a true copy of the Joinder *of Law Debenture Trust Company Of New York To Emergency Motion of the Official Committee of Equity Security Holders of Delphi Corporation to Adjourn the Hearing On, and Fix a New Time to Object to, (A) the Debtors' Motion for Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, and Procedures for Temporary Allowance of Certain Claims, (III) Hearing Date to Consider Confirmation of Plan, (IV) Procedures for Filing Objections to Plan, (V) Solicitation Procedures for Voting on Plan, (VI) Cure Claim Procedures, (VII) Procedures for Resolving Disputes Relating to Post-Petition Interest, and (VIII) Reclamation Claim Procedures and (B) the Debtors' Expedited Motion for Order Under 11 U.S.C. Sections 105(A), 363(B), 503(B), and 507(A) Authorizing and Approving Amendment to Delphi-Appaloosa Equity Purchase and Commitment Agreement* on the parties listed on the attached service list by the

8173378

2

manner indicated thereon and by electronic mail.

   /s/ Christopher Michael Lau Kamg
Christopher Michael Lau Kamg

Sworn to before me this
29th day of November, 2007.

 /s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011