Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553
(516) 227-1600
Thomas R. Slome (TS-0957)
Counsel for Pamela Geller

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

DELPHI CORPORATION, et al.

                        Debtors.
-----------------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NASSAU     )

      I, **Barbara Evers**, being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by Rosen Slome Marder LLP.

      On the 15th day of November, 2007, I served a true copy of the **NOTICE OF APPEARANCE** by US postal certified mail, return receipt requested, item no.: 70060100000132455169 upon the person on the attached service list.

                                                  /s/ Barbara Evers
                                                  Barbara Evers

Sworn to before me this
30th day of November, 2007

/s/ Regina Haas
Notary Public, State of New York
No.01HA4810983
Qualified in Nassau County
Commission Expires December 31, 2010

## Service List

Jeffrey Traurig, Esq.
Togut, Segal & Segal
1 Penn Plaza
Suite 3335
New York, NY 10119