# EXHIBIT 1

A. Schulman, Inc
3550 West Market St.
Akron OH 44333

| Contract to be assumed and/or assigned: |
| --- |
| Confidentiality Agreement between Texas Polymer Services, Inc. and Delphi Automotive Systems Corporation dated 2-6-2006. |

# EXHIBIT 1

Adell Plastics, Inc
4530 Annapolis Rd.
Baltimore MD 21227-4815



| Contract to be assumed and/or assigned: |
|---|
| Confidentiality Agreement between Adell Plastics, Inc. and Delphi Automotive Systems Corporation dated 1-26-2006 |

# EXHIBIT 1

Akzo Nobel Coatings Inc
P.O. Box 669
Bloomfield Hills MI 48303-0699

| Contract to be assumed and/or assigned: |
|:---:|
| Long term contract between Delphi Automotive Systems LLC and its Thermal and Interior Division and The Automotive Plastic Coatings group and Akzo Nobel Industrial Coatings de Mexico SA de CV of Akzo Nobel Coatings Inc. dated 4/27/06 (relates to PO# 550078756, 550057075, 550057105, 550057099, 550057098, 550056386, 550056363, 550022294) |

# EXHIBIT 1

Akzo Nobel Industrial Coatings Mexico
Annillo Paefiferico Monterrey 205
Col Garza Garcia Ant Has San Jose
Garza Garcia - 66000
Mexico

| **Contract to be assumed and/or assigned:** |
|---|
| Long term contract between Delphi Automotive Systems LLC and its Thermal and Interior Division and The Automotive Plastic Coatings group and Akzo Nobel Industrial Coatings de Mexico SA de CV of Akzo Nobel Coatings Inc. dated 4/27/06 (relates to PO# 550078756, 550057075, 550057105, 550057099, 550057098, 550056386, 550056363, 550022294) |

# EXHIBIT 1

Albis Plastics Corporation
19901 Southwest Freeway
Sugar Land TX 77479

| Contract to be assumed and/or assigned: |
| :---: |
| Confidentiality Agreement between ALBIS Plastics Corporation and Delphi Automotive Systems Corporation dated 1-26-2006 |

# EXHIBIT 1

DaimlerChrysler
CIMS 484-03-20
800 Chrysler Drive
Auburn Hills MI 48326-2757

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) O3206061 |

# EXHIBIT 1

Decatur Plastic Products, Inc
P.O. Box 1079
North Vernon IN 47265



| Contract to be assumed and/or assigned: |
| --- |
| Long term contract between Delphi Corporation LLC acting through its Safety & Interior Systems Division and Decatur Plastic Products, Inc. dated 2/9/2004 (relates to PO # 550127310, 550127305, 550127304) |

# EXHIBIT 1

Delphi Harrison Thermal System
200 Upper Mountain Road
Lockport NY 140941819

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order No(s) D0550024440, D0550025359, D0550036729, D0550058449, D0550074293, D0550079662, D0550025742 |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No(s) 550022179, 550022179, 550051461, 550051461 |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No(s) 550022124 |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No(s) 550022271 |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No(s) 550022124 |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No(s) 550146412 |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No(s) 450339558 |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No(s) 450141408 |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No(s) 450212690, 450212690 |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No(s) 450339558 |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
| --- |
| Shanghai Delphi Automotive Door Latch & Security  Systems Co., Ltd. and Delphi Technologies, Inc. dated November 22, 1999 technology license contract regarding MINI-WEDGE door latch. |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
| --- |
| Shanghai Delphi Automotive Door Systems Co., Ltd. and Delphi Technologies, Inc. dated May 12, 2003 technology license contract regarding SUPER PLUG door module. |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
|---|
| Shanghai Delphi Automotive Door Systems Co., Ltd. and Delphi Technologies, Inc. dated December 20, 2006 intellectual property license and service agreement regarding global side door latch |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
| --- |
| Technical Information and Assistance Agreement-GM and KDS dated 8-22-97 |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
| --- |
| Engineering Services Agreement Delphi and KDS dated 1-31-99 |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
|---|
| Consultation Services Agreement Delphi Korea and KDS |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China



| Contract to be assumed and/or assigned: |
| --- |
| Management Services and Technical Assistance Agreement/Sam Lipp and KDS dated 8-31-95 |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
| --- |
| Management Services Agreement GMOverseas and KDS dated 8/31/95 |

# EXHIBIT 1

Delphi-T&I - Shanghai - China - JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
| --- |
| Management Services Agreement Delphi Korea and KDS dated 4-1-04 |

# EXHIBIT 1

Delphi-TI-Shanghai-China JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No(s) 450141408 |

# EXHIBIT 1

Delphi-TI-Shanghai-China JV
401 Fu Te Zhong Rd Wai Gao Qiao
Shanghai - 200131
China

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order No(s) 450212690, 450212690 |

