**DELPHI CORPORATION**

**Reproduction Costs**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 6/15/2007 | Color copies/presentation | Detroit, MI | 1,220.00 | 1.00/color pg | Various |
| 6/15/2007 | b/w copies/presentation | Detroit, MI | 50.00 | .10/b/w pg | Various |
| 6/30/2007 | Presentation Run | Detroit, MI | 75.18 | Vendor | A. Schroeder |
| 7/31/2007 | Color copies/presentation | Detroit, MI | 915.00 | 1.00/color pg | Various |
| 7/31/2007 | b/w copies/presentation | Detroit, MI | 37.50 | .10/b/w pg | Various |
| 8/1/2007 | Color copies/presentation | Detroit, MI | 750.00 | 1.00/color pg | Various |
| 8/31/2007 | b/w copies/presentation | Detroit, MI | 100.00 | .10/b/w pg | Various |
| 9/30/2007 | b/w copies/presentation | Detroit, MI | 50.00 | .10/b/w pg | Various |
| | | | 3,197.68 | | |

# DELPHI CORPORATION

## Federal Express

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 6/1/2007 6/30/2007 | Federal Express | Detroit, MI | 389.94 | Vendor | Various |
| 7/1/2007 7/31/2007 | Federal Express | Detroit, MI | 305.31 | Vendor | Various |
| 8/1/2007 8/31/2007 | Federal Express | Detroit, MI | 415.61 | Vendor | Various |
| 9/1/2007 9/30/2007 | Federal Express | Detroit, MI | 378.64 | Vendor | Various |
| | | | 1,489.50 | | |

# DELPHI CORPORATION

## Telephone

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 6/1/2007 | Conference Call | Detroit, MI | 68.72 | vendor | various |
| 6/20/2007 | Conference Call | Detroit, MI | 42.15 | vendor | various |
| 6/26/2007 | Conference Call | Detroit, MI | 19.87 | vendor | various |
| 6/27/07 | Conference Call | Detroit, MI | 78.41 | vendor | various |
| 8/15/2007 | Conference Calls | Detroit, MI | 106.72 | vendor | K. Haras |
| | | | 315.87 | | |



**DELPHI CORPORATION**

**Travel Log**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 07/25/07 | Mileage to meeting with Wynnchurch | Bloomfield Hills, MI | 16.98 | 0.0485 | K. Haras |
| | | | 16.98 | | |

## DELPHI CORPORATION

**Meals**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 06/04/07 | Working Dinner | Detroit, MI | 25.00 | vendor | A. Schroder |
| 06/04/07 | Working Dinner | Detroit, MI | 25.00 | vendor | G. McGowan |
| 06/13/07 | Working Dinner | Detroit, MI | 15.00 | vendor | A. Schroder |
| 06/19/07 | Working Dinner | Detroit, MI | 12.50 | vendor | A. Schroder |
| 07/23/07 | working dinner | Detroit, MI | 12.50 | vendor | G. McGowan |
| 07/23/07 | working dinner | Detroit, MI | 12.00 | vendor | A. Schroeder |
| 07/25/07 | working dinner | Detroit, MI | 9.50 | vendor | G. McGowan |
| 07/25/07 | working dinner | Detroit, MI | 10.50 | vendor | A. Schroeder |
| 07/30/07 | working lunch | Detroit, MI | 10.00 | vendor | A. Schroeder |
| 08/01/07 | working dinner | Detroit, MI | 15.00 | vendor | K. Haras |
| 08/06/07 | working dinner | Detroit, MI | 12.50 | vendor | A. Schroeder |
| 08/06/07 | working dinner | Detroit, MI | 13.00 | vendor | G. McGowan |
| 08/07/07 | working dinner | Detroit, MI | 15.00 | vendor | A. Schroeder |
| 08/22/07 | working dinner | Detroit, MI | 10.00 | vendor | A. Schroeder |
|  |  |  | 197.50 |  |  |

DELPHI CORPORATION

Reference/Data Base

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 6/1/07 | Research Material | Detroit, MI | 175.00 | vendor | K. Haras |
| 6/4/07 | Research Material | Detroit, MI | 50.00 | vendor | A. Schroeder |
| 6/4/07 | Research Material | Detroit, MI | 100.00 | vendor | G. McGowan |
| 6/8/07 | Research Material | Detroit, MI | 75.00 | vendor | G. McGowan |
| 6/15/07 | Research Material | Detroit, MI | 100.00 | vendor | G. McGowan |
| 6/18/07 | Research Material | Detroit, MI | 200.00 | vendor | K. Haras |
| 7/12/07 | Research material | Detroit, MI | 100.00 | vendor | K. Haras |
| 7/13/07 | Research material | Detroit, MI | 75.00 | vendor | A. Schroeder |
| 7/17/07 | Research material | Detroit, MI | 225.00 | vendor | A. Schroeder |
| 8/1/07 | Reference | Detroit | 1,113.68 | vendor | WYCC |
| 8/1/07 | Reference | Detroit | 100.00 | vendor | WYCC |
| 8/15/07 | Reference | Detroit | 150.00 | vendor | WYCC |
| 9/5/07 | Reference | Detroit | 23.53 | vendor | WYCC |
| 9/7/07 | Reference | Detroit | 75.00 | vendor | WYCC |
| 9/14/07 | Reference | Detroit | 200.00 | vendor | WYCC |
| | | | 2,762.21 | | |