# **Exhibit C**

**EXHIBIT C**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Jean Hanson | Joined firm in 1976 and became a Partner in 1983. Member of the NY Bar since 1977. | $820 | 98.7 | $80,934.00 |
| Jack Jacobson | Joined firm in 1982 and became a partner in 1989. Member of the NY Bar since 1983. | $820 | 16.7 | $13,694.00 |
| Vivek Melwani | Joined firm in 1995 and became a Partner in 2003. Member of the NY Bar since 1996. | $730 | 297.8 | $217,394.00 |
| Brad E. Scheler | Joined firm in 1981 and became a Partner in 1984. Member of the NY Bar since 1978. | $995 | 135.0 | $134,325.00 |
| Bonnie K. Steingart | Joined firm in 1980 and became a Partner in 1986. Member of the NY Bar since 1980. | $820 | 304.0 | $249,280.00 |
| Debra Torres | Joined firm in 1981 and became a partner in 1988. Member of the NY Bar since 1984. | $790 | 53.9 | $42,581.00 |
| Eli Weiss | Joined firm in 1999 and became a partner in 2007. Member of the NY Bar since 2001. | $565 - $685 | 20.4 | $11,754.00 |
| Alan Resnick | Counsel.  Joined firm in 1989.  Member of the NY Bar since 1973. | $895 | 28.0 | $25,060.00 |
| Katie Dang | Associate.  Joined firm as an Associate in 2006. Member of the NY Bar since 2007. | $340 - $395 | 239.3 | $84,656.50 |
| Jon Finelli | Associate.  Joined firm as an Associate in 2007. Not yet admitted to practice in a bar. | $340 | 60.6 | $20,604.00 |
| Andrew Falevich | Associate.  Joined firm as an Associate in 2005. | $395 - $445 | 10.1 | $3,989.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| | Member of the NY Bar since 2005. | | | |
| Craig Price | Associate. Joined firm as an Associate in 2001. Member of the NY Bar since 2000. | $550 - $565 | 17.8 | $9,790.00 |
| Jennifer Rodburg | Associate. Joined firm as an Associate in 2000. Member of the NY Bar since 2000. Member of the NJ Bar since 2002. | $550 - $565 | 128.2 | $70,510.00 |
| Richard Slivinski | Associate. Joined firm as an Associate in 2002. Member of the NY and NJ Bars since 2002. | $525 - $550 | 316.7 | $169,015.00 |
| Julia Portnoy | Summer Associate. | $270 | 25.3 | $6,831.00 |
| Wallace Lee | Summer Associate. | $270 | 6.9 | $1,863.00 |
| Laura Guido | Paralegal since 2001. Joined firm in 2004. | $210 | 60.6 | $12,726.00 |
| Natalie Spano | Litigation support technician since 2004. Joined firm in 2002. | $230 | 5.1 | $1,173.00 |
| Other Professionals[1] | Various | $245 - $820 | 18.2 | $6,351.50 |
| **TOTAL** | | | **1,843.3** | **$1,162,531.50** |

Blended Rate (including paraprofessionals): $630.68
Blended Rate (excluding paraprofessionals): $646.85

600121

---

[1] This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

2