# **Exhibit D**

**EXHIBIT D**

**STATEMENT OF EXPENSES INCURRED AND POSTED BY
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP,
COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS,
FOR THE PERIOD FROM
JUNE 1, 2007 THROUGH SEPTEMBER 30, 2007**

| **NATURE OF DISBURSEMENTS** | **AMOUNT** |
|---|---:|
| Duplicating | $5,951.84 |
| Meals | $1,681.89 |
| Courier Service | $166.55 |
| Lexis | $2,142.17 |
| Local Transportation | $5,689.75 |
| Data Research Services | $2,644.63 |
| Outside Messenger Service | $202.41 |
| Overnight Delivery | $1,790.99 |
| Postage | $114.26 |
| Secretarial Services | $1,169.20 |
| Overtime | $60.00 |
| Telephone/Teleconferencing/Telecopier | $11,881.45 |
| **TOTAL** | **$33,495.14** |

600122