# **Exhibit E**

**EXHIBIT E**

**SERVICES RENDERED BY PARTNER(S), COUNSEL(S), ASSOCIATE(S) AND PARAPROFESSIONAL(S) BY PROJECT CATEGORY FOR THE PERIOD OF JUNE 1, 2007 THROUGH SEPTEMBER 30, 2007**

**00002  GENERAL**

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| HANSON, J. | 17.20 | $14,104.00 |
| MELWANI, V. | 56.60 | $41,318.00 |
| SCHELER, B. | 16.80 | $16,716.00 |
| STEINGART, B. | 41.70 | $34,194.00 |
| TORRES, D. | 1.30 | $1,027.00 |
| **Total Partners** | **133.60** | **$107,359.00** |
| **Counsel** | | |
| RESNICK, A. | 2.00 | $1,790.00 |
| **Total Counsel** | **2.00** | **$1,790.00** |
| **Associates** | | |
| DANG, K. | 39.40 | $14,199.00 |
| FINELLI, J. | 2.00 | $680.00 |
| RODBURG, J. | 2.90 | $1,595.00 |
| SLIVINSKI, R. | 48.50 | $25,797.50 |
| **Total Associates** | **92.80** | **$42,271.50** |
| **Summer Associates** | | |
| PORTNEY, J. | 10.50 | $2,835.00 |
| **Total Summer Associates** | **10.50** | **$2,835.00** |
| **Paraprofessionals** | | |
| GUIDO, L. | 19.20 | $4,032.00 |
| SPANO, N. | 5.10 | $1,173.00 |
| **Total Paraprofessionals** | **24.30** | **$5,205.00** |
| **Total Other(1)** | **7.40** | **$2,201.00** |
| **CUMULATIVE TOTALS** | **270.60** | **$161,661.50** |

(1)  This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

**00004 PLAN AND DISCLOSURE STATEMENT**

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| HANSON, J. | 31.10 | $25,502.00 |
| MELWANI, V. | 30.90 | $22,557.00 |
| SCHELER, B. | 6.00 | $5,970.00 |
| STEINGART, B. | 47.80 | $39,196.00 |
| TORRES, D. | 1.00 | $790.00 |
| **Total Partners** | **116.80** | **$94,015.00** |
| **Counsel** | | |
| RESNICK, A. | 9.40 | $8,413.00 |
| **Total Counsel** | **9.40** | **$8,413.00** |
| **Associates** | | |
| DANG, K. | 45.80 | $16,089.00 |
| FINELLI, J. | 5.00 | $1,700.00 |
| RODBURG, J. | 9.40 | $5,170.00 |
| SLIVINSKI, R. | 90.40 | $48,415.00 |
| **Total Associates** | **150.60** | **$71,374.00** |
| **Paraprofessionals** | | |
| GUIDO, L. | 2.90 | $609.00 |
| **Total Paraprofessionals** | **2.90** | **$609.00** |
| **CUMULATIVE TOTALS** | **279.70** | **$174,411.00** |

**00005  MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS**

| Partners | HOURS | TOTAL FEES |
|---|---:|---:|
| HANSON, J. | 10.90 | $8,938.00 |
| MELWANI, V. | 86.90 | $63,437.00 |
| SCHELER, B. | 52.60 | $52,337.00 |
| STEINGART, B. | 39.00 | $31,980.00 |
| TORRES, D. | 25.40 | $20,066.00 |
| **Total Partners** | **214.80** | **$176,758.00** |
| **Counsel** | | |
| RESNICK, A. | 8.60 | $7,697.00 |
| **Total Counsel** | **8.60** | **$7,697.00** |
| **Associates** | | |
| DANG, K. | 39.00 | $13,661.50 |
| FINELLI, J. | 5.50 | $1,870.00 |
| RODBURG, J. | 26.50 | $14,575.00 |
| SLIVINSKI, R. | 43.30 | $23,135.00 |
| **Total Associates** | **114.30** | **$53,241.50** |
| **Summer Associates** | | |
| PORTNEY, J. | 10.70 | $2,889.00 |
| **Total Summer Associates** | **10.70** | **$2,889.00** |
| **CUMULATIVE TOTALS** | **348.40** | **$240,585.50** |

