## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 15225<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>GIBBS DIE CASTING CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $366,338.17<br><br>Total: $366,338.17 | Claim Number: 15224<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>GIBBS DIE CASTING CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $228,980.13<br><br>Total: $228,980.13 |
| Claim Number: 7417<br>Date Filed: 06/05/2006<br>Creditor's Name and Address:<br><br>HENDRICKSON DAVID<br>1012 NOTTINGHAM LN<br>KOKOMO, IN 46902-9551 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br><br>Total: UNL | Claim Number: 16718<br>Date Filed: 10/04/2007<br>Creditor's Name and Address:<br><br>HENDRICKSON<br>1012 NOTTINGHAM LN<br>KOKOMO, IN 46902 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br><br>Total: UNL |
| Claim Number: 16626<br>Date Filed: 07/17/2007<br>Creditor's Name and Address:<br><br>MILLWOOD INC DBA LIBERTY INDUSTRIES INC<br>KRUGLIAK WILKINS GRIFFITHS &<br>DOUGHERTY CO LPA<br>4775 MUNSON ST NW<br>PO BOX 36963<br>CANTON, OH 44735-6963 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $5,946.75<br>Administrative:<br>Unsecured: $214,220.75<br><br>Total: $220,167.50 | Claim Number: 10218<br>Date Filed: 07/21/2006<br>Creditor's Name and Address:<br><br>MILLWOOD INC DBA LIBERTY INDUSTRIES INC<br>KRUGLIAK WILKINS GRIFFITHS & DOUGHERTY CO LPA<br>4775 MUNSON ST NW<br>PO BOX 36963<br>CANTON, OH 44735-6963 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $55,995.04<br>Administrative:<br>Unsecured: $164,172.46<br><br>Total: $220,167.50 |
| Claim Number: 10847<br>Date Filed: 07/25/2006<br>Creditor's Name and Address:<br><br>SOSNOWCHIK THOMAS J<br>37407 S JADE CREST DR<br>TUCSON, AZ 85739 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br><br>Total: UNL | Claim Number: 16715<br>Date Filed: 09/27/2007<br>Creditor's Name and Address:<br><br>SOSNOWCHIK THOMAS J<br>37407 S JADE CREST DR<br>TUCSON, AZ 85739 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,442.00<br><br>Total: $76,442.00 |

**Total Claims to be Expunged:** 4

**Total Asserted Amount to be Expunged:** $586,505.67

*UNL denotes an unliquidated claim

In re Delphi Corporation, et al.                                    Twenty-Second Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT B - EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BILL R WAGGERMAN<br>34850 MISSION BELLVIEW<br>LOUISBURG, KS 66053-7175 | 5550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/10/2006 | DELPHI CORPORATION<br>(05-44481) |
| BILLY GENE ISENHOWER<br>414 WINTERBROOK<br>OLATHE, KS 66062-1805 | 5813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/15/2006 | DELPHI CORPORATION<br>(05-44481) |
| DARLENE I MORRISON<br>239 LAUREL ST<br>YOUNGSTOWN, OH 44505-1923 | 7266 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| DONALD J MOSES<br>1206 WILSON<br>STURGIS, MI 49091-2247 | 13516 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| ETTA MARIE WALTON<br>659 W 400S<br>SHELBYVILLE, IN 46176-9317 | 7715 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| EUGENE J PETERSON AS<br>PETERSON UTHE MD UNIFORM<br>GIFTS TO MINORS ACT<br>229 MARSH ISLAND DR<br>CHESAPEAKE, VA 23320-9245 | 8499 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| HOWARD L WEBER AND SHIRLEY E<br>WEBER JT TEN<br>35652 JOHNSTOWN RD<br>FARMINGTON HILLS, MI 48335-2015 | 4131 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| JAY V DAVENPORT<br>113 VENUS WAY<br>BONAIRE, GA 31005-3337 | 6512 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/22/2006 | DELPHI CORPORATION<br>(05-44481) |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT B - EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JERRY JAGER JR<br>4545 HWY 589<br>SUMRALL, MS 39482-3978 | 4340 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| MARK S WALERZAK<br>10371 ST JOHN DR<br>ALGONAC, MI 48001-4241 | 9203 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| SAM HOWARD JR<br>2205 LILAC CIRCLE<br>MCKINNEY, TX 75071 | 7813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/12/2006 | DELPHI CORPORATION (05-44481) |
| VIOLA F CHRISTOPHER<br>4795 GRAN RIVER GLEN<br>DULUTH, GA 30096 | 3682 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| WILLIAM P UNRATH<br>310 TRAVERSE DR<br>PITTSBURGH, PA 15236-4463 | 5673 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/12/2006 | DELPHI CORPORATION (05-44481) |
| WILLIAM P UNRATH SR AND<br>MARLENE UNRATH TEN ENT<br>310 TRAVERSE DR<br>PITTSBURGH, PA 15236-4463 | 5674 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/12/2006 | DELPHI CORPORATION (05-44481) |
| ZOFKO MARTIN<br>8978 ALTURA DR NE<br>WARREN, OH 44484 | 16084 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |

Total:    15    UNL

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**    **Twenty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JANET M GORDON<br>20437 ARDMORE<br>DETROIT, MI 48235-1510 | 11157 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| OLD DOMINION FREIGHT LINE I<br>PO BOX 60908<br>CHARLOTTE, NC 28260 | 4424 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,715.40<br>$3,715.40 | 05/02/2006 | DELPHI CORPORATION<br>(05-44481) |
| Total: | 2 | $3,715.40 | | | |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                    Twenty-Second Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DANIEL F YOUNG INC<br>1235 WESTLAKES DR STE 255<br>BERWYN, PA 19312 | 7745 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$300.00<br>$300.00 | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| HIRSCHMANN AUTOMOTIVE GMBH<br>405 LEXINGTON AVE 42ND FL<br>NEW YORK, NY 10174 | 2280 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$224,681.70<br>$224,681.70 | 03/10/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ITAPSA S A DE C V<br>ATTN C MENDELJIAN<br>1101 TECHNOLOGY DR 100<br>ANN ARBOR, MI 48108 | 9512 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $221,044.31<br><br><br>$51,085.79<br>$272,130.10 | 07/14/2006 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF CARBY CORPORATION<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 15491 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,340.00<br>$5,340.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SABIN METAL CORPORATION<br>300 PANTIGO PL<br>STE 102<br>EAST HAMPTON, NY 11937 | 8510 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,583.35<br>$10,583.35 | 06/26/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| SEMITOOL INC<br>PO BOX 60000 FILE 72530<br>SAN FRANCISCO, CA 94160-2530 | 5208 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,480.05<br>$5,480.05 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| THYSSENKRUPP ELEVATOR<br>1500 S SUNKIST ST STE B<br>ANAHEIM, CA 92806 | 5646 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>$69.63<br>$69.63 | 05/11/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| TNT LOGISTICS NORTH AMERICA IN<br>10751 DEERWOOD PK BLVD STE 200<br>JACKSONVILLE, FL 32256 | 6940 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$14,465.00<br>$14,465.00 | 05/26/2006 | DELPHI CORPORATION (05-44481) |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**   Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| Total: | 8 | $533,049.83 | | |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**    **Twenty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D-2 - BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF ALABAMA DEPARTMENT OF REVENUE PO BOX 320001 MONTGOMERY, AL 36132-0001 | 1775 | Secured: Priority: Administrative: Unsecured: Total: | $157,059.64 $157,059.64 | 02/06/2006 | DELPHI CORPORATION (05-44481) |

|  | **Total:** | **1** | **$157,059.64** |  |  |

**In re Delphi Corporation, et al.**                    Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT D-3 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SCOTT DARRYL REESE<br>C O 329 BASKET BRANCH<br>OXFORD, MI 48371-6359 | 16709 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,844.62<br><br><br>$40,844.62 | 09/18/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$40,844.62** | | |

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Second Omnibus Claims Objection

