**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                      Chapter 11

                                                  Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                 Jointly Administered

                      Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

     UPON the motion of Roland Hwang*, Esq.* for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that Roland Hwang*, Esq.* is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  November 30, 2007
         New York, New York

                                        /s/Robert D. Drain_____
                                        UNITED STATES BANKRUPTCY JUDGE