**EXHIBIT "1"**

**TOGUT, SEGAL & SEGAL LLP**
Conflicts Counsel for Delphi Corporation, *et al.*
Debtors and Debtors in Possession

**Fee Summary for the Period June 1, 2007 through September 30, 2007**

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| Albert Togut[1] | 1975 | 2007 | $795 | 92.9 | $73,855.50 |
| Frank A. Oswald[1] | 1986 | 2007 | $705 | 5.4 | $3,807.00 |
| Neil Berger[1] | 1986 | 2007 | $700 | 424.4 | $297,080.00 |
| Scott E. Ratner[1] | 1987 | 2007 | $695 | 29.7 | $20,641.50 |
| Howard P. Magaliff[2] | 1985 | 2007 | $620 | 7.3 | $4,526.00 |
| Richard K. Milin[2] | 1989 | 2007 | $700 | 143.4 | $85,323.00 |
| Sean McGrath[3] | 1992 | 2007 | $590 | 105.7 | $62,363.00 |
| Andrew Winchell[3] | CA-1996 NY-Awaiting Admission | 2007 | $515 | 390.8 | $201,262.00 |
| Jeffrey M. Traurig[3] | 1997 | 2007 | $515 | 30.8 | $15,862.00 |
| Daniel F.X. Geoghan[3] | 1999 | 2007 | $405 | 97.5 | $39,487.50 |
| Lara Sheikh[3] | 2002 | 2007 | $395 | 83.2 | $32,864.00 |
| Tally Wiener[3] | 2002 | 2007 | $380 | 268.8 | $102,144.00 |
| Eric Chafetz[3] | 2005 | 2007 | $325 | 2.8 | $910.00 |
| James Lee[3] | 2005 | 2007 | $275 | 64 | $17,600.00 |
| Marianne Mortimer[3] | 2006 | 2007 | $275 | 0.9 | $247.50 |
| Yitzhak Greenberg[3] | 2005 | 2007 | $275 | 52.2 | $14,355.00 |
| David Smith[3] | 2007 | 2007 | $245 | 27.8 | $6,811.00 |
| Stephanie Skelly[3] | Awaiting Admission | 2007 | $175 | 40.7 | $7,122.50 |
| Michael D. Hamersky[3] | Awaiting Admission | 2007 | $175 | 25.5 | $4,462.50 |
| Lacey Zoller[4] | N/A | 2007 | $125 | 5 | $625.00 |
| Michael Herz[4] | N/A | 2007 | $125 | 0.3 | $37.50 |
| Michael Dreschler[4] | N/A | 2007 | $125 | 11.7 | $1,462.50 |
| Valerie Aranov[4] | N/A | 2007 | $125 | 3 | $375.00 |
| Dawn Person[5] | N/A | 2007 | $225 | 66.5 | $14,962.50 |
| Denise Cahir[5] | N/A | 2007 | $160 | 52 | $8,320.00 |
| Krista Ackerman[5] | N/A | 2007 | $160 | 5 | $800.00 |
| Ashleigh Brogan[5] | N/A | 2007 | $135 | 222.4 | $30,024.00 |
| Courtney Milianes[5] | N/A | 2007 | $135 | 37.2 | $5,022.00 |
| Madeline Saint-Cyr[5] | N/A | 2007 | $135 | 27.1 | $3,658.50 |
| Sarah Currie[5] | N/A | 2007 | $115 | 20.7 | $2,380.50 |

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| Jessica Falco[5] | N/A | 2007 | $115 | 108.5 | $12,477.50 |
| **TOTAL** | | | | **2,453.2** | **$1,070,869.00** |

---

    1      Partner
    2      Of Counsel
    3      Associate
    4      Law Clerk
    5      Paralegal