**EXHIBIT "2"**

**TOGUT, SEGAL & SEGAL LLP**

**Conflicts Counsel for Delphi Corporation,** *et al.*
**Debtors and Debtors in Possession**

**Expense Summary for the Period June 1, 2007 through September 30, 2007**

| Expense | Amount |
|---|---:|
| Fax | $1.12 |
| Long-Distance Telephone | $50.36 |
| Lodging | $224.87 |
| Meals | $138.40 |
| Messenger | $134.32 |
| Online Research | $47.14 |
| Overnight Courier | $1,152.38 |
| Photocopies | $2,556.00 |
| Postage | $16.17 |
| Travel - airfare | $324.80 |
| Travel - ground | $2,350.71 |
| **TOTAL:** | **$6,996.27** |