**TOGUT, SEGAL & SEGAL LLP**

**Conflicts Counsel for Delphi Corporation,** *et al.*
**Debtors and Debtors in Possession**

**Matter Summary for the Period June 1, 2007 through September 30, 2007**

| Matter | Total Hours | Total Fees |
|---|---|---|
| 100 - Asset Analysis & Recovery | 42.2 | $18,043.00 |
| 110 - Asset Disposition | 1.8 | $339.00 |
| 120 - Business Operations | 310 | $160,758.50 |
| 130 - Case Administration | 109.1 | $68,868.00 |
| 140 - Claims Administration and Objections | 825.1 | $390,642.50 |
| 150 - Employee Benefits/Pensions | 1.1 | $874.50 |
| 160 - Fee/Employment Applications | 66.3 | $24,253.50 |
| 170 - Fee/Employment Objections | 12.9 | $9,847.00 |
| 190 - Litigation | 975 | $335,947.00 |
| 200 - Meetings of Creditors | 31.9 | $23,470.00 |
| 210 - Plan and Disclosure Statement | 14.4 | $8,973.50 |
| 220 - Relief from Stay Proceedings | 21.2 | $9,064.50 |
| 270 - Litigation Consulting | 0.2 | $79.00 |
| 310 - Delphi vs. Aksys (TSS) | 23.8 | $11,409.50 |
| 330 - Delphi vs. NYCH/RCS | 13 | $4,955.00 |
| 340 - Delphi vs. National Union | 5.2 | $3,344.50 |
| **TOTAL:** | **2,453.2** | **$1,070,869.00** |