| | | |
|---|---|---|
| **Name of Applicant:** | **HEARING DATE:** | 2/26/08 |
| TOGUT, SEGAL & SEGAL LLP | **AT:** | 10:00 A.M. |
| Conflicts Counsel for | | |
| Debtors and Debtors in Possession    1st Interim Fees Sought: | $ | 789,874.00 |
| One Penn Plaza, Suite 3335    1st Interim Expenses Sought: | $ | 14,531.15 |
| New York, New York 10019    1st Interim Fees and Expenses Sought: | $ | 804,405.15 |
| (212) 594-5000    1st Interim Fees and Expenses Awarded: | $ | 781,058.00 |
| Albert Togut (AT-9759) | | |
| Neil Berger (NB-3599)    2nd Interim Fees Sought: | $ | 1,045,433.50 |
| 2nd Interim Expenses Sought: | $ | 13,940.08 |
| 2nd Interim Fees and Expenses Sought: | $ | 1,059,383.58 |
| 2nd Interim Fees and Expenses Awarded: | $ | 1,036,627.50 |
| 3rd Interim Fees Sought: | $ | 776,175.50 |
| 3rd Interim Expenses Sought: | $ | 4,879.63 |
| 3rd Interim Fees and Expenses Sought: | $ | 781,055.13 |
| 3rd Interim Fees and Expenses Awarded: | $ | 767,359.50 |
| 4th Interim Fees Sought: | $ | 593,308.00 |
| 4th Interim Expenses Sought: | $ | 5,790.70 |
| 4th Interim Fees and Expenses Sought: | $ | 599,098.70 |
| 4th Interim Fees and Expenses Awarded: | $ | 572,098.70 |
| 5th Interim Fees Sought: | $ | 804,365.50 |
| 5th Interim Expenses Sought: | $ | 7,223.62 |
| 5th Interim Fees and Expenses Sought: | $ | 811,589.12 |
| 5th Interim Fees and Expenses Awarded: | $ | 798,426.12 |
| 6th Interim Fees Sought: | $ | 1,070,869.00 |
| 6th Interim Expenses Sought: | $ | 6,996.27 |
| 6th Interim Fees and Expenses Sought: | $ | 1,077,865.27 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re                                                            :    Chapter 11
                                                                 :
    DELPHI CORPORATION, *et al.*,                                :    Case No. 05-44481 (RDD)
                                                                 :
                                    Debtors.                     :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------X

**Schedule of Fees for the Period June 1, 2007 through September 30, 2007**

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| Albert Togut | 1975 | 2007 | $795 | 92.9 | $73,855.50 |
| Frank A. Oswald | 1986 | 2007 | $705 | 5.4 | $3,807.00 |
| Neil Berger | 1986 | 2007 | $700 | 424.4 | $297,080.00 |
| Scott E. Ratner | 1987 | 2007 | $695 | 29.7 | $20,641.50 |

| **OF COUNSEL** | | | | | |
|---|---|---|---|---|---|
| Howard P. Magaliff | 1985 | 2007 | $620 | 7.3 | $4,526.00 |
| Richard K. Milin | 1989 | 2007 | $700 | 143.4 | $85,323.00 |
| **ASSOCIATES** | | | | | |
| Sean McGrath | 1992 | 2007 | $590 | 105.7 | $62,363.00 |
| Andrew Winchell | CA-1996 NY-Awaiting Admission | 2007 | $515 | 390.8 | $201,262.00 |
| Jeffrey M. Traurig | 1997 | 2007 | $515 | 30.8 | $15,862.00 |
| Daniel F.X. Geoghan | 1999 | 2007 | $405 | 97.5 | $39,487.50 |
| Lara Sheikh | 2002 | 2007 | $395 | 83.2 | $32,864.00 |
| Tally Wiener | 2002 | 2007 | $380 | 268.8 | $102,144.00 |
| Eric Chafetz | 2005 | 2007 | $325 | 2.8 | $910.00 |
| James Lee | 2005 | 2007 | $275 | 64 | $17,600.00 |
| Marianne Mortimer | 2006 | 2007 | $275 | 0.9 | $247.50 |
| Yitzhak Greenberg | 2005 | 2007 | $275 | 52.2 | $14,355.00 |
| David Smith | 2007 | 2007 | $245 | 27.8 | $6,811.00 |
| Stephanie Skelly | Awaiting Admission | 2007 | $175 | 40.7 | $7,122.50 |
| Michael D. Hamersky | Awaiting Admission | 2007 | $175 | 25.5 | $4,462.50 |
| **LAW CLERKS** | | | | | |
| Lacey Zoller | N/A | 2007 | $125 | 5 | $625.00 |
| Michael Herz | N/A | 2007 | $125 | 0.3 | $37.50 |
| Michael Dreschler | N/A | 2007 | $125 | 11.7 | $1,462.50 |
| Valerie Aranov | N/A | 2007 | $125 | 3 | $375.00 |
| **PARALEGALS** | | | | | |
| Dawn Person | N/A | 2007 | $225 | 66.5 | $14,962.50 |
| Denise Cahir | N/A | 2007 | $160 | 52 | $8,320.00 |
| Krista Ackerman | N/A | 2007 | $160 | 5 | $800.00 |
| Ashleigh Brogan | N/A | 2007 | $135 | 222.4 | $30,024.00 |
| Courtney Milianes | N/A | 2007 | $135 | 37.2 | $5,022.00 |
| Madeline Saint-Cyr | N/A | 2007 | $135 | 27.1 | $3,658.50 |
| Sarah Currie | N/A | 2007 | $115 | 20.7 | $2,380.50 |
| Jessica Falco | N/A | 2007 | $115 | 108.5 | $12,477.50 |
| **TOTAL** | | | | **2,453.2** | **$1,070,869.00** |

---

1    The rates charged herein are the same rates charged in all other cases on which this firm is engaged.