Exhibit "E"

## Summary Chart

*In re: Delphi Corporation, et al.*

**CASE NO. 05-44481 (CHAPTER 11)**

**Name of Applicant:  O'Melveny & Myers LLP**

**Role:  Special Labor Counsel to Debtors**

**Current Application:  Sixth Interim**           **Fees Requested:**        $ 184,312.00
                                                  **Expenses Requested:**    $     5,141.71
**RETAINER PAID: $300,000.00**

### A. Summary of Timekeepers

| Timekeeper | Year Admitted | Dept. | Rate Hours | Hours | Amount |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Jeffrey Kohn | 1985 | Adversarial/Labor | $ 875.00 | 3.90 | $ 3,412.50 |
| Tom A. Jerman | 1981 | Adversarial/Labor | $ 795.00 | 94.90 | $ 75,445.50 |
| Rachel S. Janger | 1999 | Adversarial/Labor | $ 550.00 | 1.90 | $ 1,045.00 |
| Jessica Kastin | 2002 | Adversarial/Labor | $ 550.00 | 153.50 | $ 84,425.00 |
| Melissa Janiak-Oliver | 2006 | Adversarial/Labor | $ 390.00 | 0.70 | $ 273.00 |
| Deepa Ambekar | 2005 | Adversarial/Labor | $ 390.00 | 22.70 | $ 8,853.00 |
| Stacy Hauf | 2006 | Adversarial | $ 360.00 | 14.10 | $ 5,076.00 |
| Mark Kanaga | 2007 | Adversarial/Labor | $ 330.00 | 9.80 | $ 3,234.00 |
| **Attorney Total** | | | | **301.50** | **$ 181,764.00** |
| **Attorney Blended Rate** | | | | | **$ 602.87** |
| | | | | | |
| **Paraprofessionals** | | | | | |
| Keith Whitman | | Adversarial | $ 275.00 | 2.00 | $ 550.00 |
| Ross Neglia | | Adversarial | $ 240.00 | 5.70 | $ 1,368.00 |
| Michelle Woo | | Adversarial | $ 175.00 | 3.60 | $ 630.00 |
| **Paraprofessional Total** | | | | **11.30** | **$ 2,548.00** |
| **Paraprofessional Blended Rate** | | | | | **$ 225.49** |

| | | | | | |
|---|---|---|---|---|---|
| **Attorney and Paraprofessional Total** | | | | **312.80** | **$ 184,312.00** |
| **Blended Hourly Rate of Attorneys and Paraprofessionals** | | | | | $ 589.23 |