Exhibit "F"

**Expenses By Type**

| Cost Code | Billed Amount | Category |
|---|---|---|
| E101E | $ 1,072.60 | Copying (Equitrac - Internal) |
| E106W | $ 2,343.21 | Online Research (Westlaw) |
| E107 | $ 212.68 | Delivery Services/Messengers |
| E109TX | $ 52.22 | Local Travel (Taxi) |
| E110 | $ 1,233.02 | Expense Report Other - Include Out of Town |
| E110EM | $ 202.08 | Out of Town Travel (Expense Report-Meals) |
| E130S | $ 25.90 | Scanning Services |
| | | |
| Total Fifth Interim Period Expenses | $ 5,141.71 | |