EXHIBIT "G"

# Attorney Biographies[1]

## Tom Jerman

Tom Jerman, head of the labor and employment law practice at O'Melveny & Myers' Washington, D.C. office, has extensive experience representing employers in all aspects of labor relations and employment law, including union organizing campaigns and representation proceedings, collective bargaining negotiations, wrongful discharge litigation, individual and class action employment discrimination claims, sexual harassment litigation, wage and hour cases, arbitrations, and advice regarding personnel policies, employee discipline and discharge, and labor relations. Tom has litigated matters throughout the United States, including district courts in D.C., Maryland, Virginia, New York, New Jersey, Pennsylvania, Florida, North Carolina, South Carolina, Georgia, Alabama, Kentucky, Texas, Colorado, Ohio, Kansas, California, Arizona, Illinois, Missouri and Minnesota, and appellate courts in the D.C., Second, Third, Fourth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Circuits.

Tom's representations include the defense of employment class actions or other multiple plaintiff cases, and the representation of air carriers under the Railway Labor Act. Tom has successfully defended numerous certified or putative class actions under Title VII, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family and Medical Leave Act, the Labor-Management Relations Act, and ERISA.

Tom has represented seven airlines and air carriers. His airline experience includes: representation proceedings and carrier interference cases before the National Mediation Board; federal court litigation with unions, individuals and class action claims under the Railway Labor Act; system board of adjustment cases; collective bargaining negotiations; and advice regarding mergers, acquisitions and ESOP transactions.

**Education**
**University of Utah,** J.D., 1981: Order of the Coif; Executive Editor, *Utah Law Review*
**University of Utah,** B.S., 1978: *magna cum laude*

**Professional Activities**
**Admitted,** Washington, D.C.; California (inactive)
**Admitted to Practice,** U.S. District Court, District of Columbia; U.S. District Court, Central, Northern, Southern and Eastern Districts of California; U.S. District Court Arizona; U.S. District Court ,Maryland; U.S. Court of Appeals, District of Columbia, Second, Fourth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; U.S. Supreme Court
**Member,** ABA, Section of Labor and Employment Law, Section of Litigation; Fellow, American College of Labor and Employment Lawyers
**Management Co-Chair,** ABA Labor Section of Labor and Employment Law, Railway and Airline Labor Law Committee
**Fellow,** American College of Labor & Employment Lawyers

---

[1] Biographies are provided for only those primary attorneys employed by O'Melveny who billed more than $10,000 in fees to the Debtors during the Fifth Interim Period.

**Senior Editor,** *The Railway Labor Act* (BNA 1995)
**Speaker,** ALI-ABA Conferences on Railway and Airline Labor Law


<u>**Jessica Kastin**</u>

Jessica Kastin is an associate in O'Melveny & Myers' New York office and a member of the Adversarial Department as part of its Labor and Employment practice. She is experienced in representing employers in a wide variety of labor and employment matters including defending against claims of discrimination and harassment, litigating restrictive covenant and breach of contract disputes and arbitrating employee and union grievances. In addition, Jessica regularly counsels clients on a broad range of employment issues such as terminations and hiring, reductions in force, implementation of employment policies, employee benefits, labor relations and other related issues arising in the context of corporate mergers and acquisitions and the bankruptcy of unionized employers. She also has extensive experience handling issues arising under the National Labor Relations Act, including union elections and representation proceedings, unfair labor practice charges and collective bargaining.

**Education**
**George Washington University,** J.D., 2001: *with honors*; Laurence E. Seibel Memorial Award for Excellence in Labor and Employment Law; Managing Editor, *George Washington University International Law Review*;
**Cornell University,** B.S., 1998: Industrial and Labor Relations

**Professional Activities**
**Admitted,** New York
**Member,** The Association of the Bar of the City of New York