# EXHIBIT B

EXHIBIT B

## DELPHI CORPORATION, *ET AL*
### PROFESSIONAL SERVICES RENDERED
### BY JAECKLE FLEISCHMANN & MUGEL, LLP
### AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
### JUNE 1, 2007 - SEPTEMBER 30, 2007

| Timekeeper | Title | Year Admitted to Practice | Lawschool Class | Rate | June Hours | June Fees | July Hours | July Fees | Aug Hours | Aug Fees | Sept Hours | Sept Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ronald J. Kisicki | Partner | 1986 | 1986 | $250.00 | 83.2 | $20,800.00 | 50.1 | $12,525.00 | 153.9 | $38,475.00 | 92.8 | $23,200.00 |
| Dennis B. Danella * | Partner | 2000 | 2000 | $195.00 | 81.5 | $15,892.50 | 99.8 | $19,461.00 | 107.4 | $20,943.00 | 87.9 | $17,140.50 |
| Joe W. Allen | Partner | 1990 | 1989 | $220.00 | 0.0 | $0.00 | 3.0 | $660.00 | 0 | $0.00 | 0 | $0.00 |
| Katherine H. McGuire | Partner | 1989 | 1989 | $225.00 | 0.0 | $0.00 | 0.0 | $0.00 | 10 | $2,250.00 | 2.3 | $517.50 |
| Kevin B. Burke, Jr. | Partner | 2000 | 1999 | $200.00 | 0.0 | $0.00 | 0.0 | $0.00 | 4.5 | $900.00 | 0 | $0.00 |
| Dennis K. Schaeffer | Partner | 2000 | 1999 | $200.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0 | $0.00 | 4 | $800.00 |
| Heath J. Szymczak | Partner | 1999 | 1998 | $205.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0 | $0.00 | 2.9 | $594.50 |
| Howard J. Rosenbach | Partner | 1977 | 1976 | $245.00 | 0.0 | $0.00 | 0.0 | $0.00 | 0 | $0.00 | 9.5 | $2,327.50 |
| Michael D. Molloy | Associate | 2005 | 2005 | $145.00 | 2.1 | $304.50 | 3.5 | $507.50 | 6 | $870.00 | 0 | $0.00 |
| Marissa V. Coheley | Paralegal | | | $110.00 | 0.0 | $0.00 | 0.0 | $0.00 | 11.1 | $1,221.00 | 0 | $0.00 |
| Robert C. Brown | Patent Agent | 1993 | | $165.00 | 64.0 | $10,560.00 | 17.2 | $2,838.00 | 106.5 | $17,572.50 | 90.5 | $14,932.50 |
| Lee J. Fleckenstein, PhD | Patent Agent | 1992 | | $180.00 | 17.0 | $3,060.00 | 0.0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| Gudrun Passiack, PhD | Patent Agent | 2001 | | $180.00 | 44.5 | $8,010.00 | 80.4 | $14,472.00 | 97.8 | $17,604.00 | 81.6 | $14,688.00 |
| Joyce Petruzzelli | Legal Assistant | | | $85.00 | 3.6 | $306.00 | 3.2 | $272.00 | 2.8 | $238.00 | 1.2 | $102.00 |
| **TOTALS** | | | | | 295.9 | $58,933.00 | 257.2 | $50,735.50 | 500.0 | $100,073.50 | 372.7 | $74,302.50 |

| | |
|---|---|
| PERIOD TOTAL | $284,044.50 |
| HOURS | 1,425.8 |

*D.Danella became a partner on 1/1/07, but we maintained his Associate rate of $195/hour herein.