# EXHIBIT C

EXHIBIT C

## DELPHI CORPORATION, *ET AL*
## SUMMARY OF SERVICES RENDERED
## BY JAECKLE FLEISCHMANN & MUGEL, LLP
## AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
### JUNE 1, 2007 - SEPTEMBER 30, 2007

| Matter | Name | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Patent Application Drafting & Prosecution | Ronald J. Kisicki | $250.00 | 331.3 | $82,825.00 |
| Preparation 6th Interim Fee Application | Ronald J. Kisicki | $250.00 | 4.9 | $1,225.00 |
| Intellectual Property Counseling | Ronald J. Kisicki | $250.00 | 43.8 | $10,950.00 |
| Patent Application Prosecution | Kevin B. Burke, Jr. | $200.00 | 4.5 | $900.00 |
| Patent Application Drafting & Prosecution | Katherine H. McGuire | $225.00 | 12.3 | $2,767.50 |
| Patent Application Drafting & Prosecution | Dennis B. Danella | $195.00 | 374.5 | $73,027.50 |
| Intellectual Property Counseling | Dennis B. Danella | $195.00 | 2.1 | $409.50 |
| Patent Application Prosecution | Dennis K. Schaeffer | $200.00 | 4 | $800.00 |
| Patent Application Prosecution | Heath J. Szymczak | $205.00 | 2.9 | $594.50 |
| Patent Application Prosecution | Howard S. Rosenhoch | $245.00 | 9.5 | $2,327.50 |
| Patent Application Drafting & Prosecution | Robert C. Brown | $165.00 | 278.2 | $45,903.00 |
| Patent Application Drafting & Prosecution | Lee J. Fleckenstein | $180.00 | 17 | $3,060.00 |
| Preparation 6th Interim Fee Application | Joseph W. Allen | $220.00 | 3 | $660.00 |
| Patent Application Drafting | Michael D. Mulloy | $145.00 | 11.6 | $1,682.00 |
| Patent Application Drafting & Prosecution | Joyce Petruzzelli | $85.00 | 10.8 | $918.00 |
| Patent Application Drafting & Prosecution | Gudrun Passlack | $180.00 | 304.3 | $54,774.00 |

| Patent Application Drafting & Prosecution | Marissa V. Coheley | $110.00 | 11.1 | $1,221.00 |
| --- | --- | --- | --- | --- |
| | **Total Services Rendered:** | | **1425.8** | **$284,044.50** |

163330v1