# EXHIBIT D

EXHIBIT D

DELPHI CORPORATION, *ET AL*

ACTUAL AND NECESSARY DISBURSEMENTS

INCURRED BY JAECKLE FLEISCHMANN & MUGEL, LLP

BY INTELLECTUAL PROPERTY COUNSEL

JUNE 1, 2007 - SEPTEMBER 30, 2007

| Expenses | Amount |
|---|---:|
| Filing Fees | $49,037.00 |
| Mailing Charges | $901.08 |
| Abstracts Ordered thru USPTO | $3,155.93 |
| Drawing Fees | $5,145.00 |
| Travel | $609.28 |
| | |
| TOTAL DISBURSEMENTS | $58,848.29 |