# EXHIBIT E

IN ACCOUNT WITH

# JAECKLE FLEISCHMANN & MUGEL, LLP
### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D. 16-0774920

---

July 31, 2007
I.D. 89190
Invoice # 142856

Delphi Technologies
Attn:  Patrick M. Griffin
M/C 480.410.202
P.O. Box 5052
Troy, Michigan 48007

For Services Rendered Through June 30, 2007

|  |  |  |
|---|---|---|
|  | 80% of total amount | 47,146.40 |
|  | 20% of total amount | 11,786.60 |
| Total Fees |  | 58,933.00 |
| Total Disbursements |  | 15,769.86 |
|  | Total This Invoice | $    74,702.86 |

IN ACCOUNT WITH

# JAECKLE FLEISCHMANN & MUGEL, LLP
ATTORNEYS AT LAW

12 FOUNTAIN PLAZA   BUFFALO, NEW YORK   14202-2292
TEL 716.856.0600   FAX 716.856.0432

Tax I.D. 16-0774920

October 19, 2007
I.D. 89190
Invoice # 145236

Delphi Technologies
Attn: Paul Marshall
M/C 480.410.202
P.O. Box 5052
Troy, Michigan 48007

For Services Rendered Through September 30, 2007

|  |  |  |
|---|---|---|
|  | 80% of total amount | 59,442.00 |
|  | 20% of total amount | 14,860.50 |
| Total Fees |  | 74,302.50 |
| Total Disbursements |  | 13,620.97 |
|  | Total This Invoice | $   87,923.47 |

IN ACCOUNT WITH

# JAECKLE FLEISCHMANN & MUGEL, LLP
### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D. 16-0774920

September 28, 2007
I.D. 89190
Invoice # 144465

Delphi Technologies
Attn:  Paul Marshall
M/C 480.410.202
P.O. Box 5052
Troy, Michigan 48007

For Services Rendered Through August 31, 2007

|  |  |  |
|---|---|---|
|  | 80% of total amount | 80,058.80 |
|  | 20% of total amount | 20,014.70 |
| Total Fees |  | 100,073.50 |
| Total Disbursements |  | 14,305.27 |
|  | Total This Invoice | $    114,378.77 |

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

IN ACCOUNT WITH

# JAECKLE FLEISCHMANN & MUGEL, LLP
### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D. 16-0774920

August 31, 2007
I.D. 89190
Invoice # 143733

Delphi Technologies
Attn:  Patrick M. Griffin
M/C 480.410.202
P.O. Box 5052
Troy, Michigan 48007

For Services Rendered Through July 31, 2007

|  |  |  |
|---|---|---|
| 80% of total amount | 40,588.40 |  |
| 20% of total amount | 10,147.10 |  |
| Total Fees | 50,735.50 |  |
| Total Disbursements | 15,152.19 |  |
| Total This Invoice | $ | 65,887.69 |

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS