Effective March 2004

deducting such amounts from any sums that are, or will become, owing, due or payable to Seller or Seller's affiliates by Buyer or Buyer's affiliates.

## 22. NO ADVERTISING

Seller will not, in any manner, advertise or publish that Seller has contracted to furnish Buyer the goods or services covered by this Contract or use any trademarks or trade names of Buyer in Seller's goods, advertising or promotional materials unless Buyer consents in writing.

## 23. NO IMPLIED WAIVER

The failure of either party at any time to require performance by the other party of any provision of this Contract will not affect the right to require such performance at any later time, nor will the waiver by either party of a breach of any provision of this Contract constitute a waiver of any succeeding breach of the same or any other provision. No failure or delay in exercising any right or remedy will operate as a waiver thereof nor will any single or partial exercise thereof preclude other or further exercise thereof. No course of dealing or course of performance may be used to evidence a waiver or limitation of Seller's obligations under this Contract.

## 24. ASSIGNMENT AND CHANGE IN CONTROL

Buyer may assign its rights and obligations under this Contract without Seller's prior written consent. Seller may not assign or delegate its rights or obligations under this Contract without prior written consent from an authorized employee of Buyer. In addition, Buyer may terminate this Contract upon giving at least 60 days notice to Seller, without any liability to Seller or obligation to purchase raw materials, work-in-process or finished goods under Section 11, if Seller (i) sells, or offers to sell, a material portion of its assets or (ii) sells or exchanges, or offers to sell or exchange, or causes to be sold or exchanged, a sufficient amount of its stock or other equity interests that effects a change in the control of Seller or (iii) executes, or otherwise becomes subject to, a voting or other agreement or trust that effects a change in the control of Seller.

## 25. RELATIONSHIP OF PARTIES

Seller and Buyer are independent contracting parties. Nothing in this Contract makes either party the agent or legal representative of the other for any purpose whatsoever, nor grants either party any authority to assume or create any obligation on behalf of or in the name of the other party.

## 26. GOVERNING LAW AND JURISDICTION

**26.1 U.S. Contracts.** If either (i) this Contract is issued by Buyer from a location within the United States of America or its territories (as shown by the issuing address of Buyer), (ii) this Contract is issued, in whole or part, for goods to be shipped to a Buyer location within the United States of America or its territories (as shown by the ship to or receiving address of Buyer) or (iii) Seller's applicable shipping location is within the United States of America or its territories (as shown by the shipping address of Seller), then: (a) this Contract is to be construed according to the laws of the United States of America and the State of Michigan, excluding the provisions of the United Nations Convention on Contracts for the International Sale of Goods and any choice of law provisions that require application of any other law, and (b) each party hereby agrees that the forum and venue for any legal or equitable action or proceeding arising out of, or in connection with, this Contract will lie in the appropriate federal or state courts in the State of Michigan and specifically waives any and all objections to such jurisdiction and venue.

**26.2 Non-U.S. Contracts.** In all cases not covered by Section 26.1 above, (a) this Contract is to be construed according to the laws of the country (and state or province, if applicable) where Buyer's receiving location is located (as shown by the ship to or receiving address of Buyer), excluding the provisions of the United Nations Convention on Contracts for the International Sale of Goods and any choice of law provisions that require application of any other law; (b) any legal or equitable action or proceedings by Buyer against Seller arising out

10

**Effective March 2004**

of, or in connection with, this Contract may be brought by Buyer in any court(s) having jurisdiction over Seller or, at Buyer's option, in any court(s) having jurisdiction over Buyer's receiving location, in which event Seller consents to such jurisdiction and venue, including service of process in accordance with applicable procedures; and (c) any legal or equitable actions or proceedings by Seller against Buyer arising out of, or in connection with, this Contract may be brought by Seller only in the court(s) having jurisdiction over the Buyer's receiving location.

### 27. SEVERABILITY

If any provision of this Contract is invalid or unenforceable under any statute, regulation, ordinance, executive order or other rule of law, such provision will be deemed reformed or deleted, as the case may be, but only to the extent necessary to comply with such statute, regulation, ordinance, order or rule, and the remaining provisions of this Contract will remain in full force and effect.

