EXHIBIT C

| Matter # | Matter Name |
|---|---|
| 0001 | General Corporate Advice |
| 0002 | Asset Analysis and Recovery |
| 0003 | Asset Dispositions (General) |
| 0005 | Asset Dispositions (Real Property) |
| 0006 | Automatic Stay (Relief Actions) |
| 0007 | Business Operations / Strategic Planning |
| 0008 | Case Administration |
| 0009 | Claims Administration (General) |
| 0010 | Claims Administration (Reclamation/Trust Funds) |
| 0013 | Creditor Meetings / Statutory Committees |
| 0014 | Disclosure Statement / Voting Issues |
| 0015 | Employee Matters (General) |
| 0016 | Employee Matters (Labor Unions) |
| 0017 | Environmental Matters |
| 0018 | Executory Contracts (Personalty) |
| 0019 | Financing (DIP and Emergence) |
| 0020 | Government Affairs |
| 0021 | Insurance |
| 0022 | Intellectual Property |
| 0024 | Leases (Real Property) |
| 0025 | Litigation (General) |
| 0026 | Litigation (Insurance Recovery) |
| 0027 | Liquidation / Feasibility |
| 0028 | Nonworking Travel Time |
| 0029 | Real Estate (Owned) |
| 0030 | Regulatory and SEC Matters |
| 0031 | Reorganization Plan / Plan Sponsors |
| 0032 | Reports and Schedules |

| Matter # | Matter Name |
|---|---|
| 0033 | Retention / Fee Matters (SASM&F) |
| 0034 | Retention / Fee Matters / Objections (Others) |
| 0035 | Secured Claims |
| 0036 | Tax Matters |
| 0037 | U.S. Trustee Matters |
| 0038 | Utilities |
| 0039 | Supplier Matters |
| 0040 | Customer Matters (General) |
| 0041 | Customer Matters (GM) |
| 0042 | Employee Matters (Pension) |
| 0043 | Employee Matters (Retirees/OPEB) |
| 0044 | Financing (Global Subsidiaries) |
| 0045 | Global Subsidiaries (Non-U.S.) |
| 0046 | Customer Matters (Reviews/Investigations) |
| 0047 | Rights Offering |

**SKADDEN BUSINESS STATISTICS**
**AND SUMMARY OF ATTORNEY TIME**
**FOR THE APPLICATION PERIOD**
**JUNE 1, 2007 THROUGH SEPTEMBER 30, 2007**

Total Fees Recorded:                             $17,071,266

Actual Fees Requested:                           $15,387,189

<u>Total Hours Recorded</u>
    Partners:                                6,705.4 (19.7%)
    Counsel and Special Counsel              2,691.9 ( 7.9%)
    Associates:                              19,609.6 (57.6%)
    Summer Associates:                       862.0 ( 2.5%)
    Legal Assistants:                        <u>4,184.5 (12.3%)</u>
    Total Hours:                             34,053.4

<u>Total Hours Requested</u>
    Partners:                                6,424.4 (24.4%)
    Counsel:                                 2,464.9 ( 8.2%)
    Associates:                              18,378.7 (61.3%)
    Legal Assistants:                        <u>2,697.0 ( 9.0%)</u>
    Total Hours:                             29,965.0

Blended Hourly Rate:                             $452

Total Charges And Disbursements Recorded:        $967,272

Actual Charges And Disbursements Billed:         $837,950