SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05–44481 (RDD) |
| Debtors. | (Jointly Administered) |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-1
CLAIMS ADMINISTRATION (GENERAL)
7,252.6 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)
Claims Admin. (General)

Bill Date: 07/31/07
Bill Number: 1168053

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HOGAN III AL | 06/01/07 | 3.30 | PREPARE FOR AND CONDUCT MEET AND CONFER WITH OPPOSING COUNSEL IN NU TECH CLAIM (2.2); REVIEW MATERIALS IN PREPARATION FOR HE SERVICES DISCOVERY AND HEARING PREPARATION (1.1). |
| HOGAN III AL | 06/03/07 | 3.30 | REVIEW KEY DISCOVERY DOCUMENTS AND OUTLINES IN PREPARATION FOR DEPOSITIONS IN HE SERVICES CLAIM (3.3). |
| HOGAN III AL | 06/04/07 | 5.60 | CONTINUE REVIEW OF KEY DISCOVERY MATERIAL IN PREPARATION FOR DEPOSITIONS AND CONTESTED HEARING IN HE SERVICES CLAIM (5.2); REVIEW AND APPROVE NUTECH CLAIM AMENDED SDI (0.2); ANALYZE LEGAL AND FACTUAL VIABILITY OF DEFENSES FOR SAME (0.2). |
| HOGAN III AL | 06/05/07 | 6.00 | CONTINUE PREPARATIONS FOR DEPOSITIONS IN HE SERVICES CLAIM (5.7); REVIEW COMMUNICATION CONCERNING RENO CLAIM DAMAGES ISSUES, AND DIRECT DISCOVERY IN CONNECTION WITH SAME (0.3). |
| HOGAN III AL | 06/06/07 | 7.80 | CONTINUE REVIEW OF KEY DOCUMENTS AND PREPARATION FOR BACKIE, DAWE, AND WASLUSKY DEPOSITIONS (7.4); REVIEW AND FINALIZE RULE 68 OFFER TO HE SERVICES (0.3); CONSIDER UNIVERSAL TOOL CLAIM RESOLUTION PROPOSAL (0.1). |
| HOGAN III AL | 06/07/07 | 9.40 | CONTINUE PREPARATIONS FOR, AND TAKE DEPOSITION OF B. BACKIE IN HE SERVICES CLAIM (7.3); TELECONFERENCE WITH S. DAWE AND B. WASLUSKY IN PREPARATION FOR THEIR DEPOSITIONS (2.1). |
| HOGAN III AL | 06/08/07 | 7.60 | CONTINUE PREPARATIONS FOR, AND DEFEND S. DAWE DEPOSITION (4.0); ATTEND E. CHAVEZ DEPOSITION TELEPHONICALLY (1.2); PLAN FOR FURTHER DISCOVERY AND CONTESTED HEARING (2.4). |
| HOGAN III AL | 06/11/07 | 4.90 | IMPLEMENT CLAIMS TIMELINESS COMMUNICATION PLAN (0.3); REVIEW NOTES FROM BACKIE DEPOSITION IN HE SERVICES CLAIM, AND REVIEW OUTLINES AND PROBABLE EVIDENCE FOR USE IN UPCOMING DEPOSITIONS (4.6). |
| HOGAN III AL | 06/12/07 | 9.80 | PREPARE FOR AND PARTICIPATE IN DEPOSITIONS OF HE SERVICES WITNESSES (SCHEMBRI, FORTIER, J. STEARNS) (5.5); PREPARE FOR AND PARTICIPATE IN DEPOSITION OF J. HALLER IN CONNECTION WITH HE SERVICES CLAIM (1.3); CONTINUE ANALYSIS OF EVIDENTIARY MATERIAL, INVOICES CLAIM, AND OTHER HEARING PREPARATION ISSUES (3.0). |

B43E

HOGAN III AL      06/13/07      9.10  PREPARE FOR AND PARTICIPATE IN DEP OF J.
                                      STEARNS AND A. PERNA, IN THE HE SERVICES
                                      MATTER (4.3); CONTINUE ANALYSIS OF
                                      UNPAIND INVOICE ISSUE IN HE CLAIM (2.3);
                                      CONTINUE ANALYSIS OF PREPARATION FOR HE
                                      SERVICES BRIEFING AND HEARING (2.5).

HOGAN III AL      06/14/07      9.00  PREPARE FOR AND PARTICIPATE IN
                                      DEPOSITIONS OF HE SERVICES WITNESSES
                                      (R. BOLT AND E. JACOB) (5.8); CONTINUE
                                      PREPARATIONS FOR UNPAID INVOICES ASPECT
                                      OF HE CLAIMS (2.2); CONTINUE GENERAL
                                      REVIEW OF DEVELOPING EVIDENCE AND
                                      PREPARATION FOR HEARING (1.0).

HOGAN III AL      06/15/07      8.40  DEPOSITION PREPARATION FOR B.
                                      LOCCRICIO, AND DEFEND DEPOSITION OF
                                      SAME (5.2); PREPARE FOR AND DEFEND B.
                                      WASLUSKY DEPOSITION (2.1); FORMULATE
                                      STRATEGY CONCERNING EXECUTION OF
                                      PRE-HEARING FILINGS AND HEARING
                                      PREPARATION (1.1).

HOGAN III AL      06/16/07      8.90  REVIEW DEPOSITIONS AND MAKE HEARING
                                      DESIGNATIONS (4.4); REVIEW AND EDIT
                                      TRIAL BRIEF, AND PREPARE FOR HEARING
                                      (4.5).

HOGAN III AL      06/17/07      6.30  CONTINUE REVIEW AND EDITING OF TRIAL
                                      BRIEF, AND PREPARATION FOR HE SERVICE
                                      SHEARING (6.3).

HOGAN III AL      06/18/07      5.40  CONTINUE TO REVIEW AND EDIT OF HEARING
                                      BRIEF IN HE SERVICES CLAIM, AND
                                      PREPARATIONS FOR CONTESTED HEARING
                                      (4.6); PREPARATION FOR AND PARTICIPATE
                                      IN DISCUSSION WITH CHAMBERS, AND HE
                                      SERVICES COUNSEL CONCERNING CLAIMANT'S
                                      REQUEST FOR CONTINUANCE (0.8).

HOGAN III AL      06/19/07      1.30  REVIEW CONTRACTS IN HE SERVICES AND NU
                                      TECH, AND DISCUSSION WITH K. CRAFT RE:
                                      REQUIREMENTS CONTRACT LEGAL ANALYSIS
                                      (0.8); PLAN FOR COMPLETION OF HE
                                      SERVICES HEARING PREPARATION IN LIGHT
                                      OF SETTLEMENT OFFER, AND NEW HEARING
                                      DATE (0.5).

HOGAN III AL      06/20/07      1.40  PREPARE FOR AND PARTICIPATE IN
                                      FACT-FINDING CALL WITH RESPECT TO
                                      NUTECH CLAIM (1.1); UPDATE K. CRAFT RE:
                                      SAME (0.3).

HOGAN III AL      06/21/07      4.40  PARTICIPATE IN WEEKLY CLAIMS TEAM
                                      MEETING (1.8); CONTINUE ANALYSIS OF
                                      POTENTIAL LEGAL DEFENSES IN NU TECH
                                      CLAIM, AND TELECONFERENCE WITH J.
                                      PAPELIAN RE: SAME (2.2); REVIEW RENO
                                      PRIOR PLEADINGS IN PREPARATION FOR
                                      STATUS CONFERENCE WITH THE COURT (0.4).

HOGAN III AL      06/22/07      1.40  REVIEW OF POTENTIAL PRODUCTION FIGURES
                                      RELEVANT TO NU TECH CLAIM, AND
                                      DISCUSSION WITH J. PAPELIAN RE:
                                      DEFENSES TO CLAIM (1.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOGAN III AL      06/25/07      1.20   REVIEW NUTECH SUPPLEMENTAL FILING, AND
                                       DISCUSS FACT-GATHER STRATEGY AND
                                       REQUIREMENTS WITH LITIGATION TEAM
                                       (0.7); REVIEW STATUS OF RENO DAMAGES
                                       PRESENTATION (0.2); REVIEW STATUS OF
                                       COMMUNICATIONS ON WHITNEY CLAIM (0.3).

HOGAN III AL      06/26/07      0.50   REVIEW FINAL HB PERFORMANCE SETTLEMENT
                                       PAPERS (0.2); DISCUSSION WITH
                                       LITIGATION TEAM RE: STATUS OF UNPAID
                                       INVOICE INVESTIGATION ON HE SERVICES
                                       CLAIM (0.3).

                              115.00

LYONS JK          06/04/07      3.70   REVIEW OF VARIOUS CLAIMS ISSUES,
                                       SETTLEMENTS, STATUS UPDATE, OMNIBUS
                                       OBJECTIONS AND OTHER CLAIMS MATTERS
                                       (3.7).

LYONS JK          06/05/07      3.10   REVIEW OF CLAIMS ISSUES, OMNIBUS
                                       MATTERS, SETTLEMENTS, TAX ISSUES AND
                                       OTHER MATTERS (3.1).

LYONS JK          06/06/07      3.70   PREPARATION FOR AND CALL RE: WEEKLY
                                       CLAIMS UPDATE INCLUDING DETAILED TAX
                                       CLAIMS STRATEGIES (3.7).

LYONS JK          06/07/07      2.10   REVIEW OF CLAIMS MATTERS INCLUDING
                                       ADMINISTRATIVE CLAIMS ISSUES AND OTHER
                                       MATTERS (2.1).

LYONS JK          06/12/07      1.20   FOLLOW UP ON VARIOUS CLAIMS MATTERS
                                       INCLUDING SCHEDULE AMENDMENT AND
                                       ADMINISTRATIVE CLAIMS ISSUES (1.2).

LYONS JK          06/13/07      3.10   PREPARATION FOR AND PARTICIPATION IN
                                       WEEKLY CLAIMS MEETING AND FOLLOW UP
                                       (3.1).

LYONS JK          06/15/07      2.30   REVIEW OF CLAIMS TIMELINESS ISSUES,
                                       FUNDED DEBT ISSUES AND OTHER CLAIMS
                                       FOLLOW UP (2.3).

LYONS JK          06/21/07      5.10   CLAIMS MEETING IN TROY AND PLAN
                                       STRATEGIES AND FOLLOW UP (5.1).

LYONS JK          06/22/07      3.30   REVIEW OF VARIOUS CLAIMS ISSUES AND
                                       DEVELOPED STRATEGIES INCLUDING TAX
                                       CLAIMS ISSUES, LABOR ISSUES, OMNIBUS
                                       OBJECTIONS AND OTHER MATTERS (3.3).

LYONS JK          06/25/07      4.10   REVIEW OF VARIOUS CLAIMS MATTERS
                                       INCLUDING OMNIBUS CLAIMS ISSUES, PLAN
                                       ISSUES, SERP, AND TAX ISSUES (4.1).

LYONS JK          06/26/07      3.10   REVIEW OF CHR ISSUES, SERP ISSUES, MDL,
                                       AND OTHER FOLLOW UP CLAIMS MATTERS
                                       (3.1).

LYONS JK          06/27/07      4.30   REVIEW OF CLAIMS ISSUES INCLUDING
                                       DEPARTMENT OF LABOR CLAIMS, MDL ISSUES,
                                       PLAN ISSUES, SETTLEMENTS, AND OTHER
                                       MATTERS (4.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LYONS JK        06/28/07      5.30   DETAIL PLAN/CLAIMS CALL AND FOLLOW UP
                                     INCLUDING DEPARTMENT OF LABOR CLAIMS
                                     ISSUES, AND OTHER CLAIMS ISSUES (5.3).

LYONS JK        06/29/07      3.60   REVIEW OF VARIOUS CLAIMS MATTERS
                                     INCLUDING MDL LITIGATION, PLAN ISSUES
                                     AND OTHER MATTERS (3.6).

                             48.00

MARAFIOTI KA    06/01/07      1.80   CONFERENCES WITH CLIENT IN ADVANCE OF
                                     CLAIMS HEARING (0.7); ATTEND AND
                                     PARTICIPATE IN CLAIMS HEARING (0.3);
                                     CORRESPONDENCE EXCHANGE RE: HEARING
                                     (0.3); RESEARCH CLAIMS MATTERS (0.5).

MARAFIOTI KA    06/05/07      0.50   CONSIDER CLAIMS ISSUES (0.2) AND
                                     CORRESPONDENCE RE: SAME (0.3).

MARAFIOTI KA    06/10/07      0.10   WORK ON ISSUES RE: PIMA COUNTY MOTION TO
                                     RECONSIDER (0.1).

MARAFIOTI KA    06/14/07      2.90   REVIEW AND REVISE 16TH OMNIBUS CLAIMS
                                     OBJECTION (0.4), ORDER (0.1), NOTICE
                                     (0.2), AND EXHIBITS A & B (0.3); REVIEW
                                     AND REVISE 17TH OMNIBUS CLAIMS
                                     OBJECTION (0.8), ORDER (0.4), NOTICE
                                     (0.2), AND EXHIBITS (0.5).

MARAFIOTI KA    06/15/07      0.80   FINALIZE 16TH (0.4) AND 17TH (0.4)
                                     OMNIBUS CLAIMS OBJECTION PLEADINGS.

MARAFIOTI KA    06/19/07      0.20   CORRESPONDENCE RE: CLAIMS (0.1);
                                     TELECONFERENCE WITH CLAIMANT AND
                                     FOLLOWUP (0.1).

MARAFIOTI KA    06/20/07      0.10   CONSIDER ISSUES RE: CLAIMS HEARING
                                     (0.1).

MARAFIOTI KA    06/25/07      3.40   TELECONFERENCE FROM CLAIMANT'S COUNSEL
                                     AND RELATED CORRESPONDENCE (0.1); WORK
                                     ON 15TH OMNIBUS REPLY (0.4), ORDER
                                     (0.2), AND EXHIBITS (0.8); WORK ON 13TH
                                     OMNIBUS REPLY (0.4) AND EXHIBITS (0.7);
                                     WORK ON 14TH OMNIBUS REPLY (0.3) AND
                                     EXHIBITS (0.3); FOLLOWUP (0.2).

MARAFIOTI KA    06/27/07      1.30   TELECONFERENCE WITH COMPANY RE:
                                     DEPARTMENT OF LABOR CLAIM & STRATEGY
                                     (0.8); CONSIDER SAME (0.5).

MARAFIOTI KA    06/28/07      2.10   TELECONFERENCE WITH COMPANY AND FTI RE:
                                     CLAIMS (1.8) AND FOLLOWUP (0.3).

MARAFIOTI KA    06/29/07      0.20   CORRESPONDENCE EXCHANGE WITH COUNSEL TO
                                     CLAIMANT (0.1); CORRESPONDENCE RE: 13TH
                                     OMNIBUS LATE-FILED CLAIMS (0.1).

                             13.40

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE        06/01/07      0.30   DRAFT CORRESPONDENCE RE: MELENBRINK
                                       CLAIM (0.1); TELECONFERENCE WITH D.
                                       UNRUE RE: L&W (0.2).

MEISLER RE        06/05/07      0.20   CONTINUE TO REVIEW PROPOSAL TO SETTLE
                                       CLAIM ASSERTED BY MELENBRINK (0.2).

MEISLER RE        06/06/07      1.80   REVIEW STATUS OF MELENBRINK SETTLEMENT
                                       (0.1); ANALYSIS OF SAME (0.4);
                                       TELECONFERENCE WITH J. PAPELIAN RE:
                                       SAME (0.2); REVIEW INSURANCE ORDER
                                       (0.3); TELECONFERENCE WITH M. REED
                                       (COUNSEL TO ACE) RE: SAME (0.4);
                                       TELECONFERENCE WITH B. TELGEN RE: SAME
                                       (0.1); DRAFT CORRESPONDENCE TO J.
                                       PAPELIAN AND B. TELGEN RE: SAME (0.2);
                                       TELECONFERENCE WITH M. BAKER RE:
                                       RELIANCE INSURANCE CLAIM (0.1).

MEISLER RE        06/07/07      2.40   CONTINUE TO WORK ON RESOLUTION OF
                                       MELENBRINK SETTLEMENT (0.6);
                                       TELECONFERENCE WITH B. TELGEN AND J.
                                       PAPELIAN RE: SAME (0.2, 0.2);
                                       TELECONFERENCE WITH J. PAPELIAN, M.
                                       REED, S. VERNOS RE: SAME (0.5); FOLLOW
                                       UP TELECONFERENCE WITH J. PAPELIAN RE:
                                       SAME (0.1); DRAFT CORRESPONDENCE TO M.
                                       REED RE: SAME (0.1, 0.3);
                                       TELECONFERENCE WITH H. BAER RE: SAME
                                       (0.4).

MEISLER RE        06/08/07      1.30   TELECONFERENCE WITH M. REED RE:
                                       MELENBRINK CLAIM (0.4); TELECONFERENCE
                                       WITH J. PAPELIAN AND B. TELGEN RE: SAME
                                       (0.1); DRAFT CORRESPONDENCE RE: SAME
                                       (0.2); CONTINUED REVIEW AND ANALYZE
                                       MELENBRINK CLAIM (0.2) AND DRAFT
                                       FURTHER CORRESPONDENCE RE: SAME (0.1);
                                       DRAFT CORRESPONDENCE TO D. UNRUE RE:
                                       SAME (0.1); DRAFT CORRESPONDENCE TO H.
                                       BAER RE: SAME (0.1); DRAFT
                                       CORRESPONDENCE RE: RESOLUTION OF TAX
                                       CLAIMS (0.1).

MEISLER RE        06/09/07      0.30   DRAFT CORRESPONDENCE TO M. REED RE:
                                       MELENBRINK (0.2); TELECONFERENCE WITH
                                       J. PAPELIAN RE: SAME (0.1).

MEISLER RE        06/11/07      1.10   TELECONFERENCE WITH H. BAER, A. PARKS,
                                       J. PAPELIAN, AND B. TELGEN RE:
                                       MELENBRINK SETTLEMENT (0.6); NOTES TO
                                       FILE (0.2); DRAFT CORRESPONDENCE TO H.
                                       BAER RE: SAME (0.1); DRAFT
                                       CORRESPONDENCE RE: CLAIMS OBJECTIONS
                                       (0.2).

MEISLER RE        06/13/07      0.80   TELECONFERENCE WITH H. BAER RE:
                                       MELENBRINK CLAIM (0.1); TELECONFERENCE
                                       WITH H. BAER, M. REED, AND J. PAPELIAN
                                       RE: SAME (0.3); REVIEW AND COMMENT ON
                                       RELATED DOCUMENTATION (0.4).

MEISLER RE        06/15/07      0.10   DRAFT CORRESPONDENCE RE: MELENBRINK
                                       SETTLEMENT (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 06/17/07 | 0.20 | DRAFT CORRESPONDENCE TO H. BAER RE: MELENBRINK SETTLEMENT (0.2). |
| MEISLER RE | 06/18/07 | 1.30 | TELECONFERENCE WITH D. UNRUE RE: CHR CLAIM (0.1) AND L&W CLAIM (0.1); TELECONFERENCE WITH D. UNRUE RE: CHR ANALYSIS (0.8); DRAFT CORRESPONDENCE TO H. BAER RE: MELENBRINK SETTLEMENT (0.1); REVIEW COMMENTS TO AMENDED AND RESTATED SETTLEMENT PROCEDURES ORDER (0.2). |
| MEISLER RE | 06/19/07 | 0.40 | REVIEW CORRESPONDENCE AND RESPOND RE: RESPONSES TO CLAIMS OBJECTIONS (0.2); REVIEW TAX RELATED CLAIMS (0.2). |
| MEISLER RE | 06/20/07 | 0.20 | DRAFT CORRESPONDENCE RE: CLAIMS (0.2). |
| MEISLER RE | 06/21/07 | 0.70 | REVIEW AND RESPOND TO CORRESPONDENCE RE: CLAIMS (0.1); REVIEW AND RESPOND TO CORRESPONDENCE RE: MDL (0.4); TELECONFERENCE WITH D. UNRUE RE: CHR (0.2). |
| MEISLER RE | 06/22/07 | 1.20 | TELECONFERENCE WITH D. UNRUE RE: CHR (0.8); ANALYSIS RE: SAME (0.4). |
| MEISLER RE | 06/25/07 | 0.30 | REVIEW CLAIMS STIPULATION (0.2) AND DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 06/28/07 | 0.40 | REVIEW INFORMAL RESPONSES TO OMNIBUS CLAIMS OBJECTION (0.3); DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 06/29/07 | 0.10 | DRAFT CORRESPONDENCE TO B. TELGEN RE: MELENBRINK SETTLEMENT (0.1). |
| | | 13.10 | |
| PANAGAKIS GN | 06/01/07 | 0.80 | REVIEW MDL CLAIMS (0.8). |
| PANAGAKIS GN | 06/08/07 | 1.40 | REVIEW CLAIMS MATERIALS (1.4). |
| PANAGAKIS GN | 06/18/07 | 0.80 | REVIEW UPDATED CLAIMS ANALYSIS (0.8). |
| PANAGAKIS GN | 06/20/07 | 0.50 | REVIEW UPDATED CLAIMS ANALYSIS (0.5). |
| PANAGAKIS GN | 06/25/07 | 0.70 | REVIEW UPDATED CLAIMS ANALYSIS (0.4) AND SERP CLAIM (0.3). |
| PANAGAKIS GN | 06/27/07 | 0.80 | REVIEW MATERIALS RE: NEXT DAY CLAIMS CALL (0.8). |
| PANAGAKIS GN | 06/28/07 | 2.60 | PREPARE FOR (0.8) AND PARTICIPATE ON (1.8) CLAIMS CALL; FOLLOW UP MATTER RE: SAME. |
| PANAGAKIS GN | 06/29/07 | 0.90 | REVIEW UPDATED CLAIMS ANALYSIS AND PREPARE FOR NEXT CLAIMS MEETING (0.9). |
| | | 8.50 | |

**Total Partner**        198.00

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 06/01/07 | 1.70 | PREPARATION AT COURT FOR CLAIMS HEARING (0.6); ATTEND CLAIMS HEARING (0.4); REVIEW PRESENTMENT MATTER (0.4); TELECONFERENCE FROM CHAMBERS RE: DOCKETING OF STIPULATIONS, 12TH AND 13TH OMNIBUS ORDER (0.3). |
|---------|----------|------|---|
| MATZ TJ | 06/04/07 | 0.50 | CORRESPONDENCE WITH N. BERGER RE: AT&T CLAIM, 5/31 HEARING (0.3); CONSIDER SAME (0.2). |
| MATZ TJ | 06/05/07 | 0.30 | CORRESPONDENCE WITH N. BERGER RE: AT&T CLAIM RESPONSE (0.3). |
| MATZ TJ | 06/06/07 | 0.80 | TELECONFERENCE WITH R. MARLAND RE: 13TH OMNIBUS CLAIMS ORDER (0.3); CORRESPONDENCE WITH R. MARLAND RE: SAME (0.1); REVIEWING FINAL REVISIONS OF 12TH AND 13TH OMNIBUS CLAIMS ORDERS (0.3); CORRESPONDENCE WITH CHAMBERS RE: SAME (0.1). |
| MATZ TJ | 06/08/07 | 0.50 | TELECONFERENCE FROM CHAMBERS RE: OUTSTANDING ORDERS (0.2); TELECONFERENCE WITH N. BERGER RE: SAME (0.1); FOLLOW UP TELECONFERENCE WITH CHAMBERS RE: SAME (0.2). |
| MATZ TJ | 06/10/07 | 0.20 | CORRESPONDENCE WITH S. SINGH RE: OUTSTANDING CLAIMS (0.2). |
| MATZ TJ | 06/11/07 | 0.40 | REVIEW CORRESPONDENCE FROM B. CHALKER RE: RENO ERISA DAMAGES CLAIM (0.2); TELECONFERENCE WITH CHAMBERS RE: 6/22 STATUS CONFERENCE (0.2). |
| MATZ TJ | 06/12/07 | 0.50 | TELECONFERENCE FROM CHAMBERS RE: 6/22 CLAIMS HEARING (0.2); TELECONFERENCE FROM NEC ELECTRONICS RE: CLAIM (0.1); REVIEW CORRESPONDENCE WITH D. WILSON RE: STIPULATION, OUTSTANDING CLAIMS ORDERS (0.2). |
| MATZ TJ | 06/13/07 | 1.60 | REVIEW AND COMMENT ON RESTATED SETTLEMENT PROCEDURES ORDER (0.4); TWO TELECONFERENCES WITH CHAMBERS RE: 6/22 CLAIMS HEARING (0.4); REVIEW DRAFT 16TH OMNIBUS CLAIMS OBJECTION (0.4); TELECONFERENCE FROM CHAMBERS RE: CLAIMS MATERIALS (0.2); FOLLOW UP TELECONFERENCE FROM CHAMBERS RE: OUTSTANDING CLAIMS ORDERS (0.2). |
| MATZ TJ | 06/14/07 | 2.40 | TELECONFERENCE FROM CHAMBERS RE: PIMA COUNTY MOTION, WITHDRAWAL (0.2); REVIEW AND COMMENT ON 16TH OMNIBUS CLAIMS OBJECTION (0.8); REVIEW AND COMMENT ON 17TH OMNIBUS CLAIMS OBJECTION (1.4). |
| MATZ TJ | 06/15/07 | 1.50 | REVIEW AND COMMENT ON 16TH OMNIBUS CLAIMS OBJECTION AND NOTICE (0.5); FURTHER REVISIONS TO SAME (0.2); REVIEW AND COMMENT ON 17TH OMNIBUS CLAIMS OBJECTION & NOTICE (0.6); FURTHER REVISIONS THERETO (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ        06/18/07      0.60   REVIEW CHALKER AFFIDAVIT RE: RENO,
                                    ERISA, COBRA CLAIMS (0.4);
                                    CORRESPONDENCE WITH E. FOX RE:
                                    SETTLEMENT PROCEDURES ORDER (0.1);
                                    CONSIDER SAME (0.1).

MATZ TJ        06/20/07      1.10   TELECONFERENCE WITH CHAMBERS RE: 6/22
                                    HEARING, TELECONFERENCE (0.3);
                                    CORRESPONDENCE WITH D. UNRUE RE: SAME
                                    (0.2); FOLLOW UP TELECONFERENCE FROM
                                    CHAMBERS RE: SAME (0.2); TELECONFERENCE
                                    FROM CHAMBERS RE: RENO CHAMBERS
                                    CONFERENCE (0.2); PREPARATION RE: SAME
                                    (0.2).

MATZ TJ        06/21/07      1.20   CORRESPONDENCE WITH H. BAER, R.
                                    SILVINSKI, N. BERGER RE: 6/22 CLAIMS
                                    HEARING (0.2); TELECONFERENCE FROM
                                    CHAMBERS RE: 6/22 RENO CHAMBERS
                                    CONFERENCE (0.2); CORRESPONDENCE WITH
                                    J. GORMAN RE: SAME (0.2);
                                    CORRESPONDENCE WITH F. FRANK AND WEIL
                                    GOTSCHAL RE: 6/22 CLAIMS HEARING (0.2);
                                    TELECONFERENCE FROM CHAMBERS RE: JOINT
                                    STIPULATIONS FOR PRESENTMENT (0.4).

MATZ TJ        06/22/07      0.80   PREPARATION FOR AND PARTICIPATING IN
                                    RENO CHAMBERS CONFERENCE (0.4);
                                    TELECONFERENCE WITH V. MASTROMARCO RE:
                                    H.E. SERVICES CONTESTED HEARING (0.2);
                                    TELECONFERENCE WITH CHAMBERS RE: SAME
                                    (0.2).

MATZ TJ        06/24/07      0.50   REVIEW AND COMMENT ON 13TH OMNIBUS
                                    CLAIMS OBJECTIONS REPLY (0.5).

MATZ TJ        06/25/07      2.20   CORRESPONDENCE WITH D. UNRUE RE: CLAIMS
                                    HEARING DATES (0.3); FOLLOW UP WITH
                                    CHAMBERS RE: 6/22 STIPULATION
                                    PRESENTMENTS (0.2); REVIEW AND COMMENT
                                    ON 13TH, 14TH, 15TH OMNIBUS REPLY ORDER,
                                    AND RESPONSE SUMMARIES (1.7).

MATZ TJ        06/26/07      0.90   CORRESPONDENCE WITH CHAMBERS RE:
                                    SETTLEMENT STIPULATIONS (0.9).

MATZ TJ        06/27/07      0.60   REVIEW AND REVISE LEMKIN MOTION AND
                                    AMENDED CLAIM (0.2); REVIEW CATALYST
                                    ORDER FOR SUBMISSION TO CHAMBERS (0.2);
                                    TELECONFERENCE WITH CHAMBERS RE: CLAIMS
                                    PRESENTMENT (0.2).

MATZ TJ        06/28/07      0.40   CORRESPONDENCE WITH K. CRAFT RE: CHERRY
                                    GMBH AND COMPTROL CLAIMS (0.2);
                                    TELECONFERENCE WITH CHAMBERS RE: JOINT
                                    STIPULATION (0.2).

MATZ TJ        06/29/07      0.50   TWO TELECONFERENCES WITH CHAMBERS RE:
                                    THREE OMNIBUS CLAIMS ORDERS (0.3);
                                    CORRESPONDENCE WITH CHAMBERS RE: SAME
                                    (0.2).

                            19.20

**Total Counsel**           **19.20**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

CAMPANARIO ND     06/01/07     8.60   REVIEW STATEMENT OF DISPUTED ISSUES AND
                                      CLAIMANT'S SUPPLEMENTAL RESPONSE IN
                                      CONNECTION WITH PROOFS OF CLAIM BY
                                      UNIVERSAL TOOL & ENGINEERING CO., INC.
                                      AND MG CORPORATION (1.0); FORMULATE
                                      STRATEGY (2.6); PREPARE MODIFIED
                                      LITIGATION TIMELINE (0.3); CONDUCT MEET
                                      AND CONFER (0.5), AND DRAFT SUMMARY OF
                                      SAME (0.4), ALL IN CONNECTION WITH PROOF
                                      OF CLAIM BY NU-TECH PLASTICS
                                      ENGINEERING, INC.; REVIEW COMPLAINT IN
                                      MULTI-DISTRICT SECURITIES LITIGATION
                                      (3.8).

CAMPANARIO ND     06/03/07     3.50   DRAFT AMENDED STATEMENT OF DISPUTED
                                      ISSUES IN CONNECTION WITH PROOF OF CLAIM
                                      BY NU-TECH PLASTIC ENGINEERING, INC.
                                      (3.5).

CAMPANARIO ND     06/04/07     6.10   TELECONFERENCE WITH J. WHARTON, L.
                                      DIAZ, D. UNRUH, C. MICHAELS, AND OTHERS
                                      RE: PROOFS OF CLAIM BY UNIVERSAL TOOL &
                                      ENGINEERING COMPANY INC. AND MG
                                      CORPORATION AND FORMULATE STRATEGY RE:
                                      SAME (1.3); REVISE AMENDED STATEMENT OF
                                      DISPUTED ISSUES RE: PROOF OF CLAIM BY
                                      NU-TECH PLASTICS ENGINEERING, INC.
                                      (1.6); LEGAL RESEARCH RE: POTENTIAL
                                      CAUSES OF ACTION AND DRAFT MEMORANDUM
                                      RE: SAME (3.2).

CAMPANARIO ND     06/05/07     8.10   DRAFT DISCOVERY REQUESTS IN CONNECTION
                                      WITH PROOFS OF CLAIM BY UNIVERSAL TOOL
                                      & ENGINEERING COMPANY INC. AND MG
                                      CORPORATION (1.7) AND TELECONFERENCE
                                      WITH D. UNRUE RE: SAME (0.3); COMPLETE
                                      REVISIONS TO AMENDED STATEMENT OF
                                      DISPUTED ISSUES RE: PROOF OF CLAIM BY
                                      NU-TECH PLASTICS ENGINEERING, INC.
                                      (0.8); LEGAL RESEARCH RE: POTENTIAL
                                      CAUSES OF ACTION (5.3).

CAMPANARIO ND     06/08/07     0.40   ANALYZE POTENTIAL DEFENSE TO PROOF OF
                                      CLAIM BY NU-TECH PLASTICS ENGINEERING,
                                      INC. (0.4).

CAMPANARIO ND     06/12/07     0.80   REVIEW LEGAL MEMORANDA RE: PROOF OF
                                      CLAIM FILED BY NU-TECH PLASTICS
                                      ENGINEERING, INC. (0.8).

CAMPANARIO ND     06/13/07     3.00   LEGAL RESEARCH RE: MICHIGAN CONTRACT
                                      LAW (2.2); PREPARE GRAPHIC TIMELINE OF
                                      EVENTS RE: PROOF OF CLAIM BY NU-TECH
                                      PLASTICS ENGINEERING, INC. (0.8).

CAMPANARIO ND     06/18/07     6.20   BEGIN DRAFTING SUPPLEMENTAL REPLY BRIEF
                                      RE: PROOF OF CLAIM BY NU-TECH PLASTICS
                                      ENGINEERING, INC. (6.2).

CAMPANARIO ND     06/19/07     9.30   REVIEW SUPPLEMENTAL RESPONSE BRIEF AND
                                      RELATED PAPERS FILED BY NU-TECH
                                      PLASTICS ENGINEERING, INC. (5.7) AND
                                      DRAFT DISCOVERY REQUESTS TO NU-TECH
                                      (3.6).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

CAMPANARIO ND   06/20/07   10.20   TELECONFERENCE WITH DELPHI (1.0);
FORMULATE STRATEGY RE: SUPPLEMENTAL
REPLY BRIEF (1.3); REVIEW DOCUMENTS
(1.4); REVISE DISCOVERY REQUESTS (0.4),
AND CONTINUE DRAFTING SUPPLEMENTAL
REPLY BRIEF (6.1) ALL RE: PROOF OF CLAIM
BY NU-TECH PLASTICS ENGINEERING, INC.

CAMPANARIO ND   06/21/07   9.20   CONTINUE DRAFTING SUPPLEMENTAL REPLY
BRIEF RE: PROOF OF CLAIM BY NU-TECH
PLASTICS ENGINEERING, INC. (9.2).

CAMPANARIO ND   06/22/07   6.90   CONTINUE DRAFTING SUPPLEMENTAL REPLY
BRIEF RE: PROOF OF CLAIM BY NU-TECH
PLASTICS ENGINEERING, INC. (6.9).

CAMPANARIO ND   06/24/07   8.30   COMPLETE DRAFT OF SUPPLEMENTAL REPLY
BRIEF RE: PROOF OF CLAIM BY NU-TECH
PLASTICS ENGINEERING, INC. (8.3).

CAMPANARIO ND   06/26/07   0.50   DRAFT NOTICE OF ADJOURNMENT RE: PROOF OF
CLAIM BY NU-TECH PLASTICS ENGINEERING,
INC. (0.5).

                                81.10

CONNORS CP   06/01/07   6.50   PREPARE FOR AND CONDUCT INTERVIEW OF G.
NOVAC RE: HE SERVICES (1.5); PREPARE FOR
AND CONDUCT INTERVIEW WITH M. DEL RIO
RE: HE SERVICES CLAIM (1.6); REVIEW AND
ANALYZE DOCUMENTS IN CONNECTION WITH
CLAIM HEARING ON HE SERVICES CLAIM
(3.4).

CONNORS CP   06/02/07   9.40   REVIEW AND REVISE INTERVIEW MEMORANDUM
OF J. HALLER IN CONNECTION WITH HE
SERVICE CLAIM (3.7); WORK ON J. HALLER
DIRECT TESTIMONY OUTLINE (2.0); REVISE
G. NOVAC INTERVIEW MEMO RE: HE SERVICES
CLAIM (1.3); WORK ON G. NOVAC DIRECT
TESTIMONY OUTLINE RE: HE SERVICES CLAIM
(1.2); REVIEW AND ANALYZE DOCUMENTS RE:
HE SERVICES CLAIM (1.2).

CONNORS CP   06/03/07   5.90   WORK ON PREPARATION FOR BACKIE
DEPOSITION RE: HE SERVICES CLAIM (1.0);
RESEARCH CHOICE OF LAW ISSUES RE: HE
SERVICES CLAIM (1.1); WORK ON
DEPOSITION OUTLINES (3.8).

CONNORS CP   06/04/07   12.90   PREPARE OUTLINES AND OTHER MATERIALS
FOR UPCOMING DEPOSITIONS RE: HE
SERVICES CLAIM (4.1); REVIEW DOCUMENTS
AND MATERIALS RE: HE SERVICES CLAIM
(3.9); PREPARE FOR AND CONDUCT
INTERVIEW OF A. GALLARDO (1.7); REVIEW
AND ANALYZE NOTES AND OTHER MATERIALS
RE: JUAREZ PORTION OF HE SERVICES CLAIM
(3.2).

| CONNORS CP | 06/05/07 | 10.20 | COMMUNICATE WITH OPPOSING COUNSEL TO SECURE NOTICE OF WITHDRAWAL OF CLAIM OF R. JANES AND WORK ON FORM OF NOTICE (1.2); REVISE E. CHAVEZ INTERVIEW MEMO (1.8); REVISE J. HALLER INTERVIEW MEMO (1.9); REVIEW AND ANALYZE DOCUMENTS RE: HE SERVICES CLAIM (3.8); COORDINATE LOGISTICS AND STRATEGY FOR UPCOMING DEPOSITIONS RE: HE SERVICES CLAIM (1.5). |
| --- | --- | --- | --- |
| CONNORS CP | 06/06/07 | 10.70 | PARTICIPATE IN WEEKLY CLAIMS TELECONFERENCE (1.6); PREPARE FOR BACKIE DEPOSITION (2.9); PREPARE FOR UPCOMING J. HALLER DEPOSITION (2.7); WORK ON DIRECT EXAMINATION OUTLINES FOR RE: HE SERVICES CLAIM (1.5); WORK ON PROMISSORY ESTOPPEL RESEARCH RE: HE SERVICES CLAIM (2.0). |
| CONNORS CP | 06/07/07 | 7.60 | PREPARE FOR E. CHAVEZ DEPOSITION (2.6); REVIEW AND ANALYZE BACKIE'S DEPOSITION TRANSCRIPT IN ANTICIPATION OF UPCOMING DEPOSITIONS RE: HE SERVICES CLAIM (2.9); MEET WITH AND PREPARE E. CHAVEZ FOR TOMORROW'S DEPOSITION RE: HE SERVICES CLAIM (2.1). |
| CONNORS CP | 06/08/07 | 10.10 | REVIEW MATERIALS IN PREPARATION FOR TODAY'S DEPOSITION OF E. CHAVEZ RE: HE SERVICES CLAIM (3.4); MEET WITH E. CHAVEZ TO CONTINUE TO PREPARE HIM FOR TODAY'S DEPOSITION RE: HE SERVICES CLAIM (3.0); CONDUCT DEPOSITION OF E. CHAVEZ RE: HE SERVICES CLAIM (1.3); REVIEW NOTES OF DEPOSITION, COORDINATE WITH TEAM RE: FACTUAL DEVELOPMENTS OF DEPOSITIONS OCCURRING IN SAGINAW, AND PREPARE FOR ADDITIONAL DEPOSITIONS (2.4). |
| CONNORS CP | 06/10/07 | 2.40 | PREPARE FOR AND MEET WITH J. HALLER RE: HIS DEPOSITION TOMORROW RE: HE SERVICES CLAIM (2.4). |
| CONNORS CP | 06/11/07 | 7.70 | REVIEW MATERIALS AND REVISE DIRECT EXAMINATION OUTLINE FOR J. HALLER DEPOSITION RE: HE SERVICES CLAIM (2.3); MEET WITH J. HALLER TO PREPARE HIM FOR HIS DEPOSITION TODAY RE: HE SERVICES CLAIM (2.2); PREPARE FOR AND CONDUCT MEET AND CONFER TELECONFERENCE RE: WHITNEY CLAIM (0.8); CONDUCTION DEPOSITION OF J. HALLER RE: HE SERVICES CLAIM (1.1); DISCUSS WITH J. HALLER LOGISTICS AND FACTUAL ISSUES ARISING DURING DEPOSITION AND REVIEW NOTES OF DEPOSITION (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| CONNORS CP | 06/12/07 | 5.70 | PREPARE FOR AND MEET WITH G. NOVAC TO PREPARE FOR HIS DEPOSITION TOMORROW RE: HE SERVICES CLAIM (3.1); WORK ON FOLLOW UP ISSUES RE: MEET AND CONFER RE: WHITNEY CLAIMS (0.7); FORMULATE STRATEGY RE: G. NOVAC DEPOSITION AND DISCUSS OTHER FACTUAL DEVELOPMENTS IN OTHER DEPOSITIONS RE: HE SERVICES CLAIM (1.0); FINALIZE REVISED SETTLEMENT AGREEMENT TO SEND TO HB PERFORMANCE'S COUNSEL (0.9). |
|---|---|---|---|
| CONNORS CP | 06/13/07 | 3.50 | FORMULATE STRATEGY, REVIEW DEPOSITIONS, AND WORK ON AMENDED SUPPLEMENTAL REPLY RE: HE SERVICES CLAIM (3.5). |
| CONNORS CP | 06/14/07 | 14.80 | WORK ON FOLLOW UP TO MEET AND CONFER RE: WHITNEY CLAIM (0.5); PARTICIPATE IN DEPOSITION OF R. BOLT RE: HE SERVICES CLAIM (0.7); PARTICIPATE IN DEPOSITION OF E. JACOB AND WORK ON FOLLOW UP TO DEPOSITION RE: HE SERVICES CLAIM (1.6); REVIEW AND ANALYZE DEPOSITION TRANSCRIPTS RE: HE SERVICES CLAIM (5.9); WORK ON AMENDED SUPPLEMENTAL REPLY RE: HE SERVICES CLAIM (5.7); WORK ON LOGISTICS RE: PRE-TRIAL FILINGS RE: HE SERVICES CLAIM (0.4). |
| CONNORS CP | 06/15/07 | 12.20 | WORK ON AMENDED SUPPLEMENTAL REPLY RE: HE SERVICES CLAIM (4.9); REVIEW AND ANALYZE DEPOSITION TRANSCRIPTS RE: HE SERVICES CLAIM (4.6); CONDUCT RESEARCH RE: CLAIMS ASSERTED BY HE SERVICES (2.7). |
| CONNORS CP | 06/16/07 | 12.70 | WORK ON AMENDED SUPPLEMENTAL REPLY RE: HE SERVICES CLAIM (6.7); REVIEW AND ANALYZE DEPOSITION TRANSCRIPTS RE: HE SERVICES CLAIM (4.1); CONDUCT RESEARCH RE: CLAIMS ASSERTED BY HE SERVICES (1.9). |
| CONNORS CP | 06/17/07 | 13.20 | WORK ON AMENDED SUPPLEMENTAL REPLY RE: HE SERVICES CLAIM (4.1); REVIEW AND ANALYZE DEPOSITION TRANSCRIPTS RE: HE SERVICES CLAIM (6.5); CONDUCT RESEARCH RE: CLAIMS ASSERTED BY HE SERVICES (2.6). |
| CONNORS CP | 06/18/07 | 10.10 | WORK ON AMENDED SUPPLEMENTAL REPLY RE: HE SERVICES CLAIM (6.8); CONDUCT RESEARCH RE: CLAIMS ASSERTED BY HE SERVICES (1.5); FORMULATE STRATEGY IN LIGHT OF COURT'S CONTINUANCE RE: HE SERVICES CLAIM (1.8). |
| CONNORS CP | 06/19/07 | 2.70 | WORK ON OUTSTANDING ISSUES RE: RENO CLAIM (1.2); FORMULATE STRATEGY RE: HE SERVICES CLAIM (0.8); WORK ON FOLLOW UP TO MEET AND CONFER RE: WHITNEY CLAIM (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

CONNORS CP        06/20/07        5.20   WORK ON ISSUES RELATED TO MEET AND
                                         CONFER RE: G. WHITNEY CLAIM AND
                                         DISCOVERY RELATED ISSUES (2.7); WORK ON
                                         STRATEGY AND HEARING ISSUES RE: HE
                                         SERVICES CLAIM (2.5).

CONNORS CP        06/25/07        7.90   WORK ON ISSUES RELATED TO DAMAGES RE:
                                         RENO CLAIM (0.5); WORK ON ISSUES RE: HB
                                         PERFORMANCE CLAIM (0.2); WORK ON ISSUES
                                         RAISED DURING MEET AND CONFER RE:
                                         WHITNEY CLAIM AND COMMUNICATE WITH
                                         OPPOSING COUNSEL ABOUT THE SAME (1.7);
                                         REVIEW AND ANALYZE DEPOSITIONS
                                         TRANSCRIPTS IN CONNECTION WITH HE
                                         SERVICES CLAIM (2.6); WORK ON REVISING
                                         SUPPLEMENTAL REPLY RE: HE SERVICES
                                         CLAIM (2.9).

CONNORS CP        06/26/07        8.40   WORK ON SETTLEMENT ISSUES RE: HB
                                         PERFORMANCE CLAIM (1.1); WORK ON
                                         RESEARCH IN CONNECTION WITH
                                         SUPPLEMENTAL REPLY RE: HE SERVICES
                                         CLAIM (3.9); REVIEW AND ANALYZE
                                         DEPOSITION TRANSCRIPTS AND OTHER
                                         DOCUMENTS IN CONNECTION WITH PREPARING
                                         SUPPLEMENTAL REPLY RE: HE SERVICES
                                         CLAIM (3.4).

CONNORS CP        06/27/07       10.40   WORK ON SETTLEMENT ISSUES AND
                                         CORRESPOND WITH OPPOSING COUNSEL RE: HB
                                         PERFORMANCE (0.3); WORK ON DISCOVERY
                                         ISSUES AND COMMUNICATE WITH OPPOSING
                                         COUNSEL ABOUT THE SAME (2.9); WORK ON
                                         RESEARCH IN CONNECTION WITH
                                         SUPPLEMENTAL REPLY RE: HE SERVICES
                                         CLAIM (3.8); WORK ON AMENDED
                                         SUPPLEMENTAL REPLY RE: HE SERVICES
                                         CLAIM (3.4).

CONNORS CP        06/28/07        7.20   WORK ON RESEARCH IN CONNECTION WITH
                                         SUPPLEMENTAL REPLY RE: HE SERVICES
                                         CLAIM (3.3); WORK ON AMENDED
                                         SUPPLEMENTAL REPLY RE: HE SERVICES
                                         CLAIM (3.9).

CONNORS CP        06/29/07        1.60   WORK ON DISCOVERY AND OTHER DISPUTES
                                         WITH OPPOSING COUNSEL AND COMMUNICATE
                                         WITH OPPOSING COUNSEL RE: THE SAME RE:
                                         WHITNEY CLAIM (1.6).

                                  199.00

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DIAZ LB        06/01/07      3.50   CLAIMS HEARING PREPARATION AND
                                    ATTENDANCE (1.5); REVIEW SETTLEMENT
                                    AGREEMENTS AND STIPULATIONS (0.9);
                                    CONFERENCE CALLS WITH D. UNRUE AND
                                    MANAGERS (1.1).

DIAZ LB        06/04/07     12.30   CLAIMS TEAM STRATEGY MEETING (0.8);
                                    MEETING TO DISCUSS RESEARCH FOR
                                    PERSONAL INJURY CLAIMS (0.5);
                                    TELECONFERENCES WITH D. UNRUE AND
                                    CLAIMS MANAGERS (1.2); STRATEGY MEETING
                                    RE: EVIDENTIARY HEARING (1.1); ANALYZE
                                    CLAIM FOR SETTLEMENT POTENTION AND
                                    DISCUSS STRATEGIC APPROACH (1.8);
                                    REVIEW RESEARCH ON APPROACH ON PERSONAL
                                    INJURY CLAIMS (1.5); REVISE AND EDIT
                                    SETTLEMENT AGREEMENTS AND STIPULATIONS
                                    (1.2); REVIEW CLAIMS RE: ASBESTOS
                                    LITIGATION, PERSONAL INJURY AND PREMISE
                                    LITIGATION (1.1); RESPOND TO INQUIRES
                                    BY CLAIMANTS (1.4); REVISE TRACKING
                                    CHARTS TO REFLECT SETTLEMENT PROGRESS
                                    AND OPEN ISSUES (1.7).

DIAZ LB        06/05/07      3.20   TELECONFERENCES WITH D. UNRUE AND
                                    CLAIMS MANAGERS (1.5); ANALYZE CLAIMS
                                    FOR SETTLEMENT POTENTIAL (0.8); EDIT
                                    SETTLEMENT AGREEMENTS AND STIPULATIONS
                                    (0.9).

DIAZ LB        06/06/07      3.50   WEEKLY CLAIMS MEETING WITH D. UNRUE AND
                                    K. CRAFT (2.7); TELECONFERENCES WITH D.
                                    UNRUE AND CLAIMS MANAGERS (0.8).

DIAZ LB        06/07/07      1.60   MEETINGS WITH D. UNRUE AND MANAGERS
                                    (1.6).

DIAZ LB        06/08/07      6.80   TELECONFERENCES WITH D. UNRUE AND
                                    MANAGERS (1.2); RESPOND TO INQUIRIES BY
                                    CLAIMANTS (1.1); REVIEW AND EDIT
                                    SETTLEMENT AGREEMENTS AND STIPULATIONS
                                    (1.3); REVIEW AND ANALYZE PERSONAL
                                    INJURY, PREMISE LITIGATION, PRODUCT
                                    LIABILITY AND ASBESTOS CLAIMS (3.2).

DIAZ LB        06/11/07      7.80   MEETINGS WITH D. UNRUE AND MANAGERS
                                    (1.6); RESEARCH RE: JURISDICTION OF
                                    CIRCUIT COURT (1.4); DUE DILIGENCE FOR
                                    OMNI 16 AND 17 (1.9); REVISE AND EDIT
                                    OMNI 16 AND 17 (1.8); MEETING TO DISCUSS
                                    STRATEGY RE: SPECIFIC CLAIMANT WITH D.
                                    UNRUE AND J. DELUCA (1.1).

DIAZ LB        06/12/07      7.80   TELECONFERENCES WITH D. UNRUE AND
                                    MANAGERS (1.7); STRATEGY MEETING WITH
                                    ADMINISTRATIVE/TAX CLAIMS (0.9);
                                    REVIEW RESULTS OF DUE DILIGENCE WITH
                                    MANAGERS (0.9); DUE DILIGENCE FOR OMNI
                                    16 AND 17 (1.2); REVISE AND EDIT
                                    SETTLEMENT AGREEMENTS AND STIPULATIONS
                                    (1.2); REVISE TRACKING CHARTS TO
                                    REFLECT SETTLEMENT PROGRESS AND OPEN
                                    ISSUES (1.9).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DIAZ LB | 06/13/07 | 6.80 | TELECONFERENCES WITH D. UNRUE AND MANAGERS (1.5); REVISE AND EDIT OMNI 16 AND 17 OBJECTIONS (1.8); WEEKLY CLAIMS MEETING WITH D. UNRUE AND K. CRAFT (2.1); PREPARE CLAIMS RELATED MATERIAL FOR PLAN INVESTOR PRESENTATION (1.4). |
|---|---|---|---|
| DIAZ LB | 06/14/07 | 1.10 | TELECONFERENCES WITH D. UNRUE AND MANAGERS (1.1). |
| DIAZ LB | 06/15/07 | 9.10 | TELECONFERENCES WITH D. UNRUE AND MANAGERS (1.3); REVISE AND EDIT OMNI 16 AND 17 (2.1); REVIEW EXHIBITS AND COORDINATE FILING OF OMNI 16 AND 17 (1.0); TELECONFERENCE TO DISCUSS DE MINIMIS CLAIMS WITH D. UNRUE (1.3); REVISE TRACKING CHARTS TO REFLECT SETTLEMENT PROGRESS AND OPEN ISSUES (1.5); RESEARCH CIRCUIT COURT JURISDICTION RE: LIFT STAY (1.9). |
| DIAZ LB | 06/18/07 | 9.50 | TELECONFERENCES WITH D. UNRUE AND MANAGERS (1.1); WEEKLY CLAIMS STRATEGY MEETING (0.5); REVIEW OF TOP 100 CLAIMS WITH D. UNRUE (0.7); REVISE TRACKING CHARTS TO REFLECT SETTLEMENT PROGRESS AND OPEN ISSUES (1.3); RESPOND TO INFORMATION REQUESTS FROM CLAIMANTS (1.1); RESEARCH AND DISCUSS CIRCUIT COURT JURISDICTION (1.7); REVISE AND EDIT SETTLEMENT AND STIPULATIONS (0.8); REVIEW AOS FOR OMNI 16 AND 17 (0.7); ANALYZE REVISIONS MADE BY TREMONT TO STIPULATION (0.9); ANALYZE SETTLEMENT AGREEMENT BETWEEN DEBTORS AND CLAIMANT ZYLUX (0.7). |
| DIAZ LB | 06/19/07 | 9.10 | TELECONFERENCES WITH D. UNRUE AND MANAGERS (1.3); STRATEGY CALL RE: LIQUIDITY SOLUTIONS WITH D. UNRUE (1.3); RESPOND TO INFORMATION REQUESTS BY CLAIMANTS (1.0); REVISE AND EDIT SETTLEMENT AGREEMENTS AND STIPULATIONS (1.1); REVIEW RESPONSE CHART (EXHIBIT A) TO OMNI 13, 14 AND 15 REPLYS (1.8); TELECONFERENCE WITH CLAIMANTS' COUNSEL RE: SETTLEMENT OF CLAIMS (0.6); RESEARCH EXISTENCE OF SETTLEMENT AGREEMENTS BETWEEN THE DEBTORS AND CERTAIN SUPPLIERS (0.7); ANALYZE EXECUTIVE SUMMARIES PROVIDED BY DELPHI CLAIMS TEAM FOR RESPONSIVENESS TO CLAIMANT INQUIRES (1.3). |
| DIAZ LB | 06/20/07 | 6.30 | ANALYZE RESPONSES AND EDIT REPLIES AND RELATED EXHIBITS (3.3); REVISE TRACKING CHARTS TO REFLECT SETTLEMENT PROGRESS AND OPEN ISSUES (1.7); TELECONFERENCES WITH D. UNRUE AND MANAGERS (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DIAZ LB | 06/21/07 | 8.60 | TELECONFERENCES WITH D. UNRUE AND MANAGERS (0.9); ANALYZE RESPONSES AND EDIT EXHIBIT A TO REPLYS (3.9); WEEKLY CLAIMS CALL WITH D. UNRUE AND K. CRAFT (2.1); ANALYZE CLAIMS FOR SETTLEMENT POTENTIAL (0.9); TELECONFERENCE TO DISCUSS SPECIFIC CLAIMANT WITH J. DELUCA (0.8). |
|---|---|---|---|
| DIAZ LB | 06/22/07 | 7.10 | TELECONFERENCES WITH D. UNRUE AND MANAGERS (1.1); ANALYZE RESPONSES AND EDIT EXHIBIT A TO REPLYS (3.3); TELECONFERENCES TO DISCUSS STRATEGY WITH PARTICULAR CLAIMANT WITH D. EVANS AND DELPHI CLAIMS ANALYST (1.9); TELECONFERENCE RE: LIQUIDITY SOLUTIONS WITH D. UNRUE (0.8). |
| DIAZ LB | 06/23/07 | 5.10 | ANALYZE RESPONSES AND EDIT EXHIBIT A TO REPLIES (5.1). |
| DIAZ LB | 06/24/07 | 4.20 | ANALYZE RESPONSES AND EDIT EXHIBIT A TO REPLIES (4.2). |
| DIAZ LB | 06/25/07 | 10.90 | REVIEW SETTLEMENT AGREEMENTS AND STIPULATIONS (1.4); TELECONFERENCE WITH CLAIMANTS' COUNSEL TO DISCUSS GROUP SETTLEMENT (0.6); TELECONFERENCE WITH D. EVANS TO DISCUSS CLAIM RECONCILIATION (1.3); TELECONFERENCES WITH D. UNRUE AND MANAGERS (1.4); REVIEW AND EDIT HEARING AGENDA (0.4); EDIT AND REVIEW REPLYS, PROPOSED ORDERS AND EXHIBITS (4.1); EDIT AND REVISE MATERIALS FOR HEARING (1.7). |
| DIAZ LB | 06/26/07 | 4.30 | PREPARE AND ATTENDANCE OF OMNIBUS HEARING (2.6); TELECONFERENCES WITH D. UNRUE AND MANAGERS (1.0); EDIT SETTLEMENT AGREEMENTS AND STIPULATIONS (0.7). |
| DIAZ LB | 06/27/07 | 8.90 | TELECONFERENCES WITH D. UNRUE AND MANAGERS (1.5); REVISE TRACKING CHARTS TO REFLECT SETTLEMENT PROGRESS AND OPEN ISSUES (1.6); EDIT SETTLEMENT AGREEMENTS AND STIPULATIONS (1.3); TELECONFERENCE RE: DEPARTMENT OF LABOR CLAIM WITH D. UNRUE AND CLAIMS TEAM (0.9); TELECONFERENCE WITH CLAIMANT'S COUNSEL, D. EVANS AND DELPHI CLAIMS ANALYST (0.9); RESPOND TO INQUIRES BY CLAIMANTS (0.9); ANALYZE REVISIONS MADE BY CLAIMANTS TO SETTLEMENT AGREEMENTS AND MAKE RECOMMENDATION TO DEBTORS (1.2); TELECONFERENCE WITH J. DELUCA TO DISCUSS COOKSON FRY CLAIM (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DIAZ LB | 06/28/07 | 9.40 | TELECONFERENCES WITH D. UNRUE AND MANAGERS (1.2); WEEKLY CLAIMS MEETING WITH D. UNRUE AND K. CRAFT (1.6); RESPOND TO INFORMATION REQUESTS FROM CLAIMANTS (0.9); REVISE AND EDIT SETTLEMENT AGREEMENTS AND STIPULATIONS (1.5); ANALYZE BOSCH MOTION TO AMEND CLAIM (1.7); STRATEGY MEETING TO DISCUSS TRACKING OF WITHDRAWALS OF CLAIMS AND ALTERNATIVES (0.7); RESEARCH SETTLEMENT AGREEMENTS BETWEEN THE DEBTORS AND CERTAIN SUPPLIERS (0.8); ANALYZE EXECUTIVE SUMMARIES FOR RESPONSIVENESS TO CLAIMANTS INQUIRES (1.0). |
|---|---|---|---|
| DIAZ LB | 06/29/07 | 2.80 | TELECONFERENCES WITH D. UNRUE AND MANAGERS (1.1); REVISE TRACKING CHARTS TO REFLECT SETTLEMENT PROGRESS AND OPEN ISSUES (1.2); WEEKLY CLAIM STRATEGY MEETING (0.5). |

                                   149.70

| GARTNER M | 06/06/07 | 3.50 | REVIEW TAX CLAIMS AND RESPONSES (1.3); PREPARE FOR AND ATTEND TAX MEETING WITH WORKING GROUP AND FOLLOW UP (2.1); REVIEW DOCKET (0.1). |
|---|---|---|---|
| GARTNER M | 06/11/07 | 5.30 | CREATE AND POPULATE TAX CLAIM RESPONSE CHART (3.1); RESEARCH TEXAS FRANCHISE TAX (2.2). |
| GARTNER M | 06/12/07 | 1.60 | UPDATE RESPONSE CHART (0.4); RESEARCH TAX CLAIMS ISSUE RE: EXCISE TAX PRIORITY AND TIMING (1.2). |
| GARTNER M | 06/18/07 | 3.20 | ATTEND CLAIMS MEETING WITH WORKING GROUP (0.7); UPDATE TAX RESPONSE CHART AND REVIEW TAX RESPONSES (1.4); DISCUSS ISSUES RELATED TO TAX CLAIMS AND REVIEW 507 MEMO (1.1). |
| GARTNER M | 06/25/07 | 5.60 | COLLECT, REVIEW, AND ORGANIZE TAX CLAIMS RESPONSES AND UPDATE CHART OF RESPONSES (5.6). |
| GARTNER M | 06/27/07 | 6.30 | DISCUSS AND REVIEW ONGOING TAX CLAIMS ISSUES (1.5); REVIEW MEMORANDA ON LEGAL ISSUES RE: TAX CLAIMS (1.2); REVIEW AND ANALYZE TAX SUMMARY CHART AND UPDATE RESPONSE CHART (3.6). |
| GARTNER M | 06/28/07 | 3.20 | REVIEW TAX CLAIM RESPONSES AND UPDATE CHARTS (3.2). |
| GARTNER M | 06/29/07 | 3.60 | PARTICIPATE IN TAX CLAIMS TELECONFERENCE (1.4); PREPARATION FOR AND FOLLOW UP FOR SAME (1.3); UPDATE RESPONSE AND STATUS CHART (0.9). |

                                    32.30

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GUZZARDO J        06/08/07        0.20   REVIEW NU-TECH AND WHITNEY CLAIMS
                                         (0.2).

GUZZARDO J        06/13/07        0.50   FOLLOW UP ON NU-TECH CLAIM (0.5).

GUZZARDO J        06/18/07        5.10   LEGAL RESEARCH IN CONNECTION WITH
                                         NUTECH AND HE SERVICES CLAIMS (5.1).

GUZZARDO J        06/19/07        7.10   LEGAL RESEARCH IN CONNECTION WITH HE
                                         SERVICES CLAIM (7.1).

GUZZARDO J        06/20/07        6.80   LEGAL RESEARCH IN CONNECTION WITH HE
                                         SERVICES AND NU-TECH CLAIMS (6.8).

GUZZARDO J        06/21/07        3.90   LEGAL RESEARCH IN CONNECTION WITH HE
                                         SERVICES AND NU-TECH CLAIMS (3.9).

GUZZARDO J        06/22/07        4.60   LEGAL RESEARCH IN CONNECTION WITH HE
                                         SERVICES AND NU-TECH CLAIMS (4.6).

GUZZARDO J        06/25/07        5.90   LEGAL RESEARCH IN CONNECTION WITH HE
                                         SERVICES AND NU-TECH CLAIMS.
                                         (REQUIREMENTS CONTRACTS) (5.9).

GUZZARDO J        06/26/07        3.80   LEGAL RESEARCH IN CONNECTION WITH
                                         NU-TECH AND HE SERVICES CLAIMS (3.8).

GUZZARDO J        06/27/07        6.30   LEGAL RESEARCH IN CONNECTION WITH
                                         NU-TECH AND HE SERVICES CLAIMS (6.3).

GUZZARDO J        06/28/07        5.80   DRAFTING IN CONNECTION WITH NU-TECH AND
                                         HE SERVICES CLAIMS (5.8).

GUZZARDO J        06/29/07        2.80   DRAFT AND EDIT WORK PRODUCT IN
                                         CONNECTION WITH NU-TECH AND HE SERVICES
                                         CLAIMS (2.8).

                                 52.80

HILL LF           06/01/07        8.80   DRAFT AND REVISE TASK LIST (3.0); REVIEW
                                         DOCKET (0.5); REVIEW CORRESPONDENCE
                                         (0.3); DRAFT, REVIEW AND RESPOND TO
                                         CORRESPONDENCE (1.1); REVIEW AND TRACK
                                         RESPONSES TO OMNIBUS OBJECTIONS (3.5);
                                         REVIEW DOCKET (0.4).

HILL LF           06/04/07        1.30   DRAFT, REVIEW, AND RESPOND TO
                                         CORRESPONDENCE (1.3).

HILL LF           06/05/07        4.70   REVIEW AND RESPOND TO HOTLINE CALL
                                         INQUIRIES (2.0); DRAFT, REVIEW AND
                                         RESPOND TO CORRESPONDENCE (2.7).

HILL LF           06/06/07        6.60   SPOKE WITH CLAIMANT RE: QUESTIONS TO
                                         OMNIBUS OBJECTION (0.5); DRAFT, REVIEW
                                         AND RESPOND TO CORRESPONDENCE (1.8);
                                         REVIEW AND REVISE SETTLEMENT DOCUMENTS
                                         (4.3).

| HILL LF | 06/07/07 | 8.10 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (1.8); RESEARCH AND DISCUSS WITH MANAGER CLAIMANT'S QUESTION TO OBJECTION TO PROOF OF CLAIM (1.2); REVIEW AND RESPOND TO HOTLINE CALL INQUIRIES (0.6); REVIEW HISTORY OF PROOF OF CLAIM, SETTLEMENT DOCUMENTS AND DISCUSS WITH CLAIMANT (3.3); REVIEW OMNIBUS CATEGORIES AND BEGIN DRAFTING OMNIBUS DOCUMENTS (1.2). |
|---------|----------|------|----|
| HILL LF | 06/08/07 | 2.40 | RESPOND TO HOTLINE CALL INQUIRIES (0.5); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (0.9); REVIEW AND REVISE OMNIBUS OBJECTION DOCUMENTS (1.0). |
| HILL LF | 06/09/07 | 4.20 | REVIEW AND EDIT OMNIBUS CLAIMS OBJECTION PLEADINGS (4.2). |
| HILL LF | 06/10/07 | 3.50 | DRAFT AND REVISE OMNIBUS OBJECTION DOCUMENTS (2.5); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (1.0). |
| HILL LF | 06/11/07 | 5.80 | REVISE SETTLEMENT DOCUMENTS (2.2); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (3.6). |
| HILL LF | 06/12/07 | 11.70 | REVIEW AND RESPOND TO HOTLINE CALL INQUIRIES (0.5); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (6.8); DRAFT CLAIMS CHART OF INFORMATION FOR SETTLEMENTS (2.0); DRAFT AND REVISE SETTLEMENT DOCUMENTS (2.4). |
| HILL LF | 06/13/07 | 8.40 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (3.2); REVIEW AND REVISE OMNIBUS DOCUMENTS (1.2); DRAFT AND EDIT SETTLEMENT DOCUMENTS (4.0). |
| HILL LF | 06/14/07 | 7.70 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (5.3); REVISE OMNI DOCUMENTS (1.1); DRAFT AND REVIEW NOTICE OF PRESENTMENT (0.8); DISCUSS SETTLEMENT DOCUMENTS WITH CLAIMANTS (0.5). |
| HILL LF | 06/15/07 | 7.70 | REVIEW, DRAFT AND RESPOND TO CORRESPONDENCE (4.2); REVISE OMNIBUS DOCUMENTS (2.0); REVIEW AND REVISE SETTLEMENT DOCUMENTS (1.5). |
| HILL LF | 06/18/07 | 2.10 | PARTICIPATE IN WORKING GROUP MEETING RE: CLAIMS MATTERS (0.5); REVIEW AND RESPOND TO CORRESPONDENCE (1.6). |
| HILL LF | 06/19/07 | 11.30 | DRAFT SUMMARIES OF RESPONSES (5.0); REVIEW DOCKET (0.7); REVIEW, DRAFT AND RESPOND TO CORRESPONDENCE (3.9); RESPOND TO TELEPHONIC INQUIRY RE: CLAIM OBJECTION (0.3); DRAFT SETTLEMENT DOCUMENTS (1.4). |
| HILL LF | 06/20/07 | 9.80 | CONTINUE DRAFTING SUMMARIES OF RESPONSE TO OMNIBUS OBJECTIONS (6.4); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (3.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HILL LF          06/21/07      9.30   DRAFT, REVIEW AND RESPOND TO
                                       CORRESPONDENCE (2.3); SPOKE WITH
                                       CLAIMANT COUNSEL RE: OBJECTION TO CLAIM
                                       (0.5); REVISE OMNI RESPONSE CHARTS
                                       (6.7).

HILL LF          06/22/07      6.20   DRAFT, REVIEW AND RESPOND TO
                                       CORRESPONDENCE (1.9); REVISE OMNI
                                       RESPONSE CHART (2.0); RESEARCH RE:
                                       PROOF OF CLAIMS OF CLAIMANT INQUIRING
                                       ABOUT OBJECTION (2.3).

HILL LF          06/25/07      1.60   DRAFT, REVIEW AND RESPOND TO
                                       CORRESPONDENCE (1.4); TELECONFERENCE
                                       WITH CLAIMANT RE: QUESTIONS TO
                                       OBJECTION TO CLAIM (0.2).

HILL LF          06/26/07      6.50   DISCUSS SETTLEMENTS WITH CLAIMANTS
                                       (0.8); REVIEW SETTLEMENT AGREEMENTS
                                       (3.6); DRAFT, REVIEW AND RESPOND TO
                                       CORRESPONDENCE (2.1).

HILL LF          06/27/07      3.20   DRAFT, REVIEW AND RESPOND TO
                                       CORRESPONDENCE (1.8); REVIEW
                                       SETTLEMENT INFORMATION (0.8); RESPOND
                                       TO HOTLINE INQUIRIES RE: OBJECTIONS TO
                                       CLAIMS (0.6).

HILL LF          06/28/07      1.80   DRAFT, REVIEW AND RESPOND TO
                                       CORRESPONDENCE (1.5); DISCUSS
                                       SETTLEMENT WITH CLAIMANT (0.3).

HILL LF          06/29/07      1.00   PARTICIPATE IN WEEKLY WORKING GROUP
                                       MEETING RE: CLAIMS MATTERS (0.5);
                                       REVIEW AND RESPOND TO CORRESPONDENCE
                                       (0.5).

                             133.70

HOUSTON BM       06/01/07      1.40   REVISE REPORT RE: DAVIS MATTER (0.6);
                                       RESEARCH CLAIM INFORMATION RE: SAME
                                       (0.8).

HOUSTON BM       06/04/07      2.70   RESEARCH ISSUES RE: ABILITY OF
                                       PREPETITION CLAIMANT TO DRAW DOWN ON
                                       LETTER OF CREDIT (1.9); DRAFT SUMMARY
                                       REPORT RE: SAME (0.8).

                               4.10

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOWE EJ        06/01/07     8.30   DRAFT NOTICE OF PRESENTMENT FOR CLAIM OF
                                   MICHIGAN HERITAGE BANK (0.5); RESEARCH
                                   RE: AMENDED AND RESTATED ORDERS (2.3)
                                   AND DRAFT AMENDED AND RESTATED
                                   SETTLEMENT PROCEDURES ORDER (5.1);
                                   UPDATE SETTLEMENT AGREEMENT AND
                                   STIPULATION TEMPLATES (0.4).

HOWE EJ        06/04/07     9.40   REVIEW, ANALYZE, AND SUMMARIZE CLAIMS
                                   TO BE SETTLED FROM NINTH, ELEVENTH, AND
                                   THIRTEENTH OMNIBUS OBJECTIONS (2.7);
                                   EMAIL FROM AND TO N. WHEATLEY RE: CLAIM
                                   OF IER FUJIKURA (0.6); REVIEW TIMKEN
                                   MATERIAL FORWARDED BY C. MICHAELS
                                   (0.4); RESPOND TO MULTIPLE
                                   TELECONFERENCES FROM CLAIMANTS RE:
                                   FIFTEENTH OMNIBUS CLAIMS OBJECTION
                                   (0.6); UPDATE SETTLEMENT AGREEMENT AND
                                   STIPULATION TEMPLATES (0.2); REVIEW
                                   RESPONSES TO THIRTEENTH AND FIFTEENTH
                                   OMNIBUS CLAIMS OBJECTIONS (3.5);
                                   PARTICIPATE IN CLAIMS MEETING (0.6);
                                   TELECONFERENCE WITH D. MALLORY, COUNSEL
                                   FOR PLASTIC MOLDINGS (0.1), REVIEW
                                   PLASTIC MOLDING RESPONSE (0.2), REVIEW
                                   SETTLEMENT AGREEMENT AND STIPULATION
                                   AND FORWARD SAME TO D. MALLORY (0.5).

HOWE EJ        06/05/07     8.40   TELECONFERENCE WITH D. MALLORY RE:
                                   REVISED PLASTIC MOLDINGS SETTLEMENT
                                   AGREEMENT (0.3) AND CONTINUE REVISIONS
                                   OF SAME (1.4); REVIEW RESPONSES TO 12TH,
                                   13TH, 14TH AND 15TH OMNIBUS CLAIMS
                                   OBJECTIONS (1.9); REVIEW CLAIM DETAIL
                                   OF VALEO CLAIM PROVIDED BY C. MICHAELS
                                   (0.5); UPDATE SETTLEMENT PROCEDURES
                                   TRACKING CHART (2.8); PARTICIPATE IN
                                   CLAIMS MEETING (0.3); COORDINATE FILING
                                   AND SERVICE OF STATEMENTS OF DISPUTED
                                   ISSUES FOR CLAIM OF GARY WHITNEY AND
                                   NUTECH (1.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOWE EJ        06/06/07    8.10   EMAIL FROM AND RETURN EMAIL TO R.
                                  WELHOELTER RE: NISSAN TECHNICAL CENTER
                                  AND EMAIL TO C. COMERFORD RE: SAME
                                  (0.4); CONTINUE UPDATING SETTLEMENT
                                  PROCEDURES TRACKING CHART (1.9); EMAIL
                                  TO AND FOLLOW UP TELECONFERENCE WITH T.
                                  WIMSATT RE: CLAIM OF DONNA WILSON (0.4);
                                  EMAIL TO K. CRAFT RE: CLAIM OF IRON
                                  MOUNTAIN (0.4); COORDINATE SERVICE OF
                                  JUNE 1 STIPULATIONS AND UMICORE AND EDS
                                  ORDERS (0.8); TELECONFERENCE AND FOLLOW
                                  UP EMAIL TO D. MALLORY RE: PLASTIC
                                  MOLDINGS (0.3); EMAIL TO A. AARONSON RE:
                                  TELEFLEX (0.2); EMAIL TO J. CLARK RE:
                                  ALLIANCE PLASTICS (0.2);
                                  TELECONFERENCE WITH COUNSEL FOR OHIO
                                  PUBLIC UTILITIES (0.3); REVISE AMENDED
                                  AND RESTATED SETTLEMENT PROCEDURES
                                  ORDER (2.3); COORDINATE SETTLEMENT
                                  AGREEMENT DRAFTING WITH LITIGATION TEAM
                                  (0.4); MULTIPLE EMAILS FROM AND TO R.
                                  FLETEMEYER RE: SETTLEMENT PROCEDURES
                                  TRACKING (0.3); RESPOND TO EMAIL FROM H.
                                  ROSENBLATT RE: CLAIM OF CELESTICA
                                  (0.2).

HOWE EJ        06/07/07    8.50   REVIEW EMAIL OF J. CLARK RE: CLAIM OF
                                  ALLIANCE PLASTICS AND FOLLOW UP RE: SAME
                                  (0.2); MULTIPLE EMAILS TO CLAIMANTS'
                                  COUNSEL RE: STATUS OF SETTLEMENTS
                                  (1.8); UPDATE CURRENT STATUS OF
                                  SETTLEMENT AGREEMENTS (2.8); EMAIL TO
                                  D. UNRUE RE: MONTHLY SETTLEMENT
                                  TRACKING (0.2); TELECONFERENCE WITH D.
                                  MALLORY RE: PLASTIC MOLDINGS AND
                                  SUMMARIZE HIGH POINTS OF SAME (0.4);
                                  REVIEW CORRESPONDENCE FROM J. KOFFA RE:
                                  CLAIM OF TIMKEN (0.7); REVIEW RESPONSE
                                  OF PLASTIC MOLDINGS (0.3); DRAFT AND
                                  REVISE PERSONALIZED NOTICE OF ORDER FOR
                                  TWELFTH AND THIRTEEN OMNIBUS CLAIMS
                                  OBJECTIONS (2.1).

HOWE EJ        06/08/07    8.10   DRAFT PERSONALIZED NOTICES FOR
                                  THIRTEENTH OMNIBUS CLAIMS OBJECTION
                                  ORDER AND COORDINATE SERVICE OF SAME
                                  (1.5); FINALIZE MAY SETTLEMENT
                                  PROCEDURES TRACKING (2.3); RESPOND TO
                                  MULTIPLE CLAIMANTS RE: THIRTEENTH
                                  OMNIBUS CLAIMS OBJECTION (1.2); REVIEW
                                  PROOF OF CLAIM OF ANDREA MELINBRINK
                                  (0.3); REVIEW CORRESPONDENCE RE: CLAIM
                                  OF G. WHITNEY RE: WITNESSES (1.9);
                                  REVIEW RESPONSES RE: THIRTEENTH OMNIBUS
                                  CLAIMS OBJECTION (0.9).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOWE EJ | 06/11/07 | 7.40 | REVIEW PIMA COUNTY MOTION TO RECONSIDER (0.3) AND TELECONFERENCE WITH COUNSEL RE: SAME (0.1); TELECONFERENCE FROM D. TURNER FROM PLASTIC MOLDINGS RE: SETTLING CLAIM AND FOLLOW-UP EMAIL RE: SAME (0.2); MULTIPLE EMAILS TO AND FROM C. MACDONALD RE: ARC AUTOMOTIVE (0.2); ANALYZE CLAIMS TO BE INCLUDED IN SIXTEENTH AND SEVENTEENTH OMNIBUS CLAIMS OBJECTIONS (6.6). |

| HOWE EJ | 06/12/07 | 5.70 | UPDATE OPEN ITEMS FOR CLAIMS TASK LIST (0.7); CONTINUE TO REVIEW AND ANALYZE CLAIMS TO BE INCLUDED ON SIXTEENTH AND SEVENTEENTH OMNIBUS CLAIMS OBJECTIONS (3.9); REVISE SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF TELEDYNE (0.4) AND CLAIM OF IER FUJIKURA (0.7). |

| HOWE EJ | 06/13/07 | 8.90 | TELECONFERENCE WITH J. LEVINSON RE: CLAIM OF VENTURE PLASTICS (0.2), C. MACDONALD RE: CLAIM OF ARC AUTOMOTIVE (0.1), AND J. JONES RE: CLAIM OF GROWING CONCERN (0.1); EMAIL TO D. FLIMAN RE: CLAIMS OF CONTRARIAN (0.2); REVIEW AND ANALYZE CLAIMS FROM ELEVENTH AND THIRTEEN OMNIBUS CLAIMS OBJECTIONS AND WORK ON SETTLEMENTS OF SAME (4.4); REVISE IER FUJIKURA SETTLEMENT AGREEMENT (1.9); REVISE AMENDED AND RESTATED SETTLEMENT PROCEDURES ORDER (0.3); UPDATE CLAIMS TASK LIST (0.4); DRAFT SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF BONA VISTA (1.3). |

| HOWE EJ | 06/14/07 | 7.90 | REVISE L&W SETTLEMENT AGREEMENT (3.2); DRAFT NOTICES OF PRESENTMENT FOR JUNE 22 CLAIMS HEARING (3.1); TELECONFERENCE WITH A. WINCHELL RE: SETOFF (0.4); SUMMARIZE ATEL PROOF OF CLAIM (1.2). |

| HOWE EJ | 06/15/07 | 10.70 | DRAFT NOTICES OF PRESENTMENT AND COORDINATE FILING AND SERVICE OF SAME FOR JUNE 22 CLAIMS HEARING (4.9); WORKING CONFERENCE RE: CLAIM OF ATEL (0.7), TELECONFERENCE WITH S. PERICHILLI RE: SAME (0.2), AND FOLLOW-UP REVIEW OF ATEL CLAIM (0.4); TELECONFERENCE WITH J. MILNER RE: CLAIM OF BONA VISTA (0.1); REVIEW CLAIM OF SIERRA LIQUIDITY/APPLIED TECH (0.2) AND DRAFT SETTLEMENT AGREEMENT AND STIPULATION RE: SAME (1.2); REVIEW EMAIL FROM E. FOX RE: AMENDED AND RESTATED SETTLEMENT PROCEDURES ORDER AND REVISE MOTION AND ORDER (0.9); REVISE L&W SETTLEMENT AGREEMENT (0.6); COORDINATE FILING AND SERVICE OF HE SERVICES PROTECTIVE ORDER (0.8) AND THE SIXTEENTH AN SEVENTEENTH OMNIBUS CLAIMS OBJECTIONS (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOWE EJ        06/18/07    10.20   REVISE L&W SETTLEMENT AGREEMENT (1.5)
                                   AND BEGIN DRAFTING STIPULATION (1.4);
                                   TELECONFERENCE WITH F. MCGINN RE: CLAIM
                                   OF IRON MOUNTAIN AND FOLLOW-UP EMAIL TO
                                   F. MCGINN RE: SAME (0.5); REVIEW
                                   SETTLEMENT AGREEMENT RECEIVED FROM
                                   DONNA WILSON (0.4) AND PLASTIC MOLDINGS
                                   (0.3); PARTICIPATE IN WORKING
                                   CONFERENCE RE: CLAIMS (1.1); REVIEW
                                   JUNE 22 CLAIMS HEARING AGENDA (1.2);
                                   REVISE AMENDED AND RESTATED SETTLEMENT
                                   PROCEDURES ORDER (1.8); COORDINATE
                                   FILING AND SERVICE OF PANASONIC NOTICE
                                   OF PRESENTMENT (0.8); DRAFT SCRIPTS FOR
                                   HEARING ON THIRTEENTH, FOURTEENTH, AND
                                   FIFTEENTH OMNIBUS CLAIMS OBJECTIONS
                                   (1.2).

HOWE EJ        06/19/07     9.70   REVISE PANASONIC STIPULATION (0.4);
                                   EMAIL TO H. STEELE RE: CLAIM OF SOJITZ
                                   (0.3); DRAFT L&W STIPULATION (0.7);
                                   DRAFT SCRIPTS FOR HEARING ON
                                   THIRTEENTH, FOURTEENTH, AND FIFTEENTH
                                   OMNIBUS CLAIMS OBJECTIONS (3.7); REVIEW
                                   PERSONNEL FILE AND PLEADINGS FILED RE:
                                   CLAIM OF G. WHITNEY (3.8); DRAFT NOTICE
                                   OF ADJOURNMENT FOR G. WHITNEY (0.8).

HOWE EJ        06/20/07     8.80   UPDATE SETTLEMENT AGREEMENT AND
                                   STIPULATION TEMPLATES (0.4); MULTIPLE
                                   TELECONFERENCES WITH CLAIMANTS'
                                   COUNSEL RE: OUTSTANDING SETTLEMENTS
                                   (0.9); DRAFT SCRIPTS FOR HEARINGS
                                   FOURTEENTH AND FIFTEENTH OMNIBUS CLAIMS
                                   OBJECTIONS (4.1); EMAIL FROM AND TO C.
                                   PARNELL RE: CLAIM OF TELEDYNE (0.3);
                                   PREPARE FOR AND PARTICIPATE IN
                                   TELECONFERENCE WITH J. SULLIVAN RE:
                                   CLAIM OF TIMKEN (0.4) AND FOLLOW UP
                                   TELECONFERENCE WITH D. UNRUE RE: SAME
                                   (0.3); RETURN MULTIPLE TELECONFERENCES
                                   WITH CLAIMANTS ON SEVENTEENTH OMNIBUS
                                   CLAIMS OBJECTION (0.4); FINALIZE
                                   STIPULATION RE: CLAIM OF D. WILSON TO BE
                                   SUBMITTED TO CHAMBERS (0.5);
                                   TELECONFERENCE WITH S. PERSICHELLI RE:
                                   CLAIM OF ATEL (0.2) AND FOLLOW UP EMAIL
                                   TO K. CRAFT RE: SAME (0.4); COORDINATE
                                   SERVICE AND FILING OF NOTICE OF
                                   ADJOURNMENT FOR CLAIM OF G. WHITNEY
                                   (0.4); REVISE SETTLEMENT AGREEMENT AND
                                   STIPULATION RE: CLAIM OF TELEFLEX
                                   (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOWE EJ        06/25/07      10.70   REVISE OMNIBUS REPLIES IN SUPPORT OF
                                     THIRTEENTH, FOURTEENTH, AND FIFTEENTH
                                     OMNIBUS CLAIMS OBJECTIONS (3.6); REVISE
                                     TELEFLEX SETTLEMENT AGREEMENT AND
                                     STIPULATION (1.7); TELECONFERENCE WITH
                                     S. PERSICHILLI, COUNSEL FOR ATEL, RE:
                                     ATEL'S CLAIM (0.2) AND REVIEW CLAIM AND
                                     BACKUP DETAIL (0.5); DRAFT SETTLEMENT
                                     AGREEMENT AND STIPULATION FOR CLAIM OF
                                     HOOVER PLASTICS (1.7); REVIEW DOCUMENTS
                                     FOR WHITNEY CLAIM RE: ANALYSIS OF
                                     ADDITIONAL DOCUMENTS NEEDED (2.2);
                                     TELECONFERENCE WITH J. KIM, COUNSEL FOR
                                     ARNESES, RE: INQUIRY ABOUT SEVENTEENTH
                                     OMNIBUS CLAIMS OBJECTION (0.2);
                                     ADDITIONAL REVISIONS TO L&W SETTLEMENT
                                     AGREEMENT (0.6).

HOWE EJ        06/26/07       8.20   CONTINUE DRAFTING SETTLEMENT AGREEMENT
                                     AND STIPULATION RE: CLAIM OF HOOVER
                                     PLASTICS (0.7); RESEARCH PIMA COUNTY
                                     CLAIM INFORMATION FOR OMNIBUS HEARING
                                     (0.5); DRAFT STIPULATION RE: CLAIM OF
                                     TIMKEN (3.4); RETURN TELECONFERENCES
                                     FROM SEVENTEENTH OMNIBUS CLAIMS
                                     OBJECTION (0.3); REVIEW CLAIM OF TYCO
                                     ADHESIVE AND SUMMARIZE SAME (0.6);
                                     REVIEW SETTLEMENT AGREEMENT REVISIONS
                                     MADE BY C. MACDONALD, ARC AUTOMOTIVE'S
                                     COUNSEL AND SUMMARIZE SAME (1.5);
                                     FINALIZE TCS AMERICA SETTLEMENT
                                     AGREEMENT AND STIPULATION (1.2).

HOWE EJ        06/27/07       5.10   RESPOND TO MULTIPLE CLAIMANT INQUIRIES
                                     RE: CLAIMS ON THE SEVENTEENTH OMNIBUS
                                     CLAIMS OBJECTION (0.8); REVIEW AND
                                     REVISE AMENDED AND RESTATED SETTLEMENT
                                     PROCEDURES ORDER (0.9); EMAIL TO D.
                                     UNRUE RE: CLAIM OF ATEL (0.5), FOLLOW UP
                                     TELECONFERENCE WITH D. UNRUE RE: SAME
                                     (0.3), AND REVIEW ATEL CLAIM (0.4);
                                     REVIEW G. WHITNEY PERSONNEL FILE (1.0);
                                     DRAFT SETTLEMENT AGREEMENT AND
                                     STIPULATION RE: CLAIM OF TCS AMERICA
                                     (1.2).

HOWE EJ        06/28/07      11.10   REVISE L&W STIPULATION (3.3); ANALYZE
                                     UAW LOCAL 155 CLAIM AND PREPARE
                                     MEMORANDUM SUMMARIZING SAME (5.9);
                                     RETURN MULTIPLE CALLS TO CLAIMANTS ON
                                     SEVENTEENTH OMNIBUS CLAIMS OBJECTION
                                     (0.6); UPDATE CLAIMS TASK LIST (1.3).

HOWE EJ        06/29/07       8.40   COORDINATE WITH WITNESSES FOR CLAIM OF
                                     G. WHITNEY RE: DEPOSITION DATES (1.6);
                                     RESEARCH AND REVIEW PRECEDENT (1.9) AND
                                     DRAFT OFFER OF JUDGEMENT RE: CLAIM OF G.
                                     WHITNEY (4.4); PARTICIPATE IN WEEKLY
                                     CLAIMS WORKING CONFERENCE (0.5).

                           **163.60**

B43E

| KAHN MT | 06/01/07 | 0.10 | REVIEW CLAIMS TEAM CORRESPONDENCE RE: LATE FILED 13TH OMNIBUS RESPONSE (0.1). |
|---------|----------|------|---|
| KAHN MT | 06/04/07 | 6.40 | PARTICIPATE IN CLAIMS TEAM WORKING GROUP CALL (0.8); REVIEW AND ANALYZE CLAIMS AND PREPARE FOR SETTLEMENT DISCUSSIONS RE: SAME (4.1); TELECONFERENCES TO CLAIMANTS RE: SETTLEMENT DISCUSSIONS (1.5). |
| KAHN MT | 06/05/07 | 3.10 | REVIEW CLAIMS TEAM UPDATES (0.2); TELECONFERENCES TO CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (2.6); ANALYSIS OF SETTLED CLAIMS LACKING WITHDRAWALS OF RESPONSES (0.3). |
| KAHN MT | 06/06/07 | 4.00 | REVIEW CLAIMS TEAM UPDATES (0.2); TELECONFERENCE WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (1.4); DRAFT SETTLEMENT AND STIPULATION FOR GOODING COMPANY (0.5); DRAFT REVISED NOTICE OF PRESENTMENT RE: SAME (0.1); ANALYZE UTE/MG CLAIM AND DRAFT SETTLEMENT AND STIP RE: SAME (1.8). |
| KAHN MT | 06/07/07 | 1.80 | TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF CLAIMS (1.2); ANALYZE TWELFTH AND THIRTEENTH OMNIBUS CLAIMS OBJECTION ORDERS (0.4); REVIEW CLAIMS TEAM UPDATES (0.2). |
| KAHN MT | 06/08/07 | 3.40 | REVIEW CLAIMS TEAM CORRESPONDENCE RE: MOST RECENT CLAIMS FILINGS (0.3); ANALYZE TEXAS PROOFS OF CLAIM (1.5); DRAFT CHART SUMMARIZING ANALYSIS RE: SAME (0.9); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (0.7). |
| KAHN MT | 06/11/07 | 2.00 | ANALYZE CLAIM AND DRAFT STIPULATION FOR MG CORP/UTE (0.8); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (0.8); REVIEW UPDATED INFORMATION RE: CLAIMS RESPONSES AND WITHDRAWALS (0.4). |
| KAHN MT | 06/12/07 | 4.60 | TELECONFERENCE WITH RALCO INDUSTRIES RE: SETTLEMENT DISCUSSIONS (0.4); DRAFT SETTLEMENT AND STIPULATION RE: SAME (0.5); DRAFT AND REVISE SETTLEMENT AND STIPULATION FOR MOTION INDUSTRIES (2.8); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (0.5); ANALYZE MOST RECENT RESPONSES TO OMNIBUS OBJECTIONS (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KAHN MT | 06/13/07 | 3.00 | REVIEW CLAIMS TEAM UPDATES (0.2); TELECONFERENCE WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (1.7); ANALYZE PROOF OF CLAIM AND RESPONSE AND DRAFT RALCO SETTLEMENT AND STIPULATION (0.6); REVIEW CLAIMS TEAM CORRESPONDENCE (0.1); CORRESPONDENCE WITH L. DIAZ RE: CLAIMS WITHDRAWAL (0.1); REVIEW JUNE 1 CLAIMS HEARING TRANSCRIPT (0.3). |
|---|---|---|---|
| KAHN MT | 06/14/07 | 3.10 | TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (1.4); TELECONFERENCE WITH RALCO CLAIMS TRANSFEREE RE: SETTLEMENT ISSUES (0.4); DRAFT AND REVISE RALCO SETTLEMENT AND STIPULATION (0.4); ANALYZE CLAIMS FOR SETTLEMENT NEGOTIATIONS (0.4); CORRESPONDENCE WITH L. DIAZ RE: STATUS OF CLAIMS SETTLEMENTS (0.2); REVIEW CLAIMS TEAM CORRESPONDENCE RE: MOST RECENT CLAIMS RESPONSES (0.3). |
| KAHN MT | 06/15/07 | 0.20 | REVIEW CLAIMS TEAM CORRESPONDENCE (0.1); REVIEW MOST CURRENT WITHDRAWALS (0.1). |
| KAHN MT | 06/18/07 | 0.50 | CORRESPONDENCE WITH CLAIMS TEAM RE: STATUS OF CLAIMS (0.3); REVIEW CLAIMS TEAM CORRESPONDENCE RE: MOST RECENT CLAIMS RESPONSES (0.2). |
| KAHN MT | 06/19/07 | 0.40 | REVIEW CLAIMS TEAM CORRESPONDENCE (0.3); ANALYZE CORRESPONDENCE RE: TEXAS AG CLAIMS (0.1). |
| KAHN MT | 06/20/07 | 3.70 | ANALYZE CLAIMS WITH RESPECT TO SETTLEMENT ISSUES (1.7); TELECONFERENCES TO CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (1.5); REVIEW CLAIMS TEAM CORRESPONDENCE AND ANALYZE MOST RECENT CLAIMS RESPONSES (0.5). |
| KAHN MT | 06/21/07 | 3.40 | ANALYZE HITACHI CLAIM (0.4); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (1.4); ANALYZE CLAIMS WITH RESPECT TO SETTLEMENT DISCUSSIONS (0.4); DRAFT AND REVISE CLAIMS WITHDRAWAL CHART (0.8); REVIEW CLAIMS TEAM CORRESPONDENCE RE: MOST RECENT CLAIMS PLEADINGS (0.4). |
| KAHN MT | 06/25/07 | 0.40 | ANALYZE MOST RECENT CLAIMS RESPONSES (0.4). |
| KAHN MT | 06/26/07 | 4.90 | TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (3.6); TELECONFERENCE WITH COUNSEL FOR BUSHWELLMAN RE: SETTLEMENT OF ITS CLAIM (1.0); REVIEW CLAIMS TEAM UPDATES (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KAHN MT | 06/27/07 | 3.10 | TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (2.0); DRAFT AND REVISE SETTLEMENT AND STIPULATION FOR RT SUB (0.7); ANALYZE AMENDED AND RESTATED SETTLEMENT PROCEDURES ORDER (0.3); REVIEW CLAIMS TEAM CORRESPONDENCE RE: MOST RECENT RESPONSES AND WITHDRAWALS FILED (0.1). |
|---|---|---|---|
| KAHN MT | 06/28/07 | 2.90 | REVISE RT SUB STIPULATION AND SETTLEMENT (0.2); UPDATE WITHDRAWAL CHART TO REFLECT WITHDRAWAL STATUS OF REVIEW CLAIMS TEAM UPDATES (0.1); RESPONSES (0.4); TELECONFERENCE WITH C. MICHELS RE: THE TINNERMAN CLAIMS (0.1); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (1.5); ANALYZE MOST RECENT CLAIMS RESPONSES (0.4); ANALYZE MOST RECENTLY FILED WITHDRAWAL OF RESPONSE (0.2). |
| KAHN MT | 06/29/07 | 2.10 | REVIEW MOST RECENT CLAIMS TEAM UPDATES (0.2); PARTICIPATE IN WORKING GROUP CALL RE: CLAIMS STATUS (0.5); TELECONFERENCES TO CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (1.4). |

53.10

| PERL MW | 06/01/07 | 1.70 | REVIEW DOCKET AND RESPONSES TO TAX CLAIMS (0.4); STRATEGIZE WITH WORKING GROUP RE: TAX CLAIMS MATTERS (1.3). |
|---|---|---|---|
| PERL MW | 06/04/07 | 1.70 | REVIEW AND PROVIDE COMMENTS ON TAX CLAIM RESEARCH (0.3); TELECONFERENCE WITH WORKING GROUP RE: VALEO CLAIM (0.1); WORK ON MATTERS RELATING TO TAX CLAIMS (1.3). |
| PERL MW | 06/05/07 | 0.20 | WORK ON TAX CLAIMS MATTERS (0.2). |
| PERL MW | 06/06/07 | 4.10 | PREPARE FOR MEETING WITH D. UNRUE AN J. DELUCA RE: TAX CLAIMS, INCLUDING REVIEW OF NOTES AND STATUS OF TAX CLAIMS (0.9); REVIEW RESPONSES TO TAX CLAIMS OBJECTION AND PROVIDE COMMENTS TO SUMMARY CHART OF SAME (0.8); TELECONFERENCE WITH J. DELUCA RE: PREPARATION FOR WIDER GROUP TELECONFERENCE RE: TAX CLAIMS (0.4); REVIEW SUMMARY STATISTICS AND DATA RE: SAME (0.4); PARTICIPATE IN TELECONFERENCE WITH D. UNRUE, J. DELUCA, AND WORKING GROUP RE: STRATEGY FOR TAX CLAIMS (1.2); CONSIDER AND DRAFT QUESTIONS FOR B. LEUTGHE TO PROPOSE TO LOCAL COUNSEL TO ASSESS TAX CLAIMS (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 06/07/07 | 1.40 | TELECONFERENCE WITH J. DELUCA RE: TAX CLAIMS MEETING (0.2); TELECONFERENCE WITH B. LEUTGHE AND J. DELUCA RE: STRATEGY FOR DISPOSITION OF TAX CLAIMS (0.9); COORDINATE WITH WORKING RE: ISSUES RELATING TO TREATMENT OF TAX CLAIMS IN PLAN OF REORGANIZATION (0.3). |
|---------|----------|------|---|
| PERL MW | 06/08/07 | 2.10 | REVIEW CORRESPONDENCE AND DRAFT PLEADING FROM TEXAS COMPTROLLER RE: CLAIM/SETOFF REQUEST (0.3); MULTIPLE TELECONFERENCE WITH WORKING RE: ISSUES RE: SAME (0.3, 0.3, 0.6); COORDINATE WITH WORKING GROUP RE: SAME (0.3); REVIEW SUMMARY OF TAX CLAIMS RE: SAME (0.2); REVIEW TAX CLAIMS RESPONSE (0.1). |
| PERL MW | 06/10/07 | 0.50 | REVIEW CLAIMS RELATED CORRESPONDENCE AND FOLLOW UP WITH WORKING GROUP RE: SAME (0.5). |
| PERL MW | 06/11/07 | 8.10 | MULTIPLE STRATEGY TELECONFERENCES WITH WORKING GROUP RE: CLAIM OF TEXAS RE: FRANCHISE TAX (0.2, 0.6); CONSIDER VARIOUS ISSUES IN CONNECTION WITH RESOLVING SAME (0.4); REVIEW AND DILIGENCE VARIOUS TAX CLAIMS (5.7); FOLLOW UP RESEARCH RE: FRANCHISE AND EXCISE TAXES (1.2). |
| PERL MW | 06/12/07 | 7.40 | MEET WITH J. DELUCA TO REVIEW TAX CLAIMS (1.4); CONTINUE TO REVIEW TAX CLAIMS AND RELATED MATTERS (2.7); STRATEGIZE RE: ISSUES RELATING TO ADMINISTRATIVE EXPENSES (0.3); REVIEW TAX CLAIMS RESPONSES; PREPARE FOR (0.2) AND PARTICIPATE IN TELECONFERENCE WITH D. OLBRECHT, M. LEE, AND WORKING GROUP RE: SETOFF OF TEXAS CLAIM (0.9); TELECONFERENCE WITH J. DELUCA AND D. UNRUE RE: TAX CLAIMS MATTERS (0.4); FOLLOW UP MEETING WITH J. DELUCA AND WORKING GROUP RE: TAX CLAIMS MATTERS (1.2); RESEARCH RE: FRANCHISE TAX IN CONNECTION WITH TAX CLAIM (0.3). |
| PERL MW | 06/13/07 | 2.80 | MEET WITH J. DELUCA RE: TAX CLAIMS (0.4); STRATEGIZE RE: APPROACH FOR TAX CLAIMS RESPONSES (0.4); PARTICIPATE IN WEEKLY CLAIMS TELECONFERENCE WITH D. UNRUE, K. CRAFT AND WORKING GROUP (1.8); CORRESPOND WITH WORKING GROUP RE: TAX CLAIM RESPONSE (0.2). |
| PERL MW | 06/14/07 | 1.70 | REVIEW AND PROVIDE COMMENTS TO OMNIBUS CLAIMS OBJECTION (0.7); FOLLOW UP WITH WORKING GROUP AND T. BHENKE RE: SAME (0.2); TELECONFERENCE WITH T. BEHNKE (0.1) AND WORKING GROUP (0.3) RE: SAME; REVIEW CLAIMS TASK LIST (0.2) AND PROVIDE COMMENTS TO SAME (0.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW        06/18/07     2.70   PARTICIPATE IN CLAIMS MEETING WITH
                                   WORKING GROUP (0.5); MEET WITH WORKING
                                   GROUP TO REVIEW ISSUES RELATING TO TAX
                                   CLAIMS (0.7); REVIEW DRAFT SETTLEMENT
                                   AGREEMENTS AND STIPULATIONS (0.3);
                                   REVIEW RESPONSES TO TAX CLAIMS
                                   OBJECTIONS (0.3); REVIEW AND RESPOND TO
                                   VARIOUS CORRESPONDENCES IN CONNECTION
                                   WITH TAX CLAIMS (0.5); REVIEW MATERIAL
                                   FROM TEXAS COMPTROLLER RE: SETOFF
                                   CLAIMS (0.4).

PERL MW        06/19/07     1.90   REVIEW VARIOUS RESPONSES TO TAX CLAIMS
                                   OBJECTION (0.6); TELECONFERENCE WITH J.
                                   DELUCA RE: TAX CLAIMS (0.4); STRATEGIZE
                                   WITH WORKING GROUP RE: TAX CLAIMS AND
                                   GENERAL CLAIMS PROCESSES (0.6);
                                   PARTICIPATE IN TELECONFERENCE WITH P.
                                   BATES RE: RESPONSE OF OKALOOSA COUNTY
                                   (0.1); DRAFT CORRESPONDENCE TO WORKING
                                   GROUP RE: STATUS OF TAX CLAIMS (0.2).

PERL MW        06/20/07     0.50   REVIEW MATERIALS RELATING TO SETOFF
                                   CLAIM OF TEXAS COMPTROLLER (0.3) AND
                                   TELECONFERENCE WITH WORKING GROUP RE:
                                   SAME (0.2).

PERL MW        06/21/07     0.80   TELECONFERENCE WITH WORKING GROUP RE:
                                   STATUS OF TEXAS COMPTROLLER SETOFF
                                   (0.2); CONSIDER INQUIRY FROM L.
                                   MATTHEWS RE: SAME (0.1); REVIEW SUMMARY
                                   OF NUMBERS (0.3) AND DRAFT FOLLOW UP
                                   CORRESPONDENCE TO WORKING GROUP RE:
                                   SAME (0.2).

PERL MW        06/22/07     0.90   REVIEW EMAILS FROM B. LUETHGHE AND LOCAL
                                   COUNSEL RE: SECURED STATUS OF CERTAIN
                                   TAX CLAIMS (0.3); DRAFT CORRESPONDENCES
                                   TO WORKING GROUP AND D. UNRUE RE: SAME
                                   (0.4); CONSIDER RESPONSE TO INQUIRY
                                   SUBMITTED CLAIMS HOTLINE RE: TAX CLAIM
                                   AND CORRESPOND RE: SAME (0.2).

PERL MW        06/25/07     3.40   TELECONFERENCES WITH J. DELUCA RE: TAX
                                   CLAIM INQUIRY (0.4, 0.1);
                                   TELECONFERENCES WITH WORKING GROUP RE:
                                   SETOFF CLAIM OF TEXAS COMPTROLLER (0.5,
                                   0.2); REVIEW SPREADSHEETS AND DATA
                                   PROVIDED TO CONSIDER VALIDITY OF
                                   AMOUNTS CLAIMED (0.3); TELECONFERENCE
                                   WITH WORKING GROUP RE: TAX CLAIMS (0.3);
                                   STRATEGIZE WITH WORKING GROUP RE: SAME
                                   (0.7); CONSIDER INQUIRY RE: TAX CLAIMS
                                   (0.4); REVIEW TAX CLAIMS RESPONSES
                                   (0.5).

PERL MW        06/26/07     2.80   REVIEW SUMMARY OF RESPONSES TO TAX
                                   CLAIMS AND IDENTIFY ISSUES THAT NEED TO
                                   BE ADDRESSED WITH TAX STAFF TO RESOLVE
                                   CLAIMS (2.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW       06/27/07     6.50   TELECONFERENCE WITH J. DELUCA RE:
                                  RESPONSES TO TAX CLAIMS AND NEXT STEPS
                                  (0.7); REVIEW SUMMARY OF RESPONSES
                                  (0.2); TELECONFERENCE WITH D. OLBRECHT
                                  RE: RESPONSE FROM IL DEPARTMENT OF
                                  REVENUE TO CLAIMS OBJECTION (0.1);
                                  REVIEW RESPONSES AND DRAFT FOLLOW UP
                                  CORRESPONDENCE RE: SAME (0.2); MULTIPLE
                                  WORKING GROUP CALLS RE: TAX CLAIMS
                                  (0.8); DRAFT CORRESPONDENCE TO WORKING
                                  GROUP RE: OUTSTANDING TAX CLAIMS ISSUES
                                  (0.3); CONTINUE TO REVIEW OF TAX CLAIMS
                                  RESPONSES AND HIGHLIGHT ISSUES TO BE
                                  RESOLVED (2.3); STRATEGIZE WITH WORKING
                                  GROUP RE: CLAIMS MATTERS, INCLUDING
                                  RESOLVING CLAIMS (0.6); REVIEW
                                  THIRTEENTH AND FIFTEENTH OMNIBUS
                                  OBJECTIONS AND VARIOUS PROOFS OF CLAIMS
                                  OBJECTED TO (1.3).

PERL MW       06/28/07     8.10   TELECONFERENCE WITH J. HOWARD OF
                                  MONTGOMERY COUNTY, OH RE: OBJECTION OF
                                  TAX CLAIMS (0.2); FOLLOW UP
                                  CORRESPONDENCE WITH WORKING GROUP RE:
                                  SAME (0.1); TELECONFERENCE WITH J.
                                  DELUCA RE: SAME (0.4); TELECONFERENCE
                                  WITH J. DELUCA AND R. COLBY RE: SAME
                                  (0.4); REVIEW VARIOUS TAX CLAIMS FILED
                                  BY OH AND OMNIBUS OBJECTION TO SAME
                                  (0.5); FOLLOW UP TELECONFERENCES WITH
                                  WORKING GROUP RE: APPROACH TO SAME (0.1,
                                  0.1); REVIEW DOCUMENTS RELATING TO
                                  SETOFF OF TEXAS COMPTROLLER (0.1) AND
                                  CORRESPOND WITH WORKING GROUP RE: SAME
                                  (0.2); REVIEW BOSCH'S MOTION TO AMEND
                                  PROOF OF CLAIM (0.7); REVIEW VARIOUS
                                  MATTERS IN CONNECTION WITH TAX CLAIMS
                                  (0.7); RESEARCH IN CONNECTION
                                  ASSERTIONS IN BOSCH'S MOTION TO AMEND
                                  (1.1); REVIEW BOSCH PROOFS OF CLAIM,
                                  DEBTORS' OBJECTIONS TO BOSCH POC AND
                                  STIPULATIONS RE: SAME (1.7); FOLLOW UP
                                  RESEARCH IN CONNECTION WITH SAME (0.6);
                                  CORRESPOND WITH WORKING GROUP RE:
                                  RESOLUTION OF IL DEPARTMENT OF REVENUE
                                  CLAIM (0.2); REVIEW CORRESPONDENCE FROM
                                  J. DELUCA AND C. WILSON RE: CUSTOMS
                                  CLAIMS AND RESPONSES (0.2); FOLLOW UP
                                  WITH WORKING GROUP RE: STATUS OF SAME
                                  (0.1); REVIEW SUMMARY OF TAX CLAIMS AND
                                  VARIOUS ADDITIONAL RESPONSES IN
                                  PREPARATION FOR TELECONFERENCE (0.7).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW          06/29/07       4.50   TELECONFERENCE WITH J. DELUCA RE: CALL
                                       WITH TAX STAFF (0.3); PREPARE FOR (0.3)
                                       AND PARTICIPATE IN TELECONFERENCE WITH
                                       B. LUETGHE, J. DELUCA, R. COLBY AND
                                       OTHER MEMBERS OF TAX STAFF RE: TAX
                                       CLAIMS AND RELATED ISSUES (1.4); FOLLOW
                                       UP WITH WORKING GROUP RE: NEXT STEPS IN
                                       CONNECTION WITH SAME (0.4); REVIEW
                                       RESPONSE AND CORRESPONDENCE RE: CLAIMS
                                       OF CUSTOMS AGENCY (0.4); TELECONFERENCE
                                       WITH C. WILSON RE: SAME (0.1); DRAFT
                                       CORRESPONDENCE RE: ILLINOIS DEPARTMENT
                                       OF REVENUE TAX CLAIM (0.1); FOLLOW UP
                                       RE: INQUIRY FROM OHIO TAXING AUTHORITY
                                       RE: OBJECTION TO TAX CLAIM (0.1);
                                       CONTINUE RESEARCH IN CONNECTION WITH
                                       BOSCH CLAIM (1.4).

                                63.80

PLATT SJ         06/11/07       9.30   UPDATE CLAIMS TASK LIST (1.5); FOLLOW UP
                                       RE: OUTSTANDING SETTLEMENTS (4.6);
                                       REVIEW AND SUMMARIZE RESPONSES TO
                                       PENDING OBJECTION FOR EXHIBIT TO REPLY
                                       (2.4); RESPOND TO MESSAGES LEFT ON THE
                                       DELPHI LEGAL HOTLINE (0.5); PREPARE FOR
                                       DISTRIBUTION OF DECLARATION RE: CLAIMS
                                       TIMELINESS MOTION (0.3).

PLATT SJ         06/12/07      10.80   UPDATE CLAIMS TASK LIST (0.4); UPDATE
                                       HEARING PLANNING AND TRACKING CHARTS
                                       (5.6); TELECONFERENCE WITH CLAIMANTS
                                       AND FOLLOW UP RE: PENDING SETTLEMENTS
                                       (2.0); REVIEW AND SUMMARIZE RESPONSES
                                       TO OMNIBUS CLAIMS OBJECTIONS (2.1);
                                       PARTICIPATE IN AND FOLLOW UP ON
                                       TELECONFERENCE RE: CLAIMS TIMELINESS
                                       DECLARATION (0.7).

PLATT SJ         06/13/07       7.70   TELECONFERENCES WITH CLAIMANTS, FOLLOW
                                       UP, AND REVISE SETTLEMENTS AS NECESSARY
                                       (6.0); REVISE SEVENTEENTH OMNIBUS
                                       CLAIMS OBJECTION AND SUPPORTING
                                       DOCUMENTS (1.5); REVIEW AND SUMMARIZE
                                       RESPONSES TO OMNIBUS OBJECTIONS (0.2).

PLATT SJ         06/14/07       4.80   UPDATE CLAIMS TASK LIST (0.4); FOLLOW UP
                                       ON PENDING SETTLEMENTS AND REVISE
                                       DOCUMENTS ACCORDINGLY (0.7); REVIEW AND
                                       SUMMARIZE RESPONSES TO OMNIBUS
                                       OBJECTIONS (3.7).

PLATT SJ         06/15/07       5.00   RESPOND TO CLAIMANT INQUIRIES RE:
                                       PENDING OBJECTIONS AND SETTLEMENTS
                                       (3.6); REVIEW RESPONSES TO OMNIBUS
                                       OBJECTION AND UPDATE EXHIBIT TO
                                       RESPONSE (0.2); UPDATE CLAIMS CALENDAR
                                       (1.0); REVIEW CLAIMS TIMELINESS
                                       DECLARATIONS (0.2).

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

PLATT SJ        06/18/07      10.90   DRAFT REPLIES TO RESPONSES TO 13TH,
                                      14TH, AND 15TH OMNIBUS CLAIMS
                                      OBJECTIONS AND REVISE ORDERS (2.4);
                                      TELECONFERENCES AND FOLLOW UP RE:
                                      PENDING SETTLEMENTS (1.7); UPDATE
                                      CLAIMS TASK LIST (0.5); PARTICIPATE IN
                                      CLAIMS WORKING GROUP MEETING (0.5);
                                      RESPOND TO INQUIRIES FROM VARIOUS
                                      CLAIMANTS (1.2); REVIEW RESPONSES TO
                                      13TH AND 15TH OMNIBUS OBJECTION, UPDATE
                                      CHART, AND RESPOND TO CLAIMANTS (4.1);
                                      PARTICIPATE IN WORKING GROUP STRATEGY
                                      MEETING (0.5).

PLATT SJ        06/19/07       9.60   REVISE SETTLEMENT DOCUMENTS (0.4);
                                      TELECONFERENCES WITH CLAIMANTS RE:
                                      OMNIBUS OBJECTIONS (3.5); REVIEW
                                      RESPONSES AND UPDATE CHARTS (5.7).

PLATT SJ        06/20/07       8.70   REVIEW RESPONSES TO 13TH, 14TH AND 15TH
                                      OMNIBUS OBJECTIONS, UPDATE EXHIBIT TO
                                      REPLY, AND ATTEMPT TO RESOLVE
                                      CLAIMANTS' CONCERNS (5.3); UPDATE
                                      HEARING PLANNER (0.8); PREPARE PENDING
                                      SETTLEMENTS (2.5); REVIEW TIMELINESS
                                      DECLARATIONS (0.1).

PLATT SJ        06/21/07      10.40   NEGOTIATE AND PREPARE SETTLEMENT
                                      DOCUMENTS (3.8); RESPOND TO MESSAGES
                                      LEFT ON DELPHI LEGAL HOTLINE (2.0);
                                      REVIEW RESPONSES AND UPDATE EXHIBITS TO
                                      REPLIES (1.6); DRAFT RE-NOTICE FOR
                                      CERTAIN PORTIONS OF 17TH OMNIBUS
                                      OBJECTION (0.3); REVISE REPLIES, ORDERS
                                      AND SCRIPTS FOR UPCOMING OMNIBUS
                                      HEARING (2.1); REVIEW TIMELINESS
                                      DECLARATIONS (0.6).

PLATT SJ        06/22/07       6.20   FOLLOW UP ON STATUS OF SETTLEMENTS AND
                                      REVISE SETTLEMENT DOCUMENTS (4.5);
                                      TELECONFERENCE WITH CLAIMANT RE:
                                      TIMELINESS DECLARATION (0.1); UPDATE
                                      CLAIMS TASK LIST (0.4); UPDATE SCRIPTS
                                      FOR UPCOMING OMNIBUS HEARING (0.4);
                                      TELECONFERENCES WITH CLAIMANTS AND
                                      CLIENT RE: SETTLEMENT (0.8).

PLATT SJ        06/24/07       1.50   DRAFT AND REVISE SETTLEMENT DOCUMENTS
                                      FOR VARIOUS CLAIMS (1.5).

PLATT SJ        06/25/07       5.70   REVISE DOCUMENTS IN PREPARATION FOR
                                      OMNIBUS CLAIMS HEARING (2.7); RESPOND
                                      TO MESSAGES LEFT ON THE DELPHI LEGAL
                                      HOTLINE (1.1); TELECONFERENCES WITH
                                      CLAIMANTS RE: PENDING OBJECTIONS (0.4);
                                      UPDATE CLAIMS CALENDAR (0.8); FOLLOW UP
                                      ON PENDING SETTLEMENTS (0.6); REVIEW
                                      CLAIMS TIMELINESS DECLARATIONS (0.1).

PLATT SJ        06/26/07       5.10   REVIEW CLAIMS TIMELINESS DECLARATIONS
                                      (0.1); CONTACT OPPOSING COUNSEL RE:
                                      PENDING SETTLEMENTS, REQUEST
                                      ADDITIONAL INFORMATION FROM CLIENT AS
                                      NECESSARY, AND DRAFT DOCUMENTS AS
                                      NECESSARY (5.0).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PLATT SJ          06/27/07      5.30   DRAFT HB PERFORMANCE STIPULATION (0.5);
                                       UPDATE TASK LIST AND HEARING PLANNER
                                       (0.1); TELECONFERENCES AND FOLLOW UP ON
                                       CLAIMS TO BE SETTLED (0.9); RESPOND TO
                                       MESSAGES LEFT ON DELPHI LEGAL HOTLINE
                                       (0.6); REVIEW STATUS OF TAX CLAIMS
                                       (2.8); REVIEW CLAIMS TIMELINESS
                                       DECLARATIONS AND UPDATE CHART (0.4).

PLATT SJ          06/28/07      7.00   UPDATE CLAIMS HEARING DEADLINE CALENDAR
                                       (0.2), RESPOND TO CLAIMANT INQUIRIES
                                       (0.1); REVIEW CLAIMS TIMELINESS
                                       DECLARATIONS (0.2); CONTACT CLAIMANTS
                                       RE: SETTLEMENT AND DRAFT SETTLEMENT
                                       DOCUMENTS (5.8); REVIEW STATUS OF TAX
                                       CLAIMS (0.2); UPDATE CLAIMS TASK LIST
                                       (0.1); REVIEW AND SUMMARIZE LATE
                                       RESPONSES TO THIRTEENTH OMNIBUS CLAIMS
                                       OBJECTION (0.4).

PLATT SJ          06/29/07      2.80   REVIEW AND LOG CLAIMS TIMELINESS
                                       DECLARATIONS (0.1); FOLLOW UP ON
                                       PENDING SETTLEMENTS (0.4); PARTICIPATE
                                       IN CLAIMS WORKING GROUP MEETING (0.5);
                                       UPDATE CLAIMS TASK LIST (1.8).

                               110.80

SAMOLE RM         06/21/07      3.10   BEGIN RESEARCHING MUTUAL MISTAKE
                                       DOCTRINE (2.1); BEGIN REVIEWING NUTECH
                                       PLEADINGS (1.0).

SAMOLE RM         06/22/07      3.90   CONTINUE RESEARCH RE: MUTUAL MISTAKE
                                       (1.2); ADDITIONAL RESEARCH RE: NUTECH
                                       CLAIMS (2.7).

SAMOLE RM         06/23/07      4.90   CONTINUE RESEARCH RE: CONTRACT THEORIES
                                       (2.2); DRAFT ARGUMENT RE: SAME FOR
                                       NUTECH CLAIMS (2.7).

                                11.90

STUART NL         06/28/07      1.80   TELECONFERENCE WITH COMPANY RE:
                                       PROGRESS ON CLAIMS OBJECTIONS AND
                                       RECONCILIATION (1.8).

                                 1.80

VAN GELDER A      06/01/07      6.70   CONTINUE TO PREPARE FOR DEPOSITIONS,
                                       REVIEW DOCUMENTS, CREATE COMPENDIUM OF
                                       EXHIBITS AND INDEXES OF THE SAME (4.2);
                                       CORRESPOND WITH WITNESSES RE:
                                       DEPOSITION PREPARATION (0.6);
                                       CORRESPOND WITH W. LOCRICCHIO RE:
                                       INVOICE RECONCILIATION AND REVIEW
                                       EXHIBITS (1.5); DRAFT LETTER TO M. SMITH
                                       RETURNING CITIZENS BANK DOCUMENTS
                                       (0.4).

VAN GELDER A      06/03/07      5.80   PREPARE FOR BACKIE DEPOSITION, REVIEW
                                       AND ANALYZE DOCUMENT; DRAFT SHORT
                                       OUTLINE (5.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

VAN GELDER A      06/04/07      8.80   DRAFT AMENDED LOCRICCHIO DECLARATION
(5.5); TELECONFERENCES WITH W.
LOCRICCHIO IN CONNECTION WITH THE SAME
(0.7); EMAILS TO S. DAWE AND B. WASLUSKY
RE: UPCOMING DEPOSITIONS (0.5);
ATTENTION TO SUPPLEMENTAL DOCUMENT
PRODUCTION (0.6); PREPARE FOR BACKIE
DEPOSITION (1.5).

VAN GELDER A      06/05/07      9.80   DRAFT AMENDED LOCRICCHIO DECLARATION
(6.8); TELECONFERENCE WITH LOCRICCHIO
IN CONNECTION WITH THE SAME (0.7);
EMAILS TO DAWE AND WASLUSKY RE:
DEPOSITION PREPARATION (0.8);
ATTENTION TO SUPPLEMENTAL DOCUMENT
PRODUCTION (0.5); PREPARATION FOR
BACKIE DEPOSITION (1.0).

VAN GELDER A      06/06/07      8.30   TELECONFERENCE WITH LOCRICCHIO RE:
AMENDED DECLARATION (0.5); REVISE
LOCRICCHIO DECLARATION (0.5); PREPARE
FOR BACKIE DEPOSITION (3.0); PREPARE
FOR BACKIE DEPOSITION, REVIEW DOCUMENTS
AND OUTLINE (4.3).

VAN GELDER A      06/07/07     11.50   ATTEND AND ASSIST WITH ROBERT BACKIE
DEPOSITION (6.5); DEPOSITION
PREPARATION WITH B. WASLUSKY & S. DAWE
(2.5); BEGIN PREPARING FOR ADDITIONAL
HES DEPOSITIONS, REVIEW DOCUMENTS IN
CONNECTION WITH THE SAME (2.5).

VAN GELDER A      06/08/07      4.00   ATTEND DAWE DEPOSITION (2.0); ATTEND
CHAVEZ DEPOSITION VIA TELECONFERENCE
(1.5); CONTINUE PREPARING FOR
ADDITIONAL HES DEPOSITION AND REVIEW
DOCUMENTS IN CONNECTION WITH THE SAME
(0.5).

VAN GELDER A      06/09/07      6.60   PREPARE FOR DEPOSITIONS IN HES MATTER,
DRAFT WITNESS OUTLINES AND ANALYZE
DOCUMENTS IN CONNECTION WITH THE SAME
(6.6).

VAN GELDER A      06/10/07      1.80   PREPARE FOR DEPOSITIONS IN HES MATTER,
DRAFT WITNESS OUTLINES AND ANALYZE
DOCUMENTS IN CONNECTION WITH THE SAME
(1.8).

VAN GELDER A      06/11/07      9.10   PREPARE FOR DEPOSITIONS (2.2); PREPARE
FOR DEPOSITIONS (5.4); ATTEND HALLER
DEPOSITION BY TELEPHONE (1.5).

VAN GELDER A      06/12/07      9.60   DEPOSITIONS OF R. SCHEMBRI, T. FORTIER,
AND D. STEARNS (3.5); REVISE LOCRICCHIO
DECLARATION AND REVIEW EXHIBITS IN
CONNECTION WITH THE SAME (5.6); EMAILS
TO S. DAWE RE: DECLARATION REVISIONS
(0.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| VAN GELDER A | 06/13/07 | 10.30 | DEPOSITIONS OF P. HARMON, J. STEARNS AND T. PERNA (6.0); TELECONFERENCE WITH S. DAWE RE: REVISIONS TO DECLARATION (0.8); REVISE LOCRICCHIO DECLARATION AND CORRESPOND WITH LOCRICCHIO IN CONNECTION WITH THE SAME (3.5). |
| VAN GELDER A | 06/14/07 | 9.00 | DEPOSITIONS OF R. BOLT AND E. JACOBS (3.5); REVISE LOCRICCHIO DECLARATION (1.5); MEET WITH S. DAWE AND D. KOWALESKI AT DELPHI SAGINAW IN CONNECTION WITH HEARING PREPARATION (2.0); SEARCH FOR RELEVANT POS AND PART NUMBERS IN DOCUMENT PRODUCTION IN CONNECTION WITH LOCATING FLINT POS (1.5); BEGIN REVISING DAWE DECLARATION (0.5). |
| VAN GELDER A | 06/15/07 | 7.80 | PREPARATION SESSION WITH W. LOCRICCHIO (1.5); DEFEND WASLUSKY AND LOCRICCHIO DEPOSITIONS (6.3). |
| VAN GELDER A | 06/16/07 | 6.50 | DRAFT AMENDED DAWE DECLARATION (4.5); REVIEW DAWE DEPOSITION TRANSCRIPT (1.0); ATTENTION TO LOCRICCHIO DECLARATION (0.5); EMAILS TO WITNESSES RE: HEARING PREPARATION AND DECLARATIONS (0.5). |
| VAN GELDER A | 06/17/07 | 9.70 | REVIEW WASLUSKY DEPOSITION TRANSCRIPT AND REVISE WASLUSKY DECLARATION (2.9); REVIEW LOCRICCHIO DEPOSITION TRANSCRIPT AND REVISE LOCRICCHIO DECLARATION (2.8); REVISE DAWE DECLARATION (1.3); EMAILS TO WITNESSES RE: DECLARATIONS AND OUTSTANDING QUESTIONS (0.6); REVIEW AND COMMENT ON REPLY BRIEF (2.1). |
| VAN GELDER A | 06/18/07 | 7.40 | EDIT DAWE DECLARATION AND COMPILE EXHIBITS (2.3); EDIT WASLUSKY DECLARATION AND COMPILE EXHIBITS (2.2); EDIT LOCRICCHIO DECLARATION AND COMPILE EXHIBITS (0.5); REVIEW DRAFT BRIEF (0.7); CALLS/EMAILS WITH DAWE, WASLUSKY, LOCRICCHIO, AND KOWALESKI RE: FACTS AT ISSUE (0.9); TELECONFERENCES WITH DAWE, WASLUSKY AND LOCRICCHIO RE: EXTENSION (0.8). |
| VAN GELDER A | 06/19/07 | 5.10 | TELECONFERENCE WITH C. MICHELS AND W. LOCRICCHIO RE: OUTSTANDING INVOICES AND OPEN QUESTIONS (1.2); MEET WITH J. GUZZARDO RE: INVOICES AND REQUIREMENTS CONTRACT RESEARCH (0.5); REVIEW DEPOSITION TRANSCRIPTS (2.5); REVIEW TERMS AND CONDITIONS DOCUMENTATION (0.3); REVIEW EMAILS AND ATTACHMENTS FROM W. LOCIRCCHIO CONTAINING ADDITIONAL INVOICE ANALYSIS (0.6). |
| VAN GELDER A | 06/20/07 | 2.10 | REVIEW CHERRY GMBH NOTES (0.6); READ HES DEPOSITION TRANSCRIPTS (0.8); REVIEW EMAIL CORRESPONDENCE FROM W. LOCRICCHIO (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

VAN GELDER A     06/21/07      2.20   REVIEW REQUIREMENTS CONTRACT RESEARCH
                                      AND MEMO (0.7); REVIEW DEPOSITION
                                      TRANSCRIPTS (1.5).

VAN GELDER A     06/22/07      1.90   REVIEW AND REVISE DECLARATIONS (1.5);
                                      CORRESPOND WITH WITNESSES RE:
                                      RESCHEDULED HEARING DATE (0.4).

VAN GELDER A     06/26/07      3.00   EDIT DAWE AND WASLUKSTY DECLARATIONS
                                      (1.5); CORRESPOND WITH W. LOCRICCHIO
                                      RE: OUTSTANDING INVOICES (0.2);
                                      TELECONFERENCE WITH S. DAWE AND D.
                                      KOWALESKI RE: OPEN FACT QUESTIONS
                                      RELATED TO PURCHASE ORDERS (0.6); DRAFT
                                      FOLLOW-UP EMAIL RE: THE SAME (0.5);
                                      TELECONFERENCE WITH W. LOCRICCHIO RE:
                                      THE SAME (0.2).

                         147.00

WHARTON JN       06/01/07      3.20   PREPARE FOR (0.5) AND ATTEND (0.3) JUNE
                                      1 CLAIMS HEARING; WORK ON SETTLEMENT OF
                                      CLAIMS OF CSX (0.2), FREESCALE (0.3) AND
                                      ON-SEMI CONDUCTOR; REVIEW
                                      CORRESPONDENCE RE: TREMONT PRP CLAIM
                                      (0.2); FORMULATE STRATEGY RE: TAX
                                      CLAIMS (0.6), AND PERSONAL INJURY
                                      CLAIMS (0.5); REVIEW CLAIMS-RELATED
                                      CORRESPONDENCE (0.3); REVIEW DOCKET RE:
                                      CLAIMS-RELATED PLEADINGS (0.3).

WHARTON JN       06/03/07      1.60   ANALYZE CLAIM OF S. MELENBRINK (0.3);
                                      WORK ON AMENDED AND RESTATED SETTLEMENT
                                      PROCEDURES ORDER (0.2); UPDATE TASK
                                      LIST RE: CLAIMS-RELATED MATTERS (0.2);
                                      REVIEW CLAIMS HEARING PLANNER CHART
                                      (0.3); REVIEW DOCKET RE: CLAIMS-RELATED
                                      MATTERS (0.3); FORMULATE STRATEGY RE:
                                      HIGH-VARIANCE CLAIMS (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        06/04/07        7.90   ANALYZE AND WORK ON SETTLEMENT OF CLAIMS
                                          OF HEXCEL (0.1), FREESCALE (0.1),
                                          ON-SEMI CONDUCTOR (0.1), HUSKY
                                          INJECTION MOLD (0.3), CONTRARIAN FUNDS
                                          (0.2), MELENBRINK (0.4), PEUGEOT JAPY
                                          (0.2); TELECONFERENCE WITH D. UNRUE, C.
                                          MICHELS, S. BOJAJ, AND T. SOYARS OF
                                          DELPHI RE: LITIGATION OVER UNIVERSAL
                                          TOOL CLAIM (0.7); FORMULATE STRATEGY
                                          RE: LITIGATION OVER UNIVERSAL TOOL
                                          CLAIM (0.7); FORMULATE STRATEGY RE:
                                          SETTLEMENTS OF CLAIMS (0.2), PERSONAL
                                          INJURY CLAIMS (0.5), UNTIMELY CLAIMS
                                          (0.3), HIGH VARIANCE CLAIMS (0.3),
                                          CLAIMS OBJECTION PROCEDURES (0.3), TAX
                                          CLAIMS (0.3); REVIEW STATUS OF CLAIMS
                                          SETTLEMENTS (0.4); REVIEW REPORT RE:
                                          STATUS OF CLAIMS RECONCILIATION PROCESS
                                          (0.4); WORK ON AMENDED AND RESTATED
                                          SETTLEMENT PROCEDURES ORDER (0.4);
                                          REVIEW CLAIMS-RELATED CORRESPONDENCE
                                          (0.2); DRAFT CORRESPONDENCE TO T.
                                          HURLEY, COUNSEL TO OMEGA, RE: CLAIMS
                                          ISSUE (0.1); TELECONFERENCE WITH M.
                                          EIDELMAN, COUNSEL TO BEST FOAM, RE:
                                          CLAIM (0.2); TELECONFERENCES WITH D.
                                          UNRUE OF DELPHI RE: CLAIMS (0.1), D.
                                          UNRUE OF DELPHI AND T. BEHNKE OF FTI RE:
                                          CLAIMS (0.6), D. UNRUE AND M. BECHTEL OF
                                          DELPHI RE: CLAIMS (0.2); WORK ON ORDERS
                                          FOR 12TH AND 13TH OMNIBUS CLAIMS
                                          OBJECTIONS (0.3); CONTINUE WORK ON 16TH
                                          AND 17TH OMNIBUS CLAIMS OBJECTIONS
                                          (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN          06/05/07      5.90   PREPARE ORDERS RE: 12TH AND 13TH OMNIBUS
                                         CLAIMS OBJECTIONS (0.2); FORMULATE
                                         STRATEGY RE: DISCOVERY IN UNIVERSAL
                                         TOOL CLAIM HEARING (0.3) AND REVIEW
                                         DRAFT DISCOVERY REQUEST RE: SAME (0.3);
                                         TELECONFERENCE WITH D. UNRUE OF DELPHI
                                         RE: UNIVERSAL TOOL CLAIM AND CONTESTED
                                         HEARING RE: SAME (0.3); FORMULATE
                                         STRATEGY RE: HOTLINE INQUIRIES RE:
                                         CLAIMS (0.2); REVIEW DOCKET RE:
                                         CLAIMS-RELATED PLEADINGS (0.2);
                                         TELECONFERENCES WITH P. ELLERMAN,
                                         COUNSEL TO GO-BAR SYSTEMS, RE: CLAIM
                                         (0.1), J. BENTLEY, COUNSEL TO
                                         PANASONIC, RE: CLAIM (0.1), AND D. UNRUE
                                         OF DELPHI RE: CLAIMS (0.1); CONTINUE
                                         WORK ON SETTLEMENTS RE: CLAIMS OF
                                         COMPTROL (0.1), L&W ENGINEERING (0.2),
                                         HB PERFORMANCE (0.1), CHERRY GMBH (0.3)
                                         AND TELECONFERENCE WITH J. DEJONKER,
                                         COUNSEL TO CHERRY GMBH, RE: SAME (0.1);
                                         REVIEW DRAFT STATEMENT OF DISPUTED
                                         ISSUES RE: G. WHITNEY CLAIM (0.3);
                                         REVIEW DRAFT AMENDED AND RESTATED
                                         SETTLEMENT PROCEDURES ORDER (0.3);
                                         REVIEW AND ANALYZE CLAIM OF S.
                                         MELENBRINK (0.6) AND TELECONFERENCE
                                         WITH M. REED, COUNSEL TO ACE, RE: SAME
                                         (0.2); REVIEW CORRESPONDENCE RE: RENO
                                         STATUS HEARING (0.2); ANALYZE HE
                                         SERVICES CLAIM (0.3); REVIEW AND
                                         ANALYZE CLAIMS OF MACARTHUR CORPORATION
                                         (0.1), HUSKY INJECTION MOLDING (0.3),
                                         TOWER AUTOMOTIVE (0.1), TYCO (0.1),
                                         FREESCALE (0.1), AND MOTION INDUSTRIES
                                         (0.1); CONTINUE WORK ON 16TH (0.2) AND
                                         17TH (0.4) OMNIBUS CLAIMS OBJECTIONS.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WHARTON JN | 06/06/07 | 9.10 | PREPARE ORDERS FOR 12TH AND 13TH OMNIBUS CLAIMS OBJECTIONS FOR TRANSMITTAL TO COURT (0.3); REVIEW AND WORK ON MELENBRINK SETTLEMENT AGREEMENT (0.8), AND TELECONFERENCES WITH B. TELGEN AND K. SCHAEFER OF DELPHI (0.2), B. TELGEN AND J. PAPELIAN OF DELPHI (0.2), AND M. REED, COUNSEL TO ACE, (0.2) RE: SAME (0.2); REVIEW DOCKET FOR CLAIMS-RELATED PLEADINGS (0.1); FORMULATE STRATEGY RE: DUPLICATIVE CLAIMS (0.3); REVIEW MONTHLY SETTLEMENT TRACKING CHART (0.2); REVIEW CLAIMS-RELATED PLEADINGS (0.2); PREPARE FOR WEEKLY CLAIMS MANAGEMENT MEETING WITH CLIENT (0.5); ATTEND WEEKLY CLAIMS MANAGEMENT MEETING WITH D. UNRUE AND K. CRAFT OF DELPHI, T. BEHNKE OF FTI(1.1); ATTEND MEETING WITH D. UNRUE AND J. DELUCA OF DELPHI RE: TAX CLAIMS (1.3); CONTINUE TO REVIEW DISCOVERY REQUEST OF UNIVERSAL TOOL (0.4) AND PREPARE SETTLEMENT AGREEMENT WITH UNIVERSAL TOOL (0.2); FORMULATE STRATEGY RE: ADMINISTRATIVE CLAIMS (0.2), COMMUNICATIONS WITH CLAIMANTS (0.3), FUTURE CLAIMS OBJECTION (0.6), CLAIMS ASSIGNED TO THIRD PARTIES (0.6), AND PREFERENCE ACTIONS (0.4); CONTINUE TO REVISE AMENDED AND RESTATED SETTLEMENT PROCEDURES ORDER (0.3); ANALYZE CLAIMS OF BANK OF AMERICA (0.2) AND PERSONAL INJURY CLAIMANTS (0.3). |
| WHARTON JN | 06/07/07 | 3.00 | REVIEW CLAIM OF SKF USA INC. (0.3); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.2) AND CORRESPONDENCE RE: CLAIMS MATTERS (0.3); ANALYZE GM PROOF OF CLAIM (0.3); REVIEW FORM OF PERSONALIZED NOTICE OF CLAIMS OBJECTION (0.3); CONTINUE TO PREPARE SETTLEMENT AGREEMENT AND STIPULATION WITH UNIVERSAL TOOL / MG CORP. (0.4); CONTINUE TO FORMULATE STRATEGY RE: CLAIMS ASSIGNED TO THIRD PARTIES (0.4) AND ADMINISTRATIVE CLAIMS (0.4); REVIEW SETTLEMENT AGREEMENT RE: GOODING CLAIM (0.2); REVISE STIPULATION WITH RIVERSIDE CLAIMS (0.2). |
| WHARTON JN | 06/08/07 | 3.40 | CONTINUE WORK ON 16TH (0.3) AND 17TH (0.6) OMNIBUS CLAIMS OBJECTIONS; CONTINUE TO FORMULATE STRATEGY RE: ADMINISTRATIVE CLAIMS (0.4), PERSONAL INJURY CLAIMS (0.4), TAX CLAIMS (0.5), AND FUTURE CLAIMS OBJECTIONS (0.3); TELECONFERENCE WITH J. HURST, TEXAS ATTORNEY GENERAL'S OFFICE RE: SETOFF REQUEST (0.2) AND REVIEW SETOFF REQUEST (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WHARTON JN | 06/10/07 | 2.50 | REVIEW PIMA COUNTY MOTION TO RECONSIDER ORDER MODIFYING CLAIM (0.3); PREPARE CLAIMS TASK LIST (0.5); FORMULATE STRATEGY RE: TREATMENT OF CLAIMS HELD BY RIVERSIDE CLAIMS LLC (0.3); CONTINUE WORK ON UNIVERSAL TOOL SETTLEMENT AGREEMENT (0.5); WORK ON RESOLVING CLAIMS OF ATEL LEASING (0.2), L&W ENGINEERING (0.2), AND GOODING (0.1); FORMULATE STRATEGY RE: RESOLVING RESPONSES TO OBJECTIONS TO TAX CLAIMS (0.4). |

| WHARTON JN | 06/11/07 | 10.30 | TELECONFERENCES WITH N. BERGER AND A. WINCHELL OF TOGUT, SEGAL & SEGAL RE: SETOFF ISSUES (0.2), P. ALBRECHT, COUNSEL TO C. ALLISON, RE: CLAIM (0.1), J. DEJONKER, COUNSEL TO CHERRY GMBH, RE: SETTLEMENT OF CLAIM (0.4) AND WORK ON SUCH SETTLEMENT (0.2), B. BRAMAN, COUNSEL TO UNIVERSAL TOOL, RE: SETTLEMENT OF CLAIM (0.2), D. UNRUE OF DELPHI RE: CLAIMS (0.2), K. CRAFT OF DELPHI RE: CLAIMS (0.2); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.4); REVIEW CLAIMS-RELATED CORRESPONDENCE (0.3); FORMULATE STRATEGY RE: BRITTINGHAM CLAIM (0.3); REVIEW SETTLEMENT PROPOSAL RE: UNIVERSAL TOOL CLAIM (0.2); WORK ON SETTLEMENTS RE: CLAIMS OF RIVERSIDE CLAIMS LLC (0.1), ZYLUX ACOUSTIC CORP. (0.4), MOTION INDUSTRIES (0.2), UNIVERSAL TOOL (0.7), BEHR INDUS. (0.1), BEI SYSTRON (0.1), BREEN (0.1), CONTRARIAN FUNDS (0.1), CYRO INDUSTRIES (0.1), TDK (0.1), AND ULTRATECH (0.1); REVIEW AND UPDATE CLAIMS TASK LIST (2.4); REVIEW RESPONSES TO OMNIBUS CLAIMS OBJECTIONS FILED BY OKALOOSA COUNTY (0.2); REVIEW INQUIRY RE: CLAIM OF SPRAGUE ENERGY (0.2); REVIEW INQUIRY RE: CLAIM OF FBF INC. (0.4); CONTINUE WORK ON 16TH (0.5) AND 17TH (0.3) OMNIBUS CLAIMS OBJECTIONS; ANALYZE TEXAS SETOFF PROPOSAL (1.1) AND TELECONFERENCE WITH J. HURST OF TEXAS ATTORNEY GENERAL'S OFFICE RE: SAME (0.1); REVIEW LIST OF ADMINISTRATIVE CLAIMS (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        06/12/07       9.60   CONTINUE WORK ON SETTLEMENTS OF CLAIMS
                                        OF UNIVERSAL TOOL (0.4), ATEL LEASING
                                        (0.3), ON-SEMI CONDUCTOR (0.2);
                                        CONTINUE TO UPDATE CLAIMS TASK LIST
                                        (0.7); CONTINUE TO WORK ON 16TH (1.5)
                                        AND 17TH (2.1) OMNIBUS CLAIMS
                                        OBJECTIONS; TELECONFERENCES WITH D.
                                        OLBRECHT AND L. MATTHEWS OF DELPHI RE:
                                        TEXAS SETOFF REQUEST (0.7) AND ANALYZE
                                        TEXAS SETOFF REQUEST (0.3);
                                        TELECONFERENCE WITH D. UNRUE AND J.
                                        DELUCA OF DELPHI RE: ADMINISTRATIVE
                                        CLAIMS (0.3) AND TAX CLAIMS (0.5);
                                        TELECONFERENCE WITH L. CASEY, COUNSEL
                                        TO SKF USA (0.2) AND WORK ON SETTLEMENT
                                        RE: CLAIM OF SKF USA (0.2); REVIEW
                                        SETTLEMENT AGREEMENTS AND STIPULATIONS
                                        RE: CLAIMS OF CYRO INDUSTRIES (0.1),
                                        RALCO INDUSTRIES (0.2), MOTION
                                        INDUSTRIES (0.3); TELECONFERENCE WITH
                                        K. ROBINSON, COUNSEL TO MOTION
                                        INDUSTRIES (0.2); REVIEW AND ANALYZE
                                        CLAIMS OF R. MOTLEY (0.4); REVIEW
                                        DECLARATIONS RE: CLAIMS TIMELINESS
                                        MOTION (0.2); FORMULATE STRATEGY RE:
                                        TREATMENT OF ADMINISTRATIVE CLAIMS
                                        (0.4), PERSONAL INJURY CLAIMS (0.2),
                                        SETTLING CLAIMS (0.2).

WHARTON JN        06/13/07      10.70   ATTEND WEEKLY CLAIMS MANAGEMENT MEETING
                                        WITH D. UNRUE AND K. CRAFT OF DELPHI AND
                                        T. BEHNKE OF FTI (1.5); CONDUCT
                                        FOLLOW-UP WORK RE: WEEKLY CLAIMS
                                        MEETING (0.3); REVIEW DOCKET RE:
                                        CLAIMS-RELATED PLEADINGS (0.2);
                                        CONTINUE WORK ON 16TH (1.9) AND 17TH
                                        (4.6) OMNIBUS CLAIMS OBJECTIONS;
                                        CONTINUE WORK ON SETTLEMENT WITH
                                        UNIVERSAL TOOL AND MG CORP. (0.2) AND
                                        ZYLUX ACOUSTIC CORP. (0.3) AND
                                        TELECONFERENCE WITH C. CULLEN OF ZYLUX
                                        RE: SAME (0.1); TELECONFERENCE WITH J.
                                        BENTLEY, COUNSEL TO PANASONIC, RE:
                                        CLAIM (0.1); REVIEW L&W SETTLEMENT
                                        AGREEMENT (0.3); TELECONFERENCE WITH B.
                                        TELGEN AND K. SCHAEFER RE: CLAIMS ISSUES
                                        (0.2); REVIEW MELENBRINK SETTLEMENT
                                        AGREEMENT (0.4); DRAFT LETTER TO STYNER
                                        & BIENZ RE: OVERPAYMENT (0.2);
                                        FORMULATE STRATEGY RE: CLAIMS
                                        SETTLEMENTS (0.2); CONTINUE TO ANALYZE
                                        BRITTINGHAM CLAIM (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        06/14/07      9.80   REVIEW DOCKET RE: CLAIMS-RELATED
                                       PLEADINGS (0.1); TELECONFERENCES WITH
                                       D. KANE OF LIQUIDITY SOLUTIONS RE:
                                       CLAIMS (0.1) AND C. CULLEN OF ZYLUX
                                       ACOUSTIC CORP. RE: CLAIM (0.1);
                                       CONTINUE WORK ON SETTLEMENT WITH ZYLUX
                                       ACOUSTIC CORP. (0.4); CONTINUE TO
                                       REVIEW L&W ENGINEERING SETTLEMENT
                                       AGREEMENT (0.7); TELECONFERENCE WITH E.
                                       WEBER OF FTI RE: CLAIMS ISSUES (0.2);
                                       DRAFT CORRESPONDENCE TO R. ARPAGAUS,
                                       COUNSEL TO SOKYMAT (0.1);
                                       TELECONFERENCE WITH A. WINCHELL OF
                                       TOGUT, SEGAL & SEGAL RE: 17TH OMNIBUS
                                       CLAIMS OBJECTION (0.2); WORK ON
                                       SETTLEMENT WITH ZELLER ELECTRIC OF
                                       BUFFALO (0.1); TELECONFERENCE WITH G.
                                       SHAH OF DELPHI RE: CLAIM OF SKF USA INC.
                                       (0.1); REVIEW RESPONSES TO 15TH OMNIBUS
                                       CLAIMS OBJECTION (0.2); ANALYZE CLAIM
                                       OF MIZUHO/IBJTC BUSINESS CREDIT (0.3);
                                       TELECONFERENCE WITH D. UNRUE OF DELPHI
                                       RE: CLAIMS ISSUES (0.6); TELECONFERENCE
                                       WITH C. MICHELS AND S. BOJAJ OF DELPHI
                                       RE: CLAIM OF SKF USA INC. (0.3); ANALYZE
                                       CLAIM OF SKF USA (0.5) AND
                                       TELECONFERENCE WITH L. CASEY, COUNSEL
                                       TO SKF USA RE: SAME (0.2); CONTINUE TO
                                       REVIEW AND UPDATE CLAIMS TASK LIST
                                       (0.4); REVIEW NOTICES OF PRESENTMENT OF
                                       CLAIMS SETTLEMENTS (0.3); CONTINUE WORK
                                       ON 16TH (0.9) AND 17TH (3.5) OMNIBUS
                                       CLAIMS OBJECTIONS; REVIEW AFFIDAVITS OF
                                       SERVICE RE: 12TH AND 13TH ORDERS ON
                                       OMNIBUS CLAIMS OBJECTIONS (0.2);
                                       CONTINUE WORK ON SETTLING CLAIM OF ATEL
                                       LEASING (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WHARTON JN | 06/15/07 | 8.10 | RESPOND TO INQUIRY FROM TENNESSEE DEPT. OF REVENUE RE: CLAIM (0.1); CONTINUE WORK ON CLAIMS SETTLEMENTS WITH ZYLUX ACOUSTIC CORP. (0.2), MOTION INDUSTRIES (0.1), CSX REALTY (0.1); REVIEW CLAIM OF MIZUHO/IBJTC (0.2); TELECONFERENCE WITH E. GERSHBEIN OF KCC RE: SERVICE (0.1); TELECONFERENCE WITH S. PERSICHILI, COUNSEL TO ATEL LEASING (0.2) AND WORK ON RESOLVING ATEL LEASING CLAIM (0.5); TELECONFERENCE WITH C. BROWN OF DELPHI RE: L&W ENGINEERING SETTLEMENT (0.1) AND WORK ON SAME (0.2); CONTINUE TO ANALYZE TEXAS SETOFF REQUEST (0.2); FORMULATE STRATEGY RE: FUTURE OMNIBUS CLAIMS OBJECTIONS (0.3); CONTINUE WORK ON SETTLEMENT WITH SKF USA INC. RE: CLAIM (0.1) AND TELECONFERENCE WITH L. CASEY, COUNSEL TO SKF USA AND S. BOJAJ OF DELPHI RE: SAME (0.2); TELECONFERENCE WITH D. UNRUE OF DELPHI, T. BEHNKE OF FTI RE: CLAIMS ISSUES (0.7); TELECONFERENCE WITH S. KUNST OF DINSMORE AND SHOHL, COUNSEL TO DELPHI, RE: CLAIMS ISSUES (0.3); CONTINUE WORK ON 16TH (1.1) AND 17TH (1.8) OMNIBUS CLAIMS OBJECTIONS; REVIEW RESPONSES TO 13TH OMNIBUS CLAIMS OBJECTION (0.5); REVIEW NOTICES OF PRESENTMENT RE: CLAIMS SETTLEMENTS (0.2); REVIEW CLAIMS-RELATED CORRESPONDENCE (0.2) AND DOCKET RE: CLAIMS-RELATED PLEADINGS (0.2); REVIEW AND UPDATE CLAIMS TASK LIST (0.3); FORMULATE STRATEGY RE: CLAIMS SUBJECT TO CLAIMS TIMELINESS MOTION (0.2). |
|---|---|---|---|
| WHARTON JN | 06/16/07 | 5.90 | REVISE RESPONSE CHARTS FOR 13TH, 14TH, AND 15TH OMNIBUS CLAIMS OBJECTIONS (0.4); PREPARE FOR JUNE 26 OMNIBUS HEARING RE: CLAIMS MATTERS (0.5); ANALYZE CLAIM OF DRAKA (0.5); CONTINUE WORK ON L&W ENGINEERING SETTLEMENT (0.4); ANALYZE CLAIM OF TOWER AUTOMOTIVE (0.6); CONTINUE TO WORK ON SETTLEMENTS OF CLAIMS OF ATEL LEASING (0.1), SKF USA (0.1); CONTINUE TO ANALYZE CLAIMS OF BRITTINGHAM (0.3); ANALYZE CLAIMS OF TAKATA CORP. (0.2), MSX (0.2), CSX REALTY (0.2), A-1 SERVICES (0.1), INTERMET (0.1), AND PEUGEOT JAPY (0.1); CONTINUE TO ANALYZE TEXAS SETOFF REQUEST (0.2); REVISE CORRESPONDENCE TO J. CARBONE, COUNSEL TO COMPTROL, RE: SETTLEMENT (0.2); CONTINUE TO FORMULATE STRATEGY RE: ADMINISTRATIVE CLAIMS (0.2) AND CLAIMS SUBJECT TO CLAIMS TIMELINESS MOTION (0.2); REVIEW RESEARCH RE: PERSONAL INJURY CLAIMS (0.4); CONTINUE TO UPDATE CLAIMS TASK LIST (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN      06/18/07      9.90   TELECONFERENCE WITH S. SPARROW, COUNSEL
                                     TO TAKATA CORP RE: CLAIMS (0.2); ANALYZE
                                     INQUIRY RE: SPRAGUE ENERGY CLAIM (0.1);
                                     CONTINUE TO PREPARE FOR JUNE 26 OMNIBUS
                                     HEARING RE: CLAIMS ISSUES (0.6);
                                     TELECONFERENCE WITH S. KUNST RE: CLAIMS
                                     ISSUES (0.5); TELECONFERENCE WITH D.
                                     UNRUE OF DELPHI RE: CLAIMS ISSUES (1.0);
                                     CONTINUE TO ANALYZE BRITTINGHAM CLAIM
                                     (0.8) AND TELECONFERENCE WITH S. KUNST
                                     RE: SAME (0.4); REVIEW DOCKET RE:
                                     CLAIMS-RELATED PLEADINGS (0.2); REVIEW
                                     RESPONSES TO 15TH OMNIBUS CLAIMS
                                     OBJECTION (0.8); FORMULATE STRATEGY RE:
                                     EFFECT OF PLAN ON CLAIMS ASSERTED BY
                                     LITIGANTS (0.2); TELECONFERENCES WITH
                                     G. SHAH OF DELPHI (0.1) AND L. CASEY,
                                     COUNSEL TO SKF USA (0.1) RE: SKF CLAIM,
                                     AND DRAFT CORRESPONDENCE TO L. CASEY RE:
                                     SAME (0.1); CONTINUE TO ANALYZE CLAIMS
                                     OF MIZUHO (0.2), DRAKA (0.6), ATEL
                                     LEASING (0.1), HE SERVICES (0.1), J.
                                     RENO (0.1), EEOC CLAIM (0.3), SKF USA
                                     (0.2), L&W ENGINEERING (0.2), LIQUIDITY
                                     SOLUTIONS (0.2), PEUGEOT JAPY (0.2), 3M
                                     (0.2), MSX (0.2); REVIEW NOTICES OF
                                     PRESENTMENT OF CLAIMS SETTLEMENT
                                     STIPULATION (0.2); WORK ON OMNIBUS
                                     REPLIES RE: OMNIBUS CLAIMS OBJECTIONS
                                     (0.3); FORMULATE STRATEGY RE:
                                     LITIGATING CLAIMS (0.2) AND TAX CLAIMS
                                     (0.2); CONTINUE TO REVIEW AND UPDATE
                                     CLAIMS TASK LIST (1.2); TELECONFERENCE
                                     WITH H. BAER RE: AMENDED AND RESTATED
                                     SETTLEMENT PROCEDURES ORDER (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        06/19/07      10.40   REVIEW CLAIM OF U.S. CUSTOMS SERVICE
                                        (0.1); REVIEW RESPONSES TO 13TH, 14TH,
                                        AND 15TH OMNIBUS CLAIMS OBJECTIONS
                                        (2.0) AND WORK ON OMNIBUS REPLIES RE:
                                        SAME (0.8); TELECONFERENCE WITH E.
                                        WEBER OF FTI AND G. SHAH OF DELPHI RE:
                                        IMPACT OF CURE PAYMENTS ON CLAIMS (0.2)
                                        AND ANALYZE SAME (0.2); ANALYZE CLAIMS
                                        OF SOKYMAT (0.1), PANASONIC (0.1),
                                        HITACH (0.2), DRAKA (0.2), BAYER
                                        MATERIAL SCIENCE (0.2), BRITTINGHAM
                                        (0.2), CSX REALTY (0.3), ATEL LEASING
                                        (0.2), SKF USA (0.8), CHERRY GMBH (0.5),
                                        EEOC (0.4), 3M (0.2), AND TOWER
                                        AUTOMOTIVE (0.2); CONTINUE TO ANALYZE
                                        TEXAS SETOFF REQUEST (0.4);
                                        TELECONFERENCE WITH G. SHAH OF DELPHI
                                        RE: CLAIMS (0.1); FORMULATE STRATEGY
                                        RE: LITIGATING CLAIMS (0.3);
                                        TELECONFERENCE WITH J. DEJONKER OF
                                        CHERRY GMBH RE: SETTLEMENT (0.2);
                                        FORMULATE STRATEGY RE: TAX CLAIMS (0.4)
                                        AND CLAIMS SUBJECT TO CLAIMS TIMELINESS
                                        MOTION (0.4); CONTINUE TO PREPARE FOR
                                        JUNE 26 OMNIBUS HEARING RE: CLAIMS
                                        MATTERS (1.0); TELECONFERENCE WITH B.
                                        JARMAIN OF SILVER POINT CAPITAL RE:
                                        CLAIMS (0.2), P. BATES, COUNSEL TO
                                        OKALOOSA COUNTY RE: CLAIMS (0.2), M.
                                        MULROONEY OF LONGACRE MASTER FUND RE:
                                        UNIVERSAL TOOL CLAIM (0.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        06/20/07     9.80   CONTINUE TO REVIEW RESPONSES TO 13TH AND
                                      15TH OMNIBUS CLAIMS OBJECTIONS (0.8)
                                      AND WORK ON OMNIBUS REPLIES RE: SAME
                                      (0.3); ANALYZE CLAIMS OF LIQUIDITY
                                      SOLUTIONS (0.2), SKF USA (0.2), ATEL
                                      LEASING (0.2), DRAKA (0.3), PANASONIC
                                      (0.1), EEOC (0.1), BREEN (0.2), TK
                                      HOLDINGS (0.2), CSX REALTY (0.1), AND
                                      HITACHI (0.1); FORMULATE STRATEGY RE:
                                      SETOFF REQUESTS (0.4), ADMINISTRATIVE
                                      CLAIMS (0.4), FUTURE OMNIBUS CLAIMS
                                      OBJECTIONS (0.4), IMPACT OF CURE
                                      PAYMENTS ON CLAIMS (0.2), TAX CLAIMS
                                      (0.3); REVIEW SETTLEMENT AGREEMENTS AND
                                      STIPULATIONS RE: CLAIMS OF MAPLES PIANO
                                      (0.2), SIERRA LIQUIDITY/FAIR-RITE
                                      (0.2), SIERRA LIQUIDITY/ APPLIED
                                      TECHNOLOGY (0.2), CYRO INDUSTRIES
                                      (0.2), BEI SYSTRON (0.2), AND BEHR
                                      INDUSTRIES (0.2), ZELLER ELECTRIC OF
                                      BUFFALO (0.1), ON-SEMI CONDUCTOR (0.2);
                                      RESPOND TO INQUIRY RE: IMPACT OF
                                      POSTPETITION LAWSUIT ON CLAIM (0.2);
                                      CONTINUE TO PREPARE FOR JUNE 26 OMNIBUS
                                      HEARING RE: CLAIMS MATTERS (0.9);
                                      TELECONFERENCES WITH D. UNRUE OF DELPHI
                                      RE: CLAIMS (0.9), J. RUHM OF DELPHI RE:
                                      CLAIMS (0.1), T. BEHNKE OF FTI RE:
                                      CLAIMS (0.1); TELECONFERENCE WITH K.
                                      ROBINSON, COUNSEL TO MOTION INDUSTRIES
                                      RE: SETTLEMENT OF CLAIM (0.1) AND WORK
                                      ON SETTLEMENT AGREEMENT RE: SAME (0.3);
                                      TELECONFERENCE WITH J. HURST OF TEXAS
                                      ATTORNEY GENERAL'S OFFICE RE: SETOFF
                                      REQUEST (0.2) AND WORK ON ANALYZING SAME
                                      (0.4); TELECONFERENCE WITH K. CRAFT OF
                                      DELPHI RE: CHERRY GMBH (0.2) AND
                                      CONTINUE WORK ON SETTLEMENT RE: SAME
                                      (0.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WHARTON JN | 06/21/07 | 11.20 | CONTINUE TO REVIEW AND REVISE CHARTS SUMMARIZING RESPONSES TO 13TH AND 15TH OMNIBUS CLAIMS OBJECTIONS (3.8); MEETING WITH D. UNRUE OF DELPHI RE: CLAIMS ISSUES (0.4); TELECONFERENCE WITH T. WEINER OF TOGUT, SEGAL & SEGAL RE: CLAIMS ISSUES (0.2); ANALYZE CLAIMS OF MDL PLAINTIFFS (0.6), BREEN (0.1), SIERRA LIQUIDITY/HTT (0.1), JCI (0.1), SKF USA (0.3), HITACHI (0.2), 3M (0.2), MOTION INDUSTRIES (0.2); CONTINUE TO PREPARE FOR JUNE 26 OMNIBUS HEARING RE: CLAIMS MATTERS (0.9); CONTINUE TO ANALYZE TEXAS SETOFF REQUEST (0.2); FORMULATE STRATEGY RE: TRACKING TREATMENT OF CLAIMS RESOLVED THROUGH LIFT STAY PROCEDURES (0.3); PREPARE FOR WEEKLY CLAIMS MANAGEMENT MEETING (0.4) AND ATTEND WEEKLY CLAIMS MANAGEMENT MEETING WITH D. UNRUE AND K. CRAFT OF DELPHI, T. BEHNKE OF FTI (1.8); ANALYZE INQUIRY RE: BASHAW CLAIM (0.3); ANALYZE ISSUE RE: SERVICE OF 17TH OMNIBUS CLAIMS OBJECTION (0.4); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.2), REVIEW AND UPDATE CLAIMS TASK LIST (0.5). |
| WHARTON JN | 06/22/07 | 5.10 | TELECONFERENCES WITH L. CASEY, COUNSEL TO SKF USA RE: SETTLEMENT OF CLAIM (0.4) AND WORK ON SETTLEMENT AGREEMENT AND STIPULATION RE: SAME (0.5); TELECONFERENCES WITH T. WEINER OF TOGUT, SEGAL & SEGAL RE: CLAIMS (0.2); TELECONFERENCE WITH L. CURCIO, COUNSEL TO DI TECHNOLOGIES, RE: CLAIM (0.2); WORK ON SETTLEMENT OF CHERRY GMBH CLAIM (0.1) AND L&W ENGINEERING CLAIMS (0.2); CONTINUE WORK ON OMNIBUS REPLIES TO 13TH, 14TH AND 15TH OMNIBUS CLAIMS OBJECTION (0.9); CONTINUE TO PREPARE FOR JUNE 26 OMNIBUS HEARING RE: CLAIMS MATTERS (0.5); CONTINUE TO FORMULATE STRATEGY RE: TRACKING TREATMENT OF CLAIMS RESOLVED THROUGH LIFT STAY PROCEDURES (0.4); ANALYZE CLAIMS OF CARASUTAR (0.1), BASHAW (0.2); FORMULATE STRATEGY RE: ENVIRONMENTAL CLAIMS (0.3) AND DEPARTMENT OF LABOR CLAIMS (0.4); CONTINUE TO REVIEW AND UPDATE CLAIMS TASK LIST (0.7). |
| WHARTON JN | 06/23/07 | 2.40 | CONTINUE TO WORK ON OMNIBUS REPLIES TO RESPONSES TO 13TH, 14TH, AND 15TH OMNIBUS CLAIMS OBJECTIONS (2.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WHARTON JN | 06/25/07 | 9.80 | CONTINUE TO WORK ON SETTLEMENT OF SKF USA CLAIMS (0.3); CONTINUE WORK ON OMNIBUS REPLIES RE: 13TH, 14TH, AND 15TH OMNIBUS CLAIMS OBJECTION (3.9); CONTINUE WORK ON LETTER TO STYNER & BIENZ RE: OVERPAYMENT (0.2); TELECONFERENCE WITH B. DREMLUK, COUNSEL TO FUJIKURA, RE: CLAIM (0.1); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.3); CONTINUE TO ANALYZE TEXAS SETOFF REQUEST (0.2); TELECONFERENCE WITH R. FLETEMYER OF FTI RE: CLAIMS ISSUES (0.1); REVIEW L&W SETTLEMENT AGREEMENT (0.2); REVISE LETTER TO J. CARBONE, COUNSEL TO COMPTROL, RE: SETTLEMENT (0.1); TELECONFERENCE WITH P. CLARK, COUNSEL TO CHERRY GMBH, RE: SETTLEMENT OF CLAIM (0.1); TELECONFERENCE WITH C. BROWN OF DELPHI RE: L&W (0.1); TELECONFERENCE WITH S. STAHL, COUNSEL TO MSX RE: CLAIM (0.1); TELECONFERENCE WITH L. CASEY, COUNSEL TO SKF, RE: CLAIM (0.1); ANALYZE CLAIMS OF MSX INT'L (0.2), CHERRY GMBH (0.1); ATEL LEASING (0.2), CHALLENGER TRUCKING (0.1); CONTINUE TO PREPARE FOR JUNE 26 OMNIBUS HEARING RE: CLAIMS MATTERS (3.0); FORMULATE STRATEGY RE: FUTURE OMNIBUS CLAIMS OBJECTIONS (0.4). |
|---|---|---|---|
| WHARTON JN | 06/26/07 | 5.70 | PREPARE FOR (2.7) AND ATTEND (0.6) JUNE 26 OMNIBUS HEARING; ANALYZE CLAIMS OF ARNESES (0.1), ATEL LEASING (0.1), VA. DEPT. OF TAXATION (0.1), CHALLENGER TRUCKING (0.1), MURATA (0.1), HYUNDAI (0.1); FORMULATE STRATEGY RE: JULY 19 OMNIBUS CLAIMS HEARING (0.3); PREPARE NOTICE RE: OMNIBUS CLAIMS OBJECTION (0.3); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.2); FORMULATE STRATEGY RE: SERP CLAIMS (0.3); ANALYZE GM PROOF OF CLAIM (0.3); REVIEW SETTLEMENT AGREEMENT RE: TELEFLEX (0.2); REVIEW INQUIRIES RE: CLAIMS (0.2). |

102                                                                      B43E

WHARTON JN        06/27/07        11.30   ANALYZE CLAIMS OF DATWYLER (0.2), VA.
                                          DEPT. OF TAXATION (0.2), MSX (0.1),
                                          CHERRY GMBH (0.2), HYUNDAI (0.2), ATEL
                                          LEASING (0.4), CHALLENGER TRUCKING
                                          (0.2), L&W ENGINEERING (0.3); PREPARE
                                          FOR MEETING RE: ANALYSIS OF CLAIMS FOR
                                          PLAN OF REORGANIZATION (0.9); FORMULATE
                                          STRATEGY RE: 18TH AND 19TH OMNIBUS
                                          CLAIMS OBJECTIONS (0.8);
                                          TELECONFERENCE WITH K. ROBINSON,
                                          COUNSEL TO MOTION INDUSTRIES (0.2) AND
                                          WORK ON SETTLEMENT OF MOTION INDUSTRIES
                                          CLAIM (0.2); TELECONFERENCES WITH D.
                                          UNRUE OF DELPHI RE: CLAIMS (0.2), D.
                                          UNRUE AND F. KUPLICKI OF DELPHI, L.
                                          HASSEL OF GROOM LAW GROUP RE: DEPARTMENT
                                          OF LABOR CLAIMS (0.8); FORMULATE
                                          STRATEGY RE: SERVICE ISSUES IN CLAIMS
                                          OBJECTIONS (0.6); FORMULATE STRATEGY
                                          RE: OVERPAYMENTS (0.4); REVIEW AND
                                          UPDATE CLAIMS TASK LIST (0.8);
                                          TELECONFERENCE WITH J. CARBONE, COUNSEL
                                          TO COMPTROL, RE: SETTLEMENT AGREEMENT
                                          (0.3) AND WORK ON SETTLEMENT RE: SAME
                                          (0.2); TELECONFERENCE WITH J. BENTLEY,
                                          COUNSEL TO PANASONIC, RE: CLAIM (0.1);
                                          REVIEW DOCKET RE: CLAIMS-RELATED
                                          PLEADINGS (0.2) AND REVIEW
                                          CORRESPONDENCE RE: CLAIMS (0.4);
                                          FORMULATE STRATEGY RE: ADMINISTRATIVE
                                          CLAIMS (1.1), SETTLING CLAIMS (0.8),
                                          IMPACT OF CURE PAYMENTS ON CLAIMS (0.7),
                                          WITHDRAWN CLAIMS (0.5); FINALIZE ORDERS
                                          ON 13TH, 14TH AND 15TH OMNIBUS CLAIMS
                                          OBJECTIONS (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WHARTON JN | 06/28/07 | 10.80 | CONTINUE TO WORK ON MOTION INDUSTRIES SETTLEMENT (0.2); TELECONFERENCE WITH J. HOWARD, COUNSEL TO MONTGOMERY COUNTY RE: CLAIMS (0.1); ANALYZE CLAIMS OF CHALLENGER TRUCKING (0.1), MSX (0.1), UAW/MANUFACTURED PRODUCTS (0.3), MILLIKEN (0.2), MULTEK (0.4), U.S. CUSTOMS SERVICE (0.2), CONTRARIAN FUNDS (0.2), HB PERFORMANCE (0.2); PREPARE FOR 18TH AND 19TH OMNIBUS CLAIMS OBJECTIONS (0.8); TELECONFERENCES WITH S. STAHL, COUNSEL TO MSX (0.3) AND P. CLARK, COUNSEL TO CHERRY GMBH (0.2); TELECONFERENCE RE: CLAIMS ISSUES RE: PLAN OF REORGANIZATION WITH D. UNRUE AND K. CRAFT OF DELPHI, T. BEHNKE AND A. EMRIKIEN OF FTI (0.8) AND FORMULATE STRATEGY RE: SAME (1.3); FORMULATE STRATEGY RE: TRACKING WITHDRAWN CLAIMS (0.2), OVERPAYMENTS (0.2); CONTINUE TO ANALYZE TEXAS SETOFF REQUEST (0.2) AND TELECONFERENCE WITH J. HURST OF TEXAS ATTORNEY GENERAL'S OFFICE RE: SAME (0.1); CONTINUE WORK ON SETTLEMENTS WITH L&W ENG. (0.4); CONTINUE WORK ON ORDERS RE: OMNIBUS CLAIMS OBJECTIONS (0.8); FORMULATE STRATEGY RE: TAX CLAIMS (0.5); REVIEW MARKUP OF COMPTROL SETTLEMENT AGREEMENT (0.3); REVIEW AND UPDATE CLAIMS TASK LIST (2.2); ANALYZE LIGHTSOURCE CLAIM (0.5). |
| WHARTON JN | 06/29/07 | 7.80 | WORK ON EVALUATING CLAIM OF MSX (0.6); CONTINUE WORK ON SETTLEMENT OF CLAIMS OF L&W ENGINEERING (0.1), CLARION (0.2), COMPTROL (0.2); TELECONFERENCE WITH R. HEILMAN, COUNSEL TO L&W ENGINEERING (0.2); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.3); FORMULATE STRATEGY RE: CLAIMS ADMINISTRATION PROCESS (0.6); FORMULATE STRATEGY RE: 18TH AND 19TH OMNIBUS CLAIMS OBJECTION (0.6); PREPARE ORDERS ON 14TH AND 15TH OMNIBUS OBJECTIONS (0.2); REVIEW BOSCH MOTION TO AMEND PROOF OF CLAIM (0.4); DRAFT CORRESPONDENCE RE: CITY OF COLUMBUS CLAIM (0.2); PREPARE FOR (0.4) AND ATTEND (0.5) CLAIMS WORKING GROUP MEETING; FORMULATE STRATEGY RE: MDL CLAIM (1.4); TELECONFERENCE WITH D. UNRUE OF DELPHI RE: CLAIMS ISSUES (0.8); CONTINUE UPDATING CLAIMS TASK LIST (1.1). |

**185.20**

**Total Associate**          **1,389.90**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| CHAVALI A | 06/01/07 | 8.40 | ATTEND CLAIMS HEARING (0.5); ATTEND STATUS CONFERENCE (0.6); REVIEW RETURN MAIL TRACKING CHART (1.6); FOLLOW UP WITH ATTORNEYS RE: RETURN MAIL (0.4); COORDINATE SERVICE OF ENTERED ORDERS AND STIPULATIONS (0.8); DISTRIBUTE HEARING MATERIALS (1.6); REVIEW DAILY CORRESPONDENCE (0.5); DISTRIBUTE DAILY CORRESPONDENCE (0.4); DISTRIBUTE PLEADINGS (0.8); TELECONFERENCE WITH KCC RE: UPCOMING FILINGS AND SERVICE (0.4); DISTRIBUTE ENTERED ORDERS (0.4); COMPARE ORDERS AS SUBMITTED AGAINST ORDERS AS ENTERED (0.4). |

CHAVALI A      06/05/07     1.80   INVESTIGATE NUMBER OF CLAIMS OBJECTIONS
                                   FILED (0.6); INVESTIGATE FILING TIME
                                   FOR OMNI 13 RESPONSE (0.8); DISTRIBUTE
                                   PLEADINGS (0.4).

CHAVALI A      06/06/07     0.90   COORDINATE SERVICE OF JUNE CLAIMS
                                   HEARING STIPULATIONS (0.4);
                                   INVESTIGATE STATUS OF OUTSTANDING
                                   CLAIMS ORDERS (0.5).

CHAVALI A      06/08/07     2.40   PREPARE BINDER OF RESPONSES FOR THE 13TH
                                   OMNIBUS CLAIMS OBJECTION (2.4).

CHAVALI A      06/11/07     1.50   PRINT RESPONSES TO THE 13TH OMNIBUS AND
                                   PULL PROOFS OF CLAIM (1.5).

CHAVALI A      06/12/07     3.10   PREPARE ALL DOCUMENTS BOX WITH
                                   RESPONSES FOR THE 14TH AND 15TH OMNIBUS
                                   CLAIMS OBJECTIONS (2.3); DISTRIBUTE
                                   CORRESPONDENCE (0.4); FOLLOW UP WITH
                                   ATTORNEYS RE: OUTSTANDING CLAIMS
                                   RELATED ORDERS (0.4).

CHAVALI A      06/20/07     2.70   REVIEW DOCKET FOR NEW RESPONSES TO
                                   OMNIBUS CLAIMS OBJECTION (0.8); FOLLOW
                                   UP WITH ATTORNEYS RE: RETURNED MAIL
                                   (1.4); REVIEW CLAIMS HEARING AGENDA
                                   (0.5).

CHAVALI A      06/21/07     0.60   REVIEW DOCKET FOR RESPONSES TO OMNIBUS
                                   CLAIMS OBJECTIONS (0.6).

CHAVALI A      06/22/07     2.60   LOCATE AND DISTRIBUTE CLAIMS SETTLEMENT
                                   AGREEMENTS AND STIPULATIONS (0.8);
                                   COMPLETE DRAFT HEARING BINDER (1.8).

CHAVALI A      06/25/07     4.90   PREPARE FILES OF CLAIMS OBJECTIONS
                                   EXHIBITS (1.3); DISTRIBUTE
                                   PROFFERS/ORDER BINDERS (0.8); PREPARE
                                   ORDERS ON DISK FOR SUBMISSIONS TO COURT
                                   (1.6); UPDATE AND COMPLETE ALL DOCS BOX
                                   (1.2).

CHAVALI A      06/26/07     2.40   PREPARE CLAIMS STIPULATIONS ON DISK
                                   (2.4).

**31.30**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DEMMA J        06/01/07     2.80  PREPARE/DISTRIBUTE DOCKETED RESPONSES
                                  TO 13TH OMNIBUS OBJECTION (1.1); UPDATE
                                  CLAIMS HEARING PLANNER AND TRACKING
                                  CHART (1.7).

DEMMA J        06/04/07     1.90  PREPARE CLAIMS MATERIALS FOR SUMMER
                                  ASSOCIATE ASSIGNMENT (0.6); PREPARE
                                  RESPONSES TO FIFTEENTH OMNI OBJECTION
                                  FOR DISTRIBUTION TO CLAIMS TEAM (0.7);
                                  PREPARE/DISTRIBUTE ENTERED
                                  STIPULATIONS TO CLAIMS TEAM (0.6).

DEMMA J        06/05/07     7.50  UPDATE CLAIMS HEARING PLANNER (2.1);
                                  PREPARE CLAIMS MATERIALS FOR ATTORNEY
                                  REVIEW (1.1); PREPARE TENTH CLAIMS
                                  AGENDA FOR JUNE 22, 2007 (1.2); PREPARE
                                  STIPULATION TRACKING CHART FOR JUNE 22,
                                  2007 CLAIMS HEARING (0.7); UPDATE
                                  MASTER STIPULATION TRACKING INDEX
                                  (1.1); PREPARE/FILE AMENDED STATEMENT
                                  OF DISPUTED ISSUES FOR NUTECH & WHITNEY
                                  (1.3).

DEMMA J        06/06/07     1.60  UPDATE CHART OF RESPONSES FILED FOR TAX
                                  CLAIMS (1.6).

DEMMA J        06/07/07     1.50  UPDATE CLAIMS EXHIBIT INDEX (1.1);
                                  PREPARE PROOFS OF CLAIM FOR ATTORNEY
                                  REVIEW (0.4).

DEMMA J        06/08/07     3.80  PREPARE PROOFS OF CLAIM FOR ATTORNEY
                                  REVIEW (1.6); PREPARE LEGAL CLAIMS
                                  DISPOSITION CHART (1.1); PREPARE
                                  EXECUTIVE SUMMARIES FOR ATTORNEY CLAIM
                                  FILES (1.1).

DEMMA J        06/11/07     0.60  PREPARE/DISTRIBUTE RESPONSES TO CLAIMS
                                  TEAM (0.6).

DEMMA J        06/12/07     6.30  UPDATE CLAIMS HEARING PLANNER (0.8);
                                  PREPARE/DISTRIBUTE RESPONSES TO CLAIMS
                                  TEAM (1.1); PREPARE CLAIMS FILES FOR
                                  DISTRIBUTION (1.1); PREPARE CHART OF
                                  CLAIMS TO BE SETTLED (3.3).

DEMMA J        06/13/07     5.40  PREPARE CLAIMS ASSIGNMENTS FOR VARIOUS
                                  ATTORNEYS (2.1); UPDATE STIPULATION
                                  MASTER BINDER (1.6); UPDATE STIPULATION
                                  TRACKING CHART (0.6); UPDATE CLAIMS
                                  AGENDA (1.1).

DEMMA J        06/14/07     5.80  DISTRIBUTE JOINT STIPULATION MASTER
                                  BINDERS TO VARIOUS ATTORNEYS (0.3);
                                  PREPARE CHART OF WITHDRAWN CLAIMS
                                  (1.6); PREPARE/DISTRIBUTE CLAIMS
                                  ASSIGNMENTS TO VARIOUS ATTORNEYS (0.6);
                                  UPDATE CLAIMS AGENDA (1.1); UPDATE
                                  STIPULATION TRACKING CHART FOR JUNE 22,
                                  2007 HEARING (0.6); PREPARE/DISTRIBUTE
                                  DOCKETED AND UNDOCKETED RESPONSES TO
                                  CLAIMS TEAM (1.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DEMMA J | 06/15/07 | 5.10 | PREPARE LIST OF PLEADINGS ASSOCIATED WITH INDIVIDUAL NOTICES OF PRESENTMENT (1.1); PREPARE/DISTRIBUTE RESPONSES TO CLAIMS TEAM (1.1); PREPARE/FILE VARIOUS NOTICES OF PRESENTMENT (1.1); PREPARE/FILE OMNIBUS OBJECTIONS SIXTEEN AND SEVENTEEN (1.1); COORDINATE SERVICE OF SIXTEENTH AND SEVENTEENTH OMNI OBJECTION (0.4); PREPARE/FILES HE SERVICES STIPULATION AND PROTECTIVE ORDER (0.3). |

| DEMMA J | 06/18/07 | 6.20 | RESPOND TO EMAILS RE: CLAIMS MATTERS (0.6); PREPARE/DISTRIBUTE OMNIBUS CLAIMS RESPONSES FOR ATTORNEY REVIEW (1.8); PREPARE/UPDATE CLAIMS TIMELINESS TRACKING CHART (1.1); UPDATE JUNE 22, 2007 CLAIMS AGENDA (2.1); PREPARE THIRTEENTH OMNI PLEADINGS FOR DISTRIBUTION (0.6). |

| DEMMA J | 06/19/07 | 7.50 | PREPARE/DISTRIBUTE DOCKETED AND UNDOCKETED CLAIMS RESPONSES (6.7); UPDATE CLAIMS TIMELINESS CHART (0.8). |

| DEMMA J | 06/20/07 | 5.20 | PREPARE/DISTRIBUTE DOCKETED AND UNDOCKETED CLAIMS RESPONSES (3.1); UPDATE STIPULATION TRACKING CHART (1.1); UPDATE CLAIMS TIMELINESS TRACKING CHART (0.6); PREPARE/FILE NOTICE OF ADJOURNMENT FOR G. WHITNEY (0.4). |

| DEMMA J | 06/21/07 | 0.60 | PREPARE/DISTRIBUTE DOCKETED OMINBUS RESPONSES (0.6). |

| DEMMA J | 06/22/07 | 2.20 | PREPARE/DISTRIBUTE DOCKETED OMNI RESPONSES (1.1); PREPARE SETTLEMENT AGREEMENTS FOR DISTRIBUTION (1.1). |

| DEMMA J | 06/26/07 | 0.60 | UPDATE CLAIMS TIMELINESS DECLARATION TRACKING CHART (0.6). |

| DEMMA J | 06/27/07 | 3.90 | UPDATE CLAIMS TIMELINESS DECLARATIONS CHART (1.1); UPDATE OMNI RESPONSE FILES (1.1); UPDATE SIGNED STIPULATION FILES (1.1); PREPARE CLAIMS OBJECTIONS FOR ATTORNEY REVIEW (0.6). |

| DEMMA J | 06/28/07 | 1.90 | UPDATE CLAIMS TIMELINESS DECLARATION TRACKING CHART (1.3); UPDATE STIPULATION FILES (0.6). |

**70.40**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KLIMEK MV        06/01/07      4.40   ASSIST WITH PREPARATIONS FOR
                                     DEPOSITIONS IN H.E. SERVICES MATTER
                                     (4.2); CONTINUE TO CODE DOCUMENTS
                                     WITHIN THE CONTESTED CLAIMS DOCUMATRIX
                                     DATABASE (0.2).

KLIMEK MV        06/04/07      1.10   CONTINUE TO COMPILE RECORD OF
                                     CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                     AND ATTORNEY WORK PRODUCT FOR CONTESTED
                                     CLAIMS FILES (0.6); CONTINUE TO ASSIST
                                     WITH PREPARATIONS FOR DEPOSITIONS IN
                                     H.E. SERVICES MATTER (0.5).

KLIMEK MV        06/05/07      6.60   CONTINUE TO ASSIST WITH PREPARATION OF
                                     MATERIALS FOR DEPOSITIONS IN H.E.
                                     SERVICES MATTER (6.6).

KLIMEK MV        06/06/07      4.10   CONTINUE TO COMPILE RECORD OF
                                     CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                     AND ATTORNEY WORK PRODUCT FOR THE
                                     CONTESTED CLAIMS FILES (1.8); ASSIST
                                     WITH PREPARATION FOR H.E. SERVICES
                                     OFFER OF JUDGEMENT RULE 68 PAPERS (1.3);
                                     CONTINUE TO ASSIST WITH PREPARATION
                                     MATERIALS FOR DEPOSITIONS IN H.E.
                                     SERVICES MATTER (1.0).

KLIMEK MV        06/07/07      2.00   CONTINUE TO COMPILE RECORD OF
                                     CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                     AND ATTORNEY WORK PRODUCT FOR CONTESTED
                                     CLAIMS FILES (1.5); CONTINUE TO CODE
                                     DOCUMENTS WITHIN THE CONTESTED CLAIMS
                                     DOCUMATRIX DATABASE (0.5).

KLIMEK MV        06/08/07      0.40   CONTINUE TO CODE DOCUMENTS WITHIN THE
                                     CONTESTED CLAIMS DOCUMATRIX DATABASE
                                     (0.4).

KLIMEK MV        06/10/07      3.40   CONTINUE TO ASSIST WITH PREPARATION OF
                                     DEPOSITION MATERIALS FOR DEPOSITIONS IN
                                     H.E. SERVICES MATTER (1.8); CONTINUE TO
                                     CODE DOCUMENTS WITHIN THE CONTESTED
                                     CLAIMS DOCUMATRIX DATABASE (1.6).

KLIMEK MV        06/11/07      6.70   CONTINUE TO ASSIST WITH PREPARING
                                     DEPOSITION MATERIALS FOR DEPOSITIONS IN
                                     H.E. SERVICES MATTER (5.9); CONTINUE TO
                                     COMPILE RECORD OF CORRESPONDENCE,
                                     DISCOVERY, PLEADINGS, AND ATTORNEY WORK
                                     PRODUCT FOR THE CONTESTED CLAIMS FILES
                                     (0.8).

KLIMEK MV        06/12/07      1.30   CONTINUE TO COMPILE RECORD OF
                                     CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                     AND ATTORNEY WORK PRODUCT FOR CONTESTED
                                     CLAIMS FILES (0.7); CONTINUE TO CODE
                                     DOCUMENTS WITHIN THE CONTESTED CLAIMS
                                     DOCUMATRIX DATABASE (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KLIMEK MV        06/13/07      3.00   CONTINUE TO COMPILE RECORD OF
                                      CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                      AND ATTORNEY WORK PRODUCT FOR THE
                                      CONTESTED CLAIMS FILES (2.2); CONTINUE
                                      TO CODE DOCUMENTS WITHIN THE CONTESTED
                                      CLAIMS DOCUMATRIX DATABASE (0.8).

KLIMEK MV        06/14/07      0.90   CONTINUE TO COMPILE RECORD OF
                                      CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                      AND ATTORNEY WORK PRODUCT (0.6);
                                      CONTINUE TO CODE DOCUMENTS WITHIN THE
                                      CONTESTED CLAIMS DOCUMATRIX DATABASE
                                      (0.3).

KLIMEK MV        06/15/07      6.70   CONTINUE TO COMPILE RECORD OF
                                      CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                      AND ATTORNEY WORK PRODUCT FOR THE
                                      CONTESTED CLAIMS FILES (1.6); CONTINUE
                                      TO CODE DOCUMENTS WITHIN THE CONTESTED
                                      CLAIMS DOCUMATRIX DATABASE (0.5); BEGIN
                                      ASSEMBLING DEPOSITION TRANSCRIPTS AND
                                      EXHIBITS FOR ATTORNEY REVIEW IN THE H.E.
                                      SERVICES MATTER (4.6).

KLIMEK MV        06/17/07     11.80   BEGIN TO ASSIST WITH PREPARATIONS FOR
                                      FILING OF DEBTORS' AMENDED SUPPLEMENTAL
                                      REPLY BRIEF IN THE H.E. SERVICES MATTER
                                      (11.8).

KLIMEK MV        06/18/07      8.90   CONTINUE TO ASSIST WITH PREPARATIONS
                                      FOR FILING OF DEBTORS' AMENDED
                                      SUPPLEMENTAL REPLY BRIEF IN THE H.E.
                                      SERVICES MATTER (8.9).

KLIMEK MV        06/19/07      1.40   CONTINUE TO COMPILE RECORD OF
                                      CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                      AND ATTORNEY WORK PRODUCT FOR CONTESTED
                                      CLAIMS FILES (1.1); COMPILE DEPOSITION
                                      DESIGNATIONS IN H.E. SERVICES MATTER
                                      FOR ATTORNEY REVIEW (0.3).

KLIMEK MV        06/20/07      4.30   CONTINUE TO COMPILE RECORD OF
                                      CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                      AND ATTORNEY WORK PRODUCT (0.7);
                                      CONTINUE TO CODE DOCUMENTS WITHIN THE
                                      DELPHI CONTESTED CLAIMS DOCUMATRIX
                                      DATABASE (1.9); CONTINUE TO ASSIST WITH
                                      COMPILATION OF DEPOSITION DESIGNATIONS
                                      IN H.E. SERVICES MATTER (1.7).

KLIMEK MV        06/21/07      0.80   CONTINUE TO COMPILE RECORD OF
                                      CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                      AND ATTORNEY WORK PRODUCT FOR CONTESTED
                                      CLAIMS FILES (0.5); CONTINUE TO CODE
                                      DOCUMENTS WITHIN THE CONTESTED CLAIMS
                                      DOCUMATRIX DATABASE (0.3).

KLIMEK MV        06/26/07      5.80   BEGIN TO CITECHECK DEBTORS'
                                      SUPPLEMENTAL REPLY IN NUTECH PLASTICS
                                      MATTER (5.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KLIMEK MV | 06/27/07 | 2.60 | CONTINUE TO CITECHECK DEBTORS' SUPPLEMENTAL REPLY IN NUTECH PLASTICS MATTER (2.2); CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (0.4). |
| KLIMEK MV | 06/28/07 | 6.10 | COMPLETE CITECHECKING OF DEBTORS' SUPPLEMENTAL REPLY IN NUTECH PLASTICS MATTER (4.4); CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (0.7); CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DATABASE (1.0). |

**82.30**

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 06/01/07 | 1.30 | ASSIST WITH CLAIMS HEARING PREPARATION (1.3). |
| ZSOLDOS AF | 06/04/07 | 0.70 | DOCKET PULLS AND DISTRIBUTION TO CLAIMS TEAM (0.7). |
| ZSOLDOS AF | 06/07/07 | 0.70 | CLAIMS-RELATED DOCKET PULLS AND DISTRIBUTION (0.7). |
| ZSOLDOS AF | 06/11/07 | 0.40 | CLAIMS-RELATED DOCKET PULLS AND DISTRIBUTION (0.4). |
| ZSOLDOS AF | 06/12/07 | 0.40 | PULL AND DISTRIBUTE CLAIMS-RELATED DOCKETS (0.4). |
| ZSOLDOS AF | 06/15/07 | 0.40 | PULL AND DISTRIBUTE CLAIMS-RELATED DOCKET ENTRIES TO CLAIMS TEAM (0.4). |
| ZSOLDOS AF | 06/20/07 | 0.80 | CLAIMS-RELATED DOCKET PULLS AND DISTRIBUTION (0.8). |
| ZSOLDOS AF | 06/25/07 | 3.00 | PREPARE AND ELECTRONICALLY FILE REPLIES TO RESPONSES TO OMNIBUS CLAIMS OBJECTIONS (2.1); DISTRIBUTE AND PREPARE COPIES OF FILED REPLIES (0.5); DISTRIBUTE CLAIMS-RELATED PLEADINGS (0.4). |

**7.70**

**Total Legal Assistant**        **191.70**

| | | | |
|---|---|---|---|
| WORSCHECK TM | 06/08/07 | 4.80 | PREPARE PROOF OF CLAIM FILES FOR ATTORNEY REVIEW (4.8). |
| WORSCHECK TM | 06/11/07 | 1.20 | PREPARE PROOF OF CLAIM FILES FOR ATTORNEY REVIEW (1.2). |
| WORSCHECK TM | 06/12/07 | 0.80 | PREPARE PROOF OF CLAIM FILES FOR ATTORNEY REVIEW (0.8). |
| WORSCHECK TM | 06/14/07 | 1.20 | PREPARE DOCKETED AND UNDOCKETED RESPONSES FOR ATTORNEY REVIEW (1.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WORSCHECK TM | 06/18/07 | 0.30 | PREPARE CLAIMS DECLARATIONS FOR REVIEW (0.3). |
|---|---|---|---|
| WORSCHECK TM | 06/19/07 | 1.90 | PREPARE CLAIMS DECLARATIONS FOR REVIEW (0.2); PREPARE RESPONSES FOR ATTORNEY REVIEW (1.7). |
| WORSCHECK TM | 06/27/07 | 1.20 | PREPARE FILES FOR CLAIMS TIMELINESS DECLARATIONS (1.2). |
| | | **11.40** | |

| **Total Legal Assistant Support** | **11.40** |
|---|---|

| **TOTAL TIME** | **1,810.20** |
|---|---|

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 07/31/07
Claims Admin. (General)                                     Bill Number: 1168053

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 06/05/07 | Wharton JN | 658.40 |
| Air/Rail Travel - vendor feed | 06/05/07 | Diaz LB | 326.51 |
| Air/Rail Travel - vendor feed | 06/05/07 | Wharton JN | -26.40 |
| Air/Rail Travel - vendor feed | 06/06/07 | Hogan III AL | 943.31 |
| Air/Rail Travel - vendor feed | 06/06/07 | Van Gelder A | 943.31 |
| Air/Rail Travel - vendor feed | 06/07/07 | Perl MW | 287.29 |
| Air/Rail Travel - vendor feed | 06/07/07 | Connors CP | 495.05 |
| Air/Rail Travel - vendor feed | 06/07/07 | Perl MW | -287.29 |
| Air/Rail Travel - vendor feed | 06/07/07 | Connors CP | -732.12 |
| Air/Rail Travel - vendor feed | 06/07/07 | Connors CP | 1,430.55 |
| Air/Rail Travel - vendor feed | 06/07/07 | Connors CP | 703.08 |
| Air/Rail Travel - vendor feed | 06/07/07 | Connors CP | -450.05 |
| Air/Rail Travel - vendor feed | 06/07/07 | Connors CP | 543.52 |
| Air/Rail Travel - vendor feed | 06/07/07 | Connors CP | -543.52 |
| Air/Rail Travel - vendor feed | 06/08/07 | Hogan III AL | 448.40 |
| Air/Rail Travel - vendor feed | 06/08/07 | Van Gelder A | 493.40 |
| Air/Rail Travel - vendor feed | 06/08/07 | Connors CP | 653.40 |
| Air/Rail Travel - vendor feed | 06/08/07 | Connors CP | 513.76 |
| Air/Rail Travel - vendor feed | 06/10/07 | Connors CP | 716.23 |
| Air/Rail Travel - vendor feed | 06/10/07 | Diaz LB | 218.32 |
| Air/Rail Travel - vendor feed | 06/10/07 | Connors CP | 1,409.83 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 06/10/07 | Connors CP | 1,482.83 |
| Air/Rail Travel - vendor feed | 06/10/07 | Connors CP | -160.34 |
| Air/Rail Travel - vendor feed | 06/10/07 | Connors CP | -192.94 |
| Air/Rail Travel - vendor feed | 06/10/07 | Howe EJ | 326.51 |
| Air/Rail Travel - vendor feed | 06/10/07 | Diaz LB | 1,146.17 |
| Air/Rail Travel - vendor feed | 06/11/07 | Aronson CH | -198.79 |
| Air/Rail Travel - vendor feed | 06/11/07 | Wharton JN | 305.90 |
| Air/Rail Travel - vendor feed | 06/11/07 | Perl MW | 287.29 |
| Air/Rail Travel - vendor feed | 06/11/07 | Van Gelder A | 494.90 |
| Air/Rail Travel - vendor feed | 06/11/07 | Hogan III AL | 494.90 |
| Air/Rail Travel - vendor feed | 06/11/07 | Hogan III AL | 448.41 |
| Air/Rail Travel - vendor feed | 06/13/07 | Diaz LB | 586.92 |
| Air/Rail Travel - vendor feed | 06/13/07 | Wharton JN | 123.40 |
| Air/Rail Travel - vendor feed | 06/14/07 | Perl MW | 305.49 |
| Air/Rail Travel - vendor feed | 06/15/07 | Van Gelder A | 448.40 |
| Air/Rail Travel - vendor feed | 06/15/07 | Van Gelder A | -448.40 |
| Air/Rail Travel - vendor feed | 06/15/07 | Hogan III AL | 448.40 |
| Air/Rail Travel - vendor feed | 06/15/07 | Van Gelder A | 448.40 |
| Air/Rail Travel - vendor feed | 06/19/07 | Diaz LB | 166.15 |
| Air/Rail Travel - vendor feed | 06/19/07 | Howe EJ | 436.63 |
| Air/Rail Travel - vendor feed | 06/19/07 | Connors CP | 1,041.51 |
| Air/Rail Travel - vendor feed | 06/19/07 | Howe EJ | -194.34 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 06/19/07 | Diaz LB | -121.15 |
| Air/Rail Travel - vendor feed | 06/19/07 | Lyons JK | 365.73 |
| Air/Rail Travel - vendor feed | 06/19/07 | Howe EJ | -242.29 |
| Air/Rail Travel - vendor feed | 06/20/07 | Wharton JN | 654.03 |
| Air/Rail Travel - vendor feed | 06/20/07 | Diaz LB | 121.15 |
| Air/Rail Travel - vendor feed | 06/20/07 | Diaz LB | -121.10 |
| Air/Rail Travel - vendor feed | 06/20/07 | Wharton JN | -609.03 |
| Air/Rail Travel - vendor feed | 06/20/07 | Wharton JN | 547.79 |
| Air/Rail Travel - vendor feed | 06/20/07 | Wharton JN | 305.49 |
| Air/Rail Travel - vendor feed | 06/21/07 | Wharton JN | 514.40 |
| Air/Rail Travel - vendor feed | 06/21/07 | Lyons JK | 595.72 |
| Air/Rail Travel - vendor feed | 06/21/07 | Wharton JN | -514.40 |
| Air/Rail Travel - vendor feed | 06/24/07 | Diaz LB | 165.59 |
| Air/Rail Travel - vendor feed | 06/24/07 | Wharton JN | 1,233.39 |
| Air/Rail Travel - vendor feed | 06/25/07 | Diaz LB | 987.66 |
| Air/Rail Travel - vendor feed | 06/26/07 | Diaz LB | 259.32 |
| Air/Rail Travel - vendor feed | 06/26/07 | Wharton JN | 259.32 |
| Air/Rail Travel - vendor feed | 06/27/07 | Diaz LB | 255.74 |
| Air/Rail Travel - vendor feed | 06/27/07 | Diaz LB | -255.74 |
| Air/Rail Travel - vendor feed | 06/28/07 | Wharton JN | 592.79 |
| Air/Rail Travel - vendor feed | 06/28/07 | Wharton JN | -547.79 |
| Air/Rail Travel - vendor feed | 06/29/07 | Diaz LB | 205.36 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 06/29/07 | Diaz LB | -160.36 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$21,034.00** |
| In-house Reproduction | 06/01/07 | Copy Center, D | 49.80 |
| In-house Reproduction | 06/01/07 | Copy Center, D | 338.60 |
| In-house Reproduction | 06/01/07 | Copy Center, D | 140.20 |
| In-house Reproduction | 06/05/07 | Copy Center, D | 28.70 |
| In-house Reproduction | 06/05/07 | Copy Center, D | 1,138.30 |
| In-house Reproduction | 06/08/07 | Copy Center, D | 215.80 |
| In-house Reproduction | 06/08/07 | Copy Center, D | 32.40 |
| In-house Reproduction | 06/12/07 | Copy Center, D | 2.50 |
| In-house Reproduction | 06/12/07 | Copy Center, D | 800.30 |
| In-house Reproduction | 06/15/07 | Copy Center, D | 44.80 |
| In-house Reproduction | 06/15/07 | Copy Center, D | 162.30 |
| In-house Reproduction | 06/19/07 | Copy Center, D | 1,134.40 |
| In-house Reproduction | 06/22/07 | Copy Center, D | 1,015.80 |
| In-house Reproduction | 06/22/07 | Copy Center, D | 0.80 |
| In-house Reproduction | 06/26/07 | Copy Center, D | 19.70 |
| In-house Reproduction | 06/26/07 | Copy Center, D | 7.90 |
| In-house Reproduction | 06/29/07 | Copy Center, D | 11.60 |
| In-house Reproduction | 06/29/07 | Copy Center, D | 37.10 |
| In-house Reproduction | 06/29/07 | Copy Center, D | 20.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$5,201.00** |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 36.98 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 81.70 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 13.74 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 3.51 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 2.05 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 3.87 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 9.06 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 1.42 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.49 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.18 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$153.00** |
| Postage | 06/02/07 | Office Admin, D | 4.79 |
| Postage | 06/08/07 | Office Admin, D | 1.21 |
| | | **TOTAL POSTAGE** | **$6.00** |
| Westlaw | 06/01/07 | Connors CP | 147.80 |
| Westlaw | 06/01/07 | Stabile NP | 638.11 |
| Westlaw | 06/02/07 | Connors CP | 234.46 |
| Westlaw | 06/03/07 | Connors CP | 1,012.17 |
| Westlaw | 06/03/07 | Campanario ND | 32.05 |
| Westlaw | 06/04/07 | Connors CP | 9.50 |
| Westlaw | 06/04/07 | Campanario ND | 136.83 |
| Westlaw | 06/05/07 | Connors CP | 77.31 |
| Westlaw | 06/05/07 | Campanario ND | 136.53 |
| Westlaw | 06/06/07 | Lazaroff KA | 129.41 |
| Westlaw | 06/07/07 | Lazaroff KA | 291.01 |
| Westlaw | 06/07/07 | Tauke N | 200.63 |
| Westlaw | 06/08/07 | Connors CP | 22.22 |
| Westlaw | 06/11/07 | Perl MW | 77.03 |
| Westlaw | 06/11/07 | Gartner M | 61.90 |
| Westlaw | 06/11/07 | Grose KM | 9.50 |
| Westlaw | 06/15/07 | Diaz LB | 153.46 |
| Westlaw | 06/18/07 | Connors CP | 219.02 |
| Westlaw | 06/18/07 | Guzzardo J | 344.16 |
| Westlaw | 06/18/07 | VanLonkhuyzen CE | 129.41 |
| Westlaw | 06/18/07 | Campanario ND | 66.48 |
| Westlaw | 06/19/07 | Guzzardo J | 32.06 |
| Westlaw | 06/20/07 | Guzzardo J | 629.97 |
| Westlaw | 06/20/07 | Campanario ND | 312.67 |
| Westlaw | 06/21/07 | Samole RM | 208.86 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 06/21/07 | Guzzardo J | 304.23 |
| Westlaw | 06/21/07 | Campanario ND | 174.52 |
| Westlaw | 06/22/07 | Samole RM | 1,470.69 |
| Westlaw | 06/22/07 | Guzzardo J | 4.75 |
| Westlaw | 06/23/07 | Samole RM | 937.64 |
| Westlaw | 06/25/07 | Stabile NP | 581.41 |
| Westlaw | 06/26/07 | Klimek MV | 481.73 |
| Westlaw | 06/26/07 | Howe EJ | 115.15 |
| Westlaw | 06/27/07 | Connors CP | 199.61 |
| Westlaw | 06/27/07 | Guzzardo J | 10.69 |
| Westlaw | 06/27/07 | Howe EJ | 304.80 |
| Westlaw | 06/28/07 | Klimek MV | 43.19 |
| Westlaw | 06/28/07 | Connors CP | 921.68 |
| Westlaw | 06/28/07 | Guzzardo J | 94.40 |
| Westlaw | 06/28/07 | Perl MW | 105.78 |
| Westlaw | 06/29/07 | Mollen AM | 247.53 |
| Westlaw | 06/29/07 | Perl MW | 9.65 |
| | | **TOTAL WESTLAW** | **$11,320.00** |
| Reproduction - color | 06/05/07 | Copy Center, D | 13.50 |
| Reproduction - color | 06/12/07 | Copy Center, D | 475.00 |
| Reproduction - color | 06/19/07 | Copy Center, D | 35.50 |
| Reproduction - color | 06/22/07 | Copy Center, D | 15.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$539.00** |
| Vendor Hosted Telecon- ferencing | 05/03/07 | Teleconferencing Services, LLC | 3.50 |
| Vendor Hosted Telecon- ferencing | 05/07/07 | Teleconferencing Services, LLC | 26.17 |
| Vendor Hosted Telecon- ferencing | 05/08/07 | Teleconferencing Services, LLC | 0.72 |
| Vendor Hosted Telecon- ferencing | 05/08/07 | Teleconferencing Services, LLC | 9.06 |
| Vendor Hosted Telecon- ferencing | 05/09/07 | Teleconferencing Services, LLC | 10.62 |
| Vendor Hosted Telecon- ferencing | 05/09/07 | Teleconferencing Services, LLC | 3.90 |
| Vendor Hosted Telecon- ferencing | 05/22/07 | Teleconferencing Services, LLC | 5.40 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Telecon- ferencing | 06/01/07 | Teleconferencing Services, LLC | 9.96 |
| Vendor Hosted Telecon- ferencing | 06/08/07 | Teleconferencing Services, LLC | 14.94 |
| Vendor Hosted Telecon- ferencing | 06/11/07 | Teleconferencing Services, LLC | 2.46 |
| Vendor Hosted Telecon- ferencing | 06/11/07 | Teleconferencing Services, LLC | 12.66 |
| Vendor Hosted Telecon- ferencing | 06/12/07 | Teleconferencing Services, LLC | 1.38 |
| Vendor Hosted Telecon- ferencing | 06/14/07 | Teleconferencing Services, LLC | 6.78 |
| Vendor Hosted Telecon- ferencing | 06/14/07 | Teleconferencing Services, LLC | 12.60 |
| Vendor Hosted Telecon- ferencing | 06/20/07 | Teleconferencing Services, LLC | 0.42 |
| Vendor Hosted Telecon- ferencing | 06/22/07 | Genesys Conferencing | 17.43 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$138.00** |
| Out-of-Town Travel | 06/01/07 | Diaz LB | 1,503.65 |
| Out-of-Town Travel | 06/01/07 | Wharton JN | 1,446.11 |
| Out-of-Town Travel | 06/05/07 | Diaz LB | 17.00 |
| Out-of-Town Travel | 06/07/07 | Wharton JN | 190.66 |
| Out-of-Town Travel | 06/07/07 | Wharton JN | 404.54 |
| Out-of-Town Travel | 06/07/07 | Diaz LB | 404.54 |
| Out-of-Town Travel | 06/07/07 | Diaz LB | 184.81 |
| Out-of-Town Travel | 06/07/07 | Connors CP | 292.67 |
| Out-of-Town Travel | 06/07/07 | Connors CP | 334.35 |
| Out-of-Town Travel | 06/07/07 | Connors CP | 26.00 |
| Out-of-Town Travel | 06/08/07 | Hogan III AL | 191.49 |
| Out-of-Town Travel | 06/08/07 | Hogan III AL | 290.38 |
| Out-of-Town Travel | 06/08/07 | Connors CP | 719.13 |
| Out-of-Town Travel | 06/08/07 | Connors CP | 60.04 |
| Out-of-Town Travel | 06/08/07 | Hogan III AL | 74.00 |
| Out-of-Town Travel | 06/08/07 | Van Gelder A | 290.38 |
| Out-of-Town Travel | 06/08/07 | Van Gelder A | 55.00 |
| Out-of-Town Travel | 06/11/07 | Howe EJ | 210.04 |
| Out-of-Town Travel | 06/11/07 | Connors CP | 217.55 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 06/11/07 | Van Gelder A | 50.00 |
| Out-of-Town Travel | 06/11/07 | Howe EJ | 185.81 |
| Out-of-Town Travel | 06/12/07 | Connors CP | 157.95 |
| Out-of-Town Travel | 06/12/07 | Connors CP | 347.90 |
| Out-of-Town Travel | 06/12/07 | Connors CP | 13.23 |
| Out-of-Town Travel | 06/12/07 | Connors CP | 125.31 |
| Out-of-Town Travel | 06/13/07 | Connors CP | 82.18 |
| Out-of-Town Travel | 06/13/07 | Connors CP | 197.00 |
| Out-of-Town Travel | 06/13/07 | Wharton JN | 332.01 |
| Out-of-Town Travel | 06/13/07 | Wharton JN | 463.47 |
| Out-of-Town Travel | 06/13/07 | Diaz LB | 275.53 |
| Out-of-Town Travel | 06/13/07 | Diaz LB | 634.27 |
| Out-of-Town Travel | 06/13/07 | Connors CP | 168.00 |
| Out-of-Town Travel | 06/14/07 | Perl MW | 634.23 |
| Out-of-Town Travel | 06/15/07 | Perl MW | 326.99 |
| Out-of-Town Travel | 06/15/07 | Perl MW | 29.30 |
| Out-of-Town Travel | 06/15/07 | Van Gelder A | 108.00 |
| Out-of-Town Travel | 06/15/07 | Van Gelder A | 514.16 |
| Out-of-Town Travel | 06/21/07 | Wharton JN | 114.68 |
| Out-of-Town Travel | 06/21/07 | Wharton JN | 216.00 |
| Out-of-Town Travel | 06/26/07 | Wharton JN | 939.64 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$12,828.00** |
| Filing/Court Fees | 06/14/07 | Sasm&F Chicago | 95.00 |
| | | **TOTAL FILING/COURT FEES** | **$95.00** |
| Messengers/ Courier | 06/01/07 | Dist Serv/Mail/Page, D | 45.89 |
| Messengers/ Courier | 06/01/07 | Dist Serv/Mail/Page, D | 58.29 |
| Messengers/ Courier | 06/05/07 | Dist Serv/Mail/Page, D | 34.41 |
| Messengers/ Courier | 06/05/07 | Dist Serv/Mail/Page, D | 35.79 |
| Messengers/ Courier | 06/07/07 | OSMIO | 32.40 |
| Messengers/ Courier | 06/07/07 | OSMIO | 20.25 |
| Messengers/ Courier | 06/07/07 | OSMIO | 12.00 |
| Messengers/ Courier | 06/07/07 | OSMIO | 6.00 |
| Messengers/ Courier | 06/10/07 | Arrow Messenger Svc | 26.40 |
| Messengers/ Courier | 06/12/07 | Dist Serv/Mail/Page, D | 25.64 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 06/15/07 | Dist Serv/Mail/Page, D | 124.25 |
| Messengers/ Courier | 06/19/07 | Dist Serv/Mail/Page, D | 109.89 |
| Messengers/ Courier | 06/22/07 | Dist Serv/Mail/Page, D | 6.64 |
| Messengers/ Courier | 06/22/07 | Dist Serv/Mail/Page, D | 20.58 |
| Messengers/ Courier | 06/23/07 | Dist Serv/Mail/Page, D | 23.38 |
| Messengers/ Courier | 06/24/07 | Arrow Messenger Svc | 19.08 |
| Messengers/ Courier | 06/26/07 | Dist Serv/Mail/Page, D | 35.11 |
| | | **TOTAL MESSENGERS/ COURIER** | **$636.00** |
| Out-of-Town Meals | 06/01/07 | Wharton JN | 32.01 |
| Out-of-Town Meals | 06/01/07 | Wharton JN | 72.70 |
| Out-of-Town Meals | 06/05/07 | Diaz LB | 51.75 |
| Out-of-Town Meals | 06/06/07 | Wharton JN | 9.71 |
| Out-of-Town Meals | 06/06/07 | Wharton JN | 89.98 |
| Out-of-Town Meals | 06/06/07 | Diaz LB | 5.30 |
| Out-of-Town Meals | 06/06/07 | Diaz LB | 9.18 |
| Out-of-Town Meals | 06/06/07 | Diaz LB | 4.47 |
| Out-of-Town Meals | 06/06/07 | Hogan III AL | 65.03 |
| Out-of-Town Meals | 06/07/07 | Hogan III AL | 31.26 |
| Out-of-Town Meals | 06/07/07 | Hogan III AL | 61.34 |
| Out-of-Town Meals | 06/07/07 | Wharton JN | 55.90 |
| Out-of-Town Meals | 06/07/07 | Connors CP | 89.98 |
| Out-of-Town Meals | 06/07/07 | Connors CP | 9.07 |
| Out-of-Town Meals | 06/08/07 | Hogan III AL | 26.47 |
| Out-of-Town Meals | 06/08/07 | Hogan III AL | 61.82 |
| Out-of-Town Meals | 06/08/07 | Connors CP | 20.54 |
| Out-of-Town Meals | 06/08/07 | Connors CP | 27.05 |
| Out-of-Town Meals | 06/10/07 | Connors CP | 134.97 |
| Out-of-Town Meals | 06/11/07 | Van Gelder A | 4.61 |
| Out-of-Town Meals | 06/11/07 | Howe EJ | 12.03 |
| Out-of-Town Meals | 06/11/07 | Howe EJ | 5.34 |
| Out-of-Town Meals | 06/11/07 | Howe EJ | 7.18 |
| Out-of-Town Meals | 06/11/07 | Howe EJ | 9.22 |
| Out-of-Town Meals | 06/11/07 | Connors CP | 12.61 |
| Out-of-Town Meals | 06/11/07 | Connors CP | 19.87 |
| Out-of-Town Meals | 06/11/07 | Connors CP | 6.26 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 06/11/07 | Connors CP | 4.30 |
| Out-of-Town Meals | 06/11/07 | Connors CP | 8.37 |
| Out-of-Town Meals | 06/11/07 | Connors CP | 63.79 |
| Out-of-Town Meals | 06/11/07 | Connors CP | 1.69 |
| Out-of-Town Meals | 06/11/07 | Wharton JN | 4.19 |
| Out-of-Town Meals | 06/11/07 | Wharton JN | 89.98 |
| Out-of-Town Meals | 06/11/07 | Wharton JN | 2.60 |
| Out-of-Town Meals | 06/11/07 | Perl MW | 6.10 |
| Out-of-Town Meals | 06/11/07 | Perl MW | 33.38 |
| Out-of-Town Meals | 06/11/07 | Perl MW | 1.49 |
| Out-of-Town Meals | 06/11/07 | Perl MW | 3.30 |
| Out-of-Town Meals | 06/11/07 | Connors CP | 20.00 |
| Out-of-Town Meals | 06/12/07 | Wharton JN | 5.08 |
| Out-of-Town Meals | 06/12/07 | Wharton JN | 30.29 |
| Out-of-Town Meals | 06/12/07 | Perl MW | 30.47 |
| Out-of-Town Meals | 06/12/07 | Howe EJ | 4.88 |
| Out-of-Town Meals | 06/12/07 | Connors CP | 89.98 |
| Out-of-Town Meals | 06/12/07 | Connors CP | 9.00 |
| Out-of-Town Meals | 06/12/07 | Connors CP | 12.72 |
| Out-of-Town Meals | 06/12/07 | Connors CP | 4.13 |
| Out-of-Town Meals | 06/12/07 | Connors CP | 1.59 |
| Out-of-Town Meals | 06/13/07 | Diaz LB | 77.59 |
| Out-of-Town Meals | 06/13/07 | Wharton JN | 10.38 |
| Out-of-Town Meals | 06/13/07 | Wharton JN | 20.00 |
| Out-of-Town Meals | 06/13/07 | Wharton JN | 5.29 |
| Out-of-Town Meals | 06/13/07 | Perl MW | 20.41 |
| Out-of-Town Meals | 06/13/07 | Connors CP | 3.78 |
| Out-of-Town Meals | 06/14/07 | Perl MW | 57.49 |
| Out-of-Town Meals | 06/15/07 | Van Gelder A | 130.41 |
| Out-of-Town Meals | 06/20/07 | Wharton JN | 8.49 |
| Out-of-Town Meals | 06/21/07 | Wharton JN | 20.29 |
| Out-of-Town Meals | 06/21/07 | Wharton JN | 5.00 |
| Out-of-Town Meals | 06/26/07 | Wharton JN | 47.09 |
| Out-of-Town Meals | 06/26/07 | Wharton JN | 6.80 |

**TOTAL OUT-OF-TOWN MEALS**          **$1,776.00**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Court Reporting | 06/12/07 | Eastwood-Stein | 789.54 |
| Court Reporting | 06/14/07 | Eastwood-Stein | 626.54 |
| Court Reporting | 06/18/07 | Tri-City Court | 1,832.70 |
| Court Reporting | 06/19/07 | Tri-City Court | 327.22 |
| | | **TOTAL COURT REPORTING** | **$3,576.00** |
| Telco-Non Astra | 06/12/07 | Telecommunications, D | 8.00 |
| | | **TOTAL TELCO-NON ASTRA** | **$8.00** |
| Printing to paper from TIF | 06/05/07 | Copy Center, D | 28.61 |
| Printing to paper from TIF | 06/08/07 | Copy Center, D | 16.46 |
| Printing to paper from TIF | 06/12/07 | Copy Center, D | 6.47 |
| Printing to paper from TIF | 06/13/07 | Copy Center, D | 8.55 |
| Printing to paper from TIF | 06/25/07 | Copy Center, D | 27.73 |
| Printing to paper from TIF | 06/26/07 | Copy Center, D | 9.59 |
| Printing to paper from TIF | 06/26/07 | Copy Center, D | 9.59 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$107.00** |
| Internal Catering-NY | 06/01/07 | Butler, Jr. J | 250.30 |
| Internal Catering-NY | 06/12/07 | Butler, Jr. J | 400.02 |
| Internal Catering-NY | 06/12/07 | Butler, Jr. J | 200.01 |
| Internal Catering-NY | 06/12/07 | Butler, Jr. J | 240.01 |
| Internal Catering-NY | 06/13/07 | Butler, Jr. J | 600.04 |
| Internal Catering-NY | 06/13/07 | Butler, Jr. J | 240.01 |
| Internal Catering-NY | 06/14/07 | Butler, Jr. J | 300.03 |
| Internal Catering-NY | 06/14/07 | Butler, Jr. J | 240.01 |
| Internal Catering-NY | 06/15/07 | Butler, Jr. J | 250.57 |
| | | **TOTAL INTERNAL CATERING-NY** | **$2,721.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CLR/Disclosure | 06/18/07 | Database,Car,Courier,Air Dept | 61.85 |
| CLR/Disclosure | 06/30/07 | Office Admin, D | 55.15 |
| | | **TOTAL CLR/DISCLOSURE** | **$117.00** |
| | | **TOTAL MATTER** | **$60,255.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Claims Admin. (General)**

**Bill Date: 08/31/07**
**Bill Number: 1178615**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/10/07 | 0.60 | REVIEW CLAIMS ADMINISTRATION UPDATE (0.2); FOLLOW-UP ON CHR CLAIMS MATTERS INCLUDING EMAILS FROM/TO J. SHEEHAN AND D. UNRUE (0.2); REVIEW MATERIALS FROM D. UNRUE RE: DISPUTED CLAIMS RESERVE MATTERS (0.2). |
| BUTLER, JR. J | 07/15/07 | 0.30 | CONTINUE TO PREPARE FOR JULY 19TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT INCLUDING SCHEDULED CLAIMS OBJECTIONS (0.3). |
| BUTLER, JR. J | 07/16/07 | 1.20 | PREPARE FOR (0.2) AND ATTEND (0.7) SENIOR CLAIMS STRATEGY WORKING GROUP MEETING AT COMPANY IN TROY; CONTINUE TO PREPARE FOR JULY 19TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT INCLUDING SCHEDULED CLAIMS OBJECTIONS (0.3). |
| BUTLER, JR. J | 07/19/07 | 0.40 | PREPARE FOR (0.2) AND ATTEND (0.2) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: 16TH AND 17TH OMNIBUS CLAIMS OBJECTIONS. |
| | | 2.50 | |
| HOGAN III AL | 07/09/07 | 0.60 | REVIEW AND EDIT CLAIMS ESTIMATION ANALYSIS (0.6). |
| HOGAN III AL | 07/10/07 | 0.70 | CONFERENECE WITH CLAIMS WORKING GROUP RE: ESTIMATE STRATEGY (0.7). |
| HOGAN III AL | 07/11/07 | 1.20 | PARTICIPATE IN CLAIMS TEAM MEETING, AND FOLLOW UP WITH WORKING GROUP RE: POTENTIAL NEW CONTESTED CLAIM MATTERS (1.2). |
| HOGAN III AL | 07/12/07 | 1.50 | PARTICIPATE IN CLAIMS STATUS MEETING WITH SENIOR WORKING GROUP (1.2); REVIEW STATUS OF UPCOMING BRIEFING ON CONTESTED CLAIMS (RENO AND HE SERVICES) (0.3). |
| HOGAN III AL | 07/14/07 | 2.10 | REVIEW AND EDIT MEMORANDUM RE: CLAIMS ESTIMATION STRATEGY (2.1). |
| HOGAN III AL | 07/15/07 | 0.80 | CONFERENCE WITH CLAIMS WORKING GROUP RE: ESTIMATION STRATEGY AND OPEN LEGAL AND FACTUAL RESEARCH RE: SAME (0.8). |
| HOGAN III AL | 07/16/07 | 2.90 | PREPARE FOR AND PARTICIPATE IN CLAIMS STRATEGY MEETING (1.1); REVIEW LEGAL ANALYSIS OF CHERRY GMB CLAIM (0.3); REVIEW AND DISCUSS OPPEN ITEMS ON NUTECH CLAIM (0.2); REVIEW PLEADINGS AND PREPARE FOR POTENTIAL EVIDENTIARY MATTER IN BOSCH CLAIM (1.1); CHECK STATUS OF RENO DAMAGES BRIEF (0.2). |

56

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOGAN III AL      07/17/07      0.60   REVIEW DRAFT PLEADING WITH RESPECT TO
                                       CLARION CLAIM (0.1); CONFERENCE WITH
                                       CLAIMS WORKING GROUP TO UNDERSTAND
                                       STATUS OF BOSCH CLAIM AND CHERRY CLAIM
                                       NEGOTIATIONS (0.5).

HOGAN III AL      07/18/07      1.50   PARTICIPATE IN WEEKLY CLAIMS TEAM
                                       STRATEGY CONFERENCE (1.0); REVIEW RENO
                                       DAMAGES BRIEF AND EDIT SAME (0.5).

HOGAN III AL      07/26/07      1.20   PARTICIPATE IN CONFERENCE WITH COMPANY
                                       BUSINESS PERSONNEL AND CO-COUNSEL TO
                                       DEVELOP FACTUAL AND LEGAL DEFENSES IN NU
                                       TECH CLAIMM (1.2).

                               13.10

LYONS JK          07/01/07      1.40   REVIEW OF SETTLEMENT AGREEMENTS AND
                                       APPROVAL AND REVIEWED OTHER CLAIMS
                                       MATTERS (1.4).

LYONS JK          07/02/07      3.10   REVIEW OF VARIOUS CLAIMS ISSUES
                                       INCLUDING STIPULATIONS, CALSONIC, PLAN
                                       ISSUES AND DEVELOPED STRATEGIES (3.1).

LYONS JK          07/03/07      1.10   RESPOND TO VARIOUS CLAIMS ISSUES
                                       INCLUDING TAX CLAIMS AND BOSCH (1.1).

LYONS JK          07/05/07      3.10   REVIEW OF VARIOUS CLAIMS MATTERS
                                       INCLUDING CLARION SETTLEMENT AND OTHER
                                       MATTERS AND RESPONDED TO THE SAME (3.1).

LYONS JK          07/06/07      3.40   REVIEW OF VARIOUS CLAIMS/PLAN ISSUES<
                                       MDL ANALYSIS, AND STRATEGIES RE: THE
                                       SAME (3.4).

LYONS JK          07/09/07      5.80   REVIEW OF VARIOUS CLAIMS ISSUES
                                       INCLUDING DETAILED REVIEW AND COMMENTS
                                       TO MDL MEMORANDUM (2.6) AND DISCUSSED
                                       STRATEGIES RE: THE SAME AND OTHER
                                       OMNIBUS CLAIMS ISSUES/PLAN ISSUES
                                       (3.2).

LYONS JK          07/10/07      8.60   PARTICIPATION IN EMERGENCE GROUP
                                       MEETING AND CLAIMS DELIVERABLES AND
                                       COORDINATION WITH CLAIMS TEAM (5.5) AND
                                       DETAILED ANALYSIS AND STRATEGIES RE:
                                       MDL CLAIMS (3.1).

LYONS JK          07/11/07      4.20   PREPARATION FOR AND PARTICIPATION IN
                                       WEEKLY CLAIMS MEETING AND FOLLOW UP ON
                                       OTHER MATTERS (4.2).

LYONS JK          07/12/07      4.30   PREPARATION FOR AND PARTICIPATION IN
                                       CLAIMS/PLAN MEETING AND FOLLOW UP
                                       (4.3).

LYONS JK          07/13/07      5.80   REVIEW OF BOSCH REQUEST FOR EXTENSION,
                                       CONFERENCES WITH CLIENT (0.6); REVIEW
                                       TOP 40 MATTERS INCLUDING BANK OF AMERICA
                                       AND AMERICAN CASUALTY AND FOLLOW UP RE:
                                       THE SAME (5.2).

LYONS JK          07/15/07      1.40   DEVELOP STRATEGIES RE: MDL AND REVIEW OF
                                       REVISED MEMORANDUM (1.4).

B43E

| LYONS JK | 07/16/07 | 4.20 | PREPARATION FOR AND PARTICIPATION IN CLAIMS MEETING (2.0); DEVELOPED PATENT CLAIMS STRATEGIES (1.0) AND TOWER AND OTHER CLAIMS STRATEGIES (1.2). |
|---|---|---|---|
| LYONS JK | 07/17/07 | 5.60 | REVIEW OF BOSCH PAPERS, DISCUSSED ADJOURNMENT ISSUES AND OTHER CLAIMS MATTERS INCLUDING AMERICAN CASUALTY AND BANK OF AMERICA AND REVIEW AND VARIOUS PLEADINGS AND UPDATES (5.6). |
| LYONS JK | 07/18/07 | 5.20 | CLAIMS AND PLAN "DEEP DIVE" MEETING, DEVELOPED STRATEGIES RE: THE SAME, AND OTHER CLAIMS FOLLOW UP MATTERS (5.2). |
| LYONS JK | 07/19/07 | 3.60 | REVIEW OF VARIOUS CLAIMS MATTERS INCLUDING CANCELLATION CLAIMS ISSUES AND PREPARATION FOR CLAIMS HEARING INCLUDING REVIEW OF BOSCH STIPULATION AND OTHER MATTERS (3.6). |
| LYONS JK | 07/20/07 | 3.70 | PREPARATION FOR AND PARTICIPATION IN CLAIMS HEARING AND FOLLOW UP ON VARIOUS ISSUES (3.7). |
| LYONS JK | 07/22/07 | 1.80 | FOLLOW UP ON VARIOUS CLAIMS MATTERS INCLUDING BANK OF AMERICA, LINAMAR, AMERICAN CASUALTY AND OTHER MATTERS (1.8). |
| LYONS JK | 07/23/07 | 2.10 | FOLLOW UP ON VARIOUS CLAIMS MATTERS INCLUDING BANK OF AMERICA, AMERICAN CASUALTY, AND OTHER CLAIMS (2.1). |
| LYONS JK | 07/24/07 | 2.30 | VARIOUS CLAIMS ISSUES INCLUDING STIPULATIONS, TAX ISSUES, AND OTHER MATTERS AND CONFERENCES RE: THE SAME (2.3). |
| LYONS JK | 07/25/07 | 2.80 | PREPARATION FOR AND PARTICIPATION IN CLAIMS CALL AND FOLLOW UP ON VARIOUS MATTERS (2.8). |
| LYONS JK | 07/26/07 | 1.10 | FOLLOW UP ON VARIOUS CLAIMS MATTERS (1.1). |
| LYONS JK | 07/27/07 | 1.30 | FOLLOW UP ON CLAIMS MATTERS INCLUDING STIPULATIONS AND OTHER ISSUES (1.3). |
| LYONS JK | 07/29/07 | 1.30 | REVIEW AND RESPONSES TO VARIOUS CLAIMS ISSUES INCLUDING STATE OF OHIO AND OTHER MATTERS (1.3). |
| LYONS JK | 07/30/07 | 2.10 | REVIEW AND ADVICE RE: VARIOUS CLAIMS MATTERS, STIPULATIONS AND OTHER OMNIBUS MATTERS (2.1). |
| LYONS JK | 07/31/07 | 1.80 | PREPARATION FOR AND PARTICIPATION IN WEEKLY CLAIMS MEETING AND FOLLOW UP ON VARIOUS MATTERS (1.8). |
| | | 81.10 | |
| MARAFIOTI KA | 07/02/07 | 0.10 | CORRESPONDENCE RE: CLAIMANT (0.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 07/11/07 | 0.20 | MESSAGE FROM CLAIMANT AND CORRESPONDENCE RE: 17TH OMNIBUS CLAIMS OBJECTION (0.2). |
| MARAFIOTI KA | 07/12/07 | 5.30 | REVIEW CLAIMS SUMMARIES FROM COMPANY (0.2); TELECONFERENCE WITH COMPANY RE: CLAIMS ANALYSIS (3.8); WORK ON 19TH OMNIBUS CLAIMS OBJECTION (1.3). |
| MARAFIOTI KA | 07/13/07 | 4.10 | CLAIMS ANALYSIS (0.1); REVIEW AND REVISE 19TH OMNIBUS CLAIMS OBJECTION NOTICE (0.2), ORDER (0.2), AND EXHIBITS A-E (0.8); TELECONFERENCE WITH FTI RE: CLAIMS (0.3); REVIEW OBJECTION TO BOSCH MOTION TO AMEND PROOF OF CLAIM (1.5) AND SUPPORTING COSNOWSKI DECLARATION (0.4); REVIEW AND REVISE 18TH OMNIBUS CLAIMS OBJECTION (0.3), NOTICE (0.1), ORDER (0.1), AND EXHIBITS (0.1). |
| MARAFIOTI KA | 07/16/07 | 0.10 | CORRESPONDENCE FROM CLAIMANT (0.1). |
| MARAFIOTI KA | 07/17/07 | 1.20 | REVIEW AND REVISE 16TH OMNIBUS CLAIMS OBJECTION REPLY AND EXHIBIT (0.3) AND ORDER (0.2); REVIE AND REVISE 17TH OMNIBUS CLAIMS OBJECTION REPLY AND EXHIBITS (0.7). |
| MARAFIOTI KA | 07/18/07 | 0.50 | REVIEW 17TH OMNIBUS ORDER (0.5). |
| MARAFIOTI KA | 07/24/07 | 0.10 | TELECONFERENCE WITH CLAIMANT (0.1). |
| | | **11.60** | |
| MEISLER RE | 07/09/07 | 0.70 | TELECONFERENCE WITH D. UNRUE RE: CHR AND OTHER CLAIMS ISSUES (0.5); DRAFT NOTES RE: SAME (0.2). |
| MEISLER RE | 07/11/07 | 0.20 | TELECONFERENCE WITH COUNSEL TO E. ORLIK RE: WITHDRAWAL OF ORLIK'S MOTION TO LIFT STAY (0.1) FOLLOW UP RE: SAME (0.1). |
| MEISLER RE | 07/16/07 | 0.40 | TELECONFERENCE WITH STOCK HOLDER (MRS. HARROW) RE: QUESTIONS (0.2); TELECONFERENCE WITH R. SLIVINSKI RE: SAME (0.1); REVIEW STATUS OF CLAIMS (0.1). |
| MEISLER RE | 07/23/07 | 1.00 | REVIEW ANALYSIS OF ERISA CLAIMS (1.0). |
| MEISLER RE | 07/24/07 | 0.30 | TELECONFERENCE WITH K. CRAFT RE: PBR CLAIMS (0.2); REVIEW STATUS OF CLAIMS RE: SAME (0.1). |
| MEISLER RE | 07/25/07 | 0.20 | TELECONFERENCE WITH COUNSEL TO SUPPLIER RE: UNTIMELY CLAIM (0.1); REVIEW CORRESPONDENCE FROM PIONEER RE: REQUEST FOR PAYMENT ON CLAIM (0.1). |
| MEISLER RE | 07/26/07 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE FROM M. EIDELMAN COUNSEL TO BEST FOAM RE: CLAIM OBJECTION (0.2). |
| | | **3.00** | |

B43E

| PANAGAKIS GN | 07/12/07 | 4.30 | PARTICIPATE AT CLAIMS ASSUMPTION MEETING (0.5); AND AT CLAIMS RECONCILIATION STRATEGY SESSION (3.8). |
|---|---|---|---|

| PANAGAKIS GN | 07/18/07 | 1.70 | REVIEW RESEARCH RE: CLAIM DISALLOWANCE (1.2); ATTENTION TO CLAIMS STATUS REPORT (0.5). |

| PANAGAKIS GN | 07/24/07 | 0.50 | REVIEW CLAIMS ASSUMPTIONS RE: BUSINESS PLAN (0.5). |

| PANAGAKIS GN | 07/25/07 | 0.70 | REVIEW AND COMMENT ON CLAIMS ASSUMPTIONS RE: BUSINESS PLAN MODEL (0.7). |

                                    7.20

**Total Partner**                  **118.50**

| MATZ TJ | 07/02/07 | 0.40 | TELECONFERENCE WITH CHAMBERS RE: WHITNEY CLAIM (0.2) FOLLOW UP RE: DELPHI/METALFORMING (0.2). |

| MATZ TJ | 07/09/07 | 0.40 | REVIEW CORRESPONDENCE WITH T. WEINER RE: CLAIMS STIPULATION PRESENTATIONS (0.2); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2). |

| MATZ TJ | 07/11/07 | 0.80 | REVIEW BOSCH MOTION (0.1); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2); REVIEW HB PERFORMANCE JOINT STIPULATION (0.2); FORWARD SAME TO CHAMBERS (0.1); TELECONFERENCE WITH CHAMBERS RE: HB PERFORMANCE, WILSON STIPULATIONS (0.2). |

| MATZ TJ | 07/12/07 | 2.30 | REVIEW AND COMMENT ON 19TH OMNIBUS CLAIMS OBJECTION ORDER (1.0); REVIEWING AND COMMENTING ON BOSCH OBJECTION (1.3). |

| MATZ TJ | 07/13/07 | 2.60 | TELECONFERENCE WITH CHAMBERS RE: SKF STIPULATION (0.1); REVIEW AND COMMENT ON REVISED OBJECTION TO BOSCH MOTION TO AMEND (0.9); FURTHER REVIEW OF DRAFT BOSCH OBJECTION (0.9); REVIEW AND COORDINATE SERVICE MATTERS (0.4); CORRESPONDENCE WITH N. BERGER RE: GM, DENSO EXTENSIONS (0.1); TELECONFERENCE WITH CHAMBERS RE: SAME (0.1) DRAFT FOLLOW UP CORRESPONDENCE N. BERGER RE: SAME (0.1). |

| MATZ TJ | 07/16/07 | 0.70 | REVIEW AND REVISE 7/20 CLAIMS HEARING DRAFT AGENDA (0.3); TELECONFERENCE WITH A. MENDEZ RE: CLAIM OBJECTION (0.2); CORRESPONDENCE WITH G. SELINGER RE: CLAIM RESPONSE (0.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 07/18/07 | 1.60 | REVIEW 16TH AND 17TH OMNIBUS REPLIES, EXHIBITS (0.7); TELECONFERENCE FROM HAIM CAPITAL RE: CLAIMS RESPONSE (0.2); CORRESPONDENCE WITH G. TOERING RE: BOSCH MOTION (0.2); TELECONFERENCE WITH CHAMBERS RE: ADJOURNMENT SAME (0.2); REVIEW AND REVISE 9/20 CLAIMS AGENDA (0.2); FURTHER REVIEW OF 7/20 HEARING AGENDA (0.1). |
| MATZ TJ | 07/19/07 | 0.40 | REVIEW AND COMMENT ON 7/20 CLAIMS HEARING AGENDA FOR FILING (0.3); TELECONFERENCE WITH CHAMBERS RE: SAME (0.1). |
| MATZ TJ | 07/20/07 | 1.70 | REVIEW CLAIMS SUMMARY FOR HEARING (0.2); DISCUSSION WITH J. GORMAN RE: SAME (0.2); DISCUSSION WITH CHAMBERS RE: SAME, ADDITIONAL SEPTEMBER HEARING DATES (0.3); ATTENDING TENTH CLAIMS HEARING (0.6); DISCUSSION WITH CHAMBERS RE: JOINT STIPULATIONS (0.2); TELECONFERENCE WITH CHAMBERS RE: SCHEDULING RE: H.E. SERVICES, WHITNEY, NUTECH CLAIMS HEARING (0.2). |
| MATZ TJ | 07/23/07 | 0.40 | UPDATE OUTSTANDING STIPULATIONS, CLAIMS, ORDERS (0.2); TELECONFERENCE WITH CHAMBERS RE: PANASONIC, FURUKAWA ORDERS (0.2). |
| MATZ TJ | 07/24/07 | 0.50 | TELECONFERENCE WITH CHAMBERS RE: STATUS OF VARIOUS CLAIMS, HEARING DATES (0.3); CORRESPONDENCE FROM N. BERGER RE: WACHOVIA ORDER (0.2). |
| MATZ TJ | 07/25/07 | 0.70 | REVIEW CLASS ORDERS (0.3); FORWARD SAME TO CHAMBERS (0.1); UPDATE STATUS OF CLAIMS STIPULATIONS FOR 7/20 HEARING WITH CHAMBERS (0.2); FORWARD PANASONIC STIPULATION TO CHAMBERS (0.1). |
| MATZ TJ | 07/26/07 | 1.20 | CORRESPONDENCE WITH N. BERGER RE: WACHOVIA CORRECTED ORDER (0.2); TELECONFERENCE WITH CHAMBERS RE: CLAIMS HEARING SCHEDULING (0.3); CORRESPONDENCE WITH CLAIMS TEAM RE: CLAIMS HEARING DATES (0.2); REVIEW FINAL PANASONIC STIPULATION AND 16TH AND 17TH OMNIBUS CLAIMS OBJECTION ORDERS (0.4); TELECONFERENCE WITH CHAMBERS RE: PANASONIC STIPULATION (0.1). |
| MATZ TJ | 07/27/07 | 0.50 | CORRESPONDENCE WITH N. BERGER RE: WACHOVIA ORDER (0.1); CONFIRM SAME (0.1); TELECONFERENCE WITH CHAMBERS RE: 16TH AND 17TH OMNIBUS CLAIMS ORDERS, EXHIBITS (0.3). |
| | | **14.20** | |
| RAMLO K | 07/23/07 | 1.30 | GATHER MATERIALS ON DISALLOWANCE OF CLASS CLAIM AND ANALYSIS RE: RECONSIDERATION (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|               |          | 1.30  |                                                                                                                                                                                                                                                                                                                                                                                                                            |
|---------------|----------|-------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Total Counsel |          | 15.50 |                                                                                                                                                                                                                                                                                                                                                                                                                            |
| BOLTON IS     | 07/17/07 | 0.80  | REVIEW CLARION STATUS REPORT RE: FILING IN ED OF MICH. (0.3); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.5).                                                                                                                                                                                                                                                                                                              |
| BOLTON IS     | 07/18/07 | 1.00  | CONTINUE TO REVIEW CLARION MOTION RE: STATUS REPORT (0.4); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.6).                                                                                                                                                                                                                                                                                                                 |
|               |          | 1.80  |                                                                                                                                                                                                                                                                                                                                                                                                                            |
| CAMPANARIO ND | 07/03/07 | 0.70  | TELECONFERENCE WITH FTI RE: PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (0.7).                                                                                                                                                                                                                                                                                                                                      |
| CAMPANARIO ND | 07/05/07 | 9.40  | LEGAL RESEARCH RE: CLAIMS ESTIMATION AND SUBORDINATION (9.4).                                                                                                                                                                                                                                                                                                                                                               |
| CAMPANARIO ND | 07/10/07 | 3.70  | LEGAL RESEARCH RE: PROMISSORY ESTOPPEL (0.5), REVIEW MASTER SEPARATION AGREEMENT AND ANALYZE ASSUMPTION OF LIABILITIES (3.2).                                                                                                                                                                                                                                                                                                |
| CAMPANARIO ND | 07/11/07 | 3.20  | REVIEW MEMORANDUM RE: REQUIREMENTS CONTRACTS (0.5); LEGAL RESEARCH RE: REIMBURSEMENT AND CONTRIBUTION CLAIMS (0.8); REVISE MEMORANDUM ON CLAIMS ESTIMATION (1.9).                                                                                                                                                                                                                                                             |
| CAMPANARIO ND | 07/12/07 | 6.70  | COMPILE SIGNIFICANT DOCUMENTS RE: PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (6.1); REVISE MEMORANDUM ON CLAIMS ESTIMATION (0.6).                                                                                                                                                                                                                                                                                  |
| CAMPANARIO ND | 07/13/07 | 4.70  | DRAFT PAPERS RE: EQUITY PURCHASE AND COMMITMENT AGREEMENT (4.7).                                                                                                                                                                                                                                                                                                                                                            |
| CAMPANARIO ND | 07/24/07 | 0.80  | PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH OPPOSING COUNSEL AND MEDIATOR RE: CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (0.8).                                                                                                                                                                                                                                                                                      |
| CAMPANARIO ND | 07/26/07 | 1.00  | TELECONFERENCES WITH DELPHI AND T. LIPPERT RE: CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (1.0).                                                                                                                                                                                                                                                                                                                            |
| CAMPANARIO ND | 07/27/07 | 0.60  | DRAFT CORRESPONDENCE WITH OPPOSING COUNSEL RE: CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (0.6).                                                                                                                                                                                                                                                                                                                            |
|               |          | 30.80 |                                                                                                                                                                                                                                                                                                                                                                                                                            |
| CONNORS CP    | 07/02/07 | 8.60  | WORK ON RESPONSE BRIEF FOR POTENTIAL CALL WITH JUDGE RE: WHITNEY CLAIM (2.4); RESEARCH LEGAL ISSUES RE: HE SERVICES (1.1); TELECONFERENCE WITH OPPOSING COUNSEL AND STRATEGY RE: WHITNEY CLAIM (1.2); TELECONFERENCE WITH P. PITZENBARGER OF DELPHI RE: WHITNEY CLAIM (0.3); WORK ON HE SERVICES AMENDED SUPPLEMENTAL REPLY (3.6).                                                                                              |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CONNORS CP | 07/03/07 | 4.10 | WORK ON AMENDED SUPPLMENTAL REPLY RE: HE SERVICE CLAIM (1.5); WORK ON DISCOVERY ISSUES RE: WHITNEY (1.4); WORK ON ISSUES RE: MSX CLAIM AND POTENTIAL SUFFICIENCY HEARING (1.2). |
| CONNORS CP | 07/05/07 | 6.60 | WORK ON RESEARCH RE: AND DRAFTING OF AMENDED SUPPLEMENTAL REPLY RE: HE SERVICES CLAIM (6.1); REVISE STIPULATION OF DISMISSAL AND SETTLEMENT PAPERS RE: HB PERFORMANCE CLAIM (0.5). |
| CONNORS CP | 07/06/07 | 8.20 | WORK ON RESEARCH RE: AMENDED SUPPLEMENTAL REPLY RE: HE SERVICES CLAIM (3.8); REVIEW AND ANALYZE MATERIALS IN CONNECTION WITH REVISING AMENDED SUPPLEMENTAL REPLY RE: HE SERVICES (4.4). |
| CONNORS CP | 07/09/07 | 3.70 | WORK ON AMENDED SUPPLEMENTAL REPLY RE: HE SERVICE CLAIM (2.4); WORK ON DISCOVERY AND DOCUMENT COLLECTION ISSUES RE: WHITNEY CLAIM (1.3). |
| CONNORS CP | 07/10/07 | 2.60 | WORK ON DISCOVERY ISSUES RE: WHITNEY CLAIM (0.6); CONDUCT RESEARCH ON LEGAL ISSUES IN CONNECTION WITH AMENDED SUPPLEMENTAL REPLY RE: WHITNEY CLAIM (1.5); CONDUCT RESEARCH IN CONNECTION WITH DAMAGES BRIEF RE: RENO CLAIM (0.5). |
| CONNORS CP | 07/11/07 | 7.40 | PREPARE FOR AND PARTICIPATE IN WEEKEND CLAIMS CALL (1.0); REVIEW AND ANALYZE MATERIALS AND PAPER RE: WHITNEY CLAIM (2.1); WORK ON DISCOVERY ISSUES RE: WHITNEY CLAIM (1.4); WORK ON AMENDED SUPPLEMENTAL REPLY RE: HE SERVICES CLAIM (2.9). |
| CONNORS CP | 07/12/07 | 3.50 | CONDUCT RESEARCH IN CONNECTION WITH DAMAGES RESPONSE BRIEF RE: RENO CLAIM (1.9); REVISE DAMAGES RESPONSE BRIEF RE: RENO CLAIM (1.6). |
| CONNORS CP | 07/13/07 | 5.90 | RESEARCH LEGAL ISSUES RE: DAMAGES BRIEF RE: RENO CLAIM (2.4); REVISE RESPONSE BRIEF IN CONNECTION WITH RENO CLAIM (3.5). |
| CONNORS CP | 07/16/07 | 0.90 | REVIEW AND ANALYZE MATERIALS RE: WHITNEY CLAIM AND TELECONFERENCE WITH CLIENT ABOUT SAME (0.9). |
| CONNORS CP | 07/17/07 | 9.90 | WORK ON BRIEF RE: RENO CLAIM (4.6); CONDUCT RESEARCH RE: RENO CLAIM (3.4); PREPARE FOR AND INTERVIEW WITNESSES RE: WHITNEY CLAIM (1.7); ATTEND TO FILING RE: RENO CLAIM (0.2). |
| CONNORS CP | 07/18/07 | 5.30 | REVIEW AND ANALYZE MATERIALS RE: WHITNEY CLAIM (1.6); WORK ON RESEARCH RE: RENO CLAIM (0.6); WORK ON BRIEF RE: RENO CLAIM (3.1). |

B43E

| CONNORS CP | 07/19/07 | 7.50 | REVIEW AND ANALYZE MATERIALS RE: HES CLAIM (2.1); WORK ON OUSTANDING ISSUES RE: RENO CLAIM (1.2); REVIEW AND ANALYZE MATERIALS INCLUDING SUPPLEMENTAL RESPONSE RE: WHITNEY CLAIM (3.7); FORMULATE STRATEGY RE: MSX CLAIM (0.5). |
|---|---|---|---|
| CONNORS CP | 07/20/07 | 8.30 | WORK ON HEARING PLANNING (0.9); FINALIZE RENO BRIEF (1.5); WORK ON STRATEGY AND REVISE ESTATE CAUSES OF ACTION PRESENTATION (4.4); WORK ON AND OTHER OUTSTANDING DISCOVERY ISSUES RE: WHITNEY (1.5). |
| CONNORS CP | 07/23/07 | 2.80 | PREPARE FOR AND INTERVIEW WITNESSES RE: WHITNEY (0.9); REVIEW AND REVISE WRITTING DOCUMENT REQUEST OF DEBTORS RE: WHITNEY CLAIM (1.9). |
| CONNORS CP | 07/24/07 | 5.10 | WORK ON DISCOVERY AND HEARING PLANNING ISSUES RE: WHITNEY CLAIM (0.6); WORK ON AMENDED SUPPLEMENTAL REPLY BRIEF RE: HE SERVICES CLAIM (0.2); PARTICIPATE IN TELECONFERENCE WITH TEAM RE: STATEMENT OF DISPUTED ISSUES FOR MSX CLAIM (0.8); WORK ON STATEMENT OF DISPUTED ISSUES RE: MSX CLAIM (1.2); REVIEW MATERIAL IN CONNECTION WITH FINALIZING WRITTEN DISCOVERY RE: WHITNEY CLAIM (2.3). |
| CONNORS CP | 07/25/07 | 1.40 | WORK ON ISSUES RE: MSX CLAIM (1.4). |
| CONNORS CP | 07/26/07 | 2.40 | WORK ON STATEMENT OF DISPUTED ISSUES RE: MSX CLAIM (2.4). |
| CONNORS CP | 07/27/07 | 2.30 | WORK ON DISCOVERY ISSUES AND FACT COLLECTION RE: WHITNEY CLAIM (2.3). |
| CONNORS CP | 07/30/07 | 2.70 | WORK ON AMENDED SUPPLEMENTAL REPLY RE: HE SERVICES (1.4); WORK ON ISSUES RE: MSC CLAIM (1.3). |
| CONNORS CP | 07/31/07 | 4.20 | WORK ON AMENDED SUPPLEMENTAL REPLY RE: HE SERVICES (2.3); WORK ON ISSUES RE: WHITNEY CLAIM (1.9). |

**103.40**

| DIAZ LB | 07/01/07 | 0.90 | TELECONFERENCE WITH D. UNRUE (0.9). |
|---|---|---|---|
| DIAZ LB | 07/02/07 | 6.80 | RESPOND TO INQUIRES BY CLAIMANTS AND ANALYZE INFORMATION PROVIDED BY DELPHI CLAIMS TEAM (3.2); REVIEW AND EDIT STIPULATIONS AND SETTLEMENT AGREEMENTS (1.2); ANALYZE "ORDINARY COURSE" RESEARCH (0.90; ANALYZE PERSONAL INJURY CLAIMS AND SETTLEMENT POTENTIAL (1.5). |
| DIAZ LB | 07/05/07 | 8.80 | EDIT HEARING PLANNER AND ADJOURNED CLAIMS TRACKER WITH STATUS UPDATES (2.1); REVIEW AND EDIT SETTLEMENT AGREEMENTS (0.9); RESPOND TO CLAIMANT INQUIRES (1.3); ANALYZE CASE LAW RE: BOSCH MOTION TO AMEND (4.5). |
| DIAZ LB | 07/06/07 | 0.60 | WEEKLY CLAIMS CALL (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DIAZ LB | 07/10/07 | 3.50 | TELECONFERENCES WITH D. UNRUE (1.7); REVIEW AND EDIT OMNIS 18 AND 19 (1.8). |
| DIAZ LB | 07/11/07 | 12.60 | TELECONFERENCES WITH D. UNRUE (1.1); ANALYZE RESPONSES AND REVIEW SUMMARIES FOR OMNI 16 AND 17 (0.8); REVIEW AND EDIT OMNIS 18 AND 19 (1.2); REVIEW RESULTS OF DUE DILIGENCE WITH D. UNRUE AND MANAGERS (0.7); REVIEW AND EDIT SETTLEMENT AGREEMENTS AND STIPULATIONS (1.1); UPDATE HEARING PLANNER WITH CLAIM PROGRESS (1.3); REVIEW AOS FOR OMNIS (0.8); REVIEW RESEARCH MATERIAL BOSCH MOTION AND ANALYZE ARGUEMENTS (4.1); WEEKLY CLAIMS TELECONFERENCE WITH K. CRAFT AND D. UNRUE (1.5). |
| DIAZ LB | 07/12/07 | 9.40 | TELECONFERENCES WITH D. UNRUE (1.2); ANALYZE RESPONSES AND EDIT SUMMARIES FOR OMNI 16 AND 17 (1.2); FINALIZE REVIEW OF OMNIS 18 AND 19 AND EXHIBITS (2.1); CONTINUE TO REVIEW RESEARCH RE: BOSCH MOTION AND EDIT DEBTORS' OBJECTION TO BOSCH (4.9). |
| DIAZ LB | 07/13/07 | 8.40 | ANALYZE RESPONSES FOR OMNIS 16 AND 17 (1.1); REVIEW AND EDIT DEBTORS OBJECTION TO BOSCH MOTION (1.9); CLAIMS STRATEGY MEETING RE: PLAN RELATED ISSUES (4.2); TELECONFERENCES WITH D. UNRUE (1.2). |
| DIAZ LB | 07/14/07 | 4.20 | ANALYZE RESPONSES FOR OMNIS AND EDIT REPLYS (4.2). |
| DIAZ LB | 07/15/07 | 3.10 | ANALYZE CLAIMS RESPONSES FOR OMNIS (3.1). |
| DIAZ LB | 07/16/07 | 3.90 | TELECONFERENCES WITH D. UNRUE (1.1); REVIEW SETTLEMENT AGREEMENTS AND STIPULATIONS (1.1); REVIEW EXHIBITS FOR OMNIS OBJECTION REPLYS (0.6); RESEARCH D&T CLAIM (0.4); RESEARCH RE: TOWER AUTOMOTIVE BANKRUPTCY (0.7). |
| DIAZ LB | 07/17/07 | 6.90 | TELECONFERENCES WITH D. UNRUE (1.3); UCC BREAKOUT Q&A SESSION (0.8); PREPARATION FOR UCC MEETING (0.9); REVIEW AND EDIT SUMMARIES OF RESPONSES (EXHIBIT A TO REPLYS) (3.9). |
| DIAZ LB | 07/18/07 | 11.80 | TELECONFERENCES WITH D. UNRUE (1.5); REVIEW AND EDIT OMNI 16 AND 17 REPLIES AND EXHIBITS (7.1); HEARING PREPARATION RE: DRAFTING OF MATERIALS TO BE USED AT HEARING AND REVIEW CLAIMS DOCUMENTATION (3.2). |

B43E

| DIAZ LB | 07/19/07 | 8.80 | ATTENDENCE OF THE OMNI HEARING AND PREPARATION (4.1); PREPARE FOR CLAIMS HEARING INCLUDING REVIEWING MATERIAL FOR HEARING AND DRAFTING DOCUMENTS (2.1); RESPOND TO CLAIMANT INQUIRES (0.9); TELECONFERENCE WITH CLAIMANT'S COUNSEL TO FINALIZE STIPULATION EXPUNGING 67 CLAIMS (0.9); TELECONFERENCES WITH CLAIMANT'S COUNSEL TO SETTLE TORT RELATED CLAIMS (0.8). |
|---------|----------|------|---|
| DIAZ LB | 07/20/07 | 3.50 | RESPOND TO CLAIMANT INQUIRIES AND COORDINATE DELPHI'S RESPONSE (1.2); CLAIMS HEARING ATTENDANCE AND RELATED PREPARATION (1.2); REVISE STIPULATION AND SETTLEMENT AGREEMENTS (1.1). |
| DIAZ LB | 07/22/07 | 1.40 | REVIEW SETTLEMENT AGREEMENT AND STIPULATIONS (1.4). |
| DIAZ LB | 07/23/07 | 11.10 | CONFIRM DATA RE: INQUIRY RE: EPCA MOTION (0.9); RESEARCH ISSUES SURROUNDING CREDITOR LETTER (0.4); RESEARCH AND ANALYZE MSX CLAIM INCLUDING CONFERENCE CALLS WITH CALLAWAY AND DELPHI MANAGERS (4.3); UPDATE HEARING PLANNER WITH STATUS OF CLAIMS (1.4); RESPOND TO CLAIMANT INQUIRIES (1.2); REVIEW AND EDIT STIPULATIONS AND SETTLEMENT AGREEMENTS (1.5); TELECONFERENCES WITH D. UNRUE (1.4). |
| DIAZ LB | 07/24/07 | 10.20 | TELECONFERENCES WITH D. UNRUE (1.5); ANALYZE DOCUMENTS RE: MSX LITIGATION (3.2); DRAFT SETTLEMENT AGREEMENT AND STIPULATIONS (0.9); RESEARCH DATA IN PAST UCC PRESENTATIONS (0.5); REVIEW SETTLEMENT AGREEMENTS (1.1); RESPOND INQUIRIES FROM CLAIMANTS (1.8); DRAFT SETTLEMENT AGREEMENT AND STIPULATION FOR PROTECTIVE CLAIM (1.2). |
| DIAZ LB | 07/25/07 | 12.70 | TELECONFERENCES WITH D. UNRUE (1.2); WEEKLY CLAIMS MEETING WITH D. UNRUE AND K. CRAFT (1.7); REVIEW DOCUMENTS RE: MSX LITIGATION (2.2); UPDATE HEARING PLANNER WITH STATUS OF CLAIMS (1.3); RESPOND TO CLAIMANT INQUIRIES AND COORDINATE DELPHI'S RESPONSE (3.2); REVIEW AND EDIT SETTLEMENT AGREEMENTS AND STIPULATIONS (3.1). |
| DIAZ LB | 07/26/07 | 4.10 | TELECONFERENCES WITH D. UNRUE (1.1); ANALYZE DOCUMENTS FOR MSX LITIGATION (1.1); RESPOND TO INQUIRES FROM CLAIMANTS AND COORDINATE DELPHI'S RESPONSE (1.9). |
| DIAZ LB | 07/27/07 | 8.00 | TELECONFERENCES WITH D. UNRUE (1.6); ANALYZE DOCUMENTS FOR MSX LITIGATION (2.1); TELECONFERENCE RE: MSX (0.9); RESPOND TO INQUIRES FROM CLAIMANTS (2.1); REVIEW SETTLEMENT AGREEMENTS AND STIPULATIONS (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DIAZ LB | 07/30/07 | 8.10 | TELECONFERENCES WITH D. UNRUE (1.7); REVIEW AND EDIT SETTLEMENT AGREEMENTS AND STIPULATIONS (1.1); REVISE TRACKING CHART RE: TOP 40 CLAIMS STATUS (1.2); REVISE UCC PRESENTATION RE: CLAIMS (0.9); COORDINATE NOTICE OF ENTRY OF ORDERS AND REVIEW AOS (0.9); RESEARCH AND RESPOND TO CLAIMANT INQUIRES (2.3). |
|---|---|---|---|
| DIAZ LB | 07/31/07 | 7.30 | WEEKLY CLAIMS MEETING WITH D. UNRUE AND K. CRAFT (1.5); TELECONFERENCE WITH ASEC RE: CLAIM AND SETOFF (0.6); UPDATES TO HEARING PLANNER (1.1); REVIEW AND REVISE STATEMENT OF DISPUTED ISSUES FOR MSX (1.4); RESPOND TO INQUIRES BY CLAIMANT INQUIRIES (1.6); REVIEW SETTLEMENT AGREEMENTS (1.1). |

**156.10**

| GARTNER M | 07/02/07 | 8.40 | REVIEW TAX CLAIMS (0.8); RESEARCH AND REVIEW ISSUES RE: STATUTES OF LIMITATIONS AND CORRESPONDENCE RE: SAME (7.6). |
|---|---|---|---|
| GARTNER M | 07/03/07 | 2.20 | CONTINUE RESEARCH INTO TAX CLAIMS ISSUES AND CORRESPONDENCE RE: SAME (2.2). |
| GARTNER M | 07/05/07 | 7.70 | RESEARCH AND REVIEW TAX CLAIMS ISSUES RE: STATUTES AND LIEN STATUS AND CORRESPONDENCE RE: SAME (6.9); REVIEW CURRENT TAX CLAIMS DATA (0.8). |
| GARTNER M | 07/10/07 | 3.80 | CONTINUE RESEARCH INTO TAX CLAIMS ISSUES (3.8). |
| GARTNER M | 07/11/07 | 5.20 | CONTINUE RESEARCH AND ANALYSIS OF TAX CLAIMS ISSUES (5.2). |
| GARTNER M | 07/12/07 | 6.30 | FORMAT SCRIPT FOR HEARING (1.1); CONTINUE TAX CLAIMS ISSUE RESEARCHAND ANALYSIS AND CORRESPONDENCE RE: SAME (5.2). |
| GARTNER M | 07/13/07 | 1.40 | REVISE SCRIPTS FOR HEARING AND CORRESPONDENCE RE: SAME (1.4). |
| GARTNER M | 07/16/07 | 1.20 | RESEARCH TAX LIEN ISSUE (1.2). |
| GARTNER M | 07/17/07 | 2.10 | REVIEW AND MEET WITH WORKING GROUP TO DISCUSS TAX CLAIMS ISSUES (2.1). |
| GARTNER M | 07/23/07 | 7.80 | ATTEND TAX CLAIMS TELECONFERENCE AND FOLLOW UP DISCUSSION (1.4); ORGANIZE AND CREATE MATERIALS FOR TAX CLAIMS RESOLUTION, CONTACT CLAIMANTS, AND CORRESPONDENCE RE: SAME (5.2); CONTINUE RESEARCH INTO TAX CLAIMS ISSUES AND CORRESPONDENCE RE: SAME (1.2). |
| GARTNER M | 07/24/07 | 4.10 | CONTACT TAX CLAIMANTS FOR RESOLUTION OF CLAIMS AND CORRESPONDENCE RE: SAME (4.1). |

**50.20**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRANT K | 07/11/07 | 1.50 | RESEARCH RE: DISALLOWANCE OF CONTINGENT CLAIMS (1.5). |
|---------|----------|------|------|
| | | 1.50 | |

| GUZZARDO J | 07/02/07 | 1.60 | LEGAL RESEARCH AND DRAFTING IN CONNECTION WITH NU-TECH AND HE SERVICES CLAIMS (1.6). |
|---------|----------|------|------|
| GUZZARDO J | 07/03/07 | 5.70 | LEGAL RESEARCH AND DRAFTING OF MEMORANDUM IN CONNECTION WITH NU-TECH AND HE SERVICES CLAIMS (5.7). |
| GUZZARDO J | 07/05/07 | 4.80 | DRAFTING AND EDITING OF MEMORANDUM IN CONNECTION WITH HE SERVICES AND NU-TECH CLAIMS (4.8). |
| GUZZARDO J | 07/06/07 | 4.90 | DRAFT AND EDIT MEMORANDUM IN CONNECTION WITH HE SERVICES AND NU-TECH CLAIMS (4.9). |
| GUZZARDO J | 07/09/07 | 6.30 | LEGAL RESEARCH AND EDITING OF MEMORANDUM IN CONNECTION WITH SUPPLIER CLAIMS (6.3). |
| | | 23.30 | |

| HERRIOTT AV | 07/16/07 | 0.30 | REVIEW MEMO RELATING TO CLAIMS AND THE AUTOMATIC STAY (0.3). |
|---------|----------|------|------|
| HERRIOTT AV | 07/18/07 | 1.50 | REVIEW AND COMMENT ON MEMO RE: CLAIMS AND WHEN THEY ARISE (1.5). |
| HERRIOTT AV | 07/19/07 | 0.20 | CONTINUE REVIEWING AND COMMENTING ON MEMO RELATING TO CLAIMS (0.2). |
| HERRIOTT AV | 07/23/07 | 0.70 | CONTINUE TO REVIEW MEMO RE: CLAIMS MATTERS (0.7). |
| HERRIOTT AV | 07/24/07 | 0.10 | RESPOND TO CLAIMS ISSUE (0.1). |
| HERRIOTT AV | 07/31/07 | 0.40 | ADDRESS MISCELLANEOUS CLAIMS ISSUE (0.4). |
| | | 3.20 | |

| HILL LF | 07/02/07 | 5.40 | REVIEW, DRAFT AND RESPOND TO CORRESPONDENCE (1.2); WORK ON CLAIM SETTLEMENT DOCUMENTS (2.1). |
|---------|----------|------|------|
| HILL LF | 07/03/07 | 6.30 | DRAFT NOTICE OF ENTRY OF ORDERS FOR THIRTEENTH, FOURTEENTH, AND FIFTEENTH OMNIBUS CLAIMS OBJECTIONS ORDERS (1.6); DRAFT NOTICE OF PRESENTMENTS (1.8); WORK ON CLAIM SETTLEMENTS AND REVIEW FILES (1.3); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (1.6). |
| HILL LF | 07/05/07 | 6.50 | DRAFT SPECIAL PARTIES LIST (0.5); REVIEW AND REVISE NOTICE OF PRESENTMENTS (0.8); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (1.5); WORK ON SETTLEMENTS (1.2); BEGIN DRAFTING EIGHTEENTH AND NINETEENTH OMNIBUS CLAIMS OBJECTION DOCUMENTS (2.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HILL LF | 07/06/07 | 3.50 | PARTICIPATE IN WEEKLY CLAIMS MEETING (0.3); DRAFT, REVIEW AND RESPOND TO CLAIMS RELATED CORRESPONDENCE (3.2). |
| HILL LF | 07/08/07 | 5.90 | DRAFT SUMMARIES OF RESPONSE (2.2); DRAFT AND REVISE EIGHTEENTH AND NINETEENTH OMNIBUS CLAIMS OBJECTION DOCUMENTS (3.7). |
| HILL LF | 07/09/07 | 4.00 | PARTICIPATE IN WORKING GROUP TELEPHONIC MEETING RE: HOTLINE CALL INQUIRIES (0.5); REVIEW, DRAFT, AND RESPOND TO EMAIL AND TELEPHONIC CORRESPONDENCE (1.0); DRAFT SUMMARIES OF RESPONSES FOR CHART (2.5). |
| HILL LF | 07/10/07 | 10.40 | REVIEW DOCKET (0.5); DRAFT, REVIEW AND RESPOND TO EMAIL AND TELEPHONIC CORRESPONDENCE (2.8); DRAFT AND REVISE OMNIBUS CLAIMS OBJECTION DOCUMENTS (5.1); CONTINUE DRAFTING RESPONSE SUMMARY CHART (2.0). |
| HILL LF | 07/11/07 | 9.20 | DRAFT, REVIEW AND RESPOND TO TELEPHONIC CORRESPONDENCE (3.4); REVISE OMNIBUS DOCUMENTS (1.0); REVIEW DOCKET (0.2); REVIEW RESPONSES AND DRAFT SUMMARIES OF RESPONSES (4.6). |
| HILL LF | 07/12/07 | 12.30 | REVIEW, DRAFT AND RESPOND TO EMAIL AND TELEPHONIC CORRESPONDENCE (4.2); REVISE OMNIBUS DOCUMENTS (3.6); REVIEW DOCKET AND CHART RESPONSES (1.1); CONTINUE REVIEWING AND DRAFTING SUMMARIES OF RESPONSES (3.4). |
| HILL LF | 07/13/07 | 9.30 | REVIEW AND REVISE OMNIBUS OBJECTION DOCUMENTS FOR FILING (6.2); REVIEW DOCKET (0.6) CHART AND SUMMARIZE RESPONSES TO OMNIBUS OBJECTIONS (1.2); WORK ON SETTLEMENT DOCUMENTS (1.3). |
| HILL LF | 07/15/07 | 6.40 | REVIEW AND SUMMARIZE RESPONSES TO OMNIBUS OBJECTIONS (6.4). |
| HILL LF | 07/16/07 | 6.50 | DRAFT AND REVISE SUMMARY CHART OF RESPONSES TO OMNIBUS OBJECTIONS (5.1); DRAFT, REVIEW AND RESPOND TO EMAIL AND TELEPHONIC CORRESPONDENCE (1.4). |
| HILL LF | 07/17/07 | 9.20 | REVIEW, DRAFT, AND RESPOND TO EMAIL AND TELEPHONIC CORRESPONDENCE (4.6); WORK ON SETTLEMENT OF CLAIMS (1.1); DRAFT AND REVISE SUMMARY CHART OF RESPONSE TO OMNIBUS OBJECTION (3.5). |
| HILL LF | 07/18/07 | 6.10 | REVISE CHART OF RESPONSES TO OMNIBUS OBJECTIONS (3.9); REVIEW, DRAFT, AND RESPOND TO EMAIL AND TELEPHONIC CORRESPONDENCE (2.2). |
| HILL LF | 07/19/07 | 4.80 | REVIEW, DRAFT, AND RESPOND TO EMAIL AND TELEPHONIC CORRESPONDENCE (4.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HILL LF | 07/20/07 | 4.30 | PARTICIPATE IN WEEKLY CLAIMS MEETING (0.4); DISCUSS CONTESTED CLAIM SETTLEMENT ASSIGNMENT AND REVIEWED FILE (1.3); DRAFT, REVIEW AND RESPOND TO TELEPHONIC AND EMAIL CORRESPONDENCE (2.6). |
|---|---|---|---|
| HILL LF | 07/22/07 | 2.30 | REVIEW PRECEDENT (0.8); BEING DRAFTING STATEMENT OF DISPUTED ISSUES (1.5). |
| HILL LF | 07/23/07 | 6.70 | PARTICIPATE IN WORKING GROUP MEETINGS RE: MSX DISPUTE (2.5); REVIEW, RESPOND AND DRAFT TELEPHONIC AND EMAIL CORRESPONDENCE (4.2). |
| HILL LF | 07/24/07 | 5.10 | PARTICIPATE IN WORKING GROUP MEETINGS RE: MSX DISPUTE (1.5); DRAFT, REVIEW AND RESPOND TO TELEPHONIC AND EMAIL CORRESPONDENCE (3.6). |
| HILL LF | 07/25/07 | 6.20 | DRAFT SETTLEMENT DOCUMENTS FOR MSX (2.4); DRAFT MEET AND CONFER LETTER (0.5); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (2.3); DRAFT NOTICE OF CONTESTED MATTER FOR MSX (1.0). |
| HILL LF | 07/26/07 | 2.10 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (2.1). |
| HILL LF | 07/29/07 | 2.70 | CONTINUE DRAFTING STATEMENT OF DISPUTED ISSUES RE: MSX (2.7). |
| HILL LF | 07/30/07 | 4.10 | DRAFT AND REVIEW STATEMENT OF DISPUTED ISSUES RE: MSX (3.2); REVIEW, DRAFT AND RESPOND TO CORRESPONDENCE (0.9). |
| HILL LF | 07/31/07 | 6.10 | REVISE MSX STATEMENT OF DISPUTED ISSUES (2.6); REVIEW, RESPOND AND DRAFT EMAIL AND TELEPHONIC CORRESPONDENCE (3.5). |
| | | **145.40** | |
| HOUSTON BM | 07/05/07 | 0.20 | REVIEW OMNIBUS OBJECTION ORDER LANGUAGE (0.2). |
| HOUSTON BM | 07/06/07 | 0.30 | PARTICIPATE IN CLAIMS TEAM WORKING GROUP (0.3). |
| HOUSTON BM | 07/09/07 | 0.70 | REVIEW CLAIMS OBJECTION PROCEDURE ORDER AND ANALYZE TIMELINE OF CLAIMS RESOLUTION (0.7). |
| HOUSTON BM | 07/20/07 | 1.40 | PARTICIPATE IN WEEKLY WORKING GROUP RE: CLAIMS RESOLUTION (0.6); REVIEW FORM STIPULATIONS AND SETTLEMENTS (0.5); REVIEW CLAIMS PROCEDURES ORDER AND TIMELINE (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOUSTON BM | 07/23/07 | 6.00 | RESEARCH PROOF OF CLAIM INFORMATION RE: HOYT CLAIM (0.4); DRAFT PROPOSED HOYT SETTLEMENT AGREEMENT (0.6); DRAFT PROPOSED STIPULATION RE: SAME (0.4); REVIEW MERRITT CLAIM (0.3); DRAFT PROPOSED MERRITT SETTLEMENT (0.4); DRAFT STIPULATION RE: SAME (0.3); ANALYZE ENNIS PROOF OF CLAIM (0.3); DRAFT PROPOSED ENNIS SETTLEMENT (0.5); DRAFT PROPOSED STIPULATION RE: SAME (0.4); REVIEW PHELPS CLAIM (0.2); DRAFT PROPOSED PHELPS SETTLEMENT AGREEMENT (0.4); DRAFT STIPULATION RE: SAME (0.3); RESEARCH AND REVIEW O'BRIEN CLAIM (0.3); DRAFT PROPOSED O'BRIEN STIPULATION (0.4); REVISE MERRITT STIPULATION (0.2); REVISE PHELPS STIPULATION (0.2); EDIT HOYT SETTLEMENT AND STIPULATION (0.3); REVISE ENNIS SETTLEMENT (0.1). |
| HOUSTON BM | 07/24/07 | 7.10 | REVIEW INFORMATION ON PHILLIPS CLAIM (0.3); DRAFT PROPOSED PHILLIPS STIPULATION (0.5); REVIEW BUEKE CLAIM (0.4); DRAFT PROPOSED BUEKE STIPULATION (0.4); RESEARCH AND ANALYZE YATES PROOF OF CLAIM (0.3); DRAFT PROPOSED YATES STIPULATION (0.4); ANALYZE WALDO CLAIM (0.3); DRAFT PROPOSED WALDO STIPULATION (0.3); REVIEW INFORMATION ON STUCK CLAIM (0.3); DRAFT PROPOSED STUCK STIPULATION (0.3); ANALYZE SMITH CLAIM (0.3); DRAFT PROPOSED SMITH STIPULATION (0.2); REVIEW RUSSELL PROOF OF CLAIM (0.2); DRAFT PROPOSED RUSSELL STIPULATION (0.4); ANALYZE PROUD CLAIM (0.3); DRAFT PROPOSED PROUD STIPULATION (0.3); REVISE BUEKE STIPULATION (0.3); EDIT YATES STIPULATION (0.1); EDIT WALDO STIPULATION (0.2); REVISE PHILLIPS STIPULATION (0.2); REVISE ENNIS SETTLEMENT AND STIPULATION (0.3); EDIT HOYT SETTLEMENT AND STIPULATION (0.2); REVISE RUSSELL STIPULATION (0.2); EDIT STUCK STIPULATION (0.1); REVIEW MERRITT STIPULATION (0.2); EDIT O'BRIEN STIPULATION (0.1). |
| HOUSTON BM | 07/26/07 | 0.90 | RESEARCH DOCKET FOR RESPONSE TO CLAIMS OBJECTION BY ASBESTOS CLAIMANTS (0.3); REVIEW OTHER RESPONSES TO CLAIMS OBJECTION (0.2); REVIEW CLAIMS PROCEDURE ORDER AND RELATED TIMELINE (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOUSTON BM      07/27/07      2.70   REVIEW HUBBARD CLAIM INFORMATION (0.2);
                                     DRAFT PROPOSED HUBBARD STIPULATION
                                     (0.3); ANALYZE MINNICK CLAIM (0.3);
                                     DRAFT PROPOSED MINNICK STIPULATION
                                     (0.2); RESEARCH INFORMATION ON
                                     STANSBURY CLAIM (0.3); DRAFT PROPOSED
                                     STANSBURY STIPULATION (0.2); REVIEW
                                     RUSSELL STIPULATION (0.1); DRAFT
                                     PROPOSED RUSSELL SETTLEMENT (0.4);
                                     REVIEW PROUD STIPULATION (0.1); DRAFT
                                     PROPOSED PROUD SETTLEMENT (0.3); EDIT
                                     PHELPS SETTLEMENT (0.1); REVISE O'BRIEN
                                     SETTLEMENT (0.2).

HOUSTON BM      07/30/07      4.10   REVISE BUEKE STIPULATION (0.2); DRAFT
                                     PROPOSED BUEKE SETTLEMENT (0.4); REVIEW
                                     SMITH STIPULATION AND DRAFT PROPOSED
                                     SETTLEMENT AGREEMENT (0.4); DRAFT
                                     PROPOSED STUCK SETTLEMENT (0.3); DRAFT
                                     PROPOSED WALDO SETTLEMENT (0.2); REVIEW
                                     YATES CLAIM (0.2); DRAFT PROPOSED
                                     SETTLEMENT RE: SAME (0.3); DRAFT
                                     PROPOSED PHILLIPS SETTLEMENT (0.3);
                                     REVIEW HUBBARD CLAIM AND DRAFT PROPOSED
                                     SETTLEMENT (0.5); DRAFT PROPOSED
                                     MINNICK SETTLEMENT (0.4); DRAFT
                                     PROPOSED STANSBURY SETTLEMENT (0.3);
                                     EDIT STUCK SETTLEMENT (0.1); REVIEW
                                     PHILLIPS CLAIM INFORMATION AND REVISE
                                     SETTLEMENT (0.3); PARTICIPATE IN
                                     WORKING GROUP RE: CLAIMS RECONCILIATION
                                     PROCESS AND SETTLEMENTS UNDER LIFT STAY
                                     PROCEDURES (0.2).

                             23.40

HOWE EJ         07/02/07      7.60   REVIEW FILE RE: G. WHITNEY (3.2); REVIEW
                                     AND FOWARD PLEADINGS FILED RE: G.
                                     WHITNEY (1.9); BEGIN DRAFTING
                                     SETTLEMENT AGREEMENTS AND STIPULATIONS
                                     RE: ASBESTOS CLAIMANTS (2.5).

HOWE EJ         07/03/07      6.60   CONTINUE DRAFTING SETTLEMENT
                                     AGREEMENTS AND STIPULATIONS RE:
                                     ASBESTOS CLAIMANTS (6.1); REVIEW
                                     NOTICES OF PRESENTMENT FOR JULY 12
                                     CLAIMS HEARING (0.3); EMAIL FROM AND
                                     RETURN EMAIL TO D. TURNER RE: CLAIM OF
                                     PLASTIC MOLDINGS (0.2).

HOWE EJ         07/05/07      2.10   CONTINUE DRAFTING SETTLEMENT
                                     AGREEMENTS AND STIPULATIONS FOR
                                     ASBESTOS CLAIMS (2.1).

HOWE EJ         07/06/07      8.50   BEGIN DRAFTING SCRIPTS RE: HEARINGS ON
                                     SIXTEENTH AND SEVENTEENTH OMNIBUS
                                     CLAIMS OBJECTIONS (2.3); CONTINUE
                                     DRAFTINGS SETTLEMENT AGREEMENTS RE:
                                     ASBESTOS CLAIMS (2.9); RESPOND TO
                                     MULTIPLE INQUIRIES RE: SEVENTEENTH
                                     OMNIBUS CLAIMS OBJECTION (0.6); FOLLOW
                                     RE: STATUS OF MULTIPLE SETTLEMENTS
                                     (1.5); UPDATE SETTLEMENT PROCEDURES
                                     TRACKING CHART (1.2).

B43E

| HOWE EJ | 07/09/07 | 7.60 | CONTINUE TO DRAFT SETTLEMENT AGREEMENTS AND STIPULATIONS RE: ASBESTOS CLAIMS (4.5); RESPOND TO MULTIPLE CLAIMANTS RE: SEVENTEENTH OMNIBUS CLAIMS OBJECTION (0.4); REVIEW HERITAGE CLAIM RE: SECURED ISSUES (0.4) AND RESEARCH SAME (0.8); DRAFT SCRIPTS FOR HEARINGS ON SIXTEENTH AND SEVENTEENTH OMNIBUS CLAIMS OBJECTIONS (1.0); UPDATE SETTLEMENT PROCEDURES TRACKING CHART (0.5). |
| HOWE EJ | 07/10/07 | 8.50 | CONTINUE DRAFTING SCRIPTS FOR HEARING ON SIXTEENTH AND SEVENTEENTH OMNIBUS CLAIMS OBJECTIONS (6.8); REVIEW VISTEON CLAIM (0.5), PARTICIPATE IN TELECONFERENCE WITH VISTEON'S COUNSEL (0.3), AND DRAFT SUMMARY OF CLAIM (0.5); TELECONFERENCES WITH S. LIQUIDITY AND KCC RE: SERVICE OF FIFTEENTH OMNIBUS CLAIMS OBJECTION ON KCC (0.4). |
| HOWE EJ | 07/11/07 | 5.20 | REVIEW AND ANALYZE CLAIMS TO BE INCLUDED IN EIGHTEENTH AND NINETEENTH OMNIBUS CLAIMS OBJECTIONS (5.2). |
| HOWE EJ | 07/12/07 | 9.30 | DISTRIBUTE SETTLEMENT AGREEMENTS AND STIPULATIONS TO COUNSEL FOR MULTIPLE CLAIMANTS FOR THEIR REVIEW (1.4); MULTIPLE TELECONFERENCES WITH S. AUGUST AT SIERRA LIQUIDITY RE: SERVICE OF FIFTEENTH OMNIBUS CLAIMS OBJECTION (0.4) AND REVIEW EMAIL CORRESPONDENCE RE: SAME (0.4); REVISE SCRIPTS FOR HEARING ON SIXTEENTH AND SEVENTEENTH OMNIBUS CLAIMS OBJECTIONS (1.7); RESEARCH RE: AGE DISCRIMINATION (1.8); TELECONFERENCE WITH A. AARONSON RE: CLAIM OF TELEFLEX (0.2); PREPARE MULTIPLE NOTICES OF PRESENTMENT RE: JULY 20 HEARING (3.4). |
| HOWE EJ | 07/13/07 | 9.20 | COORDINATE FILING AND SERICE OF NOTICES OF PRESENTMENT (1.6); REVIEW STIPULATION ENTERED BY COURT RE: D. WILSON CLAIM AND FOWARD TO T. WIMSATT (0.5); UPDATE CLAIMS TRACKING CHART (0.5); LEGAL RESEARCH RE: CLAIM OF G. WHITNEY (2.1); REVISE SCRIPTS RE: HEARINGS SIXTEENTH AND SEVENTEENTH OMNIBUS CLAIMS OBJECTIONS (2.3); DRAFT SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF ATEL (2.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOWE EJ | 07/16/07 | 8.30 | FINALIZE SETTLEMENT AGREEMENT AND STIPULATION FOR CLAIM OF ATEL LEASING (1.0); REVISE STIPULATION RE: CLAIM OF TIMKEN (0.4) AND TELECONFERENCE WITH J. SULLIVAN, COUNSEL FOR TIMKEN (0.1); BEGIN DRAFTING SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF MILLWOOD, INC. (1.1) AND TELECONFERENCE WITH COUNSEL FOR MILLWOOD (0.2); COORDINATE FILING AND SERVICE OF NOTICE OF PRESENTMENT RE: CLAIM OF PANASONIC (0.4); REVIEW INTERNAL DOCUMENTS FROM P. PITSENGARGER RE: CLAIM OF G. WHITNEY (2.4); REVIEW STATUS OF PENDING CLAIMS SETTLEMENTS (2.7). |
| --- | --- | --- | --- |
| HOWE EJ | 07/17/07 | 14.20 | DRAFT SETTLEMENT AGREEMENT AND STIPULATION FOR CLAIM OF MILLWOOD (0.4); RESPOND TO MULTIPLE CLAIMANTS RE: SEVENTEENTH AND NINETEENTH OMNIBUS CLAIMS OBJECTION (1.3); DRAFT LETTER TO S. AUGUST OF SIERRA LIQUIDITY RE: SERVICE OF FIFTEENTH OMNIBUS CLAIMS OBJECTION (1.0) AND TELECONFERENCE WITH S. AUGUST RE: SAME (0.2); TELECONFERENCE WITH P. PITSENBARGER AND D. BABCOCK RE: DOCUMENT RETENTION (0.3), REVIEW AND SUMMARIZE DOCUMENTS RECEIVED (2.3), REVIEW AND REVISE OFFER OF JUDGMENT (0.5), AND LEGAL RESEACH AND MEMORANDUM ON RECOVERY OF ATTORNEY FEES RE: CLAIM OF G. WHITNEY (3.2); TELECONFERENCE WITH J. SULLIVAN (0.2) AND REVIEW CLAIM DETAIL AND EMAIL SAME TO J.SULLIVAN RE: CLAIM OF TIMKEN (0.5); REVIEW EMAIL AND ATTACHMENTS FROM S. PERICHELLI RE: CLAIM OF ATEL AND DRAFT EMAIL TO D. UNRUE RE: SAME (0.5); REVIEW CLAIM OF TYCO AND DRAFT STIPULATION (3.8). |
| HOWE EJ | 07/18/07 | 8.40 | REVISE STIPULATION RE: CLAIM OF TYCO (2.4); COORDINATE MEDIATION RE: CLAIM OF G. WHITNEY (2.2) AND FINAL REVIEW AND REVISION OF OFFER OF JUDGMENT RE: SAME (1.4); FINALIZE LETTER TO S. AUGUST RE: SERVICE OF THIRTEENTH OMNIBUS CLAIMS OBJECTION ON SIERRA LIQUIDITY AND TRANSMIT SAME (0.9) AND REVIEW RETURN EMAIL FROM S. AUGUST RE: SAME (0.2); REVIEW CORRESPONDENCE RE: TAX ISSUES WITH RESPECT TO CLAIM OF ATEL (0.4); COMPILE SIGNED STIPULATIONS AND SETTLEMENT AGREEMENTS RE: MULTIPLE CLAIMS (0.5); STRATEGY CONFERENCE RE: SETTLING SECURED CLAIMS (0.4). |
| HOWE EJ | 07/19/07 | 9.30 | REVIEW CLAIMS AGENDA (0.7); REVIEW SUPPLEMENTAL RESPONSE AND LEGAL RESEARCH RE: LAW CONTAINED IN SAME (7.7); RESPOND TO MULTIPLE CLAIMANTS RE: OMNIBUS OBJECTIONS (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOWE EJ | 07/20/07 | 8.70 | CONTINUE REVIEW OF SUPPLEMENTAL RESPONSE OF G. WHITNEY AND RESEARCH LAW CONTAINED IN SAME (7.2); DRAFT NOTICES OF ADJOURNMENT FOR CLAIMS OF G. WHITNEY, NUTECH, AND HE SERVICES (1.5). |
| HOWE EJ | 07/22/07 | 4.30 | DRAFT DISCOVERY RE: CLAIM OF G. WHITNEY (4.3). |
| HOWE EJ | 07/23/07 | 8.60 | DRAFT DISCOVERY RE: CLAIM OF G. WHITNEY (2.7); AND TELECONFERENCE WITH WITNESS RE: SAME (0.4); COMPILE RELEVANT DOCUMENTS RELATED TO ERISA PLAINTIFFS' CLAIM AND SUMMARIZE AND CREATE TIMELINE RE: SAME (5.1); STRATEGY CONFERENCE RE: ASBESTOS CLAIMS (0.4). |
| HOWE EJ | 07/24/07 | 8.40 | REVISE L&W STIPULATION RE: CONFIDENTIALITY (0.2); RESEARCH EXCLUSIVITY PROVISION OF WORKERS COMPENSATION STATUTES (3.7) AND STATUTE OF LIMITATIONS (1.2); DRAFT DISCOVERY RE: CLAIM OF G. WHITNEY (0.5), PREPARE FOR (0.4) AND PARTICIPATE IN TELECONFERENCE WITH J. DAMATO (1.3) RE: SAME, AND BEGIN DRAFTING DAMATO DECLARATION RE: SAME (1.1). |
| HOWE EJ | 07/25/07 | 8.40 | TELECONFERENCE WITH C. BROWN (0.1) AND R HEILMAN (0.1) AND TRANSMIT STIPULATION (0.3) RE: CLAIM OF L&W; REVIEW TIMKEN CLAIM NO. 11707 (0.3), TELECONFERENCE WITH J. SULLIVAN, COUNSEL FOR TIMKEN (0.2), AND FINALIZE AND TRANSMIT STIPULATION TO J. SULLIVAN (0.2); REVIEW C. MACDONALD COMMENTS TO ARC SETTLEMENT AGREEMENT (0.2), PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH C. MACDONALD RE: SAME (0.5), AND FOLLOW UP EMAIL TO C. MACDONALD (0.4); REVISE DISCOVERY DOCUMENTS RE: CLAIM OF G. WHITNEY AND COORDINATE SERVICE ON WHITNEY'S COUNSEL (2.1) AND DRAFT J. DAMATO DECLARATION RE: SAME (3.0); REVIEW AND REVISE SETTLEMENT DOCUMENTS RE: CLAIMS OF TCS, IER, AND HOOVER (0.6); RETURN MULTIPLE TELECONFERENCES FROM CLAIMANTS (0.4). |
| HOWE EJ | 07/26/07 | 8.20 | DRAFT J. DAMATO DECLARATION RE: CLAIM OF G. WHITNEY (6.8); REVIEW CLAIMS OF U.S. BANK AND REVISE STIPULATION RE: SAME (0.6); REVISE L&W STIPULATION AND MULTIPLE EMAILS TO COUNSEL FOR L&W AND TO C. BROWN RE: SAME (0.8). |
| HOWE EJ | 07/27/07 | 2.70 | TELECONFERENCE WITH P. PITSENBARGER ET AL RE: CLAIM OF G. WHITNEY (0.8); REVIEW EMAIL FROM J. CLARK RE: CLAIM OF ALLIANCE PRECISION AND FOLLOW UP RE: SAME (0.3); MULTIPLE EMAILS TO R. HEILMAN AND D. POLAY RE: L&W CLAIM (0.4); FOLLOW UP ON STATUS OF MULTIPLE SETTLEMENTS (1.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOWE EJ | 07/31/07 | 6.90 | CREATE CHART OF CLAIMS SET FOR AUGUST 17 HEARING AND EMAIL SAME TO D. UNRUE (1.1); REVISE DAMATO DECLARATION RE: CLAIM OF G. WHITNEY AND FOWARD SAME TO P. PITSENBARGER (3.2) AND DRAFTING AND COORDINATE FILING AND SERVICE OF NOTICE OF ADJOURNMENT RE: SAME (0.8); UPDATE VARIOUS TEMPLATES AND CREATE CHART OF SAME (1.3); TELECONFERENCE WITH N. HAZAN, COUNSEL FOR TIMKEN, RE: STIPULATION AND FOLLOW UP EMAIL RE: SAME (0.5). |
|---|---|---|---|

**161.00**

| KAHN MT | 07/02/07 | 1.10 | TELECONFERENCE WITH HITACHI RE: SETTLEMENT DISUCSSIONS (0.1); DRAFT AND REVISE SETTLEMENT AND STIPULATION FOR CROWN PAPER (0.5); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT DISCUSSIONS (0.4); REVIEW CLAIMS TEAM CORRESPONDENCE (0.1). |
|---|---|---|---|
| KAHN MT | 07/03/07 | 2.70 | TELECONFERENCE WITH HITACHI RE: SETTLEMENT DISUCSSIONS (0.1); WORKING GROUP CALL RE: CLAIMS-RELATED ISSUES (1.0); DRAFT RECLAMATION STIPULATION TEMPLATE (0.8); TELECONFERENCE TO JUKI AUTOMATION RE: SETTLEMENT DISCUSSIONS (0.1); ANALYZE DOCKET RE: WITHDRAWALS OF RESPONSES (0.3); BEGIN FOLLOW-UP ON WITHDRAWALS NOT YET FILED (0.4). |
| KAHN MT | 07/05/07 | 5.80 | FOLLOW-UP CALLS TO CLAIMANTS RE: FILING WITHDRAWAL OF THEIR RESPONSES AND UPDATE WITHDRAWAL CHART RE: SAME (5.8). |
| KAHN MT | 07/06/07 | 3.10 | FOLLOW-UP WITH CLAIMANTS RE: LACK OF WITHDRAWALS OF THEIR RESPONSES (1.8); UPDATE WITHDRAWAL CHART RE: SAME (0.4); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (0.6); PARTICIPATE IN WORKING GROUP CALL RE: CLAIMS STATUS (0.3). |
| KAHN MT | 07/09/07 | 4.00 | FOLLOW-UP CALLS RE: CLAIMANTS WHO HAVE NOT WITHDRAWN THEIR REPSONSES (1.3); TELECONFERENCE WITH TO CLAIMANTS RE: SETTLEMENT NEGOTIATIONS (0.5); PARTICIPATE IN WORKING GROUP CALL RE: MOTION INDUSTRIES SETTLEMENT (0.1); DRAFT AND REVISE STIPULATION RE: JP MORGAN'S CLAIM (2.0.); REVIEW CLAIMS TEAM CORRESPONDENCE RE: WITHDRAWAL ON DOCKET (0.1). |

B43E

| KAHN MT | 07/10/07 | 5.40 | TELECONFERENCE WITH A. WINCHELL AND TOGUT RE: STIPULATIONS ENTERED INTO AND WHETHER WITHDRAWAL IS REQUIRED (0.1); UPDATE AND REVISE WITHDRAWAL CHARTS RE: SAME (0.1); DRAFT AND REVISE SETTLEMENT AND STIPULATION RE: DATWYLER'S CLAIM (0.8); FOLLOW-UP CALLS WITH CLAIMANTS RE: FILING THEIR WITHDRAWALS (3.2); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT THEIR CLAIMS (1.0); ANALYZE CLAIMS TEAM CORRESPONDENCE RE: RESPONSE TO OBJECTION (0.2). |
|---|---|---|---|
| KAHN MT | 07/11/07 | 5.30 | REVISE DATWYLER SETTLEMENT AND STIPULATION (0.2); FOLLOW-UP TELECONFERENCES WITH CLAIMANTS RE: SETTLING THEIR CLAIMS (0.8); FOLLOW-UP TELECONFERENCES WITH CLAIMANTS RE: WITHDRAWALS OF THEIR RESPONSES (2.1); DRAFT AND REVISE SETTLEMENT AND STIPULATION FOR TINNERMAN (LIQUIDITY SOLUTIONS) CLAIMS (SIX OF THEM) (2.2). |
| KAHN MT | 07/12/07 | 5.70 | CONTINUE TO REVISE TINNERMAN SETTLEMENT AND STIPULATION (0.4); TELECONFERENCES WITH CLAIMANTS RE: SETTLING THEIR CLAIMS (0.5); FOLLOW-UP TELECONFERENCES WITH CLAIMANTS RE: FILING THEIR WITHDRAWALS (4.8). |
| KAHN MT | 07/13/07 | 2.60 | TELECONFERENCE WITH CLAIMANTS RE: SETTLEMENT NEGOTATIONS (0.6); ANALYZE AND REVISE FIFTH SUPPLEMENTAL DECLARATION (0.2); FOLLOW-UP WITH CLAIMANTS RE: WITHDRAWAL OF THEIR CLAIMS (1.0); DRAFT AND REVISE NOTICES OF PRESENTMENT (0.8). |
| KAHN MT | 07/16/07 | 0.80 | FOLLOW-UP WITH CLAIMANTS RE: WITHDRAWAL OF THEIR CLAIMS (0.8). |
| KAHN MT | 07/17/07 | 1.00 | FOLLOW-UP CALLS WITH CLAIMANTS RE: WITHDRAWAL OF THEIR RESPONSES (1.0.). |
| KAHN MT | 07/19/07 | 2.10 | DRAFT STIPULATION FOR NEC ELECTRONICS AMERICA (1.4); REVISE DATWYLER SETTLEMENT AND STIPULATION (0.3); TELECONFERENCES WITH CLAIMANTS RE: WITHDRAWALS OF THEIR RESPONSES (0.4). |
| KAHN MT | 07/20/07 | 2.60 | FOLLOW-UP TELECONFERENCES WITH CLAIMANTS RE: WITHDRAWALS OF THEIR RESPONSES (0.6); PARTICIPATE IN WORKING GROUP CALL RE: CLAIMS TEAM UPDATES (0.5); ANALYZE CLAIMS TEAM CORRESPONDENCE AND DOCKET AND REVISE WITHDRAWAL CHART RE: SAME (0.5); REVISE SETTLEMENT AGREEMENTS (1.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KAHN MT | 07/23/07 | 3.30 | ANALYZE CLAIMS TEAM CORRESPONDENCE RE: DOCKET FILINGS (0.1); UPDATE WITH-DRAWAL CHART TO REFLECT LATEST FILED WITHDRAWALS (0.1); REVISE SETTLEMENT AGREEMENTS AND STIPULATIONS (0.9); FOLLOW-UP TELECONFERENCES WITH CLAIMANTS RE: THEIR WITHDRAWALS TO RESPONSES (1.0); FOLLOW-UP WITH CLAIMANTS RE: SETTING THEIR CLAIMS (1.2). |
| KAHN MT | 07/24/07 | 4.40 | FOLLOW-UP CALLS RE: WITHDRAWAL OF CLAIMS (1.1); FOLLOW-UP WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (3.0); REVISE SETTLEMENTS AND STIPULATIONS (0.3). |
| KAHN MT | 07/25/07 | 2.50 | FOLLOW-UP TELECONFERENCES WITH CLAIMANTS RE: WITHDRAWALS OF THEIR RESPONSES (2.3); REVISE WITHDRAWAL CHART RE: SAME (0.2). |
| KAHN MT | 07/26/07 | 1.40 | FOLLOW-UP TELECONFERENCES WITH CLAIMANTS RE: WITHDRAWAL OF THEIR RESPONSES (1.3); ANALYZE CLAIMS TEAM CORRESPONDENCE RE: NEW FILINGS AND REVISE WITHDRAWAL CHART RE: SAME (0.1). |
| KAHN MT | 07/27/07 | 0.30 | ANALYZE NOTICE OF TRANSFER RE: PANASONIC AUTOMOTIVE CLAIM (0.2); ANALYZE LATEST PLEADINGS ON DOCKET AND UPDATE WITHDRAWAL CHART RE: FOLLOW-UP NEEDED (0.1). |
| KAHN MT | 07/30/07 | 1.00 | TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (1.0). |
| KAHN MT | 07/31/07 | 1.80 | REVISE STIPULATIONS AND SETTLEMENT AGREEMENTS (0.5); CORRESPONDENCE WITH CLAIMANTS RE: CLAIM AGREEMENTS TO BE SIGNED (0.3); ANALYZE CLAIMS TEAM CORREPSONDENCE (0.1); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (0.4); BEGIN ANALYZING PBR CLAIMS (0.5). |

**56.90**

B43E

| PERL MW | 07/02/07 | 8.40 | REVIEW SETTLEMENT STIPULATION TEMPLATES (0.3); REVIEW INQUIRY FROM TAXING AUTHORITY RE: CLAIMS OBJECTION AND CONSIDER RESPONSE, INCLUDING INQUIRY RE: SAME (0.4); STRATEGIZE WITH WORKING GROUP RE: VARIOUS TAXING CLAIMS RESEARCH ISSUES (1.1); COORDINATE RE: FOLLOW UP RESEARCH IN CONNECTION WITH SAME (0.4); CONSIDER ISSUES RE: RESOLVING TAX CLAIMS AND POTENTIAL RAMIFICATIONS FOR PLAN OF REORGANIZATIONS (0.6); TELECONFERENCES WITH WORKING GROUP RE: SAME (0.3, 0.2); REVIEW PRECEDENT PLANS OF REORGANIZATION IN CONNECTION WITH SAME (0.5); REVIEW BOSCH MOTION AND RELATED DOCUMENTS (1.1); REVIEW RESEARCH RE: AMENDING CLAIMS AND LATE FILED CLAIMS (1.4); FOLLOW UP RESEARCH IN CONNECTION WITH SAME (1.3); COORDINATE AND STRATEGIZE RE: FOLLOW UP RESEARCH IN CONNECTION WITH SAME (0.6); CORRESPOND WITH WORKING GROUP RE: SAME (0.2). |
|---|---|---|---|
| PERL MW | 07/03/07 | 4.40 | TELECONFERENCE WITH WORKING GROUP RE: BOSCH MOTION TO AMEND (0.7); REVIEW RESEARCH AND MATERIALS AND CONSIDER STRATEGY IN CONNECTION WITH BOSCH MOTION TO AMEND (3.7). |
| PERL MW | 07/05/07 | 6.40 | TELECONFERENCE WITH WORKING GROUP RE: STRATEGY FOR BOSCH'S MOTION TO AMEND (0.8); TELECONFERENCES WITH WORKING GROUP RE: RESEARCH IN CONNECTION WITH SAME (0.3, 0.2); CONTINUE RESEARCH IN CONNECTION WITH BOSCH MOTION TO AMEND CLAIM (2.9); REVIEW AND CONSIDER ISSUES IN CONNECTION WITH RESOLVING TAX CLAIMS (0.5); MEET WITH WORKING GROUP RE: STATUTE OF LIMITATION RESEARCH IN CONNECTION WITH TAX CLAIM AND FOLLOW UP RE: SAME (0.8); STRATEGIZE RE: LIEN RIDE THROUGH IN CONNECTION WITH TAX CLAIMS (0.5) AND FOLLOW UP RESEARCH RE: SAME (0.4). |
| PERL MW | 07/06/07 | 5.30 | STRATEGIZE WITH WORKING GROUP RE: RESEARCH IN CONNECTION WITH STATUTE OF LIMITATIONS AND TAX CLAIM (0.6); REVIEW RESEARCH IN CONNECTION WITH SAME (0.5); CONTINUE RESEARCH IN CONNECTION WITH BOSCH'S MOTION TO AMEND CLAIM (4.2). |

B43E

| PERL MW | 07/09/07 | 8.90 | TELECONFERENCE WITH J. HOWARD FROM MONTGOMERY COUNTY, OH RE: RESPONSE TO CLAIMS OBJECTION (0.1); FOLLOW UP WITH J. HOWARD (0.1) AND WORKING GROUP (0.1) RE: SAME; REVIEW AND DILIGENCE VARIOUS TAX CLAIMS FOR UPCOMING CLAIMS OBJECTION (3.8); MEET WITH J. DELUCA TO REVIEW SAME (0.5); TELECONFERENCES WITH WORKING GROUP RE: MOTION TO AMEND BOSCH CLAIM (0.5); REVIEW RESEARCH IN CONNECTION WITH SAME (0.3); REVIEW IRS CLAIMS AND ISSUES IN CONNECTION WITH SAME (0.6); TELECONFERENCE (0.3) AND DRAFT CORRESPONDENCE TO WORKING GROUP RE: IRS AND CUSTOMS CLAIMS (0.6); BEGIN DRAFTING OBJECTION TO BOSCH'S MOTION TO AMEND CLAIM, INCLUDING REVIEW OF RESEARCH (2.0). |
|---|---|---|---|
| PERL MW | 07/10/07 | 13.40 | CONTINUE DRAFTING PRELIMINARY STATEMENT FOR OBJECTION TO BOSCH'S MOTION TO AMEND CLAIM (0.9); MEET WITH J. DELUCA RE: OUTSTANDING TAX CLAIMS ISSUES (0.6); PREPARE FOR TELECONFERENCE RE: OBJECTION TO BOSCH MOTION, INCLUDING PREPARING LIST OF INQUIRIES (0.5); PARTICIPATE IN TELECONFERENCE WITH W. COSNOWSKI AND WORKING GROUP RE: STRATEGY FOR OBJECTION (0.9); FOLLOW UP TELECONFERENCE WITH WORKING GROUP RE: SAME (0.4); FOLLOW UP RESEARCH IN CONNECTION WITH OBJECTION (1.8); REVIEW PATENTS AND EXHIBITS IN CONNECTION WITH SAME (0.6); REVIEW PROOFS OF CLAIM FILED BY BOSCH (0.4); CONTINUE TO DRAFT AND REVISE OBJECTION TO BOSCH MOTION (5.6); REVIEW AND PROVIDE COMMENTS TO SAME (1.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

PERL MW        07/11/07    10.40   CONTINUE TO WORK ON OBJECTION TO BOSCH'S
                                   MOTION TO AMEND (0.8); REVIEW 19TH
                                   OMNIBUS CLAIMS OBJECTION AND ORDER
                                   (0.8); REVIEW VARIOUS TAX CLAIMS
                                   RESPONSES, INCLUDING MIAMI-DADE COUNTY
                                   (0.4); TELECONFERENCES WITH M. THORNTON
                                   (MIAMI-DADE COUNTY) RE: RESPONSE TO
                                   CLAIMS OBJECTOR (0.1) AND FOLLOW UP
                                   CORRESPONDENCES WITH WORKING GROUP RE:
                                   SAME (0.2); STRATEGIZE WITH WORKING
                                   GROUP RE: RESEARCH IN CONNECTION WITH
                                   STATUTE OF LIMITATIONS IN CONNECTION
                                   WITH TAX CLAIMS (0.4); TELECONFERENCE
                                   WITH WORKING GROUP RE: TAX CLAIMS (0.3);
                                   REVIEW CORRESPONDENCE FROM S. GALE RE:
                                   TAX CLAIMS (0.1);  REVIEW PROOFS OF
                                   CLAIM IN CONNECTION WITH SAME AND
                                   CONSIDER NEXT STEPS (0.4); PROVIDE
                                   COMMENTS TO DRAFTED LANGUAGE EXPLAINING
                                   ISSUE RAISED IN BOSCH'S MOTION (0.3);
                                   FOLLOW UP RESEARCH RE: AMENDMENT OF
                                   CLAIM IN CONNECTION WITH BOSCH
                                   OBJECTION AND PROVIDE COMMENTS TO RIDER
                                   IN CONNECTION WITH SAME (1.8);
                                   STRATEGIZE WITH WORKING GROUP RE: BOSCH
                                   OBJECTION (0.7, 0.5); CONTINUE TO WORK
                                   ON BOSCH OBJECTION AND RELATED MATTERS
                                   (2.8); PREPARE TO CIRCULATE DRAFT
                                   INTERNALLY AND TO CLIENT FOR REVIEW,
                                   INCLUDING DRAFTING COVER EMAILS (0.4);
                                   CORRESPOND WITH WORKING GROUP RE:
                                   SERVICE OF BOSCH OBJECTION (0.4).

PERL MW        07/12/07    11.30   FINALIZE CIRCULATION OF DRAFT BOSCH
                                   OBJECTION FOR REVIEW AND COMMENT,
                                   INCLUDING TO CLIENT (0.2); REVIEW 19TH
                                   OMNIBUS CLAIMS OBJECTION RE: TAX CLAIMS
                                   (0.8); TELECONFERENCE WITH WORKING
                                   GROUP RE: SAME (0.2); MULTIPLE
                                   TELECONFERENCES WITH J. DELUCA RE: SAME
                                   (0.4, 0.1, 0.1); REVIEW VARIOUS PROOFS
                                   OF CLAIM IN CONNECTION WITH SAME (0.7);
                                   ATTENTION TO SERVICE AND NOTICE ISSUES
                                   IN PREPARATION FOR FILING OF BOSCH
                                   OBJECTION, INCLUDING REVIEW OF CASE
                                   MANAGEMENT ORDER (1.3); TELECONFERENCE
                                   WITH WORKING GROUP RE: BOSCH OBJECTION
                                   (0.7); WORK ON, PROVIDE COMMENTS AND
                                   REVISE BOSCH OBJECTION (5.7); REVIEW
                                   DECLARATION IN CONNECTION WITH SAME
                                   (0.4); STRATEGIZE RE: RESEARCH IN
                                   CONNECTION WITH TAX CLAIMS ISSUES
                                   (0.7).

B43E

| PERL MW | 07/13/07 | 11.80 | CONTINUE TO WORK ON AND REVISE OBJECTION TO BOSCH MOTION AND RELATED DECLARATION (3.3); TELECONFERENCE WITH W. COSNOWSKI RE: DECLARATION (0.4); MULTIPLE FOLLOW UP TELECONFERENCES WITH W. CONSOWSKI RE: SAME (0.3); CIRCULATE VARIOUS REVISED DRAFTS OF OBJECTION AND DECLARATION FOR REVIEW (0.2, 0.2); FOLLOW UP WITH K. CRAFT RE: BOSCH OBJECTION (0.1); REVIEW, REVISE AND UPDATE DECLARATION, INCLUDING COMPARISON TO OBJECTION (0.8); REVIEW ADDITIONAL COMMENTS PROVIDED BY W. COSNOWSKI FOR INCORPORATION INTO OBJECTION AND DECLARATION (0.3); REVIEW POTENTIAL EXHIBIT FOR INCORPORATION INTO OBJECTION AND STRATEGIZE WITH WORKING GROUP RE: INCORPORATION OF SAME (0.4); REVIEW AND PROVIDE COMMENTS TO EXHIBIT FORMAT FOR FILING (0.4); COORDINATE WITH WORKING GROUP RE: FILING AND SERVICE OF BOSCH OBJECTION (0.4); TELECONFERENCE WITH E. GERSHBEIN RE: SAME (0.1); REVIEW, REVISE, AND FINALIZE BOSCH OBJECTION FOR FILING, INCLUDING VARIOUS DISCUSSIONS AND CORRESPONDENCES WITH WORKING GROUP RE: SAME (4.7); REVIEW CORRESPONDENCES RE: TAX CLAIMS OBJECTIONS (0.2). |
|---|---|---|---|
| PERL MW | 07/15/07 | 0.30 | REVIEW CORRESPONDENCE FROM J. DELUCA RE: TAX CLAIMS AND CORRESPOND WITH WORKING GROUP RE: SAME (0.3). |
| PERL MW | 07/16/07 | 7.90 | TELECONFERENCE WITH D. MCGRAW RE: MADISON COUNTY TAX CLAIM (0.1); ATTENTION TO VARIOUS MATTERS IN CONNECTION WITH POTENTIAL CONTESTED HEARING ON BOSCH MOTION TO AMEND, INCLUDING HEARING/EXHIBIT PREPARATION (1.7); REVIEW OUTSTANDING ISSUES RE: TAX CLAIMS (0.6); REVIEW AND PROVIDE COMMENTS ON BOSCH SCRIPT AND PROFFER (1.3); REVIEW AND CONDUCT FOLLOW UP RESEARCH ON TAX CLAIM ISSUE RELATING TO STATUTE OF LIMITATIONS (2.5); STRATEGIZE WITH WORKING GROUP RE: SAME (1.2); REVIEW OF REVISED SCRIPT AND PROFFER RE: BOSCH MOTION (0.5). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| PERL MW | 07/17/07 | 5.80 | CONTINUE REVIEW OF AND REVISE SCRIPT AND PROFFER FOR BOSCH MOTION TO AMEND (0.5); STRATEGIZE WITH WORKING GROUP RE: HEARING PREPARATION FOR BOSCH (0.4); PARTICIPATE IN TELECONFERENCE WITH K. CRAFT, W. COSNOWSKI AND WORKING GROUP RE: BOSCH MOTION (0.3); TELECONFERENCE WITH G. TOERING AND WORKING GROUP RE: ADJOURNMENT OF BOSCH MOTION (0.2); MULTIPLE FOLLOW UP CALLS AND WORKING GROUP DISCUSSIONS RE: NEXT STEPS FOR BOSCH MATTER (1.0); REVIEW RESEARCH RE: PROOF OF CLAIM AND STATUTE OF LIMITATIONS IN CONNECTION WITH TAX CLAIM (0.5); STRATEGIZE WITH WORKING GROUP RE: SAME (0.3); REVIEW TAX CLAIMS RESPONSES AND PREPARE FOR NEXT STEPS (0.4); REVIEW VARIOUS CLAIMS FILED BY U.S. CUSTOMS (0.8); TELECONFERENCE WITH E. GERSHBEIN RE: SAME (0.1) AND DRAFT SUMMARY CORRESPONDENCE RE: CLAIMS (0.4); REVIEW POC, OBJECTION AND RESPONSE OF MADISON COUNTY AND BEGIN DRAFTING STIPULATION (0.9). |
|---------|----------|------|---|
| PERL MW | 07/18/07 | 3.60 | STRATEGIZE RE: PREPARATION FOR POSSIBLE CONTESTED HEARING ON BOSCH MOTION TO AMEND (0.6); FOLLOW UP WITH WORKING GROUP RE: SAME (0.4); COORDINATE RE: MEETING TO DISCUSS TAX CLAIM ISSUE WITH B. ADAMSON AND B. LUETHGHE (0.1); REVIEW TAX CLAIMS AND RESPONSES FOR RESOLUTION (0.6); TELECONFERENCE WITH N. MANN (NY DEP'T. OF TAXATION) RE: TAX CLAIM (0.1); REVIEW AND PROVIDE COMMENTS TO DRAFT ORDER RE: BOSCH MOTION TO AMEND AND RELATED EXHIBIT LIST (0.2); REVIEW PROPOSED LANGUAGE FOR POTENTIAL RESOLUTION OF BOSCH MATTER AND RELATED CORRESPONDENCE (0.2); REVIEW POC, OMNIBUS OBJECTION AND RESPONSE IN CONNECTION WITH CLAIM OF AMERICAN CASUALTY (0.4); PREPARE FOR (0.3) AND PARTICIPATE IN (0.3) TELECONFERENCE WITH M. O'CONNOR RE: AMERICAN CASUALTY CLAIM; PREPARE SETTLEMENT AGREEMENT AND STIPULATION FOR TAX CLAIM (0.4). |
| PERL MW | 07/19/07 | 1.30 | TELECONFERENCE WITH D. KENNEDY RE: U.S. CUSTOMS CLAIM AND INFORMATION RELATED TO SUCH CLAIMS (0.1); TELECONFERENCE WITH C. WILSON RE: AMERICAN CASUALTY AND CUSTOMS CLAIMS (0.3); STRATEGIZE WITH WORKING GROUP AND REVIEW INFORMATION RELATING TO TAX CLAIMS (0.6); REVIEW VARIOUS TAX CLAIMS AND RESPONSES (0.3). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PERL MW | 07/20/07 | 1.10 | CONTINUE TO PREPARE SETTLEMENT AGREEMENT AND STIPULATION RE: TAX CLAIM (0.3); PARTICIPATE IN WORKING GROUP MEETING RE: CLAIMS MATTERS (0.3) AND FOLLOW UP RE: SAME (0.2); REVIEW COMMENTS TO SETTLEMENT AGREEMENT AND STIPULATION RE: TAX CLAIM (0.1); TELECONFERENCE WITH V. THOMAS (FLA. TAXING AUTHORITY) RE: SETTLEMENT OF CLAIM (0.1) AND REVIEW DOCUMENTS IN CONNECTION WITH SAME (0.1). |
| PERL MW | 07/22/07 | 1.80 | REVIEW RESEARCH AND FOLLOW UP IN CONNECTION WITH TAX CLAIM AND STATUTE OF LIMITATION (1.8). |
| PERL MW | 07/23/07 | 4.90 | PREPARE FOR (0.4) AND PARTICIPATE IN TELECONFERENCE WITH B. LUETGHE AND B. ADAMSON RE: USE TAX PROOF OF CLAIM (0.6); FOLLOW UP WITH WORKING GROUP RE: SAME (0.4); RETRIEVE AND REVIEW CLAIM (0.1) AND DRAFT SUMMARY CORRESPONDENCE RE: SAME (0.2); CONSIDER OUTSTANDING TAX CLAIMS ISSUES RE: LIENS (0.3); REVISE SETTLEMENT AGREEMENT AND STIPULATION FOR MADISON COUNTY TAX CLAIM (0.4); REVIEW ADDITIONAL TAX CLAIM RESPONSES (0.6) AND CONSIDER ISSUES RE: SAME (0.3); CORRESPONDENCE WITH WORKING GROUP RE: TAX CLAIMS (0.1); REVIEW TAX CLAIM FILES, POCS, AND RESPONSES FOR POTENTIAL SETTLEMENTS (0.4); FINALIZE TAX CLAIM SETTLEMENT DOCUMENTS AND CORRESPOND WITH WORKING GROUP RE: SAME (0.5); REVIEW NOTES FROM CALLS WITH M. O'CONNOR AND C. WILSON RE: AMERICAN CASUALTY CLAIM (0.2); DRAFT SUMMARY CORRESPONDENCE RE: SAME (0.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW          07/24/07      7.90   TELECONFERENCES WITH J. DELUCA RE: TAX
                                      CLAIMS AND RELATED MATTERS (0.6, 0.2);
                                      TELECONFERENCE WITH N. MANN (NY DEP'T OF
                                      TAXATION) RE: CLAIM (0.1); STRATEGIZE
                                      WITH WORKING GROUP RE: RESOLVING TAX
                                      CLAIMS, INCLUDING POTENTIAL REVISIONS
                                      TO SETTLEMENT AGREEMENT (0.4); REVIEW
                                      AND ORGANIZE TAX CLAIMS RESPONSES
                                      (0.8); TELECONFERENCE WITH R. TARBUTTON
                                      (JOHNSON COUNTY, KS) RE: TAX CLAIM
                                      (0.1); PREPARE STIPULATIONS AND
                                      SETTLEMENT AGREEMENTS FOR VARIOUS
                                      CLAIMS (2.1); CORRESPONDENCES WITH
                                      WORKING GROUP RE: SAME (0.2); REVIEW AND
                                      REVISE SAME (0.4); REVIEW POCS,
                                      OBJECTIONS AND RESPONSES IN CONNECTION
                                      WITH SAME (0.8); REVIEW FILE ON ST.
                                      LOUIS, MO TAX CLAIMS (0.3); REVIEW
                                      CORRESPONDENCE FROM D. KENNEDY RE:
                                      CLAIMS AND CORRESPOND WITH C. WILSON RE:
                                      SAME (0.2); CONSIDER INQUIRY FROM
                                      HOWARD COUNTY, IN RE: CLAIM, REVIEW POC
                                      AND OBJECTION AND CORRESPOND WITH
                                      WORKING GROUP RE: SAME (0.4); DRAFT
                                      CORRESPONDENCE TO D. UNRUE, K. CRAFT AND
                                      WORKING GROUP RE: SAME, INCLUDING
                                      REVIEW OF RELEVANT DOCUMENTS (0.6);
                                      FINALIZE STIPULATIONS AND SETTLEMENT
                                      AGREEMENTS RE: TAX CLAIMS AND FORWARD
                                      FOR REVIEW WITH SUMMARY OF CLAIMS (0.7).

PERL MW          07/25/07      2.00   TELECONFERENCE WITH J. DELUCA RE: TAX
                                      CLAIMS (0.2); CORRESPOND WITH B.
                                      LUETHGE RE: HOWARD COUNTY, IN CLAIM
                                      (0.2); CONSIDER ISSUE IN CONNECTION
                                      WITH SAME AND FOLLOW UP CORRESPONDENCES
                                      WITH WORKING GROUP RE: SAME (0.4);
                                      TELECONFERENCE WITH WORKING GROUP RE:
                                      STIPULATION FOR SAME (0.1); FOLLOW UP
                                      CORRESPONDENCE WITH K. CRAFT, D. UNRUE,
                                      AND B. LEUTHGE RE: SAME (0.2); REVIEW
                                      CLAIM AND CORRESPOND WITH WORKING GROUP
                                      RE: POTENTIAL AGREEMENT (0.2); PREPARE
                                      DRAFT STIPULATION FOR RESOLVING SAME,
                                      INCLUDING REVIEW OF RELEVANT DOCUMENTS
                                      (0.6); REVIEW CORRESPONDENCES RE: TEXAS
                                      COMPTROLLER SETOFF ISSUE (0.1).

PERL MW          07/26/07      1.30   DRAFT CORRESPONDENCE TO D. UNRUE, K.
                                      CRAFT, AND B. LUETHGE RE: HOWARD COUNTY,
                                      IN CLAIM (0.1); FOLLOW UP
                                      TELECONFERENCES WITH B. LEUTHGE, D.
                                      UNRUE, AND K. CRAFT RE: SAME (0.2);
                                      REVISE DRAFT STIPULATION RE: SAME
                                      (0.1); TELECONFERENCE WITH M. MCCRORY
                                      RE: CLAIM OF HOWARD COUNTY, IN (0.2);
                                      FOLLOW UP WITH D. UNRUE, K. CRAFT, AND
                                      B. LUETHGE RE: SAME (0.1, 0.2); PREPARE
                                      DRAFT SETTLEMENT AGREEMENT AND
                                      STIPULATION FOR JOHNSON COUNTY, KS
                                      CLAIM, INCLUDING REVIEW OF DOCUMENTS
                                      (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW          07/27/07        1.00   TELECONFERENCE WITH B. FOX RE: ST.
                                        LOUIS, MO CLAIM (0.1); TELECONFERENCE
                                        WITH M. MCCRORY RE: HOWARD COUNTY, IN
                                        CLAIM (0.2); TELECONFERENCE WITH K.
                                        CRAFT (0.1); B. LUETHGE (0.1) AND
                                        WORKING GROUP (0.2) RE: SAME; REVIEW
                                        CORRESPONDENCE AND FOLLOW UP WITH D.
                                        UNRUE AND WORKING GROUP RE: SAME (0.2);
                                        TELECONFERENCE WITH B. ADAMSON RE: OHIO
                                        USE TAX CLAIM (0.1).

PERL MW          07/29/07        0.20   CORRESPONDENCE WITH WORKING GROUP RE:
                                        TAX CLAIM ISSUE (0.2).

PERL MW          07/30/07        0.10   TELECONFERENCE WITH M. OWENS RE: HOWARD
                                        COUNTY, IN CLAIM (0.1).

                               119.50

PLATT SJ         07/02/07       11.50   UPDATE CLAIMS CALENDAR (0.2); UPDATE
                                        CLAIMS TASK LIST (0.3); RESPOND TO
                                        MESSAGES LEFT ON DELPHI LEGAL HOTLINE
                                        (0.1); CORRESPOND WITH CLAIMANTS RE:
                                        PENDING SETTLEMENTS (1.3); UPDATE
                                        HEARING PLANNER AND TRACKING CHART TO
                                        INCLUDE CLAIMS ADJOURNED FROM THE 13TH,
                                        14TH, AND 15TH OMNIBUS CLAIMS OBJECTION
                                        (4.8); REVISE VARIOUS SETTLEMENT
                                        DOCUMENTS (0.7); COMPILE SETTLEMENT
                                        AUTHORITY CHART (1.2); REVIEW
                                        TIMELINESS DECLARATIONS RECEIVED FROM
                                        CLAIMANTS (0.1); RESEARCH RE: RELATION
                                        BACK IN PREPARATION FOR BOSCH MOTION
                                        (2.8).

PLATT SJ         07/03/07        9.60   REVIEW EXECUTIVE SUMMARY RE: CLAIM OF
                                        VIASYSTEMS (0.1); CONTINUE RESEARCH IN
                                        PREPARATION FOR OBJECTION TO BOSCH
                                        MOTION (8.4); DISCUSS PENDING CLAIMS
                                        ISSUES (0.6); REVIEW AND LOG TIMELINESS
                                        DECLARATIONS RECEIVED FROM VARIOUS
                                        CLAIMANTS (0.1); RESPOND TO MESSAGES
                                        LEFT ON DELPHI LEGAL HOTLINE (0.4).

PLATT SJ         07/05/07        7.30   REVIEW ENTERED ORDERS RE: 13TH, 14TH,
                                        AND 15TH OMNIBUS CLAIMS OBJECTIONS AND
                                        NOTE CHANGES MADE BY JUDGE (0.2);
                                        CONTINUE RESEARCHING RELATION BACK IN
                                        PREPARATION FOR OBJECTION TO BOSCH
                                        MOTION, AND OUTLINE FINDINGS (6.6);
                                        RESPOND TO MESSAGES LEFT ON DELPHI LEGAL
                                        HOTLINE (0.5).

PLATT SJ         07/06/07        6.60   REVIEW AND LOG CLAIMS TIMELINESS
                                        DECLARATIONS (0.2); CONTINUE RESEARCH
                                        IN PREPARATION FOR OBJECTION TO BOSCH
                                        MOTION (4.1); RESPOND TO MESSAGES LEFT
                                        ON DELPHI LEGAL HOTLINE, AND CALLS FROM
                                        CLAIMSTS RE: 17TH OMNIBUS CLAIMS
                                        OBJECTION (1.5); REVIEW AND FORWARD
                                        PROOFS OF CLAIM FILED BY HERITAGE AFTER
                                        SPEAKING WITH OPPOSING COUNSEL (0.3);
                                        UPDATE CLAIMS TASK LIST (0.2);
                                        PARTICIPATE IN CLAIMS WORKING GROUP
                                        MEETING (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PLATT SJ          07/07/07          2.40    UPDATE CLAIMS TASK LIST (1.1); CONTINUE
                                            RESEARCH FOR OBJECTION TO BOSCH MOTION
                                            (1.3).

PLATT SJ          07/08/07          1.50    CONTINUE RESEARCH FOR OBJECTION TO
                                            BOSCH MOTION (1.5).

PLATT SJ          07/09/07         11.70    RESPOND TO CLAIMANT INQUIRIES RE: 17TH
                                            OMNIBUS CLAIMS OBJECTION AND OTHER
                                            MESSAGES LEFT ON DELPHI LEGAL HOTLINE
                                            (1.0); UPDATE HEARING PLANNER (0.1);
                                            SEEK ADDITIONAL INFORMATION RE: PENDING
                                            CLAIMS INQUIRIES (2.1);
                                            TELECONFERENCES WITH D. EVANS, D.
                                            BREWER, AND CLAIMANT TO GATHER
                                            ADDITIONAL INFORMATION RE: VIA SYSTEMS
                                            CLAIM (2.2); REVISE SETTLEMENT
                                            DOCUMENTS FOR ON SEMICONDUCTOR CLAIM
                                            (0.9); BEGIN DRAFTING OBJECTION TO
                                            BOSCH MOTION (5.4).

PLATT SJ          07/10/07         13.30    DRAFT HE SERVICES NOTICE OF ADJOURNMENT
                                            (0.2); FOLLOW UP WITH OPPOSING COUNSEL
                                            AS TO STATUS OF OUTSTANDING SETTLEMENT
                                            DOCUMENTS (0.4); RESPOND TO MESSAGES
                                            LEFT ON DELPHI LEGAL HOTLINE (0.4);
                                            TELECONFERENCE WITH W. COSNOWSKI RE:
                                            BOSCH OBJECTION, AND FOLLOW UP AFTER
                                            CALL (1.4); REVISE BOSCH OBJECTION
                                            (10.9).

PLATT SJ          07/11/07          9.00    DRAFT REPLIES TO OBJECTIONS TO 16TH AND
                                            17TH OMNIBUS CLAIMS OBJECTIONS (1.7);
                                            UPDATE HEARING PLANNER (0.8); DRAFT
                                            SETTLEMENT DOCUMENTS RE: SCHULTE CLAIM
                                            (0.8); TELECONFERENCE WITH CLAIMANT VIA
                                            SYSTEMS (0.1); DISTRIBUTE SETTELMENT
                                            DOCUMENTS TO CLAIMANTS FOR
                                            CONSIDERATION (0.9); FOLLOW UP ON
                                            PENDING SETTLEMENTS (0.3); CONTINUED
                                            RESEARCH FOR AND REVISION OF BOSCH
                                            OBJECTION (4.3); REVIEW AND LOG
                                            TIMELINESS DECLARATIONS (0.1).

PLATT SJ          07/12/07         12.10    FOLLOW UP ON PENDING CLAIMS INQUIRIES
                                            RE: OUTSTANDING SETTLEMENTS (1.9);
                                            REVIEW EXECUTIVE SUMMARIES FROM CLIENT
                                            (1.8); RESPOND TO EMAIL AND TELEPHONE
                                            INQUIRIES FROM VARIOUS CLAIMANTS (1.3);
                                            DRAFT NOTICES OF PRESENTMENT (0.4);
                                            RESEARCH FOR AND REVISE BOSCH OBJECTION
                                            (6.7).

PLATT SJ          07/13/07         10.40    REVISE AND FINALIZE BOSCH OBJECTION,
                                            DECLARATION AND EXHIBITS (9.3);
                                            TELECONFERENCE WITH COUNSEL FOR
                                            VIASYSTEMS AND FOLLOW UP CALL WITH
                                            CLIENT RE: SAME (0.4); CONTACT OPPOSING
                                            COUNSEL RE: STATUS OF OUTSTANDING
                                            SETTLEMENT DOCUMENTS (0.3); RESEARCH
                                            RE: SECTION 157(D) (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PLATT SJ | 07/16/07 | 6.40 | REVISE PANASONIC NOTICE OF PRESENTMENT (0.1); DRAFT SCRIPT AND PROFFER AND PREPARE DOCUMENTS FOR HEARING ON BOSCH MOTION TO AMEND (3.9); PARTICIPATE IN MULTIPLE TELECONFERENCES RE: VIASYSTEMS CLAIM (0.8); REVIEW STATUS OF PENDING SETTLEMENTS AND CONTACT OPPOSING COUNSEL (0.5); TELECONFERENCE WITH D. UNRUE AND CLAIMS TEAM RE: PENDING CLAIMS (0.3); UPDATE CLAIMS CALENDAR (0.1); REVISE SETTLEMENT DOCUMENTS FOR ON SEMICONDUCTOR CLAIM (0.4); REVIEW AND SUMMARIZE CLAIMS TIMELINESS DECLARATIONS (0.3). |
|---|---|---|---|
| PLATT SJ | 07/17/07 | 5.60 | REVISE REPLIES AND ORDERS FOR 16TH AND 17TH OMNIBUS CLAIMS OBJECTIONS (1.6); TELECONFERENCES WITH CLIENT, OPPOSING COUNSEL RE: BOSCH MOTION AND DRAFT PROPOSED ORDER AND EXHIBIT LIST (2.5); REVIEW STATUS OF OUTSTANDING SETTLEMENT DOCUMETNS (0.3); REVISE SETTLEMENT DOCUMENTS RE: ON SEMICONDUCTOR (0.7); UPDATE HEARING PLANNER (0.5). |
| PLATT SJ | 07/18/07 | 4.50 | PREPARE FOR HEARING ON BOSCH MOTION AND DRAFT STIPULATION (1.8); TELECONFERENCE WITH CLAIMANT (0.1); REVIEW STATUS AND WORK TO SETTLE CLAIMS (1.6); DRAFT SCRIPT FOR CLAIMS HEARING (1.0). |
| PLATT SJ | 07/19/07 | 2.50 | REVISE SETTLEMENT DOCUMENTS (0.6); REVISE BOSCH STIPULATION (0.7); UPDATE CLAIMS TASK LIST (0.6); RESPOND TO MESSAGES LEFT ON DELPHI LEGAL HOTLINE (0.6). |
| PLATT SJ | 07/20/07 | 4.30 | ASSESS CLAIMS TIMELINESS DECLARATION, AND COMPILE DATA (2.2); REVIEW STATUS OF SETTLEMENTS AND REVISE DOCUMENTS (1.7); PARTICIPATE IN CLAIMS WORKING GROUP MEETING (0.4). |
| PLATT SJ | 07/22/07 | 1.80 | REVISE SETTLEMENT DOCUMENTS (1.8). |
| PLATT SJ | 07/23/07 | 5.80 | REVIEW STATUS OF PENDING SETTLEMENTS AND CONTACT CLAIMANTS (5.0); RESPOND TO MESSAGES LEFT ON DELPHI LEGAL HOTLINE (0.5); DRAFT NOTICES OF ENTRY OF ORDERS FOR 16TH AND 17TH OMNIBUS CLAIMS OBJECTIONS (0.3). |
| PLATT SJ | 07/24/07 | 4.70 | REVIEW EXECUTIVE SUMMARIES AND CONTACT CLAIMANTS TO PROPOSE SETTLEMENT (2.1); REVIEW STATUS OF PENDING SETTLEMENTS (0.4); REVIEW AND RESPOND TO EMAIL FROM C. BROWN RE: VIASYSTEMS CLAIM (0.2); TELECONFERENCE WITH CLAIMANTS (0.3); REVISE SETTLEMENT DOCUMENTS (0.8); UPDATE HEARING PLANNER (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PLATT SJ | 07/25/07 | 6.10 | UPDATE CLAIMS CALENDAR (0.2); RESPOND TO MESSAGES LEFT ON DELPHI LEGAL HOTLINE (0.6); DRAFT STIPULATION RE: BANK OF AMERICA CLAIMS (0.7); COMPILE CHART RE: SETTLEMENT AUTHORIZATION FOR 16TH AND 17TH OMNIBUS OBJECTION CLAIMS (2.5); TELECONFERENCE WITH CLAIMANT'S COUNSEL RE: TESA AG CLAIM (0.1); UPDATE HEARING PLANNER (0.9); UPDATE TRACKING CHART (0.5); TELECONFERENCE AND FOLLOW-UP LETTER WITH CLAIMANT (0.6). |
| PLATT SJ | 07/26/07 | 3.40 | UPDATE TRACKING CHART (2.0); TELECONFERENCES WITH CLAIMANTS AND RECIRCULATE SETTLEMENT DOCUMENTS (1.4). |
| PLATT SJ | 07/27/07 | 2.70 | REVISE VARIOUS SETTLEMENT DOCUMENTS (1.4); UPDATE TRACKING CHART (0.5); REVIEW DOCUMENTS RE: SOLECTRON CLAIM AND CONTACT OPPOSING COUNSEL (0.8). |
| PLATT SJ | 07/30/07 | 2.20 | REVISE SETTLEMENT DOCUMENTS RE: BEHR CLAIM (0.3); REVIEW AND UPDATE STATUS OF CLAIMS (1.0); REVIEW ORDERS ENTERED BY COURT (0.2); TELECONFERENCES WITH D. UNRUE AND WITH OPPOSING COUNSEL RE: SOLECTRON CLAIM (0.4); EMAIL OPPOSING COUNSEL RE: COMPTROL CLAIM (0.1); RESPOND TO MESSAGES LEFT ON DELPHI LEGAL HOTLINE (0.2). |
| PLATT SJ | 07/31/07 | 4.40 | REVIEW STATUS OF PENDING SETTLEMENTS AND DRAFT EMAILS TO OPPOSING COUNSEL RE: VARIOUS CLAIMS MATTERS (2.0); UPDATE CLAIMS CALENDAR (0.6); REVISE VARIOUS SETTLEMENT DOCUMENTS (1.8). |
| | | **149.80** | |
| SAMOLE RM | 07/05/07 | 9.40 | RESEARCH RE: ESTIMATION OF CLAIMS (5.3); BEGIN DRAFTING MEMO RE: SAME (4.1). |
| SAMOLE RM | 07/09/07 | 2.10 | TELECONFERENCE RE: ESTIMATION OF CLAIMS WITH WORKING GROUP (2.1). |
| SAMOLE RM | 07/12/07 | 6.50 | FURTHER RESEARCH RE: 502(J) (3.0); PREPARE FOLLOW UP MEMO RE: SAME (3.5). |
| SAMOLE RM | 07/16/07 | 0.70 | REVISE ESTIMATION MEMO (0.7). |
| | | **18.70** | |
| VAN GELDER A | 07/05/07 | 2.30 | CONTINUE REVIEW OF MATERIALS RELEVANT TO RENO DAMAGES BRIEF (0.5); BEGIN LEGAL RESEARCH RE: THE SAME (1.8). |
| VAN GELDER A | 07/06/07 | 4.10 | EDIT AND DRAFT NEW PORTIONS OF HES AMENDED SUPPLEMENTAL REPLY (4.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

VAN GELDER A     07/09/07     6.00   BEGIN DRAFTING RENO DAMAGES BRIEF AND
                                     RESEARCH RELEVANT CASE LAW IN
                                     CONNECTION WITH THE SAME (5.3);
                                     TELECONFERENCE WITH W. LOCRICCHIO RE:
                                     STATUS OF HES INVOICE RECONCILATION
                                     (0.3); REVIEW EMAILS RE: THE SAME (0.4).

VAN GELDER A     07/10/07     7.70   CONTINUE DRAFTING RENO DAMAGES BRIEF
                                     AND RESEARCH RELEVANT CASE LAW IN
                                     CONNECTION WITH THE SAME (7.7).

VAN GELDER A     07/11/07     3.50   CONTINUE DRAFTING RENO DAMAGES BRIEF
                                     AND RESEARCH CASE LAW IN CONNECTION WITH
                                     THE SAME (3.5).

VAN GELDER A     07/12/07     2.30   FINISH DRAFTING AND EDIT RENO DAMAGES
                                     BRIEF (2.3).

VAN GELDER A     07/13/07     2.70   RESEARCH AWARDS OF INTEREST IN ERISA
                                     CASES IN CONNECTION WITH RENO DAMAGES
                                     BRIEF (2.7).

VAN GELDER A     07/16/07     9.30   UPDATE RESEARCH ON CHERRY GMBH MATTER IN
                                     LIGHT OF BREAK DOWN IN SETTLEMENT
                                     NEGOTIATIONS AND CREATE TIMELINE OF
                                     EVENTS AND OUTLINE OF LEGAL ANALYSIS IN
                                     CONNECTION WITH THE SAME (6.4);
                                     TELECONFERENCE WITH C. BIVEN IN
                                     CONNECTION WITH THE SAME (0.3);
                                     RESEARCH PREJUDGMENT INTEREST RATES IN
                                     CONNECTION WITH THE RENO DAMAGES BRIEF
                                     AND DRAFT RIDER TO BRIEF IN CONNECTION
                                     WITH THE SAME (2.6).

VAN GELDER A     07/17/07     5.50   CONTINUE UPDATING LEGAL RESEARCH
                                     RELEVANT TO CHERRY GMBH CLAIM AND UPDATE
                                     LEGAL ANALYSIS OUTLINE IN CONNECTION
                                     WITH THE SAME (2.8); CONFER WITH C.
                                     BIVEN RE: FACTS RELEVANT TO CHERRY GMBH
                                     MATTER (0.3); RESEARCH ATTORNEY'S FEE
                                     AWARDS IN CONNECTION WITH RENO DAMAGES
                                     BRIEF AND DRAFT RIDER TO BRIEF IN
                                     CONNECTION WITH THE SAME (2.4).

VAN GELDER A     07/18/07     4.10   RESEARCH APPLICATION OF PERCENTAGE
                                     REDUCTIONS IN ATTORNEY'S FEES IN
                                     CONNECTION WITH RENO DAMAGES BRIEF AND
                                     DRAFT RIDER TO BRIEF IN CONNECTION WITH
                                     THE SAME (2.3); RESEARCH POTENTIAL
                                     ABANDONMENT OF THE LODESTAR APPROACH IN
                                     CONNECTION WITH RENO DAMAGES BRIEF
                                     (1.8).

VAN GELDER A     07/19/07     7.80   REVISE AND DRAFT NEW PORTIONS OF THE
                                     LOCRICCHIO DECLARATION IN CONNECTION
                                     WITH THE HE SERVICES CLAIM AND REVIEW
                                     EMAILS AND SPREADSHEETS IN CONNECTION
                                     WITH THE SAME (6.8); TELECONFERENCE
                                     WITH W. LOCRICCHIO IN CONNECTION WITH
                                     THE SAME (0.4); DRAFT RIDER TO RENO
                                     DAMAGES BRIEF (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

VAN GELDER A      07/20/07      3.10   TELECONFERENCE WITH W. LOCRICCHIO IN
                                       CONNECTION WITH UPDATING AFFIDAVIT
                                       (0.6); UPDATE LOCRICCHIO AFFIDAVIT
                                       (0.4); EDIT AND COMPILE LOCRICCHIO
                                       EXHIBITS (1.8); CORRESPOND WITH
                                       WITNESSES RE: RESCHEDULING HEARING DATE
                                       (0.3).

VAN GELDER A      07/23/07      1.60   UPDATE DAWE DECLARATION AND REVIEW
                                       PURCHASE ORDERS IN CONNECTION WITH THE
                                       SAME (1.6).

VAN GELDER A      07/24/07      5.20   EDIT AND REVISE HE SERVICES
                                       SUPPLEMENTAL REPLY AND REVIEW CASE
                                       MATERIALS IN CONNECTION WITH THE SAME
                                       (5.2).

VAN GELDER A      07/25/07      4.70   ASSEMBLY UNREDACTED DAWE EXHIBITS
                                       (1.2); REVISE AND EDIT HE SERVICES
                                       SUPPLEMENTAL REPLY AND REVIEW CASE
                                       MATERIALS IN CONNECTION WITH THE SAME
                                       (3.5).

VAN GELDER A      07/27/07      3.30   CONTINUE TO REVISE AND EDIT HES
                                       SUPPLEMENTAL REPLY AND REVIEW CASE
                                       MATERIALS IN CONNECTION WITH THE SAME
                                       (3.3).

VAN GELDER A      07/30/07      6.50   CONTINUE EDITING HE SERVICES
                                       SUPPLEMENTAL REPLY AND CONDUCT RESEARCH
                                       IN CONNECTION WITH THE SAME (3.8); DRAFT
                                       RIDER TO REPLY IN CONNECTION WITH THE
                                       SAME (1.6); CORRESPOND WITH WITNESSES
                                       RE: RESCHEDULED HEARING DATE (0.7);
                                       REVIEW LETTER TO MASTROMARCO RE:
                                       DEPOSITION SCHEDULING (0.4).

VAN GELDER A      07/31/07      3.20   REVIEW SAMPLE EXHIBIT LIST AND CASE
                                       MATERIALS IN CONNECTION WITH SELECTING
                                       EXHIBITS (3.2).

                               82.90

WHARTON JN        07/02/07      3.00   WORK ON FINALIZING SETTLEMENT AGREEMENT
                                       WITH L&W ENGINEERING (0.2);
                                       TELECONFERENCE WITH R. HEILMAN, COUNSEL
                                       TO L&W, RE: SAME (0.2); REVIEW AND
                                       UPDATE CLAIMS TASK LIST (0.9); WORK ON
                                       18TH (0.2) AND 19TH (0.3) OMNIBUS CLAIMS
                                       OBJECTION; PREPARE FOR MEETING TO
                                       DISCUSS CLAIMS STRATEGY IN PLAN CONTEXT
                                       (0.3); FORMULATE STRATEGY RE: SERVICE
                                       OF CLAIMS OBJECTIONS (0.3); WORK ON
                                       OBJECTION TO MOTION OF BOSCH GMBH TO
                                       AMEND PROOF OF CLAIM (0.4); WORK ON
                                       SETTLEMENT WITH ULTRATECH (0.2).

| WHARTON JN | 07/03/07 | 4.80 | CONTINUE WORK ON SETTLEMENTS OF CLAIMS OF HITACHI (0.2), AMROC/FASTENAL (0.2), INTERMET (0.2); PREPARE FOR LITIGATION OF MSX CLAIM (0.4); WORK ON OBJECTION TO MOTION OF BOSCH GMBH TO AMEND PROOF OF CLAIM (0.3); FORMULATE STRATEGY RE: WITHDRAWALS OF CLAIMS (0.3), SERVICE OF OBJECTIONS (0.3), SETTLING CLAIMS (0.3); REVIEW DOCKET RE: CLAIMS-RELATED ITEMS (0.3); CONTINUE TO REVIEW AND UPDATE CLAIMS TASK LIST (1.2); CONTINUE WORK ON 18TH (0.3) AND 19TH (0.4) OMNIBUS CLAIMS OBJECTIONS; REVIEW NOTICES OF ENTRY OF ORDERS RE: OMNIBUS CLAIMS OBJECTIONS (0.4). |
|---|---|---|---|
| WHARTON JN | 07/05/07 | 1.90 | CONTINUE WORK ON 18TH (0.2) AND 19TH (0.2) OMNIBUS CLAIMS OBJECTIONS, OBJECTION TO ROBERT BOSCH GMBH'S MOTION TO AMEND PROOF OF CLAIM (0.5), PREPARATION FOR LITIGATION OF CLAIM OF MSX (0.2), AND SETTLEMENT AGREEMENT RE: CLAIM OF MOTION INDUSTRIES (0.1); REVIEW AND UPDATE CLAIMS TASK LIST (0.4); REVIEW NOTICES OF PRESENTMENT OF JOINT STIPULATIONS AND AGREED ORDERS RESOLVING CLAIMS (0.3). |
| WHARTON JN | 07/06/07 | 7.30 | REVIEW BRIEF RE: RENO CLAIM (0.2); CONTINUE WORK ON 18TH (0.2) AND 19TH (0.2) OMNIBUS CLAIMS OBJECTIONS, OMNIBUS REPLIES TO RESPONSES TO 16TH (0.2) AND 17TH (0.4) OMNIBUS CLAIMS OBJECTIONS, REVIEW AND UPDATE CLAIMS TASK LIST (1.7), REVIEW RESPONSES TO 16TH AND 17TH OMNIBUS CLAIMS OBJECTIONS (0.7), OBJECTION TO ROBERT BOSCH GMBH'S MOTION TO AMEND PROOF OF CLAIM (0.3), WORK ON SETTLEMENT AGREEMENT RE: CLAIM OF INTERMET CORPORATION (0.2), WORK ON SETTLEMENT AGREEMENT RE: CLAIMS OF PERSONAL INJURY CLAIMANTS (0.3); REVIEW SECTION OF PRESENTATION TO STATUTORY COMMITTEES RE: CLAIMS ADMINISTRATION PROCESS (0.3), STIPULATION RE: CLAIM OF HB PERFORMANCE (0.1); FORMULATE STRATEGY RE: JULY OMNIBUS HEARING RE: 16TH AND 17TH OMNIBUS CLAIMS OBJECTIONS (0.4); TELECONFERENCE WITH A. WINCHELL OF TOGUT, SEGAL & SEGAL RE: CLAIMS (0.2); ANALYZE AND WORK TO RESOLVE CLAIMS OF HERITAGE INTERACTIVE SERVICES (0.2), ACE INSURANCE COMPANIES (0.2); FORMULATE STRATEGY RE: CLAIMS OF TAXING AUTHORITIES (0.5) AND FUTURE OMNIBUS CLAIMS OBJECTIONS (0.4); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.3); REVIEW CLAIMS-RELATED CORRESPONDENCE (0.3). |

B43E

WHARTON JN        07/08/07        5.10    REVIEW AND REVISE CHART SUMMARIZING
                                          RESPONSES TO 17TH OMNIBUS CLAIM
                                          OBJECTION (0.5); CONTINUE WORK ON
                                          OBJECTION TO BOSCH MOTION TO AMEND PROOF
                                          OF CLAIM (0.5); FORMULATE STRATEGY RE:
                                          WITHDRAWALS OF CLAIMS (0.3); REVIEW AND
                                          UPDATE CLAIMS TASK LIST (1.4); CONTINUE
                                          WORK ON SETTLEMENT AGREEMENT RE: CLAIMS
                                          OF MOTION INDUSTRIES (0.5) AND ON
                                          SEMICONDUCTOR (0.4); FORMULATE
                                          STRATEGY RE: TREATMENT OF CLAIMS UNDER
                                          PLAN OF REORGANIZATION (0.3); ANALYZE
                                          AND WORK TO RESOLVE CLAIMS OF VISTEON
                                          (0.2); CONTINUE WORK ON 18TH (0.4) AND
                                          19TH OMNIBUS CLAIMS OBJECTIONS (0.6).

WHARTON JN        07/09/07        8.80    ANALYZE CLAIMS OF KEN MAC (0.1),
                                          VIASYSTEMS (0.5), HERITAGE INTERACTIVE
                                          SERVICES (0.4), BENEKE KALIKO (0.1),
                                          TOWER AUTOMOTIVE (0.1), VICTORY
                                          PACKAGING (0.1), MONTGOMERY COUNTY
                                          (0.1), VISTOEN (0.3), PEUGEOT JAPY
                                          (0.1), AND TDK (0.1); TELECONFERENCES
                                          WITH D. UNRUE OF DELPHI RE: CLAIMS
                                          ISSUES (0.6); TELECONFERENCE WITH A.
                                          GORVINO OF AIG, RE: OBJECTION TO AIG'S
                                          CLAIM (0.2); FORMULATE STRATEGY RE:
                                          TREATMENT OF CLAIMS UNDER PLAN OF
                                          REORGANIZATION (0.2) AND FUTURE OMNIBUS
                                          CLAIMS OBJECTIONS (0.2); WORK ON
                                          SETTLEMENT AGREEMENT RE: CLAIMS OF L&W
                                          ENGINEERING (0.4), ON SEMICONDUCTOR
                                          (0.1), INTERMET (0.1), AND CHERRY GMBH
                                          (0.1); WORK ON DRAFT JOINT STIPULATIONS
                                          AND AGREED ORDERS RE: CLAIMS OF JP
                                          MORGAN (0.8), PANASONIC (0.1);
                                          TELECONFERENCE WITH J. BENTLEY, COUNSEL
                                          TO PANASONIC, RE: STIPULATION (0.1);
                                          REVIEW DRAFT OF JOINT STIPULATION AND
                                          AGREED ORDER RE: CLAIM OF HB PERFORAMNCE
                                          (0.2); WORK ON OBJECTION TO BOSCH'S
                                          MOTION TO AMEND PROOF OF CLAIM (0.7);
                                          TELECONFERENCE WITH G. TOERING, COUNSEL
                                          TO BOSCH, RE: SAME (0.3);
                                          TELECONFERENCE WITH W. COSNOWSKI OF
                                          DELPHI RE: BOSCH MOTION TO AMEND PROOF
                                          OF CLAIM (0.4); REVIEW DOCKET RE:
                                          CLAIMS-RELATED PLEADINGS (0.2);
                                          CONTINUE WORK ON 18TH (0.3) AND 19TH
                                          (0.3) OMNIBUS CLAIMS OBJECTIONS; REVIEW
                                          RESPONSES RE: 17TH OMNIBUS CLAIMS
                                          OBJECTION (0.6) AND REVIEW CHART
                                          SUMMARIZING SUCH RESPONSES (0.3);
                                          FORMULATE STRATEGY RE: WITHDRAWALS OF
                                          CLAIMS (0.3) AND TREATMENT OF SECURED
                                          CLAIMS (0.1); TELECONFERENCE WITH K.
                                          KUBY OF FTI RE: CLAIMS ISSUES (0.1);
                                          REVIEW CASE ADMINISTRATION TASK LIST
                                          RE: CLAIMS MATTERS (0.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN    07/10/07    11.00    ANALYZE CLAIMS OF PEUGEOT JAPY (0.2),
WESTWOOD (0.1); SIERRA LIQUIDITY (0.2),
UNIVERSAL TOOL (0.2); TELECONFERENCE
WITH D. JACKSON, KENTUCKY DEPARTMENT OF
REVENUE RE: CLAIM (0.1); TELECONFERENCE
WITH D. LEVIN, COUNSEL TO AIG, RE: CLAIM
(0.2) AND ANALYZE AIG CLAIM (0.2);
REVIEW CORRESPONDENCE WITH TECHNOLOGY
PROPERTIES RE: CLAIM (0.2);
TELECONFERENCE WITH D. UNRUE OF DELPHI
AND T. BEHNKE OF FTI RE: CLAIMS ISSUES
(0.6); WORK ON SETTLEMENT AGREEMENTS
RE: CLAIMS OF MOTION INDUSTRIES (0.5)
AND ON SEMI CONDUCTOR (0.2); WORK ON
STIPULATION RE: CLAIM OF PANASONIC
(0.1); ANALYZE CLAIM OF VISTEON (0.5)
AND TELECONFERENCE WITH A. SCHWARZ AND
H. SHER, COUNSEL TO VISTEON (0.3);
REVIEW SECTION OF PRESENTATION TO
STATUTORY COMMITTEES RE: CLAIMS (0.7);
REVIEW DOCKET FOR CLAIMS-RELATED
PLEADINGS (0.2); REVIEW CLAIMS-RELATED
CORRESPONDENCE (0.2); FORMULATE
STRATEGY RE: SETTLING CLAIMS (0.5);
FORMULATE STRATEGY RE: TIMING OF
ESTIMATION OF CLAIMS (0.2); CONTINUE
WORK ON OBJECTION TO BOSCH MOTION TO
AMEND PROOF OF CLAIM (2.1) AND
TELECONFERENCES WITH W. COSNOWSKI OF
DELPHI RE: SAME (1.2); TELECONFERENCE
WITH D. UNRUE OF DELPHI RE: CLAIMS
(0.2); CONTINUE TO WORK ON 18TH (0.5)
AND 19TH (0.8) OMNIBUS CLAIMS
OBJECTIONS; PREPARE FOR WEEKLY CLAIMS
MANAGEMENT CALL (0.4); REVIEW AND
REVISE CHART SUMMARIZING RESPONSES TO
17TH OMNIBUS CLAIMS OBJECTION (0.4).

WHARTON JN    07/11/07    11.90    CONTINUE TO REVISE OBJECTION TO BOSCH
MOTION TO AMEND PROOF OF CLAIM (5.4) AND
TELECONFERENCE WITH G. TOERING, COUNSEL
TO BOSCH, RE: SAME (0.1); CONTINUE TO
REVISE 18TH (1.0) AND 19TH (1.9) OMNIBUS
CLAIMS OBJECTIONS; REVIEW SETTLEMENT
AGREEMENT WITH DATWYLER RUBBER (0.2);
ATTEND WEEKLY CLAIMS MANAGEMENT MEETING
WITH D. UNRUE AND K. CRAFT OF DELPHI, T.
BEHNKE OF FTI (0.8); REVIEW DOCKET RE:
CLAIMS-RELATED PLEADINGS (0.2);
RESPOND TO INQUIRIES FROM PARTIES
LISTED ON 17TH OMNIBUS CLAIMS OBJECTION
(0.8); WORK ON RESOLVING CLAIM OF CHERRY
GMBH (0.1), COMPTROL (0.2); FORMULATE
STRATEGY RE: LITIGATING CLAIMS (0.5);
REVIEW RESPONSES TO 17TH OMNIBUS CLAIMS
OBJECTION (0.6); TELECONFERENCE WITH M.
MULROONEY OF LONGACRE MASTER FUND RE:
CLAIM (0.1).

    B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| WHARTON JN | 07/12/07 | 10.60 | CONTINUE WORK ON 18TH (1.3) AND 19TH (2.8) OMNIBUS CLAIMS OBJECTIONS; CONTINUE TO REVISE OBJECTION TO MOTION OF ROBERT BOSCH GMBH TO AMEND PROOF OF CLAIM (1.6) AND TELECONFERENCE WITH W. COSNOWSKI OF DELPHI RE: SAME (0.2); ATTEND MEETING WITH D. UNRUE AND K. CRAFT OF DELPHI, T. BEHNKE OF FTI RE: FORMULATING STRATEGY FOR CLAIMS RECONCILIATION PROCESS FOR PLAN PURPOSES (4.5); ANALYZE AND WORK TO RESOLVE CLAIM OF 3M (0.2). |
|---|---|---|---|
| WHARTON JN | 07/13/07 | 11.80 | CONTINUE WORK ON, FINALIZE, AND FILE 18TH (1.2) AND 19TH (2.0) OMNIBUS CLAIMS OBJECTIONS; TELECONFERENCES WITH E. GERSHBEIN OF KCC (0.2) AND T. BEHNKE OF FTI (0.3) RE: SAME; PREPARE SKF USA STIPULATION FOR ENTRY WITH COURT (0.2); CONTINUE WORK ON, FINALIZE, AND FILE OBJECTION TO ROBERT BOSCH GMBH MOTION TO AMEND PROOF OF CLAIM (4.6); WORK ON SETTLEMENT OF CLAIM OF CITY OF LOCKPORT (0.1), MONROE, INC. (0.1), EEOC (0.3); PREPARE FOR JULY 19 OMNIBUS HEARING RE: 16TH AND 17TH OMNIBUS CLAIMS OBJECTIONS (0.4); REVIEW NOTICES OF PRESENTMENT RE: STIPULATIONS AND AGREED ORDERS RESOLVING CLAIMS (0.3); FORMULATE STRATEGY RE: CLAIMS SETTLEMENT (0.5); TELECONFERENCE WITH D. UNRUE OF DELPHI RE: CLAIMS (1.3); TELECONFERENCE WITH M. MULROONEY OF LONGACRE MASTER FUND RE: CLAIM (0.1); FORMULATE STRATEGY RE: COORDINATION OF CURE PROCESS AND CLAIM RECONCILIATION PROCESS (0.2). |
| WHARTON JN | 07/15/07 | 2.10 | CONTINUE TO ANALYZE CLAIM OF MDL PLAINTIFFS (0.4), REVIEW RESPONSES TO 16TH AND 17TH OMNIBUS CLAIMS OBJECTIONS (0.7); WORK ON SETTLEMENTS OF CLAIMS OF PANASONIC (0.2), COMPTROL (0.2), AND CHERRY GMBH (0.2); AND PREPARE FOR CLAIMS STRATEGY MEETING (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN          07/16/07          8.70   REVIEW RESPONSES TO 16TH AND 17TH
                                             OMNIBUS CLAIMS OBJECTIONS AND REVISE
                                             CHART SUMMARIZING RESPONSES (2.2);
                                             TELECONFERENCE WITH D. UNRUE OF DELPHI
                                             RE: CLAIMS (0.4); PREPARE FOR
                                             LITIGATION OF CLAIM OF CHERRY GMBH
                                             (0.5); WORK ON SETTLEMENTS OF CLAIMS OF
                                             ON SEMICONDUCTOR (0.2) AND FREESCALE
                                             (0.2); TELECONFERENCE WITH D. UNRUE, C.
                                             MICHELS, AND B. TURNER OF DELPHI RE:
                                             VIASYSTEMS CLAIM (0.4); MEET WITH D.
                                             BLACKBURN AND R. EMANUEL OF DELPHI RE:
                                             RECLAMATION ISSUES (0.5); MEET WITH K.
                                             CRAFT OF DELPHI RE: CLAIMS (1.0); MEET
                                             WITH K. CRAFT, W. COSNOWSKI, AND T.
                                             TWOMEY OF DELPHI RE: PATENT
                                             INFRINGEMENT CLAIMS (1.0); PREPARE FOR
                                             HEARING RE: BOSCH MOTION TO AMEND PROOF
                                             OF CLAIM (0.6); FORMULATE STRATEGY RE:
                                             CLAIMS RECONCILIATION (0.4); PREPARE
                                             FOR JULY 19 OMNIBUS HEARING RE: CLAIMS
                                             MATTERS (0.3); ATTEND MEETING WITH D.
                                             UNRUE AND J. SHEEHAN OF DELPHI AND T.
                                             BEHNKE OF FTI RE: CLAIMS STRATEGY REVIEW
                                             (1.0).

WHARTON JN          07/17/07          9.30   CONTINUE WORK ON STIPULATIONS AND
                                             AGREED ORDERS RE: CLAIMS OF JP MORGAN
                                             (0.4), ROBERT BOSCH GMBH (1.5);
                                             CONTINUE WORK ON SETTLEMENT AGREEMENTS
                                             RE: CLAIMS OF MOTION INDUSTRIES (0.2)
                                             AND ON- SEMICONDUCTOR (0.2); ANALYZE
                                             CLAIMS OF FRY'S METALS (0.2) AND MONROE
                                             INC. (0.2); TELECONFERENCES WITH M.
                                             O'NEILL, COUNSEL TO BOSCH, RE:
                                             STIPULATION (0.3); TELECONFERENCES
                                             WITH K. CRAFT AND W. COSNOWSKI OF DELPHI
                                             RE: BOSCH MOTION (0.3); TELECONFERENCE
                                             WITH G. TOERING, COUNSEL TO BOSCH RE:
                                             BOSCH (0.2); DRAFT SUMMARY OF STATUS OF
                                             PATENT INFRINGEMENT CLAIMS (0.5);
                                             REVISE LETTER TO S. AUGUST OF SIERRA
                                             LIQUIDITY RE: CLAIM (0.2); CONTINUE TO
                                             PREPARE FOR HEARING RE: 16TH (0.3) AND
                                             17TH (0.6) OMNIBUS CLAIMS OBJECTIONS
                                             AND REVIEW OMNIBUS REPLIES RE: 16TH AND
                                             17TH OMNIBUS CLAIMS OBJECTIONS (1.3);
                                             FORMULATE STRATEGY RE: PATENT
                                             INFRINGEMENT CLAIMS (0.1); WORK ON
                                             OMNIBUS REPLIES TO 16TH AND 17TH OMNIBUS
                                             CLAIMS OBJECTIONS (0.1) AND REVIEW
                                             RESPONSES TO 16TH AND 17TH OMNIBUS
                                             CLAIMS OBJECTIONS (0.1); PREPARE FOR
                                             JULY 19 OMNIBUS HEARING RE: CLAIMS
                                             MATTERS (0.2); REVIEW AGENDA FOR JULY 20
                                             CLAIMS HEARING (0.1); REVIEW
                                             CLAIMS-RELATED CORRESPONDENCE (0.3);
                                             REVIEW DOCKET RE: CLAIMS-RELATED
                                             PLEADINGS (0.3); ANALYZE CLAIMS OF
                                             BROCKWAY (0.1), VIASYSTEMS (0.3),
                                             CHERRY GMBH (0.4), MULTEK (0.2), TYCO
                                             (0.2); FORMULATE STRATEGY RE: SETTLING
                                             CLAIMS (0.5).

B43E

| WHARTON JN | 07/18/07 | 8.20 | DRAFT SUMMARY OF STRATEGY RE: PATENT INFRINGEMENT CLAIMS (0.5); REVISE STIPULATION RE: JP MORGAN CLAIM (0.8); ATTEND WEEKLY CLAIMS MANAGEMENT MEETING WITH D. UNRUE AND K. CRAFT OF DELPHI, T. BEHNKE OF FTI (1.1); ANALYZE CLAIMS OF TOWER AUTOMOTIVE (0.2); ANALYZE DOCUMENTS RELATING TO BROCKWAY CLAIM (0.2); CONTINUE TO PREPARE FOR JULY 19 OMNIBUS HEARING RE: 16TH AND 17TH OMNIBUS CLAIMS OBJECTIONS (1.5); REVIEW STIPULATION AND SETTLEMENT AGREEMENTS RE: CLAIMS OF SCHULTE GMBH (0.1), DOSHI PRETTL (0.2), DATWYLER RUBBER (0.1), G. WHITNEY (0.3); REVIEW STIPULATION RE: CLAIM OF TYCO ELECTRONICS CORPORATION (0.2); TELECONFERENCE WITH M. O'NEILL, COUNSEL TO BOSCH GMBH RE: BOSCH'S MOTION TO AMEND PROOF OF CLAIM (0.1); WORK ON STIPULATION RE: BOSCH GMBH CLAIM (0.3); CONTINUE WORK ON OMNIBUS REPLIES RE: 16TH AND 17TH OMNIBUS CLAIMS OBJECTIONS (1.4) AND TELECONFERENCE WITH T. BEHNKE OF FTI RE: SAME (0.2); REVIEW CORRESPONDENCE RE: CLAIM OF ZELLER ELECTRIC OF ROCHESTER (0.1); PREPARE FOR WEEKLY CLAIMS MANAGEMENT CALL (0.2); TELECONFERENCE WITH C. WILSON OF DELPHI RE: AMERICAN CASUALTY CLAIM (0.2) AND ANALYZE AMERICAN CASUALTY CLAIM (0.5). |
|---|---|---|---|
| WHARTON JN | 07/19/07 | 11.90 | CONTINUE TO PREPARE FOR JULY 19 OMNIBUS HEARING (3.3) AND ATTEND OMNIBUS HEARING (1.7); WORK ON LITIGATION PREPARATION RE: CLAIM OF CHERRY GMBH (0.3); PREPARE SUMMARY OF PATENT INFRINGEMENT CLAIMS (1.9); WORK ON STIPULATION RE: CLAIM OF JP MORGAN (0.8); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.2); REVIEW SETTLEMENT AGREEMENTS AND STIPULATIONS RE: CLAIMS OF DATWYLER RUBBER (0.2), LIQUIDITY SOLUTIONS (0.2), BEHR INDUSTRIES (0.1), HEXCEL CORP. (0.1), HOLLINGSWORTH & VOSE (0.1), IER FUJIKURA (0.1), HOOVER PRECISION PRODUCTS (0.1), ARC AUTOMOTIVE (0.1), TCS AMERICA (0.1), LOCKPORT CITY TREASURER (0.1), CONTRARIAN FUNDS (0.3), CREATIVE TECHNIQUES (0.1), CARAUSTAR (0.1), TINNERMAN PRODUCTS (0.1), CROWN PAPER (0.1), RECEPTEC (0.1), RACLO (0.1), AND GOODING (0.1); NEGOTIATE TERMS OF SETTLEMENT AGREEMENT WITH WESTWOOD (0.2), TELECONFERENCE WITH K. ROBINSON, COUNSEL TO MOTION INDUSTRIES, RE: SETTLEMENT AGREEMENT (0.1), PREPARE FOR LITIGATION WITH MSX RE: CLAIM (0.2); WORK ON STIPULATION RE: BOSCH CLAIMS (0.8); WORK ON SETTLEMENT AGREEMENT RE: CLAIM OF INTERMET CORP. (0.2). |

B43E

WHARTON JN        07/20/07      5.00   REVIEW NOTICES OF HEARING (0.2);
                                       FORMULATE STRATEGY RE: SCHEDULING OF
                                       CLAIMS HEARINGS (0.4); FORMULATE
                                       STRATEGY RE: DRAFTING SETTLEMENTS
                                       AGREEMENTS RE: CLAIMS (0.5); REVIEW
                                       SETTLEMENT TRACKING CHART (0.3);
                                       PREPARE SUMMARY OF PATENT INFRINGEMENT
                                       CLAIMS (0.7); CONTINUE WORK ON
                                       STIPULATIONS RE: CLAIMS OF JP MORGAN
                                       (0.5) AND L&W ENGINEERING (0.2); REVIEW
                                       AND UPDATE CLAIMS TASK LIST (1.0);
                                       CONTINUE WORK ON SETTLEMENT AGREEMENT
                                       WITH ON SEMICONDUCTOR (0.2); REVIEW
                                       DOCKET RE: CLAIMS-RELATED PLEADINGS
                                       (0.2) AND REVIEW CLAIMS-RELATED
                                       CORRESPONDENCE (0.2); ANALYZE ILLINOIS
                                       DEPARTMENT OF REVENUE CLAIM (0.2);
                                       REVIEW SETTLEMENT AGREEMENT WITH
                                       MADISON COUNTY, MISS. RE: CLAIM (0.1);
                                       TELECONFERENCE WITH D. UNRUE OF DELPHI
                                       RE: CLAIMS (0.3).

WHARTON JN        07/29/07      1.70   ANALYZE CLAIMS OF SOLECTRON (0.2), EEOC
                                       (0.1), UNIVERSAL TOOL (0.2), AND A-1
                                       SPECIALIZED SERVICES (0.1); REVIEW
                                       DRAFT SETTLEMENT AGREEMENTS RE: CLAIMS
                                       OF BEHR INDUSTRIES (0.2) AND MSX (0.2);
                                       REVIEW DOCKET RE: CLAIMS-RELATED
                                       PLEADINGS (0.2); REVIEW CLAIMS-RELATED
                                       CORRESPONDENCE (0.2); REVIEW CASE
                                       ADMINISTRATION TASK LIST RE: CLAIMS
                                       MATTERS (0.3).

WHARTON JN        07/30/07      7.20   REVIEW DRAFT STATEMENT OF DISPUTED
                                       ISSUES RE: MSX CLAIM (0.4) AND DRAFT
                                       SETTLEMENT AGREEMENT RE: MSX CLAIM
                                       (0.3); REVIEW SETTLEMENT AGREEMENT RE:
                                       BEHR INDUSTRIES CLAIM (0.1); REVIEW
                                       CLAIMS-RELATED CORRESPONDENCE (0.3);
                                       REVIEW DOCKET FOR CLAIMS-RELATED
                                       PLEADINGS (0.2); ANALYZE AND WORK TO
                                       RESOLVE CLAIMS OF A-1 SPECIALIZED
                                       SERVICES (0.3), SOLECTRON (0.3), AB
                                       AUTOMOTIVE (0.2), DENSO (0.2), BANK OF
                                       AMERICA (0.2), NEC AMERICA (0.2), ACE
                                       (0.2), U.S. STEEL (0.2), PRECISION
                                       RESOURCES (0.2), AND AMERICAN CASUALTY
                                       (0.2), UNIVERSAL TOOL (0.2), INTERMET
                                       (0.1); TELECONFERENCE WITH K. CRAFT AND
                                       R. EDWARDS OF DELPHI RE: CLAIM OF CHERRY
                                       GMBH (0.2) AND WORK TO RESOLVE CHERRY
                                       GMBH CLAIM (0.4); UPDATE CLAIMS
                                       TRACKING LIST (1.0); PREPARE FOR WEEKLY
                                       CLAIMS MANAGEMENT MEETING (0.4);
                                       FORMULATE STRATEGY RE: DISPOSING OF
                                       CLAIMS OF CLAIMANTS WHO ENTERED INTO
                                       AGREEMENTS UNDER LIFT STAY PROCEDURES
                                       (0.2); TELECONFERENCE WITH S. KUNST,
                                       COUNSEL TO DELPHI, RE: EEOC CLAIM (0.3)
                                       AND WORK ON RESOLVING SAME (0.3); WORK
                                       ON LITIGATION OF G. WHITNEY CLAIM (0.1);
                                       FORMULATE STRATEGY RE: RESOLVING CLAIMS
                                       (0.5).

B43E

WHARTON JN          07/31/07        7.50   ATTEND WEEKLY CLAIMS MANAGEMENT MEETING
                                           WITH D. UNRUE AND K. CRAFT OF DELPHI, T.
                                           BEHNKE OF FTI (1.3); FORMULATE STRATEGY
                                           RE: SETTLING CLAIMS (0.2); ANALYZE AND
                                           WORK TO RESOLVE CLAIMS OF JP MORGAN
                                           (0.2), TIMKEN (0.2), AMERICAN CASUALTY
                                           (0.1), A-1 SPECIALIZED SERVICES (0.3),
                                           CHERRY GMBH (0.5), FREESCALE (0.2),
                                           SOLECTRON (0.4), MONROE INC. (0.2),
                                           CARASUTAR (0.2), TOWER AUTOMOTIVE
                                           (0.3), PANASONIC (0.1), PBR (0.3), ARC
                                           AUTOMOTIVE (0.2), ACE (0.2), MUBEA
                                           (0.1), AND NATIONAL INSTRUMENTS (0.1);
                                           TELECONFERENCE WITH D. UNRUE, P.
                                           BECHTEL, AND J. VIRSKA RE: A-1
                                           SPECIALIZED SERVICES CLAIM;
                                           TELECONFERENCE WITH T. BEHNKE AND J.
                                           TRIANA OF FTI RE: CLAIMS ISSUES (0.3);
                                           REVIEW AND UPDATE CLAIMS TASK LIST
                                           (0.4); REVIEW SETTLEMENT AGREEMENTS RE:
                                           CLAIMS OF RALCO INDUSTRIES (0.2),
                                           DATWYLER (0.2), PLASTIC PLATE (0.1),
                                           BEHR INDUSTRIES (0.1); REVIEW TEXAS
                                           SETOFF AGREEMENT (0.5); REVIEW DRAFT
                                           PRESENTATION TO STATUORY COMMITTEES RE:
                                           CLAIMS RECONCILIATION PROCESS (0.4);
                                           REVIEW DOCKET FOR CLAIMS-RELATED
                                           PLEADINGS (0.2).

                                  137.80

Total Associate                 1,265.70

CHAVALI A           07/03/07        1.30   PULL PROOFS OF CLAIMS FOR OBJECTIONS TO
                                           THE 16TH AND 17TH OMNIBUS OBJECTION
                                           (1.3).

CHAVALI A           07/05/07        3.00   PULL PROOFS OF CLAIM FOR RESPONSES TO
                                           THE 16TH AND 17TH OMNIBUS CLAIMS
                                           OBJECTION (2.1); PREPARE AND FILE
                                           NOTICES OF PRESENTMENT (0.9).

CHAVALI A           07/06/07        1.20   COORDINATE SERVICE OF ENTERED ORDERS
                                           AND STIPULATIONS (0.6); FOLLOW UP RE:
                                           DISTRIBUTION (0.6).

CHAVALI A           07/11/07        2.60   UPDATE DRAFT AGENDA WITH RESPONSES TO
                                           OMNI 16 AND OMNI 17 (2.4); REVIEW CLAIMS
                                           AGENDA (0.2).

CHAVALI A           07/12/07        4.80   PREPARE STIPULATIONS FOR SUBMISSION TO
                                           COURT (1.5); PREPARE SERVICE LIST AND
                                           COORDINATE SERVICE FOR BOSCH OBJECTION
                                           (1.3); PULL PROOFS OF CLAIM FOR
                                           RESPONSES TO THE OMNI 16 AND OMNI 17
                                           (2.0).

CHAVALI A           07/13/07        6.80   PREPARE, FILE AND COORDINATE SERVICE
                                           FOR NOTICES OF PRESENTMENT (2.4);
                                           PREPARE, FILE AND COORDINATE SERVICE
                                           FOR BOSCH OBJECTION (2.6); UPDATE AND
                                           REVISE OMNIBUS HEARING AGENDA FOR
                                           SUBMISSION TO CHAMBERS (1.8).

B43E

CHAVALI A        07/18/07    2.60  COMPLETE BOX OF RESPONSES TO THE 16TH
                                   AND 17TH OMNIBUS CLAIMS OBJECTIONS
                                   (2.6).

CHAVALI A        07/19/07    1.70  PREPARE STIPULATIONS FOR SUBMISSION TO
                                   COURT (0.8); PREPARE AND ORGANIZE CASE
                                   LAW FOR BOSCH PLEADINGS (0.5); PREPARE
                                   ALL DOCS BOX FOR CLAIMS HEARING (0.4).

CHAVALI A        07/20/07    1.80  ATTEND CLAIMS HEARING (1.3); SUBMIT
                                   STIPULATIONS FOR ENTRY (0.5).

CHAVALI A        07/26/07    0.60  DISTRIBUTE PROOFS OF CLAIM (0.6).

CHAVALI A        07/31/07    1.60  UPDATE AND REVISE NOTICES OF
                                   PRESENTMENT (1.6).

                            28.00

DEMMA J          07/09/07    2.30  UPDATE CLAIMS TIMELINESS FILES (0.6);
                                   UPDATE CLAIMS OBJECTION FILES (1.1);
                                   PREPARE STIPULATION TRACKING CHART FOR
                                   JULY 20, 2007 HEARING (0.6).

DEMMA J          07/10/07    1.60  PREPARE/DISTRIBUTE CLAIMS OBJECTIONS
                                   TO TEAM MEMBERS (0.6); UPDATE CLAIMS
                                   TIMELINESS CHART (0.6); PREPARE
                                   SETTLEMENT AGREEMENTS FOR ATTORNEY
                                   REVIEW (0.4).

DEMMA J          07/11/07    1.10  PREPARE/DISTRIBUTE CLAIMS OBJECTIONS
                                   TO TEAM MEMBERS (1.1).

DEMMA J          07/12/07    1.60  PREPARE/DISTRIBUTE CLAIMS OBJECTIONS
                                   TO TEAM MEMBERS (0.8); PREPARE AGENDA
                                   FOR JULY 20, 2007 HEARING (0.8).

DEMMA J          07/13/07    7.10  UPDATE AGENDA FOR JULY 20, 2007 HEARING
                                   (2.3); UPDATE STIPULATION TRACKING
                                   CHART (2.6); PREPARE/FILE 18TH AND 19TH
                                   OMNIBUS OBJECTION TO CLAIMS (0.6);
                                   PREPARE/DISTRIBUTE CLAIMS OBJECTIONS
                                   TO TEAM MEMBERS (1.6).

DEMMA J          07/16/07    1.80  PREPARE/DISTRIBUTE PROOFS OF CLAIMS FOR
                                   ATTORNEY REVIEW (0.6); UPDATE CLAIMS
                                   TIMELINESS DECLARATION CHART (0.6);
                                   UPDATE CLAIMS WITHDRAWAL CHART (0.6).

DEMMA J          07/17/07    4.80  PREPARE/DISTRIBUTE CLAIMS OBJECTIONS
                                   TO CLAIMS TEAM (1.7);
                                   PREPARE/DISTRIBUTE ORIGINAL
                                   STIPULATION AND SETTLEMENT AGREEMENT
                                   MATERIALS FOR ATTORNEY REVIEW (3.1).

DEMMA J          07/18/07    5.00  UPDATE STIPULATION AND SETTLEMENT
                                   AGREEMENT MATERIALS (2.3); UPDATE
                                   OBJECTION FILES (1.6); UPDATE CLAIMS
                                   AGENDA (1.1).

DEMMA J          07/19/07    3.80  UPDATE CLAIMS AGENDA (1.6);
                                   PREPARE/DISTRIBUTE MATERIALS FOR
                                   ATTORNEY REVIEW (1.1); PREPARE CASE LAW
                                   RE: SUPPLEMENTAL RESPONSE OF G. WHITNEY
                                   FOR ATTORNEY REVIEW (1.1).

B43E

| | | | |
|---|---|---|---|
| DEMMA J | 07/20/07 | 3.20 | UPDATE CLAIMS OBJECTION FILES (0.6); UPDATE STIPULATION FILES (1.1); PREPARE CLAIMS MATERIALS FOR ATTORNEY REVIEW (0.6); PREPARE/FILE RESPONSE TO DAMAGES BRIEF OF JOSEPH RENO WITH RESPECT TO PROOF OF CLAIM NUMBER 9956 (0.3); COORDINATE SERVICE OF RESPONSE TO DAMAGES BRIEF OF JOSEPH RENO WITH RESPECT TO PROOF OF CLAIM NUMBER 9956 (0.6). |
| DEMMA J | 07/23/07 | 1.60 | UPDATE STIPULATION CHART (1.6). |
| DEMMA J | 07/24/07 | 5.20 | UPDATE STIPULATION BINDER (2.6); PREPARE POST-PETITION EXPENSE CLAIM CHART (2.6). |
| DEMMA J | 07/25/07 | 3.70 | UPDATE POST-PETITION EXPENSE CLAIM CHART (1.2); PREPARE AUGUST 17, 2007 CLAIMS AGENDA (1.4); PREPARE CASE LAW RE: G. WHITNEY (1.1). |
| DEMMA J | 07/27/07 | 5.30 | PREPARE CASE LAW INDEX RE: GARY WHITNEY (1.4); PREPARE FILES FOR ATTORNEY REVIEW (0.6); UPDATE CLAIMS AGENDA (2.1); UPDATE STIPULATION TRACKING CHART (0.6); PREPARE PROOF OF CLAIM AND RESPONSE OF NEC ELECTRONICS FOR ATTORNEY REVIEW (0.6). |
| DEMMA J | 07/30/07 | 2.80 | UPDATE CLAIMS AGENDA (1.1); UPDATE CLAIMS OBJECTION FILES (0.6); PREPARE PROOFS OF CLAIM AND RESPONSES RE: PBR AND BRIX GROUP (1.1). |
| DEMMA J | 07/31/07 | 2.30 | UPDATE CLAIMS AGENDA (1.1); UPDATE CLAIMS OBJECTION FILES (0.6); PREPARE/FILE NOTICE OF ADJOURNMENT FOR G. WHITNEY (0.6). |
| | | 53.20 | |
| KLIMEK MV | 07/09/07 | 1.50 | CONTINUE TO COMPILE RECORD OF CORRESPNDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (1.5). |
| KLIMEK MV | 07/13/07 | 1.40 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (1.4). |
| KLIMEK MV | 07/16/07 | 0.50 | CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (0.5). |
| KLIMEK MV | 07/17/07 | 3.60 | REVIEW RESPONSE TO RENO'S DAMAGES BRIEF (3.6). |
| KLIMEK MV | 07/18/07 | 2.60 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (1.3); CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KLIMEK MV        07/19/07    1.80   CONTINUE TO COMPILE RECORD OF
                                    CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                    AND ATTORNEY WORK PRODUCT FOR CONTESTED
                                    CLAIMS FILES (0.8); CONTINUE TO CODE
                                    DOCUMENTS WITHIN THE CONTESTED CLAIMS
                                    DOCUMATRIX DATABASE (1.0).

KLIMEK MV        07/20/07    3.80   CONTINUE TO COMPILE RECORD OF
                                    CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                    AND ATTORNEY WORK PRODUCT FOR CONTESTED
                                    CLAIMS FILES (0.4); ASSIST WITH
                                    FINALIZATION OF DEBTORS' RESPONSE TO
                                    RENO DAMAGES BRIEF (3.4).

KLIMEK MV        07/24/07    1.10   CONTINUE TO COMPILE RECORD OF
                                    CORRESPONDENCE, PLEADINGS, DISCOVERY,
                                    AND WORK PRODUCT FOR CONTESTED CLAIMS
                                    (1.1).

KLIMEK MV        07/25/07    0.60   CONTINUE TO COMPILE RECORD OF
                                    CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                    AND ATTORNEY WORK PRODUCT (0.6).

KLIMEK MV        07/31/07    0.70   CONTINUE TO COMPILE RECORD OF
                                    CORRESPONDENCE, PLEADINGS, AND
                                    ATTORNEY WORK PRODUCT FOR CONTESTED
                                    CLAIMS FILES (0.7).

                            17.60

WOODFIELD J      07/13/07    0.90   PULL RESPONSES TO THE SEVENTEENTH
                                    OMNIBUS CLAIMS OBJECTION FROM THE
                                    DOCKET (0.9).

WOODFIELD J      07/16/07    1.20   SEARCH THE DELPHI DOCKET FOR THE
                                    RESPONSE TO THE SIXTEENTH AND
                                    SEVENTEENTH OMNIBUS OBJECTION (1.2).

WOODFIELD J      07/17/07    6.30   PULL CASE LAW FROM THE REPONSE TO THE
                                    SIXTEENTH OMNIBUS OBJECTION (1.9);
                                    UPDATE JULY 19TH HEARING RESPONSES
                                    CHART (1.4); AND CREATE CASE LAW BINDER
                                    (3.0).

WOODFIELD J      07/18/07    3.90   COMPLETE THE CASE LAW BINDER FOR
                                    RESPONSE TO OMNI 16 AND OMIN 17 (2.4);
                                    UPDATE AND COMPLETE CASE LAW BINDER FOR
                                    BOSCH CONTESTED HEARING (1.5).

                            12.30

ZSOLDOS AF       07/09/07    0.30   CLAIMS-RELATED DOCKET PULLS AND
                                    DISTRIBUTION (0.3).

ZSOLDOS AF       07/17/07    0.70   PRINT AND ORGANIZE REPLIES TO RESPONSES
                                    TO 16TH AND 17TH OMNIBUS OBJECTIONS FOR
                                    ATTORNEY REVIEW (0.7).

ZSOLDOS AF       07/18/07    3.00   PREPARE EXHIBITS TO AND FINALIZE
                                    REPLIES TO RESPONSES FOR 16TH AND
                                    SEVENTEENTH OMNIBUS OBJECTIONS (1.8);
                                    DISTRIBUTE PLEADINGS AS FILED (0.2);
                                    COORDINATE SERVICE (0.2); PREPARE
                                    FILED REPLIES FOR HEARING (0.8).

B43E

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 07/19/07 | 1.90 | PREPARE BOSCH BINDER FOR CLAIMS HEARING (1.9). |
| ZSOLDOS AF | 07/20/07 | 1.40 | FINAL CLAIMS HEARING PREPARATION (1.4). |
| | | 7.30 | |

**Total Legal Assistant**          118.40

| | | | |
|---|---|---|---|
| WORSCHECK TM | 07/09/07 | 0.40 | UPDATE PROOF OF CLAIM FILES (0.4). |
| WORSCHECK TM | 07/10/07 | 0.60 | PREPARE MATERIALS RE: CLAIMS TIMELINESS DECLARATIONS (0.6). |
| WORSCHECK TM | 07/11/07 | 0.80 | PREPARE MATERIALS RE: CLAIMS TIMELINESS DECLARATIONS (0.8). |
| WORSCHECK TM | 07/12/07 | 4.80 | PREPARE PLEADINGS FOR 07/20 CLAIMS HEARING (4.8). |
| WORSCHECK TM | 07/18/07 | 3.40 | UPDATE OMNIBUS CLAIMS OBJECTIONS FILES (2.8); PREPARE PROOF OF CLAIM DOCUMENTS FOR ATTORNEY REVIEW (0.6). |
| WORSCHECK TM | 07/25/07 | 0.30 | UPDATE CLAIMS FILES (0.3). |
| WORSCHECK TM | 07/26/07 | 1.10 | PREPARE DOCUMENTS RE: GARY WHITNEY CLAIM FOR ATTORNEY REVIEW (1.1). |
| | | 11.40 | |

**Total Legal Assistant
Support**          11.40

**TOTAL TIME**          <u>1,529.50</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Claims Admin. (General)**

**Bill Date: 08/31/07**
**Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 03/22/07 | Demma J | -524.41 |
| Air/Rail Travel - vendor feed | 03/22/07 | VanLonkhuyzen CE | -491.59 |
| Air/Rail Travel - vendor feed | 03/22/07 | Wharton JN | -493.57 |
| Air/Rail Travel - vendor feed | 05/21/07 | Lyons JK | -39.22 |
| Air/Rail Travel - vendor feed | 05/21/07 | Lyons JK | -129.38 |
| Air/Rail Travel - vendor feed | 05/21/07 | Lyons JK | -242.30 |
| Air/Rail Travel - vendor feed | 06/11/07 | Wharton JN | -121.15 |
| Air/Rail Travel - vendor feed | 06/19/07 | Lyons JK | -320.74 |
| Air/Rail Travel - vendor feed | 07/09/07 | Wharton JN | 287.30 |
| Air/Rail Travel - vendor feed | 07/09/07 | Perl MW | 287.30 |
| Air/Rail Travel - vendor feed | 07/09/07 | Perl MW | -121.15 |
| Air/Rail Travel - vendor feed | 07/10/07 | Diaz LB | 287.30 |
| Air/Rail Travel - vendor feed | 07/10/07 | Howe EJ | 592.81 |
| Air/Rail Travel - vendor feed | 07/11/07 | Perl MW | 122.12 |
| Air/Rail Travel - vendor feed | 07/11/07 | Aronson CH | 198.80 |
| Air/Rail Travel - vendor feed | 07/12/07 | Lyons JK | 326.52 |
| Air/Rail Travel - vendor feed | 07/16/07 | Diaz LB | 1,020.80 |
| Air/Rail Travel - vendor feed | 07/16/07 | Lyons JK | 418.57 |
| Air/Rail Travel - vendor feed | 07/16/07 | Wharton JN | 289.26 |
| Air/Rail Travel - vendor feed | 07/17/07 | Wharton JN | 1,029.98 |
| Air/Rail Travel - vendor feed | 07/18/07 | Wharton JN | 155.04 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/19/07 | Lyons JK | 1,029.98 |
| Air/Rail Travel - vendor feed | 07/19/07 | Perl MW | 1,029.98 |
| Air/Rail Travel - vendor feed | 07/19/07 | Wharton JN | 710.92 |
| Air/Rail Travel - vendor feed | 07/19/07 | Perl MW | -984.98 |
| Air/Rail Travel - vendor feed | 07/31/07 | Diaz LB | 289.26 |
| Air/Rail Travel - vendor feed | 07/31/07 | Wharton JN | 289.26 |
| Air/Rail Travel - vendor feed | 07/31/07 | Connors CP | 1,069.75 |
| Air/Rail Travel - vendor feed | 07/31/07 | Hogan III AL | 1,312.37 |
| Air/Rail Travel - vendor feed | 07/31/07 | Diaz LB | 39.17 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$7,318.00** |
| In-house Reproduction | 07/06/07 | Copy Center, D | 25.20 |
| In-house Reproduction | 07/06/07 | Copy Center, D | 0.50 |
| In-house Reproduction | 07/10/07 | Copy Center, D | 4.20 |
| In-house Reproduction | 07/13/07 | Copy Center, D | 3.20 |
| In-house Reproduction | 07/13/07 | Copy Center, D | 25.70 |
| In-house Reproduction | 07/17/07 | Copy Center, D | 309.30 |
| In-house Reproduction | 07/20/07 | Copy Center, D | 197.00 |
| In-house Reproduction | 07/20/07 | Copy Center, D | 123.90 |
| In-house Reproduction | 07/24/07 | Copy Center, D | 67.40 |
| In-house Reproduction | 07/24/07 | Copy Center, D | 49.00 |
| In-house Reproduction | 07/27/07 | Copy Center, D | 183.50 |
| In-house Reproduction | 07/31/07 | Copy Center, D | 3.40 |
| In-house Reproduction | 07/31/07 | Copy Center, D | 22.70 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,015.00** |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 41.57 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 39.00 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 9.24 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.51 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 3.67 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$94.00** |
| Postage | 07/23/07 | Office Admin, D | 4.67 |
| Postage | 07/25/07 | Office Admin, D | 2.33 |
| | | **TOTAL POSTAGE** | **$7.00** |
| Lexis/Nexis | 07/22/07 | Perl MW | 25.00 |
| | | **TOTAL LEXIS/NEXIS** | **$25.00** |
| Westlaw | 07/02/07 | Mollen AM | 449.51 |
| Westlaw | 07/02/07 | Connors CP | 193.62 |
| Westlaw | 07/02/07 | Perl MW | 55.67 |
| Westlaw | 07/02/07 | Platt SJ | 201.94 |
| Westlaw | 07/02/07 | Stabile NP | 4.58 |
| Westlaw | 07/03/07 | Mollen AM | 26.48 |
| Westlaw | 07/03/07 | Guzzardo J | 10.30 |
| Westlaw | 07/03/07 | Perl MW | 60.67 |
| Westlaw | 07/03/07 | Platt SJ | 187.63 |
| Westlaw | 07/05/07 | Connors CP | 488.13 |
| Westlaw | 07/05/07 | Van Gelder A | 226.32 |
| Westlaw | 07/05/07 | Perl MW | 326.29 |
| Westlaw | 07/05/07 | Platt SJ | 367.43 |
| Westlaw | 07/05/07 | Gartner M | 75.01 |
| Westlaw | 07/06/07 | Connors CP | 239.27 |
| Westlaw | 07/06/07 | Guzzardo J | 10.30 |
| Westlaw | 07/06/07 | Perl MW | 27.77 |
| Westlaw | 07/06/07 | Samole RM | 2,052.48 |
| Westlaw | 07/09/07 | Van Gelder A | 108.18 |
| Westlaw | 07/09/07 | Platt SJ | 4.58 |
| Westlaw | 07/09/07 | Gartner M | 785.57 |
| Westlaw | 07/10/07 | Gilchrist JM | 383.99 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 07/10/07 | Van Gelder A | 336.87 |
| Westlaw | 07/10/07 | Perl MW | 102.06 |
| Westlaw | 07/10/07 | Platt SJ | 78.99 |
| Westlaw | 07/10/07 | Samole RM | 870.37 |
| Westlaw | 07/11/07 | Connors CP | 365.50 |
| Westlaw | 07/11/07 | Perl MW | 58.53 |
| Westlaw | 07/11/07 | Platt SJ | 33.20 |
| Westlaw | 07/11/07 | Gartner M | 116.50 |
| Westlaw | 07/12/07 | Van Gelder A | 153.39 |
| Westlaw | 07/12/07 | Perl MW | 46.51 |
| Westlaw | 07/12/07 | Platt SJ | 65.32 |
| Westlaw | 07/12/07 | Gartner M | 109.78 |
| Westlaw | 07/12/07 | Kirkendall R | 8.16 |
| Westlaw | 07/13/07 | Connors CP | 292.08 |
| Westlaw | 07/13/07 | Van Gelder A | 171.71 |
| Westlaw | 07/13/07 | Platt SJ | 317.74 |
| Westlaw | 07/13/07 | Nelson VP | 113.34 |
| Westlaw | 07/13/07 | Howe EJ | 201.84 |
| Westlaw | 07/13/07 | Kirkendall R | 156.85 |
| Westlaw | 07/16/07 | Van Gelder A | 83.00 |
| Westlaw | 07/16/07 | Kirkendall R | 90.44 |
| Westlaw | 07/16/07 | Samole RM | 206.97 |
| Westlaw | 07/17/07 | Klimek MV | 319.37 |
| Westlaw | 07/17/07 | Connors CP | 270.17 |
| Westlaw | 07/17/07 | Van Gelder A | 840.42 |
| Westlaw | 07/17/07 | Howe EJ | 331.92 |
| Westlaw | 07/17/07 | Kirkendall R | 17.32 |
| Westlaw | 07/18/07 | Connors CP | 174.31 |
| Westlaw | 07/18/07 | Van Gelder A | 259.31 |
| Westlaw | 07/18/07 | Guzzardo J | 13.74 |
| Westlaw | 07/19/07 | Demma J | 113.33 |
| Westlaw | 07/20/07 | Connors CP | 48.23 |
| Westlaw | 07/20/07 | Howe EJ | 106.23 |
| Westlaw | 07/21/07 | Connors CP | 203.43 |
| Westlaw | 07/23/07 | Connors CP | 38.58 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 07/23/07 | Kirkendall R | 44.80 |
| Westlaw | 07/24/07 | Howe EJ | 457.75 |
| Westlaw | 07/25/07 | Connors CP | 22.90 |
| Westlaw | 07/30/07 | Van Gelder A | 74.41 |
| Westlaw | 07/31/07 | Kirkendall R | 30.91 |
| | | **TOTAL WESTLAW** | **$13,632.00** |
| Reproduction - color | 07/20/07 | Copy Center, D | 10.00 |
| Reproduction - color | 07/29/07 | Copy Center, D | 276.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$286.00** |
| Vendor Hosted Telecon-ferencing | 07/06/07 | Teleconferencing Services, LLC | 4.17 |
| Vendor Hosted Telecon-ferencing | 07/17/07 | Teleconferencing Services, LLC | 4.29 |
| Vendor Hosted Telecon-ferencing | 07/20/07 | Teleconferencing Services, LLC | 0.42 |
| Vendor Hosted Telecon-ferencing | 07/20/07 | Teleconferencing Services, LLC | 7.21 |
| Vendor Hosted Telecon-ferencing | 07/20/07 | Teleconferencing Services, LLC | 5.00 |
| Vendor Hosted Telecon-ferencing | 07/24/07 | Teleconferencing Services, LLC | 9.65 |
| Vendor Hosted Telecon-ferencing | 07/24/07 | Teleconferencing Services, LLC | 5.66 |
| Vendor Hosted Telecon-ferencing | 07/25/07 | Teleconferencing Services, LLC | 5.42 |
| Vendor Hosted Telecon-ferencing | 07/25/07 | Teleconferencing Services, LLC | 0.24 |
| Vendor Hosted Telecon-ferencing | 07/26/07 | Teleconferencing Services, LLC | 10.13 |
| Vendor Hosted Telecon-ferencing | 07/27/07 | Teleconferencing Services, LLC | 7.81 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$60.00** |
| Out-of-Town Travel | 06/14/07 | Diaz LB | 671.31 |
| Out-of-Town Travel | 06/19/07 | Lyons JK | 202.28 |
| Out-of-Town Travel | 06/21/07 | Lyons JK | 24.00 |
| Out-of-Town Travel | 06/21/07 | Lyons JK | 122.93 |
| Out-of-Town Travel | 06/26/07 | Diaz LB | 843.74 |
| Out-of-Town Travel | 07/10/07 | Howe EJ | 202.28 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 07/10/07 | Howe EJ | 108.51 |
| Out-of-Town Travel | 07/11/07 | Perl MW | 432.02 |
| Out-of-Town Travel | 07/11/07 | Perl MW | 163.51 |
| Out-of-Town Travel | 07/11/07 | Perl MW | 27.40 |
| Out-of-Town Travel | 07/12/07 | Lyons JK | 216.01 |
| Out-of-Town Travel | 07/13/07 | Wharton JN | 188.13 |
| Out-of-Town Travel | 07/13/07 | Wharton JN | 404.56 |
| Out-of-Town Travel | 07/13/07 | Emeott BJ | 88.48 |
| Out-of-Town Travel | 07/13/07 | Emeott BJ | 10.13 |
| Out-of-Town Travel | 07/13/07 | Emeott BJ | 202.28 |
| Out-of-Town Travel | 07/13/07 | Emeott BJ | 43.00 |
| Out-of-Town Travel | 07/13/07 | Lyons JK | 98.55 |
| Out-of-Town Travel | 07/13/07 | Lyons JK | 38.00 |
| Out-of-Town Travel | 07/13/07 | Diaz LB | 606.84 |
| Out-of-Town Travel | 07/13/07 | Diaz LB | 270.43 |
| Out-of-Town Travel | 07/16/07 | Wharton JN | 124.49 |
| Out-of-Town Travel | 07/16/07 | Lyons JK | 32.00 |
| Out-of-Town Travel | 07/16/07 | Lyons JK | 88.47 |
| Out-of-Town Travel | 07/19/07 | Diaz LB | 7.00 |
| Out-of-Town Travel | 07/19/07 | Wharton JN | 480.31 |
| Out-of-Town Travel | 07/20/07 | Lyons JK | 436.82 |
| Out-of-Town Travel | 07/20/07 | Lyons JK | 42.00 |
| Out-of-Town Travel | 07/20/07 | Diaz LB | 1,596.79 |
| Out-of-Town Travel | 07/24/07 | Lyons JK | 52.00 |
| Out-of-Town Travel | 07/24/07 | Lyons JK | 693.73 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$8,518.00** |
| Messengers/ Courier | 05/11/07 | Dist Serv/Mail/Page, D | 22.79 |
| Messengers/ Courier | 06/22/07 | Straightline Courier | 33.27 |
| Messengers/ Courier | 07/09/07 | OSMIO | 6.11 |
| Messengers/ Courier | 07/09/07 | OSMIO | 6.00 |
| Messengers/ Courier | 07/09/07 | OSMIO | 12.75 |
| Messengers/ Courier | 07/09/07 | OSMIO | 27.21 |
| Messengers/ Courier | 07/09/07 | OSMIO | 34.62 |
| Messengers/ Courier | 07/09/07 | OSMIO | 56.66 |
| Messengers/ Courier | 07/09/07 | OSMIO | 30.78 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 07/09/07 | OSMIO | 32.67 |
| Messengers/ Courier | 07/09/07 | OSMIO | 41.39 |
| Messengers/ Courier | 07/15/07 | Arrow Messenger Svc | 12.95 |
| Messengers/ Courier | 07/16/07 | Dist Serv/Mail/Page, D | 32.80 |
| Messengers/ Courier | 07/24/07 | Dist Serv/Mail/Page, D | 11.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$361.00** |
| Out-of-Town Meals | 06/13/07 | Diaz LB | 43.07 |
| Out-of-Town Meals | 06/13/07 | Diaz LB | 16.50 |
| Out-of-Town Meals | 06/21/07 | Lyons JK | 11.74 |
| Out-of-Town Meals | 06/25/07 | Diaz LB | 32.46 |
| Out-of-Town Meals | 06/26/07 | Diaz LB | 5.61 |
| Out-of-Town Meals | 07/09/07 | Perl MW | 5.71 |
| Out-of-Town Meals | 07/09/07 | Perl MW | 11.02 |
| Out-of-Town Meals | 07/09/07 | Perl MW | 36.03 |
| Out-of-Town Meals | 07/10/07 | Howe EJ | 58.99 |
| Out-of-Town Meals | 07/10/07 | Perl MW | 6.77 |
| Out-of-Town Meals | 07/11/07 | Perl MW | 7.00 |
| Out-of-Town Meals | 07/11/07 | Wharton JN | 25.43 |
| Out-of-Town Meals | 07/11/07 | Wharton JN | 29.46 |
| Out-of-Town Meals | 07/11/07 | Wharton JN | 7.13 |
| Out-of-Town Meals | 07/11/07 | Howe EJ | 23.25 |
| Out-of-Town Meals | 07/12/07 | Lyons JK | 179.96 |
| Out-of-Town Meals | 07/12/07 | Diaz LB | 10.38 |
| Out-of-Town Meals | 07/12/07 | Wharton JN | 23.63 |
| Out-of-Town Meals | 07/12/07 | Emeott BJ | 5.67 |
| Out-of-Town Meals | 07/13/07 | Diaz LB | 43.54 |
| Out-of-Town Meals | 07/16/07 | Wharton JN | 5.12 |
| Out-of-Town Meals | 07/16/07 | Wharton JN | 5.39 |
| Out-of-Town Meals | 07/16/07 | Wharton JN | 7.13 |
| Out-of-Town Meals | 07/16/07 | Diaz LB | 3.24 |
| Out-of-Town Meals | 07/16/07 | Diaz LB | 10.47 |
| Out-of-Town Meals | 07/17/07 | Diaz LB | 7.63 |
| Out-of-Town Meals | 07/18/07 | Wharton JN | 3.23 |
| Out-of-Town Meals | 07/18/07 | Wharton JN | 11.55 |
| Out-of-Town Meals | 07/18/07 | Wharton JN | 134.97 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 07/18/07 | Diaz LB | 5.29 |
| Out-of-Town Meals | 07/19/07 | Diaz LB | 6.50 |
| Out-of-Town Meals | 07/19/07 | Wharton JN | 32.46 |
| Out-of-Town Meals | 07/19/07 | Wharton JN | 37.88 |
| Out-of-Town Meals | 07/19/07 | Lyons JK | 134.97 |
| Out-of-Town Meals | 07/19/07 | Wharton JN | 13.36 |
| Out-of-Town Meals | 07/20/07 | Diaz LB | 5.04 |
| Out-of-Town Meals | 07/20/07 | Diaz LB | 42.55 |
| Out-of-Town Meals | 07/20/07 | Diaz LB | 5.61 |
| Out-of-Town Meals | 07/24/07 | Lyons JK | 46.67 |
| Out-of-Town Meals | 07/31/07 | Wharton JN | 7.13 |
| Out-of-Town Meals | 07/31/07 | Wharton JN | 89.98 |
| Out-of-Town Meals | 07/31/07 | Diaz LB | 5.72 |
| Out-of-Town Meals | 07/31/07 | Diaz LB | 4.02 |
| Out-of-Town Meals | 07/31/07 | Diaz LB | 26.60 |
| Out-of-Town Meals | 07/31/07 | Diaz LB | 6.14 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$1,242.00** |
| Court Reporting | 06/18/07 | Eastwood-Stein | 2,613.00 |
| | | **TOTAL COURT REPORTING** | **$2,613.00** |
| Outside Re-search/Internet Services | 07/10/07 | Pacer Service Center | 4.71 |
| Outside Re-search/Internet Services | 07/10/07 | Pacer Service Center | 41.19 |
| Outside Re-search/Internet Services | 07/10/07 | Pacer Service Center | 7.10 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$53.00** |
| Telco-Non Astra | 07/11/07 | Telecommunications, D | 4.00 |
| | | **TOTAL TELCO-NON ASTRA** | **$4.00** |
| Internal Catering-NY | 07/10/07 | Butler, Jr. J | 300.01 |
| Internal Catering-NY | 07/10/07 | Butler, Jr. J | 240.01 |
| Internal Catering-NY | 07/11/07 | Butler, Jr. J | 220.01 |
| Internal Catering-NY | 07/11/07 | Butler, Jr. J | 220.01 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Internal Catering-NY | 07/11/07 | Butler, Jr. J | 300.01 |
| Internal Catering-NY | 07/12/07 | Butler, Jr. J | 220.01 |
| Internal Catering-NY | 07/12/07 | Butler, Jr. J | 280.00 |
| Internal Catering-NY | 07/20/07 | Butler, Jr. J | 249.93 |
| Internal Catering-NY | 07/31/07 | Butler, Jr. J | 300.01 |

**TOTAL INTERNAL CATERING-NY** $2,330.00

**TOTAL MATTER** $37,558.00

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 09/30/07**
**Claims Admin. (General)**                                     **Bill Number: 1181367**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/05/07 | 0.30 | REVIEW $1.7 BILLION CLAIMS CAP MATTERS INCLUDING EMAILS FROM/TO J. SHEEHAN AND D. UNRUH (0.3). |
| BUTLER, JR. J | 08/15/07 | 0.40 | PREPARE FOR AUGUST 16TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT REGARDING 17TH, 18TH AND 19TH OMNIBUS CLAIMS OBJECTIONS INCLUDING REVIEW WITH D. UNRUH AND CLAIMS TEAM (0.4). |
| BUTLER, JR. J | 08/16/07 | 0.40 | PREPARE FOR (0.2) AND ATTEND (0.2) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: 17TH, 18TH AND 19TH OMNIBUS CLAIMS OBJECTIONS. |
| BUTLER, JR. J | 08/17/07 | 0.30 | REVIEW DELPHI CLAIMS UPDATE TO PLAN INVESTORS (0.3). |
| BUTLER, JR. J | 08/31/07 | 0.40 | BEGIN TO REVIEW ESTIMATION MOTION PLEADINGS (0.4). |
| | | **1.80** | |
| HOGAN III AL | 08/03/07 | 2.50 | REVIEW STATUS OF ALL CONTESTED CLAIMS MATTERS, AND IN PARTICULAR FOCUS ON UPCOMING DISCOVERY IN HE SERVICES MATTER, STATUS OF FACTUAL AND LEGAL INVESTIGATION IN NU TECH MATTER, STATUS OF WHITNEY MATTER, AND SETTLEMENT POTENTIAL OF MSX AND CHERRY GMB MATTERS (2.5). |
| HOGAN III AL | 08/06/07 | 3.40 | REVIEW STATUS OF HE SERVICES DOCUMENT AND DEPOSITION PREPARATION, AND CONFER WITH LITIGATION TEAM RE: OVERALL STATUS OF HEARING PREPARATIONS (2.2); DISCUSSION WITH CLIENT RE: SETTLEMENT ANALYSIS, AND COMMUNICATE SETTLEMENT OFFER TO PLAINTIFFS COUNSEL (1.0); REVIEW STATUS OF CHERRY GMB SETTLEMENT ISSUES (0.2). |
| HOGAN III AL | 08/07/07 | 1.50 | PARTICIPATE IN DEPOSITION RE: HE SERVICES CLAIM, AND FOLLOW-UP WITH LITIGATION TEAM RE: HEARING PREPARATION (1.5). |
| HOGAN III AL | 08/13/07 | 0.50 | REVIEW CORRESPONDENCE FRO MHE SERVICES COUNSEL AND RESPOND TO SAME (0.3); REVIEW STATUS OF CHERRY GMB SETTLEMENT DISCUSSIONS (0.2). |
| HOGAN III AL | 08/14/07 | 3.00 | REVIEW MATERIALS WITH RESPECT TO A-1 OBJECTION TO CATALYST ISSUES, AND CONFERENCES WITH DIVESTITURE TEAM RE: PLANNING FOR LITIGATION STRATEGY IN CONNECTION WITH SAME (3.0). |

B43E

HOGAN III AL    08/15/07    2.70   ANALYZE AND PREPARE TO LITIGATE A-1
                                   ISSUE CONCERNING OBJECTION TO
                                   DIVENSITUTURE MOTION, INCLUDING
                                   PARTICIPATION IN A MEET AND CONFER CALL
                                   WITH OPPOSING COUNSEL, AND PREPARATION
                                   OF LITIGATION STRATEGY IN EVENT
                                   SETTLEMENT NOT REACHED (2.7).

HOGAN III AL    08/16/07    0.40   REVIEW PAPERS BEING DEVELOPED IN HE
                                   SERVICES MATTER, AND NU TECH MATTER, AND
                                   DISCUSS STATUS OF SAME WITH LITIGATION
                                   TEAM (0.4).

HOGAN III AL    08/17/07    1.40   CONFERENCE WITH OPPOSING COUNSEL IN HE
                                   SERVIES MATTER, AND FOLLOW-UP CHAMBERS
                                   CONFERENCES RE: SCHEDULING OF HEARING
                                   AND DISCOVERY ISSUES (1.4).

HOGAN III AL    08/21/07    0.90   REVIEW PLEADINGS AND STATEMENTS IN
                                   CONNECTION WITH HE SERVICES CONTESTED
                                   CLAIM (0.5); REVIEW MATERIALS DEVELOPED
                                   FOR WHITNEY CONTESTED CLAIM MATTER
                                   (0.4).

HOGAN III AL    08/22/07    0.80   REVIEW COMMUNICATION FROM HE SERVICES
                                   COUNSEL TO CHAMBERS, AND PARTICIPATE IN
                                   TELECONFERENCE WITH CHAMBERS RE:
                                   DISCOVERY AND SCHEDULING ISSUES FOR
                                   CONTESTED CLAIMS HEARING (0.8).

                           17.10

LYONS JK        08/01/07    1.60   REVIEW OF CLAIMS AND PLAN ISSUES,
                                   STIPULATIONS AND OTHER MATTERS (1.6).

LYONS JK        08/02/07    1.10   REVIEW OF CLAIMS STRATEGIES AND FOLLOW
                                   UP (1.1).

LYONS JK        08/03/07    2.10   REVIEW OF TAX CLAIM ISSUES, HEARING
                                   STRATEGIES AND OTHER MATTERS (2.1).

LYONS JK        08/06/07    5.50   WEEKLY CLAIMS MEETING, PLAN ISSUES, TAX
                                   CLAIMS, AND FOLLOW UP (5.5).

LYONS JK        08/09/07    1.40   FOLLOW UP ON VARIOUS CLAIMS MATTERS
                                   (1.4).

LYONS JK        08/10/07    7.40   PARTICIPATION AND PREPARATION FOR
                                   CLAIMS MEETING AND DEVELOPED STRATEGIES
                                   RE: THE PLAN AND CLAIMS AND OTHER FOLLOW
                                   UP AND MDL STRATEGIES (6.3); PREPARE FOR
                                   AND PARTICIPATE IN SENIOR STRATEGY CALL
                                   (1.1).

LYONS JK        08/13/07    4.50   REVIEW OF VARIOUS CLAIMS MATTERS AND
                                   MEETINGS WITH PERSONNEL AT COMPANY
                                   (4.5).

LYONS JK        08/14/07    3.10   CLAIMS STRATEGY ISSUES AND REVIEW OF
                                   STIPULATIONS AND OTHER MATTERS (3.1).

LYONS JK        08/15/07    6.50   REVIEW AND VARIOUS CLAIMS/PLAN ISSUES,
                                   MDL MEETING, AND JOINT PLAN/CLAIMS
                                   STRATEGY SESSION (6.5).

| LYONS JK | 08/16/07 | 5.30 | FOLLOW UP ON VARIOUS CLAIMS ISSUES INCLUDING STATE OF OHIO, 505 ISSUES, STIPULATIONS, REVIEW OF POR PROVISIONS AND DISCLOSURE STATEMENT, AND OTHER COORDINATION (5.3). |
|---|---|---|---|
| LYONS JK | 08/17/07 | 3.10 | REVIEW OF VARIOUS SETTLEMENT STIPULATIONS, SECTION 505 RESEARCH, AND OTHER CLAIMS MATTERS (3.1). |
| LYONS JK | 08/18/07 | 1.20 | CLAIMS CALL INCLUDING MDL AND OTHER CLAIMS MATTERS (1.2). |
| LYONS JK | 08/19/07 | 2.10 | REVIEW OF STATE OF OHIO ISSUES AND SECTION 505 AND OTHER CLAIMS ISSUES (2.1). |
| LYONS JK | 08/20/07 | 5.30 | MEETING WITH D. UNRUE TO DISCUSS CLAIMS, PLAN, TIMELINE, AND ESTIMATION OF CLAIMS AND OTHER STRATEGIES AND FOLLOW UP ON VARIOUS ISSUES INCLUDING TOWER PREFERENCE CLAIM (5.3). |
| LYONS JK | 08/21/07 | 6.40 | MEETINGS AT COMPANY RE: TAX ISSUES AND CLAIMS, ESTIMATION, PLAN/RECLAMATION/CLAIMS STRATEGIES AND OTHER MATTERS INCLUDING WEEKLY CLAIMS MEETING (6.4). |
| LYONS JK | 08/22/07 | 1.10 | REVIEW OF TAX CLAIM ISSUES (1.1). |
| LYONS JK | 08/23/07 | 7.30 | REVIEW OF ESTIMATION PLEADINGS AND EXTENSIVE REVIEW AND REVISIONS, TAX CLAIMS, OMNIBUS OBJECTION, CLAIMS STIPULATIONS AND OTHER FOLLOW UP RE: STRATEGIES AND CLAIMS HEARING PLANNING (7.3). |
| LYONS JK | 08/24/07 | 6.70 | EXTENSIVE REVIEW OF ESTIMATION PLEADINGS AND CHARTS, OMNIBUS OBJECTION ISSUES, CLAIMS SETTLEMENTS, AND OTHER STRATEGIES (6.7). |
| LYONS JK | 08/27/07 | 5.50 | REVIEW OF AMERICAN CASUALTY BRIEF AND ISSUES, OTHER CLAIMS ISSUES AND ESTIMATION PLEADINGS AND STRATEGY (5.5). |
| LYONS JK | 08/28/07 | 3.40 | VARIOUS MEETINGS WITH DELPHI PERSONNEL RE: ESTIMATION AND RESOLUTION OF CLAIMS (3.4). |
| LYONS JK | 08/29/07 | 5.80 | WEEKLY CLAIMS MEETING AND OTHER CLAIMS FOLLOW UP AND DETAILED ANALYSIS OF UPCOMING ESTIMATION MOTION AND STRATEGY (5.8). |
| LYONS JK | 08/30/07 | 3.70 | ADDITIONAL WORK ON ESTIMATION STRATEGIES AND PLEADINGS, PLAN ISSUES, AND OTHER FOLLOW UP (3.7). |
| LYONS JK | 08/31/07 | 6.40 | REVIEW OF ESTIMATION STRATEGIES AND CLAIMS, TOP CLAIMS ISSUES, PREPARATION FOR NEXT WEEK'S HEARING, SETTLEMENT STIPULATIONS, AND ESTIMATION PLEADINGS (5.1); PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (1.3). |

B43E

**96.50**

MARAFIOTI KA    08/06/07    0.10   WORK ON ISSUE OMNIBUS CLAIMS OBJECTION
                                   EXHIBITS (0.1).

MARAFIOTI KA    08/08/07    0.10   TELECONFERENCE WITH CLAIMANT (0.1).

MARAFIOTI KA    08/14/07    1.40   REVIEW AND REVISE 17TH OMNIBUS CLAIM
                                   OBJECTION REPLY (0.1), EXHIBITS (0.2),
                                   AND ORDER (0.1); REVIEW AND REVISE 18TH
                                   OMNIBUS CLAIMS OBJECTION REPLY (0.1),
                                   EXHIBIT (0.1), AND ORDER (0.1); REVIEW
                                   AND REVISE 19TH OMNIBUS CLAIMS
                                   OBJECTION REPLY (0.1), EXHIBIT (0.4),
                                   AND ORDER (0.1); CORRESPONDENCE RELATED
                                   TO THE FOREGOING (0.1).

MARAFIOTI KA    08/15/07    0.20   WORK ON ISSUES RE: OMNIBUS CLAIMS
                                   OBJECTION REPLIES (0.2).

MARAFIOTI KA    08/20/07    0.20   CONSIDER ISSUES RE: AMENDMENT OF CLAIMS
                                   (0.2).

MARAFIOTI KA    08/23/07    0.70   REVIEW AND REVISE 20TH OMNIBUS CLAIMS
                                   OBJECTION (0.7).

MARAFIOTI KA    08/24/07    1.90   REVIEW AND REVISE 20TH OMNIBUS CLAIMS
                                   OBJECTION (0.8); EXHIBITS (0.2), ORDER
                                   (0.6), NOTICE (0.1), AND RELATED
                                   CORRESPONDENCE (0.2).

**4.60**

MEISLER RE    08/09/07    0.30   REVIEW CLARION WITHDRAWAL OF MOTION FOR
                                 ADMIN CLAIM AND DRAFT CORRESPONDENCE
                                 RE: SAME (0.1); REVIEW AND RESPOND TO
                                 CORRESPONDENCE RE: JODON'S REQUEST FOR
                                 CLARIFICATION TO OMNIBUS OBJECTION
                                 (0.2).

MEISLER RE    08/17/07    1.90   TELECONFERENCE WITH N. BERGER (0.2);
                                 TELECONFERENCE WITH M. FUKUDA, S.
                                 BONADIES, M. TALBOT, AND V. HOFFMAN RE:
                                 RECONCILIATION OF A-1 CLAIM (1.7).

MEISLER RE    08/20/07    1.40   REVIEW AND RESPOND TO CORRESPONDENCE
                                 RE: RESOLVING A-1 CLAIMS (0.5); REVIEW
                                 AND COMMENT ON SETTLEMENT AGREEMENT
                                 (0.5); DRAFT CORRESPONDENCE RE: PBR
                                 CLAIMS (0.3); REVIEW L&W STIPULATION
                                 AND DRAFT CORRESPONDENCE RE: SAME
                                 (0.1).

MEISLER RE    08/21/07    3.00   REVIEW AND COMMENT ON STIPULATION RE:
                                 SETTLEMENT OF A-1 CLAIMS AND CLAIMS
                                 AGAINST A-1 (1.3); WORKING GROUP
                                 TELECONFERENCE (M. FUKUDA, V. HOFFMAN,
                                 S. BONADIES, M. KLOSS, M. DEAN) RE: A-1
                                 SETTLEMENT (1.4); CONTINUE TO REVIEW
                                 AND COMMENT ON SAME (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 08/22/07 | 2.00 | REVIEW AND CONSIDER REQUIREMENTS OF A LETTER OF CREDIT FOR A-1 RESOLUTION (0.4); PREPARE FOR TELECONFERENCE WITH DELPHI RE: A-1 SETTLEMENT (0.3); TELECONFERENCE WITH M. FUKUDA, V. HOFFMAN, S. BONADIES, M. KLOSS RE: SETTLEMENT OF A-1 (0.7); TELECONFERENCE WITH M. O'HAYER RE: RESCHEDULING SETTLEMENT DISCUSSIONS (0.1); REVIEW AND RESPOND TO CORRESPONDENCE RE: SAME (0.3); REVIEW CORRESPONDENCE RE: PBR LATE FILED CLAIMS (0.2). |
|---|---|---|---|
| MEISLER RE | 08/31/07 | 0.60 | DRAFT CORRESPONDENCE TO K. JONES RE: GENERAL CLAIMS RECONCILIATION (0.1) AND JPM STIP (0.2); REVIEW STATUS OF MDL SETTLEMENT MOTION (0.3). |
| | | **9.20** | |
| PANAGAKIS GN | 08/01/07 | 0.80 | REVIEW CLAIMS ISSUES (0.4); REVIEW MDL ISSUES (0.4). |
| PANAGAKIS GN | 08/03/07 | 2.30 | PARTICIPATE ON CLAIMS CALL WITH FTI (2.3). |
| PANAGAKIS GN | 08/05/07 | 0.80 | UPDATE CLAIMS ANALYSIS (0.8). |
| PANAGAKIS GN | 08/08/07 | 2.30 | REVIEW CLAIMS ISSUES (0.8); REVIEW MDL SETTLEMENT ISSUES (1.5). |
| PANAGAKIS GN | 08/20/07 | 1.50 | PARTICIPATE ON CLAIMS CALL (1.5). |
| PANAGAKIS GN | 08/22/07 | 0.50 | REVIEW CLAIMS ISSUES (0.5). |
| | | **8.20** | |
| **Total Partner** | | **137.40** | |
| MATZ TJ | 08/01/07 | 1.00 | TELECONFERENCE WITH CHAMBERS RE: 9/6 CLAIMS HEARING SCHEDULING (0.2); CORRESPONDENCE (0.1); TELECONFERENCE WITH YOUNG CONAWAY RE: METALFORMING CLAIM (0.2); TELECONFERENCE WITH CHAMBERS RE: 8/17 CLAIMS HEARING (0.2); TELECONFERENCE WITH YOUNG CONAWAY RE: METALFORMING CLAIM (0.1); CORRESPONDENCE WITH J. GORMAN RE: CLAIMS HEARING (0.2). |
| MATZ TJ | 08/02/07 | 0.20 | DISCUSSION WITH CHAMBERS RE: CLAIMS HEARINGS (0.2). |
| MATZ TJ | 08/03/07 | 0.30 | TELECONFERENCE WITH CHAMBERS RE: SAME (0.2); CORRESPONDENCE WITH CHAMBERS RE: SAME (0.1). |
| MATZ TJ | 08/07/07 | 0.20 | TELECONFERENCE WITH CHAMBERS RE: CLAIMS HEARINGS (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 08/14/07 | 3.50 | REVIEW FOLLOW UP CORRESPONDENCE FROM B. FERN RE: CORNING OBJECTION (0.1); TELECONFERENCE WITH CHAMBERS RE: SAME (0.1); CONSIDER OBJECTION RE: METALFORMING CLAIM (0.2); REVIEW AND COMMENT ON 17TH, 18TH, AND 19TH, OMNIBUS REPLIES (2.5); TELECONFERENCE WITH CHAMBERS RE: CLAIMS OBJECTIONS, ORDERS (0.2); FURTHER REVIEW OF 19TH OMNIBUS CLAIMS REPLY, EXHIBITS (0.4). |
|---|---|---|---|
| MATZ TJ | 08/16/07 | 0.40 | TELECONFERENCE WITH RIVERSIDE RE: CLAIM MATTER (0.2); TELECONFERENCE WITH J. GORMAN RE: SEPTEMBER CLAIMS HEARING (0.2). |
| MATZ TJ | 08/20/07 | 0.30 | TELECONFERENCE WITH K. GOLDSTEIN RE: VARIOUS CLAIMS PRESENTMENTS (0.3). |
| MATZ TJ | 08/21/07 | 0.50 | TELECONFERENCE WITH CHAMBERS RE: CLAIMS HEARING DATES (0.2); TELECONFERENCE WITH CHAMBERS RE: CLAIMS STIPULATIONS, PRESENTMENTS (0.3). |
| MATZ TJ | 08/22/07 | 0.50 | REVIEW BULLOCK CORRESPONDENCE RE: SAME (0.2); PARTICIPATE IN CHAMBERS TELECONFERENCE WITH K. GOLDSTEIN, R. BULLOCK RE: H.E. SERVICES DISCOVERY DISPUTE (0.2); REVIEW CORRESPONDENCE FROM CHAMBERS RE; SAME (0.1). |
| MATZ TJ | 08/23/07 | 1.60 | REVIEW AND COMMENT ON 20TH OMNIBUS CLAIMS OBJECTION, EXHIBITS (1.4); TELECONFERENCE WITH C. CONNORS RE: H.E. SERVICES CONTESTED HEARING (0.2). |
| MATZ TJ | 08/24/07 | 0.50 | TELECONFERENCE WITH FROM S. MC GUFF RE: CLAIM (0.2); FURTHER REVIEW OF 20TH OMNIBUS CLAIMS OBJECTION (0.3). |
| MATZ TJ | 08/27/07 | 0.20 | TELECONFERENCE WITH T. BENHKERE: CLAIMS STIPULATION, PRESENTMENT (0.2). |
| MATZ TJ | 08/29/07 | 1.40 | REVIEW CLAIMS STIPULATIONS FOR DELIVERY TO CHAMBERS (0.4); TELECONFERENCE WITH CHAMBERS RE: VARIOUS STIPULATIONS (0.3); CONSIDER H.E. SERVICES AND HEARING MATTERS (0.3); FURTHER REVIEW H.E. SERVICES HEARING MATTERS (0.4). |
| MATZ TJ | 08/30/07 | 2.20 | TELECONFERENCES WITH CHAMBERS RE: 9/6 AND 9/7 HEARINGS (0.4); TELECONFERENCE WITH CHAMBERS RE: OUTSTANDING CLAIMS ORDERS, STIPULATIONS (0.3); TELECONFERENCE WITH T. WEINER RE: SAME (0.2); REVIEW CORRESPONDENCE RE: BOSCH HEARING (0.2); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2); REVIEW H.E. SERVICES MATTER (0.3); FINAL REVIEW OF H.E. SERVICES REPLY (0.3); FORWARD SAME TO CHAMBERS (0.1); TELECONFERENCE WITH CHAMBERS RE: RENO STATUS (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

MATZ TJ        08/31/07      1.10   REVIEW RENO BRIEF SCHEDULE (0.3);
                                    TELECONFERENCE WITH CHAMBERS RE: SAME,
                                    9/6 HEARING (0.2); REVIEW PROPOSED 9/6
                                    HEARING AGENDA (0.2); TELECONFERENCE
                                    WITH CHAMBERS RE: H.E. SERVICES PROOFS
                                    OF CLAIMS (0.2); FURTHER TELECONFERENCE
                                    WITH CHAMBERS RE: H.E. SERVICES PROOF OF
                                    CLAIMS (0.1); TELECONFERENCE WITH KCC
                                    RE: SAME (0.1).

                             13.90

RAMLO K        08/03/07      0.10   CORRESPONDENCE TO S. PERSICHELLI RE:
                                    LATE-FILED CLAIM (0.1).

RAMLO K        08/09/07      0.40   REVISE ELMORE SETTLEMENT AGREEMENT
                                    (0.4).

RAMLO K        08/14/07      0.30   ANALYSIS RE: SERVICE ISSUES RELATING TO
                                    FEDERAL GOVERNMENT CLAIMS (0.3).

RAMLO K        08/21/07      0.60   REVISE ESTIMATION MOTION (0.6).

                              1.40

**Total Counsel**             15.30

CAMPANARIO ND  08/06/07      2.60   REVIEW INTERNAL MEMORANDUM RE:
                                    SUCCESSOR LIABILITY (0.6); LEGAL
                                    RESEARCH RE: EVIDENCE ISSUES AND DRAFT
                                    NOTICE UNDER FED. R. EVID. 807 IN
                                    CONNECTION WITH PROOF OF CLAIM BY
                                    NU-TECH PLASTICS ENGINEERING, INC.
                                    (2.0).

CAMPANARIO ND  08/09/07      0.10   TELECONFERENCE WITH OPPOSING COUNSEL
                                    RE: SCHEDULING IN CONNECTION WITH PROOF
                                    OF CLAIM BY NU-TECH PLASTICS
                                    ENGINEERING, INC. (0.1).

CAMPANARIO ND  08/20/07      4.30   PREPARE FOR AND ATTEND TELECONFERENCE
                                    WITH OPPOSING COUNSEL AND MEDIATOR
                                    (0.5) AND DRAFT PAPERS IN SUPPORT OF
                                    OBJECTION (3.8) RE: PROOF OF CLAM BY
                                    NU-TECH PLASTICS ENGINEERING, INC.

CAMPANARIO ND  08/23/07      2.30   TELECONFERENCE WITH T. LIPPERT AND K.
                                    FRANCIS RE: PROOF OF CLAIM BY NU-TECH
                                    PLASTICS ENGINEERING, INC. AND DRAFT
                                    LIST OF DAMAGES ISSUES (2.3).

CAMPANARIO ND  08/25/07      2.40   BEGIN DRAFTING MEDIATION STATEMENT RE:
                                    PROOF OF CLAIM BY NU-TECH PLASTICS
                                    ENGINEERING, INC. (2.4).

CAMPANARIO ND  08/26/07      3.00   CONTINUE TO DRAFT MEDIATION STATEMENT
                                    RE: PROOF OF CLAIM BY NU-TECH PLASTICS
                                    ENGINEERING, INC. (3.0).

CAMPANARIO ND  08/27/07      2.80   CONTINUE DRAFTING MEDIATION STATEMENT
                                    RE: PROOF OF CLAIM BY NU-TECH PLASTICS
                                    ENGINEERING, INC. (2.8).

CAMPANARIO ND  08/28/07      2.10   CONTINUE DRAFTING MEDIATION STATEMENT
                                    RE: PROOF OF CLAIM BY NU-TECH PLASTICS
                                    ENGINEERING, INC. (2.1).

B43E

| | | | |
|---|---|---|---|
| CAMPANARIO ND | 08/29/07 | 2.00 | COMPLETE DRAFTING MEDIATION STATEMENT RE: PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (2.0). |
| | | **21.60** | |
| CONNORS CP | 08/01/07 | 1.20 | FORMULATE STRATEGY RE: WHITNEY CLAIM (0.7); CORRESPOND AND COMMUNICATE WITH OPPOSING COUNSEL RE: WHITNEY (0.5). |
| CONNORS CP | 08/06/07 | 12.30 | PREPARE FOR AND PARTICIPATE CALL DELPHI WITNESSES D. MCGREGOR AND B. WASLUSKY RE: HE SERVICES CLAIM (0.8); REVIEW AND ANALYZE MATERIALS IN PREPARATION FOR T. ARNOLD DEPOSITION RE: HE SERVICES CLAIM (6.5); PREPARE DEPOSITION OUTLINE AND DEPOSITION MATERIALS FOR T. ARNOLD DEPOSITION RE: HE SERVICES CLAIM (4.1); REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL AND DRAFT RESPONSE TO SAME RE: WHITNEY CLAIM (0.9). |
| CONNORS CP | 08/07/07 | 6.80 | REVIEW AND ANALYZE MATERIALS RE: HE SERVICES CLAIM (1.1); PREPARE FOR T. ARNOLD DEPOSITION RE: HE SERVICES CLAIM (3.9); TAKE DEPOSITION OF T. ARNOLD (0.6); WORK ON OUTSTANDING PRETRIAL ISSUES RE: WHITNEY CLAIM (1.2). |
| CONNORS CP | 08/08/07 | 3.50 | WORK ON DISCOVERY-RELATED ISSUES RE: WHITNEY CLAIM (1.9); WORK ON AMENDED SUPPLEMENTAL REPLY AND DECLARATIONS RE: HE SERVICES CLAIM (1.6). |
| CONNORS CP | 08/09/07 | 0.90 | WORK ON AMENDED SUPPLEMENTAL REPLY AND DECLARATIONS (0.9). |
| CONNORS CP | 08/10/07 | 2.00 | WORK ON OUTSTANDING ISSUES RE: HE SERVICES CLAIM (1.2); WORK ON DISCOVERY AND HEARING PREPARATION RE: WHITNEY CLAIM (0.8). |
| CONNORS CP | 08/14/07 | 1.10 | CORRESPOND WITH OPPOSING COUNSEL RE: HE SERVICES CLAIM (0.5); REVIEW AND ANALYZE MATERIALS RE: HE SERVICES CLAIM (0.6). |
| CONNORS CP | 08/16/07 | 4.20 | COMMUNICATION WITH OPPOSING COUNSEL AND FOLLOW-UP CORRESPONDENCE RE: WHITNEY CLAIM (0.6); WORK ON SUPPLEMENTAL REPLY RE: WHITNEY (1.1); FORMULATE STRATEGY RE: WHITNEY CLAIM (0.6); WORK ON AMENDED SUPPLEMENTAL AND DECLARATIONS RE: HE SERVICES CLAIM (1.9). |
| CONNORS CP | 08/17/07 | 2.50 | WORK ON AMENDED SUPPLEMENTAL REPLY RE: HE SERVICES CLAIM (2.5). |
| CONNORS CP | 08/20/07 | 5.40 | WORK ON PRE-TRIAL MATTERS RE: HE SERVICES CLAIM (1.4); PREPARE FOR AND PARTICIPATE IN CALL WITH D. LADIEU RE: WHITNEY CLAIM (1.8); WORK ON OTHER MATERIALS RE: WHITNEY CLAIM (2.2). |

| CONNORS CP | 08/21/07 | 6.70 | WORK ON WITNESS STATEMENT AND COMMUNICATE WITH D. LADIEU RE: WHITNEY CLAIM (2.4); REVIEW AND ANALYZE MATERIALS RE: WHITNEY CLAIM (3.6); FORMULATE AND COORDINATE STRATEGY RE: WHITNEY CLAIM (0.7). |
|---|---|---|---|
| CONNORS CP | 08/22/07 | 4.00 | WORK ON MDL STIPULATION AND INDEMNITY AGREEMENT (1.9); REVIEW AND ANALYZE MATERIALS RE: HE SERVICES CLAIM (2.1). |
| CONNORS CP | 08/24/07 | 5.30 | REVIEW AND ANALYZE MATERIALS RE: HE SERVICES CLAIM (2.1); COORDINATE PRE-TRIAL ISSUES WITH OPPOSING COUNSEL (0.8); COORDINATE AND FORMULATE STRATEGY RE: HE SERVICES CLAIM (1.4); WORK ON DISCOVERY ISSUES RE: WHITNEY (1.0). |
| CONNORS CP | 08/27/07 | 9.20 | REVIEW AND ANALYZE MATERIALS RE: HE SERVICES CLAIM (2.5); REVISE PORTIONS OF DRAFT DEBTORS' AMENDED SUPPLEMENTAL REPLY (3.8); FORMULATE AND COORDINATE STRATEGY RE: HE SERVICES CLAIM (1.7); COMMUNICATE WITH WITNESSES ABOUT TRIAL ISSUES RE: WHITNEY CLAIM (1.2). |
| CONNORS CP | 08/28/07 | 8.50 | WORK ON DEMONSTRATIVE TRIAL EXHIBITS RE: HE SERVICES CLAIM (1.9); REVIEW DEPOSITIONS IN PREPARATION FOR TRIAL AND DEPOSITION DESIGNATION EXCHANGE WITH OPPOSING COUNSEL RE: HE SERVICES CLAIM (3.8); WORK ON AND REVISE AMENDED SUPPLEMENTAL REPLY RE: HE SERVICES CLAIM (2.8). |
| CONNORS CP | 08/29/07 | 14.10 | WORK ON FACTUAL AND LEGAL REVISIONS TO AMENDED SUPPLEMENTAL REPLY RE: HE SERVICES CLAIM (5.8); WORK ON DEPOSITION DESIGNATIONS RE: HE SERVICES CLAIM (3.1); WORK ON DEMONSTRATIVE EXHIBITS RE: HE SERVICES CLAIM HEARING (0.8); FORMULATE AND COORDINATE PRETRIAL AND TRIAL STRATEGY RE: HE SERVICES CLAIM (1.9); REVIEW AND ANALYZE MATERIALS IN CONNECTION WITH DRAFTING/REVISING AMENDED SUPPLEMENTAL REPLY AND DECLARATIONS RE: HE SERVICES CLAIM (2.5). |
| CONNORS CP | 08/30/07 | 8.50 | FINALIZE AMENDED SUPPLEMENTAL REPLY, DECLARATIONS, AND EXHIBITS PRIOR TO FILING RE: HE SERVICES (5.3); COORDINATE WITH OPPOSING COUNSEL RE: JOINT EXHIBIT BINDER AND DEPOSITION DESIGNATIONS (0.9); COORDINATE FILING OF SUPPLEMENTAL REPLY, DECLARATIONS, AND EXHIBITS PRIOR TO FILING RE: HE SERVICES (2.3). |

**96.20**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DIAZ LB | 08/01/07 | 11.10 | TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (1.5); WEEKLY CLAIMS MEETING WITH D. UNRUE, K. CRAFT AND MANAGERS (1.5); DRAFTING OF STATEMENT OF DISPUTED ISSUES FOR MSX CLAIM (0.6); MEETING WITH M. HARTELY AND D. BREWER RE: MSX (1.1); TELECONFERENCE RE: A-1 SPECIALIZED SERVICES WITH M. DEAN, J. VRSKA, AND DELPHI CLAIMS MANAGER (0.7); CONFERENCE CALL RE: STRATEGY FOR OMNI 20 CLAIMS OBJECTION (0.5); REVIEW STIPULATIONS AND SETTLEMENT AGREEMENTS (1.2); CLAIMS RECONCILIATION MEETING WITH J. DELUCA, C. MICHELS, D. UNRUE (2.4); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (1.6). |
|---|---|---|---|
| DIAZ LB | 08/02/07 | 10.30 | TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (1.4); CLAIMS STRATEGY CALL RE: UPCOMING OBJECTIONS (0.9); TELECONFERENCE RE: PLAN WITH D. UNRUE AND K. CRAFT RE: CLAIMS MATTERS (2.7); MEETING RE: STRATEGY FOR MSX LITIGATION AND RELATED PREP ON RECONCILIATION (2.3); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (1.9); REVISE SETTLEMENT AGREEMENTS AND STIPULATIONS (1.1). |
| DIAZ LB | 08/03/07 | 8.90 | TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (1.9); REVISE CLAIMS TRACKING DOCUMENTS RE: STATUS OF LITIGATION, ALLOWANCE AND OBJECTION (2.1); PLAN MEETING RE: PROCESSING OF CLAIMS AND STATUS OF ESTIMATION (1.4); RESPOND TO CLAIMANT INQUIRIES (1.5); REVISE AND EDIT SETTLEMENT AGREEMENTS AND STIPULATIONS (1.1); NEGOTIATE SETTLEMENT AGREEMENTS WITH CLAIMANT'S COUNSEL (0.9). |
| DIAZ LB | 08/04/07 | 0.60 | TELECONFERENCE WITH D. UNRUE RE: CLAIMS MATTERS (0.6). |
| DIAZ LB | 08/05/07 | 0.80 | TELECONFERENCE WITH D. UNRUE RE: CLAIMS MATTERS (0.8). |
| DIAZ LB | 08/06/07 | 4.80 | TELECONFERENCE WITH D. UNRUE RE: CLAIMS MATTERS (1.5); WEEKLY STRATEGY CALL (0.6); CLAIMS STRATEGY CALL WITH D. UNRUE AND K. CRAFT (1.4); MEETING TO DISCUSS PROCESSING OF ALLOWED CLAIMS WITH D. UNRUE AND CLAIMS MANAGERS (1.3). |
| DIAZ LB | 08/07/07 | 1.90 | TELECONFERENCE WITH D. UNRUE RE: CLAIMS MATTERS (1.9). |

B43E

| DIAZ LB | 08/08/07 | 15.30 | TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (1.7); TELECONFERENCE RE: UNION CLAIMS WITH D. UNRUE (0.6); MEETING RE: PARTIALLY AND FULLY UNLIQUIDATED CLAIMS WITH D. UNRUE (2.6); ANALYZE MATERIAL RE: SUFFICIENCY HEARING FOR AMERICAN CASUALTY (1.9); REVISE SETTLEMENT AGREEMENTS AND STIPULATIONS (1.3); RESEARCH AND DRAFT CLAIMS SECTION OF THE DISCLOSURE STATEMENT (7.2). |
| DIAZ LB | 08/09/07 | 11.60 | TELECONFERENCE WITH D. UNRUE RE: CLAIMS MATTERS (1.6); TELECONFERENCE WITH C. WILSON RE: AMERICAN CASUALTY (1.1); TELECONFERENCE WITH M. HESTER RE: ENVIRONMENTAL CLAIMS (0.3); ANALYZE FACTS AND CASE LAW RE: AMERICAN CASUALTY CLAIM (1.7); EDIT SETTLEMENT AGREEMENTS AND STIPULATIONS (0.9); RESPOND TO CLAIMANT INQUIRIES (1.5); CONTINUE TO DRAFT AND REVISE DISCLOSURE STATEMENT (2.6); UPDATE CLAIMS TRACKING CHARTS RE: STATUS OF OBJECTION, SETTLEMENT AND ALLOWANCE (1.9). |
| DIAZ LB | 08/10/07 | 10.10 | TELECONFERENCE WITH D. UNRUE RE: CLAIMS MATTERS (1.7); TELECONFERENCE WITH M. HESTER AND D. UNRUE RE: STATUS OF ENVIRONMENTAL CLAIMS (0.6); REVISE DISCLOSURE STATEMENT -- CLAIMS SECTION (0.6); STRATEGY MEETING RE: MDL CLAIMS (1.5); STRATEGY MEETING RE: SERP CLAIMS (1.7); STRATEGY MEETING RE: ESTIMATION MOTION AND PLAN (2.4); DISCUSS SETTLEMENT WITH CLAIMANTS' COUNSEL RE: PI CLAIMS (0.8); ANALYZE CONFLICTS CHECKS (0.8). |
| DIAZ LB | 08/13/07 | 10.80 | TELECONFERENCE WITH D. UNRUE RE: CLAIMS MATTERS (1.4); REVISE AND DRAFT REPLYS AND RELATED EXHIBITS FOR OMNI 17, 18, AND 19 (3.7); ANALYZE AND DRAFT PLEADING RE: MSX CLAIM (2.2); CONTACT CLAIMANTS COUNSEL RE: SETTLEMENT DISCUSSIONS (0.8); STRATEGY TELECONFERENCE WITH C. WILSON RE: AMERICAN CASUALTY LITIGATION (1.3); TELECONFERENCE RE: A-1 CLAIM WITH D. UNRUE, V. HOFFMAN AND M. KLOSS (0.8); WEEKLY STRATEGY MEETING (0.6). |
| DIAZ LB | 08/14/07 | 4.30 | TELECONFERENCE WITH D. UNRUE RE: CLAIMS MATTERS (1.8); REVISE REPLYS AND RELATED EXHIBITS (2.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DIAZ LB | 08/15/07 | 16.50 | TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (1.4); PREPARE FOR OMNI HEARING INCLUDING REVIEWING EXHIBITS AND DRAFTING DOCUMENTS FOR USE A THE HEARING (5.7); EDIT AND REVISE REPLYS AND RELATED EXHIBITS (3.9); RESPOND TO CLAIMANT INQUIRIES (0.9); POR MEETING WITH K. CRAFT, S. CORCORAN, D. UNRUE, J. SHEEHAN (3.3); REVISE AND EDIT SETTLEMENT AGREEMENTS AND STIPULATIONS (1.3). |
|---|---|---|---|
| DIAZ LB | 08/16/07 | 4.50 | TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (1.4); ATTENDANCE OF THE OMNI HEARING AND RELATED PREP (3.1). |
| DIAZ LB | 08/17/07 | 10.30 | TELECONFERENCE WITH D. UNRUE RE: CLAIMS MATTERS (1.9); TELECONFERENCE WITH D. UNRUE RE: STRATEGY FOR CLAIMS OBJECTIONS AND SETTLEMENTS (3.3); STRATEGY MEETING RE: ESTIMATION MOTION (1.1); ANALYZE CLAIMS FOR POTENTIAL ESTIMATION MOTION AND OTHER RELATED PREPARATION FOR DELPHI IN-HOUSE COUNSEL (1.0); REVISE SETTLEMENT AGREEMENTS AND STIPULATIONS (1.8); RESPOND TO CLAIMANT INQUIRIES (1.2). |
| DIAZ LB | 08/18/07 | 1.80 | FOLLOW UP TELECONFERENCE RE: CLAIMS OBJECTIONS AND SETTLEMENT STRATEGY (1.8). |
| DIAZ LB | 08/19/07 | 0.90 | TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (0.9). |
| DIAZ LB | 08/20/07 | 5.80 | TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (1.2); TELECONFERENCE RE: PLAN WITH D. UNRUE RE: CLAIMS MATTERS (0.8); STRATEGY MEETING RE: LATE CLAIMS AND OTHER PLAN RELATED ISSUES WITH D. UNRUE, J. DELUCA, D. EVANS (2.1); TELECONFERENCE RE: AMENDING SCHEDULES (0.6); SETTLEMENT DISCUSSIONS WITH TYCO'S COUNSEL (0.5); WEEKLY STRATEGY CALL (0.6). |
| DIAZ LB | 08/21/07 | 10.70 | DUE DILIGENCE RE: ESTIMATION MOTION AND OMNI OBJECTION (2.1); MEETINGS WITH J. DERIAN, K. CRAFT AND DISCUSSION WITH J. PAPELIAN RE: ESTIMATION MOTION (1.9); EDIT AMERICAN CASUALTY BRIEF RE: LITIGATION OF CLAIM (1.4); STRATEGY MEETING RE: ESTIMATION AND CAPPING OF CLAIMS FOR MOTION WITH D. UNRUE AND J. DELUCA (0.9); REVISE AND EDIT STIPULATIONS AND SETTLEMENT AGREEMENTS (1.7); RESPOND TO INFORMATION REQUEST FROM M. LOEB RE: DISCLOSURE LETTER AND RELATED TELECONFERENCE WITH D. UNRUE AND J. DELUCA (0.9); TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (1.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DIAZ LB | 08/22/07 | 10.10 | DUE DILIGENCE RE: ESTIMATION MOTION AND OMNI OBJECTION (3.1); RESPOND TO INFORMATION REQUEST FROM CLAIMANTS AND COUNSEL (1.1); EDIT TRACKING CHART RE: UPCOMING CLAIMS HEARING AND POTENTIAL SETTLEMENTS (1.8); TELECONFERENCE CALL WITH D. UNRUE RE: CLAIMS MATTERS (1.7); EDIT AND REVISE OMNI 20 CLAIMS OBJECTION AND RELATED EXHIBITS (2.4). |
| DIAZ LB | 08/23/07 | 6.10 | TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (1.8); EDIT OMNI 20 CLAIMS OBJECTION (4.3). |
| DIAZ LB | 08/24/07 | 6.00 | ANALYZE CASE LAW RE: TECHNOLOGY PROPERTIES CLAIM (1.1); RESPOND TO CLAIMANT INQUIRIES (1.3); TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (1.5); EDIT OMNI 20 CLAIMS OBJECTION AND REVISE EXHIBITS (2.1). |
| DIAZ LB | 08/26/07 | 1.10 | TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (1.1). |
| DIAZ LB | 08/27/07 | 15.50 | TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (1.7); ANALYZE AND REVIEW RELEVANT PLEADING IN PREPARATION FOR BOSCH HEARING (2.3); CREATE EXHIBITS FOR HE SERVICES LITIGATION (3.4); RESPOND TO CLAIMANT INQUIRES (0.9); ESTIMATION MOTION STRATEGY MEETING WITH D. UNRUE (1.9); EDIT ESTIMATION MOTION AND DRAFT RELATED ORDER AND ANALYZE PRECEDENT FROM OTHER CASES (3.2); CREATE EXHIBIT WITH ESTIMATIONS FROM IN-HOUSE DELPHI COUNSEL (1.2); TELECONFERENCE RE: INSURANCE CLAIMS WITH J. DELUCA AND D. UNRUE (0.9). |
| DIAZ LB | 08/28/07 | 8.70 | TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (2.0); CONTINUE TO EDIT ESTIMATION MOTION AND ANALYZE PRECEDENT FROM OTHER CASES (4.1); REVISE SETTLEMENT AGREEMENTS AND STIPULATIONS (1.2); EDIT CLAIMS TRACKING CHART TO ANALYZE STATUS OF SETTLEMENTS AND OBJECTIONS (1.4). |
| DIAZ LB | 08/29/07 | 6.90 | WEEKLY CLAIMS TEAM MEETING WITH D. UNRUE AND K. CRAFT (2.4); FILE AMERICAN CASUALTY BRIEF (0.8); ANALYZE LATE CLAIM POPULATION FOR LITIGATION STRATEGY (2.1); TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (1.6). |
| DIAZ LB | 08/30/07 | 3.00 | TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (1.9); ANALYZE AND RESEARCH ESTIMATION MOTIONS IN LARGE BANKRUPTCY CASES (1.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DIAZ LB | 08/31/07 | 8.30 | TELECONFERENCES WITH D. UNRUE RE: CLAIMS MATTERS (1.1); REVISE ESTIMATION MOTION (0.9); EDIT CLAIMS AGENDA FOR SEPT. 6 CLAIMS HEARING (0.9); REVISE SETTLEMENT AGREEMENTS AND STIPULATIONS (1.6); RESPOND TO CLAIMANT INQUIRES (1.2); UPDATE AND EDIT HEARING PLANNER AND TRACKING CHARTS RE: SETTLEMENTS AND LITIGATION (2.6). |

206.70

| | | | |
|---|---|---|---|
| ~~FERN BM~~ | ~~08/20/07~~ | ~~1.60~~ | ~~REVIEW MATERIALS RE: INTERPLAY BETWEEN CURES AND CLAIMS RECONCILIATION (0.5); TELECONFERENCE WITH D. UNRUE, A. FRANKUM, AND T. BENKHE RE: CLAIMS ISSUES (1.1).~~ |
| | | 1.60 | |

| | | | |
|---|---|---|---|
| GARTNER M | 08/01/07 | 4.50 | PREPARE FOR AND PARTICIPATE IN TAX CLAIMS CALL AND FOLLOW UP (2.2); RESEARCH TAX LIEN ISSUES (2.3). |
| GARTNER M | 08/02/07 | 4.60 | CONTINUE TAX LIEN RESEARCH REVIEW (2.7); REVIEW VARIOUS TAX CLAIMS RESPONSES AND CORRESPONDENCE RE: SAME (1.9). |
| GARTNER M | 08/06/07 | 2.20 | REVIEW RESEARCH AND CORRESPOND RE: TAX LIEN ISSUE (1.7); ATTEND WEEKLY MEETING WITH WORKING GROUP (0.5). |
| GARTNER M | 08/07/07 | 2.50 | COMMUNICATE WITH LOCAL COUNSEL RE: STATUS OF MATTER SCHEDULED FOR MEDIATION AND CORRESPONDENCE RE: SAME (2.5). |
| GARTNER M | 08/10/07 | 0.80 | UPDATE HEARING PLANNER (0.8). |
| GARTNER M | 08/13/07 | 7.40 | RESEARCH AND REVIEW ISSUES RE: OHIO USE TAX CLAIM AND CORRESPONDENCE RE: SAME (4.7); REVIEW TAX CLAIMS RESOLUTION AND PREPARE SUMMARY AND CORRESPONDENCE RE: SAME (2.1); ATTEND WEEKLY WORKING GROUP MEETING (0.6). |
| GARTNER M | 08/14/07 | 6.10 | RESEARCH BANKRUPTCY TAX CLAIMS ISSUES (6.1). |
| GARTNER M | 08/15/07 | 6.10 | PREPARE FOR AND MEET WITH WORKING GROUP RE: ONGOING TAX CLAIMS ISSUES AND CORRESPONDENCE RE: SAME (1.9); RESEARCH BANKRUPTCY TAX CLAIMS ISSUES (4.2). |
| GARTNER M | 08/16/07 | 2.40 | REVIEW RESEARCH OF STATE TAX LIEN ISSUE (2.4). |
| GARTNER M | 08/17/07 | 7.10 | COORDINATE TAX CLAIMS SETTLEMENTS, REVIEW, AND CORRESPOND RE: TAX CLAIMS ISSUES (2.7); RESEARCH AND CORRESPOND RE: TAX CLAIMS ISSUES (4.4). |
| GARTNER M | 08/18/07 | 3.20 | REVIEW STATE TAX CLAIM ISSUE AND CORRESPOND WITH WORKING GROUP (3.2). |

B43E

GARTNER M        08/19/07      0.80   CORRESPOND RE: VARIOUS TAX CLAIMS
                                      ISSUES (0.8).

GARTNER M        08/20/07      5.10   CORRESPOND RE: STATUS OF TAX CLAIMS
                                      SETTLEMENTS (0.4); CORRESPOND RE:
                                      STATUS OF MEDIATED 'LIFT STAY' MATTER
                                      (0.6); RESEARCH ISSUES RE: TREATMENT OF
                                      STATE TAX CLAIMS (3.4); COORDINATE TAX
                                      CLAIMS SETTLEMENTS (0.7).

GARTNER M        08/21/07      9.20   COORDINATE SETTLEMENT OF TAX CLAIMS AND
                                      CORRESPONDENCE RE: SAME (3.6); RESEARCH
                                      AND REVIEW OF TAX CLAIMS ISSUES AND
                                      CORRESPONDENCE RE: SAME (5.6).

GARTNER M        08/22/07      7.70   COORDINATE SETTLEMENT OF TAX CLAIMS AND
                                      CORRESPONDENCE RE: SAME (3.1); RESEARCH
                                      AND REVIEW OF TAX CLAIMS ISSUES AND
                                      CORRESPONDENCE RE: SAME (4.6).

GARTNER M        08/23/07      3.90   COORDINATE TAX CLAIMS SETTLEMENTS AND
                                      STIPULATIONS, REVISIONS, AND
                                      CORRESPONDENCE RE: SAME (2.3); REVIEW
                                      AND RESEARCH TAX CLAIMS ISSUES (1.6).

GARTNER M        08/24/07      1.40   COORDINATE SETTLEMENTS OF TAX CLAIMS
                                      AND CORRESPONDENCE RE: SAME (1.4).

GARTNER M        08/27/07      5.20   DRAFT SETTLEMENT AND STIPULATION (1.7);
                                      CORRESPOND WITH COUNSEL AND COORDINATE
                                      SETTLEMENT OF TAX CLAIMS (2.8); ATTEND
                                      WEEKLY WORKING GROUP MEETING (0.7).

GARTNER M        08/28/07      3.50   PREPARE NOTICES OF PRESENTMENT (0.8);
                                      REVIEW TAX CLAIMS ISSUES AND
                                      CORRESPONDENCE RE: SAME (2.7).

GARTNER M        08/29/07      2.60   CORRESPONDENCE RE: AND REVIEW OF TAX
                                      CLAIMS ISSUES (1.9); CORRESPONDENCE RE:
                                      TAX SETTLEMENTS AND STIPULATIONS (0.7).

GARTNER M        08/30/07      5.40   PREPARE NOTICES OF PRESENTMENT AND
                                      CORRESPONDENCE RE: SAME (2.1);
                                      CORRESPONDENCE RE: VARIOUS SETTLEMENTS
                                      AND STIPULATIONS WITH TAXING
                                      AUTHORITIES (2.7); CORRESPONDENCE RE:
                                      DISCLOSURE RESULTS FOR CERTAIN RESPONSE
                                      PARTIES (0.6).

GARTNER M        08/31/07      2.10   REVIEW ONGOING TAX CLAIMS ISSUES AND
                                      COMMUNICATE WITH WORKING GROUP (1.7);
                                      CORRESPONDENCE RE: DISCLOSURE ISSUES
                                      (0.4).

                              93.80

GUZZARDO J       08/03/07      2.30   LEGAL RESEARCH AND MEMORANDUM DRAFTING
                                      IN CONNECTION WITH HE SERVICES CLAIM
                                      (2.3).

                               2.30

HILL LF          08/01/07      6.90   DRAFT REVIEW AND RESPOND TO
                                      CORRESPONDENCE (4.6); REVIEW AND REVISE
                                      STATEMENT OF DISPUTED ISSUES FOR FILING
                                      (2.3).

| HILL LF | 08/02/07 | 4.60 | RESEARCH CLAIM AND DRAFT EMAIL RE: STATUS OF CLAIM IN OBJECTION PROCEDURES (1.2); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (2.0); REVISE SETTLEMENT AND STIPULATION DOCUMENTS (1.4). |
| HILL LF | 08/03/07 | 5.50 | RESEARCH CREDITORS' CLAIMS (0.8); DRAFT REVIEW AND RESPOND TO TELEPHONIC AND EMAIL CORRESPONDENCE (4.1); REVISE SETTLEMENT DOCUMENTS (0.6). |
| HILL LF | 08/04/07 | 2.40 | REVIEW DOCKET (0.3); DRAFT, REVIEW AND UPDATE TASK LISTS (1.4); DRAFT AND REVIEW CORRESPONDENCE (0.7). |
| HILL LF | 08/06/07 | 2.20 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (2.2). |
| HILL LF | 08/07/07 | 2.70 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE RE: CLAIMS MATTERS AND SETTLEMENTS (2.7). |
| HILL LF | 08/08/07 | 4.00 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE RE: CLAIMS MATTERS (2.3); DRAFT AND REVISE SETTLEMENT AGREEMENT DOCUMENTS (1.4); REVIEW DOCKET (0.3). |
| HILL LF | 08/09/07 | 9.10 | REVIEW DOCKET (1.2); BEGIN DRAFTING SUMMARIES FOR RESPONSE CHART (4.7); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (3.2). |
| HILL LF | 08/12/07 | 11.40 | CONTINUE DRAFTING SUMMARIES OF RESPONSES TO OMNIBUS OBJECTION FOR RESPONSE CHARTS (8.6); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE RE: CLAIMS MATTERS (2.8). |
| HILL LF | 08/13/07 | 8.40 | CONTINUE DRAFTING SUMMARIES OF RESPONSES TO OMNIBUS OBJECTIONS (5.9); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE RE: CLAIMS MATTERS (2.5). |
| HILL LF | 08/14/07 | 4.20 | REVISE SUMMARIES OF RESPONSES TO OMNIBUS OBJECTIONS (0.3); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (3.9). |
| HILL LF | 08/15/07 | 8.20 | REVIEW AND REVISE SUMMARIES OF RESPONSES TO OMNIBUS OBJECTION (1.5); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE RE: CLAIMS MATTERS (5.6); DISCUSSION RE: BACKGROUND FOR BRIEF (1.1). |
| HILL LF | 08/16/07 | 6.40 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE RE: CLAIMS MATTERS (1.9); BEGIN DRAFTING OMNIBUS OBJECTION DOCUMENTS (3.2); REVIEW RESEARCH MATERIALS FOR CUSTOMS RELATED BRIEF (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HILL LF        08/17/07     2.60   DRAFT, REVIEW AND RESPOND TO
                                   CORRESPONDENCE RE: CLAIMS MATTERS
                                   (2.6).

HILL LF        08/19/07     4.90   REVIEW CASE MATERIALS FOR BRIEF (4.1);
                                   REVIEW AND RESPOND TO CORRESPONDENCE
                                   RE: CLAIMS MATTERS (0.8).

HILL LF        08/20/07     5.10   DRAFT, REVIEW AND RESPOND TO
                                   CORRESPONDENCE (1.4); DRAFT BRIEF FOR
                                   CUSTOMS MATTER (3.7).

HILL LF        08/21/07     9.40   CONTINUE DRAFTING BRIEF RE: CUSTOMS
                                   MATTER (7.8); DISCUSS ESTIMATION OF
                                   CLAIMS WITH DELPHI CONTACTS (1.1);
                                   REVIEW CLAIMS FOR ESTIMATION MOTION
                                   (0.5).

HILL LF        08/22/07     9.10   REVIEW ESTIMATION CLAIMS AND START
                                   DRAFTING STIPULATIONS (2.2);  REVIEW
                                   AND REVISE OMNIBUS OBJECTION DOCUMENTS
                                   (3.9); DRAFT, REVIEW AND RESPOND TO
                                   CORRESPONDENCE (0.5); BEGIN DUE
                                   DILIGENCE OF CLAIMS FILES (2.5).

HILL LF        08/23/07     4.90   COMPLETE DILIGENCE OF FILES (3.0);
                                   REVISE BRIEF (1.5); DRAFT, REVIEW AND
                                   RESPOND TO CORRESPONDENCE RE: CLAIMS
                                   MATTERS (0.4).

HILL LF        08/24/07     6.60   DRAFT, REVIEW AND RESPOND TO
                                   CORRESPONDENCE RE: CLAIMS MATTERS
                                   (2.1); REVIEW AND REVISE OMNIBUS
                                   OBJECTION DOCUMENTS FOR FILING (4.5).

HILL LF        08/27/07     7.20   DRAFT STIPULATION RE: PROPOSED
                                   SETTLEMENT (1.9); REVIEW AND REVISE
                                   BRIEF (2.9); DRAFT AND REVIEW
                                   CORRESPONDENCE RE: CLAIMS MATTERS
                                   (2.4).

HILL LF        08/29/07     4.80   DRAFT NOTICE OF ENTRY OF ORDERS FOR
                                   OMNIBUS OBJECTIONS (2.1); DRAFT, REVIEW
                                   AND RESPOND TO CORRESPONDENCE (1.2);
                                   REVIEW FILES AND CONTACT CREDITORS RE:
                                   POSSIBLE SETTLEMENT (1.5).

HILL LF        08/30/07     8.50   DRAFT NOTICE OF PRESENTMENTS (1.9);
                                   PREPARE NOTICE OF PRESENTMENTS FOR
                                   FILING (3.1); DRAFT, REVIEW AND RESPOND
                                   TO CORRESPONDENCE RE: CLAIMS MATTERS
                                   (3.5).

                           **139.10**

HOUSTON BM     08/02/07     2.10   ANALYZE CLAIMS IN PREPARATION FOR
                                   SETTLEMENT DISCUSSION (2.1).

HOUSTON BM     08/03/07     0.30   REVIEW EMAIL FROM D. UNRUE RE: GROCE
                                   SETTLEMENT (0.1); DRAFT RESPONSE TO D.
                                   UNRUE RE: SAME (0.2).

HOUSTON BM     08/06/07     3.40   REVIEW AND ANALYZE CLAIM FILES IN
                                   PREPARATION FOR SETTLEMENT DISCUSSIONS
                                   (3.4).

HOUSTON BM        08/07/07      2.90   ANALYZE CLAIMS IN PREPARATION FOR CALL
                                       TO CLAIMANTS' COUNSEL (1.5);
                                       TELECONFERENCE WITH CLAIMANTS' COUNSEL
                                       TO DISCUSS POTENTIAL SETTLEMENT (1.1);
                                       DRAFT REQUEST FOR ADDITIONAL
                                       INFORMATION ON CLAIMS (0.3).

HOUSTON BM        08/08/07      6.20   TELECONFERENCE WITH E. GERSHBEIN RE:
                                       CLAIMS SETTLED UNDER LIFT STAY
                                       PROCEDURES (0.2); PARTICIPATE IN CLAIMS
                                       TEAM WORKING GROUP (0.3); REVIEW CLAIMS
                                       FILES BEFORE SETTLEMENT DISCUSSION
                                       (2.8); CALL CLAIMANTS' COUNSEL TO
                                       DISCUSS POTENTIAL SETTLEMENTS (0.6);
                                       DRAFT SETTLEMENT AGREEMENTS AND
                                       STIPULATIONS (2.3).

HOUSTON BM        08/09/07      5.20   REVIEW AND ANALYZE CLAIMS IN
                                       PREPARATION FOR SETTLEMENT DISCUSSIONS
                                       (2.3); CALL CLAIMANTS' COUNSEL TO
                                       DISCUSS POTENTIAL RESOLUTION (0.7);
                                       DRAFT SETTLEMENTS AND STIPULATIONS
                                       (1.8); PARTICIPATE IN WORKING GROUP
                                       DISCUSSION RE: STATUS OF CLAIMS
                                       RESOLUTION PROCESS (0.4).

HOUSTON BM        08/10/07      6.80   REVIEW CLAIM FILES AND STRATEGIZE RE:
                                       APPROACH TOWARD SETTLEMENT DISCUSSIONS
                                       (2.4); TELECONFERENCE WITH CLAIMANTS'
                                       COUNSEL TO DISCUSS STATUS OF POTENTIAL
                                       SETTLEMENTS AND TO CONVEY AND REQUEST
                                       ADDITIONAL INFORMATION (0.8); DRAFT
                                       SETTLEMENT AGREEMENTS AND STIPULATIONS
                                       (1.7); UPDATE CLAIMS STATUS CHART
                                       (0.2); REVISE PROPOSED PHILLIPS
                                       STIPULATION (0.3); REVISE PROPOSED
                                       BUEKE STIPULATION (0.2); REVIEW AND
                                       EDIT PROPOSED YATES STIPULATION (0.4);
                                       RE-DRAFT PROPOSED WALDO STIPULATION
                                       (0.5); REVISE PROPOSED STUCK
                                       STIPULATION (0.3).

HOUSTON BM        08/13/07     10.60   DRAFT WHEELER SETTLEMENT AGREEMENT
                                       (1.7); DRAFT PROPOSED STIPULATION
                                       (1.4); DRAFT MANNS SETTLEMENT AGREEMENT
                                       (1.2); DRAFT PROPOSED STIPULATION
                                       (0.9); RE-DRAFT PROPOSED BUEKE
                                       SETTLEMENT AGREEMENT AND STIPULATION
                                       (1.2); DRAFT PROPOSED GRIGOLEIT
                                       SETTLEMENT AGREEMENT AND STIPULATION
                                       (2.2); REVISE PROPOSED SMITH
                                       STIPULATION (0.3); REVIEW AND EDIT
                                       PROPOSED RUSSELL STIPULATION (0.3);
                                       REVISE PROPOSED PROUD STIPULATION
                                       (0.2); RE-DRAFT WALDO STIPULATION
                                       (0.4); REVISE PROPOSED ENNIS SETTLEMENT
                                       (0.3); EDIT HOYT STIPULATION (0.2);
                                       REVISE PROPOSED MERRITT STIPULATION
                                       (0.3).

HOUSTON BM        08/14/07        2.40    ANALYZE CLAIMS IN PREPARATION FOR
                                          SETTLEMENT DISCUSSIONS (1.1);
                                          TELECONFERENCE WITH CLAIMANTS' COUNSEL
                                          TO DISCUSS POTENTIAL SETTLEMENTS (0.8);
                                          TELECONFERENCE CALL WITH K. FARINAS RE:
                                          GEORGE & SIPES CLAIMANTS' SETTLEMENT
                                          AGREEMENTS AND STIPULATIONS (0.3);
                                          DRAFT FOLLOW-UP CORRESPONDENCE TO K.
                                          FARINAS RE: SAME (0.2).

HOUSTON BM        08/15/07        7.10    ANALYZE CLAIMS IN PREPARATION FOR
                                          SETTLEMENT DISCUSSIONS (2.4); REVIEW
                                          ADDITIONAL CLAIMS INFORMATION (1.2);
                                          STRATEGIZE RE: APPROACH TO SETTLEMENT
                                          DISCUSSIONS (0.8); TELECONFERENCE
                                          CLAIMANTS' COUNSEL TO DISCUSS STATUS OF
                                          NEGOTIATIONS AND TO CONVEY ADDITIONAL
                                          INFORMATION (1.2); DRAFT PROPOSED 1ST
                                          CHOICE SETTLEMENT AND STIPULATION
                                          (1.5).

HOUSTON BM        08/16/07        4.90    REVIEW EMAIL FROM J. DELUCA RE:
                                          ASHERBRANNER SETTLEMENT (0.2);
                                          TELECONFERENCE WITH J. DELUCA RE: SAME
                                          (0.3); ANALYZE CLAIMS FOR SETTLEMENT
                                          DISCUSSIONS (2.4); DRAFT PROPOSED
                                          SETTLEMENT AGREEMENTS (1.3);
                                          TELECONFERENCE WITH CLAIMANTS' COUNSEL
                                          RE: PROPOSED SETTLEMENTS (0.7).

HOUSTON BM        08/17/07        8.40    PARTICIPATE IN CLAIMS TEAM WORKING
                                          GROUP (0.7); BEGIN RESEARCHING ISSUES
                                          RE: CLAIMS ESTIMATION (4.4); REVISE
                                          GRIGOLEIT SETTLEMENT AND STIPULATION
                                          (0.3); REVIEW AND EDIT WHEELER
                                          SETTLEMENT AND STIPULATION (0.4);
                                          REVISE MANNS SETTLEMENT AND STIPULATION
                                          (0.3); RE-DRAFT GEORGE & SIPES
                                          CLAIMANTS' PROPOSED SETTLEMENTS AND
                                          STIPULATIONS (2.3).

HOUSTON BM        08/20/07        6.20    TELECONFERENCE WITH M. PANEPINTO RE:
                                          WHEELER SETTLEMENT AND STIP (0.2);
                                          DRAFT FOLLOW-UP CORRESPONDENCE TO M.
                                          PANEPINTO RE: SAME (0.4);
                                          TELECONFERENCE WITH F. DOLCE RE: MANNS
                                          SETTLEMENT AND STIP (0.1); DRAFT
                                          FOLLOW-UP EMAIL TO F. DOLCE RE: SAME
                                          (0.2); CONTINUE RESEARCHING ISSUES RE:
                                          CLAIMS ESTIMATION (5.3).

HOUSTON BM        08/21/07       13.40    CONTINUE RESEARCHING ISSUES RE: CLAIMS
                                          ESTIMATION (1.7); TELECONFERENCE WITH
                                          J. DELUCA RE: PROPOSED GRIGOLEIT
                                          SETTLEMENT (0.3); DRAFT FOLLOW-UP
                                          CORRESPONDENCE TO J. DELUCA RE: SAME
                                          (0.1); TELECONFERENCE WITH T. KLESTADT
                                          RE: PROPOSED GRIGOLEIT SETTLEMENT AND
                                          STIPULATION (0.2); DRAFT FOLLOW-UP
                                          EMAIL TO T. KLESTADT AND S. POSTLEWAIT
                                          RE: SAME (0.2); DRAFT CLAIMS ESTIMATION
                                          MOTION (10.9).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOUSTON BM | 08/22/07 | 5.70 | REVIEW AND REVISE PROPOSED GRIGOLEIT SETTLEMENT (0.7); TELECONFERENCE WITH S. POSTLEWAIT RE: PROPOSED GRIGOLEIT SETTLEMENT AND STIPULATION (0.4); DRAFT FOLLOW-UP CORRESPONDENCE TO S. POSTLEWAIT RE: SAME (0.3); ANALYZE CLAIMS IN PREPARATION FOR SETTLEMENT DISCUSSIONS (2.1); UPDATE CHART OF MISSING CLAIMS INFORMATION (0.3); TELECONFERENCE WITH CLAIMANTS' COUNSEL TO DISCUSS POTENTIAL SETTLEMENT (0.7); REVIEW ESTIMATION MOTION (1.2). |
| HOUSTON BM | 08/23/07 | 8.30 | REVISE ESTIMATION MOTION (7.7); DRAFT GRIGOLEIT NOTICE OF PRESENTMENT (0.2); REVIEW EMAILS FROM S. POSTLEWAIT RE: GRIGOLEIT MATTER (0.2); TELECONFERENCE WITH S. POSTLEWAIT RE: SAME (0.2). |
| HOUSTON BM | 08/24/07 | 6.00 | DRAFT ESTIMATION MOTION PROPOSED ORDER (1.2); DRAFT NOTICE OF ESTIMATION MOTION (0.4); REVIEW CLAIMS INFORMATION IN PREPARATION FOR SETTLEMENT DISCUSSIONS (1.4); TELECONFERENCE WITH CLAIMANTS' COUNSEL TO DISCUSS POTENTIAL SETTLEMENTS AND TO CONVEY AND REQUEST ADDITIONAL INFORMATION (0.8); DRAFT PROPOSED JUDCO SETTLEMENT AND STIPULATION (0.9); DRAFT PROPOSED HOLSET SETTLEMENT AND STIPULATION (0.8); DRAFT CORRESPONDENCE TO F. DOLCE RE: PROPOSED MANNS SETTLEMENT AND STIPULATION (0.2); REVISE ESTIMATION MOTION (0.3). |
| HOUSTON BM | 08/27/07 | 4.20 | ANALYZE CLAIMS IN PREPARATION FOR SETTLEMENT DISCUSSIONS (1.2); CALL CLAIMANTS' COUNSEL RE: PROPOSED SETTLEMENTS (0.4); REVIEW AND EDIT PROPOSED JUDCO SETTLEMENT AND STIPULATION (0.4); DRAFT CORRESPONDENCE TO A. BRAYN AND T. BUTTNER RE: SAME (1.3); REVIEW ESTIMATION MOTION (0.6); REVISE ESTIMATION MOTION ORDER (0.3). |
| HOUSTON BM | 08/28/07 | 3.40 | REVISE ESTIMATION MOTION (3.4). |

B43E

HOUSTON BM      08/29/07      7.40   REVIEW EMAIL FROM S. POSTLEWAIT RE:
                                     GRIGOLEIT SETTLEMENT AND STIPULATION
                                     (0.2); REVIEW PROPOSED SETTLEMENT
                                     AGREEMENT (0.3); DRAFT FOLLOW-UP
                                     CORRESPONDENCE TO S. POSTLEWAIT RE:
                                     SAME (0.2); DRAFT EMAIL TO T. KLESTADT
                                     RE: GRIGOLEIT STIPULATION (0.2); DRAFT
                                     PROPOSED PAWLOWSKI STIPULATION (1.1);
                                     DRAFT NOTICE OF WITHDRAWAL OF CLAIM
                                     (1.3); ANALYZE CLAIMS IN PREPARATION
                                     FOR SETTLEMENT DISCUSSIONS (2.3);
                                     TELECONFERENCE WITH CLAIMANTS' COUNSEL
                                     TO REQUEST ADDITIONAL INFORMATION
                                     (0.3); EDIT PROPOSED STUCK STIPULATION
                                     (0.2); REVISE PROPOSED RUSSELL
                                     STIPULATION (0.2); REVIEW AND EDIT
                                     PROPOSED STANSBURY STIPULATION (0.2);
                                     REVISE PROPOSED PROUD STIPULATION
                                     (0.2); REVISE PROPOSED SMITH
                                     STIPULATION (0.2); EDIT PROPOSED WALDO
                                     STIPULATION (0.3); REVISE PROPOSED
                                     YATES STIPULATION (0.2).

HOUSTON BM      08/30/07      7.30   RESEARCH AND ANALYZE CASE LAW RE:
                                     ESTIMATION PROCEDURES (2.8); DRAFT
                                     NOTICE OF ELECTION TO ACCEPT ESTIMATION
                                     COUNTERPROPOSAL (0.9); ANALYZE CLAIMS
                                     IN PREPARATION FOR SETTLEMENT
                                     DISCUSSIONS (2.1); TELECONFERENCE WITH
                                     CLAIMANTS' COUNSEL TO DISCUSS POTENTIAL
                                     RESOLUTION AND TO REQUEST ADDITIONAL
                                     INFORMATION (0.7); FINALIZE GRIGOLEIT
                                     NOTICE OF PRESENTMENT AND UPDATE
                                     SPECIAL PARTIES SERVICE LIST (0.8).

                             122.20

HOWE EJ         08/01/07      9.90   MULTIPLE EMAILS TO AND FROM C.
                                     MACDONALD, TELECONFERENCE WITH SAME,
                                     AND DRAFT AND COORDINATE FILING OF
                                     NOTICE OF ADJOURNMENT RE: CLAIM OF ARC
                                     AUTOMOTIVE (1.9); REVISE PROCEDURAL
                                     STIPULATION RE: CLAIM OF TIMKEN (0.7);
                                     STRATEGY CONFERENCE RE: CLAIMS OF ATEL
                                     LEASING AND CLARION (0.6); RESPOND TO
                                     MULTIPLE INQUIRIES FROM CLAIMANTS
                                     (2.0); FINALIZE AND TRANSMIT TO COUNSEL
                                     SETTLEMENT AGREEMENTS AND JOINT
                                     STIPULATIONS RE: CLAIMS OF IER FUJIKURA
                                     AND HOOVER PRECISION PRODUCTS (0.7);
                                     LEGAL RESEARCH RE: CLAIM OF GARY WHITNEY
                                     (1.1); REVIEW D. UNRUE EMAIL AND
                                     EXECUTIVE SUMMARY RE: CLAIM OF BALL
                                     SYSTEMS (0.3); EMAIL TO D. PLAY RE:
                                     STATUS OF STIPULATION RE: L&W (0.2);
                                     REVIEW CLAIMS TO BE SETTLED RE:
                                     FIFTEENTH AND SEVENTEENTH OMNIBUS
                                     CLAIMS OBJECTIONS (1.3); DRAFT
                                     SETTLEMENT AGREEMENT AND STIPULATION
                                     RE: CLAIM OF MILLWOOD (1.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOWE EJ | 08/02/07 | 6.70 | TELECONFERENCE WITH C. MICHELS RE: SIERRA/LEWIS SPRING CLAIM (0.2); TELECONFERENCE WITH R. ARAMBASICH RE: ATEL CLAIM (0.2); ANALYZE LEGAL RESEARCH RE: WHITNEY LITIGATION AND STRATEGIZE RE: DEBTORS' BRIEF (2.6); REVISE STIPULATION RE: TIMKEN CLAIM (0.5); REVIEW EMAIL CORRESPONDENCE FROM P. PITSENBARGER AND DRAFT EMAILS TO WITNESSES RE: WHITNEY LITIGATION (1.9); REVIEW AND ANALYZE CLAIMS FROM FIFTEENTH AND SEVENTEENTH OMNIBUS CLAIMS OBJECTIONS (1.3). |

| HOWE EJ | 08/03/07 | 5.80 | WORKING GROUP STRATEGY RE: TRADE CLAIMS TO BY NOTICED (0.6); PREPARE UPDATE RE: ATEL CLAIM (0.4); REVIEW STATUS RE: MULTIPLE CLAIMS SETTLEMENTS (2.6); ADDITIONAL LEGAL RESEARCH RE: WHITNEY CLAIM (2.2). |

| HOWE EJ | 08/06/07 | 6.40 | FOLLOW UP ON STATUS OF VARIOUS SETTLEMENTS (2.2); LEGAL RESEARCH RE: PRODUCING WITNESSES (2.0); CREATE TIMELINE OF DEADLINES RE: WHITNEY LITIGATION (0.5); COMPILE CHART OF CLAIMS TO PRESENT 8/17 AND FORWARD TO D. UNRUE (0.7); TELECONFERENCE WITH R. ARAMBASICH RE: CLAIM OF ATEL AND FOLLOW UP EMAILS RE: STATUS (0.6); EMAIL TO C. MICHELS RE: CLAIM OF TELEFLEX (0.4). |

| HOWE EJ | 08/07/07 | 9.60 | TELECONFERENCE WITH C. MICHELS (0.2), FOLLOW UP REVIEW OF CLAIM AND STATUS OF SETTLEMENT (0.4), AND EMAIL TO A. AARONSON (0.2) RE: CLAIM OF TELEFLEX; REVIEW STATUS OF MULTIPLE CLAIMS SETTLEMENTS (1.6); TELECONFERENCE WITH C. MACDONALD RE: CLAIM OF ARC AUTOMOTIVE (0.2); REVIEW NEW CLAIMS RE: SETTLEMENT (1.8); REVIEW SETTLEMENT PROCEDURES TRACKING (0.9); TELECONFERENCE WITH AND FOLLOW UP EMAIL TO H. STEELE RE: CLAIM OF SOJITZ (0.3); TELECONFERENCE WITH S. PERSECHELLI RE: CLAIM OF ATEL (0.2); REVIEW DOCUMENTS FOWARDED BY C. MICHELS, AND MULTIPLE EMAILS TO AND FROM C. MICHELS AND J. DEJONKER RE: CLAIM OF RECTICEL (1.9); REVISE STIPULATION RE: CLAIM OF TIMKEN (0.3); DRAFT SCRIPTS RE: OMNIBUS CLAIMS OBJECTIONS (1.5); TELECONFERENCE WITH R. SIMONI RE: CLAIM OF ROTOFORM (0.1). |

B43E

| HOWE EJ | 08/08/07 | 9.80 | UPDATE CHART OF TEMPLATES (0.6); REVISE SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIMS OF ROTAFORM (0.9) AND HOOVER (2.8); TELECONFERENCE WITH S. PERSECHELLI AND FOLLOW UP EMAIL (0.4) AND TELECONFERENCE WITH R. ARAMBASICH (0.3) RE: CLAIM OF ATEL; WORKING ON SETTLEMENT TRACKING CHART (0.7); DRAFT SCRIPTS RE: OMNIBUS CLAIMS OBJECTIONS (3.0); PARTICIPATE IN CLAIMS WORKING GROUP STRATEGY SESSION (0.3); BEGIN COORDINATION OF AUGUST 10 NOTICE OF PRESENTMENT FILING (0.6); MULTIPLE EMAILS TO AND FROM J. DEJONKER RE: CLAIM OF RECTICEL (0.2). |

| HOWE EJ | 08/09/07 | 9.20 | REVIEW STATUS RE: VARIOUS CLAIM SETTLEMENTS (1.8); DRAFT SCRIPTS RE: OMNIBUS CLAIMS OBJECTIONS (3.4); DRAFT MULTIPLE NOTICES OF PRESENTMENT RE: CLAIMS FOR AUGUST 17 HEARING AND BEGINNING PREPARATIONS FOR FILING (2.7); REVISE ROTAFORM SETTLEMENT AGREEMENT AND STIPULATION (0.4); REVIEW CLARION EXECUTIVE SUMMARY (0.2); REVIEW MOTION TO AMEND CLAIM RE: BEAVER (0.7). |

| HOWE EJ | 08/10/07 | 8.60 | LEGAL RESEARCH RE: REPLY BRIEF RE: CLAIM OF WHITNEY (4.3); COORDINATE FILING AND SERVICE OF NOTICES OF PRESENTMENT (3.6); CONTINUE TO REVIEW AND WORK NEW CLAIMS SETTLEMENTS (0.7). |

| HOWE EJ | 08/13/07 | 9.60 | RESEARCH AND DRAFTING REPLY BRIEF RE: CLAIM OF GARY WHITNEY (2.1); TELECONFERENCE WITH N. HAZAN RE: CLAIM OF TIMKEN (0.3); PREPARE CHART OF CLAIMS TO BE PRESENTED ON SEPTEMBER 6 (0.9); DRAFT NOTICE OF PRESENTMENT RE: UAW CLAIM (1.3); MULTIPLE TELECONFERENCES AND EMAILS WITH C. WU RE: VENTURE PLASTICS' RECLAMATION DEMAND (0.6); DRAFT SETTLEMENT AGREEMENT AND STIPULATION AND EMAIL TO F. MCGINN RE: CLAIM OF IRON MOUNTAIN (1.6); DRAFT STIPULATION RE: CLAIM OF ATEL LEASING (2.0); DRAFT STIPULATION RE: CLAIM OF TYCO (0.8). |

| HOWE EJ | 08/14/07 | 8.10 | CONTINUE RESEARCH AND DRAFTING REPLY BRIEF RE: CLAIM OF GARY WHITNEY (4.2); UPDATE SETTLEMENT PROCEDURES TRACKING CHART (0.2); EMAIL TO J. DEJONKER RE: RECTICEL CLAIM (0.2); REVISE REPLIES IN SUPPORT OF OMNIBUS CLAIMS OBJECTIONS (1.2); REVISE SETTLEMENT AGREEMENT AND STIPULATIONS RE: CLAIM OF MILLWOOD (0.4); TELECONFERENCE WITH AND MULTIPLE EMAILS TO AND FROM N. HAZAN RE: CLAIM OF TIMKEN (1.0); TRACK MISSING EXECUTIVE SUMMARIES (0.9). |

B43E

| HOWE EJ | 08/15/07 | 6.90 | REVISE REPLIES RE: EIGHTEENTH AND NINETEENTH OMNIBUS CLAIMS OBJECTIONS (1.8); LEGAL RESEARCH RE: WHITNEY CLAIM (2.5); REVIEW NEW CLAIMS, INCLUDING MULTIPLE TELECONFERENCES TO OPPOSING COUNSEL (2.3); REVIEW IER SETTLEMENT AGREEMENT AND EMAIL FROM AND TO N. WHEATLEY RE: SAME (0.6). |
|---------|----------|------|---|
| HOWE EJ | 08/16/07 | 9.90 | REVIEW NOTICE OF DISMISSAL OF L&W ADVERSARY (0.4); RESEARCH RE: REPLY BRIEF (2.5), TELECONFERENCE WITH J. DAMATO (0.4) WORK ON DEPOSITIONS OF WITNESSES (1.8), AND PREPARE TIMELINE AND QUESTIONS FOR WITNESSES (4.8). |
| HOWE EJ | 08/17/07 | 9.10 | DRAFT QUESTIONS FOR WITNESSES (2.1) AND CONTINUE WORKING ON REPLY BRIEF (1.7) RE: CLAIM OF G. WHITNEY; PREPARE FOR (0.3) AND PARTICIPATE IN TELECONFERENCE WITH M. FUKUDA, S. BONADIES, AND V. HOFFMAN (1.7) AND FOLLOW UP REVIEW OF SUPPLY AND RECLAIM CONTRACTS (0.8) RE: CLAIM OF A-1; TELECONFERENCE WITH N. HAZAN RE: CLAIM OF TIMKEN (0.3); REVIEW SETTLEMENT DOCUMENTS RE: MULTIPLE CLAIMS (1.8); CLAIMS WORKING GROUP STRATEGY MEETING (0.4). |
| HOWE EJ | 08/18/07 | 4.30 | DRAFT SETTLEMENT AGREEMENT AND STIPULATION (3.7) AND MULTIPLE EMAILS TO AND FROM D. UNRUE RE: CLAIM OF A-1 (0.6). |
| HOWE EJ | 08/19/07 | 3.10 | DRAFT STIPULATION RE: CLAIM OF ARC AUTOMOTIVE (1.0); DRAFT SETTLEMENT AGREEMENT RE: CLAIM OF A-1 (1.2); RESEARCH RE: REPLY BRIEF RE: CLAIM OF G. WHITNEY (0.9). |
| HOWE EJ | 08/20/07 | 6.90 | EMAIL D. UNRUE AND M. FUKUDA (0.5), REVIEW CONTRACT ASSUMPTION PROCEDURES (1.5), TELECONFERENCE WITH S. BONANDIES (0.3), AND DRAFT SETTLEMENT AGREEMENTS AND REVIEW AND ANALYZE ISSUE (2.9) RE: A-1; PREPARE FOR (0.3) AND PARTICIPATE IN (1.1) TELECONFERENCE WITH D. LADIEU AND FOLLOW UP REVIEW OF NOTES (0.2) RE: WHITNEY CLAIM; TELECONFERENCE WITH N. HAZAN RE: TIMKEN CLAIM (0.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOWE EJ | 08/21/07 | 14.40 | REVIEW STATUS OF VARIOUS CLAIMS SETTLEMENTS (0.7); MEETINGS WITH C. BROWN RE: ESTIMATING CLAIMS (2.7); REVISE SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF A-1 (6.8); REVIEWS CLAIMS IN PREPARATION OF MEETINGS WITH C. WILSON AND C. BROWN (1.2); MEETING WITH C. WILSON RE: ESTIMATING CLAIMS (0.4); ANALYZE CLAIMS TO BE INCLUDED ON TWENTIETH OMNIBUS CLAIMS OBJECTION (1.1); PREPARE FOR (0.3) AND PARTICIPATE IN TELECONFERENCE WITH V. HOFFMAN, M. FUKUDA, S. BONDANDIES ET. AL. (1.2) RE: CLAIM OF A-1. |

| HOWE EJ | 08/22/07 | 10.30 | CONTINUE ANALYSIS OF CLAIMS TO BE INCLUDED ON TWENTIETH OMNIBUS CLAIMS OBJECTION (2.7); REVIEW PRECEDENT AND ANALYZE ISSUES RE: LETTER OF CREDIT (2.0), TELECONFERENCE WITH S. BONDANDIES (0.3), PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH S. BONDANDIES, M. FUKUDA, ET. AL (1.3), AND FOLLOW UP REVISIONS TO SETTLEMENT AGREEMENT AND STIPULATION (1.7) RE: CLAIM OF A-1; CONTINUE TO ANALYZE CLAIMS RE: ESTIMATIONS (1.9); TELECONFERENCE WITH COUNSEL FOR JCI RE: SAME (0.4). |

| HOWE EJ | 08/23/07 | 5.30 | CONTINUE REVIEW AND REVISION OF A-1 SETTLEMENT AGREEMENT AND UNDERLYING CONTRACTS (2.2); REVIEW LEGAL RESEARCH RE: BRIEF FOR CLAIM OF GARY WHITNEY (1.4); DISTRIBUTE MULTIPLE SETTLEMENT DOCUMENTS TO VARIOUS CLAIMANTS (0.4); ANALYZE POTENTIAL ESTIMATIONS AND CAPS FOR VARIOUS CLAIMS (1.3). |

| HOWE EJ | 08/24/07 | 7.80 | PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH S. BONADIES RE: A-1 (0.6); STRATEGY TELECONFERENCE WITH C. MICHELS AND M. CARROLL RE: RECTICEL (0.3); PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH J. DEJONKER, D. STREHL, C. MICHELS AND M. CARROLL RE: RECTICEL (0.8); REVISE A-1 SETTLEMENT AGREEMENT (0.5); DRAFT REPLY BRIEF RE: CLAIM OF GARY WHITNEY (3.2); FOLLOW UP RE: STATUS OF MULTIPLE CLAIM SETTLEMENTS (1.6); COORDINATE MEDIATION RE: CLAIM OF G. WHITNEY (0.8). |

| HOWE EJ | 08/27/07 | 10.10 | RESEARCH FOR AND DRAFTING OF REPLY BRIEF RE: CLAIM OF G. WHITNEY (9.6); MULTIPLE EMAILS FROM AND TO C. MICHELS AND D. UNRUE RE: CLAIM OF TIMKEN (0.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOWE EJ | 08/28/07 | 11.60 | MULTIPLE TELECONFERENCES WITH S. PERSECHELLI (0.3), SUMMARIZE CLAIM (0.4), AND EMAIL TO D. UNRUE AND K. CRAFT (0.4) RE: CLAIM OF ATEL LEASING; TELECONFERENCE WITH N. HAZAN (0.2) AND REVIEW AND REVISE STIPULATION (2.7) RE: CLAIM OF TIMKEN; CONTINUE DRAFTING REPLY BRIEF RE: CLAIM OF GARY WHITNEY (6.8); COORDINATE FILING OF SERVICE RE: NU-TECH NOTICE OF ADJOURNMENT (0.3); TELECONFERENCE WITH S. BONADIES RE: A-1 CLAIM (0.5). |

| HOWE EJ | 08/29/07 | 8.70 | REVISE CAPPING STIPULATION RE: CLAIM OF TIMKEN (0.6); CONTINUE DRAFTING REPLY BRIEF RE: CLAIM OF WHITNEY (2.7); REVIEW CONTRACTS AND SETTLEMENT AGREEMENT (1.9); STRATEGIZE RE: CHANGES TO DOCUMENTS (0.7); PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH V. HOFFMAN AND S. BONANDIES (0.8), AND FURTHER REVISE SETTLEMENT DOCUMENTS AND DISTRIBUTE TO M. O'HAYER (0.5) RE: CLAIM OF A-1; PREPARE NOTICES OF PRESENTMENT AND SPECIAL PARTIES RE: SEPTEMBER 6 CLAIMS HEARING (1.5). |

| HOWE EJ | 08/30/07 | 6.50 | PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH M. O'HAYER AND A. KUMAR FROM A-1 AND DELPHI BUSINESS PEOPLE RE: A-1 SETTLEMENT (1.8); COORDINATE FILING AND SERVICE OF NOTICES OF PRESENTMENT RE: SEPTEMBER 6 CLAIMS HEARING (4.7). |

**198.60**

| KAHN MT | 08/01/07 | 3.10 | TELECONFERENCES WITH CLAIMANTS RE: SETTING THEIR CLAIMS (1.0); ANALYZE CLAIMS FOR SETTLEMENT (0.2); ANALYZE PIONEER CLAIM AND DRAFT CLAIM SUMMARY RE: SAME (1.1); TELECONFERENCES WITH CLAIMANTS RE: WITHDRAWALS OF RESPONSES (0.8). |

| KAHN MT | 08/02/07 | 3.90 | FOLLOW-UP WITH CLAIMANTS RE: WITHDRAWALS OF THEIR RESPONSES AND UPDATE WITHDRAWAL CHART RE: SAME (3.0); FOLLOW-UP WITH COUNSEL TO BEST FOAM RE: SAME (0.1); ANALYZE STATUS OF CLAIMS (0.8). |

| KAHN MT | 08/03/07 | 0.90 | ANALYZE CLAIMS TEAM CORRESPONDENCE AND UPDATE WITHDRAWAL CHART RE: SAME (0.1); DRAFT SETTLEMENT AND STIPULATION FOR PD GEORGE (0.8). |

| KAHN MT | 08/05/07 | 0.10 | DRAFT EMAI TO PIONEER'S COUNSEL RE: STATUS OF ITS CLAIM (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KAHN MT | 08/06/07 | 4.20 | ANALYZE PD GEORGE'S RECLAMATION DEMAND AND REVISE SETTLEMENT RE: SAME (0.1); TELECONFERENCES WITH CLAIMANTS RE: WITHDRAWAL OF THEIR CLAIMS (0.4); UPDATE WITHDRAWAL CHART TO REFLECT SAME (0.1); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.1); CORRESPONDENCE WITH T. WEINER RE: WITHDRAWAL OF RESPONSES RE: CLAIMS SETTLED WITH TOGUT (0.1); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (3.0); REVISE SETTLEMENT AND STIP FOR PD GEORGE (0.4). |
|---|---|---|---|
| KAHN MT | 08/07/07 | 6.90 | TELECONFERENCE WITH M. OLSON RE: POTENTIAL ESSENTIAL SUPPLIER (0.2); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (2.5); ANALYZE CLAIMS IN PREPARATION FOR SETTLEMENT NEGOTIATIONS (4.0); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.1); UPDATE WITHDRAWAL OF RESPONSES CHART (0.1). |
| KAHN MT | 08/08/07 | 6.30 | PARTICIPATE IN WORKING GROUP CALL WITH CLAIMS TEAM (0.2); ANALYZE CLAIMS AND FOLLOW UP WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (5.8); FOLLOW-UP WITH CLAIMANTS RE: WITHDRAWALS AND UPDATE WITHDRAWAL CHART RE: SAME (0.3). |
| KAHN MT | 08/09/07 | 8.40 | ANALYZE CLAIMS TEAM CORRESPONDENCE (0.1); REVISE CLAIMS WITHDRAWAL CHART (0.1); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (5.8); DRAFT SETTLEMENT AND STIPULATION FOR ATS OIO (1.0); DRAFT NOTICES OF PRESENTMENT AND PREPARE SPECIAL SERVICE LIST (1.0); ANALYZE DEBTORS' RESERVED DEFENSES AND DRAFT LIST RE: SAME (0.4). |
| KAHN MT | 08/10/07 | 12.10 | REVISE PD GEORGE SETTLEMENT AND STIPULATION (0.4); REVISE RECLAMATION STIPULATION TEMPLATE (0.2); ANALYZE CLAIMS AND CALLS WITH CLAIMANTS RE: SETTLING THEIR CLAIMS (5.5); ANALYZE UCC OBJECTION, DIP ORDER AND TRANSCRIPT FORM 8/17/06 RE: RECLAMATION (6.0). |
| KAHN MT | 08/12/07 | 3.00 | ANALYZE CLAIMS TEAM CORRESPONDENCE AND CASE LAW ON RECLAMATION (1.5); DRAFT MEMO RE: SAME (1.5). |
| KAHN MT | 08/13/07 | 8.60 | TELECONFERENCE WITH D. EVANS AT DELPHI RE: STATUS OF CLAIM (0.1); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.1); CONTINUE ANALYSIS OF RECLAMATION CASE LAW AND CONTINUE DRAFTING OF MEMO RE: SAME (7.0); ANALYZE CLAIMS (0.4); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (1.0). |

B43E

| KAHN MT | 08/14/07 | 5.50 | TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (4.0); ANALYZE CLAIMS FOR SETTLEMENT DISCUSSIONS (0.8); TELECONFERENCE WITH R. CARLSON RE: BREAKDOWN OF CLAIM (0.2); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.2); FOLLOW UP WITH CLAIMANTS RE: WITHDRAWAL OF RESPONSES (0.1); REVISE ATS OHIO STIPULATION AND SETTLEMENT (0.2). |

| KAHN MT | 08/15/07 | 7.00 | ANALYZE CLAIMS AND TELECONFERENCES WITH CLAIMANTS RE: SETTLING THEIR CLAIMS (5.5); REVISE DATWYLER SETTLEMENT AND STIPULATION (0.2); REVISE PD GEORGE SETTLEMENT AND STIPULATION (0.2); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.1); ANALYZE RECLAMATION MOTIONS AND ORDERS (1.0). |

| KAHN MT | 08/16/07 | 4.70 | TELECONFERENCES WITH CLAIMANTS RE: SETTLING THEIR CLAIMS (4.2); FOLLOW-UP TELECONFERENCES WITH CLAIMANTS RE: WITHDRAWAL OF THEIR RESPONSES TO OMNIBUS OBJECTION (0.4); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.1). |

| KAHN MT | 08/17/07 | 7.80 | PARTICIPATE IN WORKING GROUP CALL WITH CLAIMS TEAM (0.7); DRAFT AND REVISE MOTION TO AMEND RECLAMATION PROCEDURES (6.4); REVISE DATMYLER SETTLEMENT AND STIPULATION (0.2); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (0.5). |

| KAHN MT | 08/20/07 | 3.30 | TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (0.5); DRAFT AND REVISE SETTLEMENT AND STIPULATION FOR MACHINE PRODUCTS (0.3); REVISE RECLAMATION MOTION (2.0); ANALYZE PBR POCS(0.4); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.1). |

| KAHN MT | 08/21/07 | 0.10 | CORRESPONDENCE WITH CLAIMANT (ROTHRIST) RE: SETTLEMENT OF ITS CLAIM (0.1). |

| KAHN MT | 08/22/07 | 5.30 | DRAFT FREESCALE STIPULATION AND CORRESPOND WITH KCC RE: STATUS OF RESPONSE (1.3); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (3.5); ANALYZE THE PBR POCS AND DRAFT SUMMARY RE: SAME (0.4); REVISE CLAIMS WITHDRAWAL CHART (0.1). |

| KAHN MT | 08/23/07 | 3.50 | TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (3.0); ANALYZE CLAIMS (0.5). |

| KAHN MT | 08/24/07 | 4.70 | REVISE FREESCALE STIPULATION (0.4); TELECONFERENCE WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (2.9); DRAFT SETTLEMENT AND STIPULATION FOR GREELEY (1.0); DRAFT NOTICES OF PRESENTMENT (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KAHN MT        08/27/07      1.00   TELECONFERENCES WITH CLAIMANTS RE:
                                    SETTING THEIR CLAIMS (10.).

KAHN MT        08/28/07      2.80   REVISE ATS OHIO SETTLEMENT (0.1);
                                    ANALYZE CLAIMS ESTIMATION PROCEDURES IN
                                    OTHER SECOND CIRCUIT CASES (1.0);
                                    ANALYZE CLAIMS TEAM CORRESPONDENCE
                                    (0.2); TELECONFERENCES WITH CLAIMANTS
                                    RE: SETTLEMENT OF THEIR CLAIMS (1.5).

KAHN MT        08/29/07      3.50   TELECONFERENCES WITH CLAIMANTS RE:
                                    SETTLING THEIR CLAIMS (3.1);
                                    TELECONFERENCE WITH D. UNRUE RE:
                                    HITACHI CLAIM (0.1); REVISE PD GEORGE
                                    STIPULATION (0.2); ANALYZE CLAIMS TEAM
                                    CORRESPONDENCE (0.1).

KAHN MT        08/30/07      1.20   REVISE NOTICES OF PRESENTMENT (0.3);
                                    ANALYZE CLAIMS TEAM CORRESPONDENCE
                                    (0.2); DRAFT STIPULATION FOR AMENDING
                                    SCHEDULED CLAIMS (0.2);
                                    TELECONFERENCES WITH CLAIMANTS RE:
                                    SETTLEMENT OF THEIR CLAIMS (0.5).

KAHN MT        08/31/07      4.00   ANALYZE PREPETITION CREDIT AGREEMENT
                                    RE: INDEMNIFICATIONS PROVISIONS (0.3);
                                    TELECONFERENCES WITH CLAIMANTS RE:
                                    SETTLEMENT OF THEIR CLAIMS (3.3);
                                    TELECONFERENCE WITH R. CARLSON RE: BRIX
                                    CLAIM (0.1); CORRESPONDENCE WITH J.
                                    WHARTON RE: HITACHI CLAIM (0.2);
                                    ANALYZE VANDALIA CLAIM (0.1).

                             111.90

PERL MW        08/01/07      2.10   TELECONFERENCE WITH M. OWENS RE: HOWARD
                                    COUNTY, IN CLAIM (0.3); REVIEW CLAIMS
                                    TASK LIST (0.3) AND TELECONFERENCES
                                    WITH WORKING GROUP RE: SAME (0.2, 0.2);
                                    EVALUATE VARIOUS TAX CLAIMS MATTERS
                                    (0.6); FOLLOW UP RE: SAME (0.5).

PERL MW        08/02/07      4.20   TELECONFERENCE WITH C. WILSON RE: U.S.
                                    CUSTOMS CLAIMS (0.2); FOLLOW UP WITH
                                    WORKING GROUP RE: SAME (0.4);
                                    TELECONFERENCE WITH M. OWENS RE: HOWARD
                                    COUNTY, IN CLAIM (0.2); REVISE HOWARD
                                    COUNTY STIPULATION (1.1), INCLUDING
                                    REVIEW OF POC; FOLLOW UP WITH WORKING
                                    GROUP RE: SAME (0.4); REVIEW AND FOLLOW
                                    UP ON VARIOUS OUTSTANDING MATTERS RE:
                                    TAX CLAIMS, INCLUDING REVIEW OF
                                    MULTIPLE CORRESPONDENCES (1.6); REVIEW
                                    DISCLOSURE RESULTS RE: TAX CLAIMS TO BE
                                    RECONCILED (0.3).

PERL MW        08/03/07      1.70   TELECONFERENCE WITH M. OWENS RE: HOWARD
                                    COUNTY (0.3); REVIEW NUMBERS ASSERTED
                                    IN CLAIM AND CREATE SUMMARY OF SAME
                                    (0.5); REVISE AND UPDATE STIPULATION
                                    (0.5); FOLLOW UP WITH WORKING GROUP RE:
                                    SAME (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW          08/06/07     2.30   REVISE HOWARD COUNTY STIPULATION AND
                                     CORRESPOND WITH D. UNRUE, K. CRAFT, AND
                                     B. LUETHGE AND WORKING GROUP RE: SAME
                                     (0.7); FOLLOW UP RE: SAME (0.4); REVIEW
                                     VARIOUS PROOFS OF CLAIM, RESPONSES, AND
                                     OBJECTIONS AND WORK ON STIPULATIONS RE:
                                     SAME (1.2).

PERL MW          08/07/07     2.50   TELECONFERENCE WITH M. OWENS RE: HOWARD
                                     COUNTY STIPULATION (0.1); REVISE STIP
                                     AND CIRCULATE TO M. OWENS (0.3); REVIEW
                                     AND CONSIDER COMMENTS FROM HOWARD
                                     COUNTY (0.7); REVIEW VARIOUS CLAIMS RE:
                                     CUSTOMS AND RELATED BOND SURTIES,
                                     INCLUDING REVIEW OF RELEVANT DOCUMENTS
                                     AND CORRESPOND WITH WORKING GROUP RE:
                                     SAME (1.4).

PERL MW          08/08/07     4.10   TELECONFERENCE WITH M. OWENS AND M.
                                     MCCRORY RE: HOWARD COUNTY STIP (0.1);
                                     REVISE AND CIRCULATE REVISED
                                     STIPULATION FOR APPROVAL (0.4); PREPARE
                                     FOR (0.3) AND PARTICIPATE IN
                                     TELECONFERENCE WITH B. ADAMSON AND B.
                                     LUETHGE RE: OHIO USE TAX CLAIM (0.9);
                                     FOLLOW UP WITH WORKING GROUP RE: SAME
                                     (0.7); PREPARE FINAL HOWARD COUNTY
                                     STIPULATION AND CORRESPOND WITH M.
                                     OWENS AND M. MCCRORY RE: SAME (0.3);
                                     REVIEW U.S. CUSTOMS POCS, RESPONSE AND
                                     CORRESPONDENCE FROM ATTORNEY (0.3) AND
                                     PREPARE STIPULATION RE: SAME (0.4);
                                     REVIEW PROOF CLAIM AND RESPONSE OF RLI
                                     (0.4); CORRESPONDENCES WITH WORKING
                                     GROUP RE: AMERICAN CASUALTY CLAIM (0.2)
                                     AND FOLLOW UP RE: NOTICE FOR SUFFICIENCY
                                     HEARING (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW        08/09/07      7.40   PREPARE FOR (0.2) AND PARTICIPATE IN
                                    TELECONFERENCE WITH C. WILSON RE:
                                    CUSTOMS AND RELATED CLAIMS (1.8);
                                    FOLLOW UP WITH WORKING GROUP RE: SAME
                                    (0.4); TELECONFERENCE WITH M. MCRORY
                                    RE: FINAL HOWARD COUNTY STIPULATION
                                    (0.1); REVIEW AND REVISE STIPULATION
                                    FOR U.S. CUSTOMS CLAIM (0.2) AND
                                    CORRESPOND WITH D. UNRUE, K. CRAFT, AND
                                    C. WILSON RE: SAME (0.2); DRAFT NOTICE
                                    OF PRESENTMENT FOR HOWARD COUNTY
                                    STIPULATION (0.4); REVIEW PRECEDENT RE:
                                    SAME (0.2); TELECONFERENCE WITH K.
                                    DONER RE: INQUIRY FOR FILING RESPONSE
                                    (0.1) AND FOLLOW UP CORRESPONDENCE RE:
                                    SAME (0.1); REVIEW OMNIBUS OBJECTION
                                    RE: SAME (0.2); FOLLOW UP RE: VARIOUS
                                    TAX CLAIMS MATTERS (0.3); REVIEW
                                    VARIOUS CLAIMS SUMMARIES AND PROVIDE
                                    COMMENTS ON TAX CLAIMS, INCLUDING
                                    REVIEW OF PROOFS OF CLAIM (1.3); PULL
                                    AMERICAN CASUALTY AND RLI CLAIMS AND
                                    RESPONSE AND PROVIDE TO WORKING GROUP
                                    FOR CONSIDERATION IN CONNECTION WITH
                                    POTENTIAL HEARING (0.4); PREPARE
                                    STIPULATIONS AND SETTLEMENT AGREEMENTS
                                    FOR TAX CLAIMS, INCLUDING REVIEW OF
                                    VARIOUS PROOFS OF CLAIMS, RESPONSES,
                                    AND RELATED DOCUMENTS (1.1); REVIEW
                                    VARIOUS CLAIMS RESPONSES (0.4).

PERL MW        08/10/07      1.70   TELECONFERENCE WITH J. DELUCA RE: TASK
                                    CLAIMS MATTERS (0.4); FOLLOW UP AND
                                    COORDINATE WITH WORKING GROUP RE: SAME
                                    (0.3); REVIEW DOCUMENTS RELATING TO
                                    CUSTOMS CLAIMS AND FOR UPCOMING CLAIMS
                                    MEETING (0.3); PREPARE SETTLEMENT
                                    AGREEMENTS AND STIPULATIONS FOR TAX
                                    CLAIMS (0.7).

PERL MW        08/13/07      6.60   REVIEW STATUS OF TAX CLAIMS (0.6);
                                    MEETING WITH J. DELUCA RE: TAX CLAIMS
                                    ISSUES, STATUS, AND NEXT STEPS (1.6);
                                    PREPARE FOR (0.2) AND PARTICIPATE IN
                                    MEETING WITH J. WHITSON, B. LEUTHGE, D.
                                    OLBRECHT, D. UNRUE, J. DELUCA RE: TAX
                                    CLAIMS (1.7); FOLLOW UP RE: TAX CLAIMS
                                    ISSUES (0.2); TELECONFERENCE WITH
                                    WORKING GROUP RE: DETERMINATION OF TAX
                                    LIABILITY FOR TAX CLAIM (0.4, 0.6);
                                    FOLLOW UP WITH WORKING GROUP RE: SAME
                                    (0.4); REVIEW NOTES FROM CALL WITH C.
                                    WILSON (0.2) AND PARTICIPATE IN WORKING
                                    GROUP CALL RE: AMERICAN CASUALTY CLAIM
                                    (0.7).

| PERL MW | 08/14/07 | 9.30 | RESEARCH AND STRATEGIZE RE: DETERMINATION FOR TAX LIABILITY IN CONNECTION WITH TAX CLAIM (1.2); TELECONFERENCES WITH D. OBLBRECHT RE: TAX CLAIMS AND POTENTIAL RESOLUTIONS OF SAME (0.2, 0.1); TELECONFERENCE WITH B. LEUTHGE, B. ADAMSON AND T. EHLER RE: OHIO USE TAX CLAIM (1.0); FOLLOW UP WITH WORKING GROUP RE: SAME (0.4); STRATEGIZE AND CONSIDER ISSUES IN CONNECTION WITH SAME (1.6); RESEARCH VARIOUS ISSUES RE: SAME (3.1); TELECONFERENCE WITH D. KENNEDY RE: CUSTOMS CLAIMS (0.1) AND FOLLOW UP WITH WORKING GROUP RE: STATUS OF SAME (0.2); REVIEW VARIOUS PRECEDENT RE: DETERMINATION OF TAX LIABILITY (0.7); REVISE VARIOUS SETTLEMENT AGREEMENTS AND STIPULATIONS TO RESOLVE TAX CLAIMS (0.7). |
|---------|----------|------|------|
| PERL MW | 08/15/07 | 7.40 | CONSIDER ISSUES IN CONNECTION WITH DETERMINATIONS FOR TAX LIABILITY (2.1); TELECONFERENCE WITH R. MILLER (TEXAS) RE: TAX CLAIM (0.1); TELECONFERENCE WITH M. MCCRORY RE: HOWARD COUNTY, IN CLAIM (0.2); REVIEW DRAFT ORDER RE: SAME (0.2); TELECONFERENCES WITH WORKING GROUP RE: AMERICAN CASUALTY CLAIM (0.7); COORDINATE WITH WORKING GROUP RE: VARIOUS TAX CLAIMS MATTERS, INCLUDING RESEARCH ON OHIO TAX CLAIM (1.6); FOLLOW UP WITH WORKING GROUP RE: CUSTOMS CLAIMS AND OTHER TAX CLAIMS (0.8); REVIEW AND REVISE SETTLEMENT AGREEMENTS AND STIPS (1.2); CORRESPOND RE: SAME (0.5). |
| PERL MW | 08/19/07 | 2.00 | REVIEW AND RESPOND TO VARIOUS TAX CLAIMS CORRESPONDENCES, INCLUDING MATTERS RELATING TO STIPULATIONS (0.8); REVIEW NOTES AND PROVIDE COMMENTS IN CONNECTION WITH OHIO USE TAX CLAIM (0.6); REVIEW CASE LAW RE: SAME (0.6). |
| PERL MW | 08/21/07 | 1.40 | REVIEW AND RESPOND TO VARIOUS CORRESPONDENCES RE: TAX CLAIMS MATTERS, INCLUDING MATTERS RELATING TO STIPULATIONS (1.4). |
| PERL MW | 08/22/07 | 0.40 | REVIEW, CONSIDER, AND RESPOND TO VARIOUS TAX CLAIMS RELATED CORRESPONDENCES (0.4). |
| PERL MW | 08/23/07 | 1.10 | REVIEW COMMENTS PROVIDED TO CUSTOMS STIP AND CORRESPOND WITH WORKING GROUP RE: SAME (0.4); REVIEW AND CONSIDER TAX CLAIMS CORRESPONDENCES, INCLUDING ISSUE RE: FRANCHISE TAX CLAIM AND (0.7). |

B43E

PERL MW          08/28/07      2.10   TELECONFERENCE WITH R. TARBUTTON
                                      (JOHNSON COUNTY, KS) RE: COMMENTS TO TAX
                                      CLAIM STIPULATION (0.3); FOLLOW UP WITH
                                      WORKING GROUP RE: SAME (0.3); REVIEW
                                      COMMENTS FORM JOHNSON COUNTY AND
                                      PREPARE UPDATE STIPULATION AND
                                      SETTLEMENT AGREEMENT FOR REVIEW (0.6);
                                      WORK ON VARIOUS TAX CLAIMS MATTERS
                                      (0.9).

PERL MW          08/29/07      2.50   TELECONFERENCE WITH M. MCRORY AND M.
                                      OWENS RE: HOWARD COUNTY CLAIM (0.4);
                                      STRATEGIZE WITH WORKING GROUP RE: TAX
                                      CLAIMS MATTERS (1.2); REVIEW MEMO RE:
                                      TAX CLAIMS (0.2); CORRESPONDENCES RE:
                                      STIPULATIONS AND NOTICES OF PRESENTMENT
                                      (0.3); REVIEW VARIOUS CLAIMS
                                      CORRESPONDENCES (0.4).

PERL MW          08/30/07      1.50   TELECONFERENCES WITH T. BEHNKE RE:
                                      HOWARD COUNTY CLAIM (0.2); WORK ON AND
                                      PROVIDE COMMENTS TO CUSTOMS STIPULATION
                                      (0.2); TELECONFERENCES WITH WORKING
                                      GROUP RE: TAX CLAIMS (0.4, 0.4); BEGIN
                                      REVIEW OF MEMO RE: TAX CLAIM (0.3).

PERL MW          08/31/07      2.50   TELECONFERENCE WITH J. DELUCA RE: TAX
                                      CLAIMS AND ESTIMATION MOTION (0.2);
                                      TELECONFERENCE WITH D. OLBRECHT RE:
                                      WISCONSIN TAX CLAIM (0.3); REVIEW
                                      VARIOUS TAX CLAIMS CORRESPONDENCES
                                      (0.6); EVALUATE VARIOUS TAX CLAIMS
                                      ISSUES, INCLUDING ISSUES RE: FRANCHISE
                                      TAXES (1.4).

                               62.80

PLATT SJ         08/01/07      5.10   EMAIL J. DELUCA RE: CARAUSTAR CLAIM
                                      (0.1); REVIEW AND INQUIRE WITH OPPOSING
                                      COUNSEL RE: STATUS OF OTHER SETTLEMENTS
                                      (3.6); RESPOND TO MESSAGES ON DELPHI
                                      LEGAL HOTLINE (0.7); REVIEW CLAIM
                                      SETTLEMENT ASSIGNMENTS AND EXECUTIVE
                                      SUMMARIES (0.5); TELECONFERENCE WITH D.
                                      FLIMAN (0.2).

PLATT SJ         08/02/07      4.00   REVIEW CLAIM DOCUMENTATION RE: MONROE
                                      CLAIM (0.6); DRAFT SETTLEMENT DOCUMENTS
                                      FOR MANY CLAIMS HELD BY CONTRARIAN
                                      (3.4).

PLATT SJ         08/03/07      8.10   CONTINUE TO REVIEW EXECUTIVE SUMMARIES
                                      (0.2); CONTINUE TO DRAFT SETTLEMENT
                                      DOCUMENTS FOR CONTRARIAN CLAIMS (4.7);
                                      REVIEW AND REVISE VARIOUS OTHER
                                      SETTLEMENT DOCUMENTS (2.9); REVIEW
                                      PROPOSED MOTION FOR LEAVE TO FILE LATE
                                      CLAIM (0.3).

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| PLATT SJ | 08/06/07 | 3.10 | REVIEW ARKEMA DOCUMENTATION AND DRAFT LETTER TO OPPOSING COUNSEL (0.9); TELECONFERENCE WITH CLAIMANT, MAPES (0.1); RESPOND TO MESSAGES LEFT ON DELPHI LEGAL HOTLINE (0.9); REVIEW EXECUTIVE SUMMARIES AND CLAIMS FILE TO PREPARE FOR SETTLEMENT (1.1); UPDATE LIST OF CLAIMS TO BE PRESENTED AT AUGUST 17 CLAIMS HEARING (0.1). |
|---|---|---|---|
| PLATT SJ | 08/07/07 | 4.90 | REVISE LETTER TO ARKEMA (0.3); TELECONFERENCE WITH COUNSEL FOR MONROE (0.1); CONTINUE TO DRAFT SETTLEMENT DOCUMENTS FOR CONTRARIAN CLAIMS (1.2); REVIEW SETTLEMENT PROPOSALS AND TELECONFERENCES WITH VARIOUS OTHER CLAIMANTS (1.4); TELECONFERENCE WITH COUNSEL FOR CLAIMANT SCHULTE (0.2); REVIEW FILE FOR MILLENNIUM CLAIM (0.6); REVIEW STATUS OF FLOFORM CLAIM (0.2); DISCUSS AND DRAFT NOTICES OF SUFFICIENCY HEARING (0.9). |
| PLATT SJ | 08/08/07 | 2.70 | TELECONFERENCES WITH VARIOUS CLAIMANTS RE: PENDING OBJECTION (1.4); CLAIMS WORKING GROUP MEETING (0.5); FINALIZE AND FILE NOTICE OF HEARING (0.5); REVIEW STATUS OF CLAIMS AND EMAIL OPPOSING COUNSEL RE: SAME (0.3). |
| PLATT SJ | 08/09/07 | 7.00 | DRAFT NOTICES OF PRESENTMENT FOR AUGUST 17TH HEARING (1.0); REVISE FLOFORM STIPULATION (0.2); DRAFT REPLIES FOR 17TH, 18TH AND 19TH OMNIBUS CLAIMS OBJECTIONS (2.4); REVIEW STATUS OF VARIOUS CLAIMS AND CONTACT CLAIMANTS (2.1); DRAFT MARKETING INNOVATORS SETTLEMENT DOCUMENTS (0.9); RESPOND TO MESSAGES LEFT ON DELPHI LEGAL HOTLINE (0.4). |
| PLATT SJ | 08/10/07 | 0.50 | EMAIL TO AND TELECONFERENCE WITH COUNSEL FOR CONTRARIAN (0.5). |
| PLATT SJ | 08/12/07 | 0.50 | REVIEW AND SUMMARIZE RESPONSES TO SEVENTEENTH OMNIBUS OBJECTION FOR EXHIBIT TO REPLY (0.5). |
| PLATT SJ | 08/13/07 | 8.20 | REVISE VARIOUS SETTLEMENT DOCUMENTS AND CONTACT CLAIMANTS (1.8); REVIEW EXECUTIVE SUMMARIES FROM CLIENT AND PREPARE TO CONTACT CLAIMANTS RE: SETTLEMENT (3.3); TELECONFERENCE WITH W. GIBSON RE: POTENTIAL PREFERENCE ACTIONS (0.1); RESPOND TO MESSAGES LEFT ON DELPHI LEGAL HOTLINE (0.5); REVIEW STATUS AND REVISE COMPTROL SETTLEMENT DOCUMENTS (0.2); RESEARCH RE: ACTIONS BY EEOC UNDER SECTION 362(B)(4) (2.3). |

| PLATT SJ | 08/14/07 | 6.70 | TELECONFERENCE WITH COUNSEL FOR SFS INTEC AND FOLLOW UP (0.2); REVIEW AND UPDATE STATUS OF VARIOUS SETTLEMENTS (2.6); REVISE ORDERS FOR 17TH, 18TH AND 19TH OMNIBUS CLAIMS OBJECTIONS (0.2); REVIEW ADDITIONAL EXECUTIVE SUMMARIES PROVIDED BY CLIENT (0.7); DISCUSS STATUS OF TAX CLAIMS AND RESEARCH APPLICABILITY OF SECTION 362(B)(9) (2.8); REVISE SFS INTEC SETTLEMENT DOCUMENTS (0.2). |
|---|---|---|---|
| PLATT SJ | 08/15/07 | 12.80 | EMAILS RE: EEOC CLAIM (0.2); PROVIDE STATUS UPDATE RE: ONGOING SETTLEMENT NEGOTIATIONS (0.3); CONTINUE TO RESEARCH SECTION 362(B)(9) (7.6); REVISE 17TH, 18TH, AND 19TH OMNIBUS CLAIMS OBJECTION DOCUMENTS (1.8); CALLS AND EMAILS WITH VARIOUS CLAIMANTS RE: SETTLEMENT (1.0); REVIEW ADDITIONAL EXECUTIVE SUMMARIES (0.8); DRAFT SETTLEMENT DOCUMENTS (0.4); RESEARCH SERVICE OF NOTICES TO EEOC (0.5); TELECONFERENCE WITH COUNSEL FOR SIEMENS (0.2). |
| PLATT SJ | 08/16/07 | 9.40 | CONTINUE TO RESEARCH SECTION 362(B)(9) (9.2); EMAILS AND TELECONFERENCES WITH CLAIMANT (0.2). |
| PLATT SJ | 08/17/07 | 4.10 | REVISE SFS INTEC SETTLEMENT DOCUMENTS (0.3); REVIEW DOCKET FOR ADDITIONAL CLAIMS RESPONSES (0.1); REVIEW STATUS OF CLAIMS AND SUBMIT INQUIRIES TO CLIENT (0.6); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT (0.6); CLAIMS TEAM MEETING AND FOLLOW UP (1.4); CIRCULATE SETTLEMENTS TO OPPOSING COUNSEL (0.2); REVIEW AND SUMMARIZE MARSILLI MOTION TO FILE LATE CLAIM (0.9). |
| PLATT SJ | 08/18/07 | 0.50 | UPDATE CHERRY GMBH SETTLEMENT DOCUMENTS (0.5). |
| PLATT SJ | 08/20/07 | 5.90 | REVISE TWENTIETH OMNIBUS CLAIMS OBJECTION DOCUMENTS (2.4); TELECONFERENCE RE: RESEARCH RE: 362(B)(9) (0.3); FOLLOW UP RE: CLAIMS AND EMAILS TO OPPOSING COUNSEL (0.8); RESPOND TO MESSAGES LEFT ON DELPHI LEGAL HOTLINE (0.2); RESEARCH BURDENS OF PROOF FOR TAX CLAIMS (2.2). |
| PLATT SJ | 08/21/07 | 7.50 | REVIEW PROOFS OF CLAIM AND PREPARE FOR MEETINGS WITH CLIENT CONTACTS RE: ESTIMATION (2.4); FOLLOW UP RE: PENDING SETTLEMENTS (4.2); TELECONFERENCES AND EMAILS RE: ESTIMATION (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PLATT SJ | 08/22/07 | 9.30 | REVISE TWENTIETH OMNIBUS CLAIMS OBJECTION DOCUMENTS (1.6); PREPARE FOR AND MEET WITH CLIENT CONTACTS RE: ESTIMATION (3.4); REVISE CHART OF STIPULATIONS TO BE PRESENTED (0.9); EMAILS TO CLAIMANTS RE: PENDING SETTLEMENTS (0.5); REVIEW CLAIM FILES FOR ADJOURNED LATE CLAIMS (2.3); REVISE SETTLEMENT DOCUMENTS (0.6). |
|---|---|---|---|
| PLATT SJ | 08/23/07 | 3.90 | CONTINUE TO REVIEW CLAIM FILES OF ADJOURNED LATE CLAIMS (1.3); PREPARE FOR AND CONDUCT TELECONFERENCES WITH CLAIMANTS RE: ESTIMATION MOTION (2.3); UPDATE CHART OF UNLIQUIDATED CLAIMS (0.3). |
| PLATT SJ | 08/24/07 | 4.60 | TELECONFERENCES WITH CLAIMANTS (0.8); TELECONFERENCES AND EMAILS RE: ESTIMATION OF CLAIMS (2.4); DRAFT SETTLEMENT DOCUMENTS (1.4). |
| PLATT SJ | 08/27/07 | 5.70 | REVIEW SETTLEMENTS AND OUTSTANDING ISSUES (3.4); TELECONFERENCES WITH CLAIMANTS RE: ESTIMATION MOTION (1.2); REVISE CONTRARIAN SETTLEMENT DOCUMENTS (1.1). |
| PLATT SJ | 08/28/07 | 10.40 | CONTINUE TO REVISE CONTRARIAN SETTLEMENT DOCUMENTS (3.3); DRAFT TIMKEN STIPULATION (0.9); FOLLOW UP ON OUTSTANDING SETTLEMENT DOCUMENTS (0.3); TELECONFERENCES WITH CLAIMANTS RE: CAPPING/ESTIMATION, AND DRAFT NECESSARY STIPULATIONS (2.6); RESPOND TO MESSAGES LEFT ON DELPHI LEGAL HOTLINE (0.3); REVIEW AND RESPOND TO EMAIL FROM CLAIMANT RE: EXPUNGED CLAIM (0.7); UPDATE HEARING PLANNER (2.3). |
| PLATT SJ | 08/29/07 | 4.20 | DRAFT NOTICES OF PRESENTMENT AND SPECIAL PARTIES LIST (0.8); FOLLOW UP WITH CLAIMANTS RE: SETTLEMENT DOCUMENTS (0.5); UPDATE STIPULATION TRACKING CHART (2.0); DRAFT CAPPING STIPULATION (0.9). |
| PLATT SJ | 08/30/07 | 3.60 | DRAFT NOTICES OF PRESENTMENT (1.1); TELECONFERENCES WITH CLAIMANTS RE: STIPULATIONS TO AMEND SCHEDULES (2.5). |
| PLATT SJ | 08/31/07 | 2.90 | FOLLOW UP ON OUTSTANDING SETTLEMENTS (0.2); RESPOND TO MESSAGES LEFT ON DELPHI LEGAL HOTLINE (0.3); REVISE TIMKEN STIPULATION (0.2); RESEARCH RE: SERVICE OF OBJECTION ON EEOC (2.2). |
|  |  | **135.60** |  |
| SAMOLE RM | 08/22/07 | 2.70 | REVIEW NUTECH LITIGATION DOCUMENTS (1.8); REVIEW DAMAGES REPORT (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

SAMOLE RM        08/23/07      3.50   TELECONFERENCE WITH T. LIPPERT AND K.
                                      FRANCIS RE: EXPERT REPORT (0.4);
                                      CONTINUE REVIEW OF PLEADINGS AND NOTES
                                      RE: NU TECH CLAIM (2.0); BEGIN RESEARCH
                                      RE: CONTRACT ENTITY ISSUE (1.1).

SAMOLE RM        08/27/07      2.50   TELECONFERENCE WITH K. FRANCIS RE:
                                      DAMAGES REPORT (0.4); REVIEW NUTECH
                                      DOCUMENTS (2.1).

SAMOLE RM        08/28/07      2.10   REVIEW SPREADSHEETS RE: NUTECH CLAIM
                                      (1.6); REVIEW NUTECH MEDIATION SUMMARY
                                      DRAFT (0.5).

SAMOLE RM        08/29/07      1.80   REVIEW DRAFT SCENARIOS FROM K. FRANCIS
                                      (1.8).

SAMOLE RM        08/30/07      1.90   REVIEW SPREADSHEETS FROM K. FRANCIS FOR
                                      MORNING CONFERENCE CALL (1.1); REVIEW
                                      RELATED LITIGATION AFFIDAVITS FOR SAME
                                      (0.8).

SAMOLE RM        08/31/07      2.90   TELECONFERENCE WITH K. FRANCIS, ET AL.
                                      (1.1); TELECONFERENCE WITH BBK
                                      ASSOCIATE RE: NEW NUMBERS (0.3); REVIEW
                                      LEASE DATA SENT FROM K. FRANCIS (0.5);
                                      CONTINUE DRAFTING DAMAGES AFFIDAVIT
                                      (1.0).

                             17.40

VAN GELDER A     08/01/07      5.30   BEGIN DRAFTING HES HEARING EXHIBIT LIST
                                      AND REVIEW CASE MATERIALS IN CONNECTION
                                      WITH THE SAME (5.3).

VAN GELDER A     08/02/07      5.90   CONTINUE DRAFTING HES HEARING EXHIBIT
                                      LIST AND REVIEW CASE MATERIALS IN
                                      CONNECTION WITH THE SAME (3.1); READ
                                      ARNOLD V. DELPHI CASE MATERIALS IN
                                      CONNECTION WITH PREPARING FOR ARNOLD
                                      DEPOSITION (2.8).

VAN GELDER A     08/03/07      5.60   DRAFT ARNOLD DEPOSITION OUTLINE AND
                                      REVIEW CASE MATERIALS IN CONNECTION
                                      WITH THE SAME (5.2); CORRESPOND WITH
                                      WITNESSES IN CONNECTION WITH ARNOLD
                                      DEPOSITION PREPARATION (0.4).

VAN GELDER A     08/05/07      2.20   PREPARE FOR ARNOLD DEPOSITION (2.2).

VAN GELDER A     08/06/07      7.70   TELECONFERENCE WITH B. WASLUSKY, D.
                                      MCGREGOR IN CONNECTION WITH PREPARATION
                                      FOR ARNOLD DEPOSITION (0.7); CORRESPOND
                                      WITH WITNESSES EMAILS IN CONNECTION
                                      WITH THE SAME (0.5); READ DEPOSITION
                                      TRANSCRIPTS AND REVIEW CASE MATERIALS
                                      IN CONNECTION WITH THE SAME (6.2);
                                      UPDATE ARNOLD DEPOSITION OUTLINE (0.3).

VAN GELDER A     08/07/07      5.50   PREPARE FOR AND ATTEND ARNOLD
                                      DEPOSITION (5.5).

VAN GELDER A     08/08/07      1.30   CORRESPOND WITH WITNESSES RE: DELPHI
                                      INTERNAL POLICIES ON RECEIPTING OF
                                      GOODS (1.3).

| VAN GELDER A | 08/09/07 | 3.50 | CORRESPOND WITH WITNESSES RE: RECEIVING POLICIES AND READ AND REVIEW DOCUMENTS IN CONNECTION WITH THE SAME (2.0); ATTENTION TO EXHIBITS (0.3); TELECONFERENCE WITH COURT REPORTER RE: ARNOLD TRANSCRIPT (0.2); READ ARNOLD TRANSCRIPT (1.0). |
|---|---|---|---|
| VAN GELDER A | 08/10/07 | 0.40 | REVIEW CORRESPONDENCE WITH W. LOCRICCHIO RE: FURTHER EDITS TO DECLARATION (0.4). |
| VAN GELDER A | 08/13/07 | 3.20 | EDIT AND DRAFT NEW PORTIONS OF LOCRICCHIO DECLARATION AND REVIEW CASE MATERIALS IN CONNECTION WITH THE SAME (2.3); DRAFT EMAIL TO V. MASTROMARCO IN CONNECTION WITH SUPPLEMENTAL DOCUMENT PRODUCTION DISPUTE (0.9). |
| VAN GELDER A | 08/14/07 | 1.30 | REVIEW AND EDIT WASLUSKY DECLARATION AND CREATE SET OF UNREDACTED EXHIBITS (0.8); CORRESPOND WITH WITNESSES RE: EXHIBITS (0.5). |
| VAN GELDER A | 08/15/07 | 4.20 | EDIT AND FINE TUNE DAWE AND WASLUSKY DECLARATIONS (1.3); DRAFT TRANSMITTAL LETTERS TO DAWE AND WASLUSKY IN CONNECTION WITH SENDING DECLARATIONS (0.4); BEGIN ASSEMBLING EXHIBITS FOR USE AT HES HEARING (2.2); CORRESPOND WITH B. LOCRICCHIO RE: HES (0.3). |
| VAN GELDER A | 08/16/07 | 1.00 | BEGIN RESEARCH ON INVOICE ADMISSIBILITY AND WEIGHT OF EVIDENCE (1.0). |
| VAN GELDER A | 08/17/07 | 1.10 | CONTINUE COMPILING EXHIBITS IN CONNECTION WITH PREPARING FOR HEARING (1.0); CORRESPOND WITH W. LOCRICCHIO RE: DECLARATION (0.1). |
| VAN GELDER A | 08/20/07 | 4.20 | DRAFT TIME LINES IN CONNECTION WITH CREATING DEMONSTRATIVE EXHIBITS AND REVIEW CASE MATERIALS IN CONNECTION WITH THE SAME (3.8); COORDINATE WITH LEGAL ASSISTANT RE: EXHIBIT LIST (0.4). |
| VAN GELDER A | 08/21/07 | 3.40 | DRAFT JUAREZ RELATIONSHIP TIMELINE AND REVIEW CASE MATERIALS IN CONNECTION WITH THE SAME (1.2); EDIT TIME LINES IN CONNECTION WITH CREATING DEMONSTRATIVE EXHIBITS (1.0); PREPARE COMMENTS RE: LOCRICCHIO DECLARATION (1.2). |
| VAN GELDER A | 08/22/07 | 5.70 | CONFER WITH W. LOCRICCHIO RE: ADDITIONAL EDITS TO DECLARATION AND HEARING PREPARATION (0.5); EDIT LOCRICCHIO DECLARATION (1.8); RESEARCH INVOICE ADMISSIBILITY IN CONNECTION WITH HEARING PREPARATION (3.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

VAN GELDER A      08/23/07      6.40   REVIEW CORRESPONDENCE FROM WITNESSES
                                       (0.7); CONFER WITH W. LOCRICCHIO RE:
                                       HEARING PREPARATION (0.2); CONFER WITH
                                       S. DAWE RE: SAME (0.3); ANALYZE
                                       DEPOSITION TRANSCRIPTS IN CONNECTION
                                       WITH REVISING DECLARATIONS (3.9);
                                       UPDATE HEARING EXHIBIT LIST AND REVIEW
                                       CASE MATERIALS IN CONNECTION WITH THE
                                       SAME (1.3).

VAN GELDER A      08/24/07      5.20   CONTINUE TO READ AND REVIEW DEPOSITION
                                       TRANSCRIPTS IN CONNECTION WITH REVISING
                                       DECLARATIONS (3.2); REVISE
                                       DECLARATIONS (1.5); REVIEW
                                       DEMONSTRATIVE EXHIBITS (0.5).

VAN GELDER A      08/27/07      4.80   CONTINUE REVISING DECLARATIONS (4.2);
                                       CORRESPOND WITH WITNESSES RE: THE SAME
                                       (0.6).

VAN GELDER A      08/28/07      9.30   READ QS-9000 MANUAL IN CONNECTION WITH
                                       HEARING PREPARATION (1.5); READ
                                       DEPOSITIONS AND REVIEW DESIGNATIONS
                                       (7.5); CORRESPOND WITH WITNESS RE:
                                       DECLARATION AND HEARING PREPARATION
                                       (0.3).

VAN GELDER A      08/29/07      7.90   EDIT SUPPLEMENTAL REPLY (2.2); REVIEW
                                       ALL DECLARATIONS AND EXHIBITS (3.6);
                                       REVIEW DRAFT JOINT EXHIBIT BINDER
                                       (1.0); DRAFT TRANSMITTAL LETTERS TO
                                       COURIER AND V. MASTROMARCO (0.8);
                                       COORDINATE DELIVERY OF MATERIALS BY
                                       COURIER (0.3).

VAN GELDER A      08/30/07      6.90   REVIEW FINAL VERSION OF SUPPLEMENTAL
                                       REPLY (2.6); READ HES RESPONSE (0.8);
                                       UPDATE JOINT EXHIBIT BINDER AND INDEX TO
                                       THE SAME (2.3); CORRESPOND WITH
                                       OPPOSING COUNSEL RE: FILINGS (1.2).

VAN GELDER A      08/31/07      2.10   TELECONFERENCE WITH LOCRICCHIO AND
                                       WASLUSKY RE: HEARING PREPARATION (0.5);
                                       EMAILS TO ALL WITNESSES RE: HEARING
                                       PREPARATION (0.6); REVIEW DECLARATION
                                       REDLINES IN CONNECTION WITH HEARING
                                       PREPARATION (1.0).

                               104.10

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

WHARTON JN      08/01/07      8.30   ANALYZE AND WORK ON RESOLVING CLAIMS OF
                                     MONROE, INC. (0.2), ARC AUTOMOTIVE
                                     (0.7), ACE INSURANCE COMPANY (0.1),
                                     CLARION (0.2), ATEL LEASING (0.2), EEOC
                                     (0.2), TIMKEN (0.2), VIASYSTEMS (0.2),
                                     CONTRARIAN FUNDS (0.2), NATIONAL
                                     INSTRUMENTS, AND VICTORY PACKAGING
                                     (0.3); REVIEW DRAFT STATEMENT OF
                                     DISPUTED ISSUES RE: CLAIM OF MSX (0.3);
                                     TELECONFERENCE WITH T. BEHNKE OF FTI RE:
                                     CLAIMS ISSUES (0.2); WORK ON SETTLEMENT
                                     AGREEMENT RE: CLAIMS OF FREESCALE
                                     SEMICONDUCTOR (0.4), CHERRY GMBH (0.1),
                                     AND INTERMET CORPORATION (0.2); MEETING
                                     WITH D. UNRUE OF DELPHI RE: CLAIMS
                                     ISSUES (0.5); REVIEW SECTION OF
                                     PRESENTATION TO STATUTORY COMMITTEES
                                     RE: CLAIMS (0.5); REVIEW CLAIMS-RELATED
                                     CORRESPONDENCE (0.3); FORMULATE
                                     STRATEGY RE: TAX CLAIMS (0.2); MEETING
                                     WITH D. UNRUE, J. DELUCA, AND C. MICHELS
                                     OF DELPHI RE: CLAIMS ISSUES (2.3);
                                     REVIEW DOCKET RE: CLAIMS-RELATED
                                     PLEADINGS (0.2); FORMULATE STRATEGY RE:
                                     SETTLING CLAIMS (0.3); REVIEW SETOFF
                                     AGREEMENT RE: TEXAS ATTORNEY GENERAL'S
                                     OFFICE (0.3).

WHARTON JN      08/02/07      6.60   ANALYZE AND WORK TO RESOLVE CLAIMS OF US
                                     AEROTEAM (0.2), COMPUTER PATENT
                                     ANNUITIES (0.1), CARAUSTAR (0.1),
                                     UNITED PLASTICS GROUP (0.1), UNIVERSAL
                                     TOOL & ENGINEERING (0.1), ATEL LEASING
                                     (0.2), MURATA (0.4), MUBEA INC. (0.2),
                                     MONROE, INC. (0.3), FEDERAL-MOGUL
                                     (0.1), BROCKWAY (0.2), US CUSTOMS
                                     (0.2), MANUFACTURED PRODUCTS (0.2), AND
                                     ZELLER ELECTRIC OF BUFFALO (0.1);
                                     REVIEW DRAFT STIPULATION RE: CLAIM OF
                                     HOWARD COUNTY (0.2); TELECONFERENCE
                                     WITH D. UNRUE OF DELPHI, T. BEHNKE OF
                                     FTI, AND A. WINCHELL OF TOGUT SEGAL &
                                     SEGAL RE: CLAIM OF FREESCALE
                                     SEMICONDUCTOR (0.4); TELECONFERENCE
                                     WITH D. UNRUE OF DELPHI AND A. WINCHELL
                                     OF TOGUT SEGAL & SEGAL RE: CLAIM OF
                                     MURATA (0.3); CONTINUE WORK ON
                                     SETTLEMENT AGREEMENTS RE: CLAIMS OF
                                     CHERRY GMBH (0.3), FREESCALE
                                     SEMICONDUCTOR (0.5), MEETING WITH T.
                                     BEHNKE AND J. TRIANA OF FTI RE: CLAIMS
                                     ISSUES (1.5); FORMULATE STRATEGY RE:
                                     ALLOWANCE OF CLAIMS SETTLED UNDER LIFT
                                     STAY PROCEDURES ORDER (0.6); REVIEW
                                     CLAIMS-RELATED CORRESPONDENCE (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WHARTON JN | 08/03/07 | 5.70 | ANALYZE AND WORK TO RESOLVE CLAIMS OF MONROE, INC. (0.1), ATEL LEASING (0.1), CLARION (0.1), HYUNDAI (0.2); FORMULATE STRATEGY RE: LITIGATING CLAIMS (0.2); REVIEW INQUIRIES RE: CLAIMS FROM ARKEMA INC. (0.4) AND ATS OHIO (0.2); ANALYZE CLAIMS OF UAW (0.3); FORMULATE STRATEGY RE: ANALYSIS OF CANCELLATION CLAIMS (0.5); ANALYZE CLAIMS OF SPLINTER UNIONS (1.2); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.2); TELECONFERENCE WITH G. HOFFMANN, COUNSEL TO MUBEA, INC., RE: CLAIM (0.3) AND ANALYZE CLAIM OF MUBEA, INC. (0.4); REVIEW DRAFT SETTLEMENT AGREEMENT RE: CLAIM OF MSX (0.3); FORMULATE STRATEGY RE: SETTLEMENT AGREEMENTS AND STIPULATIONS PROVIDING FOR ALLOWANCE OF CLAIMS (0.6); CONTINUE TO FORMULATE STRATEGY RE: ALLOWANCE OF CLAIMS SETTLED UNDER LIFT STAY PROCEDURES ORDER (0.2) AND RESOLUTION OF UNLIQUIDATED PATENT INFRINGEMENT CLAIMS (0.4). |
|---|---|---|---|
| WHARTON JN | 08/06/07 | 7.30 | ATTEND WEEKLY CLAIMS MANAGEMENT MEETING WITH D. UNRUE AND K. CRAFT OF DELPHI, T. BEHNKE OF FTI (1.2); FORMULATE STRATEGY RE: AUGUST 16 OMNIBUS HEARING RE: 18TH AND 19TH OMNIBUS CLAIMS OBJECTION (0.4); WORK ON SETTLEMENT AGREEMENT RE: CLAIMS OF CHERRY GMBH (0.4), PANASONIC (0.3); DRAFT LETTER TO W. SCHORLING, COUNSEL TO ARKEMA, INC., RE: CLAIM (0.3); WORK ON STIPULATION RE: CLAIMS OF JPMORGAN (0.2) AND UAW CLAIM (0.4); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.2); REVISE SUMMARY OF PATENT INFRINGEMENT CLAIMS (0.4); ANALYZE AND WORK TO RESOLVE CLAIMS OF CLARION (0.2), AMERICAN CASUALTY (0.2), 3M (0.2), ACE INSURANCE COMPANIES (0.2), VICTORY PACKAGING (0.2), AND HYUNDAI (0.2); RESPOND TO INQUIRY FROM R. GORDON, COUNSEL TO ATS OHIO, RE: OBJECTION TO CLAIM (0.2); REVIEW SETTLEMENT AGREEMENT RE: CLAIMS OF PD GEORGE (0.2); FORMULATE STRATEGY RE: RESOLVING CLAIMS (0.6); DRAFTING OF 20TH OMNIBUS CLAIMS OBJECTION (0.7), TREATMENT OF SERP CLAIMANTS (0.3), AND AMENDING SCHEDULES OF CLAIMS (0.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| WHARTON JN | 08/07/07 | 8.00 | MEETINGS WITH D. UNRUE AND J. DELUCA OF DELPHI AND T. BEHNKE OF FTI RE: UNLIQUIDATED CLAIMS AND FORMULATING STRATEGY FOR RESOLVING CLAIMS (4.4); CONTINUE TO REVISE SUMMARY RE: PATENT INFRINGEMENT CLAIMS (0.2); CONTINUE TO DRAFT LETTER TO W. SCHORLING, COUNSEL TO ARKEMA INC. RE: CLAIM (0.2); EVALUATE INQUIRY FROM ARKEMA, INC. RE: CLAIM (0.4); EVALUATE INQUIRY FROM FRY'S METALS RE: CLAIM (0.2); WORK ON STIPULATION RESOLVING UNIONS' CLAIMS (0.6); ANALYZE AND WORK TO RESOLVE CLAIMS OF CELESTICA (0.1), ACE INSURANCE COMPANIES (0.2), ATS OHIO (0.2); SANDERS LEAD (0.2), AND HITACHI (0.2); REVIEW HIGH DOLLAR-VARIANCE CLAIMS (0.5); FORMULATE STRATEGY RE: ESTIMATING CLAIMS (0.4); REVIEW DOCKET FOR CLAIMS-RELATED PLEADINGS (0.2). |
|---|---|---|---|
| WHARTON JN | 08/08/07 | 12.30 | REVIEW AND ANALYZE CLAIMS OF THE UAW (0.3), RLI INS. CO. (0.4), U.S. CUSTOMS SERVICE (0.4), KEY PLASTICS (0.1); AIG (0.6), CERTAIN PERSONAL INJURY CLAIMANTS (0.6), VERITAS (0.2), ROTAFORM (0.2), AND ULTRATECH (0.2); FORMULATE STRATEGY RE: DISPOSITION OF CLAIMS RELATED TO MDL (0.6); REVIEW LIST OF UNLIQUIDATED CLAIMS AND FORMULATE STRATEGY RE: RESOLUTION (2.3); REVIEW SETTLEMENT AGREEMENTS RE: CLAIMS OF SCHULTE GMBH (0.2), CHERRY GMBH (0.4), ATS OHIO (0.4); MEETING WITH D. UNRUE OF DELPHI, T. BEHNKE OF FTI RE: CLAIMS (2.5); FORMULATE STRATEGY RE: CAPPING CLAIMS (0.9); TELECONFERENCE WITH T. GIACNOBBE, COUNSEL TO AIG RE: CLAIMS (0.1); FORMULATE STRATEGY RE: AMENDING SCHEDULES (0.3); REVIEW CLAIMS-RELATED CORRESPONDENCE (0.5); TELECONFERENCE WITH M. HAUT, COUNSEL TO HITACHI, RE: CLAIM (0.2) AND ANALYZE HITACHI CLAIM (0.4); WORK ON BRIEF RE: SUFFICIENCY HEARING RE: CLAIM OF AMERICAN CASUALTY (0.5). |

B43E

| WHARTON JN | 08/09/07 | 13.90 | ANALYZE AND WORK TO RESOLVE CLAIMS OF DENSO (0.6), JODON, INC. (0.2), TECHNOLOGY PROPERTIES (0.4), UNIVERSAL TOOL (0.3), EEOC (0.4), AIG (0.2), ACE COMPANIES (0.4), BEST FOAM (0.2), SPLINTER UNIONS (0.5), BEAVER VALLEY (0.6), FREUDENBERG-NOK GENERAL PARTNERSHIP (0.4); REVIEW RESPONSES TO 19TH OMNIBUS CLAIMS OBJECTION (0.5); CONTINUE WORK ON BRIEF RE: SUFFICIENCY HEARING RE: CLAIM OF AMERICAN CASUALTY (0.5); ANALYZE CLAIMS OF UAW (0.4); REVIEW NOTICES OF PRESENTMENT RE: CLAIMS (0.5); TELECONFERENCE WITH T. BEHNKE OF FTI RE: CLAIMS (0.3); TELECONFERENCE WITH M. HESTER OF DELPHI RE: ENVIRONMENTAL CLAIMS (0.3) AND FORMULATE STRATEGY RE: SAME (0.2); TELECONFERENCE WITH B. CARBONE, COUNSEL TO COMPTROL RE: CLAIM (0.2); PREPARE FOR WEEKLY CLAIMS MANAGEMENT MEETING (0.8); FORMULATE STRATEGY RE: PATENT INFRINGEMENT CLAIMS (0.9) AND TAX CLAIMS (0.4); TELECONFERENCE WITH B. GORDON, COUNSEL TO ATS OHIO RE: CLAIM (0.2) AND WORK ON RESOLVING CLAIM (0.2); TELECONFERENCE WITH D. UNRUE OF DELPHI RE: CLAIMS (0.3); PREPARE FOR HEARING RE: 18TH AND 19TH OMNIBUS CLAIMS OBJECTIONS (0.4); WORK ON 20TH OMNIBUS CLAIMS OBJECTION (0.2); REVIEW LIST OF UNLIQUIDATED CLAIMS AND TOP HIGH-DOLLAR VARIANCE CLAIMS AND FORMULATE STRATEGY RE: RESOLUTION OF SUCH CLAIMS (2.7); REVIEW CLAIMS-RELATED CORRESPONDENCE (0.4); REVIEW DOCKET FOR CLAIMS-RELATED PLEADINGS (0.2); WORK ON STIPULATION RE: CLAIMS OF FLOFORM (0.1). |
| WHARTON JN | 08/10/07 | 10.50 | REVIEW SETTLEMENT AGREEMENTS AND STIPULATIONS RE: CLAIMS OF PD GEORGE (0.2), MARION COUNTY (0.1), FLOFORM (0.1); TELECONFERENCE WITH M. HESTER AND D. UNRUE OF DELPHI RE: ENVIRONMENTAL CLAIMS (0.5); REVIEW RESPONSES TO 19TH OMNIBUS CLAIMS OBJECTION (0.3); FORMULATE STRATEGY RE: TREATMENT OF UAW (0.3) AND OTHER UNION (0.2) CLAIMS; MEETING WITH D. UNRUE OF DELPHI, T. BEHNKE OF FTI RE: TREATMENT OF MDL CLAIMS UNDER PLAN (1.3); ANALYZE CLAIM OF EEOC (0.2); MEETING WITH D. UNRUE AND K. CRAFT OF DELPHI, T. BEHNKE OF FTI RE: TREATMENT OF SERP CLAIMS UNDER PLAN (0.8) AND REVIEW OF UNLIQUIDATED AND HIGH-VARIANCE TRADE CLAIMS (4.3); ANALYZE CLAIMS OF AIG (0.4) AND ACE COMPANIES (0.4); TELECONFERENCE WITH B. TELGEN AND K. SCHAFER OF DELPHI RE: SAME (0.5); CONTINUE REVIEW OF UNLIQUIDATED AND HIGH-VARIANCE TRADE CLAIMS (0.9). |

B43E

WHARTON JN        08/11/07      2.60   ANALYZE MDL CLAIMS (0.5); REVIEW
                                       STIPULATIONS RESOLVING CERTAIN UNION
                                       CLAIMS (0.4); ANALYZE AND WORK TO
                                       RESOLVE CLAIMS OF AIG (0.4) AND ACE
                                       COMPANIES (0.4); REVIEW LIST OF
                                       UNLIQUIDATED CLAIMS AND FORMULATE
                                       RESOLUTION STRATEGY (0.9).

WHARTON JN        08/12/07      5.30   REVIEW AND ANALYZE UNION CLAIMS (0.7);
                                       FORMULATE STRATEGY RE: RESOLUTION OF
                                       CLAIMS HELD BY SUPPLIERS ALSO ASSERTING
                                       RECLAMATION CLAIMS (1.2); REVIEW
                                       STIPULATION AND SETTLEMENT AGREEMENT
                                       RE: CLAIM OF ATS OHIO (0.2); REVIEW AND
                                       REVISE CHART SUMMARIZING RESPONSES TO
                                       19TH OMNIBUS CLAIMS OBJECTION (1.5);
                                       REVIEW AND ANALYZE CLAIMS OF EEOC (0.4);
                                       FREUDENBERG-NOK GENERAL PARTNERSHIP
                                       (0.2); HITACHI (0.2); BEAVER VALLEY
                                       MANUFACTURING (0.2); DENSO (0.2);
                                       ON-SEMICONDUCTOR (0.2); REVIEW AND
                                       REVISE CASE ADMINISTRATION TASK LIST
                                       RE: CLAIMS MATTERS (0.3).

WHARTON JN        08/13/07     12.10   CONTINUE TO REVIEW RESPONSES TO THE 19TH
                                       OMNIBUS CLAIMS OBJECTION (2.3), 18TH
                                       OMNIBUS CLAIMS OBJECTION (0.3), AND
                                       17TH OMNIBUS CLAIMS OBJECTION (EXHIBIT
                                       E-2) (0.3) AND WORK ON OMNIBUS REPLIES
                                       (0.4); WORK ON STIPULATION RE: UAW
                                       CLAIMS (0.3) AND NOTICE OF STIPULATION
                                       (0.3); REVIEW STIPULATION RE: CLAIMS OF
                                       FLOFORM (0.2) AND TYCO (0.2); ANALYZE
                                       CLAIMS OF ARKEMA INC. (0.2), TECHNOLOGY
                                       PROPERTIES LTD. (0.4), A-1 SPECIALIZED
                                       SERVICES (0.2), AMERICAN CASUALTY
                                       (0.3), PERSONAL INJURY CLAIMANTS (0.5),
                                       MDL PLAINTIFFS (0.3), IRON MOUNTAIN
                                       (0.2), BEAVER VALLEY (0.3), TYCO (0.2),
                                       USW (0.1), INTERMET (0.1), AND
                                       FREESCALE (0.1); PREPARE FOR CLAIMS
                                       STRATEGY MEETING (0.5); FORMULATE
                                       STRATEGY RE: ESTIMATING AND CAPPING
                                       CLAIMS (1.0); FORMULATE STRATEGY RE:
                                       RESOLVING CLAIMS (0.6); FORMULATE
                                       STRATEGY RE: CLAIM OF CHERRY GMBH (0.3)
                                       AND TELECONFERENCE WITH J. DEJONKER,
                                       COUNSEL TO CHERRY GMBH, RE: SAME (0.2);
                                       REVIEW DOCKET RE: CLAIMS-RELATED
                                       PLEADINGS (0.2) AND CLAIMS-RELATED
                                       CORRESPONDENCE (0.3); TELECONFERENCE
                                       WITH C. WU OF FTI RE: CLAIM OF VENTURE
                                       PLASTICS (0.2); REVIEW LIST OF
                                       UNLIQUIDATED CLAIMS AND CLAIMS WITH
                                       HIGH-DOLLAR VARIANCE BETWEEN ASSERTED
                                       AND ESTIMATED AMOUNT AND FORMULATE
                                       STRATEGY RE: RESOLVING THOSE CLAIMS
                                       (1.3); REVIEW PRESENTATION RE: PATENT
                                       INFRINGEMENT CLAIMS (0.3).

B43E

| WHARTON JN | 08/14/07 | 6.40 | REVIEW REQUEST BY ARKEMA RE: FILING LATE PROOF OF CLAIM (0.4); REVIEW AND ANALYZE CLAIMS OF BEAVER VALLEY MANUFACTURING (0.4); EEOC (0.4); FORMULATE STRATEGY RE: ESTIMATION OF CLAIMS (0.8); RESOLUTION OF UNLIQUIDATED AND HIGH DOLLAR VARIANCE CLAIMS (0.9); CONTINUE WORK ON OMNIBUS REPLIES TO RESPONSES TO OMNIBUS 18TH AND 19TH CLAIMS OBJECTIONS (1.0); CHARTS SUMMARIZING SUCH RESPONSES [TO OMNIBUS 18TH AND 19TH CLAIMS OBJECTIONS] (.8); REVIEW SETTLEMENT AGREEMENTS RE: CLAIMS OF MILLWOOD INC. (0.2); WHEELER (0.3); MARKETING INNOVATORS (0.2); NEW YORK STATE DEPARTMENT OF TAX AND FINANCE (0.1); MARION COUNTY (0.1); ON-SEMI CONDUCTOR (0.2); TIMKEN (0.4); FREESCALE (0.2). |
| WHARTON JN | 08/15/07 | 12.30 | FORMULATE STRATEGY RE: TAX CLAIMS (0.9); UNTIMELY CLAIMS (0.9); CLAIMS ASSERTING ATTORNEYS' FEES (0.2); RESOLUTION OF CLAIMS (1.0); ADMINISTRATIVE CLAIMS (0.5); AMENDING SCHEDULES (0.4); REVIEW AGENDA RE: OMNIBUS HEARING RE: CLAIMS MATTERS (0.2); REVIEW SETTLEMENT AGREEMENTS RE: CLAIMS OF P&R INDUSTRIES (0.1); PD GEORGE (0.1); FORMULATE STRATEGY RE: CLAIMS OF MDL PLAINTIFFS (0.7); EEOC (0.2); TIMKEN (0.1); MULTEK (0.2); UAW (0.5); OHIO TAX DEPT. (0.8); IUE-CWA (0.4); TELECONFERENCE WITH W. SMITH, COUNSEL TO TECHNOLOGY PROPERTIES LTD. RE: CLAIM (0.5); PREPARE FOR OMNIBUS HEARING RE: CLAIMS MATTERS (1.8); ATTEND MEETING WITH SKADDEN AND DELPHI PERSONNEL RE: PREPARATION FOR AUGUST 16 OMNIBUS HEARING (1.5); TELECONFERENCE RE: J. BARROW, COUNSEL TO MILLIKEN, RE: CLAIM (0.1); FINISH WORK ON AND FILE OMNIBUS REPLIES TO RESPONSES TO 18TH AND 19TH OMNIBUS CLAIMS OBJECTIONS (1.2). |
| WHARTON JN | 08/16/07 | 6.60 | PREPARE FOR OMNIBUS HEARING (2.3); ATTEND OMNIBUS HEARING (1.5); ANALYZE CLAIMS OF A-1 SPECIALIZED SERVICES (0.2) AND U.S. DEPARTMENT OF LABOR (0.2); REVIEW LIST OF UNLIQUIDATED CLAIMS AND HIGH-DOLLAR VARIANCE CLAIMS (0.5); REVIEW SETTLEMENT AGREEMENTS AND STIPULATIONS RE: IRON MOUNTAIN (0.1), DATWYLER RUBBER (0.1), GRIGOLEIT CO. (0.1), AND BUEKE (0.1); FORMULATE STRATEGY RE: ESTIMATING CLAIMS (0.8) AND RESOLVING CLAIMS (0.7). |

| WHARTON JN | 08/17/07 | 13.10 | ANALYZE AND WORK TO RESOLVE CLAIMS OF A-1 SPECIALIZED SERVICES (0.3), OHIO DEPARTMENT OF TAX (0.3), U.S. DEPARTMENT OF LABOR (0.2), ILLINOIS DEPARTMENT OF REVENUE (0.2), USW (0.2), A. ELMORE (0.2), AND ULTRATECH (0.2); REVIEW DRAFT SETTLEMENT AGREEMENT AND STIPULATION WITH SFS INTECH (0.1); REVIEW LIST OF UNLIQUIDATED CLAIMS AND HIGH-VARIANCE CLAIMS AND FORMULATE STRATEGY RE: RESOLUTION OF SUCH CLAIMS (2.0); FORMULATE STRATEGY RE: RESOLUTION OF TAX CLAIMS (0.7); WORK ON 20TH OMNIBUS CLAIMS OBJECTION (0.8); REVIEW MOTION OF MARSILLI & CO. TO FILE LATE CLAIM (0.7); FORMULATE STRATEGY RE: RESOLUTION OF UNLIQUIDATED CLAIMS (1.2); PREPARE FOR CONFERENCE CALL RE: CLAIMS STRATEGY (0.5); TELECONFERENCE WITH D. UNRUE AND J. DELUCA OF DELPHI, T. BEHNKE OF FTI, RE: CLAIMS STRATEGY (3.2); WORK ON MOTION TO CAP CLAIMS AND ESTABLISH ESTIMATION PROCEDURES (0.5); FORMULATE STRATEGY FOR RESOLVING UNSECURED CLAIMS (1.3); FORMULATE STRATEGY RE: AMENDING SCHEDULES OF CLAIMS (0.5). |
| --- | --- | --- | --- |
| WHARTON JN | 08/18/07 | 1.30 | TELECONFERENCE WITH D. UNRUE OF DELPHI RE: CLAIMS STRATEGY (1.3). |
| WHARTON JN | 08/20/07 | 2.20 | REVIEW STIPULATION RE: CLAIM OF ARC AUTOMOTIVE (0.2); ANALYZE AND WORK TO RESOLVE CLAIMS OF AIG (0.1), ACE COMPANIES (0.1), OHIO TAX DEPARTMENT (0.2), ATEL LEASING (0.2), AND U.S. CUSTOMS SERVICE (0.1); REVIEW AGREEMENT RE: FREESCALE CLAIM (0.2); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.2); ANALYZE MOTION OF MARSILLI & CO. TO FILE LATE PROOF OF CLAIM (0.3); UPDATE CLAIMS ACTION PLAN (0.3); REVIEW LIST OF UNLIQUIDATED CLAIMS (0.3). |
| WHARTON JN | 08/21/07 | 2.00 | CONTINUE TO REVIEW MOTION OF MARSILLI & CO. TO FILE LATE PROOF OF CLAIM (0.2); FORMULATE STRATEGY RE: ESTIMATION OF CLAIMS (0.3); REVIEW SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF CHERRY GMBH (0.3) AND TELECONFERENCE WITH J. DEJONKER, COUNSEL TO CHERRY GMBH, RE: SAME (0.3); TELECONFERENCE WITH B. TELGEN OF DELPHI RE: CLAIMS (0.2); WORK TO RESOLVE CLAIMS OF AIG (0.1) AND ACE COMPANIES (0.2); REVIEW STIPULATION RE: CLAIM OF FREESCALE (0.2); WORK TO RESOLVE CLAIMS OF U.S. CUSTOMS SERVICE (0.2). |

WHARTON JN      08/22/07      1.20   CONTINUE WORK ON STIPULATION RE: CLAIM
                                     OF FREESCALE (0.3); CONTINUE ANALYSIS
                                     OF MARSILLI & CO. MOTION TO FILE LATE
                                     PROOF OF CLAIM (0.2); WORK ON 20TH
                                     OMNIBUS CLAIMS OBJECTION (0.2); REVIEW
                                     SETTLEMENT AGREEMENTS RE: CLAIMS OF
                                     ULTRATECH (0.1) AND GRIGOLEIT CO.
                                     (0.1); REVIEW MOTION TO CAP/ESTIMATE
                                     CLAIMS (0.3).

WHARTON JN      08/23/07      0.50   CONTINUE TO REVIEW MOTION TO
                                     ESTIMATE/CAP CLAIMS (0.3); ANALYZE AND
                                     WORK TO RESOLVE CLAIM OF NATIONAL FIRE
                                     INS. CO. (0.2).

WHARTON JN      08/24/07      0.40   CONTINUE TO WORK ON AND FINALIZE
                                     STIPULATION RE: CLAIM OF FREESCALE
                                     (0.4).

WHARTON JN      08/26/07      2.30   REVIEW BRIEF RE: CLAIM OF AMERICAN
                                     CASUALTY (0.3); ANALYZE CLAIM OF
                                     TECHNOLOGY PROPERTIES LTD. (0.2);
                                     FORMULATE STRATEGY RE: AMENDING
                                     SCHEDULES (0.2); ESTIMATION MOTION
                                     (0.3); UNTIMELY CLAIMS (0.2); REVIEW
                                     CLAIMS-RELATED CORRESPONDENCE (0.5);
                                     WORK ON STIPULATION RE: CLAIMS OF
                                     FREESCALE (0.3); JP MORGAN (0.3).

WHARTON JN      08/27/07     11.50   REVIEW BRIEF RE: AMERICAN CASUALTY
                                     CLAIM (0.2); REVISE ESTIMATION
                                     PROCEDURES MOTION (2.7); ANALYZE CLAIM
                                     OF RECTICEL (0.2); FINALIZE SETTLEMENT
                                     AGREEMENT AND STIPULATION RE: COMPTROL
                                     CLAIM (0.3); WORK ON SETTLEMENT OF
                                     CHERRY GMBH CLAIM (0.2); MEETING WITH T.
                                     BEHNKE OF FTI RE: CLAIMS MATTERS (2.5);
                                     FORMULATE STRATEGY RE: ESTIMATION
                                     PROCEDURES (0.2); REVIEW AND REVISE
                                     STIPULATION RESOLVING AMERICAN
                                     CASUALTY CLAIM (0.9); ANALYZE AND WORK
                                     TO RESOLVE TIMKEN CLAIMS (0.3);
                                     FORMULATE STRATEGY RE: RESOLUTION OF
                                     CLAIMS OF DOOSAN INFRACORE (0.3),
                                     COMERICA LEASING (0.1), CONTRARIAN
                                     FUNDS (0.2), UNIVERSAL TOOL &
                                     ENGINEERING CO., INC. (0.4), ACE
                                     COMPANIES (0.2), AIG (0.1), AND ATEL
                                     LEASING (0.3); REVIEW DRAFT OF
                                     SETTLEMENT AGREEMENT RE: CLAIM OF ON
                                     SEMICONDUCTOR (0.4); TELECONFERENCE
                                     WITH D. UNRUE AND J. DELUCA OF DELPHI,
                                     T. BEHNKE OF FTI RE: ESTIMATION OF
                                     CLAIMS AND OTHER CLAIMS MATTERS (1.7);
                                     REVIEW DOCKET FOR CLAIMS-RELATED
                                     PLEADINGS (0.1); REVIEW CLAIMS-RELATED
                                     CORRESPONDENCE (0.2).

B43E

```
WHARTON JN      08/28/07      4.10   PREPARE FOR SEPT 6-7 CLAIMS HEARING
                                     (0.5); CONTINUE WORK ON ESTIMATION
                                     MOTION (0.3); ANALYZE CLAIMS OF ACE
                                     COMPANIES (0.8); TELECONFERENCE WITH B.
                                     TELGEN OF DELPHI RE: SAME (0.3);
                                     FORMULATE STRATEGY RE: UNTIMELY CLAIMS
                                     (0.3); ANALYZE AIG CLAIMS (0.2);
                                     ANALYZE MOTION OF MARSILLI & CO. TO FILE
                                     LATE CLAIM (0.2); FORMULATE STRATEGY
                                     RE: CLAIMS OF UNIVERSAL TOOL & ENG. CO.
                                     (0.2); WORK ON SETTLEMENT AGREEMENT
                                     WITH CHERRY GMBH (0.1); REVIEW DOCKET
                                     RE: CLAIMS-RELATED PLEADINGS (0.1);
                                     ANALYZE ORIX WARREN CLAIM (0.2); REVIEW
                                     SETTLEMENT AGREEMENT RE: CLAIMS OF ATS
                                     OHIO (0.2); JOHNSON COUNTY KS (0.1);
                                     ANALYZE MICROSYS TECHNOLOGIES PROPOSAL
                                     RE: CLAIM (0.2); REVIEW TIMKEN
                                     STIPULATION (0.2); FORMULATE STRATEGY
                                     RE: CLAIMS OF ATEL LEASING CORP (0.2).

WHARTON JN      08/29/07      6.30   PREPARE FOR CLAIMS MANAGEMENT MEETING
                                     (0.5); ATTEND WEEKLY CLAIMS MANAGEMENT
                                     MEETING WITH D. UNRUE AND K. CRAFT OF
                                     DELPHI, A. FRANKUM AND T. BEHNKE OF FTI
                                     (3.5); FINALIZE FREESCALE SETTLEMENT
                                     AGREEMENT (0.2); REVIEW STIPULATION RE:
                                     A-1 SPECIALIZED SERVICES CLAIM (0.2);
                                     FORMULATE STRATEGY RE: HITACHI CLAIM
                                     (0.2); ESTIMATION PROCEDURES (0.5); MDL
                                     CLAIMS (0.3); TELECONFERENCE WITH D.
                                     BAUMSTEIN OF WHITE & CASE RE: ESTIMATION
                                     (0.2); ANALYZE ISSUE RE: INTERCOMPANY
                                     CLAIMS (0.2); REVIEW PD GEORGE
                                     SETTLEMENT AGREEMENT (0.1); FINALIZE
                                     AMERICAN CASUALTY BRIEF (0.4).

WHARTON JN      08/30/07      3.90   REVIEW NOTICES OF PRESENTMENT OF SEPT 6
                                     CLAIMS HEARING (0.3); FORMULATE
                                     STRATEGY RE: UNIVERSAL TOOL CLAIMS
                                     (0.2); TELECONFERENCE WITH C. COMERFORD
                                     RE: SAME (0.2); REVIEW EXHIBIT TO
                                     ESTIMATION PROCEDURES MOTION (0.4);
                                     DRAFT MEMO RE: CLAIMS ISSUES (0.8);
                                     REVIEW DOCKET RE: CLAIMS-RELATED
                                     PLEADINGS (0.1); FORMULATE STRATEGY RE:
                                     UNTIMELY CLAIMS (0.4); REVIEW
                                     SETTLEMENT AGREEMENT RE: CLAIM OF
                                     MARKETING INNOVATORS (0.2);
                                     TELECONFERENCE WITH B. TELGEN OF DELPHI
                                     RE: CLAIMS OF ACE AND AIG (0.2); ANALYZE
                                     CLAIMS OF ACE (0.2); ANALYZE CLAIMS OF
                                     AIG (0.2); TELECONFERENCE WITH D.
                                     DRAGICH, COUNSEL TO INTERMET, RE:
                                     SETTLEMENT OF CLAIM (0.1); ANALYZE
                                     CLAIM OF UNITED PLASTICS GROUP (0.2);
                                     PREPARE FOR SEPT 6 CLAIMS HEARING (0.4).
```

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN       08/31/07      4.80   WORK ON STIPULATION RE: CLAIM OF JP
                                      MORGAN (0.8); FORMULATE STRATEGY RE:
                                      RESOLUTION OF CLAIMS (1.1); ESTIMATION
                                      OF CLAIMS (0.4); RESOLUTION OF
                                      UNLIQUIDATED CLAIMS (0.3); CONTINUE TO
                                      PREPARE FOR SEPT 6 CLAIMS HEARING (0.4);
                                      WORK ON RESOLVING CLAIMS OF TIMKIN
                                      (0.2); ATEL LEASING (0.2); CITY OF
                                      VANDALIA (0.2); EEOC (0.2); REVIEW
                                      DOCKET RE: CLAIMS-RELATED PLEADINGS
                                      (0.2); CLAIMS-RELATED CORRESPONDENCE
                                      (0.2); REVIEW MOTION OF MARSILLI & CO.
                                      TO FILE LATE PROOF OF CLAIM (0.2);
                                      INIQUITY OF ARKEMA INC. TO FILE LATE
                                      PROOF OF CLAIM (0.2); FORMULATE
                                      STRATEGY RE: HITACHI CLAIM (0.2).

                                171.50

Total Associate                1,485.40

CHAVALI A        08/10/07      4.20   PREPARE BINDER OF OMNI 17, OMNI 18 AND
                                      OMNI 19 RESPONSES (1.8); PREPARE AND
                                      FILE NOTICES OF PRESENTMENT (2.4).

                                  4.20

DEMMA J          08/01/07      6.70   UPDATE CLAIMS AGENDA (0.6); PREPARE
                                      PROOFS OF CLAIM AND RESPONSES FOR
                                      ATTORNEY REVIEW (5.1); PREPARE/FILE
                                      NOTICE OF ADJOURNMENT FOR ARC
                                      AUTOMOTIVE (0.4); PREPARE/FILES
                                      STATEMENT OF DISPUTED ISSUES FOR MSX
                                      (0.6).

DEMMA J          08/02/07      0.90   PREPARE CLAIMS RELATED PLEADINGS FOR
                                      ATTORNEY REVIEW (0.3); COMPARE CLAIMS
                                      CHART WITH EXECUTIVE SUMMARIES (0.6).

DEMMA J          08/03/07      4.20   PREPARE PROOFS OF CLAIM AND RESPONSES
                                      FOR ATTORNEY REVIEW (3.1); COORDINATE
                                      PRODUCTION OF CLAIMS MATERIALS WITH
                                      WEEKEND OPERATIONS (1.1).

DEMMA J          08/06/07      1.20   CROSS-CHECK AGENDA WITH CLAIMS LIST FOR
                                      DEAN UNRUE (0.6); ASSIST WITH GATHERING
                                      PROOF OF CLAIMS AND RESPONSES FOR
                                      ATTORNEY REVIEW (0.6).

DEMMA J          08/08/07      3.30   UPDATE CLAIMS OBJECTION FILES (1.1);
                                      UPDATE STIPULATION TRACKING CHART
                                      (0.6); UPDATE/DISTRIBUTE CLAIMS
                                      OBJECTIONS TO CLAIMS TEAM (1.6).

DEMMA J          08/13/07      1.60   UPDATE CLAIMS OBJECTION FILES (1.6).

DEMMA J          08/14/07      8.50   PREPARE EXECUTIVE SUMMARIES FOR
                                      DISTRIBUTION TO PRINCIPAL ATTORNEY
                                      (3.6); PREPARE OBJECTIONS FOR
                                      DISTRIBUTION TO CLAIMS TEAM (0.6);
                                      UPDATE CLAIMS OBJECTION FILES FOR
                                      SEVENTEENTH, EIGHTEENTH AND NINETEENTH
                                      OMNIBUS OBJECTIONS (1.6); UPDATE CLAIMS
                                      EXECUTIVE SUMMARY CHART (0.6); PREPARE
                                      CASE LAW RE: PRETEXT (2.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DEMMA J          08/15/07     5.60   UPDATE EXECUTIVE SUMMARY CHART (1.1);
                                     PREPARE PROOFS OF CLAIM FOR ATTORNEY
                                     REVIEW (1.1); UPDATE STIPULATION AND
                                     SETTLEMENT AGREEMENT CHART (1.7);
                                     UPDATE CLAIMS WITHDRAWAL TRACKING CHART
                                     (1.1); UPDATE PRETEXT CASE LAW
                                     MATERIALS (0.6).

DEMMA J          08/16/07     3.50   PREPARE PRECEDENT RE: EXPEDITIED MOTION
                                     FOR UNLIQUIDATED CLAIMS (1.1); UPDATE
                                     CLAIMS EXECUTIVE SUMMARY CHART (1.3);
                                     UPDATE CLAIMS OBJECTION FILES (1.1).

DEMMA J          08/17/07     0.60   MEETING RE: CLAIMS CHARTS (0.6).

DEMMA J          08/20/07     0.40   UPDATE EXECUTIVE SUMMARY CHART (0.4).

DEMMA J          08/22/07     0.60   PREPARE PROOFS OF CLAIM FOR ATTORNEY
                                     REVIEW (0.6).

DEMMA J          08/23/07     0.60   COORDINATE SERVICE OF TWENTIETH CLAIMS
                                     OBJECTION (0.6).

DEMMA J          08/24/07     1.80   PREPARE/FILE TWENTIETH OMNIBUS
                                     OBJECTION (0.6); COORDINATE SERVICE OF
                                     TWENTIETH OMNIBUS OBJECTION (0.6);
                                     PREPARE PROOFS OF CLAIM FOR ATTORNEY
                                     REVIEW (0.6).

DEMMA J          08/27/07     4.70   PREPARE BOSCH MATERIALS FOR ATTORNEY
                                     REVIEW (2.1); PREPARE CLAIMS AGENDA
                                     (2.6).

DEMMA J          08/28/07     3.20   UPDATE SEPTEMBER 6, 2007 AGENDA (2.6);
                                     PREPARE/FILE NOTICE OF ADJOURNMENT FOR
                                     NU-TECH PLASTICS (0.6).

                             47.40

GILCHRIST JM     08/27/07     6.30   CITECHECK DEBTORS' OMNIBUS AMENDED
                                     SUPPLEMENTAL REPLY WITH RESPECT TO
                                     PROOFS OF CLAIM NUMBERS 837 AND 838
                                     (H.E. SERVICES COMPANY AND ROBERT
                                     BACKIE) (CASELAW CITATIONS) (6.3).

GILCHRIST JM     08/28/07     4.60   CITECHECK DEBTORS' OMNIBUS AMENDED
                                     SUPPLEMENTAL REPLY WITH RESPECT TO
                                     PROOFS OF CLAIM NUMBERS 837 AND 838
                                     (H.E. SERVICES COMPANY AND ROBERT
                                     BACKIE) (COURT AND RECORD CITATIONS)
                                     (4.6).

GILCHRIST JM     08/29/07    10.30   CITECHECK DEBTORS' OMNIBUS AMENDED
                                     SUPPLEMENTAL REPLY (DEPOSITION
                                     DESIGNATIONS) (3.3); DESIGNATE
                                     DEPOSITION TEXT IN LIVENOTE (4.8);
                                     CREATE LIST OF DESIGNATIONS AND
                                     DISTRIBUTE (2.2).

GILCHRIST JM     08/30/07     8.10   ASSEMBLE FOR ATTORNEY REVIEW THE
                                     COMPLETE SET OF HIGHLIGHTED DEPOSITION
                                     DESIGNATIONS (INCLUDING CLAIMANT'S AND
                                     JOINT DESIGNATIONS) (6.9); PREPARE
                                     DISTRIBUTION OF MATERIALS (1.2).

                             29.30

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KLIMEK MV       08/02/07       2.10   COMPILE DEPOSITION TRANSCRIPTS AND
                                      RESPECTIVE EXHIBITS IN H.E. SERVICES
                                      MATTER FOR ATTORNEY REVIEW (2.1).

KLIMEK MV       08/06/07       5.30   ASSIST WITH PREPARATIONS FOR T. ARNOLD
                                      DEPOSITION IN H.E. SERVICES MATTER
                                      (0.7); ASSIST WITH SUPPLEMENTAL
                                      PRODUCTION IN H.E. SERVICES (2.4);
                                      CONTINUE TO COMPILE RECORD OF
                                      CORRESPONDENCE, PLEADINGS, AND
                                      ATTORNEY WORK PRODUCT FOR CONTESTED
                                      CLAIMS FILES (2.2).

KLIMEK MV       08/07/07       3.50   CONTINUE TO COMPILE RECORD OF
                                      CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                      AND ATTORNEY WORK PRODUCT FOR CONTESTED
                                      CLAIMS FILES (2.9); CONTINUE TO ASSIST
                                      WITH SUPPLEMENTAL PRODUCTION IN H.E.
                                      SERVICES MATTER (0.6).

KLIMEK MV       08/08/07       0.70   CONTINUE TO CODE DOCUMENTS WITHIN THE
                                      CONTESTED CLAIMS DOCUMATRIX DATABASE
                                      (0.7).

KLIMEK MV       08/09/07       0.30   CONTINUE TO COMPILE RECORD OF
                                      CORRESPONDENCE, PLEADINGS, DISCOVERY,
                                      AND ATTORNEY WORK PRODUCT FOR CONTESTED
                                      CLAIMS FILES (0.3).

KLIMEK MV       08/10/07       1.90   CONTINUE TO COMPILE RECORD OF
                                      CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                      AND ATTORNEY WORK PRODUCT FOR CONTESTED
                                      CLAIMS FILES (1.9).

KLIMEK MV       08/20/07       0.40   BEGIN TO ASSIST WITH PREPARATIONS FOR
                                      FILING AND HEARING IN H.E. SERVICES
                                      MATTER (0.2); CONTINUE TO COMPILE
                                      RECORD OF CORRESPONDENCE, PLEADINGS,
                                      DISCOVERY, AND ATTORNEY WORK PRODUCT
                                      FOR CONTESTED CLAIMS FILES (0.2).

KLIMEK MV       08/21/07       0.90   CONTINUE TO COMPILE RECORD OF DISCOVERY
                                      IN H.E. SERVICES MATTER (0.9).

KLIMEK MV       08/22/07       1.30   CONTINUE TO COMPILE RECORD OF
                                      CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                      AND ATTORNEY WORK PRODUCT FOR CONTESTED
                                      CLAIMS FILES (1.3).

KLIMEK MV       08/23/07       3.30   CONTINUE TO COMPILE RECORD OF
                                      CORRESPONDENCE, DISCOVERY, PLEADINGS,
                                      AND ATTORNEY WORK PRODUCT FOR CONTESTED
                                      CLAIMS FILES (3.1); BEGIN COMPILING
                                      EXHIBITS (0.2).

KLIMEK MV       08/24/07       3.80   CONTINUE TO COMPILE EXHIBITS FOR JOINT
                                      EXHIBIT HEARING BINDER IN H.E. SERVICES
                                      MATTER (3.8).

KLIMEK MV       08/27/07       6.60   CONTINUE TO COMPILE EXHIBITS FOR JOINT
                                      EXHIBIT HEARING BINDER IN H.E. SERVICES
                                      MATTER (5.3); CONTINUE TO ASSIST WITH
                                      PREPARATIONS FOR HEARING FOR SAME
                                      (1.4).

B43E

| KLIMEK MV | 08/28/07 | 7.30 | CONTINUE TO ASSIST WITH PREPARATIONS FOR FILING OF DEBTORS' AMENDED SUPPLEMENTAL REPLY IN H.E. SERVICES MATTER (6.0); CONTINUE TO ASSIST WITH PREPARATIONS FOR HEARING WITH REGARD TO SAME (1.3). |
|---|---|---|---|
| KLIMEK MV | 08/29/07 | 13.30 | CONTINUE TO ASSIST WITH PREPARATIONS FOR FILING OF DEBTORS' AMENDED SUPPLEMENTAL REPLY IN H.E. SERVICES MATTER (7.5); CONTINUE TO ASSIST WITH PREPARATIONS FOR HEARING WITH REGARD TO SAME (5.8). |
| KLIMEK MV | 08/30/07 | 7.80 | CONTINUE TO ASSIST WITH PREPARATIONS FOR FILING OF DEBTORS' AMENDED SUPPLEMENTAL REPLY IN H.E. SERVICES MATTER (5.4); CONTINUE TO ASSIST WITH PREPARATIONS FOR HEARING WITH REGARD TO SAME (2.4). |
| KLIMEK MV | 08/31/07 | 6.00 | CONTINUE TO ASSIST WITH PREPARATIONS FOR HEARING IN H.E. SERVICES CLAIM (6.0). |

**64.50**

| NOWICKI JA | 08/29/07 | 11.30 | ASSIST TO CREATE DRAFT OF DEPOSITION DESIGNATIONS (11.3). |
|---|---|---|---|
| NOWICKI JA | 08/30/07 | 6.80 | ASSEMBLE FOR ATTORNEY REVIEW THE DEPOSITION DESIGNATIONS (6.8). |

**18.10**

| SHRAGO R | 08/10/07 | 1.40 | FILE NOTICES OF PRESENTMENT (1.4). |
|---|---|---|---|
| SHRAGO R | 08/14/07 | 0.60 | ASSEMBLE PROOFS OF CLAIM FOR OMNIBUS RESPONSES (0.5); DISTRIBUTE OMNI RESPONSE CHARTS TO D. UNRUE (0.1). |
| SHRAGO R | 08/30/07 | 4.10 | REVIEW REPLY FOR COMPLETENESS (0.3); FILE REPLY AND REDACTED EXHIBITS ON DOCKET (0.8); DISTRIBUTE REPLY AND EXHIBITS AS FILED AND PROOF OF FILING (0.4); COMMUNICATE WITH KCC RE: SERVICE OF REPLY (0.3); FOLLOW UP WITH DAILY CORRESPONDENCE (0.5); FILE NOTICES OF PRESENTMENT (1.8). |

**6.10**

| ZSOLDOS AF | 08/10/07 | 6.40 | PREPARE FOR AND ELECTRONICALLY FILE NUMEROUS NOTICES OF PRESENTMENT OF STIPULATIONS RE: CLAIMS (6.4). |
|---|---|---|---|
| ZSOLDOS AF | 08/15/07 | 4.00 | FINALIZE AND ELECTRONICALLY FILE REPLY TO RESPONSES TO SEVENTEENTH OMNIBUS CLAIMS OBJECTION (0.8), EIGHTEENTH OMNIBUS CLAIMS OBJECTION (1.1); NINETEENTH OMNIBUS CLAIMS OBJECTION (1.3); DISTRIBUTE PLEADINGS AS FILED (0.3). |
| ZSOLDOS AF | 08/28/07 | 3.00 | PREPARE STIPULATIONS ON DISKS FOR SUBMISSION TO COURT (3.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ZSOLDOS AF        08/29/07        3.00   CONTINUE TO PREPARE STIPULATIONS ON
                                         DISK FOR SUBMISSION TO CHAMBERS (2.5);
                                         ELECTRONICALLY FILE RESPONSE TO
                                         CLAIMANT'S REPLY (0.5).

ZSOLDOS AF        08/30/07        4.20   DELIVER STIPULATIONS TO CHAMBERS (1.3);
                                         PREPARE AND ELECTRONICALLY FILE
                                         NUMEROUS NOTICES OF PRESENTMENT (2.3);
                                         DISTRIBUTE PLEADINGS AS FILED (0.4);
                                         COORDINATE SERVICE (0.2).

                                20.60

**Total Legal Assistant**      190.20

ROMAN JJ          08/10/07        2.80   ORGANIZATION OF BINDERS AND HEARING
                                         MATERIALS (0.4); CATEGORIZE DOCUMENTS
                                         FOR CHRONOLOGICAL REVIEW RE: SAME
                                         (0.8); RETRIEVE DOCUMENTS FROM
                                         DELPHIDOCKET.COM RE: RESPONSES TO
                                         CLAIMS OBJECTIONS (1.6).

ROMAN JJ          08/14/07        3.70   SEARCH FOR AND PULL PROOFS OF CLAIM AND
                                         ASSEMBLE WITH RESPONSES RE: 19TH AND
                                         17TH OMNIBUS OBJECTIONS HEARING (1.9);
                                         SEARCH DOCKET AND KCC SITE FOR UPDATED
                                         DOCUMENTS RE: SAME (1.8).

ROMAN JJ          08/15/07        6.50   ASSIST WITH REVIEW AND PREPARATION OF
                                         RESPONSES WITH EXHIBITS FOR HEARING
                                         (1.6); RETRIEVE DOCUMENTS FROM KCC SITE
                                         AND ASSEMBLE WITH RESPONSES RE:
                                         OBJECTIONS TO PROOFS OF CLAIM (2.4);
                                         CROSS REFERENCE RESPONSES WITH OMNIBUS
                                         OBJECTION CHARTS AND SEARCH FOR PROOFS
                                         OF CLAIM FOR HEARING (1.7); DELIVER
                                         DOCUMENTS TO JUDGE'S CHAMBERS (CLERK),
                                         SDNY RE: DECLARATIONS (0.8).

ROMAN JJ          08/16/07        1.10   ASSEMBLE   RESPONSES AND ACCOMMODATE
                                         INCOMING FILES RE: 19TH AND 17TH OMNIBUS
                                         OBJECTIONS HEARING (1.1).

ROMAN JJ          08/17/07        1.20   ASSEMBLE INCOMING FILES RE: 17TH AND
                                         18TH OMNIBUS OBJECTIONS HEARING (1.2).

ROMAN JJ          08/24/07        1.10   ORGANIZE HEARING BINDERS AND PROOFS OF
                                         CLAIM FILES RE: OMNIBUS HEARINGS (1.1).

                                16.40

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WORSCHECK TM | 08/01/07 | 2.80 | PREPARE CLAIMS MATERIALS (2.8). |
| WORSCHECK TM | 08/03/07 | 4.20 | PREPARE CLAIMS MATERIALS (4.2). |
| WORSCHECK TM | 08/09/07 | 2.20 | PREPARE AND ORGANIZE DOCUMENTS RE: PROPOSED TWENTY-FIRST OMIBUS HEARING AGENDA (2.2). |
| WORSCHECK TM | 08/13/07 | 4.20 | PREPARE DOCUMENTS RE: NINETEENTH OMNIBUS OBJECTION FOR ATTORNEY REVIEW (3.6); PREPARE EXECUTIVE SUMMARIES AND SCHEDULES FOR ATTORNEY REVIEW (0.6). |
| WORSCHECK TM | 08/14/07 | 0.30 | PREPARE DOCUMENTS RE: NINETEENTH OMNIBUS OBJECTION FOR ATTORNEY REVIEW (0.3). |
| | | **13.70** | |
| **Total Legal Assistant Support** | | **30.10** | |
| **TOTAL TIME** | | **1,858.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 09/30/07**
**Claims Admin. (General)**                                    **Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/05/07 | Lyons JK | 386.36 |
| Air/Rail Travel - vendor feed | 08/05/07 | Lyons JK | -122.12 |
| Air/Rail Travel - vendor feed | 08/06/07 | Diaz LB | 420.39 |
| Air/Rail Travel - vendor feed | 08/06/07 | Wharton JN | 289.24 |
| Air/Rail Travel - vendor feed | 08/06/07 | Lyons JK | 164.57 |
| Air/Rail Travel - vendor feed | 08/07/07 | Van Gelder A | 974.78 |
| Air/Rail Travel - vendor feed | 08/07/07 | Connors CP | 974.78 |
| Air/Rail Travel - vendor feed | 08/07/07 | Connors CP | 461.14 |
| Air/Rail Travel - vendor feed | 08/07/07 | Van Gelder A | 461.14 |
| Air/Rail Travel - vendor feed | 08/07/07 | Van Gelder A | -7.50 |
| Air/Rail Travel - vendor feed | 08/13/07 | Perl MW | 289.24 |
| Air/Rail Travel - vendor feed | 08/13/07 | Wharton JN | 289.24 |
| Air/Rail Travel - vendor feed | 08/13/07 | Lyons JK | 386.36 |
| Air/Rail Travel - vendor feed | 08/13/07 | Wharton JN | -244.24 |
| Air/Rail Travel - vendor feed | 08/13/07 | Diaz LB | 133.69 |
| Air/Rail Travel - vendor feed | 08/13/07 | Lyons JK | 167.12 |
| Air/Rail Travel - vendor feed | 08/13/07 | Lyons JK | -219.23 |
| Air/Rail Travel - vendor feed | 08/13/07 | Diaz LB | -133.69 |
| Air/Rail Travel - vendor feed | 08/14/07 | Lyons JK | 167.12 |
| Air/Rail Travel - vendor feed | 08/14/07 | Wharton JN | 1,048.32 |
| Air/Rail Travel - vendor feed | 08/14/07 | Diaz LB | 1,003.33 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/14/07 | Lyons JK | 512.35 |
| Air/Rail Travel - vendor feed | 08/14/07 | Diaz LB | 1,048.32 |
| Air/Rail Travel - vendor feed | 08/15/07 | Wharton JN | 1,048.32 |
| Air/Rail Travel - vendor feed | 08/15/07 | Wharton JN | -1,003.33 |
| Air/Rail Travel - vendor feed | 08/15/07 | Hale TA | 1,048.32 |
| Air/Rail Travel - vendor feed | 08/15/07 | Lyons JK | 546.67 |
| Air/Rail Travel - vendor feed | 08/15/07 | Lyons JK | -501.67 |
| Air/Rail Travel - vendor feed | 08/16/07 | Lyons JK | 647.50 |
| Air/Rail Travel - vendor feed | 08/20/07 | Howe EJ | 289.24 |
| Air/Rail Travel - vendor feed | 08/20/07 | Howe EJ | -244.24 |
| Air/Rail Travel - vendor feed | 08/20/07 | Lyons JK | 289.24 |
| Air/Rail Travel - vendor feed | 08/20/07 | Diaz LB | 420.39 |
| Air/Rail Travel - vendor feed | 08/20/07 | Howe EJ | 289.24 |
| Air/Rail Travel - vendor feed | 08/20/07 | Hill LF | 517.51 |
| Air/Rail Travel - vendor feed | 08/20/07 | Platt SJ | 258.55 |
| Air/Rail Travel - vendor feed | 08/20/07 | Howe EJ | 305.39 |
| Air/Rail Travel - vendor feed | 08/20/07 | Diaz LB | -375.39 |
| Air/Rail Travel - vendor feed | 08/20/07 | Hill LF | -34.04 |
| Air/Rail Travel - vendor feed | 08/20/07 | Hill LF | -438.47 |
| Air/Rail Travel - vendor feed | 08/22/07 | Meisler RE | 420.39 |
| Air/Rail Travel - vendor feed | 08/22/07 | Meisler RE | -253.26 |
| Air/Rail Travel - vendor feed | 08/23/07 | Platt SJ | 253.26 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/23/07 | Howe EJ | 131.15 |
| Air/Rail Travel - vendor feed | 08/23/07 | Platt SJ | 174.25 |
| Air/Rail Travel - vendor feed | 08/23/07 | Meisler RE | 124.40 |
| Air/Rail Travel - vendor feed | 08/23/07 | Platt SJ | -174.25 |
| Air/Rail Travel - vendor feed | 08/23/07 | Platt SJ | -253.26 |
| Air/Rail Travel - vendor feed | 08/24/07 | Meisler RE | 472.51 |
| Air/Rail Travel - vendor feed | 08/24/07 | Diaz LB | 253.26 |
| Air/Rail Travel - vendor feed | 08/24/07 | Platt SJ | 253.26 |
| Air/Rail Travel - vendor feed | 08/24/07 | Hill LF | 253.26 |
| Air/Rail Travel - vendor feed | 08/24/07 | Howe EJ | 253.26 |
| Air/Rail Travel - vendor feed | 08/28/07 | Lyons JK | 328.40 |
| Air/Rail Travel - vendor feed | 08/28/07 | Lyons JK | -122.12 |
| Air/Rail Travel - vendor feed | 08/29/07 | Diaz LB | 289.24 |
| Air/Rail Travel - vendor feed | 08/29/07 | Lyons JK | 124.40 |
| Air/Rail Travel - vendor feed | 08/29/07 | Meisler RE | 167.12 |
| Air/Rail Travel - vendor feed | 08/29/07 | Wharton JN | 594.64 |
| Air/Rail Travel - vendor feed | 08/29/07 | Wharton JN | -549.64 |
| Air/Rail Travel - vendor feed | 08/29/07 | Diaz LB | 423.23 |
| Air/Rail Travel - vendor feed | 08/29/07 | Wharton JN | 341.36 |
| Air/Rail Travel - vendor feed | 08/29/07 | Wharton JN | -341.36 |
| Air/Rail Travel - vendor feed | 08/29/07 | Wharton JN | 453.88 |
| Air/Rail Travel - vendor feed | 08/29/07 | Diaz LB | -301.10 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/29/07 | Diaz LB | -244.24 |
| Air/Rail Travel - vendor feed | 08/30/07 | Diaz LB | 56.86 |
| Air/Rail Travel - vendor feed | 08/30/07 | Diaz LB | 427.51 |
| Air/Rail Travel - vendor feed | 08/30/07 | Wharton JN | 427.51 |
| Air/Rail Travel - vendor feed | 08/30/07 | Diaz LB | -56.86 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$15,441.00** |
| In-house Reproduction | 08/03/07 | Copy Center, D | 89.60 |
| In-house Reproduction | 08/03/07 | Copy Center, D | 1.90 |
| In-house Reproduction | 08/07/07 | Copy Center, D | 78.50 |
| In-house Reproduction | 08/10/07 | Copy Center, D | 62.90 |
| In-house Reproduction | 08/14/07 | Copy Center, D | 297.60 |
| In-house Reproduction | 08/17/07 | Copy Center, D | 3.60 |
| In-house Reproduction | 08/17/07 | Copy Center, D | 253.40 |
| In-house Reproduction | 08/24/07 | Copy Center, D | 48.60 |
| In-house Reproduction | 08/28/07 | Copy Center, D | 609.70 |
| In-house Reproduction | 08/31/07 | Copy Center, D | 1,325.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2,771.00** |
| Non-standard/Outside Reproduction | 08/08/07 | Landmark Document Services | 612.08 |
| Non-standard/Outside Reproduction | 08/31/07 | Landmark Document Services | 1,805.92 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$2,418.00** |
| Lexis/Nexis | 08/10/07 | Kahn MT | 77.66 |
| Lexis/Nexis | 08/12/07 | Kahn MT | 24.99 |
| Lexis/Nexis | 08/30/07 | Hill LF | 39.35 |
| | | **TOTAL LEXIS/NEXIS** | **$142.00** |
| Westlaw | 08/02/07 | Connors CP | 182.01 |
| Westlaw | 08/02/07 | Kirkendall R | 245.87 |
| Westlaw | 08/03/07 | Connors CP | 425.98 |
| Westlaw | 08/03/07 | Guzzardo J | 281.02 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 08/06/07 | Connors CP | 71.45 |
| Westlaw | 08/06/07 | Howe EJ | 248.45 |
| Westlaw | 08/06/07 | Kirkendall R | 13.74 |
| Westlaw | 08/06/07 | Campanario ND | 74.41 |
| Westlaw | 08/10/07 | Guzzardo J | 288.38 |
| Westlaw | 08/11/07 | Guzzardo J | 56.40 |
| Westlaw | 08/13/07 | Platt SJ | 80.71 |
| Westlaw | 08/13/07 | Gartner M | 10.30 |
| Westlaw | 08/13/07 | Kahn MT | 34.56 |
| Westlaw | 08/14/07 | Demma J | 113.32 |
| Westlaw | 08/14/07 | Perl MW | 144.37 |
| Westlaw | 08/14/07 | Platt SJ | 54.38 |
| Westlaw | 08/14/07 | Gartner M | 132.93 |
| Westlaw | 08/15/07 | Platt SJ | 127.94 |
| Westlaw | 08/15/07 | Hill LF | 10.30 |
| Westlaw | 08/15/07 | Howe EJ | 165.81 |
| Westlaw | 08/16/07 | Van Gelder A | 103.02 |
| Westlaw | 08/16/07 | Platt SJ | 162.13 |
| Westlaw | 08/16/07 | Howe EJ | 305.79 |
| Westlaw | 08/16/07 | Kirkendall R | 206.05 |
| Westlaw | 08/17/07 | Gartner M | 119.62 |
| Westlaw | 08/17/07 | Campanario ND | 282.74 |
| Westlaw | 08/18/07 | Gartner M | 37.21 |
| Westlaw | 08/19/07 | Gartner M | 37.21 |
| Westlaw | 08/20/07 | Platt SJ | 189.77 |
| Westlaw | 08/20/07 | Gartner M | 65.97 |
| Westlaw | 08/20/07 | Hill LF | 5.20 |
| Westlaw | 08/21/07 | Gartner M | 190.16 |
| Westlaw | 08/21/07 | Powell JE | 20.28 |
| Westlaw | 08/21/07 | Powell JE | 274.36 |
| Westlaw | 08/21/07 | Houston BM | 69.26 |
| Westlaw | 08/22/07 | Van Gelder A | 278.61 |
| Westlaw | 08/27/07 | Gilchrist JM | 411.66 |
| Westlaw | 08/27/07 | Connors CP | 4.58 |
| Westlaw | 08/27/07 | Campanario ND | 90.88 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 08/28/07 | Campanario ND | 40.07 |
| Westlaw | 08/29/07 | Kahn MT | 9.72 |
| Westlaw | 08/30/07 | Connors CP | 12.74 |
| Westlaw | 08/30/07 | Van Gelder A | 20.60 |
| Westlaw | 08/30/07 | Houston BM | 58.32 |
| Westlaw | 08/31/07 | Platt SJ | 194.19 |
| Westlaw | 08/31/07 | Campanario ND | 146.53 |
| | | **TOTAL WESTLAW** | **$6,099.00** |
| Scanning Services | 08/17/07 | 24 Seven Discovere, L.L.C. | 145.00 |
| Scanning Services | 08/17/07 | 24 Seven Discovere, L.L.C. | 145.00 |
| | | **TOTAL SCANNING SERVICES** | **$290.00** |
| Vendor Hosted Telecon-ferencing | 08/07/07 | Teleconferencing Services, LLC | 3.36 |
| Vendor Hosted Telecon-ferencing | 08/10/07 | Teleconferencing Services, LLC | 4.80 |
| Vendor Hosted Telecon-ferencing | 08/10/07 | Teleconferencing Services, LLC | 5.00 |
| Vendor Hosted Telecon-ferencing | 08/10/07 | Teleconferencing Services, LLC | 34.65 |
| Vendor Hosted Telecon-ferencing | 08/13/07 | Teleconferencing Services, LLC | 12.55 |
| Vendor Hosted Telecon-ferencing | 08/14/07 | Teleconferencing Services, LLC | 5.77 |
| Vendor Hosted Telecon-ferencing | 08/18/07 | Teleconferencing Services, LLC | 22.82 |
| Vendor Hosted Telecon-ferencing | 08/24/07 | Teleconferencing Services, LLC | 10.99 |
| Vendor Hosted Telecon-ferencing | 08/24/07 | Teleconferencing Services, LLC | 3.78 |
| Vendor Hosted Telecon-ferencing | 08/24/07 | Teleconferencing Services, LLC | 6.97 |
| Vendor Hosted Telecon-ferencing | 08/29/07 | Teleconferencing Services, LLC | 8.23 |
| Vendor Hosted Telecon-ferencing | 08/30/07 | Teleconferencing Services, LLC | 4.50 |
| Vendor Hosted Telecon-ferencing | 08/30/07 | Teleconferencing Services, LLC | 25.58 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$149.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Travel | 08/01/07 | Wharton JN | 216.00 |
| Out-of-Town Travel | 08/01/07 | Wharton JN | 186.02 |
| Out-of-Town Travel | 08/01/07 | Diaz LB | 202.27 |
| Out-of-Town Travel | 08/01/07 | Diaz LB | 172.78 |
| Out-of-Town Travel | 08/06/07 | Lyons JK | 230.00 |
| Out-of-Town Travel | 08/06/07 | Lyons JK | 118.38 |
| Out-of-Town Travel | 08/06/07 | Lyons JK | 30.00 |
| Out-of-Town Travel | 08/06/07 | Diaz LB | 88.58 |
| Out-of-Town Travel | 08/07/07 | Diaz LB | 224.87 |
| Out-of-Town Travel | 08/07/07 | Wharton JN | 238.60 |
| Out-of-Town Travel | 08/07/07 | Wharton JN | 191.43 |
| Out-of-Town Travel | 08/07/07 | Connors CP | 37.00 |
| Out-of-Town Travel | 08/07/07 | Van Gelder A | 90.49 |
| Out-of-Town Travel | 08/09/07 | Lyons JK | 1,492.09 |
| Out-of-Town Travel | 08/09/07 | Lyons JK | 96.00 |
| Out-of-Town Travel | 08/13/07 | Perl MW | 11.36 |
| Out-of-Town Travel | 08/13/07 | Perl MW | 93.28 |
| Out-of-Town Travel | 08/13/07 | Lyons JK | 224.87 |
| Out-of-Town Travel | 08/13/07 | Lyons JK | 123.37 |
| Out-of-Town Travel | 08/13/07 | Lyons JK | 32.00 |
| Out-of-Town Travel | 08/14/07 | Wharton JN | 8.00 |
| Out-of-Town Travel | 08/16/07 | Diaz LB | 889.08 |
| Out-of-Town Travel | 08/16/07 | Lyons JK | 828.28 |
| Out-of-Town Travel | 08/16/07 | Lyons JK | 52.00 |
| Out-of-Town Travel | 08/16/07 | Dangelo PS | 478.55 |
| Out-of-Town Travel | 08/16/07 | Wharton JN | 812.42 |
| Out-of-Town Travel | 08/20/07 | Howe EJ | 261.86 |
| Out-of-Town Travel | 08/20/07 | Howe EJ | 702.08 |
| Out-of-Town Travel | 08/20/07 | Hill LF | 715.81 |
| Out-of-Town Travel | 08/21/07 | Lyons JK | 230.00 |
| Out-of-Town Travel | 08/21/07 | Lyons JK | 151.08 |
| Out-of-Town Travel | 08/21/07 | Lyons JK | 46.00 |
| Out-of-Town Travel | 08/21/07 | Lyons JK | 151.08 |
| Out-of-Town Travel | 08/21/07 | Hill LF | 282.67 |
| Out-of-Town Travel | 08/23/07 | Diaz LB | 702.08 |
| Out-of-Town Travel | 08/23/07 | Platt SJ | 277.05 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Out-of-Town Travel | 08/23/07 | Hill LF | 317.22 |
| Out-of-Town Travel | 08/23/07 | Platt SJ | 688.35 |
| Out-of-Town Travel | 08/23/07 | Diaz LB | 262.51 |
| Out-of-Town Travel | 08/23/07 | Howe EJ | 306.67 |
| Out-of-Town Travel | 08/24/07 | Diaz LB | 306.67 |
| Out-of-Town Travel | 08/24/07 | Platt SJ | 306.67 |
| Out-of-Town Travel | 08/29/07 | Lyons JK | 230.00 |
| Out-of-Town Travel | 08/29/07 | Lyons JK | 192.54 |
| Out-of-Town Travel | 08/29/07 | Lyons JK | 64.00 |
| Out-of-Town Travel | 08/30/07 | Wharton JN | 183.93 |
| Out-of-Town Travel | 08/30/07 | Wharton JN | 238.60 |
| Out-of-Town Travel | 08/30/07 | Hogan III AL | 1,321.16 |
| Out-of-Town Travel | 08/30/07 | Hogan III AL | 136.00 |
| Out-of-Town Travel | 08/30/07 | Diaz LB | 216.00 |
| Out-of-Town Travel | 08/30/07 | Diaz LB | 207.25 |
| Out-of-Town Travel | 08/31/07 | Hogan III AL | 45.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$15,710.00** |
| Messengers/ Courier | 08/06/07 | Dist Serv/Mail/Page, D | 28.41 |
| Messengers/ Courier | 08/06/07 | Dist Serv/Mail/Page, D | 26.97 |
| Messengers/ Courier | 08/06/07 | Dist Serv/Mail/Page, D | 28.41 |
| Messengers/ Courier | 08/07/07 | OSMIO | 23.10 |
| Messengers/ Courier | 08/07/07 | OSMIO | 32.70 |
| Messengers/ Courier | 08/07/07 | OSMIO | 41.42 |
| Messengers/ Courier | 08/07/07 | Dist Serv/Mail/Page, D | 6.67 |
| Messengers/ Courier | 08/12/07 | Arrow Messenger Svc | 61.58 |
| Messengers/ Courier | 08/29/07 | Dist Serv/Mail/Page, D | 9.84 |
| Messengers/ Courier | 08/29/07 | Dist Serv/Mail/Page, D | 144.65 |
| Messengers/ Courier | 08/29/07 | Dist Serv/Mail/Page, D | 30.63 |
| Messengers/ Courier | 08/30/07 | Dist Serv/Mail/Page, D | 18.23 |
| Messengers/ Courier | 08/30/07 | Van Gelder A | 37.50 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 66.28 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 22.07 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 22.07 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 57.59 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 11.52 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 11.52 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 23.99 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 18.23 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 41.22 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 54.00 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 11.40 |
| | | **TOTAL MESSENGERS/ COURIER** | **$830.00** |
| Out-of-Town Meals | 08/01/07 | Wharton JN | 5.43 |
| Out-of-Town Meals | 08/01/07 | Diaz LB | 45.00 |
| Out-of-Town Meals | 08/01/07 | Diaz LB | 6.63 |
| Out-of-Town Meals | 08/01/07 | Diaz LB | 5.40 |
| Out-of-Town Meals | 08/01/07 | Diaz LB | 25.88 |
| Out-of-Town Meals | 08/06/07 | Diaz LB | 3.70 |
| Out-of-Town Meals | 08/06/07 | Lyons JK | 26.49 |
| Out-of-Town Meals | 08/06/07 | Wharton JN | 4.13 |
| Out-of-Town Meals | 08/06/07 | Wharton JN | 24.72 |
| Out-of-Town Meals | 08/07/07 | Van Gelder A | 6.70 |
| Out-of-Town Meals | 08/07/07 | Van Gelder A | 7.53 |
| Out-of-Town Meals | 08/07/07 | Diaz LB | 4.02 |
| Out-of-Town Meals | 08/07/07 | Diaz LB | 10.46 |
| Out-of-Town Meals | 08/07/07 | Wharton JN | 8.44 |
| Out-of-Town Meals | 08/07/07 | Connors CP | 5.52 |
| Out-of-Town Meals | 08/07/07 | Wharton JN | 5.61 |
| Out-of-Town Meals | 08/07/07 | Lyons JK | 99.41 |
| Out-of-Town Meals | 08/07/07 | Connors CP | 89.24 |
| Out-of-Town Meals | 08/07/07 | Connors CP | 12.52 |
| Out-of-Town Meals | 08/09/07 | Lyons JK | 9.97 |
| Out-of-Town Meals | 08/09/07 | Lyons JK | 5.57 |
| Out-of-Town Meals | 08/13/07 | Perl MW | 3.58 |
| Out-of-Town Meals | 08/13/07 | Perl MW | 11.13 |
| Out-of-Town Meals | 08/13/07 | Perl MW | 6.34 |
| Out-of-Town Meals | 08/14/07 | Wharton JN | 9.40 |
| Out-of-Town Meals | 08/14/07 | Wharton JN | 6.11 |
| Out-of-Town Meals | 08/14/07 | Diaz LB | 4.02 |
| Out-of-Town Meals | 08/15/07 | Lyons JK | 45.00 |
| Out-of-Town Meals | 08/15/07 | Wharton JN | 42.93 |
| Out-of-Town Meals | 08/15/07 | Wharton JN | 8.30 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Out-of-Town Meals | 08/16/07 | Diaz LB | 7.34 |
|---|---|---|---|
| Out-of-Town Meals | 08/16/07 | Lyons JK | 37.03 |
| Out-of-Town Meals | 08/16/07 | Diaz LB | 21.13 |
| Out-of-Town Meals | 08/16/07 | Wharton JN | 8.67 |
| Out-of-Town Meals | 08/16/07 | Wharton JN | 34.22 |
| Out-of-Town Meals | 08/16/07 | Wharton JN | 6.81 |
| Out-of-Town Meals | 08/16/07 | Dangelo PS | 7.00 |
| Out-of-Town Meals | 08/20/07 | Lyons JK | 9.90 |
| Out-of-Town Meals | 08/20/07 | Lyons JK | 64.02 |
| Out-of-Town Meals | 08/20/07 | Howe EJ | 20.38 |
| Out-of-Town Meals | 08/20/07 | Hill LF | 37.97 |
| Out-of-Town Meals | 08/20/07 | Platt SJ | 2.75 |
| Out-of-Town Meals | 08/21/07 | Diaz LB | 59.02 |
| Out-of-Town Meals | 08/21/07 | Diaz LB | 5.40 |
| Out-of-Town Meals | 08/21/07 | Diaz LB | 16.74 |
| Out-of-Town Meals | 08/21/07 | Howe EJ | 26.00 |
| Out-of-Town Meals | 08/21/07 | Howe EJ | 40.00 |
| Out-of-Town Meals | 08/21/07 | Hill LF | 3.91 |
| Out-of-Town Meals | 08/21/07 | Hill LF | 22.20 |
| Out-of-Town Meals | 08/21/07 | Platt SJ | 18.92 |
| Out-of-Town Meals | 08/22/07 | Howe EJ | 20.00 |
| Out-of-Town Meals | 08/22/07 | Howe EJ | 14.52 |
| Out-of-Town Meals | 08/22/07 | Diaz LB | 6.53 |
| Out-of-Town Meals | 08/22/07 | Diaz LB | 31.81 |
| Out-of-Town Meals | 08/22/07 | Hill LF | 9.61 |
| Out-of-Town Meals | 08/22/07 | Platt SJ | 5.35 |
| Out-of-Town Meals | 08/22/07 | Platt SJ | 21.92 |
| Out-of-Town Meals | 08/22/07 | Platt SJ | 7.08 |
| Out-of-Town Meals | 08/22/07 | Platt SJ | 4.51 |
| Out-of-Town Meals | 08/23/07 | Diaz LB | 52.76 |
| Out-of-Town Meals | 08/23/07 | Howe EJ | 20.00 |
| Out-of-Town Meals | 08/23/07 | Diaz LB | 50.11 |
| Out-of-Town Meals | 08/23/07 | Diaz LB | 16.05 |
| Out-of-Town Meals | 08/23/07 | Hill LF | 9.23 |
| Out-of-Town Meals | 08/23/07 | Hill LF | 15.90 |
| Out-of-Town Meals | 08/23/07 | Howe EJ | 16.93 |
| Out-of-Town Meals | 08/23/07 | Howe EJ | 39.49 |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| Out-of-Town Meals | 08/23/07 | Howe EJ | 15.90 |
| Out-of-Town Meals | 08/23/07 | Platt SJ | 10.00 |
| Out-of-Town Meals | 08/23/07 | Platt SJ | 7.20 |
| Out-of-Town Meals | 08/24/07 | Platt SJ | 7.16 |
| Out-of-Town Meals | 08/24/07 | Platt SJ | 8.97 |
| Out-of-Town Meals | 08/24/07 | Diaz LB | 16.70 |
| Out-of-Town Meals | 08/28/07 | Lyons JK | 45.00 |
| Out-of-Town Meals | 08/29/07 | Diaz LB | 4.02 |
| Out-of-Town Meals | 08/29/07 | Diaz LB | 5.40 |
| Out-of-Town Meals | 08/29/07 | Lyons JK | 17.26 |
| Out-of-Town Meals | 08/29/07 | Wharton JN | 4.88 |
| Out-of-Town Meals | 08/29/07 | Wharton JN | 33.71 |
| Out-of-Town Meals | 08/30/07 | Wharton JN | 4.18 |
| Out-of-Town Meals | 08/30/07 | Wharton JN | 21.56 |
| Out-of-Town Meals | 08/30/07 | Wharton JN | 2.85 |
| Out-of-Town Meals | 08/30/07 | Wharton JN | 3.09 |
| Out-of-Town Meals | 08/30/07 | Hogan III AL | 26.00 |
| Out-of-Town Meals | 08/30/07 | Diaz LB | 3.49 |
| Out-of-Town Meals | 08/30/07 | Diaz LB | 3.99 |
| Out-of-Town Meals | 08/30/07 | Diaz LB | 5.40 |
| Out-of-Town Meals | 08/30/07 | Hogan III AL | 21.37 |
| Out-of-Town Meals | 08/30/07 | Hogan III AL | 76.43 |
| Out-of-Town Meals | 08/30/07 | Diaz LB | 48.05 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$1,733.00** |
| Court Reporting | 08/17/07 | Tri-City Court | 56.00 |
| | | **TOTAL COURT REPORTING** | **$56.00** |
| Outside Re-search/Internet Services | 08/20/07 | Hill LF | 7.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$7.00** |
| Telco-Non Astra | 08/06/07 | Telecommunications, D | 13.00 |
| | | **TOTAL TELCO-NON ASTRA** | **$13.00** |
| CD Creation | 08/07/07 | Foley PM | 16.00 |
| | | **TOTAL CD CREATION** | **$16.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 08/11/07 | Copy Center, D | 208.09 |
| Print Images to Paper (from Electronic Media) | 08/14/07 | Copy Center, D | 52.66 |
| Print Images to Paper (from Electronic Media) | 08/16/07 | Starling L | 17.13 |
| Print Images to Paper (from Electronic Media) | 08/16/07 | Starling L | 7.60 |
| Print Images to Paper (from Electronic Media) | 08/21/07 | Copy Center, D | 7.52 |

|  |  |  |
|---|---|---|
| **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | | **$293.00** |

| | | | |
|---|---|---|---|
| Internal Catering-NY | 08/01/07 | Butler, Jr. J | 400.00 |
| Internal Catering-NY | 08/01/07 | Butler, Jr. J | 200.00 |
| Internal Catering-NY | 08/17/07 | Butler, Jr. J | 300.00 |
| Internal Catering-NY | 08/17/07 | Butler, Jr. J | 120.00 |
| Internal Catering-NY | 08/29/07 | Butler, Jr. J | 300.00 |

**TOTAL INTERNAL CATERING-NY**    **$1,320.00**

**TOTAL MATTER**    **$47,288.00**

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                            **Bill Date: 10/31/07**
**Claims Admin. (General)**                             **Bill Number: 1182831**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 09/08/07 | 0.20 | REVIEW PROGRESS TOWARDS $1.7 BILLION CLAIMS THRESHOLD INCLUDING EMAIL FROM J. SHEEHAN (0.2). |
| BUTLER, JR. J | 09/17/07 | 1.30 | PREPARE FOR (0.2) AND ATTEND (1.1) SENIOR CLAIMS STRATEGY MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 09/18/07 | 0.30 | EMAILS FROM/TO J. SHEEHAN AND K. CRAFT RE: PRIORITY CLAIMS MATTERS AND FOLLOW-UP ON SAME (0.3). |
| BUTLER, JR. J | 09/20/07 | 0.60 | REVIEW OBJECTIONS TO CLAIMS ESTIMATION MOTION AND CONSIDER NEXT STEPS (0.6). |
| BUTLER, JR. J | 09/26/07 | 0.60 | CONTINUE TO PREPARE FOR SEPTEMBER 27TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: HEARING PREPARATION FOR 20TH CLAIMS OBJECTION AND ESTIMATION MOTION (0.6). |
| BUTLER, JR. J | 09/27/07 | 0.80 | PREPARE FOR (0.4) AND ATTEND (0.4) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: 20TH CLAIMS OBJECTION AND ESTIMATION MOTION. |
| BUTLER, JR. J | 09/28/07 | 0.20 | REVIEW RESULTS OF CLAIMS HEARING AND NEXT STEPS (0.2). |
| | | **4.00** | |
| HOGAN III AL | 09/03/07 | 4.40 | PREPARE FOR HE SERVICES CONTESTED CLAIM HEARING, INCLUDING REVIEW OF EVIDENCE AND DEPOSITION DESIGNATIONS (4.4). |
| HOGAN III AL | 09/04/07 | 6.00 | CONTINUE PREPARATIONS FOR HE SERVICES CONTESTED HEARINGS (6.0). |
| HOGAN III AL | 09/05/07 | 10.70 | CONTINUE PREPARATIONS FOR HE SERVICES CONTESTED CLAIMS HEARING, INCLUDING PREPARATION OF WITNESSES, CONFERENCES WITH OPPOSING COUNSEL RE: EVIDENTIARY DISPUTES, AND FINALIZATION OF HEARING PRESENTATION (9.5); CONFERENCE WITH CLAIMS TEAM RE: EFFECT OF SETTLEMENT ON MDL-RELATED CLAIMS, AND POTENTIAL CLAIMS TO BE ADDRESSED (1.2). |
| HOGAN III AL | 09/06/07 | 6.70 | ATTEND CONTESTED CLAIMS HEARING ON HE SERVICES MATTER (6.7). |
| HOGAN III AL | 09/10/07 | 1.50 | PARTICIPATE IN CLAIMS STRATEGY MEETING (0.5); REVIEW STATUS OF WHITNEY AND NU TECH CONTESTED CLAIM MATTERS (1.0). |
| HOGAN III AL | 09/11/07 | 0.80 | REVIEW NU TECH MEDIATION STATEMENTS, AND DISCUSS SAME WITH J. PAPELIAN (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOGAN III AL     09/12/07     3.40   PREPARE FOR AND PARTICIPATE IN
                                     SOLICITATION AND MDL CLAIMS CALL WITH
                                     CLAIMS TEAM (2.5); ANALYZE AND ADVISE AS
                                     TO OPEN ISSUES ON THE WHITNEY CONTESTED
                                     CLAIM (0.5); REVIEW AND APPROVE NU TECH
                                     CONFIDENTIAL MEDIATION REPLY (0.4).

HOGAN III AL     09/17/07     0.50   WORK ON NUTECH CLAIM STRATEGY (0.5).

HOGAN III AL     09/18/07     2.70   PREPARE FOR AND PARTICIPATE IN CLAIMS
                                     TEAM MEETING RE: MDL SOLICITATION AND
                                     CLAIMS HANDLING, AND FOLLOW-UP WORK AND
                                     ANALYSIS CONCERNING RESOLUTION OF
                                     CLAIMS (2.2); DISCUSSION WITH J.
                                     PAPELIAN RE: NU TECH CLAIM (0.3); REVIEW
                                     WHITNEY CLAIM AND RESPONSE TO
                                     ESTIMATION PROCEDURES MOTION (0.2).

HOGAN III AL     09/19/07     1.30   CONTINUE ANALYSIS OF MDL-RELATED AND
                                     OTHER INDEMNIFICATION CLAIMS, AND
                                     DEVELOPMENT OF STRATEGY FOR ADDRESSING
                                     SAME (1.0); REVIEW ISSUES CONCERNING
                                     CLAIM ESTIMATION MOTION (0.3).

HOGAN III AL     09/24/07     1.50   PARTICIPATE IN PLAN
                                     SOLICITATION/CLAIMS HANDLING UPDATE
                                     DISCUSSION (0.5); PARTICIPATE IN
                                     STRATEGY CONFERENCE RE: CADENCE CLAIM
                                     (1.0).

HOGAN III AL     09/26/07     2.20   REVIEW AND COMMENT ON ESTIMATION
                                     PROCEDURES REPLY, AND CONFERENCE WITH
                                     CLAIMS WORKING GROUP RE: HEARING
                                     PREPARATION (2.2).

HOGAN III AL     09/27/07     2.20   PREPARE FOR POTENTIAL CONTESTED MATTERS
                                     IN CONNECTION WITH CLAIMS HEARING, AND
                                     CONFERENCE WITH CLAIMS WORKING GROUP
                                     RE: SAME (2.2).

                             43.90

LYONS JK         09/01/07     1.50   CONFERENCE CALL RE: MDL SETTLEMENT AND
                                     FOLLOW UP (1.5).

LYONS JK         09/04/07     5.90   REVIEW OF ESTIMATION PROCEDURES AND
                                     PLEADINGS, STRATEGIES RE: DOL CLAIMS
                                     AND OTHER CLAIMS, PREPARATION FOR
                                     CLAIMS HEARING, AND OTHER CLAIMS
                                     MATTERS (5.9).

LYONS JK         09/05/07     6.30   REVIEW OF VARIOUS CLAIMS, PLAN ISSUES,
                                     9.8(E), AND PRESENTATIONS AND
                                     PREPARATION FOR CLAIMS HEARING (6.3).

LYONS JK         09/06/07     5.50   PREPARATION FOR AND PARTICIPATION IN
                                     CLAIMS HEARING AND POST HEARING FOLLOW
                                     UP (5.5).

LYONS JK         09/07/07     4.60   REVIEW OF ESTIMATION PLEADINGS, OTHER
                                     CLAIMS FOLLOW UP AND STRATEGIES RE: THE
                                     SAME (4.6).

LYONS JK         09/10/07     4.10   VARIOUS CLAIMS ISSUES, SETTLEMENTS, IP
                                     CLAIMS ISSUES AND MEETINGS WITH CLIENT
                                     RE: THE SAME (4.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LYONS JK          09/11/07      5.40   REVIEW OF PERSONAL INDEMNIFICATION AND
                                       OTHER CLAIMS ISSUES AND REVIEW OF DOL
                                       CLAIMS STRATEGIES AND MDL IMPACT (5.4).

LYONS JK          09/12/07      6.80   REVIEW OF VARIOUS CLAIMS MATTERS
                                       INCLUDING ESTIMATION STRATEGIES,
                                       PATENT CLAIMS STRATEGIES, OMNIBUS
                                       OBJECTION ISSUES, AND STIPULATIONS AND
                                       LATE CLAIMS ISSUES AND CONFERENCE CALL
                                       RE: PERSONAL INDEMNIFICATION ISSUES AND
                                       CLAIMS (6.8).

LYONS JK          09/13/07      6.40   PREPARATION FOR AND PARTICIPATION IN
                                       DOL MEET AND CONFER AND RELATED FOLLOW
                                       UP (2.1); REVIEW OF WHITE AND CASE
                                       PRESENTATION ISSUES AND OTHER CLAIMS
                                       MATTERS WITH CLIENT AND FOLLOW UP (4.3).

LYONS JK          09/14/07      2.50   CONFERENCES RE: INDIVIDUAL
                                       CLAIMS/ESTIMATION/OMNIBUS OBJECTION
                                       STRATEGIES AND FOLLOW UP (2.5).

LYONS JK          09/16/07      2.10   REVIEW OF STIPULATIONS AND OTHER CLAIMS
                                       MATTERS (2.1).

LYONS JK          09/17/07      4.10   SENIOR CLAIMS MEETING, FOLLOW UP CLAIMS
                                       MEETING INCLUDING INDIVIDUAL CLAIMS
                                       LITIGATION MATTERS, AND DEVELOPED
                                       CLAIMS STRATEGIES (4.1).

LYONS JK          09/18/07      6.90   WEEKLY CLAIMS MEETING, FOLLOW WITH J.
                                       PAPELIAN RE: PERSONAL INJURY CLAIMS,
                                       PLAN/CLAIMS/SOLICITATION ISSUES, AND
                                       MEETING WITH DELPHI IN-HOUSE COUNSEL
                                       RE: SPECIFIC CLAIMS STRATEGIES (6.9).

LYONS JK          09/19/07      8.60   PREPARATION FOR AND PRESENTATION TO
                                       WHITE AND CASE RE: CLAIMS ISSUES, FOLLOW
                                       UP (2.1), OTHER CLAIMS ISSUES AND
                                       PREPARATION FOR ESTIMATION HEARING
                                       (3.2); REVIEW OF STIPULATIONS AND OTHER
                                       PLEADINGS INCLUDING RESPONSES TO ARKEMA
                                       AND MARSILLI (3.3).

LYONS JK          09/20/07      6.40   REVIEW OF COUNTERPROPOSALS, DEVELOPED
                                       CADENCE STRATEGIES, REVIEW OF RESPONSES
                                       TO LATE CLAIMS, FOLLOW UP ON INDIVIDUAL
                                       STIPULATIONS, AND WORKED ON OTHER
                                       CLAIMS STRATEGY AND HEARING PLANNING
                                       MATTERS (6.4).

LYONS JK          09/21/07      6.80   REVIEW OF ESTIMATION OBJECTIONS,
                                       DEVELOPED STRATEGIES RE: RESOLUTION OF
                                       THE SAME, CONFERENCES WITH OBJECTORS,
                                       AND DEVELOPED RESPONSES (6.8).

LYONS JK          09/22/07      1.10   REVIEW OF VARIOUS CLAIMS SETTLEMENT AND
                                       OTHER CLAIMS MATTERS (1.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LYONS JK        09/24/07     10.50   CONFERENCE CALLS WITH NUMEROUS
                                     OBJECTORS TO ESTIMATION INCLUDING
                                     CADENCE, TPL, BOSCH AND OTHERS, DRAFTED
                                     AND REVISED RESOLUTION LANGUAGE (4.9);
                                     CONFERENCES WITH CLIENT RE: NEXT STEPS,
                                     DEVELOPED AND SET HEARING STRATEGIES
                                     (2.3); REVIEW OF LATE CLAIMS FILINGS AND
                                     RESPONSES (1.2) AND WORKED OTHER CLAIMS
                                     MATTERS (2.1).

LYONS JK        09/25/07      8.60   MEET AND CONFERS RE: MARSILLI AND ARKEMA
                                     (1.0); NUMEROUS DISCUSSIONS WITH
                                     OBJECTORS TO ESTIMATION, REVIEW AND
                                     NEGOTIATION OF RESOLUTION LANGUAGE,
                                     REVIEW OF RESPONSES TO OBJECTIONS,
                                     ESTIMATION HEARING PREPARATION, AND
                                     OTHER CLAIMS MATTERS (7.6).

LYONS JK        09/26/07     11.10   PREPARATION FOR ESTIMATION HEARING,
                                     REVIEW OF RESOLUTIONS, CONFERENCES WITH
                                     CLAIMANTS RE: HEARING AND RESOLUTION,
                                     AND DEVELOPED STRATEGIES RE: THE SAME
                                     (11.1).

LYONS JK        09/27/07      9.80   PREPARATION FOR AND ATTENDANCE AT
                                     OMNIBUS HEARING RE: ESTIMATION (3.5),
                                     CLAIMS MEETING AND PLAN ISSUES, AND
                                     PREPARATION FOR CLAIMS HEARING (6.3).

LYONS JK        09/28/07      4.10   PREPARATION FOR AND PARTICIPATION IN
                                     CLAIMS HEARING AND FOLLOW UP (4.1).

                            129.10

MARAFIOTI KA    09/07/07      4.50   REVIEW AND REVISE ESTIMATION PROCEDURES
                                     MOTION (3.1), ORDER (0.7), AND EXHIBITS
                                     (0.3) AND CONSIDER ISSUES RE: SAME
                                     (0.4).

MARAFIOTI KA    09/10/07      0.40   TELECONFERENCE FROM COUNSEL TO GARY
                                     WHITNEY AND FOLLOWUP CORRESPONDENCE
                                     (0.2); TELECONFERENCES FROM CLAIMANTS
                                     (0.2).

MARAFIOTI KA    09/21/07      2.70   REVIEW AND REVISE NOTICE OF 21ST OMNIBUS
                                     CLAIMS OBJECTION (0.4), 21ST OMNIBUS
                                     CLAIMS OBJECTION (1.3), ORDER (0.4),
                                     EXHIBITS (0.3), AND RELATED
                                     CORRESPONDENCE (0.3).

MARAFIOTI KA    09/25/07      0.80   REVIEW AND REVISE REPLY TO MOTION TO
                                     ESTIMATE CLAIMS (0.5); WORK ON CLAIMS
                                     ANALYSIS (0.3).

MARAFIOTI KA    09/26/07      1.20   REVIEW AND REVISE REPLY TO ESTIMATION
                                     MOTION (0.5) AND EXHIBIT (0.3); REVIEW
                                     AND REVISE REPLY TO 21ST OMNIBUS CLAIMS
                                     OBJECTION (0.4).

MARAFIOTI KA    09/27/07      0.50   WORK ON ISSUES RE: CLAIMS HEARING (0.5).

                             10.10

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 09/07/07 | 2.50 | TELECONFERENCE WITH D. UNRUE RE: CLAIMS RESERVE (0.3); FOLLOW UP CONSIDERATIONS RE: SAME (0.5); REVIEW AND COMMENT ON ESTIMATION MOTION (1.7). |
|---|---|---|---|
| MEISLER RE | 09/10/07 | 0.30 | REVIEW AND CONSIDER CORRESPONDENCE AND TERMS OF SETTLEMENT AGREEMENT RE: A-1 (0.3). |
| MEISLER RE | 09/17/07 | 0.10 | REVIEW AND RESPOND TO CORRESPONDENCE RE: L&W (0.1). |
| MEISLER RE | 09/18/07 | 0.70 | REVIEW AND REVISE STIPULATION RE: VANDALIA SETTLEMENT (0.7). |
| MEISLER RE | 09/19/07 | 1.60 | TELECONFERENCE WITH K. JONES RE: VANDALIA SETTLEMENT (0.2); NOTES TO FILE (0.1); STRATEGIZE RE: ESTIMATION HEARING (0.3); REVIEW A-1 COMMENTS TO STIPULATION AND SETTLEMENT AGREEMENT AND REVISE (1.0). |
| MEISLER RE | 09/20/07 | 0.90 | REVIEW AND ANALYZE COMERICA OBJECTION TO ESTIMATION MOTION (0.3); REVIEW U.S. CUSTOMS OBJECTION TO ESTIMATION MOTION (0.1); DRAFT CORRESPONDENCE RE: SAME (0.1); REVIEW CERTAIN CLAIMS OBJECTION RESPONSES (0.4). |
| MEISLER RE | 09/21/07 | 1.00 | TELECONFERENCE WITH D. UNRUE RE: COMERICA AND ESTIMATION (0.4); PREPARE FOR TELECONFERENCE WITH COMERICA'S COUNSEL RE: ESTIMATION (0.2); TELECONFERENCE WITH R. MCDOWELL, COUNSEL TO COMERICA RE: SAME (0.4). |
| MEISLER RE | 09/24/07 | 0.20 | CONTINUE TO REVIEW ESTIMATION OBJECTIONS (0.2). |
| MEISLER RE | 09/25/07 | 0.30 | REVIEW VERIZON'S MOTION FOR PAYMENT OF ADMIN EXP CLAIM BY MOBILEARIA (0.2) AND DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 09/28/07 | 0.20 | TELECONFERENCE WITH N. PAGLIARRA, COUNSEL TO ATCO TOOLS RE: RESPONSE TO OMNIBUS OBJECTION AND NOTES TO FILE RE: SAME (0.2). |
|  |  | **7.80** |  |
| PANAGAKIS GN | 09/11/07 | 0.40 | REVIEW AND COMMENT ON CLAIMS ISSUES LIST (0.4). |
| PANAGAKIS GN | 09/13/07 | 0.40 | RESPOND TO CLAIMS ISSUES (0.4). |
| PANAGAKIS GN | 09/17/07 | 0.50 | CONSIDER CLAIMS ISSUES (0.5). |
| PANAGAKIS GN | 09/18/07 | 0.80 | RESPOND TO CLAIMS ISSUES (0.8). |
| PANAGAKIS GN | 09/24/07 | 1.80 | EVALUATE TAX AND OTHER CLAIMS ISSUES (1.8). |
| PANAGAKIS GN | 09/25/07 | 0.60 | CONSIDER CLAIMS ISSUES (0.6). |
|  |  | **4.50** |  |
| **Total Partner** |  | **199.40** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ          09/04/07      1.40   REVIEW FOR DELIVERY TO CHAMBERS H.E.
                                      SERVICES JOINT EXHIBIT BINDER,
                                      DEPOSITION DESIGNATIONS (0.6);
                                      TELECONFERENCE WITH J. SUMMA RE: 9/6
                                      PRESENTMENT (0.2); REVIEW AND REVISE
                                      9/6 CLAIMS HEARING AGENDA (0.4);
                                      CORRESPONDENCE WITH J. GORMAN RE: SAME
                                      (0.2).

MATZ TJ          09/05/07      2.70   REVIEW AND REVISE 9/6 CLAIMS HEARING
                                      AGENDA (0.4); TELECONFERENCE WITH
                                      CHAMBERS RE: SAME (0.2); TELECONFERENCE
                                      FROM CHAMBERS RE: H.E. SERVICES
                                      EXHIBITS, HEARING MATERIALS (0.3);
                                      PREPARATION RE: SAME (0.6);
                                      TELECONFERENCE FROM CHAMBERS RE: H.E.
                                      SERVICES PROCEDURE (0.2); REVIEW AND
                                      SUPERVISE PREPARATION OF H.E. SERVICES
                                      HEARING MATERIALS (0.7); PREPARATION
                                      FOR 9/6 CLAIMS HEARING (0.3).

MATZ TJ          09/06/07      6.90   ATTEND COURT TO FINALIZE AND ENTER H.E.
                                      SERVICES AND ROBERT BACKIE JOINT
                                      STIPULATION AND AGREED ORDER (0.9);
                                      TELECONFERENCE FROM CHAMBERS RE: CLAIMS
                                      HEARING SCHEDULING STIPULATION (0.3);
                                      REVIEW AND COMMENT ON ESTIMATION
                                      PROCEDURES PLEADINGS (1.4); FINAL
                                      PREPARATION AT COURT FOR CLAIMS
                                      HEARING, H.E. SERVICES CONTESTED
                                      HEARING (1.5); ATTEND HEARING,
                                      SETTLEMENT DISCUSSIONS RE: H.E.
                                      SERVICES DRAFTING AND FINALIZING JOINT
                                      STIPULATION AND AGREED ORDER (2.8).

MATZ TJ          09/07/07      0.70   CONTINUE TO REVIEW AND COMMENT ON
                                      ESTIMATION PROCEDURES MOTION (0.7).

MATZ TJ          09/10/07      0.30   TWO TELECONFERENCES RE: CLAIMS
                                      OBJECTIONS (0.3).

MATZ TJ          09/11/07      0.30   TELECONFERENCE WITH CHAMBERS RE:
                                      OUTSTANDING CLAIMS STIPULATIONS (0.3).

MATZ TJ          09/14/07      0.50   TELECONFERENCE WITH S. MC GOFF RE: CLAIM
                                      OBJECTION (0.2); REVIEW MOTION TO
                                      RECONSIDER SPECIALTY COATINGS (0.3).

MATZ TJ          09/17/07      0.40   TELECONFERENCE WITH CHAMBERS RE: 9/28
                                      CLAIMS HEARING, SPECIALTY COATINGS,
                                      ARKEMA, MARSEILLE MOTIONS SCHEDULING
                                      (0.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ        09/18/07      2.00   REVIEW SPECIALTY COATINGS MOTION TO
                                    RECONSIDER (0.3); TELECONFERENCE WITH
                                    CHAMBERS RE: MOTION TO RECONSIDER,
                                    SCHEDULING (0.2); TELECONFERENCE WITH
                                    B. PICKERING RE: CHERRY GMBH
                                    STIPULATION (0.2); FURTHER DISCUSSION
                                    WITH B. PICKERING RE: SAME (0.6);
                                    TELECONFERENCE WITH R. FLETMEYER RE:
                                    SAME (0.2); TELECONFERENCE WITH
                                    CHAMBERS RE: SPECIALTY COATINGS MOTION
                                    TO RECONSIDER (0.2); TELECONFERENCE
                                    WITH CHAMBERS RE: RENO REPLY BRIEF
                                    (0.2); MAKING ARRANGEMENTS RE: SAME
                                    (0.1).

MATZ TJ        09/19/07      1.80   TELECONFERENCE WITH N. BERGER RE:
                                    SIEMENS CLAIM (0.4); REVIEW AND
                                    CONSIDER ARC AUTOMOTIVE CLAIM (0.3);
                                    REVIEW AND CONSIDER LIGHTSOURCE PARENT
                                    CLAIM (0.2); REVIEW AND CONSIDER
                                    RESPONSES TO ESTIMATION PROCEDURES
                                    MOTION (0.2); REVIEW CLAIMS PROCEDURES
                                    (0.2); CONSIDER ESTIMATION PROCEDURES
                                    MOTION HEARING, TRANSCRIPT (0.3);
                                    TELECONFERENCE WITH CHAMBERS RE: SAME
                                    (0.2).

MATZ TJ        09/20/07      0.90   REVIEW DOCKETED RESPONSES TO ESTIMATION
                                    MOTION (0.6); REVIEW 9/6 TRANSCRIPTS
                                    RE: LATE-FILED CLAIMS RESPONSE
                                    PROCEDURE (0.3).

MATZ TJ        09/21/07      1.80   REVIEW AND COMMENT ON TWENTY-FIRST
                                    CLAIMS OBJECTION, NOTICE AND ORDER
                                    (1.3); FOLLOW-UP TELECONFERENCE FROM
                                    CHAMBERS RE: SPECIALTY COATINGS (0.1);
                                    FURTHER REVIEW AND COMMENT OF
                                    TWENTY-FIRST CLAIMS OBJECTION (0.4).

MATZ TJ        09/24/07      1.30   RECEIVE AND REVIEW RESPONSES TO
                                    ESTIMATION PROCEDURE MOTION (0.4);
                                    REVIEW AND COMMENT ON 9/28 CLAIMS
                                    HEARING AGENDA (0.4); TELECONFERENCE TO
                                    CHAMBERS RE: SAME (0.1); CORRESPONDENCE
                                    WITH J. GORMAN RE: 9/28 CLAIMS HEARING
                                    (0.2); TELECONFERENCE FROM J. GORMAN
                                    RE: SAME (0.2).

MATZ TJ        09/25/07      4.70   REVISE 9/28 CLAIM'S HEARING AGENDA
                                    (0.8); TELECONFERENCE WITH CHAMBERS RE:
                                    ARKMA, MARSILLI AND OMNIBUS REPLY
                                    (0.2); FURTHER TELECONFERENCE WITH
                                    CHAMBERS RE: SAME (0.2); CORRESPONDENCE
                                    WITH CHAMBERS RE: SAME (0.3); REVIEW AND
                                    COMMENT ON OMNIBUS REPLY RE: SAME (1.4);
                                    CONFERENCE RE: A-1 CLAIM STIPULATION
                                    (0.2); REVIEW AND REVISE VERIZON MOTION
                                    FOR ADMINISTRATIVE CLAIM (0.4);
                                    TELECONFERENCE TO CHAMBERS RE: CADENCE
                                    RESOLUTION (0.2); CONSIDER ARKEMA
                                    EXHIBIT FILING MATTER (0.2); REVISE
                                    9/27 AGENDA RE: ESTIMATION PROCEDURES
                                    (0.5); TELECONFERENCE WITH CHAMBERS RE:
                                    STATUE OF SAME (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 09/26/07 | 2.60 | TELECONFERENCE WITH CHAMBERS RE: SAME (0.1); REVIEW AND COMMENT ON ESTIMATION PROCEDURES (0.5); REVIEW AND COMMENT ON 20TH OMNIBUS CLAIMS RESPONSE (0.4); FURTHER REVISIONS TO 9/27 CLAIMS HEARING AGENDA (0.4); FURTHER REVISIONS RE: CLAIMS ESTIMATION PROCEDURE ORDER (0.2); FORWARD BLACK-LINE TO CHAMBERS (0.1); REVIEW AND REVISE 9/28 CLAIMS HEARING AGENDA (0.6); TELECONFERENCE WITH CHAMBERS RE: STATUS OF 9/28 CLAIMS HEARING (0.3). |
|---------|----------|------|------|
| MATZ TJ | 09/27/07 | 1.00 | REVIEW AND REVISE 9/28 CLAIMS HEARING AGENDA (0.3); REVIEW MATERIALS FOR CLAIMS HEARING (0.7). |
| MATZ TJ | 09/28/07 | 0.70 | TELECONFERENCE WITH CHAMBERS RE: CLAIMS ESTIMATION ORDER FOR DOCKETING (0.2); FURTHER TELECONFERENCE WITH CHAMBERS RE: SAME (0.1); TELECONFERENCE WITH CHAMBERS RE: CONTINUED MATTER (0.2); TELECONFERENCE WITH A. WINCHILL RE: AIG (0.2). |

                                    30.00

| RAMLO K | 09/04/07 | 1.00 | TELECONFERENCES WITH S. GALE AND K. COBB RE: IRS FICA ISSUES (0.5); REVIEW LEGAL ANALYSIS ON FICA ISSUE (0.3); ANALYSIS RE: OHIO PERSONAL PROPERTY TAXES AND LIENS (0.2). |
|---------|----------|------|------|
| RAMLO K | 09/05/07 | 0.20 | ANALYSIS RE: SERVICE ON NON-FEDERAL GOVERNMENTAL UNITS (0.2). |
| RAMLO K | 09/06/07 | 0.20 | CORRESPONDENCE WITH W. LUETHGE RE: OHIO USE TAX AUDIT PROCESS (0.2). |
| RAMLO K | 09/07/07 | 0.20 | ANALYSIS RE: REVISIONS TO ESTIMATION MOTION (0.2). |
| RAMLO K | 09/10/07 | 3.20 | ANALYSIS RE: SETTLEMENT OF CONTRIBUTION ISSUES IN GILMORE CLAIM (0.4); CONFER WITH D. UNRUE RE: ATEL PREPARATION CLAIM (0.2); FURTHER ANALYSIS RE: PERSONAL PROPERTY TAX COLLECTION AND LIEN ISSUES (0.5); BEGIN REVIEWING OF OHIO STATE LAW ISSUES ON PERSONAL PROPERTY TAX CLAIM (2.1). |
| RAMLO K | 09/11/07 | 3.00 | FURTHER ANALYSIS RE: FILING OF PERSONAL PROPERTY LIENS AGAINST COMPANY AND AGAINST RESPONSIBLE OFFICERS (1.6); FURTHER REVIEW, ANALYSIS AND STRATEGY RE: OHIO PERSONAL PROPERTY TAXES, AUTOMATIC STAY, SECTION 505 AND STATE LAW ISSUES (1.3); TELECONFERENCE WITH A. EHLER RE: SAME (0.1). |
| RAMLO K | 09/12/07 | 4.10 | CONTINUE REVIEWING MATERIALS ON OHIO PERSONAL PROPERTY AND PREPARE ISSUES LIST (3.5); TELECONFERENCES WITH R. ANDERSON AND A. ELHER RE: OHIO USE TAX AND PERSONAL PROPERTY TAX (0.6). |

                                    44                                    B43E

| RAMLO K | 09/13/07 | 5.10 | CONTINUE REVIEW OF OF OHIO TAX CLAIMS, RELATED MATERIALS, COMPILE ISSUES LIST, WORK ON STRATEGY, AND RESEARCH RE: AUTOMATIC STAY AND SECTION 505 ISSUES (4.9); FOLLOW UP ON STRUCTURING SETTLEMENT AND RELEASE OF INSURANCE COMPANY'S RELATED CONTRIBUTION CLAIM IN WASHINGTON LITIGATION (0.2). |
|---|---|---|---|
| RAMLO K | 09/14/07 | 10.20 | CONTINUE ANALYSIS OHIO PERSONAL PROPERTY MATERIALS AND AUTOMATIC STAY AND JURISDICTION ISSUES, AND WORK ON STRATEGY ON HANDLING SAME (2.2): ANALYSIS RE: SELECTING TAX CLAIMS FOR CONTESTED HEARINGS (0.5); REVIEW MATERIALS IN MICHIGAN USE TAX AND SINGLE BUSINESS TAX CLAIMS (1.3): FURTHER REVIEW CONTRACTS AND CASE LAW ON OHIO USE TAX CLAIMS (2.4); TELECONFERENCES WITH A. EHLER RE: OHIO PERSONAL PROPERTY TAXES AND USE TAXES (0.6); TELECONFERENCE WITH W. LUETHGE RE: MICHIGAN USE TAX CLAIMS (0.4); TELECONFERENCE WITH D. OLBRECH RE: SINGLE BUSINESS TAX (0.6); REVIEW MICHIGAN RESPONSE TO CLAIMS OBJECTION AND REVISE SUMMARY OF MICHIGAN CLAIMS (2.2). |
| RAMLO K | 09/16/07 | 2.10 | REVISE SUMMARY OF MICHIGAN TAX CLAIMS (1.3); STRATEGY RE: OHIO PERSONAL PROPERTY TAX AMENDED ASSESSMENT (0.8). |
| RAMLO K | 09/17/07 | 5.70 | FURTHER ANALYSIS RE: ENFORCEABILITY OF PERSONAL PROPERTY TAXES (1.2); TELECONFERENCE WITH A. EHLER RE: PERSONAL SERVICES CONTRACTS (0.1); TELECONFERENCE WITH R. ANDERSON RE: STRATEGY OHIO PERSONAL PROPERTY TAX ISSUES (1.4); SECTION 505 ANALYSIS RE: OHIO CLAIMS (1.1); PREPARE FOR TAX CLAIMS ANALYSIS CALL (0.9); INITIAL ANALYSIS RE: INDIANA PENALTY CLAIM (0.3); REVIEW PRESENTATION FOR CLAIMS TEAM CALL (0.5); ANALYSIS RE: LATE-FILED CLAIM (0.2). |
| RAMLO K | 09/18/07 | 6.70 | TELECONFERENCE WITH D. UNRUE RE: MDL CLAIMS (0.1); ANALYZE CORRESPONDENCE FROM C. SCHEPPER RE: ISSUES ARISING FROM CLAIMS TRANSFERS (0.4); STRATEGY CONFERENCES WITH W. LUETHGE, W. ADAMSON, R. ARRIGO, R. ANDERSON, A. EHLER, R. JACKSON, RE: OHIO PERSONAL PROPERTY TAXES AND USE TAXES (4.0); TELECONFERENCE WITH W. LUETHGE RE: POTENTIAL RESOLUTION OF NEW YORK TAX CLAIMS AND OHIO CLAIMS (0.3); FURTHER ANALYSIS OF MICHIGAN, OHIO AND NEW YORK TAX CLAIMS AND PREPARING SAME FOR TRIAL (1.8); REVIEW RESPONSE BY NEW JERSEY (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAMLO K        09/19/07     0.40   ANALYSIS RE: STRUCTURING USE TAX
                                   SETTLEMENT WITH NEW YORK, SETOFF, TRUST
                                   FUND AND OFFICER LIABILITY (0.3);
                                   REVIEW STATUS OF WISCONSIN TAX CLAIM
                                   RESOLUTION (0.1).

RAMLO K        09/20/07     0.40   REVIEW OHIO RESPONSE TO USE TAX
                                   OBJECTION AND CORRESPONDENCE TO W.
                                   LUETHGE AND A. EHLER RE: SAME (0.4).

RAMLO K        09/21/07     0.70   ANALYSIS RE: NEW YORK ASSESSMENT AND
                                   LIEN AGAINST OFFICERS (0.3); ANALYSIS
                                   RE: SERVICE OF OBJECTION ON WISCONSIN
                                   RE: THREE PROOFS OF CLAIM (0.2); CONFER
                                   WITH C. GROSS ON IRS REFUNDS (0.2).

RAMLO K        09/24/07     3.60   ANALYSIS RE: NEW YORK ASSESSMENTS
                                   AGAINST OFFICERS (0.2); ANALYSIS RE:
                                   STRUCTURING POSTPETITION PAYMENTS TO
                                   HOWARD COUNTY (0.2); CORRESPONDENCE TO
                                   A. EHLER RE: SCHEDULING OHIO USE TAX
                                   CLAIM FOR HEARING (0.6); REVIEW OHIO USE
                                   TAX MATERIALS AND BEGIN WORK ON
                                   LITIGATION PLAN (0.5); TELECONFERENCE
                                   WITH D. UNRUE, J. DELUCA, RE: EPCA AND
                                   PRIORITY CLAIMS (0.5); TELECONFERENCE
                                   WITH D. OLBRECHT RE: MICHIGAN SINGLE
                                   BUSINESS TAX AND LITIGATION SCHEDULE
                                   (0.9); REVIEW AND PRIORITIZE TAX CLAIMS
                                   FOR LITIGATION (0.7).

RAMLO K        09/25/07     2.40   ANALYSIS RE: TAX REFUNDS AND STATUTES OF
                                   LIMITATIONS (0.3); PREPARE FOR CALL ON
                                   WISCONSIN FRANCHISE TAX CLAIMS (0.3);
                                   FURTHER ANALYSIS RE: PRIORITIZING TAX
                                   CLAIMS FOR EVIDENTIARY HEARINGS (0.8);
                                   CORRESPONDENCE TO J. GOODMAN RE:
                                   WISCONSIN CLAIM (0.1): TELECONFERENCE
                                   WITH D. OLBRECHT, J. GOODMAN, AND M.
                                   PERL RE: WISCONSIN CLAIMS (1.3);
                                   STRATEGY RE: FINALIZING WISCONSIN
                                   SETTLEMENT AND TRACKING INTEREST RATE
                                   SETTLEMENTS (0.3); REVISE PROTEST OF
                                   OHIO PERSONAL PROPERTY TAXES (0.3).

RAMLO K        09/26/07     4.40   TELECONFERENCE WITH D. OLBRECHT, S.
                                   GROB AND M. PERL RE: MICHIGAN SINGLE
                                   BUSINESS TAX AND HEARING SCHEDULE
                                   (0.9); REVIEW STATUS OF WISCONSIN
                                   FRANCHISE TAX NEGOTIATIONS AND
                                   DOCUMENTING SETTLEMENT (0.5);
                                   TELECONFERENCE WITH W. LUETHGE, W.
                                   ADAMSON, AND M. PERL RE: MICHIGAN USE
                                   TAX STRATEGY, WISCONSIN USE TAXES, NEW
                                   YORK USE TAXES, AND INDIANA PENALTIES
                                   (0.6); CLAIMS TEAM (D. UNRUE, J. LYONS,
                                   M. PERL) CALL RE: TAXES (0.5);
                                   CORRESPONDENCE WITH R. ARRIGO RE:
                                   WISCONSIN SALES TAX AUDIT (0.6); REVIEW
                                   FAX FROM J. HARNETT RE: WISCONSIN
                                   FRANCHISE TAX SETTLEMENT (0.2); REVIEW
                                   REVISED PROTEST OF OHIO PERSONAL
                                   PROPERTY TAXES (0.2); CONTINUE
                                   PRIORITIZING TAX CLAIMS FOR HEARING
                                   (0.9).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 09/27/07 | 1.10 | CLAIMS TEAM (D. UNRUE, C. MICHELS, J. DELUCA, T. BEHNKE, A. WINCHELL, J. LYONS) CALL RE: TAX CLAIMS (1.0); CONFER WITH J. LYONS RE: TAX STATUTES OF LIMITATIONS (0.1). |
| RAMLO K | 09/28/07 | 0.70 | TELECONFERENCE WITH S. GALE RE: IRS FICA TAXES (0.2); TELECONFERENCE WITH A. EHLER RE: OHIO USE TAXES, AUDIT, AND STATEMENT OF ISSUES (0.5). |
| RAMLO K | 09/29/07 | 0.30 | FURTHER ANALYSIS RE: TAX CLAIMS READY FOR ADJUDICATION (0.3). |
| RAMLO K | 09/30/07 | 0.30 | PREPARE FOR CALL WITH W. LUETHGE RE: MICHIGAN AND OHIO USE TAXES (0.3). |
| | | **56.00** | |
| **Total Counsel** | | **86.00** | |
| BOLTON IS | 09/11/07 | 4.70 | BEGIN TO RESEARCH AND ANALYZE RE: PENALTIES RELATED TO PROPERTY TAX CLAIMS (2.3); CORRESPONDENCE WITH WORKING GROUP RE: SAME (2.4). |
| BOLTON IS | 09/14/07 | 2.20 | RESEARCH AND ANALYZE RE: TAX PENALTIES (2.2). |
| BOLTON IS | 09/17/07 | 4.50 | RESEARCH AND ANALYZE RE: TAX PENALTIES (4.5). |
| BOLTON IS | 09/18/07 | 6.90 | RESEARCH AND ANALYZE RE: TAX PENALTIES (6.9). |
| BOLTON IS | 09/19/07 | 3.30 | RESEARCH AND ANALYZE RE: TAX PENALTIES (3.3). |
| BOLTON IS | 09/20/07 | 4.60 | RESEARCH AND ANALYZE RE: TAX PENALTIES (4.6). |
| BOLTON IS | 09/21/07 | 5.80 | RESEARCH AND ANALYZE RE: TAX PENALTIES (1.6); DRAFT MEMO RE: SAME (4.2). |
| BOLTON IS | 09/23/07 | 3.90 | RESEARCH AND ANALYZE RE: TAX PENALTIES (1.7); DRAFT MEMO RE: SAME (2.2). |
| | | **35.90** | |
| CAMPANARIO ND | 09/05/07 | 1.30 | DRAFT AND REVISE DECLARATIONS IN SUPPORT OF OBJECTION TO PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (1.3). |
| CAMPANARIO ND | 09/06/07 | 1.90 | DISCUSS DAMAGES ANALYSIS RE: PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. WITH BBK AND R. SAMOLE (0.8); LEGAL RESEARCH RE: PLEADING PATENT INFRINGEMENT (1.1). |
| CAMPANARIO ND | 09/08/07 | 3.70 | DRAFT DECLARATIONS IN SUPPORT OF OBJECTION TO PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (3.7). |
| CAMPANARIO ND | 09/09/07 | 2.00 | REVISE MEDIATION STATEMENT RE: PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (2.0). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| CAMPANARIO ND | 09/10/07 | 9.30 | REVISE MEDIATION STATEMENT AND RELATED PAPERS RE: PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. AND GATHER EXHIBITS FOR FILING (9.3). |
| CAMPANARIO ND | 09/11/07 | 0.30 | MEDIATION REPLY RE: PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (0.3). |
| CAMPANARIO ND | 09/12/07 | 0.30 | DRAFT MEDIATION REPLY RE: PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (0.3). |
| CAMPANARIO ND | 09/17/07 | 5.40 | PREPARE FOR MEDIATION RE: PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (5.4). |
| CAMPANARIO ND | 09/18/07 | 0.20 | TELECONFERENCE WITH J. PAPELIAN, AND B. FRANTANGELO RE: STRATEGY FOR MEDIATION RE: PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (0.2). |
| CAMPANARIO ND | 09/19/07 | 1.90 | DRAFT LETTER RE: SETTLEMENT POSITION FOR MEDIATION RE: PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (1.9). |
| CAMPANARIO ND | 09/20/07 | 6.20 | PREPARE FOR MEDIATION RE: PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (6.2). |
| CAMPANARIO ND | 09/21/07 | 5.00 | ATTEND MEDIATION RE: PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (5.0). |
| CAMPANARIO ND | 09/24/07 | 2.40 | FORMULATE STRATEGY RE: CONTESTED MATTERS AT SEPTEMBER OMNIBUS HEARING (0.3); LEGAL RESEARCH RE: ASSIGNMENT AND STATUTE OF LIMITATIONS IN CONNECTION WITH PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (2.1). |

**39.90**

| CONNORS CP | 09/04/07 | 12.10 | REVIEW AMENDED SUPPLEMENTAL RESPONSE OF HE SERVICES RE: HE SERVICES CLAIM (2.3); REVIEW AND ANALYZE DEPOSITION TRANSCRIPT OF R. BACKIE RE: HE SERVICES CLAIM (3.2); PREPARE AND COORDINATE SUBMISSION OF JOINT DEPOSITION DESIGNATION AND JOINT EXHIBIT BINDER (2.6); BEGIN DRAFTING CROSS-EXAMINATION OF R. BACKIE (3.1); REVIEW AND REVISE AGENDA (0.9). |
| CONNORS CP | 09/05/07 | 13.50 | WORK ON CROSS-EXAMINATION OF CLAIMANT'S KEY WITNESS (R. BACKIE) (1.9); DRAFT CLOSING ARGUMENT RE: HE SERVICES CLAIM (4.8); REVIEW AND ANALYZE MATERIALS IN CONNECTION WITH PREPARING CLOSING ARGUMENT AND CROSS EXAMINATION RE: HE SERVICES CLAIM (4.5); CONDUCT RESEARCH RE: HE SERVICES CLAIM (2.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

CONNORS CP        09/06/07      8.40    PREPARE FOR TRIAL ON HE SERVICES CLAIM
                                        (3.5); DRAFT MEMO RE: ELEMENTS OF HE
                                        SERVICES CLAIM (0.6); PARTICIPATE IN
                                        TRIAL OF HE SERVICES CLAIM, INCLUDING
                                        PREPARING AND ENSURING ENTRY OF
                                        STIPULATION AND ORDER RE: HE SERVICES
                                        CLAIM (4.3).

CONNORS CP        09/10/07      0.80    WORK ON AND COMMUNICATE WITH OPPOSING
                                        COUNSEL RE: APPLICATION OF CLAIMS
                                        ESTIMATION MOTION TO WHITNEY CLAIM
                                        (0.8).

CONNORS CP        09/11/07      3.70    PREPARE FOR AND CONDUCT INTERVIEW OF M.
                                        ROBERTS RE: WHITNEY CLAIM (3.7).

CONNORS CP        09/12/07      7.30    REVIEW AND ANALYZE DRAFT SUPPLEMENTAL
                                        REPLY RE: WHITNEY CLAIM (3.8);
                                        TELECONFERENCE AND CORRESPOND WITH P.
                                        PITSENBARGER TO DISCUSS STRATEGY RE:
                                        WHITNEY CLAIM (0.4); CONDUCT RESEARCH
                                        OF LEGAL AND EVIDENTIARY ISSUES RE:
                                        WHITNEY CLAIM (3.1).

CONNORS CP        09/13/07      9.30    REVIEW AND ANALYZE MATERIALS IN
                                        CONNECTION WITH REVISIONS OF FACTUAL
                                        STATEMENT IN DRAFT SUPPLEMENTAL REPLY
                                        (2.8); WORK ON REVISIONS TO
                                        SUPPLEMENTAL REPLY RE: WHITNEY CLAIM
                                        (1.6); WORK ON REVISIONS TO DECLARATION
                                        OF M. ROBERTS RE: WHITNEY CLAIM (2.9);
                                        CONDUCT LEGAL RESEARCH ON DISCOVERY AND
                                        EVIDENTIARY ISSUES RE: WHITNEY (1.1);
                                        COORDINATE AND COMMUNICATE COUNSEL FOR
                                        WHITNEY RE: APPLICABILITY OF ESTIMATION
                                        PROCEDURES MOTION AND OTHER PRETRIAL
                                        AND TRIAL ISSUES (0.9).

CONNORS CP        09/14/07      8.30    WORK ON ISSUES RELATED TO CLAIM
                                        ESTIMATION PROCEDURE RE: WHITNEY CLAIM
                                        (0.8); WORK ON DISCOVERY ISSUES RE:
                                        WHITNEY CLAIM (2.5); CALL AND
                                        CORRESPONDENCE WITH OPPOSING COUNSEL ON
                                        PRETRIAL ISSUES AND BIFURCATION RE:
                                        WHITNEY CLAIM (1.2); RESEARCH LEGAL
                                        ISSUES ON DAMAGES AND CLAIMS RE: WHITNEY
                                        CLAIM (3.8).

CONNORS CP        09/17/07      7.30    WORK ON SUPPLEMENTAL REPLY RE: WHITNEY
                                        CLAIM (2.7); CONDUCT LEGAL RESEARCH AS
                                        TO WHITNEY'S CLAIMS AND
                                        DISCOVERY/EVIDENTIARY ISSUES (3.6);
                                        WORK ON ISSUES RE: THE APPLICABILITY OF
                                        CLAIM ESTIMATION PROCEDURES FOR WHITNEY
                                        CLAIM (1.0).

CONNORS CP        09/18/07      6.90    WORK ON ISSUES RE: ESTIMATION
                                        PROCEDURES RE: WHITNEY CLAIM (0.9);
                                        CONDUCT LEGAL RESEARCH RE: CLAIMS AND
                                        EVIDENTIARY AND DISCOVERY ISSUES RE:
                                        WHITNEY CLAIM (3.1); WORK ON
                                        SUPPLEMENTAL REPLY RE: WHITNEY CLAIM
                                        (2.9).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

CONNORS CP      09/19/07      7.60   WORK ON RESEARCH OF LEGAL ISSUES RE:
                                     WHITNEY CLAIM (2.7); REVIEW AND ANALYZE
                                     MATERIALS RE: WHITNEY CLAIM (2.0); WORK
                                     ON SUPPLEMENTAL REPLY RE: WHITNEY CLAIM
                                     (2.9).

CONNORS CP      09/20/07     10.90   WORK ON LEGAL RESEARCH ON ISSUES IN
                                     SUPPLEMENTAL REPLY RE: WHITNEY CLAIM
                                     (3.8); FORMULATE STRATEGY AND
                                     CORRESPOND AND COMMUNICATE WITH
                                     OPPOSING COUNSEL (1.5); REVIEW AND
                                     ANALYZE MATERIALS RE: WHITNEY CLAIM
                                     (2.7); WORK ON SUPPLEMENTAL REPLY RE:
                                     WHITNEY CLAIM (2.9).

CONNORS CP      09/21/07     11.10   REVIEW AND ANALYZE MATERIALS IN
                                     CONNECTION WITH SUPPLEMENTAL REPLY RE:
                                     WHITNEY CLAIM (2.8); FORMULATE STRATEGY
                                     AND COMMUNICATE WITH OPPOSING COUNSEL
                                     RE: WHITNEY CLAIM (1.4); CONDUCT LEGAL
                                     RESEARCH ON VARIOUS ISSUES RE: CAUSES OF
                                     ACTION AND DISCOVERY RE: WHITNEY CLAIM
                                     (3.9); WORK ON SUPPLEMENTAL REPLY
                                     (3.0).

CONNORS CP      09/22/07      7.10   REVIEW AND ANALYZE MATERIALS RE:
                                     WHITNEY CLAIM (1.5); CONDUCT LEGAL
                                     RESEARCH RE: WHITNEY CLAIM (3.2); WORK
                                     ON SUPPLEMENTAL REPLY RE: WHITNEY CLAIM
                                     (2.4).

CONNORS CP      09/23/07      4.80   CONDUCT LEGAL RESEARCH RE: WHITNEY
                                     CLAIM (1.7); WORK ON SUPPLEMENTAL REPLY
                                     RE: WHITNEY CLAIM (3.1).

CONNORS CP      09/24/07      5.70   CONDUCT LEGAL RESEARCH RE: WHITNEY
                                     CLAIM (1.8); REVISE SUPPLEMENTAL REPLY
                                     RE: WHITNEY CLAIM (2.9); FORMULATE
                                     STRATEGY RE: WHITNEY CLAIM (1.0).

CONNORS CP      09/25/07      9.80   PREPARE FOR AND CONDUCT CALL WITH
                                     WITNESS RE: WHITNEY CLAIM (1.1);
                                     RESEARCH LEGAL ISSUES RE: WHITNEY CLAIM
                                     (3.2); REVISE SUPPLEMENTAL REPLY RE:
                                     WHITNEY CLAIM (3.8); REVIEW AND ANALYZE
                                     MATERIALS RE: WHITNEY CLAIM (1.7).

CONNORS CP      09/26/07      7.70   WORK ON ISSUES RE: MITIGATION EXPERT RE:
                                     WHITNEY CLAIM (3.2); COMMUNICATE WITH
                                     OPPOSING COUNSEL RE: EXPERT RE: WHITNEY
                                     CLAIM (1.2); WORK ON SUPPLEMENTAL REPLY
                                     RE: WHITNEY CLAIM (1.9); CONDUCT
                                     RESEARCH RE: WHITNEY CLAIM (1.4).

CONNORS CP      09/27/07     10.00   WORK ON ISSUES RELATED TO MITIGATION
                                     EXPERT AND DRAFTING EXPERT DECLARATION
                                     RE: WHITNEY CLAIM (4.2); CONDUCT
                                     RESEARCH RE: WHITNEY CLAIM (2.1);
                                     FINALIZE SUPPLEMENTAL REPLY RE: WHITNEY
                                     CLAIM (3.7).

CONNORS CP      09/28/07      7.20   REVIEW AND ANALYZE MATERIALS RE:
                                     WHITNEY CLAIM (3.7); PREPARE FOR
                                     UPCOMING DEPOSITIONS OF G. WHITNEY AND
                                     B. KUSTASZ RE: WHITNEY CLAIM (3.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CONNORS CP | 09/30/07 | 4.10 | PREPARE FOR UPCOMING WITNESS DEPOSITION RE: WHITNEY CLAIM (4.1). |

163.60

| | | | |
|---|---|---|---|
| DIAZ LB | 09/03/07 | 1.80 | CONFERENCE CALLS WITH D. UNRUE (0.9); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (0.9). |
| DIAZ LB | 09/04/07 | 13.90 | CONFERENCE CALLS WITH D. UNRUE (1.6); WEEKLY STRATEGY CALL (0.6); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (0.6); RESEARCH AND REVISED ESTIMATION MOTION AND EXHIBITS (2.5); NEGOTIATE AND EXECUTE STIPULATION WITH VARIOUS CLAIMANTS (2.2); REVIEW AFFIDAVIT OF SERVICE FOR CLAIMS AGENT FOR OMNI OBJECTION (0.8); EDIT CLAIMS HEARING AGENDA (0.9); ANALYZE TOP 50 ADJOURNED CLAIMS FOR SETTLEMENT POTENTIAL (1.1); REVISE AND FORMAT UCC PRESENTATION (1.5); RESEARCH STANDARD FOR MOTION TO DISMISS AND ANALYZE CLAIMS (2.1). |
| DIAZ LB | 09/05/07 | 14.50 | CONFERENCE CALLS WITH D. UNRUE (1.3); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (1.1); REVISE AND DRAFT CLAIMS UPDATES FOR UCC PRESENTATION (1.1); DRAFT AND EDIT ESTIMATION MOTION AND EXHIBITS (3.7); DRAFT MOTION TO DISMISS RE: CERTAIN ASSERTED PROOFS OF CLAIM (7.3). |
| DIAZ LB | 09/06/07 | 4.50 | CONFERENCE CALLS WITH D. UNRUE (1.2); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (1.2); UPDATE AND ANALYZE CLAIM SETTLEMENT AND HEARING TRACKING CHARTS (2.1). |
| DIAZ LB | 09/07/07 | 6.40 | CONFERENCE CALLS WITH D. UNRUE (1.1); DOL STRATEGY CALL WITH F. KUPLICKI (0.3); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (0.9); REVISIONS TO ESTIMATION MOTION AND RELATED EXHIBITS (4.1). |
| DIAZ LB | 09/08/07 | 0.30 | CONFERENCE CALLS WITH D. UNRUE (0.3). |
| DIAZ LB | 09/10/07 | 14.10 | CONFERENCE CALLS WITH D. UNRUE (1.4); WEEKLY CLAIMS MEETING WITH D. UNRUE, J. DELUCA (2.1); WEEKLY STRATEGY CALL (0.6); HEARING PREP CONFERENCE CALL WITH D. UNRUE (0.7); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (1.3); RESEARCH AND ANALYZE LATE FILED CLAIM AND CONDUCT RELATED LEGAL RESEARCH (4.8); DRAFT PLAN INVESTOR PRESENTATION WITH D. UNRUE (3.2). |
| DIAZ LB | 09/11/07 | 3.30 | CONFERENCE CALLS WITH D. UNRUE (1.6); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (0.6); REVISE AND EDIT STIPULATIONS AND SETTLEMENT AGREEMENTS (1.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DIAZ LB        09/12/07      10.50   CONFERENCE CALLS WITH D. UNRUE (1.1);
                                     CLAIMS STRATEGY MEETING (0.6); UPDATE
                                     MEETING RE: SOLICITATION AND CLAIMS
                                     (1.1); STRATEGY CONFERENCE CALL WITH C.
                                     MICHELS RE: HITACHI (0.4); CONFERENCE
                                     CALL RE: STATUS OF CLAIMS SETTLEMENTS
                                     (0.6); UPDATE AND ANALYZE CLAIM
                                     SETTLEMENT AND HEARING TRACKING CHARTS
                                     (2.4); RESEARCH AND ANALYZE LATE FILED
                                     CLAIMS (4.3).

DIAZ LB        09/13/07      14.60   CONFERENCE CALLS WITH D. UNRUE (1.2);
                                     RESPOND TO INQUIRES FROM CLAIMANTS'
                                     COUNSEL (1.3); RESEARCH AND ANALYZE
                                     LATE FILED CLAIMS (4.3); DRAFT LATE
                                     FILED CLAIM SUPPLEMENT REPLY AND
                                     CONDUCT ADDITIONAL RELATED FACTUAL AND
                                     LEGAL RESEARCH (7.8).

DIAZ LB        09/14/07      11.00   CONFERENCE CALLS WITH D. UNRUE (1.6);
                                     CONFERENCE CALL WITH D. UNRUE AND C.
                                     MICHELS RE: TYCO (0.7); CONFERENCE CALL
                                     RE: TEXAS INSTRUMENTS (0.9); CONFERENCE
                                     CALL RE: ESTIMATION MOTION (1.2);
                                     RESPOND TO INQUIRES FROM CLAIMANTS'
                                     COUNSEL (0.9); RESEARCH RE: LATE CLAIMS
                                     AND REVISE SUPPLEMENTAL REPLY (5.7).

DIAZ LB        09/15/07       2.10   RESEARCH RE: LATE CLAIMS (2.1).

DIAZ LB        09/16/07       0.30   CONFERENCE CALLS WITH D. UNRUE (0.3).

DIAZ LB        09/17/07       9.20   CONFERENCE CALLS WITH D. UNRUE (1.7);
                                     WEEKLY STRATEGY CALL (0.6); WEEKLY
                                     CLAIMS MEETING WITH D. UNRUE, K. CRAFT
                                     AND J. DELUCA (1.7); MEETING RE:
                                     PERSONAL INJURY CLAIMANTS WITH J.
                                     PAPELIAN AND P. TOTTIS (0.5); RESPOND TO
                                     INQUIRES FROM CLAIMANTS' COUNSEL (1.2);
                                     ANALYZE AND RECOMMEND APPROACH OF TOP 50
                                     ADJOURNED CLAIMS (2.1); UPDATE HEARING
                                     PLANNER (1.4).

DIAZ LB        09/18/07       6.80   CONFERENCE CALLS WITH D. UNRUE (1.4);
                                     RESPOND TO INQUIRES FROM CLAIMANTS'
                                     COUNSEL (1.1); UPDATE AND ANALYZE CLAIM
                                     SETTLEMENT AND HEARING TRACKING CHARTS
                                     (1.9); STRATEGY MEETING RE: HEARING
                                     PREP (0.7); ANALYZE LATE FILED CLAIMS
                                     AND DETERMINE APPROPRIATENESS FOR
                                     LITIGATION (1.7).

DIAZ LB        09/19/07       5.40   CONFERENCE CALLS WITH D. UNRUE (1.2);
                                     RESPOND TO INQUIRES FROM CLAIMANTS'
                                     COUNSEL (0.8); REVIEW AND EDIT OMNIBUS
                                     CLAIMS OBJECTION 21 (1.9); CONFERENCE
                                     CALLS WITH COUNSEL FOR G. WHITNEY RE:
                                     ESTIMATION MOTION AND DRAFTING OF ORDER
                                     CARVE OUT (1.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DIAZ LB | 09/20/07 | 6.30 | CONFERENCE CALLS WITH D. UNRUE (1.3); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (1.0); UPDATE AND ANALYZE CLAIM SETTLEMENT AND HEARING TRACKING CHARTS (0.8); REVISE AND DRAFT SUPPLEMENTAL REPLY FOR LATE CLAIMS (3.2). |
|---|---|---|---|
| DIAZ LB | 09/21/07 | 13.80 | CONFERENCE CALLS WITH D. UNRUE (1.1); CONFERENCE CALL RE: ESTIMATION MOTION (2.5); WEEKLY STRATEGY CALL (0.6); CONFERENCE CALL RE: CLAIMS STRATEGY AND PLANNING WITH D. UNRUE (0.9); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (0.9); ANALYZE AND DRAFT MEMO SUMMARIZING OBJECTIONS TO ESTIMATION MOTION (5.2); MEETING WITH D. UNRUE TO SUMMARIZE ESTIMATION OBJECTIONS AND APPROACHES (1.1); RESEARCH RE: NOTICE ISSUE IN PATENT CLAIMS (1.5). |
| DIAZ LB | 09/23/07 | 5.20 | EDIT AND ANALYZE RESPONSES TO OMNI OBJECTION AND OBJECTIONS TO ESTIMATION FOR INCLUSION IN REPLYS (5.2). |
| DIAZ LB | 09/24/07 | 16.30 | CONFERENCE CALLS WITH D. UNRUE (1.2); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (1.3); REVISE ESTIMATION MOTION REPLY, EXHIBITS AND OTHER CHARTS (9.2); ANALYZE RESPONSES TO OMNIBUS OBJECTION (2.7); CONFERENCE CALLS WITH CLAIMANTS RE: SETTLEMENT OF ESTIMATION OBJECTIONS AND DRAFTING STIPULATIONS (1.9). |
| DIAZ LB | 09/25/07 | 9.00 | CONFERENCE CALLS WITH D. UNRUE (1.3); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (1.4); REVISE ESTIMATION REPLY AND NEGOTIATE SETTLEMENT OF OBJECTIONS TO MOTION (2.7); ANALYZE AND EDIT RESPONSES TO OMNI CLAIMS OBJECTION (3.6). |
| DIAZ LB | 09/26/07 | 15.10 | CONFERENCE CALLS WITH D. UNRUE (1.5); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (0.6); UPDATE AND ANALYZE CLAIM SETTLEMENT AND HEARING TRACKING CHARTS (1.1); REVISE AND EDIT REPLYS FOR OMNIBUS CLAIMS OBJECTION AND ESTIMATION MOTION (3.2); HEARING PREP FOR OMNI HEARING RE: ESTIMATION MOTION AND OMNI 20 INCLUDING DRAFTING DOCUMENTS FOR HEARING, FINALIZING AGREEMENTS WITH CLAIMANTS, ANALYZING EXHIBITS (8.7). |
| DIAZ LB | 09/27/07 | 8.00 | CONFERENCE CALLS WITH D. UNRUE (1.5); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (1.4); ATTENDANCE AND PREP FOR OMNI HEARING (5.1). |
| DIAZ LB | 09/28/07 | 7.70 | CONFERENCE CALLS WITH D. UNRUE (1.2); RESPOND TO INQUIRES FROM CLAIMANTS' COUNSEL (0.8); ATTENDANCE AND PREP FOR CLAIMS HEARING (4.9); DRAFT NOTICE AND COORDINATE FILING RE: SUPPLEMENTAL REPLY FOR LATE CLAIMS (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DIAZ LB | 09/29/07 | 0.20 | CONFERENCE CALLS WITH D. UNRUE (0.2). |
|---|---|---|---|
| | | 200.30 | |

| DUNCOMB BM* | 09/10/07 | 3.30 | REVIEW NU-TECH MEDIATION STATEMENT (2.1); PREPARE DISTRIBUTION OF MEDIATION STATEMENT AND EXHIBITS FOR NU-TECH MEDIATION (1.2). |
|---|---|---|---|
| DUNCOMB BM* | 09/21/07 | 2.80 | DRAFT STIPULATIONS FOR WITHDRAWAL OF CERTAIN ERISA PROOFS OF CLAIM (2.8). |
| DUNCOMB BM* | 09/24/07 | 6.10 | DRAFT STIPULATIONS TO WITHDRAW CERTAIN ERISA CLAIMS (1.0); REVIEW MDL MATERIALS (0.8); RESEARCH DEBT AND EQUITY HOLDINGS ON LEAD IN NAMED PLAINTIFFS IN SECURITIES CLASS ACTION AND CREATE ACCOMPANYING SPREADSHEET (4.3). |
| DUNCOMB BM* | 09/25/07 | 2.80 | RESEARCH DEBT AND EQUITY HOLDINGS ON LEAD IN NAMED PLAINTIFFS IN SECURITIES CLASS ACTION AND CREATE ACCOMPANYING SPREADSHEET (1.9); MAKE CHANGES AND REVISIONS TO SPREADSHEET ON PLAINTIFFS' DEBT AND EQUITY HOLDINGS (0.9). |
| | | 15.00 | |

| GARTNER M | 09/04/07 | 2.80 | ATTEND WEEKLY WORKING GROUP MEETING (0.7); DRAFT SETTLEMENT AND STIPULATION FOR TAX CLAIM MATTER (2.1). |
|---|---|---|---|
| GARTNER M | 09/05/07 | 2.80 | ATTEND TELECONFERENCE WITH TAX STAFF RE: ONGOING TAX CLAIMS (1.1); CORRESPOND AND MEET WITH WORKING GROUP RE: ONGOING TAX CLAIMS AND ISSUES (1.7). |
| GARTNER M | 09/07/07 | 6.50 | RESEARCH LIEN ISSUES AND CORRESPONDENCE RE: SAME (4.4); AND REVIEW TAX CLAIMS ISSUES AND CORRESPONDENCE RE: SAME (2.1). |
| GARTNER M | 09/10/07 | 2.30 | RESEARCH AND CORRESPOND RE: TAX CLAIMS ISSUE (1.6); ATTEND WEEKLY WORKING GROUP MEETING (0.7). |
| GARTNER M | 09/11/07 | 6.80 | RESEARCH AND CORRESPOND RE: TAX CLAIM ISSUES (6.4); CORRESPOND WITH COUNSEL RE: TAX CLAIM (0.4). |
| GARTNER M | 09/13/07 | 3.40 | REVIEW AND CORRESPOND RE: ONGOING TAX CLAIMS ISSUES (3.4). |
| GARTNER M | 09/14/07 | 9.80 | REVIEW AND RESEARCH CERTAIN TAX CLAIMS, PREPARE SUMMARY AND CORRESPONDENCE RE: SAME IN PREPARATION FOR POTENTIAL FILING (9.8). |
| GARTNER M | 09/15/07 | 5.80 | CONTINUE REVIEW OF CLAIMS AND SUMMARY PREPARATION (5.2); CORRESPOND RE: LATE CLAIMS (0.6). |
| GARTNER M | 09/16/07 | 2.30 | CONTINUE REVIEW AND SUMMARY OF CLAIMS AND REVISION OF SAME (2.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GARTNER M        09/17/07      2.10  REVIEW AND CORRESPOND RE: ONGOING TAX
                                     MATTERS (2.1).

GARTNER M        09/18/07      6.90  PREPARE FOR AND ATTEND WORKING GROUP
                                     CALL RE: TAX CLAIMS AND REVIEW OF ISSUES
                                     RAISED DURING CALL (6.9).

GARTNER M        09/19/07      2.00  CORRESPOND WITH COUNSEL RE: RESOLUTION
                                     OF TAX CLAIMS (0.8); CORRESPOND RE: TAX
                                     CLAIMS ISSUES (1.2).

GARTNER M        09/20/07      1.50  DRAFT NOTICE OF PRESENTMENT (0.9);
                                     CORRESPOND WITH COUNSEL RE: RESOLUTION
                                     OF CLAIMS (0.6).

                              55.00

HILL LF          09/04/07     10.70  PARTICIPATE IN WEEKLY WORKING GROUP
                                     MEETING (0.7); REVISE AND UPDATE TASK
                                     LIST (2.7); REVIEW DOCKET (0.5); REVIEW
                                     AND EDIT CASE ADMINISTRATION DOCUMENTS
                                     FOR BINDER (1.5); DRAFT, REVIEW AND
                                     RESPOND TO CORRESPONDENCE (0.8); DRAFT
                                     NOTICES OF HEARING (1.8); CONDUCT
                                     RESEARCH ON MOTION TO DISMISS (0.9);
                                     START DRAFTING MOTION TO DISMISS (1.8).

HILL LF          09/05/07      9.20  CONTINUE TO DRAFT MOTION TO DISMISS
                                     (6.1); DRAFT LETTER FOR MEET AND CONFER
                                     (1.2); DRAFT, REVIEW AND RESPOND TO
                                     CORRESPONDENCE (1.9).

HILL LF          09/06/07      7.70  BEGIN DRAFTING STATEMENT OF DISPUTED
                                     ISSUES FOR DOL CLAIMS (1.5); REVISE MEET
                                     AND CONFER LETTER (0.5); DRAFT AND
                                     REVISE MOTION TO DISMISS (4.2); DRAFT,
                                     REVIEW AND RESPOND TO CORRESPONDENCE
                                     (1.5).

HILL LF          09/07/07      2.30  PARTICIPATE IN DISCUSSION RE: DOL
                                     CLAIMS (0.5); DRAFT, REVIEW AND RESPOND
                                     TO CORRESPONDENCE (1.8).

HILL LF          09/09/07      0.40  REVIEW CORRESPONDENCE (0.4).

HILL LF          09/10/07      0.80  REVISE MEET AND CONFER LETTER (0.2);
                                     DRAFT, REVIEW, AND RESPOND TO
                                     CORRESPONDENCE (0.6).

HILL LF          09/11/07      1.30  DRAFT, REVIEW AND RESPOND TO
                                     CORRESPONDENCE (0.8); RETURN HOTLINE
                                     CALLS AND FORWARDED MESSAGES (0.5).

HILL LF          09/12/07      3.20  CLAIMS MEETING (0.7); REVISE NOTICE OF
                                     ENTRY OF ORDER (0.8); DISCUSS MATTERS
                                     WITH CLAIMANTS (0.6); DRAFT, REVIEW AND
                                     RESPOND TO CORRESPONDENCE (1.1).

HILL LF          09/13/07      2.90  ATTEND MEET AND CONFER RE: DOL CLAIM
                                     (1.7); REVIEW DOL CASE FILE (1.2).

B43E

| HILL LF | 09/14/07 | 2.50 | REVIEW DOCKET (0.3); START DRAFTING SUMMARY ENTRIES OF RESPONSES TO THE 21ST OMNIBUS OBJECTION (1.1); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (0.8); TELECONFERENCE WITH CLAIMANT'S COUNSEL RE: STIPULATION (0.3). |
|---|---|---|---|
| HILL LF | 09/17/07 | 1.40 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (0.7); REVIEW DOCKET AND CONTINUE DRAFTING SUMMARY LOGS FOR RESPONSE CHART TO OMNI 20 (0.6); LEFT MESSAGE WITH SPECIALTY COATING'S COUNSEL (0.1). |
| HILL LF | 09/18/07 | 2.00 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (0.4); BEGIN DRAFTING THE OMNIBUS OBJECTION AND RELATED DOCUMENTS (1.6). |
| HILL LF | 09/19/07 | 8.60 | DRAFT OMNIBUS OBJECTION AND RELATED DOCUMENTS (7.7); DRAFT STIPULATION AND SETTLEMENT AGREEMENTS (0.9). |
| HILL LF | 09/20/07 | 5.90 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (2.4); DRAFT AND REVISE OMNIBUS OBJECTION DOCUMENTS (3.5). |
| HILL LF | 09/21/07 | 7.80 | REVISE OMNIBUS OBJECTION DOCUMENTS IN PREPARATION FOR FILING (4.5); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (1.3); BEGIN REVIEWING DOCUMENTS FOR ESTIMATION MOTION REPLY (2.0). |
| HILL LF | 09/22/07 | 6.30 | DRAFT REPLY SECTION (3.5); RESEARCH CASE LAW FOR REPLY (2.8). |
| HILL LF | 09/24/07 | 9.40 | RESEARCH CASE LAW FOR REPLY (6.5) ; DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (0.8); REVIEW DOCKET (0.7). |
| HILL LF | 09/25/07 | 4.20 | RETURN CALLS OF CLAIMANTS AND DISCUSS RECONCILIATION OF CLAIMS (2.9); REVISE MOTION (1.3). |
| HILL LF | 09/26/07 | 5.70 | REVIEW CLAIMS FILES AND CONTACT CLAIMANTS RE: SETTLEMENTS (4.2); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (1.5). |
| HILL LF | 09/28/07 | 0.50 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (0.5). |
| HILL LF | 09/30/07 | 1.10 | REVIEW AND RESPOND TO CORRESPONDENCE (0.6); ORGANIZE FILES (0.5). |
| | | 93.90 | |
| HOUSTON BM | 09/04/07 | 4.90 | PARTICIPATE IN CLAIMS TEAM WORKING GROUP (0.3); ANALYZE CLAIMS IN PREPARATION FOR SETTLEMENT DISCUSSIONS (3.4); TELECONFERENCE WITH CLAIMANTS' COUNSEL RE: POTENTIAL RESOLUTION OF CLAIMS (1.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOUSTON BM | 09/05/07 | 7.80 | TELECONFERENCE WITH CLAIMANTS' COUNSEL (0.4); ANALYZE CLAIMS (2.4); DRAFT SETTLEMENTS AND STIPULATIONS RESOLVING CLAIMS (1.2); DRAFT SUMMARY OF PROPOSED ESTIMATION MOTION FOR UCC PRESENTATION (1.7); REVISE ESTIMATION MOTION (2.1). |
|---|---|---|---|
| HOUSTON BM | 09/06/07 | 6.10 | REVISE ESTIMATION MOTION (6.1). |
| HOUSTON BM | 09/07/07 | 10.70 | REVISE ESTIMATION MOTION, ORDER, AND NOTICE (10.7). |
| HOUSTON BM | 09/10/07 | 5.60 | ANALYZE CLAIMS PRIOR TO SETTLEMENT DISCUSSIONS (2.8); TELECONFERENCES WITH CLAIMANTS' COUNSEL RE: POTENTIAL RESOLUTION OF CLAIMS (1.3); DRAFT NOTES RE: ADDITIONAL NECESSARY INFORMATION ON CLAIMS (0.4); REVISE PROPOSED SETTLEMENT AND STIPULATION (1.1). |
| HOUSTON BM | 09/11/07 | 8.10 | REVIEW AND ANALYZE NEW INFORMATION ON CLAIMS (3.2); BEGIN RESEARCHING ISSUES RE: LATE-FILED CLAIMS AND LATE-FILED AMENDMENTS (4.9). |
| HOUSTON BM | 09/12/07 | 9.70 | REVIEW FILES AND ANALYZE CLAIMS IN PREPARATION FOR SETTLEMENT DISCUSSIONS (1.3); TELECONFERENCES WITH CLAIMANTS' COUNSEL RE: POTENTIAL RESOLUTION (0.3); CONTINUE RESEARCHING ISSUES RE: LATE-FILED CLAIMS AND LATE-FILED AMENDMENTS (4.7); REVIEW LATE-FILED CLAIMS AND LATE-FILED AMENDMENTS AND RELEVANT RESPONSES TO OBJECTIONS (2.6); PARTICIPATE IN WORKING GROUP RE: STATUS OF CLAIMS RESOLUTION PROCESS AND NEXT STEPS (0.8). |
| HOUSTON BM | 09/13/07 | 11.90 | TELECONFERENCES WITH CLAIMANTS' COUNSEL RE: POTENTIAL RESOLUTION AND ADDITIONAL NECESSARY INFORMATION (0.8); DRAFT PLEADING RE: LATE-FILED CLAIMS AND LATE-FILED AMENDMENTS (11.1). |
| HOUSTON BM | 09/14/07 | 8.90 | REVIEW 9/6/07 TRANSCRIPT RE: NOTICING OF PLEADING TO DISALLOW LATE-FILED CLAIMS (0.3); ANALYZE CLAIMS (1.2); CONSIDER APPROACH TOWARD RESOLUTION OF CLAIMS (1.3); REVISE PROPOSED SETTLEMENTS AND STIPULATIONS RE: RESOLUTION OF CLAIMS (1.4); REVISE PLEADING RE: LATE-FILED CLAIMS AND LATE-FILED AMENDMENTS (4.7). |
| HOUSTON BM | 09/16/07 | 7.80 | DRAFT DECLARATION IN SUPPORT OF PLEADING RE: LATE-FILED CLAIMS (1.2); RESEARCH ISSUES RE: RELATION BACK AND LATE-FILED AMENDMENTS (1.9); DRAFT CHARTS OF LATE-FILED CLAIMS AND LATE-FILED AMENDMENTS WITH INDIVIDUAL ARGUMENTS AGAINST EACH TO BE SUBMITTED WITH PLEADING (4.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOUSTON BM      09/17/07      11.90  REVISE AND REDRAFT PLEADING RE:
                                     LATE-FILED CLAIMS (9.6); DRAFT
                                     ALTERNATE PLEADING RE: LATE-FILED
                                     CLAIMS AND LATE-FILED AMENDMENTS (1.4);
                                     SUPERVISE CREATION OF SPECIAL SERVICE
                                     LIST (0.2); REVISE DECLARATION IN
                                     SUPPORT OF LATE-FILED CLAIMS PLEADING
                                     (0.7).

HOUSTON BM      09/18/07       7.40  DRAFT STIPULATIONS RESOLVING CLAIMS
                                     (2.4); DRAFT SCRIPT FOR HEARING ON
                                     ESTIMATION MOTION (3.1); ANALYZE CLAIMS
                                     IN PREPARATION FOR SETTLEMENT
                                     DISCUSSIONS (1.3); REVISE DECLARATION
                                     IN SUPPORT OF LATE-FILED CLAIMS
                                     PLEADING (0.2); TELECONFERENCES WITH
                                     CLAIMANTS' COUNSEL RE: RESOLUTION OF
                                     CLAIMS (0.4).

HOUSTON BM      09/19/07       8.70  REVISE DECLARATION IN SUPPORT OF
                                     LATE-FILED CLAIMS PLEADING (0.2);
                                     RESEARCH SERVICE ISSUES RE: BAR DATE
                                     NOTICE (1.3); EDIT AND REDRAFT
                                     LATE-CLAIMS PLEADING (5.4); REVISE
                                     STIPULATIONS RESOLVING CLAIMS (0.5);
                                     CALL CLAIMANTS' COUNSEL RE: POTENTIAL
                                     SETTLEMENTS AND SHARING OF ADDITIONAL
                                     INFORMATION (0.6); DRAFT FOLLOW-UP
                                     EMAIL TO CLAIMANTS' COUNSEL RE: SAME
                                     (0.4); DRAFT CORRESPONDENCE REQUESTING
                                     ADDITIONAL INFORMATION ON CLAIMS (0.3).

HOUSTON BM      09/20/07       8.60  REVISE STIPULATIONS RESOLVING CLAIMS
                                     (0.6); ANALYZE CLAIMS RE: NEW
                                     INFORMATION (2.3); TELECONFERENCE WITH
                                     CLAIMANT'S COUNSEL RE: NEW INFORMATION
                                     (0.4); DRAFT FOLLOW-UP CORRESPONDENCE
                                     RE: SAME (0.3); DRAFT NEW SETTLEMENTS
                                     AND STIPULATIONS RESOLVING CLAIMS
                                     (1.2); RESEARCH ISSUES RE: LATE-FILED
                                     CLAIMS (3.8).

HOUSTON BM      09/21/07       5.50  DRAFT STATUS MEMOS FOR CLAIMS (2.4);
                                     REVIEW FILES AND ANALYZE CLAIMS (2.1);
                                     TELECONFERENCE WITH CLAIMANTS' COUNSEL
                                     RE: STATUS OF SETTLEMENTS AND
                                     STIPULATIONS (0.3); DRAFT NEW
                                     SETTLEMENT AND STIPULATION (0.7).

HOUSTON BM      09/24/07       5.30  REVIEW FILES AND ANALYZE CLAIMS (3.2);
                                     CALL CLAIMANTS' COUNSEL RE: POTENTIAL
                                     SETTLEMENTS (0.4); DRAFT NEW
                                     SETTLEMENTS AND STIPULATIONS (1.4);
                                     DRAFT NOTICE OF PRESENTMENT OF
                                     STIPULATION (0.3).

HOUSTON BM      09/28/07       0.40  TELECONFERENCE WITH G. EWERS RE: HARCO
                                     CLAIM (0.3); DRAFT FOLLOW-UP
                                     CORRESPONDENCE TO G. EWERS RE: SAME
                                     (0.1).

                             129.30

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOWE EJ          09/04/07     6.50   COORDINATE FILING AND SERVICE OF
                                     NOTICES OF PRESENTMENT (2.1); BEGIN
                                     DRAFTING STATEMENT OF DISPUTED ISSUES
                                     RE: CLAIM OF ATEL (1.2); CONTINUE
                                     DRAFTING REPLY BRIEF RE: CLAIM OF G.
                                     WHITNEY (2.6); TELECONFERENCE WITH T.
                                     WEINER RE: CLAIM OF CELESTICA (0.4);
                                     FOLLOW UP WITH R. HEILMAN RE: L&W
                                     ADVERSARY PROCEEDING (0.2).

HOWE EJ          09/05/07     9.70   DRAFT MEET AND CONFER LETTER (0.4) AND
                                     STATEMENT OF DISPUTED ISSUES (4.4) RE:
                                     ATEL CLAIM; CONTINUE DRAFTING BRIEF RE:
                                     WHITNEY CLAIM (2.6); COMPILE DATA RE:
                                     CLAIMS FOR SEPT 28 HEARING (0.3);
                                     COORDINATION OF A-1 CONFERENCE CALL
                                     (0.4); FOLLOW UP RE: VARIOUS CLAIMS
                                     SETTLEMENTS (1.6).

HOWE EJ          09/06/07     7.40   CONTINUE DRAFTING REPLY BRIEF RE:
                                     WHITNEY CLAIM (7.1); TELECONFERENCE
                                     WITH S. BONANDIES RE: A-1 CLAIM (0.3).

HOWE EJ          09/07/07     7.70   FINALIZE DRAFT OF REPLY BRIEF RE: CLAIM
                                     OF WHITNEY (7.7).

HOWE EJ          09/10/07     8.40   PREPARE M. ROBERTS INTERVIEW OUTLINE
                                     (1.4), CONTINUE DRAFTING REPLY BRIEF
                                     (2.3), AND PERFORM LEGAL RESEARCH FOR
                                     SAME (4.1) RE: CLAIM OF G. WHITNEY;
                                     FINALIZE AND TRANSMIT ATEL MEET AND
                                     CONFER LETTER (0.4); FOLLOW UP WITH
                                     TIMKEN'S COUNSEL RE: CAPPING
                                     STIPULATION (0.2).

HOWE EJ          09/11/07     9.30   UPDATE SETTLEMENT TRACKING CHART (0.4);
                                     FOLLOW UP RE: MULTIPLE CLAIMS
                                     SETTLEMENTS (0.6); REVIEW AND REVISE
                                     REPLY BRIEF (1.3); PREPARE FOR (0.5) AND
                                     PARTICIPATE IN (2.0) WITNESS INTERVIEW
                                     RE: CLAIM OF G. WHITNEY; PREPARE FOR
                                     (0.4) AND PARTICIPATE IN (0.7)
                                     CONFERENCE CALL WITH M. O'HAYER, S.
                                     BONDANDIES, V. HOFFMAN ET AL, AND REVISE
                                     SETTLEMENT AGREEMENT AND STIPULATION
                                     (3.4).

HOWE EJ          09/12/07     9.00   UPDATE SETTLEMENT PROCEDURES TRACKING
                                     CHART (1.4); DRAFT DECLARATION OF M.
                                     ROBERTS RE: WHITNEY CLAIM (4.6);
                                     PARTICIPATE IN CLAIMS WORKING GROUP
                                     STRATEGY MEETING (0.7); REVISE
                                     SETTLEMENT AGREEMENT AND STIPULATION
                                     RE: CLAIM OF A-1 (2.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOWE EJ | 09/13/07 | 9.20 | FINALIZE DRAFT OF A-1 SETTLEMENT AGREEMENT AND STIPULATION AND CIRCULATE TO S. BONODIES, V. HOFFMAN, M. FUKUDA ET AL (0.5); MULTIPLE EMAILS TO A. GALLARDO, B. DUBAR AND D. UNRUE RE: ATEL MEET AND CONFER (0.3); EMAIL TO S. PERSICHELLI RE: SAME (0.1); COORDINATE DATE AND LOCATION OF DEPOSITIONS RE: CLAIM OF G. WHITNEY (1.1); CONTINUE DRAFTING DEPOSITION OUTLINES RE: SAME (7.2). |
|---|---|---|---|
| HOWE EJ | 09/14/07 | 8.50 | CONTINUE DRAFTING DEPOSITION OUTLINES RE: CLAIM OF G. WHITNEY (5.8); UPDATE SETTLEMENT PROCEDURES TRACKING CHART (0.4); COMPILE LIST OF CLAIMS TO BE PRESENTED AT 9-28 CLAIMS HEARING (0.3); TELECONFERENCE WITH S. BONANDIES (0.2) AND REVISE SETTLEMENT DOCUMENTS IN LIGHT OF SAME (0.7) RE: CLAIM OF A-1; BEGIN DRAFTING SCRIPT FOR TWENTIETH OMNIBUS CLAIMS HEARING (1.1). |
| HOWE EJ | 09/16/07 | 3.50 | CONTINUE DRAFTING G. WHITNEY DEPOSITION OUTLINE (2.8); CONTINUE DRAFTING SCRIPT FOR TWENTIETH OMNIBUS CLAIMS OBJECTION (0.7). |
| HOWE EJ | 09/17/07 | 10.20 | FINALIZE DRAFT OF G. WHITNEY DEPOSITION OUTLINE (3.5) AND REVISE PROPOSED ESTIMATION MOTION STIPULATION (2.5) RE: CLAIM OF G. WHITNEY; FINALIZE DRAFT OF SCRIPT FOR TWENTIETH OMNIBUS CLAIMS OBJECTION (2.3); DRAFT STIPULATION RE: ACE CLAIMS (1.9). |
| HOWE EJ | 09/18/07 | 9.90 | REVISE DRAFT SUPPLEMENTAL REPLY (0.8); DRAFT B. KUSTASZ DEPOSITION OUTLINE (0.8); REVISE ESTIMATION MOTION STIPULATION (2.4), AND LEGAL RESEARCH (5.0) RE: G. WHITNEY CLAIM; MULTIPLE EMAILS FROM AND TO S. PARSIDELLI RE: ATEL CLAIM (0.2); TELECONFERENCE WITH M. O'HAYER (0.2) AND REVISE SETTLEMENT AGREEMENT (0.5) RE: CLAIM OF A-1. |
| HOWE EJ | 09/19/07 | 10.30 | LEGAL RESEARCH (1.2) AND CONTINUE DRAFTING B. KUSTASZ DEPOSITION OUTLINE (1.3) RE: CLAIM OF G. WHITNEY; ANALYZE CLAIMS TO BE INCLUDED ON TWENTY-FIRST OMNIBUS CLAIMS OBJECTION (5.6); PREPARE FOR (0.4), PARTICIPATE IN (1.0), AND FOLLOW UP AFTER (0.5) ATEL MEET AND CONFER; DRAFT LANGUAGE RE: PROPOSED ORDER ON ESTIMATION MOTION (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOWE EJ | 09/20/07 | 13.50 | TELECONFERENCE WITH S. BONANDIES (0.3); REVIEW SUPPLY AND RECLAIM CONTRACTS (0.4), AND REVISE SETTLEMENT AGREEMENT (0.8) RE: A-1 CLAIM; MULTIPLE TELECONFERENCES WITH S. BOBO (0.7); ANALYZE ESTIMATION MOTION ISSUES RE: SAME (1.9); AND DRAFT LANGUAGE FOR ESTIMATION ORDER (0.7) RE: JCI CLAIMS; TELECONFERENCE WITH J. SULLIVAN (0.3); ANALYZE ESTIMATION MOTION ISSUES (1.0) RE: TIMKEN CLAIM; CONTINUE DRAFTING DEPOSITION OUTLINES (1.6) AND CONDUCT LEGAL RESEARCH FOR SUPPLEMENTAL REPLY (4.3) RE: CLAIM OF G. WHITNEY; REVISE SCRIPT FOR TWENTIETH OMNIBUS CLAIMS OBJECTION (0.7); BEGIN DRAFTING AND COORDINATION SERVICE OF NOTICES OF PRESENTMENT (0.8). |
| HOWE EJ | 09/21/07 | 10.10 | TELECONFERENCE WITH C. MICHELS (0.3), PREPARE AND TRANSMIT SETTLEMENT OFFER (1.8), AND BEGIN DRAFTING SETTLEMENT AGREEMENT AND STIPULATION (1.3) RE: TIMKEN CLAIM; DRAFT AND COORDINATE FILING AND SERVICE OF NOTICES OF PRESENTMENT (2.9); FINALIZE SETTLEMENT AGREEMENT AND STIPULATION, INCLUDING OBTAINING SIGNATURES ON SAME, RE: A-1 CLAIM (3.4); REVISE SUPPLEMENTAL REPLY RE: G. WHITNEY CLAIM (0.4). |
| HOWE EJ | 09/22/07 | 3.10 | DRAFT SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF TIMKEN (1.5); LEGAL RESEARCH RE: CLAIM OF G. WHITNEY (1.6). |
| HOWE EJ | 09/23/07 | 1.80 | CONTINUE LEGAL RESEARCH AND DRAFT MEMORANDUM RE: CLAIM OF G. WHITNEY (1.8). |
| HOWE EJ | 09/24/07 | 5.60 | TELECONFERENCE (0.5) AND FOLLOW UP (0.4) WITH P. PITSENBARGER AND J. PETERSON, AND CONTINUE REVISION OF SUPPLEMENTAL REPLY (3.3) RE: CLAIM OF G. WHITNEY; TELECONFERENCE WITH S. PERSICHELLI RE: CLAIM OF ATEL (0.2); MULTIPLE EMAILS AND ANALYSIS, INCLUDING REVIEW OF OBJECTION, RE: JCI CLAIMS ON THE ESTIMATION MOTION (0.7); FINALIZE SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF TIMKEN AND FORWARD SAME TO TIMKEN'S COUNSEL (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOWE EJ | 09/25/07 | 9.60 | TELECONFERENCE WITH S. BOBO (0.5); DRAFT LANGUAGE FOR PROPOSED ORDER (0.5) RE: JCI'S OBJECTION TO THE ESTIMATION MOTION; REVIEW OBJECTION (0.3) AND TELECONFERENCE WITH AND DRAFT EMAIL TO D. FLIMAN (0.4) RE: LONGACRE'S OBJECTION TO THE ESTIMATION MOTION; TELECONFERENCE WITH D. UNRUE (0.1) AND WITH S. PERSICHELLI (0.2), AND FOLLOW UP EMAIL TO D. UNRUE, K. CRAFT, ET AL (0.3) RE: CLAIM OF ATEL LEASING; REVIEW SETTLEMENT PROCEDURES REPORTING ISSUES (0.4) AND EMAIL TO S. BONODIES, V. HOFFMAN, ET AL (0.5) RE: CLAIM OF A-1; REVIEW LETTER FROM S. THURMAN AND RESPOND TO SAME RE: CLAIM OF FUJIKURA AMERICA (0.3); EMAIL FROM AND TO J. DEJONKER (0.2) AND TELECONFERENCE WITH C. MICHELS (0.7) RE: CLAIM OF RECTICEL; CONTINUE REVISING SUPPLEMENTAL REPLY (2.6) AND PREPARE FOR (1.3) AND PARTICIPATE IN CONFERENCE CALL WITH B. VALANTY (1.3) RE: CLAIM OF G. WHITNEY. |

| HOWE EJ | 09/26/07 | 10.20 | FINALIZE SETTLEMENT PROCEDURES TRACKING FOR QUARTERLY REPORT (0.8); MULTIPLE EMAILS TO AND FROM COUNSEL FOR JCI AND ARC AUTOMOTIVE RE: RESOLUTION OF ESTIMATION MOTION OBJECTIONS (0.6); EMAIL FROM AND TO M. O'HAYER RE: A-1 (0.2); DRAFT SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF ATEL LEASING (1.9); DRAFT R. KUSTASZ AND G. WHITNEY DEPOSITION OUTLINE RE: WHITNEY CLAIM (4.1); CONTINUE LEGAL RESEARCH AND REVISION OF BRIEF RE: WHITNEY SUPPLEMENTAL REPLY (2.6). |

| HOWE EJ | 09/27/07 | 3.70 | CONTINUE LEGAL RESEARCH AND REVISION OF BRIEF RE: WHITNEY SUPPLEMENTAL REPLY (3.7). |

| HOWE EJ | 09/30/07 | 1.10 | FINALIZE R. KUSTASZ DEPOSITION OUTLINE RE: CLAIM OF G. WHITNEY (1.1). |

|  |  | 168.30 |  |

| KAHN MT | 09/04/07 | 2.80 | ANALYZE CLAIMS IN FURTHER PREPARATION OF SETTLEMENT DISCUSSIONS AND PREPARE SUMMARY RE: SAME (0.9); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (1.8); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.1). |

| KAHN MT | 09/05/07 | 4.20 | ANALYZE DOCKET RE: STIPULATIONS ENTERED AND FOLLOW UP WITH CLAIMANTS RE: WITHDRAWAL OF THEIR RESPONSES (1.2); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (2.8); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KAHN MT         09/06/07     4.30   TELECONFERENCES WITH CLAIMANTS RE:
                                    SETTLEMENT OF THEIR CLAIMS (1.9);
                                    TELECONFERENCES WITH CLAIMANTS RE:
                                    WITHDRAWAL OF THEIR RESPONSES (2.2);
                                    ANALYZE CLAIMS TEAM CORRESPONDENCE
                                    (0.2).

KAHN MT         09/07/07     2.50  TELECONFERENCES WITH CLAIMANTS RE:
                                    SETTLEMENT OF THEIR CLAIMS (2.4);
                                    ANALYZE CLAIMS TEAM CORRESPONDENCE
                                    (0.1).

KAHN MT         09/10/07     5.30  TELECONFERENCES WITH CLAIMANTS RE:
                                    SETTLING THEIR CLAIMS (2.8);
                                    TELECONFERENCES WITH PARTIES RE: THEIR
                                    MESSAGES ON THE DELPHI HOTLINE (0.4);
                                    REVISE VANDALIA STIPULATION (1.2);
                                    ANALYZE CLAIMS TEAM CORRESPONDENCE
                                    (0.3); UPDATE WITHDRAWAL CHART (0.2);
                                    ANALYZE SCHEDULED CLAIMS (0.4).

KAHN MT         09/11/07     5.40  RETURN CALLS FROM DELPHI HOTLINE (3.0);
                                    REVISE VANDALIA STIPULATION (0.4);
                                    TELECONFERENCE WITH K. JONES RE:
                                    VANDALIA STIPULATION (0.1);
                                    TELECONFERENCE WITH S. CARTER RE:
                                    VANDALIA CLAIMS (0.1); DRAFT TEMPLATE
                                    STIPULATION RE: DISALLOWING AND
                                    EXPUNGING CLAIMS (0.3);
                                    TELECONFERENCES AND CORRESPONDENCE
                                    WITH CLAIMANTS RE: SETTLEMENT OF THEIR
                                    CLAIMS (1.0); DRAFT STIPULATION RE:
                                    MICROSYS TECHNOLOGIES (0.4); ANALYZE
                                    CLAIMS TEAM CORRESPONDENCE (0.1).

KAHN MT         09/12/07    10.80  RESPOND TO DELPHI HOTLINE CALLS (7.0);
                                    TELECONFERENCES WITH CLAIMANTS RE:
                                    SETTLEMENT OF THEIR CLAIMS (2.8);
                                    CLAIMS TEAM MEETING (0.8); ANALYZE
                                    CLAIMS TEAM CORRESPONDENCE (0.2).

KAHN MT         09/13/07     0.50  ANALYZE CLAIMS TEAM CORRESPONDENCE
                                    (0.2); REVISE ATS OHIO STIPULATION
                                    (0.3).

KAHN MT         09/14/07     0.20  ANALYZE CLAIMS TEAM CORRESPONDENCE
                                    (0.2).

KAHN MT         09/17/07     6.10  REVISE MEDIATOR CONTACT LIST (0.3);
                                    RETURN CALLS FROM DELPHI HOTLINE (2.4);
                                    TELECONFERENCES WITH CLAIMANTS RE:
                                    SETTLEMENT OF THEIR CLAIMS (2.7);
                                    ANALYZE CLAIMS TEAM CORRESPONDENCE
                                    (0.1); REVISE WITHDRAWAL CHART (0.1);
                                    DRAFT RLI STIPULATION (0.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KAHN MT | 09/18/07 | 5.40 | TELECONFERENCE WITH K. JONES AND J. DELUCA RE: CITY OF VANDALIA (0.1); ANALYSIS OF CLAIMS AND FOLLOW-UP TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT THEIR CLAIMS (3.5); TELECONFERENCE WITH R. CARLSON RE: BRIX CLAIM (0.2); RESPOND TO DELPHI HOTLINE CALLS (1.0); REVISE RLI STIPULATION (0.4); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.2). |
| KAHN MT | 09/19/07 | 6.20 | TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (4.5); REVISE VANDALIA STIPULATION AND DRAFT SETTLEMENT RE: SAME (1.0); DRAFT VICTORY PACKAGING STIPULATION (0.5); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.2). |
| KAHN MT | 09/20/07 | 2.90 | TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (2.8); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.1). |
| KAHN MT | 09/21/07 | 2.00 | TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (1.6); CORRESPONDENCE WITH C. MICHAELS RE: BEAVER VALLEY CLAIM (0.2); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.2). |
| KAHN MT | 09/24/07 | 4.30 | TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (4.2); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.1). |
| KAHN MT | 09/25/07 | 6.60 | PREPARE FOR CLAIMS ESTIMATION AND RECLAMATION MOTIONS, INCLUDING REVISE REPLY IN SUPPORT OF CLAIMS ESTIMATION MOTION, REVISE CLAIMS ESTIMATION ORDER, REVISE TWENTIETH OMNIBUS ORDER AND EXHIBITS (5.1); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.1); ANALYZE ESTIMATION MOTION AND OBJECTIONS TO ESTIMATION MOTION (1.4). |
| KAHN MT | 09/26/07 | 15.90 | ANALYZE CLAIMS TEAMS CORRESPONDENCE (0.2); PREPARE EXHIBIT BINDER FOR CLAIMS ESTIMATION MOTION (1.6); REVISE CLAIMS ESTIMATION ORDER (0.9); REVISE CLAIMS ESTIMATION PROFFER (1.2); ANALYZE OBJECTIONS AND RESPONSES TO CLAIMS ESTIMATION MOTION (7.8); DRAFT INSERT TO CLAIMS ESTIMATION PROFFER (2.3); DRAFT DECLARATION OF J.SHEEHAN IN SUPPORT OF THE CLAIMS ESTIMATION MOTION (1.9). |
| KAHN MT | 09/27/07 | 5.60 | PREPARE FOR HEARING ON CLAIMS ESTIMATION AND RECLAMATION MOTIONS (2.6); ATTEND HEARING (2.4); ANALYZE CLAIMS TEAMS CORRESPONDENCE (0.2); TELECONFERENCES AND CORRESPONDENCE WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (0.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KAHN MT | 09/28/07 | 0.80 | TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (0.6); TELECONFERENCE WITH T. ATKINS RE: AMES REESE CLAIM (0.2). |
|---|---|---|---|
| | | **91.80** | |
| PERL MW | 09/02/07 | 2.00 | RESEARCH IN CONNECTION WITH WISCONSIN TAX CLAIM (2.0). |
| PERL MW | 09/03/07 | 1.60 | REVIEW MEMO IN CONNECTION WITH TAX CLAIMS, AND RELATED FOLLOW UP RESEARCH (1.6). |
| PERL MW | 09/04/07 | 2.30 | REVIEW VARIOUS TAX CLAIMS MATTERS WITH WORKING GROUP (0.7); CORRESPONDENCE WITH WORKING GROUP RE: TAX CLAIMS (1.1); STRATEGIZE RE: OUTSTANDING CLAIMS MATTERS (0.5). |
| PERL MW | 09/05/07 | 2.80 | STRATEGIZE WITH WORKING GROUP RE: TAX CLAIMS (0.3); TELECONFERENCE WITH B.LEUTHGE RE: SAME (0.7); TELECONFERENCE WITH M. MCCRORY RE: HOWARD COUNTY, IN CLAIM (0.3) AND FOLLOW UP RE: SAME (0.2); CONTINUE RESEARCH RE: TAX CLAIMS MATTERS (1.3). |
| PERL MW | 09/06/07 | 3.70 | RESEARCH IN CONNECTION WITH TAX CLAIMS (0.2); REVIEW RESPONSE FILED BY HOWARD COUNTY (0.2); DRAFT CORRESPONDENCE TO WORKING GROUP RE: TAX CLAIM MATTERS (0.4); TELECONFERENCE WITH J. DELUCA RE: TAX CLAIM (0.2); CONTINUE RESEARCH RE: VARIOUS TAX CLAIMS MATTERS (1.6); CONSIDER FOLLOW UP AND OUTSTANDING ISSUES IN CONNECTION WITH SAME (1.1). |
| PERL MW | 09/07/07 | 3.30 | WORK ON AND RESEARCH RE: TAX CLAIMS MATTERS (2.9); STRATEGIZE WITH WORKING GROUP RE: SAME (0.4). |
| PERL MW | 09/09/07 | 0.60 | REVIEW TAX CLAIM AND RELATED RESEARCH AND DRAFT SUMMARY RE: SAME (0.6). |
| PERL MW | 09/10/07 | 8.30 | WORK ON AND STRATEGIZE RE: TAX CLAIM MATTERS, INCLUDING RESEARCH RE: PERFECTION OF LIENS, AND TAX PENALTIES (6.1); REVIEW AND PROVIDE COMMENTS TO CLAIMS CHART RE: STATUS OF CLAIMS (1.8); REVIEW VARIOUS CLAIMS RELATED DOCUMENTS (0.4). |
| PERL MW | 09/11/07 | 10.80 | TELECONFERENCE WITH M. THORNTON RESEARCH RE: PERFECTION OF LIENS (0.5); MULTIPLE TELECONFERNCES WITH WORKING GROUP RE: OHIO TAX CLAIM MATTER (0.9, 0.5); CONTINUE TO WORK ON AND RESEARCH TAX CLAIMS MATTERS IN CONNECTION WITH OHIO AND OTHER CLAIMS (6.3); EVALUATE SAME (1.8); CONTINUE TO WORK ON AND UPDATE SUMMARY CLAIMS CHART FOR D. UNRUE (0.8). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 09/12/07 | 6.90 | CONTINUE RESEARCH RE: PERFECTION OF LIENS (0.8); REVIEW CORRESPONDENCE FROM MIAMI DADE COUNTY (0.1); TELECONFERENCE WITH R. COLBY RE: SAME (0.1); AND FOLLOW UP RE: SAME (0.1); MULTIPLE TELECONFERENCES WITH WORKING GROUP RE: OHIO TAX CLAIMS MATTERS (0.7, 0.9); CONTINUE TO WORK ON MATTERS RE: SAME (2.7); CONTINUE RESEARCH IN CONNECTION WITH SAME (0.8); PARTICIPATE IN WORKING GROUP MEETING RE: VARIOUS CLAIMS MATTERS (0.7). |
|---|---|---|---|
| PERL MW | 09/15/07 | 1.60 | REVIEW, CONSIDER AND RESPOND TO VARIOUS CORRESPONDENCES RE: CLAIMS MATTERS (1.6). |
| PERL MW | 09/16/07 | 3.50 | REVIEW AND PROVIDE COMMENTS TO CHART OF LARGEST CLAIMS (0.7); REVIEW RESPONSE FILED BY STATE OF MICHIGAN RE: TAX CLAIMS (0.3); REVIEW CORRESPONDENCE, VARIOUS CHARTS, AND POCS RE: OHIO CLAIMS (1.8); DRAFT CORRESPONDENCE TO WORKING GROUP RE: ISSUES RELATING TO LATE CLAIMS AND ENFORCEMENT OF LIENS (0.7). |
| PERL MW | 09/17/07 | 6.00 | TELECONFERENCE WITH R. ANDERSON (VOYERS SATER) RE: OHIO TAX CLAIM (1.2); FOLLOW UP WITH WORKING GROUP RE: SAME AND OTHER TAX CLAIMS MATTERS (1.2); STRATEGIZE WITH WORKING GROUP RE: OHIO TAX CLAIM MATTERS (1.4); REVIEW SUMMARY OF MICHIGAN TAX CLAIMS (0.6); RETRIEVE AND REVIEW VARIOUS CLAIMS AND RESPONSES FILED BY NEW JERSEY (1.2); STRATEGIZE WITH WORKING GROUP RE: RESEARCH IN CONNECTION WITH TAX PENALTY (0.4). |
| PERL MW | 09/18/07 | 11.40 | CORRESPONDENCES WITH R. COLBY AND J. DELUCA AND WORKING GROUP RE: NJ CLAIMS (0.3); RESEARCH IN CONNECTION WITH TAX CLAIM (0.5); PREPARE FOR (0.4) AND PARTICIPATE IN TELECONFERENCE WITH B. LUETHGE, B. ADAMSON, R. ANDERSON (VOYRS SATER), T. EHLER (VOYRS SATER) AND WORKING GROUP RE: OHIO TAX CLAIMS MATTERS (4.0); FOLLOW UP WITH VARIOUS RELATED MATTERS WITH WORKING GROUP (1.4); TELECONFERENCE WITH B. ADAMSON RE: NY CLAIM (0.3); TELECONFERENCE WITH J. DELUCA RE: VARIOUS TAX CLAIMS (0.4); TELECONFERENCE WITH WORKING GROUP RE: VARIOUS TAX CLAIMS MATTERS (1.1); TELECONFERENCE WITH B. LEUTHGE RE: TAX CLAIMS MATTERS (0.3); REVIEW VARIOUS POCS RE: TAX CLAIMS (0.3); STRATEGIZE RE: RESOLVING NY CLAIM AND RELATED MATTERS (0.6); TELECONFERENCE WITH M. OWENS RE: HOWARD COUNTY, IN CLAIM (0.1); EVALUATE POTENTIAL SETTLEMENT RE: SAME (0.3) RESEARCH IN CONNECTION WITH SAME (1.2); REVIEW SUMMARY OF CLAIMS TO BE RESOLVED (0.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 09/19/07 | 6.40 | TELECONFERENCE WITH B. LUETHGE AND B. ADAMSON RE: NY CLAIM (0.3); FOLLOW UP TELECONFERENCES WITH B. ADAMSON RE: SAME (0.3, 0.1); TELECONFERENCES WITH N. MANN (NY DEPT. OF TAXATION) RE: RESOLUTION OF CLAIM AND RELATED MATTERS (0.3, 0.4); STRATEGIZE WITH WORKING GROUP RE: CLAIMS (0.5); REVIEW RESPONSE FILED BY NY (0.1) AND CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.3); REVIEW LIST OF CLAIMS FOR OBJECTION AND CORRESPOND WITH WORKING GROUP RE: SAME (0.4); REVIEW NY WORKING PAPERS IN CONNECTION WITH AUDIT AND CORRESPOND WITH B. ADAMSON RE: SAME (0.6); FOLLOW UP WITH D. OLBRECHT RE: TAX CLAIM (0.1); DRAFT CORRESPONDENCE TO WORKING GROUP RE: RESEARCH ISSUE IN CONNECTION WITH TAX CLAIM (0.6) AND FOLLOW UP RE: SAME (0.3); REVIEW CLAIMS SETTLEMENT PROCEDURES AND CONSIDER ISSUES RE: CLAIMS RESOLUTION IN CONNECTION WITH SAME (0.5); WORK ON OUTSTANDING ISSUES IN CONNECTION WITH TAX CLAIMS, INCLUDING DISCUSSIONS WITH WORKING GROUP RE: SAME (0.9); RESEARCH IN CONNECTION WITH TAX CLAIMS MATTERS (0.7). |
|---|---|---|---|
| PERL MW | 09/20/07 | 2.10 | STRATEGIZE WITH WORKING GROUP RE: RESEARCH IN CONNECTION WITH TAX PENALTY (0.8); FOLLOW AND STRATEGIZE WITH WORKING GROUP RE: VARIOUS TAX CLAIMS MATTERS (0.9); CONSIDER ISSUES RE: CLAIMS HEARING AND RESPONSES FILED (0.4). |
| PERL MW | 09/21/07 | 2.60 | REVIEW AND PROVIDE COMMENTS TO OMNIBUS CLAIMS OBJECTION (0.6); TELECONFERENCES WITH B. ADAMSON RE: NEW YORK TAX CLAIM (0.3, 0.2); TELECONFERENCES WITH NEAL MANN RE: NEW YORK TAX CLAIM (0.3, 0.3); FOLLOW UP WITH WORKING GROUP RE: SAME (0.4); STRATEGIZE RE: RESEARCH IN CONNECTION WITH TAX CLAIM (0.5). |
| PERL MW | 09/23/07 | 1.90 | REVIEW STATUS OF BOSCH MOTION TO AMEND PROOF OF CLAIM (0.1); REVIEW STATUS OF VARIOUS TAX CLAIMS AND DRAFT CORRESPONDENCE RE: SAME AND NEXT STEPS (1.8). |

B43E

| PERL MW | 09/24/07 | 6.90 | TELECONFERENCE WITH B. ADAMSON RE: NY CLAIM (0.3); RETRIEVE AND REVIEW VARIOUS PROOFS OF CLAIM FILED BY NY (0.6); TELECONFERENCE WITH J. DELUCA RE: SAME (0.4); BEGIN DRAFTING SETTLEMENT AGREEMENT FOR NY CLAIM (1.7); TELECONFERENCE WITH D. UNRUE, J. DELUCA, AND WORKING GROUP RE: PRIORITY TAX CLAIMS (0.5); TELECONFERENCE WITH M. MCCRORY AND M. OWENS RE: HOWARD COUNTY, IN CLAIM (0.4); TELECONFERENCE WITH D. OLBRECHT RE: VARIOUS TAX CLAIMS (0.7) AND FOLLOW UP WITH WORKING GROUP RE: SAME (0.4); MEET WITH WORKING GROUP TO REVIEW NEXT STEPS RE: LARGEST TAX CLAIMS (0.5); RESEARCH RE: TAX CLAIMS ISSUES (0.4); REVIEW STATUS OF VARIOUS TAX CLAIMS (0.6); REVIEW VARIOUS MICHIGAN CLAIMS AND BEGIN DRAFTING SUMMARY OF PRIORITY STATUS IN CONNECTION WITH SAME (0.4). |
|---------|----------|------|---|
| PERL MW | 09/25/07 | 12.80 | CONTINUE DRAFTING SUMMARY OF PRIORITY STATUS OF VARIOUS MI CLAIMS (1.0); REVIEW FIRST DAY TAXES MOTION AND ORDER AND DRAFT SUMMARY OF SAME IN CONNECTION WITH NY CLAIM (0.7); DRAFT CORRESPONDENCE TO WORKING GROUP RE: PAYMENT OF CLAIMS UNDER PLAN (0.3); REVIEW DOCUMENT FROM VORYS SATER RE: OHIO CLAIM AND CORRESPOND WITH WORKING GROUP RE: SAME (0.2); REVIEW ESTIMATION MOTION AND FOLLOW UP WITH ATTORNEY FOR U.S. CUSTOMS (0.6); TELECONFERENCE WITH M. SCHWARTZ RE: SAME (0.2); TELECONFERENCE WITH D. OLBRECHT AND J. GOODMAN RE: WISCONSIN CLAIM (1.0); STRATEGIZE WITH WORKING GROUP RE: POTENTIAL PAYMENT OF TAX CLAIMS UNDER PLAN OF REORGANIZATION (1.5); MEET WITH WORKING GROUP TO DISCUSS VARIOUS CLAIMS ISSUES (1.1); FOLLOW UP TELECONFERENCE WITH D. OLBRECHT AND J. GOODMAN RE: WISCONSIN CLAIM (1.5); FOLLOW UP CALL WITH WORKING GROUP RE: SAME (0.3); TELECONFERENCE WITH WORKING GROUP RE: INTEREST RATE ISSUE (0.2) AND FOLLOW UP RE: SAME (0.1); REVIEW AND PROVIDE COMMENTS TO VORYS SATER RE: LANGUAGE FOR OHIO DOCUMENT AND COORDINATE RE: SAME (0.4); REVIEW PROPOSED LANGUAGE FOR SETTLEMENT OF WISCONSIN CLAIM AND PROVIDE COMMENTS TO SAME (0.6); CORRESPOND WITH WORKING GROUP AND J. GOODMAN RE: SAME (0.2); CONTINUE TO WORK ON VARIOUS MATTERS RELATING TO TAX AND NEXT STEPS, INCLUDING PROVIDING GUIDANCE ON RESEARCH (2.3); FOLLOW UP RESEARCH RE: TAX CLAIMS (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 09/26/07 | 7.70 | REVIEW CASE LAW RE: PENALTIES AND PROVIDE SUMMARY RE: SAME (1.7); WORK ON OUTSTANDING TAX CLAIMS MATTERS (0.3); TELECONFERENCE WITH D. OLBRECHT AND S. GROBE RE: MICHIGAN SBT TAX CLAIMS AND FOLLOW UP RE: SAME (1.0); TELECONFERENCE WITH B. LUETHGE AND B. ADAMSON RE: MI USE TAX CLAIMS (0.7); MULTIPLE TELECONFERENCE WITH J. GOODMAN AND J. HARNETT RE: RESOLUTION OF WISCONSIN CLAIM (0.3, 0.2); MULTIPLE FOLLOW UP TELECONFERENCES WITH WORKING GROUP RE: SAME (0.6); REVIEW LOCAL RULES IN CONNECTION WITH SAME (0.3); TELECONFERENCE WITH D. UNRUE, J. DELUCA, T. BEHNKE, AND WORKING GROUP RE: CLAIMS (0.5); TELECONFERENCE WITH J. DELUCA RE: MI TAX CLAIMS (0.3); MEET WITH WORKING GROUP RE: STATUS OF VARIOUS TAX CLAIMS (0.4); STRATEGIZE RE: CLAIM TO BE NOTICED FOR HEARING AND POTENTIAL NEXT STEPS (0.5); REVIEW AND PROVIDE COMMENTS TO RESPONSE CHART (0.4); REVIEW CORRESPONDENCES RE: IN INTEREST RATE AND FOLLOW UP WITH R. ARRIGO RE: SAME (0.3); REVIEW RESPONSE RE: WISCONSIN CLAIM AND FOLLOW UP WITH WORKING GROUP RE: SAME (0.2). |
|---|---|---|---|
| PERL MW | 09/29/07 | 0.50 | REVIEW VARIOUS CLAIMS RELATED CORRESPONDENCES (0.5). |
| PERL MW | 09/30/07 | 0.70 | TELECONFERENCE WITH WORKING GROUP RE: TAX CLAIMS TO BE NOTICED FOR HEARING (0.2); COORDINATE WITH WORKING GROUP RE: NEXT STEPS FOR TAX CLAIMS (0.3); REVIEW VARIOUS MI PROOFS OF CLAIM (0.2). |

                                106.40

| PLATT SJ | 09/02/07 | 1.70 | CONTINUE TO RESEARCH SERVICE ON GOVERNMENT AGENCIES (1.7). |
|---|---|---|---|
| PLATT SJ | 09/04/07 | 8.50 | TELECONFERENCES WITH VARIOUS CLAIMANTS (0.7); TELECONFERENCE WITH D. EVANS RE: CLAIM OF DOOSAN (0.1); TELECONFERENCE WITH J. PAPELIAN RE: MDL SPECIAL PARTIES (0.1); COMPILE SPECIAL PARTIES LIST RE: MDL MOTION (3.4); FOLLOW UP ON STATUS OF CLAIMS (1.3); PARTICIPATE IN CLAIMS TEAM MEETING (0.3); PREPARE FOR FILING OF NOTICES (1.3); DRAFT SCRIPT FOR CLAIMS HEARING (1.3). |
| PLATT SJ | 09/05/07 | 7.60 | FOLLOW UP ON OUTSTANDING CLAIM SETTLEMENTS (0.9); DRAFT MEET AND CONFER LETTER RE: MILLENNIUM INDUSTRIES (1.7); TELECONFERENCE WITH J. PAPELIAN RE: MDL SPECIAL PARTIES (0.3); CONTINUE COMPILING MDL SPECIAL PARTIES LIST (4.4); FINALIZE STIPULATIONS FOR FILING (0.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PLATT SJ | 09/06/07 | 3.30 | TELECONFERENCE WITH J. PAPELIAN RE: MDL SPECIAL PARTIES (0.1); CONTINUE TO COMPILE MDL SPECIAL PARTIES LIST (2.0); RESPOND TO MESSAGES LEFT ON DELPHI LEGAL HOTLINE (0.1); FOLLOW UP ON CLAIMS SETTLEMENTS (1.1). |
|---|---|---|---|
| PLATT SJ | 09/07/07 | 1.30 | REVISE MDL SPECIAL PARTIES LIST (0.3); EMAIL RE: ARKEMA MOTION (0.2); FOLLOW UPON CLAIM SETTLEMENTS (0.3); RESPOND TO MESSAGES FROM CLAIMANTS ON DELPHI LEGAL HOTLINE (0.5). |
| PLATT SJ | 09/08/07 | 4.10 | DRAFT OBJECTION TO MARSILLI MOTION TO FILE LATE CLAIM (4.1). |
| PLATT SJ | 09/09/07 | 4.00 | DRAFT OBJECTION TO ARKEMA MOTION TO FILE LATE CLAIM (4.0). |
| PLATT SJ | 09/10/07 | 3.00 | REVIEW AND RESPOND TO MESSAGES LEFT ON DELPHI LEGAL HOTLINE (1.3); TELECONFERENCES WITH CLAIMANTS AND FOLLOW UP ON OUTSTANDING ISSUES (1.7). |
| PLATT SJ | 09/11/07 | 3.70 | REVIEW RETURNED MAIL FROM MDL SERVICE AND OTHER CLAIMS PLEADINGS (1.7); TELECONFERENCE RE: STIPULATION WITH KILROY (0.1); FINALIZE STATEMENTS OF DISPUTED ISSUES FOR FILING (1.0); DRAFT SETTLEMENT DOCUMENTS RE: CLAIMS OF SOLVAY (0.6); REVIEW DOCKETED ORDERS FOR CHANGES (0.3). |
| PLATT SJ | 09/12/07 | 1.90 | EMAILS TO CLAIMANTS RE: SETTLEMENTS (0.9); PARTICIPATE IN CLAIMS WORKING GROUP MEETING (0.7); REVISE NOTICES OF ENTRY OF ORDER (0.3). |
| PLATT SJ | 09/13/07 | 0.40 | UPDATE PANASONIC STIPULATION (0.3); EMAILS RE: CLAIMS SETTLEMENTS (0.1). |
| PLATT SJ | 09/14/07 | 4.10 | REVIEW STATUS OF CLAIMS SETTLEMENTS (0.1); EMAILS RE: SETTLEMENT DOCUMENTS (0.5); FOLLOW UP ON PENDING OBJECTIONS (0.9); UPDATE CHART OF STIPULATIONS TO BE PRESENTED (0.5); RESEARCH RE: PBGC CLAIMS (2.1). |
| PLATT SJ | 09/15/07 | 1.90 | REVISE STIPULATIONS TO CONSOLIDATE AND CAP CLAIMS (0.4); DRAFT DECLARATIONS IN SUPPORT OF OBJECTIONS TO MOTIONS FOR LATE CLAIMS (1.5). |
| PLATT SJ | 09/17/07 | 6.60 | REVIEW STATUS OF PENDING SETTLEMENT NEGOTIATIONS (0.3); UPDATE HEARING PLANNER (2.0); REVISE CAPPING STIPULATIONS (2.0); DRAFT NOTICE OF PRESENTMENT (0.2); REVISE OBJECTIONS TO MOTIONS FOR LATE CLAIMS (2.1). |
| PLATT SJ | 09/18/07 | 5.80 | DRAFT SCRIPT FOR MARSILLI OBJECTION AND CONDUCT ADDITIONAL RESEARCH (2.4); DRAFT ARKEMA OBJECTION SCRIPT (2.8); PREPARE FOR UPCOMING CLAIMS HEARING ON LATE CLAIMS ISSUES (0.4); UPDATE CLAIMS CALENDAR (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PLATT SJ | 09/19/07 | 7.30 | REVISE KILROY STIPULATION (0.6); EMAIL RE: MARSILLI AND ARKEMA OBJECTIONS (0.1); DRAFT REPLY IN SUPPORT OF 20TH OMNIBUS CLAIMS OBJECTION (0.9); FOLLOW UP ON MDL SERVICE LIST (3.0); REVISE MARSILLI AND ARKEMA OBJECTIONS (1.0); DRAFT BOSCH CAPPING STIPULATION (0.8); REVIEW CLAIMS RELATED RETURNED MAIL (0.2); REVISE ORDER RE: 20TH OMNIBUS CLAIMS OBJECTION (0.7). |
| PLATT SJ | 09/20/07 | 9.90 | RESEARCH RE: PRESUMPTION OF MAILING (1.4); FINALIZE MARSILLI AND ARKEMA OBJECTIONS FOR FILING (3.1); TELECONFERENCE WITH M. HOUSE (0.1); EMAILS RE: MILLENNIUM MEET AND CONFER (0.1); CLAIMS WORKING GROUP MEETING RE: PREPARATION OF DOCUMENTS RE: TWENTIETH OMNIBUS OBJECTION (0.5); REVISE ORIX STIPULATION (0.3); PREPARE FOR UPCOMING CLAIMS HEARING (2.6); REVISE DECLARATION IN SUPPORT OF SUPPLEMENTAL REPLY TO LATE CLAIMS (0.4); REVISE SCRIPT FOR ESTIMATION MOTION (0.9); DRAFT NOTICE OF PRESENTMENT (0.2); REVIEW LIST OF NOTICE ADDRESS FROM KCC (0.3). |
| PLATT SJ | 09/21/07 | 9.60 | UPDATE SPECIAL PARTIES LIST FOR NOTICES OF PRESENTMENT (0.2); REVISE ULTRATECH SETTLEMENT DOCUMENTS (0.6); PREPARE FOR FILINGS AND UPCOMING HEARING (4.1); TELEPHONE CONFERENCES WITH OPPOSING COUNSEL AND REVISE STIPULATIONS TO CAP CLAIMS (2.1); BEGIN DRAFTING RESPONSE TO OBJECTIONS TO ESTIMATION MOTION (2.6). |
| PLATT SJ | 09/24/07 | 3.50 | REVIEW RESPONSE CHART (0.2); DRAFT SCRIPT FOR CLAIMS HEARING (1.2); REVISE CAPPING STIPULATIONS (0.5); RESEARCH RE: NOTICE TO CLAIMS TRADERS (1.6). |
| PLATT SJ | 09/25/07 | 9.70 | TELECONFERENCE AND EMAIL WITH G. SHAH RE: MARSILLI (0.1); REVISE CAPPING STIPULATIONS (0.8); MAKE ARRANGEMENTS FOR UPCOMING MEET AND CONFERS (1.7); PARTICIPATE IN MEET AND CONFERS AND PREPARE FOR HEARING ON ARKEMA AND MARSILLI MOTIONS (4.7); REVISE LATE CLAIMS SCRIPT (1.0); BEGIN DRAFTING SETTLEMENT AGREEMENT RE: CONTRARIAN CLAIMS (0.7); DISCUSS TAX CLAIMS ISSUES (0.2); EMAILS TO VARIOUS CLAIMANTS (0.5). |
| PLATT SJ | 09/26/07 | 4.00 | REVISE REPLY AND RESPONSE CHART FOR 20TH OMNIBUS OBJECTION AND PREPARE FOR FILING (2.7); PREPARE FOR CLAIMS HEARING (0.7); FILE ARKEMA SUPPLEMENTAL DECLARATION (0.1); BEGIN DRAFTING HUNDAI STIPULATION (0.5). |
| PLATT SJ | 09/27/07 | 6.30 | REVISE SCRIPTS AND PREPARE FOR CLAIMS HEARING (6.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PLATT SJ            09/28/07      5.60   PREPARE FOR AND ATTEND CLAIMS HEARING
                                         (5.0); FOLLOW UP ON OUTSTANDING CLAIMS
                                         MATTERS (0.6).

                                113.80

SAMOLE RM          09/04/07      3.60   TELECONFERENCE WITH BBK, ET AL. RE:
                                         DAMAGES DECLARATION (0.4); REVIEW
                                         EXHIBITS RE: SAME (2.1); REVIEW RELATED
                                         NUTECH PLEADINGS (1.1).

SAMOLE RM          09/05/07      2.40   DRAFT FRANCIS DECLARATION (2.4).

SAMOLE RM          09/07/07      2.60   CONTINUE TO DRAFT FRANCIS AFFIDAVIT
                                         (2.6).

SAMOLE RM          09/09/07      0.90   REVIEW DRAFT MEDIATION STATEMENT RE:
                                         NUTECH CLAIM (1.1). REVIEW FRANCIS
                                         AFFIDAVIT RE: SAME (0.9).

SAMOLE RM          09/11/07      2.80   REVIEW FINAL NUTECH DOCUMENTS
                                         TRANSMITTED TO MEDIATOR (2.8).

                                 12.30

STUART NL          09/24/07      1.80   REVIEW RECLAMATION, FLOW-THROUGH AND
                                         ENVIRONMENTAL ISSUES (1.8).

                                  1.80

TULLSON CT*        09/20/07      3.30   REVIEW RESPONSES AND PREPARED SUMMARY
                                         CHART (3.3).

TULLSON CT*        09/21/07      9.70   SUMMARY AND CHART OF RESPONSES TO 20TH
                                         OMNIBUS OBJECTION (9.4); DOCKET SEARCH
                                         FOR MDL RESPONSES (0.3).

TULLSON CT*        09/22/07      3.20   SUMMARY OF RESPONSES TO 20TH OMNIBUS
                                         OBJECTION, INCLUDING LATE DOCKET
                                         RESPONSES (2.6); SUMMARIZE LATE
                                         RESPONSE, FINAL EDITS OF 20TH OMNI
                                         RESPONSE CHART (0.6).

TULLSON CT*        09/24/07      6.40   EDITS AND ADDING NEW RESPONSES TO CHART
                                         (6.4).

TULLSON CT*        09/25/07      4.30   EDIT 20TH OMNI RESPONSE SUMMARY CHART
                                         (4.3).

                                 26.90

VAN GELDER A       09/02/07      2.00   REVIEW HE SERVICES' DEPOSITION
                                         DESIGNATIONS AND MAKE COUNTER
                                         DESIGNATIONS (2.0).

VAN GELDER A       09/04/07      7.20   CONTINUE TO DRAFT WITNESS PREPARATION
                                         OUTLINES AND REVIEW CASE MATERIALS IN
                                         CONNECTION WITH THE SAME (7.2).

VAN GELDER A       09/05/07     12.80   CONTINUE DRAFTING WITNESS PREPARATION
                                         OUTLINES AND REVIEW CASE MATERIALS IN
                                         CONNECTION WITH THE SAME (2.3); MEET
                                         WITH WITNESSES FOR CROSS EXAMINATION
                                         PREPARATION (6.1); PREPARE FOR HEARING
                                         (4.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

VAN GELDER A      09/06/07      7.00   CONTINUE TO PREPARE FOR HEARING (3.2);
                                      ATTENDING HEARING (3.8).

VAN GELDER A      09/13/07      1.20   RESEARCH ADMISSIBILITY OF CORPORATE
                                      POLICY MANUALS IN CONNECTION WITH
                                      WHITNEY CLAIM (1.2).

VAN GELDER A      09/14/07      4.80   CONTINUE RESEARCH RE: ADMISSIBILITY OF
                                      POLICY MANUAL IN CONNECTION WITH
                                      WHITNEY CLAIM (2.7); RESEARCH
                                      ADMISSIBILITY OF CUSTOMER COMPLAINTS
                                      (1.3); DRAFT MEMO RE: THE SAME (0.8).

VAN GELDER A      09/17/07      2.40   RESEARCH FACTUALLY SIMILAR
                                      NONDISCRIMINATORY PURPOSE CASES (2.1);
                                      RESEARCH ADMISSIBILITY OF
                                      ORGANIZATIONAL CHARTS (0.3).

VAN GELDER A      09/18/07      1.20   CONTINUE WHITNEY RESEARCH ON
                                      ADMISSIBILITY OF ORGANIZATIONAL CHARTS
                                      AND NONDISCRIMINATORY PURPOSES (1.2).

VAN GELDER A      09/20/07      5.60   BEGIN RESEARCHING DAMAGES ISSUES WITH
                                      RESPECT TO WHITNEY CLAIM AND READ CASE
                                      DOCUMENTS IN CONNECTION WITH THE SAME
                                      (5.6).

VAN GELDER A      09/21/07      4.30   REVIEW AND ANALYZE CASE LAW WITH RESPECT
                                      TO DAMAGES ISSUES RELEVANT TO WHITNEY
                                      CLAIM AND BEGIN TO DRAFT MEMORANDUM RE:
                                      THE SAME (4.3).

VAN GELDER A      09/23/07      6.20   CONTINUE RESEARCHING DAMAGES ISSUES
                                      RELEVANT TO WHITNEY CLAIM AND DRAFT
                                      MEMORANDUM RE: THE SAME (6.2).

VAN GELDER A      09/28/07      0.40   TELECONFERENCE WITH K. CRAFT REQUESTING
                                      CHERRY GMBH DOCUMENTS; GATHER AND SEND
                                      DOCUMENTS (0.4).

                                55.10

WHARTON JN        09/03/07      1.40   REVIEW LIST OF TOP CLAIMS WITH HIGHEST
                                      DOLLAR VARIANCES AND FORMULATE STRATEGY
                                      RE: RESOLUTION (0.6); ANALYZE EEOC
                                      CLAIM (0.3); REVIEW PRESENTATION TO
                                      STATUTORY COMMITTEES RE: CLAIMS (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WHARTON JN | 09/04/07 | 7.30 | REVIEW STIPULATIONS WITH JOHN BENZ & CO. (0.2), LASALLE NATIONAL BANK (0.2), KILROY REALTY LP (0.2), AND ORIX WARREN LLC (0.2); FORMULATE STRATEGY RE: CLAIMS OF HITACHI (0.2), ERISA CLASS ACTION PLAINTIFFS (0.5), EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (0.3), VENTURE PLASTICS (0.1), OHIO DEPARTMENT OF TAXATION (0.2); FORMULATE STRATEGY RE: TOP 50 DOLLAR VARIANCE CLAIMS (3.3); PREPARE NOTICES OF HEARING RE: CLAIMS OF DEPARTMENT OF LABOR (0.2), MILLENNIUM INDUSTRIES (0.2), AND ATEL LEASING (0.2); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.2); TELECONFERENCE WITH D. UNRUE RE: CLAIMS ISSUES (0.3); REVIEW DRAFT OF MOTION RE: TECHNOLOGY PROPERTIES CLAIMS (0.4); TELECONFERENCE WITH F. KUPLICKI OF DELPHI RE: CLAIMS (0.2);TELECONFERENCE WITH T. BEHNKE OF FTI RE: CLAIMS (0.2). |
|---|---|---|---|
| WHARTON JN | 09/05/07 | 6.00 | REVIEW DRAFT PRESENTATION TO STATUTORY COMMITTEES RE: CLAIMS (0.5); REVIEW CLAIMS-RELATED CORRESPONDENCE (0.1); REVIEW AGENDA FOR SEPTEMBER 6 CLAIMS HEARING (0.4); FORMULATE STRATEGY RE: CLAIMS ASSERTED BY CLAIMANTS HOLDING OPEN RECLAMATION CLAIMS (0.4); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.3); TELECONFERENCE WITH D. UNRUE RE: CLAIMS (0.3); REVIEW DRAFT LETTER TO MILLENNIUM INDUSTRIES RE: MEET AND CONFER OBLIGATION (0.2); TELECONFERENCE WITH T. BEHNKE OF FTI AND D. UNRUE OF DELPHI RE: CLAIMS ASSERTED BY CLASS ACTION PLAINTIFFS AND RELATED PARTIES (0.4); FORMULATE STRATEGY RE: CLAIMS OF EEOC (0.2), CHERRY GMBH (0.2), TECHNOLOGY PROPERTIES (0.2), ACE COMPANIES (1.1); PREPARE FOR SEPTEMBER 6 CLAIMS HEARING (0.4), TELECONFERENCE WITH S. KUNST, DINSMORE & STOHL, OUTSIDE COUNSEL TO DELPHI, RE: EEOC CLAIM (0.3); REVIEW PRESENTATION TO STATUTORY COMMITTEES RE: CLAIMS (0.4); CONTINUE TO REVISE MOTION TO ESTIMATE CLAIMS (0.4); TELECONFERENCE WITH B. TELGEN OF DELPHI RE: CLAIMS OF ACE COMPANIES (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WHARTON JN | 09/06/07 | 7.20 | TELECONFERENCE WITH M. REED, COUNSEL TO ACE COMPANIES, RE: CLAIMS (0.3), WORK ON RESOLUTION OF ACE CLAIMS (0.8) AND TELECONFERENCE WITH B. TELGEN OF DELPHI RE: SAME (0.2); FORMULATE STRATEGY RE: RESOLUTION OF CLAIMS OF UNIVERSAL TOOL & ENGINEERING (0.4), TECHNOLOGY PROPERTIES, LTD. (0.6), U.S. DEPARTMENT OF LABOR (0.5), ARKEMA INC. (0.4), ATEL LEASING (0.4), MILLENNIUM INDUSTRIES (0.4), AND EEOC (0.4); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.1); TELECONFERENCE WITH D. BAUMSTEIN OF WHITE & CASE RE: CLAIMS ESTIMATION MOTION (0.2); CONTINUE TO REVISE MOTION TO ESTIMATE CLAIMS (1.7); TELECONFERENCE WITH D. UNRUE OF DELPHI RE: CLAIMS ISSUES (0.4); FORMULATE STRATEGY RE: LITIGATING CLAIMS (0.4). |
|---|---|---|---|
| WHARTON JN | 09/07/07 | 6.90 | FORMULATE STRATEGY RE: U.S. DEPARTMENT OF LABOR CLAIM (0.8); TELECONFERENCE WITH J. DEJONKER, COUNSEL TO CHERRY GMBH, RE: CLAIM (0.1); WORK ON CLAIMS OF UNIVERSAL TOOL (0.3) AND TELECONFERENCE WITH B. BRAMAN, COUNSEL TO UNIVERSAL TOOL (0.2); WORK ON CLAIMS OF ACE COMPANIES (0.6), AIG (0.6); FINISH WORK ON AND FILE MOTION TO ESTIMATE CLAIMS (3.8); CONTINUE TO REVIEW DRAFT OF PLAN RE: CLAIMS ISSUES AND FORMULATE RESPONSES TO ANTICIPATED INQUIRIES (0.5). |
| WHARTON JN | 09/09/07 | 4.80 | FORMULATE STRATEGY RE: TOP 50 CLAIMS (0.5), UNIVERSAL TOOL CLAIMS (0.5), U.S. DEPARTMENT OF LABOR (1.0), HYUNDAI (0.2), HITACHI (0.2), SOLECTRON (0.2), ACE (0.2), AIG (0.2), MDL PLAINTIFFS (0.3), AND ULTRATECH (0.2); FORMULATE STRATEGY RE: ESTIMATION OF CLAIMS (0.3); REVIEW STATEMENTS OF DISPUTED ISSUES RE: CLAIMS OF MILLENNIUM INDUSTRIES (0.7) AND ATEL LEASING (0.3). |
| WHARTON JN | 09/10/07 | 5.70 | REVIEW DRAFT SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF ULTRATECH (0.2); FORMULATE STRATEGY RE: CLAIMS OF UNIVERSAL TOOL (0.2), ATEL LEASING (0.5), U.S. DEPARTMENT OF LABOR (0.5); PANASONIC (0.2), AND TOP 50 CLAIMS (0.3); ATTEND WEEKLY CLAIMS MANAGEMENT MEETING WITH D. UNRUE OF DELPHI, T. BEHNKE OF FTI, (2.5); WORK ON LITIGATION OF MILLENNIUM INDUSTRIES' CLAIM (0.3); FORMULATE STRATEGY RE: LATE CLAIMS (0.4), ESTIMATION OF CLAIMS (0.6). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WHARTON JN | 09/11/07 | 7.10 | WORK ON CLAIMS OF U.S. DEPARTMENT OF LABOR (0.8); REVIEW STIPULATION RE: CLAIM OF CITY OF VANDALIA (0.4), REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.2); FORMULATE STRATEGY RE: AMENDING SCHEDULES (0.7), ENVIRONMENTAL CLAIMS (0.5), LATE CLAIMS (0.5); FORMULATE STRATEGY RE: CLAIMS OF UNIVERSAL TOOL (0.5) AND PBGC (0.4), RESPONDING TO INQUIRIES RE: CLAIMS ESTIMATION (0.6); REVIEW AND PREPARE FOR FILING OF STATEMENTS OF DISPUTED ISSUES RE: CLAIMS OF MILLENNIUM INDUSTRIES (1.0), U.S. DEPARTMENT OF LABOR (0.8), AND ATEL LEASING (0.5); TELECONFERENCE WITH R. FOX, COUNSEL TO ST. LOUIS COUNTY (0.1) AND REVIEW SETTLEMENT AGREEMENT RE: SAME (0.1). |
|---|---|---|---|
| WHARTON JN | 09/12/07 | 7.20 | REVIEW SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF ULTRATECH (0.2); DRAFT CORRESPONDENCE WITH M. REED, COUNSEL TO ACE, RE: RESOLUTION OF CLAIMS (0.2); FORMULATE STRATEGY RE: CLAIMS OF JOHNSON CONTROLS, INC. (0.2), BRUSH WELLMAN (0.1), HITACHI (0.2), BENEKE KALIKO (0.2), UNIVERSAL TOOL ENVIRONMENTAL CLAIMS (0.2), AND UNITED PLASTICS GROUP (0.2); FORMULATE STRATEGY RE: TREATMENT OF LATE CLAIMS (0.7), CLAIMANTS ALSO ASSERTING RECLAMATION CLAIMS (0.4), ESTIMATING CLAIMS (0.3) RESOLVING CLAIMS (0.7), LITIGATING CLAIMS (0.9); WORK ON MOTION TO DISALLOW UNTIMELY CLAIMS (0.3); REVIEW CLAIMS-RELATED CORRESPONDENCE (0.2); REVIEW DRAFT NOTICES OF ENTRY OF ORDER RE: 18TH AND 19TH OMNIBUS CLAIMS OBJECTION (0.2); TELECONFERENCES WITH P. BROITMAN, COUNSEL TO U.S. DEPARTMENT OF LABOR, RE: LITIGATION OF CLAIM (0.4) AND DRAFT LETTER TO P. BROITMAN RE: MEET AND CONFER (0.2); PREPARE FOR SEPT. OMNIBUS HEARING RE: CLAIMS MATTERS (0.6); TELECONFERENCE WITH D. UNRUE RE: CLAIMS ISSUES (0.2); WORK ON RESOLVING U.S. DEPARTMENT OF LABOR CLAIM (0.4); REVIEW CHART SUMMARIZING SETTLEMENTS OF CLAIMS (0.2). |
| WHARTON JN | 09/13/07 | 2.00 | CONTINUE TO PREPARE FOR SEP. 27 OMNIBUS HEARING RE: CLAIMS MATTERS (0.4); FORMULATE STRATEGY RE: CLAIMS OF IBJTC (0.2), MDL PLAINTIFFS (0.2); ULTRATECH (0.3), ATS OHIO (0.2), DIRECTORS AND OFFICERS (0.2), AND PANASONIC (0.3); REVIEW RESPONSES TO 20TH OMNIBUS CLAIMS OBJECTION (0.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN      09/14/07      6.70  DEVELOP STRATEGY RE: CLAIMS OF MDL
                                    PLAINTIFFS (0.4); PREPARE FOR MEETING
                                    WITH J. SHEEHAN RE: CLAIMS STRATEGY
                                    (0.5); REVIEW MOTION OF FRY'S METAL TO
                                    VACATE ORDER RE: CLAIM (0.5); REVIEW
                                    DRAFT OF BRIEF IN SUPPORT OF DISALLOWING
                                    LATE CLAIMS (0.9); REVIEW MOTIONS OF
                                    ARKEMA INC. (0.8) AND MARSILLI & CO.
                                    (0.8) TO FILE LATE CLAIMS;
                                    TELECONFERENCE WITH T. BEHNKE OF FTI RE:
                                    CLAIMS (0.4); FINALIZE PANASONIC
                                    SETTLEMENT AGREEMENT (0.3); REVIEW
                                    CORRESPONDENCE RE: CLAIMS (0.5);
                                    PREPARE FOR SEP. 28 CLAIMS HEARING
                                    (0.8); FORMULATE STRATEGY RE: UNIVERSAL
                                    TOOL CLAIMS (0.3) AND UNITED PLASTICS
                                    GROUP CLAIM (0.2); TELECONFERENCE WITH
                                    H. BAER OF LATHAM & WATKINS RE: CHERRY
                                    GMBH (0.1) AND FORMULATE STRATEGY RE:
                                    SAME (0.2).

WHARTON JN      09/15/07     11.80  REVIEW SETTLEMENT AGREEMENT AND
                                    STIPULATION RE: CLAIM OF ULTRATECH
                                    (0.3); WORK ON OBJECTIONS TO MOTIONS OF
                                    MARSILLI (2.8) AND ARKEMA (2.8) TO FILE
                                    LATE CLAIMS; WORK ON MOTION TO DISALLOW
                                    LATE CLAIMS (3.8); FORMULATE STRATEGY
                                    RE: CLAIMS OF U.S. DEPARTMENT OF LABOR
                                    (0.2), IBJTC (0.2), AND SOLVAY (0.1);
                                    REVIEW STIPULATIONS TO RESOLVE CLAIMS
                                    OF KILROY REALTY (0.4), LASALLE
                                    NATIONAL BANK (0.4), JOHN BENZ & CO.
                                    (0.4), AND ORIX WARREN LLC (0.4).

WHARTON JN      09/16/07      1.70  CONTINUE TO WORK ON MOTION TO DISALLOW
                                    LATE CLAIMS (0.6); FORMULATE STRATEGY
                                    RE: CLAIM OF 3M (0.2) AND TAX CLAIMS
                                    (0.4); PREPARE FOR CLAIMS STRATEGY
                                    MEETING WITH J. SHEEHAN OF DELPHI (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        09/17/07      10.80   DEVELOP STRATEGY RE: LITIGATION OF
                                        MILLENNIUM INDUSTRIES CLAIM (0.2);
                                        PREPARE FOR AND REVIEW DRAFT
                                        PRESENTATION FOR SENIOR CLAIMS STRATEGY
                                        MEETING (1.6); FORMULATE STRATEGY RE:
                                        ENVIRONMENTAL CLAIMS (0.2), TAX CLAIMS
                                        (0.4), MDL CLAIMS (0.4), TOP 10
                                        ADJOURNED CLAIMS (0.3), AMEND SCHEDULES
                                        (0.3); WORK TO RESOLVE CLAIMS OF CHERRY
                                        GMBH (0.2), DOOSAN INFRACORE (0.2), AND
                                        BEST FOAM (0.2); ATTEND SENIOR CLAIMS
                                        STRATEGY MEETING WITH J. SHEEHAN, D.
                                        UNRUE, AND K. CRAFT OF DELPHI, T. BEHNKE
                                        AND A. FRANKUM OF FTI (1.3); DRAFT
                                        STIPULATION RESOLVING ACE COMPANIES
                                        CLAIMS (0.2); WORK ON OBJECTIONS TO
                                        MOTIONS OF MARSILLI (0.3) AND ARKEMA
                                        (0.3) TO FILE LATE CLAIMS; CONTINUE TO
                                        WORK ON MOTION TO DISALLOW LATE CLAIMS
                                        (3.8); REVIEW MOTION OF SPECIAL COATING
                                        TO VACATE ORDER RE: CLAIM (0.2); PREPARE
                                        FOR SEP. 28 CLAIMS HEARING; (0.3);
                                        CONTINUE TO REVIEW STIPULATIONS TO
                                        RESOLVE CLAIMS OF KILROY REALTY (0.1),
                                        LASALLE NATIONAL BANK (0.1), JOHN BENZ
                                        & CO. (0.1), AND ORIX WARREN LLC (0.1).

WHARTON JN        09/18/07      10.80   CONTINUE TO REVISE BRIEF RE: LATE CLAIMS
                                        (0.5); ATTEND WEEKLY CLAIMS MANAGEMENT
                                        MEETING WITH D. UNRUE, J. DELUCA, AND K.
                                        CRAFT OF DELPHI, T. BEHNKE OF FTI (2.2);
                                        WORK ON RESOLUTION OF CLAIMS OF CHERRY
                                        GMBH (0.3), HITACHI (0.2), MDL
                                        CLAIMANTS' CLAIMS (0.4);
                                        TELECONFERENCE WITH K. CUNNINGHAM,
                                        COUNSEL TO FCI USA RE: CLAIM (0.2) AND
                                        ANALYZE SAME CLAIM (0.2);
                                        TELECONFERENCE WITH M. O'NEAL, COUNSEL
                                        TO BOSCH (0.2) AND WORK ON RESOLUTION
                                        RE: SAME (0.4); WORK ON RESOLUTION OF
                                        SUN MICROSYSTEMS CLAIM (0.4), UNIVERSAL
                                        TOOL CLAIM (0.6), TELECONFERENCE WITH
                                        M. DAVIS, COUNSEL TO AIG RE: CLAIM (0.2)
                                        AND WORK TO RESOLVE SAME (0.5);
                                        TELECONFERENCE WITH W. SIMKULAK,
                                        COUNSEL TO ACE RE: STIPULATION (0.1) AND
                                        WORK ON SAME (2.4); WORK ON STIPULATIONS
                                        RE: CLAIMS OF TAKATA (0.7); REVIEW
                                        STIPULATION RE: G. WHITNEY CLAIM (0.3);
                                        REVIEW RESPONSES TO 20TH OMNIBUS CLAIMS
                                        OBJECTION (0.4); CONTINUE TO PREPARE
                                        FOR SEP. 28 CLAIMS HEARING (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN       09/19/07    16.00   WORK ON RESOLVING CLAIMS OF UNIVERSAL
                                     TOOL (0.2), CHERRY GMBH (0.2), HITACHI
                                     (0.4), TAKATA (0.9), COMERICA (0.4),
                                     REVIEW STIPULATION RESOLVING CLAIMS OF
                                     KILROY REALTY (0.4) AND BOSCH (0.5);
                                     PREPARE FOR SEP. 27 OMNIBUS HEARING RE:
                                     CLAIMS ISSUES (1.5); REVIEW RESPONSES
                                     TO ESTIMATION MOTION (1.4); REVIEW
                                     RESPONSES TO 20TH OMNIBUS CLAIMS
                                     OBJECTION (0.7); PREPARE FOR SEP. 28
                                     CLAIMS HEARING (0.5); WORK ON 21ST
                                     OMNIBUS CLAIMS OBJECTION;
                                     TELECONFERENCE WITH K. CUNNINGHAM,
                                     COUNSEL TO FCI USA RE: CLAIM (0.2) AND
                                     ANALYZE SAME CLAIM (0.2); CONTINUE TO
                                     REVISE STIPULATION RE: ACE CLAIMS
                                     (0.8); WORK TO RESOLVE CLAIMS OF AIG
                                     (0.7) AND TELECONFERENCE WITH M. DAVIS,
                                     COUNSEL TO AIG (0.2); TELECONFERENCE
                                     WITH D. DUNN, COUNSEL TO TOWER
                                     LIQUIDATING TRUST, RE: TOWER CLAIM
                                     (0.2); ANALYZE TOWER CLAIM (0.7);
                                     FORMULATE STRATEGY RE: ENVIRONMENTAL
                                     CLAIMS; ATTEND MEET AND CONFER RE: ATEL
                                     LEASING CLAIM (1.0); TELECONFERENCE
                                     WITH D. BAUMSTEIN AND M. SHEPPERD OF
                                     WHITE & CASE, D. UNRUE RE: CLAIMS STATUS
                                     (1.0); CONTINUE TO REVISE OBJECTIONS TO
                                     MOTIONS OF ARKEMA (1.3) AND MARSILLI
                                     (1.3) TO FILE LATE CLAIMS AND
                                     SUPPLEMENTAL REPLY RE: LATE CLAIMS
                                     (1.0); REVIEW CLAIMS-RELATED
                                     CORRESPONDENCE (0.3).

WHARTON JN       09/20/07    14.90   CONTINUE WORK ON 21ST OMNIBUS CLAIMS
                                     OBJECTION (2.9), SUPPLEMENTAL REPLY RE:
                                     LATE CLAIMS (2.7), OBJECTIONS TO
                                     MOTIONS OF ARKEMA (1.5) AND MARSILLI
                                     (1.5) RE: LATE CLAIMS; TELECONFERENCE
                                     WITH M. HOLBEIN, COUNSEL TO VERIZON RE:
                                     CLAIM (0.1); REVIEW RESPONSES TO CLAIMS
                                     ESTIMATION MOTION (1.1) AND 20TH
                                     OMNIBUS CLAIMS OBJECTION (0.5); WORK ON
                                     STIPULATIONS RE: CLAIMS OF BOSCH (0.4),
                                     KILROY REALTY (0.4), TELECONFERENCES
                                     WITH COUNSEL TO AIG (0.6), BILL TELGEN
                                     OF DELPHI RE: AIG (0.2), D. DUNN,
                                     COUNSEL TO TOWER (0.4); PREPARE FOR SEP.
                                     27 OMNIBUS HEARING RE: 20TH OMNIBUS
                                     CLAIMS OBJECTION (0.3) AND CLAIMS
                                     ESTIMATION MOTION (0.3);
                                     TELECONFERENCE WITH D. UNRUE OF DELPHI
                                     RE: CLAIMS (0.3); FORMULATE STRATEGY TO
                                     RESOLVE CLAIMS OF TOWER (1.2); REVIEW
                                     CLAIMS-RELATED CORRESPONDENCE (0.3);
                                     FORMULATE STRATEGY RE: CLAIM OF HYUNDAI
                                     (0.2).

B43E

```
WHARTON JN      09/21/07     11.60  WORK ON RESOLVING CLAIMS OF ACE
                                    COMPANIES (0.5), ROBERT BOSCH (0.4),
                                    COMERICA (0.4), KILROY REALTY (0.4),
                                    ORIX WARREN LLC (0.3), VICTORY
                                    PACKAGING (0.3), TOWER AUTOMOTIVE
                                    (0.3), AND HYUNDAI (0.2); FINISH
                                    DRAFTING AND FINALIZE FILING OF
                                    SUPPLEMENTAL REPLY RE: LATE CLAIMS
                                    (1.8) AND 21ST OMNIBUS CLAIMS OBJECTION
                                    (1.9); PREPARE FOR HEARINGS ON SEP. 27
                                    (0.4) AND SEP. 28 (0.4) RE: CLAIMS
                                    MATTERS; WORK ON OMNIBUS REPLY TO
                                    OBJECTIONS TO CLAIMS ESTIMATION MOTION
                                    (1.7); REVIEW MDL CLAIMS (0.3);
                                    TELECONFERENCE WITH D. UNRUE OF DELPHI
                                    RE: CLAIMS ISSUE (0.3); TELECONFERENCE
                                    WITH D. UNRUE OF DELPHI RE: OBJECTIONS
                                    TO CLAIMS ESTIMATION MOTION (0.3);
                                    REVIEW OBJECTIONS OF CADENCE
                                    INNOVATIONS (0.4) AND TECHNOLOGY
                                    PROPERTIES (0.4) TO CLAIMS ESTIMATION
                                    MOTION; REVIEW OBJECTIONS TO CLAIMS
                                    ESTIMATION MOTION (0.9).

WHARTON JN      09/23/07      8.20  DRAFT OMNIBUS REPLY TO OBJECTIONS TO
                                    CLAIMS ESTIMATION MOTION (5.5);
                                    FORMULATE STRATEGY RE: RESOLVING
                                    OBJECTIONS (1.4); REVIEW TIMKEN
                                    STIPULATION (0.2); PREPARE FOR SEP. 27
                                    (0.6) AND SEP. 28 (0.5) HEARINGS RE:
                                    CLAIMS MATTERS.
```

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN      09/24/07    17.30   DRAFT OMNIBUS REPLY TO OBJECTIONS TO
                                    ESTIMATION MOTION (5.9) AND REVIEW
                                    OBJECTIONS TO ESTIMATION MOTION (2.0);
                                    TELECONFERENCES WITH M. REED AND W.
                                    SIMKULAK, COUNSEL TO ACE (0.2) AND WITH
                                    M. REED (0.2) RE: STIPULATION WITH ACE
                                    RE: CLAIMS; CONTINUE WORK ON ACE
                                    STIPULATION (0.8); REVIEW AIG
                                    COUNTERPROPOSAL AND FORMULATE STRATEGY
                                    RE: RESPONSE (0.5); TELECONFERENCE WITH
                                    T. WEINER OF TOGUT RE: CLAIMS ISSUES
                                    (0.2); REVIEW CLAIM OF PARK ENTERPRISES
                                    (0.3); FORMULATE STRATEGY RE: KILROY
                                    REALTY CLAIM (0.4) AND LASALLE NATIONAL
                                    BANK (0.3); WORK ON STIPULATION WITH
                                    ORIX WARREN (0.3); WORK ON STIPULATION
                                    WITH BOSCH (0.3) AND TELECONFERENCE
                                    WITH M. O'NEAL, COUNSEL TO BOSCH, RE:
                                    SAME (0.1); TELECONFERENCE WITH D.
                                    DUNN, COUNSEL TO TOWER LIQUIDATING
                                    TRUST RE: CLAIM (0.1); FORMULATE
                                    STRATEGY RE: TOWER CLAIM (0.3); REVIEW
                                    RESPONSES TO 20TH OMNIBUS CLAIMS
                                    OBJECTION (1.9) AND REVIEW OMNIBUS
                                    REPLY RE: SAME (0.4); TELECONFERENCE
                                    WITH W. COSNOWSKI AND K. CRAFT RE:
                                    CADENCE INNOVATIONS CLAIM (0.3);
                                    FORMULATE STRATEGY RE: CLAIMS OF
                                    CADENCE (0.5), COMERICA (0.4),
                                    TECHNOLOGY PROPERTIES LTD. (0.5);
                                    TELECONFERENCE WITH W. SMITH, COUNSEL
                                    TO TECHNOLOGY PROPERTIES, PREPARE FOR
                                    SEP. 27 OMNIBUS HEARING (0.7) AND SEP.
                                    28 CLAIMS HEARING (0.7).

WHARTON JN      09/25/07     9.20   FINISH STIPULATION WITH ACE COMPANIES
                                    RE: CLAIMS (0.6) AND TELECONFERENCE
                                    WITH M. REED (0.2) AND W. SIMULAK (0.2),
                                    COUNSEL TO ACE, RE: SAME; FORMULATE
                                    STRATEGY RE: CLAIMS RESOLUTION (0.4)
                                    AND HEARING ON CLAIMS ESTIMATION MOTION
                                    (0.4); REVIEW RESPONSES TO 20TH OMNIBUS
                                    CLAIMS OBJECTION (2.4); TELECONFERENCE
                                    WITH S. BOBO, COUNSEL TO JCI RE: CLAIM
                                    (0.2) AND FORMULATE STRATEGY RE: SAME
                                    (0.3); REVIEW STIPULATIONS WITH KILROY
                                    REALTY (0.3) AND ORIX WARREN (0.2);
                                    CONTINUE WORK ON OMNIBUS REPLY TO
                                    OBJECTIONS TO ESTIMATION MOTION (2.9);
                                    WORK ON SETTLEMENT OF TECHNOLOGY
                                    PROPERTIES' OBJECTION TO CLAIMS
                                    ESTIMATION MOTION (0.4); WORK ON
                                    STIPULATION WITH ROBERT BOSCH LLC RE:
                                    CLAIM (0.4); WORK ON LITIGATION OF
                                    MILLENNIUM INDUSTRIES CLAIM (0.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WHARTON JN | 09/26/07 | 19.90 | TELECONFERENCES WITH R. MCDOWELL, COUNSEL TO COMERICA (0.2), D. RUKAVINA, COUNSEL TO TEXAS INSTRUMENTS (0.2), T. COHEN, COUNSEL TO G. WHITNEY (0.2); DRAFT CORRESPONDENCE TO CLAIMANTS' COUNSEL RE: ESTIMATION ORDER (0.8); REVIEW ORDER RE: ESTIMATION MOTION (1.4); TELECONFERENCE WITH B. TELGEN OF DELPHI RE: AIG CLAIM (0.3) AND FORMULATE STRATEGY RE: SAME (0.3); TELECONFERENCE WITH J. DEJONKER, COUNSEL TO CHERRY GMBH, RE: CLAIM (0.2); PREPARE FOR SEP. 28 CLAIMS HEARING (0.8); PREPARE FOR SEP. 27 HEARING RE: 20TH OMNIBUS CLAIMS OBJECTION (0.9) AND ESTIMATION MOTION (6.5); FINISH DRAFTING AND FILE OMNIBUS REPLY TO OBJECTIONS TO ESTIMATION MOTION (5.8); ANALYZE COUNTERPROPOSALS TO ESTIMATION MOTION (2.3). |
|---|---|---|---|
| WHARTON JN | 09/27/07 | 13.10 | PREPARE FOR (3.1) AND ATTEND (1.6) OMNIBUS HEARING; PREPARE FOR SEP. 28 CLAIMS HEARING (0.9); REVIEW ESTIMATION PROCEDURES ORDER (1.4); TELECONFERENCE WITH S. SPARROW, COUNSEL TO TAKATA, RE: ESTIMATION (0.3); REVIEW STIPULATIONS RE: CLAIMS OF KILROY REALTY (0.2), ORIX WARREN (0.2), ACE (0.2), AND BOSCH (0.2); ATTEND CLAIMS MANAGEMENT MEETING WITH D. UNRUE FROM DELPHI, T. BEHNKE FROM FTI (0.8); FORMULATE STRATEGY RE: RESOLUTION OF CLAIMS (1.1), AIG CLAIM (0.8), ESTIMATED CLAIMS (1.0), ATEL LEASING CLAIMS (0.2), MILLENNIUM INDUSTRIES CLAIM (0.2), TOWER CLAIM (0.2), AND ENVIRONMENTAL CLAIMS (0.7). |
| WHARTON JN | 09/28/07 | 1.20 | TELECONFERENCE WITH M. DAVIS, COUNSEL TO AIG (0.2) AND WORK ON RESOLVING CLAIM (0.4); FINALIZE ORDER RE: ESTIMATION PROCEDURES (0.3); FINALIZE STIPULATIONS OF CLAIMS HEARD AT SEP. 28 CLAIMS HEARING (0.3). |

**208.80**

**Total Associate/Law Clerk      1,518.10**

| DEMMA J | 09/04/07 | 4.90 | REVISE/UPDATE AGENDA FOR SEPTEMBER 7, 2007 HEARING (4.3); RESEARCH MOTIONS TO DISMISS IN VARIOUS CASES (0.6). |
|---|---|---|---|
| DEMMA J | 09/05/07 | 7.00 | UPDATE/FILE AGENDA FOR SEPTEMBER 7, 2007 HEARING (2.2); PREPARE EMAILS OF OUTSTANDING CLAIMS FOR ATTORNEY REVIEW (1.6); PREPARE STIPULATIONS FOR ATTORNEY REVIEW (1.6); PREPARE CHART OF CLAIMANTS FOR SEPTEMBER 7, 2007 HEARING (1.6). |
| DEMMA J | 09/06/07 | 0.70 | RESEARCH DATES OF FILED PROOFS OF CLAIM FOR H.E. SERVICES (0.7). |

DEMMA J        09/10/07      3.70   UPDATE STIPULATION TRACKING CHART FOR
                                    SEPTEMBER 28, 2007 HEARING (3.1);
                                    TELECONFERENCE WITH CLAIMS TEAM RE:
                                    FUTURE HEARING PREP (0.6).

DEMMA J        09/11/07      4.10   PREPARE MATERIALS FOR ATTORNEY REVIEW
                                    (0.7); PREPARE PROOFS OF CLAIM FOR
                                    ATTORNEY REVIEW (0.6); PREPARE OMNIBUS
                                    OBJECTION RESPONSE FIELS (1.1);
                                    PREPARE/FILE VARIOUS STATEMENTS OF
                                    DISPUTED ISSUES (1.7).

DEMMA J        09/12/07      2.40   PREPARE STIPULATION TRACKING CHART FOR
                                    SEPTEMBER 28, 2007 HEARING (1.1);
                                    PREPARE PROOFS OF CLAIM AND RESPONSES
                                    FOR LATE FILED CLAIMS FOR ATTORNEY
                                    REVIEW (1.1); PREPARE TRANSCRIPT FOR
                                    ATTORNEY REVIEW (0.2).

DEMMA J        09/14/07      5.20   UPDATE CLAIMS OBJECTION FILES (1.1);
                                    PREPARE CASE LAW FROM VARIOUS CLAIMS
                                    RELATED PLEADINGS (4.1).

DEMMA J        09/17/07      4.30   PREPARE AGENDA FOR SEPTEMBER 28, 2007
                                    HEARING (1.6); PREPARE CONTACT LIST FOR
                                    CLAIMS MEDIATORS (1.6); PREPARE CHART
                                    OF ADJOURNED CLAIMS (1.1).

DEMMA J        09/18/07      3.40   PREPARE PROOFS OF CLAIM FOR ATTORNEY
                                    REVIEW (0.8); UPDATE SEPTEMBER 28, 2007
                                    HEARING AGENDA (2.6).

DEMMA J        09/19/07      6.70   UPDATE AGENDA FOR SEPTEMBER 28, 2007
                                    HEARING (2.6); PREPARE/DISTRIBUTE
                                    RESPONSES TO DEBTORS' TWENTIETH OMNIBUS
                                    OBJECTION (4.1).

DEMMA J        09/20/07      4.20   MONITOR DOCKET FOR RESPONSES TO
                                    DEBTORS' TWENTIETH OMNIBUS OBJECTION
                                    (0.4); PREPARE/DISTRIBUTE RESPONSES TO
                                    DEBTORS' TWENTIETH OMNIBUS OBJECTION
                                    (2.3); PREPARE/DISTRIBUTE RESPONSES TO
                                    DEBTORS' ESTIMATION MOTION (0.6);
                                    UPDATE SEPTEMBER 28, 2007 HEARING
                                    AGENDA (0.6); PREPARE/FILE OBJECTIONS
                                    TO MARSILLI AND ARKEMA MOTIONS (0.3).

DEMMA J        09/21/07      7.80   PREPARE/DISTRIBUTE RESPONSES TO
                                    DEBTORS; ESTIMATION MOTION (3.1);
                                    UPDATE SEPTEMBER 28, 2007 HEARING
                                    AGENDA (2.1); PREPARE CLAIMS
                                    DISTRIBUTION CHART (0.6); UPDATE
                                    STIPULATION TRACKING CHART (0.6);
                                    PREPARE/FILES DEBTORS' RESPONSE RE:
                                    LATE FILED CLAIMS (0.6); PREPARE/FILES
                                    VARIOUS NOTICES OF PRESENTMENT (0.8).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DEMMA J | 09/24/07 | 7.10 | UPDATE SEPTEMBER 28, 2007 AGENDA (0.6); UPDATE STIPULATION (0.6); PREPARE CASE LAW FOR SEPTEMBER 26, 2007 (2.1); PREPARE/DISTRIBUTE OBJECTIONS TO ESTIMATION MOTION (1.6); PREPARE/DISTRIBUTE RESPONSES TO TWENTIETH OMNIBUS OBJECTION (0.6); PREPARE MATERIALS FOR SEPTEMBER 28, 2007 HEARING (1.6). |
|---|---|---|---|
| DEMMA J | 09/25/07 | 4.20 | PREPARE MATERIALS FOR SEPTEMBER 28, 2007 HEARING (3.1); UPDATE RESPONSE FILES RE: ESTIMATION MOTION (1.1). |
| DEMMA J | 09/26/07 | 7.70 | PREPARE MATERIALS FOR SEPTEMBER 28, 2007 HEARING (7.1); UPDATE STIPULATION TRACKING CHART (0.6). |
| DEMMA J | 09/27/07 | 8.10 | PREPARE MATERIALS FOR SEPTEMBER 28, 2007 HEARING (8.1). |
| DEMMA J | 09/28/07 | 6.20 | PREPARE MATERIALS FOR SEPTEMBER 28, 2007 HEARING (1.3); ATTEND SEPTEMBER 28, 2007 HEARING (4.1); PREPARE/FILE NOTICE TO FILE MOTION RE: ARKEMA (0.8). |
| | | **87.70** | |
| KLIMEK MV | 09/03/07 | 5.10 | CONTINUE TO ASSIST WITH PREPARATIONS FOR HEARING IN H.E. SERVICES CLAIM (5.1). |
| KLIMEK MV | 09/04/07 | 0.70 | CONTINUE TO ASSIST WITH HEARING PREPARATIONS IN H.E. SERVICES CLAIM (0.4); CONTINUE TO COMPILE RECORD OF CORRESPONDENCE AND PLEADINGS RE: SAME (0.3). |
| KLIMEK MV | 09/05/07 | 2.70 | CONTINUE TO ASSIST WITH HEARING PREPARATIONS IN H.E. SERVICES CLAIM (2.7). |
| KLIMEK MV | 09/06/07 | 0.80 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (0.8). |
| KLIMEK MV | 09/07/07 | 4.90 | CONTINUE TO COMPILE RECORD OF DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT (4.9). |
| KLIMEK MV | 09/11/07 | 1.20 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (1.2). |
| KLIMEK MV | 09/12/07 | 6.20 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (4.2); CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (2.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KLIMEK MV | 09/13/07 | 0.30 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (0.3). |
|---|---|---|---|
| KLIMEK MV | 09/16/07 | 2.00 | CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (2.0). |
| KLIMEK MV | 09/17/07 | 2.40 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (2.4). |
| KLIMEK MV | 09/18/07 | 6.50 | UPDATE CLAIMS ADMINISTRATION BINDER (0.1); CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (6.4). |
| KLIMEK MV | 09/19/07 | 2.70 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (2.1); CONTINUE TO CODE DOCUMENTS WITHIN THE CONTESTED CLAIMS DOCUMATRIX DATABASE (0.6). |
| KLIMEK MV | 09/20/07 | 2.00 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (2.0). |
| KLIMEK MV | 09/21/07 | 7.00 | ORGANIZE AND COMPILE RECORD OF J. GUZZARDO'S HB PERFORMANCE DOCUMENTS AND DISCOVERY (7.0). |
| KLIMEK MV | 09/24/07 | 7.70 | CITECHECK DEBTORS' SUPPLEMENTAL REPLY IN THE G. WHITNEY CLAIM (7.7). |
| KLIMEK MV | 09/25/07 | 6.70 | CONTINUE TO CITECHECK DELPHI'S SUPPLEMENTAL REPLY BRIEF IN WHITNEY CLAIM (6.7). |
| KLIMEK MV | 09/26/07 | 8.90 | CONTINUE TO CITECHECK DELPHI'S SUPPLEMENTAL REPLY BRIEF IN WHITNEY CLAIM (8.9). |
| KLIMEK MV | 09/27/07 | 5.90 | COMPLETE CITECHECKING OF DEBTORS' SUPPLEMENTAL REPLY IN G. WHITNEY CLAIM (2.4); CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT IN CONTESTED CLAIMS FILES (3.5). |
| KLIMEK MV | 09/28/07 | 3.40 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR CONTESTED CLAIMS FILES (3.4). |

77.10

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| SHRAGO R | 09/04/07 | 7.10 | CHECK JOINT EXHIBIT AND DEPOSITION DESIGNATIONS BINDERS FOR COMPLETENESS (0.8); AID IN BINDER REVISION (1.3); COMMUNICATE WITH CHAMBERS RE: BINDER DELIVERY (0.3); ASSEMBLE CASE BINDER (3.9); DRAFT AND REVIEW CORRESPONDENCE TO AND FROM CLAIMS TEAM MEMBERS (0.8). |
|---|---|---|---|
| SHRAGO R | 09/05/07 | 12.70 | ASSEMBLE CASE LAW BINDER (4.1); COORDINATE PRODUCTION OF BACKIE DEPOSITION TRANSCRIPT BINDER WITH M. KLIMEK (0.2); ASSEMBLE HEARING MATERIALS (7.9); REVIEW CORRESPONDENCE RE: CLAIMS (0.5). |
| SHRAGO R | 09/06/07 | 3.00 | ASSEMBLE HEARING MATERIALS (0.9); ATTEND CLAIMS HEARING (1.8); REVIEW CORRESPONDENCE RE: CLAIMS (0.3). |
| SHRAGO R | 09/10/07 | 2.60 | DISTRIBUTE RETURNED MAIL CHARTS (0.7); ACCUTRAC MATERIALS FROM 9/6 CLAIMS HEARING (1.4); FOLLOW UP WITH CORRESPONDENCE (0.5). |
| SHRAGO R | 09/11/07 | 1.80 | DISTRIBUTE RETURNED MAIL CHARTS (1.1); DRAFT AND REVIEW CORRESPONDENCE RE: RETURNED MAIL (0.7). |
| SHRAGO R | 09/12/07 | 0.30 | DISTRIBUTE RETURNED MAIL CHARTS (0.3). |
| SHRAGO R | 09/20/07 | 0.30 | DISTRIBUTE PLEADINGS (0.2); FOLLOW UP WITH CORRESPONDENCE RE: 9/27 HEARING (0.1). |
| SHRAGO R | 09/25/07 | 0.50 | DISTRIBUTE PLEADINGS (0.5). |
| SHRAGO R | 09/26/07 | 0.40 | COMMUNICATE WITH CLAIMS TEAM RE: 9/28 HEARING (0.4). |
| SHRAGO R | 09/27/07 | 1.30 | ASSIST IN PREPARATIONS FOR 9/28 CLAIMS HEARING (1.1); DRAFT AND REVIEW CORRESPONDENCE RE: 9/28 HEARING (0.2). |
| | | **30.00** | |
| ZSOLDOS AF | 09/05/07 | 4.70 | FINALIZE STIPULATIONS RESOLVING NUMEROUS CLAIMS, (2.8); PREPARE ALL STIPULATIONS FOR REVIEW AT HEARING (0.8); ASSIST WITH REMAINING CLAIMS HEARING PREP (1.1). |
| ZSOLDOS AF | 09/06/07 | 1.70 | FINAL PREPARATION FOR CLAIMS HEARING BEFORE HEARING (0.6); COORDINATE DRAFT CLAIMS ESTIMATION PROCEDURES MOTION TO COURT (0.5); RESEARCH DOCKET RE: MISSING EXHIBITS FOR CLAIMANT (0.5); SEND DOCUMENT TO ATTORNEYS FOR REVIEW (0.1). |
| ZSOLDOS AF | 09/07/07 | 1.00 | COORDINATE RE: SERVICE OF PLEADINGS (0.2); FINALIZE AND E-FILE CLAIMS ESTIMATION PROCEDURES MOTION (0.7); DISTRIBUTE DOCUMENTS AS FILED (0.1). |
| ZSOLDOS AF | 09/12/07 | 0.80 | DOCKET PULLS AND DISTRIBUTION TO CLAIMS TEAM (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 09/13/07 | 1.30 | SEARCH FOR VARIOUS CLAIMS TRANSCRIPTS (1.3). |
| ZSOLDOS AF | 09/14/07 | 1.30 | PULL AND EMAIL NUMEROUS PROOFS OF CLAIMS (1.3). |
| ZSOLDOS AF | 09/25/07 | 3.20 | REVISE CLAIMS HEARING AGENDA (3.2). |
| ZSOLDOS AF | 09/26/07 | 2.00 | PREPARE AND COORDINATE PRODUCTION OF CLAIMS ESTIMATION EXHIBIT BINDERS (0.4); PREPARE AND ELECTRONICALLY FILE OMNI 20 REPLY (0.8); DISTRIBUTE PLEADING AS FILED (0.1); PREPARE AND ELECTRONICALLY FILE REPLY TO OBJECTIONS TO ESTIMATION PROCEDURES MOTION (0.6); DISTRIBUTE PLEADING AS FILED (0.1). |
| ZSOLDOS AF | 09/27/07 | 1.10 | COORDINATE RESPONSIBILITIES FOR UPCOMING FILINGS AND CLAIMS HEARING (1.1). |
| | | **17.10** | |
| **Total Legal Assistant** | | **211.90** | |
| ROBINSON SJ | 09/26/07 | 6.30 | ASSIST WITH PREPARATION OF BINDERS FOR DELPHI CLAIMS ESTIMATION MOTION EXHIBIT LIST, PLUS ADDITIONAL BINDER AND DOCUMENTS (SCRIPTS, ORDERS, MOTIONS) (6.3). |
| | | **6.30** | |
| ROMAN JJ | 09/04/07 | 1.30 | DELIVER PROOFS OF CLAIMS WITH EXHIBITS TO JUDGE'S CHAMBERS (1.3). |
| ROMAN JJ | 09/05/07 | 1.30 | PREPARE DOCUMENTS RE: EX PARTE APPLICATION FOR REDACTED SETTLEMENT (1.3). |
| ROMAN JJ | 09/07/07 | 2.20 | WORK ON RESPONSES AND PROOFS OF CLAIM FILES RE: HEARING EXHIBITS (1.3); ORGANIZE DOCUMENTS IN CHRONOLOGICAL ORDER FOR FILE UPDATES AND UPCOMING HEARING (0.9). |
| ROMAN JJ | 09/13/07 | 1.60 | WORK ON AGENDAS AND PROOFS OF CLAIM FILES RE: PLAN RESOLUTIONS WITH EXHIBITS (1.6). |
| ROMAN JJ | 09/14/07 | 0.90 | CONTINUE WORK ON AGENDAS AND PROOFS OF CLAIM FILES RE: PLAN WITH EXHIBITS (0.9). |
| ROMAN JJ | 09/24/07 | 2.90 | REVIEW AND RETRIEVAL OF PROOFS OF CLAIM FROM KCC AND COURT'S SITE RE: 20TH AND 22ND OMNIBUS HEARING (1.8); REVIEW RESPONSES AND KCC'S DATABASE FOR CLAIM NUMBERS RE: SAME (1.1). |
| ROMAN JJ | 09/25/07 | 4.50 | RETRIEVAL OF PROOFS OF CLAIM FROM KCC RE: 20TH OMNIBUS HEARING AND ESTIMATION OF CLAIMS (2.7); REVIEW RESPONSES IN COURT'S SITE AND KCC'S DATABASE FOR CLAIM NUMBERS RE: SAME (1.8). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ROMAN JJ | 09/26/07 | 4.60 | ASSIST WITH PREPARATION AND REVIEW OF DOCUMENTS RE: 20TH OMNIBUS OBJECTIONS WITH PROOFS OF CLAIM (1.9); PREPARE DOCUMENTS FOR JUDGES' CHAMBERS AND DELIVER TO COURT RE: AGENDA AND ALLOWABLE PROOFS OF CLAIM (1.3); ORGANIZE DOCUMENTS WITH RESPONSES RE: SUMMATION MOTION (1.4). |
|---|---|---|---|
| ROMAN JJ | 09/27/07 | 3.20 | ASSIST WITH PREPARATION RE: 20TH OMNIBUS OBJECTIONS WITH PROOFS OF CLAIM (2.3); ASSIST WITH JOINT STIPULATIONS AND ORDERS RE: SETTING LIABILITY AND ALLOWING PROOFS OF CLAIM (0.9). |
| | | **22.50** | |
| WORSCHECK TM | 09/20/07 | 5.80 | PREPARE OMNIBUS CLAIMS OBJECTIONS FOR DISTRIBUTION (5.8). |
| WORSCHECK TM | 09/24/07 | 3.20 | PREPARE DOCUMENTS RE: PROPOSED TWELFTH CLAIMS HEARING AGENDA (3.2). |
| WORSCHECK TM | 09/26/07 | 4.40 | PREPARE STIPULATIONS FOR SERVICE TO CLERK (1.6); PREPARE MATERIALS FOR 09/28 HEARING (2.8). |
| | | **13.40** | |
| **Total Legal Assistant Support** | | **42.20** | |
| **TOTAL TIME** | | **2,057.60** | |

* Law clerks are law school graduates who are not presently admitted
to practice.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Claims Admin. (General)**

**Bill Date: 10/31/07**
**Bill Number: 1182831**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/07/07 | Connors CP | -461.14 |
| Air/Rail Travel - vendor feed | 08/07/07 | Van Gelder A | -461.14 |
| Air/Rail Travel - vendor feed | 09/03/07 | Hogan III AL | 1,261.46 |
| Air/Rail Travel - vendor feed | 09/03/07 | Connors CP | 1,069.71 |
| Air/Rail Travel - vendor feed | 09/03/07 | Connors CP | 82.09 |
| Air/Rail Travel - vendor feed | 09/03/07 | Connors CP | 640.51 |
| Air/Rail Travel - vendor feed | 09/03/07 | Connors CP | 595.51 |
| Air/Rail Travel - vendor feed | 09/03/07 | Connors CP | -595.51 |
| Air/Rail Travel - vendor feed | 09/03/07 | Connors CP | 45.00 |
| Air/Rail Travel - vendor feed | 09/04/07 | Hogan III AL | 9.40 |
| Air/Rail Travel - vendor feed | 09/04/07 | Van Gelder A | 1,079.13 |
| Air/Rail Travel - vendor feed | 09/05/07 | Lyons JK | 134.92 |
| Air/Rail Travel - vendor feed | 09/05/07 | Lyons JK | 1,012.56 |
| Air/Rail Travel - vendor feed | 09/05/07 | Diaz LB | 1,200.24 |
| Air/Rail Travel - vendor feed | 09/05/07 | Diaz LB | -1,155.24 |
| Air/Rail Travel - vendor feed | 09/06/07 | Connors CP | 517.06 |
| Air/Rail Travel - vendor feed | 09/06/07 | Hogan III AL | -612.93 |
| Air/Rail Travel - vendor feed | 09/06/07 | Van Gelder A | 517.06 |
| Air/Rail Travel - vendor feed | 09/06/07 | Van Gelder A | 517.06 |
| Air/Rail Travel - vendor feed | 09/06/07 | Hogan III AL | 517.06 |
| Air/Rail Travel - vendor feed | 09/06/07 | Hogan III AL | 612.93 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/06/07 | Connors CP | -517.06 |
| Air/Rail Travel - vendor feed | 09/06/07 | Van Gelder A | -517.06 |
| Air/Rail Travel - vendor feed | 09/06/07 | Hogan III AL | -517.06 |
| Air/Rail Travel - vendor feed | 09/09/07 | MacDonald N | 1,270.86 |
| Air/Rail Travel - vendor feed | 09/09/07 | Lyons JK | 291.18 |
| Air/Rail Travel - vendor feed | 09/09/07 | Diaz LB | 291.21 |
| Air/Rail Travel - vendor feed | 09/17/07 | Lyons JK | 291.21 |
| Air/Rail Travel - vendor feed | 09/17/07 | Wharton JN | 291.21 |
| Air/Rail Travel - vendor feed | 09/17/07 | Wharton JN | -246.21 |
| Air/Rail Travel - vendor feed | 09/17/07 | Wharton JN | 125.40 |
| Air/Rail Travel - vendor feed | 09/18/07 | Wharton JN | 123.10 |
| Air/Rail Travel - vendor feed | 09/18/07 | Wharton JN | 125.40 |
| Air/Rail Travel - vendor feed | 09/18/07 | Wharton JN | -123.10 |
| Air/Rail Travel - vendor feed | 09/19/07 | Howe EJ | 291.21 |
| Air/Rail Travel - vendor feed | 09/19/07 | Diaz LB | 291.21 |
| Air/Rail Travel - vendor feed | 09/19/07 | Howe EJ | 299.14 |
| Air/Rail Travel - vendor feed | 09/19/07 | Howe EJ | -299.14 |
| Air/Rail Travel - vendor feed | 09/23/07 | MacDonald N | 1,084.76 |
| Air/Rail Travel - vendor feed | 09/25/07 | MacDonald N | 1,350.41 |
| Air/Rail Travel - vendor feed | 09/25/07 | MacDonald N | -1,305.41 |
| Air/Rail Travel - vendor feed | 09/27/07 | MacDonald N | 665.45 |
| Air/Rail Travel - vendor feed | 09/27/07 | MacDonald N | -620.45 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$9,172.00** |
| In-house Reproduction | 09/04/07 | Copy Center, D | 912.30 |
| In-house Reproduction | 09/07/07 | Copy Center, D | 3,322.30 |
| In-house Reproduction | 09/07/07 | Copy Center, D | 116.70 |
| In-house Reproduction | 09/11/07 | Copy Center, D | 707.40 |
| In-house Reproduction | 09/11/07 | Copy Center, D | 125.30 |
| In-house Reproduction | 09/14/07 | Copy Center, D | 31.00 |
| In-house Reproduction | 09/18/07 | Copy Center, D | 112.90 |
| In-house Reproduction | 09/21/07 | Copy Center, D | 805.60 |
| In-house Reproduction | 09/21/07 | Copy Center, D | 4.00 |
| In-house Reproduction | 09/25/07 | Copy Center, D | 135.50 |
| In-house Reproduction | 09/28/07 | Copy Center, D | 761.90 |
| In-house Reproduction | 09/28/07 | Copy Center, D | 279.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$7,314.00** |
| Postage | 09/12/07 | Office Admin, D | 0.37 |
| Postage | 09/22/07 | Office Admin, D | 2.26 |
| Postage | 09/28/07 | Office Admin, D | 0.37 |
| | | **TOTAL POSTAGE** | **$3.00** |
| Lexis/Nexis | 09/04/07 | Hill LF | 80.40 |
| Lexis/Nexis | 09/04/07 | Epstein EB | 163.86 |
| Lexis/Nexis | 09/05/07 | Diaz LB | 113.51 |
| Lexis/Nexis | 09/05/07 | Hill LF | 124.76 |
| Lexis/Nexis | 09/18/07 | Bolton IS | 82.40 |
| Lexis/Nexis | 09/19/07 | Bolton IS | 478.47 |
| Lexis/Nexis | 09/20/07 | Bolton IS | 570.79 |
| Lexis/Nexis | 09/21/07 | Bolton IS | 344.39 |
| Lexis/Nexis | 09/22/07 | Stone M | 801.74 |
| Lexis/Nexis | 09/22/07 | Hill LF | 84.81 |
| Lexis/Nexis | 09/24/07 | Bolton IS | 319.17 |
| Lexis/Nexis | 09/24/07 | Hill LF | 152.41 |
| Lexis/Nexis | 09/25/07 | Bolton IS | 803.91 |
| Lexis/Nexis | 09/26/07 | Bolton IS | 496.38 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL LEXIS/NEXIS** | **$4,617.00** |
| Westlaw | 09/02/07 | Perl MW | 60.25 |
| Westlaw | 09/02/07 | Platt SJ | 54.38 |
| Westlaw | 09/04/07 | Shrago R | 499.23 |
| Westlaw | 09/05/07 | Perl MW | 102.46 |
| Westlaw | 09/05/07 | Howe EJ | 252.13 |
| Westlaw | 09/05/07 | Moringiello KB | 41.99 |
| Westlaw | 09/05/07 | Shrago R | 511.48 |
| Westlaw | 09/06/07 | Connors CP | 17.32 |
| Westlaw | 09/07/07 | Perl MW | 37.21 |
| Westlaw | 09/08/07 | Platt SJ | 106.77 |
| Westlaw | 09/10/07 | Perl MW | 56.67 |
| Westlaw | 09/11/07 | Perl MW | 182.90 |
| Westlaw | 09/11/07 | Gartner M | 166.14 |
| Westlaw | 09/12/07 | Connors CP | 273.77 |
| Westlaw | 09/12/07 | Perl MW | 66.40 |
| Westlaw | 09/13/07 | Van Gelder A | 429.30 |
| Westlaw | 09/14/07 | Demma J | 544.94 |
| Westlaw | 09/14/07 | Connors CP | 396.68 |
| Westlaw | 09/14/07 | Van Gelder A | 392.27 |
| Westlaw | 09/14/07 | Platt SJ | 118.35 |
| Westlaw | 09/15/07 | Platt SJ | 299.53 |
| Westlaw | 09/16/07 | Platt SJ | 42.36 |
| Westlaw | 09/16/07 | Houston BM | 205.21 |
| Westlaw | 09/16/07 | Wharton JN | 165.57 |
| Westlaw | 09/17/07 | Connors CP | 123.64 |
| Westlaw | 09/17/07 | Van Gelder A | 1,281.34 |
| Westlaw | 09/18/07 | Connors CP | 5.72 |
| Westlaw | 09/18/07 | Van Gelder A | 196.92 |
| Westlaw | 09/18/07 | Howe EJ | 446.10 |
| Westlaw | 09/19/07 | Connors CP | 612.22 |
| Westlaw | 09/19/07 | Howe EJ | 60.67 |
| Westlaw | 09/19/07 | Samole RM | 150.24 |
| Westlaw | 09/20/07 | Demma J | 10.30 |
| Westlaw | 09/20/07 | Connors CP | 353.21 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 09/20/07 | Van Gelder A | 386.69 |
| Westlaw | 09/20/07 | Platt SJ | 260.47 |
| Westlaw | 09/20/07 | Howe EJ | 314.31 |
| Westlaw | 09/21/07 | Connors CP | 737.00 |
| Westlaw | 09/22/07 | Connors CP | 440.65 |
| Westlaw | 09/22/07 | Howe EJ | 62.96 |
| Westlaw | 09/22/07 | Stone M | 236.79 |
| Westlaw | 09/23/07 | Van Gelder A | 881.53 |
| Westlaw | 09/24/07 | Demma J | 302.25 |
| Westlaw | 09/24/07 | Klimek MV | 704.87 |
| Westlaw | 09/24/07 | Van Gelder A | 158.28 |
| Westlaw | 09/24/07 | Perl MW | 57.82 |
| Westlaw | 09/24/07 | Platt SJ | 192.33 |
| Westlaw | 09/24/07 | Nelson VP | 125.97 |
| Westlaw | 09/24/07 | Hill LF | 97.88 |
| Westlaw | 09/24/07 | Morong C | 140.89 |
| Westlaw | 09/25/07 | Demma J | 41.21 |
| Westlaw | 09/25/07 | Klimek MV | 143.69 |
| Westlaw | 09/25/07 | Connors CP | 223.39 |
| Westlaw | 09/25/07 | Howe EJ | 327.58 |
| Westlaw | 09/26/07 | Klimek MV | 35.49 |
| Westlaw | 09/26/07 | Connors CP | 437.63 |
| Westlaw | 09/26/07 | Perl MW | 20.91 |
| Westlaw | 09/26/07 | Howe EJ | 73.99 |
| Westlaw | 09/27/07 | Klimek MV | 4.58 |
| Westlaw | 09/27/07 | Connors CP | 197.22 |
| Westlaw | 09/28/07 | Connors CP | 14.88 |
| Westlaw | 09/30/07 | Connors CP | 40.07 |
| | | **TOTAL WESTLAW** | **$14,925.00** |
| Reproduction - color | 09/03/07 | Copy Center, D | 2,815.23 |
| Reproduction - color | 09/04/07 | Copy Center, D | 140.01 |
| Reproduction - color | 09/04/07 | Copy Center, D | 660.55 |
| Reproduction - color | 09/04/07 | Copy Center, D | 696.06 |
| Reproduction - color | 09/04/07 | Copy Center, D | 312.03 |
| Reproduction - color | 09/07/07 | Copy Center, D | 1,451.12 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL REPRODUCTION - COLOR** | **$6,075.00** |
| Vendor Hosted Telecon-ferencing | 09/03/07 | Teleconferencing Services, LLC | 6.99 |
| Vendor Hosted Telecon-ferencing | 09/05/07 | Teleconferencing Services, LLC | 0.78 |
| Vendor Hosted Telecon-ferencing | 09/06/07 | Teleconferencing Services, LLC | 3.13 |
| Vendor Hosted Telecon-ferencing | 09/07/07 | Teleconferencing Services, LLC | 4.16 |
| Vendor Hosted Telecon-ferencing | 09/10/07 | Teleconferencing Services, LLC | 8.01 |
| Vendor Hosted Telecon-ferencing | 09/11/07 | Teleconferencing Services, LLC | 8.54 |
| Vendor Hosted Telecon-ferencing | 09/13/07 | Teleconferencing Services, LLC | 26.98 |
| Vendor Hosted Telecon-ferencing | 09/19/07 | Teleconferencing Services, LLC | 28.60 |
| Vendor Hosted Telecon-ferencing | 09/20/07 | Teleconferencing Services, LLC | 4.34 |
| Vendor Hosted Telecon-ferencing | 09/25/07 | Teleconferencing Services, LLC | 7.47 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$99.00** |
| Out-of-Town Travel | 09/06/07 | Connors CP | 40.00 |
| Out-of-Town Travel | 09/06/07 | Connors CP | 1,517.71 |
| Out-of-Town Travel | 09/06/07 | Lyons JK | 920.48 |
| Out-of-Town Travel | 09/06/07 | Hogan III AL | 1,024.88 |
| Out-of-Town Travel | 09/06/07 | Hogan III AL | 78.00 |
| Out-of-Town Travel | 09/06/07 | Kahn MT | 10.00 |
| Out-of-Town Travel | 09/06/07 | Van Gelder A | 1,229.15 |
| Out-of-Town Travel | 09/07/07 | Lyons JK | 230.98 |
| Out-of-Town Travel | 09/07/07 | Kahn MT | 10.00 |
| Out-of-Town Travel | 09/07/07 | Lyons JK | 78.00 |
| Out-of-Town Travel | 09/07/07 | Lyons JK | 124.13 |
| Out-of-Town Travel | 09/08/07 | Houston BM | 86.24 |
| Out-of-Town Travel | 09/08/07 | MacDonald N | 35.00 |
| Out-of-Town Travel | 09/10/07 | Lyons JK | 30.00 |
| Out-of-Town Travel | 09/10/07 | Lyons JK | 202.27 |
| Out-of-Town Travel | 09/10/07 | Lyons JK | 121.19 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 09/10/07 | MacDonald N | 25.00 |
| Out-of-Town Travel | 09/11/07 | Diaz LB | 404.53 |
| Out-of-Town Travel | 09/11/07 | Diaz LB | 176.96 |
| Out-of-Town Travel | 09/11/07 | MacDonald N | 1,198.76 |
| Out-of-Town Travel | 09/18/07 | Wharton JN | 187.38 |
| Out-of-Town Travel | 09/18/07 | Wharton JN | 202.27 |
| Out-of-Town Travel | 09/18/07 | Lyons JK | 217.26 |
| Out-of-Town Travel | 09/18/07 | Lyons JK | 64.00 |
| Out-of-Town Travel | 09/18/07 | Lyons JK | 209.90 |
| Out-of-Town Travel | 09/19/07 | Diaz LB | 139.05 |
| Out-of-Town Travel | 09/19/07 | Howe EJ | 88.48 |
| Out-of-Town Travel | 09/19/07 | Howe EJ | 340.00 |
| Out-of-Town Travel | 09/23/07 | MacDonald N | 35.00 |
| Out-of-Town Travel | 09/25/07 | Kahn MT | 866.36 |
| Out-of-Town Travel | 09/26/07 | MacDonald N | 11.40 |
| Out-of-Town Travel | 09/27/07 | Kahn MT | 13.90 |
| Out-of-Town Travel | 09/27/07 | Kahn MT | 5.10 |
| Out-of-Town Travel | 09/28/07 | MacDonald N | 3,455.62 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$13,379.00** |
| Messengers/ Courier | 09/02/07 | Arrow Messenger Svc | 24.83 |
| Messengers/ Courier | 09/04/07 | Dist Serv/Mail/Page, D | 117.68 |
| Messengers/ Courier | 09/05/07 | Dist Serv/Mail/Page, D | 6.70 |
| Messengers/ Courier | 09/10/07 | OSMIO | 9.00 |
| Messengers/ Courier | 09/10/07 | OSMIO | 11.30 |
| Messengers/ Courier | 09/10/07 | OSMIO | 115.51 |
| Messengers/ Courier | 09/10/07 | OSMIO | 6.50 |
| Messengers/ Courier | 09/10/07 | Dist Serv/Mail/Page, D | 11.45 |
| Messengers/ Courier | 09/13/07 | Dist Serv/Mail/Page, D | 6.70 |
| Messengers/ Courier | 09/21/07 | Dist Serv/Mail/Page, D | 41.39 |
| Messengers/ Courier | 09/21/07 | Dist Serv/Mail/Page, D | 32.61 |
| Messengers/ Courier | 09/23/07 | Arrow Messenger Svc | 24.95 |
| Messengers/ Courier | 09/25/07 | Dist Serv/Mail/Page, D | 31.09 |
| Messengers/ Courier | 09/25/07 | Dist Serv/Mail/Page, D | 23.98 |
| Messengers/ Courier | 09/25/07 | Dist Serv/Mail/Page, D | 12.47 |
| Messengers/ Courier | 09/25/07 | Dist Serv/Mail/Page, D | 27.83 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 09/26/07 | Dist Serv/Mail/Page, D | 37.41 |
| Messengers/ Courier | 09/26/07 | Dist Serv/Mail/Page, D | 37.43 |
| Messengers/ Courier | 09/28/07 | Dist Serv/Mail/Page, D | 9.22 |
| Messengers/ Courier | 09/30/07 | Arrow Messenger Svc | 24.95 |
| | | **TOTAL MESSENGERS/ COURIER** | **$613.00** |
| Out-of-Town Meals | 09/03/07 | Connors CP | 12.18 |
| Out-of-Town Meals | 09/04/07 | Van Gelder A | 5.93 |
| Out-of-Town Meals | 09/04/07 | Van Gelder A | 10.19 |
| Out-of-Town Meals | 09/04/07 | Van Gelder A | 10.10 |
| Out-of-Town Meals | 09/04/07 | Hogan III AL | 15.71 |
| Out-of-Town Meals | 09/04/07 | Connors CP | 33.88 |
| Out-of-Town Meals | 09/05/07 | Van Gelder A | 19.58 |
| Out-of-Town Meals | 09/05/07 | Lyons JK | 4.78 |
| Out-of-Town Meals | 09/05/07 | Connors CP | 27.38 |
| Out-of-Town Meals | 09/06/07 | Van Gelder A | 18.49 |
| Out-of-Town Meals | 09/06/07 | Lyons JK | 41.14 |
| Out-of-Town Meals | 09/06/07 | Hogan III AL | 26.65 |
| Out-of-Town Meals | 09/06/07 | Connors CP | 13.80 |
| Out-of-Town Meals | 09/06/07 | Connors CP | 14.09 |
| Out-of-Town Meals | 09/09/07 | Diaz LB | 4.47 |
| Out-of-Town Meals | 09/09/07 | MacDonald N | 21.34 |
| Out-of-Town Meals | 09/10/07 | Diaz LB | 37.10 |
| Out-of-Town Meals | 09/10/07 | Diaz LB | 5.40 |
| Out-of-Town Meals | 09/10/07 | Diaz LB | 12.67 |
| Out-of-Town Meals | 09/11/07 | Diaz LB | 5.45 |
| Out-of-Town Meals | 09/11/07 | Diaz LB | 7.78 |
| Out-of-Town Meals | 09/11/07 | Diaz LB | 26.88 |
| Out-of-Town Meals | 09/17/07 | Wharton JN | 4.18 |
| Out-of-Town Meals | 09/17/07 | Wharton JN | 4.55 |
| Out-of-Town Meals | 09/17/07 | Wharton JN | 4.50 |
| Out-of-Town Meals | 09/17/07 | Lyons JK | 45.02 |
| Out-of-Town Meals | 09/18/07 | Wharton JN | 4.73 |
| Out-of-Town Meals | 09/18/07 | Wharton JN | 7.41 |
| Out-of-Town Meals | 09/18/07 | Wharton JN | 7.94 |
| Out-of-Town Meals | 09/18/07 | Lyons JK | 23.82 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 09/19/07 | Howe EJ | 16.39 |
| Out-of-Town Meals | 09/19/07 | Howe EJ | 43.33 |
| Out-of-Town Meals | 09/19/07 | Diaz LB | 4.02 |
| Out-of-Town Meals | 09/19/07 | Howe EJ | 6.66 |
| Out-of-Town Meals | 09/19/07 | Diaz LB | 5.83 |
| Out-of-Town Meals | 09/20/07 | Howe EJ | 25.90 |
| Out-of-Town Meals | 09/25/07 | Hogan III AL | 15.71 |
| Out-of-Town Meals | 09/25/07 | Kahn MT | 12.60 |
| Out-of-Town Meals | 09/25/07 | Wharton JN | 9.21 |
| Out-of-Town Meals | 09/25/07 | Wharton JN | 1.75 |
| Out-of-Town Meals | 09/25/07 | Wharton JN | 34.59 |
| Out-of-Town Meals | 09/25/07 | Diaz LB | 4.02 |
| Out-of-Town Meals | 09/26/07 | Wharton JN | 7.35 |
| Out-of-Town Meals | 09/26/07 | Meisler RE | 17.35 |
| Out-of-Town Meals | 09/26/07 | Diaz LB | 5.68 |
| Out-of-Town Meals | 09/26/07 | Diaz LB | 23.32 |
| Out-of-Town Meals | 09/27/07 | Wharton JN | 30.08 |
| Out-of-Town Meals | 09/27/07 | Demma J | 8.00 |
| Out-of-Town Meals | 09/27/07 | Lyons JK | 225.00 |
| Out-of-Town Meals | 09/27/07 | Platt SJ | 19.69 |
| Out-of-Town Meals | 09/27/07 | Kahn MT | 4.86 |
| Out-of-Town Meals | 09/27/07 | Kahn MT | 1.50 |
| Out-of-Town Meals | 09/28/07 | Demma J | 8.00 |
| Out-of-Town Meals | 09/28/07 | Platt SJ | 4.50 |
| Out-of-Town Meals | 09/30/07 | Diaz LB | 12.52 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$1,025.00** |
| Telco-Non Astra | 09/28/07 | Telecommunications, D | 3.00 |
| | | **TOTAL TELCO-NON ASTRA** | **$3.00** |
| Print Images to Paper (from Electronic Media) | 09/03/07 | Giacovelli L | 20.17 |
| Print Images to Paper (from Electronic Media) | 09/03/07 | Giacovelli L | 24.17 |
| Print Images to Paper (from Electronic Media) | 09/04/07 | Copy Center, D | 40.02 |
| Print Images to Paper (from Electronic Media) | 09/06/07 | Haskin GM | 26.17 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 09/06/07 | Haskin GM | 157.02 |
| Print Images to Paper (from Electronic Media) | 09/06/07 | Jett DM | 187.83 |
| Print Images to Paper (from Electronic Media) | 09/06/07 | Morel BA | 48.02 |
| Print Images to Paper (from Electronic Media) | 09/06/07 | Lake DV | 44.74 |
| Print Images to Paper (from Electronic Media) | 09/06/07 | Lake DV | 11.28 |
| Print Images to Paper (from Electronic Media) | 09/06/07 | Lake DV | 44.74 |
| Print Images to Paper (from Electronic Media) | 09/06/07 | Morel BA | 286.11 |
| Print Images to Paper (from Electronic Media) | 09/06/07 | Lake DV | 11.28 |
| Print Images to Paper (from Electronic Media) | 09/07/07 | Copy Center, D | 52.74 |
| Print Images to Paper (from Electronic Media) | 09/13/07 | Irish J | 39.21 |
| Print Images to Paper (from Electronic Media) | 09/13/07 | Irish J | 39.13 |
| Print Images to Paper (from Electronic Media) | 09/21/07 | Copy Center, D | 23.37 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$1,056.00** |
| Internal Catering-NY | 09/05/07 | Butler, Jr. J | 240.00 |
| Internal Catering-NY | 09/06/07 | Butler, Jr. J | 240.00 |
| Internal Catering-NY | 09/07/07 | Butler, Jr. J | 300.00 |
| Internal Catering-NY | 09/07/07 | Butler, Jr. J | 240.00 |
| Internal Catering-NY | 09/10/07 | Butler, Jr. J | 240.00 |
| Internal Catering-NY | 09/10/07 | Butler, Jr. J | 300.00 |
| Internal Catering-NY | 09/11/07 | Butler, Jr. J | 240.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$1,800.00** |
| | | **TOTAL MATTER** | **$60,081.00** |

B43E