SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-2
REORGANIZATION PLAN / PLAN SPONSORS
5,332.7 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 07/31/07**
**Reorganization Plan / Plan Sponsors**                         **Bill Number: 1168053**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 06/01/07 | 0.40 | REVIEW STATUS OF PARDUS DISCUSSIONS INCLUDING POTENTIAL DELPHI-PARDUS-GM MEETING IN NEW YORK CITY (0.2); EMAILS TO/FROM/TO T. LAURIA RE: APPALOOSA MATTERS (0.2). |
| BUTLER, JR. J | 06/04/07 | 2.40 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.6) UPDATE TELECONFERENCE WITH T. LAURIA RE: PLAN INVESTOR MATTERS; DRAFT MEMO RE: SAME (0.3); REVIEW PARDUS NOTICE AND RELATED MATTERS (0.2); FOLLOW-UP ON HIGHLAND ISSUES AND NEXT STEPS (0.3); EMAILS FROM/TO J. SHEEHAN AND B. SHAW RE: PLAN INVESTOR UPDATES (0.3); EMAILS TO/FROM R. O'NEAL, D. SHERBIN AND J. SHEEHAN RE: FOURTH EXCLUSIVITY MOTION MATTERS (0.3); EMAILS FROM/TO B. ROSENBERG RE: EQUITY OPTION ISSUE (0.2). |
| BUTLER, JR. J | 06/05/07 | 2.60 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.6) MEETINGS AT COMPANY WITH J. SHEEHAN RE: APPALOOSA, PARDUS AND HIGHLAND MATTERS; EMAILS TO B. ROSENBERG, B. SCHELER, J. TANENBAUM AND T. LAURIA RE: SAME (0.2); FOLLOW-UP ON NEW NDA AGREEMENTS AND NEXT STEPS INCLUDING JUNE 11TH MEETING WITH HIGHLAND REPRESENTATIVES IN NEW YORK CITY (0.4); RECEIVE AND BEGIN TO EVALUATE EQUITY COMMITTEE SETTLEMENT PROPOSAL (INCLUDING MEETING WITH J. SHEEHAN AND ROTHSCHILD) (0.9); EMAILS FROM/TO B. SCHELER RE: SAME (0.3) . |
| BUTLER, JR. J | 06/06/07 | 3.80 | CONTINUE TO FOLLOW-UP ON NEW NDA AGREEMENTS AND NEXT STEPS INCLUDING JUNE 11TH MEETING WITH HIGHLAND REPRESENTATIVES IN NEW YORK CITY (INCLUDING MEETING AT COMPANY IN TROY WITH J. SHEEHAN) (0.8); TELECONFERENCE WITH B. SHAW RE: POSSIBLE ALTERNATIVE STEERING TREATMENT IN REORGANIZATION PLAN (0.4); CONTINUE TO EVALUATE EQUITY COMMITTEE SETTLEMENT PROPOSAL WITH J. SHEEHAN AND ROTHSCHILD (0.9); TELECONFERENCE WITH D. RESNICK RE: SAME (0.2); EMAILS TO/FROM B. SCHELER RE: SAME (0.3); PREPARE FOR (0.2) AND PARTICIPATE IN (0.5) TELECONFERENCE WITH D. DAIGLE AND B. ROSENBERG RE: POST-EMERGENCE GOVERNANCE PROVISIONS; TELECONFERENCE WITH T. LAURIA RE: APPALOOSA MATTERS (0.3); EMAILS TO/FROM R. O'NEAL, J. SHEEHAN, D. SHERBIN AND D. RESNICK RE: SAME (0.2) . |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    06/07/07    2.60   CONTINUE TO FOLLOW-UP ON NEW NDA
AGREEMENTS AND NEXT STEPS INCLUDING
JUNE 11TH MEETING WITH HIGHLAND
REPRESENTATIVES IN NEW YORK CITY (0.7);
PREPARE FOR (0.2) AND PARTICIPATE IN
(0.4) WORKING GROUP RE: ALTERNATIVE
STEERING TREATMENT IN REORGANIZATION
PLAN; TELECONFERENCE WITH B. SHAW RE:
SAME (0.1); CONTINUE TO EVALUATE EQUITY
COMMITTEE SETTLEMENT PROPOSAL (0.3);
RECEIVE AND BEGIN TO EVALUATE
LEHMAN/HIGHLAND MATERIALS (0.9).

BUTLER, JR. J    06/08/07    2.30   CONTINUE TO PREPARE FOR JUNE 11TH
MEETING WITH HIGHLAND REPRESENTATIVES
IN NEW YORK CITY INCLUDING
TELECONFERENCE MEETING WITH J. SHEEHAN,
D. RESNICK AND B. SHAW (0.8); CONTINUE
TO EVALUATE EQUITY COMMITTEE SETTLEMENT
PROPOSAL AND WORK ON POSSIBLE JUNE 12TH
FRAMEWORK MEETING RE: SAME IN NEW YORK
CITY INCLUDING EMAILS TO/FROM AND
TELECONFERENCE WITH B. SCHELER (0.6);
EMAILS TO/FROM B. ROSENBERG, T. LAURIA
AND J. TANENBAUM RE: SAME (0.2); REVIEW
ROTHSCHILD MATERIALS RE: SAME (0.3);
REVIEW BLACKLINES OF HIGHLAND DOCUMENTS
(0.4).

BUTLER, JR. J    06/09/07    1.40   CONTINUE TO REVIEW AND EVALUATE
FRAMEWORK ALTERNATIVES AND PREPARE FOR
JUNE 12TH STAKEHOLDER DISCUSSIONS IN
NEW YORK CITY (0.8); EMAILS TO/FROM J.
SHEEHAN, D. RESNICK AND B. SHAW RE: SAME
(0.3); EMAILS FROM/TO T. LAURIA RE:
APPALOOSA MATTERS (0.3).

BUTLER, JR. J    06/11/07    4.20   PREPARE FOR (0.4) AND ATTEND (1.3)
PORTION OF MEETING WITH DELPHI AND
HIGHLAND REPRESENTATIVES IN NEW YORK
CITY; CONTINUE TO EVALUATE EQUITY
COMMITTEE SETTLEMENT PROPOSAL AND
PREPARE FOR JUNE 12TH FRAMEWORK MEETING
RE: SAME IN NEW YORK CITY INCLUDING
MEETINGS WITH J. SHEEHAN, D. SHERBIN, D.
RESNICK AND B. SHAW IN NEW YORK CITY
INCLUDING REVIEW OF SIDE-BY-SIDE
ANALYSIS (2.3); EMAILS TO/FROM L.
PARKINS RE: GOVERNANCE STRUCTURE
MATTERS (0.2).

BUTLER, JR. J    06/12/07    3.70   PREPARE FOR (0.8) AND ATTEND PORTIONS
(2.6) OF STAKEHOLDER FRAMEWORK
DISCUSSIONS IN NEW YORK WITH
REPRESENTATIVES OF GM, CREDITORS
COMMITTEE AND EQUITY COMMITTEE; EMAILS
TO/FROM B. SCHELER RE: SAME (0.3).

BUTLER, JR. J    06/13/07    0.60   REVIEW KEY PLAN DRAFTING ISSUES (0.3);
EMAILS FROM/TO L. PARKINS AND D. SHERBIN
RE: HIGHLAND DUE DILIGENCE MATTERS
(0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    06/14/07    1.50   CONTINUE TO REVIEW HIGHLAND DUE
                                    DILIGENCE MATTERS WITH J. SHEEHAN
                                    (0.4); EMAILS FROM/TO R. O'NEAL, J.
                                    SHEEHAN AND S. CORCORAN RE: CONSENSUAL
                                    EXCLUSIVITY EXTENSION (0.3); REVIEW
                                    DRAFT MOTION RE: SAME (0.4); REVIEW
                                    RESEARCH RE: ALTERNATIVE PLAN TREATMENT
                                    FOR SUBORDINATED DEBT AND POTENTIAL
                                    SPINOFF ALTERNATIVE (0.4).

BUTLER, JR. J    06/15/07    1.80   REVIEW AND REVISE EXCLUSIVITY MOTION
                                    (0.8); EMAILS AND TELECONFERENCES
                                    TO/FROM T. LAURIA AND L. PARKINS RE:
                                    EXCLUSIVITY MOTION (0.4); BEGIN TO
                                    PREPARE FOR JUNE 19TH FRAMEWORK
                                    MEETINGS IN NEW YORK INCLUDING EMAILS
                                    TO/FROM J. SHEEHAN AND B. SHAW (0.4);
                                    EMAIL FROM/TO AND TELECONFERENCE WITH
                                    D. SHERBIN RE: PARDUS MATTERS (0.2).

BUTLER, JR. J    06/16/07    0.80   CONTINUE TO PREPARE FOR JUNE 19TH
                                    FRAMEWORK MEETINGS IN NEW YORK (0.6);
                                    REVIEW HIGHLAND DUE DILIGENCE MATTERS
                                    (0.2).

BUTLER, JR. J    06/17/07    0.80   CONTINUE TO PREPARE FOR JUNE 19TH
                                    FRAMEWORK MEETINGS IN NEW YORK
                                    INCLUDING REVIEW OF DRAFT AGENDA AND
                                    ADDITIONAL MATERIALS (0.6); EMAILS
                                    FROM/TO L. PARKINS RE JUNE 19TH HIGHLAND
                                    DUE DILIGENCE DISCUSSION (0.2).

BUTLER, JR. J    06/18/07    3.90   PREPARE FOR (0.4) AND ATTEND (2.0)
                                    DELPHI WORKING GROUP MEETING AT COMPANY
                                    IN TROY; CONTINUE TO PREPARE FOR JUNE
                                    19TH MEETINGS WITH APPALOOSA AND
                                    STATUTORY COMMITTEES IN NEW YORK CITY
                                    (0.7); CONTINUE TO PREPARE FOR JUNE 19TH
                                    HIGHLAND DUE DILIGENCE SESSION IN NEW
                                    YORK RE: GM AND MDL MATTERS (0.4); BEGIN
                                    TO REVIEW MODIFIED EPCA FROM APPALOOSA
                                    (0.4).

BUTLER, JR. J    06/19/07    3.00   PREPARE FOR (0.2) AND ATTEND (1.5)
                                    HIGHLAND DUE DILIGENCE SESSION IN NEW
                                    YORK RE: GM AND MDL MATTERS; PREPARE FOR
                                    (0.3) AND ATTEND (0.3) MEETINGS WITH
                                    APPALOOSA AND STATUTORY COMMITTEES IN
                                    NEW YORK CITY; CONTINUE TO REVIEW AND
                                    EVALUATE MAJOR DISCUSSION ISSUES IN
                                    MODIFIED EPCA FROM APPALOOSA (0.3);
                                    CONFERENCE WITH J. SHEEHAN AND K. CRAFT
                                    RE: EPCA EXIT AND SUSPENSION AGREEMENTS
                                    AND RELATED MATTERS (0.4).

BUTLER, JR. J    06/20/07    1.00   FOLLOW-UP ON JUNE 19TH HIGHLAND DUE
                                    DILIGENCE SESSION IN NEW YORK RE: GM AND
                                    MDL MATTERS AND MEETINGS WITH APPALOOSA
                                    AND STATUTORY COMMITTEES IN NEW YORK
                                    CITY (0.4); CONTINUE TO EVALUATE MAJOR
                                    DISCUSSION ISSUES IN MODIFIED EPCA FROM
                                    APPALOOSA (0.4); REVIEW EPCA EXIT AND
                                    SUSPENSION AGREEMENTS AND RELATED
                                    MATTERS (0.2).

B43E

BUTLER, JR. J    06/21/07    0.70   CONTINUE TO FOLLOW-UP ON EPCA EXIT AND
                                    SUSPENSION AGREEMENT AND RELATED
                                    MATTERS (0.6); REVIEW EMAIL FROM B.
                                    ROSENBERG RE SAME (0.1).

BUTLER, JR. J    06/22/07    0.70   CONTINUE TO REVIEW REVISIONS TO EPCA
                                    EXIT AND SUSPENSION AGREEMENT AND
                                    RELATED MATTERS (0.4); FOLLOW-UP ON
                                    HIGHLAND-LEHMAN LETTER WITH ROTHSCHILD
                                    AND STATUTORY COMMITTEES (0.3).

BUTLER, JR. J    06/23/07    0.60   FOLLOW-UP ON HIGHLAND MATTERS INCLUDING
                                    STATUS OF HIGHLAND EPCA AND EMAILS
                                    FROM/TO R. O'NEAL, J. SHEEHAN AND S.
                                    CORCORAN (0.4); CONSIDER
                                    APPALOOSA-DANA MATTERS INCLUDING EMAIL
                                    FROM/TO S. CORCORAN (0.2).

BUTLER, JR. J    06/24/07    0.90   CONTINUE TO FOLLOW-UP ON EPCA
                                    SUSPENSION AND EXIT DOCUMENT MATTERS
                                    (0.3); CONTINUE TO FOLLOW-UP ON
                                    HIGHLAND MATTERS INCLUDING EMAILS
                                    FROM/TO R. O'NEAL, J. SHEEHAN AND D.
                                    SHERBIN (0.3); REVIEW APPALOOSA-DANNA
                                    MATERIALS (0.3).

BUTLER, JR. J    06/26/07    2.00   PREPARE FOR (0.1) AND ATTEND (0.1)
                                    OMNIBUS HEARING BEFORE JUDGE DRAIN IN
                                    NEW YORK BANKRUPTCY COURT RE: SECTION
                                    1121(D) EXCLUSIVITY EXTENSION; PREPARE
                                    FOR (0.2) AND PARTICIPATE IN (1.4)
                                    MEETING WITH J. SHEEHAN, S. CORCORAN AND
                                    WORKING GROUP RE: REVIEW OF APPALOOSA
                                    EPCA COMMENTS AND NEXT STEPS; REVIEW
                                    APPALOOSA RESPONSE TO EPCA SUSPENSION
                                    AGREEMENTS AND RELATED MATTERS (0.2).

BUTLER, JR. J    06/27/07    1.50   REVIEW AND EVALUATE HIGHLAND LETTER
                                    (0.3); PREPARE FOR (0.2) AND
                                    PARTICIPATE IN (0.7) TELECONFERENCE
                                    WITH J. SHEEHAN, S. CORCORAN AND B. SHAW
                                    RE: SAME; CONTINUE TO FOLLOW-UP ON
                                    APPALOOSA EPCA MATTERS (0.3).

BUTLER, JR. J    06/28/07    2.40   CONTINUE TO REVIEW AND EVALUATE
                                    HIGHLAND LETTER AND PROPOSED RESPONSE
                                    (0.8); PREPARE FOR (0.2) AND
                                    PARTICIPATE IN (0.4) TELECONFERENCE
                                    WITH L. PARKINS, J. PAPELIAN AND OTHERS
                                    RE: MDL AND PROSPECTIVE PROPOSAL
                                    MATTERS; FOLLOW-UP ON APPALOOSA EPCA
                                    MATTERS (0.3); EMAILS TO/FROM B.
                                    ROSENBERG AND B. SCHELRE RE SAME (0.4);
                                    EMAILS FROM/TO AND TELECONFERENCE WITH
                                    J. SHEEHAN, D. SHERBIN AND OTHERS RE
                                    PLAN FRAMEWORK MATTERS (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    06/29/07    2.90   PREPARE FOR (0.2) AND PARTICIPATE IN
                                    (2.1) TELECONFERENCE WITH J. SHEEHAN,
                                    S. CORCORAN, D. RESNICK, B. SHAW AND
                                    WORKING GROUP RE: FRAMEWORK ISSUES AND
                                    DEVELOPMENT OF "MUST HAVES" APPROACH
                                    FOR CONTINUED APPALOOSA LEAD INVESTOR
                                    GROUP TRANSACTION; FURTHER
                                    TELECONFERENCE WITH J. SHEEHAN, S.
                                    CORCORAN, D. RESNICK AND WORKING GROUP
                                    RE: SAME (0.6).

BUTLER, JR. J    06/30/07    0.60   CONTINUE TO REVIEW AND EVALUATE "MUST
                                    HAVES" FOR CONTINUED APPALOOSA LEAD
                                    INVESTOR GROUP TRANSACTION (0.6).

                             49.10

COCHRAN EL       06/04/07    1.40   NDA ISSUES RELATING TO PARDUS (1.4).

COCHRAN EL       06/05/07    4.20   REVIEW NDA ISSUES RELATING TO PARDUS,
                                    BRANDES, HIGHLAND AND APPALOOSA (4.2).

COCHRAN EL       06/06/07    2.30   REVIEW HIGHLAND NDA (2.3).

COCHRAN EL       06/07/07    2.70   REVIEW ISSUES RELATING TO HIGHLAND NDA
                                    (2.7).

COCHRAN EL       06/08/07    1.40   REVIEW HIGHLAND NDA ISSUES (1.4).

COCHRAN EL       06/11/07    3.20   PARTICIPATE IN MEETING WITH HIGHLAND
                                    REPRESENTATIVES (1.8); WORK ON
                                    APPALOOSA CO-INVESTOR NDA (1.4).

COCHRAN EL       06/12/07    5.90   PARTICIPATE IN MEETING WITH APPALOOSA
                                    AND UCC REPRESENTATION WITH DELPHI AND
                                    SC REPS (5.2); REVIEW GM DOCUMENTATION
                                    ISSUES (0.7).

COCHRAN EL       06/13/07    3.00   REVIEW PARDUS NDA ISSUES (1.2); REVIEW
                                    APPALOOSA ISSUES RELATING TO ECPA
                                    (1.8).

COCHRAN EL       06/14/07    4.20   REVIEW MODIFICATION AND PRODUCED TERM
                                    SHEEP PROPOSED BY APPALOOSA (3.7);
                                    REVIEW PARDUS NDA ISSUES (0.5).

COCHRAN EL       06/18/07    2.20   REVIEW EPCA MARKUP FROM APPALOOSA
                                    (2.2).

COCHRAN EL       06/19/07    8.30   MEETING WITH HIGHLAND REPRESENTATIVES
                                    ON MDL AND GM DEAL (1.1); MEETING WITH
                                    APPALOOSA AND UCC REPRESENTATIVES ON
                                    POSSIBLE PROPOSAL TO EQUITY COMMITTEE
                                    (3.5); MEETING WITH APPALOOSA, UCC AND
                                    EC RE: POSSIBLE PROPOSAL (2.5); REVIEW
                                    SUSPENSION AGREEMENT ISSUES (1.2).

COCHRAN EL       06/20/07    4.20   REVIEW SUSPENSION AND TERMINATION
                                    AGREEMENT RE: EPCA AND PSA PRIOR TO
                                    DISTRIBUTION (2.8); REVIEW GS NDA
                                    ISSUES (1.4).

COCHRAN EL       06/21/07    3.90   REVIEW GS NDA ISSUES (1.6); REVIEW
                                    COMMENTS ON EXIT AND SUSPENSION
                                    AGREEMENT (2.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| COCHRAN EL | 06/22/07 | 4.50 | REVIEW ISSUES LIST RE: PROPOSED EPCA AMENDMENT BY ADAH (2.8); REVIEW COMMENTS FROM APPALOOSA ON EXIT AGREEMENT (1.7). |
| COCHRAN EL | 06/25/07 | 1.60 | REVIEW ISSUES RELATING TO REVISED EPCA IN PREPARATION FOR CLIENT MEETING (1.6). |
| COCHRAN EL | 06/26/07 | 7.30 | REVIEW ISSUES RELATING TO REVISED EPCA ISSUES LIST (2.9); PREPARE COMMUNICATION FOR J. SHEEHAN TO HIGHLAND RE: PROPOSAL PROCEDURE (2.6); REVIEW ISSUES RELATING TO GS NDA (1.1); REVIEW ISSUES RELATING TO PARDUS AND BRANDES (0.7). |
| COCHRAN EL | 06/27/07 | 5.60 | REVIEW NDA ISSUES RE: GS (0.4); DISCUSSIONS WITH W&C RE: SUSPENSION DOCUMENTS (1.6); REVIEW HIGHLAND LETTER AND PREPARED RESPONSE (2.1); TELECONFERENCE WITH CLIENT ON HIGHLAND LETTER (1.5). |
| COCHRAN EL | 06/28/07 | 2.00 | REVIEW HIGHLAND ISSUES (1.4); REVIEW ADAH ISSUES RE: EPCA (0.6). |
| COCHRAN EL | 06/29/07 | 5.20 | PARTICIPATE ON CALL ON STRATEGY RE: APPALOOSA AND EC (1.5); PREPARE AND REVIEW DELPHI LIST RE: APPALOOSA NEGOTIATIONS (3.7). |
| | | **73.10** | |
| HOGAN III AL | 06/19/07 | 1.30 | CONFERENCE WITH POTENTIAL PLAN SPONSOR RE: COMPANY LITIGATION ISSUES (1.3). |
| HOGAN III AL | 06/21/07 | 0.40 | FOLLOW-UP DISCUSSION WITH COUNSEL FOR POTENTIAL PLAN INVESTOR CONCERNING VARIOUS CLAIMS AGAINST THE ESTATE (0.4). |
| HOGAN III AL | 06/26/07 | 0.40 | REVIEW PROPOSED COMMUNICATION TO POTENTIAL PLAN INVESTOR AND DISCUSS WITH CORPORATE TEAM (0.4). |
| | | **2.10** | |
| LYONS JK | 06/18/07 | 3.10 | PARTICIPATION IN PLAN OF REORGANIZATION/CLAIMS CONFERENCE CALL AND FOLLOW UP (3.1). |
| LYONS JK | 06/19/07 | 4.30 | CONTINUE TO DEVELOP CLAIMS/PLAN STRATEGIES, REVIEW OF INDIVIDUAL CLAIMS ISSUES, AND VOTING/CLAIMS ISSUES AND TELECONFERENCES WITH CLIENT (4.3). |
| | | **7.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA        06/01/07        0.70    UPDATE RE: FRAMEWORK STATUS (0.1);
                                            RESEARCH PLAN ISSUES (0.6).

MARAFIOTI KA        06/04/07        0.30    CORRESPONDENCE RE: PLAN INVESTOR
                                            DEVELOPMENTS (0.3).

MARAFIOTI KA        06/05/07        1.40    WORK ON EXCLUSIVITY NOTICE (0.1),
                                            MOTION (0.6), AND ORDER (0.2), AND
                                            CONSIDER ISSUES RE: SAME (0.3);
                                            CORRESPONDENCE RE: PLAN INVESTORS
                                            (0.2).

MARAFIOTI KA        06/06/07        0.20    CORRESPONDENCE TO PARDUS STATUS (0.2).

MARAFIOTI KA        06/07/07        2.40    CONSIDER ISSUES RE: HIGHLAND NDA (0.2);
                                            UPDATE STATUS RE: FRAMEWORK (0.2);
                                            DEVELOP STRATEGY RE: PLAN (0.7);
                                            ANALYZE PLAN ISSUES (0.3); DIRECT
                                            RESEARCH RE: CLASSIFICATION AND OTHER
                                            PLAN MATTERS (1.0).

MARAFIOTI KA        06/08/07        0.60    CORRESPONDENCE RE: PLAN PROPOSALS (0.3)
                                            AND ANALYSIS OF SAME (0.3).

MARAFIOTI KA        06/10/07        0.90    BEGIN REVIEW OF MEMO RE:
                                            POST-CONFIRMATION JURISDICTION (0.9).

MARAFIOTI KA        06/11/07        2.00    CONSIDER ISSUES RE: POSSIBLE SPIN-OFF
                                            OF SUBORDINATED DEBT (2.0).

MARAFIOTI KA        06/12/07        3.30    FRAMEWORK MEETINGS WITH CREDITORS'
                                            COMMITTEE AND ADVISORS, APPALOOSA AND
                                            ADVISORS, AND J. SHEEHAN (2.6);
                                            ADDITIONAL MEETINGS WITH SAME GROUP
                                            PLUS EQUITY COMMITTEE AND ADVISORS
                                            (0.7).

MARAFIOTI KA        06/13/07        1.90    DEVELOP STRATEGY RE: PLAN (1.9).

MARAFIOTI KA        06/14/07        1.50    REVIEW SUMMARY OF PREFERRED TERMS WITH
                                            J. SHEEHAN, S. CORCORAN, B. SHAW, AND R.
                                            EISENBERG (1.1) AND MEETING WITH
                                            COMPANY RE: PLAN ISSUES (0.3); REPORT
                                            RE: GM AND WHITE & CASE (0.1).

MARAFIOTI KA        06/15/07        0.70    CONTINUE TO WORK ON EXCLUSIVITY MOTION
                                            (0.7).

MARAFIOTI KA        06/18/07        3.00    TELECONFERENCE WITH COMPANY RE: PLAN
                                            AND EXIT STRATEGY (2.0); FOLLOWUP WORK
                                            (1.0).

MARAFIOTI KA        06/19/07        4.80    MEETING WITH COMPANY AND ADVISORS,
                                            CREDITORS' COMMITTEE CHAIR AND ADVISORS
                                            (0.8); MEETING OF SAME GROUP PLUS
                                            APPALOOSA AND ADVISORS (1.5); MEETING
                                            OF SAME GROUP PLUS EQUITY COMMITTEE AND
                                            ADVISORS (0.4); MEETING OF ENTIRE
                                            GROUP, LESS EQUITY COMMITTEE (0.5);
                                            MEETING OF ENTIRE GROUP (0.4); MEETING
                                            WITH GM AND ADVISORS (0.3); MEETING WITH
                                            J. SHEEHAN AND K. CRAFT (0.9).

MARAFIOTI KA        06/20/07        1.90    REVIEW CLASSIFICATION MEMO (0.9) AND
                                            CONSIDER OTHER PLAN ISSUES (1.0).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA    06/21/07    3.20   REVIEW EPCA FEE COMPARISON (0.1);
                                   RESEARCH RE: CLASSIFICATION (0.7),
                                   ABSOLUTE PRIORITY RULE (1.0), AND OTHER
                                   PLAN ISSUES (1.2); CONSIDER PLAN ISSUES
                                   IN CONNECTION WITH (0.2).

MARAFIOTI KA    06/22/07    2.30   ANALYZE PLAN STRUCTURE (0.7): REVIEW
                                   DRAFT EXIT AGREEMENT AND SECOND
                                   AMENDMENT TO PFSA (0.4); REVIEW THIRD
                                   AMENDMENT TO EPCA (0.3); ANALYZE
                                   CLASSIFICATION ISSUES (0.9).

MARAFIOTI KA    06/26/07    2.80   MEETING WITH COMPANY RE: PLAN INVESTOR
                                   AND GM ISSUES (2.1); SUBSEQUENT CALL
                                   WITH J. SHEEHAN AND S. CORCORAN RE: SAME
                                   (0.7).

MARAFIOTI KA    06/29/07    1.60   TELECONFERENCE WITH COMPANY &
                                   ROTHSCHILD RE: FRAMEWORK MATTERS (0.3);
                                   ANALYZE ISSUES RE: SAME (1.3).

                           35.50

MEISLER RE      06/01/07    0.10   TELECONFERENCE WITH P. NEWTON RE: PLAN
                                   QUESTION (0.1).

MEISLER RE      06/04/07    0.20   PLAN FOR FILING OF EXCLUSIVITY
                                   EXTENSION MOTION (0.2).

MEISLER RE      06/05/07    1.10   DRAFT CORRESPONDENCE RE: EXCLUSIVITY
                                   (0.1); DRAFT CORRESPONDENCE WITH R.
                                   BERRY RE: PLAN INVESTOR (0.2); RESPOND
                                   TO INQUIRIES RE: DILIGENCE REQUESTS
                                   (0.3); REVIEW AND CONSIDER
                                   CORRESPONDENCE RE: ENVIRON INVOICES AND
                                   ACCESS TO DELIVERABLE (0.5).

MEISLER RE      06/07/07    0.20   DRAFT CORRESPONDENCE RE: NOTEHOLDERS
                                   (0.2).

MEISLER RE      06/08/07    0.70   REVIEW C. ALM DILIGENCE REQUEST (0.5);
                                   DRAFT CORRESPONDENCE RE: REQUEST FOR
                                   DILIGENCE ON CLAIMS BY M. SHEPERD (0.2).

MEISLER RE      06/10/07    0.30   DRAFT CORRESPONDENCE RE: SUBSTANTIVE
                                   CONSOLIDATION ANALYSIS (0.3).

MEISLER RE      06/11/07    0.40   REVIEW AND RESPOND TO CORRESPONDENCE
                                   RE: PLAN INVESTORS (0.2);
                                   TELECONFERENCE WITH M. WILLIAMS RE:
                                   SAME (0.1); DRAFT CORRESPONDENCE TO J.
                                   SHEEHAN RE: DILIGENCE (0.1).

MEISLER RE      06/12/07    1.70   WORK ON HIGHLAND DILIGENCE (1.0);
                                   TELECONFERENCE WITH J. SHARRY RE: SAME
                                   (0.3); TELECONFERENCE WITH S. CORCORAN
                                   RE: UPDATE ON DILIGENCE (0.1); DRAFT
                                   CORRESPONDENCE TO D. SHERBIN, S.
                                   CORCORAN, J. SHEEHAN AND J. PAPELIAN RE:
                                   UPDATE ON DILIGENCE (0.1); REVIEW AND
                                   DRAFT CORRESPONDENCE TO M. HESTER RE:
                                   APPALOOSA DILIGENCE (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 06/13/07 | 1.00 | REVIEW CORRESPONDENCE RE: HIGHLAND DILIGENCE (0.3); TELECONFERENCE WITH F. BELLAR RE: SAME (0.1); TELECONFERENCE WITH D. SHERBIN RE: SAME (0.1); TELECONFERENCE WITH J. SHARRY RE: DILIGENCE REQUESTS (0.1); REVIEW LEHMAN ACKNOWLEDGMENT TO HIGHLAND NDA AND DRAFT CORRESPONDENCE RE: SAME (0.2); DRAFT CORRESPONDENCE RE: DILIGENCE (0.2). |
|---|---|---|---|
| MEISLER RE | 06/14/07 | 1.40 | REVIEW AND RESPOND TO CORRESPONDENCE RE: WHITE & CASE DILIGENCE REQUEST (0.1); REVIEW ANALYSIS OF CERTAIN PLAN TERMS (0.2); REVIEW STATUS AND ADVISE ON HIGHLAND CAPITAL DILIGENCE REQUESTS (0.5); DRAFT CORRESPONDENCE TO D. SHERBIN, S. CORCORAN, J. SHEEHAN, AND J. PAPELIAN RE: STATUS UPDATE (0.1); DRAFT FURTHER CORRESPONDENCE TO D. SHERBIN (0.1); TELECONFERENCE WITH J. PAPELIAN RE: SAME (0.1); TELECONFERENCE WITH J. PAPELIAN AND J. SHEEHAN RE: SAME (0.2); DRAFT NOTES TO FILE (0.1). |
| MEISLER RE | 06/15/07 | 2.80 | REVIEW AND COMMENT ON EXCLUSIVITY MOTION (1.0); REVIEW AGENDA FOR POR MEETING (0.1); REVIEW AND COMMENT ON LETTER AGREEMENT WITH HIGHLAND RE: LITIGATION SUMMARY (0.2); REVIEW AND CONSIDER CORRESPONDENCE RE: SAME (0.4); TELECONFERENCE WITH L. PARKINS RE: SAME (0.2); REVISE LETTER PER TELECONFERENCE (0.2); CONFERENCE WITH M. GARTNER RE: SAME (0.3); REVIEW STATUS OF SAME (0.2); DRAFT CORRESPONDENCE TO J. PAPELIAN RE: SAME (0.1); DRAFT CORRESPONDENCE TO B. SAX RE: HIGHLAND DILIGENCE REQUESTS (0.1). |
| MEISLER RE | 06/16/07 | 0.50 | CONTINUE ATTENTION TO LITIGATION SUMMARY AND OTHER LITIGATION RELATED DILIGENCE REQUESTS FROM HIGHLAND CAPITAL (0.3); REVIEW AND RESPOND TO CORRESPONDENCE FROM B. SAX RE: WHITE & CASE DILIGENCE REQUEST (0.2). |
| MEISLER RE | 06/17/07 | 0.50 | REVIEW AND RESPOND TO CORRESPONDENCE RE: DILIGENCE (0.5). |
| MEISLER RE | 06/18/07 | 1.90 | PARTICIPATE IN WORKING GROUP POR TELECONFERENCE (1.8); REVIEW STATUS OF HIGHLAND DILIGENCE (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE    06/19/07    2.50  REVIEW CORRESPONDENCE RE: POR
                                COMMUNICATION PREPARATION (0.1); DRAFT
                                CORRESPONDENCE TO S. CORCORAN RE:
                                OUTSTANDING APPALOOSA DILIGENCE (0.2);
                                REVIEW CORRESPONDENCE RE: WHITE &
                                CASE'S ENVIRONMENTAL DILIGENCE (0.1);
                                REVIEW C. WOHLFERD (WHITE & CASE) DATA
                                REQUEST (0.2); REVIEW DOCUMENTS
                                REQUESTED BY WHITE & CASE (0.4);
                                PARTICIPATE ON DILIGENCE CALL WITH
                                WHITE & CASE, J. WHITSON, B. SPARKS, C.
                                GROSS, AND E. SENSENBRENNER RE: TAX
                                DILIGENCE (0.7); REVIEW DILIGENCE
                                REQUESTS FROM HIGHLAND (0.8).

MEISLER RE    06/20/07    1.50  PREPARE FOR HIGHLAND DILIGENCE CALL
                                (0.4); TELECONFERENCE WITH J. PENN
                                (HAYNES & BOONE), I. PECK (HAYNES &
                                BOONE) AND J. PAPELIAN RE: DILIGENCE
                                (1.0); REVIEW AND RESPOND TO
                                CORRESPONDENCE RE: PLAN INVESTORS
                                (0.1).

MEISLER RE    06/21/07    2.30  DRAFT CORRESPONDENCE RE: APPALOOSA
                                DILIGENCE (0.2); TELECONFERENCE WITH M.
                                HESTER, M. MENDOZA (HAYNES AND BOONE)
                                AND J. PENN (HAYNES AND BOONE) RE:
                                ENVIRONMENTAL DILIGENCE (1.0);
                                TELECONFERENCE WITH J. PAPELIAN RE: MDL
                                (0.2); REVIEW (0.2) AND CONSIDER (0.4)
                                HIGHLAND REQUEST RE: SAME;
                                TELECONFERENCE WITH S. CORCORAN RE:
                                INTERNATIONAL TRANSACTION (0.1);
                                TELECONFERENCE WITH S. CORCORAN RE:
                                APPALOOSA DILIGENCE (0.2).

MEISLER RE    06/25/07    0.10  DRAFT CORRESPONDENCE RE: HIGHLAND
                                DILIGENCE (0.1).

MEISLER RE    06/26/07    0.50  WORKING GROUP MEETING RE: MODIFICATIONS
                                TO EPCA (0.5).

MEISLER RE    06/27/07    1.10  DRAFT CORRESPONDENCE RE: HIGHLAND
                                DILIGENCE (0.2); TELECONFERENCE WITH J.
                                WILLIAMS RE: FOLLOW UP ON HIGHLAND
                                DILIGENCE (0.2); TELECONFERENCE WITH C.
                                WITTMER RE: SAME (0.1); DRAFT
                                CORRESPONDENCE RE: SAME (0.1);
                                PARTICIPATE ON DILIGENCE CALL WITH
                                HIGHLAND RE: ENVIRONMENTAL (0.2);
                                REVIEW CORRESPONDENCE TO WHITE & CASE
                                (0.2); DRAFT CORRESPONDENCE RE: MAY MOR
                                (0.1).

MEISLER RE    06/28/07    1.50  WORK ON RESPONSES TO HIGHLAND DILIGENCE
                                REQUESTS (0.5); WORKING GROUP MEETING
                                RE: POR AGENDA FOR JULY 10 AND 11 MEETING
                                (0.7); REVIEW AND RESPOND TO
                                CORRESPONDENCE RE: SAME (0.3).

                          22.30

PANAGAKIS GN  06/04/07    0.40  REVIEW CORRESPONDENCE RE: POTENTIAL
                                EQUITY INVESTORS (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PANAGAKIS GN | 06/07/07 | 3.60 | REVIEW ALTERNATIVE PLAN CONSIDERATION (0.6); MEET WITH PLAN DRAFTING TEAM RE: OPEN PLAN ISSUES AND NEXT STEPS (1.2); ATTENTION TO PLAN ISSUES RELATED TO DIVESTITURES (1.8). |
|---|---|---|---|
| PANAGAKIS GN | 06/08/07 | 3.00 | REVIEW EQUITY COMMITTEE PROPOSAL MATERIALS (1.2); ADDITIONAL CONSIDERATION AND REVIEW OF MEMO RE: ALTERNATIVE PLAN CONSIDERATIONS (1.8). |
| PANAGAKIS GN | 06/09/07 | 0.80 | FURTHER REVIEW AND COMMENT TO ALTERNATIVE PLAN CONSIDERATION MEMO (0.8). |
| PANAGAKIS GN | 06/10/07 | 3.10 | RESEARCH RE: DISPARATE TREATMENT AND UNFAIR DISCRIMINATION (3.1). |
| PANAGAKIS GN | 06/12/07 | 0.80 | REVIEW AND COMMENT ON REVISED MEMO RE: ALTERNATIVE PLAN ISSUES (0.8). |
| PANAGAKIS GN | 06/13/07 | 4.20 | PARTICIPATE ON CALL WITH PLAN DRAFTING TEAM RE: NEXT STEPS (1.0); REVIEW ISSUES LIST (1.3); REVIEW PLAN RESEARCH MATERIALS (1.5); REVIEW PREFERRED STOCK TERM SHEET (0.4). |
| PANAGAKIS GN | 06/14/07 | 2.80 | PREPARE FOR NEXT DAY CALL RE: STATUS OF PLAN FRAMEWORK DISCUSSIONS AND DRAFTING OF PLAN (1.1); REVIEW MATERIALS FROM POTENTIAL PLAN INVESTOR (0.7); WORK ON PLAN ISSUES LIST (1.0). |
| PANAGAKIS GN | 06/15/07 | 3.70 | REVIEW PLAN RESEARCH BINDER MATERIALS (1.0); ATTENTION TO PLAN INVESTOR ISSUES (0.3); REVIEW AND COMMENT ON PLAN ISSUES LIST (0.8); EVALUATE SUBSTANTIVE CONSOLIDATION ANALYSIS (0.8); REVIEW PLAN PRECEDENT (0.8). |
| PANAGAKIS GN | 06/18/07 | 3.70 | PARTICIPATE IN CONFERENCE CALL WITH SENIOR MANAGEMENT TEAM RE: MAJOR PLAN ISSUES (1.1); ATTENTION TO SUBSTANTIVE CONSOLIDATION ISSUES (1.0); REVIEW HIGHLAND MATERIALS (0.6); ATTENTION TO NEXT STEPS RE: PLAN DRAFTING (1.0). |
| PANAGAKIS GN | 06/19/07 | 3.60 | TELECONFERENCE WITH A. FRANKUM RE: SUBSTANTIVE CONSOLIDATION (0.8); MEET WITH N. STUART RE: RELATED PLAN ISSUES (0.8); FOLLOW UP TELECONFERENCE WITH A. FRANKUM AND K. KUBY (0.8); REVIEW AND COMMENT ON PLAN (0.8); REVIEW MEMORANDUM FROM OTHER PLAN PRECEDENT (0.4). |
| PANAGAKIS GN | 06/20/07 | 0.80 | REVIEW AND COMMENT ON PLAN (0.8). |
| PANAGAKIS GN | 06/21/07 | 3.20 | REVIEW MATERIALS PRIOR TO CALL WITH A. FRANKUM RE: PLAN ISSUES (0.8); PARTICIPATE ON CALL RE: SAME (1.4); FURTHER FOLLOW UP RE: SAME (1.0). |

164

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PANAGAKIS GN | 06/22/07 | 3.30 | REVIEW AND COMMENT ON PLAN (1.0); TELECONFERENCE WITH A. FRANKUM RE: DISPUTED CLAIMS RESERVE AND RELATED ISSUES (0.8); FURTHER ATTENTION TO SAME AND REVIEW OF PRECEDENT RE: SAME (1.0); ATTENTION TO OTHER PLAN ISSUES (0.5). |
|---|---|---|---|
| PANAGAKIS GN | 06/25/07 | 2.00 | REVIEW AND COMMENT ON DRAFT PLAN (2.0). |
| PANAGAKIS GN | 06/26/07 | 4.20 | REVIEW SUBSTANTIVE CONSOLIDATION MATERIALS (0.8); TELECONFERENCE WITH K. KUBY RE: SAME (1.1); REVIEW PLAN PRECEDENT (0.8); COMMENT ON DRAFT PLAN (0.5); ATTENTION TO MECHANICS OF DISPUTED CLAIMS RESERVE (1.0). |
| PANAGAKIS GN | 06/27/07 | 3.70 | REVIEW SUBSTANTIVE CONSOLIDATION MATERIALS (1.0); TELECONFERENCE RE: SAME WITH FTI (1.0); REVIEW AND COMMENT ON PLAN, PARTICULARLY MECHANICS OF DISPUTED CLAIMS RESERVE (1.7). |
| PANAGAKIS GN | 06/28/07 | 2.20 | REVIEW AND COMMENT ON UPDATED DRAFT OF PLAN (1.4); TELECONFERENCES WITH FTI RE: SUBSTANTIVE CONSOLIDATION (0.8). |
| PANAGAKIS GN | 06/29/07 | 1.90 | TELECONFERENCE WITH K. KUBY RE: SUBSTANTIVE CONSOLIDATION (0.4); FURTHER ATTENTION TO SAME (0.3); REVIEW PLAN ISSUES LIST (0.8); PARTICIPATE ON CALL RE: SAME (0.4). |

51.00

| Total Partner | | 240.50 | |
|---|---|---|---|
| GASAWAY M | 06/07/07 | 1.50 | TELECONFERENCE WITH WORKING GROUP RE: WHITE & CASE ISSUES ON NDA (1.5). |
| GASAWAY M | 06/08/07 | 0.30 | TELECONFERENCE WITH D. GANITSKY RE: CONFIDENTIALITY AGREEMENT (0.3). |
| GASAWAY M | 06/19/07 | 0.90 | INTEGRATION RESEARCH RE: GOLDMAN NDA (0.6). |
| GASAWAY M | 06/20/07 | 1.60 | REVIEW REVISED GOLDMAN NDA; RESEARCH RE: UNDERWRITERS RE RIGHTS OFFERING MATTERS (1.6). |

4.30

| MACDONALD N | 06/08/07 | 6.10 | REVIEW DOCUMENTS CONCERNING EPCA AND PSA AGREEMENTS AND RELATED MATTERS (6.1). |
|---|---|---|---|
| MACDONALD N | 06/11/07 | 1.20 | CONTINUE REVIEW OF DOCUMENTS CONCERNING EPCA AND PSA AGREEMENTS AND RELATED MATTERS (1.2). |
| MACDONALD N | 06/12/07 | 2.20 | CONTINUE REVIEW OF DOCUMENTS CONCERNING EPCA AND PSA AGREEMENTS AND RELATED MATTERS (2.2). |

9.50

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 06/01/07 | 0.90 | CONTINUING REVIEW OF PLAN, JURISDICTION MATERIAL AND COMMENTING ON SAME (0.9). |
|---------|----------|------|---|
| MATZ TJ | 06/04/07 | 0.90 | REVIEW AND COMMENT ON PLAN MEMORANDUM (0.9). |
| MATZ TJ | 06/05/07 | 1.50 | CONSIDER PLAN CONCEPTS (0.6); CONTINUE TO REVIEW AND CONSIDERATION OF PLAN ISSUES AND MEMORANDA RE: SAME (0.9). |
| MATZ TJ | 06/07/07 | 0.60 | CORRESPONDENCE WITH E. SLASINSKI RE: INVESTOR MEETING (0.1); REVIEWING FOURTH JURISDICTION MATERIALS (0.5). |
| MATZ TJ | 06/08/07 | 0.30 | CONSIDER FRESH START ACCOUNTING QUESTIONS FROM UNSECURED CREDITORS COMMITTEE (0.3). |
| MATZ TJ | 06/10/07 | 0.40 | PREPARATIONS RE: PLAN INVESTOR MEETING WITH HIGHLAND CAPITAL (0.4). |
| MATZ TJ | 06/13/07 | 2.90 | TELECONFERENCE WITH WORKING GROUP RE: PLAN ISSUES (1.3); REVIEW SUMMARY OF SAME (0.1); FOLLOW UP NOTES RE: SAME (0.4); REVIEW, COMPILE ADDITIONAL MATERIALS RE: VARIOUS PLAN ISSUES (1.1). |
| MATZ TJ | 06/14/07 | 1.20 | REVIEW PLAN ISSUES MEMORANDA (1.2). |
| MATZ TJ | 06/15/07 | 1.20 | CONSIDER PLAN MATTERS FOR PLANNING SESSION (0.4); PREPARATION FOR PLAN ISSUES TELECONFERENCE (0.4); REVIEW AND COMMENT ON EXCLUSIVITY MOTION (0.4). |
| MATZ TJ | 06/18/07 | 4.60 | REVIEW MATERIALS, INCLUDING AGENDA FOR PLAN WORKING GROUP TELECONFERENCE (0.5); PARTICIPATE IN TELECONFERENCE WITH D. SHERBIN, J. SHEEHAN, S. CORCORAN, K. CRAFT, B. SHAW, R. EISENBERG RE: PLAN MATTERS (2.0); FOLLOW UP WORK RE: PLAN MATTERS (0.9); REVIEW AND COMMENT ON PLAN MEMORANDUM (1.2). |
| MATZ TJ | 06/28/07 | 0.90 | TELECONFERENCE WITH WORKING GROUP RE: POR WORKING SESSION (0.5); FOLLOW UP CONSIDERATION AND PLANNING OF SAME (0.4). |
| MATZ TJ | 06/29/07 | 0.30 | CONSIDER AND REVIEW MATERIALS RE:POR WORKING GROUP SESSION (0.3). |

**15.70**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| RAMLO K | 06/04/07 | 3.10 | REVIEW MATERIALS IN PREPARATION FOR EXCLUSIVITY EXTENSION MOTION AND REVISE MOTION (3.1). |
|---------|----------|------|------|
| RAMLO K | 06/05/07 | 4.10 | CONTINUE REVIEWING MATERIALS RELEVANT TO EXTENDING EXCLUSIVITY AND REVISING DRAFT MOTION (4.1). |
| RAMLO K | 06/10/07 | 3.50 | REVIEW MATERIALS ON CURRENT STATUS OF EPCA, RIGHTS OFFERING, ET AL FOR EXCLUSIVITY MOTION (3.5). |
| RAMLO K | 06/14/07 | 2.40 | FURTHER REVISIONS TO EXCLUSIVITY EXTENSION MOTION (2.4). |
| RAMLO K | 06/15/07 | 7.50 | TELECONFERENCE WITH S. CORCORAN RE: REVISIONS TO EXCLUSIVITY EXTENSION MOTION (0.2); REVISE EXCLUSIVITY EXTENSION MOTION AND ARRANGE FOR FILING AND SERVICE (6.7); TELECONFERENCES WITH C. PICCININ RE: SAME (0.1); CORRESPONDENCE TO SENIOR MANAGEMENT RE: SAME (0.2); CORRESPONDENCE TO COUNSEL FOR MAJOR STAKEHOLDERS RE: SAME (0.3). |

                                    20.60

**Total Counsel**                   50.10

| BOLTON IS | 06/01/07 | 2.40 | CONTINUE TO REVIEW DOCUMENTS RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (0.6); COMMUNICATE WITH WORKING GROUP RE: SAME (1.8). |
|-----------|----------|------|------|
| BOLTON IS | 06/15/07 | 2.90 | CONTINUE TO REVIEW DOCUMENTS RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (0.2); COMMUNICATE WITH WORKING GROUP RE: SAME (2.7). |
| BOLTON IS | 06/17/07 | 2.40 | COMMUNICATE WITH WORKING GROUP RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (2.4). |
| BOLTON IS | 06/18/07 | 9.40 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (6.5); DRAFT COVER LETTER RE: SAME (0.4); COMMUNICATION WITH WORKING GROUP RE: SAME (2.5). |
| BOLTON IS | 06/19/07 | 9.70 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (5.6); COMMUNICATE WITH WORKING GROUP RE: SAME (3.0); DRAFT EMAIL TO R. BERRY RE: SAME (0.6); REVIEW EMAILS FROM B. FRANTANGELO RE: SAME (0.3); DRAFT EMAIL TO B. FRANTANGELO RE: SAME (0.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BOLTON IS | 06/20/07 | 13.30 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (6.8); COMMUNICATE WITH WORKING GROUP RE: SAME (2.4); DRAFT AND REVIEW EMAILS WITH F. KUPLICKI RE: SAME (1.0); MEETING WITH R. VAN LEUVEN RE: SAME (0.5); COMMUNICATION WITH HAYNES & BOONE RE: SAME (2.6). |
|---|---|---|---|
| BOLTON IS | 06/21/07 | 10.90 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (4.6); COMMUNICATE WITH WORKING GROUP RE: SAME (1.8); COMMUNICATE WITH HAYNES & BOONE (HIGHLAND) RE: SAME (1.8); DRAFT EMAILS TO F. ALSAGOFF RE: DATA REQUESTS FOR OUTSTANDING DILIGENCE FOR PLAN INVESTORS (0.8); DRAFT EMAILS TO R. BERRY RE: SAME (1.2); DRAFT EMAILS TO I. SIMPLICEAN AND T. THEWES RE: SAME (0.7). |
| BOLTON IS | 06/22/07 | 9.10 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (5.6); COMMUNICATE WITH WORKING GROUP RE: SAME (2.7); DRAFT COVER LETTER (DATA REQUEST) RE: SAME (0.4); MEETING WITH R. VAN LUEVEN RE: SAME (0.4). |
| BOLTON IS | 06/23/07 | 1.20 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (1.2). |
| BOLTON IS | 06/25/07 | 8.20 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (4.6); COMMUNICATE WITH WORKING GROUP RE: SAME (1.9); DRAFT COVER LETTER TO PLAN INVESTORS (DATA REQUEST) RE: SAME (0.4); DRAFT AND REVIEW EMAILS TO AND FROM B. FRANTANGELO RE: SAME (1.0); DRAFT AND REVIEW EMAILS TO AND FROM R. VAN LUEVEN RE: SAME (0.3). |
| BOLTON IS | 06/26/07 | 7.50 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (2.7); CORRESPONDENCE WITH WORKING GROUP RE: SAME (2.4); CORRESPONDENCE WITH CLIENT RE: SAME (1.8); REVISE DATA REQUEST COVER LETTER RE: SAME (0.6). |
| BOLTON IS | 06/27/07 | 6.20 | REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (1.2); CORRESPONDENCE WITH WORKING GROUP RE: SAME (2.0); CORRESPONDENCE WITH CLIENT RE: SAME (2.3); TELECONFERENCE WITH W. COSNOWSKI RE: SAME (0.3); REVISE DATA REQUEST COVER LETTER RE: SAME (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BOLTON IS        06/28/07      7.60   CONTINUE TO REVIEW DOCUMENTS AND UPDATE
                                      INDICES RE: OUTSTANDING DILIGENCE FOR
                                      PLAN INVESTORS (1.8); CORRESPONDENCE
                                      WITH WORKING GROUP RE: SAME (2.0);
                                      CORRESPONDENCE WITH PLAN INVESTORS'
                                      COUNSEL RE: SAME (1.3); CORRESPONDENCE
                                      WITH CLIENT RE: SAME (2.5).

BOLTON IS        06/29/07      5.00   CONTINUE TO REVIEW DOCUMENTS AND UPDATE
                                      INDICES RE: OUTSTANDING DILIGENCE FOR
                                      PLAN INVESTORS (1.8); CORRESPONDENCE
                                      WITH WORKING GROUP RE: SAME (1.4);
                                      CORRESPONDENCE WITH CLIENT RE: SAME
                                      (1.8).

                              95.80

GANITSKY DI      06/04/07      3.80   REVIEW PARDUS NOTICE AND BEGIN ANALYSIS
                                      OF CHANGES TO NDAS AS WELL AS MAKING
                                      REVISIONS TO SAME (3.8).

GANITSKY DI      06/05/07      6.90   WORK ON OUTLINE OF OPEN ISSUES RE: NDAS
                                      (2.4); WORK ON PARDUS, HIGHLAND AND
                                      APPALOOSA NDAS AND RELATED CALLS WITH
                                      CLIENT AND OTHER SIDE WITH FOCUS ON
                                      HIGHLAND NDA AND NEGOTIATION OF SAME
                                      (4.2); CORRESPONDENCE RE: PARDUS (0.3).

GANITSKY DI      06/06/07      6.60   WORK ON REVISING AND DRAFTING NDAS FOR
                                      PARDUS, APPALOOSA AND NUMEROUS RELATED
                                      INTERNAL AND EXTERNAL CALLS (4.2);
                                      LEGAL RESEARCH RE: DISCLOSURE MATTERS
                                      (0.7); TELECONFERENCE RE: PREFERRED
                                      STOCK AND WORK ON SAME (1.7).

GANITSKY DI      06/07/07      5.10   MATTERS RE: GOLDMAN NDA, PARDUS NDA AND
                                      HIGHLAND NDA INCLUDING INTERNAL
                                      DISCUSSIONS WITH CLIENT RE: TERMS AS
                                      WELL WITH HAYES AND BOONE AND WHITE AND
                                      CASE (3.7); REVIEW HIGHLAND PROPOSAL
                                      (1.4).

GANITSKY DI      06/08/07      5.20   REVIEW OF HIGHLAND PROPOSALS AND
                                      BLACKLINES OF SAME AS WELL AS BEGIN WORK
                                      ON SIDE BY SIDE (3.4); CALLS AND
                                      CORRESPONDENCE WITH SHEARMAN, WHITE
                                      CASE, HAYNES AND BOONE, WILLKIE RE: NDA
                                      MATTERS (1.2); ASSIST WITH QUESTIONS
                                      RE: EPCA (0.6).

GANITSKY DI      06/09/07      3.60   PREPARE SIDE BY SIDE COMPARISON OF
                                      APPALOOSA AND HIGHLAND PROPOSALS (3.6).

GANITSKY DI      06/11/07      6.00   WORK ON SIDE BY SIDE COMPARISON OF
                                      PROPOSALS AND REVISE BASED ON INTERNAL
                                      COMMENTS (2.7); MATTERS RE: HIGHLAND
                                      AND INCLUDING CALLS WITH HAYNES AND
                                      BOONE AND FINAL REVISIONS TO DOC (1.2);
                                      TELECONFERENCES WITH WILLKIE,
                                      SHEARMAN, WHITE AND CASE AND CLIENT RE:
                                      VARIOUS NDA AND OTHER MATTERS (1.2);
                                      INTERNAL DISCUSSIONS RE: HIGHLAND
                                      PROPOSALS (0.9).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GANITSKY DI      06/12/07      5.30   WORK ON NDAS INCLUDING CALLS WITH
                                      WILLKIE, WHITE CASE AND HAYNES AND BOONE
                                      AS WELL AS TURNING AND REVISING EACH OF
                                      THE NDAS (3.7); MATTERS RE: HIGHLAND
                                      DILIGENCE (0.4) REVIEW MATTERS RE:
                                      EQUITY COMMITTEE PROPOSAL VERSUS PRIOR
                                      PROPOSAL (1.2).

GANITSKY DI      06/13/07      4.40   NDA MATTERS RE: HIGHLAND, APPALOOSA,
                                      PARDUS AND GOLDMAN (1.6); WORK ON
                                      MATTERS RE: HIGHLAND GOVERNANCE AND
                                      RELATED MATTERS INCLUDING LEGAL
                                      RESEARCH RE: SAME (2.4); REVIEW
                                      HIGHLAND 13D (0.4).

GANITSKY DI      06/14/07      6.10   ATTEND MEETING WITH DELPHI MANAGEMENT
                                      TO DISCUSS PREFERRED STOCK TERM SHEET
                                      (2.3); REVIEW PREFERRED STOCK TERM
                                      SHEET PRIOR TO MEETING AND WORK ON MARK
                                      UP OF SAME AFTER MEETING (1.8); REVIEW
                                      EPCA MATTERS (0.8); MATTERS RE: PARDUS
                                      NDA (0.4); TELECONFERENCE RE: CERTAIN
                                      TAX MATTERS (0.8).

GANITSKY DI      06/15/07      0.90   TELECONFERENCES WITH WILLKIE AND
                                      GOLDMAN RE: NDAS AND WORK ON SAME (0.9).

GANITSKY DI      06/18/07      6.20   PARTICIPATE IN POR MEETING (3.4);
                                      REVIEW REVISED EPCA FROM APPALOOSA
                                      (1.3); MATTERS RE: PARDUS NDA AND
                                      GOLDMAN NDA (0.4); TELECONFERENCE WITH
                                      HAYNES AND BOONE (0.4); WORK ON ISSUES
                                      LIST RE: PREFERRED STOCK TERM SHEET
                                      (0.7).

GANITSKY DI      06/19/07     11.60   MEETINGS WITH GM, APPALOOSA, EQUITY
                                      COMMITTEE, CREDITORS COMMITTEE (8.1);
                                      REVISED PREFERRED STOCK TERM SHEET
                                      BASED ON COMMENTS FROM J. SHEEHAN (0.7);
                                      TELECONFERENCES RE: GOLDMAN NDA AND
                                      REVIEW OF REDRAFT (0.5); REVIEW OF EPCA
                                      SUSPENSION AND EXIT AGREEMENTS (1.6);
                                      REVIEW EPCA DRAFT CIRCULATED BY WHITE
                                      CASE (0.7).

GANITSKY DI      06/20/07      3.70   WORK ON EXIT/SUSPENSION AGREEMENTS
                                      (2.1); REVIEW REVISED EPCA (1.6).

GANITSKY DI      06/21/07      1.90   MATTERS RE: GOLDMAN NDA (0.8); REVISE
                                      EXIT AGREEMENTS BASED ON WEIL AND LATHAM
                                      COMMENTS (0.3); WORK ON EPCA ISSUES LIST
                                      AND REVIEW OF SAME (0.8).

GANITSKY DI      06/22/07      4.30   MATTERS RE: EXIT AGREEMENT INCLUDING
                                      TURNING OF SAME BASED ON COMMENTS FROM
                                      ALL PARTIES AND CALLS WITH WHITE CASE
                                      (1.7); TELECONFERENCE RE: GOLDMAN NDA
                                      WITH GOLDMAN AND TURNING OF SAME BASED
                                      ON DISCUSSIONS INTERNAL AND EXTERNAL
                                      (0.7); WORK ON ISSUES LIST RE: EPCA
                                      (1.9).

GANITSKY DI      06/23/07      3.40   REVISE ISSUES LIST BASED ON COMMENTS AND
                                      FURTHER REVIEW OF ADAH EPCA (3.4).

GANITSKY DI      06/24/07      0.30   REVIEW GOLDMAN WAIVER (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GANITSKY DI    06/25/07    1.00    WORK ON GOLDMAN NDA AND SIDE LETTER AND
CALLS RE: SAME (0.7); MATTERS RE:
APPALOOSA AND PARDUS NDAS (0.3).

GANITSKY DI    06/26/07    5.80    MEETINGS WITH SKADDEN TEAM AND CLIENT AT
COURTHOUSE RE: EPCA MATTERS (3.7); WORK
ON EPCA ISSUES LIST (1.1); WORK ON GM
DRAFT MATTERS; CALLS WITH GOLDMAN RE:
NDA AND TURNING OF SAME (0.7);
CORRESPONDENCE WITH HIGHLAND RE: UAW
MATTERS AND RELATED FOLLOW UPS (0.3).

GANITSKY DI    06/27/07    4.00    REVISE ISSUES LIST ON EPCA FOR BOARD USE
(3.2); MATTERS RE: PARDUS NDA AND
APPALOOSA NDA (0.3); TELECONFERENCE RE:
ADAH STAPLING OF SHARES PROPOSAL (0.5).

GANITSKY DI    06/28/07    4.20    WORK ON MARK UP OF ADAH EPCA (3.2);
REVIEW CORRESPONDENCE WITH HIGHLAND
(0.3); GOLDMAN NDA REVISIONS AND CALLS
(0.7).

GANITSKY DI    06/29/07    4.30    WORK ON MARK UP OF ADAH EPCA (1.7); WORK
ON MUST HAVES RE: ADAH (2.2); NDA
MATTERS (0.4).

                             104.60

GARTNER M    06/01/07    5.80    PREPARE AND COLLECT APPROVALS OF DATA
REQUESTS, PREPARE DOCUMENTS FOR
INCLUSION IN DATA ROOM, AND
CORRESPONDENCE RE: SAME (4.5); CONTINUE
REVIEW AND EDIT ORGANIZATIONAL CHART
(0.7); REVIEW AND EDIT FOREIGN DATA ROOM
INDICES AND CORRESPONDENCE RE: SAME
(0.6).

GARTNER M    06/04/07    6.40    DRAFT LETTER EXTENDING LETTER AGREEMENT
TIME PERIOD AND CORRESPONDENCE RE: SAME
(1.2); REVIEW DUE DILIGENCE MATERIALS
FOR DATA REQUESTS AND FOLLOW UP
CORRESPONDENCE (5.2).

GARTNER M    06/06/07    4.60    COLLECT, PREPARE AND REVIEW DOCUMENTS
FOR INCLUSION IN DATA ROOM AND UPDATE
INDICES (2.1); PREPARE DATA REQUEST
DOCUMENTS (2.5).

GARTNER M    06/07/07    9.30    REVIEW, PREPARE, AND COORDINATE DUE
DILIGENCE DATA REQUESTS (5.7); DRAFT
COVER LETTER (0.8); REVIEW DOCUMENTS
FOR INCLUSION IN DATA ROOM AND UPDATE
INDICES (1.2); MEET WITH WORKING GROUP
RE: ONGOING DILIGENCE AND FOLLOW UP
CORRESPONDENCE (1.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GARTNER M | 06/08/07 | 9.80 | ORGANIZE TASKS AND MATTERS (0.4); REVIEW, PREPARE, AND COORDINATE DUE DILIGENCE DATA REQUEST DISTRIBUTION (4.8); REDACT DATA REQUEST DOCUMENTS AND REDACT AND REVIEW DOCUMENTS FOR INCLUSION IN DATA ROOM (1.1); UPDATE DATA ROOM INDICES AND RUN BLACKLINE FOR DISTRIBUTION (0.8); DRAFT LETTER AGREEMENT FOR LITIGATION SUMMARY (0.8); SEND TIME EXTENSION LETTER (0.3); CORRESPONDENCE RE: DUE DILIGENCE MATTERS (1.6). |
| GARTNER M | 06/09/07 | 2.60 | PREPARE DUE DILIGENCE DATA REQUESTS FOR DISTRIBUTION (2.6). |
| GARTNER M | 06/11/07 | 4.40 | CONTINUE PREPARATION AND DISTRIBUTION OF DUE DILIGENCE DATA REQUESTS, RESPOND TO EMAILS, EDIT INDEX AND PREPARE NEW DOCUMENTS (4.4). |
| GARTNER M | 06/12/07 | 7.50 | FOLLOW UP ON DUE DILIGENCE DATA REQUESTS AND CORRESPONDENCE RE: SAME (1.8); COORDINATE DUE DILIGENCE DATA ROOM VISIT FOR POTENTIAL PLAN INVESTOR (5.7). |
| GARTNER M | 06/13/07 | 8.20 | CONTINUE PREPARATION FOR DUE DILIGENCE VISIT TO DATA ROOM BY POTENTIAL PLAN INVESTORS (4.6); DRAFT LETTER AGREEMENT FOR LITIGATION SUMMARY AND CORRESPONDENCE RE: SAME (2.8); UPDATE DATA ROOM INDEXES (0.8). |
| GARTNER M | 06/14/07 | 9.80 | CONTINUE PREPARATION FOR DUE DILIGENCE VISIT TO DATA ROOM BY POTENTIAL PLAN INVESTORS (6.6); COORDINATE AND ASSIST WITH POTENTIAL PLAN INVESTOR'S COUNSEL DUE DILIGENCE DATA ROOM VISIT (3.2). |
| GARTNER M | 06/15/07 | 14.60 | ATTEND TO DUE DILIGENCE MATTERS FOR POTENTIAL PLAN INVESTORS AND COORDINATE DATA AND INFORMATION REQUESTS (12.2); PREPARE NEW LITIGATION SUMMARY FOR DELIVERY (1.8); REVISE LETTER AGREEMENT (0.6). |
| GARTNER M | 06/16/07 | 3.40 | COORDINATE DUE DILIGENCE DATA ROOM VISIT BY POTENTIAL PLAN INVESTOR'S COUNSEL (2.6); COORDINATE DELIVERY OF LITIGATION SUMMARIES (0.8). |
| GARTNER M | 06/17/07 | 0.80 | CORRESPONDENCE RE: ONGOING DILIGENCE WITH POTENTIAL PLAN INVESTORS (0.8). |
| GARTNER M | 06/18/07 | 4.00 | SEND LITIGATION SUMMARY LETTER AGREEMENT (0.3); COORDINATE DATA REQUESTS AND QUESTIONS FROM POTENTIAL PLAN INVESTORS (3.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GARTNER M        06/19/07      8.40   COORDINATE DUE DILIGENCE MEETINGS WITH
                                      POTENTIAL PLAN INVESTOR'S COUNSEL AND
                                      DELPHI PERSONNEL (1.6); CONTINUE
                                      COORDINATING DUE DILIGENCE DATA AND
                                      INFORMATION REQUESTS (6.1); MEET WITH
                                      WORKING GROUP TO DISCUSS ONGOING DUE
                                      DILIGENCE ISSUES (0.7).

GARTNER M        06/20/07      6.90   CONTINUE TO COORDINATE DUE DILIGENCE
                                      MEETINGS WITH POTENTIAL PLAN INVESTOR'S
                                      COUNSEL AND DELPHI PERSONNEL (1.4);
                                      CONTINUE COORDINATING DUE DILIGENCE
                                      DATA AND INFORMATION REQUESTS (2.1);
                                      ORGANIZE FILES (2.4); PARTICIPATE IN
                                      TELECONFERENCE TO DISCUSS LITIGATION
                                      MATTERS WITH POTENTIAL PLAN INVESTOR'S
                                      COUNSEL AND J. PAPELIAN (1.0).

GARTNER M        06/21/07      6.80   PARTICIPATE IN TELECONFERENCE BETWEEN
                                      POTENTIAL PLAN INVESTOR'S COUNSEL AND
                                      M. HESTER, ET AL. TO DISCUSS
                                      ENVIRONMENTAL DUE DILIGENCE MATTERS
                                      (4.3); CONTINUE COORDINATING DUE
                                      DILIGENCE DATA AND INFORMATION REQUESTS
                                      (2.5).

GARTNER M        06/22/07      6.20   CONTINUE COORDINATING DUE DILIGENCE
                                      DATA AND INFORMATION REQUESTS (2.1);
                                      ORGANIZE DUE DILIGENCE MATTERS (4.1).

GARTNER M        06/25/07      0.60   FOLLOW UP ON DUE DILIGENCE ISSUES (0.6).

GARTNER M        06/26/07      5.10   REVIEW AND COMPILE NOTES FROM
                                      ENVIRONMENTAL DILIGENCE CALL (3.7);
                                      COORDINATE DATA REQUEST AND
                                      CORRESPONDENCE RE: SAME (1.4).

GARTNER M        06/27/07      1.30   ATTEND FOLLOW UP ENVIRONMENTAL
                                      DILIGENCE CONFERENCE CALL (0.8);
                                      COMPILE AND PREPARE NOTES OF MEETING
                                      (0.5).

GARTNER M        06/28/07      4.50   DRAFT, REVIEW AND SEND LETTER AGREEMENT
                                      FOR RESERVE ASSESSMENT AND PREPARE
                                      ASSESSMENT FOR DELIVERY (3.8);
                                      CORRESPONDENCE RE: SAME (0.7).

                             131.00

GRANT K          06/19/07      1.40   REVIEW SUBSTANTIVE CONSOLIDATION
                                      ISSUES (1.4).

GRANT K          06/20/07      5.20   CONTINUE RESEARCH RE: SUBSTANTIVE
                                      CONSOLIDATION FOR PLAN (2.6); REVIEW OF
                                      SOLICITATION PRECEDENT (2.3) AND EMAIL
                                      WITH K. SHAER RE: SAME (0.3).

GRANT K          06/28/07      2.40   CONTINUE TO WORK ON SOLICITATION MOTION
                                      (2.4).

GRANT K          06/29/07      1.30   WORK ON PREPARATION MATERIALS FOR
                                      UPCOMING PLAN WORKING GROUP MEETING
                                      (1.3).

                              10.30

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GUZZARDO J        06/06/07       1.80  LEGAL RESEARCH AND ORGANIZATION OF
                                       RESEARCH IN CONNECTION WITH RESERVATION
                                       OF RIGHTS LANGUAGE IN POR (1.8).

GUZZARDO J        06/27/07       1.20  REVIEW EPCA AND PSA BOARD RESOLUTIONS IN
                                       CONNECTION WITH POR (1.2).

                                 3.00

HALPER A          06/01/07       1.20  REVIEW PARDUS NDA TO NOTE THE SCOPE OF
                                       THEIR ACTIONS (0.4); REVIEW GS MARK-UP
                                       NDA AND RELATED CONCERNS (0.8).

HALPER A          06/04/07       5.50  REVIEW HIGHLAND AND PARDUS NDAS TO
                                       CREATE ISSUES LIST FOR REQUIRED CHANGES
                                       (3.9); ENGAGE IN TELECONFERENCE WITH R.
                                       STRICKLAND ON THE EFFECTS OF DELIVERY OF
                                       PARDUS NOTICE (1.2);   REVIEW ISSUES
                                       RELATED TO GS CONFIDENTIALITY AGREEMENT
                                       (0.4).

HALPER A          06/05/07       9.80  REVIEW AND REVISE, APPALOOSA, HIGHLAND,
                                       PARDUS AND CO-INVESTOR NDAS, INCLUDING
                                       DISCUSSING NDAS WITH J. SHEEHAN AND J.
                                       SHARRY (9.8).

HALPER A          06/06/07       3.30  REVIEW AND REVISE DISCUSSION POINTS ON
                                       HIGHLAND AND PARDUS NDA (2.9);   OBTAIN
                                       HIGHLAND DOCUMENTS (0.4).

HALPER A          06/07/07       5.60  TELECONFERENCE WITH S. CORCORAN, J.
                                       SHEEHAN TO DISCUSS ISSUES, RELATED TO
                                       NDAS AND SECURITIES LAW COMPLIANCE AND
                                       RESEARCH ISSUE AS WELL (2.2); ALSO
                                       TELECONFERENCE  WITH J. SHERRY AND G.
                                       PRYOR AND OTHERS THE HIGHLAND AND PARDUS
                                       NDAS (3.4).

HALPER A          06/08/07       8.10  COORDINATE AND CREATE REDLINE COMPARING
                                       HIGHLAND PROPOSALS (0.7); CREATE
                                       SIDE-BY-SIDE OF ALL FRAMEWORK PROPOSALS
                                       REVIEWING VARIOUS MATERIALS (6.5);
                                       REVIEW AND DISCUSS ISSUE RELATED TO
                                       GOLDMAN CONFIDENTIALITY AGREEMENT WITH
                                       SHEARMAN (0.6); REVIEW AND DISCUSS
                                       TIMING AND STATUS ISSUES OF HIGHLAND NDA
                                       (0.3).

HALPER A          06/11/07       7.80  REVIEW AND REVISE SIDE-BY-SIDE (4.0);
                                       REVISE PARDUS NDA (3.8).

HALPER A          06/12/07       3.60  REVISE PARDUS NDA AND WAIVER LETTER
                                       (3.6).

HALPER A          06/13/07       8.80  PREPARE BLACKLINES AND REVIEW PREFERRED
                                       STOCK TERM SHEET (4.8); ASSIST IN
                                       PREPARATION OF HIGHLAND PREFERRED STOCK
                                       TERM SHEET (0.3); REVISE PARDUS NDA AND
                                       PREPARE GOLDMAN NDA, INCLUDING MEETING
                                       WITH G. PRYOR (3.2); REVIEW 13D FILED BY
                                       HIGHLAND (0.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HALPER A       06/14/07       8.30   REVIEW DEBT PUSHDOWN DOCUMENTS (0.8);
                                     PARTICIPATE IN TELECONFERENCE WITH
                                     DELPHI TAX TEAM TO DISCUSS IMPACT OF
                                     PUSHDOWN (0.9); REVISE PARDUS NDA
                                     WAIVER LETTER (2.1); REVISE AND
                                     PREFERRED STOCK TERM SHEET (3.1);
                                     REVIEW AND REVISE AGGREGATIONS OF
                                     CONCERNS WITH 12(H) OF EPCA (1.4).

HALPER A       06/15/07       3.90   REVIEW GOLDMAN NDA (0.7); REVIEW ISSUES
                                     AND REVISE PARDUS NDA (0.9); COORDINATE
                                     NDA BINDERS (0.3); REVISE AND REVIEW
                                     ISSUES RELATING TO TERMINATION
                                     PROVISIONS (2.0).

HALPER A       06/16/07       0.80   REVIEW GOLDMAN NDA TO CREATE ISSUES LIST
                                     (0.8).

HALPER A       06/17/07       2.30   REVIEW GOLDMAN NDA AND CREATE ISSUES
                                     LIST (2.3).

HALPER A       06/18/07       7.90   REVISE PARDUS NDA AND COORDINATE
                                     SIGNATURES (0.9); COORDINATE
                                     DISTRIBUTION OF NDA BINDER (0.3);
                                     PREPARE EMAIL ON GOLDMAN NDA CONCERNS
                                     (0.4); COORDINATE REVIEW OF GOLDMAN NDA
                                     (0.4); PREPARE EMAIL AND DISCUSS ISSUES
                                     RE: DILIGENCE ON PE FIRM (0.6);
                                     COORDINATE RESEARCH INTO RELATIONSHIP
                                     BETWEEN POSSIBLE INVESTORS AND PRIOR
                                     DEALS (0.5); REVIEW REVISED APPALOOSA
                                     NDA AND PREPARE REVISED ISSUES LIST
                                     (4.8).

HALPER A       06/19/07       7.20   REVIEW PREFERRED STOCK ISSUES LIST WITH
                                     J. SHEEHAN AND REVISE ACCORDINGLY
                                     (0.4); REVIEW AND REVISE EPCA ISSUES
                                     LIST, INCLUDING CREATING NEW LIST OF
                                     POSSIBLE AREAS OF CONCERN BASED OFF
                                     PRIOR OUTLINES AND REVISE OUTLINES
                                     BASED OFF PROBABLE EPCA CHANGES (5.5);
                                     ASSIST IN MEETINGS WITH GM, DELPHI AND
                                     OTHERS HELD AT SKADDEN (0.6); REVIEW
                                     EPCA AND PSA TERMINATION AGREEMENTS
                                     (0.4); REVIEW REVISED GOLDMAN NDA
                                     (0.3).

HALPER A       06/20/07       4.10   REVISE EPCA/PSA SUSPENSION AND EXIT
                                     AGREEMENTS AND RELATED CHARTS (4.1).

HALPER A       06/21/07       5.00   REVISE GOLDMAN NDA AND REVISE ISSUES
                                     (1.2); DISCUSS DEAL STATUS WITH D.
                                     GANITSKY AND E. COCHRAN (0.4); REVIEW
                                     AND REVISE ISSUES LIST FOR EPCA (3.4).

HALPER A       06/22/07       7.90   REVIEW AND REVISE EPCA ISSUES LIST
                                     (3.4); REVIEW AND REVISE OTHER ISSUES
                                     RELATING TO GOLDMAN NDA (2.7); PREPARE
                                     SPECIAL ATTRITION PROGRAM CHRONOLOGY
                                     (1.4); REVISE CLOSING CHECKLIST AND
                                     COORDINATE DISTRIBUTION (0.4).

HALPER A       06/24/07       1.20   REVISE GOLDMAN NDA WAIVER (1.2).

HALPER A       06/25/07       2.50   REVISE GOLDMAN NDA (1.6); PREPARE FOR
                                     MEETING ON EPCA (0.9).

843E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HALPER A          06/26/07     10.60   PREPARE DOCUMENTS FOR ISSUES LIST
                                       MEETING WITH J. SHEEHAN, S CORCORAN AT
                                       BANKRUPTCY COURT (0.6); ATTEND MEETING
                                       (2.8); WORK ON EPCA ISSUES LIST
                                       REVISIONS FOR BOARD, INCLUDING EDITING
                                       AND REVISING MARKUP (6.4); REVIEW AND
                                       REVISE GOLDMAN NDA (0.8).

HALPER A          06/27/07      9.90   REVIEW ISSUES RELATING TO APPALOOSA AND
                                       PARDUS NDA (0.3); COORDINATE RESULTIONS
                                       FOR EPCA/PSA (0.6); REVISE ISSUES LIST
                                       (4.4); BEGIN TO PREPARE EPCA MARKUP
                                       (4.0); LOCATE AND LOOK FOR BOARD
                                       RESOLUTIONS RELATING TO EPCA/PSA (0.6).

HALPER A          06/28/07      8.00   REVISE GOLDMAN NDA AND WAIVER (1.4);
                                       PREPARE MARK-UP OF EPCA COMMENTS (6.6).

HALPER A          06/29/07      6.10   TELECONFERENCE WITH J. SHEEHAN, S.
                                       CORCORAN AND REVIEW, DISCUSS, CREATE
                                       "MUST HAVES" LIST (5.5); REVIEW AND
                                       REVISE GOLMAN NDA AND DISCUSS RELATED
                                       ISSUE, INCLUDING WHITE AND CASE
                                       CONCERNS (0.6).

                               139.40

HARDIN AS         06/01/07     13.00   CONTINUE RESEARCH AND DRAFTING OF MEMO
                                       RE: ISSUES RELATED TO JURISDICTION AND
                                       PLAN STRUCTURE (12.1); WORKING GROUP
                                       EMAIL EXCHANGES RELATED TO FILING AND
                                       SERVICE (0.6); REVIEW EMAIL EXCHANGE
                                       RE: CIRCULATION OF CONFIDENTIALITY
                                       AGREEMENTS (0.3).

HARDIN AS         06/03/07      5.20   CONTINUE RESEARCH ON ISSUES RELATED TO
                                       JURISDICTION AND PLAN STRUCTURE (5.2).

HARDIN AS         06/04/07      4.70   WORKING GROUP TELECONFERENCE RE: ISSUES
                                       RELATED TO PLAN (0.6); REVISE MEMO RE:
                                       ISSUES RELATED TO PLAN (0.6); CONTINUE
                                       DRAFTING MEMO RE: POST-CONFIRMATION
                                       ISSUES (3.5).

HARDIN AS         06/05/07      2.80   DRAFT RESEARCH MEMO ON ISSUES RELATED TO
                                       PLAN (2.8).

HARDIN AS         06/06/07      3.80   TELECONFERENCE WITH N. LAZOROVA RE:
                                       ANTITRUST ISSUES AND CURRENT STATUS
                                       (0.4); CONTINUE WORK ON RESEARCH MEMO
                                       RE: ISSUES RELATED TO JURISDICTION
                                       (3.4).

HARDIN AS         06/07/07      2.70   INTERNAL WORKING GROUP TELECONFERENCE
                                       RE: ISSUES RELATED TO PLAN (0.6);
                                       CONTINUE WORK ON MEMO RE: ISSUES RELATED
                                       TO BANKRUPTCY COURT JURISDICTION (1.7);
                                       TELECONFERENCE WITH N. LAZAROVA RE:
                                       STATUS OF ANTITRUST PREPARATION (0.4).

HARDIN AS         06/08/07      2.30   REVIEW MOST RECENT DRAFT OF PLAN (0.4);
                                       CONTINUE DRAFTING MEMO RE:
                                       POST-CONFIRMATION ISSUES (1.6); EMAIL
                                       EXCHANGE WITH N. LAZAROVA RE: STATUS OF
                                       TRANSACTION (0.3).

                               176                                          B43E

| HARDIN AS | 06/09/07 | 5.10 | COMPLETE DRAFT MEMO RE: POST-CONFIRMATION ISSUES (4.4); DRAFT EMAILS TO WORKING GROUP RE: SAME (0.7). |
| HARDIN AS | 06/11/07 | 1.80 | REVIEW MEMO ON ISSUES RELATED TO JURISDICTION (1.8). |
| HARDIN AS | 06/12/07 | 2.30 | WORKING GROUP EMAIL EXCHANGE RE: MEMO CONCERNING ISSUES RELATED TO JURISDICTION (0.4); WORKING GROUP TELECONFERENCE RE: ISSUES RELATED TO PLAN (0.8); DRAFT ANALYSIS RE: SAME (1.1). |
| HARDIN AS | 06/13/07 | 7.00 | UPDATE PLAN TASK LIST (0.4); WORKING GROUP MEETING RE: ISSUES RELATED TO PLAN (1.3); DRAFT SUMMARY RELATED TO SAME (0.7); FOLLOWUP WORKING GROUP TELECONFERENCE RE: SAME (0.3); RESEARCH ISSUES RELATED TO PLAN (3.9); WORKING GROUP EMAIL EXCHANGE RE: DISTRIBUTION OF PLAN-RELATED MATERIALS (0.4). |
| HARDIN AS | 06/14/07 | 2.40 | REVIEW SEC FILINGS RELATED TO PLAN INVESTORS (0.2); WORK ON MATTERS RELATED TO PLAN AND DISCLOSURE STATEMENT (2.2). |
| HARDIN AS | 06/15/07 | 3.80 | COORDINATE DISTRIBUTION OF MATERIALS RELATED TO PLAN RESEARCH (1.6); REVISE AND DISTRIBUTE MEMO RE: ISSUES RELATED TO PLAN (1.8); MEETING AND EMAIL EXCHANGE RE: DISTRIBUTION OF PLAN-RELATED MATERIALS (0.4). |
| HARDIN AS | 06/17/07 | 3.90 | RESEARCH ISSUES RELATED TO PLAN STRUCTURE (3.9). |
| HARDIN AS | 06/18/07 | 2.30 | WORK GROUP MEETING RE: PLAN ISSUES (2.3). |
| HARDIN AS | 06/19/07 | 1.30 | REVIEW PUBLIC DEBT DOCUMENTS IN CONNECTION WITH CLASSIFICATION ANALYSIS (0.5); RESEARCH ISSUES RELATED TO PLAN (0.8). |
| HARDIN AS | 06/20/07 | 2.70 | REVIEW ISSUES RELATED TO PLAN STRUCTURE (2.7). |
| HARDIN AS | 06/21/07 | 1.80 | REVIEW ANALYSIS OF AGREEMENT RELATED TO PLAN (0.3); RESEARCH ISSUES RELATED TO PLAN IMPLEMENTATION (1.5). |
| HARDIN AS | 06/25/07 | 5.40 | WORKING GROUP MEETING RE: ISSUES RELATED TO PLAN (2.5); REVIEW REVISED AGREEMENTS RELATED TO PLAN AND ANALYSIS RE: SAME (2.9). |
| HARDIN AS | 06/26/07 | 1.50 | EMAIL EXCHANGE RE: DISTRIBUTION OF PLAN-RELATED MATERIALS TO INTERNAL WORKING GROUP (0.3); DRAFT RESEARCH MEMO RELATED TO PLAN (1.2). |
| HARDIN AS | 06/27/07 | 0.40 | WORKING GROUP CONFERENCE CALL RE: ISSUES RELATED TO PLAN (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HARDIN AS        06/28/07      0.50   WORKING GROUP EMAIL EXCHANGE RE:
                                      UPCOMING REGULATORY FILING (0.5).

HARDIN AS        06/29/07      2.00   FOLLOW-UP WORKING GROUP CONFERENCE CALL
                                      RE: FRAMEWORK AGREEMENTS (0.8) REVIEW
                                      PENSION-RELATED DISCLOSURE (0.2);
                                      REVIEW UPDATED PLAN (0.6); WORKING
                                      GROUP CONFERENCE CALL RE: PENSIONS
                                      (0.4).

HARDIN AS        06/30/07      0.70   WORKING GROUP CONFERENCE CALL RE:
                                      ISSUES RELATED TO PLAN (0.4); REVIEW
                                      ANALYSIS OF DRAFT AGREEMENT RELATED TO
                                      PLAN (0.3).

                               79.40

HERRIOTT AV      06/11/07      1.30   REVIEW AND EVALUATE RESEARCH ON
                                      PLAN-RELATED MATTER (1.3).

HERRIOTT AV      06/12/07      1.70   REVIEW OUTSTANDING ISSUES LIST FROM
                                      PLAN DRAFT AND ANALYZE RELATED ITEMS
                                      (1.7).

HERRIOTT AV      06/13/07      0.10   CONDUCT FOLLOW UP RE: DISCRETE PLAN
                                      ISSUE (0.1).

HERRIOTT AV      06/14/07      0.50   EVALUATE PLAN OF REORGANIZATION RELATED
                                      ISSUES (0.5).

HERRIOTT AV      06/28/07      0.90   PARTICIPATE IN WORKING GROUP MEETING
                                      RE: AGENDA FOR JULY 10-11 SENIOR
                                      STRATEGY EMERGENCE MEETINGS (0.8);
                                      FOLLOW UP RE: SAME (0.1).

                               4.50

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ~~LAZAROVA NF~~ | ~~06/05/07~~ | ~~2.60~~ | ~~EMAIL CORRESPONDENCE AND TELECONFERENCE WITH THE CANADIAN COUNSEL RE: STATUS (0.3); TELECONFERENCE WITH T. LOUKO RE: SAME (0.2); TELECONFERENCE WITH THE MEXICAN COUNSEL RE: MEXICAN FILING (0.3); UPDATE THE DESCRIPTION OF THE OVERLAPS BETWEEN DANA AND DELPHI BASE ON INFORMATION PROVIDED BY DELPHI DPSS NA (1.1); TELECONFERENCE WITH K. CHECK RE: DATA ON THE OVERLAPS BETWEEN DANA AD DELPHI IN CANADA (0.1); TELECONFERENCE AND EMAIL CORRESPONDENCE WITH D. LA FLEUR RE: DELPHI/DANA RELATIONSHIP IN CONNECTION TO THERMAL AUTOMOTIVE PRODUCTS (0.6).~~ |
| ~~LAZAROVA NF~~ | ~~06/06/07~~ | ~~1.80~~ | ~~TELECONFERENCE WITH D. LA FLEUR RE: DELPHI'S POSITION IN THERMAL AUTOMOTIVE SYSTEMS IN EUROPE (0.3); REVIEW AND INCORPORATE INFORMATION PROVIDED BY B. ALTENBERGER IN THE DELPHI-DANA OUTLINE (0.5); EMAIL CORRESPONDENCE WITH B. ALTENBERGER RE: SAME (0.3); TELECONFERENCE WITH M. FUKUDA RE: DANA/DELPHI RELATIONSHIP AND STATUS (0.4); EMAIL CORRESPONDENCE WITH M. FUKUDA RE: OUTSTANDING INFORMATION WITH REGARD TO THE DELPHI/DANA OVERLAP IN CANADA AND WORLDWIDE (0.3).~~ |
| | | **4.40** | |
| OGUNSANYA GO | 06/13/07 | 7.60 | RESEARCH ON GOVERNANCE PROTECTIONS (4.6); DRAFT OF TERM SHEET (3.0). |
| | | **7.60** | |
| PERL MW | 06/01/07 | 5.60 | REVIEW VARIOUS OUTSTANDING POR DILIGENCE MATTERS, INCLUDING MEETING WITH WORKING GROUP RE: SAME (2.5); FOLLOW UP RESEARCH RE: CLASSIFICATION OF CLAIMS ISSUES (3.1). |
| PERL MW | 06/04/07 | 5.80 | TELECONFERENCE WITH WORKING GROUP RE: AMENDED NDA OF APPALOOSA (0.3); CONTINUE RESEARCH RE: CLASSIFICATION OF CLAIMS AND RELATED MATTERS (4.9); REVIEW OUTSTANDING DILIGENCE MATTERS (0.6). |
| PERL MW | 06/05/07 | 0.40 | STRATEGIZE WITH WORKING GROUP RE: DILIGENCE MATTERS (0.4). |
| PERL MW | 06/06/07 | 2.20 | DRAFT RESPONSE EMAIL TO C. ALM RE: STATUS OF OUTSTANDING DILIGENCE REQUESTS (0.7); REVIEW STATUS AND MATERIALS RE: OUTSTANDING DILIGENCE ITEMS (1.1); REVIEW CORRESPONDENCE AND DRAFT FOLLOW UP CORRESPONDENCE TO M.H. YOON RE: DATA ROOM DOCUMENTS (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 06/07/07 | 8.60 | TELECONFERENCE WITH WORKING GROUP RE: STATUS OF DILIGENCE DOCUMENT REQUESTS (0.5); REVIEW DOCUMENTS RE: SAME (0.2); STRATEGIZE WITH WORKING GROUP RE: VARIOUS DILIGENCE MATTERS (0.5); TELECONFERENCE WITH WORKING GROUP RE: CLASSIFICATION ISSUES (0.4); REVIEW INDENTURE AGREEMENT IN CONNECTION WITH FOLLOW UP RESEARCH (0.5); REVIEW RESEARCH FINDINGS RE: CLASSIFICATION (0.7); TELECONFERENCES WITH WORKING GROUP TO STRATEGIZE RE: ISSUES IN CONNECTION WITH SAME (0.3); CONSIDER FOLLOW UP RESEARCH ISSUES (0.6) AND STRATEGIZE RE: SAME (0.3); BEGIN FOLLOW UP RESEARCH RE: SAME (4.6). |
|---|---|---|---|
| PERL MW | 06/08/07 | 5.80 | CONTINUE FOLLOW UP RESEARCH RE: CLASSIFICATION ISSUES (2.1); STRATEGIZE RE: OUTSTANDING DILIGENCE MATTERS (1.7) AND PARTICIPATE IN WORKING GROUP MEETING RE: SAME (0.4); COORDINATE RE: DISTRIBUTION OF DOCUMENT REQUESTS (0.4); REVIEW AND PROVIDE COMMENTS TO COVER LETTER RE: SAME (0.3); CONSIDER ISSUES RE: OUTSTANDING DOCUMENT REQUESTS (0.4); REVISE AND UPDATE DRAFT CORRESPONDENCE TO C. ALM RE: OUTSTANDING DILIGENCE (0.4); REVIEW REVISED DATA ROOM INDEX (0.1). |
| PERL MW | 06/10/07 | 8.40 | CONTINUE FOLLOW UP RESEARCH ON CLASSIFICATION ISSUES RELATING TO PLAN OF REORGANIZATION (7.4); REVIEW DATA REQUESTS AND CORRESPOND WITH WORKING GROUP RE: SAME (0.3); UPDATE RESPONSE EMAIL TO W&C, INCLUDING REVIEW OF RELATED DOCUMENTS (0.4); TELECONFERENCE WITH WORKING GROUP RE: OUTSTANDING DILIGENCE MATTERS (0.3). |
| PERL MW | 06/11/07 | 0.90 | TELECONFERENCES WITH WORKING GROUP RE: OUTSTANDING DILIGENCE MATTERS (0.3); REVISE AND FINALIZE CORRESPONDENCE TO C. ALM RE: SAME (0.3); TELECONFERENCE WITH M. BRIARTON RE: ENVIRONMENTAL DILIGENCE (0.1); COORDINATE WITH WORKING GROUP RE: DISTRIBUTION OF SAME (0.2). |
| PERL MW | 06/12/07 | 6.30 | TELECONFERENCE WITH J. SHARRY (HAYNES & BOONE) AND WORKING GROUP RE: DILIGENCE (0.4); REVIEW DATA ROOM INDICES, DRAFT CORRESPONDENCES AND COORDINATE RE: DILIGENCE FOR HIGHLAND (2.2); FOLLOW UP RESEARCH (0.7) AND UPDATE MEMO RE: CLASSIFICATION ISSUES (1.4); REVIEW DILIGENCE MATERIALS TO BE DISTRIBUTED TO WHITE & CASE (0.4); REVIEW FORMS FOR DATA ROOM VISIT (0.2); REVIEW HIGHLAND NDA (0.3); CONSIDER REQUEST FROM LEHMAN FOR ACCESS TO VIRTUAL DATA ROOMS (0.1); COORDINATE WITH CLIENT RE: DATA ROOM VISIT (0.3); TELECONFERENCE WITH WORKING RE: DATA ROOM DOCUMENTS (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW        06/13/07     9.90  TELECONFERENCES WITH M. CONROY (LEHMAN)
                                  RE: ACCESS TO VIRTUAL DATA ROOMS (0.2);
                                  REVIEW ACKNOWLEDGEMENT RE: SAME (0.1)
                                  AND FOLLOW UP CORRESPONDENCES WITH
                                  WORKING GROUP RE: SAME (0.2);
                                  COORDINATE ACCESS TO VIRTUAL DATA ROOM
                                  FOR LEHMAN (0.4); TELECONFERENCE WITH
                                  J. SHARRY RE: DILIGENCE MATTERS (0.2);
                                  TELECONFERENCES WITH J. PAPELIAN (0.1)
                                  AND B. FRANTANGELO (0.2) RE: DILIGENCE
                                  RELATING TO LITIGATION MATTERS (0.2);
                                  COORDINATE ACCESS TO VIRTUAL DATA ROOM
                                  AND VARIOUS CORRESPONDENCES WITH H. &
                                  BOONE RE: SAME (2.6); REVIEW HIGHLAND
                                  NDA (0.3); TELECONFERENCE WITH A. HEO
                                  RE: SAME (0.1); MEET WITH B. FRANTANGELO
                                  RE: HIGHLAND DILIGENCE MATTERS (0.2);
                                  PREPARE DATA ROOM FOR HIGHLAND,
                                  INCLUDING GENERAL ORGANIZATION OF DATA
                                  ROOM (1.9); TELECONFERENCE WITH A. HEO
                                  RE: STATUS OF PLANNED DILIGENCE VISIT
                                  (0.2); REVIEW UPDATED CFO REPORT AND
                                  RELATED DOCUMENTS (0.4);
                                  TELECONFERENCES WITH WORKING GROUP RE:
                                  SAME (0.2, 0.4); FOLLOW UP RE: STATUS OF
                                  HIGHLAND'S ACCESS TO VIRTUAL DATA ROOMS
                                  (0.4); CONTINUE FOLLOW UP RESEARCH RE:
                                  CLASSIFICATION ISSUES (1.6).

PERL MW        06/14/07    11.10  REVIEW AND REVISE MOTION, ORDER, AND
                                  NOTICE FOR EXCLUSIVITY EXTENSION (1.3);
                                  FOLLOW UP CORRESPONDENCES WITH WORKING
                                  GROUP RE: SAME (0.5); PREPARE DATA ROOM
                                  DOCUMENTS, INCLUDING UPDATING DOCUMENT
                                  IDENTIFICATION SYSTEM (1.4);
                                  COORDINATE WITH B. FRANTANGELO, B.
                                  BRUNSTEEL, AND M. BRIARTON RE: DATA ROOM
                                  ACCESS (0.6); PREPARE VARIOUS DOCUMENTS
                                  AND INDICES FOR HIGHLAND'S DATA ROOM
                                  VISIT (1.7); TELECONFERENCE WITH
                                  WORKING GROUP RE: ENVIRONMENTAL INDEX
                                  AND DOCUMENTS (0.3); STRATEGIZE WITH
                                  WORKING GROUP RE: SAME (0.4); WORK ON
                                  GENERAL DILIGENCE MATTERS (0.9);
                                  CORRESPONDENCE WITH M. HESTER AND
                                  WORKING GROUP RE: POTENTIAL
                                  ENVIRONMENTAL DILIGENCE TELECONFERENCE
                                  (0.2); MEET WITH M. DANFORTH AND A. HEO
                                  IN DATA ROOM IN TROY TO PROVIDE DATA ROOM
                                  OVERVIEW AND ANSWER QUESTIONS (0.6);
                                  FOLLOW UP RE: SAME (0.4); CONTINUE
                                  FOLLOW UP RESEARCH RE: CLASSIFICATION
                                  ISSUES (2.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW        06/15/07      6.50   TELECONFERENCE WITH WORKING GROUP RE:
                                    DILIGENCE MATTERS IN CONNECTION
                                    HIGHLAND VISIT (0.3); CORRESPONDENCES
                                    WITH WORKING GROUP RE: DILIGENCE
                                    MATTERS (0.3); CORRESPONDENCE WITH M.
                                    HESTER AND WORKING GROUP RE:
                                    ENVIRONMENTAL DILIGENCE TELECONFERENCE
                                    (0.1); TELECONFERENCE WITH E. GERSHBEIN
                                    RE: EXCLUSIVITY FILING (0.2);
                                    COORDINATE FILING AND SERVICE OF
                                    EXCLUSIVITY MOTION (0.3); RESEARCH TO
                                    UPDATE CITES IN EXCLUSIVITY MOTION
                                    (1.3); REVIEW EXCLUSIVITY MOTION AND
                                    PROVIDE COMMENTS TO SAME (1.4); WORK ON
                                    VARIOUS DILIGENCE MATTERS, INCLUDING
                                    CONSIDERATION OF DOCUMENT REQUESTS
                                    (2.6).

PERL MW        06/17/07      3.20   CONTINUE CLASSIFICATION RESEARCH
                                    (2.7); REVIEW AND RESPOND TO
                                    COMMUNICATION RE: VARIOUS DILIGENCE
                                    MATTERS (0.5).

PERL MW        06/18/07      3.90   REVIEW INDENTURE AGREEMENT (0.1);
                                    TELECONFERENCE WITH P. BOND RE: VIRTUAL
                                    DATA ROOMS (0.1); TELECONFERENCE WITH
                                    WORKING GROUP RE: DILIGENCE MATTERS
                                    (0.2) AND REVIEW CORRESPONDENCES RE:
                                    SAME (0.2); REVIEW DILIGENCE DOCUMENT
                                    REQUESTS AND STRATEGIZE RE: SAME (0.4);
                                    MEET WITH WORKING GROUP RE: DILIGENCE
                                    MATTERS AND STRATEGIZE AND FOLLOW UP RE:
                                    VARIOUS OUTSTANDING DILIGENCE MATTERS
                                    (2.6); CONTINUE RESEARCH RE:
                                    CLASSIFICATION ISSUES (0.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
PERL MW        06/19/07    11.70  EVALUATE VARIOUS DILIGENCE REQUESTS
                                  (0.6); PARTICIPATE IN WORKING GROUP
                                  MEETING RE: VARIOUS DILIGENCE MATTERS
                                  (0.7); WORK ON DILIGENCE MATTERS IN
                                  CONNECTION WITH HIGHLAND DILIGENCE
                                  (0.8); COORDINATE WITH WORKING GROUP
                                  RE: HAYNES AND BOONE VISIT TO DATA ROOM
                                  (0.4); FOLLOW UP RE: DILIGENCE REQUESTS
                                  FROM HAYNES & BOONE (0.6);
                                  TELECONFERENCE WITH K. BAMBACH RE:
                                  INFORMATION AVAILABLE ON VIRTUAL DATA
                                  ROOMS IN RESPONSE TO HAYNES & BOONE
                                  REQUEST (0.4); FOLLOW UP RE: SAME (0.2);
                                  REVIEW ENVIRONMENTAL DILIGENCE MATTERS
                                  (0.3); REVIEW EXTENSIVE DOCUMENT
                                  REQUESTS FRO HAYNES & BOONE (0.4);
                                  PROVIDE ASSISTANCE IN DETERMINING
                                  APPROPRIATE IN-HOUSE ATTORNEY FOR
                                  APPROVAL OF SAME (0.6); CONSIDER
                                  REQUESTS AND STRATEGIZE RE: APPROACH TO
                                  DOCUMENT REQUESTS (0.4); REVIEW
                                  DOCUMENT REQUEST SUBMITTED BY WHITE &
                                  CASE TO CONFIRM DOCUMENTS WERE
                                  PREVIOUSLY REQUESTED (0.3); LOCATE
                                  CONTACT INFORMATION FOR DISSEMINATION
                                  OF DOCUMENT REQUESTS (0.4);
                                  TELECONFERENCE WITH WORKING GROUP RE:
                                  CLASSIFICATION ISSUES (0.2); CONTINUE
                                  RESEARCH RE: CLASSIFICATION ISSUES IN
                                  CONNECTION WITH SUBORDINATION
                                  PROVISIONS (1.8); REVISE AND FINALIZE
                                  MEMO RE: SAME (3.6).

PERL MW        06/20/07     4.40  TELECONFERENCE WITH P. BOND RE: VIRTUAL
                                  DATA ROOMS (0.2); TELECONFERENCE WITH
                                  WORKING GROUP RE: DILIGENCE MATTERS
                                  (0.2); RESPOND TO VARIOUS DILIGENCE
                                  RELATED CORRESPONDENCE (0.4); WORK ON
                                  VARIOUS DILIGENCE RELATED MATTERS,
                                  INCLUDING DOCUMENTS REQUESTS (3.6).
```

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW          06/21/07      4.70   TELECONFERENCE WITH A. VANDENBERG RE:
                                      VIRTUAL DATA ROOMS (0.3);
                                      TELECONFERENCE WITH A. HEO (H&B) RE:
                                      DILIGENCE INQUIRY (0.1); REVIEW
                                      DOCUMENT TO BE SENT TO H&B AND PROVIDE
                                      NECESSARY LANGUAGE FOR COVER EMAIL RE:
                                      SAME (0.2); REVIEW AND PROVIDE COMMENTS
                                      TO COVER LETTER FOR DISTRIBUTION OF
                                      DOCUMENT REQUESTS (0.3); REVIEW VARIOUS
                                      DILIGENCE CORRESPONDENCES AND
                                      COORDINATE RE: TRACKING OF SAME (0.4);
                                      PROVIDE COMMENTS TO DRAFT
                                      CORRESPONDENCE TO H&B RE: STATUS OF
                                      DOCUMENT REQUESTS (0.2); COORDINATE
                                      WITH WORKING GROUP RE: DOCUMENTS TO BE
                                      PROVIDED TO WHITE & CASE (0.3); FOLLOW
                                      UP RESEARCH RE: CLASSIFICATION ISSUES
                                      (1.2); REVIEW CORRESPONDENCES TO
                                      VARIOUS REGIONS RE: DILIGENCE MATTERS
                                      AND DOCUMENT REQUESTS (0.2); WORK ON
                                      VARIOUS DILIGENCE MATTERS IN CONNECTION
                                      WITH HAYNES & BOONE DATA ROOM VISIT AND
                                      DILIGENCE REQUESTS (1.2); REVIEW
                                      DILIGENCE BINDERS OF MATERIALS PROVIDED
                                      TO WHITE & CASE (0.3).

PERL MW          06/22/07      5.80   REVIEW AND PROVIDE COMMENTS TO COVER
                                      LETTER FOR DOCUMENT REQUESTS (0.2);
                                      MULTIPLE TELECONFERENCES WITH WORKING
                                      GROUP RE: DILIGENCE MATTERS (1.1);
                                      TELECONFERENCE WITH G. PRUCI RE:
                                      VIRTUAL DATA ROOM (0.1); FOLLOW UP
                                      RESEARCH RE: CLASSIFICATION ISSUES
                                      (1.8); TELECONFERENCE WITH WORKING
                                      GROUP TO REVIEW SAME (0.3); WORK ON
                                      ONGOING DILIGENCE MATTERS IN CONNECTION
                                      WITH HIGHLAND'S DATA ROOM VISIT AND
                                      DOCUMENT REQUESTS (1.8); COORDINATE RE:
                                      HIGHLAND'S DOCUMENT REQUEST (0.5).

PERL MW          06/23/07      0.20   REVIEW AND CIRCULATE COVER LETTERS AND
                                      DOCUMENT INDICES TO D. SHERBIN, J.
                                      SHEEHAN, AND S. CORCORAN (0.2).

PERL MW          06/25/07      1.30   STRATEGIZE WITH WORKING GROUP RE:
                                      DOCUMENT REQUESTS (0.3) AND OTHER
                                      DILIGENCE MATTERS (0.4);
                                      TELECONFERENCE WITH M. GRACE RE:
                                      HIGHLAND DILIGENCE MATERIALS (0.1);
                                      REVIEW CORRESPONDENCES AND PROVIDE
                                      ASSISTANCE ON GENERAL DILIGENCE MATTERS
                                      (0.5).

PERL MW          06/26/07      1.90   WORK ON GENERAL DILIGENCE MATTERS FOR
                                      HIGHLAND (0.4); REVIEW AND PROVIDE
                                      COMMENTS TO COVER LETTER TO WHITE & CASE
                                      (0.2); TELECONFERENCE RE: DISTRIBUTION
                                      OF SAME (0.3); REVIEW DILIGENCE
                                      MATERIALS PROVIDED TO HIGHLAND (0.8);
                                      TELECONFERENCE WITH L. WARDLAW (HAYNES
                                      & BOONE) RE: VIRTUAL DATA ROOM ACCESS
                                      AND FOLLOW UP WITH A. BAND RE: SAME
                                      (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 06/27/07 | 1.30 | STRATEGIZE RE: VARIOUS DOCUMENT REQUESTS (0.2); REVIEW AND RESPOND TO VARIOUS DILIGENCE RELATED CORRESPONDENCES (0.2); REVIEW APPALOOSA DILIGENCE MATERIALS PROVIDED BY COMPANY (0.2); COORDINATE RE: HIGHLAND DILIGENCE MATERIALS RECEIVED FROM M. GRACE (0.3); ASSIST POR WORKING GROUP WITH GENERAL DILIGENCE MATTERS (0.4). |
|---|---|---|---|
| PERL MW | 06/28/07 | 0.40 | REVIEW DOCUMENT REQUEST FROM HAYNES & BOONE (0.1); CIRCULATE CORRESPONDENCE DOCUMENT REQUEST TO CLIENT (0.1); REVIEW COVER LETTER AND PROVIDE COMMENTS RE: SAME (0.2). |

**110.30**

| STUART NL | 06/07/07 | 1.00 | INTERNAL DISCUSSION RE: PLAN ISSUES (1.0). |
|---|---|---|---|
| STUART NL | 06/10/07 | 3.50 | RESEARCH RE: PLAN ISSUES (3.5). |
| STUART NL | 06/11/07 | 8.90 | RESEARCH RE: VALUATION OF DISTRIBUTIONS TO SUBORDINATED NOTES (4.7); REVISE MEMO RE: SAME (4.2). |
| STUART NL | 06/12/07 | 7.90 | CONTINUE VALUATION RESEARCH (4.4); RESEARCH RE: ABSOLUTE PRIORITY RULE (1.7); UPDATE MEMO RE: SAME (1.8). |
| STUART NL | 06/13/07 | 5.30 | INTERNAL PLAN DISCUSSION (0.9); DRAFT PLAN ISSUES MEMO (2.7); REVIEW BOD PRESENTATIONS ON POR DISCUSSIONS (1.7). |
| STUART NL | 06/14/07 | 1.20 | RESEARCH RE: FUNDED DEBT AND INDENTURE TRUSTEE (1.2). |
| STUART NL | 06/15/07 | 1.90 | DRAFT EMERGENCE WORKING GROUP MEETING ISSUES LIST, AGENDA, AND ASSOCIATED DOCUMENTS (1.9). |
| STUART NL | 06/18/07 | 10.40 | PREPARE FOR EMERGENCE WORKING GROUP CALL (0.8) ATTEND EMERGENCE WORKING GROUP CALL (2.0); POST-CALL INTERNAL FOLLOW UP (0.3); RESEARCH RE: PLAN PAYMENT MECHANICS BASED ON WORKING GROUP DISCUSSION (3.2); RESEARCH RE: SUBSTANTIVE CONSOLIDATION MECHANICS (4.1). |
| STUART NL | 06/19/07 | 10.10 | RESEARCH RE: OBJECTIONS TO PLAN DISTRIBUTIONS FILED IN OTHER MAJOR CASES (3.1); INTERNAL DISCUSSION RE: PLAN MECHANICS FOR PAYMENTS (1.2); ADDITIONAL RESEARCH RE: SUBSTANTIVE CONSOLIDATION (4.1); REVIEW POR FOR MOST RECENT DEVELOPMENTS (1.7). |
| STUART NL | 06/20/07 | 4.60 | REVIEW PLAN PRECEDENT AND CONDUCT RESEARCH RE: ASPECTS OF SUBSTANTIVE CONSOLIDATION POTENTIALLY APPLICABLE TO DELPHI'S POR (4.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| STUART NL | 06/25/07 | 4.80 | INTERNAL STRATEGY DISCUSSION RE: PLAN RESERVES AND DISTRIBUTION MECHANICS (0.9); RESEARCH RE: PLAN RESERVES (2.2); RESEARCH RE: DISTRIBUTION MECHANICS (1.7). |
|---|---|---|---|
| STUART NL | 06/27/07 | 9.40 | REVIEW AND UPDATE PLAN IN CONNECTION WITH UAW LABOR DEAL (2.7); REVIEW PLAN PRECEDENT FOR ADDRESSING CBA AND UNION CLAIMS (2.4); RESEARCH PLAN PRECEDENT FOR TREATMENT OF 382(L)(5) NOL TREATMENT AND RELATED ISSUES (4.3). |
| STUART NL | 06/28/07 | 2.70 | REVISE PLAN TO INCLUDE ELEMENTS OF UAW LABOR DEAL (1.8); POR INTERNAL PLANNING CALL (0.9). |
| STUART NL | 06/29/07 | 5.10 | INTERNAL DISCUSSION RE: PLAN ISSUES (0.7); REVIEW AND UPDATE PLAN (1.4); DRAFT PLAN AND EMERGENCE ISSUES LIST (2.2); UPDATE TASK LIST (0.8). |

                                  76.80

| SUBER KM | 06/13/07 | 3.30 | REVIEW POR IN ANTICIPATION OF REVISIONS TO THE POR AND ADDITIONAL REVISIONS TO THE DISCLOSURE STATEMENT (3.3). |
|---|---|---|---|

                                   3.30

**Total Associate**                770.40

| CHAVALI A | 06/04/07 | 0.80 | PREPARE FOR FILING EXCLUSIVITY MOTION (0.8). |
|---|---|---|---|
| CHAVALI A | 06/05/07 | 1.70 | LOCATE AFFIDAVIT OF SERVICE FOR SECOND EXCLUSIVITY MOTION (0.3); PREPARE SERVICE LIST FOR CATALYST SALE MOTION (1.4). |
| CHAVALI A | 06/08/07 | 1.30 | PREPARE/UPDATE NDA BINDER (1.3). |
| CHAVALI A | 06/11/07 | 0.60 | PREPARE AND DISTRIBUTE PARTICIPANTS LIST FOR HIGHLAND CAPITAL MEETING (0.6). |
| CHAVALI A | 06/13/07 | 2.40 | ORGANIZE EPCA DRAFTS AND DOCUMENTS (2.4). |
| CHAVALI A | 06/14/07 | 6.60 | UPDATE INDEX FOR PLAN RESEARCH MEMOS BINDER (1.6); PREPARE DRAFT PLAN RESEARCH MEMO BINDER (0.6); DISTRIBUTE INDEX FOR PLAN RESEARCH BINDER (0.4); FORMAT INDEX FOR PLAN RESEARCH MEMO BINDER (2.4); SEARCH THE JOINT EXHIBIT BINDERS AND DISTRIBUTE DELPHI BOARD RESOLUTIONS RE: EPCA (1.6). |
| CHAVALI A | 06/15/07 | 3.60 | DISTRIBUTE PLAN RESEARCH MEMO BINDER (0.5); PREPARE PUBLIC DEBT AND SUMMARIES INDEX (1.5); PREPARE DRAFT PUBLIC DEBT AND SUMMARIES BINDER/BOOK (0.7); COORDINATE EXCLUSIVITY FILING SERVICE (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| CHAVALI A | 06/20/07 | 1.40 | DISTRIBUTE PLAN PRECEDENT DOCUMENTS (1.4). |
|---|---|---|---|
| CHAVALI A | 06/21/07 | 0.60 | COORDINATE FILINGS AND SERVICE OF EXCLUSIVITY MOTION (0.6). |
| CHAVALI A | 06/28/07 | 0.50 | UPDATE NDA BINDER (0.5). |
| | | **19.50** | |
| DEMMA J | 06/06/07 | 0.70 | UPDATE DOCUMENT REQUEST INDICES (0.7). |
| DEMMA J | 06/08/07 | 2.30 | PREPARE/UPDATE DOCUMENT REQUEST INDICES (2.3). |
| DEMMA J | 06/11/07 | 0.60 | PREPARE DOCUMENTS FROM DATA ROOM FOR DISTRIBUTION (0.6). |
| DEMMA J | 06/14/07 | 1.30 | PREPARE/DISTRIBUTE CFO REPORT FOR ATTORNEY REVIEW (1.3). |
| DEMMA J | 06/15/07 | 1.10 | PREPARE INDICES FOR HIGHLAND CAPITAL DOCUMENT REQUESTS (1.1). |
| DEMMA J | 06/19/07 | 3.40 | PREPARE INDICE FOR VARIOUS DOCUMENT REQUESTS (2.3); ATTENTION TO APPALOOSA RE: NOTICE OF CONSENT (1.1). |
| DEMMA J | 06/20/07 | 1.10 | UPDATE DOCUMENT REQUEST TRACKING CHART (1.1). |
| DEMMA J | 06/21/07 | 1.20 | COORDINATE ORGANIZATION OF DATA ROOM MATERIALS (0.6); UPDATE DILIGENCE FILES SENT TO HIGHLAND CAPITAL (0.6). |
| DEMMA J | 06/22/07 | 3.40 | UPDATE DOCUMENT REQUEST TRACKING CHART (0.6); UPDATE PRESENTATION FILES (0.6); UPDATE CASE FILES (1.6); UPDATE DUE DILIGENCE FILES (0.6). |
| DEMMA J | 06/25/07 | 1.10 | PREPARE/UPDATE INDICES FOR VARIOUS HIGHLAND AND WHITE AND CASE DOCUMENT REQUESTS (1.1). |
| DEMMA J | 06/26/07 | 3.70 | UPDATE VARIOUS DOCUMENT REQUEST INDICES (1.1); COORDINATE PRODUCTION OF REQUESTED DOCUMENTS FOR DISTRIBUTION (0.4); PREPARE MAILING LIST FOR DOCUMENT DISTRIBUTION (1.1); PREPARE/DISTRIBUTE DOCUMENTS FOR WHITE & CASE DOCUMENT REQUEST (1.1). |
| DEMMA J | 06/27/07 | 2.80 | COORDINATE ORGANIZATION AND UPDATE OF DATA ROOM FILES (1.6); PREPARE HIGHLAND CAPITAL DILIGENCE MATERIALS FOR ATTORNEY REVIEW (1.2). |
| DEMMA J | 06/28/07 | 1.10 | PREPARE/UPDATE/DISTRIBUTE DOCUMENT REQUEST (1.1). |

**23.80**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DONNELLY NP | 06/01/07 | 0.40 | DISTRIBUTE/MAIL DILIGENCE MATERIALS (0.4). |
|---|---|---|---|
| DONNELLY NP | 06/05/07 | 5.40 | UPDATE DATA ROOM DILIGENCE DOCUMENTS (5.4). |
| | | 5.80 | |
| **Total Legal Assistant** | | **49.10** | |
| WORSCHECK TM | 06/15/07 | 0.80 | PREPARE DOCUMENTS FOR DISTRIBUTION/MAILING RE: CFO REPORTS (0.8). |
| WORSCHECK TM | 06/19/07 | 4.10 | PREPARE DATA ROOM COPY REQUEST INDEX FOR HAYNES & BOONE, LLP (4.1). |
| WORSCHECK TM | 06/26/07 | 1.60 | PREPARE DATAROOM DOCUMENTS FOR DISTRIBUTION/MAILING (1.6). |
| | | 6.50 | |
| **Total Legal Assistant Support** | | **6.50** | |
| **TOTAL TIME** | | **1,116.60** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 07/31/07**
**Reorganization Plan / Plan Sponsors**                          **Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 04/03/07 | Panagakis GN | -699.62 |
| Air/Rail Travel - vendor feed | 06/14/07 | Terry WC | 291.79 |
| Air/Rail Travel - vendor feed | 06/15/07 | Perl MW | 218.31 |
| Air/Rail Travel - vendor feed | 06/19/07 | Bolton IS | 592.76 |
| Air/Rail Travel - vendor feed | 06/28/07 | Panagakis GN | 466.33 |
| Air/Rail Travel - vendor feed | 06/28/07 | Panagakis GN | 170.43 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,040.00** |
| In-house Reproduction | 06/01/07 | Copy Center, D | 89.67 |
| In-house Reproduction | 06/01/07 | Copy Center, D | 0.90 |
| In-house Reproduction | 06/05/07 | Copy Center, D | 6.20 |
| In-house Reproduction | 06/05/07 | Copy Center, D | 79.59 |
| In-house Reproduction | 06/08/07 | Copy Center, D | 44.00 |
| In-house Reproduction | 06/08/07 | Copy Center, D | 2.50 |
| In-house Reproduction | 06/12/07 | Copy Center, D | 19.10 |
| In-house Reproduction | 06/12/07 | Copy Center, D | 15.30 |
| In-house Reproduction | 06/15/07 | Copy Center, D | 530.95 |
| In-house Reproduction | 06/15/07 | Copy Center, D | 68.59 |
| In-house Reproduction | 06/19/07 | Copy Center, D | 3.00 |
| In-house Reproduction | 06/19/07 | Copy Center, D | 2.80 |
| In-house Reproduction | 06/22/07 | Copy Center, D | 12.60 |
| In-house Reproduction | 06/22/07 | Copy Center, D | 41.00 |
| In-house Reproduction | 06/26/07 | Copy Center, D | 39.20 |
| In-house Reproduction | 06/26/07 | Copy Center, D | 23.30 |
| In-house Reproduction | 06/29/07 | Copy Center, D | 13.90 |
| In-house Reproduction | 06/29/07 | Copy Center, D | 50.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,043.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Telephone Expense-ECRS 06/29/07 only | | Telecommunications, D | 14.96 |
| Telephone Expense-ECRS 06/29/07 only | | Telecommunications, D | 34.02 |
| Telephone Expense-ECRS 06/29/07 only | | Telecommunications, D | 5.64 |
| Telephone Expense-ECRS 06/29/07 only | | Telecommunications, D | 1.58 |
| Telephone Expense-ECRS 06/29/07 only | | Telecommunications, D | 0.80 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$57.00** |
| Lexis/Nexis | 06/01/07 | Hardin AS | 36.36 |
| Lexis/Nexis | 06/04/07 | Hardin AS | 269.91 |
| Lexis/Nexis | 06/07/07 | Perl MW | 565.94 |
| Lexis/Nexis | 06/12/07 | Hardin AS | 122.94 |
| Lexis/Nexis | 06/28/07 | Silverman D | 77.85 |
| | | **TOTAL LEXIS/NEXIS** | **$1,073.00** |
| Westlaw | 06/04/07 | Stuart NL | 130.78 |
| Westlaw | 06/05/07 | Gilchrist JM | 305.03 |
| Westlaw | 06/05/07 | Stuart NL | 106.87 |
| Westlaw | 06/06/07 | Gilchrist JM | 44.68 |
| Westlaw | 06/06/07 | Stuart NL | 46.47 |
| Westlaw | 06/07/07 | Stuart NL | 102.12 |
| Westlaw | 06/07/07 | Stuart NL | 53.44 |
| Westlaw | 06/07/07 | Perl MW | 142.49 |
| Westlaw | 06/08/07 | Perl MW | 201.12 |
| Westlaw | 06/10/07 | Stuart NL | 207.80 |
| Westlaw | 06/11/07 | Stuart NL | 110.44 |
| Westlaw | 06/13/07 | Perl MW | 4.75 |
| Westlaw | 06/14/07 | Perl MW | 96.79 |
| Westlaw | 06/18/07 | Stuart NL | 38.00 |
| Westlaw | 06/18/07 | Perl MW | 28.81 |
| Westlaw | 06/19/07 | Stuart NL | 92.04 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Westlaw | 06/20/07 | Stuart NL | 182.87 |
| Westlaw | 06/21/07 | Perl MW | 14.40 |
| Westlaw | 06/21/07 | VanLonkhuyzen CE | 10.70 |
| Westlaw | 06/26/07 | Houston BM | 53.21 |
| Westlaw | 06/27/07 | Grant K | 39.19 |
| | | **TOTAL WESTLAW** | **$2,012.00** |
| Reproduction - color | 06/05/07 | Copy Center, D | 1.01 |
| Reproduction - color | 06/22/07 | Copy Center, D | 1.01 |
| Reproduction - color | 06/29/07 | Copy Center, D | 85.98 |
| | | **TOTAL REPRODUCTION - COLOR** | **$88.00** |
| Vendor Hosted Telecon-ferencing | 05/01/07 | Teleconferencing Services, LLC | 173.65 |
| Vendor Hosted Telecon-ferencing | 05/02/07 | Teleconferencing Services, LLC | 5.69 |
| Vendor Hosted Telecon-ferencing | 05/04/07 | Teleconferencing Services, LLC | 35.91 |
| Vendor Hosted Telecon-ferencing | 05/04/07 | Teleconferencing Services, LLC | 9.53 |
| Vendor Hosted Telecon-ferencing | 05/05/07 | Teleconferencing Services, LLC | 0.12 |
| Vendor Hosted Telecon-ferencing | 05/06/07 | Teleconferencing Services, LLC | 8.69 |
| Vendor Hosted Telecon-ferencing | 05/08/07 | Teleconferencing Services, LLC | 14.75 |
| Vendor Hosted Telecon-ferencing | 05/08/07 | Teleconferencing Services, LLC | 2.94 |
| Vendor Hosted Telecon-ferencing | 05/10/07 | Teleconferencing Services, LLC | 3.06 |
| Vendor Hosted Telecon-ferencing | 05/11/07 | Teleconferencing Services, LLC | 0.30 |
| Vendor Hosted Telecon-ferencing | 05/11/07 | Teleconferencing Services, LLC | 18.88 |
| Vendor Hosted Telecon-ferencing | 05/16/07 | Teleconferencing Services, LLC | 19.90 |
| Vendor Hosted Telecon-ferencing | 05/16/07 | Teleconferencing Services, LLC | 0.42 |
| Vendor Hosted Telecon-ferencing | 05/22/07 | Teleconferencing Services, LLC | 17.38 |
| Vendor Hosted Telecon-ferencing | 05/30/07 | Teleconferencing Services, LLC | 0.12 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Vendor Hosted Telecon-<br>ferencing | 06/07/07 | Teleconferencing Services,<br>LLC | 3.72 |
| Vendor Hosted Telecon-<br>ferencing | 06/07/07 | Teleconferencing Services,<br>LLC | 2.34 |
| Vendor Hosted Telecon-<br>ferencing | 06/07/07 | Teleconferencing Services,<br>LLC | 8.93 |
| Vendor Hosted Telecon-<br>ferencing | 06/13/07 | Teleconferencing Services,<br>LLC | 13.06 |
| Vendor Hosted Telecon-<br>ferencing | 06/18/07 | Teleconferencing Services,<br>LLC | 50.53 |
| Vendor Hosted Telecon-<br>ferencing | 06/19/07 | Teleconferencing Services,<br>LLC | 13.49 |
| Vendor Hosted Telecon-<br>ferencing | 06/20/07 | Teleconferencing Services,<br>LLC | 10.37 |
| Vendor Hosted Telecon-<br>ferencing | 06/21/07 | Teleconferencing Services,<br>LLC | 0.12 |
| Vendor Hosted Telecon-<br>ferencing | 06/21/07 | Teleconferencing Services,<br>LLC | 70.91 |
| Vendor Hosted Telecon-<br>ferencing | 06/25/07 | Teleconferencing Services,<br>LLC | 4.68 |
| Vendor Hosted Telecon-<br>ferencing | 06/28/07 | Teleconferencing Services,<br>LLC | 8.51 |
| | | **TOTAL VENDOR HOSTED<br>TELECONFERENCING** | **$498.00** |
| Air/Rail Travel<br>(external) | 06/10/07 | Butler, Jr. J | 255.65 |
| Air/Rail Travel<br>(external) | 06/17/07 | Butler, Jr. J | 236.35 |
| | | **TOTAL AIR/RAIL TRAVEL<br>(EXTERNAL)** | **$492.00** |
| Out-of-Town Travel | 06/10/07 | Butler, Jr. J | 18.50 |
| Out-of-Town Travel | 06/10/07 | Butler, Jr. J | 814.72 |
| Out-of-Town Travel | 06/10/07 | Butler, Jr. J | 19.00 |
| Out-of-Town Travel | 06/15/07 | Perl MW | 202.28 |
| Out-of-Town Travel | 06/17/07 | Butler, Jr. J | 108.54 |
| Out-of-Town Travel | 06/17/07 | Butler, Jr. J | 108.15 |
| Out-of-Town Travel | 06/17/07 | Butler, Jr. J | 9.00 |
| Out-of-Town Travel | 06/18/07 | Butler, Jr. J | 13.00 |
| Out-of-Town Travel | 06/18/07 | Butler, Jr. J | 293.61 |
| Out-of-Town Travel | 06/18/07 | Butler, Jr. J | 13.00 |
| Out-of-Town Travel | 06/23/07 | Bolton IS | 836.58 |
| Out-of-Town Travel | 06/23/07 | Bolton IS | 430.62 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  |  | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,867.00** |
|---|---|---|---|---|
| Messengers/ Courier | 06/04/07 | Dist Serv/Mail/Page, D | 11.01 |
| Messengers/ Courier | 06/05/07 | Dist Serv/Mail/Page, D | 11.35 |
| Messengers/ Courier | 06/07/07 | OSMIO | 32.40 |
| Messengers/ Courier | 06/07/07 | OSMIO | 32.39 |
| Messengers/ Courier | 06/07/07 | OSMIO | 32.70 |
| Messengers/ Courier | 06/07/07 | OSMIO | 18.00 |
| Messengers/ Courier | 06/08/07 | Dist Serv/Mail/Page, D | 69.85 |
| Messengers/ Courier | 06/09/07 | Dist Serv/Mail/Page, D | 50.50 |
| Messengers/ Courier | 06/09/07 | Dist Serv/Mail/Page, D | 23.38 |
| Messengers/ Courier | 06/09/07 | Dist Serv/Mail/Page, D | 23.38 |
| Messengers/ Courier | 06/11/07 | Dist Serv/Mail/Page, D | 6.64 |
| Messengers/ Courier | 06/11/07 | Dist Serv/Mail/Page, D | 6.64 |
| Messengers/ Courier | 06/11/07 | Dist Serv/Mail/Page, D | 54.02 |
| Messengers/ Courier | 06/11/07 | Dist Serv/Mail/Page, D | 18.05 |
| Messengers/ Courier | 06/11/07 | Dist Serv/Mail/Page, D | 13.39 |
| Messengers/ Courier | 06/12/07 | Dist Serv/Mail/Page, D | 13.39 |
| Messengers/ Courier | 06/13/07 | Dist Serv/Mail/Page, D | 92.78 |
| Messengers/ Courier | 06/13/07 | Dist Serv/Mail/Page, D | 146.51 |
| Messengers/ Courier | 06/15/07 | Quick Int'l - Ny | 276.13 |
| Messengers/ Courier | 06/16/07 | United Parcel Service | 231.57 |
| Messengers/ Courier | 06/16/07 | Dist Serv/Mail/Page, D | 34.25 |
| Messengers/ Courier | 06/20/07 | Dist Serv/Mail/Page, D | 16.29 |
| Messengers/ Courier | 06/21/07 | Dist Serv/Mail/Page, D | 50.50 |
| Messengers/ Courier | 06/21/07 | Dist Serv/Mail/Page, D | 47.49 |
| Messengers/ Courier | 06/21/07 | Dist Serv/Mail/Page, D | 47.49 |
| Messengers/ Courier | 06/21/07 | Dist Serv/Mail/Page, D | 47.49 |
| Messengers/ Courier | 06/21/07 | Dist Serv/Mail/Page, D | 47.49 |
| Messengers/ Courier | 06/21/07 | Dist Serv/Mail/Page, D | 6.64 |
| Messengers/ Courier | 06/21/07 | Dist Serv/Mail/Page, D | 6.64 |
| Messengers/ Courier | 06/21/07 | Dist Serv/Mail/Page, D | 6.64 |
| Messengers/ Courier | 06/21/07 | Dist Serv/Mail/Page, D | 18.05 |
| Messengers/ Courier | 06/21/07 | Dist Serv/Mail/Page, D | 13.39 |
| Messengers/ Courier | 06/21/07 | Dist Serv/Mail/Page, D | 18.05 |
| Messengers/ Courier | 06/23/07 | United Parcel Service | 2.50 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Messengers/ Courier | 06/27/07 | Dist Serv/Mail/Page, D | 6.64 |
| Messengers/ Courier | 06/27/07 | Dist Serv/Mail/Page, D | 6.64 |
| Messengers/ Courier | 06/27/07 | Dist Serv/Mail/Page, D | 18.05 |
| Messengers/ Courier | 06/27/07 | Dist Serv/Mail/Page, D | 16.29 |
| Messengers/ Courier | 06/27/07 | Dist Serv/Mail/Page, D | 23.39 |
| | | **TOTAL MESSENGERS/ COURIER** | **$1,598.00** |
| Out-of-Town Meals | 06/10/07 | Butler, Jr. J | 23.01 |
| Out-of-Town Meals | 06/14/07 | Perl MW | 11.93 |
| Out-of-Town Meals | 06/14/07 | Perl MW | 13.10 |
| Out-of-Town Meals | 06/17/07 | Butler, Jr. J | 16.00 |
| Out-of-Town Meals | 06/18/07 | Butler, Jr. J | 14.00 |
| Out-of-Town Meals | 06/19/07 | Bolton IS | 5.88 |
| Out-of-Town Meals | 06/20/07 | Bolton IS | 14.52 |
| Out-of-Town Meals | 06/20/07 | Bolton IS | 11.60 |
| Out-of-Town Meals | 06/21/07 | Bolton IS | 10.73 |
| Out-of-Town Meals | 06/21/07 | Bolton IS | 38.37 |
| Out-of-Town Meals | 06/22/07 | Bolton IS | 45.01 |
| Out-of-Town Meals | 06/22/07 | Bolton IS | 6.31 |
| Out-of-Town Meals | 06/23/07 | Bolton IS | 9.52 |
| Out-of-Town Meals | 06/23/07 | Bolton IS | 75.02 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$295.00** |
| Outside Re-search/Internet Services | 06/30/07 | Pacer Service Center | 9.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$9.00** |
| Media Duplication | 06/18/07 | Laughran KA | 40.00 |
| Media Duplication | 06/26/07 | Laughran KA | 56.00 |
| Media Duplication | 06/27/07 | Laughran KA | 32.00 |
| Media Duplication | 06/28/07 | Laughran KA | 48.00 |
| | | **TOTAL MEDIA DUPLICATION** | **$176.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Printing to paper from 06/04/07 TIF | | Copy Center, D | 28.54 |
| Printing to paper from 06/11/07 TIF | | Copy Center, D | 16.20 |
| Printing to paper from 06/18/07 TIF | | Copy Center, D | 3.29 |
| Printing to paper from 06/20/07 TIF | | Copy Center, D | 26.46 |
| Printing to paper from 06/25/07 TIF | | Copy Center, D | 32.71 |
| Printing to paper from 06/25/07 TIF | | Copy Center, D | 89.80 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$197.00** |
| Internal Catering-NY | 06/11/07 | Butler, Jr. J | 240.00 |
| Internal Catering-NY | 06/11/07 | Butler, Jr. J | 300.00 |
| Internal Catering-NY | 06/12/07 | Butler, Jr. J | 300.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$840.00** |
| CLR/Disclosure | 06/01/07 | Global Securities | 22.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$22.00** |
| | | **TOTAL MATTER** | **$12,307.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Reorganization Plan / Plan Sponsors**

**Bill Date: 08/31/07**
**Bill Number: 1178615**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/01/07 | 3.10 | CONTINUE TO REVIEW AND REVISE "MUST HAVES" FOR CONTINUED APPALOOSA LEAD INVESTOR GROUP TRANSACTION (0.8); PREPARE FOR (0.3) AND PARTICIPATE IN (1.1) TELECONFERENCE WITH J. SHEEHAN, D. RESNICK, B. SHAW AND WORKING GROUP RE: SAME; RECEIVE AND BEGIN TO EVALUATE HIGHLAND INDICATION OF INTEREST (0.9). |
| BUTLER, JR. J | 07/02/07 | 7.10 | CONTINUE TO REVIEW AND EVALUATE HIGHLAND INDICATION OF INTEREST (0.7); EMAILS TO B. ROSENBERG, B. SCHELER AND J. TANENBAUM RE: SAME (0.2); PREPARE FOR (0.2) AND PARTICIPATE IN (0.9) TELECONFERENCE WITH R. O'NEAL, J. SHEEHAN, D. RESNICK, B. SHAW AND WORKING GROUP ON APPALOOSA AND HIGHLAND TRANSACTIONS; PREPARE FOR (0.3) AND PARTICIPATE IN (1.2) TELECONFERENCE WITH D. TEPPER, J. BOLIN, T. LAURIA AND G. PRYOR RE: APPALOOSA "MUST HAVES"; FOLLOW-ON TELECONFERENCE WITH J. SHEEHAN AND D. RESNICK RE: SAME (1.1); PREPARE FOR (0.2) AND PARTICIPATE IN (1.0) ADDITIONAL TELECONFERENCE WITH R. O'NEAL, J. SHEEHAN, D. RESNICK, B. SHAW AND WORKING GROUP ON APPALOOSA AND HIGHLAND TRANSACTIONS INCLUDING REVIEW OF PRELIMINARY ROTHSCHILD FINANCIAL ANALYSIS; EMAILS FROM/TO J. SHEEHAN, S. CORCORAN, T. LAURIA AND F. MAZZARA RE: PLAN INVESTOR DUE DILIGENCE MATTERS INCLUDING ENVIRON REPORT (0.3); REVIEW PROPOSED COMMON INTEREST AGREEMENT FROM D. BAUMSTEIN RE: SAME (0.2); BEGIN TO REVIEW UPDATED DRAFT OF REORGANIZATION PLAN AND PRECEDENT BLACKLINE (0.8). |

B43E

BUTLER, JR. J   07/03/07   3.70   CONTINUE TO REVIEW AND EVALUATE
                                  HIGHLAND INDICATION OF INTEREST (0.6);
                                  CONTINUE TO REVIEW ROTHSCHILD
                                  PRELIMINARY ANALYSIS OF SAME (0.3);
                                  EMAILS FROM/TO V. MELWANI RE:
                                  DISTRIBUTION OF SAME TO EQUITY
                                  COMMITTEE MEMBERS (0.2); EMAILS FROM/TO
                                  D. BAUMSTEIN, T. LAURIA, J. SHEEHAN AND
                                  S. CORCORAN RE: ENVIRON DUE DILIGENCE
                                  REPORT AND RELATED MATTERS (0.4);
                                  TELECONFERENCE WITH J. SHEEHAN RE: SAME
                                  (0.1); FOLLOW-UP ON SAME (0.2); PREPARE
                                  FOR (0.2) AND PARTICIPATE IN (0.8)
                                  TELECONFERENCE WITH R. O'NEAL, J.
                                  SHEEHAN AND R. EISENBERG RE: APPALOOSA
                                  AND HIGHLAND TRANSACTIONS; REVIEW
                                  APPALOOSA MARK-UPS OF SUSPENSION AND
                                  EXIT AGREEMENTS AND PRINCIPAL ISSUES
                                  LIST (0.6); REVIEW DRAFT TALKING POINTS
                                  RE: POTENTIAL EPCA/PSA TERMINATION
                                  (0.3).

BUTLER, JR. J   07/04/07   2.80   PREPARE FOR (0.2) AND PARTICIPATE IN
                                  (0.4) TELECONFERENCE WITH J. SHEEHAN
                                  RE: APPALOOSA AND HIGHLAND
                                  TRANSACTIONS; EMAILS TO/FROM T. LAURIA
                                  AND G. PRYOR RE: SAME (0.2); EMAILS
                                  TO/FROM R. O'NEAL, S. CORCORAN AND J.
                                  SHEEHAN RE: SAME (0.4); CONTINUE TO
                                  REVIEW AND EVALUATE APPALOOSA MARK-UP
                                  OF EXIT AND SUSPENSION AGREEMENTS AND
                                  KEY ISSUES SUMMARY (0.6); REVIEW
                                  COMPARISON OF DELPHI-APPALOOSA WAIVER
                                  PROVISIONS IN EPCA AND PSA (0.3); REVIEW
                                  AND CONSIDER DRAFT EPCA/PSA TERMINATION
                                  MATERIALS (0.3); CONTINUE TO REVIEW AND
                                  EVALUATE HIGHLAND INDICATION OF
                                  INTEREST (0.4).

BUTLER, JR. J   07/05/07   4.00   CONTINUE TO REVIEW AND EVALUATE UPDATED
                                  DRAFT OF REORGANIZATION PLAN AND
                                  PRECEDENT BLACKLINE (0.8);
                                  TELECONFERENCE WITH J. SHEEHAN RE:
                                  APPALOOSA AND HIGHLAND MATTERS (0.3);
                                  PREPARE FOR (0.2) AND PARTICIPATE IN
                                  (0.7) TELECONFERENCE WITH R. O'NEAL, J.
                                  SHEEHAN, S. CORCORAN AND D. RESNICK RE:
                                  APPALOOSA AND HIGHLAND TRANSACTIONS;
                                  REVISE AND FINALIZE ENVIRON JOINT
                                  INTEREST LETTER (0.2); PREPARE FOR
                                  (0.2) AND PARTICIPATE IN (0.4)
                                  TELECONFERENCE WITH G. PRYOR ET AL RE:
                                  APPALOOSA EPCA/PSA AND NEXT STEPS;
                                  PREPARE FOR (0.2) AND PARTICIPATE IN
                                  (0.8) TELECONFERENCE WITH R. O'NEAL, J.
                                  SHEEHAN, S. CORCORAN AND D. RESNICK RE:
                                  DEBRIEF ON APPALOOSA MATTERS AND NEXT
                                  STEPS; TELECONFERENCE WITH J. SHEEHAN
                                  AND EMAIL WITH V. MELWANI RE: HIGHLAND
                                  MATTERS (0.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    07/06/07    2.80    REVIEW AND COMMENT ON DRAFT WORKING
GROUP AGENDA FOR JULY 10TH MEETING IN
NEW YORK CITY (0.2); REVIEW REVISED
PREFERRED TERM SHEET FROM APPALOOSA
(0.4); REVIEW AND EVALUATE UPDATED
ISSUES LIST RE: APPALOOSA (0.3) AND
HIGHLAND (0.4); PREPARE FOR (0.2) AND
PARTICIPATE IN (0.9) TELECONFERENCE
WITH R. O'NEAL, J. SHEEHAN, S. CORCORAN
AND D. RESNICK RE: APPALOOSA AND
HIGHLAND TRANSACTIONS AND NEXT STEPS;
TELECONFERENCE WITH B. ROSENBERG RE:
EPCA/PSA MATTERS (0.2); TELECONFERENCE
WITH B. SCHELER RE: EPCA/PSA MATTERS
(0.2).

BUTLER, JR. J    07/07/07    1.40    CONTINUE TO CONSIDER HIGHLAND EPCA/PSA
MATTERS INCLUDING QUALITATIVE ISSUES
AND NEXT STEPS (0.4); WORK ON JANUARY
2007 EPCA/PSA TERMINATION MATTERS
(0.3); REVIEW SHEARMAN MEMO RE: D&O PLAN
OF REORGANIZATION MATTERS (0.4); REVIEW
APPALOOSA REVISIONS TO PREFERRED STOCK
TERM SHEET (0.3).

BUTLER, JR. J    07/08/07    2.50    CONTINUE TO PREPARE FOR JULY 10TH
WORKING GROUP MEETING IN NEW YORK CITY
INCLUDING EMAILS TO/FROM J. SHEEHAN
(0.6); FOLLOW-UP ON EPCA/PSA
TERMINATION MATTERS INCLUDING EMAILS TO
B. ROSENBERG, B. SCHELER, H. MILLER AND
J. TANENBAUM AND EMAILS FROM/TO J.
SHEEHAN (0.6); CONTINUE TO PREPARE FOR
JULY 11TH BARGAINING SESSIONS IN NEW
YORK RE: APPALOOSA AND HIGHLAND
TRANSACTIONS AND NEXT STEPS INCLUDING
REVIEW OF DRAFT DOCUMENTS AND SUMMARIES
(1.3).

BUTLER, JR. J    07/09/07    3.60    TELECONFERENCE WITH L. PARKINS AND J.
SHARRY RE: EPCA/PSA TERMINATION
ANNOUNCEMENT AND HIGHLAND MATTERS, NEXT
STEPS (0.2); CONTINUE TO PREPARE FOR
JULY 10TH WORKING GROUP MEETING IN NEW
YORK CITY WITH J. SHEEHAN, S. CORCORAN,
D. RESNICK, B. SHAW, R. EISENBERG AND
OTHERS RE: FRAMEWORK MATTERS AND POR
DRAFTING SESSION (1.7); REVIEW EPCA
MATTERS INCLUDING EMAILS TO/FROM G.
PRYOR AND J. SHARRY (0.3); REVIEW
APPALOOSA PREFERRED TERM SHEET (0.4);
EMAILS FROM/TO J. TANENBAUM RE EPCA AND
PSA RELATED MATTERS (0.3); EMAILS
TO/FROM T. LAURIA, J. SHEEHAN REGARDING
EPCA MATTERS (0.3); EVAULATE
ALTERNATIVE TREATMENT RE
'FLOW-THROUGH" DIVESTITURES (0.4).

B43E

BUTLER, JR. J    07/10/07    12.80  PREPARE FOR (0.6) AND ATTEND (11.7)
                                    WORKING GROUP MEETING IN NEW YORK CITY
                                    WITH J. SHEEHAN, S. CORCORAN, D.
                                    RESNICK, B. SHAW, R. EISENBERG AND
                                    OTHERS RE: FRAMEWORK MATTERS AND POR
                                    DRAFTING SESSION; EMAILS FROM/TO P.
                                    DAUGHTERY, T. LAURIA AND J. SHEEHAN
                                    (0.3); EMAILS FROM/TO B. SCHELER RE
                                    APPALOOSA PREFERRED TERM SHEET (0.2).

BUTLER, JR. J    07/11/07    12.90  PREPARE FOR (0.3) AND ATTEND (5.8)
                                    APPALOOSA EPCA NEGOTIATION SESSION IN
                                    NEW YORK CITY WITH J. SHEEHAN, S.
                                    CORCORAN, D. RESNICK, B. SHAW AND
                                    APPALOOSA/CREDITORS COMMITTEE
                                    REPRESENTATIVES; PREPARE FOR (0.8) AND
                                    ATTEND  HIGHLAND EPCA NEGOTIATION
                                    SESSION IN NEW YORK CITY WITH J.
                                    SHEEHAN, S. CORCORAN, D. RESNICK, B.
                                    SHAW AND HIGHLAND REPRESENTATIVES
                                    (6.0).

BUTLER, JR. J    07/12/07     3.20  CONTINUE TO REVIEW APPALOOSA AND
                                    HIGHLAND ISSUE LISTS AND RELATED
                                    MATTERS (1.1); REVIEW EQUITY COMMENTS
                                    RE: SAME (0.3); FOLLOW-UP ON $1.7
                                    BILLION CLAIMS CAP ISSUES/CALCULATION
                                    (0.2); EMAILS FROM/TO T. LAURIA AND B.
                                    SHAW RE APPALOOSA EPCA MATTERS (0.3);
                                    TELECONFERENCE WITH T. LAURIA RE SAME
                                    (0.3); EMAILS TO T. LAURIA AND G. PRYOR
                                    (FOR APPALOOSA) AND L. PARKINS AND J.
                                    SHARRY (FOR HIGHLAND) RE PROPOSED EPCA
                                    RIDERS RE CONDITIONS (0.3); EMAILS TO B.
                                    ROSENBERG, B. SCHELER AND J. TANENBAUM
                                    RE APPALOOSA AND HIGHHAND DISCUSSIONS
                                    AND EPCA-RELATED DOCUMENTS (0.4);
                                    REVIEW AND CONSIDER EQUITY COMMITTEE
                                    PRELIMINARY EPCA COMMENTS (0.3).

BUTLER, JR. J    07/13/07     2.60  CONTINUE TO REVIEW APPALOOSA AND
                                    HIGHLAND ISSUE LISTS (0.4);
                                    TELECONFERENCE WITH T. LAURIA RE:
                                    APPALOOSA MATTERS (0.3); REVIEW
                                    SHEARMAN MEMO RE: D&O REORGANIZATION
                                    MATTERS (0.4); FOLLOW-UP ON APPALOOSA
                                    AND HIGHLAND EPCA DISCUSSIONS INCLUDING
                                    EMAILS FROM/TO T LAURIA, G. PRYOR ET.
                                    AL. (0.3).; REVIEW LETTER FROM EQUITY
                                    COMMITTEE RE: MDL TREATMENT UNDER THE
                                    POR (0.2); REVIEW NEW LEHMAN PROPOSAL
                                    RE: HIGHLAND CHANGE IN HIGHLAND EPCA
                                    STRUCTURE (0.6); REVIEW REVISED
                                    APPALOOSA CONVERTIBLE PREFERRED TERM
                                    SHEET (0.2); REVIEW POTENTIAL REVISED
                                    PSA (0.2).

BUTLER, JR. J    07/14/07    5.30    PREPARE FOR (0.4) AND PARTICIPATE IN
(1.6) SENIOR MANAGEMENT TELECONFERENCE
TO REVIEW NEW HIGHLAND PROPOSAL AND
CURRENT STATUS OF APPALOOSA
DISCUSSIONS; TELECONFERENCES WITH B.
ROSENBERG AND B. SCHELER AND EMAILS
TO/FROM RE: SAME (0.3, 0.3, 0.2, 0.1);
PREPARE APPALOOSA TALKING POINTS (0.3);
TELECONFERENCES WITH AND EMAILS TO/FROM
T. LAURIA RE: SAME (0.4, 0.2, 0.1, 0.1);
CONTINUE TO REVIEW APPALOOSA AND
HIGHLAND EPCAS AND ISSUE LISTS (0.8);
REVIEW ROTHSCHILD EMAIL AND LEHMAN
PRESENTATION RE: ANOTHER NEW HIGHLAND
PROPOSAL (0.3); REVIEW HIGHLAND
CORPORATE GOVERNANCE REVISIONS (0.2).

BUTLER, JR. J    07/15/07    6.90    CONTINUE TO REVIEW APPALOOSA AND
HIGHLAND EPCAS AND ISSUE LISTS (2.2);
REVIEW SHEARMAN MEMO RE: D&O
REORGANIZATION MATTERS (0.3); PREPARE
FOR (0.3) AND PARTICIPATE IN (1.1, 1.0)
SENIOR MANAGEMENT TELECONFERENCES WITH
APPALOOSA AND HIGHLAND EPCAS AND ISSUE
LISTS; DRAFT EMAILS TO GM AND STATUTORY
COMMITTEES (0.3); DRAFT EMAILS TO T.
LAURIA AND G. PRYOR RE: APPALOOSA EPCA
(0.3) AND TO L. PARKINS AND J. SHERRY RE:
HIGHLAND EPCA (0.4); REVIEW MATERIALS
FROM B. SHAW RE POTENTIAL DISTRIBUTIONS
TO EQUITY COMMITTEE (0.4); NUMEROUS
EMAILS FROM/TO J. SHEEHAN, G. PRYOR, AND
T. LAURIA RE APPALOOSA EPCA MATTERS
(0.3); REVIEW DRAFT OF APPALOOSA PSA
FROM WHITE & CASE (0.3).

BUTLER, JR. J    07/16/07    2.50    CONTINUE TO REVIEW APPALOOSA AND
HIGHLAND EPCAS AND ISSUE LISTS (0.8);
EMAIL TO T. LAURIA AND G. PRYOR RE:
APPALOOSA MATTERS (0.1); EMAIL TO J.
SHERRY AND L. PARKINS RE: HIGHLAND
MATTERS (0.2); RECEIVE AND BEGIN TO
EVALUATE HIGHLAND PREF TERM SHEET AND
PSA (0.4); DRAFT EMAILS TO GM AND
STATUTORY COMMITTEES RE: SAME (0.2);
CONFERENCES WITH S. MILLER, R. O'NEAL,
J. SHEEHAN, D. RESNICK AND B. SHAW RE:
EPCA MATTERS AND NEXT STEPS (0.6);
REVIEW CREDITORS' COMMITTEE COMMENTS ON
PSA (0.2).

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BUTLER, JR. J    07/17/07    5.80  PREPARE FOR (0.3) AND ATTEND (0.7)
MEETING WITH S. MILLER, J. SHEEHAN, S.
CORCORAN, K. CRAFT, D. RESNICK, B. SHAW
AND WORKING GROUP RE: NEXT STEPS FOR
APPALOOSA AND HIGHLAND EPCAS; CONTINUE
TO REVIEW APPALOOSA AND HIGHLAND EPCAS
AND RELATED ISSUES (1.6); CONSIDER PSA
MATTERS AND EMAILS TO PLAN INVESTORS, GM
AND STATUTORY COMMITTEES RE: SAME AND
OTHER EPCA MATTERS (0.8); REVIEW,
EVALUATE AND REVISE EXHIBIT B TO
APPALOOSA EPCA (1.3); SEVERAL
TELECONFERENCES WITH T. LAURIA RE: SAME
(0.3, 0.2); DRAFT EMAILS TO GM AND
STATUTORY COMMITTEES (0.3); REVIEW PSA
SUPPLEMENTAL COMPARISONS AND RELATED
MATTERS (0.3).

BUTLER, JR. J    07/18/07    8.10  CONTINUE TO WORK ON APPALOOSA EPCA
TRANSACTION INCLUDING REVIEW DOCUMENTS
AND REVIEW AND REVISE EXHIBIT B ISSUES
(INCLUDING OVERNIGHT TELECONFERENCES
AND DRAFTING) (5.1); TELECONFERENCES
WITH AND EMAILS TO/FROM T. LAURIA, D.
RESNICK, B. SHAW, B. ROSENBERG B.
SCHELER AND J. SHEEHAN RE: SAME (1.3).

BUTLER, JR. J    07/19/07    4.20  REVIEW, FINALIZE AND PRESENT OSC
SCHEDULING ORDER FOR APPALOOSA EPCA
(0.3); RECEIVE AND ANALYZE HIGHLAND
13D/A AND POTENTIAL NDA BREACH THROUGH
DISCLOSURE OF DUE DILIGENCE EVALUATION
MATERIALS (0.4); CONFERENCES WITH B.
ROSENBERG, B. SCHELER, J. TANENBAUM, H.
MILLER, R. MASON RE: OTHERS (0.4);
REVIEW AND REVISE DEMAND LETTER TO
HIGHLAND CAPITAL AND RELATED MATTERS
(2.8); TELECONFERENCE WITH SENIOR
MANAGEMENT TEAM RE: SAME (0.3).

BUTLER, JR. J    07/20/07    1.70  CONTINUE TO EVALUATE HIGHLAND NDA
BREACH AND NEXT STEPS (0.6);
TELECONFERENCE WITH B. ROSENBERG RE:
SAME (0.2); TELECONFERENCE WITH J.
SHEEHAN RE: SAME (0.3); TELECONFERENCE
WITH S. CORCORAN RE: SAME (0.2); REVIEW
EPCA ISSUES BETWEEN STATUTORY
COMMITTEES INCLUDING EMAILS FROM/TO B
ROSENBERG AND V. MELWANI (0.3); REVIEW
SUMMARY OF EQUITY CONSIDERATION
PREPARED BY DELPHI (0.2).

BUTLER, JR. J    07/21/07    1.70  CONTINUE TO WORK ON EPCA EXHIBIT B
MATTERS INCLUDING EMAILS FROM/TO V.
MELWANI, B. ROSENBERG AND J. SHEEHAN
(0.8); CONTINUE TO EVALUATE NEXT STEPS
RE: HIGHLAND (0.4); EMAIL FROM/TO R.
EISENBERG RE: AD HOC COMMITTEE MATTERS
(0.2); CONTINUE TO CONSIDER TIMETABLE
MATTERS (0.3).

BUTLER, JR. J    07/22/07    0.60  EMAILS FROM/TO AND TELECONFERENCE WITH
L. PARKINS RE HIGHLAND MATTERS (0.4);
EMAILS FROM/TO J. SHEEHAN AND D. SHERBIN
RE SAME (0.2).

                    B43E

BUTLER, JR. J    07/23/07    0.50    REVIEW AND COMMENT ON UPDATED EMERGENCE
                                     TIMETABLE (0.2); REVIEW HIGHLAND
                                     RESPONSE RE 13D DISCLOSURE AND EMAILS
                                     FROM/TO R. O'NEAL, D. SHERBIN AND J.
                                     SHEEHAN RE SAME (0.3).

BUTLER, JR. J    07/25/07    1.20    REVIEW AND REVISE DRAFT EMERGENCE
                                     TIMELINE (0.2); FOLLOW-UP ON HIGHLAND
                                     MATTERS INCLUDING EMAILS FROM J. SHARRY
                                     RE UPDATE ON EVALUATION MATERIALS
                                     (0.2); BEGIN TO PREPARE FOR AUGUST 2ND
                                     EPCA HEARING (0.4); EMAILS FROM/TO V.
                                     MELWANI, B. SHAW AND J. SHEEHAN RE SAME
                                     (0.4).

BUTLER, JR. J    07/26/07    1.40    CONTINUE TO PREPARE FOR AUGUST 2ND EPCA
                                     HEARING (0.7); EMAILS FROM/TO B.
                                     ROSENBERG RE: UCC OBJECTION EXTENSION
                                     AND FOLLOW-UP ON SAME (0.2); EMAILS
                                     TO/FROM B. SHAW AND J. SHEEHAN RE:
                                     VARIOUS EPCA EXH B SETTLEMENT MATTERS
                                     (0.2, 0.3).

BUTLER, JR. J    07/27/07    4.90    REVIEW AND REVISE DRAFT EMERGENCE
                                     TIMELINE (0.2); FOLLOW-UP ON HIGHLAND
                                     MATTERS (0.2); CONTINUE TO PREPARE FOR
                                     AUGUST 2ND EPCA HEARING INCLUDING
                                     REVIEW OF DRAFT DECLARATIONS (0.6),
                                     REVIEW AND REVISION OF EXH B TO EPCA
                                     (1.4), TELECONFERENCES WITH J. SHEEHAN
                                     AND B. SHAW AND EMAILS WITH M. BROUDE,
                                     J. SHEEHAN, B. SHAW, V. MELWANI, T.
                                     LAURIA, B. CECCOTI RE: SAME (0.4, 0.2,
                                     0.2, 0.6) AND REVIEW OF HIGHLAND
                                     STATEMENT (0.2); EMAILS TO/FROM AND
                                     TELECONFERENCES WITH D. SHERBIN AND A.
                                     HOGAN RE: EPCA OBJECTION DEADLINE AND
                                     RELATED MATTERS (0.4); REVIEW NOTES OF
                                     SPLINTER UNION TELECONFERENCE ON EPCA
                                     (0.2); REVIEW IUE DRAFT OBJECTION
                                     (0.3).

BUTLER, JR. J    07/28/07    1.70    CONTINUE TO PREPARE FOR AUGUST 2ND EPCA
                                     HEARING INCLUDING REVIEW AND COMMENT ON
                                     DRAFT DECLARATIONS (1.3); CONTINUE TO
                                     WORK ON SETTLEMENT OF EPCA EXH B MATTERS
                                     INCLUDING EMAILS TO/FROM J. SHEEHAN, B.
                                     SHAW, J. MILLSTEIN (0.4).

BUTLER, JR. J    07/29/07    3.10    REVIEW AND REVISE DRAFT EMERGENCE
                                     TIMELINE AND WORK PLAN (0.4); FOLLOW-UP
                                     ON HIGHLAND MATTERS (0.2); CONTINUE TO
                                     PREPARE FOR AUGUST 2ND EPCA HEARING
                                     INCLUDING REVIEW AND REVISION OF JOINT
                                     EXHIBIT LIST AND DECLARATIONS WITH
                                     WORKING GROUP (2.3); PREPARE FOR JULY
                                     30TH MEET AND CONFER IN NEW YORK CITY
                                     (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    07/30/07    3.80  CONTINUE TO PREPARE FOR AUGUST 2ND EPCA
                                   HEARING INCLUDING REVIEW AND FINALIZE
                                   THREE WITNESS DECLARATIONS (1.2); WORK
                                   ON SETTLEMENT OF POTENTIAL OBJECTIONS
                                   AND FURTHER REVISIONS TO EPCA
                                   (INCLUDING CONFERENCES AT SKADDEN WITH
                                   STATUTORY COMMITTEE REPRESENTATIVES
                                   AND TELECONFERENCES/EMAILS WITH
                                   APPALOOSA AND MDL REPRESENTATIVES
                                   (1.9); PREPARE FOR (0.2) AND ATTEND
                                   (0.3) EPCA MEET AND CONFER; EMAILS
                                   FROM/TO B. CECOTTI RE: UAW FLOW THROUGH
                                   CLAIMS (0.2).

BUTLER, JR. J    07/31/07    1.60  CONTINUE TO PREPARE FOR AUGUST 2ND EPCA
                                   HEARING INCLUDING GENERAL HEARING
                                   PREPARATION (REVIEW OF JOINT EXHIBITS,
                                   ERRATA REVISIONS TO EPCA, ETC.) (1.6).

                            117.50

COCHRAN EL       07/01/07    3.30  PARTICIPATE IN TELECONFERENCE WITH J.
                                   SHEEHAN, S. CORCORAN RE: APPALOOSA
                                   EPCA/GOVERNANCE ISSUES (1.2); PREPARE
                                   FOR CALL (2.1).

COCHRAN EL       07/02/07    8.70  PARTICIPATE IN CALLS WITH R. O'NEAL AND
                                   OTHER DELPHI PEOPLE RE: APPALOOSA
                                   ISSUES (4.2); PARTICIPATE IN REVIEW OF
                                   HIGHLAND DOCUMENTS (4.5).

COCHRAN EL       07/03/07   10.30  TELECONFERENCES WITH CLIENT RE:
                                   POSSIBLE REVISED APPALOOSA TRANSACTION
                                   (2.6); REVIEW MATERIAL RELATING TO
                                   EXISTING AND POSSIBLE REVISED EPCA
                                   INVOLVING APPALOOSA (5.9); REVIEW
                                   ISSUES LIST RE: POSSIBLE HIGHLAND EPCA
                                   (1.8).

COCHRAN EL       07/04/07    6.80  TELECONFERENCES WITH CLIENT ON POSSIBLE
                                   APPALOOSA REVISED EPCA (1.9); REVIEW
                                   MATERIAL PREPARED FOR CLIENT RE:
                                   APPALOOSA PROPOSAL (4.9).

COCHRAN EL       07/05/07    6.70  REVIEW ISSUES RE: APPALOOSA WITH CLIENT
                                   (2.1); PREPARE REVISED APPALOOSA EPCA
                                   (3.9); TELECONFERENCE WITH APPALOOSA
                                   REPRESENTATIVES RE: PROCESS (0.7).

COCHRAN EL       07/06/07    5.00  REVIEW PREFERRED STOCK TERM SHEET
                                   DEMAND BY APPALOOSA (1.9); REVIEW
                                   MARK-UP OF HIGHLAND DRAFT OF EPCA (3.1).

COCHRAN EL       07/07/07    7.20  REVIEW MARK-UP OF HIGHLAND EPCA WITH
                                   CLIENT (2.5); REVIEW HIGHLAND EPCA
                                   (1.3); DEVELOP RESPONSE TO HIGHLAND
                                   GOVERNANCE (1.6); REVIEW MECHANICS FOR
                                   EPCA TERMINATION (1.8).

COCHRAN EL       07/08/07    3.20  REVIEW REVISED HIGHLAND EPCA (3.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| COCHRAN EL | 07/09/07 | 11.00 | REVIEW HIGHLAND EPCA AND DISTRIBUTED TO HIGHLAND (3.1); REVIEW REVISED APPALOOSA EPCA (2.6); REVIEW REVISED APPALOOSA PREFERRED STOCK TERM SHEET (4.2); REVIEW HIGHLAND GOVERNANCE (1.1). |
| COCHRAN EL | 07/10/07 | 12.20 | PARTICIPATE WITH S. CORCORAN AND J. SHEEHAN IN WORKING GROUP MEETING (12.2). |
| COCHRAN EL | 07/11/07 | 14.70 | MEETING WITH POTENTIAL PLAN INVESTORS AND CLIENTS ON REVISED EPCAS (14.7). |
| COCHRAN EL | 07/12/07 | 4.50 | REVIEW MATTERS RELATING TO HIGHLAND AND APPALOOSA INVESTMENT PROPOSALS, INCLUDING EPCA ISSUES, GOVERNANCE AND RELATED MATTERS (4.5). |
| COCHRAN EL | 07/13/07 | 8.60 | WORK ON APPALOOSA AND HIGHLAND EPCA PROPOSALS (8.6). |
| COCHRAN EL | 07/14/07 | 12.90 | REVIEW REVISED PROPOSALS FOR APPALOOSA (12.9). |
| COCHRAN EL | 07/15/07 | 12.30 | REVIEW REVISED EPCA PROPOSALS AND DISCUSSED WITH CLIENT AND PLAN INVESTOR REPRESENTATIVES (12.3). |
| COCHRAN EL | 07/16/07 | 5.50 | REVIEW EPCA ISSUES WITH APPALOOSA AND HIGHLAND (5.5). |
| COCHRAN EL | 07/17/07 | 15.50 | WORK ON ISSUES RELATING TO APPALOOSA AND HIGHLAND EPCA WITH CLIENT (15.5). |
| COCHRAN EL | 07/18/07 | 5.20 | WORK ON FINAL ISSUES FOR APPALOOSA EPCA SIGN OFF (5.2). |
| COCHRAN EL | 07/19/07 | 8.70 | REVIEW ISSUES RELATING TO HIGHLAND, FILING OF FINANCING MATERIALS (8.7). |
| COCHRAN EL | 07/20/07 | 4.70 | REVIEW RESPONSIVE MATERIAL RELATING TO HIGHLAND 13D (4.7). |
| COCHRAN EL | 07/21/07 | 2.30 | REVIEW DOCUMENTATION RE: HIGHLAND 13D DISCLOSURE (2.3). |
| COCHRAN EL | 07/22/07 | 2.70 | REVIEW DOCUMENTATION RE: HIGHLAND 13D DISCLOSURE (2.7). |
| COCHRAN EL | 07/23/07 | 7.30 | ORGANIZE MATERIAL RE: APPALOOSA EPCA NEXT STEPS (4.2); REVIEW MATERIAL RE: HIGHLAND 13D FILING (3.1). |
| COCHRAN EL | 07/24/07 | 2.50 | REVIEW 13D ISSUES RE: HIGHLAND, INCLUDING WITH D. SHERBIN AND J. SHEEHAN AND S. CORCORAN (2.5). |
| COCHRAN EL | 07/26/07 | 0.80 | REVIEW ISSUES RE: EQUITY COMMITTEE DISTRIBUTION (0.8). |
| COCHRAN EL | 07/27/07 | 3.40 | REVIEW EPCA MATERIAL IN CONNECTION INTO AUG 2 EPCA HEARING (3.4). |
| COCHRAN EL | 07/28/07 | 3.60 | REVIEW OF EPCA MATERIAL IN CONNECTION WITH DECLARATIONS OF J. SHEEHAN & S. MILLER TO BE USED AT 8/2 COURT HEARING (3.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

COCHRAN EL        07/29/07      1.60  REVIEW MATERIAL FOR J. SHEEHAN & S.
                                      MILLER DECLARATIONS (1.6).

COCHRAN EL        07/30/07      1.90  REVIEW MATERIAL RELATING TO AUG 2ND
                                      COURT HEARING (1.9).

COCHRAN EL        07/31/07      1.50  REVIEW OF EPCA ISSUES (1.5).

                              194.60

HOGAN III AL      07/02/07      1.10  ANALYZE EPCA TERMINATION ISSUE, AND
                                      REVIEW DRAFT DOCUMENTS IN CONNECTINO
                                      WITH SAME (1.1).

HOGAN III AL      07/03/07      1.80  CONTINUE ANALYSIS OF EPCA TERMINATION
                                      ISSUE, INCLUDING REVIEW OF PROVISIONS
                                      AND DRAFT DOCUMENTS RELATED TO SAME
                                      (1.8).

HOGAN III AL      07/05/07      3.40  DRAFT COMMON INTEREST COMMUNICATION RE:
                                      ENVIRONMENTAL REPORT, AND EDIT SAME IN
                                      RESPONSE TO COMMMENTS AND QUESTIONS
                                      (3.2); COMMMUNICATE WITH COUNSEL FOR
                                      PLAN SPONSORS RE: COMMON INTEREST ISSUE
                                      (0.2).

HOGAN III AL      07/10/07      1.80  ANALYZE AND DISCUSS STRATEGY WITH
                                      RESPECT TO TO PLAN ALLOCATION ISSUES
                                      WITH PLAN WORKING GROUP (1.8).

HOGAN III AL      07/13/07      2.20  REVIEW AND ANALYZE ISSUES CONCERNING
                                      510(B) AND PLAN CURRENCY, INCLUDING
                                      SURVEYS OF OTHER RESTRUCTURING
                                      TREATMENT OF CLAIMS CLASSIFICTIONS AND
                                      CONVERSION FORMULAS (2.2).

HOGAN III AL      07/18/07      2.70  PREPARE FOR NEW EPCA HEARING OSC MOTION,
                                      AND CONFERENCE WITH WORKING GROUP RE:
                                      NEW EPCA STRATEGY (2.7).

HOGAN III AL      07/19/07      8.60  ASSESS ISSUE OF POTENTIAL DISCLOSURE OF
                                      DELPHI CONFIDENTIAL INFORMATION, AND
                                      FORMULATE STRATEGY AND RESPONSE TO
                                      SAME, INCLUDING DISCUSSIONS WITH CLIENT
                                      AND WORKING GROUP (8.6).

HOGAN III AL      07/20/07      7.90  REVIEW NEW EPCA PAPERS AND PREPARE FOR
                                      HEARING WITH RESPECT TO SAME (5.3);
                                      CONTINUE ANALYSIS OF SECTION 13D
                                      DISCLOSURE ISSUE, AND PREPARATIONS FOR
                                      EXECUTION OF STRATEGY TO DEAL WITH SAME
                                      (2.6).

HOGAN III AL      07/21/07      5.20  CONTINUE TO PLAN FOR EXECUTION OF
                                      STRATEGY CONCERNING 13D DISCLOSURE
                                      ISSUE (5.2).

HOGAN III AL      07/23/07      4.50  CONTINUE TO WORK AND EDIT PAPERS RE:
                                      ISSUE CONCERNING DISCLOSURE OF
                                      CONFIDENTIAL INFORMATION (3.3); REVIEW
                                      EPCA PAPERS AND LAY OUT STRATEGY FOR
                                      HEARING PREPARATION (1.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOGAN III AL | 07/24/07 | 5.50 | CONTINUE TO DEVELOP MATERIALS FOR EPCA HEARING, INCLUDING DISCUSSION WITH POTENTIAL WITNESSES, AND REVIEW OF RELEVANT MATERIALS AND PRESENTATIONS TO BOARD (4.7); CONFERENCE WITH WORKING GROUP RE: STRATEGY WITH RESPECT TO DISCLOSURE ISSUE (0.8). |
|---|---|---|---|
| HOGAN III AL | 07/25/07 | 4.10 | CONTINUED REVIEW AND DEVELOPMENT OF MATERIAL IN PREPARATION FOR EPCA HEARING (3.7); REVIEW OF RESPONSES TO INFORMATION REQUEST (0.4). |
| HOGAN III AL | 07/26/07 | 3.40 | CONTINUE DEVELOPMENT OF EPCA HEARING MATERIALS, AND FOCUS ON DECLARATIONS AND WITNESS COMMUNICATIONS FOR SAME (3.4). |
| HOGAN III AL | 07/27/07 | 9.20 | CONTINUE TO WORK ON EPCA HEARING PREPARATION, INCLUDING DETAILED DISCUSSIONS WITH J. SHEEHAN AND D. RESNICK IN CONNECTION WITH DEVELOPMENT OF DECLARATIONS, AND CONTINUED ANALYSIS OF POTENTIAL EXHIBITS AND DEVELOPMENT OF LITIGATION STRATEGY, AND REVIEW OF STATEMENT FILED BY HIGHLAND AND POTENTIAL RESPONSES TO SAME (9.2). |
| HOGAN III AL | 07/29/07 | 1.70 | REVIEW DRAFT DECLARATIONS IN PREPARATION FOR EPCA HEARING (1.7). |
| HOGAN III AL | 07/30/07 | 9.60 | PARTICIPATE IN EPCA MEET AND CONFER, AND FOLLOW-UP DISCUSSIONS WITH COUNSEL FOR PLAN INVESTORS AND STATUTORY COMMITTEES (1.4); CONTINUED PREPARATION FOR EPCA HEARING, INCLUDING FINALIZING ALL DECLARATIONS, ADJUSTING DRAFT ORDER AND EXHIBIT B TO RESOLVE POTENTIAL OBJECTIONS, AND REVIEW OF POTENTIAL EVIDENCE IN CONNECTION WITH HEARING (8.2). |
| HOGAN III AL | 07/31/07 | 10.50 | CONTINUED PREPARATION FOR EPCA HEARING, INCLUDING FINALIZING POTENTIAL EXHIBITS, AND DETERMINING CONFIDENTIALITY ISSUES WITH SAME; REVIEWING AND DRAFTING TEXT FOR REPLY PAPERS, AND MULTIPLE COMMUNICATIONS WITH COUNSEL FOR HIGHLAND, STATUTORY COMMITTEES, AND PLAN INVESTORS RE: CONDUCT OF HEARING (10.5). |

**83.20**

| MARAFIOTI KA | 07/01/07 | 0.10 | CORRESPONDENCE RE: FRAMEWORK ISSUES (0.1). |
|---|---|---|---|
| MARAFIOTI KA | 07/02/07 | 0.10 | CORRESPONDENCE RE: FRAMEWORK DOCUMENTS (0.1). |
| MARAFIOTI KA | 07/03/07 | 0.10 | CORRESPONDENCE RE: COMMON INTEREST AGREEMENT WITH APPALOOSA (0.1). |
| MARAFIOTI KA | 07/04/07 | 0.40 | REVIEW & REVISE COMMON INTEREST AGREEMENT WITH APPALOOSA (0.3) AND CORRESPONDENCE RE: SAME (0.1). |

157                                                                B43E

MARAFIOTI KA      07/08/07      0.10   CORRESPONDENCE RE: FRAMEWORK MATTERS
                                       (0.1).

MARAFIOTI KA      07/09/07      1.40   REVIEW CORRESPONDENCE AND UPDATE RE:
                                       FRAMEWORK PROGRESS (0.5); CONSIDER PLAN
                                       FORMULATION ISSUES (0.9).

MARAFIOTI KA      07/10/07     12.20   ALL-DAY MEETING WITH ROTHSCHILD, FTI
                                       RE: STRATEGY AND PLAN ISSUES (12.2).

MARAFIOTI KA      07/11/07      2.30   REVIEW SHEARMAN MEMO RE: D&O RELEASES
                                       (0.9); TELECONFERENCE WITH D. BARTNER
                                       RE: SAME (0.3); REVIEW BOARD
                                       PRESENTATION RE: SAME (0.2); RESEARCH
                                       RE: RELEASE PROVISIONS (0.4);
                                       CORRESPONDENCE WITH BARTNER (0.1);
                                       CONSIDER PLAN ISSUES (0.4).

MARAFIOTI KA      07/13/07      0.50   UPDATE RE: FRAMEWORK MATTERS (0.3);
                                       RELATED CORRESPONDENCE (0.2).

MARAFIOTI KA      07/14/07      0.50   CORRESPONDENCE RE: HIGHLAND AND
                                       APPALOOSA FRAMEWORK DOCUMENTS (0.5).

MARAFIOTI KA      07/15/07      0.50   CORRESPONDENCE RE: HIGHLAND AND
                                       APPALOOSA FRAMEWORK DOCUMENTS (0.5).

MARAFIOTI KA      07/16/07      3.40   REVIEW AND REVISE MOTION TO APPROVE NEW
                                       EPCA (0.6); CONSIDER ISSUES RE: EPCA
                                       DEVELOPMENT GM NEGOTIATIONS (0.5);
                                       ANALYZE PLAN FORMULATION ISSUES (0.6);
                                       REVIEW PRESENTATION RE:
                                       APPALOOSA/HIGHLAND COMPARISON (1.7).

MARAFIOTI KA      07/17/07      3.30   MEETINGS WITH COMPANY RE: FRAMEWORK
                                       AGREEMENTS AND STRATEGY (1.4); WORK ON
                                       MOTION TO APPROVE NEW EPCA (0.4), OSC
                                       (0 .4), AND SUPPORTING AFFIDAVIT (0.1);
                                       ADDITIONAL MEETINGS WITH COMPANY AND
                                       ROTHSCHILD (1.0).

MARAFIOTI KA      07/18/07      9.30   WORK ON OSC RE: NEW EPCA (0.6), MOTION
                                       TO APPROVE NEW EPCA (3.9); ORDER
                                       APPROVING SAME (1.0), AND SUPPORTING
                                       AFFIDAVIT (0.8); TELECONFERENCE WITH S.
                                       CORCORAN AND K. CRAFT RE: NEW EPCA
                                       MOTION (1.1); STRATEGY RE: NEW EPCA
                                       (1.1); RELATED CORRESPONDENCE (0.8).

MARAFIOTI KA      07/19/07      0.50   CONSIDER ISSUES RE: HIGHLAND 13D (0.3);
                                       WORK ON ISSUES RE: HEARING FOR NEW EPCA
                                       (0.2).

MARAFIOTI KA      07/20/07      1.60   REVIEW CORRESPONDENCE FROM HIGHLAND
                                       (0.2); ANALYZE PLAN ISSUES (1.4).

MARAFIOTI KA      07/23/07      2.90   CORRESPONDENCE RE: HIGHLAND (0.2);
                                       TELECONFERENCE WITH FTI RE: SUBSTANTIVE
                                       CONSOLIDATION ISSUES (1.4) AND FOLLOWUP
                                       ANALYSIS (1.0); UPDATE RE: HIGHLAND
                                       STATUS (0.3).

MARAFIOTI KA      07/25/07      1.10   ANALYZE PLAN FORMULATION ISSUES (0.3);
                                       CONSIDER PLAN TIMELINE (0.5) AND
                                       CORRESPONDENCE RE: SAME (0.2);
                                       CORRESPONDENCE FROM EQUITY COMMITTEE
                                       RE: EPCA (0.1).

B43E

MARAFIOTI KA     07/26/07     3.80  CORRESPONDENCE RE: PLAN TIMELINE (0.1);
                                    CONSIDER ISSUES RE: SUBSTANTIVE
                                    CONSOLIDATION (0.5); TELECONFERENCE
                                    WITH FTI RE: SUBSTANTIVE CONSOLIDATION
                                    (1.7) AND FOLLOWUP ANALYSIS (1.3);
                                    REVIEW AGREEMENT BETWEEN DAS LLC AND
                                    DASHI (0.2).

MARAFIOTI KA     07/27/07     3.00  CONSIDER SECTION 1145 ISSUES (0.5);
                                    ANALYZE POST-CONFIRMATION ASSET SALE
                                    PROSPECTS (0.3) AND DIRECT RESEARCH RE:
                                    SAME (0.2); ANALYZE SUBSTANTIVE
                                    CONSOLIDATION ISSUES (0.7); REVIEW
                                    HIGHLAND STATEMENT RE: EPCA APPROVAL
                                    MOTION (0.2) DEVELOP STRATEGY RE: PLAN
                                    FORMULATION MATTERS (1.1).

MARAFIOTI KA     07/28/07     0.50  REVIEW CORRESPONDENCE RE: FRAMEWORK
                                    MATTERS (0.5).

MARAFIOTI KA     07/29/07     3.00  REVIEW AND REVISE DECLARATIONS OF S.
                                    MILLER (0.8), J. SHEEHAN (1.1), AND D.
                                    RESNICK (0.9) IN SUPORT OF REVISED EPCA;
                                    RELATED CORRESPONDENCE (0.2).

MARAFIOTI KA     07/30/07     2.70  MEET AND CONFER WITH COMMITTES,
                                    APPALOOSA, AND HIGHLAND COUNSEL RE:
                                    EPCA HEARING (0.3); FOLLOWUP CONFERENCE
                                    AND WHITE & CASE (0.5); MEETING WITH
                                    EQUITY COMMITTEE COUNSEL RE: EPCA
                                    MATTE.5RS (); FOLLOWUP STRATEGY
                                    DEVELOPMENT (1.4); CORRESPONDENCE
                                    EXCHANGE WITH STAKEHOLDER COUNSEL RE:
                                    EPCA (0.2); WORK ON REVISIONS TO EPCA
                                    ORDER (0.3).

MARAFIOTI KA     07/31/07     5.40  REVIEW FTI SUBSTANTIVE CONSOLIDATION
                                    MATERIALS (0.4); TELECONFERENCE WITH
                                    FTI RE: SUBSTANTIVE CONSOLIDATION
                                    (2.3); DEVELOP STRATEGY RE: SAME (0.8);
                                    CONSIDER PLAN FORMULATION ISSUES (1.0);
                                    CONSIDER EPCA AMENDMENTS (0.9).

                              58.70

MEISLER RE       07/10/07     1.30  PARTICIPATE IN WORKING GROUP MEETING
                                    RE: HIGHLAND (0.8); PARTICIPATE ON
                                    WORKING GROUP CALL RE: EPCA (0.5).

MEISLER RE       07/11/07     0.10  REVIEW STATUS OF HIGHLAND DILIGENCE
                                    (0.1).

MEISLER RE       07/17/07     1.40  PARTICIPATE IN WORKING GROUP MEETING
                                    RE: EPCA (1.0); CONTINUE TO CONSIDER
                                    ISSUES RE: EPCA (0.2); REVIEW ORDER TO
                                    SHOW CAUSE (0.1); DRAFT CORRESPONDENCE
                                    TO J. PAPELIAN RE: DILIGENCE (0.1).

MEISLER RE       07/18/07     0.10  TELECONFERENCE WITH A. FRANKUM RE: EPCA
                                    (0.1).

MEISLER RE       07/20/07     2.10  REVIEW EPCA ORDER TO SHOW CAUSE (0.1);
                                    INTERNAL CORRESPOND RE: SAME (0.1);
                                    REVIEW EPCA (1.3); PARTICIPATE ON
                                    WORKING GROUP CALL RE: EPCA HEARING
                                    PREPARATIONS (0.6).

B43E

| MEISLER RE | 07/23/07 | 1.20 | CONTINUE TO REVIEW EPCA (0.3); REVIEW AND CONSIDER PLAN TIMELINE (0.2); REVIEW AND ANALYZE CORRESPONDENCE FROM MARIANNE ROBBINS RE: EPCA (0.7). |
|---|---|---|---|
| MEISLER RE | 07/24/07 | 4.30 | TELECONFERENCE WITH A. HOGAN RE: EPCA HEARING PREPARATION (0.1); NOTES TO FILE (0.1); CONTINUE TO REVIEW EPCA AND RELATED AGREEMENTS (3.6); REVIEW EXHIBIT LIST FOR HEARING (0.2); REVIEW AND REVISE RESPONSE RE: M. ROBBINS' REQUEST (0.3). |
| MEISLER RE | 07/25/07 | 3.80 | TELECONFERENCE WITH K. CRAFT AND N. STUART RE: PLAN (0.3); CONTINUE TO REVIEW AND REVISE RESPONSE TO M. ROBBINS' INFORMATION REQUEST RE: EPCA (2.1); DRAFT CORRESPONDENCE RE: SAME (0.2); TELECONFERENCE WITH D. UNRUE RE: SAME (0.3); CONTINUE TO REVIEW AND REVISE M. ROBBINS' INFORMATION REQUEST PER D. UNRUE COMMENTS (0.9). |
| MEISLER RE | 07/26/07 | 0.50 | REVIEW AND RESPOND TO CORRESPONDENCE RE: M. ROBBINS RESPONSE (0.5); REVIEW AND RESPOND TO CORRESPONDENCE RE: EPCA HEARING. |
| MEISLER RE | 07/27/07 | 0.20 | REVIEW CORRESPONDENCE RE: M. ROBBINS RESPONSE TO INFORMATION REQUEST (0.2). |
| MEISLER RE | 07/31/07 | 0.30 | REVIEW AND RESPOND TO CORRESPONDENCE RE: EPCA HEARING (0.3). |
| | | **15.30** | |
| PANAGAKIS GN | 07/01/07 | 1.40 | REVIEW PLAN (0.4) AND EPCA INVESTOR CORRESPONDENCE (1.0). |
| PANAGAKIS GN | 07/02/07 | 4.30 | TELECONFERENCE WITH R. EISENBERG (1.0); REVIEW MATERIALS FOR UPCOMING STRATEGY SESSIONS (0.6); REVIEW SUBSTANTIVE CONSOLIDATION ANALYSIS (1.5); FURTHER CONSIDERATION TO PLAN STRUCTURAL ISSUES (1.2). |
| PANAGAKIS GN | 07/03/07 | 1.50 | REVIEW TAX ISSUES RE: PLAN (1.0); REVIEW WORKING GROUP MATERIALS (0.5). |
| PANAGAKIS GN | 07/05/07 | 3.70 | REVIEW SUBSTANTIVE CONSOLIDATION MATERIALS (0.6); PARTICIPATE ON CALL WITH R. EISENBERG, K. KUBY, S. CORCORAN AND J. SHEEHAN RE: SAME (2.6); ATTEND TO FOLLOW UP REVIEW REGARDING SAME (0.5). |
| PANAGAKIS GN | 07/06/07 | 2.90 | REVIEW MATERIALS REGARDING SUBSTANTIVE CONSOLIDATION (0.8); PARTICIPATE ON CALLS WITH FTI TEAM RE: SAME (1.0); REVIEW MATERIALS AND PREPARE FOR UPCOMING PLAN STRATEGY SESSIONS INCLUDING EPCA DOCUMENTS (0.2); REVIEW SHERMAN MEMO (0.9). |
| PANAGAKIS GN | 07/08/07 | 2.40 | REVIEW EPCA PROPOSALS (1.8); EVALUATE TO OPEN PLAN ISSUES (0.6). |

B43E

| PANAGAKIS GN | 07/09/07 | 2.80 | REVIEW MATERIALS FOR NEXT DAY STRATEGY SESSION (1.0); REVIEW EPCA PROPOSALS AND RELATED DOCUMENTS (1.8). |
| PANAGAKIS GN | 07/10/07 | 12.80 | PREPARE FOR AND PARTICIPATE AT STRATEGY SESSION WITH SENIOR S. CORCORAN AND J. SHEEHAND (12.2); ATTEND TO FOLLOW UP MATTERS RE: SAME (0.6). |
| PANAGAKIS GN | 07/11/07 | 9.40 | REVIEW EPCA MOTIONS (1.2); PARTICIPATE IN MEETINGS WITH SENIOR MANAGEMENT RE: EVALUATION OF SAME AND NEGOTIATIONS WITH COMMITTEES AND INVESTOR GRUOPS (2.8); TELECONFERENCES WITH FTI REPRESENTATIVES RE: DISTRIBUTION MECHANICS (2.3); REVIEW AND COMMENT ON PSA AND RELATED DOCUMENTS (3.1). |
| PANAGAKIS GN | 07/12/07 | 2.20 | REVIEW AND COMMENT ON PSA AND EPCA MOTION (2.2). |
| PANAGAKIS GN | 07/13/07 | 5.90 | TELECONFERENCES WITH DRAFTING TEAM RE: PLAN TREATMENT OF CERTAIN CLAIMS (0.7); CONTINUE TO REVIEW AND REVISE EPCA MOTIONS (1.1); REVIEW STATUS OF BOARD CONSIDERATION RE: SAME (0.7); INTERNAL STRATEGY DISCUSSION ON PLAN DISTRIBUTION MECHANICS (2.6); TELECONFERENCES WITH GM COUNSEL RE: SAME (0.8). |
| PANAGAKIS GN | 07/14/07 | 3.30 | REVIEW EPCA MOTION (0.8); REVIEW MATERIALS RE: CLASS ACTION TREATMENT IN OTHER PLANS (0.8); REVIEW REVISED DISTRIBUTION MODELS AND CORRESPONDENCE WITH FTI TEAM RE: SAME (1.2); REVIEW HIGHLAND PROPOSAL (0.5). |
| PANAGAKIS GN | 07/15/07 | 3.20 | INTERNAL STRATEGY CALL ON MDL PLAN TREATMENT AND RELATED RESEARCH (1.1); REVIEW AND COMMENT ON EPCA MOTION (1.6) REVIEW PSA ISSUES LIST (0.5). |
| PANAGAKIS GN | 07/16/07 | 5.80 | WORK ON 510(B) SECTIONS OF PLAN (2.8); REVIEW RESEARCH MATERIALS RE: SAME (2.0); REVIEW DISTRIBUTION MODELS (1.0). |
| PANAGAKIS GN | 07/17/07 | 11.80 | REVIEW AND COMMENT ON EPCA MOTION (2.8); REVIEW AND REVISE PLAN TERM SHEET (1.6); MEETING WITH MANAGEMENT RE: FINALIZING EPCA DOCUMENTS (3.0); CALLS WITH COMMITTEE COUNSEL (1.4); REVIEW AND COMMENT ON EPCA DOCUMENTS (1.5); EVALUATE DISTRIBUTION SCENARIOS (1.5). |
| PANAGAKIS GN | 07/18/07 | 4.80 | FINAL REVIEW AND COMMENT ON EPCA MOTION (1.8); CORRESPONDENCE RE: SAME (0.8); TELECONFERENCE WITH GM COUNSEL (0.8); WORK ON PLAN ISSUES (1.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PANAGAKIS GN | 07/19/07 | 3.90 | PREPARATIONS FOR EPCA HEARING (0.9); REVIEW PROVISIONS RE: PROVISIONS RE: SUBORDINATED CLAIMS (0.9); DISCUSIONS WITH K. KUBY AND A. FRANKUM RE: SUBSTANTIVE CONSOLIDATION (0.8); REVIEW DISTRIBUTION MODELS (1.3). |
|---|---|---|---|
| PANAGAKIS GN | 07/20/07 | 3.70 | INTERNAL STRATEGY CALL RE: EPCA HEARING (0.7); REVIEW DECLARATIONS (0.4); HEARING PREPARATION (1.0); REVIEW SUBSTANTIVE CONSOLIDATION ISSUES (0.9); FURTHER ATTENTION TO EPCA ISSUES (0.7). |
| PANAGAKIS GN | 07/22/07 | 0.90 | REVIEW UPDATED PLAN EMERGENCE TIMELINE (0.5) AND RESPONSE TO R. ROSENBERG EMAIL RE: PLAN DISTRIBUTION ISSUES (0.4). |
| PANAGAKIS GN | 07/23/07 | 2.40 | PARTICIPATE ON CALL WITH FTI TEAM RE: SUBSTANTIVE CONSOLIDATION (1.5); REVIEW MATERIALS RE: SAME FOR NEXT CALL (0.5); REVIEW UPDATED EMERGENCE TIMETABLE (0.4). |
| PANAGAKIS GN | 07/24/07 | 1.30 | REVIEW OPEN PLAN ISSUES (0.8); REVIEW SUBSTANTIVE CONSOLIDATION MATERIALS (0.5). |
| PANAGAKIS GN | 07/25/07 | 1.80 | REVIEW PLAN ISSUES LIST AND EMERGENCE TIMELINE (0.8); REVIEW PLAN PROVISIONS (1.0). |
| PANAGAKIS GN | 07/26/07 | 3.40 | PREPARE FOR (0.4) AND PARTICIPATE ON (2.0) CALL RE: SUBSTANTIVE CONSOLIDATION WITH FTI TEAM; ATTEND TO FOLLOW UP MATTERS RE: SAME (0.4); REVIEW AND COMMENT ON EMERGENCE TIMELINE AND OTHER RESPONSES RE: SAME (0.6). |
| PANAGAKIS GN | 07/27/07 | 0.90 | REVIEW AND COMMENT ON POR WORK PLAN (0.4); PREPARE FOR NEXT WEEK PLAN STRATEGY SESSION (0.5). |
| PANAGAKIS GN | 07/28/07 | 0.40 | REVIEW AND COMMENT ON POR WORK PLAN (0.4). |
| PANAGAKIS GN | 07/29/07 | 0.50 | REVIEW AND COMMENT ON POR TIMELINE AND ISSUES LIST (0.5). |
| PANAGAKIS GN | 07/30/07 | 0.60 | ATTENTION TO PREPARATIONS FOR UPCOMING PLAN WORKING GROUPS SESSIONS (0.6). |
| PANAGAKIS GN | 07/31/07 | 2.30 | PREPARE FOR (0.5) AND PARTICIPATE ON (1.5) TELECONFERENCE WITH FTI TEAM RE: SUBSTANTIVE CONSOLIDATION ANALYSIS; REVIEW STATUS OF EPCA HEARING (0.3). |
| | | 100.30 | |
| **Total Partner** | | **569.60** | |
| GARNER LP | 07/19/07 | 3.70 | REVIEW DOCUMENTS IN PREPARATION FOR EPCA LITIGATION (3.7). |
| GARNER LP | 07/20/07 | 4.20 | REVIEW HIGHLAND 13D FILING AND RELATED RESEARCH (2.2); REVIEW DOCUMENTS IN PREPARATION FOR EPCA HEARING (2.0). |

B43E

| GARNER LP | 07/21/07 | 3.50 | REVIEW DOCUMENTS RE: HIGHLAND ISSUE (2.5); WORK ON MEMO RE: SAME (1.0). |
|-----------|----------|------|------|
| GARNER LP | 07/22/07 | 3.70 | RESEARCH AND REVIEW AND EDIT MEMO RE: HIGHLAND 13D DISCLOSURE (3.7). |
| GARNER LP | 07/23/07 | 9.80 | BEGIN WORK ON J. SHEEHAN DECLARATION IN SUPPORT OF EPCA APPROVAL (2.0); CONTINUE WORK ON MEMO/RESEARCH REGARDIN HIGHLAND 13D ISSUE (7.0); REVIEW AND COMMENT ON INFORMATION REQUEST FORM SPLINTER UNIONS (0.8). |
| GARNER LP | 07/24/07 | 7.50 | REVIEW DOCUMENTS IN PREPARATION FOR EPCA HEARING (1.5); WORK ON DECLARATION OF J. SHEEHAN (5.0); FURTHER CONSIDERATION OF HIGHLAND 13D ISSUE (1.0). |
| GARNER LP | 07/25/07 | 8.70 | WORK ON DRAFT OF SHEEHAN DECLARATION IN SUPPORT OF EPCA APPROVAL (4.0); TELECONFERENCE WITH J. SHEEHAN RE: SAME (1.7); REVIEW AND EDIT RESPONSE TO INFORMATION REQUEST FROM SPLINTER UNIONS (1.2); REVIEW EPCA EXHIBITS AND COMMENT ON PROPOSED EXHIBIT LIST (1.8). |
| GARNER LP | 07/26/07 | 10.20 | WORK ON DECLARATIONS IN SUPPORT OF EPCA APPROVAL MOTION AND REVIEW RELATED DOCUMENTS (10.2). |
| GARNER LP | 07/27/07 | 8.20 | REVIEW HIGHLAND STATEMENT RE: EPCA APPROVAL AND WORK ON OUTLINE OF RESPONSE (2.0); WORK ON DECLARATION OF J. SHEEHAN AND REVIEW RELATED DOCUMETNS (6.2). |
| GARNER LP | 07/28/07 | 8.50 | WORK ON DECLARATIONS IN SUPPORT OF INVESTMENT APPROVAL MOTION (8.5). |
| GARNER LP | 07/29/07 | 4.50 | REVIEW AND EDIT DECLARATIONS (2.3); PREPARE FOR EPCA HEARING (2.2). |
| GARNER LP | 07/30/07 | 10.80 | EDIT AND FANALIZE DELCARATION OF J. SHEEHAN IN SUPPORT OF INVESTMENT APPROVAL MOTION (5.5); REVIEW AND COMMENT ON RELATED DECLARATIONS (1.0); BEGIN WORK ON REPLY BRIEF (1.8); REVIEW DOCUMENTS RE: SAME (2.5). |
| GARNER LP | 07/31/07 | 11.70 | REVIEW DOCUMENTS IN PREPARATION FOR INVESTMENT APPROVAL MOTION (4.7); PREPARE BRIEF IN SUPPORT OF MOTION (7.0). |
|           |          | **95.00** | |
| MACDONALD N | 07/20/07 | 5.40 | BEGIN REVIEW OF DOCUMENTS, TRANSCRIPTS AND PLEADINGS IN PREPARATION FOR DRAFT OF S. MILLER DECLARATION (4.7); CASE STATUS TELECONFERENCE WITH CO-COUNSEL RE: PENDING EPCA MOTION AND MATTERS RELATED THERETO (0.7). |

B43E

| MACDONALD N | 07/21/07 | 8.90 | CONTINUE REVIEW OF DOCUMENTS, TRANSCRIPTS AND PLEADINGS IN PREPARATION FOR DRAFT OF S. MILLER DECLARATION AND COMMENCE DRAFT OF SAME (8.1); TELECONFERENCE WITH COUNSEL TO DISCUSS MATTERS RELATED TO UNAUTHORIZED DELPHI PUBLIC DISCLOSURES (0.8). |
|---|---|---|---|
| MACDONALD N | 07/22/07 | 5.60 | CONTINUE REVIEW OF DOCUMENTS, TRANSCRIPTS AND PLEADINGS IN PREPARATION FOR DRAFT OF S. MILLER DECLARATION AND COMMENCE DRAFT OF SAME (5.6). |
| MACDONALD N | 07/23/07 | 12.10 | CONTINUE DRAFT OF S. MILLER DECLARATION INCLUDING CONTINUED REVIEW OF DOCUMENTS RELATED TO SAME (12.1). |
| MACDONALD N | 07/24/07 | 5.80 | CONTINUE DRAFT OF S. MILLER DECLARATION INCLUDING CONTINUED REVIEW OF DOCUMENTS RELATED TO SAME (5.8). |
| MACDONALD N | 07/25/07 | 10.30 | CONTINUE DRAFT OF S. MILLER DECLARATION (2.2); REVIEW DOCUMENTS IN PREPARATION FOR EPCA HEARING (8.1). |
| MACDONALD N | 07/26/07 | 13.30 | CONTINUE REVIEW OF DOCUMENTS AND DRAFT DOCUMENTS IN PREPARATION FOR EPCA HEARING (2.8); CONTINUE DRAFT OF S. MILLER DECLARATION (10.5). |
| MACDONALD N | 07/27/07 | 5.30 | CONTINUE REVIEW OF DOCUMENTS AND DRAFT DOCUMENTS IN PREPARATION FOR EPCA HEARING (5.3). |
| MACDONALD N | 07/29/07 | 4.60 | CONTINUE DRAFT OF S. MILLER DECLARATION (2.1); MEETING TO DISCUSS CASE STATUS, HEARING STRATEGY AND MATTERS RELATED THERETO (2.5). |
| MACDONALD N | 07/30/07 | 13.60 | CONTINUE DRAFT OF S. MILLER DECLARATION (4.8); BEGIN WORK ON MATTERS RELATED TO DEMONSTRATIVE EXHIBITS (8.8). |
| MACDONALD N | 07/31/07 | 18.70 | CONTINUE WORK ON MATTERS RELATED TO DEMONSTRATIVE EXHIBITS AND HEARING PREPARATION (18.7). |
| | | **103.60** | |
| MATZ TJ | 07/02/07 | 0.40 | REVIEW PLAN AND PLAN ISSUES (0.4). |
| MATZ TJ | 07/09/07 | 0.40 | TWO CALLS WITH CHAMBERS RE: EPCA HEARING DATES (0.4). |
| MATZ TJ | 07/10/07 | 12.20 | PREPARE FOR AND PARTICIPATE IN PLAN WORKING GROUP MEETINGS WITH J. SHEEHAN, S. CORCORAN, B. SHAW, R. EISENBERG, K. KIRBY (12.2). |
| MATZ TJ | 07/11/07 | 0.50 | REVIEW HIGHLAND EQUITY PURCHASE COMMITMENT AGREEMENT MATERIALS (0.5). |
| MATZ TJ | 07/16/07 | 0.60 | PLAN DISCUSSIONS WITH WORKING GROUP (0.3); CORRESPONDENCE WITH J. SHEEHAN RE: GOLDMAN MEETING (0.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 07/17/07 | 5.90 | PARTICIPATE IN MEETING WITH J. SHEEHAN, S. CORCORAN, D. RESNICK, B. SHAW RE: NEW EQUITY PURCHASE COMMITMENT AGREEMENT (0.8); PARTICIPATE IN MEETING WITH B. ROSENBERG, D. DAIGLE, J. SHEEHAN, S. CORCORAN, B. SHAW D. RESNICK RE: NEW EQUITY PURCHASE COMMITMENT AGREEMENT, APPALOOSA (1.7); FURTHER CALLS WITH APPALOOSA RE: UNSECURED CREDITORS COMMITTEE EQUITY COMMITTEE NEGOTIATIONS (0.6); PARTICIPATE IN FURTHER MEETINGS WITH EQUITY COMMITTEE RE: NEW EQUITY PURCHASE COMMITMENT AGREEMENT NEGOTIATIONS (2.8). |
|---------|----------|------|---|
| MATZ TJ | 07/18/07 | 5.30 | DRAFT AND REVISE ORDER TO SHOW CAUSE RE: EPCA APPROVAL MOTION (0.8); TELECONFERENCES WITH CHAMBERS RE: SAME (0.3); REVIEW EQUITY PURCHASE COMMITMENT AGREEMENT APPROVAL SCHEDULING, PRESS RELEASE (0.3); REVIEW AND CONSIDER EQUITY PURCHASE COMMITMENT AGREEMENT SCHEDULING, ORDER TO SHOW CAUSE (0.9); REVIEW AND COMMENT ON EQUITY PURCHASE COMMITMENT AGREEMENT APPROVAL MOTION (0.5); TELECONFERENCES WITH CHAMBERS RE: EQUITY PURCHASE COMMITMENT AGREEMENT SCHEDULING, ORDER TO SHOW CAUSE (0.7); REVIEW AND COMMENT ON SAME (0.5); DISCUSSION WITH S. CORCORAN AND WORKING GROUP RE: EQUITY PURCHASE COMMITMENT AGREEMENT SCHEDULING SCHEDULING, MOTION AND ORDER (1.3). |
| MATZ TJ | 07/19/07 | 0.80 | PREPARATION OF EQUITY PURCHASE COMMITMENT AGREEMENT MATERIALS FOR STATUS CONFERENCE (0.8). |
| MATZ TJ | 07/23/07 | 1.20 | REVIEW DILIGENCE REQUEST FROM M. ROBBINS RE: EQUITY PURCHASE COMMITMENT AGREEMENT MOTION (0.3); TELECONFERENCE WITH J. KASTIN RE: SAME (0.2); PARTICIPATE IN CONFERENCE CALL WITH J. KASTIN RE: RESPONSE TO IAM/IBEW (0.5); DRAFT CORRESPONDENCE TO L. HILL RE: EQUITY PURCHASE COMMITMENT AGREEMENT MOTION, MPC SERVICE (0.2). |
| MATZ TJ | 07/24/07 | 0.60 | REVIEW REVISED TIMELINE (0.2); TELECONFERENCES WITH CHAMBERS RE: HEARING DATES (0.4). |
| MATZ TJ | 07/25/07 | 0.70 | FOLLOW UP TELECONFERENCES WITH CHAMBERS RE: PLAN HEARING DATES (0.3); RESPOND TO M. ETLIN RE: EQUITY PURCHASE COMMITMENT AGREEMENT TIMING (0.1); REVIEW EQUITY COMMITTEE REQUEST RE: EPCA REVISIONS (0.1); CONSIDER PLAN TIMELINE MATTERS (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 07/26/07 | 3.00 | TELECONFERENCE WITH CHAMBERS RE: CONFIRMATION SCHEDULING (0.3); CORRESPONDENCE WITH B. ROSENBERG RE: EQUITY PURCHASE COMMITMENT AGREEMENT MOTION DEADLINES (0.2); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2); CORRESPONDENCE WITH B. MEHLSACK, M. ROBBINS EQUITY PURCHASE COMMITMENT AGREEMENT (0.3); TELECONFERENCES WITH B. MEHLSACK RE: SAME (0.3); ARRANGE SAME (0.2); PARTICIPATE IN EQUITY PURCHASE COMMITMENT AGREEMENT DILIGENCE CALL WITH B. MEHLSACK, M. ROBBINS, B. SAX, J. SHEEHAN, S. CORCORAN (1.3); REVIEW NOTES FROM DILIGENCE CALL (0.2). |
|---|---|---|---|
| MATZ TJ | 07/27/07 | 4.50 | REVIEW RE: NOTES EQUITY PURCHASE COMMITMENT AGREEMENT DILIGENCE CALL WITH SPLITTERS (0.2); CORRESPONDENCE WITH M. ROBBINS RE: FOLLOW UP QUESTIONS TO SAME (0.2); TELECONFERENCE WITH M. ROBBINS RE: SAME (0.4); FOLLOW UP TELECONFERENCE WITH M. ROBBINS RE: SAME (0.1); TELECONFERENCE WITH B. MEHLSACK RE: EQUITY PURCHASE COMMITMENT AGREEMENT MOTION (0.2); REVIEW CORRESPONDENCE FROM M. ROBBINS RE: SAME AND DILIGENCE REQUEST FROM M. ROBBINS (0.3); DISTRIBUTE SAME TO TEAM FOR COMMENT (0.1); REVIEW 7/26 CALL NOTES RE: SAME (0.3); ORGANIZE M. ROBBINS EQUITY PURCHASE COMMITMENT AGREEMENT DILIGENCE CALL (0.3); PARTICIPATE IN SAME WITH J. SHEEHAN, S. CORCORAN RE: ROBBINS CLARIFICATIONS (0.3); PREPARE AND FINALIZE RESPONSE TO M. ROBBINS, B. MEHLSACK (0.8); TELECONFERENCE WITH J. SHEEHAN RE: M. ROBBINS EQUITY PURCHASE COMMITMENT AGREEMENT DILIGENCE (0.1); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.2); TWO FOLLOW UP TELECONFERENCES WITH M. ROBBINS RE: SAME (0.3); CORRESPONDENCE FROM S. CORCORAN RE: SAME (0.2) FINALIZE SAME (0.3); CORRESPONDENCE WITH M. ROBBINS, B. MEHLSACK RE: SAME (0.2). |
| MATZ TJ | 07/29/07 | 1.30 | REVIEW CORRESPONDENCE FROM V. MELWANI RE: EQUITY PURCHASE COMMITMENT AGREEMENT MOTION, MEET AND CONFER 7/30 (0.5); PREPARATIONS RE: SAME AND EQUITY PURCHASE COMMITMENT AGREEMENT DECLARATION (0.8). |

B43E

| MATZ TJ | 07/30/07 | 3.70 | TELECONFERENCE WITH J. ELKIN RE: EPCA MEET AND CONFER (0.1); ATTENDING EQUITY PURCHASE COMMITMENT AGREEMENT MOTION MEET AND CONFER (0.3); FOLLOW UP DISCUSSIONS WITH V. MELWANI RE: SAME (0.6); FOLLOW UP DISCUSSION WITH E. GOLDBERG, D. BAUMSTEIN RE: SAME (0.4); FINAL REVIEW BEFORE DELIVERY TO COURT AND COURTESY DISTRIBUTION OF SHEEHAN, MILLER AND RESNICK DECLARATIONS TO UNSECURED CREDITORS COMMITTEE, EQUITY COMMITTEE AND HIGHLAND (0.9); REVIEW BEFORE DELIVERY TO COURT AND COURTESY DISTRIBUTION OF EQUITY PURCHASE COMMITMENT AGREEMENT DECLARATIONS TO COMPANY, UNSECURED CREDITORS COMMITTEE, EQUITY COMMITTEE AND HIGHLAND (0.8); FOLLOW UP CORRESPONDENCE WITH S. CORCORAN RE: DECLARATIONS (0.3); TELECONFERENCE WITH CHAMBERS RE: 8/2 EQUITY PURCHASE COMMITMENT AGREEMENT APPROVAL HEARING, DECLARATIONS (0.3). |
| MATZ TJ | 07/31/07 | 1.10 | TELECONFERENCE WITH CHAMBERS RE: EPCA HEARING (0.2); CORRESPONDENCE WITH A. HOGAN RE: EPCA HEARING (0.2); FURTHER REVIEW OF PLAN TIMELINE, RELATED ISSUES, SCHEDULING ORDER (0.7). |

**42.20**

**Total Counsel**          **240.80**

| BOLTON IS | 07/02/07 | 3.20 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (2.7); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.5). |
| BOLTON IS | 07/03/07 | 6.30 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (3.6); CORRESPONDENCE WITH WORKING GROUP RE: SAME (2.7). |
| BOLTON IS | 07/05/07 | 2.90 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (1.6); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.3). |
| BOLTON IS | 07/06/07 | 4.60 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (2.8); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.8). |
| BOLTON IS | 07/09/07 | 3.00 | CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (1.2); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.4); DRAFT AND REVISE INFORMATION REQUEST COVER LETTER RE: SAME (0.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BOLTON IS      07/16/07      3.30   CONTINUE TO REVIEW DOCUMENTS AND UPDATE
                                    INDICES RE: OUTSTANDING DILIGENCE FOR
                                    PLAN INVESTORS (0.8); CORRESPONDENCE
                                    WITH WORKING GROUP RE: SAME (1.3);
                                    CORRSPONDENCE WITH CLIENT RE: SAME
                                    (1.2).

BOLTON IS      07/20/07      2.60   CONTINUE TO REVIEW DOCUMENTS AND UPDATE
                                    INDICES RE: OUTSTANDING DILIGENCE FOR
                                    PLAN INVESTORS (1.4); CORRESPONDENCE
                                    WITH CLIENT RE: SAME (0.2);
                                    CORRESPONDENCE WITH WORKING GROUP RE:
                                    SAME (1.0).

BOLTON IS      07/23/07      9.30   BEGIN TO REVIEW RE: 7/23 SPLINTER UNIONS
                                    DILIGENCE REQUEST RE: ECPA MOTION
                                    (2.3); WORKING GROUP MEETING RE: SAME
                                    (0.6); BEGIN TO DRAFT REPLY TO DILIGENCE
                                    REQUEST (5.2); CORRESPONDENCE WITH
                                    WORKING GROUP RE: SAME (1.2).

BOLTON IS      07/24/07     10.80   CONTINUE TO REVIEW RE: 7/23 SPLINTER
                                    UNIONS DILIGENCE REQUEST RE: ECPA
                                    MOTION (1.2); CONTINUE TO DRAFT AND
                                    REVISE REPLY TO DILIGENCE REQUEST
                                    (6.2); CORRESPONDENCE WITH WORKING
                                    GROUP RE: SAME (2.4); CORRESPONDENCE
                                    WITH D. PURI, J. LAMB, AND J. GARRET
                                    (CLIENT) RE: SAME (1.0).

BOLTON IS      07/25/07     10.10   CONTINUE TO REVIEW RE: 7/23 SPLINTER
                                    UNIONS DILIGENCE REQUEST RE: ECPA
                                    MOTION (1.0); CONTINUE TO DRAFT AND
                                    REVISE REPLY TO DILIGENCE REQUEST
                                    (4.6); CORRESPONDENCE WITH WORKING
                                    GROUP RE: SAME (3.2); CORRESPONDENCE
                                    WITH D. UNRUE AND J. LAMB (CLIENT) RE:
                                    SAME (1.3).

BOLTON IS      07/26/07     13.70   CONTINUE TO REVIEW RE: 7/23 SPLINTER
                                    UNIONS DILIGENCE REQUEST RE: ECPA
                                    MOTION (0.3); CONTINUE TO DRAFT AND
                                    REVISE REPLY TO DILIGENCE REQUEST
                                    (2.2); CORRESPONDENCE WITH WORKING
                                    GROUP RE: SAME (1.5); CORRESPONDENCE
                                    WITH CLIENT RE: SAME (0.6); CONFERENCE
                                    CALL WITH WORKING GROUP, CLIENT, AND
                                    SPLINTER UNION COUNSEL RE: SAME (1.3);
                                    DRAFT, REVIEW, AND REVISE SUMMARY OF
                                    CONFERENCE CALL RE: SAME (5.2);
                                    CORRESPONDENCE WITH WORKING GROUP RE:
                                    SAME (1.0); CONTINUE TO REVIEW AND
                                    REVISE GLOBAL ORG CHART (0.6);
                                    CORRESPONDENCE WITH WORKING GROUP RE:
                                    SAME (0.8); CORRESPONDENCE WITH S.
                                    POSTON (CLIENT) RE: SAME (0.2).

B43E

BOLTON IS      07/27/07    9.60   REVIEW FOLLOW UP LETTER RE: SPLINTER
                                  UNIONS 7/26 CONFERENCE CALL (2.3);
                                  DRAFT, REVIEW, AND REVISE RESPONSE TO
                                  SPLINTER UNIONS LETTER (3.2);
                                  CORRESPONDENCE WITH WORKING GROUP RE:
                                  SAME (2.0); TELECONFERENCE WITH J.
                                  SHEEHAN, S. CORCORAN (CLIENT) AND
                                  WORKING GROUP RE: SAME (0.3); BEGIN TO
                                  REVIEW NO ACTION LETTERS FROM SEC RE:
                                  WARRANTS (1.2); CORRESPONDENCE WITH
                                  WORKING GROUP RE: SAME (0.3);
                                  CORRESPONDENCE WITH WORKING GROUP RE:
                                  DASHI CORPORATE DOCUMENT REQUEST (0.3).

BOLTON IS      07/29/07    3.20   CONTINUE TO REVIEW SEC NO ACTION LETTERS
                                  RE: WARRANT REGISTRATION RESEARCH
                                  (2.2); CORRESPONDENCE WITH WORKING
                                  GROUP RE: SAME (0.2); CORRESPONDENCE
                                  WITH WORKING GROUP RE: DASHI CORPORATE
                                  DOCUMENTS (0.8).

BOLTON IS      07/30/07    7.70   CONTINUE TO REVIEW NO ACTION LETTERS
                                  FROM SEC RE: WARRANT REGISTRATION
                                  RESEARCH (2.0); BEGIN TO DRAFT MEMO RE:
                                  SAME (5.3); CORRESPONDENCE WITH WORKING
                                  GROUP RE: SAME (0.4).

BOLTON IS      07/31/07    8.30   CONTINUE TO REVIEW NO ACTION LETTERS
                                  FROM SEC RE: WARRANT REGISTRATION
                                  RESEARCH (4.2); CONTINUE TO REVISE AND
                                  REVIEW MEMO RE: SAME (2.0);
                                  CORRESPONDENCE WITH WORKING GROUP RE:
                                  SAME (0.2); CONTINUE TO REVIEW
                                  DOCUMENTS AND UPDATE INDICES RE:
                                  OUTSTANDING DILIGENCE TO BE COLLECTED
                                  FROM PLAN IVESTORS (1.4);
                                  CORRESPONDENCE WITH WORKING GROUP RE:
                                  SAME (0.5).

                          98.60

CAMPANARIO ND  07/19/07    7.80   REVIEW DELPHI-APPALOOSA EPCA MOTION AND
                                  RELATED PAPERS (7.8).

CAMPANARIO ND  07/20/07   10.60   DRAFT PAPERS IN CONNECTION WITH
                                  POTENTIAL ADVERSARY PROCEEDING (10.6).

CAMPANARIO ND  07/21/07    6.00   FORMULATE STRATEGY RE: POTENTIAL
                                  ADVERSARY PROCEEDING (1.2) AND REVISE
                                  PAPERS IN CONNECTION WITH SAME (4.8).

CAMPANARIO ND  07/22/07    1.10   REVISE PAPERS IN CONNECTION WITH
                                  POTENTIAL ADVERSARY PROCEEDING (1.1).

CAMPANARIO ND  07/23/07    7.60   REVIEW BOARD MATERIALS AND COMMITTEE
                                  PRESENTATIONS RE: DELPHI-APPALOOSA
                                  EPCA MOTION (4.2) AND BEGIN DRAFTING
                                  DECLARATION IN SUPPORT OF SAME (1.8);
                                  REVISE PAPERS IN CONNECTION WITH
                                  POTENTIAL ADVERSARY PROCEEDING (1.6).

CAMPANARIO ND  07/24/07    4.60   TELECONFERENCE WITH W. SHAW RE:
                                  DELPHI-APPALOOSA EPCA MOTION (1.1) AND
                                  CONTINUE DRAFTING DECLARATION IN
                                  SUPPORT OF SAME (3.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

CAMPANARIO ND     07/25/07     8.30   COMPLETE DRAFT OF DECLARATION IN
                                      SUPPORT OF DELPHI-APPALOOSA MOTION
                                      (6.2), PREPARE POTENTIAL EXHIBIT LIST
                                      (1.7), AND FORMULATE STRATEGY RE:
                                      DISCOVERY IN CONNECTION WITH SAME
                                      (0.4).

CAMPANARIO ND     07/26/07    11.20   REVIEW AND REVISE DECLARATIONS IN
                                      SUPPORT OF DELPHI-APPALOOSA EPCA MOTION
                                      (9.4) AND GATHER EXHIBITS FOR HEARING
                                      RE: SAME (1.8).

CAMPANARIO ND     07/27/07     4.30   REVISE PAPERS IN SUPPORT OF
                                      DELPHI-APPALOOSA INVESTMENT AND PLAN
                                      FRAMEWORK MOTION (1.5), REVIEW
                                      STATEMENT BY HIGHLAND CAPITAL
                                      MANAGEMENT, L.P. (0.4), AND REVISE
                                      EXHIBIT LIST (2.4).

CAMPANARIO ND     07/28/07     5.40   REVIEW BOARD OF DIRECTORS MATERIALS IN
                                      CONNECTION WITH DELPHI-APPALOOSA
                                      INVESTMENT AND PLAN FRAMEWORK MOTION
                                      (5.4).

CAMPANARIO ND     07/29/07     2.50   REVIEW AND REVISE PAPERS IN SUPPORT OF
                                      DELPHI-APPALOOSA INVESTMENT AND PLAN
                                      FRAMEWORK MOTION (1.3); CONFERENCE WITH
                                      WORKING GROUP RE: PREPARATION FOR
                                      HEARING ON DELPHI-APPALOOSA INVESTMENT
                                      AND PLAN FRAMEWORK MOTION (1.2).

CAMPANARIO ND     07/30/07    10.60   REVISE PAPERS IN SUPPORT OF
                                      DELPHI-APPALOOSA INVESTMENT AND PLAN
                                      FRAMEWORK MOTION (0.4) AND GATHER
                                      EXHIBITS FOR HEARING ON SAME (10.2).

CAMPANARIO ND     07/31/07     9.00   DRAFT REPLY BRIEF IN SUPPORT OF
                                      DELPHI-APPALOOSA INVESTMENT AND PLAN
                                      FRAMEWORK MOTION (4.7) AND COMPLETE
                                      GATHERING EXHIBITS FOR HEARING ON SAME
                                      (4.3).

                              89.00

GANITSKY DI       07/01/07     4.10   REVISE APPALOOSA MUST HAVES BEFORE AND
                                      AFTER CALL (1.1); WORK ON MARK UP OF EPCA
                                      (1.7); CONFERENCE CALL RE: APPALOOSA
                                      MUST HAVES (1.3).

GANITSKY DI       07/02/07    10.90   WORK ON AGENDA FOR MEETING FOLLOWING
                                      WEEK (0.3); WORK ON TERMINATION NOTICE
                                      AND REVIEW OF PRECEDENTS (0.9); REVIEW
                                      OF HIGHLAND DOCUMENTS AND WORK ON ISSUES
                                      LIST RE: SAME (5.8); STRATEGIC CALL
                                      PARTICIPATION (0.8); REVIEW MARK UP OF
                                      APPALOOSA EPCA (2.5); APPALOOSA AND
                                      GOLDMAN NDA MATTERS (0.6).

GANITSKY DI        07/03/07      14.70   WORK ON PREPARING MATERIALS FOR BOARD
                                         MEETING INCLUDING DRAFT NOTICES,
                                         RESOLUTIONS, ISSUES LIST WITH RESPECT
                                         TO APPALOOSA, ISSUES LIST WITH RESPECT
                                         TO HIGHLAND, APPALOOSA MUST HAVES, MARK
                                         UP OF EPCAS AND RELATED MATTERS (12.1);
                                         REVIEW SUSPENSION AGREEMENTS DRAFTED BY
                                         WHITE AND CASE AND DRAFT ISSUES LIST
                                         (1.4); APPALOOSA AND GOLDMAN NDA
                                         MATTERS (0.8); TELECONFERENCE WITH
                                         HAYNESS BOONE (0.4).

GANITSKY DI        07/04/07       5.30   WORK ON ANALYSIS OF PROVISIONS IN EPCA
                                         AND PSA THAT ARE SUSPENDED/WAIVERS
                                         (4.1); REVISE ISSSUES LIST RE:
                                         SUSPENSION AGREEMENTS (0.5), REVIEW
                                         TERMINATION NOTICES AND FAXES (0.7).

GANITSKY DI        07/05/07       7.40   WORK ON APPALOOSA NDA INCLUDING CALLS
                                         WITH CLIENT AND TURNING OF SAME (4.8);
                                         APPALOOSA NDA MATTERS (0.7); MATTERS
                                         RE: SUSPENSION AGREEMENTS (0.4); WORK
                                         ON POSSIBLE TERMINATION DOCUMENTATION
                                         (1.5).

GANITSKY DI        07/06/07       4.10   PREPARATION OF TERMINATION DOCS AND
                                         RELATED MATTERS (2.9); APPALOOSA NDA
                                         MATTERS (0.4); REVIEW HIGHLAND ISSUES
                                         LIST AND REVISE (0.8).

GANITSKY DI        07/07/07       6.10   CONFERENCE CALL RE: HIGHLAND EPCA
                                         (2.4); TURNING OF HIGHLAND EPCA (3.7).

GANITSKY DI        07/08/07       6.70   TELECONFERENCE RE: HIGHLAND COVERNANCE
                                         (0.4) WORK ON MARK UP OF HIGHLAND EPCA
                                         (4.2); WORK ON ISSUES LIST RE: PREFERRED
                                         STOCK (1.4); ADDITIONAL CORRESPONDENCE
                                         (0.7).

GANITSKY DI        07/09/07      11.00   WORK ON HIGHLAND MARK UP OF EPCA (5.3);
                                         WORK ON ADAH PREFERRED STOCK TERM SHEET
                                         (1.8); REVIEW REVISED EPCA FROM
                                         APPALOOSA AND BEGIN WORK ON ISSUES LIST
                                         (3.9).

GANITSKY DI        07/10/07      14.90   ATTEND MEETINGS WITH CLIENT RE: CASE AND
                                         PLAN STATUS (4.2); WORK ON ISSUES LIST
                                         FOR EACH OF HIGHLAND AND APPALOOSA AND
                                         REVISE SAME (9.0); WORK ON HIGHLAND
                                         CORPORATE GOVERNANCE PIECE (1.7).

GANITSKY DI        07/11/07      15.70   TURNING OF ISSUES LIST (0.7); MEETING
                                         WITH APPALOOSA RE: TRANSACTION AND
                                         RELATED FOLLOW UPS (6.7); MEETING WITH
                                         HIGHLAND AND RELATED FOLLOW UPS (7.1);
                                         ADDTIONAL FOLLOW UPS BASED ON MEETINGS
                                         (1.2).

GANITSKY DI        07/12/07       2.20   WORK ON RIPPLEWOOD NDA (0.5); REVIEW OF
                                         EPCAS AND RELATED MATTERS (1.7).

GANITSKY DI        07/13/07        3.50   CALLS RE: NUMEROUS MATTERS RE:
                                          NEGOTITIONS WITH APPALOOSA AND HIGLAND
                                          AND RELATED DISCUSSION RE: STRATEGY
                                          (1.7); REVIEW APPALOOSA TERM SHEET FOR
                                          PREFERRED AND DRAFT ISSUES LIST RE: SAME
                                          AND CALL WITH WHITE CASE RE: SAME (1.8).

GANITSKY DI        07/14/07       13.40   WORK ON NUMEROUS MATTERS RE: TRANACTION
                                          INCLUDING REVIEW OF REVISED DRAFTS OF
                                          EPCA FROM HIGHLAND AND APPALOOSA AS WELL
                                          AS REVISED DRAFT OF PREFERRED STOCK TERM
                                          SHEET FROM APPALOOSA AND GOVERNANCE
                                          FROM HIGHLAND, NUMEROUS CONFERENCE
                                          CALLS WITH CLIENT RE: SAME, CALLS WITH
                                          WHITE CASE RE: SAME, WORK ON DRAFTING
                                          RIDERS RE: EPCAS AS WELL AS WORK ON
                                          ISSUES LIST AND SUMMARIES, REVIEW
                                          MATTERS RE: PRIOR EPCAS, WORK ON
                                          RESOLUTIONS (13.4).

GANITSKY DI        07/15/07       15.80   WORK ON NUMEROUS ITEMS IN
                                          REPRESENTATION INCLUDING WORK ON
                                          SUMMARIES OF EPCAS, REVIEW AND DRAFT
                                          ISSUES LISTS RE: EPCAS AND GOVERNANCE
                                          MATTERS, DRAFT RIDERS FOR EPCAS,
                                          NUMEROUS CALLS WITH HAYNES AND BOONE AND
                                          WHITE CASE, NUMEROUS CALLS WITH CLIENT,
                                          REVIEW AND COMMENT ON ROTHSCHILD
                                          PRESENTATION, DRAFT COMPARISON OF
                                          CONDITIONS BETWEEN EPCAS, REVIEW PSA,
                                          REVIEW PREFERRED STOCK TERM SHEET,
                                          HANDLE RELATED MATTERS AND COORDINATION
                                          OF SAME (15.8).

GANITSKY DI        07/16/07        7.40   TELECONFERENCES WITH WHITE CASE RE:
                                          EPCA MATTERS (0.7); REVIEW RESPONSES BY
                                          APPALOOSA TO CERTAIN MATTERS (0.7);
                                          REVIEW REVISED DOCUMENTATION
                                          CIRCULATED BY HIGHLAND (1.2); WORK ON
                                          SUMMARIES OF DOCUMENTS (1.9); MATTERS
                                          RE: RESOLUTIONS AND RIGHTS AMENDMENT
                                          (1.1); MATTERS RE: RIPPLEWOOD NDA
                                          (0.4); REVIEW COMMITMENT LETTERS AND
                                          COMPARE TO PREVIOUS (0.6); PREPARE
                                          MATERIAL FOR POSSIBLE SIGNING IN COMING
                                          DAYS INCLUDING ACTIONS ITEMS LIST
                                          (0.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GANITSKY DI | 07/17/07 | 17.80 | WORK ON NUMEROUS MATTERS INCLUDING ALL DAY MEETING WITH CLIENT AND SKADDEN TEAM TO FINALIZE INVESTMENT AGREEMENT AND RELATED MATTERS; WORK INCLUDED REVIEW AND ANALYZATION OF REVISED EPCA AND RELATED DOCUMENTS FROM BOTH APPALOOSA AND HIGHLAND; DISCUSSION OF SAME WITH CLIENT; CONFERENCE CALLS WITH HAYNES AND BOONE AND WHITE CASE AS WELL AS E-MAIL CORRESPONDENCE; MARK UP OF PORTIONS OF AGREEMENTS AND DRAFTING OF RIDERS; REVIEW AND ANALYSIS OF ANCILLARY AGREEMENTS (COVER LETTER FROM INVESTORS, TERM SHEETS, COMMITMENT LETTERS, GOVERNANCE EXHIBITS); REVISE RESOLUTIONS; REVIEW AND COMMENT ON MOTION TO BE FILED AS WELL AS NUMEROUS CALLS WITH N. STUART RE: SAME; REVIEW CERTAIN SECURITIES LAW MATTERS (17.8). |
| GANITSKY DI | 07/18/07 | 8.10 | FINAL REVIEW OF DOCUMENTS PRIOR TO SIGNING AND FINAL BOARD APPROVAL AS WELL AS REVIEW OF FINAL PACKAGE TO BE SUBMITTED TO BANKRUPTCY COURT (4.7); TELECONFERENCE WITH WHITE CASE AND ROTHCHILD RE: CAPITALIZATION REP IN EPCA AND RELATED FOLLOW UP CALLS RE: SAME (2.5); REVIEW AND COMMENT ON MOTION RE: EPCA (0.9). |
| GANITSKY DI | 07/19/07 | 5.70 | MATTERS RELATED TO 13D FILING BY HIGHLAND INCLUDING CALLS WITH CLIENT, INTERNAL CALLS, DRAFTING LETTER, RESEARCH RE: FEDERAL SECURITIES LAWS (5.3); COORDINATION OF MATTERS WITH WHITE CASE AND RELATED CORRESPONDENCE (0.4). |
| GANITSKY DI | 07/20/07 | 0.70 | REVIEW APPALOOSA 13D (0.3); CORRESPONDENC WITH WHITE CASE AND CLIENT (0.4). |
| GANITSKY DI | 07/21/07 | 0.40 | MATTERS RE: HIGHLAND NDA NEGOTIATIONS (0.4). |
| GANITSKY DI | 07/22/07 | 1.20 | REVIEW PAPERS RE: HIGHLAND AND COMMENT ON SAME (1.2). |
| GANITSKY DI | 07/24/07 | 2.70 | REVIEW EPCA FOR POSSIBLE REVISIONS (ERRATA AND TECHNICAL CORRECTIONS) (2.7). |
| GANITSKY DI | 07/25/07 | 1.10 | REVIEW EPCA MATTER RE: OPERATING COVENANT (0.4); REVISE MATTERS RE: SPLINTER UNIONS RESPONSES (0.4); CORRESPONDENCE RE: PREVIOUS NDAS (0.3). |
| GANITSKY DI | 07/26/07 | 1.90 | RECEIVE UPDATES RE: VARIOUS MATTERS (0.4); MATTERS RE: EPCA RELATED COVENANTS (0.3); REVIEW EPCA RE: ERRATAS (1.2). |

B43E

GANITSKY DI    07/27/07    3.00   WORK ON ERRATA LIST FOR EPCA (1.2);
                                  REVIEW EPCA AND ORIGINAL EPCA RE: MAIN
                                  DIFFERENCES AND OUTLINE KEY DIFFERNCES
                                  AS WELL AS WORK ON SUMMARY OF SAME (1.8).

GANITSKY DI    07/28/07    0.80  REVIEW MATTERS RE: DIFFERENCES BETWEEN
                                 HIGHLAND AND APPALOOSA EPCAS AND MARK UP
                                 DOCUMENTS (0.8).

GANITSKY DI    07/30/07    2.40  REVIEW LITIGATION MATERIAL AND WORK ON
                                 REVISED RESPONSES TO HIGHLAND (1.3);
                                 COORDINATION OF MATTERS AND ASSISTED
                                 WITH EPCA MATTERS (0.5); REVIEW
                                 DISCLOSURE RE: EPCA (0.6).

GANITSKY DI    07/31/07    4.40  REVIEW MATTERS RE: HIGHLAND PROPOSAL
                                 AND ASSIST WITH MATTERS FOR HEARINGS
                                 INCLUDING REVIEWED EXHIBIT LIST AND
                                 LITIGATION PAPERS (2.7); WORK ON EPCA
                                 ERRATA MATTERS INCLUDING CALLS WITH
                                 SKADDEN TEAM, CLIENT AND ROTHCHILD
                                 (1.7).

                           193.40

GRANT K        07/12/07    7.30  REVIEW CURRENT DRAFTS OF EPCA DOCUMENTS
                                 (4.1); DRAFT SUMMARY RE: SAME (3.2).

GRANT K        07/14/07    3.30  DRAFT DECLARATION OF J. SHEEHAN IN
                                 SUPPORT OF REVISED EPCA MOTION (3.3).

GRANT K        07/17/07   10.60  WORK ON MOTION TO APPROVE NEW EPCA;
                                 (5.9) AND DECLARATION OF J. SHEEHAN IN
                                 SUPPORT OF SAME; (3.5) WORK ON SUMMARY
                                 OF PLAN DISTRIBUTION (1.2).

GRANT K        07/18/07    7.10  CONTINUE TO WORK ON EPCA MOTION (4.1),
                                 PROPOSED ORDER (1.2), AND EXHIBITS
                                 (1.5); ATTENTION TO FILING SAME (0.3).

GRANT K        07/20/07    4.60  REVIEW SEC FILING FROM HIGHLAND RE: NEW
                                 EPCA (1.2); STRATEGY CALL WITH
                                 LITIGATION TEAM RE: NEW EPCA MOTION
                                 (0.5); REVIEW BACKGROUND MATERIALS RE:
                                 SAME IN PREPARATION FOR LITIGATION
                                 (2.9).

GRANT K        07/23/07    0.60  EPCA MOTION AND CASE STRATEGY CALL
                                 (0.6).

GRANT K        07/24/07    0.50  WORK ON RESPONSE TO INFORMATION REQUEST
                                 FROM SPLINTER UNIONS (0.5).

GRANT K        07/25/07    1.00  CONTINUE TO WORK ON RESPONSE TO SPLINTER
                                 UNION INFORMATION REQUEST; (0.5) REVIEW
                                 AND REVISE PROPOSED PBGC LANGUAGE FOR
                                 PLAN (0.5).

                           35.00

GUZZARDO J     07/10/07    0.70  DOCUMENT COLLECTION IN CONNECTION WITH
                                 POR (0.7).

GUZZARDO J     07/11/07    0.50  ATTENTION TO POR DRAFTER REQUESTS
                                 (0.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GUZZARDO J | 07/18/07 | 1.40 | DISCUSSIONS AND INTITIAL PREPARATION FOR POTENTIAL EPCA HEARING (1.4). |
|---|---|---|---|
| GUZZARDO J | 07/19/07 | 5.30 | PREPARATION AND LEGAL RESEARCH IN CONNECTION WITH FRAMEWORK HEARING (5.3). |
| GUZZARDO J | 07/20/07 | 6.80 | PREPARATION FOR EPCA HEARING (6.8). |
| GUZZARDO J | 07/21/07 | 9.50 | PREPARATION FOR EPCA HEARING AND DRAFTING OF RELATED MOTIONS (9.5). |
| GUZZARDO J | 07/22/07 | 3.50 | PREPARATION FOR EPCA HEARING; EXHIBITS AND LEGAL DRAFTING (3.5). |
| GUZZARDO J | 07/23/07 | 9.20 | DRAFT LEGAL DOCUMENTS IN CONNECTION WITH EPCA HEARING (3.0); COLLECTION AND REVIEW OF POTENTIAL EXHIBITS FOR SAME (5.7); TELECONFERENCE IN REGARDS TO DISCOVERY REQUESTS RE: SAME (0.5). |
| GUZZARDO J | 07/24/07 | 9.10 | EXHIBIT COLLECTION, REVIEW, AND DRAFTING OF COURT MATERIALS IN CONNECTION WITH EPCA HEARING (9.1). |
| GUZZARDO J | 07/25/07 | 9.90 | COLLECTION AND REVIEW OF POTENTIAL EXHIBITS; DRAFT OF EXHIBIT INDEXES IN PREPARATION FOR EPCA HEARING (9.9). |
| GUZZARDO J | 07/26/07 | 7.90 | WORK ON EXHIBIT COLLECTION, EXHIBIT INDEX AND DEMONSTRATIVE EXHIBITS FOR EPCA HEARING (7.9). |
| GUZZARDO J | 07/27/07 | 10.30 | PREPARE AND COMPILE EXHIBITS FOR EPCA HEARING (10.3). |
| GUZZARDO J | 07/28/07 | 6.40 | PREPARE AND COMPILE EXHIBITS FOR EPCA HEARING (6.4). |
| GUZZARDO J | 07/30/07 | 8.60 | COMPILE AND PREPARE EXHIBITS IN CONNECTION WITH EPCA HEARING (8.6). |
| GUZZARDO J | 07/31/07 | 12.50 | PREPARE, COMPILE, AND CREATE EXHIBITS IN CONNECTION WITH EPCA HEARING (12.5). |
| | | 101.60 | |
| HALPER A | 07/01/07 | 5.30 | PARTICIPATE IN TELECONFERENCE WITH ROTHCHILDS, J. SHEEHAN, D. SHERBIN RE: "MUST HAVES" (1.1); REVIEW AND REVISE MUST HAVE LISTS (1.3); RESEARCH ISSUES RE: BOARD INDEPENDENCE AND CREATE SUMMARY (1.6); REVISE EPCA MARK-UP (1.3). |
| HALPER A | 07/02/07 | 9.80 | CREATE HIGHLAND EPCA ISSUES LIST AND REVIEW DOCUMENT (6.0); REVIEW ISSUES AND REVISE NDAS (0.8), REVIEW ISSUES RELATING TO TERMINATION NOTICES (1.2); REVISE ADAH MUST HAVES (1.8). |
| HALPER A | 07/03/07 | 8.90 | CREATE DISTRIBUTION CONTAINING EPCA MARK-UP, TERMINATION NOTICES, EPCA ISSUES LIST FOR BOARD AND GENERAL REVIEW AND HIGHLAND ISSUES LIST, AND EPCA TERMINATION SUSPENSION ISSUES LIST (8.9). |

B43E

| HALPER A | 07/04/07 | 3.20 | REVIEW EPCA/PSA EXIT AGREEMENTS (0.5); REVIEW PSA AND PSA WAIVER AGREEMENT TO CREATE COMPARISON CHART (2.1); REVIEW AND REVISE VARIOUS ISSUES LIST (0.6). |
|---|---|---|---|
| HALPER A | 07/05/07 | 5.90 | REVISE EPCA MARK-UP (2.6); REVISE PSA TERMINATION LETTER (0.4); SPEAK WITH J. SHEEHAN, R. O'NEIL RE: DEAL STATUS AND LATER SPECIFIC ISSUES RELATED TO EPCA MARK-UP (1.8); REVIEW ISSUES RELATED TO DEAL STATUS (0.4), CREATE EPCA/PSA TIMELINE (0.7). |
| HALPER A | 07/06/07 | 7.60 | ASSIST IN ORGANIZING TERMINATION PROCESS (3.2); REVIEW TERMINATION RELEASES (0.4); EDIT AND REVISE ISSUES LISTS RELATED TO PLAN INVESTORS AND HIGHLAND (4.0). |
| HALPER A | 07/07/07 | 8.60 | PARTICPIATE IN STRATEGY MEETING WITH J. SHEEHAN, S. CORCORAN AND OTHERS (2.1); REVIEW AND REVISE HIGHLAND DOCUMENTS (6.5). |
| HALPER A | 07/08/07 | 9.00 | CREATE APPALOOSA ISSUES LISTS, FOR GOVERNANCE AND OTHER MATTERS AND REVIEW RELATED ISSUES AND DOCUMENTS (4.9); REVIEW AND PREPARE HIGHLAND MARKUP EXAMING ISSUES, CREATING RIDERS AND REVIEWING DOCUMENTS (4.1). |
| HALPER A | 07/09/07 | 6.90 | REVISE PREFERRED STOCK TERM SHEET (4.1); REVIEW HIGHLAND CORPORATE GOVERNANCE GUIDELINES (2.1); PREPARE DISTRIBUTION (0.7). |
| HALPER A | 07/10/07 | 8.40 | PREPARE ISSUES LIST AND CREATE EMAILS TO ASSIST IN ALL HANDS MEETING WITH J. SHEEHAN AND OTHERS (8.4). |
| HALPER A | 07/11/07 | 14.50 | PREPARE FOR APPALOOSA EPCA MEETING (0.7); ATTEND APPALOOSA EPCA MEETING (5.8); REVISE DRAFTS OF HIGHLAND GOVERNANCE MATERIALS AND CERTAIN HIGHLAND REPS (1.2); PREPARE FOR HIGHLAND EPCA MEETING (0.4); ATTEND HIGHLAND EPCA MEETING (5.5); PREPARE APPALOOSA MEETING NOTES (0.9). |
| HALPER A | 07/12/07 | 8.70 | CREATE SUMMARY EPCA FOR BOARD (3.9); REVIEW AND REVISE RIPPLEWOOD NDA (2.1); REVIEW STATUS AND ISSUES RELATING TO WEEKEND ACTIONABLE EVENTS (0.7) ORGANIZE DOCUMENT FROM EPCA MEETINGS (0.9); REVIEW EPCA SECURITIES LAW CONCERNS (0.4); REVIEW BOARD PRESENTATIONS (0.7). |
| HALPER A | 07/13/07 | 2.60 | REVIEW AND MARKUP PREFERRED STOCK TERM SHEET (2.6). |

176

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HALPER A        07/14/07      13.90    ENGAGE IN MEETINGS WITH J. SHEEHAN, S.
                                       CORCORAN, HAYNES AND BOONE, AND WHITE
                                       AND CASE (4.3); REVISE EPCA, CREATE
                                       ISSUES LISTS, CREATE RIDERS FOR
                                       APPALOOSA AND REVISE SUMMARY FOR BOARD
                                       (4.9); REVISE ISSSUES LIST, SUMMARY AND
                                       REVIEW REVISIONS FOR HIGHLAND EPCA
                                       (4.7).

HALPER A        07/15/07      15.00    ENGAGE IN MEETINGS WITH J. SHEEHAN, S.
                                       CORCORAN, HAYNES AND BOONE, AND WHITE
                                       AND CASE (4.4); REVISE EPCA, CREATE
                                       ISSUES LISTS FOR APPALOOSA AND REVISE
                                       SUMMARY FOR BOARD (5.8); REVISE ISSSUES
                                       LIST, SUMMARY AND REVIEW REVISIONS FOR
                                       HIGHLAND EPCA (4.8).

HALPER A        07/16/07       5.60    TELECONFERENCE WITH J. SHEEHAN, G.
                                       PRYOR AND M. LOEB (2.8); CREATE
                                       PRINCIPAL DOCUMENTS LIST (1.4); REVIEW
                                       REVISED HIGHLAND MATERIALS (1.0);
                                       REVIEW ISSUES LISTS (0.4).

HALPER A        07/17/07      13.50    REVIEW AND PROPOSE COMMENTS TO
                                       DOCUMENTS, BOARD PRESENATIONS, AND
                                       ISSUES LISTS IN CONNECTION WITH
                                       HIGHLAND AND APPALOOSA BIDS INCLUDING
                                       MEETINGS WITH S. CORCORAN, J. SHEEHAN
                                       (11.4), REVIEW BANKRUPTCY COURT MOTION
                                       (2.1).

HALPER A        07/18/07       9.90    ASSIST IN REVIEWING FINAL EPCA
                                       DOCUMENTS INCLUDING PRESS RELEASE,
                                       COMMITMENT AND HANDLING SIMILAR MATTERS
                                       (5.5),;PREPARE AGGREGATION OF
                                       DOCUMENTS, (0.9); REVIEW POST SIGNING
                                       ISSUES (1.3); REVIEW AND REVISE
                                       APPROVAL MOTION (2.2).

HALPER A        07/19/07       8.10    PREPARE DISTRIBUTION OF CLOSED
                                       DOCUMENTS (0.7), HANDLE 13D CONCERNS
                                       INCLUDING DRAFTING LETTERS, REVIEWING
                                       LETTERS (0.9), ENGAGING IN RESEARCH
                                       INTO SEC RULES ON 13D AND CONFIDENTIAL
                                       INFORMATION (3.7); REVISE RIGHTS PLAN
                                       AMENDMENT (0.4); ENGAGE IN NUMEROUS
                                       DISCUSSIONS ON RESEARCH AND PLAN WITH
                                       J. SHEEHAN AND D. SHERBIN (2.4).

HALPER A        07/20/07       3.50    REVIEW HIGHLAND 13D AND COORDINATE
                                       RELATED MATTERS (1.4); REVISE FORM 8-K
                                       (0.4); REVIEW CONFIDENTIAL TREATMENT
                                       MATTER (1.1); ASSIST IN PREPARING
                                       AFFADAVIT (0.4); DISTRIBUTE EPCA (0.2).

HALPER A        07/22/07       1.00    REVIEW MOTION RE: NDA (1.0).

HALPER A        07/23/07       2.90    REVIEW AND REVISE RESEARCH INTO CT
                                       PROCESS AND 13D (2.9).

HALPER A        07/24/07       3.20    REVIEW CT AND 13D RULES AND REVISE
                                       OUTLINE FOR HIGHLAND CONCERN (2.1);
                                       DISCUSS FINDINGS WITH J. SHEEHAN AND D.
                                       SHERBIN (1.1).

                                                                              B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HALPER A        07/26/07      0.90   REVIEW DOCUMENT LIST FOR MOTION, OBTAIN
                                     EXHIBIT B (0.9).

HALPER A        07/27/07      6.00   REVIEW VARIOUS EPCA APPROVAL MOTIONS,
                                     DISCUSS ISSUES AND CREATE RIDERS ON
                                     CRITICIAL DIFFERENCES BETWEEN OLD AND
                                     NEW EPCA (3.1); REVIEW EPCA AND CREATE
                                     ERRATTA SHEET (2.1); REVIEW HIGHLAND
                                     NDA AND ISSUES RELATING TO HIGHLAND
                                     RESPONSE TO RETURN DESTRUCTION OF
                                     INFORMATION REQUEST (0.8).

HALPER A        07/28/07      9.30   REVIEW HIGHLAND AND OTHER NDAS IN
                                     CONNECTION WITH POSSIBLE INJUNCTION
                                     (1.0); REVIEW ISSUES RELATING TO J.
                                     SHEEHAN DECLARATION AND DRAFT RIDERS
                                     AND MARK-UP DOCUMENTS (3.6); REVIEW
                                     HIGHLAND MOTION AND CREATE BULLETED
                                     RESPONSES (4.7).

HALPER A        07/29/07      5.90   REVIEW PROPOSED RESPONSES TO HIGHLAND
                                     MOTIONS AND LETTERS (3.5); CREATE
                                     BLACKLINES AND RELATED BINDERS (2.4).

HALPER A        07/30/07      3.30   REVISE HIGHLAND RESPONSE (1.1); REVIEW
                                     AND RESEARCH HIGHLAND DOCUMENTS (1.3);
                                     REVIEW AND ORGANIZE BINDERS OF
                                     BLACKLINES (0.5); RESEARCH COMMITTMENT
                                     LETTER ISSUE (0.4).

HALPER A        07/31/07      1.60   REVIEW EXHIBIT LIST AND CHRONOLOGY IN
                                     PREPARATION FOR BANKRUPTCY COURT FILING
                                     (1.6).

                            203.00

HARDIN AS       07/02/07      1.60   REVIEW MATERIALS RELATED TO PLAN
                                     PROPOSAL (0.4); REVIEW MATERIALS FOR
                                     WORKING GROUP MEETING RE: PLAN (1.2).

HARDIN AS       07/03/07      7.20   REVIEW AND PREPARE MATERIALS RELATED TO
                                     PLAN AGREEMENTS (4.5); WORKING GROUP
                                     CONFERENCE CALLS RE: SAME (2.7).

HARDIN AS       07/04/07      3.50   REVIEW AND REVISE MATERIALS PREPARED IN
                                     CONNECTION WITH PLAN AGREEMENTS (3.5).

HARDIN AS       07/05/07      4.20   WORKING GROUP CONFERENCE CALL RE: PLAN
                                     AGREEMENTS (1.4); PREPARE AND REVIEW
                                     MATERIALS RELATED TO SAME (1.3);
                                     WORKING GROUP CONFERENCE CALL RE: SAME
                                     (0.5); WORKING GROUP CONFERENCE CALL
                                     RE: SAME (1.0).

HARDIN AS       07/06/07      1.70   WORKING GROUP CONFERENCE CALL RE:
                                     AGREEMENTS RELATED TO PLAN (0.9);
                                     REVIEW REVISIONS TO SAME (0.8).

HARDIN AS       07/08/07      3.60   REVIEW REVISED AGREEMENTS RELATED TO
                                     PLAN (0.9); WORKING GROUP CONFERENCE
                                     CALLS RE: SAME (2.7).

HARDIN AS       07/09/07      1.60   WORKING GROUP CONFERENCE CALL RE:
                                     AGREEMENT RELATED TO PLAN (1.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HARDIN AS        07/10/07      4.00   WORKING GROUP MEETINGS RE: PLAN
                                      DOCUMENTS (2.8); REVISE PLEADINGS
                                      RELATED TO PLAN AGREEMENTS (1.2).

HARDIN AS        07/11/07      2.90   WORKING GROUP MEETINGS RE: PLAN
                                      DOCUMENTS (2.9).

HARDIN AS        07/12/07      0.40   WORKING GROUP EMAIL EXCHANGE RE: PLAN
                                      AGREEMENTS (0.2); REVIEW LETTER FROM
                                      STATUTORY COMMITTEE COUNSEL RE: PLAN
                                      AGREEMENTS (0.2).

HARDIN AS        07/13/07      0.20   REVIEW MATERIALS RELATED TO PLAN
                                      AGREEMENTS (0.2).

HARDIN AS        07/14/07      3.50   WORKING GROUP CONFERENCE CALLS RE: PLAN
                                      DOCUMENTS (3.5).

HARDIN AS        07/16/07      1.50   REVIEW AND REVISE MATERIALS RELATED TO
                                      REVISED PLAN INVESTOR PROPOSALS (1.5).

HARDIN AS        07/17/07      5.90   REVISE PLAN AGREEMENTS (2.3); PREPARE
                                      PLEADINGS RELATED TO PLAN AGREEMENTS
                                      (3.6).

HARDIN AS        07/18/07     10.60   WORK GROUP MEETINGS RE: PLAN AGREEMENTS
                                      (2.3); DRAFT AND REVISE FILINGS RELATED
                                      TO SAME (3.8); REVISE AGREEMENTS
                                      RELATED TO PLAN (4.5).

HARDIN AS        07/20/07      2.40   REVIEW FINAL PLEADINGS RELATED TO PLAN
                                      AGREEMENTS AND EXHIBITS (0.4); PREPARE
                                      MATERIALS FOR WORKING GROUP RELATED TO
                                      SAME (0.3); WORKING GROUP CONFERENCE
                                      CALL RE: PREPARATION FOR HEARING ON
                                      APPROVAL OF PLAN AGREEMENTS (0.5);
                                      UPDATE MATERIALS RELATED TO SAME (0.3);
                                      FOLLOW-UP WORKING GROUP CONFERENCE CALL
                                      RE: SAME (0.2).

HARDIN AS        07/23/07      3.20   WORKING GROUP CONFERENCE CALL RE: PLAN
                                      STRUCTURE (2.1); WORKING GROUP
                                      CONFERENCE CALL RE: OTHER ISSUES
                                      RELATED TO PLAN (1.1).

HARDIN AS        07/25/07      3.30   WORKING GROUP CONFERENCE CALL RE: PLAN
                                      STRUCTURE (2.2); PREPARE FOLLOW-UP
                                      MATERIALS RELATED TO SAME (1.1).

HARDIN AS        07/26/07      2.40   WORKING GROUP CONFERENCE CALL RE: PLAN
                                      STRUCTURE (1.9); REVIEW MATERIALS RE:
                                      SAME (0.3); WORKING GROUP EMAIL
                                      EXCHANGE RE: PENSION ISSUES RELATED TO
                                      PLAN (0.2).

HARDIN AS        07/31/07      2.10   WORKING GROUP EMAIL EXCHANGE RE: ORDER
                                      APPROVING AGREEMENTS RELATED TO PLAN
                                      (0.4); REVIEW PROPOSED PLAN LANGUAGE
                                      CONCERNING PENSION MATTERS AND WORKING
                                      GROUP EMAIL EXCHANGE RE: SAME (0.3);
                                      WORKING GROUP CONFERENCE CALL RE: PLAN
                                      STRUCTURE (1.4).

                              65.80

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HERRIOTT AV | 07/02/07 | 0.30 | REVIEW AND REVISE AGENDA FOR PLAN WORKING GROUP MEETING (0.3). |
| HERRIOTT AV | 07/03/07 | 0.40 | CONTINUE DRAFT OF PLAN WORKING GROUP AGENDA (0.4). |
| HERRIOTT AV | 07/06/07 | 0.30 | REVISE AGENDA FOR PLAN WORKING GROUP MEETING (0.3). |
| HERRIOTT AV | 07/10/07 | 0.90 | REVIEW SECTIONS 545 AND 553 IN RELATION TO PLAN OF REORGANIZATION PLANNING (0.9). |
| HERRIOTT AV | 07/25/07 | 0.70 | REVIEW EXHIBITS FOR EPCA HEARING (0.7). |

**2.60**

| | | | |
|---|---|---|---|
| HOUSTON BM | 07/16/07 | 1.10 | PARTICIPATE IN WORKING GROUP RE: PLAN DISTRIBUTION SCHEME RESEARCH PROJECT (0.4); CREATE CHART FOR RESULTS FROM PROJECT (0.7). |
| HOUSTON BM | 07/17/07 | 0.70 | PARTICIPATE IN WORKING GROUP RE: QUESTIONS ABOUT PLAN DISTRIBUTION SCHEMES RESEARCH PROJECT (0.3); STRATEGIZE RE: BEST APPROACH TO PROJECT (0.2); REVISE PROJECT RESULTS CHART (0.2). |
| HOUSTON BM | 07/18/07 | 9.40 | REVIEW PLANS FROM SECOND CIRCUIT RE: DISTRIBUTION SCHEMES (4.9); UPDATE CHART RE: SAME (2.1); CONFIRM INFORMATION ON CHART RE: PLAN INFORMATION FROM OTHER JURISDICTIONS (2.4). |
| HOUSTON BM | 07/19/07 | 7.20 | RESEARCH AND ANALYZE PLAN DISTRIBUTION SCHEMES IN PLANS FROM VARIOUS JURIDICTIONS (4.9); UPDATE CHART RE: SAME (0.9); REVISE INFORMATION ON CHART RE: RESEARCH RESULTS FROM SECOND CIRCUIT PLANS (1.4). |

**18.40**

| | | | |
|---|---|---|---|
| KAHN MT | 07/16/07 | 4.80 | PARTICIPATE IN WORKING GROUP CALL RE: MDL ISSUES IN THE PLAN (0.4); ANALYZE DELAWARE CH. 11 PLANS RE: TREATMENT OF EQUITY (4.4). |
| KAHN MT | 07/17/07 | 11.90 | CONTINUE ANALYZING DELAWARE CASES RE: 510(B) CLASS (0.7); ANALYZE CASES IN VARIOUS DISTRICTS RE: 510(B) CLASS AND DRAFT CHART SUMMARIZING SAME (11.0); WORKING GROUP CALL WITH N. STUART AND K. GRANT RE: STATUS OF PROJCT (0.2). |
| KAHN MT | 07/18/07 | 9.00 | CONTINUE ANALYZING PLANS FROM VARIOUS JURISDICTIONS AND UPDATE CHART RE: SAME (9.0). |
| KAHN MT | 07/19/07 | 6.00 | CONTINUE ANALYZING PLANS FROM VARIOUS JURISDICTIONS AND UPDATE CHART RE: SAME (6.0). |

**31.70**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PLATT SJ | 07/17/07 | 5.50 | DRAFT AND REVISE MOTION AND ORDER TO SHOW CAUSE TO EXPEDITE HEARING RE: EPCA (5.5). |
| PLATT SJ | 07/27/07 | 0.90 | REVIEW AND SUMMARIZE 13D FILED BY GOLDMAN SACHS (0.9). |
| PLATT SJ | 07/30/07 | 0.50 | REVIEW AND SUMMARIZE FORM 13D FILED BY UBS (0.5). |
| PLATT SJ | 07/31/07 | 0.50 | REVIEW AND SUMMARIZE FORM 13D FILED BY PARDUS (0.5). |
| | | **7.40** | |
| STUART NL | 07/02/07 | 9.30 | PREPARE PLAN AND RELATED MATERIALS FOR JULY 10 INTERNAL STRATEGY MEETING IN NY (3.2); RESEARCH AND PREPARE MATERIALS RELATED TO SUB CON (1.9); RESEARCH AND PREPARE MATERIALS RELATED TO PBGC AND UNION CLAIMS (3.4); PREPARE MATERIALS AND RESEARCH RE: JOINT PLAN (0.8). |
| STUART NL | 07/08/07 | 5.10 | REVIEW DRAFTS OF EPCA AND RELATED AGREEMENTS (3.4); DRAFT LIST OF PLAN ISSUES BASED ON NEW EPCA (1.7). |
| STUART NL | 07/09/07 | 8.90 | PREPARE MATERIALS FOR STRATEGY SESSION (1.9); REVIEW EPCA, PSA, AND OTHER PLAN RELATED DOCUMENTS IN PREPARATION FOR DRAFTING SESSION MEETING (5.4); INTERNAL STRATEGY CONFERENCE ON AVOIDANCE ACTIONS (0.9); FOLLOW-UP ON PBGC AND UNION CLAIM RELATED ISSUES (0.7). |
| STUART NL | 07/10/07 | 14.40 | ATTEND AND PARTICIPATE IN STRATEGY SESSION WITH J. SHEEHAN AND S. CORCORAN (12.2); PREPARE MATERIALS FOR STRATEGY SESSION (2.2). |
| STUART NL | 07/11/07 | 12.50 | BEGIN DRAFTING APPALOOSA EPCA MOTION AND APPALOOSA MOTION TO EXPEDITE (2.5); BEGIN DRAFTING HIGHLAND EPCA MOTION AND MOTION TO EXPEDITE (1.6); INTERNAL DISCUSSION ON PLAN DISTRIBUTION MECHANICS (1.3); TELECONFERENCE WITH K. KUBY ON PLAN DISTRIBUTION MECHANICS (2.2); INTERNAL DISCUSSION ON POTENTIAL MDL TREATMENT (3.5); BEGIN REVISING PSA TO REFLECT CURRENT AGREEMENT (1.4). |
| STUART NL | 07/12/07 | 10.60 | CONTINUE TO REVIEW AND REVISE PSA (1.2); INTERNAL TELECONFERENCE ON PSA (1.7); REVISE PSA BASED ON TELECONFERENCE (3.6); CONTINUE TO DRAFT EPCA MOTIONS (4.1). |
| STUART NL | 07/13/07 | 9.10 | STRATEGY DISCUSSION RE: SURVEYS ON PLAN TREATMENT OF CERTAIN CLAIMS (0.7); CONTINUE TO DRAFT AND REVISE EPCA MOTIONS (2.1); INTERNAL STRATEGY DISCUSSION ON PLAN DISTRIBUTION MECHANICS (2.6); ADDITIONAL PSA REVISIONS (1.1); CONTINUE TO REVISE EPCA MOTIONS (2.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| STUART NL | 07/14/07 | 6.20 | REVISE APPALOOSA EPCA MOTION (1.8); REVISE APPALOOSA EPCA ORDER (1.5); RESEARCH RE: CLASS ACTION CLAIM TREATMENT IN POR (0.7); REVIEW MOST RECENT APPALOOSA EPCA AND PREFERRED STOCK TERM SHEET (1.6); REVIEW HIGHLAND PROPOSAL (0.6). |
|---|---|---|---|
| STUART NL | 07/15/07 | 11.30 | INTERNAL STRATEGY CALL ON MDL PLAN TREATMENT AND RELATED RESEARCH (1.1); REVISE EPCA MOTIONS (2.6); RESEARCH RE: MDL AND CLASS ACTION PLAN TREATMENT (1.5); REVIEW APPALOOSA DRAFT PSA (0.9); DRAFT PSA ISSUES LIST (1.9); CONTINUE RESEARCH RE: TREATMENT OF MDL CLAIMS (3.3). |
| STUART NL | 07/16/07 | 11.70 | RESEARCH RE: TREATMENT OF SECTION 510(B) CLAIMS (1.0); REVISE DRAFT PSA (0.7); RESEARCH RE: PLAN TREATMENT OF CURE CLAIMS (0.7); INTERNAL DISCUSSION RE: PLANT TREATMENT OF SECURITIES CLASS ACTION (1.1); ADDITIONAL RESEARCH RE: PLAN TREATMENT OF SECURITIES CLASS ACTION (0.6); ADDITIONAL REVISIONS TO PSA (1.1); ADDITONAL MDL RELATED RESEARCH (0.7); RESEARCH RE: JOINT PLAN DEFINITION (0.6); ADDITIONAL RESEARCH FOR PLAN TREATMENT OF MDL/SECURITIES CLASS ACTIONS (5.2). |
| STUART NL | 07/17/07 | 14.70 | REVISE EPCA MOTION (2.2); DRAFT AND REVISE PLAN TERM SHEET (1.6); ADDITIONAL REVISIONS TO EPCA MOTION, ORDER, AND ASSOCIATED DOCUMENTS (10.4); TELECONFERENCE WITH GCG RE: PLANS WITH SECURITIES CLASS ACTION DISTRIBUTIONS (0.5). |
| STUART NL | 07/18/07 | 16.20 | REVISE, UPDATE, AND FILE EPCA MOTION, ORDER, AND EXHIBITS (15.6); CORRESPONDENCE RE: EPCA FILING (0.6). |
| STUART NL | 07/19/07 | 6.90 | PREPARE EPCA RELATED DOCUMENTS FOR HEARING (3.4); REVIEW EPCA RELATED MATERIALS (1.2); RESEARCH RE: MDL PLAN TREATMENT (2.3). |
| STUART NL | 07/20/07 | 7.50 | INTERNAL STRATEGY CALL RE: EPCA HEARING (0.7); WORK ON SHEEHAN DECLARATION FOR EPCA HEARING (2.4); HEARING PREPARATION (3.1); RESEARCH RE: MDL PLAN TREATMENT (1.3). |
| STUART NL | 07/21/07 | 2.30 | EPCA HEARING PREPARATION (2.3). |
| STUART NL | 07/23/07 | 8.50 | REVISE EMERGENCE TIMELINE (2.6); ADDITIONAL REVISIONS TO EMERGENCE TIMELINE (2.7); INTERNAL STRATEGY CALL RE: RESPONSE TO IUOE EPCA QUESTIONS (0.6); FINALIZE INITIAL DRAFT OF EMERGENCE TIMELINE (2.6). |
| STUART NL | 07/24/07 | 1.10 | REVIEW AND REVISE EPCA RELATED RESPONSES TO IUOE LETTER (1.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| STUART NL | 07/25/07 | 9.10 | REVIEW RESPONSE TO IUOE EPCA QUESTIONS (0.8); PLAN DRAFTING RE: RECLAMATION CLAIMS (0.4); PLAN DRAFTING RE: CURE/INTEREST (0.6); PLAN DRAFTING RE: POST PETITION INTEREST (1.4); ADDITIONAL COMMENTS FOR IUOE EPCA RESPONSE (0.5); PLAN/EMERGENCE TIMELINE DRAFTING AND ISSUE DISCUSSION (1.7); RESEARCH RE: PLAN ISSUANCE OF NEW WARRANTS (0.8); CREATE EPCA HEARING EXHIBITS (1.0); RESEARCH RE: CERTAIN AVOIDANCE ACTION ISSUES (1.9). |
|---|---|---|---|
| STUART NL | 07/26/07 | 8.70 | RESEARCH RE: INTEREST PAYABLE FOR SENIOR NOTES (0.9); REVIEW AND PREPARE "EXHIBIT B" FOR EPCA EXHIBIT (0.5); REVIEW SENIOR NOTE INDENTURE (0.8); CONDUCT CASE LAW RESEARCH RE: PENDENCY INTEREST (2.2); REVIEW OTHER PORS FOR PRACTICES RE: NOTE INTEREST PAYMENTS (4.3). |
| STUART NL | 07/27/07 | 8.20 | UPDATE EMERGENCE TIMELINE FOR SENIOR STRATEGY CALL (1.1); ADDITIONAL TIMELINE UPDATES (0.2); INTERNAL STRATEGY DISCUSSION RE: 363/POR ASSET SALES (1.2); DRAFT POR/EMERGENCE WORK PLAN (2.6); PREPARE EXHIBITS FOR EPCA HEARING (1.9); RESEARCH RE: PLAN ISSUANCE OF WARRANTS (1.2). |
| STUART NL | 07/28/07 | 5.20 | DRAFT AND REVISE DS/POR AUGUST WORK PLAN (1.6); DRAFT AND REVISE SUBSTANTIVE CONSOLIDATION PROVISIONS IN POR (3.6). |
| STUART NL | 07/29/07 | 6.40 | REVIEW AND REVISE POR FOR EPCA RELATED CHANGES (4.2); DRAFT AND REVISE AUGUST "WORK PLAN" FOR POR AND DS FILING (2.2). |
| STUART NL | 07/30/07 | 5.20 | REVIEW CERTAIN HIGHLAND DOCUMENTS IN PREPARATION FOR EPCA HEARING (0.5); RESEARCH RE: 1145 (0.4); RESEARCH RE: PLAN SETTLEMENT AND TREATMENT OF MDL CLAIMS (4.3). |
| STUART NL | 07/31/07 | 4.80 | REVIEW AND REVISE PLAN (2.1); REVIEW AND RESEARCH RE: UPDATED EPCA EXHIBIT B (2.7). |
| | | 203.90 | |
| SUBER KM | 07/09/07 | 0.50 | REVIEW THE DOCUMENTS IN CONNECTION WITH THE POTENTIAL NEW INVESTOR (0.5). |
| SUBER KM | 07/10/07 | 1.00 | REVIEW THE "PLAN FRAMEWORK SUPPORT AGREEMENT" (1.0). |
| SUBER KM | 07/13/07 | 1.20 | REVISE THE LEGACY AGREEMENTS MEMORANDUM BASED ON ADDITIONAL PRECEDENT RE: THE SEVERABILITY OF INTEGRATED AGREEMENTS (AND RELATED LEGAL ISSUES) (0.8); REVIEW THE SHEEHAN DECLARATION (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| SUBER KM | 07/27/07 | 3.40 | BEGAN RESEARCH IN CONNECTION WITH DETERMINING HOW "CAPITAL" OR OTHER CONTRIBUTIONS ARE TREATED (0.4); CONTINUED REVIEW OF CORPORATE LAW ISSUES IN CONNECTION WITH THE INTERCOMPANY AGREEMENT (3.0). |
|---|---|---|---|
| SUBER KM | 07/29/07 | 3.30 | REVIEW THE "DEFAULT LAWS" IN MICHIGAN AND DELAWARE IN CONNECTION WITH THE CLASSIFICATION OF INTERCOMPANY TRANSFERS (3.3). |
| SUBER KM | 07/31/07 | 6.70 | COMPLETED ADDITIONAL RESEACH IN CONNECTION WITH INTERCOMPANY MATTERS (6.7). |

16.10

**Total Associate          1,066.50**

| BOWER J | 07/06/07 | 2.50 | PREPARE DISTRIBUTION OF TERMINATION DOCUMENT (0.5); PREPARE DISTRIBUTION OF TERMINATION DOCUMENT (2.0). |
|---|---|---|---|
| BOWER J | 07/12/07 | 4.70 | ORGANIZE / INDEX EPCA DOCUMENTS (4.7). |
| BOWER J | 07/13/07 | 1.20 | ORGANIZE / INDEX CONTACT ADDRESSES (0.8); ORGANIZE / INDEX DOCUMENTS FOR BINDER (0.4). |
| BOWER J | 07/17/07 | 3.00 | ASSIST WITH PRE-CLOSING (1.1); ORGANIZE / INDEX BLACKLINES OF DOCUMENTS (1.9). |
| BOWER J | 07/18/07 | 3.40 | ORGANIZE / INDEX PRINCIPICAL TRANSACTION DOCUMENTS (3.4). |
| BOWER J | 07/19/07 | 1.10 | ORGANIZE / INDEX PRINCIPAL TRANSACTION DOCUMENT INDEX (1.1). |
| BOWER J | 07/20/07 | 4.50 | RESEARCH RE: HIGHLAND 13D/A FILING (3.7); ORGANIZE / INDEX REDACTIONS IN 13D FILING (0.8). |
| BOWER J | 07/23/07 | 0.50 | ORGANIZE / INDEX BINDERS OF DOCUMENTS (0.5). |
| BOWER J | 07/30/07 | 3.50 | ORGANIZE / INDEX BLACKLINES OF FINAL DOCUMENTS (3.1); ORGANIZE / INDEX CONFIDENTIALITY BINDER DOCUMENTS (0.4). |

24.40

| CHAVALI A | 07/03/07 | 0.80 | UPDATE NDA INDEX AND BINDER (0.8). |
|---|---|---|---|
| CHAVALI A | 07/06/07 | 0.40 | MEETING RE: EPCA TERMINATION NOTICE DISTRIBUTION (0.4). |
| CHAVALI A | 07/09/07 | 2.90 | ASSEMBLE MATERIALS FOR PLAN FRAMEWORK WORKING GROUP MEETING (1.6); REVIEW MATERIALS (1.3). |
| CHAVALI A | 07/10/07 | 1.60 | DISTRIBUTE MEETING MATERIALS FOR WORKING GROUP MEETING (1.6). |
| CHAVALI A | 07/13/07 | 0.40 | SEARCH AND DISTRIBUTE DURA POR TERM SHEET (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| CHAVALI A | 07/17/07 | 1.50 | DISTRIBUTE EPCA MOTION AND RELATED PLEADINGS (1.5). |
|---|---|---|---|
| CHAVALI A | 07/18/07 | 0.80 | PREPARE EXHIBITS FOR EPCA FILING (0.8). |
| CHAVALI A | 07/19/07 | 2.00 | COORDINATE WITH KCC FOR SERVICE OF ORDER TO SHOW CAUSE (0.7); PREPARE SERVICE PARTIES FOR ORDER TO SHOW CAUSE (1.3). |
| CHAVALI A | 07/20/07 | 1.90 | FILE EPCA PLEADINGS (0.6); PREPARE AGENDA FOR EPCA HEARING (1.3). |
| CHAVALI A | 07/26/07 | 1.80 | DRAFT EPCA HEARING AGENDA (1.8). |
| CHAVALI A | 07/27/07 | 1.30 | UPDATE EPCA AGENDA (1.3). |
| CHAVALI A | 07/29/07 | 0.90 | PREPARE DOCUMENTS FOR EPCA MEET AND CONFER (0.9). |
| CHAVALI A | 07/30/07 | 4.00 | PREPARE EPCA AGENDA (1.6); PREPARE DOCUMENTS FOR EPCA HEARING (2.4). |
| CHAVALI A | 07/31/07 | 2.90 | UPDATE EPCA AGENDA (1.1); PREPARE EPCA DRAFT HEARING BINDERS (1.8). |

**23.20**

| DEMMA J | 07/09/07 | 0.60 | UPDATE DUE DILIGENCE FILES (0.6). |
|---|---|---|---|
| DEMMA J | 07/20/07 | 1.70 | UPDATE DUE DILIGENCE FILES (1.1); UPDATE PRESENTATION FILES (0.6). |
| DEMMA J | 07/23/07 | 1.30 | UPDATE DUE DILIGENCE FILES (0.6); UPDATE PRESENTATION FILES (0.7). |
| DEMMA J | 07/24/07 | 0.60 | UPDATE PRESENTATION FILES (0.6). |
| DEMMA J | 07/25/07 | 1.10 | PREPARE PRESENTATIONS FOR REVIEW (1.1). |

**5.30**

| KLIMEK MV | 07/19/07 | 1.10 | ASSEMBLE FOR ATTORNEY REVIEW ALL DEPOSITION TRANSCRIPTS AND EXHIBITS, HEARING TRANSCRIPT AND EXHIBITS AND DOCUMENT PRODUCTIONS IN FRAMEWORK LITIGATION (0.8); BEGIN COMPILING RECORD OF PLEADINGS FOR FRAMEWORK LITIGATION NO. 2 (0.3). |
|---|---|---|---|
| KLIMEK MV | 07/23/07 | 0.20 | CONTINUE TO ASSIST WITH COMPILATION OF FRAMEWORK HEARING EXHIBITS FOR ATTORNEY REVIEW (0.2). |
| KLIMEK MV | 07/24/07 | 2.10 | BEGIN TO COMPILE RECORD OF ATTORNEY WORK PRODUCT IN EPCA MATTER (2.1). |
| KLIMEK MV | 07/25/07 | 0.40 | ASSIST WITH PREPARATIONS FOR POTENTIAL DOCUMENT PRODUCTION IN EPCA LITIGATION (0.4). |
| KLIMEK MV | 07/26/07 | 4.70 | ASSIST WITH HEARING PREPARATIONS IN EPCA LITIGATION (2.4); CONTINUE TO COMPILE RECORD OF ATTORNEY WORK PRODUCT IN EPCA LITIGATION (2.3). |
| KLIMEK MV | 07/31/07 | 0.70 | CONTINUE TO COMPILE RECORD OF ATTORNEY WORK PRODUCT FOR EPCA FILES (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  | 9.20 |  |
|---|---|---|---|
| ~~SENNER J~~ | ~~07/30/07~~ | ~~1.00~~ | ~~ORGANIZE / INDEX NDA BINDERS (1.0).~~ |
|  |  | ~~1.00~~ |  |
| ZSOLDOS AF | 07/17/07 | 2.90 | PROVIDE SUPPORT DURING PLAN/FRAMEWORK NEGOTIATIONS (2.9). |
| ZSOLDOS AF | 07/18/07 | 2.00 | PREPARE EXHIBITS TO REVISED EPCA MOTION (1.6); FIND AND SEND UPDATED EPCA PLEADINGS TO ATTORNEY FOR REVIEW (0.4). |
|  |  | 4.90 |  |
| **Total Legal Assistant** |  | **68.00** |  |
| ~~GIGUERE S~~ | ~~07/28/07~~ | ~~6.00~~ | ~~ORGANIZE JOINT INDEX OF EXHIBITS (6.0).~~ |
|  |  | ~~6.00~~ |  |
| WORSCHECK TM | 07/23/07 | 4.90 | PREPARE AND COMPILE EXHIBITS IN PREPARATION FOR EPCA HEARING (4.9). |
| WORSCHECK TM | 07/24/07 | 3.80 | PREPARE AND COMPILE EXHIBITS IN PREPARATION FOR EPCA HEARING (3.8). |
| WORSCHECK TM | 07/25/07 | 0.60 | PREPARE AND COMPILE EXHIBITS IN PREPARATION FOR EPCA HEARING (0.6). |
| WORSCHECK TM | 07/30/07 | 1.80 | PREPARE DOCUMENTS FOR ATTORNEY REVIEW (1.8). |
| WORSCHECK TM | 07/31/07 | 1.60 | PREPARE AND COMPILE EXHIBITS IN PREPARATION FOR EPCA HEARING (1.6). |
|  |  | 12.70 |  |
| **Total Legal Assistant Support** |  | **18.70** |  |
| **TOTAL TIME** |  | **1,963.60** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 08/31/07**
**Reorganization Plan / Plan Sponsors**               **Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 12/14/06 | Stuart NL | -442.52 |
| Air/Rail Travel - vendor feed | 03/16/07 | MacDonald N | -172.42 |
| Air/Rail Travel - vendor feed | 04/23/07 | Panagakis GN | -691.58 |
| Air/Rail Travel - vendor feed | 04/30/07 | Panagakis GN | -1.95 |
| Air/Rail Travel - vendor feed | 04/30/07 | Panagakis GN | -119.21 |
| Air/Rail Travel - vendor feed | 04/30/07 | Stuart NL | -1.95 |
| Air/Rail Travel - vendor feed | 04/30/07 | Stuart NL | -119.21 |
| Air/Rail Travel - vendor feed | 05/01/07 | Stuart NL | -121.16 |
| Air/Rail Travel - vendor feed | 05/22/07 | Panagakis GN | -121.16 |
| Air/Rail Travel - vendor feed | 06/19/07 | Connors CP | -996.60 |
| Air/Rail Travel - vendor feed | 06/28/07 | Panagakis GN | -170.46 |
| Air/Rail Travel - vendor feed | 06/28/07 | Panagakis GN | -421.39 |
| Air/Rail Travel - vendor feed | 07/09/07 | Meisler RE | 1,020.86 |
| Air/Rail Travel - vendor feed | 07/09/07 | Meisler RE | -975.86 |
| Air/Rail Travel - vendor feed | 07/09/07 | Stuart NL | -985.04 |
| Air/Rail Travel - vendor feed | 07/09/07 | Stuart NL | 548.00 |
| Air/Rail Travel - vendor feed | 07/09/07 | Stuart NL | -503.00 |
| Air/Rail Travel - vendor feed | 07/09/07 | Stuart NL | 550.83 |
| Air/Rail Travel - vendor feed | 07/09/07 | Panagakis GN | -492.52 |
| Air/Rail Travel - vendor feed | 07/09/07 | Panagakis GN | 1,030.04 |
| Air/Rail Travel - vendor feed | 07/09/07 | Stuart NL | 1,030.04 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/10/07 | Meisler RE | 532.93 |
| Air/Rail Travel - vendor feed | 07/10/07 | Meisler RE | 492.52 |
| Air/Rail Travel - vendor feed | 07/10/07 | Meisler RE | -492.52 |
| Air/Rail Travel - vendor feed | 07/10/07 | Meisler RE | -487.92 |
| Air/Rail Travel - vendor feed | 07/12/07 | Panagakis GN | 287.32 |
| Air/Rail Travel - vendor feed | 07/12/07 | Emeott BJ | 287.32 |
| Air/Rail Travel - vendor feed | 07/12/07 | Panagakis GN | 472.56 |
| Air/Rail Travel - vendor feed | 07/12/07 | Panagakis GN | 571.45 |
| Air/Rail Travel - vendor feed | 07/12/07 | Stuart NL | 548.00 |
| Air/Rail Travel - vendor feed | 07/12/07 | Panagakis GN | -242.31 |
| Air/Rail Travel - vendor feed | 07/15/07 | Terry WC | 293.83 |
| Air/Rail Travel - vendor feed | 07/16/07 | Panagakis GN | 155.05 |
| Air/Rail Travel - vendor feed | 07/16/07 | Panagakis GN | -155.05 |
| Air/Rail Travel - vendor feed | 07/17/07 | Panagakis GN | 1,030.04 |
| Air/Rail Travel - vendor feed | 07/17/07 | Panagakis GN | -337.46 |
| Air/Rail Travel - vendor feed | 07/17/07 | Hogan III AL | -747.42 |
| Air/Rail Travel - vendor feed | 07/18/07 | Panagakis GN | 647.58 |
| Air/Rail Travel - vendor feed | 07/19/07 | MacDonald N | -503.00 |
| Air/Rail Travel - vendor feed | 07/19/07 | MacDonald N | -553.45 |
| Air/Rail Travel - vendor feed | 07/29/07 | MacDonald N | 1,051.01 |
| Air/Rail Travel - vendor feed | 07/29/07 | Campanario ND | 1,069.82 |
| Air/Rail Travel - vendor feed | 07/29/07 | Garner LP | 1,069.82 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/29/07 | Campanario ND | -512.41 |
| Air/Rail Travel - vendor feed | 07/31/07 | Stuart NL | 1,069.82 |
| Air/Rail Travel - vendor feed | 07/31/07 | Panagakis GN | 1,149.31 |
| Air/Rail Travel - vendor feed | 07/31/07 | Panagakis GN | 45.00 |
| Air/Rail Travel - vendor feed | 07/31/07 | Panagakis GN | -647.58 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$3,938.00** |
| In-house Reproduction | 07/01/07 | Copy Center, D | 222.00 |
| In-house Reproduction | 07/03/07 | Copy Center, D | 545.11 |
| In-house Reproduction | 07/03/07 | Copy Center, D | 39.50 |
| In-house Reproduction | 07/03/07 | Copy Center, D | 36.00 |
| In-house Reproduction | 07/06/07 | Copy Center, D | 191.50 |
| In-house Reproduction | 07/06/07 | Copy Center, D | 46.50 |
| In-house Reproduction | 07/06/07 | Copy Center, D | 0.60 |
| In-house Reproduction | 07/10/07 | Copy Center, D | 118.30 |
| In-house Reproduction | 07/10/07 | Copy Center, D | 0.40 |
| In-house Reproduction | 07/10/07 | Copy Center, D | 4.20 |
| In-house Reproduction | 07/10/07 | Copy Center, D | 192.52 |
| In-house Reproduction | 07/13/07 | Copy Center, D | 2,294.63 |
| In-house Reproduction | 07/13/07 | Copy Center, D | 729.51 |
| In-house Reproduction | 07/13/07 | Copy Center, D | 0.80 |
| In-house Reproduction | 07/17/07 | Copy Center, D | 340.91 |
| In-house Reproduction | 07/17/07 | Copy Center, D | 13.30 |
| In-house Reproduction | 07/17/07 | Copy Center, D | 346.40 |
| In-house Reproduction | 07/18/07 | Copy Center, D | 384.01 |
| In-house Reproduction | 07/20/07 | Copy Center, D | 668.91 |
| In-house Reproduction | 07/20/07 | Copy Center, D | 73.10 |
| In-house Reproduction | 07/20/07 | Copy Center, D | 497.80 |
| In-house Reproduction | 07/24/07 | Copy Center, D | 30.40 |
| In-house Reproduction | 07/24/07 | Copy Center, D | 182.80 |
| In-house Reproduction | 07/27/07 | Copy Center, D | 1.40 |
| In-house Reproduction | 07/27/07 | Copy Center, D | 54.60 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/31/07 | Copy Center, D | 2.60 |
| In-house Reproduction | 07/31/07 | Copy Center, D | 473.30 |
| In-house Reproduction | 07/31/07 | Copy Center, D | 123.90 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$7,615.00** |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 27.50 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 25.31 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 5.32 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.42 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 2.45 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$61.00** |
| Postage | 07/07/07 | Sherwood-Noguchi JH | 8.00 |
| | | **TOTAL POSTAGE** | **$8.00** |
| Non-standard/Outside Reproduction | 07/27/07 | 24 Seven Discovere, L.L.C. | 726.00 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$726.00** |
| Lexis/Nexis | 07/03/07 | Hardin AS | 10.07 |
| Lexis/Nexis | 07/06/07 | Emeott BJ | 112.19 |
| Lexis/Nexis | 07/17/07 | Hardin AS | 96.96 |
| Lexis/Nexis | 07/20/07 | Nelson VP | 422.74 |
| Lexis/Nexis | 07/23/07 | Qiu SX | 70.21 |
| Lexis/Nexis | 07/30/07 | Kahn MT | 253.07 |
| Lexis/Nexis | 07/31/07 | Curran C | 202.76 |
| | | **TOTAL LEXIS/NEXIS** | **$1,168.00** |
| Westlaw | 07/11/07 | Grant K | 95.90 |
| Westlaw | 07/15/07 | Stuart NL | 72.12 |
| Westlaw | 07/16/07 | Grant K | 358.06 |
| Westlaw | 07/18/07 | Kahn MT | 9.72 |
| Westlaw | 07/19/07 | Stuart NL | 42.36 |
| Westlaw | 07/19/07 | Nelson VP | 83.57 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 07/25/07 | Klimek MV | 327.55 |
| Westlaw | 07/25/07 | Stuart NL | 151.13 |
| Westlaw | 07/26/07 | Stuart NL | 133.96 |
| Westlaw | 07/29/07 | Suber KM | 43.10 |
| Westlaw | 07/30/07 | Stuart NL | 56.09 |
| Westlaw | 07/30/07 | Grant K | 42.60 |
| Westlaw | 07/31/07 | Suber KM | 1,071.86 |
| Westlaw | 07/31/07 | Suber KM | 127.83 |
| Westlaw | 07/31/07 | Bolton IS | 167.15 |
| | | **TOTAL WESTLAW** | **$2,783.00** |
| Scanning Services | 04/24/07 | Landmark Document Services | 733.00 |
| | | **TOTAL SCANNING SERVICES** | **$733.00** |
| Reproduction - color | 07/09/07 | Copy Center, D | 685.00 |
| Reproduction - color | 07/09/07 | Copy Center, D | 27.00 |
| Reproduction - color | 07/13/07 | Copy Center, D | 402.50 |
| Reproduction - color | 07/20/07 | Copy Center, D | 0.50 |
| Reproduction - color | 07/25/07 | Copy Center, D | 16.00 |
| Reproduction - color | 07/25/07 | Copy Center, D | 15.50 |
| Reproduction - color | 07/25/07 | Copy Center, D | 5.00 |
| Reproduction - color | 07/26/07 | Copy Center, D | 17.00 |
| Reproduction - color | 07/31/07 | Copy Center, D | 232.50 |
| Reproduction - color | 07/31/07 | Copy Center, D | 39.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$1,440.00** |
| Vendor Hosted Telecon-ferencing | 07/02/07 | Teleconferencing Services, LLC | 32.21 |
| Vendor Hosted Telecon-ferencing | 07/03/07 | Teleconferencing Services, LLC | 6.90 |
| Vendor Hosted Telecon-ferencing | 07/05/07 | Teleconferencing Services, LLC | 4.85 |
| Vendor Hosted Telecon-ferencing | 07/10/07 | Teleconferencing Services, LLC | 17.81 |
| Vendor Hosted Telecon-ferencing | 07/11/07 | Teleconferencing Services, LLC | 46.36 |
| Vendor Hosted Telecon-ferencing | 07/12/07 | Teleconferencing Services, LLC | 21.29 |
| Vendor Hosted Telecon-ferencing | 07/15/07 | Teleconferencing Services, LLC | 16.31 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Telecon-<br>ferencing | 07/15/07 | Teleconferencing Services,<br>LLC | 13.38 |
| Vendor Hosted Telecon-<br>ferencing | 07/15/07 | Teleconferencing Services,<br>LLC | 2.40 |
| Vendor Hosted Telecon-<br>ferencing | 07/16/07 | Teleconferencing Services,<br>LLC | 12.24 |
| Vendor Hosted Telecon-<br>ferencing | 07/17/07 | Teleconferencing Services,<br>LLC | 7.86 |
| Vendor Hosted Telecon-<br>ferencing | 07/20/07 | Teleconferencing Services,<br>LLC | 17.69 |
| Vendor Hosted Telecon-<br>ferencing | 07/21/07 | Teleconferencing Services,<br>LLC | 11.58 |
| Vendor Hosted Telecon-<br>ferencing | 07/23/07 | Teleconferencing Services,<br>LLC | 0.72 |
| Vendor Hosted Telecon-<br>ferencing | 07/24/07 | Teleconferencing Services,<br>LLC | 2.52 |
| Vendor Hosted Telecon-<br>ferencing | 07/27/07 | Teleconferencing Services,<br>LLC | 5.88 |
| Vendor Hosted Telecon-<br>ferencing | 07/27/07 | Teleconferencing Services,<br>LLC | 6.00 |
| | | **TOTAL VENDOR HOSTED<br>TELECONFERENCING** | **$226.00** |
| Air/Rail Travel<br>(external) | 07/09/07 | Butler, Jr. J | 651.46 |
| Air/Rail Travel<br>(external) | 07/09/07 | Butler, Jr. J | 651.46 |
| Air/Rail Travel<br>(external) | 07/16/07 | Butler, Jr. J | 174.12 |
| Air/Rail Travel<br>(external) | 07/31/07 | Butler, Jr. J | 663.96 |
| | | **TOTAL AIR/RAIL TRAVEL<br>(EXTERNAL)** | **$2,141.00** |
| Out-of-Town Travel | 06/12/07 | Panagakis GN | 28.00 |
| Out-of-Town Travel | 06/12/07 | Panagakis GN | 614.59 |
| Out-of-Town Travel | 06/14/07 | Gartner M | 140.13 |
| Out-of-Town Travel | 06/14/07 | Gartner M | 404.54 |
| Out-of-Town Travel | 07/09/07 | Butler, Jr. J | 16.00 |
| Out-of-Town Travel | 07/09/07 | Butler, Jr. J | 27.00 |
| Out-of-Town Travel | 07/09/07 | Butler, Jr. J | 16.00 |
| Out-of-Town Travel | 07/09/07 | Butler, Jr. J | 672.21 |
| Out-of-Town Travel | 07/09/07 | Butler, Jr. J | 672.21 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 07/09/07 | Butler, Jr. J | 27.00 |
| Out-of-Town Travel | 07/11/07 | Panagakis GN | 1,029.44 |
| Out-of-Town Travel | 07/11/07 | Hogan III AL | 957.07 |
| Out-of-Town Travel | 07/11/07 | Stuart NL | 972.02 |
| Out-of-Town Travel | 07/12/07 | Hogan III AL | 50.00 |
| Out-of-Town Travel | 07/12/07 | Hogan III AL | 478.54 |
| Out-of-Town Travel | 07/12/07 | Hogan III AL | 96.00 |
| Out-of-Town Travel | 07/12/07 | Stuart NL | 50.00 |
| Out-of-Town Travel | 07/12/07 | Stuart NL | 493.49 |
| Out-of-Town Travel | 07/12/07 | Panagakis GN | 478.54 |
| Out-of-Town Travel | 07/12/07 | Panagakis GN | 104.00 |
| Out-of-Town Travel | 07/12/07 | Panagakis GN | 93.98 |
| Out-of-Town Travel | 07/12/07 | Panagakis GN | 88.00 |
| Out-of-Town Travel | 07/16/07 | Panagakis GN | 17.75 |
| Out-of-Town Travel | 07/16/07 | Butler, Jr. J | 425.47 |
| Out-of-Town Travel | 07/16/07 | Butler, Jr. J | 9.50 |
| Out-of-Town Travel | 07/16/07 | Butler, Jr. J | 12.00 |
| Out-of-Town Travel | 07/17/07 | Hogan III AL | 40.00 |
| Out-of-Town Travel | 07/17/07 | Panagakis GN | 8.00 |
| Out-of-Town Travel | 07/17/07 | Panagakis GN | 491.15 |
| Out-of-Town Travel | 07/18/07 | Panagakis GN | 52.00 |
| Out-of-Town Travel | 07/18/07 | Panagakis GN | 433.19 |
| Out-of-Town Travel | 07/19/07 | MacDonald N | 40.00 |
| Out-of-Town Travel | 07/19/07 | MacDonald N | 35.00 |
| Out-of-Town Travel | 07/19/07 | MacDonald N | 32.00 |
| Out-of-Town Travel | 07/20/07 | Hogan III AL | 1,435.61 |
| Out-of-Town Travel | 07/20/07 | Hogan III AL | 50.00 |
| Out-of-Town Travel | 07/29/07 | MacDonald N | 35.00 |
| Out-of-Town Travel | 07/29/07 | Campanario ND | 25.00 |
| Out-of-Town Travel | 07/29/07 | Hogan III AL | 24.50 |
| Out-of-Town Travel | 07/31/07 | Butler, Jr. J | 19.00 |
| Out-of-Town Travel | 07/31/07 | Butler, Jr. J | 548.57 |
| Out-of-Town Travel | 07/31/07 | Butler, Jr. J | 14.50 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$11,257.00** |
| Messengers/ Courier | 07/01/07 | Arrow Messenger Svc | 31.91 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 07/06/07 | Quick Int'l - Ny | 1,247.33 |
| Messengers/ Courier | 07/07/07 | United Parcel Service | 2.62 |
| Messengers/ Courier | 07/09/07 | Dist Serv/Mail/Page, D | 115.41 |
| Messengers/ Courier | 07/09/07 | OSMIO | 6.00 |
| Messengers/ Courier | 07/09/07 | OSMIO | 6.00 |
| Messengers/ Courier | 07/09/07 | OSMIO | 32.69 |
| Messengers/ Courier | 07/09/07 | OSMIO | 276.10 |
| Messengers/ Courier | 07/10/07 | Dist Serv/Mail/Page, D | 37.70 |
| Messengers/ Courier | 07/10/07 | Dist Serv/Mail/Page, D | 23.38 |
| Messengers/ Courier | 07/16/07 | Dist Serv/Mail/Page, D | 6.64 |
| Messengers/ Courier | 07/16/07 | Dist Serv/Mail/Page, D | 25.63 |
| Messengers/ Courier | 07/20/07 | Dist Serv/Mail/Page, D | 30.52 |
| Messengers/ Courier | 07/20/07 | Dist Serv/Mail/Page, D | 23.32 |
| Messengers/ Courier | 07/20/07 | Dist Serv/Mail/Page, D | 27.68 |
| Messengers/ Courier | 07/20/07 | Dist Serv/Mail/Page, D | 23.32 |
| Messengers/ Courier | 07/27/07 | Dist Serv/Mail/Page, D | 32.37 |
| Messengers/ Courier | 07/28/07 | Dist Serv/Mail/Page, D | 23.38 |
| | | **TOTAL MESSENGERS/ COURIER** | **$1,972.00** |
| Out-of-Town Meals | 06/11/07 | Panagakis GN | 1.97 |
| Out-of-Town Meals | 06/14/07 | Gartner M | 6.73 |
| Out-of-Town Meals | 06/14/07 | Gartner M | 8.27 |
| Out-of-Town Meals | 06/14/07 | Gartner M | 36.66 |
| Out-of-Town Meals | 06/15/07 | Gartner M | 14.26 |
| Out-of-Town Meals | 06/16/07 | Gartner M | 5.51 |
| Out-of-Town Meals | 07/09/07 | Butler, Jr. J | 23.50 |
| Out-of-Town Meals | 07/09/07 | Butler, Jr. J | 23.50 |
| Out-of-Town Meals | 07/09/07 | Panagakis GN | 6.00 |
| Out-of-Town Meals | 07/10/07 | Stuart NL | 44.12 |
| Out-of-Town Meals | 07/10/07 | Hogan III AL | 173.40 |
| Out-of-Town Meals | 07/10/07 | Meisler RE | 30.20 |
| Out-of-Town Meals | 07/11/07 | Stuart NL | 44.13 |
| Out-of-Town Meals | 07/11/07 | Panagakis GN | 90.06 |
| Out-of-Town Meals | 07/11/07 | Panagakis GN | 15.01 |
| Out-of-Town Meals | 07/11/07 | Hogan III AL | 44.99 |
| Out-of-Town Meals | 07/11/07 | Hogan III AL | 21.67 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 07/11/07 | Panagakis GN | 4.58 |
| Out-of-Town Meals | 07/16/07 | Butler, Jr. J | 13.49 |
| Out-of-Town Meals | 07/16/07 | Butler, Jr. J | 16.25 |
| Out-of-Town Meals | 07/17/07 | Meisler RE | 137.62 |
| Out-of-Town Meals | 07/18/07 | Panagakis GN | 5.00 |
| Out-of-Town Meals | 07/20/07 | Hogan III AL | 93.32 |
| Out-of-Town Meals | 07/24/07 | Hogan III AL | 36.76 |
| Out-of-Town Meals | 07/30/07 | MacDonald N | 18.64 |
| Out-of-Town Meals | 07/30/07 | Hogan III AL | 458.99 |
| Out-of-Town Meals | 07/30/07 | Garner LP | 12.97 |
| Out-of-Town Meals | 07/31/07 | Butler, Jr. J | 10.50 |
| Out-of-Town Meals | 07/31/07 | MacDonald N | 102.01 |
| Out-of-Town Meals | 07/31/07 | Butler, Jr. J | 58.29 |
| Out-of-Town Meals | 07/31/07 | Garner LP | 11.60 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$1,570.00** |
| Outside Re-search/Internet Services | 07/10/07 | Pacer Service Center | 31.03 |
| Outside Re-search/Internet Services | 07/10/07 | Pacer Service Center | 234.14 |
| Outside Re-search/Internet Services | 07/10/07 | Pacer Service Center | 67.64 |
| Outside Re-search/Internet Services | 07/10/07 | Pacer Service Center | 19.67 |
| Outside Re-search/Internet Services | 07/10/07 | Pacer Service Center | 727.52 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$1,080.00** |
| Print Images to Paper (from Electronic Media) | 07/09/07 | Copy Center, D | 34.95 |
| Print Images to Paper (from Electronic Media) | 07/09/07 | Copy Center, D | 69.99 |
| Print Images to Paper (from Electronic Media) | 07/09/07 | Copy Center, D | 357.93 |
| Print Images to Paper (from Electronic Media) | 07/09/07 | Copy Center, D | 6.00 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 07/10/07 | Copy Center, D | 2.00 |
| Print Images to Paper (from Electronic Media) | 07/23/07 | Copy Center, D | 159.97 |
| Print Images to Paper (from Electronic Media) | 07/23/07 | Copy Center, D | 181.65 |
| Print Images to Paper (from Electronic Media) | 07/24/07 | Copy Center, D | 79.18 |
| Print Images to Paper (from Electronic Media) | 07/24/07 | Copy Center, D | 59.83 |
| Print Images to Paper (from Electronic Media) | 07/25/07 | Copy Center, D | 21.92 |
| Print Images to Paper (from Electronic Media) | 07/25/07 | Copy Center, D | 21.92 |
| Print Images to Paper (from Electronic Media) | 07/30/07 | Copy Center, D | 13.83 |
| Print Images to Paper (from Electronic Media) | 07/30/07 | Copy Center, D | 29.83 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$1,039.00** |
| Internal Catering-NY | 07/17/07 | Butler, Jr. J | 400.02 |
| Internal Catering-NY | 07/17/07 | Butler, Jr. J | 18.35 |
| Internal Catering-NY | 07/17/07 | Butler, Jr. J | 360.01 |
| Internal Catering-NY | 07/17/07 | Butler, Jr. J | 220.01 |
| Internal Catering-NY | 07/18/07 | Butler, Jr. J | 300.01 |
| Internal Catering-NY | 07/18/07 | Butler, Jr. J | 200.01 |
| Internal Catering-NY | 07/19/07 | Butler, Jr. J | 3.03 |
| Internal Catering-NY | 07/19/07 | Butler, Jr. J | 250.56 |
| | | **TOTAL INTERNAL CATERING-NY** | **$1,752.00** |
| CLR/Disclosure | 07/31/07 | Office Admin, D | 35.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$35.00** |
| | | **TOTAL MATTER** | **$39,544.00** |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**
**Reorganization Plan / Plan Sponsors**

**Bill Date: 09/30/07**
**Bill Number: 1181367**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/01/07 | 3.40 | CONTINUE TO PREPARE FOR AUGUST 2ND EPCA HEARING INCLUDING REVIEW AND FINALIZATION OF OMNIBUS REPLY, JOINT EXHIBITS BOOK, REVISED EPCA AND EXHIBITS AND REVISED PROPOSED ORDER (1.3); PARTICIPATE IN WITNESS PREPARATION WITH S. MILLER AND J. SHEEHAN RE: SAME (0.5); GENERAL HEARING PREPARATION (0.3); TELECONFERENCE WITH T. LAURIA RE: SAME (0.2); PREPARE FOR (0.2) AND PARTICIPATE IN (0.9) POR PLANNING SESSION WITH J. SHEEHAN, S. CORCORAN, K. CRAFT AND B. SHAW IN NEW YORK CITY. |
| BUTLER, JR. J | 08/02/07 | 3.80 | PREPARE FOR (0.8) AND ATTEND (0.4) EPCA HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT; PREPARE FOR (0.3) AND PARTICIPATE IN (2.3) WORKING GROUP LUNCH IN NEW YORK WITH T. LAURIA, M. BROUDE, B. STEINGART, V. MELWANI, M. KESSLER AND OTHERS RE: POR TIMETABLE AND OTHER MATTERS. |
| BUTLER, JR. J | 08/03/07 | 1.20 | BEGIN TO REVIEW REVISED PRELIMINARY REORGANIZATION PLAN (0.8); BEGIN TO PREPARE FOR AUGUST 7TH POR WORKING GROUP MEETING AT COMPANY AND AUGUST 8TH AND 9TH POR WORKING GROUP MEETINGS IN NEW YORK WITH APPALOOSA AND STATUTORY COMMITTEE REPRESENTATIVES (0.4). |
| BUTLER, JR. J | 08/04/07 | 2.10 | CONTINUE TO REVIEW REVISED PRELIMINARY REORGANIZATION PLAN AND EVALUATE SUBSTANTIVE CONSOLIDATION, CLASSIFICATION AND OTHER MATTERS (1.6); CONTINUE TO PREPARE FOR AUGUST 7TH POR WORKING GROUP MEETING AT COMPANY AND AUGUST 8TH AND 9TH POR WORKING GROUP MEETINGS IN NEW YORK WITH APPALOOSA AND STATUTORY COMMITTEE REPRESENTATIVES (0.3); REVIEW HIGHLAND LETTER RE: NDA MATTERS AND EMAILS FROM D. SHERBIN AND S. CORCORAN RE: SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    08/05/07    2.90   CONTINUE TO REVIEW REVISED PRELIMINARY
                                    REORGANIZATION PLAN AND EVALUATE
                                    SUBSTANTIVE CONSOLIDATION,
                                    CLASSIFICATION AND OTHER MATTERS (1.6);
                                    CONTINUE TO PREPARE FOR AUGUST 7TH POR
                                    WORKING GROUP MEETING AT COMPANY AND
                                    AUGUST 8TH AND 9TH POR WORKING GROUP
                                    MEETINGS IN NEW YORK WITH APPALOOSA AND
                                    STATUTORY COMMITTEE REPRESENTATIVES
                                    INCLUDING REVIEW OF DRAFT AGENDA (0.9);
                                    EMAILS FROM/TO J. SHEEHAN AND D. SHERBIN
                                    RE: APPALOOSA NDA MATTERS (0.2); EMAILS
                                    TO/FROM J. SHEEHAN AND D. SHERBIN RE:
                                    DRAFTING RESPONSIBILITIES FOR POR
                                    EXHIBITS (0.2).

BUTLER, JR. J    08/06/07    2.10   CONTINUE TO REVIEW REVISED PRELIMINARY
                                    REORGANIZATION PLAN AND EVALUATE KEY
                                    ISSUES (1.3); CONTINUE TO PREPARE FOR
                                    AUGUST 7TH POR WORKING GROUP MEETING AT
                                    COMPANY INCLUDING FINALIZE AGENDA AND
                                    WORKING GROUP MATERIALS (0.4); CONTINUE
                                    TO PREPARE FOR AUGUST 8TH AND 9TH POR
                                    WORKING GROUP MEETINGS IN NEW YORK WITH
                                    APPALOOSA AND STATUTORY COMMITTEE
                                    REPRESENTATIVES INCLUDING REVIEW OF
                                    DRAFT AGENDA (0.3); FOLLOW-UP WITH J.
                                    SHEEHAN RE: DRAFTING RESPONSIBILITIES
                                    FOR POR EXHIBITS (0.1).

BUTLER, JR. J    08/07/07    5.40   PREPARE FOR (0.4) AND ATTEND (4.0) POR
                                    WORKING GROUP MEETING AT COMPANY IN TROY
                                    WITH J. SHEEHAN, D. SHERBIN, S.
                                    CORCORAN, M. LOEB, T. TIMKO, K. CRAFT,
                                    ETC.; PREPARE FOR AUGUST 8TH-9TH
                                    STAKEHOLDER MEETINGS IN NEW YORK
                                    INCLUDING REVIEW AND REVISION OF AGENDA
                                    AND MATERIALS FOR AUGUST 8TH APPALOOSA
                                    MEETING IN NEW YORK CITY (0.8); EMAILS
                                    FROM/TO T. LAURIA (0.2).

BUTLER, JR. J    08/08/07    6.00   REVIEW AND FINALIZE SUBSTANTIVE
                                    CONSOLIDATION ANALYSIS (0.2); PREPARE
                                    FOR (INCLUDING REVIEW AND REVISE
                                    PRESENTATION MATERIALS) (1.4) AND
                                    ATTEND (4.0) POR WORKING GROUP MEETING
                                    WITH DELPHI AND APPALOOSA
                                    REPRESENTATIVES IN NEW YORK CITY;
                                    PREPARE FOR AUGUST 9TH POR WORKING GROUP
                                    MEETING WITH DELPHI AND STATUTORY
                                    COMMITTEE REPRESENTATIVES IN NEW YORK
                                    CITY INCLUDING REVIEW AND REVISE
                                    PRESENTATION MATERIALS (0.4).

BUTLER, JR. J    08/09/07    1.80   PREPARE FOR (0.3) AND ATTEND (1.5) POR
                                    WORKING GROUP MEETING WITH DELPHI AND
                                    STATUTORY COMMITTEE REPRESENTATIVES IN
                                    NEW YORK CITY.

BUTLER, JR. J    08/11/07    0.50   REVIEW AND EVALUATE POR ISSUES
                                    INVOLVING RECLAMATION CLAIMS, MDL
                                    CLAIMS AND EMPLOYEE FLOW-THROUGH CLAIMS
                                    (0.3); REVIEW STATUS OF CONSTITUENT
                                    DOCUMENTS INCLUDING CHARTER AND BYLAWS
                                    AND NEXT STEPS (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J      08/12/07      0.30   BEGIN TO PREPARE FOR AUGUST 15TH POR
                                        WORKING GROUP SESSION IN NEW YORK CITY
                                        WITH J. SHEEHAN, S. CORCORAN ET. AL.
                                        (0.3).

BUTLER, JR. J      08/13/07      1.40   CONTINUE TO PREPARE FOR AUGUST 15TH POR
                                        WORKING GROUP SESSION IN NEW YORK CITY
                                        WITH J. SHEEHAN, S. CORCORAN ET. AL.
                                        INCLUDING BEGIN TO REVIEW REVISED DRAFT
                                        OF PLAN OF REORGANIZATION (0.7);
                                        CONTINUE TO EVALUATE EMERGENCE TIMING
                                        ISSUES (0.3); REVIEW AND EVALUATE
                                        ADDITIONAL HIGHLAND LETTER RE: NDA
                                        COMPLIANCE MATTERS INCLUDING
                                        CONFERENCE WITH D. SHERBIN RE: SAME
                                        (0.2); CONSIDER POTENTIAL RESPONSE TO
                                        HIGHLAND LETTER (0.1); EMAIL FROM J.
                                        SHEEHAN RE: FINAL CERBERUS PLAN
                                        INVESTOR EXPENSES (0.1).

BUTLER, JR. J      08/14/07      2.50   CONTINUE TO PREPARE FOR AUGUST 15TH POR
                                        WORKING GROUP SESSION IN NEW YORK CITY
                                        WITH J. SHEEHAN, S. CORCORAN ET. AL.
                                        INCLUDING REVIEW AND COMMENT ON REVISED
                                        DRAFT OF PLAN OF REORGANIZATION (2.3);
                                        CONTINUE TO EVALUATE EMERGENCE TIMING
                                        ISSUES (0.2).

BUTLER, JR. J      08/15/07      3.90   PREPARE FOR (0.4) AND ATTEND (3.3) POR
                                        WORKING GROUP MEETING IN NEW YORK WITH
                                        J. SHEEHAN, D. SHERBIN, S. CORCORAN, K.
                                        CRAFT, ETC.; EMAILS FROM/TO T. LAURIA
                                        RE: EPCA PLAN INVESTOR REVIEW AND
                                        CONCURRENCE REQUIREMENTS (0.2).

BUTLER, JR. J      08/16/07      1.30   FOLLOW-UP ON AUGUST 15TH POR WORKING
                                        GROUP MEETING IN NEW YORK WITH J.
                                        SHEEHAN, S. CORCORAN, K. CRAFT, ETC.
                                        INCLUDING EMAILS FROM/TO T. LAURIA
                                        (0.8); TELECONFERENCE WITH D. BARTNER
                                        RE: PLAN PROVISIONS (0.3); REVIEW AND
                                        FOLLOW-UP ON EMAIL FROM B. ROSENBERG RE:
                                        POST-PETITION INTEREST PROVISION
                                        (0.2).

BUTLER, JR. J      08/17/07      1.40   CONTINUE TO REVIEW AND COMMENT ON DRAFT
                                        JOINT PLAN AND TURN FOR KEY STAKEHOLDER
                                        DISTRIBUTION OF SAME (1.2);
                                        TELECONFERENCE WITH B. ROSENBERG RE:
                                        SAME (0.2).

BUTLER, JR. J      08/18/07      1.00   BEGIN TO REVIEW AND COMMENT ON AUGUST
                                        17TH KEY STAKEHOLDER DRAFT OF PROPOSED
                                        JOINT REORGANIZATION PLAN (0.8); REVIEW
                                        CERBERUS PLAN INVESTOR EXPENSES (0.2).

BUTLER, JR. J      08/20/07      1.80   CONTINUE TO REVIEW AND COMMENT ON AUGUST
                                        17TH KEY STAKEHOLDER DRAFT OF PROPOSED
                                        JOINT REORGANIZATION PLAN (1.4); BEGIN
                                        TO PREPARE FOR AUGUST 23RD POR WORKING
                                        GROUP MEETING AT COMPANY IN TROY (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    08/21/07    0.80   REVIEW FINAL 2007-2011 BUSINESS PLAN
                                    AND DISTRIBUTE SAME TO KEY STAKEHOLDERS
                                    (0.4); TELECONFERENCE WITH T. LAURIA
                                    RE: PLAN INVESTOR MATTERS (0.2); REVIEW
                                    AND COMMENT ON EPCA WAIVER LETTER (0.2).

BUTLER, JR. J    08/22/07    0.20   EMAILS FROM/TO T. LAURIA RE: PLAN
                                    INVESTOR MATTERS (0.2).

BUTLER, JR. J    08/23/07    4.40   PREPARE FOR (0.4) AND ATTEND (3.2)
                                    WORKING GROUP MEETING AT COMPANY IN
                                    TROY; FOLLOW-UP WORKING GROUP
                                    TELECONFERENCE (0.3); CONTINUE TO
                                    REVIEW AND CONSIDER COMMENTS FROM
                                    APPALOOSA AND STATUTORY COMMITTEES
                                    (0.5).

BUTLER, JR. J    08/24/07    3.10   CONTINUE TO REVIEW STAKEHOLDER COMMENTS
                                    AND REVIEW AND COMMENT ON AUGUST 27TH
                                    KEY STAKEHOLDER DRAFT OF PROPOSED JOINT
                                    PLAN OF REORGANIZATION (2.5); EMAILS
                                    FROM/TO R. O'NEAL AND D. SHERBIN RE:
                                    DURA POR PROVISIONS (0.4); REVIEW
                                    UPDATED ROTHSCHILD TEV ANALYSIS (0.2).

BUTLER, JR. J    08/25/07    0.90   EMAILS FROM/TO D. SHERBIN RE:
                                    CERTIFICATE OF DESIGNATION AND RELATED
                                    MATTERS (0.2); REVIEW MRA MARK-UPS
                                    (0.7).

BUTLER, JR. J    08/26/07    2.90   PREPARE FOR AUGUST 27TH WORKING GROUP
                                    MEETING AT COMPANY IN TROY INCLUDING
                                    REVIEW OF STAKEHOLDER COMMENTS AND
                                    VARIOUS POR ISSUES (0.8); PREPARE FOR
                                    (0.7) AND ATTEND (1.4) WORKING GROUP
                                    MEETING IN TROY RE: SAME.

BUTLER, JR. J    08/27/07    3.60   CONTINUE TO REVIEW AND COMMENT ON AUGUST
                                    27TH KEY STAKEHOLDER DRAFT OF PROPOSED
                                    JOINT REORGANIZATION PLAN (0.5);
                                    PREPARE FOR (0.2) AND ATTEND (1.2) POR
                                    WORKING GROUP MEETING AT COMPANY IN
                                    TROY; PREPARE FOR (0.3) AND ATTEND (0.9)
                                    MEETING WITH DELPHI AND APPALOOSA
                                    SENIOR LEADERSHIP IN NEW JERSEY RE: EPCA
                                    AND POR MATTERS; CONFERENCE WITH J.
                                    SHEEHAN AND WORKING GROUP RE:
                                    CONSTITUENT DOCUMENTS INCLUDING
                                    APPALOOSA COMMENTS ON CERTIFICATE OF
                                    INCORPORATION AND BYLAWS (0.3);
                                    TELECONFERENCES WITH J. OPIE RE: AUGUST
                                    28TH SEARCH COMMITTEE MEETING IN NEW
                                    YORK (0.2).

BUTLER, JR. J    08/28/07    0.80   EMAIL FROM/TO D. RESNICK RE: VALUATION
                                    MATTERS (0.2); BEGIN TO PREPARE FOR
                                    AUGUST 30TH POR WORKING GROUP MEETING AT
                                    COMPANY IN TROY (0.6).

BUTLER, JR. J    08/29/07    1.20   CONTINUE TO PREPARE FOR AUGUST 30TH POR
                                    WORKING GROUP TELECONFERENCE INCLUDING
                                    REVIEW OF VARIOUS STAKEHOLDER COMMENTS
                                    AND NEXT STEPS (0.6); CONTINUE TO REVIEW
                                    AND COMMENT ON MARK-UP FOR AUGUST 31ST
                                    BOD DRAFT OF JOINT PLAN (0.6).

184                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    08/30/07     4.10   PREPARE FOR (0.8) AND ATTEND (2.3) POR
                                     WORKING GROUP TELECONFERENCE WITH J.
                                     SHEEHAN, D. SHERBIN, S. CORCORAN
                                     INCLUDING REVIEW OF VARIOUS STAKEHOLDER
                                     COMMENTS AND NEXT STEPS; CONTINUE TO
                                     REVIEW AND COMMENT ON MARK-UP FOR AUGUST
                                     31ST BOD DRAFT OF JOINT PLAN (0.6);
                                     TELECONFERENCE WITH D. RESNICK RE:
                                     SHARE ALLOCATION AND VALUATION MATTERS
                                     (0.3); FOLLOW-UP ON SAME (0.1).

BUTLER, JR. J    08/31/07     0.70  REVIEW AND FINALIZE BOARD OF DIRECTORS
                                     DRAFT OF JOINT PLAN OF REORGANIZATION
                                     (0.5); DRAFT TRANSMITTAL MEMORANDUM
                                     (0.2).

                              65.50

COCHRAN EL       08/01/07     2.20   REVIEW MATERIAL IN CONNECTION WITH 8/2
                                     HEARING (2.2).

COCHRAN EL       08/02/07     4.00   REVIEW ISSUES RE: EPCA APPROVAL (2.2);
                                     REVIEW ISSUES RE: IMPLEMENTING
                                     DOCUMENTS (1.8).

COCHRAN EL       08/07/07     4.00   PARTICIPATE IN POR MEETING (4.0).

COCHRAN EL       08/08/07     5.70   TELECONFERENCE WITH PLAN INVESTORS RE:
                                     PLAN ISSUES (3.0); REVISE CERTIFICATE
                                     OF INCORPORATION (2.7).

COCHRAN EL       08/09/07     1.60   REVIEW DRAFT CHARTER AND BYLAWS (1.6).

COCHRAN EL       08/10/07     1.70   REVIEW CHARTER AND BYLAWS REDRAFTS
                                     (1.7).

COCHRAN EL       08/13/07     3.10   REVIEW CHARTER AND BYLAWS REDRAFT
                                     (3.1).

COCHRAN EL       08/15/07     3.10   POR MEETING WITH CLIENT (3.1).

COCHRAN EL       08/24/07     2.90   REVIEW COMMENTS ON CHARTER AND BYLAWS
                                     (2.9).

COCHRAN EL       08/26/07     4.90   REVIEW OF CHARTER AND BYLAWS (4.9).

COCHRAN EL       08/27/07     5.90   POR MEETING WITH CLIENT (2.1);
                                     TELECONFERENCE WITH WHITE & CASE ON
                                     CHARTER AND BYLAWS (2.7); REVIEW
                                     DISCLOSURE LETTER (1.1).

                              39.10

HOGAN III AL     08/01/07    11.00   FINALIZE ALL ASPECT OF EPCA REPLY
                                     PAPERS, AND COMPLETE EVIDENTIARY
                                     PREPARATIONS FOR HEARING (7.5); PREPARE
                                     WITNESSES FOR EVIDENTIARY HEARING, AND
                                     PARTICIPATE IN TERM PREPARATION SESSION
                                     (2.5); COMMUNICATE WITH COUNSEL FOR
                                     STATUROY COMMITTEES, PLAN INVESTORS,
                                     AND HIGHLAND RE: CONDUCT OF HEARING, AND
                                     APPROVALS WITH RESPECT TO DEBTORS
                                     EVIDENTIARY SUBMISSIONS (1.0).

B43E

HOGAN III AL    08/02/07    5.70  PREPARE FOR AND ATTEND EPCA APPROVAL
                                  HEARING (3.5); ATTEND CONFERENCE WITH
                                  COUNSEL FOR STATUTORY COMMITTEES, PLAN
                                  INVESTORS, AND GM RE: UPCOMING
                                  RESTRUCTURING ACTIVITIES AND ISSUES
                                  (2.2).

HOGAN III AL    08/16/07    2.10  TELECONFERENCE WITH POR WORKING GROUP
                                  AND CO-COUNSEL RE: MECHANICS OF MDL
                                  SETTLEMENT (2.1).

                           18.80

MARAFIOTI KA    08/01/07    4.90  ANALYZE CLASSIFICATION ISSUES (0.3);
                                  CORRESPONDENCE RE: SAME (0.3); REVIEW
                                  EPCA REPLY PAPERS (0.5); WORK ON
                                  REVISIONS TO EPCA ORDER (0.2) AND
                                  TELECONFERENCE WITH B. ROSENBERG RE:
                                  SAME (0.1); PREPARE FOR EPCA HEARING
                                  (0.8); CONSIDER PLAN ISSUES (0.5) AND
                                  DIRECT RESEARCH RE: SAME (0.2); MEETING
                                  WITH CLIENT RE: REORGANIZATION PLAN
                                  (2.0).

MARAFIOTI KA    08/02/07    3.40  PREPARE FOR EPCA HEARING (0.7); ATTEND
                                  HEARING RE: EPCA (0.5); MEETING WITH
                                  CLIENT RE: PLAN ISSUES (0.2); MEETING
                                  WITH COUNSEL TO CREDITORS, EQUITY
                                  COMMITTEE, AND APPALOOSA RE: PLAN
                                  ISSUES (2.0).

MARAFIOTI KA    08/03/07    2.40  TELECONFERENCE WITH A. FRANKUM RE:
                                  SUBSTANTIVE CONSOLIDATION (0.7) AND
                                  ANALYZE ISSUES RE: SAME (0.4); CONSIDER
                                  PLAN MATTERS (1.3).

MARAFIOTI KA    08/06/07    1.20  WORK ON ISSUES PERTAINING TO PLAN (0.3);
                                  ANALYZE SUBSTANTIVE CONSOLIDATION
                                  ISSUES (0.6); REVIEW MEMO RE: RETENTION
                                  OF ESTATE ASSETS FOR SALE UNDER SECTION
                                  363 (0.3).

MARAFIOTI KA    08/07/07    5.20  MEETING RE: REORGANIZATION PLAN
                                  STRATEGY (4.0); SUBSTANTIVE
                                  CONSOLIDATION ANALYSIS (0.1); ANALYZE
                                  ISSUES RELATING TO PLAN (1.0);
                                  CORRESPONDENCE TO CLIENT RE: SAME
                                  (0.1).

MARAFIOTI KA    08/08/07    4.20  MEETING WITH APPALOOSA, AND FOLLOWUP
                                  (4.2).

MARAFIOTI KA    08/09/07    0.70  CONSIDER ISSUES RE: REORGANIZATION PLAN
                                  (0.7).

MARAFIOTI KA    08/13/07    3.70  ANALYZE PLAN ISSUES (0.6); REVIEW PLAN
                                  (3.1).

MARAFIOTI KA    08/14/07    3.60  REVIEW AND REVISE PLAN (3.0);
                                  TELECONFERENCE WITH FTI IN PREPARATION
                                  FOR MEETING WITH COMMITTEE ADVISORS RE:
                                  SUBSTANTIVE CONSOLIDATION (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA      08/15/07      5.10   DEVELOP STRATEGY RE: PLAN (0.2); REVIEW
                                       PLAN PROVISIONS (0.7); MEETING WITH
                                       CLIENT, FTI, ROTHSCHILD RE: PLAN ISSUES
                                       (4.2).

MARAFIOTI KA      08/16/07      1.30   MEETING WITH FTI, MESIROW, AND LATHAM
                                       RE: SUBSTANTIVE CONSOLIDATION ISSUES
                                       (1.3).

MARAFIOTI KA      08/17/07      0.20   TELECONFERENCE WITH A. FRANKUM RE:
                                       SUBSTANTIVE CONSOLIDATION (0.2).

MARAFIOTI KA      08/20/07      0.50   CORRESPONDENCE RE: APPALOOSA (0.1);
                                       REVIEW MEMO RE: SECTION 1129(A)(5)
                                       (0.1) AND RELATED RESEARCH (0.3).

MARAFIOTI KA      08/21/07      0.20   CORRESPONDENCE RE: PLAN MATTERS (0.2).

MARAFIOTI KA      08/23/07      5.50   ANALYZE ISSUES RE: REORGANIZATION PLAN
                                       (1.5); STRATEGY MEETING
                                       (VIDEOCONFERENCE) WITH COMPANY,
                                       ROTHSCHILD, AND FTI (2.9);
                                       CORRESPONDENCE WITH M. LOEB RE:
                                       POST-EMERGENCE STRUCTURE (0.2) AND
                                       ANALYZE SAME (0.9).

MARAFIOTI KA      08/24/07      0.20   STUDY SUBSTANTIVE CONSOLIDATION
                                       ANALYSIS (0.2).

MARAFIOTI KA      08/27/07      2.80   VIDEO CONFERENCE RE: PLAN STRATEGY WITH
                                       COMPANY, FTI (1.7) AND FOLLOWUP WORK
                                       (1.1).

MARAFIOTI KA      08/28/07      0.20   REVIEW SECTIONS OF DISCLOSURE LETTER
                                       UNDER EPCA (0.2).

MARAFIOTI KA      08/30/07      1.70   ANALYZE PLAN ISSUES (0.3); CONFERENCE
                                       WITH DELPHI AND FTI RE: PLAN STRATEGY
                                       (1.4).

MARAFIOTI KA      08/31/07      0.50   ANALYZE PLAN ISSUES (0.5).

                               47.50

MEISLER RE        08/02/07      0.20   REVIEW 363 RESEARCH RE: DIVESTITURES
                                       PURSUANT TO A POR (0.2).

MEISLER RE        08/06/07      0.10   REVIEW AND CONSIDER TREATMENT PER POR OF
                                       SERP CLAIMS (0.1).

MEISLER RE        08/07/07      2.00   PARTICIPATE IN POR MEETING (2.0).

MEISLER RE        08/10/07      2.30   PARTICIPATE IN PLAN WORKING GROUP CALL
                                       (0.5); TELECONFERENCE WITH DEAN AND T.
                                       BEHNKE RE: CLAIMS AND PLAN (1.8).

MEISLER RE        08/14/07      1.50   REVIEW POR PRESENTATION AND PREPARE FOR
                                       POR WORKING GROUP MEETING (1.5).

MEISLER RE        08/15/07      5.00   PREPARE FOR POR WORKING GROUP SESSION
                                       (1.5); PARTICIPATE IN POR WORKING GROUP
                                       SESSION (3.5).

MEISLER RE        08/20/07      1.40   REVIEW EPCA AND CONSIDER 5(Q)
                                       DISCLOSURES (0.5); TELECONFERENCE WITH
                                       S. CORCORAN RE: SAME (0.4); CONTINUE TO
                                       WORK ON SAME (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE        08/21/07      0.60   TELECONFERENCE WITH D. ALEXANDER AND S.
                                       GALE RE: DISCLOSURE LETTER BENEFIT
                                       PLANS (0.6).

MEISLER RE        08/22/07      1.80   CONTINUE TO WORK ON SCHEDULE RE: 5(Q) OF
                                       EPCA (0.7); CONFERENCE WITH J. PAPELIAN
                                       RE: SAME (0.3); CONFERENCES WITH I.
                                       BOLTON RE: DISCLOSURE SCHEDULE 5(Q)
                                       (0.2); CONFERENCE WITH D. MURPHY RE:
                                       SAME (0.4); REVIEW AND CONSIDER
                                       CORRESPONDENCE RE: GLOBAL COMPETITIVE
                                       FILINGS (0.2).

MEISLER RE        08/23/07      4.10   REVIEW COMMENTS TO PLAN (0.6);
                                       PARTICIPATE IN POR WORKING GROUP (3.0);
                                       FOLLOW UP (0.3); REVIEW CORRESPONDENCE
                                       RE: ANTITRUST FILINGS RE: EPCA (0.2).

MEISLER RE        08/27/07      2.60   PARTICIPATE IN WORKING GROUP MEETING
                                       RE: POR (2.0); REVIEW AND COMMENT ON
                                       DISCLOSURE LETTER (0.6).

MEISLER RE        08/28/07      0.30   REVIEW AND CONSIDER PLAN PROVISIONS RE:
                                       EXECUTORY CONTRACTS (0.3).

MEISLER RE        08/29/07      0.30   REVIEW DRAFT BRAZILIAN ANTITRUST FILING
                                       (0.3).

MEISLER RE        08/30/07      3.50   PARTICIPATE IN POR WORKING GROUP
                                       MEETING (3.0); REVISE PLAN PROVISION
                                       RE: RESTRUCTURING TRANSACTION (0.5).

MEISLER RE        08/31/07      4.40   CONTINUE TO REVIEW AND COMMENT ON PLAN
                                       (4.4).

                               30.10

PANAGAKIS GN      08/01/07      4.30   ATTEND POR WORKING GROUP MEETINGS
                                       (1.6); REVISE PLAN (1.2); PREPARE FOR
                                       EPCA HEARING (0.7); REVIEW RESEARCH RE:
                                       CLAIMS/POR ISSUES (0.8).

PANAGAKIS GN      08/02/07      1.60   ATTEND EPCA HEARING (0.4); REVIEW POR
                                       AND RELATED MATERIALS (1.2).

PANAGAKIS GN      08/03/07      3.30   PREPARE FOR POR CALL (0.3); PARTICIPATE
                                       ON OR TELECONFERENCE WITH ROTHSCHILD
                                       RE: POR STRUCTURE (1.3); REVIEW POR
                                       DISTRIBUTION MECHANICS (1.7).

PANAGAKIS GN      08/05/07      3.30   REVIEW POR DISTRIBUTION MECHANICS
                                       PRESENTATION AND RELATED MATERIALS
                                       (2.2); PARTICIPATE IN POR STRUCTURE
                                       CALL WITH ROTHSCHILD (0.5); REVIEW
                                       REVISED POR PRESENTATION SLIDES BASED
                                       ON CALL (0.6).

PANAGAKIS GN      08/06/07      3.00   REVIEW MATERIALS RE: NEXT DAY POR
                                       MEETING (1.5) AND PREPARE FOR SAME
                                       (1.5).

PANAGAKIS GN      08/07/07      7.90   PREPARE FOR MEETING (0.6); ATTEND POR
                                       WORKING GROUP MEETING (4.0); REVIEW POR
                                       MEETING ISSUES AND BEGIN PLAN REVISIONS
                                       ACCORDINGLY (3.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PANAGAKIS GN      08/08/07      10.30  PREPARE PRESENTATION FOR POR WORKING
                                       GROUP MEETING (1.8); REVIEW VARIOUS
                                       ANCILLARY PRESENTATION DOCUMENTS
                                       (0.6); ATTEND APPALOOSA-DELPHI POR
                                       WORKING GROUP MEETING (4.0); REVISE POR
                                       PRESENTATION FOR JOINT STATUTORY
                                       COMMITTEES POR WORKING GROUP (1.2);
                                       REVISE POR AND RELATED DOCUMENTS (2.7).

PANAGAKIS GN      08/09/07       4.70  PREPARE COMMITTEE PRESENTATION (0.7);
                                       ATTEND JOINT COMMITTEE POR WORKING
                                       GROUP MEETING (1.5); ATTENTION TO
                                       VARIOUS PLAN PROVISIONS AND RESEARCH
                                       AND REVISIONS RE: SAME (1.5);
                                       TELECONFERENCE RE: SUBSTANTIVE
                                       CONSOLIDATION (1.0).

PANAGAKIS GN      08/10/07       2.50  REVIEW AND COMMENT ON PLAN AND CALLS
                                       WITH COUNSEL FOR STAKEHOLDERS RE: SAME
                                       (2.5).

PANAGAKIS GN      08/11/07       2.00  CONTINUE REVIEW AND REVISION OF POR
                                       BASED ON COMMENTS FROM PRIOR DRAFTING
                                       SESSIONS (2.0).

PANAGAKIS GN      08/12/07       2.50  REVIEW AND COMMENT ON POR IN PREPARATION
                                       FOR NEXT DISTRIBUTION (1.5);
                                       TELECONFERENCE WITH T. LAURIA RE: SAME
                                       (1.0).

PANAGAKIS GN      08/13/07       0.50  REVIEW OF CIRCULATED DRAFT OF PLAN OF
                                       REORGANIZATION (0.5).

PANAGAKIS GN      08/14/07       1.80  REVIEW DRAFT PLAN IN PREPARATION OF NEXT
                                       DAY WORKING GROUP SESSION (1.0);
                                       TELECONFERENCE WITH FTI TEAM RE: REVIEW
                                       OF SUBSTANTIVE CONSOLIDATION MATERIALS
                                       FOR MEETING WITH COMMITTEE (0.6);
                                       REVIEW OF NARRATIVE RE: LIQUIDATION
                                       ANALYSIS (0.2).

PANAGAKIS GN      08/15/07       6.80  PARTICIPATE AT POR DRAFTING SESSION
                                       (3.3); CONTINUE REVIEW AND COMMENTS TO
                                       PLAN (3.5).

PANAGAKIS GN      08/16/07       5.50  DRAFT, REVIEW AND REVISE PLAN (3.0);
                                       TELECONFERENCES WITH COUNSEL FOR PLAN
                                       INVESTORS, COMMITTEES, MDL PLAINTIFFS
                                       AND OTHER STAKEHOLDERS RE: SAME (2.5).

PANAGAKIS GN      08/17/07       4.10  REVIEW AND REVISE PLAN (2.0) IN
                                       CONNECTION WITH DISTRIBUTION TO
                                       CONSTITUENTS; TELECONFERENCES WITH
                                       COMMITTEE COUNSEL (0.3); MDL COUNSEL
                                       (0.8) AND BOARD COUNSEL (1.0) RE: SAME.

PANAGAKIS GN      08/19/07       1.50  CONTINUE REVIEW OF PLAN (1.5).

PANAGAKIS GN      08/20/07       5.30  PARTICIPATE ON CALL RE: POR ISSUES
                                       (1.8); CONTINUE TO REVIEW AND REVISE
                                       SAME, INCLUDING TELECONFERENCES WITH
                                       COMPANY AND STAKEHOLDERS COUNSEL (3.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PANAGAKIS GN      08/21/07      2.30   TELECONFERENCE WITH M. ETKIN (0.3);
                                       REVISIONS TO PLAN FROM SAME (0.3);
                                       REVIEW AND REVISE VARIOUS PLAN
                                       PROVISIONS (1.3); PREPARE FOR UPCOMING
                                       PLAN WORK GROUP SESSION (0.4).

PANAGAKIS GN      08/22/07      2.50   ADDRESS ISSUES TO PLAN RAISED BY
                                       STAKEHOLDERS (2.5).

PANAGAKIS GN      08/23/07      8.40   PREPARE FOR POR MEETING (0.9);
                                       PARTICIPATE IN SAME (3.0); REVIEW AND
                                       REVISE PLAN, INCLUDING CALLS AND
                                       CORRESPONDENCE WITH STAKEHOLDER
                                       COUNSEL RE: SAME (4.5).

PANAGAKIS GN      08/24/07      5.40   TELECONFERENCE WITH W&C RE: PLAN (1.4);
                                       REVISE PLAN FOR 8/27 DISTRIBUTION
                                       (2.5); ATTENTION TO ADDITIONAL PLAN
                                       ISSUES (1.5).

PANAGAKIS GN      08/25/07      0.80   REVIEW VALUATION ANALYSIS FOR
                                       DISCLOSURE STATEMENT (0.8).

PANAGAKIS GN      08/26/07      1.30   CONSIDER REVISIONS TO PLAN (1.0);
                                       EVALUATE SUB CON ISSUES (0.3).

PANAGAKIS GN      08/27/07      6.20   REVIEW MATERIALS FOR MEETING (0.7);
                                       ATTEND POR MEETING (2.2); REVIEW
                                       REVISED PROVISION TO PLAN FOR
                                       DISTRIBUTION AND CALLS WITH
                                       STAKERHOLDER COUNSEL RE: SAME (3.3).

PANAGAKIS GN      08/28/07      3.30   REVIEW COMMENTS TO PLAN AND
                                       TELECONFERENCES WITH STAKEHOLDER
                                       COUNSEL RE: SAME (2.3); TELECONFERENCE
                                       WITH G. UZZI (1.0).

PANAGAKIS GN      08/29/07      3.70   REVIEW STAKEHOLDER COMMENTS TO PLAN,
                                       REVISIONS TO SAME AND CALLS WITH COUNSEL
                                       RE: SAME (3.7).

PANAGAKIS GN      08/30/07      8.30   CONSIDER MDL MECHANICS RELATED TO PLAN
                                       (1.6); REVIEW ADDITIONAL PLAN
                                       PROVISIONS AND TELECONFERENCES WITH
                                       STAKEHOLDER COUNSEL RE: SAME (2.2);
                                       INTERNAL POR STRATEGY CALL (3.4);
                                       ADDITIONAL PLAN REVISION FOLLOWING SAME
                                       (1.1).

PANAGAKIS GN      08/31/07      6.10   UPDATE PLAN TO INCLUDE STAKEHOLDER
                                       COMMENTS AND VARIOUS OTHER REVISIONS
                                       (4.1); TELECONFERENCES WITH
                                       STAKEHOLDER COUNSEL RE: SAME (2.0).

                               119.20

Total Partner                  320.20

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GARNER LP       08/01/07    12.80   REVISE AND FINALIZE REPLY BRIEF IN
                                    SUPPORT OF EPCA APPROVAL (8.3); WORK ON
                                    DEMONSTRATIVE AND OTHER EXHIBITS FOR
                                    HEARING (2.5); PREPARE FOR HEARING
                                    (2.0).

GARNER LP       08/02/07     2.20   ATTEND HEARING FOR APPROVAL OF EPCA
                                    AGREEMENT (0.7); PREPARE FOR HEARING
                                    (1.5).

                            15.00

MACDONALD N     08/01/07    10.70   REVIEW DRAFT REPLY BRIEF AND PROVIDE
                                    COMMENTARY ON SAME (3.1); CONTINUE
                                    REVIEW OF DOCUMENTS AND EXHIBITS IN
                                    PREPARATION FOR HEARING (7.6).

MACDONALD N     08/02/07     3.80   PREPARE FOR HEARING (2.9); ATTEND
                                    HEARING (0.9).

                            14.50

MATZ TJ         08/01/07     7.00   CORRESPONDENCE WITH CHAMBERS RE: EPCA
                                    HEARING, AGENDA (0.2); REVIEW SAME
                                    (0.1); REVIEW FURTHER CORRESPONDENCE
                                    FROM CHAMBERS RE: EPCA APPROVAL MOTION
                                    (0.1); TELECONFERENCE WITH CHAMBERS RE:
                                    SAME (0.2); REVIEW AND REVISE 8/2
                                    HEARING AGENDA (0.3); PREPARATION OF
                                    EXHIBITS RE: EPCA HEARING (0.5); REVIEW
                                    AND COMMENT ON PROPOSED SCHEDULING
                                    ORDER RE: DISCLOSURE STATEMENT FILING
                                    AND HEARING (0.4); COORDINATE AND
                                    SUPERVISE THE PREPARATION OF EXHIBIT
                                    BINDER FOR EPCA APPROVAL MOTION (3.2);
                                    SUPERVISE DISTRIBUTION TO CHAMBERS,
                                    HAYNES & BOONE OF SAME (0.2);
                                    TELECONFERENCE WITH H. BAER RE: EPCA
                                    MOTION EXHIBITS (0.1); FURTHER
                                    TELECONFERENCE WITH H. BEAR RE: SAME
                                    (0.1); TELECONFERENCE WITH CHAMBERS RE:
                                    SAME (0.2); FINAL REVIEW FOR FILING OF
                                    DEBTORS' REPLY RE: EPCA APPROVAL MOTION
                                    (0.2); MEETING WITH J. SHEEHAN, S.
                                    CORCORAN, K. CRAFT AND SKADDEN TEAM RE:
                                    PLAN & DISCLOSURE STATEMENT TIMELINE
                                    (1.0); TELECONFERENCE WITH D. BAUMSTEIN
                                    RE: EPCA REVISED ORDER (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 08/02/07 | 3.90 | FINAL PREPARATION AT COURT FOR EPCA APPROVAL MOTION (0.6); ATTEND COURT ON SAME (0.5); FOLLOW UP DISCUSSION WITH J. SHEEHAN, S. CORCORAN RE: SAME (0.3); CORRESPONDENCE WITH E. COCHRAN RE: EPCA ORDER (0.2); DISCUSSION WITH CHAMBERS RE: FINAL EPCA ORDER AND DOCKETING (0.3); DISCUSSION WITH CHAMBERS RE: CONFIRMATION TIMELINE (0.2); REVIEW DISCLOSURE STATEMENT SCHEDULING ORDER (0.2); DISCUSSION WITH TWO COMMITTEES (M. BROUDE, B. STEINGART, T. LAURIA) AND GM (M. KESSLER) AND SKADDEN TEAM RE: DISCLOSURE STATEMENT SCHEDULING, CONFIRMATION TIMELINE (0.6); REVISE PROPOSED SCHEDULING ORDER RE: SAME (0.2); FURTHER REVISIONS TO SCHEDULING ORDER (0.6); ATTEND CHAMBERS CONFERENCE RE: PLAN TIMELINE, DISCLOSURE STATEMENT SCHEDULING ORDER (0.2). |
|---------|----------|------|------|
| MATZ TJ | 08/05/07 | 1.20 | REVIEW DRAFT POR AND ISSUES LIST FOR 8/7 MEETING (1.2). |
| MATZ TJ | 08/07/07 | 6.10 | PREPARATION FOR POR CLIENT MEETING (0.3); ATTEND POR WORKING GROUP MEETING RE: PREPARATION OF PLAN (3.8); REVIEW AND COMMENT ON PORTIONS OF THE DRAFT POR (2.0). |
| MATZ TJ | 08/08/07 | 5.30 | PARTICIPATE IN MEETING WITH APPALOOSA, WHITE & CASE, D. RESNICK, B. SHAW, R. EISSENBERG, J. SHEEHAN, S. CORCORAN AND SKADDEN TEAM RE: POR (4.0); CONTINUE REVIEW OF PLAN COMMENTS (1.3). |
| MATZ TJ | 08/09/07 | 2.30 | MEETING WITH STATUTORY COMMITTEE CHAIRS, DELPHI RE: PLAN CONCEPTS (1.7); DISCUSSION WITH J. SHEEHAN, S. CORCORAN RE: PLAN, COMMITTEE ISSUES (0.6). |
| MATZ TJ | 08/10/07 | 3.60 | REVIEW AND COMMENT ON PLAN OF REORGANIZATION, DISCLOSURE STATEMENT (2.0); WORK ON SUBSTANTIVE CONSOLIDATION MATERIALS RE: DISCLOSURE STATEMENT (1.3); REVIEW CLASS ACTION SOLICITATION, VOTING (0.3). |
| MATZ TJ | 08/12/07 | 3.80 | REVIEW AND REVISE DRAFT PLAN OF REORGANIZATION (2.8); FURTHER REVIEW OF SAME (1.0). |
| MATZ TJ | 08/13/07 | 1.20 | REVIEW AND COMMENT ON DRAFT PLAN OF REORGANIZATION (0.8); PREPARATIONS RE: WORKING GROUP MEETINGS (0.4). |
| MATZ TJ | 08/15/07 | 4.10 | REVIEW AND COMMENT ON DRAFT PLAN (0.6); ATTEND PLAN WORKING GROUP MEETING WITH J. SHEEHAN, S. CORCORAN, K. CRAFT, B. SHAW, R. EISENBERG AND SKADDEN TEAM (3.5). |
| MATZ TJ | 08/16/07 | 2.00 | REVIEW AND COMMENT ON PLAN (2.0). |

B43E

| MATZ TJ | 08/17/07 | 2.60 | CONTINUE TO REVIEW AND COMMENT ON PLAN (1.0); CORRESPONDENCE WITH B. CECCOTTI RE: PLAN OF REORGANIZATION, DISTRIBUTION AND CONFIDENTIALITY (0.3); CORRESPONDENCE WITH L. PETERSON RE: SAME (0.2); CORRESPONDENCE WITH B. MEHLSACK RE: SAME (0.1); TELECONFERENCE WITH M. ROBBINS RE: SAME (0.1); TELECONFERENCE WITH T. KENNEDY RE: SAME (0.1); FURTHER TELECONFERENCE WITH L. PETERSON RE: SAME (0.2); FURTHER TELECONFERENCE WITH B. MEHLSACK RE: SAME (0.1); FURTHER DISCUSSION WITH M. ROBBINS RE: SAME (0.1); TELECONFERENCE WITH J. KASTIN RE: EQUITY PURCHASE COMMITMENT AGREEMENT, 1113/1114 DILIGENCE (0.2); FOLLOW UP TELECONFERENCE WITH J. KASTIN RE: SAME (0.2). |
|---------|----------|------|---|
| MATZ TJ | 08/19/07 | 3.00 | REVIEW DISTRIBUTED LATEST PLAN AND DISCLOSURE STATEMENT (3.0). |
| MATZ TJ | 08/20/07 | 1.60 | FURTHER DISTRIBUTION OF PLAN AND DISCLOSURE STATEMENT (0.3); CORRESPONDENCE WITH J. KASTIN RE: PLAN INVESTORS 1113/1114 DILIGENCE (0.3); CORRESPONDENCE WITH B. SAX RE: SAME (0.2); CONSIDERING VIRTUAL DATA ROOM, DILIGENCE MATTERS (0.6); TELECONFERENCE WITH J. KASTIN RE; SAME (0.2). |
| MATZ TJ | 08/21/07 | 4.00 | PREPARATIONS RE: ADDITIONAL PLAN MATERIALS DISTRIBUTION (0.3); CONTINUE TO REVIEW OF PLAN OF ORGANIZATION AND DISCLOSURE STATEMENT (3.0); TELECONFERENCE WITH S. ZAMORA RE: SOLICITATION COMMITTEE MEETINGS (0.2); FURTHER TELECONFERENCE WITH S. ZAMORA RE: SAME (0.1); PREPARATION RE: SAME (0.3); CORRESPONDENCE WITH S. ZAMORA RE: SAME (0.1). |
| MATZ TJ | 08/22/07 | 1.60 | PREPARATION RE: 8/23 PLAN OF REORGANIZATION WORKING GROUP MEETING (0.4); CORRESPONDENCE WITH ROTHSCHILD, FTI RE: SAME (0.3); REVIEW 1129(A)(5) SUMMARY (0.3); REVIEW LATHAM AND UAW COMMENT ON 8/17 DRAFT OF PLAN (0.6). |
| MATZ TJ | 08/23/07 | 4.70 | REVIEW CORRESPONDENCE FROM A. EMRIKIAN RE: FIT PROJECTIONS (0.2); REVIEW SAME (0.2); PREPARE FOR PLAN OF REORGANIZATION WORKING GROUP SESSION (0.5); ATTEND PLAN WORKING GROUP MEETING WITH DELPHI, ROTHSCHILD, FTI AND SKADDEN TEAM (3.8). |
| MATZ TJ | 08/26/07 | 2.00 | REVIEW AND COMMENT ON PLAN OF REORGANIZATION (2.0). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 08/27/07 | 4.00 | CORRESPONDENCE WITH 5 UNION COUNSEL RE: POR (0.2); REVIEW CORRESPONDENCE FROM M. ROBBINS RE: SAME (0.1); REVIEW CORRESPONDENCE FROM B. MEHLSACK RE: SAME (0.1); REVIEW CORRESPONDENCE FROM L. PETERSEN RE: SAME (0.2); REVIEW CORRESPONDENCE FROM B. CECCOTTI RE: SAME (0.1); MAKE PREPARATIONS RE: SAME (0.2); PREPARE FOR PLAN OF REORGANIZATION TELECONFERENCE (0.5); PARTICIPATE IN PLAN WORKING GROUP MEETING CALL WITH J. SHEEHAN, S. CORCORAN, D. SHERBIN, K. CRAFT, R. EISENBERG, A. FRANKUM, SKADDEN TEAM (1.7); CORRESPONDENCE WITH ALL UNION COUNSEL RE: POR (0.6); FURTHER TELECONFERENCE WITH B. CECCOTI RE: SAME (0.1); FURTHER TELECONFERENCE WITH L. PETERSON RE: SAME (0.2). |
| MATZ TJ | 08/28/07 | 1.40 | CONTINUE TO REVIEW AND COMMENT ON PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (0.9); TELECONFERENCE WITH A. FIENDBERG RE: SAME (0.3); TELECONFERENCE WITH L. PETERSON RE: SAME (0.2). |
| MATZ TJ | 08/29/07 | 2.20 | REVIEW CORRESPONDENCE FROM L. PETERSON RE: COMMENTS TO PLAN (0.2); REVIEW AND COMMENT ON PLAN OF REORGANIZATION (2.0). |
| MATZ TJ | 08/30/07 | 7.80 | REVIEW AND COMMENT ON 8/27 VERSION OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION SECTION (4.0); TELECONFERENCE WITH A. FEINBERG RE: SAME (0.3); PARTICIPATE IN CONFERENCE CALL RE: PLAN OF REORGANIZATION WORKING GROUP INCLUDING J. SHEEHAN, S. CORCORAN, R. EISENBERG, A. FRANKUM, ROTHSCHILD, SKADDEN TEAM (2.4); CONTINUE REVIEW AND COMMENT ON 8/27 VERSION OF PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (1.1). |
| MATZ TJ | 08/31/07 | 4.60 | CONTINUE TO REVIEW AND COMMENT ON 8/27 VERSION OF PLAN OF RESTRUCTURING AND DISCLOSURE STATEMENT (3.5); CORRESPONDENCE WITH A. FEINBERG RE: TAX COMMENTS (0.4); REVIEW DISCHARGE LANGUAGE PRECEDENT (0.7). |
| | | 80.00 | |
| **Total Counsel** | | **109.50** | |
| ARKUSS B | 08/16/07 | 10.10 | DRAFT/REVISE DISCLOSURE LETTER; MEETING WITH CLIENT TO DISCUSS DISCLOSURE LETTER (10.1). |
| ARKUSS B | 08/17/07 | 10.20 | DRAFT DISCLOSURE LETTER (10.2). |
| ARKUSS B | 08/18/07 | 8.40 | DRAFT DISCLOSURE LETTER (8.4). |
| ARKUSS B | 08/20/07 | 8.80 | DRAFT/REVISE DISCLOSURE LETTER (8.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ARKUSS B          08/21/07      9.20   DRAFT/REVISE DISCLOSURE LETTER (9.2).

ARKUSS B          08/22/07     12.80   DRAFT/REVISE DISCLOSURE LETTER (12.8).

ARKUSS B          08/23/07      9.10   DRAFT/REVISE DISCLOSURE LETTER;
                                       REVIEWING ARTICLES OF
                                       INCORPORATION/BYLAWS (9.1).

ARKUSS B          08/24/07      3.40   DRAFT/REVISE DISCLOSURE LETTER (3.4).

ARKUSS B          08/25/07      2.90   DRAFT/REVISE DISCLOSURE LETTER (2.9).

ARKUSS B          08/27/07     12.20   DRAFT/REVISE DISCLOSURE LETTER (12.2).

ARKUSS B          08/28/07      6.20   REVIEW TERM SHEET AND CERTIFICATE OF
                                       DESIGNATION (6.2).

ARKUSS B          08/29/07      4.80   REVIEW TERM SHEET AND CERTIFICATE OF
                                       DESIGNATION (4.8).

ARKUSS B          08/30/07      5.10   REVIEW TERM SHEET AND CERTIFICATE OF
                                       DESIGNATION (5.1).

ARKUSS B          08/31/07      1.80   REVIEW TERM SHEET AND CERTIFICATE OF
                                       DESIGNATION (1.8).

                               105.00

BOLTON IS         08/01/07      6.40   CONTINUE TO REVIEW NO ACTION LETTERS
                                       FROM SEC RE: WARRANT REGISTRATION
                                       RESEARCH (1.2); CONTINUE TO REVISE AND
                                       REVIEW MEMO RE: SAME (1.7);
                                       CORRESPONDENCE WITH WORKING GROUP RE:
                                       SAME (0.2); CONTINUE TO REVIEW
                                       DOCUMENTS AND UPDATE INDICES RE:
                                       OUTSTANDING DILIGENCE TO BE COLLECTED
                                       FROM PLAN INVESTORS (0.8);
                                       CORRESPONDENCE WITH WORKING GROUP RE:
                                       SAME (0.3); BEGIN TO REVIEW PORS RE:
                                       ANALYSIS OF TREATMENT OF
                                       EMPLOYEE/RETIREMENT CLAIMS (2.0);
                                       CORRESPONDENCE WITH WORKING GROUP RE:
                                       SAME (0.2).

BOLTON IS         08/02/07      9.10   CONTINUE TO REVIEW PORS RE: ANALYSIS OF
                                       TREATMENT OF EMPLOYEE/RETIREMENT
                                       CLAIMS (5.2); BEGIN TO DRAFT CHART RE:
                                       SAME (3.6); CORRESPONDENCE WITH WORKING
                                       GROUP RE: SAME (0.3).

BOLTON IS         08/03/07      1.20   CONTINUE TO REVIEW PORS RE: ANALYSIS OF
                                       TREATMENT OF EMPLOYEE/RETIREMENT
                                       CLAIMS (1.2).

BOLTON IS         08/06/07      4.50   CONTINUE TO REVIEW PORS RE: ANALYSIS OF
                                       TREATMENT OF EMPLOYEE/RETIREMENT
                                       CLAIMS (4.3); CORRESPONDENCE WITH
                                       WORKING GROUP RE: DILIGENCE (0.2).

BOLTON IS         08/07/07      5.70   CONTINUE TO REVIEW PORS RE: ANALYSIS OF
                                       TREATMENT OF EMPLOYEE/RETIREMENT
                                       CLAIMS (5.5); CORRESPONDENCE WITH
                                       WORKING GROUP RE: DILIGENCE (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BOLTON IS | 08/08/07 | 7.20 | CONTINUE TO REVIEW PORS RE: ANALYSIS OF TREATMENT OF EMPLOYEE/RETIREMENT CLAIMS (3.3); CONTINUE TO DRAFT, REVIEW, AND REVISE CHART RE: SAME (3.8); CORRESPONDENCE WITH WORKING GROUP RE: DILIGENCE (0.1). |
|---|---|---|---|
| BOLTON IS | 08/09/07 | 6.00 | CONTINUE TO REVIEW PORS RE: ANALYSIS OF TREATMENT OF EMPLOYEE/RETIREMENT CLAIMS (2.4); CONTINUE TO DRAFT, REVIEW, AND REVISE CHART RE: SAME (3.2); CORRESPONDENCE WITH WORKING GROUP RE: DILIGENCE (0.4). |
| BOLTON IS | 08/14/07 | 9.30 | BEGIN REVIEW AND SUMMARY OF COUNT OPINIONS RE: RULE 9019 COMPROMISES, 363 SALES, AND CONFIRMATION HEARINGS (0.6); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.5); CORRESPONDENCE WITH WORKING GROUP RE: DILIGENCE (0.2); BEGIN TO RESEARCH RE: RESTRUCTURING TRANSACTION NOTICES AND NOTICE OF CURE AMOUNT (1.7); DRAFT, REVIEW, AND REVISE NOTICES RE: SAME (2.2); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.0); BEGIN TO RESEARCH RE: ADMINISTRATIVE CLAIM REQUEST FORM (0.8); DRAFT, REVIEW, AND REVISE FORM RE: SAME (1.7); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.6). |
| BOLTON IS | 08/15/07 | 0.60 | CORRESPONDENCE WITH WORKING GROUP RE: RESEARCH AND ANALYSIS OF 1129(A)(5) DISCLOSURES (0.6). |
| BOLTON IS | 08/16/07 | 11.30 | BEGIN RESEARCH AND ANALYSIS RE: 1129(A)(5) DISCLOSURES (4.6); BEGIN TO DRAFT, REVIEW, AND REVISE SURVEY CHART RE: SAME (3.2); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.4); CONTINUE TO REVIEW DOCUMENTS AND UPDATE INDICES RE: OUTSTANDING DILIGENCE FOR PLAN INVESTORS (0.4); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.2); CORRESPONDENCE WITH CLIENT RE: SAME (0.5). |
| BOLTON IS | 08/17/07 | 11.40 | BEGIN TO RESEARCH AND REVIEW RE: EPCA DISCLOSURES RELATED TO FOREIGN BENEFIT PLANS PROVIDED TO APPALOOSA (4.6); CORRESPONDENCE WITH WORKING GROUP RE: SAME (2.6); BEGIN TO RESEARCH AND REVIEW RE: EPCA DISCLOSURE RELATED TO PRIVILEGE/CONFIDENTIALITY LOG TO BE PROVIDED TO APPALOOSA (2.4); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.8). |
| BOLTON IS | 08/18/07 | 2.40 | CONTINUE TO RESEARCH AND REVIEW RE: EPCA DISCLOSURE RELATED TO PRIVILEGE/CONFIDENTIALITY LOG TO BE PROVIDED TO APPALOOSA (1.4); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BOLTON IS       08/19/07     5.20  CONTINUE TO RESEARCH AND REVIEW RE: EPCA
                                   DISCLOSURE RELATED TO
                                   PRIVILEGE/CONFIDENTIALITY LOG TO BE
                                   PROVIDED TO APPALOOSA (3.4);
                                   CORRESPONDENCE WITH WORKING GROUP RE:
                                   SAME (1.8).

BOLTON IS       08/20/07     9.90  CONTINUE TO REVIEW AND ANALYZE PLAN
                                   DOCUMENTS RE: 1129(A)(5) DISCLOSURES
                                   (1.3); CONTINUE TO DRAFT, REVIEW, AND
                                   REVISE MEMO RE: SAME (1.6);
                                   CORRESPONDENCE WITH WORKING GROUP RE:
                                   SAME (0.7); BEGIN TO REVIEW MATERIALS
                                   FOR PREPARATION OF EPCA DISCLOSURE
                                   LETTER (4.2); BEGIN TO DRAFT, REVIEW,
                                   AND REVISE CHART RE: SAME (0.8);
                                   CORRESPONDENCE WITH WORKING GROUP RE:
                                   SAME (1.3).

BOLTON IS       08/21/07    12.20  CONTINUE TO REVIEW AND ANALYZE PLAN
                                   DOCUMENTS RE: 1129(A)(5) DISCLOSURES
                                   (1.8); CONTINUE TO DRAFT, REVIEW, AND
                                   REVISE MEMO RE: SAME (2.0);
                                   CORRESPONDENCE WITH WORKING GROUP RE:
                                   SAME (0.5); CONTINUE TO REVIEW
                                   MATERIALS FOR PREPARATION OF EPCA
                                   DISCLOSURE LETTER (4.6); BEGIN TO
                                   DRAFT, REVIEW, AND REVISE CHART RE: SAME
                                   (0.7); CORRESPONDENCE WITH WORKING
                                   GROUP RE: SAME (2.0); CORRESPONDENCE
                                   WITH CLIENT RE: SAME (0.6).

BOLTON IS       08/22/07    16.30  CONTINUE TO REVIEW AND ANALYZE DUE
                                   DILIGENCE MATERIALS RE: FOREIGN BENEFIT
                                   PLANS (1.1); CORRESPONDENCE WITH
                                   WORKING GROUP RE: SAME (0.9);
                                   CORRESPONDENCE WITH CLIENT RE: SAME
                                   (0.4); CONTINUE TO REVIEW MATERIALS FOR
                                   PREPARATION OF EPCA DISCLOSURE LETTER
                                   (5.9); CONTINUE TO DRAFT, REVIEW, AND
                                   REVISE CHART RE: SAME (1.3);
                                   CORRESPONDENCE WITH WORKING GROUP RE:
                                   SAME (2.1); CORRESPONDENCE WITH CLIENT
                                   RE: SAME (0.5); REVIEW AND PREPARATION
                                   OF MATERIALS RE: POR MEETING (2.6);
                                   CORRESPONDENCE WITH WORKING GROUP RE:
                                   SAME (1.5).

BOLTON IS       08/23/07     8.10  CONTINUE TO REVIEW AND ANALYZE DUE
                                   DILIGENCE MATERIALS RE: FOREIGN BENEFIT
                                   PLANS (0.8); CORRESPONDENCE WITH
                                   WORKING GROUP RE: SAME (0.4);
                                   CORRESPONDENCE WITH CLIENT RE: SAME
                                   (1.0); CONTINUE TO REVIEW MATERIALS FOR
                                   PREPARATION OF EPCA DISCLOSURE LETTER
                                   (2.2); CONTINUE TO DRAFT, REVIEW, AND
                                   REVISE CHART RE: SAME (0.4);
                                   CORRESPONDENCE WITH WORKING GROUP RE:
                                   SAME (1.0); CORRESPONDENCE WITH CLIENT
                                   RE: SAME (0.5); REVIEW AND PREPARATION
                                   OF MATERIALS RE: POR MEETING (0.8);
                                   CORRESPONDENCE WITH WORKING GROUP RE:
                                   SAME (1.0).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BOLTON IS | 08/24/07 | 7.00 | RESEARCH AND ANALYZE RE: CONVENIENCE CLAIMS TREATMENT (1.2); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.8); CONTINUE TO REVIEW AND ANALYZE LEGAL DUE DILIGENCE RE: FOREIGN BENEFIT PLANS (0.4); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.4); CONTINUE TO REVIEW MATERIALS FOR PREPARATION OF EPCA DISCLOSURE LETTER (1.7); CONTINUE TO DRAFT, REVIEW, AND REVISE CHART RE: SAME (1.5); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.8); CORRESPONDENCE WITH CLIENT RE: SAME (0.2). |
| BOLTON IS | 08/27/07 | 8.70 | CONTINUE TO REVIEW MATERIALS FOR REDACTION LOG RE: EPCA DISCLOSURE LETTER (4.7); CONTINUE TO DRAFT, REVIEW, AND REVISE CHART RE: SAME (0.8); CORRESPONDENCE WITH WORKING GROUP RE: SAME (2.0); CORRESPONDENCE WITH CLIENT RE: SAME (1.2). |
| BOLTON IS | 08/28/07 | 7.00 | CONTINUE TO REVIEW MATERIALS FOR REDACTION LOG RE: EPCA DISCLOSURE LETTER (1.6); CONTINUE TO DRAFT, REVIEW, AND REVISE CHART RE: SAME (0.3); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.1); CORRESPONDENCE WITH CLIENT RE: SAME (1.3); CONTINUE TO REVIEW AND ANALYZE PROCESS RE: DILIGENCE RETRIEVAL PROCESS FROM HIGHLAND AND HAYNES AND BOONE (0.7); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.9); CORRESPONDENCE WITH HAYNES AND BOONE RE: SAME (1.1). |
| BOLTON IS | 08/29/07 | 8.70 | CONTINUE TO REVIEW MATERIALS FOR REDACTION LOG RE: EPCA DISCLOSURE LETTER (3.7); CONTINUE TO DRAFT, REVIEW, AND REVISE CHART RE: SAME (3.4); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.6). |
| BOLTON IS | 08/30/07 | 7.40 | CONTINUE TO REVIEW MATERIALS FOR REDACTION LOG RE: EPCA DISCLOSURE LETTER (2.8); CONTINUE TO DRAFT, REVIEW, AND REVISE CHART RE: SAME (1.6); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.0); RESEARCH AND ANALYSIS RE: ALTERNATIVES TO CONFIRMATION IN POR (1.4); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.6). |
| BOLTON IS | 08/31/07 | 3.20 | CONTINUE TO REVIEW MATERIALS FOR REDACTION LOG RE: EPCA DISCLOSURE LETTER (1.7); CONTINUE TO DRAFT, REVIEW, AND REVISE CHART RE: SAME (1.0); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.5). |

**168.80**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CAMPANARIO ND | 08/01/07 | 10.20 | REVIEW AND REVISE REPLY BRIEF (2.8), DRAFT SCRIPT (2.3), AND PREPARE FOR HEARING (5.1) RE: DELPHI-APPALOOSA INVESTMENT AND PLAN FRAMEWORK MOTION. |
| CAMPANARIO ND | 08/02/07 | 4.40 | PREPARE FOR HEARING ON DELPHI-APPALOOSA INVESTMENT AND FRAMEWORK SUPPORT MOTION (4.0) AND ATTEND SAME (0.4). |
| CAMPANARIO ND | 08/19/07 | 8.40 | PREPARE SCHEDULE OF INFORMATION FOR DISCLOSURE LETTER TO PLAN INVESTORS (8.4). |
| | | **23.00** | |
| GANITSKY DI | 08/01/07 | 4.20 | WORK ON MINOR CHANGES TO EPCA WITH WHITE AND CASE (0.7); REVIEW OF DOCUMENTATION IN ADVANCE OF HEARING AND ASSISTED LITIGATORS WITH QUESTIONS AND OTHER MATTES (1.6); MEETING WITH WORKING GROUP AND CLIENT RE: STATUS OF VARIOUS MATTERS AND HEARING THE FOLLOWING DAY (1.9). |
| GANITSKY DI | 08/02/07 | 5.80 | ATTEND MEETINGS PRIOR TO AND AFTER EPCA HEARING AND ATTENDED HEARING RE: ECPA (2.9); MATTERS RE: EPCA EXECUTION AS WELL AS RIGHTS AMENDMENT EXECUTION AND COMMITMENT LETTER EXECUTIONS INCLUDING COORDINATION WITH WHITE AND CASE AND CLIENT AS WELL AS SKADDEN TEAM (1.7); MATTERS RE: 8-K RE: EPCA (0.8); RESEARCH RE: FEDERAL LAW DISCLOSURES (0.4). |
| GANITSKY DI | 08/03/07 | 3.30 | EXECUTION OF EPCA AND COMMITMENT LETTER AND RELATED COORDINATION WITH CLIENT AND OTHER SIDE (1.6); REVIEW AND COMMENT ON TAX TRADING MEMO (0.6); TEAM CALL (0.7); COORDINATION WITH DELPHI FINANCE STAFF RE: PAYMENTS TO BE MADE TO INVESTORS AND REVIEW EPCA RE: SAME (0.4). |
| GANITSKY DI | 08/05/07 | 1.30 | CONFERENCE CALL RE: STATUS OF REPRESENTATION AND RELATED MATTERS (1.3). |
| GANITSKY DI | 08/06/07 | 4.60 | MATTERS RE: PAYMENTS UNDER EPCA AND RELATED CORRESPONDENCE (0.4); TELECONFERENCES RE: GM/DELPHI AGREEMENTS AND RELATED MATTERS (4.2). |
| GANITSKY DI | 08/07/07 | 7.30 | ATTEND POR MEETING (4.2); REVIEW CERTAIN MATTERS RE: EPCA WITH ROTHCHILD (0.5); WORK ON CHARTER AND BYLAWS (2.6). |
| GANITSKY DI | 08/08/07 | 7.70 | TELECONFERENCE WITH PLAN INVESTORS (3.6); REVIEW AND COMMENT ON ORG DOCUMENTS (4.1). |
| GANITSKY DI | 08/09/07 | 4.10 | CALLS RE: CHARTER AND BYLAWS AND WORK ON REVISIONS TO DOCUMENTS RE: SAME (4.1). |
| GANITSKY DI | 08/10/07 | 3.10 | CALL RE: CHARTER AND BYLAWS AND REVIEW OF SAME (2.8); CORRESPONDENCE WITH WHITE CASE (0.3). |

B43E

GANITSKY DI      08/12/07      1.30   REVIEW CHARTER AND BYLAWS (1.3).

GANITSKY DI      08/13/07      4.00   TELECONFERENCE WITH CLIENT AND SKADDEN
                                      TEAM RE: REVENUE PLAN AS WELL AS CALL ON
                                      BENEFITS MATTERS (1.6); WORK ON
                                      REVISIONS TO BYLAWS AND CHARTER (2.4).

GANITSKY DI      08/14/07      0.90   REVIEW COMMENTS FROM M. LOEB TO CHARTER
                                      AND BYLAWS (0.5); REVIEW KEY MESSAGES
                                      AND COMMENT ON SAME (0.4).

GANITSKY DI      08/15/07      2.40   TELECONFERENCES WITH M. LOEB AND S.
                                      DANIELS RE: ORG DOCUMENTS (1.2);
                                      MATTERS RE: EPCA DISCLOSURE LETTER
                                      (0.4); PARTICIPATE IN POR MEETING
                                      (0.8).

GANITSKY DI      08/16/07      2.40   WORK ON DISCLOSURE LETTER TO EPCA (1.6);
                                      WORK ON CHARTER AND BYLAW REVISIONS AND
                                      DISCUSSION (0.8).

GANITSKY DI      08/17/07      1.80   CHANGES TO BYLAWS AND CHARTER BASED ON
                                      COMMENTS (0.6); WORK ON DISCLOSURE
                                      LETTER FOR EPCA (0.9); WORK ON WAIVER
                                      LETTER FOR DISCLOSURE LETTER (0.3).

GANITSKY DI      08/18/07      2.40   REVIEW AND COMMENT ON DISCLOSURE LETTER
                                      (2.4).

GANITSKY DI      08/19/07      3.20   REVIEW PLAN AND DISCLOSURE SCHEDULE AND
                                      COMMENT ON SAME (3.2).

GANITSKY DI      08/20/07      2.10   REVIEW SUMMARY OF STOCK AND WARRANTS FOR
                                      PLAN AND COMMENT ON SAME (0.9); WORK ON
                                      DISCLOSURE LETTER (1.2).

GANITSKY DI      08/21/07      2.90   ASSIST AND REVIEW OF DISCLOSURE LETTER
                                      (2.9).

GANITSKY DI      08/22/07      2.20   WORK ON AND REVIEW DISCLOSURE LETTER AND
                                      RELATED ASSISTANCE TO TEAM (1.2);
                                      TELECONFERENCE WITH WHITE CASE RE:
                                      CHARTER (0.3); REVIEW PLAN AND
                                      DISCLOSURE STATEMENT RE: DISCLOSURE
                                      LETTER (0.7).

GANITSKY DI      08/23/07      3.00   REVIEW REG RIGHTS AGREEMENT (1.4);
                                      REVIEW DISCLOSURE LETTER AND OPEN ITEMS
                                      THERETO AND RELATED ASSISTANCE (1.6).

GANITSKY DI      08/24/07      4.10   REVIEW WHITE CASE MARK UP OF CHARTER AND
                                      BYLAWS (1.7); REVIEW REG RIGHTS
                                      AGREEMENT (0.8); REVIEW MATTERS RE:
                                      DISCLOSURE LETTER (1.2); REVIEW
                                      STOCKHOLDERS AGREEMENT (0.4).

GANITSKY DI      08/25/07      4.40   MATTERS RE: DISCLOSURE LETTER (1.6);
                                      WORK ON CHARTER AND BYLAWS ISSUES LIST
                                      (1.3); REVIEW OF PREFERRED STOCK TERM
                                      SHEET (1.5).

GANITSKY DI      08/26/07      1.30   MATTERS RE: REG RIGHTS AND CHARTER AND
                                      BYLAW INCLUDING REVIEW AND WORK ON
                                      ISSUES LIST (1.3).

B43E

GANITSKY DI      08/27/07      8.40   TELECONFERENCE WITH WHITE CASE RE:
                                      CHARTER AND BYLAWS AND WORK ON ISSUES
                                      LIST RE: SAME AS WELL AS UPDATE CALL WITH
                                      CLIENT (3.2); REVIEW PREFERRED STOCK
                                      DESIGNATION (0.8); WORK ON DISCLOSURE
                                      LETTERS INCLUDING REVISING DRAFT AND
                                      CALLS WITH CLIENT (4.4).

GANITSKY DI      08/28/07      3.40   REVIEW CERTIFICATE OF DESIGNATION FOR
                                      PREFERRED STOCK (1.1); REVIEW PLAN AND
                                      DISCLOSURE STATEMENT (1.3); REVIEW REG
                                      RIGHTS AGREMENT (1.0).

GANITSKY DI      08/29/07      2.50   REVIEW OF PLAN (1.2); MATTERS RE: EPCA
                                      AND HANDLING REQUESTS FROM FINANCIAL
                                      ADVISOR AND RELATED CORRESPONDENCE
                                      (0.6); REVIEW REVISED ORG DOCUMENT
                                      DRAFTS (0.7).

GANITSKY DI      08/30/07      3.70   WORK ON MATTERS RE: EPCA AND REVIEW OF
                                      EARLIER DRAFTS OF EPCA RE: ISSUE (1.7);
                                      MATTERS RE: ORG DOCUMENTS (0.6); REVIEW
                                      OF PLAN AND DISCLOSURE STATEMENT (1.4).

GANITSKY DI      08/31/07      0.70   TELECONFERENCE WITH WHITE CASE AND
                                      MATTERS RE: EPCA (0.7).

                               98.50

GARCIA KR        08/23/07      9.70   REVIEW FINAL EPCA, TERM SHEET AND
                                      BACKGROUND DOCS (1.6); REVIEW
                                      REGISTRATION RIGHTS AGT FROM W&C (8.1).

GARCIA KR        08/27/07      5.70   PREPARE DELPHI REG RIGHTS AGT ISSUES
                                      LIST (3.2); REVIEW DELPHI CHARTER &
                                      BYLAWS (1.0); PREPARE DELPHI ORG DOCS
                                      ISSUES LIST (1.5).

GARCIA KR        08/29/07      3.20   INTERIM REVISIONS TO DELPHI CHARTER
                                      (1.7) AND BYLAWS (1.5) BASED ON
                                      TELECONFERENCE WITH WHITE & CASE.

GARCIA KR        08/30/07      3.70   REVISIONS TO DELPHI REG RIGHTS AGT
                                      (0.7); REVIEW OF DELPHI CERT OF
                                      DESIGNATIONS (1.0); MARK-UP OF DELPHI
                                      STOCKHOLDERS AGT (2.0).

GARCIA KR        08/31/07      5.70   MARK-UP OF CERTIFICATE OF DESIGNATIONS
                                      FOR DELPHI (INCLUDING REVIEW OF
                                      PRECEDENTS) (5.7).

                               28.00

GARTNER M        08/19/07      0.70   CORRESPOND WITH WORKING GROUP RE:
                                      REVIEW OF REDACTIONS FOR DISCLOSURE
                                      LETTER AND FOLLOW UP (0.7).

GARTNER M        08/20/07      1.20   CORRESPOND WITH WORKING GROUP RE:
                                      REVIEW OF DATA ROOM REDACTIONS FOR
                                      DISCLOSURE LETTER (1.2).

GARTNER M        08/21/07      2.30   COORDINATE REVIEW OF REDACTED MATERIAL
                                      FOR PREPARATION OF DISCLOSURE LETTER
                                      (1.1); CORRESPOND RE: RETURN OF
                                      DOCUMENTS (1.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GARTNER M | 08/22/07 | 2.40 | REVIEW REDACTED MATERIAL FOR DISCLOSURE LETTER (2.4). |
| | | **6.60** | |
| GRANT K | 08/06/07 | 5.90 | PREPARE MATERIALS FOR POR WORKING GROUP MEETING (5.9). |
| GRANT K | 08/07/07 | 9.80 | PARTICIPATE IN POR WORKING GROUP MEETING (4.1); DRAFT MATERIALS FOR UPCOMING PLAN INVESTOR PLAN UPDATE MEETING (5.7). |
| GRANT K | 08/08/07 | 5.20 | WORK ON REVISING PLAN AND REVIEW OF SAME (5.2). |
| GRANT K | 08/11/07 | 1.80 | REVIEW PLAN (1.8). |
| GRANT K | 08/12/07 | 5.10 | CONTINUE TO REVIEW AND REVISE PLAN (5.1). |
| GRANT K | 08/14/07 | 5.40 | CONTINUE TO WORK ON DRAFT PLAN AND DISCLOSURE STATEMENT AND EXHIBITS TO SAME (4.6) AND PREPARE FOR UPCOMING POR WORKING GROUP MEETING (0.8). |
| GRANT K | 08/15/07 | 3.40 | STRATEGY CONFERENCE RE: TREATMENT OF MDL CLAIMS UNDER THE PLAN (1.7); PREPARE FOR AND ATTEND POR WORKING GROUP MEETING (1.7). |
| GRANT K | 08/16/07 | 3.30 | CONTINUE TO WORK ON PLAN OF REORGANIZATION (3.3). |
| GRANT K | 08/17/07 | 3.20 | CONTINUE TO WORK ON PLAN (3.2). |
| GRANT K | 08/21/07 | 2.30 | RESEARCH RE: RATE OF POSTPETITION INTEREST UNDER THE PLAN (2.3). |
| GRANT K | 08/22/07 | 13.60 | CONTINUE TO WORK ON REVISING DISCLOSURE STATEMENT AND PLAN (4.4); RECEIVE AND ANALYZE COMMENTS TO SAME FROM CONSTITUENTS (6.5) AND PREPARE MATERIALS RE: SAME FOR POR WORKING GROUP MEETING (2.7). |
| GRANT K | 08/23/07 | 7.70 | POR WORKING GROUP MEETING (4.2) AND PLAN TEAM REVIEW OF COMMENTS RECEIVED TO PLAN (3.5). |
| GRANT K | 08/26/07 | 3.80 | PREPARATION OF MATERIALS FOR POR WORKING GROUP MEETING (3.8). |
| GRANT K | 08/27/07 | 11.70 | POR WORKING GROUP MEETING (2.0); CONTINUE TO WORK ON REVISING PLAN AND EXHIBITS THERETO FOR STAKEHOLDER DISTRIBUTION (9.7). |
| GRANT K | 08/29/07 | 3.60 | CONTINUE TO WORK ON PLAN (3.6). |
| GRANT K | 08/30/07 | 6.80 | CONTINUE TO WORK ON REVISIONS TO PLAN (6.8). |

**92.60**

B43E

| GUZZARDO J | 08/01/07 | 2.90 | COMPILE AND ASSIST WITH EXHIBIT LISTS AND GATHERING OF EXHIBITS IN CONNECTION WITH EPCA HEARING (2.9). |
|---|---|---|---|
| GUZZARDO J | 08/27/07 | 3.70 | ATTENTION TO EPCA PRIVILEGE LOG (3.7). |
| GUZZARDO J | 08/28/07 | 2.00 | ATTENTION TO EPCA PRIVILEGE LOG (2.0). |
| GUZZARDO J | 08/29/07 | 2.20 | ATTENTION TO EPCA PRIVILEGE LOG (2.2). |
| GUZZARDO J | 08/30/07 | 1.50 | ATTENTION TO EPCA PRIVILEGE LOG (1.5). |
| GUZZARDO J | 08/31/07 | 0.10 | ATTENTION TO EPCA PRIVILEGE LOG (0.1). |
| | | **12.40** | |
| HALPER A | 08/02/07 | 2.10 | DISCUSS ISSUES AND PREPARE EPCA AND RELATED DOCUMENTS FOR EXECUTION (2.1). |
| HALPER A | 08/03/07 | 2.00 | REVIEW FINAL EXECUTED EPCA DOCUMENTS (1.3); REVIEW AND ANALYZE HIGHLAND CORRESPONDENCE (0.7). |
| HALPER A | 08/04/07 | 0.90 | REVIEW EPCA AND OTHER DOCUMENTS AND PROPERLY FILING AND ORGANIZING DOCUMENTS (0.9). |
| HALPER A | 08/07/07 | 8.70 | DRAFT CERTIFICATE OF INCORPORATION (8.7). |
| HALPER A | 08/08/07 | 8.90 | REVISE CERTIFICATE OF INCORPORATION AND BYLAWS (8.9). |
| HALPER A | 08/09/07 | 9.10 | REVISE CERTIFICATE OF INCORPORATION AND BYLAWS (9.1). |
| HALPER A | 08/10/07 | 6.20 | REVISE BYLAWS AND COI (6.2). |
| HALPER A | 08/11/07 | 8.30 | REVISE BYLAWS AND CERTIFICATE OF INCORPORATION AND MARKUP TERM SHEET (8.3). |
| HALPER A | 08/12/07 | 1.90 | REVIEW COI AND BYLAWS INCLUDING INTERNET AVAILABILITY OF PROXY MATERIALS (0.9); REVIEW DRAFT POR (1.0). |
| HALPER A | 08/13/07 | 6.40 | REVIEW AND REVISE BYLAWS AND COI AND DISCUSS ISSUES WITH DELAWARE COUNSEL (5.8); REVIEW AND MARK-UP PREFERRED STOCK TERM SHEET TO CONFIRM ALL DOCUMENTS INCLUDED (0.6). |
| HALPER A | 08/14/07 | 3.80 | REVIEW MATERIALS AND DISCUSS ISSUES RELATED TO INTERNATIONAL COMPETITION FILING (1.3), REVIEW AND REVISE KEY MESSAGES (2.5). |
| HALPER A | 08/15/07 | 14.20 | REVISE AND REVIEW DISCLOSURE LETTER (4.8); DISCUSS COI AND BYLAWS S. DANIELS AND M. LOEB (3.2); REVISE COI AND BYLAWS (6.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HALPER A          08/16/07      14.60   REVISE COI AND BYLAWS AND DISCUSS ISSUES
                                        WITH M. LOEB S. DANIELS (6.5); REVISE
                                        DISCLOSURE LETTER (6.5); REVIEW SUMMARY
                                        OR STOCK AND WARRANTS AND RELATED ISSUES
                                        (2.2).

HALPER A          08/17/07      13.10   REVIEW DISCLOSURE LETTER AND CONTACT
                                        VARIOUS DELPHI EMPLOYEES (7.2); CREATE
                                        DISCLOSURE LETTER WAIVER LETTER (1.4);
                                        REVIEW AND REVISE BYLAWS AND COI (4.5).

HALPER A          08/18/07       4.00   REVIEW AND REVISE DISCLOSURE LETTER
                                        (3.3).

HALPER A          08/19/07       0.90   REVIEW AND REVISE POR SECTION ON
                                        PREFERRED STOCK (0.9).

HALPER A          08/20/07       6.20   REVIEW AND DISCUSS ISSUES CONCERNING
                                        DISCLOSURE LETTER (6.2).

HALPER A          08/21/07       8.20   REVIEW AND REVISE DISCLOSURE LETTER AND
                                        DISCUSS ISSUES WITH NUMEROUS
                                        SPECIALISTS AT DELPHI (6.9); REVISE
                                        WAIVER LETTER (1.3).

HALPER A          08/22/07      11.70   REVIEW AND REVISE DISCLOSURE LETTER,
                                        INCLUDING DISCUSSING ISSUES WITH DELPHI
                                        (9.3); REVISE DISCLOSURE LETTER STATUS
                                        CHECKLIST (0.8), REVIEW AND DISCUSS
                                        ISSUES RELATING TO WAIVER LETTER,
                                        INCLUDING ORGANIZING DISTRIBUTION
                                        (0.8); REVISE PROPOSED BYLAWS (0.8).

HALPER A          08/23/07      10.30   REVIEW ISSUES RELATING TO THE
                                        CERTIFICATE OF INCORPORATION AND BYLAWS
                                        (2.4); CREATE INITIAL NOTES ON CONCERNS
                                        WITH COI AND BYLAWS AND RESEARCH
                                        PRECEDENT ON CERTIFICATE OF
                                        DESIGNATIONS (3.2); REVIEW, REVISE AND
                                        DISCUSS WITH NUMEROUS PEOPLE AT DELPHI
                                        ISSUES RELATING TO THE DISCLOSURE
                                        LETTER (4.7).

HALPER A          08/24/07       6.60   REVIEW BYLAWS AND COI DRAFTS AND PREPARE
                                        ISSUES LIST FROM MARK-UP PREPARED BY
                                        WHITE & CASE (4.7); REVIEW AND REVISE
                                        DISCLOSURE LETTER AND SPEAK WITH
                                        VARIOUS DELPHI EMPLOYEES (1.9).

                                148.10

HARDIN AS         08/01/07       2.50   ATTEND WORKING GROUP MEETING ON MATTERS
                                        RELATED TO PLAN (2.5).

HARDIN AS         08/03/07       0.40   WORKING GROUP CONFERENCE CALL RE:
                                        MATTERS RELATED TO PLAN (0.4).

HARDIN AS         08/06/07       0.50   TELECONFERENCE AND EMAIL EXCHANGE WITH
                                        N. LAZAROVA RE: NON-U.S. REGULATORY
                                        MATTERS (0.5).

HARDIN AS         08/13/07       0.60   TELECONFERENCE WITH B. HORSTMANN RE:
                                        NON-U.S. REGULATORY ISSUE (0.6).

HARDIN AS         08/24/07       0.40   WORKING GROUP EMAIL EXCHANGE RE: PLAN
                                        EXHIBITS (0.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HARDIN AS       08/29/07     0.40  WORKING GROUP EMAIL EXCHANGE AND
                                   CONFERENCE CALL RE: PLAN PROVISIONS
                                   CONCERNING CONFIRMATION ORDER (0.4).

                             4.80

HERRIOTT AV     08/01/07     1.50  DRAFT EXHIBIT LIST FOR PLAN OF
                                   REORGANIZATION AND DISCLOSURE
                                   STATEMENT (1.5).

HERRIOTT AV     08/02/07     2.60  BEGIN RESEARCH RE: SALES OF ASSETS
                                   PURSUANT TO A PLAN OF REORGANIZATION OR
                                   POST CONFIRMATION (2.6).

HERRIOTT AV     08/03/07     7.50  CONTINUE CONDUCTING RESEARCH RE: TIMING
                                   OF ASSET SALES WITH PLAN CONFIRMATION
                                   (7.5).

HERRIOTT AV     08/04/07     0.50  CONTINUE RESEARCH RE: SALES OF ASSETS
                                   PURSUANT TO A PLAN OF REORGANIZATION OR
                                   POST CONFIRMATION (0.5).

HERRIOTT AV     08/05/07     2.90  DRAFT CHART OF PROPOSED POR STRUCTURE
                                   (1.6); CONTINUE RESEARCH RE: SALES OF
                                   ASSETS PURSUANT TO A PLAN OF
                                   REORGANIZATION OR POSTCONFIRMATION
                                   (1.3).

HERRIOTT AV     08/06/07     3.10  CONTINUE RESEARCH RE: SALES OF ASSETS
                                   PURSUANT TO A PLAN OF REORGANIZATION OR
                                   POSTCONFIRMATION (3.1).

HERRIOTT AV     08/07/07     0.60  CONTINUE RESEARCH RE: ASSET SALES IN
                                   PLANS OF REORGANIZATION (0.6).

HERRIOTT AV     08/09/07     1.90  REVIEW AND REVISE PLAN OF
                                   REORGANIZATION (1.9).

HERRIOTT AV     08/14/07     0.70  CONDUCT FOLLOW UP RE: SALE OF ASSETS
                                   RESEARCH IN THE CONTEXT OF A PLAN OF
                                   REORGANIZATION (0.4); REVIEW AND REVISE
                                   PLAN (0.3).

HERRIOTT AV     08/15/07     3.40  PARTICIPATE IN SENIOR WORKING GROUP
                                   MEETING RE: PLAN OF REORGANIZATION AND
                                   DISCLOSURE STATEMENT (3.3); FOLLOW UP
                                   RE: PLAN ISSUE (0.1).

HERRIOTT AV     08/16/07     1.60  REVIEW AND REVISE DRAFT OF PLAN FOR
                                   DISTRIBUTION TO KEY STAKEHOLDERS (1.6).

HERRIOTT AV     08/22/07     3.00  CHART COMMENTS TO PLAN OF
                                   REORGANIZATION FROM STAKEHOLDERS TO
                                   ASSIST IN UNDERSTANDING THE COMMENTS
                                   AND INCLUDING THEM IN THE DOCUMENT
                                   (3.0).

HERRIOTT AV     08/23/07     4.40  PARTICIPATE IN WORKING GROUP MEETING
                                   RE: THE PLAN AND DISCLOSURE STATEMENT
                                   (2.6); REVIEW AND INCORPORATE PLAN
                                   REVIEW COMMENTS (1.8).

HERRIOTT AV     08/27/07     2.10  PARTICIPATE IN WORKING GROUP MEETING
                                   (1.7) AND FOLLOW UP (0.4) RE: COMMENTS
                                   TO THE DRAFT PLAN AND DISCLOSURE
                                   STATEMENT.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HERRIOTT AV        08/30/07        2.50   PARTICIPATE IN WORKING GROUP MEETING
                                          RE: THE PLAN OF REORGANIZATION (2.5).

                                  38.30

HORSTMANN B        08/08/07        0.40   INSTRUCT SEVERAL LOCAL COUNSEL RE: NEW
                                          RESTRUCTURING AGREEMENTS (0.4).

HORSTMANN B        08/11/07        4.80   RE-ORGANIZE FY2006 TURNOVER FIGURES OF
                                          DELPHI (4.8).

HORSTMANN B        08/12/07        2.00   REVISE PURCHASE AGREEMENT AND PREFERRED
                                          STOCK FORM SHEET RE: CONTROL AND ECMR
                                          (2.0).

HORSTMANN B        08/13/07        1.20   PREPARE CALL WITH CANADIAN LOCAL
                                          COUNSEL AND REVIEW TRANSACTION
                                          DOCUMENTS (0.7); REVIEW SUMMARY OF
                                          TURNOVER FIGURES AND VERIFY COUNTRY
                                          CODES (0.5).

HORSTMANN B        08/14/07        1.30   COMMUNICATE WITH M. FUKUDA RE: TURNOVER
                                          SPLIT ON A COUNTRY-BY-COUNTRY BASIS
                                          (0.2); ORGANIZE RE: LOCAL COUNSEL
                                          BILLING (0.2); COMMUNICATE WITH MEXICAN
                                          COUNSEL (0.1); CONFERENCE CALL WITH
                                          CORPORATE COLLEAGUES RE: AGREEMENT
                                          STRUCTURE (0.6); CHECK CONSOLIDATION OF
                                          TURNOVER FIGURES (0.2).

HORSTMANN B        08/16/07        3.00   COMMUNICATE WITH B. FRY RE: TURNOVER
                                          BREAKDOWN (0.3); ADJUST AND
                                          RE-CALCULATE TURNOVER BREAKDOWN (2.6);
                                          SEND BREAKDOWN TO D. ERNST (0.1).

HORSTMANN B        08/23/07        0.30   COMMUNICATE WITH T. LOUKO AND N.
                                          LAZAROVA RE: BRAZIL FILING (0.2); TRY TO
                                          CONTACT BRAZILIAN LOCAL COUNSEL (0.1).

                                  13.00

HOUSTON BM         08/14/07        3.80   RESEARCH ISSUES RE: CLASS VOTING (3.4);
                                          PREPARE INFORMAL SUMMARY OF RESULTS
                                          (0.4).

HOUSTON BM         08/15/07        0.30   REVIEW AND REVISE INFORMAL SUMMARY OF
                                          CLASS VOTING RESEARCH (0.3).

                                   4.10

KAHN MT            08/14/07        1.00   RESEARCH RE: VOTING ON A PLAN AND DRAFT
                                          SUMMARY RE: SAME (1.0).

KAHN MT            08/23/07        1.00   RESEARCH RE: BANKRUPTCY CODE SECTION
                                          502(J) (1.0).

                                   2.00

LOUKO T            08/06/07        0.30   PREPARE AN ANTITRUST ANALYSIS (0.3).

LOUKO T            08/08/07        0.80   PREPARE NON-US ANTITRUST ANALYSIS
                                          (0.8).

LOUKO T            08/09/07        2.10   PREPARE NON-US ANTITRUST ANALYSIS
                                          (2.1).

| | | | |
|---|---|---|---|
| LOUKO T | 08/10/07 | 0.70 | REVIEW AGREEMENTS AND PREPARE NON-US ANTITRUST FILING ANALYSIS (0.7). |
| LOUKO T | 08/13/07 | 1.20 | PREPARE NON-US ANTITRUST ANALYSIS (1.2). |
| LOUKO T | 08/14/07 | 1.30 | ANALYZE DEAL STRUCTURE FOR NON-US ANTITRUST PURPOSES (1.3). |
| LOUKO T | 08/15/07 | 1.50 | PREPARE ANTITRUST ANALYSIS OF A-1 COMPLAINT (1.5). |
| LOUKO T | 08/21/07 | 1.70 | REVIEW 2006 REVENUE DATA AND PREPARE NON-US ANTITRUST FILING ANALYSIS (1.7). |
| LOUKO T | 08/22/07 | 0.90 | PREPARE A NON-US ANTITRUST MERGER FILING ANALYSIS (0.9). |
| LOUKO T | 08/23/07 | 1.00 | PREPARE A NON-US ANTITRUST FILING ANALYSIS AND BRAZILIAN FILING (1.0). |
| LOUKO T | 08/24/07 | 1.20 | PREPARE NON-US ANTITRUST ANALYSIS (1.2). |
| LOUKO T | 08/28/07 | 0.30 | PREPARE NON-US ANTITRUST ANALYSIS (0.3). |

**13.00**

| | | | |
|---|---|---|---|
| OGUNSANYA GO | 08/27/07 | 6.50 | FINALIZE OF EPCA DISCLOSURE LETTER (6.5). |

**6.50**

| | | | |
|---|---|---|---|
| PERL MW | 08/01/07 | 0.50 | TELECONFERENCE WITH R. FLETEMEYER RE: DATA ROOM DOCUMENTS (0.1); REVIEW INDEX AND FOLLOW UP WITH R. FLETEMEYER RE: SAME (0.2); REVIEW CORRESPONDENCE RE: EPCA (0.2). |
| PERL MW | 08/28/07 | 1.80 | REVIEW EPCA AND MOTION TO APPROVE SAME (0.7); REVIEW AND PROVIDE COMMENTS TO BRAZIL ANTITRUST FILING RE: CHANGES TO EPCA (1.1). |
| PERL MW | 08/29/07 | 3.00 | RETRIEVE VARIOUS SCHEDULES AND STATEMENTS OF DASHI ENTITIES (0.6); REVIEW VARIOUS SCHEDULES AND STATEMENTS OF DASHI ENTITIES IN CONNECTION WITH RESTRUCTURING TRANSACTIONS CONTEMPLATED IN PLAN (0.8); REVIEW AND PROVIDE COMMENTS TO BRAZIL ANTITRUST FILING (0.5); PREPARE SUMMARY CHART RE: CHANGES TO EPCAS (1.1). |
| PERL MW | 08/30/07 | 0.60 | REVIEW AND UPDATE SECTION OF PLAN OF REORGANIZATION (0.6). |
| PERL MW | 08/31/07 | 4.20 | REVIEW POR PROVISIONS RE: EXECUTORY CONTRACTS (0.4); DRAFT MEMO FOR BUSINESS PERSONNEL RE: ASSUMPTION (3.8). |

**10.10**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SAMOLE RM | 08/09/07 | 1.90 | RESEARCH RE: BOND MODIFICATION ISSUE (1.5); PREPARE MEMO RE: SAME (0.4). |
| | | **1.90** | |
| STUART NL | 08/01/07 | 7.20 | ATTEND POR WORKING GROUP MEETING (0.6); REVISE POR (3.2); PREPARE FOR EPCA HEARING (1.2); RESEARCH RE: CLAIMS/POR ISSUES (2.2). |
| STUART NL | 08/02/07 | 2.60 | ATTEND EPCA HEARING (0.4); REVIEW AND REVISE POR AND RELATED MATERIALS (2.2). |
| STUART NL | 08/03/07 | 9.30 | PREPARE FOR POR CALL (0.3); PARTICIPATE ON POR CALL WITH ROTHSCHILD RE: POR STRUCTURE (1.3); REVISE POR DISTRIBUTION MECHANICS (3.7); PARTICIPATE ON POR/CLAIMS STRATEGY CALL WITH FTI (2.3); POR RESEARCH RE: CERTAIN CLAIMS TREATMENT (1.7). |
| STUART NL | 08/04/07 | 6.10 | PREPARE FOR POR STRUCTURE CALL WITH ROTHSCHILD (0.4); PARTICIPATE ON POR STRUCTURE CALL WITH ROTHSCHILD (1.4); PREPARE AGENDAS FOR POR MEETINGS (1.6); PREPARE PRESENTATIONS FOR POR MEETINGS (2.7). |
| STUART NL | 08/05/07 | 12.80 | REVISE POR DISTRIBUTION MECHANICS PRESENTATION (4.2); DRAFT MATERIALS FOR POR MEETINGS (5.4); REVISE POR PRESENTATION (1.4); PARTICIPATE IN POR STRUCTURE CALL WITH ROTHSCHILD (0.5); REVISE POR PRESENTATION SLIDES BASED ON CALL (1.3). |
| STUART NL | 08/06/07 | 6.40 | REVISE POR DISTRIBUTION PRESENTATION (1.2); POR MEETING PREPARATION (0.5); RESEARCH RE: POR/363 SALES (0.3); PREPARE MATERIALS FOR POR MEETING (4.4). |
| STUART NL | 08/07/07 | 8.90 | PREPARE FOR MEETING (0.6); ATTEND POR WORKING GROUP MEETING (4.0); REVIEW POR MEETING ISSUES AND BEGIN PLAN REVISIONS ACCORDINGLY (4.3). |
| STUART NL | 08/08/07 | 13.30 | PREPARE PRESENTATION FOR POR WORKING GROUP MEETING (3.8); PREPARE VARIOUS ANCILLARY PRESENTATION DOCUMENTS (1.6); ATTEND APPALOOSA-DELPHI POR WORKING GROUP MEETING (4.0); REVISE POR PRESENTATION FOR JOINT STATUTORY COMMITTEES POR WORKING GROUP (1.2); REVISE POR AND RELATED DOCUMENTS (2.7). |
| STUART NL | 08/09/07 | 5.20 | PREPARE COMMITTEE PRESENTATION (0.7); ATTEND JOINT COMMITTEE POR WORKING GROUP MEETING (1.5); RESEARCH RELATED CERTAIN POR ISSUES (1.7); REVISE POR (1.3). |
| STUART NL | 08/11/07 | 9.30 | REVISE POR BASED ON COMMENTS FROM AUGUST 7, 8 AND 9 DRAFTING SESSIONS (9.3). |

B43E

STUART NL        08/12/07      8.50  REVIEW AND REVISE POR IN PREPARATION FOR
                                     AUGUST 13 INTERNAL DISTRIBUTION (8.5).

STUART NL        08/13/07      5.60  REVIEW AND REVISE POR (1.2); REVIEW
                                     ASPECTS OF CLASSIFICATION RELATED TO
                                     MDL SETTLEMENT (2.7); INTERNAL
                                     DISCUSSION RE: SAME (1.7).

STUART NL        08/14/07     11.30  REVISE POR AND CONSTITUENT DOCUMENTS
                                     (8.2); DRAFT MATERIALS FOR POR WORKING
                                     GROUP MEETING (3.1).

STUART NL        08/15/07      9.30  POR MEETING (3.3); REVISE POR (6.0).

STUART NL        08/16/07     10.10  DRAFT AND REVISE POR (4.7); ADDITIONAL
                                     POR REVISIONS (5.4).

STUART NL        08/17/07     12.20  REVISE POR AND DISTRIBUTE TO
                                     STAKEHOLDERS (12.2).

STUART NL        08/18/07      0.70  REVIEW PLAN (0.7).

STUART NL        08/19/07      4.30  DISTRIBUTE POR DOCUMENTS (1.2); REVIEW
                                     MDL STIPULATION AND POR RELATED ISSUES
                                     AND GENERATE ISSUES RE: SAME (3.1).

STUART NL        08/20/07     10.30  POR DISTRIBUTION LOGISTICS (1.2); POR
                                     DRAFTING (1.3); POR TAX DISCUSSION WITH
                                     COMPANY (0.2); INTERNAL DISCUSSION ON
                                     CERTAIN POR TAX ISSUES (0.4); POR
                                     DRAFTING AND REVISIONS (2.4); REVIEW
                                     AND REVISE MDL STIPULATIONS AND RELATED
                                     DOCUMENTS TO COORDINATE WITH POR
                                     PROVISIONS (4.8).

STUART NL        08/21/07      6.70  REVIEW AND REVISE POR (4.3); REVIEW AND
                                     REVISE MDL RELATED STIPULATIONS (2.4).

STUART NL        08/22/07     10.60  REVIEW AND COMMENT ON MDL SETTLEMENTS
                                     (0.9); INTERNAL POR MEETING (0.4);
                                     REVIEW EXECUTIVE COMPENSATION ISSUES
                                     FOR POR (0.3); REVIEW POR COMMENTS FROM
                                     STAKEHOLDERS (0.4); TELECONFERENCES
                                     WITH STAKEHOLDERS ON POR AND DS (1.3);
                                     UPDATE AND REVISE POR BASED ON
                                     DISCUSSIONS (4.1); ADDITIONAL
                                     REVISIONS AND REVIEW OF MDL MATERIALS
                                     (3.2).

STUART NL        08/23/07     11.60  PREPARE FOR MEETING ON POR AND DS (1.5);
                                     INTERNAL STRATEGY MEETING ON COMMENTS
                                     TO POR/DS (3.0); REVIEW OF PROPOSED
                                     LANGUAGE FOR POR (2.9); REVISE POR
                                     (4.2).

STUART NL        08/24/07      5.90  TELECONFERENCE WITH W&C RE: PLAN (1.4);
                                     REVISE PLAN FOR 8/27 DISTRIBUTION
                                     (4.5).

STUART NL        08/26/07      2.30  POR REVIEW AND REVISIONS (2.3).

STUART NL        08/27/07     12.90  PREPARE MATERIALS FOR MEETING (3.5);
                                     ATTEND INTERNAL POR MEETING (1.2);
                                     REVISE POR FOR AUGUST 27 DISTRIBUTION TO
                                     STAKEHOLDERS (8.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

STUART NL        08/28/07      9.20   REVIEW COMMENTS TO POR (2.3); DRAFT
                                      CHART OF COMMENTS TO POR (1.8); DRAFT
                                      AND REVISE POR (5.1).

STUART NL        08/29/07      6.10   REVIEW STAKEHOLDER COMMENTS TO POR AND
                                      REVISE POR (6.1).

STUART NL        08/30/07     11.90   DISCUSS MDL MECHANICS RELATED TO POR
                                      (0.6); REVISE POR (1.4); ADDITIONAL POR
                                      REVISIONS AND DISCUSSION (5.4);
                                      INTERNAL POR STRATEGY CALL (3.4);
                                      ADDITIONAL POR REVISIONS (1.1).

STUART NL        08/31/07     11.20   UPDATE PLAN TO INCLUDE STAKEHOLDER
                                      COMMENTS AND VARIOUS OTHER REVISIONS
                                      (9.1); REVISE COMMENT CHARTS (2.1).

                             241.80

SUBER KM         08/01/07      4.50   REVIEW THE INTERCOMPANY AGREEMENT AND
                                      THE DELPHI ORGANIZATION CHART TO
                                      DETERMINE THE SCOPE OF THE INTERCOMPANY
                                      AGREEMENT (2.1); DRAFT OUTLINE OF
                                      SUMMARY MEMORANDUM RE: INTERCOMPANY
                                      AGREEMENT (1.6); CONDUCT ADDITIONAL
                                      RESEARCH RE: INTERCOMPANY AGREEMENT
                                      (0.8).

SUBER KM         08/02/07      7.60   COMPLETE ADDITIONAL RESEARCH RE:
                                      INTERCOMPANY AGREEMENT (3.5); COMPLETE
                                      THE SECOND DRAFT OF THE MEMORANDUM ON
                                      THE INTERCOMPANY AGREEMENT (4.1).

SUBER KM         08/03/07      5.30   COMPLETE ADDITIONAL RESEARCH TO FURTHER
                                      REFINE ANALYSIS OF THE INTERCOMPANY
                                      AGREEMENT (0.6); CONFERRED WITH K.
                                      MARAFIOTI, FTI RE: THEIR VIEWS ON THE
                                      INTERCOMPANY AGREEMENT AND HOW DELPHI
                                      AND ITS SUBSIDIARIES HAVE IMPLEMENTED
                                      THE INTERCOMPANY AGREEMENT (0.7);
                                      CONDUCT ADDITIONAL RESEARCH IN
                                      CONNECTION WITH THE INTERCOMPANY
                                      AGREEMENT (2.2); REVISE THE FRAMEWORK
                                      FOR THE INTERCOMPANY AGREEMENT
                                      MEMORANDUM BASED ON CONVERSATION WITH
                                      FTI REPRESENTATIVE (1.8).

SUBER KM         08/04/07      2.40   CONDUCT ADDITIONAL RESEARCH IN
                                      CONNECTION WITH THE INTERCOMPANY
                                      AGREEMENT (2.4).

SUBER KM         08/06/07      7.80   REVISE THE MEMORANDUM ON THE
                                      INTERCOMPANY AGREEMENT (7.8).

SUBER KM         08/07/07      5.60   REVIEW ADDITIONAL RESEARCH IN
                                      CONNECTION WITH THE INTERCOMPANY
                                      AGREEMENT (3.0); REVISE MEMORANDUM IN
                                      LIGHT OF ADDITIONAL INFORMATION AND
                                      RESEARCH (2.6).

SUBER KM         08/10/07      2.80   REVIEW ADDITIONAL CASE LAW IN
                                      CONNECTION WITH THE INTERCOMPANY
                                      AGREEMENT (1.9); REVISE THE MEMORANDUM
                                      RE: THE INTERCOMPANY AGREEMENT (0.9).

                              36.00

B43E

| WHARTON JN | 08/02/07 | 0.90 | CONTINUE TO FORMULATE STRATEGY RE: TREATMENT OF CLAIMS IN PLAN OF REORGANIZATION (0.9). |
|---|---|---|---|
| WHARTON JN | 08/03/07 | 2.80 | CONTINUE TO FORMULATE STRATEGY RE: TREATMENT OF CLAIMS UNDER PLAN (0.5); TELECONFERENCE WITH D. UNRUE AND K. CRAFT OF DELPHI, A. FRANKUM AND T. BEHNKE OF FTI, RE: SAME (2.3). |
| WHARTON JN | 08/06/07 | 0.50 | CONTINUE TO ANALYZE TREATMENT OF CLAIMS UNDER PLAN OF REORGANIZATION (0.5). |
| WHARTON JN | 08/07/07 | 1.10 | TELECONFERENCE WITH DELPHI, SKADDEN, FTI, AND ROTHSCHILD PARTICIPANTS RE: TREATMENT OF CLAIMS UNDER PLAN OF REORGANIZATION (0.7) AND FORMULATE STRATEGY RE: SAME (0.4). |
| WHARTON JN | 08/10/07 | 0.50 | FORMULATE STRATEGY RE: TREATMENT OF RECLAMATION CLAIMS UNDER PLAN OF REORGANIZATION (0.5). |
| WHARTON JN | 08/15/07 | 3.30 | ATTEND MEETING WITH PERSONNEL FROM DELPHI, SKADDEN, FTI AND ROTHSCHILD RE: PLAN OF REORGANIZATION (3.3). |
| WHARTON JN | 08/30/07 | 1.40 | FORMULATE STRATEGY RE: TREATMENT OF CURE CLAIMS (0.5); UNSECURED CLAIMS UNDER PLAN (0.9). |

10.50

**Total Associate** 1,065.00

| ANGELICA CL | 08/21/07 | 9.50 | REVIEW CASE/DEAL DOCUMENTS FOR DELPHI PRODUCTION (9.5). |
|---|---|---|---|
| ANGELICA CL | 08/22/07 | 10.60 | SEARCH FOR REDACTIONS IN DELPHI PRODUCED DOCUMENTS (1.0); DRAFT CHARTS RE: DOCUMENTS REDACTED IN DELPHI PRODUCTION (9.6). |
| ANGELICA CL | 08/23/07 | 3.40 | DRAFT CHARTS RE: DOCUMENTS REDACTED IN DELPHI PRODUCTION (3.4). |

23.50

| CHAVALI A | 08/01/07 | 8.90 | PREPARE EXHIBIT BINDERS FOR EPCA HEARING (2.8); PREPARE EPCA HEARING DEMONSTRATIVES (1.3); FINALIZE AND FILE EPCA AGENDA (0.8); DISTRIBUTE EPCA DECLARATIONS (1.3); COORDINATE SERVICE OF EPCA REPLY (0.5); PREPARE AND REVIEW EPCA HEARING BINDER (2.2). |
|---|---|---|---|
| CHAVALI A | 08/02/07 | 3.30 | ATTEND EPCA HEARING (0.4); ORGANIZE FILES FOR EPCA HEARING (0.4); DISTRIBUTE HEARING MATERIALS (0.8); PREPARE EPCA ORDER FOR SUBMISSION (0.5); DISTRIBUTE EXHIBIT BINDERS (0.5); DISTRIBUTE EPCA HEARING MATERIALS AFTER HEARING (0.7). |
| CHAVALI A | 08/03/07 | 0.80 | DISTRIBUTE EPCA ORDER AND RELATED PLEADINGS (0.8). |

211                                                        B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| CHAVALI A | 08/06/07 | 0.40 | DISTRIBUTE EPCA DOCUMENTS IN PREPARATION FOR SEC FILINGS (0.4). |
|---|---|---|---|
| CHAVALI A | 08/09/07 | 2.50 | DISTRIBUTE PLAN PRECEDENT DOCUMENTS (1.3); DISTRIBUTE PLAN/CONFIRMATION HEARING TRANSCRIPTS FROM OTHER SDNY CASES (1.2). |
| CHAVALI A | 08/10/07 | 2.80 | PULL AND DISTRIBUTE DOCUMENTS FOR PLAN AND DISCLOSURE STATEMENT PREPARATION (2.8). |

**18.70**

| DEMMA J | 08/08/07 | 1.10 | UPDATE DUE DILIGENCE FILES (1.1). |
|---|---|---|---|
| DEMMA J | 08/16/07 | 3.10 | PREPARE PRECEDENT RE: PLAN AND DISCLOSURE STATEMENTS FROM VARIOUS CASES (3.1). |
| DEMMA J | 08/17/07 | 7.10 | PREPARE/UPDATE LIST OF RECIPIENTS FOR DRAFT OF PLAN AND DISCLOSURE STATEMENT (1.6); PREPARE EXHIBITS RE: PLAN AND DISCLOSURE STATEMENT (4.1); COORDINATE SERVICE OF PLAN AND DISCLOSURE STATEMENT (1.4). |
| DEMMA J | 08/23/07 | 1.70 | UPDATE DUE DILIGENCE FILES (1.1); PREPARE PLAN AND DISCLOSURE STATEMENT PRECEDENT FOR ATTORNEY REVIEW (0.6). |
| DEMMA J | 08/24/07 | 4.80 | PREPARE/UPDATE LIST OF RECIPIENTS FOR DRAFT OF PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (2.1); COORDINATE PRODUCTION AND SERVICE OF DRAFT PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT WITH VARIOUS VENDOR SERVICES (1.6); PREPARE EXHIBITS FOR DRAFT PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (1.1). |
| DEMMA J | 08/27/07 | 1.10 | PREPARE LIST OF RECEIPENTS FOR DRAFT PLAN AND DISCLOSURE STATEMENT (1.1). |
| DEMMA J | 08/28/07 | 0.60 | COORDINATE DISTRIBUTION OF DRAFT PLAN AND DISCLOSURE STATEMENT FOR AUGUST 31, 2007 (0.6). |

**19.50**

| KLIMEK MV | 08/06/07 | 0.20 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, PLEADINGS, AND ATTORNEY WORK PRODUCT FOR EPCA LITIGATION MATTER (0.2). |
|---|---|---|---|
| KLIMEK MV | 08/07/07 | 1.50 | CONTINUE TO COMPILE RECORD OF POTENTIAL DOCUMENT PRODUCTION IN EPCA LITIGATION (1.5). |
| KLIMEK MV | 08/08/07 | 0.70 | CONTINUE TO COMPILE RECORD OF POTENTIAL DOCUMENT PRODUCTION AND PLEADINGS IN EPCA LITIGATION (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KLIMEK MV | 08/09/07 | 3.70 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, PLEADINGS, DEPOSITION TRANSCRIPTS, BACKGROUND DOCUMENTS, AND DOCUMENT PRODUCTION (3.7). |
| KLIMEK MV | 08/10/07 | 0.30 | CONTINUE TO COMPILE RECORD OF PLEADINGS, MISCELLANEOUS DOCUMENTS, EXPERT REPORTS AND DEPOSITION TRANSCRIPTS (0.3). |
| | | 6.40 | |
| ~~SHRAGO R~~ | ~~08/24/07~~ | ~~2.60~~ | ~~DRAFT PLAN BINDER PRODUCTION (2.6).~~ |
| ~~SHRAGO R~~ | ~~08/31/07~~ | ~~0.30~~ | ~~COMMUNICATE WITH KCC RE: PLAN AND DISCLOSURE STATEMENT (0.3).~~ |
| | | ~~2.90~~ | |
| ZSOLDOS AF | 08/01/07 | 0.50 | ELECTRONICALLY FILE REPLY TO STATEMENT TO EPCA BETWEEN APPALOOSA AND DELPHI (0.5). |
| ZSOLDOS AF | 08/02/07 | 4.10 | FINAL PREPARATION FOR ATTENDANCE AND PARTICIPATION AT FRAMEWORK HEARING (4.1). |
| ZSOLDOS AF | 08/14/07 | 1.90 | COORDINATE VARIOUS MATERIALS AND ASSISTANCE AT PLAN/DISCLOSURE STATEMENT MEETINGS (1.9). |
| ZSOLDOS AF | 08/27/07 | 3.10 | COORDINATE POR PRODUCTION AND DISTRIBUTION (3.1). |
| | | 9.60 | |
| **Total Legal Assistant** | | **80.60** | |
| ~~SOLOMON CC~~ | ~~08/14/07~~ | ~~2.50~~ | ~~ORGANIZE DELPHI CORPORATION: REORGANIZATION PLAN (2.5).~~ |
| | | ~~2.50~~ | |
| WORSCHECK TM | 08/08/07 | 0.80 | PREPARE PLAN DOCUMENTS FOR ATTORNEY REVIEW (0.8). |
| WORSCHECK TM | 08/22/07 | 0.30 | PREPARE DOCUMENT FOR ATTORNEY REVIEW (0.3). |
| | | 1.10 | |
| **Total Legal Assistant Support** | | **3.60** | |
| **TOTAL TIME** | | **1,578.90** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**
**Reorganization Plan / Plan Sponsors**

**Bill Date: 09/30/07**
**Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/02/07 | Campanario ND | 692.53 |
| Air/Rail Travel - vendor feed | 08/02/07 | Hogan III AL | 718.42 |
| Air/Rail Travel - vendor feed | 08/02/07 | Hogan III AL | 16.06 |
| Air/Rail Travel - vendor feed | 08/02/07 | Stuart NL | 692.53 |
| Air/Rail Travel - vendor feed | 08/02/07 | Stuart NL | 647.53 |
| Air/Rail Travel - vendor feed | 08/03/07 | MacDonald N | -547.96 |
| Air/Rail Travel - vendor feed | 08/03/07 | MacDonald N | 547.96 |
| Air/Rail Travel - vendor feed | 08/06/07 | Panagakis GN | 328.37 |
| Air/Rail Travel - vendor feed | 08/06/07 | Panagakis GN | 91.99 |
| Air/Rail Travel - vendor feed | 08/06/07 | Stuart NL | 122.12 |
| Air/Rail Travel - vendor feed | 08/06/07 | Stuart NL | 512.38 |
| Air/Rail Travel - vendor feed | 08/06/07 | Panagakis GN | -91.99 |
| Air/Rail Travel - vendor feed | 08/06/07 | Panagakis GN | -161.29 |
| Air/Rail Travel - vendor feed | 08/07/07 | Stuart NL | 474.09 |
| Air/Rail Travel - vendor feed | 08/07/07 | Panagakis GN | 514.41 |
| Air/Rail Travel - vendor feed | 08/07/07 | Stuart NL | 514.41 |
| Air/Rail Travel - vendor feed | 08/07/07 | Panagakis GN | 514.41 |
| Air/Rail Travel - vendor feed | 08/07/07 | Stuart NL | -474.09 |
| Air/Rail Travel - vendor feed | 08/07/07 | Stuart NL | 559.41 |
| Air/Rail Travel - vendor feed | 08/09/07 | Panagakis GN | 501.69 |
| Air/Rail Travel - vendor feed | 08/09/07 | Stuart NL | 647.53 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/09/07 | Panagakis GN | 145.84 |
| Air/Rail Travel - vendor feed | 08/13/07 | Ramlo K | 2,611.86 |
| Air/Rail Travel - vendor feed | 08/14/07 | Panagakis GN | 1,556.53 |
| Air/Rail Travel - vendor feed | 08/14/07 | Grant K | 1,069.73 |
| Air/Rail Travel - vendor feed | 08/14/07 | Stuart NL | 1,069.73 |
| Air/Rail Travel - vendor feed | 08/14/07 | Panagakis GN | -241.00 |
| Air/Rail Travel - vendor feed | 08/14/07 | Panagakis GN | -600.13 |
| Air/Rail Travel - vendor feed | 08/17/07 | Panagakis GN | 722.16 |
| Air/Rail Travel - vendor feed | 08/18/07 | Stuart NL | 517.08 |
| Air/Rail Travel - vendor feed | 08/18/07 | Grant K | 562.08 |
| Air/Rail Travel - vendor feed | 08/20/07 | Bolton IS | 646.77 |
| Air/Rail Travel - vendor feed | 08/20/07 | Bolton IS | -219.24 |
| Air/Rail Travel - vendor feed | 08/21/07 | Angelica CL | 514.41 |
| Air/Rail Travel - vendor feed | 08/22/07 | Panagakis GN | 462.41 |
| Air/Rail Travel - vendor feed | 08/22/07 | Stuart NL | 500.81 |
| Air/Rail Travel - vendor feed | 08/22/07 | Panagakis GN | -417.41 |
| Air/Rail Travel - vendor feed | 08/22/07 | Stuart NL | -455.81 |
| Air/Rail Travel - vendor feed | 08/23/07 | Angelica CL | 566.41 |
| Air/Rail Travel - vendor feed | 08/23/07 | Bolton IS | 480.41 |
| Air/Rail Travel - vendor feed | 08/26/07 | Stuart NL | 443.81 |
| Air/Rail Travel - vendor feed | 08/26/07 | Panagakis GN | 124.40 |
| Air/Rail Travel - vendor feed | 08/27/07 | Stuart NL | 167.12 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/27/07 | Panagakis GN | 169.40 |
| Air/Rail Travel - vendor feed | 08/27/07 | Panagakis GN | 167.12 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$17,385.00** |
| In-house Reproduction | 08/03/07 | Copy Center, D | 2.30 |
| In-house Reproduction | 08/03/07 | Copy Center, D | 1,945.42 |
| In-house Reproduction | 08/03/07 | Copy Center, D | 2,106.33 |
| In-house Reproduction | 08/03/07 | Silva FM | 197.01 |
| In-house Reproduction | 08/03/07 | DeJesus E | 42.10 |
| In-house Reproduction | 08/03/07 | Alexander LD | 1.00 |
| In-house Reproduction | 08/03/07 | Morel BA | 121.11 |
| In-house Reproduction | 08/03/07 | Morel BA | 121.11 |
| In-house Reproduction | 08/03/07 | Morel BA | 1,211.07 |
| In-house Reproduction | 08/07/07 | Copy Center, D | 9.10 |
| In-house Reproduction | 08/07/07 | Copy Center, D | 297.11 |
| In-house Reproduction | 08/10/07 | Copy Center, D | 6.50 |
| In-house Reproduction | 08/10/07 | Copy Center, D | 3.00 |
| In-house Reproduction | 08/14/07 | Copy Center, D | 29.50 |
| In-house Reproduction | 08/14/07 | Copy Center, D | 659.04 |
| In-house Reproduction | 08/17/07 | Copy Center, D | 50.60 |
| In-house Reproduction | 08/17/07 | Copy Center, D | 2.10 |
| In-house Reproduction | 08/21/07 | Copy Center, D | 9.00 |
| In-house Reproduction | 08/21/07 | Copy Center, D | 118.01 |
| In-house Reproduction | 08/23/07 | Paz J | 249.02 |
| In-house Reproduction | 08/23/07 | Paz J | 249.02 |
| In-house Reproduction | 08/23/07 | Paz J | 252.02 |
| In-house Reproduction | 08/23/07 | Paz J | 252.02 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| In-house Reproduction | 08/24/07 | Copy Center, D | 63.40 |
| In-house Reproduction | 08/24/07 | Copy Center, D | 110.81 |
| In-house Reproduction | 08/28/07 | Copy Center, D | 7.50 |
| In-house Reproduction | 08/28/07 | Copy Center, D | 20.50 |
| In-house Reproduction | 08/31/07 | Copy Center, D | 0.40 |
| In-house Reproduction | 08/31/07 | Copy Center, D | 76.70 |
| In-house Reproduction | 08/31/07 | Copy Center, D | 0.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$8,213.00** |
| Non-standard/Outside Reproduction | 08/18/07 | Landmark Document Services | 1,501.48 |
| Non-standard/Outside Reproduction | 08/23/07 | Bolton IS | 465.75 |
| Non-standard/Outside Reproduction | 08/24/07 | Landmark Document Services | 2,860.21 |
| Non-standard/Outside Reproduction | 08/28/07 | Landmark Document Services | 13,432.99 |
| Non-standard/Outside Reproduction | 08/30/07 | Landmark Document Services | 496.46 |
| Non-standard/Outside Reproduction | 08/31/07 | Landmark Document Services | 19,173.11 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$37,930.00** |
| Lexis/Nexis | 08/03/07 | Qiu SX | 6.77 |
| Lexis/Nexis | 08/03/07 | Herriott AV | 14.84 |
| Lexis/Nexis | 08/16/07 | Halper A | 5.12 |
| Lexis/Nexis | 08/16/07 | Bolton IS | 526.97 |
| Lexis/Nexis | 08/23/07 | Kahn MT | 225.30 |
| | | **TOTAL LEXIS/NEXIS** | **$779.00** |
| Westlaw | 08/01/07 | Suber KM | 620.07 |
| Westlaw | 08/02/07 | Suber KM | 601.19 |
| Westlaw | 08/02/07 | Herriott AV | 286.80 |
| Westlaw | 08/03/07 | Herriott AV | 522.31 |
| Westlaw | 08/06/07 | Herriott AV | 285.75 |
| Westlaw | 08/06/07 | Suber KM | 55.95 |
| Westlaw | 08/07/07 | Suber KM | 113.10 |
| Westlaw | 08/07/07 | Yates EA | 18.66 |
| Westlaw | 08/09/07 | Samole RM | 372.89 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Westlaw | 08/09/07 | Grant K | 229.74 |
| Westlaw | 08/12/07 | Suber KM | 42.00 |
| Westlaw | 08/13/07 | Samole RM | 520.03 |
| Westlaw | 08/14/07 | Samole RM | 559.83 |
| Westlaw | 08/14/07 | Houston BM | 231.66 |
| Westlaw | 08/15/07 | Samole RM | 154.84 |
| Westlaw | 08/15/07 | Grant K | 40.61 |
| Westlaw | 08/16/07 | Samole RM | 327.68 |
| Westlaw | 08/16/07 | Singh VK | 37.21 |
| Westlaw | 08/21/07 | Stuart NL | 10.30 |
| Westlaw | 08/21/07 | Grant K | 105.74 |
| Westlaw | 08/30/07 | Platt SJ | 50.82 |
| Westlaw | 08/31/07 | Platt SJ | 134.82 |
| | | **TOTAL WESTLAW** | **$5,322.00** |
| Reproduction - color | 08/01/07 | Copy Center, D | 315.00 |
| Reproduction - color | 08/03/07 | Copy Center, D | 1.00 |
| Reproduction - color | 08/06/07 | Copy Center, D | 97.50 |
| Reproduction - color | 08/10/07 | Copy Center, D | 934.50 |
| Reproduction - color | 08/10/07 | Copy Center, D | 34.50 |
| Reproduction - color | 08/11/07 | Copy Center, D | 321.00 |
| Reproduction - color | 08/13/07 | Copy Center, D | 126.00 |
| Reproduction - color | 08/13/07 | Copy Center, D | -126.00 |
| Reproduction - color | 08/13/07 | Copy Center, D | 428.00 |
| Reproduction - color | 08/14/07 | Copy Center, D | 27.00 |
| Reproduction - color | 08/14/07 | Copy Center, D | 4,883.50 |
| Reproduction - color | 08/14/07 | Copy Center, D | 58.00 |
| Reproduction - color | 08/14/07 | Copy Center, D | 1,137.50 |
| Reproduction - color | 08/15/07 | Copy Center, D | 420.00 |
| Reproduction - color | 08/17/07 | Copy Center, D | 1.00 |
| Reproduction - color | 08/17/07 | Copy Center, D | 1,125.50 |
| Reproduction - color | 08/21/07 | Copy Center, D | 4,042.50 |
| Reproduction - color | 08/26/07 | Copy Center, D | 6.00 |
| Reproduction - color | 08/28/07 | Copy Center, D | 6.00 |
| Reproduction - color | 08/31/07 | Copy Center, D | 7,751.50 |

**TOTAL REPRODUCTION - COLOR**     **$21,590.00**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Vendor Hosted Telecon- ferencing | 08/08/07 | Teleconferencing Services, LLC | 2.04 |
| Vendor Hosted Telecon- ferencing | 08/08/07 | Teleconferencing Services, LLC | 47.53 |
| Vendor Hosted Telecon- ferencing | 08/09/07 | Teleconferencing Services, LLC | 5.52 |
| Vendor Hosted Telecon- ferencing | 08/10/07 | Teleconferencing Services, LLC | 4.56 |
| Vendor Hosted Telecon- ferencing | 08/15/07 | Teleconferencing Services, LLC | 31.21 |
| Vendor Hosted Telecon- ferencing | 08/15/07 | Teleconferencing Services, LLC | 24.79 |
| Vendor Hosted Telecon- ferencing | 08/16/07 | Teleconferencing Services, LLC | 24.25 |
| Vendor Hosted Telecon- ferencing | 08/22/07 | Teleconferencing Services, LLC | 3.60 |
| Vendor Hosted Telecon- ferencing | 08/28/07 | Teleconferencing Services, LLC | 28.45 |
| Vendor Hosted Telecon- ferencing | 08/30/07 | Teleconferencing Services, LLC | 2.88 |
| Vendor Hosted Telecon- ferencing | 08/30/07 | Teleconferencing Services, LLC | 10.50 |
| Vendor Hosted Telecon- ferencing | 08/30/07 | Teleconferencing Services, LLC | 0.54 |
| Vendor Hosted Telecon- ferencing | 08/31/07 | Teleconferencing Services, LLC | 157.13 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$343.00** |
| Air/Rail Travel (external) | 08/05/07 | Butler, Jr. J | 199.48 |
| Air/Rail Travel (external) | 08/08/07 | Butler, Jr. J | 409.86 |
| Air/Rail Travel (external) | 08/14/07 | Butler, Jr. J | 334.43 |
| Air/Rail Travel (external) | 08/19/07 | Butler, Jr. J | 119.49 |
| Air/Rail Travel (external) | 08/26/07 | Butler, Jr. J | 59.74 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$1,123.00** |
| Out-of-Town Travel | 08/01/07 | Hogan III AL | 1,778.08 |
| Out-of-Town Travel | 08/02/07 | MacDonald N | 25.00 |
| Out-of-Town Travel | 08/02/07 | Stuart NL | 938.90 |
| Out-of-Town Travel | 08/02/07 | Stuart NL | 18.50 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Travel | 08/02/07 | Garner LP | 1,831.08 |
| Out-of-Town Travel | 08/02/07 | Garner LP | 40.00 |
| Out-of-Town Travel | 08/03/07 | MacDonald N | 2,318.20 |
| Out-of-Town Travel | 08/03/07 | MacDonald N | 40.00 |
| Out-of-Town Travel | 08/03/07 | MacDonald N | 40.00 |
| Out-of-Town Travel | 08/03/07 | Campanario ND | 2,392.65 |
| Out-of-Town Travel | 08/03/07 | Campanario ND | 25.00 |
| Out-of-Town Travel | 08/03/07 | Campanario ND | 30.85 |
| Out-of-Town Travel | 08/03/07 | Campanario ND | 25.00 |
| Out-of-Town Travel | 08/05/07 | Butler, Jr. J | 129.54 |
| Out-of-Town Travel | 08/05/07 | Butler, Jr. J | 344.99 |
| Out-of-Town Travel | 08/05/07 | Butler, Jr. J | 27.00 |
| Out-of-Town Travel | 08/07/07 | Stuart NL | 224.87 |
| Out-of-Town Travel | 08/07/07 | Stuart NL | 114.17 |
| Out-of-Town Travel | 08/07/07 | Panagakis GN | 224.87 |
| Out-of-Town Travel | 08/07/07 | Panagakis GN | 90.00 |
| Out-of-Town Travel | 08/08/07 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 08/08/07 | Butler, Jr. J | 405.46 |
| Out-of-Town Travel | 08/08/07 | Butler, Jr. J | 8.47 |
| Out-of-Town Travel | 08/09/07 | Stuart NL | 50.00 |
| Out-of-Town Travel | 08/09/07 | Stuart NL | 903.99 |
| Out-of-Town Travel | 08/09/07 | Butler, Jr. J | 180.00 |
| Out-of-Town Travel | 08/09/07 | Butler, Jr. J | 90.00 |
| Out-of-Town Travel | 08/09/07 | Panagakis GN | 82.00 |
| Out-of-Town Travel | 08/09/07 | Panagakis GN | 918.94 |
| Out-of-Town Travel | 08/14/07 | Butler, Jr. J | 8.00 |
| Out-of-Town Travel | 08/14/07 | Butler, Jr. J | 190.06 |
| Out-of-Town Travel | 08/14/07 | Butler, Jr. J | 9.75 |
| Out-of-Town Travel | 08/17/07 | Panagakis GN | 1,300.81 |
| Out-of-Town Travel | 08/17/07 | Stuart NL | 1,450.54 |
| Out-of-Town Travel | 08/18/07 | Stuart NL | 444.52 |
| Out-of-Town Travel | 08/18/07 | Panagakis GN | 90.00 |
| Out-of-Town Travel | 08/18/07 | Grant K | 1,924.95 |
| Out-of-Town Travel | 08/19/07 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 08/19/07 | Butler, Jr. J | 100.95 |
| Out-of-Town Travel | 08/19/07 | Butler, Jr. J | 230.00 |
| Out-of-Town Travel | 08/21/07 | Angelica CL | 445.72 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Out-of-Town Travel | 08/21/07 | Angelica CL | 322.16 |
| Out-of-Town Travel | 08/23/07 | Meisler RE | 19.88 |
| Out-of-Town Travel | 08/23/07 | Meisler RE | 459.47 |
| Out-of-Town Travel | 08/23/07 | Meisler RE | 13.00 |
| Out-of-Town Travel | 08/23/07 | Bolton IS | 385.21 |
| Out-of-Town Travel | 08/23/07 | Meisler RE | 153.90 |
| Out-of-Town Travel | 08/23/07 | Bolton IS | 606.80 |
| Out-of-Town Travel | 08/24/07 | Bolton IS | 306.65 |
| Out-of-Town Travel | 08/26/07 | Butler, Jr. J | 53.66 |
| Out-of-Town Travel | 08/26/07 | Butler, Jr. J | 10.25 |
| Out-of-Town Travel | 08/26/07 | Butler, Jr. J | 1.25 |
| Out-of-Town Travel | 08/26/07 | Butler, Jr. J | 165.50 |
| Out-of-Town Travel | 08/26/07 | Stuart NL | 90.00 |
| Out-of-Town Travel | 08/27/07 | Stuart NL | 216.00 |
| Out-of-Town Travel | 08/27/07 | Stuart NL | 116.25 |
| Out-of-Town Travel | 08/27/07 | Stuart NL | 50.00 |
| Out-of-Town Travel | 08/27/07 | Panagakis GN | 52.00 |
| Out-of-Town Travel | 08/27/07 | Panagakis GN | 202.27 |
| Out-of-Town Travel | 08/30/07 | Panagakis GN | 449.49 |
| Out-of-Town Travel | 08/30/07 | Panagakis GN | 38.00 |
| Out-of-Town Travel | 08/31/07 | Meisler RE | 119.87 |
| Out-of-Town Travel | 08/31/07 | Meisler RE | 404.53 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$23,750.00** |
| Messengers/ Courier | 08/01/07 | Dist Serv/Mail/Page, D | 23.38 |
| Messengers/ Courier | 08/01/07 | Dist Serv/Mail/Page, D | 10.51 |
| Messengers/ Courier | 08/01/07 | Dist Serv/Mail/Page, D | 10.51 |
| Messengers/ Courier | 08/02/07 | Dist Serv/Mail/Page, D | 23.49 |
| Messengers/ Courier | 08/03/07 | Dist Serv/Mail/Page, D | 36.56 |
| Messengers/ Courier | 08/03/07 | Dist Serv/Mail/Page, D | 16.32 |
| Messengers/ Courier | 08/03/07 | Dist Serv/Mail/Page, D | 16.32 |
| Messengers/ Courier | 08/06/07 | Dist Serv/Mail/Page, D | 73.30 |
| Messengers/ Courier | 08/07/07 | OSMIO | 13.70 |
| Messengers/ Courier | 08/07/07 | OSMIO | 6.00 |
| Messengers/ Courier | 08/07/07 | Dist Serv/Mail/Page, D | 11.06 |
| Messengers/ Courier | 08/08/07 | Dist Serv/Mail/Page, D | 13.06 |
| Messengers/ Courier | 08/13/07 | Dist Serv/Mail/Page, D | 104.99 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | | |
|---|---|---|---|---|
| Messengers/ Courier | 08/14/07 | Dist Serv/Mail/Page, D | | 36.51 |
| Messengers/ Courier | 08/16/07 | Dist Serv/Mail/Page, D | | 10.56 |
| Messengers/ Courier | 08/17/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/17/07 | Dist Serv/Mail/Page, D | | 30.32 |
| Messengers/ Courier | 08/17/07 | Dist Serv/Mail/Page, D | | 27.82 |
| Messengers/ Courier | 08/17/07 | Dist Serv/Mail/Page, D | | 31.85 |
| Messengers/ Courier | 08/18/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/18/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/18/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/18/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/18/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/18/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/18/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/18/07 | Dist Serv/Mail/Page, D | | 13.34 |
| Messengers/ Courier | 08/18/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/19/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/20/07 | Dist Serv/Mail/Page, D | | 9.87 |
| Messengers/ Courier | 08/26/07 | Arrow Messenger Svc | | 62.31 |
| Messengers/ Courier | 08/28/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/28/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/28/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/28/07 | Dist Serv/Mail/Page, D | | 13.34 |
| Messengers/ Courier | 08/28/07 | Dist Serv/Mail/Page, D | | 13.34 |
| Messengers/ Courier | 08/28/07 | Dist Serv/Mail/Page, D | | 19.51 |
| Messengers/ Courier | 08/28/07 | Dist Serv/Mail/Page, D | | 12.65 |
| Messengers/ Courier | 08/28/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/28/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/28/07 | Dist Serv/Mail/Page, D | | 23.49 |
| Messengers/ Courier | 08/28/07 | Dist Serv/Mail/Page, D | | 34.36 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | | 43.73 |
| Messengers/ Courier | 08/31/07 | Quick Int'l - Ny | | 588.58 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | | 43.73 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | | 41.07 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | | 38.57 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | | 43.73 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | | 45.02 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | | 40.00 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|--:|
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 40.00 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 41.22 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 42.51 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 42.51 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 43.73 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 43.58 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 41.07 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 42.51 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 42.51 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 42.51 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 42.51 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 43.58 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 42.51 |
| | | **TOTAL MESSENGERS/ COURIER** | **$2,486.00** |
| Out-of-Town Meals | 08/01/07 | Hogan III AL | 68.87 |
| Out-of-Town Meals | 08/01/07 | Garner LP | 89.94 |
| Out-of-Town Meals | 08/02/07 | MacDonald N | 105.13 |
| Out-of-Town Meals | 08/02/07 | Garner LP | 47.99 |
| Out-of-Town Meals | 08/02/07 | Garner LP | 8.54 |
| Out-of-Town Meals | 08/02/07 | Stuart NL | 13.01 |
| Out-of-Town Meals | 08/02/07 | Garner LP | 14.63 |
| Out-of-Town Meals | 08/03/07 | Campanario ND | 53.10 |
| Out-of-Town Meals | 08/05/07 | Butler, Jr. J | 9.54 |
| Out-of-Town Meals | 08/05/07 | Butler, Jr. J | 12.00 |
| Out-of-Town Meals | 08/06/07 | Stuart NL | 6.36 |
| Out-of-Town Meals | 08/07/07 | Panagakis GN | 143.16 |
| Out-of-Town Meals | 08/07/07 | Panagakis GN | 65.93 |
| Out-of-Town Meals | 08/08/07 | Stuart NL | 34.91 |
| Out-of-Town Meals | 08/08/07 | Butler, Jr. J | 19.00 |
| Out-of-Town Meals | 08/09/07 | Panagakis GN | 15.01 |
| Out-of-Town Meals | 08/14/07 | Butler, Jr. J | 10.25 |
| Out-of-Town Meals | 08/14/07 | Grant K | 8.75 |
| Out-of-Town Meals | 08/15/07 | Grant K | 12.75 |
| Out-of-Town Meals | 08/15/07 | Grant K | 11.29 |
| Out-of-Town Meals | 08/15/07 | Grant K | 38.02 |
| Out-of-Town Meals | 08/16/07 | Panagakis GN | 63.88 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Out-of-Town Meals | 08/16/07 | Grant K | 11.05 |
| Out-of-Town Meals | 08/17/07 | Grant K | 12.49 |
| Out-of-Town Meals | 08/17/07 | Stuart NL | 44.99 |
| Out-of-Town Meals | 08/17/07 | Panagakis GN | 11.03 |
| Out-of-Town Meals | 08/17/07 | Panagakis GN | 8.00 |
| Out-of-Town Meals | 08/19/07 | Butler, Jr. J | 17.49 |
| Out-of-Town Meals | 08/19/07 | Butler, Jr. J | 7.50 |
| Out-of-Town Meals | 08/20/07 | Bolton IS | 6.77 |
| Out-of-Town Meals | 08/20/07 | Bolton IS | 14.62 |
| Out-of-Town Meals | 08/21/07 | Bolton IS | 14.78 |
| Out-of-Town Meals | 08/21/07 | Bolton IS | 44.94 |
| Out-of-Town Meals | 08/21/07 | Angelica CL | 15.77 |
| Out-of-Town Meals | 08/22/07 | Angelica CL | 8.00 |
| Out-of-Town Meals | 08/22/07 | Bolton IS | 3.98 |
| Out-of-Town Meals | 08/22/07 | Bolton IS | 19.46 |
| Out-of-Town Meals | 08/23/07 | Bolton IS | 146.48 |
| Out-of-Town Meals | 08/23/07 | Meisler RE | 27.16 |
| Out-of-Town Meals | 08/23/07 | Meisler RE | 2.32 |
| Out-of-Town Meals | 08/23/07 | Bolton IS | 9.54 |
| Out-of-Town Meals | 08/23/07 | Angelica CL | 8.00 |
| Out-of-Town Meals | 08/23/07 | Bolton IS | 12.54 |
| Out-of-Town Meals | 08/23/07 | Meisler RE | 14.21 |
| Out-of-Town Meals | 08/23/07 | Meisler RE | 15.93 |
| Out-of-Town Meals | 08/24/07 | Bolton IS | 8.45 |
| Out-of-Town Meals | 08/24/07 | Bolton IS | 13.99 |
| Out-of-Town Meals | 08/26/07 | Butler, Jr. J | 11.50 |
| Out-of-Town Meals | 08/26/07 | Stuart NL | 42.22 |
| Out-of-Town Meals | 08/26/07 | Panagakis GN | 8.00 |
| Out-of-Town Meals | 08/27/07 | Stuart NL | 45.12 |
| Out-of-Town Meals | 08/29/07 | Panagakis GN | 4.72 |
| Out-of-Town Meals | 08/29/07 | Panagakis GN | 28.99 |
| Out-of-Town Meals | 08/30/07 | Meisler RE | 20.12 |
| Out-of-Town Meals | 08/30/07 | Meisler RE | 1.86 |
| Out-of-Town Meals | 08/30/07 | Meisler RE | 16.93 |
| Out-of-Town Meals | 08/31/07 | Meisler RE | 16.99 |

**TOTAL OUT-OF-TOWN MEALS**       **$1,548.00**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Print Images to Paper<br>(from Electronic Media) | 08/01/07 | Copy Center, D | 880.15 |
| Print Images to Paper<br>(from Electronic Media) | 08/06/07 | Alexander LD | 268.05 |
| Print Images to Paper<br>(from Electronic Media) | 08/06/07 | Alexander LD | 172.03 |
| Print Images to Paper<br>(from Electronic Media) | 08/20/07 | Lake DV | 443.92 |
| Print Images to Paper<br>(from Electronic Media) | 08/30/07 | DeJesus E | 310.85 |
| | | **TOTAL PRINT IMAGES TO PAPER<br>(FROM ELECTRONIC MEDIA)** | **$2,075.00** |
| Internal Catering-NY | 08/14/07 | Butler, Jr. J | 300.00 |
| Internal Catering-NY | 08/14/07 | Butler, Jr. J | 240.00 |
| Internal Catering-NY | 08/15/07 | Butler, Jr. J | 450.00 |
| Internal Catering-NY | 08/15/07 | Butler, Jr. J | 240.00 |
| Internal Catering-NY | 08/16/07 | Butler, Jr. J | 300.00 |
| Internal Catering-NY | 08/16/07 | Butler, Jr. J | 240.00 |
| Internal Catering-NY | 08/23/07 | Matz TJ | 200.00 |
| Internal Catering-NY | 08/27/07 | Butler, Jr. J | 254.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$2,224.00** |
| CLR/Disclosure | 08/01/07 | Global Securities | 179.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$179.00** |
| | | **TOTAL MATTER** | **$124,947.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**            **Bill Date: 10/31/07**
**Reorganization Plan / Plan Sponsors**          **Bill Number: 1182831**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 09/01/07 | 0.70 | BEGIN TO REVIEW AND COMMENT ON FINAL FILING DRAFT OF JOINT PLAN OF REORGANIZATION (0.7). |
| BUTLER, JR. J | 09/02/07 | 1.10 | CONTINUE TO REVIEW AND COMMENT ON FINAL FILING DRAFT OF JOINT PLAN OF REORGANIZATION (0.7); REVIEW AND COMMENT ON G. UZZI EMAIL RE: REJECTED PLAN INVESTOR COMMENTS INCLUDING WORKING GROUP TELECONFERENCE RE: SAME (0.4). |
| BUTLER, JR. J | 09/03/07 | 2.10 | CONTINUE TO REVIEW AND COMMENT ON FILING VERSION OF JOINT PLAN OF REORGANIZATION (INCLUDING REVIEW AND CONSIDERATION OF KEY STAKEHOLDER COMMENTS) (1.9); REVIEW ADDITIONAL COMMENTS FROM G. UZZI RE: PLAN INVESTOR COMMENTS (0.2). |
| BUTLER, JR. J | 09/04/07 | 1.90 | CONTINUE TO REVIEW AND COMMENT ON FILING VERSION OF JOINT PLAN OF REORGANIZATION (0.8); REVIEW AND COMMENT ON VARIOUS STAKEHOLDER COMMENTS TO SAME (INCLUDING GM, PLAN INVESTORS AND STATUTORY COMMITTEES) (0.9); REVIEW EPCA BULLET POINTS RE: PLAN INVESTOR REVIEW MATTERS (0.2). |
| BUTLER, JR. J | 09/05/07 | 2.20 | CONTINUE TO REVIEW AND REVISE JOINT PLAN OF REORGANIZATION WITH DELPHI REPRESENTATIVES AT COMPANY IN TROY AND WITH WORKING GROUP IN PREPARATION FOR SEPTEMBER 6TH FILING (INCLUDING REVIEW AND EVALUATION OF KEY STAKEHOLDER COMMENTS) (1.8); EMAILS FROM/TO T. LAURIA RE: PLAN INVESTOR MATTERS (INCLUDING CONFERENCES WITH J. SHEEHAN AND S. CORCORAN AT COMPANY RE: SAME) (0.4). |
| BUTLER, JR. J | 09/06/07 | 1.40 | REVIEW, FINALIZE AND FILE JOINT PLAN OF REORGANIZATION (1.2); PARTICIPATE IN ALL-HANDS DELPHI AND POR WORKING GROUP TELECONFERENCE CALL RE: SAME (0.2). |
| BUTLER, JR. J | 09/07/07 | 0.60 | FOLLOW-UP ON SEPTEMBER 6TH FILING OF JOINT PLAN OF REORGANIZATION INCLUDING TELECONFERENCES AND EMAILS WITH J. SHEEHAN AND MEDIA MATTERS (0.6). |
| BUTLER, JR. J | 09/10/07 | 0.60 | EMAILS FROM/TO AND TELECONFERENCE WITH B. SHAW RE: CLAIMS RESERVE IN POR (0.3); REVIEW AND CONSIDER PLAN INVESTORS OPEN ISSUES LIST FROM G. UZZI (0.3). |

148          B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    09/13/07    1.70    PREPARE FOR (0.2) AND PARTICIPATE IN
                                     (0.9) TELECONFERENCE WITH T. LAURIA RE:
                                     PLAN INVESTOR MATTERS; TELECONFERENCE
                                     WITH B. SHAW RE: SAME (0.2); EMAILS TO
                                     J. SHEEHAN, D. SHERBIN, S. CORCORAN, D.
                                     RESNICK AND B. SHAW RE: SAME (0.4).

BUTLER, JR. J    09/14/07    1.40    PREPARE FOR (0.1) AND PARTICIPATE IN
                                     (0.3) TELECONFERENCE WITH J. SHEEHAN,
                                     S. CORCORAN AND D. RESNICK RE: PLAN
                                     INVESTOR MATTERS AND NEXT STEPS; EMAILS
                                     TO/FROM T. LAURIA RE: SEPTEMBER 18TH
                                     MEETING IN NEW YORK CITY (0.2); BEGIN TO
                                     PREPARE FOR SAME (0.2); PREPARE FOR
                                     (0.1) AND PARTICIPATE IN (0.3)
                                     TELECONFERENCE WITH J. SHEEHAN, T.
                                     TIMKO ET AL RE: SECTION 12.2 POR
                                     CONDITIONS AND SOP 90-7; REVIEW DRAFT
                                     EQUITY COMMITTEE SOLICITATION LETTER
                                     FROM R. SLIVINSKI (0.2).

BUTLER, JR. J    09/16/07    1.20    PREPARE (AT COMPANY IN TROY) FOR
                                     SEPTEMBER 18TH MEETING WITH
                                     REPRESENTATIVES OF DELPHI AND PLAN
                                     INVESTORS IN NEW YORK CITY (1.2).

BUTLER, JR. J    09/17/07    0.90    PREPARE (WITH COMPANY AT COMPANY IN
                                     TROY) FOR SEPTEMBER 18TH MEETING WITH
                                     REPRESENTATIVES OF DELPHI AND PLAN
                                     INVESTORS IN NEW YORK CITY (0.6); REVIEW
                                     OPEN ISSUES RE: ORGANIZATIONAL
                                     DOCUMENTS (0.3).

BUTLER, JR. J    09/18/07    7.80    PREPARE FOR (0.5) AND PARTICIPATE IN
                                     (7.3) MEETING WITH REPRESENTATIVES OF
                                     DELPHI AND PLAN INVESTORS IN NEW YORK
                                     CITY.

BUTLER, JR. J    09/19/07    1.50    SEVERAL TELECONFERENCES WITH J.
                                     TANENBAUM (0.2, 0.4), B. ROSENBERG
                                     (0.3) AND J. SHEEHAN (0.6) RE: POR
                                     MATTERS AND FOLLOW-UP FROM SEPTEMBER
                                     18TH PLAN INVESTORS MEETING IN NEW YORK
                                     CITY.

BUTLER, JR. J    09/21/07    1.70    CONTINUE TO FOLLOW-UP RE: POR MATTERS
                                     AND FOLLOW-UP FROM SEPTEMBER 18TH PLAN
                                     INVESTORS MEETING IN NEW YORK CITY
                                     (0.7); REVIEW SECOND CIRCUIT LAW RE:
                                     ABSOLUTE PRIORITY ISSUES (0.4); REVIEW
                                     UCC COMMENTS TO PLAN (0.4); EMAILS
                                     TO/FROM B. ROSENBERG RE: SAME (0.2).

BUTLER, JR. J    09/24/07    2.20    PREPARE FOR (0.4) AND ATTEND (1.8)
                                     MEETINGS AT COMPANY WITH R. O'NEAL, J.
                                     SHEEHAN, D. SHERBIN AND OTHERS
                                     POTENTIAL POR AMENDMENTS AND NEXT
                                     STEPS.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J   09/25/07   1.80   PREPARE FOR SEPTEMBER 26TH POR
                                  DISCUSSIONS WITH REPRESENTATIVES OF
                                  APPALOOSA, GM, STATUTORY COMMITTEES AND
                                  DELPHI IN NEW YORK CITY INCLUDING REVIEW
                                  AND REVISION OF TALKING POINTS AND
                                  PROPOSED DEMONSTRATIVES (0.9);
                                  TELECONFERENCE WITH J. SHEEHAN RE:
                                  STATUS AND PREP ISSUES (0.3); EMAILS
                                  FROM/TO T. LAURIA RE: SAME (0.2); REVIEW
                                  AND COMMENT ON ORGANIZATIONAL DOCUMENTS
                                  ISSUES LIST AND RELATED MATTERS (0.4).

BUTLER, JR. J   09/26/07   2.90   PREPARE FOR (0.4) AND PARTICIPATE IN
                                  (2.5) POR DISCUSSIONS WITH
                                  REPRESENTATIVES OF APPALOOSA, GM,
                                  STATUTORY COMMITTEES AND DELPHI IN NEW
                                  YORK CITY.

BUTLER, JR. J   09/27/07   0.40   FOLLOW-UP ON NEXT STEPS RE: SEPTEMBER
                                  26TH POR DISCUSSIONS WITH
                                  REPRESENTATIVES OF APPALOOSA, GM,
                                  STATUTORY COMMITTEES AND DELPHI IN NEW
                                  YORK CITY (0.4).

                           **34.10**

COCHRAN EL      09/03/07   1.10   REVIEW CHARTER AND BYLAW ISSUES (1.1).

COCHRAN EL      09/06/07   4.90   REVIEW POR FILING ISSUES (4.9).

COCHRAN EL      09/07/07   5.10   REVIEW CHARTER AND BYLAWS COMMENTS AND
                                  DISCUSSED WITH WHITE & CASE (5.1).

COCHRAN EL      09/10/07   2.10   REVIEW CHARTER AND BYLAW ISSUES (2.1).

COCHRAN EL      09/11/07   5.70   REVIEW REVISED
                                  CHARTER/BYLAWS/CERTIFICATE OF
                                  DESIGNATION (4.6); MEETING WITH CLIENT
                                  ON STRATEGY (1.1).

COCHRAN EL      09/12/07   4.20   REVIEW REVISED CHARTER AND BYLAWS,
                                  DISTRIBUTION TO WHITE & CASE (4.2).

COCHRAN EL      09/13/07   3.30   REVIEW ISSUES RE: RIGHTS OFFERING AND
                                  DIVESTITURE PROGRAM (3.3).

COCHRAN EL      09/14/07   3.30   PARTICIPATE IN SENIOR STRATEGY CALL
                                  (0.6); PARTICIPATE IN TELECONFERENCE
                                  WITH J. SHEEHAN, S. CORCORAN, D. RESNICK
                                  RE: FINANCING OUTLOOK (1.1); REVIEW
                                  REGISTRATION RIGHTS AGREEMENT AND
                                  SHAREHOLDER AGREEMENT (1.6).

COCHRAN EL      09/17/07   4.60   PARTICIPATE ON DTM (2.4); REVIEW
                                  CHARTER AND BYLAW ISSUES WITH WHITE &
                                  CASE (0.7); REVIEW EPCA PROVISIONS
                                  (1.5).

COCHRAN EL      09/18/07   6.20   PARTICIPATE IN MEETING WITH APPALOOSA
                                  ON VALUATION ANALYSIS, EXIT FINANCING,
                                  DIP AMENDMENT, EPCA ISSUES, GM GLOBAL
                                  SETTLEMENT AND GOVERNANCE (6.2).

COCHRAN EL      09/19/07   3.60   PARTICIPATE IN CALLS WITH APPALOOSA ON
                                  MASTER RESTRUCTURING AGREEMENT ISSUES
                                  (2.1); REVIEW GOVERNANCE ISSUES (1.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| COCHRAN EL | 09/20/07 | 1.20 | REVIEW GOVERNANCE ISSUES (1.2). |
| COCHRAN EL | 09/24/07 | 1.20 | REVIEW GOVERNANCE OUTLINE (1.2). |
| COCHRAN EL | 09/25/07 | 2.10 | REVIEW TIMELINE AND CONDITIONS ISSUES IN CONNECTION WITH PREPARING MATERIAL FOR MEETING WITH CONSTITUENTS (2.1). |
| COCHRAN EL | 09/26/07 | 4.20 | PARTICIPATE IN MEETING WITH REPRESENTATIVES OF PLAN INVESTORS, GM, UCC AND EC (4.2). |
| COCHRAN EL | 09/27/07 | 2.10 | REVIEW REGISTRATION RIGHTS AGREEMENT COMMENTS (2.1). |
| COCHRAN EL | 09/28/07 | 2.10 | REVIEW POSSIBLE EPCA CHANGES (2.1). |
| | | **57.00** | |
| FURFARO JP | 09/04/07 | 1.60 | REVIEW OF PLAN NOTICES/REVISIONS (1.6). |
| FURFARO JP | 09/10/07 | 0.90 | REVIEW OF POSSIBLE REVISIONS TO PLAN DOCUMENTS (0.9). |
| | | **2.50** | |
| MARAFIOTI KA | 09/02/07 | 0.10 | CORRESPONDENCE FROM PLAN INVESTORS RE: PLAN (0.1). |
| MARAFIOTI KA | 09/04/07 | 0.40 | REVIEW COMMITTEE COMMENTS RE: PLAN (0.4). |
| MARAFIOTI KA | 09/05/07 | 0.70 | WORK ON ISSUES RE: PLAN (0.7). |
| MARAFIOTI KA | 09/06/07 | 3.00 | CORRESPONDENCE RE: PLAN FILING (0.2); FINAL PLAN REVIEW (2.5); TELECONFERENCE WITH COMPANY RE: PLAN, DISCLOSURE STATEMENT AND GM FILINGS (0.3). |
| MARAFIOTI KA | 09/11/07 | 1.30 | DEVELOP STRATEGY RE: PLAN PROCESS (1.1); TELECONFERENCES FROM CREDITORS AND INTEREST HOLDERS RE: PLAN (0.2). |
| MARAFIOTI KA | 09/14/07 | 0.20 | CORRESPONDENCE RE: PLAN FILING ISSUES (0.2). |
| MARAFIOTI KA | 09/18/07 | 1.80 | REPORT RE: APPALOOSA MEETING (0.3); RESEARCH PLAN ISSUES (1.5). |
| MARAFIOTI KA | 09/19/07 | 1.10 | RESEARCH VARIOUS PLAN ISSUES (0.7); REVIEW MEMO RE: GIFT THEORY (0.4). |
| MARAFIOTI KA | 09/20/07 | 3.00 | CONTINUE REVIEW OF GIFT THEORY MEMO (0.5); RESEARCH PLAN ISSUES (2.5). |
| MARAFIOTI KA | 09/21/07 | 1.30 | REVIEW REVISED MEMO RE: GIFT THEORY (0.3); RESEARCH RE: PLAN ISSUES (1.0). |
| MARAFIOTI KA | 09/26/07 | 3.00 | MEETING WITH ALL MAJOR CONSTITUENCIES AND ADVISORS RE: PLAN DEVELOPMENTS (1.3); FOLLOWUP MEETING WITH COMPANY, ROTHSCHILD, AND FTI (1.7). |
| | | **15.90** | |
| MEISLER RE | 09/04/07 | 4.70 | CONTINUE TO REVIEW AND COMMENT ON POR (4.7). |

B43E

| MEISLER RE | 09/06/07 | 1.30 | PREPARE FOR FILING POR (1.3). |
|---|---|---|---|
| MEISLER RE | 09/12/07 | 0.20 | DRAFT CORRESPONDENCE RE: DISBURSING AGENT (0.2). |
| MEISLER RE | 09/17/07 | 0.30 | REVIEW COMMENT TO PLAN RE: PRIORITY CLAIMS (0.3). |
| MEISLER RE | 09/21/07 | 0.60 | WORK ON TIMELINE RE: IMPACT IN THE EVENT OF POST 12/31 EMERGENCE (0.6). |
| MEISLER RE | 09/24/07 | 1.00 | WORK ON TIMELINE RE: IMPACT IN THE EVENT OF POST 12/31 EMERGENCE (0.9); TELECONFERENCE WITH D. UNRUE RE: DISTRIBUTION AGENT AND CURES (0.1). |
| MEISLER RE | 09/25/07 | 1.30 | TELECONFERENCE WITH D. UNRUE AND J. DELUCA RE: FLOW THROUGH CLAIMS (0.7); CONTINUE TO WORK ON TIMELINE RE: IMPACT OF POST 12/31 EMERGENCE (0.3); DRAFT CORRESPONDENCE RE: FLOW THROUGH CLAIMS (0.3). |

**9.40**

| PANAGAKIS GN | 09/01/07 | 1.10 | CORRESPONDENCE WITH J. UZZI (0.3); REVIEW PLAN AND PLAN ISSUES (0.8). |
|---|---|---|---|
| PANAGAKIS GN | 09/02/07 | 2.70 | WORK ON PLAN ISSUES LIST (1.8); CORRESPONDENCE WITH J. UZZI (0.3); REVIEW PORTIONS OF PLAN (0.6). |
| PANAGAKIS GN | 09/03/07 | 4.00 | CONTINUE TO WORK ON PLAN, INCLUDING REVIEW AND REVISIONS TO ISSUES LIST, ATTENTION TO PLAN INVESTOR COMMENTS AND REVIEW OF GM MARKUP (4.0). |
| PANAGAKIS GN | 09/04/07 | 6.10 | TELECONFERENCE WITH PLAN INVESTORS RE: POR COMMENTS (1.0); INTERNAL STRATEGY SESSION RE: POR COMMENTS (2.1); REVIEW AND REVISE POR (3.0). |
| PANAGAKIS GN | 09/05/07 | 15.60 | REVIEW AND REVISE PLAN, INCLUDING COMMENTS AND CORRESPONDENCE WITH MAJOR STAKEHOLDERS (4.0); INTERNAL STRATEGY CALL RE: SAME AND REVISIONS AND FILING (2.5); ADDITIONAL CHANGES TO PLAN (3.9); REVIEW AND COMMENT ON PLAN (5.2). |
| PANAGAKIS GN | 09/06/07 | 7.50 | CONTINUED REVIEW, REVISION AND DISCUSSIONS WITH STAKEHOLDER AND COMPANY REPRESENTATIVES RE: PLAN PRIOR TO FILING (5.0); ADDITIONAL REVISIONS TO POR EXHIBITS AND CORRESPONDENCE RE: SAME (2.5). |
| PANAGAKIS GN | 09/07/07 | 4.50 | REVIEW CORRESPONDENCE AND COMMENTS TO PLAN (2.0); ATTENTION TO PLAN RELATED MATTERS (2.5). |
| PANAGAKIS GN | 09/08/07 | 0.50 | ATTEND TO FOLLOW UP MATTERS RE: FILED PLAN (0.5). |
| PANAGAKIS GN | 09/10/07 | 2.00 | CONSIDER ISSUES AND NEXT STEPS (1.0); REVIEW PLAN INVESTOR ISSUES LIST AND RESPONSES TO SAME (1.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PANAGAKIS GN      09/11/07      1.00   DISCUSS PLAN ISSUES WITH MANAGEMENT AND
                                      OTHER COMPANY ADVISORS (1.0).

PANAGAKIS GN      09/12/07      1.30   CONTINUE ANALYSIS OF POTENTIAL
                                      RESOLUTION OF OPEN PLAN ISSUES (1.3).

PANAGAKIS GN      09/14/07      1.00   PARTICIPATE ON SENIOR STRATEGY CALL
                                      (1.0).

PANAGAKIS GN      09/18/07      2.90   CORRESPONDENCE WITH EQUITY COMMITTEE
                                      (0.2); WORK ON OTHER COMMENTS RECEIVED
                                      (1.7); CONSIDERATION OF ALTERNATIVES
                                      RE: RESOLUTION OF PLAN ISSUES (1.0).

PANAGAKIS GN      09/19/07      2.60   CONSIDERATION TO PLAN FINANCING
                                      ALTERNATIVES (0.8); REVIEW AND RESPOND
                                      TO PLAN COMMENTS (1.2); ATTENTION TO
                                      TIMING ISSUES (0.6).

PANAGAKIS GN      09/21/07      2.60   REVIEW COMMITTEE COMMENTS TO PLAN
                                      (0.8); EVALUATE SERP COMMENTS (0.3);
                                      REVIEW MDL PLAINTIFF COMMENTS (0.5);
                                      PARTICIPATE ON SENIOR STRATEGY CALL
                                      (1.0).

PANAGAKIS GN      09/24/07      4.50   WORK ON REORGANIZATION TIMELINE AND
                                      CRITICAL ISSUES PRESENTATION (1.5);
                                      REVIEW MATERIALS FOR UPCOMING POR
                                      MEETING (1.5); WORK ON COMMITTEE AND MDL
                                      COMMENTS TO PLAN (1.5).

PANAGAKIS GN      09/25/07      4.00   PARTICIPATE IN STAKEHOLDER MEETINGS RE:
                                      POR (2.0); REVIEW ADDITIONAL COMMENTS
                                      TO PLAN (1.0); CALLS RE: SAME (1.0).

PANAGAKIS GN      09/26/07      2.30   CONSIDER OUTSTANDING ISSUES (0.5);
                                      REVIEW RESEARCH RE: OPEN ISSUES (1.3);
                                      REVISIONS TO VARIOUS PROVISIONS (0.5).

PANAGAKIS GN      09/27/07      1.00   RESPOND TO INQUIRIES RE: VARIOUS
                                      CREDITORS RE: PLAN ISSUES (1.0).

PANAGAKIS GN      09/28/07      0.50   REVIEW NOTEHOLDER CORRESPONDENCE AND
                                      CONSIDERATION OF POTENTIAL
                                      ALTERNATIVES TO RESOLVE SAME (0.5).

                               67.70

**Total Partner**             186.60

MATZ TJ           09/03/07      6.00   REVIEW AND COMMENT ON 8/31 DRAFT OF PLAN
                                      OF REORGANIZATION (6.0).

MATZ TJ           09/07/07      0.10   CORRESPONDENCE WITH B. CECCOTTI RE:
                                      PLAN (0.1).

MATZ TJ           09/10/07      1.40   REVIEW CORRESPONDENCE FROM M. ROBBINS
                                      RE: PLAN LABOR MATTERS (0.2); REVIEW
                                      SAME (0.5); TWO TELECONFERENCE WITH
                                      CREDITORS RE: PLAN FILING (0.3);
                                      ORGANIZE ARRANGEMENTS RE: PLAN AND
                                      DISCLOSURE STATEMENT DEFINITIVE
                                      DOCUMENT DISTRIBUTION (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ          09/12/07      1.00   CONSIDER AND REVIEW PLAN MATTER (0.8);
                                      ARRANGE AND FINALIZE MATERIALS RE: PLAN
                                      OF REORGANIZATION AND DISCLOSURE
                                      STATEMENT TO CHAMBERS (0.2).

MATZ TJ          09/14/07      0.30   TELECONFERENCE WITH CHAMBERS RE: PLAN
                                      DOCUMENTS (0.2); TELECONFERENCE WITH
                                      CHAMBERS RE: SAME (0.1).

MATZ TJ          09/18/07      1.10   REVIEW PLAN DISTRIBUTION MATTER (0.8);
                                      FOLLOW UP RE: DISTRIBUTION OF PLAN OF
                                      REORGANIZATION, DISCLOSURE STATEMENT
                                      TO CHAMBERS, U.S. TRUSTEE (0.3).

MATZ TJ          09/19/07      5.00   REVIEW CASE LAW RE: "GIFTING" PLAN
                                      CONCEPTS (1.5); REVIEW AND REVISE MEMO
                                      RE: SAME (1.5); REVIEW, SUMMARIZE
                                      VARIOUS PLANS RE: SAME (2.0).

MATZ TJ          09/20/07      0.90   FURTHER REVIEW OF PLAN MATTERS (0.3);
                                      DRAFT MEMORANDUM RE: SAME (0.6).

MATZ TJ          09/25/07      0.80   CONFERENCE WITH B. SHAW RE: 9/27 PLAN OF
                                      REORGANIZATION MEETING (0.3) AND
                                      ARRANGEMENTS RE: SAME (0.5).

MATZ TJ          09/26/07      3.50   MEET WITH J. SHEEHAN, D. SHERBIN, S.
                                      CORCORAN, D. RESNICK, B. SHAW, R.
                                      EISENBERG RE: PLAN OF RESTRUCTURING
                                      MEETINGS RE: STAKEHOLDERS (1.5);
                                      CONTINUE MEETINGS WITH UNSECURED
                                      CREDITORS COMMITTEE, EQUITY COMMITTEE,
                                      GM, PLAN INVESTORS RE: PLAN OF
                                      REORGANIZATION (1.3); FURTHER MEETINGS
                                      WITH DELPHI, ROTHSCHILD AND FTI RE: PLAN
                                      (0.7).C.

                              20.10

**Total Counsel**             20.10

ARKUSS B         09/04/07      2.80   REVISE CERTIFICATE OF DESIGNATION
                                      (2.8).

ARKUSS B         09/07/07      4.50   TELECONFERENCE WITH WHITE & CASE TO
                                      DISCUSS OPEN ISSUES ON CHARTER & BYLAWS;
                                      REVIEW CONFIDENTIAL TREATMENT REQUESTS
                                      (4.5).

ARKUSS B         09/11/07      2.20   RESEARCH ACCRUAL AND CUMULATIVE NATURE
                                      OF PREFERRED STOCK IN PREVIOUS
                                      TRANSACTIONS (2.2).

ARKUSS B         09/12/07      6.20   RESEARCHING CHARTER/BYLAWS,
                                      CERTIFICATES OF DESIGNATION OF PREVIOUS
                                      SKADDEN DEALS FOR DELPHI TERMS (6.2).

ARKUSS B         09/14/07      4.40   RESEARCH CHARTER/BYLAWS AND
                                      CERTIFICATES OF DESIGNATION OF SKADDEN
                                      DEALS FOR DELPHI TERMS (4.4).

ARKUSS B         09/17/07      4.80   RESEARCH PLANS OF REORGANIZATION AND
                                      CERTIFICATES OF DESIGNATION FOR SHARE
                                      INFORMATION (4.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ARKUSS B | 09/18/07 | 7.20 | RESEARCH PLANS OF REORGANIZATION AND CERTIFICATES OF DESIGNATION FOR SHARE INFORMATION (7.2). |
|---|---|---|---|
| ARKUSS B | 09/20/07 | 2.20 | REVISE SHARE ISSUANCE TABLE FOR REFERENCE IN APALOOSA NEGOTIATIONS (2.2). |

**34.30**

| BELIN R | 09/19/07 | 0.40 | E-MAIL WITH CLIENT; REVIEWED DRAFT FORM AND MARKED UP FOR NEEDED UPDATES (0.4). |
|---|---|---|---|
| BELIN R | 09/20/07 | 1.50 | TELECONFERENCE WITH S. POSTON RE: WORK NEEDED FOR NEW FILING; REVIEW NEW INFORMATION SENT BY CLIENT (1.5). |
| BELIN R | 09/24/07 | 7.60 | DOCUMENT REVIEW AND CALL WITH HSR COUNSEL FOR GOLDMAN SACHS (7.6). |
| BELIN R | 09/25/07 | 7.20 | HSR DOCUMENT REVIEW (7.2). |
| BELIN R | 09/28/07 | 1.00 | UPDATE INDEXES AND CROSS-CHECKED 4C DOCUMENTS FROM PREVIOUS HSR DRAFT (1.0). |

**17.70**

| BOLTON IS | 09/10/07 | 5.50 | CONTINUE TO REVIEW MATERIALS FOR REDACTION LOG RE: EPCA DISCLOSURE LETTER (2.2); CONTINUE TO REVIEW AND ANALYZE POR (3.3). |
|---|---|---|---|
| BOLTON IS | 09/11/07 | 2.80 | CONTINUE TO REVIEW AND ANALYZE MATERIALS RE: EPCA DISCLOSURE LETTER REDACTION LOG (0.8); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.8); MONITOR DOCKET RE: RESPONSES/OBJECTIONS TO POR AND DISCLOSURE STATEMENT (1.2). |
| BOLTON IS | 09/12/07 | 5.40 | CONTINUE TO REVIEW AND ANALYZE MATERIALS RE: DILIGENCE (3.4); UPDATE INDICES RE: SAME (2.0). |
| BOLTON IS | 09/13/07 | 1.90 | CONTINUE TO REVIEW AND ANALYZE MATERIALS RE: DILIGENCE (1.2); UPDATE INDICES RE: SAME (0.4); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.3). |
| BOLTON IS | 09/17/07 | 1.00 | CONTINUE TO REVIEW MATERIALS RE: DILIGENCE DATA ROOM (0.6); CORRESPONDENCE RE: SAME (0.4). |

**16.60**

| FERN BM | 09/06/07 | 2.20 | DRAFT DELPHIDOCKET BANNER RE: PLAN OF REORGANIZATION (0.9); REVISED PLAN OF REORGANIZATION BANNER FOR DELPHIDOCKET (0.8); REVIEW DOCUMENTS RE: ESTABLISHING DELPHIDOCKET BANNER (0.5). |
|---|---|---|---|
| FERN BM | 09/27/07 | 0.30 | REVIEW AND COMMENT ON ACE'S ISSUES WITH PROPOSED PLAN (0.3). |

**2.50**

**B43E**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GANITSKY DI | 09/02/07 | 1.30 | REVIEW OF ORGANIZATIONAL DOCUMENTS MARK UP (1.3). |
|---|---|---|---|

GANITSKY DI      09/04/07      2.20   REVIEW EPCA RE: CONDITIONS AND
                                      COVENANTS AS WELL AS DRAFT BULLET POINTS
                                      (2.2).

GANITSKY DI      09/07/07      3.80   REVIEW OF ORGANIZATIONAL DOCUMENTS AND
                                      CALL RE: SAME WITH WHITE & CASE (3.4);
                                      REVIEW OF EPCA RE: PAYMENTS TO INVESTORS
                                      (0.4).

GANITSKY DI      09/10/07      2.60   REVIEW REVISED ORGANIZATIONAL
                                      DOCUMENTS (0.9) AND REVIEW OF MATTERS
                                      RE: EPCA DRAFTING HISTORY OF ANTITRUST
                                      PROVISION AS WELL AS CALL RE: SAME WITH
                                      J. ROTENSTEIN (1.7).

GANITSKY DI      09/11/07      3.80   WORK ON ORGANIZATIONAL DOCUMENTS (3.8).

GANITSKY DI      09/12/07      3.80   WORK ON CERTIFICATE OF DESIGNATION AND
                                      COMPARISON OF SAME TO EPCA TERM SHEET
                                      (1.8); WORK ON CHARTER AND BYLAWS (1.3);
                                      REVIEW AND REVISE TABLE RE: PRECEDENTS
                                      FOR ENTITIES EMERGING (0.7).

GANITSKY DI      09/15/07      1.20   REVIEW DRAFT OF MARK UP OF REG RIGHTS
                                      AGREEMENT (1.2).

GANITSKY DI      09/17/07      3.50   REVISE MEMO RE: ALTERNATE TERMINATION
                                      FEE AND REVIEW OF REVISED EPCA RE: SAME
                                      (1.6); MATTERS RE: DISCLOSURE LETTER
                                      (0.5); TELECONFERENCES WITH WHITE &
                                      CASE RE: ORGANIZATIONAL DOCUMENTS AND
                                      STRATEGY SESSIONS RE: SAME AS WELL AS
                                      TURNING DOCS AND ISSUES LIST (1.4).

GANITSKY DI      09/18/07      5.30   REVIEW AND ANALYZE CERTAIN PROVISIONS
                                      OF EPCA AND INTERNAL DISCUSSION RE: SAME
                                      (0.7); REVISIONS TO LEGEND FOR
                                      PRESENTATION AND RELATED DISCUSSIONS
                                      RE: SAME (0.6); DRAFT AND DISCUSS OPEN
                                      ISSUES AND TO DO LIST (1.1); ATTEND
                                      MEETINGS WITH CLIENT RE: TRANSACTION
                                      AND NEXT STEPS (1.3); WORK ON ISSUES
                                      LIST RE: ORG DOCUMENTS (0.4);
                                      TELECONFERENCE WITH OTHER SIDE RE: ORG
                                      DOCUMENTS AND REVIEW AND REVISE SAME AS
                                      WELL AS RELATED RESEARCH (1.2).

GANITSKY DI      09/19/07      2.60   TELECONFERENCE WITH WHITE AND CASE RE:
                                      ORG DOCS AND WORK ON ISSUES LIST RE: SAME
                                      AND RELATED MATTERS INCLUDING EDITS TO
                                      DOCUMENTS BASED ON CLIENT COMMENTS
                                      (1.5); INTERNAL CALLS AND MEETINGS RE:
                                      TRANSACTION (0.7); EPCA AMENDMENT RE:
                                      HSR MATTERS (0.4).

GANITSKY DI      09/20/07      2.30   MATTERS RE: AMENDMENT TO HSR PORTION OF
                                      ECPA AND DISCUSSION INTERNALLY AND WITH
                                      WHITE CASE (1.0); MATTERS RE: ORG
                                      DOCUMENTS INCLUDING REVISIONS AND
                                      TELECONFERENCE WITH WHITE CASE (1.3).

B43E

| GANITSKY DI | 09/21/07 | 2.40 | MATTERS RE: ORG DOCS (0.5); REVIEW HSR WAIVER AND CALL WITH WHITE CASE (0.7); WORK ON REQUEST RE: KEY DATES (1.2). |
|---|---|---|---|

| GANITSKY DI | 09/23/07 | 0.50 | CORRESPONDENCE RE: ORG DOCUMENTS (0.5). |
|---|---|---|---|

| GANITSKY DI | 09/24/07 | 7.40 | MATTERS RE: HSR WAIVER INCLUDING CALLS WITH CLIENT AND WHITE CASE (0.9); DRAFT LIST OF TO DO ITEMS AND RELATED MEETING WITH SKADDEN TEAM (1.7); REVIEW MATTERS RE: EPCA AND POSSIBLE CHANGES BASED ON REVISED TRANSACTION (3.7); HANDLE REQUEST RE: KEY DATES IN EPCA AND GM DOCUMENTS (1.1). |
|---|---|---|---|

| GANITSKY DI | 09/25/07 | 3.90 | MATTERS RE: HSR WAIVER AMENDMENT INCLUDING LEGAL RESEARCH (1.7); COMMENT ON AND REVIEW OF TIMELINE (0.6); WORK ON ISSUES LIST RE: ORGANIZATIONAL DOCUMENTS AND RELATED CALLS RE: SAME WITH WHITE CASE AND CLIENT CORRESPONDENCE (1.6). |
|---|---|---|---|

| GANITSKY DI | 09/26/07 | 2.10 | WORK ON REVISIONS TO ORGANIZATIONAL DOCUMENTS DOCUMENTS (2.1). |
|---|---|---|---|

| GANITSKY DI | 09/27/07 | 2.30 | REVIEW REG RIGHTS AGREEMENT AND ISSUES LIST AS WELL AS SHAREHOLDERS AGREEMENT (2.3). |
|---|---|---|---|

| GANITSKY DI | 09/28/07 | 5.20 | REVIEW DRAFT NOTE TERMS (0.6); WORK ON LIST OF MATTERS TO BE CHANGED IN EPCA AND RELATED REVISIONS (4.2); REVIEW OF SHAREHOLDERS AGREEMENT (0.4). |
|---|---|---|---|

**56.20**

| GARCIA KR | 09/03/07 | 9.30 | COMMENTS TO DELPHI CERTIFICATE OF DESIGNATIONS (4.2); COMMENTS TO DELPHI REGISTRATION RIGHTS AGT (5.1). |
|---|---|---|---|

| GARCIA KR | 09/07/07 | 1.20 | TELECONFERENCE WITH WHITE & CASE ON DELPHI CHARTER AND BYLAWS (1.2). |
|---|---|---|---|

| GARCIA KR | 09/10/07 | 7.60 | DRAFT ISSUES LIST ON DELPHI CHARTER, BYLAWS, CERT OF DESIGNATIONS (1.4); MARK-UP DELPHI CHARTER (2.2); MARK-UP DELPHI BY-LAWS (1.8); REVISE ISSUES LIST ON GOVERNANCE DOCUMENTS (2.2). |
|---|---|---|---|

| GARCIA KR | 09/11/07 | 5.20 | REVISIONS TO ISSUES LIST, CHARTER AND BY-LAWS (2.2); REVISIONS TO CERT OF DESIGNATIONS (1.7); REVIEW REVISIONS ON ISSUES LIST, CHARTER AND BY-LAWS (1.3). |
|---|---|---|---|

| GARCIA KR | 09/12/07 | 3.70 | REVISIONS TO ISSUES LIST (1.0); REVISIONS TO DELPHI CHARTER (0.8); REVISIONS TO BY-LAWS (1.0); DISTRIBUTION OF REVISED AGTS (0.9). |
|---|---|---|---|

| GARCIA KR | 09/14/07 | 1.70 | REVIEW DELPHI REG RIGHTS AGT CHANGES (1.7). |
|---|---|---|---|

**28.70**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GUZZARDO J | 09/04/07 | 4.00 | DOCUMENT REVIEW AND ENTRY DRAFTING IN CONNECTION WITH EPCA PRIVILEGE LOG (4.0). |
|---|---|---|---|
| GUZZARDO J | 09/05/07 | 4.20 | DRAFT OF EPCA PRIVILEGE LOG (4.2). |
| GUZZARDO J | 09/06/07 | 0.50 | ATTENTION TO EPCA PRIVILEGE LOG AND DOCUMENT COLLECTION ISSUES (0.5). |
| GUZZARDO J | 09/07/07 | 0.50 | EDIT OF EPCA PRIVILEGE LOG (0.5). |
| GUZZARDO J | 09/10/07 | 1.10 | FINAL REVIEW OF EPCA PRIVILEGE LOG PRODUCED PER SCHEDULE 5Q (1.1). |
| | | **10.30** | |
| HALPER A | 09/10/07 | 9.70 | REVIEW CHARTER DOCUMENTS, SHAREHOLDERS AGREEMENT AND REG RIGHTS AGREEMENT (5.9); ASSIST IN VARIOUS REVISIONS THERETO (2.9); REVIEW ISSUES RELATED TO APPALOOSA OWNERSHIP (0.9). |
| HALPER A | 09/11/07 | 6.50 | REVIEW CHARTER DOCUMENTS AND MAKE REVISIONS (4.3); REVIEW ISSUE RELATING TO COI AND BYLAWS (0.9); REVIEW PRIOR ISSUES LISTS TO CONFIRM ALL ISSUES HAVE BEEN RECTIFIED (0.7); REVIEW PROXY RULES FOR ISSUES RELATING TO COMPLIANCE WITH COI AND BYLAWS INCLUDING STANDARD RULES (0.6). |
| HALPER A | 09/12/07 | 8.10 | REVIEW AND REVISE COI, BYLAWS AND CERTIFICATE OF DESIGNATIONS (2.9); REVIEW PROXY RULES TO ENSURE COMPLIANCE WITH PROXY RULES (2.4); REVIEW POR TO DETERMINE APPROPRIATE NUMBER OF SHARES (1.3); PREPARE SPREADSHEET DETAILING NUMBER OF SHARES REQUIRED FOR COI (1.5). |
| HALPER A | 09/14/07 | 2.90 | DISCUSS ISSUES RELATED TO FOREIGN COMPETITION FILINGS (0.6); PREPARE SPREADSHEET SETTING FORTH REQUIRED SHARES FOR COI (2.3). |
| HALPER A | 09/17/07 | 7.50 | PREPARE TERMINATION ANALYSIS AND PRESENTATIONS (4.6); CONSIDER STATUS OF AMOUNT OF SHARES REQUIRED IN COI AND REVIEW FINDINGS (1.6); REVIEW POR AND DISCLOSURE LETTER (1.3). |
| HALPER A | 09/18/07 | 7.60 | CREATE ISSUES LIST AND REVIEW COI AND BYLAWS (5.5); CREATE EMAIL AND DISCUSS ISSUES WITH G. PRYOR (2.1). |
| HALPER A | 09/19/07 | 4.20 | REVIEW COI AND BYLAWS AND REVIEW AND REVISE ISSUES LIST (4.2). |
| HALPER A | 09/20/07 | 4.30 | DISCUSS HSR AMENDMENT (INCLUDING RELATED CHANGES) AND COI/BYLAWS WITH G. PRYOR AND REVISE DOCUMENTS ACCORDINGLY (4.3). |
| HALPER A | 09/23/07 | 0.80 | DISCUSS VIA EMAIL ISSUES RELATING TO CONSTITUENT DOCUMENTS WITH J. SHEEHAN AND REVISE RELATED DOCUMENTS ACCORDINGLY (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HALPER A | 09/24/07 | 7.50 | FOLLOW ISSUES RELATING TO GM/UAW STRIKE INCLUDING REVIEWING STATUS AND REVIEWING NUMEROUS TRANSACTION DOCUMENTS TO NOTE IMPACT (2.1); REVIEW ISSUES RELATING TO SHARE AUTHORIZATIONS (1.2); REVIEW HSR AMENDMENT (0.8), AND ISSUES RELATED TO CONSTITUENT DOCUMENTS (3.4). |
|---|---|---|---|
| HALPER A | 09/25/07 | 7.70 | REVIEW AND REVISE COI AND BYLAWS INCLUDING DISCUSSING RELATED ISSUE LISTS CONCERNS (3.5); REVIEW, REVISE AND CREATE RIDERS FOR POR (1.8); REVIEW REGISTRATIONS RIGHTS AGREEMENT (2.0); REVIEW POR TIMELINE (0.4). |
| HALPER A | 09/26/07 | 4.20 | REVIEW AND REVISE CONSTITUENT DOCUMENTS (4.2). |
| HALPER A | 09/27/07 | 3.30 | REVIEW PRECEDENT WARRANT AGREEMENTS (AND FIND PRECEDENT) TO CREATE ISSUES LISTS (3.3). |
| HALPER A | 09/28/07 | 7.80 | REVIEW REORG PLAN AND WARRANT AGREEMENTS (1.6); REVIEW AND REVISE EPCA TERMINATION PROVISIONS AND PROVISION REQUIRED TO BE UPDATED DEPENDING ON STATUS OF FINANCING (5.1); REVIEW FINANCING TERM SHEET (0.3); OBTAIN PREFERRED STOCK SUMMARIES AND GM SETTLEMENT DOCUMENTS (0.8). |
|  |  | **82.10** |  |
| HARDIN AS | 09/13/07 | 1.10 | TELECONFERENCES AND EMAIL EXCHANGES WITH E. GERSHBEIN, S. SINGH, RE: PLAN EXHIBITS (1.1). |
| HARDIN AS | 09/14/07 | 1.80 | REVIEW PLAN (1.8). |
| HARDIN AS | 09/19/07 | 2.00 | WORKING GROUP CONFERENCE CALL RE: ISSUES RELATED TO PLAN (0.4); REVIEW AND REVISE MEMO RE: ISSUES RELATED TO DISTRIBUTIONS UNDER THE PLAN (1.6). |
| HARDIN AS | 09/20/07 | 2.50 | REVIEW AND REVISE MEMO RE: ISSUES RELATED TO PLAN DISTRIBUTIONS (1.5); REVIEW CHANGES TO RELEASE SECTION OF PLAN (0.2); WORKING GROUP CONFERENCE CALL RE: ISSUES RELATED TO PLAN (0.8). |
| HARDIN AS | 09/21/07 | 0.70 | REVIEW AND REVISE MEMO RE: ISSUE RELATED TO PLAN DISTRIBUTIONS (0.7). |
| HARDIN AS | 09/24/07 | 0.90 | WORKING GROUP CONFERENCE CALL RE: ISSUES RELATED TO PLAN (0.9). |
| HARDIN AS | 09/25/07 | 0.60 | WORKING GROUP EMAIL EXCHANGE RE: ISSUES RELATED TO PLAN (0.3); REVIEW TIMELINE RELATED TO PLAN (0.3). |
|  |  | **9.60** |  |
| HERRIOTT AV | 09/13/07 | 0.50 | REVIEW PLAN EXHIBITS FOR COURT (0.5). |
| HERRIOTT AV | 09/17/07 | 0.20 | REVIEW PLAN-RELATED MATERIALS (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HERRIOTT AV      09/21/07      1.10   BEGIN DRAFTING TIMELINE SETTING FORTH
                                      VARIOUS 2008 DEADLINES IN CONJUNCTION
                                      WITH PLAN-RELATED MATTERS (0.8);
                                      RESPOND TO QUESTION RE: STOCK-RELATED
                                      MATTERS IN CONJUNCTION WITH PLAN OF
                                      REORGANIZATION (0.3).

HERRIOTT AV      09/24/07      5.60   CONTINUE DRAFTING, REVIEWING, AND
                                      REVISING TIMELINE SETTING FORTH VARIOUS
                                      2008 DEADLINES IN CONJUNCTION WITH
                                      PLAN-RELATED MATTERS (5.6).

HERRIOTT AV      09/25/07      3.00   BEGIN DRAFTING MEMO SUMMARIZING
                                      TREATMENT UNDER THE PLAN OF RSUS, STOCK
                                      OPTIONS AND SERP FOR CLIENT (1.6);
                                      CONTINUE REVIEWING AND REVISING
                                      TIMELINE RELATED TO CERTAIN
                                      PLAN-RELATED EVENTS IN 2008 (1.4).

HERRIOTT AV      09/26/07      2.10   CONTINUE DRAFTING MEMO FOR CLIENT RE:
                                      TREATMENT OF RSUS, STOCK OPTIONS AND
                                      SERP UNDER THE PLAN (2.1).

                             12.50

HORSTMANN B      09/07/07      3.00   CONTACT LOCAL COUNSEL RE: FILING
                                      REQUIREMENTS; PREPARE ROW (3.0).

HORSTMANN B      09/10/07      0.80   DISCUSS NOTIFICATION REQUIREMENT WITH
                                      H. HENSCHEN (0.1); TELECONFERENCE WITH
                                      M FUKUDA RE: ANTITRUST FILING STATUS
                                      (0.3); UPDATE ROW (0.4).

HORSTMANN B      09/11/07      0.80   UPDATE ROW (0.3); FOLLOW-UP WITH LOCAL
                                      COUNSEL AND COMMUNICATE WITH CANADIAN
                                      COUNSEL (0.5).

HORSTMANN B      09/12/07      2.10   PREPARE AND DISCUSS ROW WITH T. LOUKO
                                      (1.3); TELECONFERENCE WITH S. WALHER
                                      RE: STATUS CANADA (0.5); CALL
                                      ARGENTINIAN COUNSEL (0.3).

HORSTMANN B      09/13/07      1.20   TALK TO ARGENTINAN LOCAL COUNSEL RE:
                                      TRANSACTION STRUCTURE AND
                                      NOTIFIABILITY OF THE TRANSACTION (0.2);
                                      TELECONFERENCE WITH D. ERNST RE:
                                      ANTITRUST FILINGS AND FURTHER STEPS
                                      (1.0).

HORSTMANN B      09/14/07      0.50   WORKING GROUP TELECONFERENCE RE: FILING
                                      REQUIREMENT IN GERMANY/PERCENTAGE OF
                                      ACQUIRED SHARE (0.5).

HORSTMANN B      09/26/07      0.80   COMMUNICATE WITH D. ERNST, MEXICAN AND
                                      CHINESE COUNSEL (0.8).

HORSTMANN B      09/27/07      1.20   COMMUNICATE WITH CANADIAN COUNSEL; D.
                                      ERNST RE: TURNOVER FIGURES AND M. FUKUDA
                                      RE: QUESTIONNAIRE RE: CANADIAN OVERLAP
                                      (1.2).

                             10.40

LOUKO T          09/06/07      0.20   TELECONFERENCE WITH D. ERNST OF WHITE
                                      AND CASE RE: NON-US ANTITRUST FILINGS
                                      (0.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LOUKO T | 09/07/07 | 1.20 | PREPARE NON-US ANTITRUST FILINGS (1.2). |
|---------|----------|------|-----------------------------------------|
| LOUKO T | 09/10/07 | 2.00 | TELECONFERENCE WITH M. FUKUDA AND PREPARE NON-US ANTITRUST FILINGS (2.0). |
| LOUKO T | 09/11/07 | 0.70 | PREPARE NON-US ANTITRUST ANALYSIS (0.7). |
| LOUKO T | 09/12/07 | 1.30 | PREPARE NON-US ANTITRUST FILINGS (1.3). |
| LOUKO T | 09/13/07 | 2.70 | PREPARE NON-US ANTITRUST FILINGS (2.7). |
| LOUKO T | 09/14/07 | 0.30 | PREPARE ANTITRUST FILING ANALYSIS (0.3). |
| LOUKO T | 09/18/07 | 1.20 | PREPARE NON-US ANTITRUST FILINGS (1.2). |
| LOUKO T | 09/19/07 | 1.10 | PREPARE NON-US ANTITRUST FILINGS (1.1). |
| LOUKO T | 09/20/07 | 0.50 | PREPARE NON-US ANTITRUST FILINGS (0.5). |
| LOUKO T | 09/21/07 | 0.30 | PREPARE NON-US ANTITRUST FILINGS (0.3). |
| LOUKO T | 09/24/07 | 0.50 | PREPARE NON-US ANTITRUST FILINGS (0.5). |
|         |          | 12.00 | |
| PERL MW | 09/03/07 | 2.10 | REVIEW, REVISE, AND PROVIDE COMMENTS TO BRAZIL ANTITRUST FILING DOCUMENT IN CONNECTION WITH EPCA (2.1). |
| PERL MW | 09/05/07 | 5.50 | CONTINUE DRAFTING AND REVISING MEMOS RE: ASSUMPTION AN REJECTION OF EXECUTORY CONTRACTS UNDER PLAN (2.0); REVIEW AND REVISE MEMOS RE: SAME, INCLUDING REVIEW AND CONSIDERATION OF COMMENTS (1.7); MEET WITH WORKING GROUP RE: PRIVILEGE LOG IN CONNECTION WITH DATA ROOM (0.3, ,0.2); PARTICIPATE IN TELECONFERENCE WITH B. SPARKS, M. MCGUIRE, SHEARMAN, AND WORKING GROUP RE: CORPORATE REORGANIZATION TRANSACTIONS (1.3). |
| PERL MW | 09/06/07 | 0.10 | REVIEW FOLLOW UP CORRESPONDENCE RE: BRAZIL ANTITRUST FILING (0.1). |
| PERL MW | 09/12/07 | 1.30 | REVIEW MATERIALS (0.4) AND BEGIN DRAFTING MOTION (0.9) FOR APPROVAL TO UNDERTAKE CORPORATE REORGANIZATIONS. |
| PERL MW | 09/17/07 | 2.60 | CONTINUE TO WORK ON MOTION TO APPROVE RESTRUCTURING TRANSACTION (2.6). |
| PERL MW | 09/18/07 | 1.30 | CONTINUE TO WORK ON MOTION TO APPROVE RESTRUCTURING TRANSACTIONS (1.3). |
| PERL MW | 09/19/07 | 3.10 | CONTINUE TO WORK ON MOTION TO SEEK AUTHORITY TO UNDERTAKE CORPORATE REORGANIZATION (3.1). |
| PERL MW | 09/20/07 | 9.90 | CONTINUE TO WORK ON MOTION TO SEEK AUTHORITY TO UNDERTAKE CORPORATE REORGANIZATION (9.9). |
| PERL MW | 09/21/07 | 3.90 | CONTINUE TO WORK ON MOTION FOR CORPORATE REORGANIZATION (3.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 09/25/07 | 1.10 | TELECONFERENCE WITH WORKING GROUP RE: TAX COMMENTS TO CORPORATE REORGANIZATION MOTION (0.7); REVIEW COMMENTS AND COORDINATE EDITS RE: SAME (0.4). |
|---------|----------|------|------|
| PERL MW | 09/26/07 | 1.10 | REVIEW COMMENTS AND REVISE DRAFT MOTION FOR CORPORATE REORGANIZATION (1.1). |
|         |          | **32.00** | |
| PLATT SJ | 09/06/07 | 2.00 | PREPARE PLAN EXHIBITS FOR FILING (2.0). |
|         |          | **2.00** | |
| STUART NL | 09/02/07 | 2.60 | REVIEW POR AND CREATE ISSUES LIST (2.6). |
| STUART NL | 09/03/07 | 9.40 | REVIEW AND REVISE POR (9.4). |
| STUART NL | 09/04/07 | 12.10 | TELECONFERENCE WITH PLAN INVESTORS RE: POR COMMENTS (1.0); INTERNAL STRATEGY SESSION RE: POR COMMENTS (2.1); REVIEW AND REVISE POR (9.0). |
| STUART NL | 09/05/07 | 15.40 | REVIEW AND REVISE POR (3.0); INTERNAL STRATEGY CALL ON POR REVISIONS AND FILING (2.5); ADDITIONAL POR REVISIONS (9.9). |
| STUART NL | 09/06/07 | 13.40 | PREPARE AND FILE POR AND EXHIBITS (9.0); ADDITIONAL REVISIONS TO POR EXHIBITS AND CORRESPONDENCE RE: SAME (4.4). |
| STUART NL | 09/07/07 | 6.50 | VARIOUS CORRESPONDENCE AND RESPONSES TO COMMENTS RELATED TO FILED POR (4.9); COMMENTS RE: VARIOUS MOTIONS RELATED TO POR MECHANICS (1.6). |
| STUART NL | 09/10/07 | 5.70 | FOLLOW UP ON POR FILING ISSUES (2.2); FOLLOW UP ON PLAN EXHIBIT ISSUES (3.5). |
| STUART NL | 09/11/07 | 4.50 | PARTICIPATE IN MEETINGS WITH STAKEHOLDERS RELATED TO PLAN FILING (1.3); REVIEW MATERIALS RELATED TO POR FILING (3.2). |
| STUART NL | 09/13/07 | 1.70 | DRAFT ISSUES LIST FOR OPEN PLAN ISSUES (1.7). |
| STUART NL | 09/14/07 | 3.80 | FOLLOW UP ON PLAN EXHIBIT FILING MATTERS (1.3); REVIEW PLAN EXHIBITS (2.5). |
| STUART NL | 09/17/07 | 1.30 | REVIEW CERTAIN PLAN MECHANICS RELATED TO MDL DISTRIBUTIONS (1.3). |
| STUART NL | 09/19/07 | 1.60 | RESEARCH RE: VALUATIONS AND CRAM DOWN INTEREST RATES (1.6). |
| STUART NL | 09/20/07 | 8.50 | RESEARCH RE: VALUATION AND CRAM DOWN INTEREST (1.6); TELECONFERENCE WITH A. BRILLIANT RE: PLAN OBJECTIONS (0.7); INTERNAL STRATEGY DISCUSSION RE: BONDHOLDER ISSUES (1.5); RESEARCH RE: "PAYMENT IN FULL" IN CONNECTION WITH SENIOR AND SUBORDINATED NOTES (4.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

STUART NL        09/21/07      7.50   RESEARCH RE: GAP INTEREST AND CRAM DOWN
                                      INTEREST (1.2); RESEARCH RE: DEFAULT
                                      INTEREST AND SUBORDINATION PROVISIONS
                                      IN SENIOR AND SUBORDINATED INDENTURES
                                      (4.1); REVIEW SENIOR AND SUBORDINATED
                                      INDENTURES RE: SAME (2.2).

STUART NL        09/24/07      6.40   DRAFT POTENTIAL EMERGENCE TIMELINE
                                      (2.1); RESEARCH RE: 1145(B) ISSUES
                                      (4.3).

STUART NL        09/25/07      8.30   DRAFT AND REVISE EMERGENCE TIMELINES
                                      FOR AMENDED POR (4.8); REVIEW POR ISSUES
                                      (1.2); REVIEW EMERGENCE ISSUES (2.3).

STUART NL        09/26/07      5.10   REVISIONS AND CORRESPONDENCE RE:
                                      UPDATED EMERGENCE TIMELINE (0.6);
                                      RESEARCH RE: FLOW-THROUGH CLAIMS AND
                                      IMPAIRMENT (4.5).

                              **113.80**

SUBER KM         09/18/07      8.30   CONFER WITH DELPHI TEAM MEMBERS RE: GIFT
                                      THEORY IN THE SECOND CIRCUIT (0.5); PULL
                                      CASE LAW RE: GIFTING FROM WESTLAW AND
                                      OTHER REFERENCE MATERIALS (1.0); REVIEW
                                      PRECEDENT CASE LAW (3.6); DRAFT
                                      MEMORANDUM RE: GIFTING (3.2).

SUBER KM         09/19/07     10.60   REVISE MEMORANDUM RE: GIFTING THEORY
                                      BASED ON COMMENTS FROM DELPHI TEAM
                                      MEMBERS (4.1); RESEARCH "GIFTING"
                                      PROVISIONS FROM PRECEDENT PLANS OF
                                      REORGANIZATION FOR INCORPORATION INTO
                                      THE MEMORANDUM (3.8); CREATE A TABLE OF
                                      "GIFTING PROVISIONS" FOR INCLUSION IN
                                      THE MEMORANDUM (2.7).

SUBER KM         09/20/07      5.20   CONTINUE TO REVISE GIFTING MEMORANDUM
                                      BASED ON COMMENTS FROM OTHER DELPHI TEAM
                                      MEMBERS (5.2).

                               **24.10**

**Total Associate**          **464.80**

DEMMA J          09/04/07      1.10   PREPARE PLAN FOR ATTORNEY REVIEW (1.1).

DEMMA J          09/05/07      1.20   MEETING RE: DATA ROOM FILES (0.6);
                                      PREPARE PLAN EXHIBITS (0.6).

DEMMA J          09/06/07      3.30   PREPARE INSTRUCTIONS FOR KCC RE:
                                      BANNERS AND WEB POSTINGS FOR POST
                                      DISCLOSURE STATEMENT AND PLAN OF
                                      REORGANIZATION FILINGS (1.6);
                                      COORDINATE PRODUCTION OF DISCLOSURE
                                      STATEMENT AND PLAN OF REORGANIZATION
                                      FOR STATUTORY COMMITTEE MEETING (0.6);
                                      PREPARE EXHIBITS FOR  PLAN OF
                                      REORGANIZATION (1.1).

DEMMA J          09/07/07      2.20   UPDATE FILED PLAN EXHIBITS (0.6);
                                      PREPARE SERVICE AGREEMENT FOR ATTORNEY
                                      REVIEW (1.6).

DEMMA J          09/11/07      1.10   UPDATE DUE DILIGENCE FILES (1.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  | 8.90 |  |
|---|---|---|---|
| ~~SHRAGO R~~ | ~~09/06/07~~ | ~~1.50~~ | ~~ASSIST IN PREPARATIONS TO FILE PLAN (1.4); DRAFT AND REVIEW CORRESPONDENCE TO AND FROM TEAM MEMBERS (0.1).~~ |
| ~~SHRAGO R~~ | ~~09/12/07~~ | ~~0.80~~ | ~~DISTRIBUTE PLAN AND DISCLOSURE STATEMENT AND EXHIBIT BINDERS (0.8).~~ |
|  |  | ~~2.30~~ |  |
| ZSOLDOS AF | 09/07/07 | 1.40 | DELIVER PACKAGE OF CORRECTED EXHIBITS TO COURT FOR REVIEW AND RE-ENTRY ON THE DOCKET (1.4). |
| ZSOLDOS AF | 09/11/07 | 1.50 | DISTRIBUTE PLAN AND DISCLOSURE STATEMENT (1.5). |
| ZSOLDOS AF | 09/12/07 | 1.70 | DISTRIBUTE DISCLOSURE STATEMENTS AND PLAN WITH EXHIBITS (1.7). |
| ZSOLDOS AF | 09/18/07 | 3.80 | CONTINUE TO DISTRIBUTE BOUND COPIES OF PLAN AND DISCLOSURE STATEMENT WITH SELECT EXHIBITS TO OUTSIDE PARTIES (3.8). |
| ZSOLDOS AF | 09/20/07 | 1.60 | PREPARE AND COORDINATE DELIVERY OF PLAN AND DISCLOSURE STATEMENT TO CHAMBERS (1.6). |
|  |  | 10.00 |  |
| **Total Legal Assistant** |  | **21.20** |  |
| **TOTAL TIME** |  | **692.70** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                               **Bill Date: 10/31/07**
**Reorganization Plan / Plan Sponsors**                    **Bill Number: 1182831**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 06/27/07 | Hogan III AL | -742.68 |
| Air/Rail Travel - vendor feed | 09/04/07 | Meisler RE | 517.09 |
| Air/Rail Travel - vendor feed | 09/04/07 | Meisler RE | 551.31 |
| Air/Rail Travel - vendor feed | 09/10/07 | Stuart NL | 1,012.60 |
| Air/Rail Travel - vendor feed | 09/10/07 | Panagakis GN | 1,245.29 |
| Air/Rail Travel - vendor feed | 09/11/07 | Stuart NL | 506.30 |
| Air/Rail Travel - vendor feed | 09/12/07 | Bolton IS | 295.82 |
| Air/Rail Travel - vendor feed | 09/20/07 | Meisler RE | 509.05 |
| Air/Rail Travel - vendor feed | 09/20/07 | Meisler RE | -517.09 |
| Air/Rail Travel - vendor feed | 09/27/07 | Stuart NL | 1,072.31 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$4,450.00** |
| In-house Reproduction | 09/04/07 | Copy Center, D | 20.60 |
| In-house Reproduction | 09/04/07 | Copy Center, D | 18.20 |
| In-house Reproduction | 09/04/07 | Copy Center, D | 201.49 |
| In-house Reproduction | 09/07/07 | Copy Center, D | 23.40 |
| In-house Reproduction | 09/07/07 | Copy Center, D | 89.90 |
| In-house Reproduction | 09/11/07 | Copy Center, D | 527.67 |
| In-house Reproduction | 09/13/07 | Starling L | 373.98 |
| In-house Reproduction | 09/13/07 | Starling L | 373.98 |
| In-house Reproduction | 09/13/07 | Starling L | 149.59 |
| In-house Reproduction | 09/18/07 | Copy Center, D | 56.50 |
| In-house Reproduction | 09/21/07 | Copy Center, D | 218.19 |
| In-house Reproduction | 09/21/07 | Copy Center, D | 5.30 |
| In-house Reproduction | 09/25/07 | Copy Center, D | 26.70 |
| In-house Reproduction | 09/28/07 | Copy Center, D | 0.90 |
| In-house Reproduction | 09/28/07 | Copy Center, D | 99.40 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/28/07 | Copy Center, D | 1.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2,187.00** |
| Non-standard/Outside Reproduction | 09/06/07 | Landmark Document Services | 16,098.46 |
| Non-standard/Outside Reproduction | 09/08/07 | Landmark Document Services | 16,097.72 |
| Non-standard/Outside Reproduction | 09/09/07 | Landmark Document Services | 16,097.61 |
| Non-standard/Outside Reproduction | 09/10/07 | Landmark Document Services | 16,099.21 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$64,393.00** |
| Lexis/Nexis | 09/19/07 | Hardin AS | 71.12 |
| Lexis/Nexis | 09/24/07 | Stuart NL | 152.65 |
| Lexis/Nexis | 09/26/07 | Stuart NL | 169.23 |
| | | **TOTAL LEXIS/NEXIS** | **$393.00** |
| Westlaw | 09/01/07 | West Group | -263.95 |
| Westlaw | 09/03/07 | Grant K | 14.38 |
| Westlaw | 09/11/07 | Stuart NL | 30.92 |
| Westlaw | 09/18/07 | Suber KM | 199.16 |
| Westlaw | 09/19/07 | Alcena LS | 1,267.33 |
| Westlaw | 09/19/07 | Suber KM | 10.50 |
| Westlaw | 09/19/07 | Stuart NL | 188.24 |
| Westlaw | 09/20/07 | Stuart NL | 104.21 |
| Westlaw | 09/21/07 | Stuart NL | 161.59 |
| Westlaw | 09/21/07 | Gartner M | 97.90 |
| Westlaw | 09/24/07 | Stuart NL | 172.90 |
| Westlaw | 09/26/07 | Stuart NL | 179.77 |
| Westlaw | 09/27/07 | Stuart NL | 277.24 |
| Westlaw | 09/28/07 | Stuart NL | 53.81 |
| | | **TOTAL WESTLAW** | **$2,494.00** |
| Reproduction - color | 09/11/07 | Copy Center, D | 290.00 |
| Reproduction - color | 09/11/07 | Copy Center, D | 290.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$580.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 09/01/07 | Teleconferencing Services, LLC | 29.68 |
| Vendor Hosted Telecon-ferencing | 09/04/07 | Teleconferencing Services, LLC | 3.47 |
| Vendor Hosted Telecon-ferencing | 09/06/07 | Teleconferencing Services, LLC | 14.06 |
| Vendor Hosted Telecon-ferencing | 09/10/07 | Teleconferencing Services, LLC | 2.45 |
| Vendor Hosted Telecon-ferencing | 09/12/07 | Teleconferencing Services, LLC | 4.37 |
| Vendor Hosted Telecon-ferencing | 09/12/07 | Teleconferencing Services, LLC | 26.45 |
| Vendor Hosted Telecon-ferencing | 09/14/07 | Teleconferencing Services, LLC | 22.32 |
| Vendor Hosted Telecon-ferencing | 09/14/07 | Teleconferencing Services, LLC | 18.32 |
| Vendor Hosted Telecon-ferencing | 09/18/07 | Teleconferencing Services, LLC | 22.98 |
| Vendor Hosted Telecon-ferencing | 09/18/07 | Teleconferencing Services, LLC | 2.93 |
| Vendor Hosted Telecon-ferencing | 09/18/07 | Teleconferencing Services, LLC | 2.51 |
| Vendor Hosted Telecon-ferencing | 09/19/07 | Teleconferencing Services, LLC | 2.03 |
| Vendor Hosted Telecon-ferencing | 09/20/07 | Teleconferencing Services, LLC | 1.32 |
| Vendor Hosted Telecon-ferencing | 09/24/07 | Teleconferencing Services, LLC | 10.89 |
| Vendor Hosted Telecon-ferencing | 09/24/07 | Teleconferencing Services, LLC | 13.22 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$177.00** |
| Air/Rail Travel (external) | 09/03/07 | Butler, Jr. J | 118.68 |
| Air/Rail Travel (external) | 09/23/07 | Butler, Jr. J | 237.37 |
| Air/Rail Travel (external) | 09/26/07 | Butler, Jr. J | 219.77 |
| Air/Rail Travel (external) | 09/30/07 | Butler, Jr. J | 119.18 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$695.00** |
| Out-of-Town Travel | 09/03/07 | Butler, Jr. J | 51.41 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 09/03/07 | Butler, Jr. J | 32.00 |
| Out-of-Town Travel | 09/03/07 | Butler, Jr. J | 18.25 |
| Out-of-Town Travel | 09/03/07 | Butler, Jr. J | 219.48 |
| Out-of-Town Travel | 09/11/07 | Stuart NL | 501.18 |
| Out-of-Town Travel | 09/11/07 | Stuart NL | 50.00 |
| Out-of-Town Travel | 09/13/07 | Bolton IS | 394.86 |
| Out-of-Town Travel | 09/13/07 | Bolton IS | 215.98 |
| Out-of-Town Travel | 09/17/07 | Butler, Jr. J | 7.97 |
| Out-of-Town Travel | 09/17/07 | Butler, Jr. J | 349.75 |
| Out-of-Town Travel | 09/17/07 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 09/23/07 | Butler, Jr. J | 42.48 |
| Out-of-Town Travel | 09/23/07 | Butler, Jr. J | 101.13 |
| Out-of-Town Travel | 09/23/07 | Butler, Jr. J | 19.00 |
| Out-of-Town Travel | 09/23/07 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 09/26/07 | Butler, Jr. J | 19.17 |
| Out-of-Town Travel | 09/26/07 | Butler, Jr. J | 26.67 |
| Out-of-Town Travel | 09/26/07 | Butler, Jr. J | 10.84 |
| Out-of-Town Travel | 09/26/07 | Butler, Jr. J | 504.20 |
| Out-of-Town Travel | 09/30/07 | Butler, Jr. J | 137.66 |
| Out-of-Town Travel | 09/30/07 | Butler, Jr. J | 229.98 |
| Out-of-Town Travel | 09/30/07 | Butler, Jr. J | 16.00 |
| Out-of-Town Travel | 09/30/07 | Gartner M | 5.00 |
| Out-of-Town Travel | 09/30/07 | Gartner M | 13.00 |
| Out-of-Town Travel | 09/30/07 | Gartner M | 2,502.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$5,490.00** |
| Messengers/ Courier | 09/01/07 | Dist Serv/Mail/Page, D | 255.46 |
| Messengers/ Courier | 09/02/07 | Arrow Messenger Svc | 62.33 |
| Messengers/ Courier | 09/10/07 | OSMIO | 27.24 |
| Messengers/ Courier | 09/10/07 | Dist Serv/Mail/Page, D | 56.35 |
| Messengers/ Courier | 09/10/07 | Dist Serv/Mail/Page, D | 67.36 |
| Messengers/ Courier | 09/10/07 | Dist Serv/Mail/Page, D | 18.32 |
| Messengers/ Courier | 09/10/07 | Dist Serv/Mail/Page, D | 16.76 |
| Messengers/ Courier | 09/15/07 | United Parcel Service | 154.78 |
| Messengers/ Courier | 09/18/07 | Dist Serv/Mail/Page, D | 34.84 |
| Messengers/ Courier | 09/18/07 | Dist Serv/Mail/Page, D | 24.55 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 09/18/07 | Dist Serv/Mail/Page, D | 45.58 |
| Messengers/ Courier | 09/18/07 | Dist Serv/Mail/Page, D | 23.50 |
| Messengers/ Courier | 09/18/07 | Dist Serv/Mail/Page, D | 13.35 |
| Messengers/ Courier | 09/18/07 | Dist Serv/Mail/Page, D | 23.50 |
| Messengers/ Courier | 09/18/07 | Dist Serv/Mail/Page, D | 34.55 |
| Messengers/ Courier | 09/18/07 | Dist Serv/Mail/Page, D | 18.72 |
| Messengers/ Courier | 09/18/07 | Dist Serv/Mail/Page, D | 23.45 |
| Messengers/ Courier | 09/18/07 | Dist Serv/Mail/Page, D | 25.97 |
| Messengers/ Courier | 09/18/07 | Dist Serv/Mail/Page, D | 24.55 |
| Messengers/ Courier | 09/18/07 | Dist Serv/Mail/Page, D | 42.84 |
| | | **TOTAL MESSENGERS/ COURIER** | **$994.00** |
| Out-of-Town Meals | 09/03/07 | Butler, Jr. J | 11.61 |
| Out-of-Town Meals | 09/03/07 | Butler, Jr. J | 15.76 |
| Out-of-Town Meals | 09/10/07 | Stuart NL | 45.02 |
| Out-of-Town Meals | 09/12/07 | Bolton IS | 8.68 |
| Out-of-Town Meals | 09/12/07 | Bolton IS | 20.86 |
| Out-of-Town Meals | 09/12/07 | Bolton IS | 7.95 |
| Out-of-Town Meals | 09/13/07 | Bolton IS | 11.77 |
| Out-of-Town Meals | 09/13/07 | Bolton IS | 15.84 |
| Out-of-Town Meals | 09/13/07 | Bolton IS | 44.73 |
| Out-of-Town Meals | 09/17/07 | Butler, Jr. J | 19.01 |
| Out-of-Town Meals | 09/23/07 | Butler, Jr. J | 18.01 |
| Out-of-Town Meals | 09/26/07 | Butler, Jr. J | 21.18 |
| Out-of-Town Meals | 09/30/07 | Butler, Jr. J | 19.51 |
| Out-of-Town Meals | 09/30/07 | Stuart NL | 6.41 |
| Out-of-Town Meals | 09/30/07 | Stuart NL | 15.64 |
| Out-of-Town Meals | 09/30/07 | Gartner M | 45.02 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$327.00** |
| Outside Re-search/Internet Services | 09/30/07 | Pacer Service Center | 22.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$22.00** |
| Print Images to Paper (from Electronic Media) | 09/01/07 | Copy Center, D | 28.98 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 09/04/07 | Copy Center, D | 14.41 |
| Print Images to Paper (from Electronic Media) | 09/04/07 | Copy Center, D | 60.05 |
| Print Images to Paper (from Electronic Media) | 09/10/07 | Copy Center, D | 32.52 |
| Print Images to Paper (from Electronic Media) | 09/13/07 | Starling L | 11.61 |
| Print Images to Paper (from Electronic Media) | 09/13/07 | Starling L | 92.88 |
| Print Images to Paper (from Electronic Media) | 09/18/07 | Copy Center, D | 49.32 |
| Print Images to Paper (from Electronic Media) | 09/24/07 | Copy Center, D | 35.23 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$325.00** |
| CLR/Disclosure | 09/01/07 | Global Securities | 45.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$45.00** |
| | | **TOTAL MATTER** | **$82,572.00** |

B43E