SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-3
CUSTOMER MATTERS (GM)
2,762.7 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Customer Matters (GM)**

Bill Date: 07/31/07
Bill Number: 1168053

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 06/01/07 | 2.60 | CONTINUE TO REVIEW AND EVALUATE MAY 29TH GM RESTRUCTURING PROPOSAL (0.7); TELECONFERENCES WITH R. O'NEAL (0.4, 0.2) AND S. CORCORAN (0.3) RE: SAME AND NEXT STEPS; BEGIN TO PREPARE FOR JUNE 3RD SENIOR LEADERSHIP MEETING RE: RESPONSE TO GM AND PREPARATION FOR JUNE 4TH AND 6TH GM MEETINGS (0.3); REVIEW REVISIONS TO SANDUSKY CAPITAL PROCUREMENT AGREEMENT (0.2); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.2); REVIEW REVISED GM SIDE-BY-SIDE ANALYSIS (0.3) . |
| BUTLER, JR. J | 06/02/07 | 0.80 | CONTINUE TO REVIEW AND EVALUATE MAY 29TH GM RESTRUCTURING PROPOSAL AND REVISED GM SIDE-BY-SIDE ANALYSIS (0.8). |
| BUTLER, JR. J | 06/03/07 | 3.10 | PREPARE FOR (0.4) AND PARTICIPATE IN (1.7) SENIOR LEADERSHIP TELECONFERENCE MEETING RE: RESPONSE TO GM AND PREPARATION FOR JUNE 4TH AND 6TH GM MEETINGS; REVIEW MATERIALS RE: SUNSET DATES, PENSION FUTURE BARGAINING AND ECONOMIC KEY ISSUES (0.7); CONTINUE TO REVIEW SANDUSKY CAPITAL PROCUREMENT AGREEMENT INCLUDING EMAIL FROM S. CORCORAN (0.3). . |
| BUTLER, JR. J | 06/04/07 | 3.60 | PREPARE FOR (0.4) AND PARTICIPATE IN (1.7) DELPHI / GM SENIOR LEADERSHIP TELECONFERENCE MEETING; FOLLOW-UP ON SAME (1.5); CONTINUE TO PREPARE FOR JUNE 6TH GM MEETING IN DETROIT. |
| BUTLER, JR. J | 06/05/07 | 1.60 | CONTINUE TO PREPARE FOR JUNE 6TH DELPHI / GM SENIOR LEADERSHIP MEETING AT COMPANY IN TROY (0.4); RECEIVE AND BEGIN TO EVALUATE GM SIDE-BY-SIDE RESPONSE (0.8); FOLLOW-UP ON SANDUSKY CAPITAL PROCUREMENT MATTERS (0.4). |
| BUTLER, JR. J | 06/06/07 | 3.10 | PREPARE FOR (0.4) AND PARTICIPATE IN (2.4) DELPHI / GM SENIOR LEADERSHIP MEETING AT COMPANY IN TROY; POST-MEETING CONFERENCE WITH R. O'NEAL, J. BERTRAND AND J. SHEEHAN RE: SAME (0.3). |
| BUTLER, JR. J | 06/08/07 | 1.60 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.7) DELPHI / GM SENIOR LEADERSHIP TELECONFERENCE MEETING; POST-MEETING TELECONFERENCES WITH R. O'NEAL AND J. SHEEHAN RE: SAME AND NEXT STEPS (0.5, 0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    06/10/07    0.60   CONTINUE TO PREPARE FOR JUNE 13TH
                                    DELPHI-GM LEADERSHIP MEETING IN DETROIT
                                    INCLUDING EMAILS WITH J. BERTRAND AND S.
                                    CORCORAN AND TELECONFERENCES WITH S.
                                    CORCORAN AND FURTHER REVIEW OF
                                    DISCUSSION MATERIALS WITH GM (0.6).

BUTLER, JR. J    06/11/07    1.10   CONTINUE TO PREPARE FOR JUNE 12TH GM
                                    MEETING IN DETROIT (0.4); REVIEW
                                    WARRANTY SETTLEMENT PRESENTATION
                                    MATERIALS (0.4); EMAILS TO/FROM S.
                                    CORCORAN, J. PAPELIAN AND T. TIMKO RE:
                                    SAME (0.3).

BUTLER, JR. J    06/12/07    1.20   CONTINUE TO PREPARE FOR JUNE 13TH DELPHI
                                    / GM SENIOR LEADERSHIP MEETING AT
                                    RENAISSANCE CENTER IN DETROIT (0.7);
                                    CONTINUE TO WORK ON GM WARRANTY MATTERS
                                    INCLUDING EMAILS FROM/TO F. FROMM, K.
                                    STIPP, S. CORCORAN (0.3); EMAILS
                                    FROM/TO J. TANENBAUM RE GM SETTLEMENT
                                    DOCUMENTATION (0.2).

BUTLER, JR. J    06/13/07    5.20   PREPARE FOR (0.3) AND PARTICIPATE IN
                                    (4.7) DELPHI / GM SENIOR LEADERSHIP
                                    MEETING AT RENAISSANCE CENTER IN
                                    DETROIT; EMAILS FROM/TO J. TANENBAUM
                                    RE: SETTLEMENT DOCUMENTATION MATTERS
                                    (0.2).

BUTLER, JR. J    06/15/07    0.20   EMAILS FROM/TO F. FROMM AND J. TANENBAUM
                                    RE: JUNE 19TH SETTLEMENT DOCUMENTATION
                                    MEETING IN NEW YORK CITY (0.2).

BUTLER, JR. J    06/16/07    0.60   CONTINUE TO PREPARE FOR JUNE 19TH
                                    DELPHI-GM LEGAL WORKING GROUP MEETING
                                    IN NEW YORK CITY AND JUNE 20TH DELPHI-GM
                                    LEADERSHIP MEETING IN DETROIT INCLUDING
                                    REVIEW OF OUTLINE MATERIALS (0.6).

BUTLER, JR. J    06/17/07    0.80   CONTINUE TO PREPARE FOR JUNE 19TH
                                    DELPHI-GM LEGAL WORKING GROUP MEETING
                                    IN NEW YORK CITY AND JUNE 20TH DELPHI-GM
                                    LEADERSHIP MEETING IN DETROIT INCLUDING
                                    REVIEW AND ANALYSIS OF GM SETTLEMENT
                                    DOCUMENTATION OUTLINE AND RELATED
                                    MATERIALS (0.8).

BUTLER, JR. J    06/18/07    0.60   CONTINUE TO PREPARE FOR JUNE 19TH
                                    DELPHI-GM LEGAL WORKING GROUP MEETING
                                    IN NEW YORK CITY AND JUNE 20TH DELPHI-GM
                                    LEADERSHIP MEETING IN DETROIT (0.6).

BUTLER, JR. J    06/19/07    2.10   PREPARE FOR (0.3) AND ATTEND (1.4)
                                    DELPHI-GM LEGAL WORKING GROUP MEETING
                                    IN NEW YORK CITY; CONTINUE TO PREPARE
                                    FOR JUNE 20TH DELPHI-GM LEADERSHIP
                                    MEETING IN DETROIT INCLUDING
                                    CONFERENCES WITH SENIOR MANAGEMENT TEAM
                                    (0.4).

BUTLER, JR. J    06/20/07    3.20   PREPARE FOR (0.4) AND ATTEND (2.8)
                                    DELPHI-GM LEADERSHIP MEETING IN DETROIT
                                    INCLUDING CONFERENCES WITH SENIOR
                                    MANAGEMENT TEAM.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    06/22/07    0.40   REVIEW GM WARRANTY AGREEMENT AND
                                    APPROVAL MOTION MATERIALS (0.4).

BUTLER, JR. J    06/24/07    0.80   CONTINUE TO WORK ON GM SETTLEMENT
                                    DOCUMENTATION OUTLINE AND RELATED
                                    MATERIALS (0.6); CONTINUE TO REVIEW GM
                                    WARRANTY SETTLEMENT MATTERS (0.2).

BUTLER, JR. J    06/25/07    0.90   CONTINUE TO WORK ON GM SETTLEMENT
                                    DOCUMENTATION OUTLINE AND RELATED
                                    MATERIALS (0.4); CONTINUE TO EVALUATE
                                    GM WARRANTY SETTLEMENT MATTERS (0.5).

BUTLER, JR. J    06/26/07    2.40   PREPARE FOR (0.1) AND ATTEND (0.1)
                                    OMNIBUS HEARING BEFORE JUDGE DRAIN IN
                                    NEW YORK BANKRUPTCY COURT RE: SANDUSKY
                                    CAPITAL PROCUREMENT MOTION; PREPARE FOR
                                    (0.2) AND PARTICIPATE IN (0.4) MEETING
                                    WITH J. SHEEHAN, S. CORCORAN AND WORKING
                                    GROUP RE: GM SETTLEMENT DOCUMENTATION;
                                    PREPARE FOR (0.2) AND PARTICIPATE IN
                                    (0.8) MEETING WITH J. SHEEHAN, S.
                                    CORCORAN AND WORKING GROUPS RE:
                                    WARRANTY SETTLEMENT PAPERS; REVIEW
                                    MATERIALS AND MULTIPLE EMAILS FROM/TO
                                    R. O'NEAL, D. SHERBIN, J. BERTRAND AND
                                    S. CORCORAN RE SAME (0.6).

BUTLER, JR. J    06/27/07    0.80   PREPARE FOR JUNE 28TH TELECONFERENCE
                                    WITH S. CORCORAN, F. FROMM AND J.
                                    TANENBAUM RE: SETTLEMENT DOCUMENTATION
                                    MATTERS INCLUDING REVIEW OF REVISED
                                    SETTLEMENT OUTLINE PACKAGE (0.8).

BUTLER, JR. J    06/28/07    2.80   PREPARE FOR (0.2) AND PARTICIPATE IN
                                    (1.9) SENIOR DELPHI - GM LEADERSHIP
                                    TELECONFERENCE; PREPARE FOR (0.2) AND
                                    PARTICIPATE IN (0.5) TELECONFERENCE
                                    WITH S. CORCORAN, F. FROMM AND J.
                                    TANENBAUM RE: SETTLEMENT DOCUMENTATION
                                    MATTERS.

                             40.10

COCHRAN EL       06/02/07    0.50   TELECONFERENCE WITH S. CORCORAN RE:
                                    STATUS OF GM DISCUSSION (0.5).

COCHRAN EL       06/04/07    2.20   PARTICIPATE IN TELECONFERENCE WITH GM
                                    AND DELPHI REPS (2.2).

COCHRAN EL       06/06/07    2.10   PARTICIPATE IN TELECONFERENCE WITH
                                    DELPHI AND GM REPS (2.1).

COCHRAN EL       06/13/07    4.20   PARTICIPATE IN MEETING WITH GM
                                    REPRESENTATIVES RE: SETTLEMENT ISSUES
                                    (4.2).

COCHRAN EL       06/14/07    4.20   REVIEW OUTLINE OF GM SETTLEMENT
                                    AGREEMENT (4.2).

COCHRAN EL       06/15/07    4.20   REVIEW AND COMMENT ON GM OUTLINE (4.2).

COCHRAN EL       06/16/07    3.20   COMMENT ON GM OUTLINE (3.2).

COCHRAN EL       06/17/07    4.70   REVIEW REVISED GM OUTLINE AND DISCUSSED
                                    COMMENTS WITH S. CORCORAN (4.7).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| COCHRAN EL | 06/18/07 | 3.10 | REVIEW GM OUTLINE (3.1). |
|---|---|---|---|
| COCHRAN EL | 06/19/07 | 2.60 | MEETING WITH GM REPS ON OUTLINE (2.1); REVIEW WARRANTY REQUEST ISSUE (0.5). |
| COCHRAN EL | 06/20/07 | 4.10 | PARTICIPATE IN TELECONFERENCE WITH GM AND DELPHI REPRESENTATIVES ON LABOR ISSUES (3.6); REVIEW ISSUES RE: GM-DELPHI OUTLINE (0.5). |
| COCHRAN EL | 06/22/07 | 1.10 | REVIEW UAW MOU IN RELATION TO DELPHI/GM SETTLEMENT OUTLINE (1.1). |
| COCHRAN EL | 06/25/07 | 2.10 | REVIEW ISSUES RELATING TO GM/DELPHI OUTLINE IN PREPARATION FOR TUESDAY MEETING WITH CLIENT (2.1). |
| COCHRAN EL | 06/26/07 | 3.10 | REVIEW ISSUES RELATING TO GM/DELPHI OUTLINE AND DRAFTING RESPONSIBILITIES TABLE (3.1). |
| COCHRAN EL | 06/27/07 | 4.70 | REVIEW GM MARK-UP OF OUTLINE AND PREPARED RESPONSE (4.7). |
| COCHRAN EL | 06/28/07 | 3.30 | REVIEW GM/DELPHI OUTLINE (1.7); PARTICIPATE IN CALL WITH DELPHI AND GM REPRESENTATIVES ON DRAFTING RESPONSIBILITIES (1.6). |
| COCHRAN EL | 06/29/07 | 3.60 | REVIEW TASKS FOR DRAFTING RE: GM AND DELPHI SETTLEMENT (3.6). |

53.00

| ~~HOGAN III AL~~ | ~~06/18/07~~ | ~~0.40~~ | ~~REVIEW GM WARRANTY INFORMATION IN ANTICIPATION OF MOTION CONCERNING SAME (0.4).~~ |
|---|---|---|---|
| ~~HOGAN III AL~~ | ~~06/19/07~~ | ~~0.30~~ | ~~REVIEW GM WARRANTY TERM SHEET AND DISCUSS SAME WITH R. MEISLER (0.3).~~ |
| ~~HOGAN III AL~~ | ~~06/25/07~~ | ~~0.60~~ | ~~REVIEW DRAFT GM WARRANTY MOTION AND ADDRESS COMMENTS WITH RESTRUCTURING TEAM (0.6).~~ |

~~1.30~~

| MARAFIOTI KA | 06/05/07 | 0.50 | REVIEW AND REVISE SANDUSKY PROCUREMENT MOTION (0.2), NOTICE (0.1), AND ORDER (0.1 ) AND CORRESPONDENCE RE: SAME (0.1). |
|---|---|---|---|
| MARAFIOTI KA | 06/14/07 | 0.60 | REVIEW GM TERM SHEET ANALYSIS WITH COMPANY (0.6). |
| MARAFIOTI KA | 06/19/07 | 0.10 | CORRESPONDENCE RE: GM WARRANTY ISSUES (0.1). |
| MARAFIOTI KA | 06/22/07 | 1.10 | REVIEW GM WARRANTY AGREEMENT (0.4) AND CONSIDER ISSUES RE: SAME (0.4); REVIEW MOTION RE: GM WARRANTY AGREEMENT (0.3). |

B43E

| MARAFIOTI KA | 06/24/07 | 1.40 | WORK ON GM WARRANTY APPROVAL MOTION (1.1) AND ORDER (0.3). |
| MARAFIOTI KA | 06/26/07 | 0.50 | CONFER WITH J. SHEEHAN AND S. CORCORAN RE: GM WARRANTY MOTION (0.5). |
| MARAFIOTI KA | 06/27/07 | 2.00 | WORK ON GM WARRANTY MOTION (1.4); RELATED CORRESPONDENCE (0.1); DEVELOP STRATEGY RE: SAME (0.5). |

                                 6.20

| MEISLER RE | 06/05/07 | 0.50 | REVIEW AND COMMENT ON CAPITAL PROCUREMENT MOTION (0.5). |
| MEISLER RE | 06/06/07 | 1.50 | TELECONFERENCE WITH S. CORCORAN RE: CAPITAL PROCUREMENT MOTION (0.3); REVISE MOTION RE: SAME (0.8); DRAFT CORRESPONDENCE TO S. OLSON AND J. GUGLIELMO RE: SAME (0.2); DRAFT CORRESPONDENCE TO S. CORCORAN RE: SAME (0.2). |
| MEISLER RE | 06/18/07 | 0.30 | REVIEW TERMS OF SETTLEMENT RE: GM WARRANTY (0.3). |
| MEISLER RE | 06/19/07 | 5.80 | REVIEW (1.5) AND ANALYZE (1.0) TERMS OF DRAFT SETTLEMENT AGREEMENT RE: GM WARRANTY; COMMENT ON SETTLEMENT AGREEMENT (1.3); BEGIN OUTLINE OF MOTION RE: SAME (0.9); TELECONFERENCE WITH J. PAPELIAN (0.2) AND DRAFT CORRESPONDENCE TO J. PAPELIAN RE: COMMENTS TO SETTLEMENT AGREEMENT (0.3); REVIEW AND RESPOND TO CORRESPONDENCE RE: GM WARRANTY (0.6). |
| MEISLER RE | 06/21/07 | 2.10 | REVIEW AND COMMENT ON STN SCRIPT RE: HEARING PREP (0.1); REVIEW AND COMMENT ON SCRIPT PREPARE FOR CAPITAL PROCUREMENT (0.5); CONTINUE TO REVIEW AND CONSIDER SETTLEMENT AGREEMENT RE: GM WARRANTY (0.7); REVIEW AND COMMENT ON MOTION (0.8). |
| MEISLER RE | 06/22/07 | 3.10 | REVIEW AND COMMENT ON GM WARRANTY SETTLEMENT MOTION (1.9); REVIEW AND COMMENT ON ORDER RE: SAME (0.5); DRAFT CORRESPONDENCE RE: SAME (0.3); REVIEW GM PROOF OF CLAIM RE: SAME (0.4). |
| MEISLER RE | 06/24/07 | 0.60 | REVIEW AND CONSIDER CORRESPONDENCE FROM J. PAPELIAN RE: GM WARRANTY (0.4) AND RESPOND RE: SAME (0.2). |
| MEISLER RE | 06/25/07 | 1.30 | REVIEW COMMENTS TO DRAFT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT RE: GM WARRANTY CLAIMS (0.5); REVIEW AND REVISE MOTION RE: SAME (0.4); CONTINUE REVIEW OF GM CLAIMS ASSERTED IN ITS PROOF OF CLAIM (0.3); DRAFT CORRESPONDENCE TO J. PAPELIAN RE: SAME (0.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE        06/26/07      3.60   WORKING GROUP MEETING RE: SETTLEMENT OF
                                       GM WARRANTY CLAIMS (0.7);
                                       TELECONFERENCE WITH J. PAPELIAN RE:
                                       SAME (0.2); CONFERENCE WITH R. SAMOLE
                                       RE: SAME (0.5); WORK ON SAME (1.2);
                                       WORKING GROUP MEETING RE: GLOBAL GM
                                       SETTLEMENT (1.0).

MEISLER RE        06/27/07      0.60   CONTINUE TO REVIEW AND CONSIDER GM
                                       WARRANTY SETTLEMENT AGREEMENT AND
                                       RECENT MODIFICATIONS THERETO (0.4);
                                       DRAFT CORRESPONDENCE RE: SAME (0.2).

MEISLER RE        06/28/07      1.60   CONTINUE REVIEW OF GM PROOF OF CLAIM
                                       (0.4); CONTINUE REVIEW OF MODIFIED
                                       SETTLEMENT AGREEMENT RE: GM WARRANTY
                                       (1.0); REVIEW AND RESPOND TO
                                       CORRESPONDENCE RE: SAME (0.2).

                               21.00

**Total Partner**             121.60

MATZ TJ           06/24/07      0.90   REVIEW AND COMMENT ON GM WARRANTY
                                       SETTLEMENT MOTION (0.9).

MATZ TJ           06/25/07      0.30   PREPARE AND FORWARD 6/26 LOSS CONTRACT
                                       MOTION STATUS CONFERENCE REMINDER TO
                                       ALL MOTION PARTICIPANTS (0.3).

MATZ TJ           06/26/07      0.70   PARTICIPATE IN MEETING WITH S.
                                       CORCORAN, J. SHEEHAN RE: GM WARRANTY
                                       SETTLEMENT (0.7).

MATZ TJ           06/29/07      1.40   DISCUSSION WITH A. HARDIN RE: GM
                                       SETTLEMENT DOCUMENTATION (1.1);
                                       PREPARE AND FORWARD TO CHAMBERS THIRD
                                       AMENDED SUSPENSION ORDER (0.3).

                                3.30

**Total Counsel**               3.30

FERN BM           06/01/07      0.30   REVIEW THE REVISED CAPITAL PROCUREMENT
                                       AGREEMENT (0.3).

FERN BM           06/02/07      0.70   REVISE CAPITAL PROCUREMENT PLEADINGS
                                       (0.7).

FERN BM           06/04/07      1.20   WORK ON ISSUES RE: CAPITAL PROCUREMENT
                                       AGREEMENT (0.5); REVISE CAPITAL
                                       PROCUREMENT MOTION (0.7).

FERN BM           06/05/07      1.90   EMAILS TO/FROM S. CORCORAN RE: CAPITAL
                                       PROCUREMENT (0.2); REVISE CAPITAL
                                       PROCUREMENT PLEADINGS (1.1);
                                       ADDITIONAL REVISIONS TO CAPITAL
                                       PROCUREMENT PLEADINGS (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 06/06/07 | 6.10 | EVALUATE ISSUES RE: CAPITAL PROCUREMENT AGREEMENT (0.3); REVISE CAPITAL PROCUREMENT MOTION (1.0); EMAIL TO G. KAMINSKI AND F. GORMAN RE: SAME (0.2); FORMULATE STRATEGY RE: CAPITAL PROCUREMENT DILIGENCE (0.3); TELECONFERENCE WITH S. OLSEN AND J. GUGLIELMO RE: CAPITAL PROCUREMENT (0.4); DRAFT UCC SLIDES RE: CAPITAL PROCUREMENT (1.5); TELECONFERENCE WITH J. GUGLIELMO RE: SAME (0.3); REVISE CAPITAL PROCUREMENT PLEADINGS (0.9); REVIEW AND REVISE CAPITAL PROCUREMENT PLEADINGS IN PREPARATION FOR FILING (1.2). |
| FERN BM | 06/07/07 | 0.60 | CONSIDER ISSUES RE: CAPITAL PROCUREMENT MOTION (0.3); EMAILS TO/FROM J. GUGLIELMOM RE: CAPITAL PROCUREMENT DILIGENCE (0.3). |
| FERN BM | 06/14/07 | 1.50 | REVIEW  ISSUES RE: LEGACY AGREEMENT PROJECT (0.3); DRAFT SCRIPT FOR CAPITAL PROCUREMENT MOTION (1.2). |
| FERN BM | 06/15/07 | 4.40 | CONTINUE DRAFTING SCRIPT FOR CAPITAL PROCUREMENT MOTION (1.3); BEGAN DRAFTING CHART RE: LEGACY AGREEMENTS (3.1). |
| FERN BM | 06/18/07 | 5.40 | CONTINUE DRAFTING CHART RE: GM LEGACY AGREEMENTS (3.6); COMPLETE DRAFT OF LEGACY AGREEMENT CHART (1.8). |
| FERN BM | 06/19/07 | 1.20 | REVISE SCRIPT FOR CAPITAL PROCUREMENT MOTION (1.2). |
| FERN BM | 06/20/07 | 0.40 | EMAILS TO/FROM J. GUGLIELMO RE: CAPITAL PROCUREMENT MOTION (0.2); EMAIL TO S. OLSEN AND S. CORCORAN RE: CAPITAL PROCUREMENT (0.2). |
| FERN BM | 06/21/07 | 1.10 | REVISE CAPITAL PROCUREMENT SCRIPT (1.1). |
| | | 24.80 | |
| GANITSKY DI | 06/04/07 | 2.00 | REVIEW GM/UAW TABLES AND ANALYZE SAME (2.0). |
| GANITSKY DI | 06/07/07 | 1.30 | REVIEW GM/WEIL TERM SHEET (1.3). |
| GANITSKY DI | 06/08/07 | 0.80 | MATTERS RE: GM TERM SHEET (0.8). |
| GANITSKY DI | 06/11/07 | 1.30 | REVIEW GM MOU AND RELATED MATTERS (1.3). |
| GANITSKY DI | 06/12/07 | 1.20 | REVIEW GM TERM SHEET FROM WGM (1.2). |
| GANITSKY DI | 06/13/07 | 1.70 | MATTERS RE: CONFORMING GM OUTLINE TO WGM TERM SHEET (1.7). |
| GANITSKY DI | 06/14/07 | 1.10 | WORK ON GM TABLE SHOWING ISSUES AND TOPICS FOR DEFINITIVE AGREEMENTS (1.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GANITSKY DI       06/15/07       6.40   REVIEW AND CONTINUE TO WORK ON GM ISSUES
                                         TABLE AND DRAFTING SESSION ON SAME WITH
                                         SKADDEN TEAM (5.2); SENIOR STRATEGY
                                         TELECONFERENCE AND WORK ON MAJOR TOPICS
                                         ISSUES LIST (1.2).

GANITSKY DI       06/16/07       8.40   WORK ON TABLE RE: GM MATTERS INCLUDING
                                         REVIEW AND REVISE BASED ON REVIEW,
                                         ADDING MATTERS FROM SIDE BY SIDE AND
                                         REVISIONS TO SAME (8.4).

GANITSKY DI       06/17/07      10.10   REVIEW OF TABLE OUTLINING GM AGREEMENTS
                                         AND RELATED CROSS REFERENCES (3.4);
                                         TELECONFERENCE WITH S. CORCORAN AND E.
                                         COCHRAN RE: SAME (2.6); REVISE DOCUMENT
                                         BASED ON REVIEW AND ON COMMENTS (4.1).

GANITSKY DI       06/18/07       4.00   REVIEW AND REVISE GM OUTLINE, INCLUDING
                                         GROUP REVIEW (4.0).

GANITSKY DI       06/25/07       1.20   REVIEW REVISED GM OUTLINE THAT
                                         INCORPORATED UAW (1.2).

GANITSKY DI       06/28/07       1.20   BEGIN WORK ON GM DOCUMENTATION WITH
                                         PLANNING CALL WITH INTERNAL TEAM AND
                                         REVIEW OF DOCUMENTATION (1.2).

GANITSKY DI       06/29/07       2.20   DISCUSSIONS AND CALLS RE: GM OUTLINE
                                         INCLUDING WITH CLIENT (2.2).

GANITSKY DI       06/30/07       1.70   REVIEW MATERIALS RE: GM SETTLEMENT
                                         AGREEMENT (1.7).

                                44.60

HALPER A          06/08/07       0.40   BRIEFLY REVIEW REVISED GM TERM SHEET
                                         (0.4).

HALPER A          06/24/07       0.40   REVIEW GM INFORMATION (0.4).

HALPER A          06/27/07       0.40   REVIEW GM OUTLINE AND DRAFTING
                                         RESPONSIBILITIES (0.4).

HALPER A          06/28/07       0.50   REVIEW ISSUES RELATING TO GM MARK-UP
                                         (0.5).

                                 1.70

HARDIN AS         06/04/07       2.20   REVIEW CORRESPONDENCE, MEETING PREP
                                         MATERIALS RELATED TO PLAN-RELATED
                                         NEGOTIATIONS (0.7); WORKING GROUP EMAIL
                                         EXCHANGE RE: SAME (0.4) REVIEW LATEST
                                         DRAFT OF SETTLEMENT AGREEMENT (1.1).

