SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-4
DISCLOSURE STATEMENT / VOTING ISSUES
2,054.5 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 07/31/07**
**Disclosure Statement / Voting Issues**              **Bill Number: 1168053**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 06/08/07 | 1.80 | REVIEW DISCLOSURE STATEMENT (1.8). |
| MARAFIOTI KA | 06/13/07 | 0.60 | REVIEW REVISIONS TO DISCLOSURE STATEMENT (0.6). |
| | | **2.40** | |
| MEISLER RE | 06/01/07 | 0.10 | REVIEW CORRESPONDENCE RE: SERVICE PROVIDERS FOR SOLICITATION (0.1). |
| MEISLER RE | 06/07/07 | 2.70 | REVIEW PROPOSALS FROM PRINTERS (0.6); REVIEW PROPOSAL FROM SOLICITATION AGENTS (0.7); TELECONFERENCE WITH D. SHERBIN RE: PROPOSALS RECEIVED (1.4). |
| MEISLER RE | 06/12/07 | 0.70 | REVIEW CORRESPONDENCE RE: SERVICE PROVIDERS FOR SOLICITATION (0.2); TELECONFERENCE WITH J. CUNIX AND M. HALEY RE: PROPOSAL (0.5). |
| MEISLER RE | 06/14/07 | 0.30 | REVIEW AND RESPOND TO CORRESPONDENCE RE: SOLICITATION SERVICE PROVIDERS (0.3). |
| | | **3.80** | |
| PANAGAKIS GN | 06/12/07 | 0.50 | REVIEW DISCLOSURE STATEMENT (0.5). |
| PANAGAKIS GN | 06/14/07 | 0.90 | REVIEW DRAFT OF DISCLOSURE STATEMENT (0.9). |
| PANAGAKIS GN | 06/25/07 | 2.00 | REVIEW AND COMMENT ON DRAFT DISCLOSURE STATEMENT (2.0). |
| PANAGAKIS GN | 06/28/07 | 1.00 | REVIEW AND COMMENT ON DISCLOSURE STATEMENT (1.0). |
| | | **4.40** | |
| **Total Partner** | | **10.60** | |
| GRANT K | 06/05/07 | 1.70 | CONTINUE REVIEW AND ANALYSIS OF PROPOSALS RE: PLAN SOLICITATION (1.7). |
| GRANT K | 06/06/07 | 5.90 | COMPLETE REVIEW/ANALYSIS OF PROPOSAL RE: PLAN SOLICITATION (3.5) AND DRAFT MEMO RE: SAME (2.4). |
| GRANT K | 06/07/07 | 2.70 | CONTINUE TO REVIEW AND ANALYSIS OF PROPOSALS FROM SERVICE PROVIDERS (1.3); TELECONFERENCE WITH D. SHERBIN RE: SAME (1.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRANT K | 06/11/07 | 1.80 | TELECONFERENCE WITH J. BJORK (0.2) AND TELECONFERENCE WITH P. GOODMAN (0.2) RE: GARDEN CITY GROUP PROPOSAL; TELECONFERENCE WITH D. HURST RE: RR DONNELLY PROPOSAL; (0.2) TELECONFERENCE WITH A. FRIEDMAN RE: BOWNE PROPOSAL (0.3) TELECONFERENCE WITH K. SHAER RE: GARDEN CITY PROPOSAL; (0.3) TELECONFERENCE WITH J. CUNIX RE: RR DONNELLY PROPOSAL; (0.3) EMAIL WITH D. SHERBIN RE: RFP UPDATE. (0.3). |
| GRANT K | 06/12/07 | 0.50 | REVIEW NEW PROPOSALS FROM BOWNE; (0.2) AND ADMINISTRATOR (0.3). |
| GRANT K | 06/13/07 | 2.20 | TELECONFERENCE WITH D. SHERBIN RE: PLAN SERVICE PROVIDERS; (0.5) DRAFT EMAIL SUMMARY OF SAME (0.4); DRAFT LETTERS TO SIX SERVICE PROVIDERS RE: SAME (1.3). |
| GRANT K | 06/14/07 | 0.90 | EMAILS WITH SERVICE PROVIDERS RE: SELECTIONS (0.5) AND TELECONFERENCES WITH V. PAVLICK (0.2) AND P. WARD RE: SAME (0.2). |
| GRANT K | 06/15/07 | 3.50 | TELECONFERENCE WITH J. SULLIVAN RE: PLAN SOLICITATION (0.3); CONTINUE TO WORK ON SOLICITATION PAPERS AND REVIEW OF PRECEDENT RE: SAME (3.2). |
| GRANT K | 06/27/07 | 11.90 | DRAFT SOLICITATION MOTION (11.9). |
| GRANT K | 06/29/07 | 2.00 | TELECONFERENCE WITH K. SHOER AND A. HERRIOTT RE: SOLICITATION OF CLASS ACTION PLAINTIFFS (0.2); TELECONFERENCE WITH A. HARPIN AND L. HASSELL RE: PENSION ISSUES (0.3); REVIEW RETENTION APPLICATIONS FOR FBG (0.8) AND GARDEN CITY GROUP (0.7). |

                                    **33.10**

| HERRIOTT AV | 06/13/07 | 2.30 | REVIEW AND REVISE DRAFT DISCLOSURE STATEMENT (2.3). |
| HERRIOTT AV | 06/14/07 | 5.10 | REVIEW AND REVISE DRAFT DISCLOSURE STATEMENT (5.1). |
| HERRIOTT AV | 06/15/07 | 1.60 | CONTINUE TO REVIEW AND REVISE DRAFT DISCLOSURE STATEMENT (1.6). |
| HERRIOTT AV | 06/19/07 | 2.80 | REVIEW AND REVISE DRAFT DISCLOSURE STATEMENT (2.8). |
| HERRIOTT AV | 06/20/07 | 2.90 | CONTINUE REVISING DRAFT DISCLOSURE STATEMENT (2.9). |
| HERRIOTT AV | 06/21/07 | 1.10 | REVIEW AND REVISE DRAFT DISCLOSURE STATEMENT (0.6); REVIEW DISCLOSURE STATEMENT PRECEDENT (0.5). |
| HERRIOTT AV | 06/25/07 | 0.30 | REVISE DRAFT DISCLOSURE STATEMENT (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HERRIOTT AV | 06/26/07 | 1.00 | REVIEW MEMORANDUM OF UNDERSTANDING FOR INCLUSION IN DISCLOSURE STATEMENT (1.0). |
|---|---|---|---|
| HERRIOTT AV | 06/27/07 | 1.10 | CONDUCT RESEARCH RE: RETENTION OF SOLICITATION AGENTS (1.1). |
| HERRIOTT AV | 06/29/07 | 0.80 | REVISE DRAFT DISCLOSURE STATEMENT (0.8). |

**19.00**

| HOUSTON BM | 06/25/07 | 7.90 | RESEARCH TAX ISSUES (2.3); BEGIN REVIEWING AND COMPARING TAX PROVISIONS IN DISCLOSURE STATEMENTS AND PLANS FROM 2ND CIRCUIT CASES (5.6). |
|---|---|---|---|
| HOUSTON BM | 06/26/07 | 6.60 | CONTINUE REVIEWING AND COMPARING TAX PROVISIONS IN DISCLOSURE STATEMENTS AND PLANS FROM 2ND CIRCUIT CASES (6.6). |
| HOUSTON BM | 06/27/07 | 6.70 | CONTINUE RESEARCHING TAX ISSUES (2.4); REVIEW AND COMPARE TAX PROVISIONS IN DISCLOSURE STATEMENTS AND PLANS OF 3RD AND 6TH CIRCUIT CASES (4.3). |
| HOUSTON BM | 06/29/07 | 3.80 | CONTINUE RESEARCHING TAX ISSUES (1.7); CONTINUE REVIEWING AND COMPARING DISCLOSURE STATEMENTS AND PLANS OF VARIOUS CHAPTER 11 CASES (2.1). |

**25.00**

| KALOUDIS D | 06/27/07 | 1.20 | RESEARCH PRECEDENT RE: SOLICITATION PROCEDURES (1.2). |
|---|---|---|---|

**1.20**

| PERL MW | 06/04/07 | 7.20 | BEGIN PREPARATION OF SOLUTION MOTION IN CONNECTION WITH PLAN OF REORGANIZATION (7.2). |
|---|---|---|---|
| PERL MW | 06/05/07 | 7.10 | CONTINUE TO WORK ON MOTION, NOTICE, AND ORDER IN CONNECTION WITH PLAN OF REORGANIZATION AND RELATED RESEARCH (7.1). |

**14.30**

| STUART NL | 06/13/07 | 1.90 | REVIEW DISCLOSURE STATEMENT COMMENTS (0.7); REVIEW SERVICE PROVIDERS AND PRESENTATIONS (1.2). |
|---|---|---|---|
| STUART NL | 06/14/07 | 1.40 | REVIEW AND COMMENT ON DISCLOSURE STATEMENT (1.4). |
| STUART NL | 06/15/07 | 5.90 | REVIEW AND COMMENT ON DISCLOSURE STATEMENT (4.3); RESEARCH RE: DISCLOSURE STATEMENT MATERIALS (1.6). |
| STUART NL | 06/26/07 | 3.20 | INTERNAL DISCUSSION RE: DISCLOSURE STATEMENT DRAFT (0.6); REVIEW DISCLOSURE STATEMENT (2.6). |
| STUART NL | 06/27/07 | 2.10 | REVIEW SOLICITATION MATERIALS (2.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| STUART NL | 06/28/07 | 5.30 | REVIEW AND COMMENT ON SOLICITATION MATERIALS (2.7); REVIEW AND UPDATE DISCLOSURE STATEMENT (2.6). |
| STUART NL | 06/29/07 | 3.80 | DRAFT AND REVISE DISCLOSURE STATEMENT (3.8). |
| | | 23.60 | |
| SUBER KM | 06/11/07 | 6.60 | REVIEW AND REVISE DISCLOSURE STATEMENT (6.6). |
| SUBER KM | 06/12/07 | 6.40 | CONTINUE THE REVIEW AND REVISION OF DISCLOSURE STATEMENT (6.4). |
| | | 13.00 | |
| **Total Associate** | | **129.20** | |
| ~~WORSCHECK TM~~ | ~~06/05/07~~ | ~~3.40~~ | ~~PREPARE DOCUMENTS FOR PLAN DISCLOSURE STATEMENT (3.4).~~ |
| | | ~~3.40~~ | |
| ~~**Total Legal Assistant Support**~~ | | ~~**3.40**~~ | |

**TOTAL TIME**                     **143.20**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                        **Bill Date: 07/31/07**
**Disclosure Statement / Voting Issues**                            **Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.55 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 1.16 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.18 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.08 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.03 |

**TOTAL TELEPHONE EXPENSE-ECRS ONLY**                              **$2.00**

**TOTAL MATTER**                                                    **$2.00**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                              **Bill Date: 08/31/07**
**Disclosure Statement / Voting Issues**                                  **Bill Number: 1178615**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| PANAGAKIS GN | 07/24/07 | 0.50 | REVIEW OPEN ISSUES RE: DISCLOSURE STATEMENT (0.5). |
| PANAGAKIS GN | 07/25/07 | 0.80 | REVIEW SECTIONS FOR DISCLOSURE STATEMENT (0.8). |
| | | **1.30** | |
| **Total Partner** | | **1.30** | |
| RAMLO K | 07/11/07 | 2.60 | REVISE SOLICATION PROCEDURES MOTION (2.6). |
| RAMLO K | 07/12/07 | 2.30 | FURTHER REVISION SOLICATIONS MOTION (2.3). |
| | | **4.90** | |
| **Total Counsel** | | **4.90** | |
| HERRIOTT AV | 07/19/07 | 0.40 | REVIEW DELPHI-APPALOOSA EPCA IN CONJUNCTION WITH DRAFTING OF DISCLOSURE STATEMENT (0.4). |
| HERRIOTT AV | 07/23/07 | 2.50 | REVIEW AND REVISE DRAFT DISCLOSURE STATEMENT (2.5). |
| HERRIOTT AV | 07/24/07 | 1.80 | REVIEW AND REVISE DRAFT DISCLOSURE STATEMENT (1.8). |
| HERRIOTT AV | 07/25/07 | 3.10 | REVIEW AND REVISE DRAFT DISCLOSURE STATEMENT (3.1). |
| HERRIOTT AV | 07/26/07 | 3.50 | REVIEW AND REVISE DISCLOSURE STATEMENT (3.5). |
| HERRIOTT AV | 07/27/07 | 1.90 | REVIEW AND REVISE DISCLOSURE STATEMENT (1.9). |
| HERRIOTT AV | 07/30/07 | 5.70 | REVIEW AND REVISE DISCLOSURE STATEMENT (5.7). |
| HERRIOTT AV | 07/31/07 | 4.40 | REVIEW, REVISE, AND CIRCULATE DRAFT DISCLOSURE STATEMENT (4.4). |
| | | **23.30** | |
| ~~HILL LF~~ | ~~07/31/07~~ | ~~2.10~~ | ~~DRAFT SCHEDULING ORDER (1.8); REVIEW CORRESPONDENCE RE: SAME (0.3).~~ |
| | | ~~2.10~~ | |
| STUART NL | 07/23/07 | 0.70 | INTERNAL STRATEGY DISCUSSION RE: DISCLOSURE STATEMENT (0.7). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| STUART NL | 07/24/07 | 1.80 | SOLICITATION DISCUSSION WITH JANE SULLIVAN (0.2); INTERNAL STRATEGY DISCUSSION RE: SOLICITATION (0.4); REVIEW MATERIALS FOR DISCLOSURE STATEMENT (0.4); REVIEW BAR DATE RELATED MATERIALS FOR SOLICITATION PURPOSES (0.8). |
| STUART NL | 07/29/07 | 3.20 | REVIEW DISCLOSURE STATEMENT AND RELEVANT PRECEDENT (3.2). |
| STUART NL | 07/30/07 | 6.30 | REVIEW AND REVISE DISCLOSURE STATEMENT (5.8); INTERNAL DS STRATEGY DISCUSSION (0.5). |
| STUART NL | 07/31/07 | 4.60 | REVIEW AND UPDATE DISCLOSURE STATEMENT SECTIONS RELATED TO SECURITIES, SETTLEMENTS, AND CERTAIN PLAN SECTIONS (4.6). |
| | | **16.60** | |
| **Total Associate** | | **42.00** | |
| **TOTAL TIME** | | **48.20** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                           **Bill Date: 08/31/07**
**Disclosure Statement / Voting Issues**               **Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 07/03/07 | Copy Center, D | 121.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$121.00** |
| | | **TOTAL MATTER** | **$121.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 09/30/07**
**Disclosure Statement / Voting Issues**                       **Bill Number: 1181367**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/02/07 | 0.60 | REVIEW AND COMMENT ON DRAFT DISCLOSURE STATEMENT SCHEDULING ORDER (0.2); PREPARE FOR (0.2) AND PARTICIPATE IN (0.2) CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SAME. |
| BUTLER, JR. J | 08/06/07 | 0.60 | CONTINUE TO REVIEW REVISED PRELIMINARY DISCLOSURE STATEMENT (0.6). |
| BUTLER, JR. J | 08/09/07 | 5.10 | PREPARE FOR (0.4) AND PARTICIPATE IN (4.7) WORKING GROUP MEETING TO REVIEW AND REVISE DRAFT DISCLOSURE STATEMENT. |
| BUTLER, JR. J | 08/13/07 | 0.80 | BEGIN TO REVIEW AND COMMENT ON REVISED DRAFT OF DISCLOSURE STATEMENT AND CONFERENCES WITH D. SHERBIN AND J. PAPELIAN RE: SAME (0.8). |
| BUTLER, JR. J | 08/14/07 | 2.20 | CONTINUE TO REVIEW AND COMMENT ON REVISED DRAFT OF DISCLOSURE STATEMENT (2.2). |
| BUTLER, JR. J | 08/16/07 | 2.20 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.9) WORKING GROUP MEETING TO REVIEW AND COMMENT ON DRAFT DISCLOSURE STATEMENT. |
| BUTLER, JR. J | 08/17/07 | 1.60 | CONTINUE TO REVIEW AND COMMENT ON DRAFT DISCLOSURE STATEMENT AND TURN FOR KEY STAKEHOLDER DISTRIBUTION OF SAME (1.6). |
| BUTLER, JR. J | 08/18/07 | 0.70 | BEGIN TO REVIEW AND COMMENT ON AUGUST 17TH KEY STAKEHOLDER DRAFT OF PROPOSED DISCLOSURE STATEMENT (0.7). |
| BUTLER, JR. J | 08/20/07 | 2.10 | REVIEW SOLICITATION FULFILLMENT ISSUES (0.2); CONTINUE TO REVIEW AND COMMENT ON AUGUST 17TH KEY STAKEHOLDER DRAFT OF PROPOSED DISCLOSURE STATEMENT (1.2); REVIEW DRAFT APPENDICES (0.4); REVIEW AND COMMENT ON FOOTNOTES TO DRAFT APPENDIX C PROJECTIONS (0.3). |
| BUTLER, JR. J | 08/21/07 | 2.20 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) WORKING GROUP TELECONFERENCE RE: SOLICITATION MATTERS; CONTINUE TO REVIEW AND COMMENT ON AUGUST 17TH KEY STAKEHOLDER DRAFT OF PROPOSED DISCLOSURE STATEMENT (1.6). |
| BUTLER, JR. J | 08/24/07 | 2.90 | CONTINUE TO REVIEW STAKEHOLDER COMMENTS AND REVIEW AND COMMENT ON AUGUST 27TH KEY STAKEHOLDER DRAFT OF PROPOSED DISCLOSURE STATEMENT (2.6); REVIEW AND COMMENT ON DELPHI SIGN-OFF PROCEDURES (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    08/26/07    1.30  CONTINUE TO REVIEW AND COMMENT ON AUGUST
                                   27TH KEY STAKEHOLDER DRAFT OF PROPOSED
                                   DISCLOSURE STATEMENT (1.3).

BUTLER, JR. J    08/27/07    0.60  CONTINUE TO REVIEW AND COMMENT ON AUGUST
                                   27TH KEY STAKEHOLDER DRAFT OF PROPOSED
                                   DISCLOSURE STATEMENT (0.6).

BUTLER, JR. J    08/29/07    0.50  CONTINUE TO REVIEW AND COMMENT ON
                                   MARK-UP FOR AUGUST 31ST BOD DRAFT OF
                                   DISCLOSURE STATEMENT (0.5).

BUTLER, JR. J    08/30/07    0.80  CONTINUE TO REVIEW AND COMMENT ON
                                   MARK-UP FOR AUGUST 31ST BOD DRAFT OF
                                   DISCLOSURE STATEMENT (0.8).

BUTLER, JR. J    08/31/07    1.10  REVIEW AND FINALIZE BOARD OF DIRECTORS
                                   DRAFT OF DISCLOSURE STATEMENT (0.6);
                                   BEGIN TO REVIEW SOLICITATIONS PROCEDURE
                                   MOTION (0.3); REVIEW DRAFT NOTICE AND
                                   MEMO RE: SERVICE OF NOTICE AND RELATED
                                   MATTERS (0.2).

                             25.30

HOGAN III AL     08/09/07    2.20  REVIEW DISCLOSURE STATEMENT, AND
                                   ANALYZE SECTIONS TO PROVIDE EDITS AND
                                   DRAFTING (2.2).

HOGAN III AL     08/10/07    3.30  WORK ON DISCLOSURE STATEMENT SECTIONS
                                   (3.3).