# EXHIBIT 1

Derby Fabricating Inc
5800 Fern Valley Road, Ste 4
Louisville KY 40228

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No(s) D0550023549 |

# EXHIBIT 1

Derby Fabricating Inc.
4500 Produce Road
Louisville KY 40218

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No(s) D0550023549 |

# EXHIBIT 1

Dr. Schneider Automotive Systems, Inc.
5775 Brighton Pines Court
Howell MI 48843



| Contract to be assumed and/or assigned: |
| :---: |
| Long term contract between Delphi Automotive Systems LLC acting through its Thermal & Interior Division and Dr. Schneider Automotive Sys., Inc., effective 6/1/2006 through 5/31/2012 (relates to PO # 550116521) |

# EXHIBIT 1

Eissmann Group Automotive North America, Inc
599 Ed Gardner Drive
Pell City AL 35125-2701

| Contract to be assumed and/or assigned: |
|:---:|
| Long term contract between Delphi Automotive Systems LLC acting through its Thermal & Interiors Division and Eissmann Group Automotive North America, Inc. dated 9/23/2005 (relates to PO # 550133777, 550125169, 550082919, 550081759) |

# EXHIBIT 1

Freightliner LLC
4747 North Channel Rd
Portland OR 97217

| Contract to be assumed and/or assigned: |
| --- |
| Development Agreement effective February 1, 2005 by and between Freightliner LLC and Delphi-Thermal and Interior. |

# EXHIBIT 1

GE Plastics - Americas
25900 Telegraph Road
P.O. Box 5011
Southfield MI 48086-5011



| Contract to be assumed and/or assigned: |
| --- |
| Letter Agreement regarding the Epsilon agreement between Delphi Corporation and GE Plastics dated 6/25/2002 (relating to PO# 550056299, 550056303, 550056304, 550056305, 550060254) |

# EXHIBIT 1

GE Plastics - Americas
25900 Telegraph Road
P.O. Box 5011
Southfield MI 48086-5011



| Contract to be assumed and/or assigned: |
| :---: |
| Letter Agreement between Delphi Safety and Interior Systems and GE Plastics dated 6/20/2003 (relating to PO # 550056299, 550056303, 550056304, 550056305, 550060254) |

# EXHIBIT 1

GE Plastics - Americas
25900 Telegraph Road
P.O. Box 5011
Southfield MI 48086-5011



| Contract to be assumed and/or assigned: |
| --- |
| Amendment to Contracts dated 10/8/04 amends the letter agreement between Delphi Automotive Systems and GE Plastics dated 6/25/2002 and the letter agreement between Delphi and GE Plastics-Americas dated 6/20/2003 (relating to PO # 550056299, 550056303, 550056304, 550056305, 550060254) |

# EXHIBIT 1

GE Plastics - Americas
25900 Telegraph Road
P.O. Box 5011
Southfield MI 48086-5011



| **Contract to be assumed and/or assigned:** |
|---|
| Amendment to Contracts dated 10/19/05 amends the letter agreement between Delphi Automotive Systems and GE Plastics dated 6/25/2002 and the letter agreement between Delphi and GE Plastics-Americas dated 6/20/2003 (relating to PO # 550056299, 550056303, 550056304, 550056305, 550060254) |

# EXHIBIT 1

GE Polymerland Inc
One Plastics Avenue
Pittsfield MA 01201

| **Contract to be assumed and/or assigned:** |
| --- |
| Letter Agreement regarding the Epsilon agreement between Delphi Corporation and GE Plastics dated 6/25/2002 (relating to PO# 550056299, 550056303, 550056304, 550056305, 550060254) |

# EXHIBIT 1

GE Polymerland Inc
One Plastics Avenue
Pittsfield MA 01201

| **Contract to be assumed and/or assigned:** |
| :---: |
| Letter Agreement between Delphi Safety and Interior Systems and GE Plastics dated 6/20/2003 (relating to PO # 550056299, 550056303, 550056304, 550056305, 550060254) |

# EXHIBIT 1

GE Polymerland Inc
One Plastics Avenue
Pittsfield MA 01201

| Contract to be assumed and/or assigned: |
| :---: |
| Amendment to Contracts dated 10/8/04 amends the letter agreement between Delphi Automotive Systems and GE Plastics dated 6/25/2002, the letter agreement between Delphi and GE Plastics-Americas dated 6/20/2003 (relating to PO # 550056299, 550056303, 550056304, 550056305, 550060254) |

# EXHIBIT 1

GE Polymerland Inc
One Plastics Avenue
Pittsfield MA 01201



| Contract to be assumed and/or assigned: |
| :---: |
| Amendment to Contracts dated 10/19/05 amends the letter agreement between Delphi Automotive Systems and GE Plastics dated 6/25/2002, the letter agreement between Delphi and GE Plastics-Americas dated 6/20/2003 (relating to PO # 550056299, 550056303, 550056304, 550056305, 550060254) |