**00006  HEARINGS**

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| MELWANI, V. | 2.10 | $1,533.00 |
| STEINGART, B. | 6.80 | $5,576.00 |
| TORRES, B. | 2.50 | $1,975.00 |
| **Total Partners** | **11.40** | **$9,084.00** |
| Associates | | |
| DANG, K. | 6.50 | $2,408.00 |
| FINELLI, J. | 1.80 | $612.00 |
| RODBURG, J. | 2.00 | $1,100.00 |
| SLIVINSKI, R. | 5.90 | $3,132.50 |
| **Total Associates** | **16.20** | **$7,252.50** |
| **CUMULATIVE TOTALS** | **27.60** | **$16,336.50** |

**00007  MISCELLANEOUS LITIGATION AND MOTIONS**

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| HANSON, J. | 3.80 | $3,116.00 |
| MELWANI, V. | 35.10 | $25,623.00 |
| SCHELER, B. | 7.00 | $6,965.00 |
| STEINGART, B. | 97.00 | $79,540.00 |
| TORRES, D. | 6.80 | $5,372.00 |
| **Total Partners** | **149.70** | **$120,616.00** |
| **Counsel** | | |
| RESNICK, A. | 2.20 | $1,969.00 |
| **Total Counsel** | **2.20** | **$1,969.00** |
| **Associates** | | |
| DANG, K. | 55.40 | $19,331.00 |
| FINELLI, J. | 19.40 | $6,596.00 |
| RODBURG, J. | 28.80 | $15,840.00 |
| PRICE, C. | 17.80 | $9,790.00 |
| SLIVINSKI, R. | 35.50 | $19,295.00 |
| **Total Associates** | **156.90** | **$70,852.00** |
| **Summer Associates** | | |
| LEE, W. | 6.90 | $1,863.00 |
| **Total Summer Associates** | **6.90** | **$1,863.00** |
| **Paraprofessionals** | | |
| GUIDO, L. | 0.90 | $189.00 |
| **Total Paraprofessionals** | **0.90** | **$189.00** |
| **CUMULATIVE TOTALS** | **316.60** | **$195,489.00** |

**00008  TAX**

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| JACOBSON, J. | 15.80 | $12,956.00 |
| WEISS, E. | 20.40 | $11,754.00 |
| **Total Partners** | **36.20** | **$24,710.00** |
| **Associates** | | |
| FALEVICH, A. | 10.1 | $3,989.50 |
| SLIVINSKI, R. | 0.3 | $157.50 |
| **Total Associates** | **10.4** | **$4,147.00** |
| **Total Other(1)** | **4.9** | **$1,666.00** |
| **CUMULATIVE TOTALS** | **51.50** | **$30,523.00** |

(1)  This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

| **00009  PENSION ISSUES** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| **Total Other(1)** | 2.7 | $1,651.50 |
| **CUMULATIVE TOTALS** | 2.70 | $1,651.50 |

(1)  This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.

**00011  1113/1114 ISSUES**

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| STEINGART, B. | 8.70 | $7,134.00 |
| **Total Partners** | **8.70** | **$7,134.00** |
| **Associates** | | |
| DANG, K. | 1.20 | $408.00 |
| RODBURG, J. | 1.00 | $550.00 |
| SLIVINSKI, R. | 1.10 | $577.50 |
| **Total Associates** | **3.30** | **$1,535.50** |
| **CUMULATIVE TOTALS** | **12.00** | **$8,669.50** |