## EXHIBIT D-4 - BOOKS AND RECORDS CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS *

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 1139 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$93,039.28<br>$93,039.28 | 12/13/2005 | DELPHI CORPORATION<br>(05-44481) |
| BERKSHIRE INVESTMENTS LLC<br>CHICAGO EXTRUDED METALS CO<br>1601 S 54TH AVE<br>CICERO, IL 60804 | 9653 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $177,062.67<br><br><br><br>$177,062.67 | 07/17/2006 | DELPHI CORPORATION<br>(05-44481) |
| CARLISLE PLASTICS COMPANY INC<br>320 S OHIO AVE<br>PO BOX 146<br>NEW CARLISLE, OH 45344-0146 | 190 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,178.68<br>$3,178.68 | 10/28/2005 | DELPHI CORPORATION<br>(05-44481) |
| GORMAN JOHN M CO INC<br>2844 KEENAN AVE<br>DAYTON, OH 45414-4914 | 11937 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$17,280.45<br>$17,280.45 | 07/28/2006 | DELPHI CORPORATION<br>(05-44481) |
| HYDRA AIR INC<br>8208 INDY LN<br>INDIANAPOLIS, IN 46214-2326 | 15353 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$930.45<br>$930.45 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| VLR EMBEDDED INC<br>3035 W 15TH ST<br>PLANO, TX 75075 | 285 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$59,571.89<br>$59,571.89 | 11/02/2005 | DELPHI CORPORATION<br>(05-44481) |

**Total:** **6**   **$351,063.42**

*The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**    Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

**EXHIBIT E - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PIETRA JAMES<br>1130 SUZYLYNN<br>YOUNGSTOWN, OH 44512 | 16717 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/05/2007 | DELPHI CORPORATION<br>(05-44481) |
| Total: | 1 | UNL | | | |

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 809**
Date Filed: 11/22/2005
Docketed Total: $ 450,022.77
Filing Creditor Name and Address:
  AMERICAN ELECTRIC POWER
  PO BOX 2021
  ROANOKE, VA 24022-2121

Claim Holder Name and Address

AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121

Docketed Total: **$450,022.77**

Modified Total: **$438,359.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $450,022.77 |
| | | | **$450,022.77** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $438,359.65 |
| | | | **$438,359.65** |

---

**Claim: 1127**
Date Filed: 12/12/2005
Docketed Total: $ 46,327.72
Filing Creditor Name and Address:
  APOLLO SEIKO LTD
  1861 WILLOWCREEK RD
  PORTAGE, IN 46368

Claim Holder Name and Address

APOLLO SEIKO LTD
1861 WILLOWCREEK RD
PORTAGE, IN 46368

Docketed Total: **$46,327.72**

Modified Total: **$11,980.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $46,327.72 |
| | | | **$46,327.72** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,900.51 |
| 05-44567 | | | $5,080.24 |
| | | | **$11,980.75** |

---

**Claim: 1504**
Date Filed: 01/10/2006
Docketed Total: $ 268,362.48
Filing Creditor Name and Address:
  AVAYA INC
  PO BOX 5126
  TIMONIUM, MD 21094

Claim Holder Name and Address

AVAYA INC
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: **$268,362.48**

Modified Total: **$268,362.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44596 | | | $268,362.48 |
| | | | **$268,362.48** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $268,362.48 |
| | | | **$268,362.48** |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**
Claim: 2220
Date Filed: 03/07/2006
Docketed Total: $ 31,894.35
Filing Creditor Name and Address:
BOC GASES
575 MTN AVE
MURRAY HILL, NJ 07974

**CLAIM AS DOCKETED**
Claim Holder Name and Address

BOC GASES
575 MTN AVE
MURRAY HILL, NJ 07974

Docketed Total: **$31,894.35**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,894.35 |
| | | | **$31,894.35** |

**CLAIM AS MODIFIED**
Modified Total: **$27,141.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $2,033.58 |
| 05-44640 | | | $25,107.66 |
| | | | **$27,141.24** |

---

**CLAIM TO BE MODIFIED**
Claim: 8726
Date Filed: 06/28/2006
Docketed Total: $ 195,108.90
Filing Creditor Name and Address:
COMARK INC
C O INSIGHT ENTERPRISES INC
1305 W AUTO DR
TEMPE, AZ 85284

**CLAIM AS DOCKETED**
Claim Holder Name and Address

COMARK INC
C O INSIGHT ENTERPRISES INC
1305 W AUTO DR
TEMPE, AZ 85284

Docketed Total: **$195,108.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $195,108.90 |
| | | | **$195,108.90** |

**CLAIM AS MODIFIED**
Modified Total: **$57,579.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $57,579.00 |
| | | | **$57,579.00** |

---

**CLAIM TO BE MODIFIED**
Claim: 7742
Date Filed: 06/09/2006
Docketed Total: $ 4,275.00
Filing Creditor Name and Address:
DANIEL F YOUNG INC
1235 WESTLAKES DR STE 255
BERWYN, PA 19312

**CLAIM AS DOCKETED**
Claim Holder Name and Address

DANIEL F YOUNG INC
1235 WESTLAKES DR STE 255
BERWYN, PA 19312

Docketed Total: **$4,275.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,275.00 |
| | | | **$4,275.00** |

**CLAIM AS MODIFIED**
Modified Total: **$4,275.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,275.00 |
| | | | **$4,275.00** |

*See Exhibit H for a listing of debtor entities by case number.

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7746**
Date Filed: 06/09/2006
Docketed Total: $ 200.02
Filing Creditor Name and Address:
  DANIEL F YOUNG INC
  1235 WESTLAKES DR STE 255
  BERWYN, PA 19312

Claim Holder Name and Address
  DANIEL F YOUNG INC      Docketed Total:    **$200.02**
  1235 WESTLAKES DR STE 255
  BERWYN, PA 19312

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $200.02 |
| | | | **$200.02** |

Modified Total:    **$200.02**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $200.02 |
| | | | **$200.02** |

---

**Claim: 495**
Date Filed: 11/10/2005
Docketed Total: $ 443,501.01
Filing Creditor Name and Address:
  DAYCO PRODUCTS LLC DBA
  MARK IV AUTOMOTIVE
  DAYCO PRODUCTS MARK IV
  AUTOMOTIVE
  1955 ENTERPRISE DR
  ROCHESTER HILLS, MI 48309

Claim Holder Name and Address
  DAYCO PRODUCTS LLC DBA MARK    Docketed Total:    **$443,501.01**
  IV AUTOMOTIVE
  DAYCO PRODUCTS MARK IV
  AUTOMOTIVE
  1955 ENTERPRISE DR
  ROCHESTER HILLS, MI 48309

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $443,501.01 |
| | | | **$443,501.01** |

Modified Total:    **$45,902.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,902.00 |
| | | | **$45,902.00** |

---

**Claim: 9552**
Date Filed: 07/17/2006
Docketed Total: $ 15,807.88
Filing Creditor Name and Address:
  E S INVESTMENTS
  SUN MICROSTAMPING
  TECHNOLOGIES
  14055 US HIGHWAY 19 N
  CLEARWATER, FL 33764

Claim Holder Name and Address
  E S INVESTMENTS      Docketed Total:    **$15,807.88**
  SUN MICROSTAMPING
  TECHNOLOGIES
  14055 US HIGHWAY 19 N
  CLEARWATER, FL 33764

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $15,807.88 |
| | | | **$15,807.88** |

Modified Total:    **$7,119.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $7,119.82 |
| | | | **$7,119.82** |

---

*See Exhibit H for a listing of debtor entities by case number.

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6445<br>Date Filed: 05/22/2006<br>Docketed Total: $ 369,003.36<br>Filing Creditor Name and Address:<br>EQUITY INDUSTRIAL<br>1101 N ELLSWORTH AVE<br>VILLA PARK, IL 60181 | Claim Holder Name and Address<br><br>EQUITY INDUSTRIAL<br>1101 N ELLSWORTH AVE<br>VILLA PARK, IL 60181 | | Docketed Total: | $369,003.36 | | | Modified Total: | $318,036.30 |
| | Case Number*<br>05-44481 | Secured<br>$41,604.69<br><br>$41,604.69 | Priority | Unsecured<br>$327,398.67<br><br>$327,398.67 | Case Number*<br>05-44481<br>05-44640 | Secured<br>$0.00<br><br>$0.00 | Priority | Unsecured<br>$318,036.30<br><br>$318,036.30 |
| Claim: 15224<br>Date Filed: 07/31/2006<br>Docketed Total: $ 228,980.13<br>Filing Creditor Name and Address:<br>GIBBS DIE CASTING<br>CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535 | Claim Holder Name and Address<br><br>GIBBS DIE CASTING CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204-3535 | | Docketed Total: | $228,980.13 | | | Modified Total: | $112,290.32 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$228,980.13<br><br>$228,980.13 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$112,290.32<br><br>$112,290.32 |
| Claim: 9011<br>Date Filed: 07/05/2006<br>Docketed Total: $ 148,939.15<br>Filing Creditor Name and Address:<br>HELLA INC<br>PO BOX 2665<br>PEACHTREE, GA 30269 | Claim Holder Name and Address<br><br>HELLA INC<br>PO BOX 2665<br>PEACHTREE, GA 30269 | | Docketed Total: | $148,939.15 | | | Modified Total: | $131,645.84 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$148,939.15<br><br>$148,939.15 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$131,645.84<br><br>$131,645.84 |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11169-1    Filed 11/29/07    Entered 11/30/07 13:45:26    Exhibit A
-G11    Pg 15 of 50