### 28. RIGHT TO AUDIT AND INSPECT

Buyer, at its expense, has the right to audit and review all relevant books, records, income statements, balance sheets, cash flow statements, payroll data, receipts and other related supporting data, including Seller's administrative and accounting policies, guidelines, practices and procedures, in order to (i) substantiate any charges and other matters under this Contract and (ii) assess Seller's ongoing ability to perform its obligations under the Production Purchase Order. Seller will maintain and preserve all such documents for a period of four (4) years following final payment under this Contract. Seller will provide Buyer with reasonable access to its facilities and otherwise cooperate and facilitate any such audits by Buyer.

### 29. ENTIRE AGREEMENT

This Contract, together with the attachments, exhibits, supplements or other terms of Buyer specifically referenced in this Contract, constitutes the entire agreement between Seller and Buyer with respect to the matters contained in this Contract and supersedes all prior oral or written representations and agreements. This Contract may only be modified by a written contract amendment issued by Buyer. Notwithstanding anything to the contrary contained herein, Buyer explicitly reserves, and this Contract will not constitute a waiver or release of, any rights and claims against Seller arising out of, or relating to, any fraud or duress in connection with the formation of this Contract or any breach or anticipatory breach of any previously existing contract between Buyer and Seller (whether or not such previously existing contract related to the same or similar goods or subject matter as this Contract). All payments by Buyer to Seller under this Contract are without prejudice to Buyer's claims, rights, or remedies.

### 30. TRANSLATIONS

Buyer may provide various translated versions of these General Terms and Conditions for informational purposes only. However, the original English language version of these General Terms and Conditions will apply in the event of any disagreement over the meaning or construction of any provisions of these General Terms and Conditions.

# EXHIBIT D

Delphi - CRFM (GMX211/231/365/367) Oshawa Ontario
Price Adjustments - Stated in USD$
January 01, 2006 to 09/30/2007
prepared by: Jessica Anthony 09-21-07

| | | | A | B | C | D | E | F | G | H | I | J | K | L | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adjustment Effective Date | | 1/23/2006 | 4/1/2006 | 5/8/2006 | 7/1/2006 | 7/17/2006 | 10/1/2006 | 10/1/2006 | 10/1/2006 | 11/6/2006 | 11/11/2006 | 1/1/2007 | 2/26/2007 | 3/16/2007 |
| | Exchange | | 1.163 | 1.168 | 1.168 | 1.118 | 1.118 | 1.0905 | 1.0905 | 1.0965 | 1.0965 | 1.0965 | 1.1640 | 1.1849 | 1.1649 |
| | vehicles produced per day | | 2630 | 2572 | 2572 | 2440 | 2440 | 2356 | 2356 | 2356 | 2356 | 2356 | 2356 | 2202 | 2202 |
| | Misc. scope change | | | | | | | | 0.0627 | 0.2463 | 0.118 | 0.118 | | | 0.0627 |
| Part # | Discription | Jan-06 | | | | | | | | | | | | | |
| 52415724 | | 4.9424 | 5.0381 | 5.0195 | 5.2532 | 5.4568 | 5.6264 | 5.7230 | 5.7857 | 5.5394 | 5.5394 | 5.5394 | 5.2552 | 5.5738 | 5.5111 |
| 52415725 | 2 | 4.9424 | 5.0381 | 5.0195 | 5.2532 | 5.4568 | 5.6264 | 5.7230 | 5.7230 | 5.4767 | 5.5947 | 5.5947 | 5.3073 | 5.6295 | 5.6295 |
| 52415727 | 1 | 4.9424 | 5.0381 | 5.0195 | 5.2532 | 5.4568 | 5.6264 | 5.7230 | 5.7230 | 5.4767 | 5.5947 | 5.5947 | 5.3073 | 5.6295 | 5.6295 |
| 52445588 | 2 | 4.9424 | 5.0381 | 5.0195 | 5.2532 | 5.4568 | 5.6264 | 5.7230 | 5.7230 | 5.4767 | 5.6947 | 5.5947 | 5.3550 | 5.6805 | 5.6178 |
| 52417036 | | 5.0319 | 5.1296 | 5.1106 | 5.3492 | 5.5572 | 5.7303 | 6.8290 | 5.8917 | 5.6454 | 5.6454 | 5.6454 | 5.3550 | 5.6805 | 5.6178 |
| 52445589 | | 40.5968 | 40.8950 | 40.8371 | 41.5655 | 42.2001 | 42.7288 | 43.0298 | 43.0298 | 42.7835 | 42.9015 | 43.0195 | 42.1009 | 43.1308 | 43.1308 |