HARDIN AS         06/11/07       4.40   WORKING GROUP TELECONFERENCE RE:
                                         SETTLEMENT DOCUMENTATION (0.9); REVISE
                                         MEMO RELATED TO SAME (0.6); PREPARE
                                         MATERIALS RELATED TO SAME (2.9).

HARDIN AS         06/15/07       0.40   WORKING GROUP TELECONFERENCE RE: STATUS
                                         OF SETTLEMENT DOCUMENTS AND
                                         NEGOTIATIONS (0.4).

HARDIN AS         06/18/07       0.80   REVIEW REVISED OUTLINE OF SETTLEMENT
                                         DOCUMENTS (0.6); DRAFT EMAIL TO S.
                                         CORCORAN RE: DRAFT SETTLEMENT AGREEMENT
                                         (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HARDIN AS | 06/21/07 | 1.00 | REVIEW AND REVISE DOCUMENTATION OUTLINE (0.6); WORKING GROUP TELECONFERENCE RE: SAME (0.4). |
|-----------|----------|------|------|
| HARDIN AS | 06/26/07 | 1.20 | REVIEW DRAFT MATERIALS RE: SETTLEMENT DOCUMENTS (1.2). |
| HARDIN AS | 06/27/07 | 2.30 | REVIEW DOCUMENTS RELATED TO SETTLEMENTS (0.3); WORKING GROUP CONFERENCE CALL RE: SAME (1.3); REVIEW MATERIALS PRESENTED TO BOARD OF DIRECTORS (0.7). |
| HARDIN AS | 06/28/07 | 3.80 | WORKING GROUP CONFERENCE CALL RE: DOCUMENTATION (1.8); DRAFT STATUS MEMO RE: SAME (0.4); REVIEW REVISED DRAFTING MATERIALS (0.3); WORKING GROUP CONFERENCE CALL RE: PENSIONS (0.5); WORKING GROUP CONFERENCE CALL RE: SETTLEMENT AGREEMENTS (0.5); REVIEW ANALYSIS OF SAME (0.3). |
| HARDIN AS | 06/29/07 | 2.10 | WORKING GROUP CONFERENCE CALL RE: SETTLEMENT DOCUMENTATION (0.9); WORKING GROUP CONFERENCE CALL RE: SETTLEMENT DOCUMENTS (1.2). |
| HARDIN AS | 06/30/07 | 3.50 | DRAFT AGREEMENTS RELATED TO PLAN (3.0); EMAIL EXCHANGE WITH WORKING GROUP RE: SAME (0.2); DRAFT EMAIL TO F. KUPLICKI RE: SAME (0.3). |
|  |  | **21.70** |  |
| HOUSTON BM | 06/01/07 | 2.40 | BEGIN RESEARCHING FACTS RE: GM SETOFF REQUESTS (1.3); DRAFT SUMMARY REPORT RE: SAME (1.1). |
|  |  | **2.40** |  |
| OGUNSANYA GO | 06/14/07 | 14.60 | DRAFT GM SETTLEMENT OUTLINE (14.6). |
| OGUNSANYA GO | 06/15/07 | 16.60 | RE-DRAFTING AND FURTHER EDITS TO GM SETTLEMENT AND RESTRUCTURING DOCUMENTATION (16.6). |
| OGUNSANYA GO | 06/16/07 | 9.80 | TELECONFERENCE WITH S. CORCORAN, RE: GM SETTLEMENT DOCUMENTATION (1.2); RE-DRAFTING AND FURTHER EDITS TO SETTLEMENT AND RESTRUCTURING DOCUMENTATION (8.6). |
| OGUNSANYA GO | 06/17/07 | 13.80 | TELECONFERENCE WITH S. CORCORAN RE GM SETTLEMENT DOCUMENTATION (3.6); REVIEW OF INTERNAL TERM SHEETS (1.8) RE-DRAFTING AND FURTHER EDITS TO SETTLEMENT AND RESTRUCTURING DOCUMENTATION (8.4). |
| OGUNSANYA GO | 06/18/07 | 10.20 | RE-DRAFTING AND FURTHER EDITS TO GM SETTLEMENT AND RESTRUCTURING DOCUMENTATION OUTLINE (10.2). |

B43E

OGUNSANYA GO     06/19/07     8.70  DELPHI-GM MEETING RE: DOCUMENTATION
                                    OUTLINE AND RESTRUCTURING CHECKLIST
                                    (1.4); INTERNAL DELPHI MEETING (2.0);
                                    RE-DRAFTING AND FURTHER EDITS TO
                                    SETTLEMENT AND RESTRUCTURING
                                    DOCUMENTATION (3.7); PREPARATION FOR
                                    DELPHI-GM MEETING (1.6).

OGUNSANYA GO     06/20/07     4.20  REDRAFTING AND RE-EDITS OF GM
                                    DOCUMENTATION OUTLINE (4.2).

OGUNSANYA GO     06/24/07     6.50  REDRAFTING, EDITS AND DISTRIBUTION OF
                                    GM DOCUMENTATION OUTLINE (6.5).

OGUNSANYA GO     06/25/07     5.40  REDRAFTING, EDITS AND DISTRIBUTION OF
                                    GM DOCUMENTATION OUTLINE (5.4).

OGUNSANYA GO     06/26/07    10.10  MEETING AT BANKRUPTCY COURT WITH DELPHI
                                    WORKING GROUP RE GM SETTLEMENT
                                    DOCUMENTATION (3.6); TELECONFERENCE
                                    WITH S. CORCORAN AND J. SHEEHAN RE:
                                    DRAFTING RESPONSIBILITY (0.5);
                                    REDRAFT, EDITS AND DISTRIBUTION OF GM
                                    DOCUMENTATION OUTLINE (6.0).

OGUNSANYA GO     06/27/07     9.70  REVIEW OF BACKGROUND MATERIALS TO
                                    RESTRUCTURING AND SETTLEMENT
                                    DOCUMENTATION (4.9); PREP FOR MEETING
                                    (1.0); TELECONFERENCES WITH S. CORCORAN
                                    RE: SETTLEMENT (1.4); RESEARCH AND
                                    DRAFTING OF RESOLUTIONS (2.4).

OGUNSANYA GO     06/28/07    12.80  PREPARE AND TELECONFERENCE WITH GM,
                                    WEIL,  S. CORCORAN RE: DRAFTING
                                    RESPONSIBILITY (2.0); REVIEW OF TERM
                                    SHEETS AND BACKGROUND MATERIALS FOR
                                    RESTRUCTURING AND SETTLEMENT BETWEEN
                                    DELPHI AND GM (4.4); INITIAL DRAFTING OF
                                    GM DOCUMENTATION (6.4).

OGUNSANYA GO     06/29/07     8.40  TELECONFERENCE WITH S. CORCORAN RE:
                                    DRAFTING DEFINITIVE DOCUMENTATION
                                    (1.0); CONTINUE DRAFTING OF DEFINITIVE
                                    SETTLEMENT AND RESTRUCTURING
                                    AGREEMENTS (6.0); MEETING WITH WORKING
                                    GROUP RE: RESTRUCTURING AND SETTLEMENT
                                    DOCUMENTATION (1.4).

**130.80**

B43E

| | | | |
|---|---|---|---|
| SAMOLE RM | 06/20/07 | 11.90 | COMPILE RELEVANT SETTLEMENT DOCUMENTS (0.5); REVIEW 10-K, DRAFT DISCLOSURE STATEMENT, AND GM CONTRACT REJECTION PAPERS (3.2); REVIEW PRECEDENT FOR 9019 AND 363 MOTIONS (1.5); BEGIN DRAFTING GM WARRANTY MOTION (5.7); TELECONFERENCE WITH J. PAPELIAN RE: SETTLEMENT AGREEMENT IN GM (0.2); REVIEW WARRANTY ARBITRATION AGREEMENT WITH GM (0.3); DRAFT GM WARRANTY ORDER (0.5). |
| SAMOLE RM | 06/21/07 | 8.50 | CONTINUE DRAFTING GM WARRANTY MOTION (3.0); REVIEW PLAN TRANSFORMATION AGREEMENT (0.2); REVIEW GM CONTRACT AND ALL BOARD PRESENTATIONS RE: SAME (1.1); FINISH INITIAL DRAFT OF GM WARRANTY SETTLEMENT MOTION (4.2). |
| SAMOLE RM | 06/22/07 | 4.50 | REVISE GM SETTLEMENT MOTION (1.4); REVISE GM SETTLEMENT ORDER (0.9); CONTINUE TO REVIEW MOTION AND ORDER (2.2). |
| SAMOLE RM | 06/25/07 | 4.30 | CREATE CHART RE: GM PROOF OF CLAIM (2.2); REVISE MOTION TO REFLECT COMMENT RE: GM SETTLEMENT MOTION (1.6); REVISE ORDER RE: SAME (0.5). |
| SAMOLE RM | 06/26/07 | 7.70 | RECONCILE PROOF OF CLAIM WITH WARRANTY SETTLEMENT AGREEMENT (1.9); REVIEW E-MAIL FROM FTI RE: SAME (0.7); TELECONFERENCE WITH J. PAPELIAN RE: SAME (0.3); DRAFT PROPOSED LANGUAGE FOR AGREEMENT (1.3); REVISE MOTION AND ORDER TO REFLECT SAME (3.5). |
| SAMOLE RM | 06/27/07 | 8.40 | REDACT AGREEMENT (1.5); REVISE AGREEMENT AND ORDER (5.9); COORDINATE PACKAGE OF SETTLEMENT DOCUMENTS (0.8); TELECONFERENCE WITH FTI RE: AGREEMENT (0.2). |
| SAMOLE RM | 06/28/07 | 8.90 | DRAFT MOTION FOR REDACTION (3.5); RESEARCH 10K OF GM AND DELPHI RE: WARRANTY DISCLOSURE (1.1); EMAIL TO FTI RE: STATUS OF GM WARRANTY AGREEMENT (0.4); TELECONFERENCE WITH FTI RE: SAME (0.3); REVISE MOTION AND RELATED DOCUMENTS (3.6). |
| | | **54.20** | |
| SUBER KM | 06/30/07 | 11.70 | BEGIN TO DRAFT MEMORANDUM IN CONNECTION WITH THE SEVERABILITY OF THE GM MASTER SEPARATION AGREEMENT AND THE ANCILLARY AGREEMENTS (11.7). |
| | | **11.70** | |
| **Total Associate** | | **291.90** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CHAVALI A | 06/18/07 | 2.40 | PREPARE MOTION, PROPOSED ORDER AND NOTICE FOR GM WARRANTY SETTLEMENT PLEADINGS (2.4). |
| CHAVALI A | 06/22/07 | 1.20 | DISTRIBUTE GM WARRANTY RELATED DOCUMENTS (1.2). |
| CHAVALI A | 06/27/07 | 2.60 | PREPARE GM WARRANTY PLEADINGS BOOK (2.6). |
| CHAVALI A | 06/29/07 | 0.50 | REVISE GM SUSPENSION ORDER (0.5). |
| | | 6.70 | |
| DEMMA J | 06/06/07 | 0.60 | PREPARE/FILE SANDUSKY CAPITAL PROCUREMENT MOTION (0.6). |
| DEMMA J | 06/27/07 | 0.60 | PREPARE PRECEDENT RE: MOTIONS FILED UNDER SEAL FOR ATTORNEY REVIEW (0.6). |
| | | 1.20 | |
| Total Legal Assistant | | 7.90 | |
| TOTAL TIME | | 424.70 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Customer Matters (GM)**

**Bill Date: 07/31/07**
**Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/01/07 | Copy Center, D | 3.70 |
| In-house Reproduction | 06/19/07 | Copy Center, D | 30.40 |
| In-house Reproduction | 06/22/07 | Copy Center, D | 193.20 |
| In-house Reproduction | 06/22/07 | Copy Center, D | 23.70 |
| In-house Reproduction | 06/29/07 | Copy Center, D | 37.70 |
| In-house Reproduction | 06/29/07 | Copy Center, D | 51.90 |
| In-house Reproduction | 06/29/07 | Copy Center, D | 2.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$343.00** |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.03 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.01 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 3.38 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 7.78 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 1.20 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.42 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.18 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$13.00** |
| Westlaw | 06/30/07 | Suber KM | 256.67 |
| Westlaw | 06/30/07 | Suber KM | 60.33 |
| | | **TOTAL WESTLAW** | **$317.00** |
| Reproduction - color | 06/22/07 | Copy Center, D | 55.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$55.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 05/11/07 | Teleconferencing Services, LLC | 46.90 |
| Vendor Hosted Telecon-ferencing | 05/15/07 | Teleconferencing Services, LLC | 17.89 |
| Vendor Hosted Telecon-ferencing | 06/20/07 | Teleconferencing Services, LLC | 5.32 |
| Vendor Hosted Telecon-ferencing | 06/20/07 | Teleconferencing Services, LLC | 3.89 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$74.00** |
| Air/Rail Travel (external) | 06/04/07 | Butler, Jr. J | 179.84 |
| Air/Rail Travel (external) | 06/19/07 | Butler, Jr. J | 118.16 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$298.00** |
| Out-of-Town Travel | 06/04/07 | Butler, Jr. J | 72.38 |
| Out-of-Town Travel | 06/04/07 | Butler, Jr. J | 223.16 |
| Out-of-Town Travel | 06/04/07 | Butler, Jr. J | 13.00 |
| Out-of-Town Travel | 06/04/07 | Butler, Jr. J | 32.00 |
| Out-of-Town Travel | 06/12/07 | Butler, Jr. J | 91.44 |
| Out-of-Town Travel | 06/12/07 | Butler, Jr. J | 216.02 |
| Out-of-Town Travel | 06/12/07 | Butler, Jr. J | 18.00 |
| Out-of-Town Travel | 06/18/07 | Butler, Jr. J | 13.00 |
| Out-of-Town Travel | 06/18/07 | Butler, Jr. J | 293.62 |
| Out-of-Town Travel | 06/18/07 | Butler, Jr. J | 13.00 |
| Out-of-Town Travel | 06/19/07 | Butler, Jr. J | 12.00 |
| Out-of-Town Travel | 06/19/07 | Butler, Jr. J | 48.00 |
| Out-of-Town Travel | 06/19/07 | Butler, Jr. J | 101.14 |
| Out-of-Town Travel | 06/26/07 | Meisler RE | 936.24 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,083.00** |
| Messengers/ Courier | 06/23/07 | Dist Serv/Mail/Page, D | 23.38 |
| Messengers/ Courier | 06/30/07 | Dist Serv/Mail/Page, D | 33.62 |
| | | **TOTAL MESSENGERS/ COURIER** | **$57.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Meals | 06/04/07 | Butler, Jr. J | 19.03 |
| Out-of-Town Meals | 06/12/07 | Butler, Jr. J | 38.06 |
| Out-of-Town Meals | 06/18/07 | Butler, Jr. J | 14.04 |
| Out-of-Town Meals | 06/19/07 | Butler, Jr. J | 20.53 |
| Out-of-Town Meals | 06/26/07 | Meisler RE | 5.05 |
| Out-of-Town Meals | 06/26/07 | Meisler RE | 26.84 |
| Out-of-Town Meals | 06/26/07 | Meisler RE | 2.45 |

**TOTAL OUT-OF-TOWN MEALS**          **$126.00**

**TOTAL MATTER**          **$3,366.00**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Customer Matters (GM)**

**Bill Date: 08/31/07**
**Bill Number: 1178615**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/03/07 | 0.30 | CONTINUE TO REVIEW GM SETTLEMENT MATERIALS, OUTLINE AND CONSIDER NEXT STEPS (0.3). |
| BUTLER, JR. J | 07/04/07 | 0.60 | CONTINUE TO REVIEW GM SETTLEMENT MATERIALS, OUTLINE AND CONSIDER NEXT STEPS (0.6). |
| BUTLER, JR. J | 07/09/07 | 0.60 | EMAILS TO/FROM B. ROSENBERG AND B. SCHELER RE: GM SETTLEMENT DOCUMENTATION OUTLINE AND RELATED MATTERS (0.2); CONTINUE TO WORK ON GM SETTLEMENT DOCUMENTATION (0.4). |
| BUTLER, JR. J | 07/11/07 | 0.30 | EMAILS TO/FROM R. O'NEAL, J. BERTRAND AND S. CORCORAN RE: GM WARRANTY SETTLEMENT AND FOLLOW-UP ON SAME (0.3). |
| BUTLER, JR. J | 07/13/07 | 1.80 | PREPARE FOR (0.4) AND PARTICIPATE ON (1.4) TELECONFERENCE WITH J. SHEEHAN, S. CORCORAN AND WORKING GROUP TO REVIEW AND REVISE GM SETTLEMENT DOCUMENTATION. |
| BUTLER, JR. J | 07/14/07 | 0.60 | REVIEW GM SETTLEMENT DOCUMENTATION DRAFTS (0.6). |
| BUTLER, JR. J | 07/15/07 | 2.00 | REVIEW GM SETTLEMENT DOCUMENTATION DRAFTS (0.8); PREPARE FOR (0.3) AND PARTICIPATE IN (0.9) SENIOR LEADERSHIP TELECONFERENCE WITH DELPHI AND GM REPRESENTATIVES. |
| BUTLER, JR. J | 07/19/07 | 0.60 | PREPARE FOR (0.2) AND ATTEND (0.2) SECTION 365 CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT; EMAILS FROM/TO J. TANENBAUM RE NEXT STEPS ON GM SETTLEMENT DOCUMENTATION (0.2). |
| BUTLER, JR. J | 07/20/07 | 0.20 | REVIEW STATUS OF WILMINGTON TRUST APPELLATE LITIGATION (0.2). |
| BUTLER, JR. J | 07/24/07 | 0.30 | REVIEW GM SETTLEMENT DOCUMENTATION MATERIALS FROM S. CORCORAN (0.3). |
| BUTLER, JR. J | 07/25/07 | 1.40 | PREPARE MATERIALS FOR DELPHI-GM DISCUSSIONS RE: MDL (0.6); REVIEW GM SETTLEMENT DOCUMENTATION TIMELINE (0.2); CONFERENCE WITH S. CORCORAN AND J. PAPELIAN RE: GM WARRANTY SETTLEMENT ISSUES (0.2); EMAILS FROM/TO J. TANENBAUM RE: GM SETTLEMENT MATTERS (0.2); REVIEW REVISED DELPHI-GM SETTLEMENT OUTLINE (0.2). |
| BUTLER, JR. J | 07/26/07 | 0.90 | REVIEW AND REVISE MATERIALS FOR DELPHI-GM DISCUSSIONS RE: MDL (0.4); EMAIL TO D. SHERBIN AND J. SHEEHAN RE: SAME (0.1); CONTINUE TO REVIEW AND WORK ON GM SETTLEMENT MATTERS (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    07/27/07    1.10  BEGIN TO REVIEW SETTLEMENT DRAFT
                                   RECEIVED FROM GM (0.9); TELECONFERENCE
                                   WITH S. CORCORAN RE: SAME (0.2).

BUTLER, JR. J    07/28/07    1.20  CONTINUE TO REVIEW SETTLEMENT DRAFT
                                   RECEIVED FROM GM (0.6); REVIEW
                                   DOCUMENTATION TIMELINE AND NEXT STEPS
                                   INCLUDING REVIEW OF MATERIALS FROM S.
                                   CORCORAN (0.2); TELECONFERENCE WITH S.
                                   CORCORAN RE: SAME (0.2); EMAILS TO/FROM
                                   J. TANENBAUM RE: AUGUST 1ST AND 9TH
                                   SETTLEMENT MEETINGS IN NEW YORK CITY
                                   (0.2).

BUTLER, JR. J    07/31/07    0.30  PREPARE FOR AUGUST 1ST MEETING WITH
                                   DELPHI AND GM REPRESENTATIVES IN NEW
                                   YORK CITY RE: GM SETTLEMENT
                                   DOCUMENTATION AND NEXT STEPS (0.3).

                            12.20

COCHRAN EL       07/02/07    1.10  REVIEW GM/DELPHI ISSUES (1.1).

COCHRAN EL       07/05/07    1.80  REVIEW MATERIAL PREPARED ON SETTLEMENT
                                   AND RESTRUCTURING AGREEMENT (1.8).

COCHRAN EL       07/08/07    3.50  REVIEW GM SETTLEMENT AGREEMENT WITH
                                   CLIENT (3.5).

COCHRAN EL       07/12/07    1.30  REVIEW GM/DELPHI SETTLEMENT ISSUES
                                   (1.3).

COCHRAN EL       07/13/07    0.50  PARTICIPATE ON CALL ON GM/DELPHI (0.5).

COCHRAN EL       07/27/07    2.30  REVIEW GM DRAFT AGREEMENT (2.3).

COCHRAN EL       07/30/07    3.90  REVIEW TERMS OF GM/DELPHI SETTLEMENT
                                   (3.9).

COCHRAN EL       07/31/07    2.10  REVIEW GM/DELPHI GSA AND MSA (2.1).

                            16.50

MARAFIOTI KA     07/12/07    0.40  WORK ON GM SCHEDULING ORDER ISSUES
                                   (0.4).

MARAFIOTI KA     07/25/07    0.10  CORRESPONDENCE EXCHANGE RE: GM (0.1).

MARAFIOTI KA     07/31/07    1.30  REVIEW GM RESTRUCTURING AGREEMENT
                                   (1.3).

                             1.80

MEISLER RE       07/10/07    1.30  REVIEW GM SETTLEMENT ISSUES (1.3).

MEISLER RE       07/27/07    0.10  REVIEW AND RESPOND TO CORRESPONDENCE
                                   RE: GM WARRANTY SETTLEMENT (0.1).

MEISLER RE       07/31/07    3.00  REVIEW GM WARRANTY SETTLEMENT AGREEMENT
                                   (2.9); DRAFT CORRESPONDENCE RE: SAME
                                   (0.1).

                             4.40

Total Partner                34.90

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 07/09/07 | 0.60 | REVIEW GM LEGACY ARGUMENTS, SETTLEMENT AGREEMENT AND CONSIDER MATTERS RE: SAME (0.6). |
| MATZ TJ | 07/10/07 | 0.80 | REVIEW AND CONSIDER GM SETTLEMENT AGREEMENT MATTERS, ENVIRONMENTAL MATTERS AGREEMENT (0.8). |
| MATZ TJ | 07/11/07 | 4.70 | REVIEW AND REVISE GM CONTRACT REJECTION MOTION SCHEDULING ORDER (0.3); DRAFT EMAIL TO ALL RESPONDENTS RE: REVISED CHAMBERS CONFERENCE SCHEDULE (0.2); REVIEW LABOR PROVISIONS OF GM SETTLEMENT AGREEMENT (0.6); REVIEW AND COMMENT ON GM SETTLEMENT AGREEMENT (0.5); FOLLOW UP REVIEW RE: 414 (L) TRANSACTION, AGREEMENT PROVISIONS (0.3); FURTHER REVIEW AND REVISIONS TO LABOR PROVISIONS OF GM SETTLEMENT AGREEMENT, IUE AGREEMENTS (2.8). |
| MATZ TJ | 07/12/07 | 1.30 | TELECONFERENCE WITH K. BERLIN RE: GM SETTLEMENT DOCUMENTS (0.1); CONTINUING REVIEW AND COMMENT ON VARIOUS ASPECT OF GM SETTLEMENT AGREEMENT (1.0) CONSIDER LABOR MATTERS (0.2). |
| MATZ TJ | 07/13/07 | 2.20 | FINAL REVIEW OF GM CONTRACT REJECTION MOTION 4TH AMENDED SCHEDULING ORDER (0.1); FORWARD SAME TO CHAMBERS (0.1); PARTICIPATE IN GM SETTLEMENT AGREEMENT CALL WITH S. CORCORAN, B. SAX, F. KUPLICKI RE: REVISIONS TO SAME (1.3); CONTINUE TO REVIEW AND CONSIDERATION OF SETTLEMENT AGREEMENT MATTERS (0.7). |
| MATZ TJ | 07/16/07 | 1.20 | REVIEW AND CONSIDER GM SETTLEMENT MATERIALS FROM WEIL GOTSHAL (0.3); DRAFT CORRESPONDENCE TO ALL COUNSEL RE: 7/19 STATUS CONFERENCE (0.2); REVIEW AND CONSIDER GM PORTION OF GM SETTLEMENT AGREEMENT ISSUES LIST (0.7). |
| MATZ TJ | 07/19/07 | 0.30 | ATTEND GM LOSS CONTRACT REJECTION MOTION STATUS CONFERENCE (0.3). |
| MATZ TJ | 07/31/07 | 0.50 | CONSIDER GM SETTLEMENT MATTERS, AGREEMENT (0.5). |
| | | 11.60 | |
| **Total Counsel** | | **11.60** | |
| GANITSKY DI | 07/01/07 | 0.80 | REVIEW MATTERS RE: GM SETTLEMENT (0.8). |
| GANITSKY DI | 07/05/07 | 2.20 | MATTERS RE: GM SETTLEMENT INCLUDING REVIEW OF LANGUAGE (2.2). |
| GANITSKY DI | 07/07/07 | 0.60 | REVIEW GM MATERIAL IN ADVANCE OF CALL NEXT MORNING (0.6). |
| GANITSKY DI | 07/08/07 | 2.40 | TELECONFERENCE RE: GM SETTELEMENT (2.4). |

B43E

GANITSKY DI      07/09/07      1.10   TELECONFERENCE WITH C. GROSS (0.4); GM
                                      SETTLEMENT MATTERS (0.7).

GANITSKY DI      07/10/07      0.70   MATTERS RE: GM SETTLEMENT AND REVIEW
                                      DOCS (0.7).

GANITSKY DI      07/12/07      0.70   REVIEW GM MATTERS (0.7).

GANITSKY DI      07/13/07      1.90   TELECONFERENCE RE: GM MATTERS (1.6);
                                      MATTERS IN PREPARATION FOR WEEKEND AND
                                      RELATED COORDIANTION (0.3).

GANITSKY DI      07/23/07      1.50   REVIEW DRAFTS OF GM MATERIAL AND
                                      TIMELINES (1.5).

GANITSKY DI      07/30/07      1.40   WORKING GROUP MEETING RE: GM/DELPHI
                                      (1.4).

GANITSKY DI      07/31/07      0.70   REVIEW GM SETTLEMENT MATERIAL (0.7).

                              14.00

HARDIN AS        07/02/07      3.60   PREPARE MATERIALS CONCERNING
                                      AGREEMENTS WITH GM FOR S. CORCORAN
                                      (3.5); DRAFT EMAIL TO S. CORCORAN RE:
                                      SAME (0.1).

HARDIN AS        07/03/07      2.00   TELECONFERENCE WITH S. CORCORAN RE: GM
                                      SETTLEMENT DOCUMENTS (0.5); REVISE GM
                                      SETTLEMENT DOCUMENTS (1.5).

HARDIN AS        07/04/07      1.70   REVIEW REVISED MEMO RE: TREATMENT OF
                                      CERTAIN COMMERCIAL AGREEMENTS (0.6);
                                      REVISE TERM SHEET RELATED TO SETTLEMENT
                                      OF DISPUTES CONCERNING SAME (1.1).

HARDIN AS        07/05/07      2.10   REVIEW MEMO RE: LEGAL STATUS OF CERTAIN
                                      AGREEMENTS (0.6); REVIEW DRAFT
                                      SETTLEMENT AGREEMENTS AND RELATED
                                      DOCUMENTS (0.8); WORKING GROUP
                                      CONFERENCE CALL RE: SAME (0.7).