HOGAN III AL     08/11/07    2.70  ANALYZE AND DRAFT/EDIT DISCLOSURE
                                   STATEMENT SECTION (2.7).

HOGAN III AL     08/12/07    3.80  CONTINUE TO REVIEW AND DRAFTING IN
                                   CONNECTION WITH DISCLOSURE STATEMENT
                                   SECTION (3.8).

HOGAN III AL     08/13/07    1.80  CONTINUE EDITING DISCLOSURE STATEMENT
                                   SECTION (1.8).

HOGAN III AL     08/16/07    3.30  REVIEW DISCLOSURE STATEMENT SECTIONS
                                   RELATING TO D&O ISSUES, GM ISSUES, AND
                                   MDL ISSUES (3.3).

                             17.10

MARAFIOTI KA     08/01/07    0.20  WORK ON DISCLOSURE STATEMENT SCHEDULING
                                   ORDER (0.2).

MARAFIOTI KA     08/02/07    0.30  WORK ON SCHEDULING ORDER (0.3).

MARAFIOTI KA     08/09/07    0.70  CONSIDER ISSUES RE: DISCLOSURE
                                   STATEMENT (0.7).

MARAFIOTI KA     08/10/07    3.30  WORK ON DISCLOSURE STATEMENT ISSUES
                                   (0.4) AND REVIEW DISCLOSURE STATEMENT
                                   (2.9).

MARAFIOTI KA     08/11/07    6.70  WORK ON DISCLOSURE STATEMENT (6.4);
                                   RELATED CORRESPONDENCE (0.3).

MARAFIOTI KA     08/12/07    2.40  WORK ON DISCLOSURE STATEMENT (2.4).

MARAFIOTI KA     08/13/07    0.50  WORK ON MATTERS PERTAINING TO
                                   DISCLOSURE STATEMENT (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MARAFIOTI KA | 08/15/07 | 0.60 | WORK ON DISCLOSURE STATEMENT ISSUES (0.6). |
|---|---|---|---|

MARAFIOTI KA    08/16/07    7.60  CORRESPONDENCE RE: REVISIONS TO
                                  DISCLOSURE STATEMENT (0.3); DEVELOP
                                  STRATEGY FOR CONTENT AND FORMAT OF
                                  DISCLOSURE STATEMENT (2.6); REVIEW AND
                                  REVISE DISCLOSURE STATEMENT (4.7).

MARAFIOTI KA    08/17/07    6.20  REVIEW AND REVISE DISCLOSURE STATEMENT
                                  (5.9); RELATED CORRESPONDENCE (0.3).

MARAFIOTI KA    08/20/07    0.80  CORRESPONDENCE RE: DISCLOSURE
                                  STATEMENT (0.2); CONSIDER ISSUES RE:
                                  CONTENT AND FORMAT OF DISCLOSURE
                                  STATEMENT (0.6).

MARAFIOTI KA    08/21/07    1.60  REVIEW AND REVISE DISCLOSURE STATEMENT
                                  (1.6).

MARAFIOTI KA    08/22/07    1.20  CORRESPONDENCE WITH K. COBB RE:
                                  DISCLOSURE STATEMENT (0.1) AND WORK ON
                                  PENSION DISCLOSURE (0.2); REVIEW AND
                                  REVISE DISCLOSURE STATEMENT (0.9).

MARAFIOTI KA    08/23/07    0.20  WORK ON ISSUES RE: DISCLOSURE STATEMENT
                                  (0.2).

MARAFIOTI KA    08/24/07    3.40  TELECONFERENCE WITH A. FRANKUM RE:
                                  DISCLOSURE STATEMENT ISSUES (0.2);
                                  CORRESPONDENCE EXCHANGE WITH MARGIE
                                  LOEB RE: DISCLOSURE ISSUES AND CONSIDER
                                  SAME (1.3); REVIEW FTI PROJECTIONS FOR
                                  DISCLOSURE STATEMENT (1.1); REVIEW
                                  ROTHSCHILD VALUATION FOR DISCLOSURE
                                  STATEMENT (0.5); CONSIDER OTHER
                                  DISCLOSURE STATEMENT ISSUES (0.3).

MARAFIOTI KA    08/26/07    2.40  REVIEW AND REVISE DISCLOSURE STATEMENT
                                  (2.4).

MARAFIOTI KA    08/27/07    1.10  REVIEW AND REVISE DISCLOSURE STATEMENT
                                  (1.1).

MARAFIOTI KA    08/28/07    3.90  REVIEW AND REVISE DISCLOSURE STATEMENT
                                  (3.9).

MARAFIOTI KA    08/29/07    2.40  REVIEW AND REVISE PROPOSED FORM OF
                                  BALLOTS (0.5); CONTINUE TO REVIEW AND
                                  REVISION OF DISCLOSURE STATEMENT (1.5);
                                  CONSIDER TABULATION AND SOLICITATION
                                  ISSUES (0.4).

MARAFIOTI KA    08/30/07    6.50  REVIEW AND REVISE DISCLOSURE STATEMENT
                                  (5.1); CONFERENCE WITH DELPHI AND FTI
                                  RE: STRATEGY FOR DISCLOSURE STATEMENT
                                  (1.4).

MARAFIOTI KA    08/31/07    3.00  REVIEW AND REVISE DISCLOSURE STATEMENT
                                  (2.5) AND WORK ON DISTRIBUTION ISSUES
                                  (0.5).

                           55.00

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE      08/10/07      0.80  FOLLOW UP WITH T. BEHNKE (0.2) AND
                                    TELECONFERENCE WITH T. BEHNKE AND E.
                                    KURTZMAN (0.2) RE: SOLICITATION;
                                    CONSIDER SAME (0.3); TELECONFERENCE
                                    WITH D. SHERBIN RE: SAME. (0.1).

MEISLER RE      08/12/07      1.00  REVIEW FBG RETENTION AND DRAFT
                                    CORRESPONDENCE RE: SAME (1.0).

MEISLER RE      08/17/07      6.70  REVIEW AND COMMENT ON DISCLOSURE
                                    STATEMENT (5.5); REVIEW AND COMMENT ON
                                    DISCLOSURE LETTER (1.2).

MEISLER RE      08/20/07      1.60  CONSIDER SOLICITATION ISSUES (0.5);
                                    CONFERENCE WITH T. BEHNKE RE: SAME
                                    (0.2); TELECONFERENCE WITH T. BEHNKE
                                    AND E. KURTZMAN RE: SAME (0.2); REVIEW
                                    CORRESPONDENCE FROM J. PAPELIAN RE:
                                    SAME AND MDL (0.1); CONTINUE TO REVIEW
                                    AND COMMENT ON DISCLOSURE STATEMENT
                                    (0.6).

MEISLER RE      08/21/07      2.60  CONTINUE TO REVIEW AND COMMENT ON
                                    DISCLOSURE STATEMENT (1.2);
                                    PARTICIPATE ON WORKING GROUP CALL WITH
                                    A. FRANKUM, T. BEHNKE, AND E. KURTZMAN
                                    RE: SOLICITATION AND BALLOTING (1.4).

MEISLER RE      08/22/07      3.30  CONTINUE TO REVIEW AND COMMENT ON
                                    DISCLOSURE STATEMENT (3.3).

MEISLER RE      08/23/07      1.60  REVIEW COMMENTS TO DISCLOSURE STATEMENT
                                    (1.3); TELECONFERENCE WITH M. HESTER
                                    RE: COMMENTS TO DISCLOSURE STATEMENT
                                    (0.1); DRAFT FOLLOW UP EMAIL RE: SAME
                                    (0.1); TELECONFERENCE WITH A. HILL RE:
                                    DISCLOSURE STATEMENT COMMUNICATIONS
                                    (0.1).

MEISLER RE      08/24/07      3.80  CONTINUE TO REVIEW AND COMMENT ON
                                    DISCLOSURE STATEMENT (3.8).

MEISLER RE      08/25/07      7.30  CONTINUE TO REVIEW AND COMMENT ON
                                    DISCLOSURE STATEMENT (7.3).

MEISLER RE      08/26/07      1.40  CONTINUE TO REVIEW AND COMMENT ON
                                    DISCLOSURE STATEMENT (1.4).

MEISLER RE      08/27/07      1.10  CONTINUE TO REVIEW AND COMMENT ON
                                    DISCLOSURE STATEMENT (1.1).

MEISLER RE      08/28/07      5.80  CONTINUE TO REVIEW AND COMMENT ON
                                    DISCLOSURE STATEMENT (3.6);
                                    TELECONFERENCE WITH J. CUNIX, T. BEHNKE
                                    AND A. FRANKUM RE: SOLICITATION (1.0);
                                    BEGIN TO REVIEW AND COMMENT ON
                                    SOLICITATION (1.2).

MEISLER RE      08/29/07      1.60  TELECONFERENCE WITH A. FRANKUM AND T.
                                    BEHNKE RE: SOLICITATION (1.5); REVIEW
                                    AND RESPOND TO CORRESPONDENCE FROM D.
                                    SHERBIN RE: SOLICITATION AND
                                    FULFILLMENT (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE        08/30/07     2.00   REVIEW AND REVISE RESTRUCTURING
                                      TRANSACTIONS SECTION OF DISCLOSURE
                                      STATEMENT (1.2); REVIEW AND COMMENT ON
                                      SOLICITATION MOTION (0.8).

MEISLER RE        08/31/07     2.00   CONTINUE TO REVIEW SOLICITATION MOTION
                                      (0.8); TELECONFERENCE WITH D. SHERBIN
                                      R: SAME (0.1); TELECONFERENCE WITH J.
                                      SHEEHAN RE: SAME (0.1); REVIEW
                                      DISCLOSURE STATEMENT NOTICE (0.2);
                                      CONTINUE TO REVIEW AND COMMENT ON
                                      DISCLOSURE STATEMENT (0.8).

                              42.60

PANAGAKIS GN      08/01/07     2.70   REVIEW AND REVISE DISCLOSURE STATEMENT
                                      (2.7).

PANAGAKIS GN      08/02/07     1.00   ATTENTION TO REVISIONS TO DISCLOSURE
                                      STATEMENT (1.0).

PANAGAKIS GN      08/08/07     2.10   REVIEW AND UPDATE DISCLOSURE STATEMENT
                                      (1.1); ATTENTION TO SUB CON DISCLOSURE
                                      (1.0).

PANAGAKIS GN      08/09/07     6.70   INTERNAL WORKING GROUP MEETING ON
                                      DISCLOSURE STATEMENT (4.8); CONDUCT
                                      FOLLOW UP MEETINGS ON NECESSARY
                                      REVISIONS (1.9).

PANAGAKIS GN      08/10/07     5.50   REVIEW AND REVISE DISCLOSURE STATEMENT
                                      (4.2); PARTICIPATE IN CLAIMS MEETING
                                      RE: POR CLASSIFICATION AND VOTING
                                      (1.3).

PANAGAKIS GN      08/11/07     2.50   REVIEW VARIOUS SECTIONS OF DISCLOSURE
                                      STATEMENT (2.5).

PANAGAKIS GN      08/12/07     3.30   REVIEW AND COMMENT ON DISCLOSURE
                                      STATEMENT IN PREPARATION FOR NEXT
                                      DISTRIBUTION (3.3).

PANAGAKIS GN      08/13/07     0.60   REVIEW CIRCULATED DRAFT OF DISCLOSURE
                                      STATEMENT (0.4); TELECONFERENCE WITH
                                      FTI TEAM RE: FINAL REVISIONS TO
                                      NARRATIVE OF LIQUIDATION ANALYSIS
                                      (0.2).

PANAGAKIS GN      08/14/07     1.20   REVIEW OF DISCLOSURE STATEMENT IN
                                      CONNECTION WITH NEXT DAY WORKING GROUP
                                      SESSION (1.2).

PANAGAKIS GN      08/15/07     3.70   CONTINUE TO REVIEW AND REVISE
                                      DISCLOSURE STATEMENT (3.7).

PANAGAKIS GN      08/16/07     5.10   DRAFT, REVIEW AND REVISE DISCLOSURE
                                      STATEMENT (3.0); TELECONFERENCES WITH
                                      COUNSEL FOR PLAN INVESTORS, COMMITTEES,
                                      MDL PLAINTIFFS AND OTHER STAKEHOLDERS
                                      RE: SAME (2.1).

PANAGAKIS GN      08/17/07     3.60   REVIEW AND REVISE DISCLOSURE STATEMENT
                                      IN CONNECTION WITH DISTRIBUTION TO
                                      CONSTITUENTS (3.6).

PANAGAKIS GN      08/19/07     1.20   CONTINUE TO REVIEW OF DISCLOSURE
                                      STATEMENT (1.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 08/20/07 | 2.80 | CONTINUE TO REVIEW AND COMMENT ON DISCLOSURE STATEMENT (2.8). |
| PANAGAKIS GN | 08/21/07 | 2.20 | REVIEW AND COMMENT ON VARIOUS PROVISIONS OF DISCLOSURE STATEMENT (2.2). |
| PANAGAKIS GN | 08/22/07 | 2.50 | ADDRESS ISSUES TO DISCLOSURE STATEMENT RAISED BY STAKEHOLDERS (2.5). |
| PANAGAKIS GN | 08/23/07 | 3.70 | REVIEW AND REVISE DISCLOSURE STATEMENT, INCLUDING CALLS AND CORRESPONDENCE WITH STAKEHOLDER COUNSEL RE: SAME (3.7). |
| PANAGAKIS GN | 08/24/07 | 2.60 | REVIEW AND REVISE DISCLOSURE STATEMENT FOR 8/24 DISTRIBUTION (2.2); FOLLOW UP ON RELATED MATTERS (0.4). |
| PANAGAKIS GN | 08/25/07 | 3.00 | REVIEW REVISED LANGUAGE FOR VARIOUS SECTION IN DISCLOSURE STATEMENT (3.0). |
| PANAGAKIS GN | 08/26/07 | 2.40 | INTERNAL MEETING RE: DISCLOSURE STATEMENT (1.4); FOLLOW UP RE: REVISIONS TO SAME (1.0). |
| PANAGAKIS GN | 08/27/07 | 2.10 | REVIEW AND COMMENT ON REVISED PROVISIONS TO DISCLOSURE STATEMENT AND CALLS WITH STAKEHOLDER COUNSEL RE: SAME (2.1). |
| PANAGAKIS GN | 08/28/07 | 2.30 | REVIEW COMMENTS TO DISCLOSURE STATEMENT AND CALLS WITH STAKEHOLDER COUNSEL RE: SAME (2.3). |
| PANAGAKIS GN | 08/29/07 | 3.30 | REVIEW STAKEHOLDER COMMENTS, REVISIONS TO SAME AND CALL WITH COUNSEL RE: SAME (2.1); REVIEW SOLICITATION MATERIALS (1.2). |
| PANAGAKIS GN | 08/30/07 | 3.70 | INTERNAL DISCUSSION RE: POR SOLICITATION AND CLAIMS ISSUES (0.4); DISCLOSURE STATEMENT REVIEW AND REVISIONS AND CALLS WITH STAKEHOLDER COUNSEL RE: SAME (3.3). |
| PANAGAKIS GN | 08/31/07 | 6.20 | REVIEW AND REVISE VARIOUS DISCLOSURE STATEMENT SECTIONS (4.4); TELECONFERENCES WITH STAKEHOLDER COUNSEL RE: SAME (1.8). |
| | | 76.00 | |
| **Total Partner** | | **216.00** | |
| GARNER LP | 08/10/07 | 1.80 | REVIEW DRAFT DISCLOSURE STATEMENT RE: GM CLAIMS AND DEFENSES; WORK ON OUTLINE OF ADDITIONAL INFORMATION FOR DISCLOSURE STATEMENT (1.8). |
| GARNER LP | 08/11/07 | 2.00 | REVIEW AND EDIT SECTION OF DISCLOSURE STATEMENT RE: CONSIDERATION OF GM CLAIMS AND DEFENSES (2.0). |
| GARNER LP | 08/12/07 | 3.50 | REVIEW AND EDIT SECTION OF DISCLOSURE STATEMENT RE: GM CLAIMS AND DEFENSES AND SETTLEMENT (3.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GARNER LP | 08/16/07 | 0.80 | REVIEW AND EDIT DISCLOSURE STATEMENT SECTION REGARDING GM CLAIMS AND DEFENSES; CONSIDERATION OF CONFIDENTIALITY ISSUES (0.8). |
| GARNER LP | 08/22/07 | 2.30 | REVIEW AND COMMENT ON DRAFT DISCLOSURE STATEMENT (2.3). |
| | | **10.40** | |
| MACDONALD N | 08/22/07 | 6.30 | REVIEW DRAFT OF DISCLOSURE STATEMENT AND DOCUMENTS RELATED THERETO (6.3). |
| MACDONALD N | 08/23/07 | 4.90 | CONTINUE REVIEW OF DRAFT DISCLOSURE STATEMENT AND DOCUMENTS RELATED THERETO (4.9). |
| MACDONALD N | 08/27/07 | 4.90 | CONTINUE REVIEW OF DRAFT DISCLOSURE STATEMENTS AND DOCUMENTS RELATED THERETO (4.9). |
| | | **16.10** | |
| MATZ TJ | 08/06/07 | 0.20 | FINAL REVIEW OF DISCLOSURE STATEMENT SCHEDULING ORDER (0.1); FORWARD CHAMBERS (0.1). |
| MATZ TJ | 08/13/07 | 0.20 | TELECONFERENCE WITH N. BERGER RE: SOLICITATION MATTERS (0.2). |
| MATZ TJ | 08/22/07 | 6.60 | REVIEW AND COMMENT ON 8/17 DRAFT DISCLOSURE STATEMENT, EQUITY COMMITTEE AND PLAN INVESTOR COMMENTS (6.6). |
| MATZ TJ | 08/23/07 | 3.00 | CONTINUE REVIEW AND COMMENT ON EQUITY COMMITTEE AND PLAN INVESTOR COMMENTS TO THE 8/17 DRAFT DISCLOSURE STATEMENT (3.0). |
| MATZ TJ | 08/24/07 | 1.30 | REVIEW WHITE & CASE COMMENTS ON DISCLOSURE STATEMENT (1.3). |
| MATZ TJ | 08/26/07 | 7.10 | REVIEW WHITE & CASE COMMENTS TO DISCLOSURE STATEMENT (0.6); REVIEW AND COMMENT ON DISCLOSURE STATEMENT (6.5). |
| MATZ TJ | 08/31/07 | 0.20 | REVIEW AND COMMENT ON NOTICE RE: DISCLOSURE STATEMENT HEARING (0.2). |
| | | **18.60** | |
| RAMLO K | 08/02/07 | 0.20 | FOLLOW UP ON SOLICITATION MOTION AND VOTING ISSUE (0.2). |
| RAMLO K | 08/03/07 | 0.10 | REVIEW DRAFT SCHEDULING ORDER (0.1). |
| RAMLO K | 08/06/07 | 1.20 | DRAFT DESCRIPTION OF PROPOSED AVOIDANCE PROCEDURES (1.0); REVIEW SCHEDULING ORDER (0.2). |
| RAMLO K | 08/07/07 | 2.70 | CONTINUE DRAFTING DISCLOSURE STATEMENT PORTIONS IN AVOIDANCE PROCEDURES (2.7). |
| RAMLO K | 08/08/07 | 0.70 | REVISE DISCLOSURE STATEMENT RE: AVOIDANCE AND SECTION 108 ACTIONS (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 08/10/07 | 0.50 | BEGINNING REVIEWING EXECUTIVE COMPENSATION SUMMARIES AND AGREEMENTS (0.5). |
| RAMLO K | 08/11/07 | 7.20 | CONTINUE REVIEW OF EXECUTIVE COMPENSATION SUMMARIES AND AGREEMENTS, AND REVISE DISCLOSURE STATEMENT RE: SAME (7.2). |
| RAMLO K | 08/12/07 | 1.20 | FURTHER REVISIONS TO EXECUTIVE COMPENSATION DESCRIPTION IN DISCLOSURE STATEMENT (1.2). |
| RAMLO K | 08/13/07 | 2.30 | ANALYSIS AND RESEARCH RE: FILING OF AVOIDANCE COMPLAINTS AND SOLICATION PROCESS (1.1); ANALYSIS AND REVIEW CASE LAW ON VOTING BY CLASS ACTION REPRESENTATIVES AND PUTATIVE MEMBERS (1.2). |
| RAMLO K | 08/14/07 | 1.40 | FURTHER ANALYSIS AND RESEARCH RE: CASE LAW ON AVOIDANCE ACTIONS AND SOLICITATION ISSUES (1.4). |
| RAMLO K | 08/15/07 | 2.20 | FURTHER REVIEW, RESEARCH AND ANALYSIS OF CASE LAW ON CLASS ACTIONS AND SOLICATION (2.2). |
| RAMLO K | 08/16/07 | 1.90 | REVIEW MEMO ON AVOIDANCE ACTIONS AND SOLICATION ISSUES, AND BEGIN PREPARATION OF RIDER TO SOLICITATION PROCEDURES MOTION (1.9). |
| RAMLO K | 08/17/07 | 0.60 | REVISE DISCLOSURE STATEMENT WITH RESPECT TO AVOIDANCE PROCEDURES AND EXECUTIVE COMPENSATION (0.6). |
| RAMLO K | 08/21/07 | 1.60 | REVISE SOLICITATION MOTION RE: AVOIDANCE ACTIONS AND VOTING (1.6). |
| RAMLO K | 08/22/07 | 8.70 | REVISE SOLICATION MOTION, PROPOSED ORDER, AND BALLOTS (8.7). |
| RAMLO K | 08/24/07 | 1.40 | FURTHER REVISIONS TO SOLICATION MOTION AND RELATED MATERIALS (1.4). |
| RAMLO K | 08/25/07 | 4.20 | REVISE SOLICATION NOTICES (4.2). |
| RAMLO K | 08/26/07 | 0.50 | REVISE BALLOTS (0.5). |
| RAMLO K | 08/28/07 | 6.30 | REVISE SOLICATION MOTION, EXHIBITS AND BALLOTS (3.8); TELECONFERENCE WITH T. BEHNKE, S. BETANCE, J. LEESON, J. DOHERTY, AND J. CUNIX RE: PRODUCTION OF SOLICATION OF PACKAGES (1.3); TELECONFERENCE WITH T. BEHNKE RE: SOLICATION MOTION AND LOGISTICS (1.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAMLO K          08/29/07    14.90   CONTINUE REVISING SOLICATION MOTION,
                                     EXHIBITS AND BALLOTS AND ANALYSIS RE:
                                     SCHEDULE, PLANNING, NOTICING, AND
                                     SECURITIES ISSUES (10.8);
                                     TELECONFERENCES WITH J. SULLIVAN RE:
                                     NOTICING ISSUES (0.6); TELECONFERENCES
                                     WITH T. BEHNKE, A. FRANKUM RE: PLANNING
                                     SOLICATION PROCESS (2.8); REVIEW AND
                                     COMMENT ON SAME (0.7).