# EXHIBIT 1

Harley-Davidson Motor Company
11800 W. Capitol Dr.
Wauwatosa WI 53222



| **Contract to be assumed and/or assigned:** |
| --- |
| Letter to move forward on development quote to Delphi Thermal & Interior by Harley-Davidson Motor Company dated March 2, 2006. |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No(s) 550022777 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No(s) 550086481 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order No(s) 550022187 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order No(s) 550133561 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No(s) 550134648 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order No(s) 550037570 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No(s) 550134231 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No(s) 550135856 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No(s) 450333866 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order No(s) 450349653 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No(s) 450333866 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order No(s) 450349653 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
| :---: |
| KDS Company, Ltd. and Delphi Technologies, Inc.- 30 March 2004 intellectual property license and service agreement |

# EXHIBIT 1

L&W Engineering Inc
6301 Haggerty Rd
Belleville MI 48111-1157



| Contract to be assumed and/or assigned: |
| --- |
| Long term contract between Delphi LLC acting through its Safety & Interiors Division and L&W Engineering Inc. dated 7/25/02 (relates to PO# 550052139) |

# EXHIBIT 1

McLaren Technology Center
Chertsey Road
Woking
Surrey - GU21 4YH
UK

| Contract to be assumed and/or assigned: |
| --- |
| Mutual Non Disclosure Agreement between McLaren Cars Limited and Delphi Automotive Systems LLC dated November 4, 2005 |

# EXHIBIT 1

Meridan Technologies Inc
Meridan Sales Plymouth
352 Main Street, Ste 1
Plymouth MI 48170

| Contract to be assumed and/or assigned: |
|---|
| Long term contract between Delphi Corporation acting through its Safety & Interior Systems Division and Meridian Technologies, Inc. dated 5/23/2002 (relates to PO# 550037793,#550050960, #550186999) |

# EXHIBIT 1

Multibase Inc.
American Headquarters
3835 Copley Road
Copley OH 44321

| Contract to be assumed and/or assigned: |
| :---: |
| Confidentiality Agreement between Multibase Inc. and Delphi Automotive Systems Corporation dated 1-25-2006. |

# EXHIBIT 1

Orrex Plastics Company, LLC
c/o Orion Pacific, Inc.
2525 E. Pearl
Odessa TX 79761

| Contract to be assumed and/or assigned: |
| --- |
| Confidentiality Agreement between Orrex Plastics Company, LLC and Delphi Automotive Systems Corporation dated 2-25-2005. |

# EXHIBIT 1

Spartech Corp
Spartech Polycom
470 Johnson Rd.
Washington PA 15301

| Contract to be assumed and/or assigned: |
| :---: |
| Confidentiality Agreement between Spartech Ploycom and Delphi Automotive Systems Corporation dated 8-10-2005. |

# EXHIBIT 1

Texas Polymer Services, Inc
6522 Interstate Hwy 10
West Orange TX 77632

| Contract to be assumed and/or assigned: |
| :---: |
| Confidentiality Agreement between Texas Polymer Services, Inc. and Delphi Automotive Systems Corporation dated 2-6-2006. |

# EXHIBIT 1

The Automotive Plastic Coatings Group
American Plastic Coatings, NA
1845 Maxwell St
Troy MI 48084

| **Contract to be assumed and/or assigned:** |
| --- |
| Long term contract between Delphi Automotive Systems LLC and its Thermal and Interior Division and The Automotive Plastic Coatings group and Akzo Nobel Industrial Coatings de Mexico SA de CV of Akzo Nobel Coatings Inc. dated 4/27/06 (relates to PO# 550078756, 550057075, 550057105, 550057099, 550057098, 550056386, 550056363, 550022294) |

# EXHIBIT 1

Triad Services Group, Inc.
1750 E. Lincoln Ave.
Madison Heights MI 48071



| Contract to be assumed and/or assigned: |
| :---: |
| Proprietary Information Agreement between Triad Services Group, Inc. and Delphi Automotive Systems LLC dated February 22, 2006 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
| --- |
| Technical Information and Assistance Agreement-GM and KDS dated 8-22-97 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| **Contract to be assumed and/or assigned:** |
| --- |
| Engineering Services Agreement Delphi and KDS dated 1-31-99 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
| --- |
| Consultation Services Agreement Delphi Korea and KDS |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
| :---: |
| Management Services and Technical Assistance Agreement/Sam Lipp and KDS dated 8-31-95 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| **Contract to be assumed and/or assigned:** |
| --- |
| Management Services Agreement GMOverseas and KDS dated 8/31/95 |

# EXHIBIT 1

KDS Co Ltd
1208-6 Shinsang-RI Jillyang-Myeon
Taegu Kyongbuk - 712 838
South Korea

| Contract to be assumed and/or assigned: |
| --- |
| Management Services Agreement Delphi Korea and KDS dated 4-1-04 |