**00012  OTHER LABOR MATTERS**

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| JACOBSON, J. | 0.90 | $738.00 |
| MELWANI, V. | 5.00 | $3,650.00 |
| STEINGART, B. | 2.40 | $1,968.00 |
| TORRES, D. | 0.30 | $237.00 |
| **Total Partners** | **8.60** | **$6,593.00** |
| **Counsel** | | |
| RESNICK, A. | 2.00 | $1,790.00 |
| **Total Counsel** | **2.00** | **$1,790.00** |
| **Associates** | | |
| DANG, K. | 1.50 | $510.00 |
| RODBURG, J. | 1.70 | $935.00 |
| SLIVINSKI, R. | 7.10 | $3,727.50 |
| **Total Associates** | **10.30** | **$5,172.50** |
| **Summer Associates** | | |
| PORTNEY, J. | 1.10 | $297.00 |
| **Total Summer Associates** | **1.10** | **$297.00** |
| **CUMULATIVE TOTALS** | **22.00** | **$13,852.50** |

**00013  RELATIONSHIP WITH PRIMARY CUSTOMEI**

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| MELWANI, V. | 7.40 | $5,402.00 |
| STEINGART, B. | 6.20 | $5,084.00 |
| TORRES, D. | 3.90 | $3,081.00 |
| **Total Partners** | **17.50** | **$13,567.00** |
| Associates | | |
| SLIVINSKI, R. | 2.90 | $1,522.50 |
| **Total Associates** | **2.90** | **$1,522.50** |
| **CUMULATIVE TOTALS** | **20.40** | **$15,089.50** |

**00014  FEE APPLICATIONS AND RETENTION**

| Partners | HOURS | TOTAL FEES |
|---|---:|---:|
| MELWANI, V. | 1.50 | $1,095.00 |
| STEINGART, B. | 1.80 | $1,476.00 |
| **Total Partners** | **3.30** | **$2,571.00** |
| **Associates** | | |
| DANG, K. | 37.60 | $13,526.50 |
| FINELLI, J. | 4.10 | $1,394.00 |
| RODBURG, J. | 1.10 | $605.00 |
| SLIVINSKI, R. | 21.50 | $11,360.00 |
| **Total Associates** | **64.30** | **$26,885.50** |
| **Paraprofessionals** | | |
| GUIDO, L. | 33.00 | $6,930.00 |
| **Total Paraprofessionals** | **33.00** | **$6,930.00** |
| **CUMULATIVE TOTALS** | **100.60** | **$36,386.50** |

**00015  SETTLEMENT AND RESTRUCTURING**

| Partners | HOURS | TOTAL FEES |
|---|---|---|
| HANSON, J. | 35.70 | $29,274.00 |
| MELWANI, V. | 72.30 | $52,779.00 |
| SCHELER, B. | 52.60 | $52,337.00 |
| STEINGART, B. | 52.60 | $43,132.00 |
| TORRES, D. | 12.70 | $10,033.00 |
| **Total Partners** | **225.90** | **$187,555.00** |

**Counsel**

| | | |
|---|---|---|
| RESNICK, A. | 3.80 | $3,401.00 |
| **Total Counsel** | **3.80** | **$3,401.00** |

**Associates**

| | | |
|---|---|---|
| DANG, K. | 12.90 | $4,523.50 |
| FINELLI, J. | 22.80 | $7,752.00 |
| RODBURG, J. | 54.80 | $30,140.00 |
| SLIVINSKI, R. | 60.20 | $31,895.00 |
| **Total Associates** | **150.70** | **$74,310.50** |

**Summer Associates**

| | | |
|---|---|---|
| PORTNEY, J. | **3.00** | **$810.00** |
| **Total Summer Associates** | **3.00** | **$810.00** |

**Paraprofessionals**

| | | |
|---|---|---|
| GUIDO, L. | 4.60 | $966.00 |
| **Total Paraprofessionals** | **4.60** | **$966.00** |
| **Total Other**(1) | **3.20** | **$833.00** |
| **CUMULATIVE TOTALS** | **391.20** | **$267,875.50** |

(1)  This entry reflects charges incurred by professionals and paraprofessionals with less than 5 hours billed to the engagement.