Twenty-Second Omnibus Claims Objection

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9035**
Date Filed: 07/05/2006
Docketed Total: $ 66,093.81
Filing Creditor Name and Address:
  HISCO INC
  6650 CONCORD PARK DR
  HOUSTON, TX 77040

Claim Holder Name and Address

HISCO INC
6650 CONCORD PARK DR
HOUSTON, TX 77040

Docketed Total:    **$66,093.81**

Modified Total:    **$49,653.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $66,093.81 |
| | | | **$66,093.81** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $1,247.00 |
| 05-44507 | | | $11,110.81 |
| 05-44640 | | | $27,380.98 |
| 05-44567 | | | $9,914.26 |
| | | | **$49,653.05** |

---

**Claim: 5111**
Date Filed: 05/08/2006
Docketed Total: $ 28,951.86
Filing Creditor Name and Address:
  J V EQUIPMENT INC
  PO BOX 509
  EDINBURG, TX 78540

Claim Holder Name and Address

J V EQUIPMENT INC
PO BOX 509
EDINBURG, TX 78540

Docketed Total:    **$28,951.86**

Modified Total:    **$26,583.33**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $28,951.86 |
| | | | **$28,951.86** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $26,583.33 |
| | | | **$26,583.33** |

---

**Claim: 15565**
Date Filed: 07/31/2006
Docketed Total: $ 112,181.25
Filing Creditor Name and Address:
  KAC HOLDINGS INC DBA KESTER
  KESTER
  515 E TOUHY AVE
  DES PLAINES, IL 60018

Claim Holder Name and Address

KAC HOLDINGS INC DBA KESTER
KESTER
515 E TOUHY AVE
DES PLAINES, IL 60018

Docketed Total:    **$112,181.25**

Modified Total:    **$102,735.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $112,181.25 |
| | | | **$112,181.25** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $102,735.75 |
| | | | **$102,735.75** |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2149**
Date Filed: 02/28/2006
Docketed Total: $ 37,321.58
Filing Creditor Name and Address:
KOM LAMB INC
355 COMMERCE DR
AMHERST, NY 14228

Claim Holder Name and Address

KOM LAMB INC
355 COMMERCE DR
AMHERST, NY 14228

Docketed Total: **$37,321.58**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $37,321.58 |
| | | | **$37,321.58** |

Modified Total: **$37,321.58**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,321.58 |
| | | | **$37,321.58** |

---

**Claim: 9756**
Date Filed: 07/18/2006
Docketed Total: $ 1,196,741.86
Filing Creditor Name and Address:
KOYO CORPORATION OF USA
TAFT STETTINIUS & HOLLISTER
LLP
3500 BP TOWER 200 PUBLIC
SQUARE
CLEVELAND, OH 44114

Claim Holder Name and Address

KOYO CORPORATION OF USA
TAFT STETTINIUS & HOLLISTER LLP
3500 BP TOWER 200 PUBLIC SQUARE
CLEVELAND, OH 44114

Docketed Total: **$897,905.68**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $897,905.68 |
| | | | **$897,905.68** |

Modified Total: **$1,127,950.91**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,127,950.91 |
| 05-44481 | | $0.00 | |
| | | **$0.00** | **$1,127,950.91** |

---

**Claim: 9832**
Date Filed: 07/18/2006
Docketed Total: $ 268,853.90
Filing Creditor Name and Address:
LDI INCORPORATED
4311 PATTERSON
GRAND RAPIDS, MI 49512

Claim Holder Name and Address

LDI INCORPORATED
4311 PATTERSON
GRAND RAPIDS, MI 49512

Docketed Total: **$268,853.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $268,853.90 |
| | | | **$268,853.90** |

Modified Total: **$221,285.87**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $221,285.87 |
| | | | **$221,285.87** |

---

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 523<br>Date Filed: 11/14/2005<br>Docketed Total: $ 557,641.90<br>Filing Creditor Name and Address:<br>MARKETING SPECIALTIES MSI<br>PACKAGING<br>5010 W 81ST ST<br>INDIANAPOLIS, IN 46268 | Claim Holder Name and Address<br><br>MARKETING SPECIALTIES MSI<br>PACKAGING<br>5010 W 81ST ST<br>INDIANAPOLIS, IN 46268 | | Docketed Total: | **$557,641.90** | | | Modified Total: | **$293,905.45** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$557,641.90 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$293,905.45 |
| | | | | **$557,641.90** | | | | **$293,905.45** |
| Claim: 5986<br>Date Filed: 05/16/2006<br>Docketed Total: $ 523.37<br>Filing Creditor Name and Address:<br>MICHIANA DELIVERY SERVICES<br>2220 S 11TH ST<br>NILES, MI 49120-4410 | Claim Holder Name and Address<br><br>MICHIANA DELIVERY SERVICES<br>2220 S 11TH ST<br>NILES, MI 49120-4410 | | Docketed Total: | **$523.37** | | | Modified Total: | **$523.37** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$523.37 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$523.37 |
| | | | | **$523.37** | | | | **$523.37** |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1746**
Date Filed: 02/02/2006
Docketed Total: $ 3,821,082.86
Filing Creditor Name and Address:
MOLEX CONNECTOR
CORPORATION
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 SEARS TOWER
CHICAGO, IL 60606

**CLAIM AS DOCKETED**

Claim Holder Name and Address

TPG CREDIT OPPORTUNITIES
INVESTORS LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total:    $620,925.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $620,925.96 |
| | | | $620,925.96 |

**CLAIM AS MODIFIED**

Modified Total:    $4,869.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $4,467.78 |
| 05-44624 | | | $402.00 |
| | | | $4,869.78 |

Claim Holder Name and Address

TPG CREDIT STRATEGIES FUND LP
ATTN SHELLEY HARTMAN
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total:    $3,200,156.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,200,156.90 |
| | | | $3,200,156.90 |

Modified Total:    $3,636,441.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,636,441.29 |
| | | | $3,636,441.29 |

---

**Claim: 7991**
Date Filed: 06/14/2006
Docketed Total: $ 207,618.66
Filing Creditor Name and Address:
MOLEX CONNECTOR
CORPORATION
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 SEARS TOWER
CHICAGO, IL 60606

Claim Holder Name and Address

MOLEX CONNECTOR
CORPORATION
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 SEARS TOWER
CHICAGO, IL 60606

Docketed Total:    $207,618.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $207,618.66 |
| | | | $207,618.66 |

Modified Total:    $207,485.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $207,485.70 |
| | | | $207,485.70 |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11169-1    Filed 11/29/07    Entered 11/30/07 13:45:26    Exhibit A
-G11    Pg 19 of 50

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 1887**
Date Filed: 02/07/2006
Docketed Total: $ 5,115.85
Filing Creditor Name and Address:
NATIONAL FUEL GAS
DISTRIBUTION CORP
6363 MAIN ST
WILLIAMSVILLE, NY 14221

Claim Holder Name and Address
NATIONAL FUEL GAS
DISTRIBUTION CORP
6363 MAIN ST
WILLIAMSVILLE, NY 14221

Docketed Total: **$5,115.85**

Modified Total: **$5,115.85**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,115.85 | 05-44640 | | | $5,115.85 |
| | | | **$5,115.85** | | | | **$5,115.85** |

**Claim: 1671**
Date Filed: 01/25/2006
Docketed Total: $ 19,545.00
Filing Creditor Name and Address:
NORFOLK SOUTHERN RAILWAY
COMPANY
THREE COMMERCIAL PL
NORFOLK, VA 23510-2191

Claim Holder Name and Address
NORFOLK SOUTHERN RAILWAY
COMPANY
THREE COMMERCIAL PL
NORFOLK, VA 23510-2191

Docketed Total: **$19,545.00**

Modified Total: **$19,545.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44596 | | | $19,545.00 | 05-44640 | | | $19,545.00 |
| | | | **$19,545.00** | | | | **$19,545.00** |