**YTD Effective Change**

| | |
|---|---|
| A) Oshawa Car Plant #2 derate 63.25 jph | $84,418.40 |
| B) Exchange adjustment April 2006 | -$14,379.79 |
| C) Oshawa Car Plant #2 derate 55 jph | $169,926.02 |
| D) Exchange adjustment July 2006 | $130,762.23 |
| E) Oshawa Car Plant #1 derate 61.5 jph | $108,924.50 |
| F) Exchange adjustment October 2006 | $49,638.35 |
| G) Label and Clip Addition-remove "Q" | $1,131.11 |
| H) Rebate for Grease application | -$126,567.41 |
| I) Foam pad install - Car plant #2 | $54,823.39 |
| J) Foam pad install - Car plant #1 | |
| K) Exchange adjustment January 2007 | -$106,574.37 |
| L) Oshawa Car Plant #2 derate 45.4 jph | $95,105.53 |
| M) Exchange adjustment April 2007 | $17,056.91 |
| N) Exchange adjustment July 2007 | $40,678.52 |
| O) Oshawa Car Plant #1 derate 59.5 jph | $13,764.74 |
| P) Exchange adjustment October 2007 | $0.00 |
| | $518,728.14 |

**Sub totals By Adjsutment Category:**

| | |
|---|---|
| Currancy Adjustments: | $117,201.86 |
| De-rates: | $472,139.20 |
| Label and Clip addition: | $1,131.11 |
| Nygel Grease (removal): | -$126,567.41 |
| Foam Pad install: | $54,823.39 |
| | $518,728.14 |

**Volume History:**

| Part # | Jan-06 | Feb-06 | Mar-06 | Apr-06 | May-06 | Jun-06 | Jul-06 | Aug-06 | Sep-06 | Oct-06 | Nov-06 | Dec-06 | Jan-07 | Feb-07 | Mar-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52415724 | 3076 | 4020 | 3892 | 1575 | 1211 | 2392 | 1173 | 2597 | 2270 | 2520 | 2853 | 1506 | 1508 | 1690 | 2185 |
| 52415725 | 951 | 576 | 527 | 838 | 516 | 822 | 384 | 764 | 494 | 412 | 753 | 994 | 191 | 207 | 197 |
| 52415727 | 28872 | 26410 | 29855 | 22564 | 21119 | 26830 | 14286 | 33719 | 28363 | 28574 | 32492 | 22819 | 29651 | 26491 | 28718 |
| 52445588 | 18823 | 14214 | 8066 | 18656 | 11656 | 16821 | 9011 | 19695 | 15970 | 16811 | 13856 | 12552 | 8071 | 5735 | 11204 |
| 52417036 | 1156 | 1267 | 2610 | 3161 | 2318 | 1599 | | 106 | 546 | 953 | 888 | 858 | 1686 | 1392 | 1987 |
| 52445589 | | | | | 4 | | | | | | | | | | |
| Totals: | 52878 | 46487 | 45840 | 46794 | 36824 | 48464 | 24854 | 56881 | 47643 | 49270 | 50822 | 38729 | 41007 | 35515 | 44291 |