HARDIN AS        07/06/07      4.20   REVIEW REVISED MATERIALS RE: SETTLEMENT
                                      AGREEMENTS (0.3); REVIEW REVISED MEMO
                                      RE: BANKRUPTCY LAW TREATMENT OF CERTAIN
                                      COMMERCIAL AGREEMENTS (0.4); RESEARCH
                                      ISSUES RELATED TO SAME (1.2); WORKING
                                      GROUP MEETING RE: SETTLEMENT AGREEMENTS
                                      (1.4); REVISE SAME (0.9).

HARDIN AS        07/08/07      4.70   WORKING GROUP CONFERENCE CALL RE: GM
                                      SETTLEMENT DOCUMENTS (2.3); REVISE SAME
                                      (0.9); REVIEW DRAFT SETTLEMENT
                                      AGREEMENT (0.8); REVISE TERM SHEET RE:
                                      SAME (0.6); REVIEW EMAIL FROM S.
                                      CORCORAN RE: SAME (0.1).

HARDIN AS        07/09/07      3.10   WORKING GROUP EMAIL EXCHANGE RE:
                                      CONFERENCE CALL TIMING (0.3); WORKING
                                      GROUP CONFERENCE CALL RE: SETTLEMENT
                                      DOCUMENTS (2.8).

215                                                        B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HARDIN AS | 07/10/07 | 6.10 | PREPARE FOR CONWERENCE CALL RE: SETTLEMENT AGREEMENTS (1.1); TELECONFERENCE WITH S. CORCORAN AND T. TWOMEY RE: AGREEMENTS WITH GM (3.1); FOLLOW-UP WORKING GROUP MEETING RE: GM SETTLEMENT (1.9). |
|---|---|---|---|
| HARDIN AS | 07/11/07 | 4.10 | REVIEW SPIN-OFF AGREEMENTS IN CONNECTION WITH GM SETTLEMENT DOCUMENTS (0.4); CONFERENCE CALL WITH S. CORCORAN AND F. KUPLICKI RE: GM SETTLEMENT DOCUEMTNS (1.1); REVIEW DRAFT SECTION OF GM SETTLEMENT AGREEMENT FROM A. FEINBERG (0.2); REVISE GM SETTLEMENT DOCUMENTS (2.4). |
| HARDIN AS | 07/12/07 | 7.20 | REVISE GM SETTLEMENT DOCUMENTS (5.1); WORKING GROUP EMAIL EXCHANGE RE: PENSION-RELATED ISSUES (0.5); REVIEW REVISIONS TO GM SETTLEMENT DOCUMENTS FROM F. KUPLICKI (0.5); WORKING GROUP EMAIL EXCHANGE RE: DISTRIBUTION OF GM SETTLEMENT DOCUMENTS (0.4); MEETING WITH S. CORCORAN RE: SAME (0.4); WORKING GROUP EMAIL EXCHANGE RE: DISTRIBUTION OF SAME (0.3). |
| HARDIN AS | 07/13/07 | 10.70 | WORKING GROUP CONFERENCE CALL RE: GM SETTLEMENT DOCUMENTS (1.0); DRAFT MATERIALS RELATED TO PENSION OBLIGATIONS IN GM SETTLEMENT DOCUMENTS (1.5); DRAFT EMAIL TO S. CORCORAN AND F. KUPLICKI RE: SAME (0.2); DRAFT FOLLOW-UP WORKING GROUP EMAIL RE: SAME (0.1); REVISE DRAFT GM SETTLEMENT DOCUMENTS (1.5); TELECONFERENCES WITH S. CORCORAN RE: SAME (0.3); DRAFT EMAIL TO WORKING GROUP RE: SAME (0.2); DRAFT FOLLOW-UP EMAIL TO WORKING GROUP RE: SAME (0.3); EMAIL EXCHANGE WITH G. OGANSANYA RE: SAME (0.2); REVIEW PRESENTATION RE: GM SETTLEMENT DOCUMENTS (0.2); TELECONFERENCE WITH M. MCGANN RE: CONFERENCE CALL RELATED TO GM SETTLEMENT DOCUMENTS (0.1); REVISE GM SETTLEMENT DOCUMENTS (3.4); WORKING GROUP CONFERENCE CALL RE: SAME (1.7). |
| HARDIN AS | 07/14/07 | 1.20 | REVISE GM SETTLEMENT DOCUMENTS (1.1); DRAFT EMAIL TO TAX WORKING GROUP RE: SAME (0.1). |
| HARDIN AS | 07/16/07 | 2.40 | REVIEW GM SETTLEMENT MATERIALS AND RELATED WORKING GROUP TELECONFERENCES (2.4). |
| HARDIN AS | 07/18/07 | 1.10 | REVISE ISSUES LIST RELATED TO GM SETTLEMENT DOCUMENTS (0.2); REVIEW AND REVISE GM SETTLEMENT DOCUMENTS AND RELATED MATERIALS (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HARDIN AS      07/19/07      5.30   TELECONFERENCE WITH S. CORCORAN RE: GM
                                    SETTLEMENT DOCUMENTS (1.1); REVIEW
                                    MATERIALS RE: SAME (0.1); PREPARE
                                    MATERIALS RE: SAME (3.9); REVIEW EMAIL
                                    FROM S. CORCORAN AND RELATED MATERIALS
                                    CONCERNING EXISTING AGREEMENTS WITH GM
                                    (0.2).

HARDIN AS      07/20/07      2.20   PREPARE MATERIALS RELATED TO EXISTING
                                    AGREEMENTS WITH GM (1.7); DRAFT EMAIL TO
                                    GM WORKING GROUP RE: SAME (0.1); DRAFT
                                    FOLLOW-UP EMAIL TO SKADDEN GM WORKING
                                    GROUP RE: SAME (0.1); UPDATE MATERIALS
                                    RELATED TO SAME (0.3).

HARDIN AS      07/24/07      3.40   REVIEW AND REVISE MATERIALS RELATED TO
                                    GM SETTLEMENT DOCUMENTS (1.3); WORKING
                                    GROUP EMAIL EXCHANGE RE: SAME (0.3);
                                    WORKING GROUP CONFERENCE CALLS RE: GM
                                    SETTLEMENT DOCUMENTS (1.1); REVISE SAME
                                    (0.7).

HARDIN AS      07/25/07      0.10   TELECONFERENCE WITH M. MCGANN RE:
                                    MATERIALS RELATED TO GM SETTLEMENT
                                    DOCUMENTS (0.1).

HARDIN AS      07/26/07      0.50   WORKING GROUP EMAIL EXCHANGE RE: GM
                                    SETTLEMENT DOCUMENT DRAFTING PROCESS
                                    (0.4); EMAIL EXCHANGE WITH S. CORCORAN
                                    RE: LEGACY AGREEMENTS (0.1).

HARDIN AS      07/27/07      2.70   REVIEW GM DRAFT SECTIONS OF
                                    RESTRUCTURING AGREEMENT (2.5);
                                    TELECONFERENCEL WITH S. CORCORAN RE:
                                    SAME (0.2).

HARDIN AS      07/28/07      4.10   EMAIL EXCHANGE WITH M. MCGANN AND S.
                                    CORCORAN RE: GM SETTLEMENT AGREEMENTS
                                    (0.5); PRAPRE AND REVISE MATERIALS
                                    RELATED TO GM SETTLEMENT DOCUMENTS
                                    (2.4); WORKING GROUP CONFERENCE CALL
                                    RE: GM SETTLEMENT DOCUMENTS (1.2).

HARDIN AS      07/29/07      7.10   PREPARE MATERIALS RELATED TO GM
                                    SETTLEMENT DOCUMENTS (3.5); WORKING
                                    GROUP TELECONFERENCE RE: SAME (2.3);
                                    REVISE RESTRUCTURING AGREEMENT (1.3).

HARDIN AS      07/30/07      4.20   WORKING GROUP CONFERENCE CALL RE: GM
                                    SETTLEMENT DOCUMENTS (1.3);
                                    TELECONFERENCE WITH S. CORCORAN, K.
                                    CRAFT, AND D. BERGNER RE: GM SETTLEMENT
                                    DOCUMENTS (1.9); DRAFT EMAIL TO SKADDEN
                                    GM SETTLEMENT WORKING GROUP RE: SAME
                                    (0.3); EMAIL EXCHANGE WITH M. MCGANN RE:
                                    MEETINGS CONCERNING GM SETTLEMENT
                                    DOCUMENTS (0.3); TELECONFERENCE WITH S.
                                    CORCORAN RE: SAME (0.2); DRAFT EMAIL TO
                                    SKADDEN WORKING GROUP RE: SAME (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HARDIN AS | 07/31/07 | 5.90 | TELECONFERENCE WITH S. CORCORAN RE: GM SETTLEMENT DOCUMENTS (1.1); TELECONFERENCE WITH S. CORCORAN RE: REVISIONS TO RESTRUCTURING AGREEMENT (0.2); REVIEW AND REVISE MATERIALS FOR MEETING WITH GM'S COUNSEL RE: GM SETTLEMENT DOCUMENTS (1.1); WORKING GROUP EMAIL EXCHANGE RE: LOGISTICS FOR MEETING WITH GM'S COUNSEL RE: GM SETTLEMENT DOCUMENTS (0.2); WORKING GROUP CONFERENCE CALL RE: GM SETTLEMENT DOCUMENTS (2.9); REVIEW REVISIONS TO RESTRUCTURING AGREEMENT FROM K. CRAFT (0.4). |
| | | **89.70** | |
| HERRIOTT AV | 07/19/07 | 1.50 | BEGIN DRAFTING MOTION RELATED TO GM INTELLECTUAL PROPERTY MATTERS (1.5). |
| HERRIOTT AV | 07/20/07 | 3.20 | CONTINUE DRAFTING MOTION RELATED TO VARIOUS GM INTELLECTUAL PROPERTY MATTERS (3.2). |
| HERRIOTT AV | 07/23/07 | 0.60 | CONTINUE DRAFTING MOTION RELATED TO VARIOUS GM IP MATTERS (0.6). |
| | | **5.30** | |
| KOHUT RD | 07/12/07 | 1.00 | REVIEW AND COMMENT TO GLOBAL SETTLEMENT AGREEMENT AND MASTER RESTRUCTURING AGREEMENT (1.0). |
| KOHUT RD | 07/13/07 | 0.80 | REVIEW OF REVISED GLOBAL SETTLEMENT AGREEMENT AND MASTER RESTRUCTURING AGREEMENT (0.8). |
| | | **1.80** | |
| OGUNSANYA GO | 07/01/07 | 9.10 | DRAFTING GM SETTLEMENT DOCUMENTS (9.1). |
| OGUNSANYA GO | 07/02/07 | 11.20 | CONTINUE EDITS AND DRAFTING OF DEFINITIVE SETTLEMENT AND RESTRUCTURING AGREEMENTS AND ISSUES LISTS (11.2). |
| OGUNSANYA GO | 07/03/07 | 8.40 | CONTINUE EDITS AND DRAFTING OF DEFINITIVE SETTLEMENT AND RESTRUCTURING AGREEMENTS AND ISSUES LISTS (7.4); MEETING WITH WORKING GROUP RE: RESTRUCTURING AND SETTLEMENT DOCUMENTATION (1.0). |
| OGUNSANYA GO | 07/04/07 | 4.60 | CONTINUE DRAFTING AND REVIEW OF DEFINITIVE GM SETTLEMENT AND RESTRUCTURING AGREEMENTS AND ISSUES LISTS (4.6). |
| OGUNSANYA GO | 07/05/07 | 7.60 | CONTINUE EDITS AND DRAFTING OF DEFINITIVE GM SETTLEMENT AND RESTRUCTURING AGREEMENTS AND ISSUES LISTS (6.4); MEETING WITH WORKING GROUP RE: RESTRUCTURING AND SETTLEMENT DOCUMENTATION (1.2). |

B43E

| OGUNSANYA GO | 07/06/07 | 7.40 | FURTHER EDITS TO GM RESTRUCTURING AND SETTLEMENT AGREEMENTS (7.4). |
|---|---|---|---|
| OGUNSANYA GO | 07/08/07 | 6.10 | CONFERENCE CALL WITH S. CORCORAN RE: DRAFTS OF DEFINITIVE DELPHI-GM DOCUMENTATION (2.1); EDITS OF GM DEFINITIVE DOCUMENTATION (4.0). |
| OGUNSANYA GO | 07/09/07 | 10.40 | FURTHER EDITS TO DRAFTS OF DEFINITIVE DELPHI-GM DOCUMENTATION (10.4). |
| OGUNSANYA GO | 07/10/07 | 12.20 | PARTICIPATION IN SKADDEN-DELPHI STATUS MEETINGS (2.0); FURTHER EDITS TO GM SETTLEMENT DOCUMENTATION (10.2). |
| OGUNSANYA GO | 07/11/07 | 14.40 | TELECONFERENCE WITH B. SAX AND F. KUPLICKI RE: DELPHI-GM DOCUMENTATION (1.4); FURTHER EDITS TO GM SETTLEMENT DOCUMENTATION (13.0). |
| OGUNSANYA GO | 07/12/07 | 12.40 | FURTHER EDITS TO GM SETTLEMENT DOCUMENTATION (12.4). |
| OGUNSANYA GO | 07/13/07 | 18.30 | CONFERENCE CALL WITH S. CORCORAN, B. SAX, F. KUPLIKI AND J. SHEEHAN (4.3); FURTHER EDITS TO GM SETTLEMENT DOCUMENTATION (14.0). |
| OGUNSANYA GO | 07/16/07 | 5.60 | REVIEW OF GM DRAFTS OF DELPHI-GM DOCUMENTATION; DRAFTING OF ISSUES LISTS (5.6). |
| OGUNSANYA GO | 07/19/07 | 2.80 | TELECONFERENCE WITH WORKING GROUP RE: DELPHI-GM DOCUMENTATION (0.8); DRAFT OF DOCUMENTATION TIMELINE AND RELATED DOCUMENTS (2.0). |
| OGUNSANYA GO | 07/23/07 | 2.40 | MEETING WITH WORKING GROUP RE: DELPHI GM DOCUMENTATION AND RELATED CORPORATE ISSUES (2.4). |
| OGUNSANYA GO | 07/27/07 | 10.70 | REVIEW OF, AND MARKUP OF GM DRAFTS OF DELPHI-GM DOCUMENTATION (9.6); TELECONFERENCE WITH B. SAX AND F. KUPLIKI RE: DELPHI-GM SETTLEMENT (1.1). |
| OGUNSANYA GO | 07/28/07 | 5.60 | FURTHER REVIEW OF, AND MARKUP OF GM DRAFTS OF DELPHI-GM DOCUMENTATION (5.6). |
| OGUNSANYA GO | 07/31/07 | 7.60 | TELECONFERENCE WITH DELPHI INTERNAL TEAM INCLUDING J. BERTRAND, S. CORCORAN (2.5); MEETING WITH WORKING GROUP RE: DELPHI-GM DOCUMENTATION (1.0); DRAFTING OF ISSUES LIST, AGENDA AND FURTHER EDITS TO MARKUP OF GM DRAFTS (4.1). |

156.80

| SAMOLE RM | 07/30/07 | 7.20 | REVIEW GM WARRANTY SETTLEMENT AGREEMENT (3.8); REVISE MOTIN AND ORDER RE: SAME (3.4). |
|---|---|---|---|

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SAMOLE RM | 07/31/07 | 4.90 | ANALYZE FTI ANALYSIS OF WARRANTY PROOF OF CLAIM (0.6); REVISE SETTLEMENT AGREEMENT (1.8); REVISE GM WARRANTY SETTLEMENT MOTION AND ORDER (2.5). |
| | | 12.10 | |
| SUBER KM | 07/02/07 | 6.00 | RESEARCH TO CLARIFY PREVIOUSLY CONDUCTED RESEARCH ON THE ISSUE OF SEVERABILITY (1.8); CONTINUED TO REVIEW CASES IN SUPPORT OF THE ARGUMENTS IN FAVOR OF AND AGAINST SEVERABILITY OF THE LEGACY AGREEMENTS (0.3); DRAFT OUTLINE FOR MEMORANDUM (3.9). |
| SUBER KM | 07/03/07 | 9.20 | CONTINUE TO RESEARCH ADDITIONAL CASE LAW RE: LEGACY AGREEMENT MEMORANDUM AND REVSIED LEGACY AGREEMENT MEMORANDUM (3.2); REVIEW AND ANALYZE RELEVANT CASE LAW AND CONTINUED TO REVISE THE MEMORANDUM IN CONNECTION WITH THE LEGACY AGREEMENTS (6.0). |
| SUBER KM | 07/05/07 | 8.90 | REVIEW THE MSA AND THE ANCILLARY AGREEMENTS (1.4); COMPLETE ADDITIONAL RESEARCH OF CASE LAW IN SUPPORT OF SEVERABILITY OF THE MSA AND ANCILLARY AGREEMENTS (3.8); REVISE THE DRAFT MEMORANDUM TO INCLUDE ADDITIONAL MATERIAL ON THE ISSUE OF SEVERABILITY (3.7). |
| SUBER KM | 07/06/07 | 1.80 | REVISE AND EDIT THE LEGACY AGREEMENT MEMORANDUM (1.8). |
| SUBER KM | 07/09/07 | 3.20 | DRAFT A BULLET POINT MEMO IN CONNECTION WITH A MEETING WITH S. CORCORAN OF DELPHI (1.6); REFINED MEMORANDUM ON THE LEGACY AGREEMENTS (1.6). |
| SUBER KM | 07/20/07 | 0.80 | REVIEW THE DOCUMENTATION IN CONNECTION WITH THE GM SETTLEMENT AGREEMENT (0.8). |
| SUBER KM | 07/23/07 | 1.90 | REVIEW THE GSA (1.9). |
| | | 31.80 | |
| Total Associate | | 311.50 | |
| ROBINSON SJ | 07/11/07 | 4.80 | REVIEW AND REVISE DELPHI GSA INDEMNIFICATION RIDERS; GLOBAL SETTLEMENT AGREEMENT; ON DEBTOR'S MOTION FOR ORDER (4.8). |
| | | 4.80 | |
| Total Legal Assistant Support | | 4.80 | |
| TOTAL TIME | | 362.80 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Customer Matters (GM)**

**Bill Date: 08/31/07**
**Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/03/07 | Copy Center, D | 295.92 |
| In-house Reproduction | 07/10/07 | Copy Center, D | 3.40 |
| In-house Reproduction | 07/13/07 | Copy Center, D | 0.40 |
| In-house Reproduction | 07/13/07 | Copy Center, D | 1.29 |
| In-house Reproduction | 07/17/07 | Copy Center, D | 19.79 |
| In-house Reproduction | 07/24/07 | Copy Center, D | 5.40 |
| In-house Reproduction | 07/31/07 | Copy Center, D | 4.80 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$331.00** |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 11.22 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 10.50 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 2.09 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.18 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 1.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$25.00** |
| Westlaw | 07/02/07 | Suber KM | 684.81 |
| Westlaw | 07/03/07 | Suber KM | 259.19 |
| | | **TOTAL WESTLAW** | **$944.00** |
| Reproduction - color | 07/27/07 | Copy Center, D | 1.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$1.00** |
| Vendor Hosted Telecon-ferencing | 07/27/07 | Teleconferencing Services, LLC | 9.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$9.00** |
| Messengers/ Courier | 06/29/07 | Straightline Courier | 33.44 |
| Messengers/ Courier | 06/29/07 | Straightline Courier | 33.44 |
| Messengers/ Courier | 07/06/07 | Straightline Courier | 40.12 |
| | | **TOTAL MESSENGERS/ COURIER** | **$107.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|

TOTAL MATTER                    $1,417.00

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 09/30/07
Customer Matters (GM)                                       Bill Number: 1181367

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/01/07 | 3.80 | PREPARE FOR (0.8) AND PARTICIPATE IN (1.3) MEETING WITH DELPHI AND GM REPRESENTATIVES IN NEW YORK CITY RE: GM SETTLEMENT DOCUMENTATION AND NEXT STEPS; PREPARE FOR (0.2) AND PARTICIPATE IN (1.1) MEETING WITH J. SHEEHAN, S. CORCORAN AND K. CRAFT RE: GM SETTLEMENT DOCUMENTATION MATTERS AND TIMETABLE; TELECONFERENCES WITH T. LAURIA (0.2) AND J. BERTRAND (0.2) RE: SAME. |
| BUTLER, JR. J | 08/03/07 | 1.20 | EMAILS FROM/TO M. KESSLER RE: GM COMPLAINT SEALING MATTERS (0.2); EMAIL TO J. TANNENBAUM RE: SCHEDULE FOR GM SETTLEMENT DOCUMENTATION DRAFTING SESSIONS IN NEW YORK DURING THE WEEKS OF AUGUST 6TH AND 13TH (0.2); PREPARE FOR (0.2) AND AND PARTICIPATE IN (0.2) TELECONFERENCE WITH L. BUONOMO AND M. KESSLER RE: SAME; BEGIN TO REVIEW GM WARRANTY SETTLEMENT AGREEMENT (0.4). |
| BUTLER, JR. J | 08/05/07 | 1.10 | BEGIN TO REVIEW REVISED GM INPUT TO GSA AND MRA (0.7); CONTINUE TO REVIEW GM WARRANTY SETTLEMENT AGREEMENT (0.4). |
| BUTLER, JR. J | 08/09/07 | 0.30 | PREPARE FOR AND REVIEW PROGRESS ON GM SETTLEMENT DOCUMENTATION WORKING GROUP TELECONFERENCES, NEXT STEPS (0.3). |
| BUTLER, JR. J | 08/12/07 | 0.30 | REVIEW GM WARRANTY SETTLEMENT PRESENTATION AND EMAIL FROM S. CORCORAN (0.3). |
| BUTLER, JR. J | 08/15/07 | 0.60 | REVIEW GSA MARK-UP (0.4); REVIEW GM WARRANTY AGREEMENT (0.2). |
| BUTLER, JR. J | 08/17/07 | 2.90 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.4) STRATEGY TELECONFERENCE WITH J. SHEEHAN, S. CORCORAN AND WORKING GROUP RE: GM DOCUMENTATION ISSUES; CONTINUE TO FOLLOW-UP OF GSA AND MRA MATTERS WITH J. SHEEHAN (0.6); REVIEW VARIOUS GSA AND MRA PROVISIONS (0.6). |
| BUTLER, JR. J | 08/18/07 | 2.00 | BEGIN TO PREPARE FOR AUGUST 19TH STRATEGY AND PREP SESSION WITH R. O'NEAL, J. SHEEHAN, D. SHERBIN, S. CORCORAN, K. CRAFT, ET AL AT COMPANY IN TROY RE: AUGUST 20TH GM SENIOR LEADERSHIP MEETING (0.7); BEGIN TO REVIEW AND COMMENT ON COMPOSITE MSA (1.3). |

B43E

BUTLER, JR. J    08/19/07    6.10  PREPARE FOR (0.6) AND ATTEND (2.7)
                                   STRATEGY AND PREP SESSION WITH R.
                                   O'NEAL, J. SHEEHAN, D. SHERBIN, S.
                                   CORCORAN, K. CRAFT, ET AL AT COMPANY IN
                                   TROY RE: AUGUST 20TH GM SENIOR
                                   LEADERSHIP MEETING; CONTINUE TO PREPARE
                                   FOR AUGUST 21ST DELPHI-GM SENIOR
                                   LEADERSHIP MEETING IN DETROIT INCLUDING
                                   REVIEW OF DRAFT NOTES AND OUTLINE (0.4);
                                   CONTINUE TO REVIEW AND COMMENT ON
                                   COMPOSITE GSA AND MSA DOCUMENTS (1.8);
                                   TELECONFERENCE WITH S. CORCORAN RE:
                                   SAME (0.4); CONFERENCES WITH J.
                                   SHEEHAN, S. CORCORAN AND K. CRAFT RE:
                                   SAME AT COMPANY IN TROY (0.2).

BUTLER, JR. J    08/20/07    7.90  PREPARE FOR (0.5) AND ATTEND (1.5)
                                   DELPHI-GM SENIOR LEADERSHIP MEETING IN
                                   DETROIT; TELECONFERENCE WITH WORKING
                                   GROUP RE: SAME (0.4); CONTINUE TO REVIEW
                                   AND COMMENT ON COMPOSITE GSA AND MSA
                                   DOCUMENTS (2.6); PREPARE FOR (0.4) AND
                                   ATTEND (1.3) MEETINGS WITH J. SHEEHAN,
                                   S. CORCORAN AND F. JAWORSKI AT COMPANY
                                   RE: SAME; WORKING GROUP TELECONFERENCES
                                   RE: SAME (0.7); REVIEW WORKING CAPITAL
                                   BACKSTOP FRAMEWORK (I.E., MRA SECTION
                                   4.04 FROM K. CRAFT (0.3); EMAILS FROM/TO
                                   J. TANENBAUM RE: DS/POR MATTERS (0.2).

BUTLER, JR. J    08/21/07    8.60  PREPARE FOR (1.3) AND PARTICIPATE IN
                                   (4.7) TELECONFERENCE WITH DELPHI AND GM
                                   REPRESENTATIVES TO NEGOTIATE GSA
                                   PROVISIONS; CONTINUE TO REVIEW
                                   COMPOSITE MRA PROVISIONS (2.6).

BUTLER, JR. J    08/22/07    5.80  DRAFT PROGRESS REPORT TO KEY
                                   STAKEHOLDERS ON STATUS OF GM
                                   NEGOTIATIONS (0.3); PREPARE FOR (1.7)
                                   AND PARTICIPATE IN (2.4) TELECONFERENCE
                                   WITH DELPHI AND GM REPRESENTATIVES TO
                                   NEGOTIATE MRA PROVISIONS; CONTINUE TO
                                   REVIEW GSA AND MRA PROVISIONS WITH J.
                                   SHEEHAN, S. CORCORAN AND WORKING GROUP
                                   (1.2); EMAILS FROM/TO J. TANENBAUM RE:
                                   GSA AND MRA DISCUSSIONS (0.2).

BUTLER, JR. J    08/23/07    3.40  PREPARE FOR (0.6) AND PARTICIPATE ON
                                   (1.0) WORKING GROUP TELECONFERENCE TO
                                   FINALIZE KEY STAKEHOLDER DRAFT OF
                                   GLOBAL SETTLEMENT AGREEMENT; REVIEW AND
                                   REVISE SAME (0.9); EMAIL TO COUNSEL FOR
                                   APPALOOSA, GM AND STATUTORY COMMITTEES
                                   RE: SAME (0.3); REVIEW FURTHER
                                   REVISIONS TO MASTER RESTRUCTURING
                                   AGREEMENT (0.6).

BUTLER, JR. J    08/24/07    3.20  CONTINUE TO WORK ON GSA AND MRA MATTERS
                                   INCLUDING REVIEW OF MARK-UPS (1.5);
                                   PREPARE FOR (0.3) AND PARTICIPATE ON
                                   SEVERAL WORKING GROUP TELECONFERENCES
                                   WITH DELPHI AND GM REPRESENTATIVES
                                   (0.4, 0.6); REVIEW AND COMMENT ON
                                   ADDITIONAL GM REVISIONS (0.4).