RAMLO K          08/30/07    10.00   CONTINUE ANALYSIS RE: SOLICATION
                                     SCHEDULE, PROCESS AND RELATED ISSUES,
                                     AND REVISING MOTION, NOTICES (INCLUDING
                                     UNION) AND BALLOTS (8.3);
                                     TELECONFERENCES WITH J. SULLIVAN RE:
                                     NOTICING AND SCHEDULE (0.3);
                                     TELECONFERENCES WITH E. GERSHBEIN RE:
                                     NOTICING AND TABULATION ISSUES (0.3);
                                     CORRESPONDENCE WITH T. BENKE RE: NOTICE
                                     AND TABULATION ISSUES (0.2); UPDATE
                                     EXECUTIVE COMPENSATION DISCLOSURE
                                     (0.2); RESEARCH RE: SUPPLEMENTAL
                                     SOLICATION MATERIAL (0.7).

RAMLO K          08/31/07    10.80   FURTHER ANALYSIS RE: SOLICATION ISSUES
                                     AND CONTINUE REVISING SOLICATION
                                     MOTION, NOTICES, AND BALLOTS (7.5);
                                     CORRESPONDENCE WITH B. SAX RE: UNION
                                     NOTICES (0.3); REVISE AND UPDATE
                                     EXECUTIVE COMPENSATION DISCLOSURE
                                     (0.4);  TELECONFERENCE WITH J.
                                     SULLIVAN, D. HARTIE, AND D. SHARP RE:
                                     NOTICES TO HOLDERS OF SECURITIES (0.8);
                                     TELECONFERENCES WITH E. GERSHBEIN AND
                                     J. SULLIVAN RE: PLANNING FOR FILING OF
                                     DISCLOSURE STATEMENT AND PLAN AND
                                     TIMING OF NOTICES (0.7); CORRESPONDENCE
                                     WITH J. SHEEHAN AND D. SHERBIN RE: FEES
                                     TO THIRD PARTIES FOR NOTICING AND RE:
                                     PUBLICATION NOTICE (0.6);
                                     TELECONFERENCE WITH J. DOHERTY AND J.
                                     SULLIVAN RE: COST-EFFECTIVE NOTICING
                                     (0.5).

                             80.60

**Total Counsel**           **125.70**

BOLTON IS        08/16/07     2.50   RESEARCH AND ANALYSIS RE: DISCLOSURE
                                     STATEMENT (1.2); CORRESPONDENCE WITH
                                     WORKING GROUP RE: SAME (1.3).

                              **2.50**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CAMPANARIO ND | 08/22/07 | 7.90 | DRAFT PORTION OF DISCLOSURE STATEMENT CONCERNING GLOBAL SETTLEMENT AGREEMENT WITH GM (7.9). |
| CAMPANARIO ND | 08/23/07 | 1.50 | REVISE PORTION OF DISCLOSURE STATEMENT CONCERNING GLOBAL SETTLEMENT AGREEMENT WITH GM (1.5). |
| CAMPANARIO ND | 08/30/07 | 2.30 | REVIEW AND REVISE PORTION OF DISCLOSURE STATEMENT (2.3). |
| | | **11.70** | |
| FERN BM | 08/17/07 | 2.60 | REVIEW AND COMMENT ON DISCLOSURE STATEMENT AS IT PERTAINS TO BUSINESS OPERATIONS, DIVESTITURES, AND EXECUTIVE COMPENSATION (2.1); DRAFT LANGUAGE RE: DISCLOSURE OF MATERIAL TRANSACTIONS (0.5). |
| FERN BM | 08/23/07 | 0.80 | DRAFT LANGUAGE FOR DISCLOSURE LETTER RE: DIVESTITURES (0.8). |
| FERN BM | 08/27/07 | 1.10 | REVISE KECP DISCUSSION IN DISCLOSURE STATEMENT (1.1). |
| | | **4.50** | |
| GARTNER M | 08/03/07 | 4.20 | REVIEW SOLICITATION DOCUMENTS (4.2). |
| GARTNER M | 08/10/07 | 9.20 | MEET WITH WORKING GROUP TO DISCUSS DISCLOSURE STATEMENT, COMPILE PUBLIC FILINGS, BEGIN REVIEW FOR COMPARISON TO DISCLOSURE STATEMENT, AND REVIEW DISCLOSURE STATEMENT (9.2). |
| GARTNER M | 08/11/07 | 2.30 | REVIEW PUBLIC FILINGS AND DISCLOSURE STATEMENT FOR COMPARISON AND CORRESPONDENCE RE: SAME (2.3). |
| GARTNER M | 08/12/07 | 7.00 | CREATE CHART FOR INCLUSION IN DISCLOSURE STATEMENT AND CORRESPONDENCE RE: SAME (4.8); REVIEW PUBLIC FILINGS FOR COMPARISON TO DISCLOSURE STATEMENT (2.2). |
| GARTNER M | 08/15/07 | 3.70 | REVISE SOLICITATION BALLOTS (3.7). |
| GARTNER M | 08/16/07 | 8.70 | DRAFT DISCLOSURE STATEMENT SECTION AND CORRESPONDENCE RE: SAME (6.5); RESEARCH AND CORRESPOND WITH WORKING GROUP RE: 1123 ISSUE (2.2). |
| GARTNER M | 08/17/07 | 3.60 | CONTINUE DRAFT OF DISCLOSURE STATEMENT SECTION AND CORRESPONDENCE RE: SAME (3.6). |
| GARTNER M | 08/23/07 | 7.10 | REVIEW AND REVISE SOLICITATION MATERIALS (7.1). |
| GARTNER M | 08/24/07 | 5.50 | RESEARCH PRECEDENT FOR SOLICITATION MATERIALS AND CORRESPONDENCE RE: SAME (3.2); REVISE SOLICITATION MATERIALS (2.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GARTNER M | 08/27/07 | 4.30 | REVIEW AND REVISE SOLICITATION MATERIALS (4.3). |
|---|---|---|---|
| GARTNER M | 08/28/07 | 8.40 | REVIEW AND REVISE SOLICITATION MATERIALS (8.4). |
| GARTNER M | 08/29/07 | 6.70 | REVIEW AND REVISE SOLICITATION MATERIALS AND CORRESPONDENCE RE: SAME (6.7). |
| GARTNER M | 08/30/07 | 6.40 | COORDINATE DELIVERY OF SOLICITATION MATERIALS TO WORKING GROUP (2.6); REVIEW AND REVISE SOLICITATION MATERIALS AND CORRESPONDENCE RE: SAME (3.8). |
| GARTNER M | 08/31/07 | 3.50 | REVIEW AND REVISE SOLICITATION BALLOTS, AND CORRESPONDENCE RE: SAME (2.8); COORDINATE DELIVERY OF SOLICITATION MATERIALS (0.7). |

**80.60**

| GRANT K | 08/01/07 | 3.50 | CONTINUE TO WORK ON SOLICITATION MOTION AND ORDER (3.5). |
|---|---|---|---|
| GRANT K | 08/02/07 | 6.90 | CONTINUE TO WORK ON SOLICITATION MOTION (2.4) ORDER (1.3), RELATED NOTICES (1.5) AND BALLOTS. (1.7). |
| GRANT K | 08/03/07 | 2.90 | CONTINUE TO WORK ON SOLICITATION MOTION, (1.1) ORDER, (0.9) AND RELATED NOTICES AND BALLOTS. (0.9). |
| GRANT K | 08/06/07 | 3.20 | CONTINUE TO WORK ON DOCUMENTS FOR SOLICITATION MOTION (3.2). |
| GRANT K | 08/08/07 | 3.90 | CONTINUE TO WORK ON SOLICITATION MOTION AND NOTICES (3.9). |
| GRANT K | 08/09/07 | 8.80 | RESEARCH RE: MDL CLAIMS AND STAND-ALONE PLAINTIFFS (3.9); TELECONFERENCE AND EMAIL WITH J. SULLIVAN RE: SAME (0.3); RESEARCH RE: MODIFICATION OF PUBLIC SECURITY INDENTURES UNDER A PLAN (1.3); WORK ON REVISIONS TO DISCLOSURE STATEMENT (3.3). |
| GRANT K | 08/10/07 | 10.60 | CONTINUE TO WORK ON REVISING THE DISCLOSURE STATEMENT (10.6). |
| GRANT K | 08/11/07 | 7.30 | CONTINUE TO DRAFT AND REVISE THE DISCLOSURE STATEMENT (7.3). |
| GRANT K | 08/12/07 | 9.10 | CONTINUE TO WORK ON DRAFTS OF DISCLOSURE STATEMENT (9.1). |
| GRANT K | 08/13/07 | 2.70 | CONTINUE TO WORK ON SOLICITATION MOTION AND NOTICES (2.7). |
| GRANT K | 08/14/07 | 5.50 | CONTINUE TO WORK ON SOLICITATION PROCEDURES MOTION (3.2), DRAFT ORDER (1.8) & SUMMARY CHART (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GRANT K          08/15/07     11.70   CONTINUE TO WORK ON SOLICITATION
                                      PLEADINGS, INCLUDING BALLOTS, MOTION,
                                      PROPOSED ORDER, AND NOTICES (6.3);
                                      CONTINUED TO WORK ON REVISING PLAN AND
                                      DISCLOSURE STATEMENT (5.4).

GRANT K          08/16/07     13.60  REVIEW AND REVISE DISCLOSURE STATEMENT
                                      (12.4) AND EXHIBITS THERETO (1.2).

GRANT K          08/17/07     11.60  CONTINUE TO REVIEW AND REVISE
                                      DISCLOSURE STATEMENT (8.1), AND
                                      EXHIBITS THERETO (3.5).

GRANT K          08/20/07      7.10  CONFERENCE WITH D. UNRUE, T. BEHNKE, A.
                                      FRANKUM, RE: SOLICITATION (2.3);
                                      CONTINUE TO WORK ON SOLICITATION
                                      PLEADINGS AND NOTICES (3.8); CONTINUE
                                      TO WORK ON REVISIONS TO DISCLOSURE
                                      STATEMENT (1.0).

GRANT K          08/21/07      9.60  CONTINUE TO WORK ON SOLICITATION MOTION
                                      (3.1); AND EXHIBITS THERETO (6.5).

GRANT K          08/23/07      3.40  CONTINUE TO WORK ON REVISING DISCLOSURE
                                      STATEMENT   (3.4).

GRANT K          08/24/07     10.70  CONTINUE TO WORK ON REVISING DISCLOSURE
                                      STATEMENT FOR DISTRIBUTION (8.9);
                                      CONTINUE TO WORK ON SOLICITATION PAPERS
                                      (1.8).

GRANT K          08/26/07      6.40  CONTINUE TO WORK ON REVISING DISCLOSURE
                                      STATEMENT (6.4).

GRANT K          08/28/07      7.80  CONTINUE TO WORK ON SOLICITATION PAPERS
                                      (3.1); AND MEETING WITH FTI, KCC AND RR
                                      DONNELLY RE: SAME (2.5); REVIEW DRAFTS
                                      OF DISCLOSURE STATEMENT AND COMMENTS TO
                                      SAME (2.2).

GRANT K          08/29/07     10.30  TELECONFERENCE WITH A. FRANKUM RE: PLAN
                                      AND DISCLOSURE STATEMENT (0.5);
                                      CONTINUE TO  WORK ON REVISING
                                      SOLICITATION PLEADINGS, INCLUDING
                                      MOTION, ORDER, NOTICES AND BALLOTS
                                      (9.8).

GRANT K          08/30/07     10.90  CONTINUE TO WORK ON SOLICITATION
                                      PLEADINGS, BALLOTS AND NOTICES (10.9).

GRANT K          08/31/07     16.10  CONTINUE TO WORK ON DISCLOSURE
                                      STATEMENT, PLAN AND BOARD MATERIALS
                                      (14.8); CONTINUE TO WORK ON
                                      SOLICITATION AND SERVICE OF NOTICES
                                      (1.3).

                              183.60

GUZZARDO J       08/10/07      7.20  DRAFT SECTIONS OF THE DRAFT DISCLOSURE
                                      STATEMENT (7.2).

GUZZARDO J       08/11/07      4.20  RESEARCH AND DRAFTING OF DISCLOSURE
                                      STATEMENT SECTION (4.2).

GUZZARDO J       08/12/07      1.90  DRAFT AND EDIT OF DISCLOSURE STATEMENT
                                      SECTION (1.9).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GUZZARDO J        08/18/07      0.20   ATTENTION TO GATHERING OF MATERIALS FOR
                                       PREPARATION OF DISCLOSURE STATEMENT
                                       (0.2).

                                13.50

HALPER A          08/18/07      2.60   REVIEW AND REVISE DISCLOSURE STATEMENT
                                       (2.6).

HALPER A          08/20/07      3.40   REVIEW AND POR, DISCLOSURE STATEMENT
                                       AND DESCRIPTION OF NOTES (3.4).

                                 6.00

HARDIN AS         08/11/07      1.10   BEGIN DRAFTING SECTION OF DISCLOSURE
                                       STATEMENT RELATED TO GM SETTLEMENT
                                       DOCUMENTS (1.1).

HARDIN AS         08/12/07      3.20   DRAFT AND REVISE SECTIONS OF DISCLOSURE
                                       STATEMENT (3.2).

HARDIN AS         08/15/07      2.40   DRAFT AND REVISE SECTION OF DISCLOSURE
                                       STATEMENT (2.4).

HARDIN AS         08/24/07      2.50   WORKING GROUP EMAIL EXCHANGE RE:
                                       DISCLOSURE STATEMENT (0.4); REVIEW AND
                                       REVISE SAME (0.6); REVISE ADDITIONAL
                                       SECTION OF DISCLOSURE STATEMENT (1.5).

HARDIN AS         08/26/07      0.50   REVIEW AND REVISE DISCLOSURE STATEMENT
                                       (0.5).

HARDIN AS         08/29/07      0.70   REVIEW COMMENTS ON DISCLOSURE STATEMENT
                                       (0.7).

HARDIN AS         08/31/07      5.60   REVISE DISCLOSURE STATEMENT (5.1);
                                       WORKING GROUP EMAIL EXCHANGES RE: SAME
                                       (0.5).

                                16.00

HERRIOTT AV       08/07/07      1.70   REVIEW AND REVISE DRAFT OF DISCLOSURE
                                       STATEMENT (1.7).

HERRIOTT AV       08/08/07      4.70   REVIEW AND REVISE DISCLOSURE STATEMENT
                                       (4.7).

HERRIOTT AV       08/09/07      5.30   CONTINUE TO DRAFT, REVIEW, AND REVISE
                                       DISCLOSURE STATEMENT (5.3).

HERRIOTT AV       08/10/07     14.90   DRAFT SECTIONS, REVIEW, AND REVISE
                                       DISCLOSURE STATEMENT (14.9).

HERRIOTT AV       08/11/07      6.80   CONTINUE TO REVIEW AND REVISE
                                       DISCLOSURE STATEMENT (6.8).

HERRIOTT AV       08/12/07     11.90   REVIEW AND REVISE DISCLOSURE STATEMENT
                                       (11.9).

HERRIOTT AV       08/13/07      0.90   REVIEW AND REVISE DRAFT DISCLOSURE
                                       STATEMENT (0.9).

HERRIOTT AV       08/14/07      6.60   REVIEW AND REVISE DISCLOSURE STATEMENT
                                       (6.6).

HERRIOTT AV       08/15/07      5.00   REVIEW AND REVISE DISCLOSURE STATEMENT
                                       (5.0).