**Claim: 13562**
Date Filed: 07/31/2006
Docketed Total: $ 866,697.79
Filing Creditor Name and Address:
OBERG INDUSTRIES INC
2301 SILVERVILLE RD
FREEPORT, PA 16229

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: **$866,697.79**

Modified Total: **$572,827.52**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $866,697.79 | 05-44640 | | | $572,827.52 |
| | | | **$866,697.79** | | | | **$572,827.52** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11169-1    Filed 11/29/07    Entered 11/30/07 13:45:26    Exhibit A
-G11    Pg 20 of 50

Twenty-Second Omnibus Claims Objection

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14737**
Date Filed: 07/31/2006
Docketed Total: $ 167,907.45
Filing Creditor Name and Address:
ONYX INDUSTRIAL SERVICES INC
6151 EXECUTIVE BLVD
HUBER HEIGHTS, OH 45424-1440

Claim Holder Name and Address
ONYX INDUSTRIAL SERVICES INC
6151 EXECUTIVE BLVD
HUBER HEIGHTS, OH 45424-1440

Docketed Total: **$167,907.45**

Modified Total: **$138,341.97**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $167,907.45 |
| | | | **$167,907.45** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $138,341.97 |
| | | | **$138,341.97** |

---

**Claim: 2596**
Date Filed: 04/10/2006
Docketed Total: $ 50,654.52
Filing Creditor Name and Address:
OTIS ELEVATOR COMPANY
1 FARM SPRINGS RD
FARMINGTON, CT 06032

Claim Holder Name and Address
OTIS ELEVATOR COMPANY
1 FARM SPRINGS RD
FARMINGTON, CT 06032

Docketed Total: **$50,654.52**

Modified Total: **$41,049.28**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $50,654.52 |
| | | | **$50,654.52** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,049.28 |
| | | | **$41,049.28** |

---

**Claim: 138**
Date Filed: 10/27/2005
Docketed Total: $ 183,710.75
Filing Creditor Name and Address:
OVERNITE TRANSPORTATION A
UPS COMPANY
PO BOX 1216
RICHMOND, VA 23218-1216

Claim Holder Name and Address
OVERNITE TRANSPORTATION A
UPS COMPANY
PO BOX 1216
RICHMOND, VA 23218-1216

Docketed Total: **$183,710.75**

Modified Total: **$164,378.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $183,710.75 |
| | | | **$183,710.75** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $164,313.24 |
| 05-44612 | | | $65.00 |
| | | | **$164,378.24** |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2312<br>Date Filed: 03/16/2006<br>Docketed Total: $ 46,627.72<br>Filing Creditor Name and Address:<br>PANTHER II TRANSPORTATION<br>4940 PANTHER PKWY<br>SEVILLE, OH 44273 | Claim Holder Name and Address<br><br>PANTHER II TRANSPORTATION<br>4940 PANTHER PKWY<br>SEVILLE, OH 44273 | Docketed Total: | | $46,627.72 | | | Modified Total: | $46,627.72 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$46,627.72<br><br>**$46,627.72** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$46,627.72<br><br>**$46,627.72** |
| Claim: 2406<br>Date Filed: 03/27/2006<br>Docketed Total: $ 87,316.56<br>Filing Creditor Name and Address:<br>QUALITY LOGISTICAL SERVICES<br>PO BOX 12030<br>3525 CAPITAL CITY BLVD<br>LANSING, MI 48901-2030 | Claim Holder Name and Address<br><br>QUALITY LOGISTICAL SERVICES<br>PO BOX 12030<br>3525 CAPITAL CITY BLVD<br>LANSING, MI 48901-2030 | Docketed Total: | | $87,316.56 | | | Modified Total: | $70,681.28 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$87,316.56<br><br>**$87,316.56** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$70,681.28<br><br>**$70,681.28** |
| Claim: 6528<br>Date Filed: 05/22/2006<br>Docketed Total: $ 397,218.17<br>Filing Creditor Name and Address:<br>REXEL INC<br>1049 PRINCE GEORGES BLVD<br>UPPER MARLBORO, MD 20774 | Claim Holder Name and Address<br><br>REXEL INC<br>1049 PRINCE GEORGES BLVD<br>UPPER MARLBORO, MD 20774 | Docketed Total: | | $397,218.17 | | | Modified Total: | $397,218.17 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$397,218.17<br><br>**$397,218.17** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$397,218.17<br><br>**$397,218.17** |
| Claim: 9510<br>Date Filed: 07/14/2006<br>Docketed Total: $ 98,815.73<br>Filing Creditor Name and Address:<br>SIMPLEX GRINNELL<br>50 TECHONOLOGY DR<br>WESTMINSTER, MA 01441 | Claim Holder Name and Address<br><br>SIMPLEX GRINNELL<br>50 TECHONOLOGY DR<br>WESTMINSTER, MA 01441 | Docketed Total: | | $98,815.73 | | | Modified Total: | $98,244.45 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$98,815.73<br><br>**$98,815.73** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$98,244.45<br><br>**$98,244.45** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11169-1    Filed 11/29/07    Entered 11/30/07 13:45:26    Exhibit A
-G11    Pg 22 of 50

Twenty-Second Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10230**
Date Filed: 07/21/2006
Docketed Total: $ 251,814.20
Filing Creditor Name and Address:
STANDARD MOTOR PRODUCTS INC
37 18 NORTHERN BVD
LONG ISLAND CITY, NY 11101-1016

Claim Holder Name and Address
STANDARD MOTOR PRODUCTS INC
37 18 NORTHERN BVD
LONG ISLAND CITY, NY 11101-1016

Docketed Total: **$251,814.20**

Modified Total: **$234,479.22**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $251,814.20 |
| | | | **$251,814.20** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $234,479.22 |
| | | | **$234,479.22** |

---

**Claim: 211**
Date Filed: 10/31/2005
Docketed Total: $ 5,697.46
Filing Creditor Name and Address:
STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335

Claim Holder Name and Address
STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335

Docketed Total: **$5,697.46**

Modified Total: **$5,697.46**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,697.46 |
| | | | **$5,697.46** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,697.46 |
| | | | **$5,697.46** |

---

**Claim: 213**
Date Filed: 10/31/2005
Docketed Total: $ 8,496.00
Filing Creditor Name and Address:
STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335

Claim Holder Name and Address
STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335

Docketed Total: **$8,496.00**

Modified Total: **$8,496.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,496.00 |
| | | | **$8,496.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,496.00 |
| | | | **$8,496.00** |

*See Exhibit H for a listing of debtor entities by case number.

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 215**
Date Filed: 10/31/2005
Docketed Total: $ 9,712.11
Filing Creditor Name and Address:
STAR SU STAR CUTTER
COMPANY AKA STAR CUT SALES
GOLD STAR COATING AND STAR
SU LLC
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335

Claim Holder Name and Address
STAR SU STAR CUTTER COMPANY
AKA STAR CUT SALES GOLD STAR
COATING AND STAR SU LLC
23461 INDUSTRIAL PARK DR
FARMINGTON HILLS, MI 48335     Docketed Total:     **$9,712.11**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,712.11 |
| | | | **$9,712.11** |

Modified Total:     **$9,712.11**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,712.11 |
| | | | **$9,712.11** |

---

**Claim: 1914**
Date Filed: 02/08/2006
Docketed Total: $ 34,795.00
Filing Creditor Name and Address:
UNHOLTZ DICKIE
CORPORATION
6 BROOKSIDE DR
WALLINGFORD, CT 06492

Claim Holder Name and Address
UNHOLTZ DICKIE CORPORATION
6 BROOKSIDE DR
WALLINGFORD, CT 06492     Docketed Total:     **$34,795.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $34,795.00 |
| | | | **$34,795.00** |

Modified Total:     **$34,795.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $7,895.00 |
| 05-44640 | | | $25,800.00 |
| 05-44624 | | | $1,100.00 |
| | | | **$34,795.00** |

---

**Claim: 9844**
Date Filed: 07/18/2006
Docketed Total: $ 18,580.00
Filing Creditor Name and Address:
UNION PACIFIC RAILROAD
COMPANY
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179-1580

Claim Holder Name and Address
UNION PACIFIC RAILROAD
COMPANY
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179-1580     Docketed Total:     **$18,580.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $18,580.00 |
| | | | **$18,580.00** |

Modified Total:     **$945.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $945.00 |
| | | | **$945.00** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11169-1    Filed 11/29/07    Entered 11/30/07 13:45:26    Exhibit A
-G11    Pg 24 of 50