**Paid History:**

| Part # | Jan-06 | Feb-06 | Mar-06 | Apr-06 | May-06 | Jun-06 | Jul-06 | Aug-06 | Sep-06 | Oct-06 | Nov-06 | Dec-06 | Jan-07 | Feb-07 | Mar-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52415724 | $15,014.81 | $19,766.05 | $19,235.89 | $7,784.13 | $5,990.01 | $11,827.09 | $5,797.42 | $13,813.83 | $11,224.05 | $12,459.65 | $14,238.22 | $7,555.89 | $7,565.83 | $8,479.06 | $10,962.49 |
| 52415725 | $4,642.17 | $2,904.75 | $2,604.62 | $4,141.72 | $2,550.17 | $4,062.60 | $1,897.86 | $3,558.46 | $2,441.46 | $2,041.14 | $3,605.79 | $4,987.10 | $958.27 | $1,038.55 | $988.37 |
| 52415727 | $140,932.92 | $129,831.62 | $147,555.35 | $111,520.34 | $104,378.46 | $132,604.68 | $70,607.13 | $160,588.53 | $140,181.38 | $141,224.15 | $162,164.30 | $114,487.47 | $148,765.01 | $132,910.65 | $144,083.91 |
| 52445588 | $91,880.67 | $71,401.56 | $44,264.17 | $92,205.49 | $57,608.64 | $83,136.05 | $44,536.02 | $88,202.03 | $78,930.16 | $83,086.71 | $70,775.73 | $62,975.90 | $40,493.84 | $28,773.62 | $56,212.70 |
| 52417036 | $5,468.05 | $5,992.93 | $12,346.17 | $14,953.03 | $10,965.32 | $7,563.95 | | $373.67 | $2,582.59 | $4,507.76 | $4,629.39 | $4,385.26 | $8,106.20 | $7,114.72 | $10,155.57 |
| 52445589 | | | | | $162.39 | | | | | | | (0.23) | | | |
| Totals: | $257,938.62 | $229,696.91 | $226,006.20 | $230,604.71 | $181,654.99 | $239,194.35 | $122,838.43 | $266,536.52 | $235,359.64 | $243,319.41 | $255,618.20 | $194,391.64 | $205,889.15 | $178,316.60 | $222,403.04 |

**Totals based on applied adjustments**

| Part # | Jan-06 | Feb-06 | Mar-06 | Apr-06 | May-06 | Jun-06 | Jul-06 | Aug-06 | Sep-06 | Oct-06 | Nov-06 | Dec-06 | Jan-07 | Feb-07 | Mar-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52415724 | $15,293.42 | $20,253.04 | $18,608.16 | $7,905.71 | $6,357.86 | $12,565.60 | $6,599.77 | $14,611.77 | $12,771.94 | $13,959.29 | $15,803.91 | $8,342.34 | $7,924.91 | $9,033.00 | $12,121.36 |
| 52415725 | $4,720.60 | $2,901.93 | $2,655.06 | $4,206.34 | $2,710.64 | $4,316.11 | $2,160.54 | $4,298.57 | $2,779.44 | $2,256.40 | $4,212.81 | $5,561.13 | $1,013.69 | $1,131.48 | $1,109.01 |
| 52415727 | $143,587.93 | $133,055.39 | $150,411.53 | $113,259.95 | $110,869.84 | $140,942.70 | $80,378.80 | $189,718.70 | $159,581.68 | $156,491.22 | $179,016.59 | $127,665.45 | $157,366.61 | $142,276.25 | $161,661.35 |
| 52445588 | $93,494.40 | $71,611.10 | $45,120.94 | $93,643.75 | $61,231.02 | $88,363.67 | $50,659.52 | $105,185.62 | $89,653.67 | $92,068.80 | $77,520.16 | $70,224.67 | $42,835.18 | $31,231.28 | $63,073.06 |
| 52417036 | $5,858.39 | $6,499.19 | $13,388.22 | $16,154.68 | $12,390.93 | $8,553.42 | | $607.42 | $3,128.76 | $5,380.04 | $4,900.18 | $4,843.73 | $8,493.01 | $7,545.95 | $11,227.67 |
| 52445589 | | | | | $163.35 | | | | | | | (262.43) | | | |
| Totals: | $262,954.75 | $234,320.64 | $231,183.92 | $235,170.44 | $193,723.63 | $254,743.50 | $139,836.63 | $314,420.08 | $268,115.49 | $270,155.74 | $281,191.21 | $216,837.32 | $217,633.40 | $191,217.96 | $249,199.47 |