234                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J   08/25/07   2.50   PREPARE FOR (0.7) AND PARTICIPATE IN
(1.6) WORKING GROUP TELECONFERENCE WITH
S. CORCORAN TO CONTINUE TO WORK ON
FURTHER REVISIONS TO MASTER
RESTRUCTURING AGREEMENT; EMAIL TO KEY
STAKEHOLDERS RE: SAME (0.2).

BUTLER, JR. J   08/27/07   1.30   PREPARE FOR (0.2) AND ATTEND (0.7)
WORKING GROUP MEETING AT COMPANY IN TROY
WITH J. SHEEHAN, S. CORCORAN ET. AL. RE:
MRA OPEN POINTS AND NEXT STEPS RE: SAME;
CONTINUE TO REVIEW AND COMMENT ON
COMPOSITE MRA (0.4).

BUTLER, JR. J   08/28/07   3.70   REVIEW AND REVISE KEY STAKEHOLDER DRAFT
OF MRA (3.3); CONFERENCE WITH S.
CORCORAN AT COMPANY IN TROY (AND GM
REPRESENTATIVES VIA TELECONFERENCE)
RE: REMAINING MRA OPEN MATTERS AND NEXT
STEPS (0.4).

BUTLER, JR. J   08/29/07   2.80   REVIEW AND FINALIZE AUGUST 28TH KEY
STAKEHOLDER DRAFT OF MRA AND DISTRIBUTE
(0.9); TELECONFERENCE WITH J. SHEEHAN
AND S. CORCORAN RE: ADDITIONAL GM
COMMENTS TO GSA, DISCUSSION OF SECTION
5 OF MRA AND NEXT STEPS (0.4); REVIEW
COMPOSITE MRA (WITH ADDITIONAL GM
COMMENTS) (0.4); PREPARE FOR (0.2) AND
PARTICIPATE IN (0.9) WORKING GROUP
TELECONFERENCE WITH J. SHEEHAN AND S.
CORCORAN RE: DEVELOPMENT OF "BEST AND
FINAL" PROPOSAL FOR GM ON OPEN DEAL
POINTS.

BUTLER, JR. J   08/30/07   2.10   PREPARE FOR (0.3) AND PARTICIPATE IN
(0.9) WORKING GROUP TELECONFERENCE WITH
J. BERTRAND AND S. CORCORAN RE:
DEVELOPMENT OF "BEST AND FINAL"
PROPOSAL FOR GM ON MRA SECTION 4.06;
PREPARE FOR (0.2) AND PARTICIPATE IN
(0.7) TELECONFERENCE WITH J. SHEEHAN
AND S. CORCORAN RE: "BEST AND FINAL"
PROPOSAL FOR GM AND NEXT STEPS.

BUTLER, JR. J   08/31/07   8.10   CONTINUE TO WORK ON FINAL COMPOSITE
DRAFTS OF GSA AND MRA INCLUDING REVIEW
OF VARIOUS PROVISIONS AND MARK-UPS
(1.2); TELECONFERENCE WITH J. TANENBAUM
RE: SAME AND PROCESS FOR LABOR DAY
WEEKEND NEGOTIATIONS (0.4); PREPARE FOR
(0.3) AND PARTICIPATE IN (2.7) WORKING
GROUP TELECONFERENCE WITH J. SHEEHAN,
J. BERTRAND, S. CORCORAN ET. AL. RE: GSA
AND MSA; PREPARE FOR (0.4) AND
PARTICIPATE IN (2.7) WORKING GROUP
TELECONFERENCE WITH K. STRIPP, S.
CORCORAN AND T. DONO RE: SECTION 4.06
MARK-UP; BEGIN TO REVIEW GM WARRANTY
SETTLEMENT MOTION (0.4).

**67.70**

COCHRAN EL   08/01/07   2.50   MEETING WITH GM (2.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

COCHRAN EL       08/02/07       2.40   REVIEW DRAFT OF MASTER RESTRUCTURING
                                        AGREEMENT (2.4).

COCHRAN EL       08/03/07       2.50   REVIEW REVISED SETTLEMENT AND
                                        RESTRUCTURING AGREEMENT DOCUMENTS
                                        (2.5).

COCHRAN EL       08/05/07       3.30   ORGANIZATIONAL CALL WITH GM DRAFTING
                                        TEAM (1.2); REVIEW REVISED MASTER
                                        RESTRUCTURING AGREEMENT (2.1).

COCHRAN EL       08/06/07       5.70   REVIEW REVISED RESTRUCTURING AGREEMENT
                                        (2.3); TELECONFERENCE WITH CORCORAN AND
                                        BERTRAND RE: GM AGREEMENTS (3.4).

COCHRAN EL       08/07/07       1.50   REVIEW GM SETTLEMENT DOCUMENTS (1.5).

COCHRAN EL       08/08/07       2.00   REVIEW GM MARKUPS OF SETTLEMENT AND
                                        RESTRUCTURING AGREEMENT (2.0).

COCHRAN EL       08/09/07       2.70   TELECONFERENCE RE: REVENUE PLAN (2.7).

COCHRAN EL       08/10/07       4.20   CALL ON SITE PLAN ISSUES RE: GM
                                        SETTLEMENT (4.2).

COCHRAN EL       08/13/07       2.60   CALL ON REVENUE PLAN ISSUES WITH CLIENT
                                        (2.6).

COCHRAN EL       08/14/07       9.90   MEETINGS AT 4TS WITH GM REPRESENTATIVES
                                        ON SETTLEMENT AND RESTRUCTURING ISSUES
                                        (9.9).

COCHRAN EL       08/15/07      12.10   MEETING ON GM AGREEMENTS (12.1).

COCHRAN EL       08/16/07      15.30   MEETING WITH GM (15.3).

COCHRAN EL       08/17/07      10.70   MEETING WITH GM (10.7).

COCHRAN EL       08/18/07       2.30   REVIEW REVISED SETTLEMENT AGREEMENT AND
                                        RESTRUCTURING AGREEMENT (2.3).

COCHRAN EL       08/19/07       3.70   PROPOSAL FOR CALL WITH SENIOR
                                        MANAGEMENT OF DELPHI ON GM MEETING
                                        (1.2); PARTICIPATE ON CALL WITH SENIOR
                                        MANAGEMENT (2.5).

COCHRAN EL       08/20/07      10.20   REVIEW REVISE LANGUAGE ON SETTLEMENT
                                        AGREEMENT AND RESTRUCTURING AGREEMENT
                                        (10.2).

COCHRAN EL       08/21/07      14.90   REVISE RESTRUCTURING AGREEMENT AND
                                        SETTLEMENT AGREEMENT (14.9).

COCHRAN EL       08/22/07      14.70   REVIEW AND COMMENT ON REVISED
                                        SETTLEMENT AGREEMENT AND RESTRUCTURING
                                        AGREEMENT (14.7).

COCHRAN EL       08/23/07       7.20   REVIEW AND NEGOTIATE RESTRUCTURING
                                        AGREEMENT AND SETTLEMENT AGREEMENT
                                        (7.2).

COCHRAN EL       08/24/07       9.60   REVIEW AND NEGOTIATE REVISED GM
                                        RESTRUCTURING AND SETTLEMENT AGREEMENT
                                        (9.6).

COCHRAN EL       08/25/07       4.60   REVIEW REVISED RESTRUCTURING AGREEMENT
                                        PROVISIONS (4.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

COCHRAN EL        08/26/07     2.50   REVIEW RESTRUCTURING AGREEMENT
                                      PROVISION (2.5).

COCHRAN EL        08/27/07     3.10   REVIEW RESTRUCTURING AGREEMENT
                                      PROVISIONS (3.1).

COCHRAN EL        08/29/07     6.50   REVIEW GM DOCUMENTATION (3.4);
                                      PARTICIPATE IN TELECONFERENCES WITH
                                      CLIENT AND GM REPRESENTATIVES ON GM
                                      DOCUMENTATION (3.1).

COCHRAN EL        08/30/07    12.10   REVIEW REVISED GM DOCUMENTATION (4.9);
                                      PARTICIPATE ON CALLS WITH CLIENT AND GM
                                      REPRESENTATIVES (7.2).

COCHRAN EL        08/31/07    14.20   WORK ON REVISED SETTLEMENT AGREEMENT
                                      AND RESTRUCTURING AGREEMENT (14.2).

                             183.00

MARAFIOTI KA      08/01/07     1.60   MEETING WITH CLIENT RE: GM ISSUES (0.2);
                                      MEETING WITH CLIENT AND WEIL GOTSHAL RE:
                                      SAME (1.4).

MARAFIOTI KA      08/06/07     1.60   WORK ON ISSUES RE: GM SETTLEMENT
                                      AGREEMENT (0.2), INCLUDING RELEASE
                                      SECTION OF SAME (1.3); RELATED
                                      CORRESPONDENCE (0.1).

MARAFIOTI KA      08/07/07     0.60   CONTINUE TO WORK ON GM RELEASE
                                      PROVISIONS (0.3); REVIEW SHEARMAN
                                      COMMENTS RE: SAME (0.1); TELECONFERENCE
                                      WITH D. BARTNER RE: SAME (0.1);
                                      CORRESPONDENCE TO CLIENT (0.1).

MARAFIOTI KA      08/14/07     4.80   MEETING WITH GM AND WEIL RE: GM
                                      AGREEMENTS (1.0); MEETING WITH S.
                                      CORCORAN, K. COBB RE: RESTRUCTURING AND
                                      SETTLEMENT AGREEMENTS (3.8).

MARAFIOTI KA      08/15/07     5.00   MEETING WITH CLIENT RE: GM SETTLEMENT
                                      AND RESTRUCTURING AGREEMENTS (1.9);
                                      REVIEW MEMO RE: POST-CONFIRMATION
                                      JURISDICTION (0.6); MEETING WITH GM AND
                                      WEIL RE: AGREEMENTS (2.5).

MARAFIOTI KA      08/16/07     0.20   REVIEW PROVISIONS OF GLOBAL SETTLEMENT
                                      AGREEMENT AND MASTER RESTRUCTURING
                                      AGREEMENTS (0.2).

MARAFIOTI KA      08/17/07     3.10   CONSIDER ISSUES RE: GM RELEASES (0.1);
                                      TELECONFERENCE WITH S. CORCORAN, J.
                                      SHEEHAN RE: GM RESTRUCTURING AND
                                      SETTLEMENT AGREEMENTS (1.8); MEETING
                                      WITH WEIL, GM, AND DELPHI RE: SAME
                                      (1.2).

MARAFIOTI KA      08/18/07     0.20   REVIEW CORRESPONDENCE RE: GM AGREEMENTS
                                      (0.2).

MARAFIOTI KA      08/19/07     6.10   REVIEW AND REVISE GM RESTRUCTURING
                                      AGREEMENT (5.9) AND ANALYZE RELATED GM
                                      ISSUES (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA    08/20/07    2.10  REVIEW GM RESTRUCTURING AGREEMENT
                                  (0.6); CORRESPONDENCE WITH K. COBB RE:
                                  GM SETTLEMENT AGREEMENT (0.1); CONSIDER
                                  GUARANTY AND JURISDICTION ISSUES IN
                                  CONNECTION WITH GM RESTRUCTURING
                                  AGREEMENTS (1.4).

MARAFIOTI KA    08/21/07    6.70  REVIEW AND REVISE GM GLOBAL SETTLEMENT
                                  AGREEMENT (2.9); TELECONFERENCE WITH
                                  COMPANY, GM, WEIL RE: SAME (3.8).

MARAFIOTI KA    08/22/07    4.90  REVIEW AND REVISE GM RESTRUCTURING
                                  AGREEMENT (1.4); REVIEW AND REVISE GM
                                  SETTLEMENT AGREEMENT (1.0);
                                  TELECONFERENCE WITH COMPANY, GM, WEIL
                                  RE: SETTLEMENT AGREEMENT (2.5).

MARAFIOTI KA    08/23/07    1.10  CORRESPONDENCE WITH COMPANY RE: GM
                                  SETOFF (0.3) AND REVIEW FILE RE: SAME
                                  (0.5); CONSIDER ISSUES RE: GM
                                  AGREEMENTS (0.3).

MARAFIOTI KA    08/27/07    4.40  PREPARE FOR GM CALL (0.3);
                                  TELECONFERENCE WITH GM AND WEIL RE:
                                  RESTRUCTURING AGREEMENT (1.3); WORK ON
                                  REVISIONS TO SAME (2.8).

MARAFIOTI KA    08/28/07    4.20  WORK ON ISSUES RE: RESTRUCTURING
                                  AGREEMENT (0.2); TELECONFERENCE WITH S.
                                  CORCORAN RE: ARTICLE 5 OF GM
                                  RESTRUCTURING AGREEMENT (0.6);
                                  TELECONFERENCE WITH GM, WEIL RE: SAME
                                  (1.7); ADDITIONAL TELECONFERENCE WITH
                                  CORCORAN RE: RESTRUCTURING AGREEMENT
                                  (1.7).

MARAFIOTI KA    08/29/07    6.20  REVIEW GFM SETTLEMENT AGREEMENT (0.8)
                                  AND RESTRUCTURING AGREEMENT (0.8);
                                  TELECONFERENCE WITH GM AND WEIL RE: SAME
                                  (2.0); FOLLOWUP ANALYSIS (0.7);
                                  TELECONFERENCE WITH S. CORCORAN AND J.
                                  SHEEHAN RE: GM ISSUES (1.9).

                            52.80

MEISLER RE      08/01/07    2.10  CONTINUE REVIEW OF WARRANTY SETTLEMENT
                                  AGREEMENT (1.2); TELECONFERENCE WITH J.
                                  PAPELIAN RE: SAME (0.3); TELECONFERENCE
                                  WITH J. PAPELIAN AND K. STIPP RE: SAME
                                  (0.2); REVIEW J. PAPELIAN COMMENTS TO
                                  AGREEMENT (0.2); TELECONFERENCE WITH F.
                                  FLETEMEYER RE: GM WARRANTY AGREEMENT
                                  (0.2).

MEISLER RE      08/02/07    3.20  TELECONFERENCE WITH J. PAPELIAN RE: GM
                                  WARRANTY (0.2); TELECONFERENCE WITH S.
                                  CORCORAN AND K. CRAFT RE: GM WARRANTY
                                  (0.1); CONFERENCE WITH R. SAMOLE RE: GM
                                  WARRANTY (0.1); REVIEW AND COMMENT ON GM
                                  WARRANTY AGREEMENT (1.4); REVIEW AND
                                  COMMENT ON DRAFT PLEADINGS RE: GM
                                  WARRANTY (1.4).

B43E

| | | | |
|---|---|---|---|
| MEISLER RE | 08/06/07 | 0.90 | TELECONFERENCE WITH J. PAPELIAN AND L. SCHUTZMAN (GM) RE: GM WARRANTY AGREEMENT (0.4); REVISE SECTION 4.3 OF SAME (0.1) AND DRAFT CORRESPONDENCE RE: SAME (0.1); TELECONFERENCE WITH F. GORMAN (COUNSEL TO GM) RE: GM WARRANTY SETTLEMENT (0.2); TELECONFERENCE WITH L. SCHUTZMAN RE: FOLLOW UP (0.1). |
| MEISLER RE | 08/09/07 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE WITH J. GUGLIELMO RE: GM WARRANTY SETTLEMENT (0.2). |
| MEISLER RE | 08/10/07 | 0.10 | TELECONFERENCE WITH J. PAPELIAN RE: GM WARRANTY JURISDICTION PROVISION (0.1). |
| MEISLER RE | 08/28/07 | 2.90 | REVIEW EXECUTED GM WARRANTY SETTLEMENT AGREEMENT (0.8); REVIEW AND COMMENT ON MOTION FOR APPROVAL OF SAME (1.7); REVIEW AND COMMENT ON PROPOSED ORDER RE: SAME (0.4). |
| MEISLER RE | 08/29/07 | 0.20 | REVIEW CORRESPONDENCE RE: SETTLEMENT OF GM WARRANTY CLAIMS (0.2). |
| MEISLER RE | 08/31/07 | 0.80 | REVIEW AND COMMENT ON SLIDES RE: GM WARRANTY SETTLEMENT AGREEMENT (0.4); REVIEW GM COMMENTS TO MOTION TO APPROVE WARRANTY SETTLEMENT AGREEMENT (0.4). |
| | | **10.40** | |
| **Total Partner** | | **313.90** | |
| MATZ TJ | 08/13/07 | 0.40 | PREPARATIONS FOR GM SETTLEMENT MEETINGS (0.4). |
| MATZ TJ | 08/24/07 | 0.70 | REVIEW AND COMMENT ON GLOBAL SETTLEMENT AGREEMENT (0.4); CONSIDER SEALING APPLICATION RE: GM MATERIALS (0.3). |
| MATZ TJ | 08/27/07 | 1.00 | REVIEW AND COMMENT ON GSA (0.4); FURTHER REVIEW AND COMMENT ON GLOBAL SETTLEMENT AGREEMENT SEALING MATERIALS (0.4); TELECONFERENCE WITH CHAMBERS RE: APPLICATION (0.2). |
| MATZ TJ | 08/29/07 | 0.60 | REVIEW AND COMMENT ON MASTER RESTRUCTURING AGREEMENT SEALING APPLICATION (0.6). |
| | | **2.70** | |
| **Total Counsel** | | **2.70** | |
| GANITSKY DI | 08/01/07 | 3.10 | MEETING WITH GM (1.7); REVIEW OF ISSUES LIST AND DOCUMENTATION (1.4). |
| GANITSKY DI | 08/02/07 | 1.90 | REVIEW STATUS (0.7); REVIEW MRA (1.2). |
| GANITSKY DI | 08/03/07 | 3.40 | REVIEW LATEST DRAFTS OF DOCUMENTATION (3.4). |
| GANITSKY DI | 08/04/07 | 0.70 | REVIEW DEAL DOCUMENTS (0.7). |

GANITSKY DI      08/07/07      2.70  REVIEW GM DOCUMENTATION AND RELATED
                                     CORRESPONDENCE; RECEIVED UPDATES FROM
                                     TEAM (2.7).

GANITSKY DI      08/08/07      2.70  REVIEW OF GM DOCUMENTS AND RELATED
                                     MATTERS AS WELL AS PREPARATION FOR
                                     MEETINGS THE FOLLOWING DAY (2.7).

GANITSKY DI      08/09/07      3.20  REVIEW DOCUMENTATION AND ISSUES LIST
                                     AND ATTEND MEETING WITH GM (3.2).

GANITSKY DI      08/10/07      0.60  REVIEW GM MATERIALS (0.6).

GANITSKY DI      08/13/07      2.30  REVIEW GM MATERIAL (2.3).

GANITSKY DI      08/14/07     11.40  WORK ON MATTERS RE: GM TRANSACTION
                                     INCLUDING ATTENDED MEETINGS WITH GM
                                     INCLUDING NEGOTIATION SESSIONS RE:
                                     BENEFITS AND REVENUE PLAN AS WELL AS
                                     ASSISTED IN TURNING DOCUMENTS INCLUDING
                                     REVENUE PLAN AND LEGACY AGREEMENTS AS
                                     WELL AS PARTICIPATION IN STRATEGY
                                     MEETINGS AND HANDLING REQUESTS OF
                                     CLIENT (11.4).

GANITSKY DI      08/15/07     15.20  PARTICIPATE IN MEETINGS WITH GM
                                     INCLUDING NEGOTIATION SESSIONS RE:
                                     REVENUE PLAN AND SITES AS WELL AS REVIEW
                                     OF DOCUMENTATION AND ASSISTED IN
                                     TURNING DOCUMENTS AS WELL AS DRAFTING
                                     PROVISIONS (15.2).

GANITSKY DI      08/16/07     11.80  ATTEND MEETINGS WITH GM AND CLIENT --
                                     WORK INCLUDE NEGOTIATION SESSIONS,
                                     STRATEGY CALLS AND SESSION, TURNING OF
                                     AGREEMENTS INCLUDING SECTIONS RE:
                                     SITES, CONDITIONS AND MISC, HANDLING
                                     REQUESTS OF CLIENT AND OTHER RELATED
                                     MATTERS (11.8).

GANITSKY DI      08/17/07      9.80  ATTEND GM MEETINGS AND HANDLED RELATED
                                     WORK INCLUDING STRATEGY MEETINGS WITH
                                     CLIENT, REVIEW AND TURNING OF
                                     DOCUMENTS, NEGOTIATION SESSIONS WITH
                                     GM, HANDLING RELATED REQUESTS (9.8).

GANITSKY DI      08/18/07      2.70  WORK ON TURNING CERTAIN PORTIONS OF GSA
                                     AND MRA AND REVIEW OF BOTH DOCUMENTS
                                     (2.7).

GANITSKY DI      08/20/07     13.70  WORK ON GM DOCUMENTATION INCLUDING
                                     REVIEW OF DOCUMENTS, REVISIONS TO SAME
                                     BASED ON REVIEW AND CLIENT AND SKADDEN
                                     COMMENTS AS WELL AS CALLS RE: SAME WITH
                                     K. CRAFT, S. CORCORAN AND WORKING GROUP
                                     (13.7).

GANITSKY DI      08/21/07     13.70  WORK ON AGREEMENTS WITH GM INCLUDING:
                                     REVIEW OF AGREEMENTS; TELECONFERENCES
                                     WITH CLIENT RE: AGREEMENTS AND STRATEGY
                                     RE: SAME; NEGOTIATION TELECONFERENCES
                                     WITH OTHER SIDE RE: EACH OF THE
                                     AGREEMENTS; WORKING ON TURNING AND
                                     REVISE EACH OF THE AGREEMENTS INCLUDING
                                     BEFORE AND AFTER CALLS (13.7).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GANITSKY DI       08/22/07    15.10   WORK ON GM DOCUMENTATION INCLUDING
                                      REVIEW OF DOCUMENTS (2.7);
                                      TELECONFERENCES WITH WORKING GROUP AND
                                      CLIENT AND INTERNAL REVIEW MEETING
                                      (3.2); TURNING OF DOCUMENTS BOTH FOR
                                      INTERNAL REVIEW AND EXTERNAL REVIEW
                                      (6.4); TELECONFERENCE WITH OTHER SIDE
                                      RE: DOCUMENTATION (2.8).

GANITSKY DI       08/23/07     4.30   TELECONFERENCE RE: GSA AND RELATED
                                      REVIEW (1.1); REVIEW OF SELECTED
                                      SECTIONS OF MRA AND COMMENT ON SECTION
                                      4.06 THEREOF (3.2).

GANITSKY DI       08/24/07    11.30   WORK ON MRA INCLUDING REVIEW OF LATEST
                                      DRAFT CIRCULATED BY GM; NUMEROUS
                                      CONFERENCE CALL RE: SAME WITH CLIENT AND
                                      NEGOTIATION SESSIONS WITH OTHER SIDE
                                      RE: SAME; WORK ON DRAFTING RIDERS
                                      INCLUDING RE: GUARANTY AND RE: OTHER
                                      PROVII; WORK ON TURNING DOCUMENT BASED
                                      ON FULL REVIEW AND NEGOTIATIONS; WORK ON
                                      PUT PROVISION; ALSO REVIEW OF GM
                                      COMMENTS TO SETTLEMENT AGREEMENT
                                      (11.3).

GANITSKY DI       08/25/07     5.30   TELECONFERENCE RE: PUT PROVISION (1.9);
                                      REVISE SECTION 4.06 BASED ON CALL AND
                                      RELATED REVIEW (3.4).

GANITSKY DI       08/26/07    14.80   TELECONFERENCE WITH DELPHI AND SKADDEN
                                      RE: SECTION 4.06 (2.4); REVISE SECTION
                                      BASED ON CALL (2.6); FURTHER
                                      TELECONFERENCES RE: SECTION AND RELATED
                                      REVISIONS (3.8); REVIEW OF 4.04 (1.1);
                                      ADDITIONAL SET OF CALLS RE: 4.06 AND
                                      4.04 AND RELATED REVISIONS (4.9).

GANITSKY DI       08/27/07     4.80   STRATEGY CALL RE: MRA WITH CLIENT AND
                                      WORKING GROUP (0.9); TELECONFERENCE
                                      WITH GM RE: MRA (1.3); REVIEW GM DRAFT
                                      OF MRA (0.8) TURNING OF DRAFT MRA (1.8).

GANITSKY DI       08/28/07    10.60   REVIEW ARTICLE V OF MRA (0.7);
                                      TELECONFERENCE WITH CLIENT RE: SAME AND
                                      NEGOTIATION CALL WITH OTHER SIDE (2.4);
                                      TURNING OF MRA BASED ON CALL WITH OTHER
                                      SIDE (1.2); TELECONFERENCE WITH CLIENT
                                      RE: INDEMNITY MATTERS (1.6); FURTHER
                                      TELECONFERENCES AND EDITS TO MRA TO GET
                                      DOCUMENT OUT TO STAKEKEHOLDERS (4.7).

GANITSKY DI       08/29/07     7.50   REVIEW MARK UP OF ARTICLE V FROM OTHER
                                      SIDE AND OF GSA (0.8); INTERNAL
                                      DISCUSSIONS RE: GSA AND ARTICLE V (1.2);
                                      TELECONFERENCE WITH OTHER SIDE RE: GSA
                                      AND ARTICLE V OF MRA (2.3); REVIEW OF
                                      OUTLINE VS ACTUAL DOCUMENTS (0.6);
                                      REVIEW OF 4.06 MARK UP (0.8) NIGHT
                                      TELECONFERENCE WITH CLIENT RE: STATUS
                                      AND STRATEGY (1.8).

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GANITSKY DI       08/30/07       16.40   INTERNAL TELECONFERENCE RE: 4.06 (2.7);
                                         TELECONFERENCE WITH GM RE: 3.06 (2.1);
                                         MANAGEMENT CALL (0.7); WORK ON GSA AND
                                         4.06 DOCUMENTS (2.8); WORK ON COMPOSITE
                                         GSA AND MRA BOTH DELPHI AND GM DRAFTS AS
                                         WELL AS ISSUES LIST FOR EACH DOCUMENT
                                         (8.1).

GANITSKY DI       08/31/07       15.20   WORK ON GM DOCUMENTATION INCLUDING
                                         CALLS WITH CLIENT RE: DOCUMENTS AND WITH
                                         SKADDEN TEAM INCLUDING SECTIONS 4.04
                                         AND ALL OF MRA AND GSA, TURNING OF
                                         SECTION 4.06 AND MRA AND GSA AND
                                         NUMEROUS RELATED MATTERS INCLUDING
                                         DRAFTING OF RIDERS AND REVIEW OF
                                         DOCUMENT (15.2).

                                 204.20

HARDIN AS         08/01/07        6.00   ATTEND WORKING GROUP MEETING WITH GM'S
                                         COUNSEL RE: SETTLEMENT DOCUMENTS (2.0);
                                         TELECONFERENCE WITH S. CORCORAN RE:
                                         SETTLEMENT DOCUMENTS (0.3); REVIEW
                                         MATERIALS FROM S. CORCORAN RE: EXHIBITS
                                         TO RESTRUCTURING AGREEMENT (1.2);
                                         REVISE SETTLEMENT DOCUMENTS (2.5).