B43E

| HERRIOTT AV | 08/16/07 | 9.80 | REVIEW AND REVISE DISCLOSURE STATEMENT DRAFT FOR DISTRIBUTION TO KEY STAKEHOLDERS (9.8). |
|---|---|---|---|
| HERRIOTT AV | 08/17/07 | 10.40 | REVIEW, REVISE, AND FINALIZE DRAFT OF DISCLOSURE STATEMENT FOR DISTRIBUTION TO KEY STAKEHOLDERS (10.4). |
| HERRIOTT AV | 08/20/07 | 7.40 | REVIEW AND REVISE DRAFT DISCLOSURE STATEMENT (7.4). |
| HERRIOTT AV | 08/21/07 | 7.90 | CONTINUE TO REVIEW AND REVISE DISCLOSURE STATEMENT (7.9). |
| HERRIOTT AV | 08/22/07 | 8.40 | CONTINUE TO REVIEW AND REVISE DISCLOSURE STATEMENT, INCORPORATING COMMENTS FROM STAKEHOLDERS (8.4). |
| HERRIOTT AV | 08/23/07 | 4.50 | REVIEW AND REVISE DISCLOSURE STATEMENT, INCORPORATING COMMENTS FROM STAKEHOLDERS (4.5). |
| HERRIOTT AV | 08/24/07 | 8.10 | REVIEW AND REVISE DISCLOSURE STATEMENT IN PREPARATION FOR CIRCULATION TO CLIENT (8.1). |
| HERRIOTT AV | 08/26/07 | 4.50 | REVIEW AND REVISE DISCLOSURE STATEMENT (4.5). |
| HERRIOTT AV | 08/27/07 | 8.70 | REVIEW AND REVISE DRAFT DISCLOSURE STATEMENT FOR SECOND DISTRIBUTION TO KEY STAKEHOLDERS (8.7). |
| HERRIOTT AV | 08/28/07 | 8.00 | CONTINUE TO REVIEW AND REVISE DISCLOSURE STATEMENT, INCORPORATING STAKEHOLDER AND OTHER COMMENTS (5.8); FOLLOW UP FROM FRIDAY DISTRIBUTION AND PREPARATION FOR BOARD OF DIRECTORS DISTRIBUTION (2.2). |
| HERRIOTT AV | 08/29/07 | 13.90 | REVIEW AND REVISE DISCLOSURE STATEMENT INCLUDING REVISING FOR STAKEHOLDER COMMENTS (13.9). |
| HERRIOTT AV | 08/30/07 | 10.70 | REVIEW AND REVISE DISCLOSURE STATEMENT TO PREPARE IT FOR CIRCULATION TO THE BOARD OF DIRECTORS (10.7). |
| HERRIOTT AV | 08/31/07 | 15.40 | REVIEW AND REVISE DISCLOSURE STATEMENT FOR CIRCULATION TO BOARD OF DIRECTORS (14.2); PREPARE ADDITIONAL MATERIALS FOR CIRCULATION TO BOARD (1.2). |

**175.50**

| HOWE EJ | 08/03/07 | 0.40 | REVIEW DISCLOSURE STATEMENT AND PLAN LANGUAGE RE: SERP CLAIMS (0.4). |
|---|---|---|---|
| HOWE EJ | 08/29/07 | 0.90 | REVIEW AND REVISE SERP PROVISIONS IN DISCLOSURE STATEMENT (0.7); TELECONFERENCE WITH D. ALEXANDER RE: SAME (0.2). |
| HOWE EJ | 08/31/07 | 0.50 | REVISE SERP SECTION OF DISCLOSURE STATEMENT (0.3); EMAIL TO D. ALEXANDER RE: INTEREST RE: SERP CLAIMANTS (0.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|          |          | 1.80  |                                                                                                                                                                                                                                          |
|----------|----------|-------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| KOHUT RD | 08/29/07 | 1.90  | REVIEW AND COMMENT TO DISCLOSURE STATEMENT (1.9).                                                                                                                                                                                         |
|          |          | 1.90  |                                                                                                                                                                                                                                          |
| PARK YM  | 08/13/07 | 0.80  | REVIEW DISCLOSURE STATEMENT (0.8).                                                                                                                                                                                                        |
| PARK YM  | 08/14/07 | 1.70  | REVIEW DISCLOSURE STATEMENT (1.7).                                                                                                                                                                                                        |
| PARK YM  | 08/15/07 | 1.00  | DRAFT SECTION OF DISCLOSURE STATEMENT (1.0).                                                                                                                                                                                              |
| PARK YM  | 08/23/07 | 2.20  | REVIEW OF DISCLOSURE STATEMENT (2.2).                                                                                                                                                                                                     |
| PARK YM  | 08/24/07 | 1.00  | REVIEW OF DISCLOSURE STATEMENT (1.0).                                                                                                                                                                                                     |
| PARK YM  | 08/29/07 | 2.00  | REVISE DISCLOSURE STATEMENT RE: EXECUTIVE COMPENSATION (2.0).                                                                                                                                                                             |
|          |          | 8.70  |                                                                                                                                                                                                                                          |
| PERL MW  | 08/10/07 | 7.50  | PARTICIPATE IN WORKING GROUP MEETING RE: DRAFTING DISCLOSURE STATEMENT (0.5); DRAFT SECTIONS FOR INCLUSION IN DISCLOSURE STATEMENT, INCLUDING REVIEW OF VARIOUS EPCA DOCUMENTS (6.6); STRATEGIZE WITH WORKING GROUP RE: SAME (0.4).       |
| PERL MW  | 08/29/07 | 0.60  | REVIEW STEP PLAN AND DRAFT DISCLOSURE STATEMENT LANGUAGE FOR RESTRUCTURING TRANSACTIONS CONTEMPLATED BY PLAN (0.6).                                                                                                                       |
| PERL MW  | 08/30/07 | 10.80 | PREPARE FOR (0.3) AND PARTICIPATE IN (0.9) TELECONFERENCE WITH J. WHITSON, B. SPARKS AND WORKING GROUP RESTRUCTURING TRANSACTIONS; DRAFT NARRATIVE FOR DISCLOSURE STATEMENT IN CONNECTION WITH SAME (1.1); REVIEW AND REVISE SAME (1.2); REVIEW PRESENTATION IN CONNECTION WITH SAME (0.4); ASSIST WITH RESEARCH AND OTHER DISCLOSURE STATEMENT MATTERS (5.8); WORK ON CHART FOR INCLUSION IN DISCLOSURE STATEMENT (0.5); BEGIN REVIEW OF DISCLOSURE STATEMENT TO PROVIDE COMMENTS (0.4); COORDINATE WITH WORKING GROUP RE: COMPARISON OF PROVISIONS AGAINST PRECEDENT (0.2). |
| PERL MW  | 08/31/07 | 1.30  | REVIEW COMMENTS FORM B. SPARKS TO DISCLOSURE STATEMENT RIDER, INCLUDING REVIEW OF ORGANIZATIONAL CHART (0.4); TELECONFERENCE WITH B. SPARKS RE: SAME (0.2); REVISE DISCLOSURE STATEMENT RIDER AND CIRCULATE SAME (0.7).                  |

20.20

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PLATT SJ | 08/09/07 | 0.90 | REVIEW PRECEDENT DISCLOSURE STATEMENTS RE: TREATMENT OF FRACTIONAL SHARES (0.9). |
| PLATT SJ | 08/10/07 | 9.90 | PARTICIPATE IN WORKING GROUP MEETING (0.3); VERIFY FACTS IN DISCLOSURE STATEMENT AGAINST VARIOUS PUBLIC STATEMENTS (6.1); DRAFT DESCRIPTION OF RELATIONSHIPS WITH CUSTOMERS AND SUPPLIERS FOR INCLUSION IN DISCLOSURE STATEMENT (3.5). |
| PLATT SJ | 08/11/07 | 3.20 | CONTINUE TO VERIFY FACTS PRESENTED IN DISCLOSURE STATEMENT (3.2). |
| PLATT SJ | 08/12/07 | 4.60 | RESEARCH AND SUMMARIZE UNION AGREEMENT PROVISIONS FOR DISCLOSURE STATEMENT (4.6). |
| PLATT SJ | 08/20/07 | 0.80 | REVIEW DRAFT DISCLOSURE STATEMENT (0.8). |
| PLATT SJ | 08/21/07 | 2.40 | CONTINUE TO REVIEW DISCLOSURE STATEMENT (2.4). |
| PLATT SJ | 08/29/07 | 9.70 | REVIEW AND COMPILE SUBSTANTIVE COMMENTS FROM CLIENT AND STAKEHOLDERS TO DISCLOSURE STATEMENT (5.8); REVIEW AND REVISE INDEX AND GLOSSARY TO DISCLOSURE STATEMENT (3.9). |
| PLATT SJ | 08/30/07 | 7.30 | CONTINUE TO COMPILE COMMENTS TO DISCLOSURE STATEMENT (1.9); CONTINUE TO REVISE GLOSSARY AND DEFINED TERMS IN DISCLOSURE STATEMENT (5.4). |
| PLATT SJ | 08/31/07 | 8.90 | COMPILE CHART OF COMMENTS NOT INCORPORATED INTO DISCLOSURE STATEMENT (8.6); COORDINATE DISTRIBUTION OF DRAFT DISCLOSURE STATEMENT (0.3). |
| | | 47.70 | |
| SAMOLE RM | 08/16/07 | 2.70 | DRAFT GM WARRANTY SETTLEMENT SECTION (2.2); BEGIN DRAFTING AVOIDANCE ACTION RE: SOLICITATION PROCEDURES (0.5). |
| SAMOLE RM | 08/17/07 | 2.50 | DRAFT GM WARRANTY SECTION OF DISCLOSURE STATEMENT (2.5). |
| SAMOLE RM | 08/31/07 | 5.20 | REVISE SECTION RE: SETTLEMENT AGREEMENT (0.7); RESEARCH RE: WHAT CONSTITUTES SOLICITATION (4.1); DRAFT BRIEF SUMMARY OF SAME (0.4). |
| | | 10.40 | |
| STUART NL | 08/01/07 | 3.70 | REVIEW AND REVISE DISCLOSURE STATEMENT (3.7). |
| STUART NL | 08/02/07 | 1.20 | REVISE DISCLOSURE STATEMENT ORDER AND DELIVER TO CHAMBERS CONFERENCE (1.2). |
| STUART NL | 08/08/07 | 1.10 | REVIEW AND UPDATE DISCLOSURE STATEMENT (1.1). |

B43E

| STUART NL | 08/09/07 | 7.00 | INTERNAL WORKING GROUP MEETING ON DISCLOSURE STATEMENT (4.8); CONDUCT FOLLOW UP MEETINGS ON NECESSARY REVISIONS (2.2). |

STUART NL        08/10/07     15.70  REVIEW NOTES AND DRAFT ACTION PLAN FOR
                                     DISCLOSURE STATEMENT REVISIONS (1.5);
                                     INTERNAL STRATEGY SESSION RE:
                                     DISCLOSURE STATEMENT REVISIONS (0.5);
                                     REVIEW AND REVISE DISCLOSURE STATEMENT
                                     (12.4); PARTICIPATE IN CLAIMS MEETING
                                     RE: POR CLASSIFICATION AND VOTING
                                     (1.3).

STUART NL        08/11/07      6.30  REVIEW DISCLOSURE STATEMENT SECTIONS ON
                                     SUPPLIERS AND CUSTOMERS, BUSINESS PLAN,
                                     AND INTRODUCTION (1.2); REVISE
                                     DISCLOSURE STATEMENT (5.1).

STUART NL        08/12/07      8.50  REVIEW AND REVISE DISCLOSURE STATEMENT
                                     IN PREPARATION FOR AUGUST 13 INTERNAL
                                     DISTRIBUTION (8.5).

STUART NL        08/13/07      5.90  FINALIZE DISCLOSURE STATEMENT FOR
                                     DISTRIBUTION (2.5); REVIEW DISCLOSURE
                                     STATEMENT AND PREPARE FOR INTERNAL
                                     MEETINGS RE: SAME (3.4).

STUART NL        08/15/07     10.70  REVISE AND UPDATE DISCLOSURE STATEMENT
                                     (10.7).

STUART NL        08/16/07      9.50  DISCLOSURE STATEMENT INTERNAL STRATEGY
                                     DISCUSSION (2.2); REVISE DISCLOSURE
                                     STATEMENT (7.3).

STUART NL        08/18/07      1.20  REVIEW DISCLOSURE STATEMENT AND
                                     DISTRIBUTE RELATED DOCUMENTS (1.2).

STUART NL        08/20/07      6.20  COMPANY STRATEGY CALL ON POR VOTING
                                     (1.6); FOLLOW UP WITH FTI ON VOTING
                                     (0.6); INTERNAL DISCLOSURE STATEMENT
                                     MEETING (0.8); REVIEW GM SETTLEMENT
                                     DOCUMENTS TO BEGIN DRAFTING DISCLOSURE
                                     STATEMENT DISCUSSION (3.2).

STUART NL        08/21/07      6.10  REVIEW AND REVISE VARIOUS PORTIONS OF
                                     DISCLOSURE STATEMENT (6.1).

STUART NL        08/22/07      3.70  REVIEW AND REVISE DISCLOSURE STATEMENT
                                     (3.7).

STUART NL        08/23/07      4.90  REVIEW AND REVISE DISCLOSURE STATEMENT
                                     (4.9).

STUART NL        08/24/07      6.10  REVIEW AND REVISE DISCLOSURE STATEMENT
                                     FOR 8/24 DISTRIBUTION (4.5); FOLLOW UP
                                     ON VARIOUS DISCLOSURE STATEMENT RELATED
                                     MATTERS FOR MEETING ON 8/27 (1.6).

STUART NL        08/25/07      7.60  REVIEW AND REVISE VALUATION ANALYSIS
                                     FOR DISCLOSURE STATEMENT (1.4); REDRAFT
                                     MDL SECTION FOR DISCLOSURE STATEMENT
                                     (3.5); INTERNAL DISCUSSION RE: GM
                                     SETTLEMENT AGREEMENTS FOR DDS (0.6);
                                     REVISE MRA DISCUSSION FOR DISCLOSURE
                                     STATEMENT (2.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

STUART NL        08/26/07      8.40   INTERNAL DISCLOSURE STATEMENT MEETING
                                      (1.4); PREPARE MATERIALS FOR MEETING
                                      (1.6); DISCLOSURE STATEMENT REVISIONS
                                      AND REVIEW (5.4).

STUART NL        08/28/07      2.30   REVIEW COMMENTS TO DISCLOSURE STATEMENT
                                      (2.3).

STUART NL        08/29/07      9.40   REVIEW AND REVISE DISCLOSURE STATEMENT
                                      (5.1); REVIEW SOLICITATION MATERIALS
                                      (4.3).

STUART NL        08/30/07      5.80   TELECONFERENCE WITH J. WHITSON RE:
                                      DISCLOSURE STATEMENT COMMENTS (1.1);
                                      INTERNAL DISCUSSION RE: POR
                                      SOLICITATION AND CLAIMS ISSUES (0.4);
                                      DISCLOSURE STATEMENT REVIEW AND
                                      REVISIONS (4.3).

STUART NL        08/31/07      6.50   UPDATE AND REVIEW VARIOUS DISCLOSURE
                                      STATEMENT SECTIONS (5.4); COORDINATE
                                      DISTRIBUTIONS TO VARIOUS STAKEHOLDERS
                                      AND COMPANY (1.1).

                              **137.80**

WHARTON JN       08/03/07      0.40   REVIEW DRAFT OF DISCLOSURE STATEMENT
                                      RE: CLAIMS ADMINISTRATION PROCESS
                                      (0.4).

WHARTON JN       08/09/07      1.50   CONTINUE WORK ON DISCLOSURE STATEMENT
                                      RE: CLAIMS ADMINISTRATION PROCESS
                                      (1.5).

WHARTON JN       08/10/07      0.90   FORMULATE STRATEGY RE: DRAFTING OF
                                      DISCLOSURE STATEMENT (0.5); WORK ON
                                      SECTION OF DISCLOSURE STATEMENT RE:
                                      CLAIMS (0.4).

WHARTON JN       08/11/07      0.80   CONTINUE WORK ON RIDER TO DISCLOSURE
                                      STATEMENT RE: CLAIMS ADMINISTRATION
                                      PROCESS (0.8).

WHARTON JN       08/12/07      3.20   REVISE SECTION OF DISCLOSURE STATEMENT
                                      RE: CLAIMS ADMINISTRATION PROCESS
                                      (3.2).

WHARTON JN       08/27/07      1.00   REVISE SECTION OF DISCLOSURE STATEMENT
                                      DISCUSSING CLAIMS ADMINISTRATION
                                      PROCESS (0.7); REVIEW SOLICITATION
                                      PROCEDURES MOTION (0.3).

WHARTON JN       08/28/07      3.10   REVIEW DRAFT OF PLAN SOLICITATION
                                      MOTION (0.5); TELECONFERENCE WITH T.
                                      BEHNKE OF FTI, J. CUNIX AND J. DOHERTY
                                      OF RR DONNELLY, S. BETANCE OF KCC, RE:
                                      SOLICITATION PROCEDURES (1.5); MET WITH
                                      J. CUNIX OF RR DONNELLY RE: SOLICITATION
                                      ISSUES (0.4); ANALYZE BALLOTING ISSUES
                                      (0.2); DRAFT RIDER TO PLAN SOLICITATION
                                      MOTION (0.5).

WHARTON JN       08/31/07      1.20   RESEARCH CASE LAW RE: LIMITATIONS ON
                                      SOLICITATION EFFORTS (1.2).