Twenty-Second Omnibus Claims Objection

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 9850**
Date Filed: 07/18/2006
Docketed Total: $ 89,553.73
Filing Creditor Name and Address:
UNION PACIFIC RAILROAD
COMPANY
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179-1580

Claim Holder Name and Address
UNION PACIFIC RAILROAD COMPANY
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179-1580

Docketed Total: **$89,553.73**

Modified Total: **$50,961.60**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $89,553.73 | 05-44640 | | | $50,961.60 |
| | | | **$89,553.73** | | | | **$50,961.60** |

**Claim: 11434**
Date Filed: 07/27/2006
Docketed Total: $ 46,954.68
Filing Creditor Name and Address:
UNISOURCE WORLDWIDE INC
6600 GOVERNORS LAKE PKY
NORCROSS, GA 30071-1114

Claim Holder Name and Address
UNISOURCE WORLDWIDE INC
6600 GOVERNORS LAKE PKY
NORCROSS, GA 30071-1114

Docketed Total: **$46,954.68**

Modified Total: **$15,184.47**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $46,954.68 | 05-44640 | | | $15,184.47 |
| | | | **$46,954.68** | | | | **$15,184.47** |

**Claim: 14999**
Date Filed: 07/31/2006
Docketed Total: $ 34,816.85
Filing Creditor Name and Address:
W W GRAINGER INC
MCDERMOTT WILL & EMERY LLP
227 W MONROE ST STE 4400
CHICAGO, IL 60606-5096

Claim Holder Name and Address
W W GRAINGER INC
MCDERMOTT WILL & EMERY LLP
227 W MONROE ST STE 4400
CHICAGO, IL 60606-5096

Docketed Total: **$34,816.85**

Modified Total: **$22,354.92**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $34,816.85 | 05-44507 | | | $159.84 |
| | | | | 05-44640 | | | $22,195.08 |
| | | | **$34,816.85** | | | | **$22,354.92** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11169-1    Filed 11/29/07    Entered 11/30/07 13:45:26    Exhibit A
-G11    Pg 25 of 50

Twenty-Second Omnibus Claims Objection

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 4645
Date Filed: 05/04/2006
Docketed Total: $ 31,753.59
Filing Creditor Name and Address:
WINKLE ELECTRIC CO INC
RMT ADD CHG 12 02 04 AM
PO BOX 6014
1900 HUBBARD RD
YOUNGSTOWN, OH 44501-6014

**CLAIM AS DOCKETED**

Claim Holder Name and Address

WINKLE ELECTRIC CO INC
RMT ADD CHG 12 02 04 AM
PO BOX 6014
1900 HUBBARD RD
YOUNGSTOWN, OH 44501-6014

Docketed Total:    **$31,753.59**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,753.59 |
| | | | **$31,753.59** |

**CLAIM AS MODIFIED**

Modified Total:    **$28,341.62**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,341.62 |
| | | | **$28,341.62** |

**Total Claims to be Modified: 42**

**Total Amount as Docketed: $10,955,216.98**

**Total Amount as Modified: $ 9,096,645.38**

*See Exhibit H for a listing of debtor entities by case number.

**EXHIBIT F-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16296<br>Date Filed: 09/08/2006<br>Docketed Total: $ 138,133.68<br>Filing Creditor Name and Address:<br>MARION COUNTY IN<br>200 E WASHINGTON ST RM 1001<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>MARION COUNTY IN    Docketed Total:    **$138,133.68**<br>200 E WASHINGTON ST RM 1001<br>INDIANAPOLIS, IN 46204 | Modified Total:    **$122,297.70** |

Claim 16296 detail:

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $138,133.68 | | 05-44640 | | $122,297.70 | |
| | | **$138,133.68** | | | | **$122,297.70** | |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14201<br>Date Filed: 08/02/2006<br>Docketed Total: $ 26,967.39<br>Filing Creditor Name and Address:<br>TOWN OF COALING ALABAMA<br>3001 SECOND AVE SOUTH<br>BIRMINGHAM, AL 35233 | Claim Holder Name and Address<br><br>TOWN OF COALING ALABAMA    Docketed Total:    **$26,967.39**<br>3001 SECOND AVE SOUTH<br>BIRMINGHAM, AL 35233 | Modified Total:    **$11,978.67** |

Claim 14201 detail:

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $26,967.39 | | 05-44640 | | $11,978.67 | |
| | | **$26,967.39** | | | | **$11,978.67** | |

**Total Claims to be Modified: 2**

**Total Amount as Docketed:  $165,101.07**

**Total Amount as Modified:  $ 134,276.37**

*See Exhibit H for a listing of debtor entities by case number.

Page 1 of 1

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11169-1    Filed 11/29/07    Entered 11/30/07 13:45:26    Exhibit A
-G11    Pg 27 of 50

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8373**
Date Filed: 06/22/2006
Docketed Total: $ 778,532.62
Filing Creditor Name and Address:
CAPSONIC AUTOMOTIVE INC
460 S SECOND ST
ELGIN, IL 60123

Claim Holder Name and Address

REDROCK CAPITAL PARTNERS LLC     Docketed Total:     **$778,532.62**
475 17TH ST STE 544
DENVER, CO 80202

Modified Total:     **$298,728.34**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $778,532.62 |
| | | | **$778,532.62** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,933.20 | $294,795.14 |
| | | **$3,933.20** | **$294,795.14** |

---

**Claim: 1745**
Date Filed: 02/02/2006
Docketed Total: $ 2,912,902.05
Filing Creditor Name and Address:
MOLEX CONNECTOR
CORPORATION
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 SEARS TOWER
CHICAGO, IL 60606

Claim Holder Name and Address

TPG CREDIT OPPORTUNITIES     Docketed Total:     **$473,346.58**
INVESTORS LP
ATTN SHELLEY HARTMAN
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Modified Total:     **$325,797.70**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $473,346.58 | |
| | | **$473,346.58** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $325,797.70 | |
| | | **$325,797.70** | |

Claim Holder Name and Address

TPG CREDIT STRATEGIES FUND LP     Docketed Total:     **$2,439,555.47**
ATTN SHELLEY HARTMAN
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Modified Total:     **$2,582,596.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,439,555.47 | |
| | | **$2,439,555.47** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,582,418.17 |
| 05-44567 | | | $178.72 |
| | | | **$2,582,596.89** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11169-1    Filed 11/29/07    Entered 11/30/07 13:45:26    Exhibit A
-G11    Pg 28 of 50

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11688<br>Date Filed: 07/27/2006<br>Docketed Total: $ 529,365.38<br>Filing Creditor Name and Address:<br>  MUBEA INC<br>  6800 INDUSTRIAL RD<br>  FLORENCE, KY 41042 | Claim Holder Name and Address<br><br>MUBEA INC<br>6800 INDUSTRIAL RD<br>FLORENCE, KY 41042 | Docketed Total: | | **$80,487.44** | | Modified Total: | | **$529,365.38** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $80,487.44 | 05-44640 | | $132,206.98 | $397,158.40 |
| | | | | **$80,487.44** | | | **$132,206.98** | **$397,158.40** |
| Claim: 16557<br>Date Filed: 02/28/2007<br>Docketed Total: $ 435,185.00<br>Filing Creditor Name and Address:<br>  PENN ALUMINUM<br>  INTERNATIONAL INC<br>  FAGELHABER LLC<br>  55 E MONROE ST<br>  40TH FLR<br>  CHICAGO, IL 60603 | Claim Holder Name and Address<br><br>PENN ALUMINUM INTERNATIONAL INC<br>FAGELHABER LLC<br>55 E MONROE ST<br>40TH FLR<br>CHICAGO, IL 60603 | Docketed Total: | | **$435,185.00** | | Modified Total: | | **$352,689.76** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $435,185.00 | 05-44640 | | $22,680.99 | $330,008.77 |
| | | | | **$435,185.00** | | | **$22,680.99** | **$330,008.77** |
| Claim: 14322<br>Date Filed: 07/31/2006<br>Docketed Total: $ 2,260,278.22<br>Filing Creditor Name and Address:<br>  PHILIPS OPTICAL STORAGE<br>  KIRKPATRICK & LOCKHART<br>  NICHOLSON GRAHAM LLP<br>  599 LEXINGTON AVE<br>  NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | **$2,260,278.22** | | Modified Total: | | **$2,139,229.81** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $2,260,278.22 | 05-44640 | | $34,369.12 | $2,104,860.69 |
| | | | | **$2,260,278.22** | | | **$34,369.12** | **$2,104,860.69** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11169-1    Filed 11/29/07    Entered 11/30/07 13:45:26    Exhibit A -G11    Pg 29 of 50