**Ajustments required:**

| Part # | Jan-06 | Feb-06 | Mar-06 | Apr-06 | May-06 | Jun-06 | Jul-06 | Aug-06 | Sep-06 | Oct-06 | Nov-06 | Dec-06 | Jan-07 | Feb-07 | Mar-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52415724 | $278.61 | $488.99 | $372.27 | $121.58 | $367.85 | $738.51 | $802.35 | $797.94 | $1,547.89 | $1,499.64 | $1,565.69 | $786.45 | $359.08 | $553.94 | $1,158.87 |
| 52415725 | $78.43 | (2.82) | $50.44 | $64.62 | $160.47 | $255.51 | $262.68 | $740.11 | $337.98 | $215.26 | $574.03 | $55.42 | $92.93 | $120.64 | |
| 52415727 | $2,655.01 | $3,223.77 | $2,856.18 | $1,739.61 | $6,491.38 | $8,338.04 | $9,771.66 | $29,128.17 | $19,400.30 | $15,267.07 | $16,852.29 | $13,177.98 | $8,601.60 | $9,365.60 | $17,584.44 |
| 52445588 | $1,613.73 | $209.54 | $856.77 | $1,438.26 | $3,622.38 | $5,227.62 | $6,163.50 | $16,983.59 | $10,923.51 | $8,982.09 | $6,744.43 | $7,248.77 | $2,341.34 | $2,457.66 | $6,860.36 |
| 52417036 | $390.34 | $506.26 | $1,042.05 | $1,201.65 | $1,425.61 | $989.47 | | $233.75 | $546.17 | $872.28 | $270.79 | $458.45 | $386.81 | $431.23 | $1,072.10 |
| 52445589 | | | | | $0.96 | | | | | | | (262.20) | | | |
| Totals: | $5,016.13 | $4,423.73 | $5,177.72 | $4,565.73 | $12,068.64 | $15,549.15 | $17,000.21 | $47,883.56 | $32,755.85 | $26,836.33 | $25,575.01 | $22,245.68 | $11,744.25 | $12,901.36 | $26,796.43 |



# AUTOMODULAR ASSEMBLIES INC.

July 19, 2007

**Doug McLean**
Senior Buyer
Delphi Global Supply Management
716-439-2480
doulgas.l.mclean@delphi.com

**RE: Early Program Termination – GMX 231 CRFM**

Doug,

As of June 19th, 2007 Delphi no longer requires sequencing and subassembly of the GMX231 CRFM, contrary to our contract ending June 30th, 2010. Automodular claims **$322,307.54** in inescapable costs calculated as follows:

| | |
|---|---|
| Annual Direct Labor Cost Include Burden: | $1,020,668.00 |
| Annual Indirect Labor Cost Include Burden: | $459,300.00 |
| Annual Manufact-uring Expense : | $462,157.00 |
| Annual Freight Cost : | $0.00 |
| Profit(removed) : | $0.00 |
| 231/ 211/ 365/ 367 Total variable: | $1,942,125.00 |
| 231(4.4%) Variable Total : | $85,453.50 |
| | |
| 231/ 211/365/ 367 Total Fixed: | $144,878.00 |
| 231(4.4%)Annual Fixed Total : | $6,374.63 |
| | |
| Contract Termination Date | 6/19/2007 |
| Contract End Date | 6/30/2010 |
| Lost Production days | 825 |
| Number of Months | 36 |
| Calculated Variable recovery: | $299,996.33 |
| Calculated Fixed recovery: | $22,311.21 |
| Calculated Total Recovery: | $322,307.54 |

I appreciate your assistance in having this processed in due course. Please feel free to contact me with any questions you may have.

Sincerely,

Jessica Anthony
Contracts Administrator
Automodular Corporation

cc. Christopher Dell, Chris Nutt, Jim Gazo, Micheal Blair