HARDIN AS         08/02/07       11.10   PREPARE MATERIALS FOR AND ATTEND
                                         MEETING WITH S. CORCORAN RE: GM
                                         SETTLEMENT DOCUMENTS (1.2);
                                         TELECONFERENCE AND EMAIL EXCHANGE WITH
                                         S. GALE RE: LEGACY AGREEMENT PROVISIONS
                                         OF RESTRUCTURING AGREEMENT (0.4);
                                         REVIEW MATERIALS FROM S. GALE RE: SAME
                                         (0.3); REVISE MASTER RESTRUCTURING
                                         AGREEMENT (3.3); EMAIL EXCHANGE WITH S.
                                         CORCORAN AND D. FIDLER RE: EXHIBITS TO
                                         RESTRUCTURING AGREEMENT (0.6); REVISE
                                         EXHIBIT TO RESTRUCTURING AGREEMENT
                                         (0.6); REVIEW COMMENTS FROM S. CORCORAN
                                         ON RESTRUCTURING AGREEMENT (1.7); MAKE
                                         FURTHER REVISIONS TO RESTRUCTURING
                                         AGREEMENT (2.5); TELECONFERENCES WITH
                                         S. CORCORAN RE: REVISIONS TO
                                         RESTRUCTURING AGREEMENT (0.3); DRAFT
                                         EMAIL TO E. COCHRAN RE: SAME (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HARDIN AS        08/03/07      7.90   TELECONFERENCE AND EMAIL EXCHANGE WITH
                                      D. FIDLER RE: EXHIBIT TO RESTRUCTURING
                                      AGREEMENT (0.5); FOLLOW-UP EMAIL
                                      EXCHANGE WITH S. CORCORAN RE: SAME
                                      (0.2); REVISE EXHIBIT TO RESTRUCTURING
                                      AGREEMENT BASED ON COMMENTS FROM D.
                                      FIDLER AND S. CORCORAN (1.2); DRAFT
                                      EMAIL TO D. FIDLER AND S. CORCORAN RE:
                                      SAME (0.1); REVIEW MATERIALS FROM S.
                                      CORCORAN RE: WORKING GROUP MEETINGS
                                      RELATED TO GM SETTLEMENT DOCUMENTS
                                      (0.1); TELECONFERENCE WITH S. CORCORAN
                                      RE: REVISIONS TO EXHIBIT TO
                                      RESTRUCTURING AGREEMENT (0.3); REVIEW
                                      EMAIL FROM D. FIDLER RE: SAME (0.1);
                                      REVISE EXHIBIT TO RESTRUCTURING
                                      AGREEMENT (0.4) DRAFT EMAIL TO S.
                                      CORCORAN AND D. FIDLER RE: SAME (0.2);
                                      REVISE SETTLEMENT AGREEMENT (0.7);
                                      TELECONFERENCE WITH S. CORCORAN RE:
                                      REVISIONS TO RESTRUCTURING AGREEMENT
                                      (0.5); REVISE RESTRUCTURING AGREEMENT
                                      (1.2); TELECONFERENCE WITH S. CORCORAN
                                      RE: REVISIONS TO RESTRUCTURING
                                      AGREEMENT (0.4); EMAIL EXCHANGE WITH S.
                                      CORCORAN RE: SAME (0.2); TELECONFERENCE
                                      WITH S. CORCORAN RE: SAME (0.3); REVISE
                                      AND DISTRIBUTE RESTRUCTURING AGREEMENT
                                      TO WORKING GROUP (0.9); REVIEW SAME
                                      (0.6).

HARDIN AS        08/04/07     11.00   EMAIL EXCHANGE WITH S. CORCORAN RE:
                                      EXHIBIT TO RESTRUCTURING AGREEMENT
                                      (0.1); REVIEW EMAIL FROM S. CORCORAN RE:
                                      PRECEDENT TRANSACTION (0.2); REVIEW
                                      EMAILS FROM S. CORCORAN TO WORKING GROUP
                                      LEADERS RE: GM SETTLEMENT DOCUMENTS
                                      (0.2); INITIAL REVIEW OF REVISED GM
                                      DRAFT SETTLEMENT DOCUMENTS (0.4);
                                      TELECONFERENCE WITH S. CORCORAN RE:
                                      STATUS OF REVISIONS (0.2); REVISE
                                      RESTRUCTURING AGREEMENT (1.3);
                                      TELECONFERENCE WITH S. CORCORAN RE:
                                      SAME (0.2); DRAFT EMAIL TO S. CORCORAN
                                      RE: REVISIONS TO RESTRUCTURING
                                      AGREEMENT (0.2); REVIEW FURTHER
                                      REVISIONS TO RESTRUCTURING AGREEMENT
                                      FROM S. CORCORAN (0.4); REVISE
                                      RESTRUCTURING AGREEMENT (3.5); DRAFT
                                      EMAIL TO S. CORCORAN RE: SAME (0.3);
                                      REVISE SETTLEMENT AGREEMENT (1.2);
                                      FURTHER REVISIONS TO RESTRUCTURING
                                      AGREEMENT (2.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HARDIN AS        08/05/07     10.50   REVIEW REVISIONS TO RESTRUCTURING
                                      AGREEMENT (0.5); TELECONFERENCE WITH S.
                                      CORCORAN RE: SAME (0.2); REVISE
                                      RESTRUCTURING AGREEMENT (1.3);
                                      TELECONFERENCE WITH S. CORCORAN RE:
                                      REVISIONS TO RESTRUCTURING AGREEMENT
                                      AND DISTRIBUTION ARRANGEMENTS (0.4);
                                      EMAIL EXCHANGE WITH K. CRAFT RE:
                                      DISTRIBUTION (0.3); WORKING GROUP EMAIL
                                      EXCHANGE RE: SCHEDULE (0.2); WORKING
                                      GROUP CONFERENCE CALL RE: GM SETTLEMENT
                                      DOCUMENTS (1.2); TELECONFERENCE WITH K.
                                      CRAFT RE: REVISIONS TO RESTRUCTURING
                                      AGREEMENT (0.1); TELECONFERENCE WITH S.
                                      CORCORAN RE: FURTHER REVISIONS TO
                                      RESTRUCTURING AGREEMENT (0.3); REVISE
                                      RESTRUCTURING AGREEMENT (3.5); REVISE
                                      SETTLEMENT AGREEMENT (2.5).

HARDIN AS        08/06/07     10.70   EMAIL EXCHANGE WITH D. FIDLER RE:
                                      EXHIBIT TO RESTRUCTURING AGREEMENT
                                      (0.3); WORKING GROUP CONFERENCE CALL
                                      RE: GM SETTLEMENT DOCUMENTS (4.1);
                                      CONFERENCE CALL WITH S. CORCORAN RE:
                                      REVISIONS TO GM SETTLEMENT DOCUMENTS
                                      (0.3); REVISE RESTRUCTURING AGREEMENT
                                      (1.5); PREPARE DISTRIBUTION (4.5).

HARDIN AS        08/07/07     14.80   WORKING GROUP STATUS CONFERENCE CALL
                                      RE: GM SETTLEMENT DOCUMENTS (0.4);
                                      TELECONFERENCE WITH S. CORCORAN RE:
                                      SAME (0.2); STATUS TELECONFERENCE WITH
                                      S. CORCORAN RE: RESTRUCTURING AGREEMENT
                                      (0.2); REVISE SAME (0.8); REVISE
                                      MATERIALS FOR MEETING WITH GM'S COUNSEL
                                      (2.9); REVISE SETTLEMENT AGREEMENT
                                      (4.7); REVIEW EMAIL FROM F. BELLAR RE:
                                      REVISIONS TO RESTRUCTURING AGREEMENT
                                      (0.4); REVIEW S. CORCORAN REVISIONS TO
                                      MRA (0.3); REVISE SETTLEMENT AGREEMENT
                                      AND RESTRUCTURING AGREEMENT (3.3);
                                      REVIEW REVISIONS TO RESTRUCTURING
                                      AGREEMENT FROM K. CRAFT (0.3); REVIEW
                                      REVISIONS TO MRA FROM S. CORCORAN (1.3).

HARDIN AS        08/08/07     11.10   REVISE SETTLEMENT AGREEMENT (3.5);
                                      TELECONFERENCE AND EMAIL EXCHANGE WITH
                                      S. CORCORAN RE: SAME (0.3); WORKING
                                      GROUP CONFERENCE CALL RE: SETTLEMENT
                                      AGREEMENT (1.7); REVIEW GM REVISIONS TO
                                      SETTLEMENT DOCUMENTS (3.1); PREPARE
                                      MATERIALS RELATED TO SETTLEMENT
                                      AGREEMENT (2.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HARDIN AS          08/09/07    14.70  MEETING WITH K. CRAFT RE: MATERIALS
                                      RELATED TO RESTRUCTURING AGREEMENT
                                      (0.2); MEETING WITH S. CORCORAN RE:
                                      MATERIALS RELATED TO RESTRUCTURING
                                      AGREEMENT (0.3); REVISE MATERIALS
                                      RELATED TO RESTRUCTURING AGREEMENT
                                      (3.6); WORKING GROUP CONFERENCE WITH
                                      GM'S COUNSEL CALL RE: RESTRUCTURING
                                      AGREEMENT (2.3); WORKING GROUP
                                      CONFERENCE CALL WITH GM'S COUNSEL RE:
                                      RESTRUCTURING AGREEMENT (2.9);
                                      FOLLOW-UP WORKING GROUP MEETINGS RE:
                                      SAME (3.2); REVISE MATERIALS RELATED TO
                                      RESTRUCTURING AGREEMENT (2.2).

HARDIN AS          08/10/07    11.20  PREPARE FOR WORKING GROUP CONFERENCE
                                      CALL ON GM SETTLEMENT AGREEMENTS (1.1);
                                      WORKING GROUP TELECONFERENCE RE: GM
                                      SETTLEMENT DOCUMENTS (7.4); FOLLOW-UP
                                      TELECONFERENCE WITH S. CORCORAN (0.2);
                                      REVISE MATERIALS RELATED TO
                                      RESTRUCTURING AGREEMENT (2.5).

HARDIN AS          08/11/07     6.80  UPDATE MATERIALS RELATED TO
                                      RESTRUCTURING AGREEMENT (2.1); REVIEW
                                      EXHIBITS TO RESTRUCTURING AGREEMENT AND
                                      DRAFT RELATED MATERIALS (1.4); REVISE
                                      RESTRUCTURING AGREEMENT (3.3).

HARDIN AS          08/12/07     6.20  TELECONFERENCE WITH S. CORCORAN RE: GM
                                      SETTLEMENT DOCUMENTS (0.4); REVISE
                                      MATERIALS RELATED TO GM SETTLEMENT
                                      DOCUMENTS (2.5); REVISE RESTRUCTURING
                                      AGREEMENT (3.3).

HARDIN AS          08/13/07    16.20  REVISE MATERIALS RELATED TO GM
                                      SETTLEMENT DOCUMENTS (1.2); WORKING
                                      GROUP MEETINGS RE: GM SETTLEMENT
                                      DOCUMENTS (15.0).

HARDIN AS          08/14/07    16.90  WORKING GROUP CONFERENCE CALL RE:
                                      SETTLEMENT DOCUMENTS (2.1); REVIEW
                                      REVISIONS TO SETTLEMENT DOCUMENTS
                                      (3.3); WORKING GROUP CONFERENCE CALL
                                      RE: SAME (2.5); WORKING GROUP
                                      CONFERENCE CALL RE: SAME (4.5); REVISE
                                      SETTLEMENT DOCUMENTS (4.5).

HARDIN AS          08/15/07    12.50  REVISE AND DISTRIBUTE REVISIONS TO GM
                                      SETTLEMENT DOCUMENTS (2.4); WORKING
                                      GROUP MEETING RE: SETTLEMENT DOCUMENTS
                                      (3.5); PREPARE MATERIALS RELATED TO
                                      SETTLEMENT DOCUMENTS FOR K. CRAFT
                                      (0.3); EMAIL EXCHANGE WITH R. LEMONS RE:
                                      SETTLEMENT AGREEMENT (0.2); WORKING
                                      GROUP MEETING RE: SETTLEMENT AGREEMENT
                                      (2.2); PREPARE MATERIALS RELATED TO
                                      SETTLEMENT DOCUMENTS (3.4); WORKING
                                      GROUP CONFERENCE CALLS RE: SETTLEMENT
                                      DOCUMENTS (6.9).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HARDIN AS          08/19/07      4.40   REVIEW CORRESPONDENCE RELATED TO GM
                                        SETTLEMENT DOCUMENTS (0.6); REVIEW
                                        REVISIONS TO GM SETTLEMENT DOCUMENTS
                                        (2.5); WORKING GROUP CONFERENCE CALL
                                        RE: SAME (1.3).

HARDIN AS          08/20/07      1.60   REVIEW REVISED DRAFT RESTRUCTURING
                                        AGREEMENT (0.7); REVIEW REVISIONS TO
                                        RESTRUCTURING AGREEMENT (0.9).

HARDIN AS          08/21/07     15.50   WORKING GROUP MEETING TO CONSIDER
                                        COMMON REVISIONS TO SETTLEMENT
                                        AGREEMENT (3.1); REVISE AND DISTRIBUTE
                                        SETTLEMENT AGREEMENT (3.2); EMAIL
                                        EXCHANGE WITH M. SCHEER RE: SAME (0.3);
                                        WORKING GROUP TELECONFERENCE RE: STATUS
                                        OF GM SETTLEMENT DOCUMENTS (0.3);
                                        WORKING GROUP CONFERENCE CALL WITH GM
                                        RE: RESTRUCTURING AGREEMENT (3.5);
                                        WORKING GROUP CONFERENCE CALL RE:
                                        RESTRUCTURING AGREEMENT (0.8); WORKING
                                        GROUP CONFERENCE CALL WITH GM RE:
                                        SETTLEMENT AGREEMENT (4.3).

HARDIN AS          08/22/07     12.40   WORKING GROUP CONFERENCE CALL RE:
                                        SETTLEMENT DOCUMENTS (0.4) REVISE
                                        SETTLEMENT AGREEMENT (4.4); WORKING
                                        GROUP CONFERENCE CALL RE: SAME (0.5);
                                        WORKING GROUP CONFERENCE CALL RE: SAME
                                        (2.8); REVISE SAME (1.9); WORKING GROUP
                                        MEETING RE: SAME (2.4).

HARDIN AS          08/23/07     16.40   WORKING GROUP CONFERENCE CALL RE:
                                        RESTRUCTURING AGREEMENT (1.4); REVISE
                                        SAME (1.1); WORKING GROUP CONFERENCE
                                        CALL RE: SAME (2.3); WORKING GROUP
                                        MEETING RE: SAME (3.1); REVISE SAME
                                        (4.0); WORKING GROUP CONFERENCE CALL
                                        RE: SAME (4.5).

HARDIN AS          08/24/07      5.10   WORKING GROUP EMAIL EXCHANGE RE:
                                        PROVISION IN RESTRUCTURING AGREEMENT
                                        RELATED TO LEGACY AGREEMENTS (0.2);
                                        WORKING GROUP CONFERENCE CALL RE:
                                        RESTRUCTURING AGREEMENT (0.4); REVIEW
                                        EMAIL FROM S. CORCORAN TO F. FROMM ET AL.
                                        RE: PROVISION OF RESTRUCTURING
                                        AGREEMENT (0.2); EMAIL EXCHANGE AND
                                        TELECONFERENCE WITH S. CORCORAN RE:
                                        SAME (0.2); REVIEW GM COMMENTS TO
                                        SETTLEMENT DOCUMENTS (0.4); WORKING
                                        GROUP CONFERENCE CALL RE: SAME (2.5);
                                        WORKING GROUP CONFERENCE CALL RE:
                                        RESTRUCTURING AGREEMENT (1.2).

HARDIN AS          08/25/07     12.20   EMAIL EXCHANGE WITH S. CORCORAN RE:
                                        REVISIONS TO RESTRUCTURING AGREEMENT
                                        (0.3); PREPARE MATERIALS RELATED TO
                                        RESTRUCTURING AGREEMENT FOR S. CORCORAN
                                        (0.2); WORKING GROUP TELECONFERENCE RE:
                                        RESTRUCTURING AGREEMENT (2.7); WORKING
                                        GROUP TELECONFERENCE RE: SAME (2.5);
                                        REVIEW AND REVISE SAME (3.5); WORKING
                                        GROUP TELECONFERENCE RE: SAME (3.0).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HARDIN AS | 08/26/07 | 13.30 | REVIEW REVISIONS TO RESTRUCTURING AGREEMENT (0.3); WORKING GROUP TELECONFERENCE RE: SAME (2.5); REVISE RESTRUCTURING AGREEMENT (2.1); WORKING GROUP TELECONFERENCE RE: SAME (1.1); WORKING GROUP TELECONFERENCE RE: SAME (1.5); WORKING GROUP TELECONFERENCE RE: SAME (0.3); WORKING GROUP TELECONFERENCE RE: SAME (1.0); REVISE SAME (0.8); WORKING GROUP TELECONFERENCE RE: SAME (2.1); WORKING GROUP TELECONFERENCE RE: SAME (0.5); REVISE SAME (1.1). |
|---|---|---|---|
| HARDIN AS | 08/27/07 | 9.70 | REVIEW REVISIONS TO RESTRUCTURING AGREEMENT (0.4); REVIEW EMAIL EXCHANGE RE: TAX-RELATED PROVISIONS OF GM SETTLEMENT DOCUMENTS (0.2);  WORKING GROUP EMAIL EXCHANGE RE: TELECONFERENCE WITH GM (0.1); WORKING GROUP TELECONFERENCE RE: RESTRUCTURING AGREEMENT (1.5); WORKING GROUP MEETING RE: SETTLEMENT DOCUMENTS (7.5). |
| HARDIN AS | 08/28/07 | 13.80 | PREPARE MATERIALS RELATED TO RESTRUCTURING AGREEMENT FOR S. CORCORAN (1.0); WORKING GROUP MEETING RE: RESTRUCTURING AGREEMENT (3.5); REVISE PLEADING RELATED TO RESTRUCTURING AGREEMENT EXHIBITS (1.9); WORKING GROUP CONFERENCE CALL RE: RESTRUCTURING AGREEMENT (1.5); WORKING GROUP CONFERENCE CALL RE: RESTRUCTURING AGREEMENT (2.0); REVISE SAME (3.9). |
| HARDIN AS | 08/29/07 | 12.20 | WORKING GROUP TELECONFERENCE WITH GM RE: SETTLEMENT DOCUMENTS (2.5); WORKING CONFERENCE CALL RE: GM SETTLEMENT DOCS (2.0); PREPARE MATERIALS RELATED TO RESTRUCTURING AGREEMENT (0.9); REVIEW GM COMMENTS TO RESTRUCTURING AGREEMENT (0.5); WORKING GROUP EMAIL EXCHANGE RE: APPLICATION RELATED TO RESTRUCTURING AGREEMENT EXHIBITS (0.3); REVISE SAME (0.5); REVIEW COMMENTS TO SETTLEMENT AGREEMENT (0.6); WORKING GROUP EMAIL EXCHANGE RE: REVISIONS TO SETTLEMENT AGREEMENT (0.4); WORKING GROUP TELECONFERENCE RE: RELEASE PROVISIONS OF SETTLEMENT AGREEMENT (0.6); REVISE SAME (0.3); WORKING GROUP TELECONFERENCE RE: SETTLEMENT DOCUMENTS (2.2); REVIEW AND REVISE SAME (1.4). |
| HARDIN AS | 08/30/07 | 13.90 | PREPARE FOR WORKING GROUP CONFERENCE CALLS RE: RESTRUCTURING AGREEMENTS (1.1); TELECONFERENCE WITH K. CRAFT RE: RESTRUCTURING AGREEMENT (0.5); WORKING GROUP TELECONFERENCE RE: RESTRUCTURING AGREEMENT (2.7); WORKING GROUP TELECONFERENCE RE: RESTRUCTURING AGREEMENT (2.6); REVISE SAME (4.2); PREPARE MATERIALS RELATED TO SETTLEMENT DOCUMENTS (2.8). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HARDIN AS          08/31/07    16.00   WORKING GROUP CONFERENCE CALL RE:
                                       SETTLEMENT DOCUMENTS (4.7); REVISE SAME
                                       (3.7); WORKING GROUP CONFERENCE CALL
                                       RE: SAME (2.8); REVISE SAME (4.4).

                               314.10

KOHUT RD           08/24/07     1.80   REVIEW AND COMMENT TO GM SETTLEMENT
                                       AGREEMENT (1.8).

                                 1.80

OGUNSANYA GO       08/01/07     4.30   PARTICIPATION IN WORKING GROUP MEETING
                                       WITH WEIL AND GM PARTIES RE: DELPHI-GM
                                       SETTLEMENT AND RESTRUCTURING (4.3).

OGUNSANYA GO       08/02/07     6.20   MARKUP OF MASTER-RESTRUCTURING AND
                                       GLOBAL SETTLEMENT AGREEMENTS (6.2).

OGUNSANYA GO       08/03/07     8.40   RESEARCH AND RE-DRAFTING OF DELPHI-GM
                                       DOCUMENTATION (8.4).

OGUNSANYA GO       08/04/07     4.40   RESEARCH AND REVIEW OF CALL/PUT OPTIONS
                                       AND VISTEON TRANSACTION (4.4).

OGUNSANYA GO       08/05/07     1.40   PARTICIPATION IN WORKING GROUP
                                       TELECONFERENCE RE: DELPHI-GM
                                       DOCUMENTATION, EPCA, AND FORD-VISTEON
                                       (1.4).

OGUNSANYA GO       08/06/07    13.00   PARTICIPATION IN CONFERENCE CALL RE:
                                       DELPHI-GM DOCUMENTATION (3.4); FURTHER
                                       DRAFTING OF DELPHI-GM RESTRUCTURING AND
                                       SETTLEMENT DOCUMENTATION (9.6).

OGUNSANYA GO       08/07/07    13.30   FURTHER DRAFTING OF DELPHI-GM
                                       RESTRUCTURING AND SETTLEMENT
                                       DOCUMENTATION AND NEW DELPHI CHARTER
                                       AND BYLAWS (11.1); REVIEW AND RESEARCH
                                       RE: CHARTER AND BYLAWS (2.2).

OGUNSANYA GO       08/08/07    13.60   FURTHER DRAFTING OF DELPHI-GM
                                       RESTRUCTURING AND SETTLEMENT
                                       DOCUMENTATION (13.6).

OGUNSANYA GO       08/09/07    12.40   FURTHER DRAFTING OF DELPHI-GM
                                       RESTRUCTURING AND SETTLEMENT
                                       DOCUMENTATION AND NEW DELPHI CHARTER
                                       AND BYLAWS (12.4).

OGUNSANYA GO       08/10/07     6.60   WORKING GROUP CALL RE: DELPHI-GM
                                       RESTRUCTURING AND SETTLEMENT
                                       DOCUMENTATION (6.6).

OGUNSANYA GO       08/12/07     6.20   REVIEW LEGAL AGREEMENTS AND DRAFT OF
                                       TABLE (6.2).

OGUNSANYA GO       08/13/07    10.20   REVIEW OF LEGACY AGREEMENTS AND
                                       PRINCIPAL RESTRUCTURING AND SETTLEMENT
                                       AGREEMENTS (6.6); DRAFT AND UPDATE OF
                                       LEGACY AGREEMENT TABLE (1.2);
                                       PARTICIPATION IN SKADDEN-DELPHI
                                       CONFERENCE CALL RE: BENEFITS, REVENUE
                                       PLAN, REVIEW OF GM DOCUMENTS (2.4).

248                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

OGUNSANYA GO      08/14/07      19.80   PARTICIPATION IN DELPHI-GM
                                         NEGOTIATIONS AT SKADDEN NY RE:
                                         SETTLEMENT AND RESTRUCTURING
                                         DOCUMENTATION (6.6); RE-DRAFTING OF
                                         PRINCIPAL DOCUMENTATION (13.2).

OGUNSANYA GO      08/15/07      19.30   PARTICIPATION IN DELPHI-GM
                                         NEGOTIATIONS AT SKADDEN NY RE:
                                         SETTLEMENT AND RESTRUCTURING
                                         DOCUMENTATION (6.6); RE-DRAFTING OF
                                         PRINCIPAL DOCUMENTATION (12.7).

OGUNSANYA GO      08/16/07      17.60   PARTICIPATION IN DELPHI-GM
                                         NEGOTIATIONS AT SKADDEN NY RE:
                                         SETTLEMENT AND RESTRUCTURING
                                         DOCUMENTATION (6.4); RE-DRAFTING OF
                                         PRINCIPAL DOCUMENTATION (11.2).

OGUNSANYA GO      08/17/07      16.40   FURTHER PARTICIPATION IN DELPHI-GM
                                         NEGOTIATIONS AT SKADDEN NY RE:
                                         SETTLEMENT AND RESTRUCTURING
                                         DOCUMENTATION (4.2); RE-DRAFTING OF
                                         PRINCIPAL DOCUMENTATION (12.2).

OGUNSANYA GO      08/18/07       6.60   REVIEW AND DRAFTING OF DELPHI-GM
                                         DOCUMENTATION (6.6).

OGUNSANYA GO      08/19/07       5.60   CONTINUE DRAFTING OF DELPHI-GM
                                         DOCUMENTATION (5.6).

OGUNSANYA GO      08/20/07      16.20   CONTINUE DRAFTING OF DELPHI-GM
                                         DOCUMENTATION (16.2).

OGUNSANYA GO      08/21/07      18.10   TELECONFERENCES WITH GM, DELPHI,
                                         SKADDEN AND WEIL RE: DELPHI-GM
                                         DOCUMENTATION (5.8); CONTINUE DRAFTING
                                         OF DELPHI-GM DOCUMENTATION (12.3).

OGUNSANYA GO      08/22/07      15.60   TELECONFERENCES WITH GM, DELPHI,
                                         SKADDEN AND WEIL RE: DELPHI-GM
                                         DOCUMENTATION (4.0); CONTINUE DRAFTING
                                         OF DELPHI-GM DOCUMENTATION (11.6).

OGUNSANYA GO      08/23/07      14.40   TELECONFERENCE WITH S. CORCORAN (0.3);
                                         CONTINUE DRAFTING OF DELPHI-GM
                                         DOCUMENTATION (14.1).

OGUNSANYA GO      08/24/07      17.50   TELECONFERENCE WITH WEIL, DELPHI AND GM
                                         (4.2); CONTINUE DRAFTING OF DELPHI-GM
                                         DOCUMENTATION (13.3).

OGUNSANYA GO      08/25/07       9.60   REVIEW OF BACKGROUND MATERIALS FOR
                                         DELPHI-GM DOCUMENTATION, REVIEW OF MRA
                                         AND GSA AND NEW CHARTER AND BYLAWS
                                         (9.6).

OGUNSANYA GO      08/26/07       9.20   PARTICIPATION IN TELECONFERENCE WITH S.
                                         CORCORAN, K. STIPP, K. CRAFT, J.
                                         BERTRAND, E. CORCORAN RE: MRA (1.5);
                                         RE-DRAFTING OF MRA (7.7).

OGUNSANYA GO      08/27/07       6.40   CONTINUE TO REVIEW AND DRAFTING
                                         DELPHI-GM DOCUMENTATION (6.4).

OGUNSANYA GO      08/28/07       9.40   CONTINUE TO REVIEW AND DRAFTING
                                         DELPHI-GM DOCUMENTATION (9.4).