                              **12.10**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Total Associate | | 734.50 | |
|---|---|---|---|
| DEMMA J | 08/21/07 | 3.60 | CREATE TABLE OF CONTENTS FOR SOLICITATION MOTION (1.4); UPDATE SOLICITATION MOTION (2.2). |
| DEMMA J | 08/22/07 | 6.30 | UPDATE SOLICITATION MOTION (2.2); PROOFREAD/EDIT/UPDATE SOLICITATION MOTION EXHIBITS (4.1). |
| | | 9.90 | |
| SHRAGO R | 08/20/07 | 0.30 | DELIVER DISCLOSURE STATEMENT BINDERS TO J. TANNENBAUM AT WEIL GOTSCHAL (0.3). |
| SHRAGO R | 08/21/07 | 1.80 | DISTRIBUTION OF DISCLOSURE STATEMENT BINDERS (1.8). |
| SHRAGO R | 08/27/07 | 2.00 | COORDINATE PLAN/DISCLOSURE STATEMENT (0.8); PREPARE FOR DISTRIBUTION OF PLAN/DISCLOSURE STATEMENTS (1.2). |
| | | 4.10 | |
| ZSOLDOS AF | 08/08/07 | 3.90 | DOCKET PULLS FOR REVIEW AT DISC. STMT. MEETING (0.5); UPDATE FEES AND EXPENSES SECTION OF DISCLOSURE STATEMENT (3.4). |
| ZSOLDOS AF | 08/17/07 | 1.20 | UPDATE DISCLOSURE STATEMENT DRAFT (1.2). |
| | | 5.10 | |
| Total Legal Assistant | | 19.10 | |
| WORSCHECK TM | 08/30/07 | 1.40 | PREPARE MATERIALS FOR DISCLOSURE STATEMENT REVIEW (1.4). |
| | | 1.40 | |
| Total Legal Assistant Support | | 1.40 | |

| TOTAL TIME | | 1,096.70 | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 09/30/07**
**Disclosure Statement / Voting Issues**                       **Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/21/07 | Copy Center, D | 0.60 |
| In-house Reproduction | 08/24/07 | Copy Center, D | 9.01 |
| In-house Reproduction | 08/31/07 | Copy Center, D | 80.79 |
| In-house Reproduction | 08/31/07 | Copy Center, D | 0.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$91.00** |
| Westlaw | 08/31/07 | Samole RM | 566.00 |
| | | **TOTAL WESTLAW** | **$566.00** |
| Reproduction - color | 08/01/07 | Copy Center, D | 25.00 |
| Reproduction - color | 08/22/07 | Copy Center, D | 18.50 |
| Reproduction - color | 08/28/07 | Copy Center, D | 189.50 |
| Reproduction - color | 08/31/07 | Copy Center, D | 195.00 |
| Reproduction - color | 08/31/07 | Copy Center, D | 180.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$608.00** |
| Vendor Hosted Telecon-ferencing | 08/10/07 | Teleconferencing Services, LLC | 15.04 |
| Vendor Hosted Telecon-ferencing | 08/21/07 | Teleconferencing Services, LLC | 14.20 |
| Vendor Hosted Telecon-ferencing | 08/24/07 | Teleconferencing Services, LLC | 0.90 |
| Vendor Hosted Telecon-ferencing | 08/24/07 | Teleconferencing Services, LLC | 1.86 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$32.00** |
| Out-of-Town Travel | 08/29/07 | Meisler RE | 87.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$87.00** |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 25.74 |
| Messengers/ Courier | 08/31/07 | Dist Serv/Mail/Page, D | 28.26 |
| | | **TOTAL MESSENGERS/ COURIER** | **$54.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Meals | 08/22/07 | Meisler RE | 44.61 |
| Out-of-Town Meals | 08/22/07 | Meisler RE | 5.33 |
| Out-of-Town Meals | 08/29/07 | Meisler RE | 5.06 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$55.00** |
| Print Images to Paper (from Electronic Media) | 08/20/07 | Copy Center, D | 29.09 |
| Print Images to Paper (from Electronic Media) | 08/20/07 | Copy Center, D | 4.35 |
| Print Images to Paper (from Electronic Media) | 08/21/07 | Copy Center, D | 16.44 |
| Print Images to Paper (from Electronic Media) | 08/22/07 | Copy Center, D | 6.12 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$56.00** |
| | | **TOTAL MATTER** | **$1,549.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                         **Bill Date: 10/31/07**
**Disclosure Statement / Voting Issues**                  **Bill Number: 1182831**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 09/01/07 | 1.20 | BEGIN TO REVIEW AND COMMENT ON FINAL FILING DRAFT OF DISCLOSURE STATEMENT (0.8); CONTINUE TO REVIEW SOLICITATIONS PROCEDURE MOTION AND DRAFT NOTICE (0.4). |
| BUTLER, JR. J | 09/03/07 | 3.10 | CONTINUE TO REVIEW AND COMMENT ON FILING VERSION OF DISCLOSURE STATEMENT (INCLUDING REVIEW AND CONSIDERATION OF KEY STAKEHOLDER COMMENTS) (2.7); CONTINUE TO REVIEW SOLICITATIONS PROCEDURES MOTION PLEADINGS (0.4). |
| BUTLER, JR. J | 09/04/07 | 2.10 | CONTINUE TO REVIEW AND COMMENT ON FILING VERSION OF DISCLOSURE STATEMENT (0.7); REVIEW AND COMMENT ON VARIOUS STAKEHOLDER COMMENTS TO SAME (INCLUDING GM, PLAN INVESTORS AND STATUTORY COMMITTEES) (0.6); CONTINUE TO REVIEW AND COMMENT ON SOLICITATIONS PROCEDURES MOTION PLEADINGS (0.6); FINALIZE DRAFT NOTICE AND MEMO RE: SERVICE OF NOTICE AND RELATED MATTERS (0.2). |
| BUTLER, JR. J | 09/05/07 | 2.20 | CONTINUE TO REVIEW AND REVISE DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES MOTION WITH DELPHI REPRESENTATIVES AT COMPANY IN TROY AND WITH WORKING GROUP IN PREPARATION FOR SEPTEMBER 6TH FILING (INCLUDING REVIEW AND EVALUATION OF KEY STAKEHOLDER COMMENTS) (2.2). |
| BUTLER, JR. J | 09/06/07 | 3.50 | REVIEW, FINALIZE AND FILE DISCLOSURE STATEMENT (3.3); PARTICIPATE IN ALL-HANDS DELPHI AND DS WORKING GROUP TELECONFERENCE CALL RE: SAME (0.2). |
| BUTLER, JR. J | 09/13/07 | 0.80 | REVIEW AND CONSIDER SUMMARY OF OPEN DS COMMENTS (0.8). |
| BUTLER, JR. J | 09/20/07 | 0.70 | CONTINUE TO CONSIDER OPEN DS COMMENTS (0.6); EMAIL FROM/TO J. ENGLAR RE: OCTOBER 3RD HEARING (0.1). |
| BUTLER, JR. J | 09/23/07 | 0.30 | EMAILS TO/FROM M. WEBER AND J. SHEEHAN RE: STATUS OF AND TIMING OF DISCLOSURE IN DISCLOSURE STATEMENT OF EMERGENCE EXECUTIVE COMPENSATION PROGRAM (0.3). |
| BUTLER, JR. J | 09/26/07 | 0.40 | CONTINUE TO PREPARE FOR OCTOBER 3RD HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: HEARING PREPARATION, ALTERNATIVE TIMELINE FOR COMPLETION OF HEARING BASED ON POR DISCUSSIONS AND RELATED MATTERS (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J   09/27/07   0.90   CONTINUE TO PREPARE FOR OCTOBER 3RD
HEARING BEFORE JUDGE DRAIN IN NEW YORK
BANKRUPTCY COURT RE: HEARING
PREPARATION, ALTERNATIVE TIMELINE FOR
COMPLETION OF HEARING BASED ON POR
DISCUSSIONS AND RELATED MATTERS
INCLUDING CONFERENCES WITH B.
ROSENBERG, D. ROSSNER, A. BRILLIANT AND
M. ETKIN (0.6); EMAILS FROM/TO A.
BRILLIANT, E. FOX, E. MOSER, D. ROSNER
RE: EXTENSION OF OBJECTION DEADLINES
(0.3).

BUTLER, JR. J   09/28/07   1.30   CONTINUE TO PREPARE FOR OCTOBER 3RD
HEARING BEFORE JUDGE DRAIN IN NEW YORK
BANKRUPTCY COURT RE: HEARING
PREPARATION, ALTERNATIVE TIMELINE FOR
COMPLETION OF HEARING (0.4); CONSIDER
MDL PLAINTIFFS' COMMENTS AND EXTENSION
REQUEST (0.2); REVIEW FILED OBJECTIONS
TO THE DISCLOSURE STATEMENT (0.5);
BEGIN TO REVIEW DRAFT SOLICITATION
PROCEDURES LETTER FROM E. KURTZMAN
(0.2).

                              16.50

FURFARO JP   09/04/07   2.30   REVIEW OF REVISIONS TO DISCLOSURE/POR
(2.3).

FURFARO JP   09/05/07   5.50   REVIEW OF DRAFT POR/REVISIONS (2.4);
REVIEW OF DRAFT DISCLOSURE
STATEMENT/REVISIONS (1.5); REVIEW OF
DRAFT INFORMATIONAL NOTICES/REVISIONS
(1.6).

FURFARO JP   09/06/07   2.90   REVIEW OF DRAFT DOCUMENTS FOR
FILING/REVISIONS (2.9).

                              10.70

HOGAN III AL   09/17/07   0.80   REVIEW DISCLOSURE STATEMENT COMMENTS
FROM MDL PLAINTIFFS (0.8).

HOGAN III AL   09/25/07   0.70   REVIEW AND DISCUSS WITH WORKING GROUP
DISCLOSURE STATEMENT ISSUES RAISED BY
MDL PLAINTIFFS (0.7).

HOGAN III AL   09/27/07   1.50   CONTINUE PROCESS OF ADDRESSING AND
ATTEMPTING TO RESOLVE CERTAIN
DISCLOSURE STATEMENT OBJECTIONS (1.5).

HOGAN III AL   09/30/07   2.20   CONFERENCE WITH WORKING GROUP RE:
PREPARATION FOR DISCLOSURE STATEMENT
OBJECTION RESPONSES, AND REVIEW OF SAME
(2.2).

                              5.20

MARAFIOTI KA   09/02/07   4.40   REVIEW AND REVISE SOLICITATION
PROCEDURES MOTION (3.4) AND ORDER
(1.0).

MARAFIOTI KA   09/03/07   0.70   REVIEW AND REVISE DISCLOSURE STATEMENT
NOTICE (0.4); WORK ON SOLICITATION
ISSUES (0.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA      09/04/07      0.20   CORRESPONDENCE RE: PLAN SOLICITATION
                                       ISSUES (0.2).

MARAFIOTI KA      09/05/07     13.10   CONSIDER DISTRIBUTION ISSUES (0.4);
                                       REVIEW AND REVISE NON-VOTING STATUS
                                       NOTICE (1.0) AND RELATED CORRESPONDENCE
                                       (0.2); WORK ON SOLICITATION ISSUES
                                       (1.2) AND DISTRIBUTION ISSUES (0.5);
                                       REVIEW AND REVISE DISCLOSURE STATEMENT
                                       (5.8); REVIEW AND REVISE NOTICE OF
                                       DISCLOSURE STATEMENT APPROVAL (0.3),
                                       NOTICE TO UNIMPAIRED CREDITORS (0.6)
                                       NOTICE OF CURE AMOUNT (0.5), NOTICE OF
                                       INTEREST RATE DETERMINATION (0.5), AND
                                       NOTICE OF TREATMENT OF RECLAMATION
                                       CLAIM (0.5); REVIEW AND REVISE
                                       BENEFICIAL OWNER BALLOT (0.8) AND
                                       MASTER BALLOT (0.8).

MARAFIOTI KA      09/06/07     11.50   FINAL REVIEW AND REVISION OF DISCLOSURE
                                       STATEMENT (9.9); FINAL REVIEW AND
                                       REVISION OF BALLOTS (1.0); WORK ON
                                       DISCLOSURE STATEMENT FILING ISSUES
                                       (0.6).

MARAFIOTI KA      09/11/07      0.90   CONSIDER BALLOTING AND SOLICITATION
                                       ISSUES (0.9).

MARAFIOTI KA      09/19/07      0.70   TELECONFERENCE FROM MICHAEL KESSLER
                                       (0.2) AND RELATED CORRESPONDENCE (0.1);
                                       WORK ON ISSUES RE: DISCLOSURE STATEMENT
                                       REVISIONS (0.4).

MARAFIOTI KA      09/28/07      0.30   CORRESPONDENCE RE: DISCLOSURE
                                       STATEMENT ISSUES (0.3).

MARAFIOTI KA      09/29/07      0.50   CORRESPONDENCE RE: MEET & CONFER FOR
                                       DISCLOSURE STATEMENT (0.1); BEGIN
                                       REVIEW OF OBJECTIONS (0.4).

MARAFIOTI KA      09/30/07      1.70   PREPARE FOR MEET AND CONFER ON
                                       DISCLOSURE STATEMENT OBJECTIONS (0.9);
                                       REVIEW OBJECTIONS TO DISCLOSURE
                                       STATEMENT (0.8).

                               34.00

MEISLER RE        09/04/07      1.10   REVIEW AND COMMENT ON SOLICITATION
                                       MOTION (0.4); TELECONFERENCE WITH RR
                                       DONNELLEY, J. SULLIVAN, T. BEHNKE, A.
                                       FRANKUM RE: SOLICITATION AND BALLOTING
                                       (0.7).

MEISLER RE        09/05/07      9.80   REVIEW AND REVISE RESTRUCTURING
                                       TRANSACTION SECTION OF DISCLOSURE
                                       STATEMENT (1.3); CONTINUE TO REVIEW AND
                                       COMMENT ON SOLICITATION MOTION (5.6),
                                       ORDER (1.7), AND NOTICES (1.1); PREPARE
                                       CORRESPONDENCE TO BUYERS RE:
                                       SOLICITATION (0.1).

MEISLER RE        09/06/07      9.80   REVIEW AND DISCLOSURE STATEMENT (1.5);
                                       CONTINUE TO REVIEW AND FINALIZE
                                       SOLICITATION MOTION (6.8) AND ORDER
                                       (1.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 09/07/07 | 0.40 | REVIEW AND CONSIDER CORRESPONDENCE RE: FULFILLMENT OF SOLICITATION (0.4). |
|---|---|---|---|

MEISLER RE      09/10/07      0.50   REVIEW AND RESPOND TO CORRESPONDENCE
                                     RE: SOLICITATION (0.5).

MEISLER RE      09/11/07      4.40   TELECONFERENCE WITH D. UNRUE, A.
                                     FRANKUM, T. BEHNKE, S. BETANCE RE:
                                     SOLICITATION MOTION (4.4).

MEISLER RE      09/12/07      0.10   TELECONFERENCE WITH D. SHERBIN RE:
                                     SOLICITATION (0.1).

MEISLER RE      09/17/07      0.30   REVIEW AND COMMENT ON SOLICITATION
                                     MOTION (0.3).

MEISLER RE      09/18/07      1.50   TELECONFERENCE WITH FTI AND D. UNRUE RE:
                                     SOLICITATION (1.3); NOTES TO FILE
                                     (0.2).

MEISLER RE      09/19/07      2.10   REVIEW AND COMMENT ON MDL SOLICITATION
                                     (0.6); CONTINUE TO REVIEW AND CONSIDER
                                     SOLICITATION (0.1); ANALYSIS RE:
                                     UPCOMING OBJECTIONS (0.8); PREPARE FOR
                                     DISCLOSURE STATEMENT HEARING (0.4);
                                     REVIEW WGM EMAIL RE: COMMENTS TO
                                     SOLICITATION ORDER (0.2).

MEISLER RE      09/20/07      2.80   REVIEW AND COMMENT ON SOLICITATION
                                     MOTION, INCLUDING REVIEW COMMENTS FROM
                                     GM (0.8) AND CONSIDER ADDITIONAL
                                     NOTICES TO BE DRAFTED (0.5); REVIEW
                                     TREATMENT OF CONTINGENT CLAIMS RE:
                                     SOLICITATION (0.4); CONTINUE PREPARING
                                     FOR SOLICITATION HEARING (0.4); REVIEW
                                     AND REVISE SOLICITATION PROCEDURES
                                     ORDER PER COMMENTS FROM H. BAER RE:
                                     OVERLAP BETWEEN RECLAMATION AND
                                     SOLICITATION (0.5); REVIEW ENTERED
                                     ORDER RE: FBG (0.2).

MEISLER RE      09/21/07      0.30   CONFERENCE WITH T. BEHNKE RE:
                                     SOLICITATION (0.3).

MEISLER RE      09/24/07      0.20   CONFERENCE WITH T. BEHNKE RE:
                                     RECONCILIATION BETWEEN SOLICITATION
                                     AND ESTIMATION MOTION (0.2).

MEISLER RE      09/25/07      2.50   CONTINUE TO REVIEW AND WORK THROUGH
                                     ISSUES RE: SOLICITATION ORDER (1.2);
                                     CONFERENCE WITH G. PANAGAKIS RE:
                                     SOLICITATION (0.3); REVIEW AND RESPOND
                                     TO CORRESPONDENCE RE: EXTENSION OF DS
                                     OBJECTION DEADLINE (0.1); REVIEW
                                     TIMELINE RE: DISCLOSURE STATEMENT TO
                                     EMERGENCE (0.5); DRAFT CORRESPONDENCE
                                     RE: SOLICITATION AND COMMENTS FROM GM
                                     (0.1); REVIEW AND RESPOND TO
                                     CORRESPONDENCE FROM L. WILLIAMS RE:
                                     HONDA INQUIRY RE: DISCLOSURE STATEMENT
                                     NOTICE (0.3).