Twenty-Second Omnibus Claims Objection

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16584**
Date Filed: 03/21/2007
Docketed Total: $ 45,131.93
Filing Creditor Name and Address:
PLASTI CERT INC
801 NORTH SECOND STREET
HARRISBURG, PA 17102

Claim Holder Name and Address
PLASTI CERT INC
801 NORTH SECOND STREET
HARRISBURG, PA 17102
Docketed Total: **$45,131.93**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $30,985.93 | $14,146.00 |
| | | **$30,985.93** | **$14,146.00** |

Modified Total: **$45,131.93**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | $9,978.00 | $33,727.93 |
| 05-44539 | | | $1,426.00 |
| | | **$9,978.00** | **$35,153.93** |

---

**Claim: 987**
Date Filed: 12/05/2005
Docketed Total: $ 987,308.58
Filing Creditor Name and Address:
TESSY PLASTICS CORP
488 RT S W
ELBRIDGE, NY 13060

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070
Docketed Total: **$987,308.58**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $987,308.58 |
| | | | **$987,308.58** |

Modified Total: **$782,463.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $9,176.58 | $773,286.92 |
| | | **$9,176.58** | **$773,286.92** |

---

**Claim: 11437**
Date Filed: 07/27/2006
Docketed Total: $ 39,624.64
Filing Creditor Name and Address:
UNISOURCE WORLDWIDE INC
850 N ARLINGTON HEIGHTS RD
ITASCA, IL 60143

Claim Holder Name and Address
UNISOURCE WORLDWIDE INC
850 N ARLINGTON HEIGHTS RD
ITASCA, IL 60143
Docketed Total: **$39,624.64**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $5,500.00 | $34,124.64 |
| | | **$5,500.00** | **$34,124.64** |

Modified Total: **$29,956.76**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,543.84 | $24,412.92 |
| | | **$5,543.84** | **$24,412.92** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11169-1    Filed 11/29/07    Entered 11/30/07 13:45:26    Exhibit A
-G11    Pg 30 of 50

Twenty-Second Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 11074
Date Filed: 07/26/2006
Docketed Total: $ 285,140.66
Filing Creditor Name and Address:
  VIKING PLASTICS INC
  1 VIKING ST
  CORRY, PA 16407

Claim Holder Name and Address

ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total:    $279,593.31

Modified Total:    $250,708.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $279,593.31 |
| | | | $279,593.31 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,547.35 | $245,161.25 |
| | | $5,547.35 | $245,161.25 |

Total Claims to be Modified: 9

Total Amount as Docketed:  $8,273,469.08

Total Amount as Modified: $ 7,336,668.67

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11169-1    Filed 11/29/07    Entered 11/30/07 13:45:26    Exhibit A
-G11    Pg 31 of 50

Twenty-Second Omnibus Claims Objection

## EXHIBIT F-4 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 1683**
Date Filed: 01/26/2006
Docketed Total: $ 78,385.24
Filing Creditor Name and Address:
ALLIANCE PLASTICS EFT
3123 STATION RD
ERIE, PA 16510

Claim Holder Name and Address
ASM CAPITAL II LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total: **$78,385.24**

Modified Total: **$56,928.31**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $78,385.24 | 05-44640 | | | $56,928.31 |
| | | | **$78,385.24** | | | | **$56,928.31** |

**Claim: 471**
Date Filed: 11/10/2005
Docketed Total: $ 2,244,881.76
Filing Creditor Name and Address:
CORNING INCORPORATED
ONE RIVERFRONT PLZ
CORNING, NY 14831

Claim Holder Name and Address
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total: **$2,244,881.76**

Modified Total: **$118,655.13**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,244,881.76 | 05-44482 | | | $54,551.73 |
| | | | | 05-44640 | | | $64,103.40 |
| | | | **$2,244,881.76** | | | | **$118,655.13** |

**Claim: 5404**
Date Filed: 05/09/2006
Docketed Total: $ 429,262.62
Filing Creditor Name and Address:
JADA PRECISION PLASTICS CO
EFT INC
1667 EMERSON ST
ROCHESTER, NY 14606

Claim Holder Name and Address
JADA PRECISION PLASTICS CO EFT
INC
1667 EMERSON ST
ROCHESTER, NY 14606

Docketed Total: **$429,262.62**

Modified Total: **$407,198.84**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $429,262.62 | 05-44640 | | | $407,198.84 |
| | | | **$429,262.62** | | | | **$407,198.84** |

*See Exhibit H for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT F-4 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS \*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

Claim: 2032
Date Filed: 02/15/2006
Docketed Total: $ 49,782.58
Filing Creditor Name and Address:
  PROGRESSIVE STAMPING CO DE INC
  2807 SAMOSET RD
  ROYAL OAK, MI 48073-172

Claim Holder Name and Address

ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total:   $49,782.58

Modified Total:   $1,658.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $49,782.58 |
| | | | $49,782.58 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,658.56 |
| | | | $1,658.56 |

**Total Claims to be Modified: 4**

**Total Amount as Docketed:  $2,802,312.20**

**Total Amount as Modified:  $ 584,440.84**

*See Exhibit H for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

### EXHIBIT F-5 - MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim: 2071 | | | | | | | |
| Date Filed: 02/21/2006 | LONGACRE MASTER FUND LTD | Docketed Total: | **$3,608,175.78** | | Modified Total: | | **$693,940.36** |
| Docketed Total: $ 3,608,175.78 | 810 SEVENTH AVE 22ND FL | | | | | | |
| Filing Creditor Name and Address: | NEW YORK, NY 10019 | | | | | | |
| NGK AUTOMOTIVE CERAMICS USA INC | | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44484 | | $579,972.85 | $3,028,202.93 | 05-44482 | | $425,192.03 | $268,748.33 |
| | | **$579,972.85** | **$3,028,202.93** | | | **$425,192.03** | **$268,748.33** |

WARNER NORCROSS & JUDD LLP
2000 TOWN CTR STE 2700
SOUTHFIELD, MI 48075-1318

**Total Claims to be Modified: 1**

**Total Amount as Docketed: $3,608,175.78**

**Total Amount as Modified: $ 693,940.36**

*See Exhibit H for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.                    Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT G-1 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RADIALL JERRIK INC<br>102 W JULIE DR<br>TEMPE, AZ 85283 | 3711 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$6,345.00<br>$6,345.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |

Total:       1                         $6,345.00

**In re Delphi Corporation, et al.**  Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT G-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HIRSCHMANN CAR COMMUNICATIONS GMBH FULBRIGHT & JAWORSKI LLP 666 FIFTH AVE NEW YORK, NY 10103 | 14313 | Secured: Priority: Administrative: Unsecured: Total: | $263,963.41 $263,963.41 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JAMES HUTZ JR 6365 THOMPSON SHARPSVILLE RD FOWLER, OH 44418 | 3139 | Secured: Priority: Administrative: Unsecured: Total: | $2,157,683.93 $2,157,683.93 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| MORGAN ADVANCED CERAMICS DIAMONEX PRODUCTS DIV KILPATRICK STOCKTON LLP 1100 PEACHTREE ST STE 2800 ATLANTA, GA 30309 | 11534 | Secured: $550,547.81 Priority: Administrative: Unsecured: Total: | $550,547.81 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| SIEMENS VDO AUTOMOTIVE INC SACHNOFF & WEAVER LTD 10 S WACKER DR 40TH FL CHICAGO, IL 60606 | 2773 | Secured: Priority: Administrative: Unsecured: Total: | $2,291,767.58 $2,291,767.58 | 04/26/2006 | DELPHI CORPORATION (05-44481) |

Total:     **4**          **$5,263,962.73**

**In re Delphi Corporation, et al.**   Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT G-3 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A SCHULMAN INC<br>VORYS SATER SEYMOUR AND PEASE LLP<br>2100 ONE CLEVELAND CTR<br>1375 E NINTH ST<br>CLEVELAND, OH 44114 | 16627 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $134,297.99<br><br><br><br>$134,297.99 | 07/17/2007 | DELPHI CORPORATION (05-44481) |
| Total: | 1 | | $134,297.99 | | |