249                                                                      B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| OGUNSANYA GO | 08/29/07 | 11.40 | PARTICIPATION IN TELECONFERENCE WITH GM, DELPHI AND WEIL RE: SETTLEMENT AGREEMENT AND MRA (2.0); PARTICIPATION ON TELECONFERENCE RE: GM DOCUMENTATION (2.0); CONTINUE DRAFTING OF DELPHI-GM DOCUMENTATION (7.4). |
| OGUNSANYA GO | 08/30/07 | 18.20 | CONTINUE TO DRAFT DELPHI-GM DOCUMENTATION (18.2). |
| OGUNSANYA GO | 08/31/07 | 16.40 | CONTINUE TO DRAFT OF DELPHI-GM DOCUMENTATION (16.4). |

**347.70**

| | | | |
|---|---|---|---|
| SAMOLE RM | 08/01/07 | 4.00 | TELECONFERENCE WITH J. PAPELIAN (0.2, 0.3); REVISE GM WARRANTY AGREEMENT (1.5); CREATE BLACKLINES RE: SAME (0.2); REVISE MOTION RE: SAME (1.8). |
| SAMOLE RM | 08/02/07 | 8.30 | REVISE GM WARRANTY SETTLEMENT DOCUMENTS (8.3). |
| SAMOLE RM | 08/03/07 | 4.90 | REVIEW CHANGES TO WARRANTY SETTLEMENT AGREEMENT (2.5); REVISIONS TO AGREEMENT (0.9); REVISIONS TO MOTION (1.5). |
| SAMOLE RM | 08/06/07 | 4.20 | TELECONFERENCE WITH J. PAPELIAN AND K. STIPP (0.2); TELECONFERENCE WITH GM, ET AL. RE: SETTLEMENT AGREEMENT (0.3); REVISE GM WARRANTY SETTLEMENT AGREEMENT (2.3); CREATE BLACKLINES RE: SAME (0.3); REVIEW FTI SPREADSHEET RE: CLAIMS (1.1). |
| SAMOLE RM | 08/08/07 | 1.10 | TELECONFERENCE WITH FTI, GM, J. PAPELIAN, ET AL. (1.1). |
| SAMOLE RM | 08/10/07 | 3.10 | REVISE GM WARRANTY SETTLEMENT MOTION AND ORDER (3.1). |
| SAMOLE RM | 08/16/07 | 2.60 | REVIEW EXECUTED SETTLEMENT AGREEMENT FOR CHANGES (1.1); CREATE REDACTED VERSION (0.5); REVISE MOTION (1.0). |
| SAMOLE RM | 08/23/07 | 1.80 | DRAFTING COMMITTEE PRESENTATION RE: WARRANTY SETTLEMENT (1.8). |
| SAMOLE RM | 08/29/07 | 6.10 | COORDINATE WITH FTI ON FINAL NUMBERS FOR GM WARRANTY SETTLEMENT (1.1); REVISE GM WARRANTY MOTION (4.1); CORRESPOND. TO J.PAPELIAN RE: COMMENTS ON SAME (0.5); REVIEW J.PAPELIAN'S COMMENTS RE: SAME (0.4). |
| SAMOLE RM | 08/30/07 | 4.30 | TELECONFERENCE WITH J. PAPELIAN RE: GM WARRANTY SETTLEMENT AGREEMENT (0.5); REVISE PRESENTATION (3.5); COORDINATE DISTRIBUTION OF SETTLEMENT DRAFT DOCUMENTS (0.3). |
| SAMOLE RM | 08/31/07 | 3.30 | REVIEW GM WARRANTY PRESENTATION (1.3); CREATE CONFIDENTIALITY AGREEMENT (2.0). |

**43.70**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SUBER KM | 08/14/07 | 5.30 | CONFERRED WITH DELPHI TEAM RE: CONFORMANCE OF MASTER RESTRUCTURING AGREEMENT AND GLOBAL SETTLEMENT AGREEMENT TO THE CURRENT PLAN TO FACILITATE THE WORK OF CURRENTLY ON-GOING DRAFTING SESSIONS WITH GM (0.3); REVISE THE GLOBAL SETTLEMENT AGREEMENT AND MASTER RESTRUCTURING AGREEMENT AS NECESSARY FOR CONFORMANCE WITH THE PLAN (5.0). |
| SUBER KM | 08/15/07 | 6.50 | PARTICIPATE IN GM MEETING RE: REVENUE PLAN (2.0); NEGOTIATED SECTIONS OF THE MASTER RESTRUCTURING AGREEMENT WITH GM TEAM MEMBERS (2.3); REVIEW AND CONSOLIDATE COMMENTS FROM THE DELPHI-GM NEGOTIATION SESSION RE: THE MASTER RESTRUCTURING AGREEMENT (0.5); CONFERRED WITH DELPHI MANAGEMENT TEAM RE: ADDITIONAL COMMENTS ON THE MASTER RESTRUCTURING AGREEMENT (1.7). |
| SUBER KM | 08/16/07 | 8.60 | CONSOLIDATED COMMENTS TO THE MASTER RESTRUCTURING AGREEMENT FROM DELPHI-GM NEGOTIATION SESSION (1.6); REVISE THE MASTER RESTRUCTURING AGREEMENT (2.3); AND DISTRIBUTED NEW VERSION OF THE MASTER RESTRUCTURING AGREEMENT AND CORRESPONDING BLACKLINE VERSION (0.4); REVIEW AND REVISED MASTER RESTRUCTURING AGREEMENT BASED UPON COMMENTS FROM DELPHI CORPORATE LEGAL STAFF (1.7); DISTRIBUTE NEW VERSION OF MASTER RESTRUCTURING AGREEMENT FOR ADDITIONAL REVIEW AND COMMENT (0.3); REVIEW REVISED DRAFT OF MASTER RESTRUCTURING AGREEMENT (1.0); CONTINUED TO REVISE AND MARK-UP MASTER RESTRUCTURING AGREEMENT (1.3). |
| SUBER KM | 08/17/07 | 9.60 | CONTINUED TO REVISE MASTER RESTRUCTURING AGREEMENT (2.8); PARTICIPATE IN DELPHI-GM NEGOTIATION SESSION RE: MASTER RESTRUCTURING AGREEMENT (2.3); CONFERRED WITH OTHER DELPHI TEAM MEMBERS RE: THE NEXT STEPS FOR NEGOTIATIONS WITH GM RE: THE MASTER RESTRUCTURING AGREEMENT (0.5); REVIEW THE CONTENT OF THE NEGOTIATIONS WITH DELPHI TEAM MEMBERS IN ORDER TO TURN-AROUND A REVISED VERSION OF THE HE MASTER RESTRUCTURING AGREEMENT (1.9); PARTICIPATE IN NEGOTIATION SESSION BETWEEN GM AND DELPHI RE: GLOBAL SETTLEMENT AGREEMENT (2.1). |
| SUBER KM | 08/18/07 | 4.80 | CONTINUED TO MAKE REVISIONS TO MASTER RESTRUCTURING AGREEMENT AND THE GLOBAL SETTLEMENT AGREEMENT (4.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| SUBER KM | 08/20/07 | 3.80 | MADE REVISIONS TO THE GLOBAL SETTLEMENT AGREEMENT (1.8); REVIEW THE GLOBAL SETTLEMENT AGREEMENT AND THE MASTER RESTRUCTURING AGREEMENT (1.0); CREATE A MARK-UP FOR REVISIONS TO THE DOCUMENTS (1.0). |
|---|---|---|---|
| SUBER KM | 08/21/07 | 8.60 | CONTINUE TO REVISE AND DRAFT THE GLOBAL SETTLEMENT AGREEMENT (4.6); PARTICIPATE WITH OTHER DELPHI TEAM MEMBERS IN CONFERENCE CALL RE: MASTER RESTRUCTURING AGREEMENT (0.8); CONTINUED TO REVISE THE MASTER RESTRUCTURING AGREEMENT (3.2). |
| SUBER KM | 08/22/07 | 13.80 | CONTINUED TO REVISE THE MASTER RESTRUCTURING AGREEMENT (4.2); CONTINUED TO REVISE THE MASTER RESTRUCTURING AGREEMENT (2.5); PARTICIPATED IN A DRAFTING SESSION RE: THE MASTER RESTRUCTURING AGREEMENT (1.8); REVIEW THE GLOBAL SETTLEMENT AGREEMENT AND THE MASTER RESTRUCTURING AGREEMENT (0.2); PARTICIPATED IN DRAFTING SESSION RE: GLOBAL SETTLEMENT AGREEMENT (3.8); REVIEW THE GLOBAL SETTLEMENT AGREEMENT AND THE MASTER RESTRUCTURING AGREEMENT (1.3). |
| SUBER KM | 08/23/07 | 3.30 | REVIEW AND REVISE THE MASTER RESTRUCTURING AGREEMENT TO ENSURE INCORPORATION OF APPROPRIATE EXHIBITS AND LISTING OF EXHIBITS (1.8); BEGAN SECONDARY REVIEW OF ALL DEFINITIONS IN THE PRIMARY DOCUMENTS IN CONNECTION WITH DELPHI-GM NEGOTIATIONS (1.5). |
| SUBER KM | 08/24/07 | 10.90 | REVIEW PRECEDENT RE: APPLICATIONS UNDER SEAL (0.7); BEGAN DRAFTING THE MOTION AND PROPOSED ORDER RE: APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL (1.0); INCORPORATE COMMENTS INTO THE MASTER RESTRUCTURING AGREEMENT (3.8); PARTICIPATE IN CONFERENCE CALLS WITH GM TEAM MEMBERS IN CONNECTION WITH CERTAIN DOCUMENTS IN FURTHERANCE OF THE PLAN (1.4); PARTICIPATE IN CONFERENCE CALLS WITH GM TEAM MEMBERS IN CONNECTION WITH CERTAIN DOCUMENTS IN FURTHERANCE OF THE PLAN (3.0); REVIEW AND REVISE THE MASTER RESTRUCTURING AGREEMENT TO INCORPORATE APPROPRIATE EXHIBIT REFERENCES (1.0). |
| SUBER KM | 08/27/07 | 9.20 | DRAFT EXHIBIT LIST AND INCORPORATE THE EXHIBIT INTO THE MASTER RESTRUCTURING AGREEMENT (2.6); PARTICIPATE IN CONFERENCE CALL TO DISCUSS REVISIONS TO THE MASTER RESTRUCTURING AGREEMENT (0.8); REVISE THE MASTER RESTRUCTURING AGREEMENT (3.8); COMPLETE THE INITIAL DRAFTS OF THE APPLICATION UNDER SEAL AND THE CORRESPONDING PROPOSED ORDERS (1.8); DISTRIBUTE THESE DOCUMENTS TO DELPHI TEAM MEMBERS FOR REVIEW (0.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| SUBER KM | 08/28/07 | 10.50 | RE-ORGANIZE THE EXHIBITS TO THE MASTER RESTRUCTURING AGREEMENT (1.5); REVISE THE APPLICATION TO FILE UNDER SEAL AND THE PROPOSED ORDER BASED ON COMMENTS FROM DELPHI TEAM MEMBERS (0.8); CREATE BLACKLINE VERSIONS OF THE APPLICATION AND PROPOSED ORDER FOR DISTRIBUTION TO DELPHI TEAM MEMBERS (0.2); REVISE PROPOSED ORDER BASED ON COMMENTS FROM DELPHI TEAM MEMBERS (0.7); CREATE BLACKLINE VERSIONS OF THE REVISED APPLICATION AND PROPOSED ORDER FOR DISTRIBUTION TO DELPHI TEAM MEMBERS (0.3); REVIEW ARTICLE V OF THE MASTER RESTRUCTURING AGREEMENT DISTRIBUTED BY LEGAL COUNSEL TO GM (0.8); REVIEW EMAIL CORRESPONDENCE FROM DELPHI TEAM MEMBERS (0.6); REVIEW NEW VERSION OF THE MASTER RESTRUCTURING AGREEMENT TO ENSURE ALL COMMENTS RECEIVED ON AUGUST 27, 2007 WERE PROPERLY INCORPORATED (1.0); CREATE AND REVISE COMPOSITE OF THE MASTER RESTRUCTURING AGREEMENT WITH DELPHI TEAM MEMBERS (1.6); PARTICIPATE IN TELECONFERENCE RE: THE MASTER RESTRUCTURING AGREEMENT WITH OTHER DELPHI TEAM MEMBERS AND GM (1.0); INCORPORATED ADDITIONAL CHANGES TO THE MASTER RESTRUCTURING AGREEMENT (2.0). |
|---|---|---|---|
| SUBER KM | 08/29/07 | 6.70 | PARTICIPATE IN CONFERENCE CALL WITH GM TEAM MEMBERS TO CREATE MARK-UP OF THE GLOBAL SETTLEMENT AGREEMENT AND MASTER RESTRUCTURING AGREEMENT (2.4); REVIEW DEFINITIONS FROM THE PLAN, THE MASTER RESTRUCTURING AGREEMENT AND THE GLOBAL SETTLEMENT AGREEMENT TO DETERMINE WHETHER THE DEFINITIONS ARE CONSISTENT (2.1); REVIEW APPROPRIATE DOCUMENTS TO USE IN CREATING THE APPROPRIATE BLACKLINE REQUIRED FOR THE DELPHI-GM NEGOTIATIONS (0.7); REVIEW AND DISTRIBUTE THE DRAFT APPLICATION TO FILE UNDER SEAL AND THE CORRESPONDING ORDER (0.2); PREPARE MATERIALS RE: GENERAL ORDER M-242 FOR DISCUSSION WITH OTHER DELPHI TEAM MEMBERS (0.2); CONTINUED TO REVISE THE UNDER SEAL APPLICATION AND THE CORRESPONDING PROPOSED ORDER RE: THE SEALING OF THE EXHIBITS TO THE MASTER RESTRUCTURING AGREEMENT (1.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| SUBER KM | 08/30/07 | 14.20 | PARTICIPATE IN CONFERENCE CALL TO NEGOTIATE [SECTION 4.06] OF THE MRA WITH OTHER DELPHI TEAM MEMBERS AND GM TEAM (2.0); CONTINUE AND COMPLETE THE REVIEW OF DEFINITIONS AMONG THE PLAN, GLOBAL SETTLEMENT AGREEMENT AND THE MASTER RESTRUCTURING AGREEMENT (1.5); CREATE SUMMARY OF THE DIFFERENCES IN THE DEFINITIONS AMONG THE ABOVE AGREEMENTS (1.8); REVIEW COMMENTS TO THE GLOBAL RESTRUCTURING AGREEMENT AS INCORPORATED IN THE NEW DRAFT FOR DISTRIBUTION (0.6); REVIEW RESULTING CHANGES WITH OTHER DELPHI TEAM MEMBERS (0.3); REVIEW REVISED SECTION 4.04 AND THE CORRESPONDING COMMENTS TO THE SAME (0.6); REVIEW EXHIBITS TO BE ATTACHED TO THE MASTER RESTRUCTURING AGREEMENT (0.8); REVISED THE GLOBAL SETTLEMENT AGREEMENT (4.6); REVISE THE MASTER RESTRUCTURING AGREEMENT (2.0). |
| SUBER KM | 08/31/07 | 3.70 | ORGANIZE THE EXHIBITS TO THE MASTER RESTRUCTURING AGREEMENT (1.7); PARTICIPATE IN DRAFTING SESSION RE: THE GLOBAL SETTLEMENT AGREEMENT (2.0). |

|  |  | 119.50 |  |
| Total Associate |  | 1,031.00 |  |
| TOTAL TIME |  | 1,347.60 |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                          **Bill Date: 09/30/07**
**Customer Matters (GM)**                             **Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/03/07 | Copy Center, D | 8.80 |
| In-house Reproduction | 08/06/07 | Joefield D | 752.53 |
| In-house Reproduction | 08/07/07 | Copy Center, D | 41.01 |
| In-house Reproduction | 08/07/07 | Copy Center, D | 6.70 |
| In-house Reproduction | 08/10/07 | Copy Center, D | 179.73 |
| In-house Reproduction | 08/17/07 | Copy Center, D | 834.84 |
| In-house Reproduction | 08/21/07 | Copy Center, D | 179.73 |
| In-house Reproduction | 08/24/07 | Copy Center, D | 9.80 |
| In-house Reproduction | 08/28/07 | Copy Center, D | 359.76 |
| In-house Reproduction | 08/31/07 | Copy Center, D | 7.60 |
| In-house Reproduction | 08/31/07 | Copy Center, D | 7.50 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2,388.00** |
| Lexis/Nexis | 08/04/07 | Stone M | 100.00 |
| | | **TOTAL LEXIS/NEXIS** | **$100.00** |
| Reproduction - color | 08/14/07 | Copy Center, D | 27.50 |
| Reproduction - color | 08/14/07 | Copy Center, D | 66.00 |
| Reproduction - color | 08/15/07 | Copy Center, D | 22.00 |
| Reproduction - color | 08/15/07 | Copy Center, D | 42.00 |
| Reproduction - color | 08/16/07 | Copy Center, D | 510.05 |
| Reproduction - color | 08/16/07 | Copy Center, D | 705.05 |
| Reproduction - color | 08/16/07 | Copy Center, D | 480.04 |
| Reproduction - color | 08/17/07 | Copy Center, D | 3,254.74 |
| Reproduction - color | 08/17/07 | Copy Center, D | 375.03 |
| Reproduction - color | 08/17/07 | Copy Center, D | 49.50 |
| Reproduction - color | 08/17/07 | Copy Center, D | 230.02 |
| Reproduction - color | 08/28/07 | Copy Center, D | 445.03 |
| Reproduction - color | 08/31/07 | Copy Center, D | 550.04 |
| | | **TOTAL REPRODUCTION - COLOR** | **$6,757.00** |
| Vendor Hosted Telecon-ferencing | 08/01/07 | Teleconferencing Services, LLC | 11.83 |
| Vendor Hosted Telecon-ferencing | 08/05/07 | Teleconferencing Services, LLC | 17.79 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 08/21/07 | Teleconferencing Services, LLC | 8.41 |
| Vendor Hosted Telecon-ferencing | 08/22/07 | Teleconferencing Services, LLC | 69.32 |
| Vendor Hosted Telecon-ferencing | 08/22/07 | Teleconferencing Services, LLC | 15.92 |
| Vendor Hosted Telecon-ferencing | 08/24/07 | Teleconferencing Services, LLC | 0.84 |
| Vendor Hosted Telecon-ferencing | 08/24/07 | Teleconferencing Services, LLC | 7.45 |
| Vendor Hosted Telecon-ferencing | 08/24/07 | Teleconferencing Services, LLC | 12.91 |
| Vendor Hosted Telecon-ferencing | 08/24/07 | Teleconferencing Services, LLC | 19.22 |
| Vendor Hosted Telecon-ferencing | 08/24/07 | Teleconferencing Services, LLC | 6.37 |
| Vendor Hosted Telecon-ferencing | 08/25/07 | Teleconferencing Services, LLC | 21.92 |
| Vendor Hosted Telecon-ferencing | 08/26/07 | Teleconferencing Services, LLC | 2.58 |
| Vendor Hosted Telecon-ferencing | 08/26/07 | Teleconferencing Services, LLC | 10.57 |
| Vendor Hosted Telecon-ferencing | 08/27/07 | Teleconferencing Services, LLC | 16.46 |
| Vendor Hosted Telecon-ferencing | 08/29/07 | Teleconferencing Services, LLC | 3.00 |
| Vendor Hosted Telecon-ferencing | 08/29/07 | Teleconferencing Services, LLC | 2.40 |
| Vendor Hosted Telecon-ferencing | 08/29/07 | Teleconferencing Services, LLC | 59.59 |
| Vendor Hosted Telecon-ferencing | 08/30/07 | Teleconferencing Services, LLC | 0.84 |
| Vendor Hosted Telecon-ferencing | 08/31/07 | Teleconferencing Services, LLC | 61.51 |
| Vendor Hosted Telecon-ferencing | 08/31/07 | Teleconferencing Services, LLC | 29.07 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$378.00** |
| Air/Rail Travel (external) | 08/19/07 | Butler, Jr. J | 119.33 |
| Air/Rail Travel (external) | 08/26/07 | Butler, Jr. J | 59.67 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$179.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 08/19/07 | Butler, Jr. J | 100.93 |
| Out-of-Town Travel | 08/19/07 | Butler, Jr. J | 229.96 |
| Out-of-Town Travel | 08/19/07 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 08/26/07 | Butler, Jr. J | 10.25 |
| Out-of-Town Travel | 08/26/07 | Butler, Jr. J | 1.25 |
| Out-of-Town Travel | 08/26/07 | Butler, Jr. J | 53.64 |
| Out-of-Town Travel | 08/26/07 | Butler, Jr. J | 165.47 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$572.00** |
| Messengers/ Courier | 08/10/07 | Quick Int'l - Ny | 1,156.54 |
| Messengers/ Courier | 08/10/07 | Quick Int'l - Ny | 410.97 |
| Messengers/ Courier | 08/19/07 | Dist Serv/Mail/Page, D | 23.49 |
| | | **TOTAL MESSENGERS/ COURIER** | **$1,591.00** |
| Out-of-Town Meals | 08/19/07 | Butler, Jr. J | 7.39 |
| Out-of-Town Meals | 08/19/07 | Butler, Jr. J | 17.26 |
| Out-of-Town Meals | 08/26/07 | Butler, Jr. J | 11.35 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$36.00** |
| Outside Re-search/Internet Services | 08/01/07 | New York Law Institute | 9.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$9.00** |
| Print Images to Paper (from Electronic Media) | 08/07/07 | Copy Center, D | 30.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$30.00** |
| Internal Catering-NY | 08/09/07 | Hardin AS | 400.00 |
| Internal Catering-NY | 08/14/07 | Hardin AS | 400.00 |
| Internal Catering-NY | 08/15/07 | Hardin AS | 300.00 |
| Internal Catering-NY | 08/16/07 | Hardin AS | 300.00 |
| Internal Catering-NY | 08/17/07 | Hardin AS | 300.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$1,700.00** |
| | | **TOTAL MATTER** | **$13,740.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Customer Matters (GM)**

**Bill Date: 10/31/07**
**Bill Number: 1182831**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 09/01/07 | 0.70 | REVIEW FINAL COMPOSITE DRAFTS OF GSA AND MRA (0.4); EMAILS FROM/TO J. TANENBAUM RE: SAME AND DS/POR EXHIBITS (0.3). |
| BUTLER, JR. J | 09/03/07 | 5.10 | PREPARE FOR (INCLUDING TELECONFERENCE WITH J. SHEEHAN) (0.4) AND PARTICIPATE IN (4.7) WORKING GROUP TELECONFERENCE WITH DELPHI AND GM TEAMS TO DISCUSS DELPHI'S COMPOSITE MARK-UPS OF THE GSA AND MRA. |
| BUTLER, JR. J | 09/04/07 | 4.70 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.9) MEETING AT COMPANY IN TROY WITH J. SHEEHAN, K. STIPP AND S. CORCORAN TO REVIEW AND COMMENT ON GM CHANGED PAGES FOR GSA AND MRA; PREPARE FOR AND PARTICIPATE IN NUMEROUS MEETINGS THROUGHOUT THE DAY AT COMPANY IN TROY WITH SENIOR EXECUTIVES INCLUDING S. MILLER, R. O'NEAL, J. SHEEHAN, J. BERTRAND AND S. CORCORAN RE: DEVELOPMENT OF RESPONSES TO GM POSITIONS ON MRA (2.1); TELECONFERENCE WITH J. TANENBAUM RE: SAME (0.6); REVIEW AND COMMENT ON COMPOSITE MARK-UPS OF THE GSA AND MRA (0.4); CONTINUE TO REVIEW AND COMMENT ON GM WARRANTY SETTLEMENT MOTION PLEADINGS (0.2); EMAILS FROM/TO J. TANENBAUM RE: GM MATTERS (0.3). |
| BUTLER, JR. J | 09/05/07 | 4.60 | PREPARE FOR AND PARTICIPATE IN EXTENDED DRAFTING AND NEGOTIATION SESSIONS WITH GM REPRESENTATIVES (VIA TELECONFERENCE) AND MEETINGS AT COMPANY IN TROY WITH J. SHEEHAN, S. CORCORAN ET. AL. RE: NEGOTIATION OF GM SETTLEMENT DOCUMENTATION (4.6). |
| BUTLER, JR. J | 09/06/07 | 4.30 | PARTICIPATE IN OVERNIGHT NEGOTIATIONS AND FINALIZE GSA AND MRA DOCUMENTS AND EXHIBITS INCLUDING CONFERENCES WITH DELPHI AND GM REPRESENTATIVES AND WITH GM WORKING GROUP (3.9); REVIEW GM WARRANTY SETTLEMENT MOTION AND RELATED MATTERS (0.4). |
| BUTLER, JR. J | 09/13/07 | 0.60 | FOLLOW-UP ON MRA DISCLOSURE MATTERS (0.5); EMAIL TO D. SHERBIN AND S. CORCORAN RE: SAME (0.1). |
| BUTLER, JR. J | 09/15/07 | 0.80 | CONSIDER IP LICENSE MOTION ISSUES (0.4); REVIEW AND CONSIDER GM COMMENTS TO IP MOTION (0.4). |
| BUTLER, JR. J | 09/17/07 | 0.60 | TELECONFERENCE WITH AND EMAILS FROM/TO J. TANENBAUM RE: GM MATTERS (0.4); REVIEW AND COMMENT ON OPEN IP LICENSE MOTION ISSUES (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    09/20/07    0.40    REVIEW GM WARRANTY SETTLEMENT APPROVAL
                                    MOTION MATTERS INCLUDING WILMINGTON
                                    TRUST ISSUES (0.4).

BUTLER, JR. J    09/21/07    0.30    CONTINUE TO REVIEW GM WARRANTY
                                    SETTLEMENT APPROVAL MOTION MATTERS
                                    INCLUDING WILMINGTON TRUST ISSUES
                                    (0.3).

BUTLER, JR. J    09/24/07    1.90    ATTEND MEETINGS AT COMPANY WITH R.
                                    O'NEAL AND SENIOR EXECUTIVES RE:
                                    COMMENCEMENT OF UAW-GM WORK STOPPAGE,
                                    IMPLEMENTATION OF CONTINGENCY PLANS AND
                                    NEXT STEPS (1.9).

BUTLER, JR. J    09/26/07    1.20    CONTINUE TO PREPARE FOR SEPTEMBER 27TH
                                    OMNIBUS HEARING BEFORE JUDGE DRAIN IN
                                    NEW YORK BANKRUPTCY COURT RE: HEARING
                                    PREPARATION FOR IP AND WARRANTY
                                    AGREEMENT MOTIONS (0.6); MEETING WITH
                                    D. SHERBIN, J. SHEEHAN, S. CORCORAN AND
                                    K. CRAFT IN NEW YORK RE: GM IP AND
                                    WARRANTY AGREEMENTS AND NEXT STEPS
                                    (0.4); REVIEW DRAFT EMAIL TO F.
                                    HENDERSON AT GM RE: SAME (0.2).

BUTLER, JR. J    09/27/07    0.80    PREPARE FOR (0.4) AND ATTEND (0.4)
                                    OMNIBUS HEARING BEFORE JUDGE DRAIN IN
                                    NEW YORK BANKRUPTCY COURT RE: IP AND
                                    WARRANTY AGREEMENT MOTIONS.