MEISLER RE      09/26/07      1.50   BEGIN PLANNING FOR DISCLOSURE STATEMENT
                                     HEARING (1.0); CONTINUE TO REVIEW AND
                                     CONSIDER SOLICITATION MATTERS (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 09/27/07 | 1.60 | PARTICIPATE ON TELECONFERENCE WITH D. UNRUE AND FTI RE: SOLICITATION (1.0); FOLLOW UP ON SAME (0.6). |
| MEISLER RE | 09/28/07 | 2.20 | BEGIN PLANNING FOR DISCLOSURE STATEMENT RESPONSE (0.7); BEGIN TO REVIEW REVISED SOLICITATION ORDER (0.4); REVIEW OBJECTIONS TO DISCLOSURE STATEMENT (0.8); REVIEW AND CONSIDER 3018 MOTION (0.3). |
| MEISLER RE | 09/29/07 | 0.40 | DRAFT CORRESPONDENCE TO J. CUNIX RE: SOLICITATION (0.1); REVIEW COMMENTS RECEIVED FROM STAKEHOLDERS RE: DISCLOSURE STATEMENT ISSUES (0.3). |
| | | **41.50** | |
| PANAGAKIS GN | 09/01/07 | 0.70 | REVIEW DISCLOSURE STATEMENT (0.7). |
| PANAGAKIS GN | 09/02/07 | 2.20 | REVIEW AND COMMENT ON PORTIONS OF DISCLOSURE STATEMENT (1.8); REVIEW RECENT PRECEDENT (0.4). |
| PANAGAKIS GN | 09/03/07 | 3.50 | CONTINUE TO REVIEW AND REVISE DISCLOSURE STATEMENT AND REVIEW OF STAKEHOLDER COMMENTS (3.5). |
| PANAGAKIS GN | 09/04/07 | 2.90 | REVIEW AND REVISE DISCLOSURE STATEMENT (2.9). |
| PANAGAKIS GN | 09/06/07 | 4.80 | CONTINUED REVIEW, REVISION AND DISCUSSIONS WITH STAKEHOLDERS AND COMPANY REPRESENTATIVES RE: DISCLOSURE STATEMENT PRIOR TO FILING (4.8). |
| PANAGAKIS GN | 09/07/07 | 2.00 | CONSIDER DISCLOSURE STATEMENT HEARING AND SOLICITATION MATTERS (2.0). |
| PANAGAKIS GN | 09/10/07 | 1.80 | REVIEW SOLICITATION ISSUES IN CONNECTION WITH NEXT DAY CALL (0.8); REVIEW COMMENTS RECEIVED TO DISCLOSURE STATEMENT (1.0). |
| PANAGAKIS GN | 09/11/07 | 1.50 | ADDRESS SOLICITATION PROCEDURES ISSUES (0.7); REVIEW OF COMMENTS TO DISCLOSURE STATEMENT (0.8). |
| PANAGAKIS GN | 09/12/07 | 0.50 | CONSIDER UAW SOLICITATION ISSUES (0.5). |
| PANAGAKIS GN | 09/14/07 | 0.80 | REVIEW AND COMMENT ON SOLICITATION LETTER (0.8). |
| PANAGAKIS GN | 09/17/07 | 1.00 | REVIEW REQUESTED CHANGES TO DISCLOSURE STATEMENT (1.0). |
| PANAGAKIS GN | 09/19/07 | 2.60 | REVIEW AND RESPOND TO COMMENTS RECEIVED FROM STAKEHOLDERS TO DISCLOSURE STATEMENT AND SOLICITATION ORDER (1.8); TELECONFERENCE WITH COMMITTEE COUNSEL (0.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| PANAGAKIS GN | 09/20/07 | 3.90 | CONTINUE REVIEW OF COMMENTS TO DISCLOSURE STATEMENT (0.6); TELECONFERENCE WITH A. BRILLIANT (0.8); CONSIDERATION OF ISSUES RAISED (1.0); REVIEW RESEARCH AND PRECEDENT RE: SAME (1.5). |
| PANAGAKIS GN | 09/21/07 | 1.30 | REVIEW COMMITTEE COMMENTS TO DISCLOSURE STATEMENT (0.8); REVIEW MDL PLAINTIFF COMMENTS TO DISCLOSURE STATEMENT (0.5). |
| PANAGAKIS GN | 09/24/07 | 1.00 | REVIEW ISSUES RE: DISCLOSURE STATEMENT (1.0). |
| PANAGAKIS GN | 09/25/07 | 1.40 | REVIEW ADDITIONAL COMMENTS TO SAME (1.0); TELECONFERENCES RE: SAME (0.4). |
| PANAGAKIS GN | 09/26/07 | 1.30 | REVIEW PROPOSED CHANGES TO DISCLOSURE STATEMENT (1.3). |
| PANAGAKIS GN | 09/27/07 | 2.20 | RESPOND TO INQUIRIES RE: VARIOUS CREDITORS RE: DISCLOSURE STATEMENT ISSUES (1.0); WORK ON MDL ISSUES RE: SAME (1.2). |
| PANAGAKIS GN | 09/28/07 | 2.00 | WORK ON MDL ISSUES RE: DISCLOSURE STATEMENT (1.0); CONSIDER RELATED MATTERS (1.0). |
| PANAGAKIS GN | 09/29/07 | 1.50 | REVIEW DISCLOSURE STATEMENT OBJECTIONS AND PREPARE FOR NEXT DAY HEARING MATTERS (1.5). |
| PANAGAKIS GN | 09/30/07 | 2.20 | CONTINUE ANALYSIS OF DISCLOSURE STATEMENT OBJECTIONS AND RESPONSE TO SAME (2.2). |
| | | 41.10 | |
| **Total Partner** | | **149.00** | |
| MATZ TJ | 09/03/07 | 0.30 | REVIEW AND COMMENT ON GM COMMENTS TO DISCLOSURE STATEMENT (0.3). |
| MATZ TJ | 09/04/07 | 3.90 | CONTINUE REVIEW AND COMMENT ON DISCLOSURE STATEMENT (3.9). |
| MATZ TJ | 09/05/07 | 2.10 | COMPLETE REVIEW AND COMMENT ON 8/31 DRAFT OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION (1.7); REVIEW AND COMMENT ON UNION INFORMATIONAL NOTICES RE: SOLICITATION (0.4). |
| MATZ TJ | 09/07/07 | 1.30 | DISCUSSIONS WITH CHAMBERS RE: FILINGS, DISCLOSURE STATEMENT HEARING SCHEDULE (1.3). |
| MATZ TJ | 09/10/07 | 0.90 | ANSWER AND FIELD CALLS FROM RECIPIENTS OF SOLICITATION NOTICE (0.6); REVIEW F. FRANK SOLICITATION MATTERS (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 09/11/07 | 1.50 | DISCUSSION WITH B. STEINGART RE: DISCLOSURE STATEMENT COMMENTS (0.3); REVIEW UAW COMMENTS RE: SOLICITATION (0.2); MEETING WITH B. CECCOTTI RE: SAME (0.3); TELECONFERENCE WITH FORM B. CECCOTTI RE: UAW SOLICITATION NOTICE (0.3); ASSISTING WITH ORGANIZING CALL RESPONSES RE: SOLICITATION MATTERS (0.4). |
|---------|----------|------|-------------|
| MATZ TJ | 09/12/07 | 1.20 | REVIEW AND COMMENT ON PLAN INFORMATIONAL NOTICE TO UAW MEMBERS (0.6); FURTHER REVIEW AND REVISIONS TO UAW NOTICE AND OTHER UNION NOTICES (0.6). |
| MATZ TJ | 09/14/07 | 0.40 | TELECONFERENCE WITH U.S. TRUSTEE RE: SOLICITATION PROCEDURES (0.4). |
| MATZ TJ | 09/18/07 | 0.70 | TELECONFERENCE WITH U.S. TRUSTEE RE: DISCLOSURE STATEMENT, SOLICITATION PROCEDURES (0.5); CORRESPONDENCE WITH B. CECCOTTI RE: SOLICITATION NOTICES (0.2). |
| MATZ TJ | 09/24/07 | 0.20 | TELECONFERENCE WITH B. CECCOTTI RE: USW INFORMATION SOLICITATION NOTICE (0.2). |
| MATZ TJ | 09/28/07 | 1.00 | REVIEWING OBJECTIONS TO DISCLOSURE STATEMENT (1.0). |
|         |          | **13.50** | |
| RAMLO K | 09/02/07 | 2.40 | CORRESPONDENCE WITH J. SULLIVAN RE: REVIEW OF DISCLOSURE STATEMENT (0.2); REVIEW STRATEGY ON SOLICITING SECURITIES CLAIMANTS (0.5); FURTHER REVISIONS TO SOLICITATION PROCEDURES MOTION (1.7). |
| RAMLO K | 09/03/07 | 9.90 | CORRESPONDENCE AND TELECONFERENCES WITH J. SULLIVAN AND SOLICATION PROCEDURES AND MOTION (1.2); CORRESPONDENCE FROM T. BEHNKE RE: SAME (0.4); CORRESPONDENCE WITH E. GERSHBEIN RE: VOTING DEADLINE (0.1); REVIEW REVISED PLAN AND DISCLOSURE STATEMENT, REVIEW COMMENTS ON DRAFT SOLICITATION MOTION, ANALYSIS RE: VOTING CLASSES, WORK ON ISSUES LIST, AND REVISE MOTION, BALLOTS, AND RELATED NOTICES (8.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAMLO K          09/04/07    12.70   FINALIZE NOTICE OF DISCLOSURE STATEMENT
                                     HEARING NOTICE, CORRESPONDENCE WITH D.
                                     SHERBIN RE: SAME, AND FORWARD SAME TO
                                     FINANCIAL BALLOTING GROUP AND KURTZMAN
                                     CARSON CONSULTANTS FOR PRINTING (0.5);
                                     RESEARCH AND STRATEGY ON DISCLOSURE
                                     STATEMENT SCHEDULE AND OBJECTION,
                                     VOTING, AND TREATMENT ELECTION
                                     DEADLINES (1.1); TELECONFERENCES WITH
                                     J. SULLIVAN AND D. HARTIE RE: NOTICE OF
                                     HEARING, SERVICE THEREOF, AND
                                     COLLECTING INFORMATION ON REGISTERED
                                     HOLDERS OF SECURITIES (0.3);
                                     CORRESPONDENCE WITH M. WILLIAMS RE:
                                     LATTER (0.1); REVIEW DELPHI
                                     CORRESPONDENCE TO TRANSFER AGENT AND
                                     VARIOUS RECORD HOLDERS (0.1);
                                     TELECONFERENCE WITH J. DOHERTY, J.
                                     SULLIVAN, T. BEHNKE, RE: BALLOTS (0.7);
                                     TELECONFERENCE AND CORRESPONDENCE WITH
                                     E. GERSHBEIN RE: PUBLICATION NOTICE AND
                                     DISCLOSURE STATEMENT HEARING SERVICE
                                     (0.2); CORRESPONDENCE WITH D. SHERBIN
                                     RE: SAME (0.1); REVIEW COMMENTS TO AND
                                     REVISE SOLICITATION MOTION AND ALL
                                     EXHIBITS (7.9); REVISE UPDATED
                                     DISCLOSURE OF EXECUTIVE COMPENSATION
                                     MATTERS (1.7).

RAMLO K          09/05/07    11.10   REVIEW TIMELINE AND PRESENTATION FROM
                                     T. BEHNKE (0.2); ANALYSIS RE:
                                     SOLICITATION SCHEDULE AND DISTRIBUTION
                                     OF NOTICE OF NON-VOTING STATUS (0.1);
                                     FURTHER REVISIONS TO CONFIRMATION
                                     NOTICES (0.6); CONFERENCE WITH J.
                                     SULLIVAN, T. BEHNKE, A. FRANKUM, E.
                                     WEBER RE: SOLICITATION CLASSIFICATION
                                     PROCESS (1.7); TELECONFERENCE WITH E.
                                     GERSHBEIN RE: SERVICE OF DISCLOSURE
                                     STATEMENT HEARING NOTICE (0.2);
                                     TELECONFERENCE WITH T. BEHNKE RE:
                                     SOLICITATION PROCESS (0.1); ANALYSIS
                                     RE: SERVICE ISSUES (0.2); CONTINUE
                                     ANALYSIS AND REVISIONS TO SOLICATION
                                     MOTION, PROPOSED ORDER, AND RECLAMATION
                                     NOTICE (6.2); FURTHER REVISIONS AND
                                     UPDATING OF EXECUTIVE COMPENSATION
                                     DISCLOSURE (1.8).

RAMLO K          09/06/07     9.90   REVIEW AND COMMENT ON MULTIPLE
                                     REVISIONS OF SOLICATION MOTION,
                                     PROPOSED ORDER, NOTICES, AND BALLOTS
                                     (8.1); REVIEW PRESS RELEASE ON DEAL WITH
                                     GM AND PLAN OF REORGANIZATION (0.3);
                                     TELECONFERENCES AND CORRESPONDENCE
                                     WITH J. SULLIVAN AND E. GERSHBEIN RE:
                                     MAILING OF NOTICE OF DISCLOSURE
                                     STATEMENT HEARING (0.6);
                                     TELECONFERENCES WITH T. BENCKE RE:
                                     BALLOT PRODUCTION AND TABULATION ISSUES
                                     (0.7); CORRESPONDENCE FROM J. CUNIX RE:
                                     CD PRODUCTION (0.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| RAMLO K | 09/07/07 | 0.60 | CORRESPONDENCE WITH J. SULLIVAN AND E. GERSHBEIN RE: DISTRIBUTION OF DISCLOSURE STATEMENT HEARING NOTICE (0.4); REVIEW DRAFT AFFIDAVIT OF SERVICE (0.2). |
|---|---|---|---|
| RAMLO K | 09/10/07 | 0.20 | CORRESPONDENCE FROM T. BEHNKE RE: SOLICATION PROCESS (0.1); CORRESPONDENCE FROM J. DOHERTY TO CD PRODUCTION SCHEDULE (0.1). |
| RAMLO K | 09/11/07 | 5.40 | WORKING GROUP CALL WITH D. UNRUE, FTI (T. BEHNKE, ET AL.), AND KCC (E. GERSHBEIN, ET AL.) RE: SOLICITATION PLANNING, STAFFING, PROCESS, AND ANALYSIS (4.4); REVISIONS TO SOLICITATION ORDER (0.1); REVIEW GM WARRANTY SETTLEMENT AND EFFECT ON VOTING UNDER PLAN (0.2); REVIEW COPIES OF PUBLISHED DISCLOSURE STATEMENT HEARING NOTICES AND CORRESPONDENCE WITH E. GERSHBEIN RE: RE-PUBLISHING (0.5); ANALYSIS RE: BALLOTS FOR UNIONS (0.2). |
| RAMLO K | 09/12/07 | 2.80 | CORRESPONDENCE WITH J. SULLIVAN RE: SERVICE OF HEARING NOTICE AND CD PRODUCTION SCHEDULE (0.1); REVIEW MATERIALS ON DISPOSITION OF UNION-RELATED CLAIMS AND VOTING (0.2); REVIEW AND COMMENT ON REVISED CONFIRMATION HEARING NOTICES TO UNION MEMBERS (0.3); TELECONFERENCE WITH D. UNRUE, T. BEHNKE AND A. FRANKUM RE: IDENTIFYING CONTINGENT CLAIMS (0.4); TELECONFERENCE WITH D. UNRUE, T. BEHNCKE, RE: CLASSIFYING MDL-RELATED CLAIMS FOR VOTING PURPOSES (1.0); FURTHER WORK ON SOLICATION LOGISTICS AND OPEN ISSUES (0.8). |
| RAMLO K | 09/13/07 | 1.10 | CORRESPONDENCE WITH J. SULLIVAN AND KCC RE: BALLOTS (0.5); CORRESPONDENCE FROM T. BEHNKE, E. GERSHBEIN, J. DOHERTY AND C. ZINK RE: W-9'S AND W-8'S (0.2); CORRESPONDENCE FROM T. BEHNKE TO SCHEDULE SOLICITATION-RELATED WORKING GROUP CALLS (0.2); REVISE FBG AFFIDAVIT OF SERVICE (0.2). |
| RAMLO K | 09/14/07 | 1.80 | REVIEW SUMMARY OF CALLS ON SOLICATION PROCEDURES MOTION (0.1); WORK ON OPEN SOLICATION PROCEDURES ISSUES LIST (0.2); CORRESPONDENCE WITH J. SULLIVAN AND E. GERSHBEIN RE: AFFIDAVITS OF SERVICE OF DISCLOSURE STATEMENT HEARING NOTICE AND REVISIONS THERETO (0.2); TELECONFERENCES WITH J. SULLIVAN RE: SOLICITATION OF TOPRS (0.5); CORRESPONDENCE WITH J. SULLIVAN RE: DISCLOSURE STATEMENT AND PLAN (0.2); TELECONFERENCE WITH E. GERSHBEIN RE: SERVICE ISSUES (0.2); REVIEW SUMMARY OF OF TOPRS SECURITIES (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAMLO K          09/17/07      0.90   ANALYSIS RE: EVIDENTIARY REQUIREMENTS
                                      FOR DISCLOSURE STATEMENT HEARING (0.5);
                                      WORK ON LOGISTICS OF BALLOT AND CD
                                      PRODUCTION AND DISTRIBUTION (0.4).

RAMLO K          09/18/07      1.90   CORRESPONDENCE WITH T. BENCKE AND J.
                                      SULLIVAN RE: BALLOTS (0.4); WORKING
                                      GROUP CALL AMONG DELPHI (D. UNRUE), FTI
                                      (T. BEHNKE, A. FRANKUM, E. WEBER), KCC
                                      (E. GERSHBEIN, C. SCHEPPER) RE:
                                      PREPARING FOR SOLICITATION PROCESS
                                      (1.1); REVIEW AND COMMENT ON CONTENT AND
                                      DESIGN OF CD LABEL (0.3);
                                      TELECONFERENCE WITH E. GERSHBEIN RE:
                                      SERVICE ISSUES (0.1).

RAMLO K          09/19/07      7.00   TELECONFERENCE WITH J. SULLIVAN AND D.
                                      HARTIES RE: SERVICE ISSUES AND
                                      REVISIONS TO BALLOTS (0.4); ANALYSIS
                                      RE: NOTICE TO JOINT VENTURE PARTNERS AND
                                      OTHER PARTIES WITH INTEREST IN AN
                                      AFFILIATE DEBTOR (0.2);
                                      TELECONFERENCES WITH E. GERSHBEIN RE:
                                      COLLECTING NOTICE LISTS, UNION SERVICE
                                      LISTS, AND REDACTING DIRECTOR
                                      RESIDENTIAL ADDRESSES (1.1); REVIEW AND
                                      ANALYZE UNION AND LITIGATION NOTICE
                                      LISTS (1.3); CORRESPONDENCE FROM T.
                                      BEHNKE RE: CONTINGENT CLAIMS (0.2);
                                      REVIEW MOUS AND ANALYSIS RE: VOTING BY
                                      UNIONS AND NOTICE TO UNION-RELATED
                                      PARTIES (0.8); REVIEW PLAN AND
                                      DISCLOSURE STATEMENT AND ANALYZE VOTING
                                      BY VARIOUS CLASSES OF CLAIMS (2.1);
                                      ANALYSIS RE: VOTING SPLITTING AND
                                      NUMEROSITY ISSUES (0.5);
                                      CORRESPONDENCE FROM T. BEHNKE AND C.
                                      SCHEPPER RE: TRANSFER OF CLAIMS (0.2);
                                      CORRESPONDENCE FROM C. SCHEPPER RE:
                                      SOLICATION CALL CENTER (0.1);
                                      CORRESPONDENCE FROM T. BEHNKE RE:
                                      CONTROL LOG FILE (0.1).

RAMLO K          09/20/07      7.70   ANALYSIS RE: VOTING BY GM (0.3); REVIEW
                                      SOLICITATION ISSUES LIST TO PREPARE FOR
                                      CALL (1.4); SOLICITATION WORKING GROUP
                                      CALL (1.3); ANALYZE COMMENTS ON
                                      PROPOSED SOLICITATION ORDER FROM M.
                                      KESSLER AND REVISE ORDER AND
                                      CONFIRMATION HEARING RE: SAME (1.5);
                                      TELECONFERENCE WITH M. KESSLER RE: SAME
                                      (0.1); CORRESPONDENCE TO M. KESSLER RE:
                                      SAME (0.8); TELECONFERENCE WITH E.
                                      GERSHBEIN RE: DISCLOSURE STATEMENT
                                      HEARING NOTICE SERVICE LIST (0.2);
                                      REVIEW AND REVISE PROPOSED ORDER (1.1);
                                      REVISE UNION BALLOT RECIPIENT LIST
                                      (0.2); ANALYSIS RE: EMPLOYEES ENTITLED
                                      TO VOTE (0.2); CORRESPONDENCE WITH C.
                                      SCHEPPER RE: CLAIMS TRADING AND RECORD
                                      DATE (0.3); ANALYSIS RE: PRODUCTION
                                      NEEDS FOR SOLICATION (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAMLO K        09/21/07    4.70  FURTHER ANALYSIS RE: NOTICE AND VOTING
                                 BY UNIONS (0.2); REVIEW MATERIALS ON
                                 TOPRS AND POSTPETITION LIQUIDATION OF
                                 TRUSTS (0.2); REVIEW CHANGES TO
                                 RECLAMATION PROCEDURES (0.2); REVIEW
                                 HOTLINE SCRIPT FOR PRE-SOLICITATION
                                 PERIOD (0.4); TELECONFERENCE WITH C.
                                 SCHEPPER, R. EDWARDS, T. BEHNKE, RE:
                                 COMMUNICATIONS SCHEME (SCRIPTS,
                                 HOTLINE, WEBSITE) DURING SOLICITATION
                                 (0.5); REVISE DRAFT HOTLINE SCRIPT
                                 (0.5); ANALYSIS RE: NOTICE OF RELEASE
                                 PROVISIONS, TO ADDITIONAL NOTICE
                                 PARTIES, AND TO CLAIMS TRADERS RE:
                                 RECLAMATION (1.2); CORRESPONDENCE FORM
                                 T. BEHNKE RE: CONTINGENT CLAIMS (0.2);
                                 CORRESPONDENCE WITH T. BEHNKE RE:
                                 CLASSIFYING CLAIMS (0.1); ANALYSIS RE:
                                 TOPRS BALLOTING (0.8); CORRESPONDENCE
                                 WITH J. SULLIVAN RE: HOTLINE SCRIPT
                                 (0.2); ANALYSIS RE: VOTING BY HOLDERS OF
                                 ESTIMATED CLAIMS (0.2).

RAMLO K        09/23/07    1.60  REVIEW CORRESPONDENCE AND MATERIALS ON
                                 SOLICATION AND UPDATE OPEN ISSUES LIST
                                 (1.6).