In re Delphi Corporation, et al.          Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT G-4 - ADJOURNED UNTIMELY BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| UNEMPLOYMENT INSURANCE AGENCY 3024 W GRAND BLVD STE 11 500 DETROIT, MI 48202-6024 | 16721 | Secured: Priority: Administrative: Unsecured: Total: | $1,651.43 $1,651.43 | 10/09/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | **$1,651.43** | | | |

**In re Delphi Corporation, et al.**   Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

### EXHIBIT G-5 - ADJOURNED BOOKS AND RECORDS CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS*

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SPCP GROUP LLC AS ASSIGNEE OF BEAVER MANUFACTURING COMPANY TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 14133 | Secured: Priority: Administrative: Unsecured: Total: | $267,469.05 $267,469.05 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$267,469.05** | | |

*The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT G-6 - ADJOURNED UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND 2699 WHITE RD STE 255 IRVINE, CA 92614 | 16716 | Secured: Priority: Administrative: Unsecured: Total: | $26,076.60 $26,076.60 | 09/26/2007 | DELPHI CORPORATION (05-44481) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION 33 WHITEHALL ST NEW YORK, NY 10004 | 16728 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 10/18/2007 | DELPHI CORPORATION (05-44481) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION TRIAL ATTORNEY 33 WHITEHALL ST NEW YORK, NY 10004 | 16727 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 10/18/2007 | DELPHI CORPORATION (05-44481) |

Total:    3                    $26,076.60

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**    Twenty-Second Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT G-7 - ADJOURNED UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COMMONWEALTH OF VIRGINIA DEPT OF TAXATION PO BOX 2156 RICHMOND, VA 23218 | 16729 | Secured: Priority: Administrative: Unsecured: Total: | $14,579.98 $14,579.98 | 10/18/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY PO BOX 30456 LANSING, MI 48909-7955 | 16724 | Secured: Priority: Administrative: Unsecured: Total: | $10,459,293.50 $10,459,293.50 | 10/17/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY PO BOX 30456 LANSING, MI 48909-7955 | 16725 | Secured: Priority: Administrative: Unsecured: Total: | $4,239.59 $4,239.59 | 10/17/2007 | DELPHI CORPORATION (05-44481) |

Total:    3    $10,478,113.07

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11169-1    Filed 11/29/07    Entered 11/30/07 13:45:26    Exhibit A -G11    Pg 41 of 50

Twenty-Second Omnibus Claims Objection

## EXHIBIT G-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10589<br>Date Filed: 07/25/2006<br>Docketed Total: $ 136,561.72<br>Filing Creditor Name and Address:<br>AMD INTERNATIONAL SALES & SERVICE LTD<br>915 DEGUIGNE DR<br>MS 251<br>SUNNYVALE, CA 94088-3453 | Claim Holder Name and Address<br><br>SPANSION LLC<br>915 DEGUIGNE DR M S 251<br>PO BOX 3453<br>SUNNYVALE, CA 94088-3453<br><br>Docketed Total: **$136,561.72** | Modified Total: **$33,973.92** |
| | Case Number*   Secured   Priority   Unsecured<br>05-44610                        $136,561.72<br><br>                                   **$136,561.72** | Case Number*   Secured   Priority   Unsecured<br>05-44610                        $33,973.92<br><br>                                   **$33,973.92** |
| Claim: 1544<br>Date Filed: 01/17/2006<br>Docketed Total: $ 49,857.50<br>Filing Creditor Name and Address:<br>GREAT NORTHERN TRANSPORTATION CO INC<br>5205 E VIENNA RD<br>CLIO, MI 48420 | Claim Holder Name and Address<br><br>GREAT NORTHERN TRANSPORTATION CO INC<br>5205 E VIENNA RD<br>CLIO, MI 48420<br><br>Docketed Total: **$49,857.50** | Modified Total: **$46,497.50** |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481               $49,857.50<br><br>                     **$49,857.50** | Case Number*   Secured   Priority   Unsecured<br>05-44640                        $46,497.50<br><br>                                   **$46,497.50** |
| Claim: 10019<br>Date Filed: 07/20/2006<br>Docketed Total: $ 63,903.24<br>Filing Creditor Name and Address:<br>GULLY TRANSPORTATION<br>3820 WISMAN LN<br>QUINCY, IL 62301 | Claim Holder Name and Address<br><br>GULLY TRANSPORTATION<br>3820 WISMAN LN<br>QUINCY, IL 62301<br><br>Docketed Total: **$63,903.24** | Modified Total: **$31,864.57** |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                        $63,903.24<br><br>                                   **$63,903.24** | Case Number*   Secured   Priority   Unsecured<br>05-44640                        $31,864.57<br><br>                                   **$31,864.57** |

*See Exhibit H for a listing of debtor entities by case number.

## EXHIBIT G-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16497**
Date Filed: 01/23/2007
Docketed Total: $ 606,089.00
Filing Creditor Name and Address:
HARCO INDUSTRIES INC
PO BOX 335
ENGLEWOOD, OH 45322

Claim Holder Name and Address
HARCO INDUSTRIES INC
PO BOX 335
ENGLEWOOD, OH 45322
Docketed Total: **$606,089.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $606,089.00 |
| | | | **$606,089.00** |

Modified Total: **$548,176.74**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $548,176.74 |
| | | | **$548,176.74** |

---

**Claim: 13967**
Date Filed: 07/31/2006
Docketed Total: $ 283,429.97
Filing Creditor Name and Address:
HUTCHINSON FTS INC
C O HALPERIN BATTAGLIA
RAICHT LLP
555 MADISON AVE 9TH FLOOR
NEW YORK, NY 10019

Claim Holder Name and Address
HUTCHINSON FTS INC
C O HALPERIN BATTAGLIA RAICHT
LLP
555 MADISON AVE 9TH FLOOR
NEW YORK, NY 10019
Docketed Total: **$283,429.97**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $283,429.97 |
| | | | **$283,429.97** |

Modified Total: **$274,165.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $274,165.53 |
| | | | **$274,165.53** |

---

**Claim: 7992**
Date Filed: 06/14/2006
Docketed Total: $ 881,213.67
Filing Creditor Name and Address:
MOLEX CONNECTOR
CORPORATION
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 SEARS TOWER
CHICAGO, IL 60606

Claim Holder Name and Address
MOLEX CONNECTOR
CORPORATION
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 SEARS TOWER
CHICAGO, IL 60606
Docketed Total: **$881,213.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $881,213.67 |
| | | | **$881,213.67** |

Modified Total: **$301,253.87**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $301,253.87 |
| | | | **$301,253.87** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Second Omnibus Claims Objection

## EXHIBIT G-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12136**
Date Filed: 07/28/2006
Docketed Total: $ 933,276.00
Filing Creditor Name and Address:
PEUGEOT JAPY INDUSTRIES S A
APICO INC
30600 TELEGRAPH RD STE 2183
BINGHAM FARMS, MI 48025

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$933,276.00**

Modified Total: **$830,000.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $933,276.00 | 05-44640 | | | $830,000.00 |
| | | | **$933,276.00** | | | | **$830,000.00** |

**Claim: 12399**
Date Filed: 07/28/2006
Docketed Total: $ 435,420.73
Filing Creditor Name and Address:
RASSINI SA DE CV
14500 BECK RD
PLYMOUTH, MI 48170

Claim Holder Name and Address
RASSINI SA DE CV
14500 BECK RD
PLYMOUTH, MI 48170

Docketed Total: **$435,420.73**

Modified Total: **$334,267.91**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $435,420.73 | 05-44640 | | | $334,267.91 |
| | | | **$435,420.73** | | | | **$334,267.91** |

**Claim: 2353**
Date Filed: 03/22/2006
Docketed Total: $ 1,373,431.35
Filing Creditor Name and Address:
SONY ERICSSON MOBILE
COMMUNICATIONS USA INC
7001 DEVELOPMENT DR
RESEARCH TRIANGLE PARK, NC
27709

Claim Holder Name and Address
LATIGO MASTER FUND LTD
590 MADISON AVE 9TH FL
NEW YORK, NY 10022

Docketed Total: **$1,373,431.35**

Modified Total: **$1,122,356.19**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,373,431.35 | 05-44640 | | | $1,122,356.19 |
| | | | **$1,373,431.35** | | | | **$1,122,356.19** |

*See Exhibit H for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Second Omnibus Claims Objection

### EXHIBIT G-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14147**
Date Filed: 07/31/2006
Docketed Total: $ 5,430,121.66
Filing Creditor Name and Address:
 SPCP GROUP LLC AS ASSIGNEE
 OF TEXTRON FASTENING
 SYSTEMS INC
 TWO GREENWICH PLZ 1ST FL
 GREENWICH, CT 06830