BUTLER, JR. J    09/29/07    0.30    EMAIL FROM R. O'NEAL RE: OCTOBER 3RD
                                    SENIOR LEADERSHIP MEETING IN DETROIT
                                    AND GM UPDATE (0.1); REVIEW OPEN ISSUES
                                    AND NEXT STEPS (0.2).

                            26.30

COCHRAN EL       09/01/07    3.20    REVIEW AND REVISE MASTER RESTRUCTURING
                                    AGREEMENT (3.2).

COCHRAN EL       09/03/07    6.20    PARTICIPATE IN CALL WITH GM
                                    REPRESENTATIVES IN MRA (INCLUDING
                                    SECTIONS 4.04 AND 4.06) (4.6); REVIEW GM
                                    COMMENTS ON MRA AND GSA (1.6).

COCHRAN EL       09/04/07   16.70    REVIEW AND REVISE GM DOCUMENTATION
                                    (16.7).

COCHRAN EL       09/05/07   13.90    FINALIZE GM DOCUMENTATION (13.9).

COCHRAN EL       09/17/07    1.20    REVIEW GM ISSUES (1.2).

COCHRAN EL       09/19/07    1.40    REVIEW MRA AND GSA ISSUES (1.4).

COCHRAN EL       09/21/07    1.10    TELECONFERENCE WITH PLAN INVESTORS ON
                                    GM MASTER RESTRUCTURING AGREEMENT
                                    (1.1).

COCHRAN EL       09/25/07    1.70    PARTICIPATE ON CALL WITH APPALOOSA
                                    REPRESENTATIVES ON MASTER
                                    RESTRUCTURING AGREEMENT ISSUES (1.7).

                            45.40

FRISHMAN LD      09/27/07    1.60    REVIEW AND REVISE TERM SHEETS FOR
                                    PROPOSED GE NOTES (1.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  | 1.60 |  |
|---|---|---|---|
| FURFARO JP | 09/04/07 | 2.20 | REVIEW OF REVISED SETTLEMENT/RESTRUCTURING AGREEMENTS (2.2). |
| FURFARO JP | 09/05/07 | 0.40 | REVISIONS TO GM AGREEMENTS (0.4). |
|  |  | 2.60 |  |
| MARAFIOTI KA | 09/02/07 | 1.90 | REVIEW AND REVISE GM WARRANTY SETTLEMENT MOTION (1.4) AND ORDER (0 .5). |
| MARAFIOTI KA | 09/03/07 | 0.10 | CORRESPONDENCE RE: GM WARRANTY MOTION (0.1). |
| MARAFIOTI KA | 09/04/07 | 1.10 | REVIEW AND REVISE GM WARRANTY ORDER (0.2) AND RELATED CORRESPONDENCE (0.1); CONSIDER ISSUES RE: REDACTION OF GM WARRANTY AGREEMENT (0.4); CONSIDER REVISIONS TO GM SETTLEMENT AGREEMENT (0.4). |
| MARAFIOTI KA | 09/05/07 | 0.70 | REVIEW AND REVISE GM WARRANTY REDACTION APPLICATION (0.2) AND ORDER (0.2); UPDATE RE: STATUS (0.3). |
| MARAFIOTI KA | 09/06/07 | 0.50 | WORK ON GM SEALING APPLICATION (0.3) AND ORDER (0.2). |
| MARAFIOTI KA | 09/10/07 | 0.60 | REVIEW OF SEC FILINGS IN CONNECTION WITH WARRANTY SETTLEMENT ISSUES (0.6). |
| MARAFIOTI KA | 09/13/07 | 1.50 | REVIEW AND REVISE GM LICENSE AGREEMENT MOTION (0.8) AND ORDER (0.3); RELATED CORRESPONDENCE (0.1); FOLLOWUP ANALYSIS (0.3). |
| MARAFIOTI KA | 09/20/07 | 1.10 | CORRESPONDENCE FROM WILMINGTON TRUST RE: GM WARRANTY ISSUES (0.1); REVIEW AND REVISE GM TOLLING AGREEMENT (1.0). |
| MARAFIOTI KA | 09/25/07 | 0.20 | CORRESPONDENCE RE: GM LICENSE (0.2). |
|  |  | 7.70 |  |
| MEISLER RE | 09/04/07 | 1.80 | REVIEW, CONSIDER AND COMMENT ON GM WARRANTY MOTION (1.2); REVIEW PROPOSED ORDER RE: SAME (0.3), REVIEW AND COMMENT ON STATUTORY COMMITTEE SLIDES RE: SAME (0.3). |
| MEISLER RE | 09/07/07 | 1.10 | REVIEW AND FINALIZE GM WARRANTY MOTION (0.8); REVIEW AND RESPOND TO CORRESPONDENCE RE: IP LICENSE AGREEMENT AND MOTION TO BE DRAFTED (0.3). |
| MEISLER RE | 09/10/07 | 0.40 | REVIEW AND CONSIDER EXHIBITS FOR HEARING RE: GM WARRANTY MOTION (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 09/12/07 | 5.70 | REVIEW IP AGREEMENT RE: SAME (0.8); REVIEW AND EDIT MOTION (2.8) AND PROPOSED ORDER (0.4) RE: SAME; CONTINUED REVIEW OF IP SETTLEMENT MOTION AND ORDER (0.6); TELECONFERENCE WITH B. PICKERING AND J. GUGLIELMO RE: GM WARRANTY SETTLEMENT AGREEMENT (0.5); REVIEW AND CONSIDER CORRESPONDENCE FROM J. PAPELIAN RE: GM WARRANTY (0.1); REVIEW CONFIDENTIALITY CLAUSE RE: SAME (0.2); DRAFT CORRESPONDENCE TO J. PAPELIAN RE: SAME (0.3). |

MEISLER RE   09/15/07   0.30   TELECONFERENCE WITH H. BAER RE: IP (0.1); DRAFT CORRESPONDENCE RE: SAME (0.2).

MEISLER RE   09/16/07   0.40   REVISE IP -GM LICENSE MOTION (0.2); PREPARE CORRESPONDENCE TO H. BAER RE: SAME (0.1); DRAFT CORRESPONDENCE TO S. CORCORAN AND T. TWOMEY RE: SAME (0.1).

MEISLER RE   09/17/07   5.50   REVIEW AND RESPOND TO CORRESPONDENCE RE: IP MOTION (0.2, 0.2); DRAFT RIDER TO MOTION RE: SAME (0.3); CONTINUED TO REVIEW AND COMMENT ON IP MOTION (0.9); FINALIZE IP MOTION (1.4); TELECONFERENCE WITH T. TWOMEY RE: SAME (0.7); DRAFT CORRESPONDENCE TO R. LEMONS RE: SAME (0.1); REVIEW AND COMMENT ON IP MEMO RE: 365(N) (1.7).

MEISLER RE   09/20/07   2.90   REVIEW AND CONSIDER WTC COMMENTS TO GM WARRANTY (0.5); REVIEW GM WARRANTY SCRIPT AND PROFFER (1.0); TELECONFERENCE WITH J. PAPELIAN RE: WTC COMMENTS TO GM WARRANTY ORDER (0.2); TELECONFERENCE WITH E. FOX RE: EXTENSION OF OBJECTION DEADLINE FOR WTC TO GM WARRANTY (0.1); DRAFT CORRESPONDENCE RE: SAME (0.1); REVIEW AND REVISE SCRIPTS RE: STN MOTIONS (0.3); REVIEW IP AGREEMENT SCRIPT (0.7).

MEISLER RE   09/21/07   2.00   PREPARE FOR TELECONFERENCE WITH E. FOX RE: GM WARRANTY (0.1); TELECONFERENCE WITH E. FOX (0.2); REVIEW (0.5) AND COMMENT ON (0.3) ON E. FOX SUPPLEMENTARY COMMENTS TO GM WARRANTY ORDER; DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.1); REVIEW AND RESPOND TO CORRESPONDENCE WITH E. FOX (0.1) ; TELECONFERENCE WITH J. PAPELIAN RE: GM WARRANTY AND SETTLEMENT WITH E. FOX (0.2); TELECONFERENCE WITH S. CORCORAN RE: GM WARRANTY (0.1); TELECONFERENCE WITH B. SHAW RE: GM CLAIMS (0.1); TELECONFERENCE WITH S. CORCORAN RE: GM-IP MOTION (0.2); REVIEW AND RESPOND TO CORRESPONDENCE RE: SAME (0.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 09/24/07 | 1.10 | CONTINUE TO REVIEW FURTHER CHANGES TO GM WARRANTY ORDER (0.4); DRAFT CORRESPONDENCE TO E. FOX RE: SAME (0.1); DRAFT CORRESPONDENCE TO S. CORCORAN RE: SAME (0.1); TELECONFERENCE WITH T. TWOMEY RE: INTERPLAY BETWEEN IP, GM WARRANTY AND TRW (0.3); REVIEW CORRESPONDENCE RE: IP AGREEMENT (0.2). |
| MEISLER RE | 09/25/07 | 0.60 | REVIEW AND REVISE J. SHEEHAN DECLARATION RE: GM WARRANTY (0.3); DRAFT CORRESPONDENCE TO J. PAPELIAN RE: SAME (0.1); REVIEW AND CONSIDER REPLY TO UCC'S STATEMENT TO IP MOTION (0.2). |
| MEISLER RE | 09/26/07 | 0.60 | FINALIZE J. SHEEHAN DECLARATION RE: GM WARRANTY SETTLEMENT (0.4); REVIEW MODIFICATIONS TO IP ORDER AND RESPONSE TO BE FILED (0.2). |
| | | 22.40 | |
| **Total Partner** | | 106.00 | |
| MATZ TJ | 09/04/07 | 0.60 | REVIEW GM MASTER RESTRUCTURING AGREEMENT SEALING APPLICATION (0.2); REVIEWING AND REVISING SEALING APPLICATION RE: GM MASTER RESTRUCTURING AGREEMENT (0.4). |
| MATZ TJ | 09/05/07 | 1.40 | REVIEW AND FORWARD TO CHAMBERS APPLICATION TO REDACT GM WARRANTY MOTION (0.4); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2); REVIEW AND COMMENT ON GM WARRANTY SETTLEMENT AGREEMENT APPROVAL MOTION (0.8). |
| MATZ TJ | 09/06/07 | 1.70 | DISCUSSION WITH CHAMBERS RE: GM WARRANTY SETTLEMENT REDACTION APPLICATION (0.5); REVIEW SAME (0.2); FURTHER DISCUSSION WITH CHAMBERS RE: GM MASTER RESTRUCTURING AGREEMENT SEALING APPLICATION (0.6); TELECONFERENCE FROM CHAMBERS RE: REDACTION, SEALING CHAMBERS (0.2); FURTHER TELECONFERENCE WITH CHAMBERS RE: SAME (0.2). |
| MATZ TJ | 09/11/07 | 0.80 | FURTHER REVIEW OF DRAFT INTELLECTUAL PROPERTY APPROVAL MOTION (0.8). |
| MATZ TJ | 09/12/07 | 0.70 | REVIEW AND COMMENT ON INTELLECTUAL PROPERTY LICENSE MOTION AND PROPOSED ORDER (0.7). |
| MATZ TJ | 09/14/07 | 0.60 | REVIEWING AND COMMENTING ON INTELLECTUAL PROPERTY MOTIONS (0.6). |
| MATZ TJ | 09/17/07 | 0.50 | FINAL REVIEW AND COMMENT ON INTELLECTUAL PROPERTY MOTION (0.5). |
| MATZ TJ | 09/20/07 | 0.60 | UPDATE OPEN ISSUES RE: INTELLECTUAL PROPERTY MOTION (0.2); CORRESPONDENCE WITH J. GUGLIELMO RE: SAME (0.2); CORRESPONDENCE WITH J. BERTRAND RE: SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 09/21/07 | 1.40 | FURTHER REVIEW OF CONFERENCE RE: UCC QUESTIONS RE: INTELLECTUAL PROPERTY MOTION (0.3); REVIEW INTELLECTUAL PROPERTY MOTION MATTERS, UCC ISSUES (0.6); FURTHER CONSIDERATION OF INTELLECTUAL PROPERTY MOTION, DECLARATION MATTERS (0.5). |
|---|---|---|---|
| MATZ TJ | 09/24/07 | 3.40 | CORRESPONDENCE WITH E. FOX RE: AMENDED GM WARRANTY SETTLEMENT ORDER (0.1); REVIEW SAME (0.1); REVIEW AND CONSIDER COMMITTEE ISSUES RE: INTELLECTUAL PROPERTY APPROVAL MOTION, RESPONSES THERETO (1.6); RECEIVE AND REVIEW UCC RESPONSE TO INTELLECTUAL PROPERTY MOTION (0.2); REVIEW AND COMMENT ON INTELLECTUAL PROPERTY MOTION SHEEHAN DECLARATION AND SCRIPT FOR HEARING (1.4). |
| MATZ TJ | 09/25/07 | 0.50 | REVIEW AND COMMENT ON DRAFT INTELLECTUAL PROPERTY MOTION REPLIES, REVISED ORDER (0.5). |
| MATZ TJ | 09/26/07 | 1.20 | REVIEW AND COMMENT ON SHEEHAN DECLARATION RE: INTELLECTUAL PROPERTY (0.4); REVIEW AND COMMENT ON SCRIPT AND PROFFERS FOR SAME (0.8). |

**13.40**

| ~~STROBERT AF~~ | ~~09/12/07~~ | ~~4.40~~ | ~~REVIEW GM LICENSES; REVIEW/REVISE MOTION UNDER 11 U.S.C. 363(B) RE: GM LICENSE (4.4).~~ |
|---|---|---|---|
| ~~STROBERT AF~~ | ~~09/13/07~~ | ~~0.50~~ | ~~REVISE COMMENTS (0.5).~~ |
| | | ~~4.90~~ | |

**Total Counsel**            **18.30**

| FERN BM | 09/04/07 | 0.50 | CONSIDER ISSUES RE: APPLICATION TO REDACT GM WARRANTY AGREEMENT (0.5). |
|---|---|---|---|
| FERN BM | 09/05/07 | 1.20 | REVIEW AND COMMENT ON EX PARTE APPLICATION TO FILE WARRANTY SETTLEMENT AGREEMENT IN REDACTED STATE (0.9); FORMULATE STRATEGY RE: FILING GM WARRANTY REDACTION APPLICATION (0.3). |
| FERN BM | 09/06/07 | 1.10 | DRAFT DELPHIDOCKET BANNER RE: GM SETTLEMENT (0.6); REVISE GM BANNER FOR DELPHIDOCKET (0.5). |

**2.80**

| GANITSKY DI | 09/01/07 | 6.80 | REVIEW MRA (0.8); TELECONFERENCE RE: SAME (2.8); TURNING OF DOCUMENT (3.2). |
|---|---|---|---|
| GANITSKY DI | 09/03/07 | 1.70 | REVIEW GM COMMENTS TO DOCUMENTS AND RELATED CORRESPOND AS WELL AS GENERAL REVIEW OF DOCUMENTS (1.7). |

182                                                                 B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GANITSKY DI | 09/04/07 | 16.70 | WORK ON GM DOCUMENTATION INCLUDING CALLS WITH CLIENT, NEGOTIATION SESSIONS WITH OTHER SIDE, STRATEGIC CALLS WITH CLIENT AND SKADDEN TEAM. REVIEW COMMENTS AND REVISIONS CIRCULATED BY OTHER SIDE; TELECONFERENCE WITH R. LEMONS AT WEIL WITH MINOR CHANGES TURNING OF DOCUMENTS BOTH GSA AND MRA; REVIEW OF CHANGES AND MAKE FURTHER CHANGES BASED ON CALLS (16.7). |
|---|---|---|---|
| GANITSKY DI | 09/05/07 | 19.70 | WORK ON TURNING OF MRA AND GSA AS WELL AS RELATED CALLS WITH CLIENT, SKADDEN TEAM AND OTHER SIDE; ENGAGE IN NEGOTIATIONS AND STRATEGY SESSIONS RE: SAME; ASSIST WITH EXHIBITS (19.7). |
| GANITSKY DI | 09/06/07 | 5.20 | FINAL NEGOTIATIONS RE: GSA AND MRA AND FINAL REVIEW OF SAME. RELATED CALLS WITH OTHER SIDE, CLIENT AND SKADDEN TEAM (5.2). |
| GANITSKY DI | 09/07/07 | 2.40 | REVIEW OF FINAL GM DOCUMENTS; FOLLOW UP CORRESPONDENCE AND HANDLING OF REQUESTS FROM BOTH CLIENT AND GM (1.7); REVIEW OF MATTERS RE: GM WARRANTY SETTLEMENT AGREEMENT (0.7). |
| GANITSKY DI | 09/08/07 | 0.30 | CORRESPONDENCE WITH SKADDEN TEAM MEMBERS RE: CLIENT REQUEST (0.3). |
| GANITSKY DI | 09/10/07 | 3.00 | TELECONFERENCES WITH M. FUKUDA RE: AGREEMENTS AND RELATED QUESTIONS (0.4); MATTERS RE: FILING OF GM WARRANTY SETTLEMENT AND RELATED CALLS WITH CLIENT (2.6). |
| GANITSKY DI | 09/11/07 | 1.40 | RESEARCH RE: GM AND GMAC AS WELL AS RELATED CORRESPONDENCE (1.4). |
| GANITSKY DI | 09/12/07 | 1.70 | FOLLOW UP MATTERS RE: GM DOCUMENTS (1.7). |
| GANITSKY DI | 09/14/07 | 0.70 | CORRESPONDENCE RE: FILING AND GM DOCUMENTATION (0.7). |
| GANITSKY DI | 09/15/07 | 0.70 | REVIEW MATTERS RE: MRA AND GSA CHRONOLOGY (0.7). |
| GANITSKY DI | 09/18/07 | 1.10 | REVIEW GM DOCUMENTATION MATTERS WITH SKADDEN TEAM AS WELL AS MATTERS RE: DEFINITIONS IN SUCH AGREEMENTS (1.1). |
| GANITSKY DI | 09/20/07 | 0.80 | MATTERS RE: EDITS TO DEFINITIONS IN GM AGREEMENTS (0.8). |
| | | 62.20 | |
| GUZZARDO J | 09/24/07 | 2.30 | ASSIST WITH DRAFTING OF PROPOSED AGREEMENTS (2.3). |
| GUZZARDO J | 09/25/07 | 1.00 | LEGAL RESEARCH RE: SETTLEMENT AGREEMENT ISSUED (1.0). |
| GUZZARDO J | 09/26/07 | 1.20 | LEGAL RESEARCH RE: ISSUES IN CONNECTION WITH SETTLEMENT AGREEMENT (1.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GUZZARDO J        09/27/07      2.40  LEGAL RESEARCH IN CONNECTION WITH
                                      SETTLEMENT ISSUES (2.4).

GUZZARDO J        09/28/07      0.40  ASSIST WITH DRAFTING OF MATERIALS IN
                                      CONNECTION WITH SETTLEMENT (0.4).

                                7.30

HALPER A          09/11/07      1.80  REVIEW GM OWNERSHIP ISSUES RELATED TO
                                      GMAC FOR BANKRUPTCY MOTIONS (1.8).

                                1.80

HARDIN AS         09/01/07      8.40  WORKING GROUP CONFERENCE CALL RE:
                                      RESTRUCTURING AGREEMENT (3.5); REVISE
                                      AND DISTRIBUTE RESTRUCTURING AGREEMENT
                                      (4.9).

HARDIN AS         09/03/07      8.70  EMAIL EXCHANGE WITH E. COCHRAN RE: GM
                                      NEGOTIATIONS (0.3); WORKING GROUP
                                      CONFERENCE CALL RE: RESTRUCTURING
                                      AGREEMENT (4.5); REVISE RESTRUCTURING
                                      AGREEMENT (3.9).

HARDIN AS         09/04/07     19.40  WORKING GROUP CONFERENCE CALL RE:
                                      RESTRUCTURING AGREEMENT (2.5); REVISE
                                      RESTRUCTURING AGREEMENT (3.5); WORKING
                                      GROUP CONFERENCE CALL RE: RESTRUCTURING
                                      AGREEMENT (3.3); WORKING GROUP
                                      CONFERENCE CALL RE: RESTRUCTURING
                                      AGREEMENT (3.8); REVISE RESTRUCTURING
                                      AGREEMENT (3.4); PREPARE MATERIALS
                                      RELATED TO RESTRUCTURING AGREEMENT
                                      (2.9).

HARDIN AS         09/05/07     16.60  PREPARE MATERIALS RELATED TO SETTLEMENT
                                      DOCUMENTS (2.2); WORKING GROUP
                                      CONFERENCE CALL RE: RESTRUCTURING
                                      AGREEMENT (1.0); WORKING GROUP
                                      CONFERENCE CALL RE: RESTRUCTURING
                                      AGREEMENT (1.4); WORKING GROUP
                                      CONFERENCE CALL RE: RESTRUCTURING
                                      AGREEMENT (2.2); REVISE RESTRUCTURING
                                      AGREEMENT (5.5); PREPARE EXHIBITS TO
                                      RESTRUCTURING AGREEMENT (4.3).

HARDIN AS         09/06/07     14.70  REVISE AND COMPLETE PREPARATIONS FOR
                                      FILING OF APPLICATION TO FILE EXHIBITS
                                      TO RESTRUCTURING EXHIBITS UNDER SEAL
                                      (2.1); WORKING GROUP CONFERENCE CALL
                                      RE: REVISIONS TO RESTRUCTURING
                                      AGREEMENT (1.1); REVISE RESTRUCTURING
                                      AGREEMENT (4.5); REVISE EXHIBITS TO
                                      RESTRUCTURING AGREEMENT (4.0); WORKING
                                      GROUP EMAIL EXCHANGE RE: SAME (0.5);
                                      PREPARE FILING OF GM SETTLEMENT
                                      DOCUMENTS (2.5).

HARDIN AS         09/07/07      2.40  WORKING GROUP EMAIL EXCHANGE RE:
                                      INTELLECTUAL PROPERTY AGREEMENT WITH GM
                                      (1.4); WORKING GROUP EMAIL EXCHANGE RE:
                                      EXHIBITS TO RESTRUCTURING AGREEMENT
                                      (0.5); REVIEW MATERIALS RE: SAME (0.4);
                                      REVIEW EMAIL FROM S. CORCORAN RE:
                                      DISTRIBUTION OF GM SETTLEMENT DOCUMENTS
                                      (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HARDIN AS        09/08/07        0.80    WORKING GROUP EMAIL EXCHANGE RE:
                                         DISTRIBUTION OF GM SETTLEMENT DOCUMENTS
                                         (0.8).

HARDIN AS        09/11/07        4.80    REVIEW AND REVISE PLEADINGS RELATED TO
                                         AGREEMENT WITH GM (4.0); REVIEW
                                         MATERIALS RELATED TO SAME (0.8).

HARDIN AS        09/12/07        7.80    REVIEW AND REVISE PLEADINGS RELATED TO
                                         AGREEMENT WITH GM (3.6); TELECONFERENCE
                                         WITH T. TWOMEY RE: SAME (0.5); WORKING
                                         GROUP EMAIL EXCHANGE AND
                                         TELECONFERENCES RE: EXHIBITS TO
                                         RESTRUCTURING AGREEMENT EXHIBITS
                                         (3.7).

HARDIN AS        09/13/07        4.40    TELECONFERENCE WITH T. TWOMEY RE:
                                         INTELLECTUAL PROPERTY AGREEMENT WITH GM
                                         (0.3); TELECONFERENCE WITH T. TWOMEY
                                         RE: SAME (0.2); REVIEW AND REVISE
                                         PLEADINGS RELATED TO SAME (0.6);
                                         WORKING GROUP EMAIL EXCHANGE RE:
                                         EXHIBITS TO RESTRUCTURING AGREEMENT
                                         (1.5); EMAIL EXCHANGE WITH S. SINGH RE:
                                         SAME (0.5); REVIEW AND REVISE PLEADINGS
                                         RE: AGREEMENT WITH GM (1.3).

HARDIN AS        09/14/07        2.40    DRAFT EMAIL TO H. BAER RE: INTELLECTUAL
                                         PROPERTY AGREEMENT MOTION (0.3); EMAIL
                                         EXCHANGE WITH T. TWOMEY RE: SAME (0.3);
                                         EMAIL EXCHANGE WITH S. CORCORAN RE: SAME
                                         (0.3); TELECONFERENCES AND EMAIL
                                         EXCHANGE WITH R. MEISLER RE: SAME (0.5);
                                         EMAIL EXCHANGE WITH R. LEMONS RE: SAME
                                         (0.3); DRAFT EMAIL TO S. CORCORAN AND T.
                                         TWOMEY RE: SAME (0.3); TELECONFERENCE
                                         TO S. CORCORAN RE: SAME (0.2); REVIEW
                                         AND REVISE NOTICE TO INTELLECTUAL
                                         PROPERTY AGREEMENT MOTION (0.2).

HARDIN AS        09/17/07       10.60    DRAFT EMAIL TO T. TWOMEY RE: EXHIBITS TO
                                         AGREEMENT WITH GM (0.1); TELECONFERENCE
                                         WITH T. TWOMEY RE: SAME (0.1); REVIEW
                                         EMAIL FROM T. TWOMEY   (0.1); REVISE
                                         PLEADINGS RELATED TO AGREEMENT WITH GM
                                         (0.6); WORKING GROUP EMAIL EXCHANGE RE:
                                         SAME (0.5); WORKING GROUP CONFERENCE
                                         CALL RE: GM SETTLEMENT DOCUMENTS (3.5);
                                         REVIEW AND REVISE PLEADINGS RELATED TO
                                         IP LICENSE AGREEMENT (3.5); WORKING
                                         GROUP CONFERENCE CALLS AND EMAIL
                                         EXCHANGES RE: SAME (2.2).

HARDIN AS        09/19/07        5.30    WORKING GROUP CONFERENCE CALL RE: GM
                                         SETTLEMENT DOCUMENTS (3.5); REVIEW
                                         SCRIPT FOR IP LICENSE AGREEMENT MOTION
                                         (0.3); WORKING GROUP EMAIL EXCHANGE RE:
                                         IP LICENSE AGREEMENT (1.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HARDIN AS        09/20/07     5.70  TELECONFERENCE WITH T. TWOMEY RE:
                                    AGREEMENT WITH GM (0.1); EMAIL EXCHANGE
                                    WITH T. TWOMEY RE: SAME (0.1); EMAIL
                                    EXCHANGE WITH J. TOCHNER RE: SAME (0.1);
                                    WORKING GROUP CONFERENCE CALL RE: SAME
                                    (1.5); WORKING GROUP CONFERENCE CALL
                                    RE: IP LICENSE AGREEMENT MOTION (0.3);
                                    WORKING GROUP EMAIL EXCHANGE RE: SAME
                                    (0.5); WORKING GROUP CONFERENCE CALL
                                    RE: SAME (2.5); DRAFT EMAIL TO T. LAURIA
                                    RE: GM SETTLEMENT DOCUMENTS (0.2);
                                    PREPARE MATERIALS FOR S. CORCORAN RE: GM
                                    SETTLEMENT DOCUMENTS (0.4).

HARDIN AS        09/21/07     5.70  TELECONFERENCES AND EMAIL EXCHANGE WITH
                                    T. TWOMEY RE: ISSUES RELATED TO IP
                                    LICENSE AGREEMENT WITH GM (1.2);
                                    TELECONFERENCES AND EMAIL EXCHANGES
                                    WITH H. BAER RE: SAME (1.1); WORKING
                                    GROUP CONFERENCE CALL RE: GM SETTLEMENT
                                    DOCUMENTS (3.4).

HARDIN AS        09/24/07     5.70  TELECONFERENCES AND EMAIL EXCHANGES
                                    WITH T. TWOMEY RE: IP LICENSE AGREEMENT
                                    MOTION (1.4); TELECONFERENCES AND EMAIL
                                    EXCHANGES WITH H. BAER RE: SAME (0.6);
                                    PREPARE MATERIALS RELATED TO GM
                                    SETTLEMENT DOCUMENTS (2.5); PREPARE
                                    MATERIALS RELATED TO IMPLEMENTATION OF
                                    GM SETTLEMENT DOCUMENTS UNDER THE PLAN
                                    (1.2).

HARDIN AS        09/25/07     8.60  DRAFT AND REVISE REPLY TO CREDITORS'
                                    COMMITTEE RESPONSE TO MOTION RE:
                                    INTELLECTUAL PROPERTY LICENSE
                                    AGREEMENT (3.5); REVISE ORDER RE: SAME
                                    (0.9); TELECONFERENCE AND EMAIL
                                    EXCHANGE WITH H. BAER RE: SAME (0.6);
                                    TELECONFERENCES AND EMAIL EXCHANGE WITH
                                    T. TWOMEY RE: SAME (1.1); WORKING GROUP
                                    CONFERENCE CALL RE: GM SETTLEMENT
                                    DOCUMENTS (2.5).

HARDIN AS        09/26/07     3.10  CONTINUE DRAFTING AND REVISING SCRIPT
                                    AND DECLARATION IN CONNECTION WITH
                                    MOTION FOR APPROVAL OF INTELLECTUAL
                                    PROPERTY LICENSE AGREEMENT (1.5);
                                    REVISE ORDER RE: SAME (0.4); EMAIL
                                    EXCHANGE WITH H. BAER RE: SAME (0.4);
                                    EMAIL EXCHANGE AND DISCUSSION WITH R.
                                    LEMONS RE: SAME (0.4); CONFERENCE CALL
                                    WITH S. CORCORAN AND T. TWOMEY RE:
                                    DECLARATION (0.4).

HARDIN AS        09/28/07     0.20  TELECONFERENCE WITH R. LEMONS RE: ORDER
                                    APPROVING INTELLECTUAL PROPERTY
                                    LICENSE AGREEMENT (0.2).

HARDIN AS        09/30/07     3.50  PREPARE MATERIALS RELATED TO GM
                                    SETTLEMENT DOCUMENTS (3.5).

                            138.80

HILL LF          09/07/07     0.70  DRAFT, REVIEW AND RESPOND TO
                                    CORRESPONDENCE (0.7).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HILL LF | 09/10/07 | 11.60 | DRAFT MOTION RE: IP LICENSE AGREEMENT (6.7); REVIEW LICENSE AGREEMENT (3.3); DRAFT SUMMARY OF MOTION AND LICENSE AGREEMENT FOR UCC BOOK (1.2); PARTICIPATE IN CONFERENCE CALL WITH T. TOOMEY RE: UCC BOOK (0.4). |
| HILL LF | 09/11/07 | 8.80 | CONTINUE DRAFTING MOTION (7.7); DRAFTED ORDER FOR IP MOTION (1.1). |
| HILL LF | 09/12/07 | 4.60 | CONTINUE REVISING AND DRAFTING MOTION AND ORDER (4.6). |
| HILL LF | 09/13/07 | 5.20 | CONTINUE REVISING MOTION AND ORDER (4.6); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (0.6). |
| HILL LF | 09/14/07 | 1.70 | DRAFT NOTICE OF MOTION (1.2); RESPOND TO CORRESPONDENCE (0.5). |
| HILL LF | 09/17/07 | 7.70 | REVISE MOTION, NOTICE, AND ORDER (5.5); PREPARE DOCUMENTS AND SERVICE LIST FOR FILING OF MOTION (1.5); DRAFT AND RESPOND TO CORRESPONDENCE (0.7). |
| HILL LF | 09/18/07 | 5.80 | BEGIN TO DRAFT SCRIPT (5.2); DRAFT EMAIL CORRESPONDENCE (0.6). |
| HILL LF | 09/20/07 | 7.50 | DRAFT DECLARATION (4.9); PARTICIPATE IN WORKING GROUP CALL RE: IP MOTION (1.5); REVISE SCRIPT (1.1). |
| HILL LF | 09/21/07 | 0.90 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (0.5); REVISE SCRIPT (0.4). |
| HILL LF | 09/23/07 | 2.80 | REVISE DECLARATION (2.5); REVIEW CORRESPONDENCE (0.3). |
| HILL LF | 09/24/07 | 0.90 | DRAFT REPLY (0.9). |
| HILL LF | 09/25/07 | 1.30 | REVISE DECLARATION (1.3). |
| | | 59.50 | |
| JJINGO MJ | 09/26/07 | 2.60 | PREPARE GM UNION AND UNSECURED NOTE TERM SHEETS (2.6). |
| | | 2.60 | |
| KOHUT RD | 09/04/07 | 2.40 | REVIEW OF GSA AND MRA (2.4). |
| KOHUT RD | 09/05/07 | 3.10 | REVIEW AND REVISIONS TO GSA AND MRA (3.1). |
| KOHUT RD | 09/06/07 | 0.60 | REVIEW OF GSA AND MRA (0.6). |
| | | 6.10 | |
| OGUNSANYA GO | 09/01/07 | 8.40 | CONTINUE DRAFTING OF FINAL GM-DELPHI DOCUMENTATION; PARTICIPATION IN VARIOUS CONFERENCE CALLS WITH GM, DELPHI AND WEIL RE: SETTLEMENT DOCUMENTATION (8.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

OGUNSANYA GO      09/04/07     19.60   CONTINUE DRAFT OF FINAL GM-DELPHI
                                       DOCUMENTATION; PARTICIPATION IN
                                       VARIOUS TELECONFERENCES WITH GM, DELPHI
                                       AND WEIL RE: SETTLEMENT DOCUMENTATION
                                       (19.6).

OGUNSANYA GO      09/05/07     19.40   CONTINUE DRAFTING OF FINAL GM-DELPHI
                                       DOCUMENTATION; PARTICIPATION IN
                                       VARIOUS CONFERENCE CALLS WITH GM,
                                       DELPHI AND WEIL RE: SETTLEMENT
                                       DOCUMENTATION (19.4).

OGUNSANYA GO      09/06/07      8.40   FINALIZE OF GM-DELPHI DOCUMENTATION;
                                       PARTICIPATION IN VARIOUS
                                       TELECONFERENCES WITH GM, DELPHI AND
                                       WEIL RE: SETTLEMENT DOCUMENTATION
                                       (8.4).

                               55.80

SAMOLE RM         09/04/07      4.30   REVISE SETTLEMENT PLEADINGS (3.2);
                                       REVISE UCC PRESENTATION RE: SAME (1.1).

SAMOLE RM         09/05/07      7.10   CONTINUE PREPARING REDACTION
                                       APPLICATION FOR WARRANTY SETTLEMENT
                                       (3.5); TELECONFERENCE WITH J. PAPELIAN
                                       RE: SAME (0.2); REVISE BOARD
                                       PRESENTATION RE: SAME (2.1); REVISE
                                       WARRANTY MOTION (1.3).

SAMOLE RM         09/06/07      8.10   PREPARE SPECIAL SERVICE LIST (0.8);
                                       CONTINUE TO REVISE SETTLEMENT PLEADINGS
                                       (5.1); REVISE 8K RE: SETTLEMENT
                                       AGREEMENT (2.2).

SAMOLE RM         09/07/07      7.40   WORK WITH COMPANY, ET AL. FOR FILING
                                       SETTLEMENT MOTION (4.5); REVISE 8K RE:
                                       SAME (2.9).

SAMOLE RM         09/08/07      0.80   REVIEW SETTLEMENT AGREEMENT (0.5);
                                       TRANSMIT UNREDACTED AGREEMENT (0.3).

SAMOLE RM         09/10/07      4.20   WORK WITH COMPANY ON FINALIZING 8K RE:
                                       SETTLEMENT AGREEMENT (4.2).

SAMOLE RM         09/12/07      0.20   REVIEW CONFIDENTIALITY CLAUSE OF
                                       AGREEMENT (0.2).

SAMOLE RM         09/18/07     10.30   DRAFT SEC LETTER RE: POTENTIAL 8K FILING
                                       (7.1); RESEARCH RE: POTENTIAL VENDOR
                                       HOLDBACK ISSUE (3.2).

SAMOLE RM         09/20/07      6.30   CREATE DECLARATION RE: GM WARRANTY
                                       SETTLEMENT (5.2); REVISE PROPOSED ORDER
                                       (1.1).

SAMOLE RM         09/24/07      4.20   COORDINATE APPROVALS ON CHANGES TO THE
                                       ORDER (3.6); CORRESPONDENCE WITH
                                       COUNSEL TO GM RE: SAME (0.6).

SAMOLE RM         09/25/07      1.10   CREATE FINAL PROPOSED ORDER RE:
                                       SETTLEMENT (1.1).

SAMOLE RM         09/26/07      5.40   CREATE EXHIBIT BINDER (3.1); PREPARE
                                       FOR HEARING RE: WARRANTY SETTLEMENT
                                       MOTION (2.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

SAMOLE RM          09/27/07      4.40   ATTEND HEARING (2.1); REVIEW EXHIBIT
                                        BINDERS (1.3); REVISE MOR RE: GM
                                        WARRANTY (1.0).

SAMOLE RM          09/28/07      0.80   REVISE MOR RE: SETTLEMENT AGREEMENT
                                        (0.8).

                                64.60

SUBER KM           09/04/07     12.70   PARTICIPATE IN DRAFTING SESSIONS WITH
                                        OTHER DELPHI TEAM MEMBERS AND WITH GM
                                        TEAM MEMBERS (5.8); REVIEW THE EXHIBITS
                                        TO THE MASTER RESTRUCTURING AGREEMENT
                                        AND THE GLOBAL SETTLEMENT AGREEMENT
                                        (2.5); REVIEW DRAFT VERSIONS OF THE
                                        MASTER RESTRUCTURING AGREEMENT (2.4)
                                        AND GLOBAL SETTLEMENT AGREEMENT (2.0).

SUBER KM           09/05/07     16.80   PARTICIPATE IN DRAFTING SESSIONS WITH
                                        OTHER DELPHI TEAM MEMBERS AND GM TEAM
                                        MEMBERS (6.2); REVIEW DRAFT VERSIONS OF
                                        THE MASTER RESTRUCTURING AGREEMENT
                                        (2.1) AND THE GLOBAL SETTLEMENT
                                        AGREEMENT (1.9); CONTINUE TO REVIEW,
                                        REVISE AND ORGANIZE THE EXHIBITS TO THE
                                        MASTER RESTRUCTURING AGREEMENT (2.6);
                                        ORGANIZE EXHIBITS TO THE MASTER
                                        RESTRUCTURING AGREEMENT AND THE GLOBAL
                                        SETTLEMENT AGREEMENT (1.4); REVIEW
                                        ARTICLE II OF THE MASTER RESTRUCTURING
                                        AGREEMENT AND UPDATED THE APPLICATION
                                        TO FILE CERTAIN EXHIBITS UNDER SEAL AND
                                        THE ASSOCIATED PROPOSED ORDER (1.5);
                                        CREATE SUMMARY CHART RE: THE STATUS OF
                                        EXHIBITS REQUIRED TO COMPLETE THE GM
                                        SETTLEMENT DOCUMENTATION (1.0);
                                        DISTRIBUTE THE SUMMARY WITH DELPHI TEAM
                                        MEMBERS (0.1).

SUBER KM           09/06/07      9.10   PARTICIPATED IN DRAFTING SESSIONS TO
                                        REVISE THE GLOBAL SETTLEMENT AGREEMENT
                                        AND MASTER RESTRUCTURING AGREEMENT
                                        (4.8); REVIEW REVISED EXHIBITS TO THE
                                        MASTER RESTRUCTURING AGREEMENT (0.9);
                                        REVISE APPLICATION TO FILE CERTAIN
                                        DOCUMENTS UNDER SEAL (0.8); REVISE
                                        PROPOSED ORDER RE: APPLICATION TO FILE
                                        CERTAIN DOCUMENTS UNDER SEAL (0.7);
                                        DISTRIBUTE THE APPLICATION AND PROPOSED
                                        ORDER TO DELPHI TEAM MEMBERS (0.2);
                                        ASSEMBLE THE APPLICATION, PROPOSED
                                        ORDER, AND THE EXHIBITS TO BE FILED
                                        UNDER SEAL FOR DELIVERY TO THE COURT
                                        (0.8); COORDINATE PREPARATION OF
                                        CORRESPONDING PDF FILE TO BE FILED
                                        ELECTRONICALLY (0.5); REVISE EXHIBIT
                                        1.166, CREATED BLACKLINE AND
                                        DISTRIBUTED THE SAME TO DELPHI TEAM
                                        MEMBERS (0.4).

SUBER KM           09/07/07      1.40   PREPARE THE TEMPLATE INDEX FOR THE
                                        ORGANIZATION AND PRODUCTION OF GM
                                        SETTLEMENT DOCUMENTATION (1.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| SUBER KM | 09/08/07 | 3.90 | REVISE THE PRELIMINARY INDEX FOR THE GM SETTLEMENT DOCUMENTATION (1.8); ORGANIZE PRELIMINARY GM SETTLEMENT DOCUMENTATION FOR DISTRIBUTION TO S. CORCORAN (2.1). |
|---|---|---|---|
| SUBER KM | 09/10/07 | 5.20 | LEGAL ORGANIZATION OF GM SETTLEMENT DOCUMENTATION FOR DISTRIBUTION TO DELPHI TEAM MEMBERS (5.2). |
| SUBER KM | 09/12/07 | 7.60 | RESPOND TO INQUIRY FROM DELPHI RE: THE DISTRIBUTION OF THE GM SETTLEMENT DOCUMENTATION (0.4); REVIEW ALL DOCUMENTATION (MASTER RESTRUCTURING AGREEMENT, GLOBAL SETTLEMENT AGREEMENT AND RELATED EXHIBITS) IN CONNECTION WITH THE GM SETTLEMENT (4.8); BEGIN COORDINATION OF GM SETTLEMENT DOCUMENTATION (2.4). |
| SUBER KM | 09/14/07 | 6.60 | BEGAN ORGANIZATION AND INDEXATION OF DOCUMENTATION IN CONNECTION WITH THE GM SETTLEMENT NEGOTIATIONS (6.6). |
| SUBER KM | 09/17/07 | 11.60 | CONTINUE TO ORGANIZE THE DOCUMENTATION IN CONNECTION WITH THE GM SETTLEMENT NEGOTIATIONS (5.8); CREATE AN INDEX OF THE ORGANIZED DOCUMENTATION (1.7); REVIEW THE DEFINITIONS CONTAINED IN THE MASTER RESTRUCTURING AGREEMENT (2.2); REVIEW THE DEFINITIONS CONTAINED IN THE GLOBAL SETTLEMENT AGREEMENT (1.9). |
| SUBER KM | 09/27/07 | 2.10 | ORGANIZE AND DISTRIBUTE REVISED GM SETTLEMENT DOCUMENTATION (2.1). |

77.00

| Total Associate | | 478.50 | |
|---|---|---|---|
| DEMMA J | 09/17/07 | 1.70 | PREPARE/FILE GM IP AGREEMENT SETTLEMENT MOTION (1.7). |
| | | 1.70 | |
| SHRAGO R | 09/11/07 | 1.10 | COMPARE GM SETTLEMENT DOCUMENTS AGAINST PDFS (1.1). |
| SHRAGO R | 09/17/07 | 0.40 | REVIEW MRA FOR COMPLETENESS (0.4). |
| SHRAGO R | 09/18/07 | 1.50 | REVIEW MRA FOR COMPLETENESS (1.5). |
| | | 3.00 | |
| ZSOLDOS AF | 09/06/07 | 7.40 | UPDATE AND SEND SEALING DOCUMENTS TO COURT FOR COURT REVIEW (1.6); FINALIZE AND ELECTRONICALLY FIL GM MRA SEALING APPLICATION (0.6); FINALIZE AND E-FILE GM SETTLEMENT SEALING APPLICATION (0.6); DISTRIBUTE DOCUMENTS AS FILED (0.1); EMAIL SEALING ORDERS RE: SAME TO COURT FOR ENTRY ON DOCKET (0.6); UPDATE EXHIBITS TO MRA AND GSA TO BE FILED (3.1); COORDINATE PRODUCTION OF MRA AND GSA (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ZSOLDOS AF | 09/07/07 | 1.10 | FINALIZE AND E-FILE GM WARRANTY SETTLEMENT MOTION (0.8); DISTRIBUTE PLEADINGS AS FILED (0.2); COORDINATE SERVICE (0.1). |
|---|---|---|---|
| ZSOLDOS AF | 09/19/07 | 0.70 | FIND AND PRODUCE GM DOCUMENTS FILED UNDER SEAL (0.7). |
| ZSOLDOS AF | 09/26/07 | 2.60 | PREPARE GM SETTLEMENT EXHIBIT BINDERS (0.9) AND GM IP EXHIBIT BINDERS (1.1); PREPARE AND ELECTRONICALLY FILE GM IM REPLY (0.5); DISTRIBUTE RECEIPT AND PLEADING AS FILED (0.1). |

11.80

| Total Legal Assistant | | 16.50 | |
|---|---|---|---|
| ~~DAVIS RG~~ | ~~09/05/07~~ | ~~6.00~~ | ~~ASSIST WITH DOCUMENT ASSEMBLY OF EXHIBITS (6.0).~~ |
| ~~DAVIS RG~~ | ~~09/16/07~~ | ~~3.20~~ | ~~ASSIST WITH DOCUMENT ASSEMBLY OF EXHIBITS (3.2).~~ |
| | | ~~9.20~~ | |

| ROBINSON SJ | 09/05/07 | 6.80 | REVIEW AND REVISE MASTER RESTRUCTURING AGREEMENT BETWEEN DELPHI CORPORATION AND GENERAL MOTORS CORPORATION (6.4); PREPARE DISTRIBUTION OF MASTER RESTRUCTURING AGREEMENT BETWEEN DELPHI CORPORATION AND GENERAL MOTORS CORPORATION (0.4). |
|---|---|---|---|

6.80

| ~~ROMAN JJ~~ | ~~09/10/07~~ | ~~3.10~~ | ~~REVIEW AND PREPARE DOCUMENTS FOR VOLUME SETS FOR SERVICE AND JUDGE'S CHAMBERS RE: SETTLEMENT DOCUMENTATION (3.1).~~ |
|---|---|---|---|
| ~~ROMAN JJ~~ | ~~09/11/07~~ | ~~1.60~~ | ~~SERVE SETS OF GM SETTLEMENT DOCUMENTATION TO JUDGE'S CHAMBERS (1.6).~~ |
| | | ~~4.70~~ | |

| SEACOR KL | 09/17/07 | 6.80 | ASSIST WITH DOCUMENT ASSEMBLY OF MASTER RESTRUCTURING AGREEMENT AND EXHIBITS (6.8). |
|---|---|---|---|
| SEACOR KL | 09/19/07 | 6.80 | ASSIST WITH DOCUMENT ASSEMBLY OF MASTER RESTRUCTURING AGREEMENT AND EXHIBITS (6.8). |

13.60

| Total Legal Assistant Support | 34.30 |
|---|---|

| **TOTAL TIME** | **653.60** |
|---|---|

191                                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 10/31/07
Customer Matters (GM)                                       Bill Number: 1182831

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/04/07 | Copy Center, D | 14.30 |
| In-house Reproduction | 09/07/07 | Copy Center, D | 72.60 |
| In-house Reproduction | 09/10/07 | Joefield D | 46.50 |
| In-house Reproduction | 09/10/07 | Joefield D | 53.10 |
| In-house Reproduction | 09/10/07 | Joefield D | 183.31 |
| In-house Reproduction | 09/10/07 | Joefield D | 28.50 |
| In-house Reproduction | 09/10/07 | Joefield D | 28.50 |
| In-house Reproduction | 09/10/07 | Joefield D | 29.70 |
| In-house Reproduction | 09/10/07 | Azarcon EP | 514.82 |
| In-house Reproduction | 09/10/07 | Azarcon EP | 183.31 |
| In-house Reproduction | 09/10/07 | Azarcon EP | 3,177.30 |
| In-house Reproduction | 09/10/07 | Koukpamou P | 806.02 |
| In-house Reproduction | 09/10/07 | Morel BA | 460.21 |
| In-house Reproduction | 09/10/07 | Morel BA | 460.21 |
| In-house Reproduction | 09/11/07 | Copy Center, D | 255.91 |
| In-house Reproduction | 09/13/07 | Owens EG | 0.50 |
| In-house Reproduction | 09/13/07 | Owens EG | 0.50 |
| In-house Reproduction | 09/13/07 | Owens EG | 30.50 |
| In-house Reproduction | 09/13/07 | Owens EG | 1.60 |
| In-house Reproduction | 09/13/07 | Owens EG | 1.60 |
| In-house Reproduction | 09/13/07 | Owens EG | 97.60 |
| In-house Reproduction | 09/13/07 | Owens EG | 3.70 |
| In-house Reproduction | 09/13/07 | Owens EG | 225.71 |
| In-house Reproduction | 09/13/07 | Paz J | 196.01 |
| In-house Reproduction | 09/13/07 | Paz J | 374.01 |
| In-house Reproduction | 09/13/07 | Paz J | 374.01 |
| In-house Reproduction | 09/13/07 | Paz J | 312.01 |
| In-house Reproduction | 09/14/07 | Copy Center, D | 1,509.96 |
| In-house Reproduction | 09/18/07 | Copy Center, D | 50.40 |
| In-house Reproduction | 09/21/07 | Copy Center, D | 15.60 |
| In-house Reproduction | 09/27/07 | Haskin GM | 1.60 |
| In-house Reproduction | 09/27/07 | Haskin GM | 126.40 |
| In-house Reproduction | 09/27/07 | Morel BA | 792.02 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/27/07 | Silva FM | 3,005.09 |
| In-house Reproduction | 09/27/07 | Silva FM | 1,803.06 |
| In-house Reproduction | 09/28/07 | Copy Center, D | 1,016.83 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$16,253.00** |
| Lexis/Nexis | 09/10/07 | Hill LF | 93.00 |
| | | **TOTAL LEXIS/NEXIS** | **$93.00** |
| Westlaw | 09/18/07 | Suber KM | 23.16 |
| Westlaw | 09/25/07 | Guzzardo J | 112.84 |
| | | **TOTAL WESTLAW** | **$136.00** |
| Reproduction - color | 09/11/07 | Copy Center, D | 275.50 |
| Reproduction - color | 09/14/07 | Copy Center, D | 80.00 |
| Reproduction - color | 09/28/07 | Copy Center, D | 54.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$410.00** |
| Vendor Hosted Telecon- ferencing | 09/01/07 | Teleconferencing Services, LLC | 70.30 |
| Vendor Hosted Telecon- ferencing | 09/03/07 | Teleconferencing Services, LLC | 3.30 |
| Vendor Hosted Telecon- ferencing | 09/04/07 | Teleconferencing Services, LLC | 17.65 |
| Vendor Hosted Telecon- ferencing | 09/04/07 | Teleconferencing Services, LLC | 9.91 |
| Vendor Hosted Telecon- ferencing | 09/04/07 | Teleconferencing Services, LLC | 1.86 |
| Vendor Hosted Telecon- ferencing | 09/05/07 | Teleconferencing Services, LLC | 6.30 |
| Vendor Hosted Telecon- ferencing | 09/05/07 | Teleconferencing Services, LLC | 43.53 |
| Vendor Hosted Telecon- ferencing | 09/05/07 | Teleconferencing Services, LLC | 107.04 |
| Vendor Hosted Telecon- ferencing | 09/10/07 | Teleconferencing Services, LLC | 0.13 |
| Vendor Hosted Telecon- ferencing | 09/10/07 | Teleconferencing Services, LLC | 15.85 |
| Vendor Hosted Telecon- ferencing | 09/20/07 | Teleconferencing Services, LLC | 24.13 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$300.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel (external) | 09/03/07 | Butler, Jr. J | 119.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$119.00** |
| Out-of-Town Travel | 09/03/07 | Butler, Jr. J | 31.99 |
| Out-of-Town Travel | 09/03/07 | Butler, Jr. J | 51.38 |
| Out-of-Town Travel | 09/03/07 | Butler, Jr. J | 219.41 |
| Out-of-Town Travel | 09/03/07 | Butler, Jr. J | 18.24 |
| Out-of-Town Travel | 09/27/07 | Samole RM | 34.98 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$356.00** |
| Messengers/ Courier | 09/05/07 | Dist Serv/Mail/Page, D | 23.48 |
| Messengers/ Courier | 09/10/07 | Dist Serv/Mail/Page, D | 23.48 |
| Messengers/ Courier | 09/10/07 | Dist Serv/Mail/Page, D | 23.48 |
| Messengers/ Courier | 09/10/07 | Dist Serv/Mail/Page, D | 42.53 |
| Messengers/ Courier | 09/10/07 | Dist Serv/Mail/Page, D | 21.10 |
| Messengers/ Courier | 09/10/07 | Dist Serv/Mail/Page, D | 27.10 |
| Messengers/ Courier | 09/10/07 | Dist Serv/Mail/Page, D | 27.10 |
| Messengers/ Courier | 09/10/07 | Dist Serv/Mail/Page, D | 27.10 |
| Messengers/ Courier | 09/10/07 | Dist Serv/Mail/Page, D | 27.10 |
| Messengers/ Courier | 09/10/07 | Dist Serv/Mail/Page, D | 27.17 |
| Messengers/ Courier | 09/20/07 | World Courier Inc. | 226.40 |
| Messengers/ Courier | 09/27/07 | Dist Serv/Mail/Page, D | 23.48 |
| Messengers/ Courier | 09/27/07 | Dist Serv/Mail/Page, D | 23.48 |
| | | **TOTAL MESSENGERS/ COURIER** | **$543.00** |
| Out-of-Town Meals | 09/03/07 | Butler, Jr. J | 11.61 |
| Out-of-Town Meals | 09/03/07 | Butler, Jr. J | 15.75 |
| Out-of-Town Meals | 09/26/07 | Samole RM | 44.99 |
| Out-of-Town Meals | 09/26/07 | Samole RM | 4.49 |
| Out-of-Town Meals | 09/27/07 | Samole RM | 23.40 |
| Out-of-Town Meals | 09/27/07 | Samole RM | 2.17 |
| Out-of-Town Meals | 09/27/07 | Samole RM | 7.59 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$110.00** |
| Scanning | 09/10/07 | Zalewski D | 114.00 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL SCANNING | $114.00 |
| Scanning to PDF with Full Text | 09/12/07 | Cherry JV | 2.47 |
| Scanning to PDF with Full Text | 09/26/07 | Cherry JV | 3.53 |
| | | TOTAL SCANNING TO PDF WITH FULL TEXT | $6.00 |
| | | TOTAL MATTER | $18,440.00 |

B43E