RAMLO K        09/24/07    6.40  CORRESPONDENCE WITH M. KESSLER RE:
                                 REVISIONS TO SOLICITATION ORDER AND
                                 NOTICES (0.2); CORRESPONDENCE WITH D.
                                 HARTIE RE: DIRECTOR ADDRESSES (0.2);
                                 REVIEW DRAFT NOTICES RE: W-9'S,
                                 ADDITIONAL NOTICE PARTIES, AND NOTICES
                                 RE: CURE CLAIMS TO NON-CONTRACT PARTY
                                 HOLDERS OF CLAIMS (0.4)); ANALYSIS RE:
                                 PBGC CLAIMS FOR VOTING PURPOSES (0.3);
                                 ANALYSIS RE: ESTIMATION MOTION AND
                                 CORRESPONDENCE WITH T. BEHNKE RE: SAME
                                 (0.3); CORRESPONDENCE WITH E. GERSHBEIN
                                 RE: PUBLICATION NOTICE AND SERVICE
                                 ISSUES (0.2); SOLICITATION WORKING
                                 GROUP CALL (D. UNRUE, T. BEHNKE, A.
                                 FRANKUM) RE: MDL NOTICING AND VOTING
                                 (0.3); CONFERENCE WITH T. BEHNKE RE:
                                 NOTICING TO OTHER INTERESTS UNDER PLAN
                                 (0.2); RESEARCH AND ANALYSIS RE: CLAIMS
                                 AND INTERESTS THAT FALL UNDER OTHER
                                 INTERESTS (2.3); TELECONFERENCE WITH J.
                                 SULLIVAN AND D. HARTIE BALLOTS AND
                                 SERVICE ISSUES (0.2); TELECONFERENCE
                                 WITH T. BEHNKE RE: RESTRICTED STOCK
                                 UNITS AND STOP OPTIONS (0.7);
                                 CORRESPONDENCE WITH E. GERSHBEIN AND D.
                                 HARTIE RE: SERVICE OF DISCLOSURE
                                 STATEMENT HEARING NOTICE (0.3);
                                 ANALYSIS RE: VOTING RIGHTS OF PBGC
                                 (0.3); FURTHER REVIEW OF DISCLOSURE
                                 STATEMENT RE: TREATMENT OF TAXES (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAMLO K        09/25/07    10.50    CORRESPONDENCE WITH D. HARTIE RE:
                                    SERVICE (0.2); FURTHER ANALYSIS RE:
                                    DISTRIBUTION OF W-9'S (0.2);
                                    CORRESPONDENCE WITH J. SULLIVAN RE:
                                    PRODUCTION OF BALLOTS (0.2);
                                    TELECONFERENCE WITH E. GERSHBEIN RE:
                                    DISTRIBUTION OF W-9'S (0.2); PREPARE
                                    FOR SOLICITATION WORKING GROUP CALL
                                    (1.0); ANALYSIS RE: VOTING AND
                                    ENVIRONMENTAL CLAIMS (0.3);
                                    SOLICITATION WORKING GROUP CALL (D.
                                    UNRUE, T. BEHNKE, A. FRANKUM, E. WEBER,
                                    E. GERSHBEIN, C. SCHEPPER) (1.3);
                                    PRODUCTION MATRIX WORKING GROUP CALL
                                    (T. BENKE, A. FRANKUM) (1.7); REVISIONS
                                    TO SOLICITATION ORDER AND NOTICES
                                    (3.8); ANALYSIS RE: CLAIMS TRADING
                                    PRACTICES AND EFFECT ON VOTING (0.4);
                                    WORK ON PRODUCTION MATRIX (0.3); REVIEW
                                    AND COMMENT ON TIMELINE FOR BACKUP
                                    CONFIRMATION SCHEDULE (0.3); REVISE
                                    REGISTERED HOLDER EQUITY BALLOT (0.6).

RAMLO K        09/26/07     7.10    REVIEW MAIL CONTROL FILE AND UNION
                                    SERVICE LIST FROM E. GERSHBEIN (0.2);
                                    REVISE REGISTERED HOLDER BALLOT FOR
                                    EXISTING COMMON STOCK (0.2);
                                    CORRESPONDENCE TO J. SULLIVAN RE: SAME
                                    (0.1); CORRESPONDENCE WITH T. BEHNKE
                                    RE: MDL VOTING (0.5); CORRESPONDENCE
                                    WITH D. HARTIES AND E. GERSHBEIN RE:
                                    DISCLOSURE STATEMENT HEARING NOTICES
                                    (0.1); CORRESPONDENCE WITH D. UNRUE RE:
                                    VOTING AND ENVIRONMENTAL CLAIMS (0.2);
                                    REVIEW DRAFT CALL CENTER SCRIPT (0.8);
                                    CORRESPONDENCE WITH C. SCHEPPER RE:
                                    CALL CENTER (0.2); TELECONFERENCE WITH
                                    J. SULLIVAN RE: EQUITY BALLOTS (0.3);
                                    FURTHER ANALYSIS RE: CLAIMS TRADING
                                    ISSUES (0.4); CONFER WITH A. HERRIOT RE:
                                    PREPARATION FOR DISCLOSURE STATEMENT
                                    HEARING (0.3); REVISIONS TO
                                    SOLICITATION NOTICES (1.6);
                                    SOLICITATION WORKING GROUP CALL (0.4);
                                    CORRESPONDENCE WITH M. SWASTEK RE:
                                    NOTICE TO STOCK OPTION HOLDERS (0.3);
                                    DISCLOSURE STATEMENT HEARING
                                    PREPARATION (1.2); CHECK ON STATUS OF
                                    UNION NOTICES AND CLAIMS STIPULATIONS
                                    (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 09/27/07 | 1.30 | WORKING GROUP (D. UNRUE, T. BEHNKE, A. FRANKUM, E. WEBER) RE: FLOW-THROUGH CLAIMS AND SOLICITATION (0.5); CORRESPONDENCE FROM E. GERSHBEIN RE: UNION NOTICE LISTS AND CONTROL FILES (0.1); REVIEW CORRESPONDENCE FROM E. FOX AND E. MOSER RE: DISCLOSURE STATEMENT HEARING AND SCHEDULE (0.1); CORRESPONDENCE WITH J. SULLIVAN RE: REGISTERED HOLDER BALLOT (0.1); FURTHER REVISIONS TO SAME (0.1); PREPARATION OF SUMMARY OF CHANGES TO PROPOSED ORDER (0.2); CORRESPONDENCE FROM T. BEHNKE RE: OPEN ISSUES LIST, ENVIRONMENTAL CLAIMS, AND SOLICITATION SCHEDULE (0.2). |
| RAMLO K | 09/28/07 | 2.20 | CORRESPONDENCE WITH C. SCHAEFER RE: GE CONCERNS WITH DISCLOSURE STATEMENT (0.1); CORRESPONDENCE WITH T. BEHNE RE: SOLICITATION SCHEDULE MODIFICATION (0.1); REVIEW OBJECTIONS TO DISCLOSURE STATEMENT (1.6); REVIEW CORRESPONDENCE FROM E. KURTZMAN RE: NOTICE, SOLICITATION AND TABULATION PROCESS (0.3); REVIEW CORRESPONDENCE FROM D. DRAVICH RE: MEET AND CONFER (0.1). |
| RAMLO K | 09/29/07 | 2.90 | CORRESPONDENCE FROM J. CUNIX RE: SOLICITATION SCHEDULE (0.1); REVIEW COMMENTS ON DISCLOSURE STATEMENT FROM A. BRILLIANT (0.2); REVISE DECLARATION FOR DISCLOSURE STATEMENT HEARING (0.3); REVISE REPLY TO OBJECTIONS AND SUMMARY OF MODIFICATIONS TO PROPOSED SOLICITATION PROCEDURES ORDER (2.3). |
| RAMLO K | 09/30/07 | 2.80 | FURTHER REVISIONS TO SUMMARY OF MODIFICATIONS TO PROPOSED ORDER (1.3); REVIEW MEMO ON ASSUMPTION OF LLC AGREEMENTS (0.5); REVIEW CORRESPONDENCE ON MEET-AND-CONFER CONFERENCE (0.1); ANALYSIS RE: TRANSLATION OF FOREIGN NOTICES (0.2); BEGIN REVIEW AND COMMENT ON DRAFT OMNIBUS REPLY (0.4); REVIEW REVISED SOLICITATION DISTRIBUTION MATRIX (0.3). |
| | | **114.90** | |
| **Total Counsel** | | **128.40** | |
| BOLTON IS | 09/04/07 | 9.30 | REVIEW AND ANALYZE POR AND DISCLOSURE STATEMENT RE: PREPARATION FOR FILING (6.2); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.2); CONTINUE TO REVIEW MATERIALS FOR REDACTION LOG RE: EPCA DISCLOSURE LETTER (0.7); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BOLTON IS | 09/05/07 | 8.90 | REVIEW AND ANALYZE POR AND DISCLOSURE STATEMENT RE: PREPARATION FOR FILING (5.7); REVIEW, REVISE, AND DRAFT SOLICITATION NOTICE CHART RE: SAME (0.4); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.4); CONTINUE TO REVIEW MATERIALS FOR REDACTION LOG RE: EPCA DISCLOSURE LETTER (0.8); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.6). |
| BOLTON IS | 09/06/07 | 5.10 | REVIEW AND ANALYZE POR AND DISCLOSURE STATEMENT EXHIBITS RE: PREPARATION FOR FILING (3.2); REVIEW AND PREPARE DOCUMENTS FOR EDGAR FILINGS (0.8); CORRESPONDENCE WITH CLIENT RE: SAME (0.7); CONTINUE TO REVIEW MATERIALS FOR REDACTION LOG RE: EPCA DISCLOSURE LETTER (0.4). |
| BOLTON IS | 09/07/07 | 5.80 | REVIEW AND ANALYZE POR AND DISCLOSURE STATEMENT (3.8); CONTINUE TO REVIEW MATERIALS FOR REDACTION LOG RE: EPCA DISCLOSURE LETTER (1.2); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.8). |

**29.10**

| | | | |
|---|---|---|---|
| ~~DUNCOMB BM*~~ | ~~09/14/07~~ | ~~3.10~~ | ~~RESEARCH CONCERNING CLASS REPRESENTATIVES ABILITY TO VOTE ON BEHALF OF ENTIRE CLASS (3.1).~~ |
| | | **3.10** | |

| | | | |
|---|---|---|---|
| GANITSKY DI | 09/06/07 | 2.30 | REVIEW OF SELECTED SECTIONS OF PLAN AND DISCLOSURE STATEMENT (2.3). |

**2.30**

| | | | |
|---|---|---|---|
| GARTNER M | 09/02/07 | 4.40 | REVIEW AND REVISE BALLOTS FOR SOLICITATION AND CORRESPONDENCE RE: SAME (4.4). |
| GARTNER M | 09/03/07 | 3.40 | DRAFT, REVIEW AND REVISE SOLICITATION MATERIALS, AND CORRESPONDENCE RE: SAME (3.4). |
| GARTNER M | 09/04/07 | 7.50 | DRAFT, REVIEW AND REVISE SOLICITATION MATERIALS, AND CORRESPONDENCE RE: SAME (7.5). |
| GARTNER M | 09/05/07 | 11.70 | DRAFT, REVIEW AND REVISE SOLICITATION MATERIALS, AND CORRESPONDENCE RE: SAME (11.7). |
| GARTNER M | 09/06/07 | 10.60 | DRAFT, REVIEW AND REVISE SOLICITATION MATERIALS, AND CORRESPONDENCE RE: SAME (10.6). |
| GARTNER M | 09/07/07 | 0.70 | REVIEW AND RETURN CORRESPONDENCE RE: SOLICITATION (0.7). |
| GARTNER M | 09/10/07 | 4.20 | REVIEW SOLICITATION MATERIALS AND CORRESPONDENCE RE: SAME (4.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GARTNER M | 09/11/07 | 6.20 | ATTEND SOLICITATION PLANNING CALL WITH WORKING GROUP AND CORRESPONDENCE RE: ACTION ITEMS (6.2). |
|---|---|---|---|
| GARTNER M | 09/12/07 | 8.70 | RESEARCH AND REVIEW ISSUES RE: CERTAIN CLAIMS FOR SOLICITATION PURPOSES AND CORRESPONDENCE RE: SAME (7.6); ATTEND CALL RE: MDL AND SOLICITATION MATTERS (1.1). |
| GARTNER M | 09/13/07 | 2.30 | ATTEND TO VARIOUS ONGOING SOLICITATION MATTERS (2.3). |
| GARTNER M | 09/14/07 | 3.20 | REVIEW CLAIMS AND PERFORM RESEARCH RE: STATUS OF CERTAIN CLAIMS FOR SOLICITATION (3.2). |
| GARTNER M | 09/17/07 | 3.20 | RESEARCH FOR AND DRAFT POTENTIAL ADDITIONAL NOTICES (3.2). |
| GARTNER M | 09/18/07 | 5.30 | PREPARE FOR AND ATTEND SOLICITATION WORKING GROUP CALL (3.2); ATTEND TO SOLICITATION ISSUES (2.1). |
| GARTNER M | 09/19/07 | 5.40 | ATTEND TO SOLICITATION MATTERS (3.6); ORGANIZE TASKS AND MATTERS (1.8). |
| GARTNER M | 09/20/07 | 12.10 | PREPARE FOR AND ATTEND SOLICITATION CALL WITH WORKING GROUP (2.2); ATTEND TO SOLICITATION MATTERS (4.2); REVIEW AND REVISE SOLICITATION DOCUMENTS (5.7). |
| GARTNER M | 09/21/07 | 10.00 | PREPARE FOR AND ATTEND CALL RE: CALL CENTER (0.7); ATTEND TO SOLICITATION MATTERS (5.8); REVIEW AND REVISE SOLICITATION DOCUMENTS (3.5). |
| GARTNER M | 09/24/07 | 11.30 | PREPARE FOR AND ATTEND SOLICITATION CALL (0.5); ATTEND TO SOLICITATION MATTERS (4.2); DRAFT SOLICITATION NOTICES (6.6). |
| GARTNER M | 09/25/07 | 12.70 | PREPARE FOR AND ATTEND SOLICITATION CALLS (2.6); ATTEND TO SOLICITATION MATTERS (3.6); DRAFT, REVIEW, REVISE SOLICITATION MATERIALS (6.5). |
| GARTNER M | 09/26/07 | 10.60 | ATTEND TO SOLICITATION MATTERS (3.7); DRAFT, REVIEW, REVISE SOLICITATION MATERIALS (6.9). |
| GARTNER M | 09/27/07 | 5.10 | DRAFT SOLICITATION MATERIALS (5.1). |
| GARTNER M | 09/29/07 | 3.80 | REVIEW AND REVISE DOCUMENTS FOR SOLICITATION AND CREATE INDEX OF SAME (3.8). |
| GARTNER M | 09/30/07 | 4.10 | REVIEW AND REVISE SOLICITATION DOCUMENTS (4.1). |
| | | **146.50** | |
| GRANT K | 09/02/07 | 2.30 | CONTINUE TO WORK ON SOLICITATION PLEADINGS AND EMAILS RE: SAME (2.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRANT K | 09/03/07 | 11.70 | CONTINUE TO WORK ON SOLICITATION PLEADINGS, INCLUDING MOTION, ORDER AND ATTENDANT NOTICES (10.2); WORK ON SCHEDULE FOR SERVICE AND DISTRIBUTION OF PLAN AND DISCLOSURE STATEMENT (0.9); EMAILS RE: SAME (0.6). |
| GRANT K | 09/04/07 | 13.80 | MEETING WITH FBG, KCC, DONNELLEY, FTI RE: BALLOTING PLAN (0.5); CONTINUE WORK ON SOLICITATION MOTION, ORDER AND NOTICES; (10.9) CONTINUE TO WORK ON DISCLOSURE STATEMENT AND PREPARATIONS FOR SERVING AND FILING SAME (2.4). |
| GRANT K | 09/05/07 | 15.50 | CONTINUED WORK ON DISCLOSURE STATEMENT AND EXHIBITS THERETO (7.6); CONTINUED WORK ON SOLICITATION PLEADINGS AND EXHIBITS (7.9). |
| GRANT K | 09/06/07 | 17.10 | CONTINUE REVISIONS TO SOLICITATION PLEADINGS AND EXHIBITS (11.9); CONTINUE TO WORK ON DISCLOSURE STATEMENT AND EXHIBITS AND ATTENTION TO FILING SAME (5.2). |
| GRANT K | 09/10/07 | 6.70 | REVIEW OF OPEN ISSUES RE: SOLICITATION (2.9); AND COMMENTS TO PLAN AND DISCLOSURE STATEMENT (3.4); ATTENTION TO ANSWERING QUESTIONS RE: FILING OF PLAN AND DISCLOSURE STATEMENT (0.4). |
| GRANT K | 09/11/07 | 7.20 | REVIEW ISSUES RE: SOLICITATION IN PREPARATION FOR MEETING; (1.5) CONFERENCE WITH FTI AND D. UNRUE RE: SOLICITATION ISSUES; (4.5) REVIEW RESPONSES AND QUERIES RE: FILING OF DISCLOSURE STATEMENT AND PLAN. (1.2). |
| GRANT K | 09/12/07 | 1.80 | REVIEW OF SOLICITATION ISSUES AND PUBLICATION SCHEDULE; (0.8) MEETING WITH T. BEHNKE AND D. UNRUE RE: MDL SOLICITATION. (1.0). |
| GRANT K | 09/13/07 | 4.50 | RETURNED MESSAGES LEFT ON LEGAL INFORMATION HOTLINE RE: DISCLOSURE STATEMENT HEARING NOTICE; (1.6) WORK ON OPEN ISSUES RE: SOLICITATION. (2.9). |
| GRANT K | 09/14/07 | 3.70 | REVIEWED PRECEDENT RE: SOLICITATION OBJECTIONS AND RESPONSES (3.7). |
| GRANT K | 09/17/07 | 6.50 | TELECONFERENCES WITH PLAN SOLICITATION TEAM RE: CURRENT TASKS (2.3); CONTINUE TO WORK ON SOLICITATION PLAN (2.5); REVIEW ANALYSIS RE: PUBLICLY HELD SECURITIES (1.7). |
| | | **90.80** | |
| HARDIN AS | 09/06/07 | 3.20 | REVISE DISCLOSURE STATEMENT PROVISIONS CONCERNING GM SETTLEMENT DOCUMENTS (3.2). |
| HARDIN AS | 09/13/07 | 0.30 | WORKING GROUP CONFERENCE CALL RE: DISCLOSURE STATEMENT (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HARDIN AS | 09/14/07 | 0.40 | WORKING GROUP CONFERENCE CALL RE: ISSUES RELATED TO DISCLOSURE STATEMENT (0.4). |
|---|---|---|---|
| | | **3.90** | |
| HERRIOTT AV | 09/02/07 | 2.50 | REVIEW AND REVISE DISCLOSURE STATEMENT (2.5). |
| HERRIOTT AV | 09/03/07 | 5.10 | REVIEW AND REVISE DISCLOSURE STATEMENT (4.5); REVIEW AND PROVIDE COMMENTS TO PRESS RELEASE WITH RESPECT TO DISCLOSURE STATEMENT (0.6). |
| HERRIOTT AV | 09/04/07 | 12.60 | REVIEW AND REVISE DISCLOSURE STATEMENT (12.6). |
| HERRIOTT AV | 09/05/07 | 13.70 | REVIEW AND REVISE DISCLOSURE STATEMENT (10.7); CONFERENCE WITH A. VANDENBERG AND M. WILLIAMS RE: SAME (1.3); CONFERENCE WITH T. TIMKO RE: SAME (0.1); PARTICIPATE IN WORKING GROUP MEETING TO REVIEW COMMENTS FROM BOARD OF DIRECTORS RE: SAME (1.6). |
| HERRIOTT AV | 09/06/07 | 15.80 | REVIEW, REVISE AND FINALIZE FOR FILING THE DISCLOSURE STATEMENT (15.8). |
| HERRIOTT AV | 09/07/07 | 0.20 | FOLLOW UP MATTERS FROM DISCLOSURE STATEMENT FILING (0.2). |
| HERRIOTT AV | 09/10/07 | 0.40 | DRAFT OPEN ISSUES LIST FOR DISCLOSURE STATEMENT (0.4). |
| HERRIOTT AV | 09/11/07 | 1.70 | CONTINUE TO REVIEW AND REVISE DISCLOSURE STATEMENT (1.7). |
| HERRIOTT AV | 09/12/07 | 3.20 | CONTINUE DISCLOSURE STATEMENT REVIEW, ISSUES LIST, AND MINOR REVISIONS (2.6); RESPOND TO QUESTIONS RE: THE SAME (0.2); CONFERENCE WITH D. ALEXANDER RE: SAME (0.4). |
| HERRIOTT AV | 09/13/07 | 2.50 | REVIEW AND REVISE RESTRUCTURING TRANSACTIONS CHART AND SECTION OF DISCLOSURE STATEMENT (1.6); CONTINUE REVIEW AND MINOR REVISIONS TO DISCLOSURE STATEMENT (0.9). |
| HERRIOTT AV | 09/14/07 | 1.30 | CONTINUE REVIEW AND MINOR REVISIONS TO DISCLOSURE STATEMENT (0.8); REVIEW AND REVISE RESTRUCTURING TRANSACTIONS SECTION OF DISCLOSURE STATEMENT (0.5). |
| HERRIOTT AV | 09/17/07 | 3.70 | REVIEW AND CONFORM DISCLOSURE STATEMENT DEFINED TERMS (0.9); CONTINUE TO REVIEW AND REVISE DISCLOSURE STATEMENT MINOR EDITS (1.2); REVIEW LEAD PLAINTIFFS' COMMENTS TO DISCLOSURE STATEMENT (0.2); CONTINUE TO REVISE SECTION ON RESTRUCTURING TRANSACTIONS (0.6); EXAMINE COMPOSITION OF STOCK HOLDERS IN RELATION TO DISCLOSURE STATEMENT ISSUES (0.3); REVIEW AND REVISE MEMOS TO CLIENT RE: COMMENTS TO DISCLOSURE STATEMENT (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HERRIOTT AV    09/18/07    5.50  ADDRESS SOLICITATION MATTERS INCLUDING
REVIEWING MATERIALS AND ADDRESSING
ISSUES WITH CD-ROM TO BE DELIVERED TO
ALL CREDITORS (5.1); REVIEW AND REVISE
DISCLOSURE STATEMENT FOR MINOR MATTERS
(0.4).

HERRIOTT AV    09/19/07    1.60  CONTINUE TO ADDRESS VARIOUS
SOLICITATION ISSUES INCLUDING
ADDRESSING ISSUES RELATED TO PRODUCTION
AND DISTRIBUTION OF CD-ROMS WITH PLAN
AND DISCLOSURE STATEMENT (1.4); REVIEW
DISCLOSURE STATEMENT ISSUE (0.2).

HERRIOTT AV    09/20/07    3.80  ADDRESS VARIOUS SOLICITATION ISSUES
(0.6); CONTINUE REVIEW OF AND REVISIONS
TO DISCLOSURE STATEMENT (2.9); ADDRESS
SPECIFIC ISSUE RELATED TO DISCLOSURE
STATEMENT (0.3).

HERRIOTT AV    09/21/07    2.10  REVISE DISCLOSURE STATEMENT (0.7);
ADDRESS RESTRUCTURING TRANSACTIONS
ISSUES IN RELATION TO DISCLOSURE
STATEMENT (1.4).

HERRIOTT AV    09/25/07    1.50  ADDRESS VARIOUS SOLICITATION MATTERS
(1.2); BEGIN DRAFTING DISCLOSURE
STATEMENT SCRIPT (0.2); BEGIN DRAFTING
DISCLOSURE STATEMENT DECLARATION
(0.1).

HERRIOTT AV    09/26/07    3.20  BEGIN DISCLOSURE STATEMENT HEARING
PREPARATION (0.6); CONTINUE DRAFTING,
REVIEWING AND REVISING DECLARATION
RELATED TO DISCLOSURE STATEMENT (1.1);
TELECONFERENCE RE: DISCLOSURE
STATEMENT FOLLOW UP WITH L. WILLIAMS
(0.3); CONFERENCE WITH D. DRAGICH RE:
POTENTIAL OBJECTIONS (0.1); FOLLOW UP
RE: SAME (0.3); ADDRESS SOLICITATION
MATTERS (0.3); REVIEW AND REVISE
DISCLOSURE STATEMENT (0.5).

HERRIOTT AV    09/27/07    1.20  CONTINUE DRAFTING DISCLOSURE STATEMENT
SCRIPT (0.6); CONFERENCE WITH D.
DRAGICH RE: DISCLOSURE STATEMENT
OBJECTION (0.1); BEGIN PREPARING FOR
DISCLOSURE STATEMENT HEARING (0.3);
BEGIN DRAFTING CHART OF OBJECTIONS TO
DISCLOSURE STATEMENT (0.2).

HERRIOTT AV    09/28/07    1.20  CONTINUE DRAFTING OBJECTION CHART OF
DISCLOSURE STATEMENT OBJECTIONS (0.4);
CONFERENCE WITH J. O'NEILL RE:
DISCLOSURE STATEMENT OBJECTION ON
BEHALF OF SABIC (0.2); FOLLOW UP RE:
ISSUES RAISED (0.5); CONFERENCE WITH C.
SCHAEFER RE: SAME (0.1).

HERRIOTT AV    09/29/07    0.20  DISCLOSURE STATEMENT HEARING
PREPARATION (0.2).

**83.00**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOWE EJ | 09/24/07 | 1.50 | PREPARE FOR (0.3) AND ATTEND (1.2) MEETING WITH T. BEHNKE FROM FTI RE: REVIEW OF SOLICITATION BALLOTS RE: CLAIM AMOUNTS AND CLASSES. |
|---|---|---|---|
| HOWE EJ | 09/27/07 | 2.30 | REVIEW SOLICITATION BALLOTS RE: ACCURACY OF CLASSES AND AMOUNTS (2.3). |
| | | 3.80 | |
| KALOUDIS D | 09/24/07 | 3.40 | RESEARCH ALL CASE LAW DISCUSSING FEDERAL BANKRUPTCY RULE 3017 (2.5); BEGIN TO READ CASES RE: SAME (0.9). |
| KALOUDIS D | 09/25/07 | 2.00 | FINISH READINGS CASES RE: 3017 (2.0). |
| | | 5.40 | |
| KOHUT RD | 09/04/07 | 1.80 | REVIEW OF PLAN AND DISCLOSURE STATEMENT (1.8). |
| KOHUT RD | 09/05/07 | 2.50 | REVIEW AND REVISIONS TO PLAN AND DISCLOSURE STATEMENT (2.5). |
| KOHUT RD | 09/06/07 | 1.50 | PLAN AND DISCLOSURE STATEMENT FILING PREPARATION CALL (0.4); REVIEW AND REVISIONS TO PLAN AND DISCLOSURE STATEMENT (1.1). |
| | | 5.80 | |
| PERL MW | 09/04/07 | 11.10 | REVIEW MDL SETTLEMENT DOCUMENTS FOR DISCLOSURE STATEMENT DISCUSSION (0.8); REVIEW AND PROVIDE COMMENTS TO DISCLOSURE STATEMENT (7.6); REVIEW AND RESEARCH VARIOUS OPEN ITEMS IN CONNECTION WITH DISCLOSURE STATEMENT (2.7). |
| PERL MW | 09/05/07 | 5.60 | CONTINUE TO REVIEW AND PROVIDE COMMENTS TO DRAFT DISCLOSURE STATEMENT (3.3); ASSIST WORKING GROUP WITH PLAN AND DISCLOSURE STATEMENT MATTERS (1.1); REVIEW VARIOUS ORDERS ON DOCKET IN CONNECTION WITH DISCLOSURE STATEMENT REVIEW (1.2). |
| PERL MW | 09/06/07 | 0.80 | ASSIST WITH FINAL CHANGES TO DISCLOSURE STATEMENT (0.5); REVIEW AND PROVIDE COMMENTS TO SOLICITATION PROCEDURES MOTION (0.3). |
| PERL MW | 09/18/07 | 1.10 | PARTICIPATE IN CALL WITH D. UNRUE, FTI, KCC, AND WORKING GROUP RE: SOLICITATION PROCEDURES (1.1). |
| PERL MW | 09/19/07 | 0.30 | CONSIDER AND ANALYZE ISSUE RE: BALLOTS IN CONNECTION WITH SOLICITATION (0.3). |
| PERL MW | 09/20/07 | 0.30 | REVIEW SOLICITATION RELATED MATERIALS (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 09/21/07 | 1.30 | REVIEW SOLICITATION MATERIALS AND PREPARE FOR TELECONFERENCE WITH KCC, FTI, AND WORKING GROUP (0.9); PARTICIPATE IN TELECONFERENCE WITH KCC, FTI, AND WORKING GROUP RE: SOLICITATION (0.4). |
| PERL MW | 09/23/07 | 0.40 | REVIEW SOLICITATION PROCEDURES MOTION AND RELATED EXHIBITS (0.4). |
| PERL MW | 09/24/07 | 2.60 | CONTINUE REVIEW OF SOLICITATION MOTION AND RELATED MATERIALS (2.1); REVIEW COMMENTS FROM GM TO SOLICITATION ORDER (0.4) AND RELATED RULES (0.1). |
| PERL MW | 09/25/07 | 1.20 | PARTICIPATE IN SOLICITATION CALL WITH D. UNRUE, FTI, KCC, AND WORKING GROUP (1.2). |

                              24.70

| PLATT SJ | 09/04/07 | 2.80 | DRAFT MEMOS IN RESPONSE TO COMMENTS ON DISCLOSURE STATEMENT (2.3); UPDATE LOG OF COMMENTS (0.5). |
| PLATT SJ | 09/05/07 | 2.00 | CONTINUE TO DRAFT MEMOS IN RESPONSE TO DISCLOSURE STATEMENT COMMENTS (0.6); DRAFT PARAGRAPH RE: APPALOOSA (0.6); REVIEW BALLOTS (0.8). |
| PLATT SJ | 09/06/07 | 2.60 | FINALIZE EXHIBITS TO DISCLOSURE STATEMENT FOR FILING (2.6). |

                               7.40

| STUART NL | 09/02/07 | 7.90 | REVIEW DANA AND DURA DISCLOSURE STATEMENTS (1.5); REVIEW AND REVISE DISCLOSURE STATEMENT (6.4). |
| STUART NL | 09/03/07 | 4.90 | REVIEW AND REVISE DISCLOSURE STATEMENT (4.9). |
| STUART NL | 09/04/07 | 3.90 | REVIEW AND REVISE DISCLOSURE STATEMENT (3.9). |
| STUART NL | 09/05/07 | 4.50 | REVIEW AND REVISE DISCLOSURE STATEMENT (4.5). |
| STUART NL | 09/06/07 | 7.50 | PREPARE AND FILE DISCLOSURE STATEMENT (7.5). |
| STUART NL | 09/12/07 | 2.30 | FOLLOW UP ON VARIOUS DISCLOSURE STATEMENT ISSUES (2.3). |
| STUART NL | 09/13/07 | 4.20 | REVIEW DISCLOSURE STATEMENT RESPONSE PRECEDENT (4.2). |
| STUART NL | 09/14/07 | 2.70 | REVIEW AND COMMENT ON VARIOUS SOLICITATION RELATED MATERIALS (1.2); REVIEW INTERNAL DISCLOSURE STATEMENT COMMENTS AND ISSUES (1.5). |
| STUART NL | 09/17/07 | 5.90 | REVIEW MATTERS FOR POTENTIAL DISCLOSURE STATEMENT UPDATES (2.4); REVIEW MATERIALS RELATED TO SOLICITATION (3.5). |

114

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| STUART NL | 09/18/07 | 2.10 | REVIEW PROPOSED DISCLOSURE STATEMENT REVISIONS (2.1). |
| STUART NL | 09/19/07 | 0.50 | TELECONFERENCE WITH V. MELWANI AND R. SLIVINSKI RE: DISCLOSURE STATEMENT ISSUES (0.5). |
| STUART NL | 09/24/07 | 3.50 | DISCLOSURE STATEMENRT UPDATES AND REVISIONS (1.2); REVIEW POTENTIAL OBJECTIONS ISSUES AND CONDUCT RESEARCH RE: SAME (2.3). |
| STUART NL | 09/25/07 | 3.30 | REVIEW POTENTIAL DISCLOSURE STATEMENT OBJECTIONS (0.7); REVIEW DISCLOSURE STATEMENT UPDATES AND POTENTIAL REVISIONS (2.6). |
| STUART NL | 09/26/07 | 3.20 | RESEARCH RE: OMNIBUS RESPONSES TO DISCLOSURE STATEMENT OBJECTIONS (3.2). |
| STUART NL | 09/27/07 | 7.90 | RESEARCH RE: POTENTIAL DISCLOSURE STATEMENT ISSUES (4.2); REVISE DRAFT OF OMNIBUS DISCLOSURE STATEMENT OBJECTIONS (1.3); ADDITIONAL DISCLOSURE STATEMENT RESEARCH (2.4). |
| STUART NL | 09/28/07 | 3.10 | REVIEW DISCLOSURE STATEMENT OBJECTIONS (1.6); CONDUCT RESEARCH RE: ISSUES RAISED IN DISCLOSURE STATEMENT OBJECTIONS (1.5). |
| STUART NL | 09/29/07 | 4.80 | RESEARCH RE: ISSUES RAISED IN DISCLOSURE STATEMENT OBJECTIONS (2.1); CONTINUE TO DRAFT RESPONSE TO DISCLOSURE STATEMENT OBJECTIONS (2.7). |
| STUART NL | 09/30/07 | 5.20 | CONTINUE TO DRAFT RESPONSE AND OBJECTION SUMMARY TO DISCLOSURE STATEMENT OBJECTIONS (5.2). |
| | | **77.40** | |
| WHARTON JN | 09/11/07 | 1.30 | TELECONFERENCE WITH D. UNRUE OF DELPHI, T. BEHNKE OF FTI, AND SKADDEN RE: SOLICITATION PROCESS AND STATUS UPDATE (1.3). |
| WHARTON JN | 09/12/07 | 1.00 | MEETING WITH T. BEHNKE OF FTI RE: PLAN SOLICITATION ISSUES (1.0). |
| WHARTON JN | 09/18/07 | 1.50 | ATTEND TELECONFERENCE WITH T BEHNKE AND A. FRANKUM OF FTI, D. UNRUE OF DELPHI, E. GERSHBEIN OF KCC RE: SOLICITATION PROCESS (1.5). |
| WHARTON JN | 09/20/07 | 0.40 | REVISE SOLICITATION PROCEDURES ORDER (0.4). |
| | | **4.20** | |

**Total Associate/Law Clerk      487.40**

| DEMMA J | 09/06/07 | 4.30 | PREPARE EXHIBITS FOR SOLICITATION MOTION (1.1); PREPARE/FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION AND SOLICITATION PROCEDURES MOTION (2.1); COORDINATE PRODUCTION OF DISCLOSURE STATEMENT (1.1). |
|---|---|---|---|
| DEMMA J | 09/07/07 | 3.90 | COORDINATE SERVICE OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION FOR STATUTORY COMMITTEE MEETING (2.8); PREPARE/INDEX OF SOLICITATION MOTION DOCUMENTS FOR DISTRIBUTION (1.1). |
| DEMMA J | 09/18/07 | 2.20 | DISTRIBUTE GM DOCUMENTS TO VARIOUS ATTORNEYS (0.6); REVIEW PLAN AND DISCLOSURE STATEMENT (1.2); PREPARE FILE OF RETURNED SOLICITATION NOTICES (0.4). |
| DEMMA J | 09/25/07 | 1.60 | PREPARE CASE LAW FOR SOLICITATION MOTION (1.6). |
| | | 12.00 | |
| ZSOLDOS AF | 09/05/07 | 3.70 | REVIEW DISCLOSURE STATEMENT RE: PROFESSIONAL FEES AND EXPENSES AND COMPARE AGAINST FEE ORDERS ENTERED BY COURT AND OTHER CALCULATIONS TO DETERMINE CAUSE OF VARIOUS DISCREPANCIES (3.4); EMAIL AND PHONE CORRESPONDENCE RE: SAME (0.3). |
| | | 3.70 | |

**Total Legal Assistant**      15.70

| ~~ROMAN JJ~~ | ~~09/20/07~~ | ~~3.30~~ | ~~COORDINATE PREPARATION OF EXPEDITED MOTIONS AND GM SETTLEMENT DOCUMENTS (1.6); WORK RE: DISCLOSURE STATEMENTS WITH EXHIBITS (1.7).~~ |
|---|---|---|---|
| | | ~~3.30~~ | |
| ~~Total Legal Assistant Support~~ | | ~~3.30~~ | |

**TOTAL TIME**            <u>783.80</u>

\* Law clerks are law school graduates who are not presently admitted
to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Disclosure Statement / Voting Issues**

**Bill Date: 10/31/07**
**Bill Number: 1182831**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/25/07 | Meisler RE | 551.02 |
| Air/Rail Travel - vendor feed | 09/30/07 | Meisler RE | 1,057.06 |
| Air/Rail Travel - vendor feed | 09/30/07 | Perl MW | 1,071.76 |
| Air/Rail Travel - vendor feed | 09/30/07 | Perl MW | -1,026.78 |
| Air/Rail Travel - vendor feed | 09/30/07 | Meisler RE | -1,057.06 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$596.00** |
| In-house Reproduction | 09/04/07 | Copy Center, D | 0.20 |
| In-house Reproduction | 09/04/07 | Copy Center, D | 51.23 |
| In-house Reproduction | 09/07/07 | Copy Center, D | 11.71 |
| In-house Reproduction | 09/11/07 | Copy Center, D | 13.41 |
| In-house Reproduction | 09/14/07 | Copy Center, D | 2.90 |
| In-house Reproduction | 09/14/07 | Copy Center, D | 40.12 |
| In-house Reproduction | 09/21/07 | Copy Center, D | 45.23 |
| In-house Reproduction | 09/28/07 | Copy Center, D | 7.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$172.00** |
| Westlaw | 09/24/07 | Kaloudis D | 710.00 |
| | | **TOTAL WESTLAW** | **$710.00** |
| Reproduction - color | 09/04/07 | Copy Center, D | 19.00 |
| Reproduction - color | 09/05/07 | Word Processing, D | 15.50 |
| Reproduction - color | 09/05/07 | Word Processing, D | 15.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$50.00** |
| Vendor Hosted Telecon-ferencing | 09/06/07 | Conference Plus Inc. | 8.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$8.00** |
| Messengers/ Courier | 09/04/07 | Dist Serv/Mail/Page, D | 12.58 |
| Messengers/ Courier | 09/10/07 | OSMIO | 56.42 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL MESSENGERS/ COURIER** | **$69.00** |
| Out-of-Town Meals | 09/25/07 | Meisler RE | 8.11 |
| Out-of-Town Meals | 09/30/07 | Ramlo K | 59.89 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$68.00** |
| Outside Re-search/Internet Services | 09/07/07 | Ramlo K | 10.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$10.00** |
| Print Images to Paper (from Electronic Media) | 09/06/07 | Copy Center, D | 12.85 |
| Print Images to Paper (from Electronic Media) | 09/10/07 | Copy Center, D | 47.19 |
| Print Images to Paper (from Electronic Media) | 09/12/07 | Copy Center, D | 47.91 |
| Print Images to Paper (from Electronic Media) | 09/14/07 | Copy Center, D | 25.95 |
| Print Images to Paper (from Electronic Media) | 09/24/07 | Copy Center, D | 28.10 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$162.00** |
| | | **TOTAL MATTER** | **$1,845.00** |

B43E