Claim Holder Name and Address

GOLDMAN SACHS CREDIT PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: **$5,430,121.66**

Modified Total: **$4,498,944.63**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $5,430,121.66 | | 05-44640 | | | $4,466,512.52 |
| | | | | | 05-44567 | | | $32,432.11 |
| | | | **$5,430,121.66** | | | | | **$4,498,944.63** |

**Claim: 5980**
Date Filed: 05/16/2006
Docketed Total: $ 9,225,767.18
Filing Creditor Name and Address:
 SPECIAL SITUATIONS INVESTING
 GROUP INC AS ASSIGNEE OF PBR
 KNOXVILLE LLC
 10215 CANEEL DR
 KNOXVILLE, TN 37931

Claim Holder Name and Address

PBR KNOXVILLE LLC
10215 CANEEL DR
KNOXVILLE, TN 37931

Docketed Total: **$68,308.80**

Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | $68,308.80 | | | | 05-44640 | | | $0.00 |
| | **$68,308.80** | | | | | | | **$0.00** |

Claim Holder Name and Address

SPECIAL SITUATIONS INVESTING GROUP INC
C O GOLDMAN SACHS & CO
85 BROAD ST 27TH FL
NEW YORK, NY 10004

Docketed Total: **$9,157,458.38**

Modified Total: **$9,157,458.38**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $9,157,458.38 | | 05-44640 | | | $9,157,458.38 |
| | | | **$9,157,458.38** | | | | | **$9,157,458.38** |

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.    Twenty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT G-8 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6956<br>Date Filed: 05/26/2006<br>Docketed Total: $ 1,332,006.89<br>Filing Creditor Name and Address:<br>THE GOODYEAR TIRE & RUBBER COMPANY<br>1444 E MARKET ST<br>AKRON, OH 44316 | Claim Holder Name and Address<br><br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Docketed Total: | | **$1,332,006.89** | | Modified Total: | | **$1,220,118.63** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,332,006.89 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,220,118.63 |
| | | | | **$1,332,006.89** | | | | **$1,220,118.63** |
| Claim: 7459<br>Date Filed: 06/05/2006<br>Docketed Total: $ 100,819.04<br>Filing Creditor Name and Address:<br>THOMAS ENGINEERING COMPANY<br>7024 NORTHLAND DR<br>BROOKLYN PARK, MN 55428 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Docketed Total: | | **$100,819.04** | | Modified Total: | | **$93,373.95** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$100,819.04 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$93,373.95 |
| | | | | **$100,819.04** | | | | **$93,373.95** |
| Claim: 13183<br>Date Filed: 07/31/2006<br>Docketed Total: $ 1,484,512.92<br>Filing Creditor Name and Address:<br>YAZAKI NORTH AMERICA INC<br>6601 HAGGERTY RD<br>CANTON, MI 48187 | Claim Holder Name and Address<br><br>YAZAKI NORTH AMERICA INC<br>6601 HAGGERTY RD<br>CANTON, MI 48187 | Docketed Total: | | **$1,484,512.92** | | Modified Total: | | **$382,919.41** |
| | Case Number*<br>05-44481 | Secured<br>$399,727.94 | Priority | Unsecured<br>$1,084,784.98 | Case Number*<br>05-44640<br>05-44567<br>05-44481 | Secured<br><br><br>$0.00 | Priority | Unsecured<br>$354,055.23<br>$28,864.18 |
| | | **$399,727.94** | | **$1,084,784.98** | | **$0.00** | | **$382,919.41** |

**Total Claims to be Modified: 14**

**Total Amount as Docketed:  $22,336,410.87**

**Total Amount as Modified:  $ 18,875,371.23**

*See Exhibit H for a listing of debtor entities by case number.

Page 5 of 5

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT G-9 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1704**
Date Filed: 01/30/2006
Docketed Total: $ 874,448.21
Filing Creditor Name and Address:
CAPRO LTD
155 S LIMERICK RD
LIMERICK, PA 19468-1699

Claim Holder Name and Address

BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179

Docketed Total: $874,448.21

Modified Total: $841,095.73

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $299,723.41 | | $574,724.80 | 05-44640 | | $57,003.23 | $784,092.50 |
| | **$299,723.41** | | **$574,724.80** | | | **$57,003.23** | **$784,092.50** |

**Claim: 11256**
Date Filed: 07/27/2006
Docketed Total: $ 2,405,898.43
Filing Creditor Name and Address:
CTS CORPORPATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

Claim Holder Name and Address

BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179

Docketed Total: $1,950,968.78

Modified Total: $1,786,703.77

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,950,968.78 | 05-44640 | | | $1,786,703.77 |
| | | | **$1,950,968.78** | | | | **$1,786,703.77** |

Claim Holder Name and Address

CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

Docketed Total: $293,785.09

Modified Total: $218,044.74

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $293,785.09 | 05-44640 | | $164,265.01 | $53,779.73 |
| | | | **$293,785.09** | | | **$164,265.01** | **$53,779.73** |

*See Exhibit H for a listing of debtor entities by case number.

## EXHIBIT G-9 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 15454
Date Filed: 07/31/2006
Docketed Total: $ 631,976.95
Filing Creditor Name and Address:
NEUMAN ALUMINUM
AUTOMOTIVE INC NEUMAN
ALUMINUM IMPACT EXTRUSION
BRETT S MOORE ESQ
PORZIO BROMBERG & NEWMAN
PC

100 SOUTHGATE PKWY
MORRISTOWN, NJ 07962

**CLAIM AS DOCKETED**

Claim Holder Name and Address

NEUMAN ALUMINUM                Docketed Total:        **$631,976.95**
AUTOMOTIVE INC NEUMAN
ALUMINUM IMPACT EXTRUSION
BRETT S MOORE ESQ
PORZIO BROMBERG & NEWMAN PC
100 SOUTHGATE PKWY
MORRISTOWN, NJ 07962

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44632 | | | $631,976.95 |
| | | | **$631,976.95** |

**CLAIM AS MODIFIED**

Modified Total:        **$598,180.06**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,521.51 | $595,658.55 |
| | | **$2,521.51** | **$595,658.55** |

Total Claims to be Modified: 3

Total Amount as Docketed:  $3,912,323.59

Total Amount as Modified:  $ 3,444,024.30

*See Exhibit H for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11169-1    Filed 11/29/07    Entered 11/30/07 13:45:26    Exhibit A
-G11    Pg 48 of 50

Twenty-Second Omnibus Claims Objection

## EXHIBIT G-10 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 11743
Date Filed: 07/27/2006
Docketed Total: $ 1,777,501.48
Filing Creditor Name and Address:
TI GROUP AUTOMOTIVE
SYSTEMS LLC
GENERAL COUNSEL & COMPANY
SECRETARY
TI AUTOMOTIVE
12345 E NINE MILE RD
WARREN, MI 48089-2614

**CLAIM AS DOCKETED**

Claim Holder Name and Address

JPMORGAN CHASE BANK NA    Docketed Total:    **$1,777,501.48**
270 PARK AVE 17TH FL
NEW YORK, NY 10017

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,777,501.48 |
| | | | **$1,777,501.48** |

**CLAIM AS MODIFIED**

Modified Total:    **$1,112,587.31**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,112,587.31 |
| | | | **$1,112,587.31** |

Total Claims to be Modified: 1

Total Amount as Docketed:  $1,777,501.48

Total Amount as Modified:  $ 1,112,587.31

*See Exhibit H for a listing of debtor entities by case number.

Page 1 of 1

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**EXHIBIT G-11 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS **

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11264<br>Date Filed: 07/27/2006<br>Docketed Total: $ 673,272.82<br>Filing Creditor Name and Address:<br>REPUBLIC ENGINEERED<br>PRODUCTS INC<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVE E STE 2100<br>CLEVELAND, OH 44114 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $673,272.82 | Modified Total: | | | $624,654.76 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$673,272.82 | Case Number*<br>05-44640 | Secured | Priority<br>$305,961.91 | Unsecured<br>$318,692.85 |
| | | | | $673,272.82 | | | $305,961.91 | $318,692.85 |

Total Claims to be Modified: 1

Total Amount as Docketed:  $673,272.82

Total Amount as Modified:  $ 624,654.76

*See Exhibit H for a listing of debtor entities by case number.

**The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.                                      Twenty-Second Omnibus Claims Objection

Case No. 05-44481 (RDD)

Exhibit H - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |