SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

 - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

EXHIBIT D-5
ASSET DISPOSITIONS (GENERAL)
1,782.9 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                          Bill Date: 07/31/07
Asset Dispositions (General)                                      Bill Number: 1168053

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 06/04/07 | 1.70 | REVIEW AND EVALUATE CATALYST TRANSACTION MATTERS WITH WORKING GROUP (0.4); TELECONFERENCES WITH S. CORCORAN, M. FUKUDA AND WORKING GROUP RE: CONTINUED DISCUSSION ON CATALYST ALLOCATIONS AND COVENANT MATTERS (0.8, 0.5). |
| BUTLER, JR. J | 06/05/07 | 1.40 | TELECONFERENCE WITH M. FUKUDA AND WORKING GROUP RE: CONTINUED DISCUSSION ON CATALYST ALLOCATIONS AND COVENANT MATTERS (0.5); REVIEW REVISED DOCUMENT (0.3); CONFERENCE WITH S. CORCORAN AT COMPANY RE: SAME (0.1); REVIEW STATUS OF BOSCH SALE AND CORPORATE APPROVALS, TIMETABLE ISSUES (0.2); REVIEW DIVESTITURE UPDATE FROM J. BERTRAND (0.3). |
| BUTLER, JR. J | 06/06/07 | 0.30 | CONTINUE TO REVIEW CATALYST SALE TRANSACTION MATTERS (0.3). |
| BUTLER, JR. J | 06/12/07 | 0.30 | EMAILS FROM/TO J. SHEEHAN, S. CORCORAN AND B. SHAW RE: UCC COMMENTS/ISSUES ON CATALYST SALE TRANSACTION MATTERS (0.3). |
| BUTLER, JR. J | 06/13/07 | 0.20 | EMAILS FROM/TO M. FUKUDA AND B. SHAW RE: UCC COMMENTS/ISSUES ON CATALYST SALE TRANSACTION MATTERS (0.2). |
| BUTLER, JR. J | 06/26/07 | 0.40 | PREPARE FOR (0.3) AND ATTEND (0.1) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CATALYST AND MEXICO BRAKE PLANT ASSET SALE MOTIONS. |
| | | **4.30** | |
| LYONS JK | 06/04/07 | 4.30 | TELECONFERENCE RE: PEGASUS, REVIEW OF PLEADINGS AND OTHER MATTERS, AND OTHER DIVESTITURE MATTERS (4.3). |
| LYONS JK | 06/05/07 | 4.60 | DETAIL REVIEW AND MARK UP OF PEGASUS SALE PLEADINGS, REVIEW OF CHANGES TO MSPA, STRATEGIES AND OTHER DIVESTITURE ISSUES, CAPITAL PROCUREMENT PLEADINGS AND DISCUSSION OF THE SAME (4.6). |
| LYONS JK | 06/08/07 | 0.90 | REVIEW OF VARIOUS DIVESTITURE ISSUES INCLUDING STEERING AND CATALYST (0.9). |
| LYONS JK | 06/24/07 | 1.10 | REVIEW OF TRW SALE PLEADINGS (1.1). |
| LYONS JK | 06/25/07 | 2.90 | REVIEW OF TRW ISSUES, CATALYST ISSUES AND SALE ORDER FORMS (2.9). |
| LYONS JK | 06/27/07 | 3.10 | REVIEW OF DIVESTITURE ISSUES INCLUDING SALTILLO ISSUES, STEERING ISSUES, BREAK UP FEE, EXPENSE REIMBURSEMENT ISSUES AND OTHER MATTERS (3.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LYONS JK | 06/28/07 | 3.30 | REVIEW OF STEERING BREAK UP FEE ISSUES AND OTHER DIVESTITURE MATTERS AND CONFERENCE WITH CLIENT (3.3). |

**20.20**

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 06/01/07 | 0.20 | CONSIDER ISSUES RE: ASSET DISPOSITIONS (0.2). |
| MARAFIOTI KA | 06/04/07 | 5.30 | WORK ON MEXICAN BRAKE PLANT SALE MOTION (3.6), BIDDING PROCEDURES (0.6), NOTICE OF SALE (0.2), NOTICE OF CURE (0.2), NOTICE OF ASSUMPTION TO PURCHASERS (0.2), NOTICE OF ASSUMPTION TO QUALIFIED BIDDERS (0.2), AND ORDER (0.3). |
| MARAFIOTI KA | 06/05/07 | 7.60 | REVIEW AND REVISE NOTICE OF BRAKE BUSINESS SALE (0.2) AND CURE AMOUNT (0.2); REVIEW CHART RE: MEXICO AND CATALYST (0.1); REVIEW AND REVISE BRKE SALE NOTICES OF ASSUMPTION AND ASSIGNMENT RE: PURCHASERS (0.4) AND QUALIFIED BIDDERS (0.2); REVIEW AND REVISE BRAKE SALE MOTION (0.2) AND ORDER (1.0); WORK ON CATALYST MOTION (2.9), NOTICE OF SALE (0.1), BIDDING PROCEDURES ORDER (0.4), SALE ORDER (1.1), NOTICE OF AUCTION (0.1), NOTICES OF ASSUMPTION AND ASSIGNMENT RE: PURCHASERS (0.1) AND QUALIFIED BIDDERS (0.1), AND NOTICE OF CURE (0.2); DEVELOP STRATEGY RE: CATALYST (0.3). |
| MARAFIOTI KA | 06/13/07 | 1.70 | REVIEW AND REVISE BOSCH SALE MOTION (1.7). |
| MARAFIOTI KA | 06/14/07 | 1.90 | REVIEW BRAKE HOSE NOTICE OF ASSUMPTION AND ASSIGNMENT RE: PURCHASERS (0.1) AND QUALIFIED BIDDERS (0.1); REVIEW BRAKE HOSE NOTICE OF CURE (0.1), ORDER (0.8), AND BIDDING PROCEDURES (0.8). |
| MARAFIOTI KA | 06/28/07 | 0.20 | REVIEW DE MINIMIS ASSET SALE NOTICES RE: ENOVA SHARES (0.1) AND NSK SHARES (0.1). |

**16.90**

9                                                                                B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE        06/01/07     8.90   REVIEW AND COMMENT ON SALE NOTICES RE:
                                      SALTILLO SALE (0.7); REVIEW AND COMMENT
                                      ON SALE ORDER RE: SAME (1.1); CONTINUE
                                      TO REVIEW AND COMMENT ON SALE MOTION RE:
                                      SAME (1.5); REVIEW AND COMMENT ON
                                      BIDDING PROCEDURES ORDER RE: SAME
                                      (0.7); REVIEW AND COMMENT ON SALE MOTION
                                      RE: CATALYST (1.9); REVIEW AND COMMENT
                                      ON BIDDING PROCEDURES ORDER RE: SAME
                                      (1.3); TELECONFERENCE WITH M. FUKUDA
                                      RE: COMMENTS TO SALE MOTION (1.0); DRAFT
                                      CORRESPONDENCE RE: CATALYST SALE (0.7).

MEISLER RE        06/02/07     2.80   CONTINUE TO CONSIDER ISSUES RE:
                                      CATALYST SALE (0.2); REVIEW
                                      COMMUNICATION PACKAGE RE: SAME (0.5);
                                      CONTINUE TO REVIEW AND COMMENT ON SALE
                                      MOTION RE: SAME (0.5); CONTINUE TO
                                      REVIEW AND COMMENT ON SALTILLO SALE
                                      MOTION (0.6); REVIEW AND ANALYZE
                                      SALTILLO APA (1.0).

MEISLER RE        06/03/07     4.70   CONTINUE TO REVIEW REVISE CATALYST SALE
                                      MOTION (4.7).

MEISLER RE        06/04/07     8.90   CONTINUE TO REVIEW AND COMMENT ON
                                      CATALYST PLEADINGS (2.3);
                                      TELECONFERENCE WITH J. GUGLIELMO RE:
                                      SAME (0.5, 0.3); TELECONFERENCE WITH M.
                                      FUKUDA, D. BERBERICH, AND S. CORCORAN
                                      RE: CATALYST SALE AND ALLOCATION ISSUES
                                      (0.9); FOLLOW UP RE: SAME (0.2); REVIEW
                                      BETH SAX COMMENTS RE: SAME (0.3);
                                      CONTINUE TO REVIEW PLEADINGS FOR JUNE
                                      6TH FILING (1.3); TELECONFERENCE WITH
                                      M. FUKUDA AND B. SPARKS RE: CATALYST
                                      TRANSACTION (2.6); REVIEW AND RESPOND
                                      TO CORRESPONDENCE RE: CATALYST (0.5).

MEISLER RE        06/05/07     9.70   REVIEW CATALYST ALLOCATION INQUIRIES
                                      (0.3); CONTINUE TO REVIEW AND
                                      INCORPORATE B. SAX COMMENTS RE:
                                      CATALYST (0.3); CONTINUE TO REVIEW AND
                                      FINALIZE PLEADINGS RE: SAME (5.2);
                                      REVIEW CERTAIN SCHEDULES TO APA RE: SAME
                                      (0.6); TELECONFERENCE WITH M. FUKUDA
                                      RE: SAME (0.1); CONTINUE TO REVIEW AND
                                      COMMENT ON SALE PLEADINGS RE: SALTILLO
                                      (2.9); TELECONFERENCES WITH R. BERRY
                                      RE: BOSCH (0.2, 0.1).

MEISLER RE        06/06/07     1.10   FOLLOW UP ON INQUIRIES RE: FILING OF
                                      SALE MOTION RE: CATALYST (0.2); REVIEW
                                      COMMENTS TO SAME (0.2); STRATEGIZE AND
                                      CONSIDER OUTSTANDING ISSUES RE: SALE OF
                                      SALTILLO (0.5) AND OTHER LOCATION
                                      (0.2).

B4JE

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 06/07/07 | 2.20 | FOLLOW UP ON OUTSTANDING ISSUE RE: SALE OF SALTILLO (0.5); REVIEW CHANGES TO TO APA RE: SAME (0.9); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.1); TELECONFERENCE WITH R. FLETEMEYER RE: UPDATE ON SALTILLO SALE (0.1); TELECONFERENCE WITH H. BAER RE: EXPEDITED NOTICE RE: SAME (0.1); WORK ON SALE OF CLOSURES (0.3); DRAFT CORRESPONDENCE RE: CATALYST SALE (0.2). |
| MEISLER RE | 06/08/07 | 0.90 | CONTINUE TO REVIEW PLEADINGS RE: SALTILLO SALE (0.8); DRAFT CORRESPONDENCE RE: PROJECT RHODES (0.1). |
| MEISLER RE | 06/09/07 | 0.40 | DRAFT CORRESPONDENCE RE: COMMENTS TO SALTILLO SALE ORDER (0.2); DRAFT CORRESPONDENCE TO H. BAER RE: SAME (0.1); DRAFT CORRESPONDENCE TO R. BERRY RE: SAME (0.1). |
| MEISLER RE | 06/11/07 | 1.60 | REVIEW OUTSTANDING ISSUES RE: SALE OF SALTILLO (1.2); DRAFT CORRESPONDENCE RE: SAME (0.2); REVIEW ISSUES RELATED TO SALE OF DE MINIMIS ASSETS (0.2). |
| MEISLER RE | 06/12/07 | 2.40 | REVIEW AND COMMENT ON SALTILLO SALE ORDER (0.3); REVIEW AND COMMENT ON SALE MOTION RE: SAME (1.8); REVIEW CORRESPONDENCE RE: UCC COMMENTS TO CATALYST SALE (0.2); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.1). |
| MEISLER RE | 06/13/07 | 2.10 | REVIEW AND COMMENT ON SALE NOTICES (0.5) AND BIDDING PROCEDURES (0.5) RE: SALTILLO; DRAFT CORRESPONDENCE RE: SAME (0.2); REVIEW AND RESPOND TO CORRESPONDENCE RE: SAME (0.3); DRAFT CORRESPONDENCE RE: UCC COMMENTS TO CATALYST BID PROCEDURES (0.3); REVIEW AND RESPOND TO INTERNAL CORRESPONDENCE RE: SAME (0.1); REVIEW AND RESPOND TO CORRESPONDENCE RE: BRAKE HOSE SALE (0.2). |
| MEISLER RE | 06/14/07 | 1.90 | REVIEW COMMENTS RECEIVED TO SALTILLO SALE PLEADINGS (1.0); REVIEW CHANGES TO SALTILLO APA (0.3); CONTINUE TO REVIEW AND COMMENT ON SALE MOTION (0.4); DRAFT INTERNAL CORRESPONDENCE RE: COMMENTS TO CATALYST SALE ORDER (0.2). |
| MEISLER RE | 06/15/07 | 0.90 | DRAFT CORRESPONDENCE TO S. CORCORAN RE: UCC COMMENTS TO BID PROCEDURES ORDER (0.1); TELECONFERENCE WITH M. BROUDE RE: SAME (0.1); DRAFT CORRESPONDENCE TO M. BROUDE RE: SAME (0.1); REVIEW AND RESPOND TO CORRESPONDENCE RE: ALLOCATION (0.3); REVIEW AND RESPOND TO CORRESPONDENCE RE: COMMENTS TO CATALYST BIDDING PROCEDURES ORDER (0.3). |
| MEISLER RE | 06/16/07 | 0.10 | DRAFT CORRESPONDENCE RE: RESOLVING UCC COMMENTS TO CATALYST BIDDING PROCEDURES ORDER (0.1). |

11                                                                         B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 06/18/07 | 1.00 | TELECONFERENCE WITH M. FUKUDA AND D. BERBERICH RE: BID PROTECTIONS (0.2); DRAFT NOTES TO FILE (0.1); TELECONFERENCE WITH M. BROUDE RE: SAME (0.1); DRAFT CORRESPONDENCE TO M. BROUDE AND REVIEW RESPONSE RE: SAME (0.2); REVIEW DOJ COMMENTS TO CATALYST SALE MOTION (0.4). |
|---|---|---|---|
| MEISLER RE | 06/19/07 | 0.10 | REVIEW AND RESPOND TO CORRESPONDENCE RE: CATALYST SALE (0.1). |
| MEISLER RE | 06/21/07 | 1.50 | REVIEW AND COMMENT ON CATALYST SCRIPT RE: HEARING PREP (0.8); REVIEW AND COMMENT ON SALTILLO SCRIPT (0.7). |
| MEISLER RE | 06/24/07 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: CATALYST SALE (0.2). |
| MEISLER RE | 06/26/07 | 0.30 | REVIEW COMMENTS PER COURT HEARING RE: BID PROCEDURES ORDERS RE: CATALYST SALE (0.3). |
| MEISLER RE | 06/27/07 | 0.40 | REVIEW ORDER TO BE SUBMITTED TO CHAMBERS RE: CATALYST BID PROCEDURES ORDER (0.2); REVIEW UCC DILIGENCE REQUESTS RE: SALTILLO (0.2). |
| MEISLER RE | 06/28/07 | 0.30 | REVIEW CORRESPONDENCE RE: DIVESTITURE OF INTERIORS AND CLOSURES BUSINESS (0.3). |
| MEISLER RE | 06/29/07 | 0.40 | ATTENTION TO INQUIRIES FROM INTERESTED BIDDERS RE: SALTILLO (0.3); DRAFT CORRESPONDENCE RE: ENTRY OF BID PROCEDURES ORDERS (0.1). |

                               52.80

**Total Partner**              94.20

| FERN BM | 06/01/07 | 13.10 | EMAILS TO/FROM M. FUKUDA RE: PEGASUS AGREEMENT (0.3); REVISE PEGASUS BIDDING PROCEDURES AND ORDERS (1.6); REVIEW AND COMMENT BOSCH MOTION (3.7); FORMULATE STRATEGY RE: PEGASUS AND BOSCH TIMING (0.6); REVIEW THE REVISED SMCC AGREEMENT AND REVISED NOTICE (0.4); ADDITIONAL ATTENTION TO PEGASUS ORDERS (1.4); EMAILS TO M. FUKUDA RE: SAME (0.3); EMAL TO P. MCCOLLUM AND S. CORCORAN RE: SMCC AGREEMENT (0.2); FORMULATE STRATEGY IN PREPARATION FOR BOSCH AND PEGASUS FILINGS (1.1); REVISE PEGASUS MOTION (2.6); EMAIL TO/FROM R. BERRY RE: SERVICE OF PLEADINGS (0.3); EMAIL TO R. BERRY AND K. CRAFT RE: BOSCH PLEADINGS (0.4); EVALUATE OPEN ISSUES RE: PEGASUS (0.2). |
|---|---|---|---|
| FERN BM | 06/02/07 | 3.00 | REVIEW PEGASUS COMMUNICATION PACKAGE AND UPDATED MOTION (0.8); REVIEW VARIOUS EMAILS FROM M. FUKUDA RE: OPEN PEGASUS ISSUES (0.3); REVISE PEGASUS MOTION (1.9). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 06/03/07 | 2.50 | ATTENTION TO OPEN ISSUES IN BOSCH APA (0.5); REVISE BOSCH MOTION PER COMPANY COMMENTS (0.8); REVIEW DOCUMENTS RE: TIMING OF BOSCH DEAL (0.3); FORMULATE STRATEGY RE: PEGASUS FILINGS (0.9). |
|---------|----------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| FERN BM | 06/04/07 | 12.90 | TELECONFERENCE WITH P. ROTH, S. DERAEDT AND J. GUGLIELMO RE: OPEN PEGASUS ISSUES (0.6); REVISE PEGASUS PLEADINGS (4.1); REVISE BOSCH PLEADINGS (3.4); EMAILS TO B. HARVEY AND M. GRILLO RE: PEGASUS ORDERS (0.3); ADDITIONAL TELECONFERENCE WITH M. FUKUDA AND P. ROTH RE: PEGASUS MOTION (0.7); FORMULATE STRATEGY RE: VARIOUS DIVESTITURES FOR JUNE HEARING (0.8); ATTENTION TO ISSUES RE: TULSA RETENTION PROGRAM (0.2); REVISE BOSCH ORDERS AND PROCEDURES (1.1); REVISE PEGASUS ORDERS AND PROCEDURES (0.8); ATTENTION TO ISSUES RE: DIVESTITURES (0.4); UPDATE BOSCH MOTION (0.5). |
| FERN BM | 06/05/07 | 12.20 | EMAILS TO/FROM R. BERRY RE: OPEN ISSUES IN BOSCH APA (0.3); ATTENTION TO OPEN ISSUES IN PEGASUS MSPA (0.6); TELECONFERENCE WITH R. BERRY RE: BOSCH APA (0.7); FORMULATE STRATEGY RE: PEGASUS (0.5); TELECONFERENCE WITH G. GOERING RE: TERMS OF BOSCH APA (0.5); TELECONFERENCE WITH B. HARVEY RE: PEGASUS ORDERS (0.5); TELECONFERENCE WITH M. FUKUDA RE: SAME (0.4); TELECONFERENCE WITH R. BERRY RE: BOSCH APA (0.5); TELECONFERENCE WITH R. BERRY, J. ADLER, AND G. TOERING RE: BOSCH (0.5); TELECONFERENCE WITH B. SAX RE: RETENTION PROGRAM (0.4); FINALIZE SMCC NOTICE AND PREPARED FOR SERVICE (0.6); REVIEW AND COMMENT ON PEGASUS MOTION (3.6); TELECONFERENCE WITH B. HARVEY RE: PEGASUS ORDERS (0.4); DRAFT RIDER TO PEGASUS MOTION (0.5); ATTENTION TO DOCUMENTS IN PREPARATION FOR FILING PEGASUS MOTION AND EXHIBITS (2.2). |
| FERN BM | 06/06/07 | 4.30 | FINAL REVISIONS TO PEGASUS PLEADINGS (1.4); EMAILS TO M. GRILLO AND B. HARVEY RE: SAME (0.2); EMAILS TO M. FUKUDA RE: STATUS OF PEGASUS (0.2); PREPARE FOR (0.5) AND PARTICIPATED IN TELECONFERENCE WITH G. TOERING AND J. ADLER RE: SALTILLO (0.6); ORGANIZE DOCUMENTS RE: VARIOUS DIVESTITURES (0.6); FORMULATE STRATEGY RE: BOSCH AND TRW (0.5); ATTENTION TO ISSUES RE: SMCC SALE (0.3). |

B43E

| FERN BM | 06/07/07 | 7.90 | TELECONFERENCE WITH T. DONO RE: STATUS OF PROJECT RHODES (0.3); REVIEW AND COMMENT ON RHODES MSPA (0.4); REVIEW AND COMMENT ON BOSCH APA (1.4); CONTINUE ORGANIZING DOCUMENTS RE: VARIOUS DIVESTITURES (0.7); REVIEW AND COMMENT ON TRW APA (2.1); PREPARE FOR (0.5) AND PARTICIPATE IN TELECONFERENCE WITH R. BERRY, J. ADLER AND G. TOERING RE: BOSCH (1.3); TELECONFERENCE WITH T. DONO RE: RHODES (0.6); EMAILS TO/FROM T. DONO RE: RHODES (0.2); FORMULATE STRATEGY RE: BOSCH APA (0.4). |
| FERN BM | 06/08/07 | 9.00 | REVIEW BOSCH COMMENTS TO SALE ORDER AND BIDDING PROCEDURES ORDER (0.4); PREPARE FOR (0.3) AND PARTICIPATE IN TELECONFERENCE WITH R. BERRY, J. CARNEY RE: BOSCH (0.7); DRAFT PROPOSED LANGUAGE FOR BOSCH APA (0.5); REVIEW AND COMMENT ON CATALYST COMPETITION FILING (0.5); ADDITIONAL REVIEW OF ISSUES RE: BOSCH APA (0.4); REVISE TRW APA (0.8); ATTENTION TO DOCUMENTS RE: CATALYST SCHEDULES AND ANCILLARY AGREEMENTS (0.9); REVIEW ISSUES RE: TRW APA (0.4); PREPARE FOR (0.5) AND PARTICIPATE IN TELECONFERENCE WITH J. ADLER, R. BERRY AND G. TOERING RE: BOSCH APA (0.9); FORMULATE STRATEGY RE: PROPOSED CHANGES TO BOSCH ORDERS (0.5); TELECONFERENCE WITH G. TOERING RE: BOSCH ORDERS (0.4); REVISE BOSCH ORDERS (0.8); EMAIL TO J. ADLER AND G. TOERING RE: SAME (0.3); ATTENTION TO ISSUES RE: CATALYST DILIGENCE PROCESS (0.7). |
| FERN BM | 06/09/07 | 1.20 | EVALUATE ISSUES RE: BOSCH APA (0.4); DRAFT AND REVISE DIVESTITURES MATERIAL FOR COMMITTEE PRESENTATIONS (0.8). |
| FERN BM | 06/10/07 | 2.10 | REVIEW AND COMMENT ON BOSCH MOTION (1.8); REVIEW ISSUES RE: BOSCH APA (0.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FERN BM        06/11/07    11.30  EMAILS TO/FROM G. TOERING RE: BOSCH
                                  PLEADINGS (0.3); REVIEW ISSUES RE: SAME
                                  (0.4); REVIEW AND COMMENT ON TRW
                                  PLEADINGS (2.1); REVIEW AND COMMENT ON
                                  BOSCH APA (0.8); REVISE BOSCH ORDERS
                                  (0.6); TELECONFERENCE WITH R. BERRY AND
                                  J. CARNEY RE: BOSCH COMMENTS TO APA
                                  (1.0); EMAILS TO/FROM G. TOERING RE:
                                  SAME (0.3); PREPARE FOR TELECONFERENCE
                                  RE: BOSCH (0.4); PARTICIPATE IN
                                  TELECONFERENCE WITH G. TOERING, J.
                                  ADLER, R. BERRY, AND J. CARNEY RE: BOSCH
                                  APA (1.1); TELECONFERENCE WITH S.
                                  CORCORAN AND R. BERRY RE: OPEN ISSUES IN
                                  BOSCH APA (0.4); TELECONFERENCE WITH G.
                                  TOERING RE: SAME (0.3); FORMULATE
                                  STRATEGY RE: BOSCH PLEADINGS (1.2);
                                  TELECONFERENCE WITH M. FUKUDA RE:
                                  CATALYST SCHEDULES (0.2); MULTIPLE
                                  EMAILS TO/FROM R. BERRY RE: OPEN ISSUES
                                  IN BOSCH APA (0.5); REVIEW AND COMMENT
                                  ON CATALYST SCRIPT (1.2); REVIEW AND
                                  COMMENT ON BOSCH BIDDING PROCEDURES
                                  (0.5).

FERN BM        06/12/07     9.50  REVIEW THE REVISE BOSCH APA (0.8);
                                  REVISE BOSCH ORDERS (0.6); EMAILS TO R.
                                  BERRY RE: OPEN ISSUES IN BOSCH APA
                                  (0.3); ATTENTION TO ISSUES RE:
                                  DISTRIBUTION OF CATALYST SCHEDULES
                                  (0.5); EMAILS TO D. DOOGAL RE: CATALYST
                                  SCHEDULES (0.4); REVIEW AND COMMENT ON
                                  BOSCH'S PROPOSED CHANGES TO APA (0.4);
                                  MULTIPLE EMAILS TO/FROM S. CORCORAN AND
                                  F. KUPLICKI RE: BOSCH ORDERS (0.3);
                                  REVISE BOSCH PLEADINGS (1.1); FORMULATE
                                  STRATEGY RE: BOSCH PLEADINGS (1.4);
                                  TELECONFERENCE WITH J. WEISS RE:
                                  CATALYST (0.2); FOLLOW UP ON ISSUES RE:
                                  SAME (0.6); FORMULATE STRATEGY RE:
                                  CATALYST (0.5); TELECONFERENCE WITH R.
                                  BERRY AND J. CARNEY RE: OPEN ISSUES IN
                                  BOSCH APA (0.2); DISTRIBUTE CATALYST
                                  SCHEDULES TO CERTAIN INTERESTED PARTIES
                                  (0.4); EMAILS TO/FROM P. ROTH RE:
                                  CATALYST SCHEDULES (0.2); REVIEW BOSCH
                                  PLEADINGS (0.7); EMAILS TO C.
                                  TELECONFERENCE RE: CATALYST SCHEDULES
                                  (0.4); FORMULATE STRATEGY RE: UCC
                                  ISSUES TO CATALYST (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 06/13/07 | 11.30 | REVIEW AND COMMENT ON CATALYST COMPETITION FILING (0.3); REVIEW PROPOSED CHANGES TO BOSCH APA AND NEGOTIATED TERMS WITH G. TOERING (0.4); EMAILS TO/FROM K. CRAFT RE: TRW (0.2); EMAILS TO/FROM R. BERRY AND J. CARNEY RE: OPEN ISSUES IN BOSCH APA (0.5); EMAILS TO/FROM R. FLEETMEYER RE: SMCC SALE (0.2); CONSIDER CATALYST COMMENTS BY CREDITORS' COMMITTEE (0.4); REVIEW AND COMMENT ON BOSCH MOTION (1.7); REVIEW ISSUES RE: CATALYST DEAL (0.3); REVIEW AND COMMENT ON OTHER BOSCH PLEADINGS (1.6); REVIEW ISSUES IN PREPARATION FOR FILING BOSCH PLEADINGS (0.3); REVIEW BRAKE HOSE EXTENSION LETTER AND BRAKE HOSE AGREEMENT (0.2); VARIOUS EMAILS TO J. MUELLER RE: CATALYST SCHEDULES (0.4); TELECONFERENCE WITH M. FUKUDA RE: CLOSURES (0.3); PREPARE FOR (0.3) AND PARTICIPATE IN TELECONFERENCE WITH J. ADLER, R. BERRY, AND J. CARNEY RE: BOSCH APA (0.9); FOLLOW UP ON OPEN ISSUES RE: BOSCH APA (1.2); EMAIL TO G. TOERING RE: BOSCH ORDERS (0.2); DRAFT ASSIGNMENT/ASSUMPTION AGREEMENT (0.7); FORMULATE STRATEGY RE: OPEN ISSUES IN BOSCH APA (1.2). |
| --- | --- | --- | --- |
| FERN BM | 06/14/07 | 7.70 | RESOLVE OPEN ISSUES IN BOSCH APA (1.1); REVISE SCRIPT FOR CATALYST HEARING (0.6); TELECONFERENCE WITH J. ADLER, R. BERRY, J. CARNEY RE: FINALIZING BOSCH APA (0.4); EMAILS TO/FROM R. BERRY RE: OPEN ISSUES IN BOSCH APA (0.5); FORMULATE STRATEGY RE: VARIOUS DIVESTITURES (0.5); TELECONFERENCE WITH R. FLEETMEYER RE: STATUS OF SMCC SALE (0.2); TELECONFERENCE WITH J. ADLER AND R. BERRY RE: BOSCH APA (0.4); FINAL REVIEW OF BOSCH APA (0.5); REVIEW ISSUES RE: SMCC SALE (0.2); TELECONFERENCE WITH J. WEISS AND M. BROUDE RE: CATALYST (0.3); REVIEW AND COMMENT ON BOSCH PLEADINGS (2.4); TELECONFERENCE WITH G. TOERING RE: BID PROCEDURES (0.2); REVIEW ISSUES RE: CATALYST BID PROTECTIONS (0.4). |
| FERN BM | 06/15/07 | 2.40 | REVIEW DOCUMENTS RE: SALTILLO SALE MOTION (0.5); EMAILS TO/FROM J. ADLER RE: SALTILLO SCHEDULES (0.2); REVIEW ISSUES RE: SERVICE OF SALTILLO PLEADINGS (0.4); REVIEW EMAILS RE: STATUS OF CATALYST BIDDING PROCEDURES (0.7); FORMULATE STRATEGY RE: TRW (0.3); REVIEW ISSUES RE: SMCC SALE (0.3). |
| FERN BM | 06/17/07 | 0.80 | REVIEW AND ORGANIZE DOCUMENTS RE: VARIOUS DIVESTITURES (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 06/18/07 | 4.50 | REVIEW ISSUES RE: ALLOCATION OF BID PROTECTIONS (0.6); REVIEW CATALYST INTERCOMPANY AGREEMENT (0.2); EMAILS TO/FROM M. SISSON RE: CATALYST PUBLICATION NOTICE (0.2); TELECONFERENCE WITH M. FUKUDA AND M. HESTER RE: DOJ CONCERNS TO CATALYST (0.4); REVIEW ISSUES RE: CATALYST SALE ORDER (0.5); EMAILS TO P. NITOGLIA RE: CATALYST SCHEDULES (0.3); REVIEW AND COMMENT ON TRW PLEADINGS (2.3). |
|---|---|---|---|
| FERN BM | 06/19/07 | 5.40 | REVIEW ISSUES RE: CATALYST SALE ORDER (0.7); ADDITIONAL REVIEW OF TRW PLEADINGS (0.8); TELECONFERENCE WITH J. GUGLIELMO RE: VARIOUS DIVESTITURES (0.3); REVIEW AND COMMENT ON CATALYST SCRIPT (0.9); EMAILS TO R. BERRY AND J. CARNEY RE: SCHEDULES AND PUBLICATION NOTICE (0.3); REVIEW AND COMMENT ON CATALYST BIDDING PROCEDURES (0.2); REVIEW ISSUES RE: PUBLICATION NOTICE FOR CATALYST AND BOSCH (0.4); REVIEW SCHEDULES TO SALTILLO APA (0.8); EMAILS TO/FROM R. BERRY RE: PUBLICATION NOTICE (0.2); REVIEW AND COMMENT ON SCRIPT FOR BOSCH HEARING (0.8). |
| FERN BM | 06/20/07 | 6.10 | EMAIL TO M. FUKUDA AND S. CORCORAN RE: CATALYST (0.2); DRAFT SUMMARY CHART FOR DIVESTITURES SCHEDULED FOR JUNE HEARING (1.8); EMAILS TO/FROM J. WALTERS RE: CATALYST SCHEDULES (0.2); REVIEW ISSUES RE: SALTILLO PUBLICATION NOTICE (0.2); REVISE DIVESTITURE SUMMARY CHARTS (1.4); REVISE DIVESTITURES SCRIPTS FOR 6/26 HEARING (0.9); FORMULATE STRATEGY RE: NOTICE PROCEDURES (0.3); REVIEW AND VERIFY SALTILLO SCHEDULES (0.7); EMAIL TO J. CARNEY RE: SAME (0.2); EMAIL TO K. CRAFT RE: PBGC LIENS (0.2). |
| FERN BM | 06/21/07 | 8.30 | REVIEW PRESENTATION RE: TRW APA (0.2); REVIEW AND COMMENT ON TRW APA (2.9); EMAILS TO/FROM T. MARTIN RE: CATALYST (0.2); ATTENTION TO ISSUES RE: SALTILLO SCHEDULES (0.3); DISCUSS COMMENTS TO SALTILLO SCRIPT (0.4); EMAILS TO/FROM J. CARNEY RE: SALTILLO ISSUES (0.3); FORMULATE STRATEGY FOR DIVESTITURE SCRIPTS FOR JUNE HEARING (0.5); ATTENTION TO DOCUMENTS IN PREPARATION FOR JUNE DIVESTITURES (0.6); ADDITIONAL ATTENTION TO DIVESTITURE SCRIPTS FOR JUNE HEARING (0.9); EMAIL TO M. FUKUDA, S. DERAEDT, AND P. ROTH RE: BIDDING PROCEDURES (0.2); ADDITIONAL REVISIONS TO CATALYST SCRIPT (0.5); EMAIL FROM J. WEIS RE: DIVESTITURE DILIGENCE REQUESTS (0.2); EMAIL TO S. CORCORAN, M. FUKUDA AND R. BERRY RE: SAME (0.3); EMAILS TO/FROM S. DERAEDT RE: CATALYST DILIGENCE (0.5); EMAILS TO/FROM R. BERRY RE: SALTILLO DILIGENCE (0.3). |

17                                                                          B4JE

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 06/22/07 | 8.00 | EMAILS FROM R. BERRY RE: SALTILLO SCHEDULES (0.2); EMAILS TO/FROM P. ROTH RE: CATALYST DILIGENCE (0.2); EMAILS TO/FROM M. SISSON RE: PUBLICATION NOTICE (0.2); TELECONFERENCE WITH J. GUGLIELMO AND P. ROTH RE: CATALYST DILIGENCE (0.7); EMAIL TO J. WEISS RE: DILIGENCE REQUEST (0.2); EMAILS TO J. WEISS RE: SCHEDULES TO CATALYST MSPA (0.4); EMAILS TO/FROM M. FUKUDA RE: DILIGENCE (0.3); REVIEW AND COMMENT ON CATALYST S. AFRICA COMPETITION FILING (0.5); REVIEW FINAL SALTILLO SCHEDULES (0.8); EMAIL TO R. BERRY AND J. CARNEY RE: SAME (0.2); PREPARE FOR (0.3) AND PARTICIPATE IN TELECONFERENCE WITH J. CARNEY AND J. GUGLIELMO RE: SALTILLO DILIGENCE (0.6); EMAILS TO/FROM M. FUKUDA RE: BID PROTECTIONS (0.3); TELECONFERENCE WITH R. BERRY RE: SALTILLO DILIGENCE (0.7); EMAIL TO J. ADLER AND R. BERRY RE: DILIGENCE (0.3); DRAFT EMAIL TO J. ADLER AND G. TOERING RE: SCHEDULES TO SALTILLO APA (0.4); ATTENTION TO ISSUES IN PREPARATION FOR 6/26 HEARING (0.7); EMAILS TO J. WEISS RE: SALTILLO DILIGENCE (0.3); REVIEW SALTILLO MOTION (0.3); REVIEW CATALYST MOTION (0.4). |
| FERN BM | 06/24/07 | 0.60 | REVIEW ISSUES RE: CATALYST FEE SHARING AGREEMENT (0.4); EVALUATE ISSUES RE: PBGC LIENS FOR TRW APA (0.2). |
| FERN BM | 06/25/07 | 5.50 | REVIEW DOCUMENTS RELATED TO CATALYST (0.7) AND SALTILLO (0.4) HEARINGS; REVIEW EXHIBITS TO CATALYST BIDDING PROCEDURES ORDER (0.4); ANALYZE ISSUES RE: SALTILLO PURCHASE PRICE ALLOCATION (0.4); REVIEW CATALYST SALE ORDER (0.5); REVISE CATALYST AND SALTILLO SCRIPTS (0.6); EMAILS TO/FROM R. BERRY RE: SALTILLO APA AND SCHEDULES (0.7); EMAIL TO J. ADLER AND G. TOERING RE: UPDATED SCHEDULES (0.2); TELECONFERENCE WITH R. BERRY, J. GUGLIELMO, AND J. CARNEY RE: BOSCH DILIGENCE (0.6); REVIEW AND COMMENT ON TRW APA (0.8); TELECONFERENCE WITH M. FUKUDA RE: CATALYST SHARING AGREEMENT (0.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 06/26/07 | 8.20 | PREPARE FOR OMNIBUS HEARING AS IT RELATES TO DIVESTITURES (2.5); ATTEND OMNIBUS HEARING (1.4); EMAILS TO R. BERRY AND M. FUKUDA RE: ASSET VALUATION (0.3); TELECONFERENCE WITH M. FUKUDA RE: BIDDING PROCEDURES ORDER (0.2); REVISE CATALYST BIDDING PROCEDURES ORDER (0.6); EMAILS TO/FROM R. BERRY AND S. GALE RE: ASSET VALUATION (0.4); REVIEW CATALYST ASSET VALUATION (0.5); REVIEW RESPONSES TO SALITILLO DILIGENCE REQUESTS (0.3); CONSIDER ISSUES RE: CATALYST AND SATLILLO NOTICES (0.6); ANALYZE ISSUES RE: ASSET VALUATION (0.4); REVIEW SALTILLO DILIGENCE REQUESTS (0.4); REVISE SALTILLO-RELATED RESPONSES TO DILIGENCE QUESTIONS (0.6). |
|---|---|---|---|
| FERN BM | 06/27/07 | 8.60 | PREPARE FOR AND PARTICIPATE IN SALTILLO DILIGENCE CALL WITH R. BERRY, J. CARNEY AND J. GUGLIELMO (1.2); REVISE CATALYST BIDDING PROCEDURES ORDER (0.5); PREPARE FOR AND PARTICIPATE IN CATALYST DILIGENCE CALL WITH M. FUKUDA, J. GUGLIELMO, S. DERAEDT, P. ROTH, AND D. BERBERICH (1.6); REVIEW ISSUES RE: POSSIBLE DIVESTITURE (0.2); ADDITIONAL REVISIONS TO CATALYST ORDER (0.4); EMAILS TO/FROM R. BERRY RE: SALTILLO DILIGENCE (0.7); EMAIL TO J. WEISS RE: ESCROW AGREEMENT (0.2); REVIEW AND REVISE RESPONSES TO SALTILLO DILIGENCE QUESTIONS (3.8). |
| FERN BM | 06/28/07 | 7.90 | TELECONFERENCE WITH D. MONTILLERO RE: SALTILLO (0.2); EMAIL TO R. BERRY AND J. CARNEY RE: SAME (0.2); REVISE LETTER RE: SALTILLO DILIGENCE (0.7); EMAILS TO/FROM P. ROTH RE: BIDDING PROCEDURES (0.2); REVISE SALTILLO DILIGENCE LETTER (0.8); EMAILS TO J. SHUMAN RE: CATALYST SCHEDULES (0.3); EMAILS TO/FROM M. FUKUDA RE: CLOSURES ISSUES (0.6); REVIEW ISSUES RE: MECHANICS OF CLOSURES TRANSACTION (0.9); ADDITIONAL CONSIDERATION OF SALTILLO DILIGENCE LETTER (1.0); EMAILS TO/FROM R. BERRY AND S. CORCORAN RE: SAME (0.4); TELECONFERENCE WITH J. SHUMAN RE: CATALYST (0.2); DRAFT CATALYST DILIGENCE RESPONSE LETTER (1.2); FOLLOW UP ON ISSUES RE: CATALYST ASSUMED CONTRACTS (0.5); FORMULATE STRATEGY RE: CLOSURES TRANSACTION (0.7). |
| FERN BM | 06/29/07 | 3.00 | REVIEW CATALYST DILIGENCE (0.4); REVIEW SALTILLO DILIGENCE (0.3); TELECONFERENCE WITH M. FUKUDA RE: CATALYST ISSUES (0.2); FOLLOW-UP DILIGENCE QUESTIONS RE: SALTILLO (0.6); REVIEW NOTICE PROCEDURES RE: CATALYST AND BOSCH (1.2); EMAIL TO A. DECHOW RE: PUBLICATION NOTICE (0.3). |

19                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 06/30/07 | 0.40 | EMAILS FROM J. CARNEY, S. CORCORAN AND R. BERRY RE: SALTILLO DILIGENCE (0.4). |
|---|---|---|---|

**177.70**

| GRANT K | 06/01/07 | 11.10 | TELECONFERENCE WITH S. CORCORAN RE: COMERICA DISPUTE (0.3); TELECONFERENCE AND EMAIL WITH R. MCDOWELL RE: SAME (0.3); DRAFT MEMORANDUM (1.7) AND REVISE PROPOSED AGREEMENT RE: SAME (0.3); CONTINUE WORK ON REVISING NOTICES, ORDERS AND BIDDING PROCEDURES FOR PROJECT PEGASUS (4.2); CONTINUE WORK ON REVISING NOTICES, ORDERS AND BIDDING PROCEDURES FOR BOSCH SALE (4.3). |
|---|---|---|---|
| GRANT K | 06/04/07 | 11.50 | TELECONFERENCE WITH J. GUGLIELMO RE: CATALYST SALE (0.5); TELECONFERENCE WITH M. FUKUDA, D. BERBERICK, S. CORCORAN RE: SAME (0.9); CONTINUE WORK ON MOTION, ORDERS, AND NOTICES FOR BOSCH SALE (5.8); CONTINUE WORK ON MOTION, ORDERS AND NOTICES RE: PEGASUS TRANSACTION (4.3). |
| GRANT K | 06/05/07 | 11.50 | CONTINUE TO WORK ON REVISING PLEADINGS FOR BOSCH TRANSACTION (5.4); WORK ON REVISING FINALIZING PLEADINGS FOR CATALYST SALE (6.1). |
| GRANT K | 06/06/07 | 1.70 | FINALIZE PLEADINGS FOR CATALYST SALE AND ATTENTION TO FILING SAME (1.7). |
| GRANT K | 06/07/07 | 6.40 | REVIEW AND REVISE APA FOR BOSCH TRANSACTION (3.9); CONTINUE WORK ON PLEADINGS RE: SAME (2.5). |
| GRANT K | 06/11/07 | 6.50 | EMAIL WITH S. BURGER AND S. CORCORAN RE: STOCK SALE TRANSACTION (0.4); REVISE PRESS RELEASE FOR BOSCH TRANSACTION (0.3); TELECONFERENCE WITH BOSCH, DELPHI RE: APA (1.1); CONTINUE WORK ON PLEADINGS RE: BOSCH TRANSACTION (4.7). |
| GRANT K | 06/12/07 | 7.90 | REVIEW COMMITTEE COMMENTS TO CATALYST AND EMAIL RE: SAME (0.4); COMPILE PLEADING BOOK FOR CATALYST SALE (0.5); CONTINUE WORK ON REVISING PLEADINGS FOR BOSCH SALE (5.2) AND REVIEW NEW DRAFTS OF PURCHASE AGREEMENT (1.8). |
| GRANT K | 06/13/07 | 5.30 | TELECONFERENCE WITH S. GUGLIELMO (0.2) AND R. FLETEMEYER (0.2) RE: ASSET SAILS; CONTINUED WORK ON REVISING BOSCH PLEADINGS (4.9). |
| GRANT K | 06/14/07 | 8.10 | CONTINUE WORK ON REVISING BOSCH PLEADINGS AND PREPARING SAME FOR FILING (8.1). |
| GRANT K | 06/15/07 | 1.60 | FINALIZE AND FILE BOSCH MOTION (1.3); FOLLOW UP ON SERVICE OF SAME (0.3). |
| GRANT K | 06/18/07 | 3.90 | WORK ON HEARING PREPARATION MATERIALS FOR BOSCH MOTION (3.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRANT K | 06/19/07 | 6.60 | CONTINUE WORK ON HEARING PREPARATION MATERIALS FOR BOSCH SALE (6.2); TELECONFERENCE WITH R. MCDOWELL RE: COMERICA DISPUTE (0.3) AND EMAIL WITH S. CORCORAN RE: SAME (0.1). |
|---|---|---|---|
| GRANT K | 06/20/07 | 3.10 | CONTINUE WORK ON HEARING PREPARATION MATERIALS FOR BOSCH (3.1). |
| GRANT K | 06/21/07 | 4.90 | CONTINUE WORK ON HEARING PREPARATION FOR BOSCH (4.6); EMAIL WITH S. BURGER RE: STOCK SALE (0.3). |
| GRANT K | 06/22/07 | 2.00 | DRAFT DEMINIMUS ASSET SALE NOTICES FOR SHARES OF ENDOVA AND NSK (1.8); TELECONFERENCE WITH S. BURGER RE: SAME (0.2). |
| GRANT K | 06/26/07 | 2.10 | WORK ON NOTICES IN CONNECTION WITH ASSUMPTION AND ASSIGNMENT OF CONTRACTS FOR BOSCH SALE (2.1). |
| GRANT K | 06/28/07 | 3.80 | CONTINUE TO WORK ON NOTICES WITH RESPECT TO ASSUMPTION AND ASSIGNMENT OF CONTRACTS FOR BOSCH TRANSACTION (2.3); FINALIZE AND SERVE DO MINIMIS ASSET SALE NOTICES FOR NSK AND ENOVA SHARES (1.3); EMAIL WITH S. BURGER RE: SAME (0.2). |
| GRANT K | 06/29/07 | 1.70 | PREPARE TIMELINE FOR BOSCH SALE (0.4;) EMAIL WITH J. CARNEY RE: SAME (0.3); EMAIL WITH D. MORTILLARO RE: POTENTIAL BID OF BREMBO (0.3); FINALIZING CONTRACT ASSUMPTION/ASSIGNMENT RE: NOTICES (0.5); EMAIL WITH J. CARNEY AND R. BERRY RE: SAME (0.2). |

**99.70**

| KALOUDIS D | 06/01/07 | 8.80 | TELECONFERENCE WITH FTI AND DELPHI RE: BOSCH (0.3); TELECONFERENCE WITH J. CARNEY RE: BOSCH (0.3); REVISE PEGASUS SALE PLEADINGS (SALE MOTION, BIDDING PROCEDURES ORDER, SALE ORDER AND NOTICES) (4.6); REVIEW COMMUNICATIONS PACKAGE (0.6); FURTHER REVISE PLEADINGS TO INCORPORATE COMMENTS FROM TEAM (1.1); REVIEW COMMENTS TO BOSCH PLEADINGS (0.7); INCORPORATE SAME TO CATALYST PLEADINGS (0.8); FOLLOW UP ON NOTICE ISSUES (0.4). |
|---|---|---|---|
| KALOUDIS D | 06/02/07 | 0.60 | REVIEW STRUCTURE CHARTS AND OTHER EMAIL CORRESPONDENCE FROM COMPANY (0.6). |
| KALOUDIS D | 06/03/07 | 4.40 | REVISE CATALYST SALE MOTION REFLECTING COMMENTS FROM COMPANY AND COMMUNICATION PACKAGES (4.4). |

21

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D      06/04/07    10.20   TELECONFERENCE WITH COMPANY RE: PEGASUS
                                    DIVESTITURE (0.5); FOLLOW UP
                                    TELECONFERENCE WITH COMPANY RE:
                                    OUTSTANDING ISSUES (0.7); REVIEW AND
                                    REVISE NOTICES (SALE NOTICE, CURE
                                    NOTICE, ASSUMPTION AND ASSIGNMENT
                                    NOTICES) (1.8); REVIEW AND REVISE
                                    CATALYST SALE PLEADINGS (SALE MOTION,
                                    BIDDING PROCEDURES, BIDDING PROCEDURES
                                    ORDER, AND SALE ORDER) (7.2).

KALOUDIS D      06/05/07    17.10   REVIEW AND REVISE CATALYST SALE
                                    PLEADINGS (SALE MOTION, BIDDING
                                    PROCEDURES, BIDDING PROCEDURES ORDER,
                                    AND SALE ORDER) (2.9); REVISE NOTICES
                                    (0.6); TELECONFERENCE WITH M. FUKUDA
                                    RE: CATALYST SALE PLEADINGS (0.3);
                                    REVIEW COMMENTS FROM COMPANY (0.3)
                                    INCORPORATE COMMENTS RECEIVED FROM
                                    COMPANY (3.8); REVIEW SPECIAL NOTICE
                                    PARTIES FOR CATALYST (1.8); INCORPORATE
                                    COMMENTS RECEIVED FROM J. LYONS (SALE
                                    MOTION, BIDDING PROCEDURES ORDER, SALE
                                    ORDER)(1.7); INCORPORATE COMMENTS RE:
                                    SALE PLEADINGS (SALE MOTION, NOTICES,
                                    BIDDING PROCEDURES, BIDDING PROCEDURES
                                    ORDER, SALE ORDER) (5.0); REVIEW FINAL
                                    DRAFT BEFORE FILING (0.7).

KALOUDIS D      06/06/07     5.30   REVIEW CATALYST SERVICE ISSUES (1.8);
                                    REVIEW PRESS RELEASES (0.3);
                                    TELECONFERENCE WITH E. WEBER (FTI) RE:
                                    BOSCH CONTRACTS (0.1); REVISE 363
                                    TIMELINE (0.3); EMAIL WITH K. CRAFT RE:
                                    SAME (0.1); BEGIN DRAFTING CATALYST
                                    SCRIPT (0.6); TELECONFERENCE WITH S.
                                    DEREAT RE: TRW (0.2); TELECONFERENCE
                                    WITH FTI AND COMPANY RE: BOSCH CONTRACTS
                                    (0.3); FOLLOW UP ON PUBLICATION NOTICE
                                    ISSUE (0.3); REVIEW SCHEDULES TO
                                    CATALYST AGREEMENT (1.3).

KALOUDIS D      06/07/07     5.00   TELECONFERENCE WITH FTI AND COMPANY RE:
                                    BOSCH CONTRACTS (0.2); REVIEW CATALYST
                                    SERVICE ISSUES (0.3); BEGIN DRAFTING
                                    HEARING SCRIPT RE: CATALYST (1.5);
                                    REVISE TRW PLEADINGS (SALE MOTION,
                                    ORDERS AND BIDDING PROCEDURES (3.0).

KALOUDIS D      06/08/07     6.00   REVISE TRW PLEADINGS REFLECTING REVISED
                                    APA (SALE MOTION, ORDERS AND BIDDING
                                    PROCEDURES (4.1); CONTINUE TO REVISE
                                    CATALYST HEARING SCRIPT (1.6);
                                    TELECONFERENCE WITH S. DEREAT RE: TRW
                                    (0.3).

KALOUDIS D      06/09/07     8.80   REVIEW AND REVISE ALL TRW SALE PLEADINGS
                                    REFLECTING NEW APA (SALE MOTION,
                                    BIDDING PROCEDURES, BIDDING PROCEDURES
                                    ORDER AND SALE ORDER) (8.8).

KALOUDIS D      06/11/07     3.20   FOLLOW UP ON CATALYST NOTICE ISSUES
                                    (0.7); REVIEW COMMENTS TO SALE MOTION
                                    (0.2); INCORPORATE COMMENTS RECEIVED TO
                                    TRW SALE MOTION (2.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KALOUDIS D | 06/12/07 | 3.00 | REVISE CATALYST BID PROCEDURES (0.5); EMAIL TO J. WEISS RE: SAME (0.2); REVIEW DOCKET FOR ANY OBJECTIONS (0.3); FOLLOW UP ON TRW NOTICE PARTIES (0.3); EMAIL TO P. ROTH RE: NOTICE PARTIES (0.1); INCORPORATE COMMENTS TO SCRIPT FOR CATALYST BIDDING PROCEDURES HEARING (0.8); TELECONFERENCE WITH M. FUKUDA RE: COMMENTS FROM CREDITORS' COMMITTEE (0.1); REVIEW EMAILS FROM CREDITORS' COMMITTEE (0.3); TELECONFERENCE WITH LANDLORD'S COUNSEL RE: CATALYST (0.3); FOLLOW UP TELECONFERENCE WITH SAME (0.1). |
| KALOUDIS D | 06/13/07 | 0.70 | FURTHER REVISED CATALYST SCRIPT (0.5); EMAIL TO S.DEREAT RE: TRW(0.1); TELECONFERENCE WITH M. FUKUDA RE: PEGASUS (0.1). |
| KALOUDIS D | 06/14/07 | 3.10 | FURTHER REVISE TRW PLEADINGS (SALE MOTION, BIDDING PROCEDURES, SALE ORDER AND BIDDING PROCEDURES ORDER) (2.4); REVIEW EMAIL FROM COMPANY RE: PUBLICATION (0.2); REVIEW EMAIL FROM COMPANY RE: NOTICE (0.5). |
| KALOUDIS D | 06/15/07 | 1.30 | CONSIDER CREDITORS' COMMENTS TO CATALYST (0.8); TELECONFERENCE WITH M. FUKUDA RE: SAME (0.1); TELECONFERENCE WITH J. WEISS RE: SAME (0.1); TELECONFERENCE WITH B. HARVEY RE: SAME (0.1); SEND DRAFT OF THE TRW SALE MOTION TO R. MEISLER (0.2). |
| KALOUDIS D | 06/18/07 | 5.80 | REVIEW CATALYST PROPOSED ORDER LANGUAGE RE: CREDITORS COMMITTEE ISSUES (2.2); TELECONFERENCE WITH COUNSEL FOR CREDITORS COMMITTEE (0.3); REVISE SCRIPT TO REVISE SAME (0.3); REVISE TRW ORDERS AND BIDDING PROCEDURES TO CONFORM WITH BOSCH PLEADINGS (3.0). |
| KALOUDIS D | 06/19/07 | 4.90 | ATTENTION TO DOJ'S COMMENTS TO CATALYST PLEADINGS (0.4); EMAIL P. ROTH RE: NOTICE PARTIES (0.2); INCORPORATE COMMENTS TO TRW BIDDING PROCEDURES ORDER AND SALE ORDER (3.1); FURTHER REVISE HEARING SCRIPT (0.7); SEND REVISED ORDER TO CREDITORS' COMMITTEE (0.5). |
| KALOUDIS D | 06/20/07 | 3.10 | EMAIL TO K. CRAFT RE: STATUS OF TRW (0.1); REVIEW EMAIL  (0.3); BEGIN TO REVISE TRW PLEADINGS TO REFLECT REVISED APA (2.7). |
| KALOUDIS D | 06/21/07 | 2.40 | REVIEW REVISED TRW APA (1.5): REVIEW COMMENTS TO TRW (0.2); REVISE CHART FOR CATALYST BIDDING PROCEDURES HEARING (0.7). |
| KALOUDIS D | 06/22/07 | 0.10 | FOLLOW UP ON STATUS OF TRW (0.1). |

B43E

KALOUDIS D        06/24/07      0.70  REVIEW EMAIL CORRESPONDENCE FROM
                                      COMPANY RE: CATALYST DILIGENCE
                                      MATERIALS (0.7).

KALOUDIS D        06/25/07      0.80  EMAIL TO KCC RE: CURE AND ASSUMPTION
                                      NOTICES (0.2); EMAIL TO COMPANY RE:
                                      CONTRACTS FOR ASSUMPTION (0.2);
                                      ATTENTION TO HEARING SCRIPT (0.2);
                                      DISTRIBUTE REVISED ORDERS TO WORKING
                                      GROUP (0.2).

KALOUDIS D        06/26/07      2.00  REVIEW CORRESPONDENCE FROM COMPANY RE:
                                      TRW (0.6); SEND EMAIL TO COMPANY RE:
                                      FILING DATE (0.2); SEND FOLLOW UP EMAIL
                                      TO COMPANY RE: CATALYST CONTRACTS
                                      (0.2); REVIEW CATALYST SCHEDULE RE:
                                      ASSUMPTION OF CONTRACTS (0.3); REVIEW
                                      CURE LIST (0.3); REVIEW DRAFT NOTICES
                                      FOR CURES (0.4).

KALOUDIS D        06/27/07      1.20  SEND EMAIL TO COMPANY RE: CATALYST
                                      CONTRACTS (0.2); REVIEW EMAIL RESPONSES
                                      FROM COMPANY RE: SAME (0.2); FOLLOW UP
                                      ISSUES RE: CATALYST SERVICE (0.2);
                                      CONTINUE TO REVIEW DRAFTS OF CURE
                                      NOTICES (0.3); REVIEW REVISED BIDDING
                                      PROCEDURES ORDER (0.3).

KALOUDIS D        06/28/07      1.30  FOLLOW UP ON CATALYST NOTICE ISSUES
                                      (0.6); REVIEW MEMO RE: SERVICE ISSUES
                                      (0.7).

KALOUDIS D        06/29/07      2.40  REVIEW EMAIL FROM S. DEREAT RE:TRW
                                      (0.3); REVIEW CATALYST BIDDING
                                      PROCEDURES ORDER ENTERED (0.4); FOLLOW
                                      UP ON NOTICE ISSUES AS REQUIRED UNDER
                                      BIDDING PROCEDURES ORDER (1.4); REVIEW
                                      BOSCH SALE NOTICES (0.3).

                               102.20

STUART NL         06/07/07      7.90  INTERNAL MEETING RE: STEERING (0.6);
                                      RESEARCH AND DRAFT MEMO RE: PLAN ISSUES
                                      RELATED TO DIVESTITURES (7.3).

                                 7.90

**Total Associate**            387.50

CHAVALI A         06/04/07      1.70  ASSIST WITH GATHERING THE SPECIAL
                                      PARTIES FOR THE CATALYST SALE MOTION
                                      (1.3); FOLLOW UP ABOUT SUBMITTED ORDER
                                      (0.4).

CHAVALI A         06/05/07      1.20  CONTINUE WORKING ON SPECIAL PARTIES
                                      SERVICE LIST FOR CATALYST SALE MOTION
                                      (1.2).

CHAVALI A         06/08/07      3.50  DISTRIBUTE PLEADINGS (1.8); TRACK
                                      ORIGINAL SOURCE OF RETURNED ADDRESS FOR
                                      THE CATALYST SALE MOTION (1.7).

                                 6.40

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DEMMA J | 06/05/07 | 4.90 | PREPARE/UPDATE EXHIBITS TO CATALYST SALE MOTION (4.9). |
| DEMMA J | 06/06/07 | 1.80 | UPDATE EXHIBITS FOR CATALYST SALE MOTION (1.1); PREPARE/FILE CATALYST SALE MOTION (0.7). |
| DEMMA J | 06/07/07 | 0.60 | DISTRIBUTE CATALYST SALE DOCUMENTS TO VARIOUS ATTORNEYS (0.6). |
| DEMMA J | 06/11/07 | 1.60 | PREPARE UNFILED SCHEDULES FOR CATALYST SALE FOR DISTRIBUTION (1.6). |
| DEMMA J | 06/14/07 | 0.30 | DISTRIBUTE CATALYST MOTION BINDERS TO VARIOUS ATTORNEYS (0.3). |
| DEMMA J | 06/15/07 | 1.70 | PREPARE/FILE BOSCH SALE MOTION (1.1); COORDINATE SERVICE OF BOSCH SALE MOTION WITH KCC (0.6). |
| DEMMA J | 06/20/07 | 0.60 | COORDINATE PRODUCTION OF BOSCH SALE MATERIALS FOR DISTRIBUTION (0.6). |
| | | 11.50 | |
| **Total Legal Assistant** | | **17.90** | |
| WORSCHECK TM | 06/06/07 | 4.80 | PREPARE CATALYST BUSINESS SALE MOTION DOCUMENTS FOR DISTRIBUTION (4.8). |
| WORSCHECK TM | 06/11/07 | 4.20 | PREPARE CATALYST BUSINESS SALE MOTION DOCUMENTS FOR DISTRIBUTION (4.2). |
| WORSCHECK TM | 06/12/07 | 3.60 | PREPARE CATALYST BUSINESS SALE MOTION DOCUMENTS FOR DISTRIBUTION (3.6). |
| WORSCHECK TM | 06/13/07 | 3.60 | PREPARE CATALYST BUSINESS SALE MOTION DOCUMENTS FOR DISTRIBUTION (3.2); PREPARE ORIGINAL CLAIMS DOCUMENTS FOR FILE (0.4). |
| WORSCHECK TM | 06/20/07 | 3.60 | PREPARE BOSCH SALE MOTION BINDERS FOR DISTRIBUTION (3.6). |
| WORSCHECK TM | 06/21/07 | 4.10 | PREPARE BOSCH SALE MOTION BINDERS FOR DISTRIBUTION (4.1). |
| | | 23.90 | |
| **Total Legal Assistant Support** | | **23.90** | |
| **TOTAL TIME** | | **523.50** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**          **Bill Date: 07/31/07**
**Asset Dispositions (General)**        **Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 06/25/07 | Fern BM | 1,171.70 |
| Air/Rail Travel - vendor feed | 06/26/07 | Fern BM | 48.30 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,220.00** |
| In-house Reproduction | 06/01/07 | Copy Center, D | 104.81 |
| In-house Reproduction | 06/05/07 | Copy Center, D | 0.10 |
| In-house Reproduction | 06/05/07 | Copy Center, D | 29.10 |
| In-house Reproduction | 06/08/07 | Copy Center, D | 443.93 |
| In-house Reproduction | 06/12/07 | Copy Center, D | 0.20 |
| In-house Reproduction | 06/15/07 | Copy Center, D | 663.84 |
| In-house Reproduction | 06/22/07 | Copy Center, D | 2.60 |
| In-house Reproduction | 06/26/07 | Copy Center, D | 359.42 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,604.00** |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 9.03 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 21.07 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 3.43 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 1.02 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.45 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$35.00** |
| Lexis/Nexis | 06/01/07 | Jahn CJ | 124.42 |
| Lexis/Nexis | 06/01/07 | Fern BM | 29.58 |
| | | **TOTAL LEXIS/NEXIS** | **$154.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Westlaw | 06/01/07 | Jahn CJ | 718.29 |
| Westlaw | 06/01/07 | Howard GK | 78.03 |
| Westlaw | 06/05/07 | Kaloudis D | 184.68 |
| | | **TOTAL WESTLAW** | **$981.00** |
| Reproduction - color | 06/02/07 | Copy Center, D | 1.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$1.00** |
| Vendor Hosted Telecon-ferencing | 05/12/07 | Teleconferencing Services, LLC | 6.85 |
| Vendor Hosted Telecon-ferencing | 06/22/07 | Teleconferencing Services, LLC | 9.50 |
| Vendor Hosted Telecon-ferencing | 06/22/07 | Teleconferencing Services, LLC | 5.53 |
| Vendor Hosted Telecon-ferencing | 06/22/07 | Teleconferencing Services, LLC | 5.24 |
| Vendor Hosted Telecon-ferencing | 06/25/07 | Teleconferencing Services, LLC | 7.45 |
| Vendor Hosted Telecon-ferencing | 06/25/07 | Teleconferencing Services, LLC | 0.06 |
| Vendor Hosted Telecon-ferencing | 06/25/07 | Teleconferencing Services, LLC | 0.24 |
| Vendor Hosted Telecon-ferencing | 06/27/07 | Teleconferencing Services, LLC | 17.13 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$52.00** |
| Out-of-Town Travel | 06/25/07 | Fern BM | 35.01 |
| Out-of-Town Travel | 06/25/07 | Fern BM | 34.01 |
| Out-of-Town Travel | 06/26/07 | Fern BM | 35.01 |
| Out-of-Town Travel | 06/26/07 | Fern BM | 455.97 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$560.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Messengers/ Courier | 06/02/07 | Dist Serv/Mail/Page, D | 23.42 |
| Messengers/ Courier | 06/03/07 | Dist Serv/Mail/Page, D | 23.42 |
| Messengers/ Courier | 06/09/07 | Dist Serv/Mail/Page, D | 112.47 |
| Messengers/ Courier | 06/22/07 | Dist Serv/Mail/Page, D | 25.69 |
| | | **TOTAL MESSENGERS/ COURIER** | **$185.00** |
| Out-of-Town Meals | 06/25/07 | Fern BM | 16.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$16.00** |
| Printing to paper from TIF | 06/02/07 | Copy Center, D | 17.30 |
| Printing to paper from TIF | 06/03/07 | Copy Center, D | 3.70 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$21.00** |
| | | **TOTAL MATTER** | **$4,829.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                           Bill Date: 08/31/07
Asset Dispositions (General)                                       Bill Number: 1178615

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/02/07 | 0.30 | REVIEW GM PROPOSAL RE: PLATINUM DIVESTITURE MATTERS AND CONSIDER NEXT STEPS (0.3). |
| BUTLER, JR. J | 07/03/07 | 0.20 | TELECONFERENCE WITH S. CORCORAN RE: PLATINUM DIVESTITURE MATTERS AND FOLLOW-UP ON SAME (0.2). |
| BUTLER, JR. J | 07/04/07 | 0.30 | FOLLOW-UP ON PLATINUM DIVESTITURE MATTERS, NEXT STEPS (0.3). |
| BUTLER, JR. J | 07/13/07 | 0.40 | REVIEW PRESENTATION RE: STEERING DISPOSITION MATTERS (0.4). |
| BUTLER, JR. J | 07/15/07 | 0.30 | REVIEW STEERING DISPOSITION MATTERS (0.3). |
| BUTLER, JR. J | 07/27/07 | 0.40 | REVIEW MATERIALS RE: STEERING REMARKETING (0.2); EMAILS TO/FROM B. ROSENBERG AND B. SCHELER RE: SAME (0.2). |
| BUTLER, JR. J | 07/28/07 | 0.20 | FOLLOW-UP ON STEERING REMARKETING INCLUDING EMAILS TO B. ROSENBERG AND B. SCHELER (0.2). |
| BUTLER, JR. J | 07/31/07 | 0.30 | REVIEW QUALIFIED BID FOR CATALYSTS BUSINESS AND NEXT STEPS FOR AUGUST 8TH AUCTION IN NEW YORK CITY (0.3). |
| | | 2.40 | |
| ~~HEALY J~~ | ~~07/29/07~~ | ~~0.90~~ | ~~CONSIDER VARIOUS UK CAPITAL ISSUES (0.9).~~ |
| ~~HEALY J~~ | ~~07/30/07~~ | ~~3.50~~ | ~~VARIOUS CONFERENCE CALLS RE: BID BY UK PLC; REVIEW AIM ADMISSION DOCUMENTS; REVIEW BYLAWS; T/L BUYER'S UK COUNSEL; RESEARCH AIM REGULATIONS; ADVISE ON UK LAW ISSUES/REGULATORY ISSUES RE: COMPLIANT BID BY ENGLISH LIMITED COMPANY (3.5).~~ |
| ~~HEALY J~~ | ~~07/31/07~~ | ~~0.80~~ | ~~TELECONFERENCES WITH M. FUKADA; REVIEW ADMISSION DOCUMENT; TELECONFERENCE WITH R. SMITH, SELLER'S COUNSEL (0.8).~~ |
| | | ~~5.20~~ | |
| HIESTAND NL | 07/27/07 | 2.70 | SENIOR STRATEGY CALL AND FOLLOW UP RE. COLLECTIVE HOLDING (2.7). |
| HIESTAND NL | 07/29/07 | 2.40 | PREPARE FOR AND ATTEND CALL RE: CSI, FOLLOW UP (2.4). |
| HIESTAND NL | 07/30/07 | 4.10 | ATTEND TO CSI ISSUES, INCLUDING REVIEW OF DOCUMENTS AND CONFERENCE CALL (4.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HIESTAND NL | 07/31/07 | 9.80 | CONTINUED WORK ON CSI BID, CULMINATING IN DESIGNATION AS QUALIFIED BID, INCLUDING REVIEW OF OC (1.7); PRESS RELEASE (0.8); MSPA (0.9); CONFERENCE CALLS RE. SAME (2.1) PREPARE ADVICE ON AIM AND SHOULDER ISSUES (2.2); DISCUSS STRATEGY (2.1). |
| | | **19.00** | |
| LYONS JK | 07/02/07 | 2.20 | REVIEW OF ENVIRONMENTAL SALE CLAUSE AND OTHER DIVESTITURE ISSUES (2.2). |
| LYONS JK | 07/05/07 | 3.10 | REVIEW OF PEGASUS ISSUES, REQUEST FROM CSI, DILIGENCE COORDINATION AND OTHER MATTERS (3.1). |
| LYONS JK | 07/09/07 | 4.30 | REVIEW AND DEVELOPE STRATEGIES RE: STEERING BID PROTECTIONS AND OTHER DIVESTITURE MATTERS INCLUDING CATALYST (4.3). |
| LYONS JK | 07/13/07 | 3.30 | REVIEW OF VARIOUS DIVESTITURE MATTERS INCLUDING STEERING AND CATALYST AND FOLLW UP RE: THE SAME (3.3). |
| LYONS JK | 07/17/07 | 1.50 | REVIEW OF VARIOUS CATALYST ISSUES INCLUDING NOTICE OF ADJOURNMENT, OTHER DEAL ISSUES AND STEERING ISSUES (1.5). |
| LYONS JK | 07/18/07 | 4.20 | REVIEW AND DEVELOPED STRATEGIES RE: STEERING SALE ISSUES, REVIEW OF MSPA, PEGASUS ISSUES, AND OTHER DIVESTITURE ISSUES (4.2). |
| LYONS JK | 07/24/07 | 2.40 | TELECONFERENCES RE: PEGASUS AND AUCTION, BID DEADLINE, SALE HEARING ISSUES (2.4). |
| LYONS JK | 07/25/07 | 2.10 | REVIEW AND CONFERENCE CALLS RE: PEGASUS, AUCTION AND BIDDER STRATEGIES (2.1). |
| LYONS JK | 07/26/07 | 1.10 | REVIEW OF CATALYST SALE ISSUES AND CSI AND DEVELOPED STRATEGIES (1.1). |
| LYONS JK | 07/27/07 | 1.80 | REVIEW OF CATALYST DEVELOPMENTS, CSI ISSUES, AND STRATEGIES RE: THE SAME (1.8). |
| LYONS JK | 07/28/07 | 2.50 | REVIEW AND DEVELOPED AUCTION AND SALE STRATEGIES RE: CATALYST ASSETS INCLUDING CSI AND OTHER MATTERS (2.5). |
| LYONS JK | 07/29/07 | 2.10 | TELECONFERENCES RE: PEGASUS ISSUES INCLUDING CSI AND CONTINGENCY ISSUES (2.1). |
| LYONS JK | 07/30/07 | 1.60 | PARTICIPATION IN VARIOUS CONFERENCE CALLS AND COMMUNICATIONS RE: PEGASUS AND STRATEGIES RE: THE SAME (1.6). |
| LYONS JK | 07/31/07 | 2.90 | PREPARATION FOR AND PARTICIPATION ON VARIOUS CONFERENCE CALLS RE: PEGASUS AND DEVELOPED STRATEGIES RE: THE SAME (2.9). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**35.10**

| MEISLER RE | 07/10/07 | 1.10 | TELECONFERENCE WITH M. FUKUDA RE: PLANNING FOR AUCTION (0.3); WORK ON ISSUES RE: SALE OF MOUNTS (0.6); REVIEW AND COMMENT ON STEERING BOARD RESOLUTIONS (0.2). |
|---|---|---|---|
| MEISLER RE | 07/11/07 | 0.40 | CONTINUE REVIEW OF SAME STEERING RESOLUTIONS (0.4). |
| MEISLER RE | 07/12/07 | 0.50 | REVIEW AND RESPOND TO CORRESPONDENCE RE: DIVESTITURES (0.5). |
| MEISLER RE | 07/13/07 | 1.60 | REVIEW AND REVISE SCRIPT RE: SALE OF ASSETS TO BOSCH (1.6). |
| MEISLER RE | 07/15/07 | 0.30 | REVIEW SIGNIFICANT BUSINESS TRANSACTION RE: PRESENTATION TO BOARD (0.3). |
| MEISLER RE | 07/16/07 | 1.60 | TELECONFERENCE WITH N. BERGER RE: AVOIDANCE ACTION LANGUAGE IN APA (0.1); REVIEW CORRESPONDENCE RE: CATALYST SALE (0.1); PLANNING RE: DIVESTITURES AND UPCOMING AUCTION (1.4). |
| MEISLER RE | 07/18/07 | 3.00 | TELECONFERENCE WITH M. HESTER RE: CATALYST SALE (0.2); REVIEW NOTICE RE: EXTENSION OF CATALYST SALE BID DEADLINE AND CHANGE OF AUCTION DATE (0.1); DRAFT CORRESPONDENCE RE: SAME (0.1); REVIEW CORRESPONDENCE RE: COMPETING BIDDERS (0.3); PREPARE FOR HEARING RE: SALTILLO DIVESTITURE (0.5); TELECONFERENCE WITH M. FUKUDA, S. DEREADT RE: CATALYST SALE (0.6); REVIEW NOTICE RE: ASSUMPTION AND ASSIGNMENT OF CONTRACTS RE: CATALYST (0.2); REVIEW AND REVISE RESPONSE TO SQUIRE SANDERS RE: BID PROCESS (1.0). |
| MEISLER RE | 07/19/07 | 0.10 | DRAFT CORRESPONDENCE TO S. CORCORAN RE: CLOSURES DIVESTITURE (0.1). |
| MEISLER RE | 07/20/07 | 0.60 | REVIEW LANGUAGE PROVIDED BY DOJ RE: CATALYST SALE ORDER (0.3); DRAFT CORRESPOND RE: DIVESTITURES (0.3). |
| MEISLER RE | 07/21/07 | 0.50 | TELECONFERENCE WITH M. FUKUDA RE: CATALYST DIVESTITURE (0.5). |
| MEISLER RE | 07/23/07 | 0.90 | REVIEW EMPLOYEE RETENTION ISSUES RE: CATALYST DIVESTITURE (0.2); PREPARE FOR AUCTION RE: CATALYST (0.4); TELECONFERENCE WITH M. FUKUDA RE: ANCILLARY AGREEMENTS (0.3). |
| MEISLER RE | 07/24/07 | 1.60 | PARTICIPATE ON WORKING GROUP CALL WITH A. AZIM, S. SPIROS, J. WEBER, S. DERAEDT, M. FUKUDA RE: PREPARING FOR CATALYST AUCTION (0.5); FOLLOW UP WITH M. FUKUDA RE: SAME (0.4); REVIEW AND RESPOND TO CORRESPONDENCE RE: SAME (0.5); CONSIDER STRATEGY RE: CATALYST ANCILLARY AGREEMENTS (0.2). |

B43E

MEISLER RE      07/25/07      0.90   TELECONFERENCE WITH K. CRAFT RE: TRW
                                     SALE (0.2); REVIEW AND CONSIDER GLOBAL
                                     DIVESTITURE AND RELATED TRANSACTION
                                     CONTEMPLATED IN THE CATALYST
                                     DIVESTITURE (0.4); REVIEW AND CONSIDER
                                     CORRESPONDENCE RE: DE MINIMIS ASSET
                                     SALE (0.3).

MEISLER RE      07/26/07      1.80   TELECONFERENCE WITH R. FLETEMEYER AND
                                     J. GUGLIELMO RE: GLOBAL DIVESTITURE AND
                                     RELATED TRANSACTION CONTEMPLATED IN THE
                                     CATALYST DIVESTITURE (0.2);
                                     TELECONFERENCE WITH M. FUKUDA RE: SAME
                                     (0.1); TELECONFERENCE WITH M. FORTUNAK
                                     RE: DE MINIMIS ASSET SALES (0.2); REVIEW
                                     AND CONSIDER CORRESPONDENCE FROM S.
                                     DERAEDT (0.2); REVIEW AND RESPOND TO
                                     CORRESPONDENCE WITH M. LOEB RE: SAME
                                     (0.3); ANALYSIS RE: SAME (0.4); REVIEW
                                     BBP RE: CATALYST (0.4).

MEISLER RE      07/27/07      3.00   DEVELOP STRATEGY FOR COMPETING BIDDERS
                                     FOR CATALYST AUCTION (1.4); REVIEW
                                     CONSIDER ISSUES RE: PROJECT RHODES
                                     (0.9); REVIEW RETENTION ADDENDUM RE:
                                     CATALYST SALE (0.3); TELECONFERENCE
                                     WITH F. KUPLICKI RE: SAME (0.1); REVIEW
                                     STATUS OF COMPETING BIDS (0.3).

MEISLER RE      07/28/07      0.40   TELECONFERENCE WITH M. FUKUDA RE:
                                     COMPETING BIDS FOR CATALYST SALE (0.2);
                                     FOLLOW UP (0.2).

MEISLER RE      07/29/07      2.10   REVIEW AND RESPOND TO CORRESPONDENCE
                                     RE: CATALYST (0.6); REVIEW BUSINESS
                                     PLAN RE: CATALYST (0.5); TELECONFERENCE
                                     WITH M. FUKUDA, S. DERAEDT, J. FUERST
                                     RE: UK LAW ISSUES RE: COMPETING BID
                                     (0.8); FOLLOW UP (0.2).

MEISLER RE      07/30/07      1.30   CONSIDER A-1 OBJECTION AND RESOLUTION
                                     (0.2); TELECONFERENCE WITH M. FUKUDA
                                     RE: CATALYST AUCTION (0.4); REVIEW AND
                                     RESPOND TO CORRESPONDENCE RE: SAME
                                     (0.7).

MEISLER RE      07/31/07      3.40   REVIEW AND RESPOND TO CORRESPONDENCE
                                     RE: CATALYST AUCTION (0.3);
                                     TELECONFERENCE WITH M. FUKUDA RE: BID
                                     DEADLINE (0.2); PREPARE FOR BID
                                     DEADLINE (0.3); TELECONFERENCE WITH M.
                                     FUKUDA RE: ESCROW (0.1); REVIEW AND
                                     COMMENT ON CSI PRESS RELEASE (0.3);
                                     TELECONFERENCE WITH M. FUKUDA RE: CSI
                                     PRESS RELEASE AND BID DEADLINE (0.2);
                                     REVIEW COMPETING BID FOR CATALYST
                                     BUSINESS (0.6); WORKING GROUP CALL WITH
                                     M. FUKUDA AND DELPHI BUSINESS PEOPLE RE:
                                     COMPETING BID (0.9); FOLLOW UP INTERNAL
                                     WORKING GROUP CALL (0.2);  REVIEW EPCA
                                     TERMS AND CONDITIONS FOR COMPLIANCE IN
                                     CONNECTION WITH CATALYST DIVESTITURE
                                     (0.3).

                             25.10

                                                                    18                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Total Partner | | 86.80 | |
|---|---|---|---|
| GASAWAY M | 07/30/07 | 5.70 | REVIEW CA PROXY RULES; PREPARE MARKINGS OF VOTING AND PROXY AGREEMENT; PREPARE SUMMARY OF CONCEPTUAL ISSUES (5.7). |
| GASAWAY M | 07/31/07 | 2.40 | REVIEW SUMMARY OF CSI ARTICLES/BYLAWS (1.2); REVIEW DEFACTO MERGER CASE LAW UNDER CALIFORNIA LAW (1.2). |
| | | 8.10 | |
| KO JB | 07/05/07 | 4.80 | TELECONFERENCES WITH T. DONO RE: TRANSACTION GENERALLY (0.6); REVIEW TERM SHEET AND PURCHASE AGREEMENT (2.1); REVISE MEXICO & ITALY LOCAL TRANSFER AGREEMENTS (1.8); REVIEW COMMENTS TO LOCAL TRANSFER AGREEMENTS & LOCAL TRANSFER AGREEMENTS GENERALLY (0.3). |
| KO JB | 07/06/07 | 2.70 | TELECONFERENCE WITH T. DONO RE: LTAS & TRANSACTION GENERALLY (0.6); DRAFT BRAZIL LTA; REVIEW BACKGROUND MATERIALS (2.1). |
| KO JB | 07/09/07 | 4.60 | REVISE INDIA LTA & AUSTRALIA LTA (1.3); REVIEW INDIA TAX COMMENTS (0.4); TELECONFERENCE WITH P. PATROW RE: LTAS; TELECONFERENCE WITH T. DONO RE: LTAS AND TRANSACTION GENERALLY (0.4); REVIEW CHINA LTAS (2.5). |
| KO JB | 07/10/07 | 1.80 | DRAFT BOARD RESOLUTIONS (1.0); REVISE CHINA LTA (0.8). |
| KO JB | 07/11/07 | 1.90 | REVISE BOARD RESOLUTIONS (0.8); REVISE LTAS (1.1). |
| KO JB | 07/12/07 | 3.50 | TELECONFERENCES WITH T. DONO RE: TRANSACTION GENERALLY (0.4); TELECONFERENCE WITH T. DONO & N. BELL RE: TERM SHEET (0.7); CONFERENCE CALL WITH PLATINUM, T. DONO & N. BELL RE: TERM SHEET (1.3); REVIEW TERM SHEET (1.1). |
| | | 19.30 | |
| Total Counsel | | 27.40 | |
| FERN BM | 07/01/07 | 1.80 | REVIEW EMAILS RE: CATALYST LIST OF ASSUMED CONTRACTS (0.4); ADDITIONAL REVISIONS TO DASE PLEADINGS (0.6); ATTENTION TO ISSUES RE: SAME (0.8). |

19                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 07/02/07 | 5.90 | EMAILS TO/FROM C. LI RE: CATALYST ASSUMED CONTRACT LIST (0.3); REVISE SALTILLO SUPPLEMENTAL DILIGENCE RESPONSE (0.7); TELECONFERENCE WITH R. BERRY RE: SALTILLO DILIGENCE (0.2); UPDATE SALTILLO NOTICES FOR SERVICE (0.4); TELECONFERENCE WITH M. FUKUDA AND K. BAMBACH RE: CATALYST NOTICES (0.5); ANALYSTED LIST OF CATALYST CONTRACTS FOR PURPOSES OF NOTICE (1.6); EMAIL TO J. WEISS RE: SALTILLO DILIGENCE (0.3); FORMULATE STRATEGY RE: CATALYST NOTICES ISSUES (0.6); ADDITIONAL ATTENTION TO CATALYST NOTICES ISSUES (0.4); ADDITIONAL ATTENTION TO CATALYST NOTICES LISTS (0.4); EMAILS TO/FROM J. SHUMAN RE: CATALYST SCHEDULES (0.5). |
|---------|----------|------|---|
| FERN BM | 07/03/07 | 5.10 | ATTENTION TO ISSUES RE: SALTILLO AND CATALYST NOTICES (0.6); EMAILS FROM R. FLEETMEYER, R. BERRY AND J. CARNEY RE: ADDITIONAL SALTILLO DILIGENCE (0.4); TELECONFERENCE WITH M. FUKUDA AND C. LI RE: CATALYST NOTICE ISSUES (0.3); ATTENTION TO ISSUES RE: SERVICE OF CATALYST NOTICES (0.2); EVALUATE ISSUES RE: CATALYST BIDDING PROCEDURES (0.4); ADDITIONAL REVIEW OF CATALYST NOTICE LIST (0.4); REVIEW AND COMMENT ON CLOSURES MSPA (1.4); CONSIDER ISSUES RE: SAME (0.3); REVIEWED STATUS OF CATALYST NOTICE PROCEDURES (0.7); FORMULATE STRATEGY RE: VARIOUS DIVESTITURES (0.4). |
| FERN BM | 07/04/07 | 0.70 | REVIEW ISSUES RE: FILING NOTICES FOR DIVESTITURES (0.3); REVIEW CATALYST DILIGENCE RESPONSES (0.4). |
| FERN BM | 07/05/07 | 1.20 | REVIEW ISSUES RE: SALTILLO BIDDING PROCEDURES (0.3); REVIEW CATALYST DILIGENCE RESPONSES (0.4); FORMULATE STRATEGY RE: DIVESTITURE NOTICE PROCEDURES (0.5). |
| FERN BM | 07/06/07 | 0.70 | EVALUATE ISSUES RE: CATALSYT QUALIFIED BIDDER MATERIALS (0.4); REVIEW ISSUES RE: CATALYST BIDDING PROCEDURES (0.3). |
| FERN BM | 07/07/07 | 0.50 | CONSIDER ISSUES RE: RHODES BID PROTECTIONS (0.3); EMAILS TO/FROM T. DONO RE: SAME (0.2). |
| FERN BM | 07/08/07 | 0.40 | EMAILS TO/FROM M. FUKUDA RE: PRODUCTION OF CATALYST DOCUMENTS (0.2); REVIEW ISSUES RE: SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 07/09/07 | 9.00 | REVIEW ISSUES RE: CATALYST NOTICES (0.5); RESEARCH RE: COMPUTATION OF PURCHASE PRICE (0.6); TELECONFERENCE WITH T. DONO, N. BELL, AND D. KRASNER RE: RHODES BID PROTECTIONS (0.7); TELECONFERENCE WITH M. FUKUDA RE: CATALYST DILIGENCE (0.3); REVIEW DOCUMENTS RE: CATALYST ANCILLARY AGREEMENTS (0.6); REVIEW AND REVISE CLOSURES MSPA (2.1); REVISED STEERING SALE ORDER (2.8); REVISE PRELIMINARY RESPONSE TO CATALYST DILIGENCE (0.3); REVIEW CATALYST QUALIFIED BIDDER MATERIALS (0.3); EMAIL TO M. FUKUDA RE: CATALYST DILIGENCE RESPONSE (0.3); REVIEW MATERIALS RE: UPCOMING DIVESTITURES (0.5). |

FERN BM        07/10/07    6.20  REVISE CATALYST DILIGENCE LETTER (0.2);
                                 REVIEW MATERIALS RE: CATALYST BOARD
                                 RESOLUTIONS (0.3); REVIEW DIVESTITURE
                                 PRESENTATION (0.4); REVISE RHODES
                                 BIDDING PROCEDURES ORDER (1.5); DRAFT
                                 COMMITTEE PRESENTATION RE: STEERING
                                 (1.1); REVIEW STEERING BOARD
                                 RESOLUTIONS (0.2); REVIEW DOCUMENTS
                                 FROM S. DANIELS RE: STATUS OF STEERING
                                 NEGOTIATIONS (0.2); EMAIL FROM J.
                                 GARFINKLE RE: CATALYST BIDS (0.2);
                                 CONSIDER ISSUES RE: SAME (0.3); REVIEW
                                 10-Q RE: DISCLOSURE OF DIVESTITURES
                                 (0.6); FINALIZE CATALYST DILIGENCE
                                 LETTER AND EMAILED TO J. WEISS (0.2);
                                 EMAILS TO J. GARFINKLE RE: CATALYST
                                 AGREEMENT AND SCHEDULES (0.4); REVISE
                                 STEERING PRESENTATION SLIDES (0.3);
                                 REVIEW ISSUES RE: VALUATION OF CATALYST
                                 ASSETS (0.3).

FERN BM        07/11/07    6.90  EMAILS TO/FROM J. CARNEY RE: SALTILLO
                                 SALE (0.3); REVISE STEERING
                                 PRESENTATION (0.2); REVISE 10-Q RE:
                                 DIVESTITURE ACTIVITY (1.2); REVIEW
                                 ISSUES RE: ASSETS BEING SOLD IN PROJECT
                                 RHODES (0.4); TELECONFERENCE WITH S.
                                 DRUCKER RE: GM CONTRACTS (0.2);
                                 TELECONFERENCE WITH M. FUKUDA RE: GM
                                 CONTRACTS AND UCC DILIGENCE (0.3);
                                 EMAIL TO S. DRUCKER RE: GM CONTRACTS
                                 RELATED TO CATALYST SALE (0.3); DRAFT
                                 AGENDA RE: CATALYST DILIGENCE MEETING
                                 (0.6); REVIEW ISSUES RE: STEERING BOARD
                                 RESOLUTIONS (0.4); EMAIL TO C. LI RE: GM
                                 CONTRACTS (0.3); ADDITIONAL REVIEW OF
                                 DIVESTITURE ISSUES IN 10-Q (0.6);
                                 REVIEW AND COMMENT ON SCRIPT FOR
                                 SALTILLO SALE (1.4); TELECONFERENCE
                                 WITH B. SPEARS RE: CATALYST (0.3);
                                 REVIEW ISSUES RE: GM CONTRACTS BEING
                                 ASSUMED UNDER CATALYST DEAL (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 07/12/07 | 5.50 | PREPARED FOR (0.3) AND PARTICIPATED IN CONFERENCE CALL WITH M. FUKUDA, K. TREMAIN, P. ROTH, AND J. GUGLIELMO RE: CATALYST DILIGENCE (1.1); REVIEW ISSUES RE: GM CONTRACTS RELATED TO CATALYST DEAL (0.6); TELECONFERENCE WITH M. DENSMORE RE: VISTEON (0.2); REVIEW ISSUES RE: CATALYST LIST OF ASSUMABLE CONTRACTS (0.6); DRAFTED CATALYST DILIGENCE LETTER (0.9); ATTENTION TO ISSUES RAISED BY DENSO, GM, AND CORNING RE: CATALYST (0.9); FORMULATE STRATEGY RE: MARICOPA COUNTY OBJECTION (0.3); REVIEW ISSUES RE: STATUS OF PROJECT RHODES (0.3); EMAILS TO/FROM M. FUKUDA RE: LIST OF ASSUMABLE CONTRACTS (0.3). |
|---------|----------|------|---|
| FERN BM | 07/13/07 | 8.10 | TELECONFERENCE WITH S. DRUCKER RE: CATALYST AND GM (0.2); EMAIL TO/FROM B. SPEARS RE: CATALYST AND NATIONAL INSTRUMENTS (0.3); TELECONFERENCE WITH J. GUGLIELMO RE: CATALYST DILIGENCE (0.2); REVIEW AND REVISE CATALYST DILIGENCE MATERIALS (0.8); EMAIL TO/FROM M. FUKUDA AND K. TREMAIN RE: CATALYST DILIGENCE LETTER (0.5); TELECONFERENCE WITH M. FUKUDA RE: CATALYST CONTRACT ASSUMPTION ISSUES (0.4); EVALUATE ISSUES RE: SAME (1.5); FORMULATE STRATEGY RE: CATALYST NOTICE PROCEDURES (1.1); REVISE DENSO MEMO RE: CATALYST (0.2); TELECONFERENCE WITH M. RICHARD RE: DENSO (0.2); FORMULATE STRATEGY RE: DENSO (0.6); REVIEW ISSUES RE: CATALYST AND CORNING (0.4); REVIEW AND COMMENT ON CATALYST SCHEDULE OF ASSUMED CONTRACTS (0.9); FORMULATE STRATEGY RE: RESPONSE TO UCC'S CATALYST DILIGENCE (0.8). |
| FERN BM | 07/14/07 | 0.90 | REVIEW ISSUES RE: CORNING CONTRACTS BEING ASSUMED UNDER CATALYST DEAL (0.4); REVIEW AND REVISE CATALYST DILIGENCE MATERIALS (0.5). |
| FERN BM | 07/16/07 | 12.60 | EMAILS TO/FROM M. FUKUDA AND S. DERAEDT RE: BIDDING PROCEDURES (0.3); REVIEW SALTILLO SALE ORDER (0.4); FORMULATE STRATEGY RE: RHODES SALE ORDER (0.3); REVIEW AND REVISE CATALYST DILIGENCE RESPONSES (1.1); REVISE RHODES ORDERS (2.1); REVIEW ISSUES RE: CATALYST DILIGENCE EFFEORTS (0.8); TELECONFERENCE WITH K. GOTTWALD RE: SAME (0.2); EMAILS TO/FROM M. FUKUDA AND S. DERAEDT RE: DILIGENCE RESPONSES (0.4); REVIEW AND REVISE RHODES NOTICES (1.6); REVIEW ISSUES RE: CATALYST ASSUMABLE CONTRACTS (1.2); TELECONFERENCE WITH T. DONO AND S. DANIELS RE: RHODES ISSUES (0.8); REVIEW AND COMMENT ON RHODES MOTION (2.0): REVISE RHODES ORDERS (0.8); EMAIL TO R. WYNNE AND S. CHO RE: SAME (0.2); REVISE RHODES NOTICES (0.4). |

22                                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FERN BM          07/17/07     11.30   EMAILS FROM M. FUKUDA AND S. DERAEDT RE:
                                      UCC DILIGENCE REQUESTS (0.3); CONTINUE
                                      TO REVEW RHODES MOTION (0.9); REVISE
                                      RESPONSE TO UCC DILIGENCE REQUESTS
                                      (0.6); REVISE RHODES MOTION (4.2);
                                      REVISE CATALYST EXTENSION NOTICE (0.7);
                                      ADDITIONAL REVISIONS TO RHODES MOTION
                                      (1.7); EMAIL TO T. DONO AND S. DANIELS
                                      RE: SAME (0.2); REVIEW ISSUES RE:
                                      CATALYST BID DEADLINE NOTICE (0.5);
                                      REVIEW AND COMMENT ON RHODES BIDDING
                                      PROCEDURES (0.5); TELECONFERENCE WITH
                                      M. FUKUDA RE: RESPONSE TO UCC DILIGENCE
                                      REQUESTS (0.4); REVIEW CATALYST
                                      EXTENSION NOTICE (0.5); ORGANIZE AND
                                      PRIORITIZE DIVESTITURE TASKS (0.4);
                                      ADDITIONAL REVISIONS TO UCC LETTER RE:
                                      CATALYST (0.2) AND EMAIL TO M. FUKUDA
                                      RE: SAME (0.2).

FERN BM          07/18/07     10.20   EMAILS TO/FROM G. TOERING RE: SALTILLO
                                      (0.3); REVIEW ISSUES RE: CATALYST
                                      EXTENSION NOTICE (0.3); EMAIL TO J.
                                      MARKS RE: SAME (0.2); TELECONFERENCE
                                      WITH J. KLATZKIN AND M. GRILLO RE:
                                      CATALYST (0.2); TELECONFERENCE WITH M.
                                      FUKUDA AND C. LI RE: CATALYST NOTICES
                                      (0.9); TELECONFERENCE WITH T. DONO RE:
                                      STEERING ISSUES (0.5); REVIEW DOCUMENTS
                                      IN PREPARATION FOR SALTILLO HEARING
                                      (0.4); REVISE SALTILLO HEARING SCRIPT
                                      (0.5); MULTIPLE EMAILS TO/FROM J. MARKS
                                      AND D. ZAGORE RE: CATALYST (0.4);
                                      ANALYZE ISSUES RE: GM AND RHODES (0.6);
                                      REVIEW DATA AND DOCUMENTS RE: CATALYST
                                      ASSUMED CONTRACT LIST (1.2); EVALUATE
                                      ISSUES RE: CATALYST ASSUMABLE CONTRACT
                                      NOTICE LIST (2.0); DRAFT LETTER TO J.
                                      MARKS AND D. ZAGORE RE: CATALYST (1.9);
                                      REVIEW DOCUMENTS IN PREPARATION FOR
                                      FILING SUPPLEMENTAL ASSUMPTION NOTICE
                                      FOR CATALYST (0.6); REVIEW A-1
                                      OBJECTION TO CATALYST (0.2).

| FERN BM | 07/19/07 | 10.20 | ATTENTION TO ISSUES RE: CATALYST BIDDING PROCEDURES (0.8); EMAIL TO S. DERAEDT RE: SAME (0.3); EMAIL TO S. DRUCKER RE: GM CONTRACTS IN CATALYST DEAL (0.2); REVISED LETTER TO J. MARKS RE: CATALYST (1.0); ADDITIONAL ATTENTION TO ISSUES RE: CSI (0.7); REVIEW CATALYST MATERIALS RE: CORNING CONTRACTS (0.4); EMAIL TO W. THOMAS AND D. DREBSKY RE: CORNING AND CATALYST (0.3); ADDITIONAL REVIEW OF REVISIONS TO CSI LETTER (1.1); EMAIL TO K. HIGMAN RE: HP AND CATALYST (0.2); FORMULATE STRATEGY RE: UPCOMING DIVESTITURES (0.4); REVIEW AND COMMENT ON STEERING MSPA (2.8); ANALYZED ISSUES RE: FIDUCIARY DUTIES IN ANALYZING PROPOSED BIDS (0.5); TELECONFERENCE WITH T. DONO RE: STEERING MSPA (0.3); REVISE STEERING MSPA AND SENT TO T. DONO (0.9); REVIEW PROPOSED LANGAUGE FOR ALL ASSET AGREEMENTS (0.3). |
|---|---|---|---|
| FERN BM | 07/20/07 | 6.60 | TELECONFERENCE WITH G. KELLY RE: CORNING (0.2); EMAIL TO K. BAMBACH RE: SAME (0.2); REVIEW ISSUES RE: DENSO AND CATALYST (0.4); ANALYZE ISSUES RE: PROPOSED LANGUAGE TO DIVESTITURE AGREEMENTS (0.3); REVIEW AND COMMENT ON LANGUAGE TO SALE ORDERS (0.4); FORMULATE STRATEGY RE: VARIOUS CATALYST OBJECTIONS (0.5); EMAILS TO/FROM S. DERAEDT RE: CATALYST BIDDING PROCEDURES (0.4); REVIEW ISSUES RE: CATALYST BID PROCEDURES (0.7); REVIEW OBJECTIONS TO CATALYST MOTION (0.3); FORMULATE STRATEGY RE: UPCOMING DIVESTITURES (0.5); REVIEW AND COMMENT ON BACKGROUND SECTION TO SALE PLEADINGS (0.2); PREPARE FOR TELECONFERENCE WITH R. WYNNE AND S. CHO RE: STEERING (0.9); EMAILS TO R. WYNNE AND S. CHO RE: SAME (0.2); FORMULATE STRATEGY RE: VARIOUS DIVESTITURES (0.6); TELECONFERENCE WITH D. UNRUE RE: CURES FOR DIVESTITURES (0.3); FOMRULATE STRATEGY RE: VARIOUS DIVESTITURES (0.5). |
| FERN BM | 07/21/07 | 1.80 | EMAILS TO/FROM T. DONO RE: STEERING MSPA (0.4); REVIEW ISSUES RE: CSI AND CATALYST (0.3); EMAILED LETTER TO J. MARKS RE: CSI (0.4); CONSIDER ISSUES RE: CATALYST TIMELINE (0.5); EMAIL TO/FROM S. DANIELS RE: STEERING CONTRACTS (0.2). |
| FERN BM | 07/22/07 | 0.30 | EMAILS TO/FROM M. FUKUDA RE: CATALYST BIDDING PROCEDURES (0.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FERN BM        07/23/07    10.30  EMAIL TO S. DERAEDT RE: INEOS (0.2);
                                  REVIEW CATALYST CONTRACTS (0.4); REVIEW
                                  CORNING CONTRACTS (0.3); REVIEW ISSUES
                                  RE: CATALYST RETENTION PROGRAM (0.5);
                                  EMAIL TO G. KELLY AND W. THOMAS RE:
                                  CORNING AND CATALYST (0.2);
                                  TELECONFERENCE WITH M. FUKUDA RE:
                                  CATALYST ANCILLARY AGREEMENTS (0.3);
                                  REVIEW ISSUES RE: KEY TERMS TO VARIOUS
                                  DIVESTITURES (0.7); EMAILS TO/FROM K.
                                  CRAFT RE: TRW (0.2); REVIEW AND COMMENT
                                  ON TRW ORDER (0.4); REVIEW ISSUES RE:
                                  CATALYST DILIGENCE (0.9); REVIEW AND
                                  FACILITATE COMPLETION OF ANCILLARY
                                  AGREEMENTS (3.3); EMAILS TO/FROM S.
                                  CORCORAN RE: ANCILLARY AGREEMENTS
                                  (0.4); VARIOUS EMAILS TO C. OPPENHEIMER
                                  RE: CATALYST ANCILLARY AGREEMENTS
                                  (0.3); TELECONFERENCE WITH M. FUKUDA
                                  RE: STATUS OF ANCILLARY AGREEMENTS
                                  (0.4); ATTENTION TO ISSUES RE: TRW
                                  (0.3); REVIEW AND COMMENT ON TRW
                                  PLEADINGS (1.1); DRAFT AGENDA RE:
                                  CATALYST CALL (0.4).

FERN BM        07/24/07    12.00  PREPARE FOR (0.4) AND PARTICIPATE IN
                                  TELECONFERENCE WITH M. FUKUDA AND S.
                                  DERAEDT RE: CATALYST AUCTION PROCESS
                                  (0.9); REVIEW ISSUES RE: TRW APA (0.3);
                                  EMAILS TO/FROM C. OPPENHEIMER RE:
                                  ANCILLARY AGREEMENTS (0.5); EMAILS
                                  TO/FROM W. THOMAS RE: CATALYST AND
                                  CORNING (0.3); REVIEW ISSUES RE: DENSO
                                  (0.4); EMAILS TO/FROM M. RICHARDS RE:
                                  SAME (0.3); REVIEW ISSUES RE: CATALYST
                                  ANCILLARY AGREEMENTS (2.8); DRAFT
                                  LETTER TO J. WEISS RE: SAME (0.7);
                                  REVIEW DOCUMENTS RE: CATALYST CURE
                                  NOTICE (0.4); TELECONFERENCE WITH K.
                                  CRAFT RE: DENSO (0.2); REVIEW ISSUES RE:
                                  TRW PLEADINGS (0.5); TELECONFERENCE
                                  WITH K. CRAFT RE: TRW (0.2); ANALYZE
                                  ISSUES RE: CATALYST ANCILLARY
                                  AGREEMENTS (0.7); ADDITIONAL EMAILS
                                  TO/FROM C. OPPENHEIMER RE: FLINT TSA
                                  (0.2); REVISE FLINT TSA (0.2); EMAIL TO
                                  C. OPPENHEIMER RE: SAME (0.3); EMAILS
                                  FROM S. DERAEDT RE: CATALYST DILIGENCE
                                  (0.3); REVIEW CLOSURES CONFIDENTIAL
                                  INFORMATION MEMORANDUM (0.8); EMAILS
                                  TO/FROM K. CRAFT RE: TRW (0.2); REVIEW
                                  ISSUES RE: A-1 OBJECTION TO CATALYST
                                  SALE (0.4); EMAILS TO/FROM K. CRAFT RE:
                                  TRW STATUS (0.2); EMAILS TO/FROM M.
                                  FUKUDA RE: CATALYST ANCILLARY
                                  AGREEMENTS (0.3); FORMULATE STRATEGY
                                  RE: CATALYST AUCTION (0.5).

25                                              B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 07/25/07 | 9.20 | EMAIL TO J. WEISS RE: FLINT TSA (0.2); REVIEW ISSUES RE: CATALYST AUCTION PROCESS (0.4); REVIEW AND COMMENT ON TRW PLEADINGS (2.8); TELECONFERENCE WITH K. CRAFT RE: TRW APA (0.4); REVIEW AND COMMENT ON TRW APAS (2.5); REVIEW ISSUES RE: SOUTH AFRICA CATALYST SHARE SALE (0.7); REVIEW ISSUES RE: A-1 OBJECTION TO CATALYST SALE (1.1); EMAIL TO M. FUKUDA RE: CATALYST ANCILLARY AGREEMENTS (0.3); FORMULATE STRATEGY RE: CATALYST AUCTION (0.8). |
|---------|----------|------|--------|
| FERN BM | 07/26/07 | 5.60 | TELECONFERENCE WITH J. GUGLIELMO AND R. FLEETMEYER RE: SOUTH AFRICA SHARE SALE IN CATALYST DEAL (0.2); REVIEW AND ANALYZE CORNING PURCHASE ORDERS (0.4); TELECONFERENCE WITH W. THOMAS AND G. KELLY RE: SAME (0.2); REVIEW ISSUES RE: CORNING CURE AMOUNT (0.3); REVIEW AND ANALYZE COURT'S CHANGES TO SALTILLO SALE ORDER (0.3); REVIEW AND REVISE TRW ORDERS, BIDDING PROCEDURES, AND NOTICES (3.8); EMAIL TO D. UNRUE AND M. FUKUDA RE: CORNING (0.2); REVIEW ISSUES RE: ALABAMA POWER CONTRACT AND CLOSURES (0.2). |
| FERN BM | 07/27/07 | 8.60 | REVIEW STRATEGY RE: CATALYST BIDS (0.4); TELECONFERENCE WITH M. FUKUDA AND S. DERAEDT RE: CSI FINANCING ISSUES (0.2); TELECONFERENCE WITH T. DONO RE: UPDATE ON STEERING (0.2); CONSIDER ISSUES RE: SAME (0.3); REVIEW AND COMMENT ON CATALYST CUSTOMER LETTER (0.4); REVIEW AND COMMENT ON TRW'S PROPOSED CHANGES TO PLEADINGS (0.9); FORMULATE STRATEGY RE: CATALYST BIDDERS (0.5); REVIEW ISSUES RE: TIMING OF STEERING DIVESTITURE (0.3); TELECONFERENCE WITH T. DONO RE: SAME (0.3); REVIEW AND ANALYZE EPCA AS IT RELATES TO SOUTH AFRICA SHARE SALE IN CATALYST (0.4); FORMULATE STRATEGY RE: VARIOUS DIVESTITURES (0.5); REVIEW AND REVISE STEERING PROCESS LETTER (1.2); REVIEW AND COMMENT ON RESPONSE TO CSI DISCLOSURE OF INFORMATION (0.7); TELECONFERENCE WITH M. FUKUDA AND S. DERAEDT RE; SAME (0.2); REVIEW AND COMMENT ON STEERING MSPA (0.2); REVIEW AND COMMENT ON CATALYST COMMUNICATION TO CUSTOMERS (0.6); FORMULATE STRATEGY RE: CATALYST BIDDING PROCESS (0.8); REVIEW ARTICLES RE: SALE OF ASSETS UNDER A PLAN (0.5). |
| FERN BM | 07/28/07 | 1.10 | CONSIDER ISSUES RE: CATALYST BIDDING PROCEDURES (0.6); FORMULATE STRATEGY RE: EVALUATING POTENTIAL CSI BID (0.5). |
| FERN BM | 07/29/07 | 0.90 | MULTIPLE EMAILS TO M. NIEDERSHULTZ RE: INNOVENE AND CATALYST (0.4); EVALUATE ISSUES RE: CATALYST ASSUMABLE CONTRACTS (0.5). |

B43E

| FERN BM | 07/30/07 | 12.30 | PREPARE FOR (0.3) AND PARTICIPATE IN TELECONFERENCE WITH CSI'S UK COUNSEL RE: CATALYST (0.9); ADDITIONAL TELECONFERENCE WITH M. FUKUDA AND S. DERAEDT RE: CSI (0.8); REVIEW ISSUES RE: DOJ'S CHANGES TO CATALYST SALE ORDER (0.5); EMAILS TO/FROM M. FUKUDA RE: CATALYST IP AGREEMENTS (0.4); CONSIDER ISSUES RE: CSI'S POTENTIAL BID (1.2); EMAIL TO P. MARSHALL RE: LICENSE AGREEMENTS (0.3); REVIEW ISSUES RE: STATUS OF CATALYST BIDDING (0.9); REVIEW AND COMMENT ON CSI PROXY AND FORM SHAREHOLDER CONSENT (0.5); EMAILS TO/FROM J. O'CONNOR RE: CATALYST SCHEDULES (0.4); REVIEW ISSUES RE: CATALYST SALE ORDER (0.7) AND EMAILS TO/FROM M. GRILLO RE: SAME (0.4); REVIEW STRATEGY RE: CATALYST AUCTION (0.9); REVIEW ISSUES RE: CATALYST ASSUMABLE CONTRACTS (0.6); MULTIPLE EMAILS TO/FROM J. MARKS RE: CATALYST BID PROCEDURES (0.3); MULTIPLE TELECONFERENCES AND EMAILS WITH M. FUKUDA RE: CATALYST BIDDING PROCEDURES (0.7); REVIEW AND COMMENT ON CSI BYLAWS AND ARTICLES OF INCORPORATION (0.4); ANALYSIS OF CATALYST BIDDING PROCEDURES (0.5); REVIEW AND COMMENT ON REVISIONS TO TRW APA (0.4);   REVIEW ISSUES RE: CSI'S POTENTIAL BID (0.9); ANALYZE ISSUES RE: CATALYST CONTRACTS (0.3). |
|---|---|---|---|
| FERN BM | 07/31/07 | 11.90 | REVIEW AND ANALYZE ISSUES RE: CSI'S POTENTIAL BID (2.6); CONSIDER ISSUES RE: CALCULATION OF CORNING CURE AMOUNT (0.3); EMAIL TO W. THOMAS RE: SAME (0.2); FORMULATE STRATEGY RE: REVIEWING CSI BID (0.9); TELECONFERENCE WITH M. FUKUDA, S. DERAEDT AND OTHERS RE: CSI BID (1.1); POST-CALL BRIEFING RE: SAME (0.5); FORMULATE STRATEGY RE: CATALYST AUCTION (1.7); COMMENTE ON DIVESTITURE CHART (0.6); REVIEW ISSUES RE: CSI'S DISCLOSURE OF DELPHI'S FINANCIAL INFORMATION (0.8); TELECONFERENCE WITH A. AZIM RE: CATALYST AUCTION (0.2); ORGANIZE EXHIBITS AND OTHER DOCUMENTS IN PREPARATION FOR CATALYST AUCTION (0.4); REVIEW AND COMMENTE ON DOCUMENTS RE: CATALYST ASSUMABLE CONTRACTS (0.7); REVIEW ARTICLES RE: ASSIGNABILITY OF IP CONTRACTS AND DRAFT SUMMARY RE: SAME (1.9). |

**177.80**

| GRANT K | 07/11/07 | 7.90 | WORK ON HEARING PREPARATION MATERIALS FOR BOSCH SALE HEARING (2.9); BEGIN REVIEW OF PROJECT RHODES DEAL DOCUMENTS AND PLEADINGS (4.8); EMAIL WITH S. CORCORAN RE: SAME (0.2). |
|---|---|---|---|
| GRANT K | 07/12/07 | 0.20 | TELECONFERENCE WITH M. GUNKELMAN RE: COMERICA DISPUTE (0.2). |

27                                                                 B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRANT K | 07/13/07 | 1.40 | CONTINUE TO WORK ON HEARING PREPARATION MATERIALS FOR BOSCH SALE (1.4). |
|---|---|---|---|
| GRANT K | 07/14/07 | 3.30 | REVISE MOTION WITH RESPECT TO PROJECT RHODES (3.1); WORK ON PROPOSED TIMELINE RE: SAME (0.2). |
| GRANT K | 07/16/07 | 7.20 | EMAILS WITH CLIENT RE: COMERICA DISPUTE; (0.3) CONTINUED WORK ON STEERING PLEADINGS INCLUDING MOTION (3.1), NOTICE OF MOTION (0.3), BIDDING PROCEDURES ORDER (0.5), SALE ORDER (0.5), EXECUTORY CONTRACT NOTICES (0.9) AND PUBLICATION NOTICE; (0.4) REVISED BIDDING PROCEDURES; FINALIZED BOSCH SALE ORDER AND CURE SCHEDULE, AND PREPARED FOR HEARING. (1.2). |
| GRANT K | 07/17/07 | 1.20 | REVISED MOTION FOR PROJECT RHODES (1.2). |
| GRANT K | 07/18/07 | 1.20 | REVISE BIDDING PROCEDURES FOR PROJECT RHODES (1.2). |
| GRANT K | 07/19/07 | 7.20 | RESEARCH RE: DUTIES OF DEBTORS WHEN SELLING ASSETS IN CONJUNCTION WITH FOREIGN, NON-DEBTOR ENTITIES (3.9); REVIEW CURRENT DRAFT OF MSPA FOR PROJECT RHODES (3.3). |
| GRANT K | 07/25/07 | 6.80 | REVIEW OBJECTION TO CATALYST CONTRACT ASSIGNMENT FILED BY A-1 SPECIALIZED; (0.6) PERFORM STATUTORY AND CASE LAW RESEARCH RE: SAME; (5.6) REVIEW UNDERLYING CONTRACTS RE: SAME; (0.3) REVIEW OTHER PLEADINGS RE: SAME (0.3). |
| GRANT K | 07/26/07 | 1.80 | EMAIL WITH M. FORTUNAK AND M. LOEB RE: DE MINIMUS STOCK SALE (0.4); REVIEW BOSCH SALE ORDER FOR CHANGES AND EMAIL RE: SAME; (0.6) CONTINUE ANALYSIS AND RESEARCH RE: OBJECTION OF A-1 SPECIALIZED SERVICES TO ASSIGNMENT OF CONTRACT RE: CATALYST SALE (0.8). |
| GRANT K | 07/30/07 | 0.60 | CONTINUE ANALYSIS RE: OBJECTION OF A-1 SPECIALIZED SERVICES (0.6). |
| | | 38.80 | |
| KALOUDIS D | 07/02/07 | 8.40 | DRAFT AND REVIEW CATALYST NOTICES OF ASSUMPTION/ASSIGNMENT (3.8); TELECONFERENCES WITH KCC (1.4); FOLLOW UP TELECONFERENCES AND EMAILS WITH DELPHI (0.6); REVIEW LIST OF CONTRACTS FOR ASSUMPTION (1.1); REVIEW DRAFTS OF CURE NOTICE (1.5). |
| KALOUDIS D | 07/03/07 | 9.50 | REVIEW AND REVISE CATALYST NOTICES OF ASSUMPTION/ASSIGNMENT (6.7); TELECONFERENCES WITH KCC (1.0); REVIEW AND REVISE CATALYST CURE NOTICES (1.3); FOLLOW UP CALLS AND EMAILS WITH DELPHI (0.5). |

28                                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KALOUDIS D | 07/04/07 | 0.30 | REVIEW EMAIL CORRESPONDENCE RE: NOTICES OF ASSUMPTION/ASSIGNMENT (0.3). |
| KALOUDIS D | 07/05/07 | 9.10 | REVIEW AND REVISE EXHIBITS TO CATALYST NOTICE OF ASSUMPTION/ASSIGNMENT (5.1); RESEARCH MISSING ADDRESSES (0.9); CALLS WITH KCC RE: NOTICES (0.8); REVIEW AND REVISE CATALYST CURE NOTICES (1.4); REVISE NOTICES FOR FILING (0.4); FOLLOW UP EMAILS TO DELPHI RE: NOTICES (0.5). |
| KALOUDIS D | 07/06/07 | 9.30 | RESEARCH MISSING ADDRESSES (1.0); CALLS WITH KCC RE: NOTICES (1.1); PREPARE BOSCH SALE NOTICE, NOTICE OF ASSUMPTION/ASSIGNMENT AND CURE NOTICE FOR FILING (0.7); PREPARE CATALYST SALE NOTICE, NOTICE OF ASSUMPTION/ASSIGNMENT AND CURE NOTICE FOR FILING (0.9); REVIEW AND REVISE CATALYST CURE NOTICES (1.8); REVISE NOTICES FOR FILING (1.4); REVIEW EMAILS FROM DELPHI RE: NOTICES (0.7); REVIEW AND REVISE EXHIBITS TO CATALYST NOTICE OF ASSUMPTION/ASSIGNMENT (1.3); REVIEW COMMENTS RE: CLOSURES REVISED APA (0.4). |
| KALOUDIS D | 07/09/07 | 0.90 | REVIEW AOS RE; CATALYST/BOSCH NOTICES OF ASSUMPTION AND CURE NOTICES (0.5); REVIEW MATERIALS RE: PROPOSED CLOSURES DIVESTITURE (0.4). |
| KALOUDIS D | 07/10/07 | 0.60 | REVIEW TRW PLEADINGS (0.6). |
| KALOUDIS D | 07/11/07 | 2.60 | REVSIE TRW SALE MOTION (1.3); SEND EMAIL TO K. CRAFT RE: SAME (0.3); CIRCULATE DRAFT PLEADINGS (SALE MOTION) TO K. CRAFT, S. DEREAT, AND J.GUGGLIAMI (0.3); REVIEW CATALYST NOTICES OF ASSUMPTION/ASSIGNMENT ISSUES (0.7). |
| KALOUDIS D | 07/12/07 | 5.30 | REVIEW INTERIOR APA (1.4); REVIEW PRECEDENT FOR CLOSURE (0.7); BEGIN DRAFTING CLOSURE SALE PLEADINGS (2.9); TELECONFERENCE WITH MARRICOPE COUNTY TAX ATTORNEY (0.1); REVIEW OBJECTION (0.2). |
| KALOUDIS D | 07/13/07 | 6.70 | ANALYZE SCHEDULE TO CATALYST APA TO DETERMINE ADDITIONAL CONTRACTS (2.6); ANALYZE ISSUES RE: GM CONTRACTS (0.5); DRAFT LIST OF OUTSTANDING NOTICE ISSUES (0.2); TELECONFERENCE WITH RECIPIENT OF NOTICE (0.1); EMAILS WITH COMPANY RE: SAME (0.8); TELECONFERENCE WITH KCC RE: SAME (0.7); FOLLOW UP CALL TO TAX OBJECTOR (0.1); REVIEW EMAIL CORRESPONDENCE RE: CORNING OBJECTION (0.2); REVIEW CORINING OBJECTION AND RELATED ISSUES (0.3); TELECONFERENCE WITH M. FUKUDA RE: CALL (0.1); ANALYZE REVISED LIST OF ADDRESSES (1.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D        07/14/07    0.40  REVIEW EMAIL CORRESPONDENCE FROM DELPHI
                                    RE: NOTICES OF ASSUMPTION/ASSIGNMENT
                                    AND CURE NOTICES (0.4).

KALOUDIS D        07/16/07    4.60  TELECONFERENCE WITH M.FUKUDA RE:
                                    NOTICES (0.4); PREPARE FOR CALL RE:
                                    NOTICES (0.5); ANALYZE DOH SALE
                                    COMMENTS (0.2); TELECONFERENCE WITH
                                    MARICOPA TAX COUNTY RE: CATALYST
                                    OBJECTION (0.1); TELECONFERENCE WITH
                                    S.DEREAT RE. TRW (0.1); REVIEW EMAIL
                                    CORRESPONDENCE FROM S.DEREAT RE: TRW
                                    (0.1); EMAIL TO C.LI RE: CATALYST
                                    NOTICES OF ASSUMPTION  (0.1); REVISE
                                    DRAFT NOTICES (0.7); EMAIL TO KCC RE;
                                    NOTICES (0.2); FOLLOW UP CALL WITH
                                    CATALYST TAX OBJECTOR (0.1); ANALYZE
                                    OUTSTANDING ISSUES RE: CATALYST NOTICES
                                    OF ASSUMPTION (1.2); REVIEW DRAFT
                                    NOTICS (0.3); FOLLOW UP TELECONFERENCE
                                    WITH M.FUKUDA RE: CATALYST (0.4);
                                    STATUS EMAIL TO KCC (0.2).

KALOUDIS D        07/17/07    7.90  DRAFT CLOSURES SALE APPROVAL ORDER,
                                    BIDDING PROCEDURES, BIDDING PROCEDURES
                                    ORDER (4.2); ANALYZE ISSUES RE:
                                    CATALYST NOTICES OF ASSUMPTION AND
                                    ASSIGNMENT (2.3); DRAFT CATALYST NOTICE
                                    EXTENDING BID DEADLINE (0.9); FOLLOW UP
                                    RE: CLOSURES SALE (0.5).

KALOUDIS D        07/18/07    7.20  TELECONFERENCE WITH DELPHI RE: CATALYST
                                    NOTICES OF ASSUMPTION (0.8); REVIEW AND
                                    REVISE NOTICES (1.4); EMAIL TO GOODWIN
                                    AND PROCTOR RE: CATALYST NOTICES OF
                                    ASSUMPTION (0.2); EMAIL TO KCC RE:
                                    CATALYST NOTICES OF ASSUMPTION (0.2);
                                    TELECONFERENCE WITH C.LI RE: CATALYST
                                    NOTICES OF ASSUMPTION (0.1);
                                    TELECONFERENCE WITH M.FUKUDA RE:
                                    CATALYST NOTICES OF ASSUMPTION (0.3);
                                    ANALYZE ISUES RE: CLOSURES (0.4);
                                    REVISE TRW SALE MOTION (0.6); REVISE
                                    CLOSURE SALE MOTION (1.1); REVIEW LIST
                                    OF NOTICES (1.6); REVIEW CURE
                                    OBJECTIONS (0.4); EMAIL TO D.UNRUE RE:
                                    CATALYST CURE (0.1).

KALOUDIS D        07/19/07    5.20  REVIEW A1 OBJECTION (0.2); DRAFT
                                    SUMMARY OF A-1 OBJECTION (0.7); EMAIL TO
                                    D. UNRUE RE: CURE NOTICE (0.1); DRAFT
                                    EMAIL CORRESPONDENCE TO S.TERZIAN
                                    (0.7);  RETURN CALLS RE: NOTICE
                                    INQUIRIES (0.2); DRAFT CLOSURES SALE
                                    PLEADINGS (SALE NOTICE, BIDDING
                                    PROCEDURES, BIDDING PROCEDURES ORDER,
                                    SALE ORDER) (3.4).

KALOUDIS D        07/20/07    3.50  TELECONFERENCE WITH TAX OBJECTOR (0.2);
                                    TELECONFERENCE WITH D. UNRUE RE: CURE
                                    NOTICE (0.3); ANALYZE AND RESPOND TO
                                    OUTSTANDING ISSUES RE: CATALYST CURE
                                    NOTICES (2.7); REVIEW CURE LIST (0.3).

B43E

| KALOUDIS D | 07/22/07 | 2.60 | REVIEW REVISED CLOSURES APA (1.2); REVIEW CLOSURES BUSINESS BACKGROUND (1.4). |
|---|---|---|---|

KALOUDIS D  07/23/07  10.50  EMAIL TO KCC RE: CURE NOTICES (0.2); TELECONFERENCE WITH KCC RE: CATALYST NOTICES (0.2); FOLLOW UP EMAILS TO D. UNRUE RE: CURE NTOICES (0.2); REVIEW AND REVISE CURE NOTICE (2.1); REVISE TRW PLEADINGS (SALE MOTION, SALE ORDER, BIDDING PROCEDURES, BIDDING PROCEDURES ORDER) (3.3); DRAFT EMAIL TO K.CRAFT RE: TRW PLEADINGS (0.2); DRAFT CLOSURE PLEADINGS (SALE MOTION, SALE ORDER, BIDDING PROCEDURES, BIDDING PROCEDURES ORDER) (3.7); REVIEW REVISED TRW APA (0.6).

KALOUDIS D  07/24/07  11.90  FINALIZE CATALYST CURE NOTICES (2.1); DRAFT EMAIL TO K. CRAFT RE: TRW DIVESTITURE (0.2); EMAIL TO COUNSEL FOR STALKING HORSE BIDDER RE: CATALYST NOTICES (0.4); FOLLOW UP TELECONFERENCE TO TAX OBJECTOR (0.2); REVIEW WITHDRAWAL OF OBJECTION TO CATALYST SALE (0.2); FORWARD OBJECTION TO TEAM (0.2); REVIEW TRW PLEADINGS (SALE MOTION, SALE ORDER, BIDDING PROCEDURES, BIDDING PROCEDURES ORDER) (3.1); DRAFT EMAIL TO DELPHI RE: TRW NOTICES (0.4); DRAFT PUBLICATION NOTICE (0.6); BEGIN COORDINATION OF CATALYST AUCTION (1.5); ANALYZE A-1 OBJECTION TO CATALYST SALE MOTION (0.6); DRAFT NOTICE LIST RE: TRW (0.3); EMAIL TO K.BAMBACK RE: SAME (0.2); FOLLOW UP ANALYSIS RE: TRW AND REVISED APA (1.9).

KALOUDIS D  07/25/07  4.40  FOLLOW UP CALL TO MIAMI TAX DEPARTMENT RE: CATALYST SALE (0.2); FURTHER REVISE TRW (SALE MOTION, SALE ORDER, BIDDING PROCEDURES, BIDDING PROCEDURES ORDER) INCORPORATING COMMENTS FROM CLIENT AND REVISED APA (2.8); WORK ON AND PREPARE FOR CATALYST AUCTION (0.7); TELECONFERENCE WITH S.TERZIAN RE: CATALYST NOTICES OF ASSUMPTION/ASSIGNMENT OF CONTRACTS (0.3); DRAFT EMAIL TO DELPHI RE: CATALYST NOTICES OF ASSUMPTION/ASSIGNMENT OF CONTRACTS (0.1); EMAIL TO S.DEREAT RE: TRW PUBLICATION NOTICES (0.2); DRAFT EMAIL TO C.LI RE: CATALYST NOTICES OF ASSUMPTION/ASSIGNMENT OF CONTRACTS (0.1).

KALOUDIS D  07/26/07  3.80  REVIEW COMMENTS FROM COUNSEL FOR STALKING HORSE (0.4); REVIEW EMAILS FROM COMPANY RE: TRW TRANSACTION (0.3); INCORPORATE INTERNAL COMMENTS TO TRW PLEADINGS (2.8); FOLLOW UP ON PLEADINGS RE: CLOSURES (0.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KALOUDIS D | 07/27/07 | 5.40 | FURTHER REVISE TRW PLEADINGS (2.5); RESPOND TO EMAIL RE: CATALYST CUSTOMER (0.4); FOLLOW UP ON CATALYST NOTICE OF ASSUMPTION (1.5); BEGIN PREPARING FOR CATALYST AUCTION (1.0). |
|---|---|---|---|

KALOUDIS D   07/30/07   3.20   REVIEW BIDDING PROCEDURES ER: TIMING (0.4); DRAFT THIRD NOTICE OF ASSUMPTION (0.7); FOLLOW UP EMAILS TO COMPANY (0.3); BEGIN DRAFTING CATALYST AUCTION SCRIPT (1.0); EMAILS TO KCC RE: CATALYST (0.3); REVIEW EMAIL CORRESPONDENCE RE: TRW DIVESTITURE (0.3); FURTHER REVISE TRW PLEADINGS (0.2).

KALOUDIS D   07/31/07   10.40   CONTINUE TO PREPARE AUCTION (SCHEDULES, ROOMS, SIGNS, TECH, ETC.) (2.0); REVIEW SCHEDULES (0.5); REVIEW CSI BID MATERIALS (0.7); EMAILS WITH COMPANY RE: CATALYST CONTRACTS (0.8); DRAFT LIST OF CONTRACTS (1.3); SEND EMAIL TO COMPANY RE: UPDATED LIST OF CONTRACTS (0.2); FURTHER REVISE LIST (0.2); DRAFT, REVIEW AND FINALIZE THIRD NOTICE OF ASSUMPTION/ASSIGNMENT (4.5); SEND EMAIL TO COMPANY RE: CURE NOTICE (0.2).

**133.70**

KETCHENS JP   07/19/07   3.00   REVIEW STATUS OF PLATINUM FOREIGN TRANSFER DOCUMENTS WITH P. PATROW AT KIRKLAND (0.5); REVIEW FOREIGN TRANSFER DOCUMENTS (2.5).

KETCHENS JP   07/31/07   7.50   REVIEW UMICORE MSPA (2.0); WORKING GROUP CALL WITH M. FUKUDA AND DELPHI BUSINESS PEOPLE (1.1); FOLLOW-UP WORKING GROUP CALL (0.2); REVIEW CSI MSPA AND DRAFT COMPARISON OF CSI AND UMICORS MSPAS (4.2).

**10.50**

PILKINGTON C   07/30/07   3.50   ATTEND CONFERENCE CALL RE: CSI'S POTENTIAL BID FOR CATALYST DIVISION (0.7); FOLLOW UP RESEARCH RE. AIM REGULATIONS (0.4); REVIEW CSI ADMISSION DOCUMENTS FOR AIM (0.4); REVIEW BACKGROUND TO DIVESTITURE (0.4); ATTENDING CONFERENCE CALL WITH M. FUKUDA RE. CATALYST DIVESTITUTRE (0.8); COMMUNICATIONS WITH WORKING GROUP RE. CSI BID (0.8).

PILKINGTON C   07/31/07   1.20   REVIEW ADVICE OF CSI BYLAWS/ARTICLES AS PART OF BID FOR DELPHI CATALYST DIVISION; ADVICE THERETO RE. NOTICE/MAJORITY/PRE-EMPTION RIGHTS ISSUES (1.2).

**4.70**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SAMOLE RM | 07/26/07 | 1.90 | TELECONFERENCE WITH D. POOLE RE: ALABAMA POWER CONTRACTS (0.2); REVIEW CLOSURE ASSET SALE DOCUMENTS RE: SAME (1.7). |
| SAMOLE RM | 07/27/07 | 0.20 | EMAIL D. POOLE RE: ALABAMA POWER CONTRACTS (0.2). |
| SAMOLE RM | 07/31/07 | 2.20 | REVIEW ALABAMA POWER CONTRACTS (2.2). |
| | | 4.30 | |
| **Total Associate** | | **369.80** | |
| CHAVALI A | 07/02/07 | 1.20 | DISTRIBUTE SALE DOCUMENTS (0.8); UPDATE AND PREPARE SALE NOTICES FOR SERVICE (0.4). |
| CHAVALI A | 07/03/07 | 0.60 | SEARCH AND DISTRIBUTE SALE DOCUMENTS (0.6). |
| CHAVALI A | 07/06/07 | 1.70 | PREPARE AND FILE SALE NOTICES (1.3); DISTRIBUTE SALE DOCUMENTS (0.4). |
| CHAVALI A | 07/09/07 | 2.40 | ASSIST WITH SALE MOTION DRAFTING (2.4). |
| CHAVALI A | 07/10/07 | 2.40 | ASSIST WITH SALE DOCUMENTS (2.4). |
| CHAVALI A | 07/16/07 | 2.60 | CROSS REFERENCE PEGASUS SERVICE LIST AGAINST NOTICE PARTIES (2.6). |
| | | 10.90 | |
| ~~ZSOLDOS AF~~ | ~~07/05/07~~ | ~~0.50~~ | ~~DOCKET RESEARCH RE: BRAKE HOSE SALE (0.5).~~ |
| ~~ZSOLDOS AF~~ | ~~07/06/07~~ | ~~1.20~~ | ~~PREPARE DOCUMENTS FOR ELECTRONIC FILING (0.4); E-FILING NOTICES OF SALE (0.6); DISTRIBUTE FILED PLEADINGS AND COORDINATE SERVICE (0.2).~~ |
| ~~ZSOLDOS AF~~ | ~~07/18/07~~ | ~~0.60~~ | ~~ELECTRONICALLY FILE SALE NOTICE (0.4); COORDINATE SERVICE RE: SAME (0.2).~~ |
| | | 2.30 | |
| **Total Legal Assistant** | | **13.20** | |
| **TOTAL TIME** | | **497.20** | |

33

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Asset Dispositions (General)**

**Bill Date: 08/31/07**
**Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/03/07 | Copy Center, D | 1.59 |
| In-house Reproduction | 07/10/07 | Copy Center, D | 8.45 |
| In-house Reproduction | 07/24/07 | Copy Center, D | 19.68 |
| In-house Reproduction | 07/27/07 | Copy Center, D | 6.85 |
| In-house Reproduction | 07/31/07 | Copy Center, D | 11.43 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$48.00** |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 7.02 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 6.80 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 1.41 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.11 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.66 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$16.00** |
| Westlaw | 07/13/07 | Platt SJ | 2.61 |
| Westlaw | 07/25/07 | Grant K | 380.31 |
| Westlaw | 07/31/07 | Fern BM | 39.08 |
| | | **TOTAL WESTLAW** | **$422.00** |
| Reproduction - color | 07/10/07 | Copy Center, D | 4.11 |
| Reproduction - color | 07/31/07 | Copy Center, D | 14.89 |
| | | **TOTAL REPRODUCTION - COLOR** | **$19.00** |
| Vendor Hosted Teleconferencing | 07/24/07 | Teleconferencing Services, LLC | 19.08 |
| Vendor Hosted Teleconferencing | 07/29/07 | Teleconferencing Services, LLC | 16.70 |
| Vendor Hosted Teleconferencing | 07/30/07 | Teleconferencing Services, LLC | 21.11 |
| Vendor Hosted Teleconferencing | 07/31/07 | Teleconferencing Services, LLC | 2.02 |
| Vendor Hosted Teleconferencing | 07/31/07 | Teleconferencing Services, LLC | 2.09 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL VENDOR HOSTED TELECONFERENCING | $61.00 |
| Messengers/ Courier | 07/09/07 | OSMIO | 32.65 |
| Messengers/ Courier | 07/09/07 | OSMIO | 33.25 |
| Messengers/ Courier | 07/09/07 | OSMIO | 33.25 |
| Messengers/ Courier | 07/09/07 | OSMIO | 33.25 |
| Messengers/ Courier | 07/09/07 | OSMIO | 33.25 |
| Messengers/ Courier | 07/22/07 | Dist Serv/Mail/Page, D | 23.35 |
| | | TOTAL MESSENGERS/ COURIER | $189.00 |
| | | TOTAL MATTER | $755.00 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 09/30/07**
**Asset Dispositions (General)**                               **Bill Number: 1181367**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/08/07 | 0.60 | CONFERENCES WITH S. GALE, M. FUKUDA AND WORKING GROUP IN NEW YORK CITY RE: CATALYST AUCTION MATTERS (0.3); ADDITIONAL CONFERENCES AND CONSULTATION WITH CATALYST AUCTION MATTERS (0.2); FOLLOW-UP ON SAME (0.1). |
| BUTLER, JR. J | 08/15/07 | 1.30 | PREPARE FOR AUGUST 16TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: CATALYST SALE INCLUDING REVIEW OF EXHIBITS, SALE AGREEMENTS, AUCTION TRANSCRIPT AND RELATED DOCUMENTS AND REVIEW OF OBJECTIONS AND OMNIBUS REPLY AND GENERAL TRIAL PREPARATION (1.3). |
| BUTLER, JR. J | 08/16/07 | 0.50 | PREPARE FOR (0.2) AND ATTEND (0.3) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT REGARDING CATALYST SALE. |
| BUTLER, JR. J | 08/31/07 | 0.20 | FOLLOW-UP ON STATUS OF VARIOUS ASSET DIVESTITURES INCLUDING CLOSURES TRANSACTION AND EMAILS FROM/TO D. SHERBIN AND J. SHEEHAN RE: SAME (0.2). |
| | | **2.60** | |
| HIESTAND NL | 08/01/07 | 4.30 | CONTINUE TO WORK ON CSI BID INCLUDING REVIEW OF DOCUMENTS (2.4); CALLS (1.9). |
| HIESTAND NL | 08/02/07 | 5.70 | CONTINUE TO WORK ON CSI BID WITH PARTICULAR FOCUS ON INDEMNITY LETTERS (3.6); TELECONFERENCES RE: SAME (2.1). |
| HIESTAND NL | 08/06/07 | 2.70 | REVIEW MARK UP OF CSI AGREEMENT (2.7). |
| HIESTAND NL | 08/07/07 | 4.50 | CONTINUE TO WORK IN PREPARATION FOR AUCTION (4.5). |
| HIESTAND NL | 08/08/07 | 5.80 | ATTEND TO VARIOUS ISSUES IN CONNECTION WITH AUCTION, INCLUDING CALLS, MEETINGS (5.8). |
| HIESTAND NL | 08/09/07 | 1.80 | FOLLOW UP MATTERS RE: AUCTION (1.8). |
| HIESTAND NL | 08/15/07 | 2.30 | REVIEW A-1 OBJECTION; CALL RE. SAME AND FOLLOW UP (2.3). |
| HIESTAND NL | 08/17/07 | 0.50 | MISCELLANEOUS ISSUES (0.5). |
| HIESTAND NL | 08/31/07 | 3.60 | ATTEND TO VARIOUS MATTERS (3.6). |
| | | **31.20** | |
| LYONS JK | 08/01/07 | 2.30 | REVIEW OF VARIOUS PEGASUS ISSUES, CONFERENCE CALLS, AUCTION ISSUES, AND DEVELOPED STRATEGIES (2.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LYONS JK       08/02/07      2.20   REVIEW OF VARIOUS PEGASUS ISSUES AND
                                    CONFERENCE CALL RE: CSI BID, UMICORE
                                    BID, AND ENHANCEMENTS TO CONTRACT
                                    (2.2).

LYONS JK       08/03/07      2.40   REVIEW OF PEGASUS ISSUES, STRATEGIES
                                    FOR AUCTION, MSPA ISSUES, AND OTHER
                                    MATTERS (2.4).

LYONS JK       08/06/07      4.20   PEGASUS FOLLOW UP RE: MSPAS AND BIDDER
                                    ISSUES, RESPONSE TO UMICORE LETTER,
                                    VERIZON/MOBILEARIA STRATEGIES AND
                                    OTHER DIVESTITURE ISSUES (4.2).

LYONS JK       08/07/07      7.60   PREPARATION FOR PEGASUS AUCTION,
                                    REVISIONS TO MSPAS, OTHER AUCTION
                                    PREPARATION, AND MEETING WITH CLIENT
                                    (7.6).

LYONS JK       08/08/07     12.40   PREPARATION FOR AND CONDUCT OF PEGASUS
                                    AUCTION AND FOLLOW UP (12.4).

LYONS JK       08/09/07      1.60   PEGASUS FOLLOW UP AND OTHER DIVESTITURE
                                    ISSUES (1.6).

LYONS JK       08/10/07      3.30   FOLLOW UP RE: VERIZON/MOBILEARIA AND
                                    COMMUNICATION TO VERIZON'S COUNSEL AND
                                    PEGASUS POST AUCTION ISSUES (3.3).

LYONS JK       08/13/07      1.70   REVIEW OF PEGASUS SALE ISSUES AND
                                    REVIEWS OF PLEADINGS AND FOLLOW UP RE:
                                    VERIZON/MOBILEARIA (1.7).

LYONS JK       08/14/07      3.30   CONFERENCES RE: PEGASUS SALE ISSUES AND
                                    REVIEW OF PLEADINGS AND ORDERS
                                    INCLUDING A-1 (3.3).

LYONS JK       08/15/07      2.90   CONFERENCES WITH A-1 AND OTHER PEGASUS
                                    SALE ISSUES AND REVIEW OF SCRIPTS AND
                                    PRESENTATION AND DEVELOPED STRATEGIES
                                    RE: RESOLUTION (2.9).

                            43.90

MEISLER RE     08/01/07      4.10   REVIEW ISSUES RE: PREPARING FOR
                                    CATALYST AUCTION (0.5); CONTINUE TO
                                    REVIEW OF SALE MOTION (2.1), NOTICES
                                    (0.8) AND SALE ORDER RE: SALE OF BRAKE
                                    PLANT (0.7).

MEISLER RE     08/02/07      4.40   REVIEW OF STATUS OF COMPETING BIDS RE:
                                    PROJECT PEGASUS (0.3); PREPARE FOR
                                    TELECONFERENCE RE: SAME (0.3);
                                    PARTICIPATE ON CONFERENCE CALL WITH
                                    CLIENT RE: SAME (1.3); WORKING GROUP
                                    MEETING RE: SAME (0.9); TELECONFERENCE
                                    WITH S. CORCORAN AND K. CRAFT RE:
                                    DIVESTITURES (0.2); CONTINUE TO REVIEW
                                    OF SALE ORDER RE: SAME (1.0); CONFERENCE
                                    WITH K. LAZAROFF RE: CATALYST SALE
                                    (0.4).

MEISLER RE     08/03/07      1.70   TELECONFERENCE WITH M. FUKUDA RE:
                                    CATALYST AUCTION (0.2); REVIEW CURRENT
                                    BIDS (1.5).

MEISLER RE     08/05/07      0.70   REVIEW ISSUES RE: CSI BID (0.7).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE        08/06/07        2.90  CONTINUE PREPARING FOR CATALYST AUCTION
                                       (2.0); REVIEW OBJECTIONS FILED AGAINST
                                       THE ASSUMPTION AND ASSIGNMENT OF
                                       EXECUTORY CONTRACTS (0.4);
                                       TELECONFERENCE WITH M. FUKUDA RE:
                                       CSI/UMICORE COMPETING BIDS (0.2);
                                       TELECONFERENCE WITH M. FUKUDA AND
                                       DELPHI BUSINESS PEOPLE RE: CSI AND BID
                                       PROCEDURES ORDER (0.3).

MEISLER RE        08/07/07        1.90  CONTINUE TO PREPARE FOR CATALYST SALE
                                       (1.3); TELECONFERENCE WITH R. GISE RE:
                                       SAME (0.1); REVIEW DRAFT OF AUCTION
                                       SCRIPT (0.3); TELECONFERENCE WITH M.
                                       FUKUDA RE: SAME (0.2).

MEISLER RE        08/08/07       12.70  REVIEW TERMS OF BIDS IN PREPARATION FOR
                                       AUCTION RE: SALE OF CATALYST (3.3);
                                       CONTINUE TO REVIEW AND COMMENT ON SCRIPT
                                       TO COMMENCE AUCTION (0.5); REVIEW CSI
                                       MARKED MSPA (1.2); REVIEW UMICORE
                                       MARKED PAGES RE: REVISED MSPA (0.6);
                                       TELECONFERENCES WITH T. SPRUNGER RE:
                                       TULSA SHELF AGREEMENT WITH CSI (0.2,
                                       0.1,0.1); DRAFT RIDER TO CSI MSPA RE:
                                       SAME (0.4); CONFERENCES WITH D. ZAGORE
                                       AND J. MARKS RE: SAME (0.2, 0.1); REVISE
                                       SAME (0.2); PARTICIPATE IN AUCTION
                                       (3.5); ANALYSIS RE: SAME (1.8);
                                       PARTICIPATE IN DELIBERATIONS RE:
                                       HIGHEST OR OTHERWISE BEST OFFER (0.5).

MEISLER RE        08/09/07        1.40  CONTINUE TO REVIEW OF DRAFT PEGASUS
                                       PRESS RELEASE (0.3); TELECONFERENCE
                                       WITH M. SISSON RE: PRESS RELEASE (0.1);
                                       TELECONFERENCE WITH M. FUKUDA AND M.
                                       SISSON RE: SAME (0.1); TELECONFERENCE
                                       WITH D. PRIMACK COUNSEL TO COUNTER PARTY
                                       RE: ASSUMPTION AND ASSIGNMENT OF
                                       CONTRACT (0.1); FOLLOW UP RE: SAME
                                       (0.2); REVIEW AUCTION TRANSCRIPT (0.4);
                                       REVIEW RESOLUTION OF DENSO OBJECTION
                                       (0.2).

MEISLER RE        08/10/07        1.60  REVIEW AND CONSIDER A-1 OBJECTION TO
                                       ASSUMPTION AND ASSIGNMENT (0.4); DRAFT
                                       CORRESPONDENCE RE: SAME (0.2); REVIEW
                                       AND CONSIDER TOSOH OBJECTION (0.3);
                                       REVIEW REDLINE SALE ORDER REFLECTING
                                       CHANGES SUGGESTED BY VARIOUS
                                       PARTIES-IN-INTEREST (0.3); REVIEW AND
                                       CONSIDER CSI PRESS RELEASE (0.2); DRAFT
                                       CORRESPONDENCE RE: SAME (0.2).

MEISLER RE        08/12/07        0.30  DRAFT CORRESPONDENCE RE: CATALYST
                                       DIVESTITURE (0.3).

MEISLER RE        08/13/07        1.00  REVIEW AND COMMENT ON CATALYST SALE
                                       ORDER (1.0).

| MEISLER RE | 08/14/07 | 7.40 | REVIEW OBJECTIONS (0.5); TELECONFERENCE WITH M. FUKUDA RE: SAME (0.1); REVIEW AND COMMENT ON CATALYST RESPONSE (1.5); REVIEW AND COMMENT ON CONTRARIAN STIPULATION (0.3); REVIEW SALE APPROVAL ORDER SENT TO PURCHASERS AND CSI (0.2); TELECONFERENCES WITH M. FUKUDA RE: HEARING PREP (0.3, 0.2, 0.1); CATALYST TRANSACTION; REVISE RESPONSE TO OBJECTION (4.2). |
|---|---|---|---|
| MEISLER RE | 08/15/07 | 8.30 | RESOLVE OBJECTION TO ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS (2.8); REVIEW, REVISE, AND FINALIZE RESPONSE TO OBJECTIONS AND SUMMARY OF RESOLUTIONS (3.1); REVIEW EXHIBITS IN SUPPORT OF SALE HEARING (2.4). |
| MEISLER RE | 08/16/07 | 2.60 | FINALIZE EXHIBITS FOR SALE HEARING (1.0); PREPARE FOR TELECONFERENCE WITH S. DANIELS AND T. DONNO RE: PROJECT RHODES (0.5); TELECONFERENCE WITH S. DANIELS, T. DONNO RE: SAME (1.0); FOLLOW UP RE: SAME (0.1). |
| MEISLER RE | 08/20/07 | 1.00 | WORKING GROUP CONFERENCE RE: CLOSURES AND PROJECT RHODES (0.3); DRAFT CORRESPONDENCE RE: SAME (0.4); TELECONFERENCE WITH S. CORCORAN RE: PROJECT RHODES (0.1); DRAFT CORRESPONDENCE RE: CONTRARIAN STIPULATION (0.1); DRAFT CORRESPONDENCE RE: ALLOCATION OF CATALYST PROCEEDS (0.1). |
| MEISLER RE | 08/21/07 | 1.30 | REVIEW CORRESPONDENCE RE: CATALYST DIVESTITURE (0.5) AND CONSIDER PAYMENT ON SOUTH AFRICAN DEBT (0.5); REVIEW MATTERS RE: CATALYST CONTROLODORA (0.3). |
| MEISLER RE | 08/22/07 | 0.60 | CONFERENCE WITH M. FUKUDA RE: INTERIORS DIVESTITURE (0.2); REVIEW CORRESPONDENCE RE: SAME (0.2); REVIEW AND CONSIDER FOLLOW-ON TRANSACTIONS RE: PEGASUS (0.2). |
| MEISLER RE | 08/27/07 | 0.80 | REVIEW STATUS OF DIVESTITURES (0.3); PLAN FOR UPCOMING AUCTIONS (0.2); AND REVIEW CALENDARING OF NOTICES (0.3). |
| MEISLER RE | 08/30/07 | 0.10 | REVIEW CORRESPONDENCE RE: CURING CATALYST SALE CONTRACTS (0.1). |
| MEISLER RE | 08/31/07 | 0.20 | REVIEW STATUS OF DIVESTITURES (0.2). |
| | | 55.00 | |
| **Total Partner** | | 132.70 | |
| MATZ TJ | 08/08/07 | 0.90 | DISCUSSIONS WITH K. CRAFT RE: DENSO LIMITED OBJECTION (0.3); TWO TELECONFERENCES WITH CHAMBERS RE: DENSO OBJECTION (0.4); REVIEW CORRESPONDENCE FROM M. RICHARDS RE: SAME (0.2). |

18                                                                    B43E

MATZ TJ          08/14/07    0.70  CORRESPONDENCE WITH CHAMBERS RE:
                                   CATALYST MOTION (0.2); TELECONFERENCE
                                   WITH B. FERN RE: STATUS OF CATALYST
                                   OBJECTIONS (0.2); TELECONFERENCE WITH
                                   CHAMBERS RE: SAME (0.3).

MATZ TJ          08/15/07    0.80  TELECONFERENCE WITH CHAMBERS RE: SAME
                                   (0.4); FORWARD TOSOH LETTER OBJECTION
                                   TO CHAMBERS (0.1); TELECONFERENCE WITH
                                   CHAMBERS RE: STATUS OF CATALYST MOTION,
                                   OBJECTION (0.3).

                             2.40

**Total Counsel**            2.40

BOLTON IS        08/14/07    2.60  BEGIN RESEARCH RE: SECTION 365
                                   ASSUMPTION AND ASSIGNMENT AND ANTITRUST
                                   ISSUES (2.0); CORRESPONDENCE WITH
                                   WORKING GROUP RE: SAME (0.6).

                             2.60

FERN BM          08/01/07    9.40  PREPARE FOR FILING NOTICE OF QUALIFIED
                                   BIDDER (0.9); REVIEW RESEARCH RE:
                                   ASSIGNABILITY OF IP CONTRACTS (0.8);
                                   DRAFT MEMO RE: SAME (0.6);
                                   TELECONFERENCE WITH K. HIGMAN RE: HP
                                   (0.2); REVIEW AND COMMENT ON QUALIFIED
                                   BIDDER NOTICE (0.5); EVALUATE ISSUES
                                   RE: CSI PROXY (0.6); TELECONFERENCE
                                   WITH M. FUKUDA RE: CSI PROXY (0.2);
                                   FORMULATE STRATEGY IN PREPARATION FOR
                                   CATALYST AUCTION (0.8); EMAIL TO D.
                                   ZAGORE RE: QUALIFIED BIDDER NOTICE
                                   (0.2); REVIEW AND COMMENT ON INDEMNITY
                                   LETTER TO CSI (0.5); REVIEW AND ANALYZE
                                   VARIOUS BID MATERIALS OF CSI (2.1);
                                   REVIEW AND ANALYZE ADDITIONAL CSI
                                   BIDDERS (0.8); WORKING GROUP MEETING
                                   RE: TRW PLEADINGS (1.0); TELECONFERENCE
                                   WITH M. FUKUDA RE: CSI DISCLOSURE (0.2).

FERN BM          08/02/07    9.90  TELECONFERENCE WITH B. HARVEY RE: DOJ
                                   LANGUAGE TO SALE APPROVAL ORDER (0.2);
                                   ATTENTION TO ISSUES RE: SAME (0.3);
                                   REVIEW AND COMMENT ON DIVESTITURE
                                   PRESENTATION (0.6); TELECONFERENCE
                                   WITH S. DERAEDT, C. CALL, M. FUKUDA, D.
                                   ZAGORE, AND OTHERS RE: CSI BID (1.6);
                                   REVIEW ISSUES RE: CSI MSPA (0.4); DRAFT
                                   PROPOSED CHANGES TO CSI MSPA (2.9);
                                   REVIEW AND COMMENT ON TRW PLEADINGS
                                   (0.4); TELECONFERENCE WITH M. FUKUDA
                                   AND S. DERAEDT RE: AUCTION PROCESS
                                   (1.5); FORMULATE STRATEGY RE: AUCTION
                                   AND CSI MARK-UP (0.6); EMAILS TO/FROM W.
                                   THOMAS RE: CORNING (0.2); ADDITIONAL
                                   ATTENTION TO TRW PLEADINGS (0.7);
                                   EMAILS TO/FROM S. DERAEDT RE: AUCTION
                                   PLANNING STRATEGY (0.3); EMAIL TO/FROM
                                   J. MARKS RE: AUCTION (0.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FERN BM          08/03/07      9.80  ORGANIZE AND REVIEW CATALYST DOCUMENTS
                                     IN PREPARATION FOR AUGUST 6 TEAM MEETING
                                     (0.8); EMAILS TO/FROM M. SISSON AND S.
                                     DERAEDT RE: CLOSING AUCTION (0.2);
                                     REVIEW AND COMMENT ON SCRIPT FOR
                                     CATALYST AUCTION (1.1); TELECONFERENCE
                                     WITH M. RICHARDS RE: DENSO (0.2);
                                     TELECONFERENCE WITH W. THOMAS RE:
                                     CORNING (0.2); TELECONFERENCE WITH J.
                                     MARKS RE: CSI MSPA (0.5); REVIEW AND
                                     COMMENT ON LUXEMBOURG LEASE (0.8);
                                     TELECONFERENCE WITH M. FUKUDA RE: SAME
                                     (0.3); REVIEW DOCUMENTS RE: CATALYST
                                     AUCTION (1.7); FORMULATE STRATEGY RE:
                                     CSI MSPA (1.0); TELECONFERENCE WITH S.
                                     DERAEDT, M. FUKUDA AND D. ZAGORE AND CSI
                                     RE: OPEN ISSUES (1.5); FOLLOW-UP
                                     TELECONFERENCE WITH M. FUKUDA AND S.
                                     DERAEDT RE: SAME (0.4); EMAILS TO
                                     STATUTORY COMMITTEES RE: CATALYST
                                     AUCTION (0.2); ATTENTION TO ISSUES RE:
                                     CATALYST SALE ORDER (0.4); ADDITIONAL
                                     ATTENTION TO LUXEMBOURG LEASE (0.5).

FERN BM          08/05/07      1.00  REVIEW AND ANALYZE CSI CIRCULAR (0.7);
                                     EMAILS TO/FROM M. FUKUDA RE: CSI BID
                                     (0.3).

FERN BM          08/06/07      9.70  ATTENTION TO ISSUES RE: EXHIBITS FOR
                                     AUCTION (0.4); REVIEW LATEST DRAFT OF
                                     CSI MSPA (0.5); EMAILS TO/FROM M. SISSON
                                     RE: PUBLIC DISCLOSURE OF CATALYST
                                     AUCTION RESULTS (0.4); EMAILS TO/FORM
                                     W. THOMAS RE: CORNING (0.2); MEETING
                                     WITH J. WEBER AND J. FUERST RE: CATALYST
                                     AUCTION (0.7); REVISE PRESENTATION
                                     (0.5); REVIEW ISSUES IN PREPARATION FOR
                                     THE CATALYST AUCTION (1.4); MEETING
                                     WITH M. FUKUDA RE: AUCTION REQUIREMENTS
                                     AND STRATEGY (2.3); EMAILS FROM M.
                                     GRILLO RE: CSI BID (0.2); CONSIDER
                                     ISSUES RE: UMICORE'S OBJECTION TO CSI
                                     BID (2.1); TELECONFERENCE WITH M.
                                     FUKUDA RE: AUCTION STRATEGY (0.3);
                                     TELECONFERENCE WITH M. FUKUDA, S.
                                     DERAEDT AND CATALYST TEAM RE: AUCTION
                                     STRATEGY (0.4); EMAIL TO D. ZAGORE AND
                                     M. GRILLO RE: DELPHI'S DETERMINATION OF
                                     BEST BID (0.3).

FERN BM          08/07/07      9.20  TELECONFERENCE WITH CATALYST WORKING
                                     GROUP RE: AUCTION PROCESS (1.5); REVIEW
                                     AND COMMENT ON EXHIBIT LIST FOR CATALYST
                                     (0.6); REVIEW DOCUMENTS IN PREPARATION
                                     FOR CATALYST AUCTION (2.3);
                                     TELECONFERENCE WITH S. DERAEDT AND J.
                                     WEBER TO CONSTRUCT CATALYST BID SHEET
                                     (1.1); REVISE CATALYST BID SHEET (0.5);
                                     ATTENTION TO EXHIBITS AND REDACTION OF
                                     CONFIDENTIAL INFORMATION IN
                                     PREPARATION FOR AUCTION (1.2);
                                     TELECONFERENCE WITH M. FUKUDA RE:
                                     AUCTION PREPARATION (0.3); FORMULATE
                                     STRATEGY IN PREPARATION FOR AUCTION
                                     (0.5); REVISE CATALYST BID SHEET (1.2).

B43E

| FERN BM | 08/08/07 | 14.80 | PREPARE FOR CATALYST AUCTION BY REVISING DOCUMENTS, COMMENTING AND REVISING BID SHEET, NEGOTIATING CHANGES AND DISCUSSING PROCEDURES WITH BIDDERS, AND FORMULATING STRATEGY WITH DELPHI TEAM (9.9); ATTEND AUCTION FOR CATALYST BUSINESS (3.5); POST-AUCTION BRIEFING AND DISCUSSION WITH CATALYST TEAM (0.8); FORMULATE STRATEGY RE: POST-AUCTION TASKS IN PREPARATION FOR CATALYST SALE HEARING (0.6). |
|---|---|---|---|
| FERN BM | 08/09/07 | 5.60 | REVIEW AND COMMENT ON DELPHI PRESS RELEASE AND DISCUSSION WITH S. DERAEDT RE: SAME (0.9); REVIEW DENSO OBJECTION (0.2) AND EMAIL TO M. RICHARDS RE: SAME (0.4); ADDITIONAL REVIEW AND COMMENT TO CATALYST COMMUNICATION PACKAGE (1.0); REVIEW AND ANALYZE TOSOH OBJECTION (0.4); REVISE CATALYST SALE ORDER (1.3); REVIEW CATALYST AUCTION TRANSCRIPT (0.5); ATTENTION TO ISSUES RE: CONTRARIAN OBJECTION (0.3); REVIEW AND COMMENT ON CSI PRESS RELEASE (0.2); REVIEW AND REVISE CATALYST SALE APPROVAL ORDER (0.4). |
| FERN BM | 08/10/07 | 7.00 | REVIEW AND COMMENT ON VCCS APA (1.8); FORMULATE STRATEGY RE: VARIOUS CATALYST CONTRACT OBJECTIONS (0.5); TELECONFERENCE WITH J. CARNEY RE: SALTILLO CURE AMOUNTS (0.2); EMAIL TO J. CARNEY RE: DOCUMENTATION OF SAME (0.3); ATTENTION TO ISSUES RE: CATALYST CURE AMOUNTS (0.2); TELECONFERENCE WITH G. SHAH RE: SAME (0.4); REVIEW AND REVISE CATALYST SALE APPROVAL ORDER (1.5); ORGANIZE DOCUMENTS AND EMAILS RE: CATALYST (0.4); REVIEW AND REVISE SCRIPT FOR CATALYST SALE (1.2); ATTENTION TO ISSUES RE: CONTRARIAN OBJECTION (0.3); TELECONFERENCE WITH M. FUKUDA RE: CATALYST OBJECTIONS (0.2). |

21                                                                    B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

FERN BM          08/13/07     10.60  TELECONFERENCE WITH M. FUKUDA AND S.
                                     CORCORAN RE: CORNING CURE ISSUES (0.2);
                                     REVIEW ISSUES RE: CORNING CURE AMOUNT
                                     (0.6); TELECONFERENCE WITH W. THOMAS
                                     RE: CORNING CURE (0.2); TELECONFERENCE
                                     WITH G. SHAH RE: SALTILLO CONTRACTS
                                     (0.2); TELECONFERENCE WITH B. HARVEY
                                     RE: UMICORE (0.2); TELECONFERENCE WITH
                                     D. UNRUE, J. RUHM RE: CORNING CURE
                                     AMOUNT (0.3); REVIEW AND ANALYZE DATA
                                     RE: CORNING CURE AMOUNT (0.9); REVIEW
                                     AND ANALYZE ISSUES RE: TOSOH
                                     CORPORATION LETTER OBJECTION (0.5);
                                     ANALYZE ISSUES RE: CHRYSLER OBJECTION
                                     TO CATALYST NOTICE (0.3); ANALYZE
                                     ISSUES RE: A-1 OBJECTION (0.6);
                                     FORMULATE STRATEGY RE: VARIOUS
                                     OBJECTIONS TO CATALYST SALE (0.9);
                                     FORMULATE STRATEGY RE: CHRYSLER
                                     OBJECTION (0.5); EMAILS TO/FROM M.
                                     FUKUDA RE: TOSOH (0.4); CONSIDER ISSUES
                                     RE: OMNIBUS REPLY TO CATALYST
                                     OBJECTIONS (0.9); REVISE DRAFT OMNIBUS
                                     REPLY TO CATALYST OBJECTION (3.9).

FERN BM          08/14/07     13.90  REVIEW AND REVISE CONTRARIAN
                                     STIPULATION (0.6); EMAILS TO/FROM D.
                                     UNRUE RE: CORNING (0.4); TELECONFERENCE
                                     WITH D. UNRUE RE: CONRING (0.3); PREPARE
                                     FOR CORNING CONFERENCE CALL (0.5);
                                     TELECONFERENCE WITH W. THOMAS AND G.
                                     KELLY RE: CORNING CURE (0.3);
                                     TELECONFERENCE WITH S. BONADIES RE:
                                     CHRYSLER, IMPALA AND A-1 (1.2); REVIEW
                                     ISSUES RE: OMNIBUS RESPONSE TO CATALYST
                                     OBJECTION (2.1); TELECONFERENCE WITH B.
                                     HARVEY, J. KLATZKIN, AND M. FUKUDA RE:
                                     CATALYST OBJECTIONS (0.4);
                                     TELECONFERENCE WITH J. WEBER AND M.
                                     FUKUDA RE: PURCHASE PRICE ADJUSTMENT
                                     (0.8); FORMULATE STRATEGY RE:
                                     CONTESTING A-1 OBJECTION (1.5); EMAILS
                                     TO M. GRILLO AND J. MARKS RE: SALE ORDER
                                     (0.2); EMAILS AND TELECONFERENCE WITH
                                     J. SELANDER RE: CHRYSLER (0.4); REVIEW
                                     MATERIALS RE: A-1 OBJECTIONS (0.9);
                                     MULTIPLE EMAILS WITH M. KOHAYER RE: A-1
                                     (0.5); EMAILS TO/FROM J. MARKS RE: SALE
                                     ORDERS (0.2); ADDITIONAL REVIEW AND
                                     ANALYSIS OF A-1 MATERIALS (0.7); REVIEW
                                     AND REVISE RESPONSE TO CATALYST
                                     OBJECTIONS (2.9).

| FERN BM | 08/15/07 | 16.10 | ADDITIONAL REVISIONS TO OMNIBUS RESPONSE TO CATALYST OBJECTIONS (1.2); TELECONFERENCE WITH S. BONADIES RE: A-1 (0.4); TELECONFERENCE WITH B. SHAW RE: STEERING BIDS (0.4); DRAFT CURE SCHEDULE FOR CATALYST SALE ORDER (2.3); TELECONFERENCE WITH M. FUKUDA AND S. BONADIES RE: A-1 (1.3); TELECONFERENCE WITH J. MARKS RE: SALE ORDER (0.3); REVIEW AND REVISE OMNIBUS REPLY TO SALE OBJECTIONS (2.0); REVIEW DOCUMENTS IN PREPARATION FOR FILING OMNIBUS REPLY (0.9); REVIEW AND REVISE J. SHEEHAN DECLARATION (1.1); REVIEW AND REVISE SCRIPT FOR CATALYST HEARING (0.8); PREPARE EXHIBITS FOR CATALYST HEARING (0.7); EMAIL TO J. MARKS RE: CSI'S PROPOSED CHANGES TO ORDER (0.6); REVISE CATALYST ORDER (1.2); EMAILS TO/FROM S. SCHWAGGER RE: ARAMARK (0.3); REVIEW DOCUMENTS IN PREPARATION FOR CATALYST HEARING (1.0); REVISE BID SHEET AND DRAFT QUALITATIVE EXPLANATION RE: SAME (0.9); EMAILS TO STATUTORY COMMITTEES RE: REVISED SALE ORDER (0.3); FORMULATE STRATEGY IN PREPARATION FOR HEARING (0.4). |

| FERN BM | 08/16/07 | 7.80 | REVIEW AND REVISE J. SHEEHAN DECLARATION (1.1); REVIEW AND REVISE CATALYST OBJECTION SUMMARY CHART (1.3); REVIEW AND COMMENT ON CATALYST COMMUNICATION MATERIALS (0.6); EMAILS FROM V. HOFFMAN RE: IMPALA (0.2); EMAILS TO/FROM S. BONADIES RE: A-1 CLAIMS (0.3); EMAILS TO/FROM J. MARKS RE: CATALYST ORDER (0.4); REVIEW REVISED CATALYST SCHEDULES (0.4); EMAILS TO/FROM M. SURA RE: CATALYST HEARING (0.2); PREPARE FOR CATALYST HEARING (0.5); PREPARE FOR (0.5) AND PARTICIPATED IN CONFERENCE CALL WITH T. DONO AND S. DANIELS RE: STEERING (1.0); ; ANALYZE ISSUES RE: RIGHTS OFFERING AND HOW IT RELATES TO DIVESTITURES (0.6); EMAILS TO/FROM S. SCHWAGGER AND D. FLIMAN RE: CONTRARIAN CURE CLAIM (0.3); EMAILS TO/FROM D. UNRUE RE: CURE PROCESS (0.4). |

| FERN BM | 08/17/07 | 3.80 | PREPARE FOR (0.4) AND PARTICIPATE IN TELECONFERENCE WITH D. UNRUE, A. FRANKUM RE: CURE CLAIMS (0.5); EMAIL FROM S. BONADIES RE: IMPALA (0.2); REVIEW AND ANALYZE CHANGES TO CATALYST SALE ORDER ENTERED BY COURT (1.4); BEGIN TO REVISE CONTRARIAN STIPULATION (0.5); EMAIL TO S. CORCORAN, M. FUKUDA AND S. DERAEDT RE: CATALYST ORDER (0.4); EMAILS TO VARIOUS DIVESTITURE TEAMS RE: ASSUMED CONTRACTS AND CURE PAYMENTS (0.4). |

23

FERN BM        08/19/07     0.70  EMAILS TO/FROM M. FUKUDA RE: CATALYST
                                  SALE ORDER (0.3); EMAIL TO M. GRILLO RE:
                                  SAME (0.2); EMAILS TO/FROM J. CARNEY RE:
                                  SALTILLO SALE PROCESS (0.2).

FERN BM        08/20/07     7.30  EMAILS TO/FROM K. BAMBACH RE: LIST OF
                                  ASSUMABLE CONTRACTS (0.3); CONTINUE TO
                                  REVISE CORNING STIPULATION (1.8);
                                  EVALUATE ISSUES RE: RIGHTS OFFERING AND
                                  TIMING OF DIVESTITURES (0.5); FORMULATE
                                  STRATEGY RE: TIMING OF DIVESTITURES
                                  (0.6); TELECONFERENCE WITH S. SCHWAGGER
                                  AND D. FLIMAN RE: CONTRARIAN (0.5);
                                  EMAILS TO/FROM K. CHECK AND M. FUKUDA
                                  RE: FILINGS RE: CATALYST (0.4);
                                  CONSIDER ISSUES RE: S. AFRICA
                                  INVESTMENT RE: CATALYST (0.3); EMAILS
                                  TO/FROM S. DANIELS RE: BRAKE HOSE (0.2);
                                  DRAFT SUMMARY RE: DIVESTITURE ISSUES
                                  (0.4); REVISED CONTRARIAN STIPULATION
                                  (0.4); REVIEW AND COMMENT ON CLOSURES
                                  MSPA (1.9).

FERN BM        08/21/07     8.10  TELECONFERENCE WITH J. GUGLIELMO RE:
                                  TRW AND CATALYST (0.2); REVIEW AND
                                  REVISE CONTRARIAN STIPULATION (0.3),
                                  AND EMAIL TO D. UNRUE AND M. FUKUDA RE:
                                  SAME (0.2); REVISE CLOSURE MSPA (1.4);
                                  REVIEW CATALYST HEARING TRANSCRIPT
                                  (0.3); PREPARE FOR (0.6) AND
                                  PARTICIPATE IN TELECONFERENCE WITH S.
                                  DERAEDT, D. BERBERICH, AND M. FUKUDA RE:
                                  PEGASUS LOAN PAYMENTS (1.9); ADDITIONAL
                                  TELECONFERENCE WITH J. GUGLIELMO RE:
                                  PEGASUS LOAN PAYMENTS (0.4); EVALUATE
                                  ISSUES RE: INFORMATION IN INVESTOR
                                  DISCLOSURE LETTER (0.3); ADDITIONAL
                                  REVIEW OF CLOSURES MSPA (0.9); REVISE
                                  CLOSURES MSPA (0.6); EMAILS TO M. FUKUDA
                                  RE: SAME (0.2); ADDITIONAL ATTENTION TO
                                  ISSUES RE: CLOSURES MSPA (0.5); DRAFT
                                  ADDITIONAL LANGUAGE FOR CLOSURES MSPA
                                  (0.3).

FERN BM        08/22/07     5.50  EMAIL TO M. FUKUDA RE: CLOSURES BIDDING
                                  PROCEDURES (0.3); REVISE CLOSURES SALE
                                  ORDER (1.3); REVISE CLOSURES BIDDING
                                  PROCEDURES ORDER (1.1); REVISE CLOSURES
                                  BIDDING PROCEDURES (1.8);
                                  TELECONFERENCE WITH M. FUKUDA RE:
                                  CLOSURES CONTRACTS (0.2); DRAFT
                                  CLOSURES PUBLICATION NOTICE (0.8).

FERN BM        08/23/07     7.10  REVISE CLOSURES NOTICES (1.6); CONTINUE
                                  TO DRAFT CLOSURES SALE MOTION (5.2);
                                  EMAIL TO S. SCHWAGER AND D. FLIMAN RE:
                                  CONTRARIAN (0.3).

24                                                               B43E

| FERN BM | 08/24/07 | 6.60 | REVIEW AND REVISE PRESENTATION RE: SALTILLO SUPPLIER CONTRACT PROCESS AND ISSUES (0.7); REVIEW AND COMMENT ON DOWNER ENGAGEMENT LETTER (0.9); TELECONFERENCE WITH M. FUKUDA RE: CLOSURES MSPA (0.3); EMAIL TO M. FUKUDA RE: CATALYST HEARING (0.2); EMAIL FROM D. UNRUE RE: BRAKE HOSE (0.2); CONTINUE TO DRAFT CLOSURES SALE MOTION (4.3). |

| FERN BM | 08/27/07 | 7.70 | EMAILS TO/FROM K. CRAFT RE: TRW (0.3); EMAILS TO/FROM S. DANIELS AND T. DONO RE: STEERING TIMELINE (0.5); REVIEW AND REVISE TRW PLEADINGS (1.7); CONSIDER DOCUMENTS NEEDED FOR BRAKE HOSE CLOSING (0.4); ADDITIONAL REVIEW OF BRAKE HOSE PLEADINGS (0.3); FORMULATE STRATEGY RE: STEERING TIMELINE (0.6); EMAILS TO D. FLIMAN AND S. SCHWAGER RE: CONTRARIAN (0.3); PREPARE FOR (0.3) AND PARTICIPATE IN TELECONFERENCE WITH T. DONO AND S. DANIELS RE: STEERING TIMING (0.6); CONTINUE TO DRAFT CLOSURES MOTION (2.1); TELECONFERENCE WITH D. BATEY RE: TRW (0.2); REVIEW AND COMMENT ON REVISED DOWNER ENGAGEMENT LETTER (0.4). |

| FERN BM | 08/28/07 | 7.40 | REVIEW MATERIALS RE: FINAL ORDER VERSUS INTERLOCUTORY ORDERS (0.5); EMAILS TO/FROM D. BATEY RE: LANGUAGE IN SALE APPROVAL ORDER (0.3); EMAILS TO/FROM N. SAHAI RE: DOWNER (0.2); REVIEW AND REVISE TRW SALE MOTION (1.6); REVIEW AND REVISE TRW ORDERS AND BIDDING PROCEDURES (2.9); EMAIL TO K. CRAFT RE: TRW PLEADINGS (0.2); EMAIL TO S. SCHWAGER AND D. FLIMAN RE: CONTRARIAN (0.3); REVIEW MATERIALS IN PREPARATION FOR CATALYST CLOSING (0.3); REVIEW AND COMMENT ON CLOSURES PLEADINGS (1.1). |

| FERN BM | 08/29/07 | 7.90 | REVISE CONTRARIAN STIPULATION (0.4); EMAILS TO/FROM S. SCHWAGER RE: CONTRARIAN STIPULATION (0.3); ATTENTION TO ISSUES IN PREPARATION FOR CATALYST CLOSING (0.4); CONTINUE TO REVIEW OF CLOSURES MOTION AND BIDDING PROCEDURES ORDER (1.5); REVISE CLOSURES SALE ORDER, BIDDING PROCEDURES, AND NOTICES (1.8); DRAFT WORK FORCE PROVISION SECTION OF CLOSURES MOTION (2.6); CONSIDER ISSUES RE: TIMING OF CLOSURES SALE (0.4); EMAILS TO/FROM K. CHECK RE: CLOSURES TIMELINE (0.3); EMAILS TO/FROM M. FUKUDA RE: SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 08/30/07 | 7.40 | EVALUATE OPEN ISSUES IN TRW APA (0.4); REVIEW DOCUMENTS RE: CREATION OF CATALYST ASSUMABLE CONTRACT LIST (0.5); TELECONFERENCE WITH D. FLIMAN RE: CONTRARIAN (0.2); REVISE CONTRARIAN STIPULATION (0.3); REVISED CLOSURES PLEADINGS BASED ON REVISED MSPA (2.0); REVIEW CERTIFIED ORDERS FROM BRAKE HOSE AND CATALYST SALES (0.4); REVISE TRW PLEADINGS (1.6); REVIEW AND ORGANIZE EXHIBITS TO CLOSURES MSPA (0.8); TELECONFERENCE WITH S. NIEMAN RE: CLOSURES NOTICE PARTIES (0.2); ATTENTION TO ISSUES RE: CONTRARIAN STIPULATION (0.5); EMAIL TO/FROM M. FUKUDA RE: CATALYST ASSIGNMENT LETTER (0.2); REVIEW ISSUES RE: CLOSURES PLEADINGS (0.3). |
|---|---|---|---|
| FERN BM | 08/31/07 | 2.70 | EMAILS TO/FROM D. UNRUE RE: CATALYST CURES (0.4); EMAILS WITH S. DERAEDT AND J. GUGLIELMO RE: ECONOMIC ANALYSIS OF TRW DEAL (0.5); EMAIL TO B. SAX AND F. KUPLICKI RE: TRW MOTION (0.2); REVIEW AND ANALYZE TRW PRESENTATION MATERIALS (0.7); CONSIDER ISSUES RE: CONTRARIAN STIPULATION (0.4); ATTENTION TO ISSUES RE: CLOSURES MSPA AND ANCILLARY AGREEMENTS (0.5). |

**197.00**

| GRANT K | 08/01/07 | 1.40 | TELECONFERENCE WITH M. O'HAYER RE: A-1 SPECIALIZED OBJECTION TO ASSUMPTION (0.2) AND REVIEW OF PRIOR PLEADINGS AND CORRESPONDENCE RE: SAME. (1.2). |
|---|---|---|---|
| GRANT K | 08/02/07 | 0.70 | TELECONFERENCE WITH M. O'HAYER RE: A-1 SPECIALIZED OBJECTION (0.3); EMAIL WITH M. FUKUDA RE: SAME (0.2); TELECONFERENCE WITH M. FUKUDA AND J. WEBER RE: SAME (0.2). |
| GRANT K | 08/03/07 | 0.30 | TELECONFERENCE WITH M. O'HOYER RE: A-1 SPECIALIZED SERVICES OBJECTION (0.3). |
| GRANT K | 08/07/07 | 0.40 | REVIEW OBJECTION FILED BY A-1 SPECIALIZED RE: CATALYST SALE; (0.2) AND EMAIL WITH M. O'HAYER RE: SAME (0.2). |
| GRANT K | 08/08/07 | 0.30 | EMAIL WITH M. O'HAYER RE: A-1 SPECIALIZED OBJECTION (0.3). |
| GRANT K | 08/09/07 | 2.90 | DRAFT RESPONSE TO CURE AND ASSIGNMENT OBJECTIONS FILED BY A-1 SPECIALIZED (2.9). |
| GRANT K | 08/10/07 | 0.30 | EMAIL RE: A-1 OBJECTION TO CATALYST ASSIGNMENT (0.3). |
| GRANT K | 08/13/07 | 0.80 | TELECONFERENCE WITH DELPHI TEAM RE: A-1 SPECIALIZED (0.4) AND EMAIL RE: SAME (0.4). |

**7.10**

B43E

KALOUDIS D        08/01/07        7.10   DRAFT AUCTION SCRIPT (1.4); REVIEW TRW
                                         COMMENTS (0.3); ATTENTION TO AUCTION
                                         PREP (2.8); FINALIZE DRAFT AND SERVICE
                                         OF NOTICE OF QUALIFIED BIDDER (2.6).

KALOUDIS D        08/02/07        9.70   REVISE TRW PLEADINGS (4.2); AUCTION
                                         PREP (1.1); ATTENTION TO CATALYST
                                         NOTICES (3.4); TELECONFERENCE WITH K.
                                         CRAFT RE: TRW (0.3); ANALYZE TRW
                                         PLEADING ISSUES (0.3); FOLLOW UP ON
                                         PUBLICATION OF CATALYST NOTICE OF SALE
                                         (0.4).

KALOUDIS D        08/03/07        6.90   REVIEW LIST OF EXHIBITS TO SALE MOTION,
                                         BIDDING PROCEDURES (0.4); ANALYZE
                                         ISSUES TO SERVICE OF CATALYST NOTICES
                                         (1.8); REVISE CATALYST AUCTION SCRIPT
                                         (1.2); REVIEW COMMENTS TO CATALYST
                                         SCRIPT (0.6); PREPARE FOR CATALYST SALE
                                         AUCTION (2.6); REVIEW EMAIL
                                         CORRESPONDENCE RE: CSI (0.3).

KALOUDIS D        08/06/07        8.10   DRAFT ADDITIONAL NOTICE OF ASSUMPTION
                                         RE: CATALYST (2.3); BEGIN PREPARING FOR
                                         AUCTION (3.1); TELECONFERENCE WITH
                                         D.UNRUE RE: CONTRARIAN OBJECTION (0.5);
                                         DRAFT CHART OF OBJECTIONS RE; CATALYST
                                         (0.9); REVISE AUCTION SCRIPT (1.3).

KALOUDIS D        08/07/07       11.10   PREPARE FOR AUCTION (2.3); REVIEW
                                         BINDERS OF BIDS (0.6); MEET WITH CLIENT
                                         RE: AUCTION PREP (2.5); REVISE EXHIBIT
                                         LIST (0.7); REVIEW REVISED CSI APA
                                         (0.6); FOLLOW UP ON EXHIBIT LIST (0.2);
                                         REVISE PRESENTATION (0.2); FURTHER
                                         UPDATE CHART OF OBJECTIONS (0.2); EMAIL
                                         TO CLIENT RE: CONTRARIAN OBJECTION
                                         (0.2); ANALYZE OUTSTANDING NOTICE
                                         ISSUES (0.7); REVIEW AFFIDAVITS OF
                                         SERVICE RE: NOTICES OF
                                         ASSUMPTION/ASSIGNMENT (0.3);
                                         TELECONFERENCE WITH KCC RE: SAME (0.2);
                                         REVIEW BID SCORECARD (0.1); REVISE
                                         HILCO LETTER (0.3); TELECONFERENCE WITH
                                         K.DANG RE: AUCTION (0.1); EMAIL TO K.
                                         DANG RE: AUCTION MATERIALS (0.3);
                                         REVIEW REVISED UMICORE BID (0.2);
                                         REVISE STALKING HORSE BID (1.1); REVIEW
                                         NEW UMICORE SCHEDULES (0.3).

KALOUDIS D        08/08/07       12.30   PREPARE FOR CATALYST SALE AUCTION
                                         (2.2); REVISE AUCTION SCRIPT (1.1);
                                         INCORPORATE COMMENTS TO SCRIPT (0.7);
                                         REVISE PLEADINGS ATTEND CATALYST SALE
                                         AUCTION AND ATTEND TO RELATED ISSUES
                                         (8.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D       08/09/07      7.40   REVIEW OBJECTION FILED BY DENSO (0.2);
                                      ANALYZE ISSUES RE: SAME (0.3); SEND
                                      EMAIL TO CLAIMS TEAM RE: DENSO
                                      OBJECTIONS (0.3); UPDATE CHART OF
                                      OBJECTIONS (0.9); REVIEW DECLARATION IN
                                      SUPPORT OF SALE MOTION (1.1); REVIEW
                                      LIST OF EXHIBITS FOR CATALYST SALE
                                      HEARING (1.2); REVIEW WITHDRAWAL OF
                                      DIAM OBJECTION (0.2); REVIEW TOSOH
                                      OBJECTION (0.2); REVIEW EMAIL
                                      CORRESPONDENCE TO CLIENT RE: TOSOH
                                      (0.1): FOLLOW UP ON AFFIDAVITS OF
                                      SERVICE RE: NOTICES OF
                                      ASSUMPTION/ASSIGNMENT (0.3);
                                      TELECONFERENCE WITH COUNSEL FOR
                                      CONTRARIAN (0.1); REVIEW EMAIL
                                      CORRESPONDENCE RE: SAME (0.2); ANALYZE
                                      CURE ISSUES RE: CONTRARIAN (0.3); EMAIL
                                      CLIENT RE: CONTRARIAN (0.3); FOLLOW UP
                                      ON AUCTION PREP (0.5); DRAFT AUCTION
                                      SCRIPT (0.6); REVIEW UPDATED INDEX OF
                                      OBJECTIONS AND AOS (0.3); FOLLOW UP RE:
                                      EXHIBITS AND SCHEDULES (0.3).

KALOUDIS D       08/10/07      7.00   UPDATE AND REVISE SCRIPT FOR CATALYST
                                      SALE HEARING (1.9); REVIEW AND ANALYZE
                                      ISSUES RE: TOSOH OBJECTION (1.2);
                                      ANALYZE ISSUES RE: CONTRARIAN
                                      STIPULATION (0.5); REVIEW SAME WITH
                                      CLAIMS TEAM (0.7); BEGIN DRAFTING
                                      RESPONSE TO OBJECTIONS FILED TO
                                      CATALYST SALE MOTION (2.0); FOLLOW UP ON
                                      AUCTION PREP (0.7).

KALOUDIS D       08/12/07      2.20   REVIEW CORRESPONDENCE FROM QEK'S
                                      COUNSEL (0.1); FOLLOW UP RE: SAME (0.1);
                                      REVISE HEARING DECLARATION (0.6); DRAFT
                                      RESPONSE TO OMNIBUS REJECTIONS (1.4).

KALOUDIS D       08/13/07      9.30   REVIEW OBJECTIONS FILED TO CATALYST
                                      SALE MOTION (1.4); UPDATE CHART (0.8);
                                      CORRESPONDENCE WITH COUNSEL RE: QEK
                                      (0.9); TELECONFERENCE WITH COMPANY RE:
                                      SAME (0.4); CONTINUE DRAFTING RESPONSE
                                      TO OBJECTIONS (2.5); FOLLOW UP ON
                                      OUTSTANDING SERVICE OF CATALYST NOTICES
                                      (1.3); WORK ON RESOLVING OBJECTIONS TO
                                      SALE (2.0).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D         08/14/07      12.10   TELECONFERENCE WITH D. UNRUE   RE: QEK
                                         (0.3); REVISE RESPONSE (0.8); CONTINUE
                                         TO RESOLVE QEK OBJECTION (1.6); UPDATE
                                         CHART OF OBJECTIONS (1.2);   REVISE
                                         HEARING SALE SCRIPT: NEGOTIATE AND
                                         RESOLVE CONTRARIAN RESPONSE (1.0);
                                         ATTENTION TO A-1 OBJECTION (0.7);
                                         REVIEW OBJECTION FILED BY TOSOH (0.6);
                                         REVIEW CORRESPONDENCE FROM COMPANY RE:
                                         TOSOH (0.3); REVIEW COMMENTS TO REPLY
                                         (0.2); REVISE RESPONSE TO OBJECTIONS
                                         (3.3); REVIEW EMAIL CORRESPONDENCE RE:
                                         CORNING OBJECTION (0.2);
                                         TELECONFERENCE WITH R. AMOLE RE: IMPALA
                                         (0.2); REVIEW DRAFT SECTION RE: IMPALA
                                         (0.2); DRAFT STIPULATION RE: CONTRARIAN
                                         (0.8); EMAIL CLAIMS TEAM RE: CONTRARIAN
                                         (0.2); REVIEW EMAIL CORRESPONDENCE RE:
                                         CHRYSLER OBJECTION (0.2); DRAFT EMAIL
                                         RESPONSE TO COUNSEL FOR IMPALA RE:
                                         OBJECTION (0.3).

KALOUDIS D         08/15/07      10.70   REVIEW ALL CATALYST SCHEDULES FOR SALE
                                         HEARING (1.4); REVIEW AND REVISE
                                         NECESSARY HEARING MATERIALS (MOTIONS,
                                         ORDERS, AUCTION TRANSCRIPT) (2.6);
                                         DRAFT SUMMARY OF OBJECTIONS TO CATALYST
                                         SALE AND PROVIDE PROPOSED RESOLUTION
                                         (3.8); CONTINUE TO PREPARE FOR HEARING
                                         (2.9).

KALOUDIS D         08/16/07      10.30   PREPARE FOR CATALYST SALE HEARING
                                         (6.1); ATTEND SALE HEARING RE: CATALYST
                                         (2.8); ATTEND TO POST-HEARING ISSUES
                                         (1.4).

KALOUDIS D         08/17/07       2.70   REVIEW CATALYST ASSET SALE DOCUMENTS
                                         (2.3); REVIEW SALE APPROVAL ORDER
                                         (0.4).

                                116.90

KETCHENS JP        08/01/07       4.10   REVISE CSI-UMICORE COMPARISON CHART
                                         (4.1).

KETCHENS JP        08/02/07       3.60   WORK GROUP CALL WITH M. FUKUDA AND
                                         DELPHI BUSINESS PEOPLE ON CSI BID
                                         RESPONSE (1.3); FOLLOW-UP WORK GROUP
                                         MEETING (0.2); REVIEW AND REVISE CSI
                                         MSPA (2.1).

KETCHENS JP        08/03/07       0.40   REVIEW LUXEMBOURG LEASE FOR CSI (0.4).

KETCHENS JP        08/06/07       1.80   REVIEW UMICORE AND CSI DOCUMENTS IN
                                         PREPARATION FOR AUCTION (1.8).

KETCHENS JP        08/07/07       2.30   DISCUSS CSI FINAL BID WITH M. FAKUDA AND
                                         DELPHI BUSINESS PEOPLE (0.4).   REVIEW
                                         CSI FINAL BID MATERIALS (1.9).

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| KETCHENS JP | 08/08/07 | 12.70 | PREPARE FOR PRE-AUCTION MEETING (0.3); DISCUSS AUCTION STRATEGY WITH M. FAKUDA AND DELPHI BUSINESS PEOPLE (1.4); PREPARE DRAFT UMICORE AND CSI DOCUMENTS FOR AUCTION (8.2); ATTEND AUCTION (1.2); FINALIZE AUCTION DOCUMENTATION (1.6). |
| KETCHENS JP | 08/09/07 | 0.30 | REVIEW AND DISTRIBUTE AUCTION TRANSCRIPT (0.3). |
| KETCHENS JP | 08/10/07 | 4.70 | DRAFT, REVISE AND DISTRIBUTE DRAFTS OF SECTION 4.6.9 AND SCHEDULE 4.6.9 TO UMICORE AGREEMENT (4.7). |
| KETCHENS JP | 08/22/07 | 3.60 | REVIEW A-1 CONTRACT AND DELPHI LETTER OF CREDIT GUIDELINES FOR RECLAIM DEPOSIT REPLACEMENT ISSUE (2.2); REVIEW RENCO MSPA (1.1) AND DISCUSS ISSUES WITH M. FUKUDA (0.3). |
| KETCHENS JP | 08/23/07 | 1.80 | ATTEND WEEKLY INTERIORS CLOSING CALL WITH M. FUKUDA & BUSINESS PEOPLE (1.8). |
| | | 35.30 | |
| KOHUT RD | 08/08/07 | 1.60 | REVIEW OF CATALYST TRANSACTION AGREEMENT (0.7); LEGAL RESEARCH ON COLLECTIVE BARGAINING ISSUE (0.9). |
| | | 1.60 | |
| PILKINGTON C | 08/01/07 | 8.30 | REVIEW REED SMITH CONFIRMATION LETTER RE. CSI BID FOR CATALYTIC DIVISION AND ANALYSIS OF ISSUES THERETO (1.1); RESEARCH RE: REPS/WARRANTIES TO BE INCLUDED IN CSI SPA AND DRAFTING THE SAME (1.2); REVIEW/COMMENTS ON REVISED CIRCULAR, AND ADVICE TO CLIENT THERETO (2.8); AMEND INDEMNITY LETTER (1.3); REVIEW ALL CORRESPONDENCE RE. CSI BID AND AIM ISSUES (1.9). |
| PILKINGTON C | 08/02/07 | 1.80 | ANALYSIS ISSUES RE. CSI INDEMNITY TO DELPHI RE: DISCLOSURE OF INFORMATION IN CIRCULAR (0.8); REVIEW AIM RULES RE: DISCLOSURE OF INFORMATION AND DIRECTOR LIABILITY (1.0). |
| PILKINGTON C | 08/03/07 | 1.30 | ATTEND TO ISSUES/COMMUNICATIONS RE. CSI'S BID FOR DELPHI CATALYST DIVISION (1.3). |
| PILKINGTON C | 08/07/07 | 1.30 | REVIEW UPDATE RE: UK PENSIONS ISSUES AND RESEARCH THERETO (1.3). |
| PILKINGTON C | 08/10/07 | 0.50 | REVIEW UPDATE TO CATALYST DIVESTITURE (0.5). |
| | | 13.20 | |
| SAMOLE RM | 08/06/07 | 1.90 | BEGIN GATHERING CATALYST SALE DOCUMENTS (1.9). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| SAMOLE RM | 08/07/07 | 5.10 | GATHER CATALYST SALE DOCUMENTS (0.3); DISTRIBUTE DOCUMENTS (0.5); REVIEW DOCUMENTS (4.3). |
|---|---|---|---|
| SAMOLE RM | 08/14/07 | 6.40 | RESEARCH RE: CHRYSLER OBJECTION TO CATALYST SALE (3.3); RESEARCH RE: IMPALA OBJECTION (2.1); DRAFT RESPONSE TO IMPALA (1.0). |
| SAMOLE RM | 08/15/07 | 3.10 | RESEARCH CASES FOR CATALYST REPLY (3.1). |
| | | 16.50 | |
| **Total Associate** | | **390.20** | |
| DEMMA J | 08/01/07 | 1.30 | PREPARE/DISTRIBUTE DOCUMENTS RE: CATALYST OBJECTION (0.7); PREPARE/FILE CATALYST NOTICE OF ASSUMPTION (0.6). |
| DEMMA J | 08/15/07 | 1.30 | PREPARE SPECIAL SERVICE PARTY LIST RE: CATALYST REPLY (0.7); PREPARE/FILE CATALYST REPLY (0.6). |
| | | 2.60 | |
| SHRAGO R | 08/08/07 | 12.30 | COMPILE CATALYST SALE EXHIBITS AND BINDERS (2.8); PREPARE DOCUMENTS FOR REVIEW (1.7); SET UP AUCTION ROOM (1.0); MANAGE AND ASSIST AT AUCTION OF DELPHI CATALYST BUSINESS (6.8). |
| SHRAGO R | 08/29/07 | 1.40 | ARRANGE FOR CERTIFIED COPIES AT COURT (1.3); FOLLOW UP WITH CORRESPONDENCE (0.1). |
| | | 13.70 | |
| ~~ZSOLDOS AF~~ | ~~08/15/07~~ | ~~0.80~~ | ~~ASSIST WITH HEARING PREPARATION AND BINDER CREATION RE: CATALYST SALE (0.8).~~ |
| ~~ZSOLDOS AF~~ | ~~08/29/07~~ | ~~0.30~~ | ~~ASSIST WITH DISTRIBUTION OF CERTIFIED COPIES OF CATALYST AND BRAKE HOSE ORDERS (0.3).~~ |
| | | ~~1.10~~ | |
| ZYLICH AK | 08/08/07 | 13.50 | ASSEMBLE BINDERS OF EXHIBITS USED DURING THE DELPHI AUCTION (1.5); ASSIST WITH THE DELPHI AUCTION (12.0). |
| | | 13.50 | |
| **Total Legal Assistant** | | **30.90** | |
| **TOTAL TIME** | | **556.20** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 09/30/07**
**Asset Dispositions (General)**                       **Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/05/07 | Meisler RE | 206.28 |
| Air/Rail Travel - vendor feed | 08/05/07 | Meisler RE | -161.28 |
| Air/Rail Travel - vendor feed | 08/05/07 | Fern BM | 289.24 |
| Air/Rail Travel - vendor feed | 08/06/07 | Meisler RE | 122.11 |
| Air/Rail Travel - vendor feed | 08/06/07 | Meisler RE | -122.11 |
| Air/Rail Travel - vendor feed | 08/06/07 | Lazaroff KA | 1,142.15 |
| Air/Rail Travel - vendor feed | 08/06/07 | Fern BM | 124.39 |
| Air/Rail Travel - vendor feed | 08/07/07 | Fern BM | 1,048.30 |
| Air/Rail Travel - vendor feed | 08/07/07 | Lyons JK | 1,048.30 |
| Air/Rail Travel - vendor feed | 08/07/07 | Ketchens JP | 1,048.30 |
| Air/Rail Travel - vendor feed | 08/09/07 | Ketchens JP | 145.83 |
| Air/Rail Travel - vendor feed | 08/09/07 | Lyons JK | 886.08 |
| Air/Rail Travel - vendor feed | 08/09/07 | Fern BM | 145.84 |
| Air/Rail Travel - vendor feed | 08/09/07 | Lyons JK | 706.37 |
| Air/Rail Travel - vendor feed | 08/09/07 | Lazaroff KA | 180.61 |
| Air/Rail Travel - vendor feed | 08/14/07 | Meisler RE | 1,048.30 |
| Air/Rail Travel - vendor feed | 08/15/07 | Rodriguez B | 1,048.30 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/15/07 | Fern BM | 1,048.30 |
| Air/Rail Travel - vendor feed | 08/15/07 | Fern BM | -1,003.30 |
| Air/Rail Travel - vendor feed | 08/16/07 | Meisler RE | 562.04 |
| Air/Rail Travel - vendor feed | 08/16/07 | Meisler RE | -517.05 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$8,997.00** |
| In-house Reproduction | 08/03/07 | Copy Center, D | 348.62 |
| In-house Reproduction | 08/07/07 | Copy Center, D | 243.21 |
| In-house Reproduction | 08/09/07 | Silva FM | 706.04 |
| In-house Reproduction | 08/09/07 | Silva FM | 1.00 |
| In-house Reproduction | 08/09/07 | Silva FM | 1.00 |
| In-house Reproduction | 08/09/07 | Morel BA | 53.90 |
| In-house Reproduction | 08/09/07 | Morel BA | 53.90 |
| In-house Reproduction | 08/10/07 | Copy Center, D | 3,233.46 |
| In-house Reproduction | 08/10/07 | Copy Center, D | 205.71 |
| In-house Reproduction | 08/17/07 | Copy Center, D | 1,116.66 |
| In-house Reproduction | 08/17/07 | Copy Center, D | 0.80 |
| In-house Reproduction | 08/31/07 | Copy Center, D | 0.20 |
| In-house Reproduction | 08/31/07 | Copy Center, D | 71.50 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$6,036.00** |
| Non-standard/Outside Reproduction | 08/29/07 | Shrago R | 64.00 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$64.00** |
| Lexis/Nexis | 08/01/07 | Fern BM | 14.82 |
| Lexis/Nexis | 08/14/07 | Fern BM | 37.34 |
| Lexis/Nexis | 08/14/07 | Bolton IS | 114.50 |
| Lexis/Nexis | 08/20/07 | Fern BM | 37.34 |
| | | **TOTAL LEXIS/NEXIS** | **$204.00** |

| | | | |
|---|---|---|---|
| Westlaw | 08/06/07 | Lazaroff KA | 216.35 |
| Westlaw | 08/14/07 | Samole RM | 1,958.96 |
| Westlaw | 08/15/07 | Samole RM | 689.69 |
| | | **TOTAL WESTLAW** | **$2,865.00** |
| Reproduction - color | 08/03/07 | Copy Center, D | 345.29 |
| Reproduction - color | 08/06/07 | Copy Center, D | 126.11 |
| Reproduction - color | 08/06/07 | Copy Center, D | 1.50 |
| Reproduction - color | 08/06/07 | Copy Center, D | -126.11 |
| Reproduction - color | 08/06/07 | Copy Center, D | 31.53 |
| Reproduction - color | 08/08/07 | Copy Center, D | 25.02 |
| Reproduction - color | 08/31/07 | Copy Center, D | 183.66 |
| | | **TOTAL REPRODUCTION - COLOR** | **$587.00** |
| Vendor Hosted Telecon-ferencing | 08/02/07 | Teleconferencing Services, LLC | 11.16 |
| Vendor Hosted Telecon-ferencing | 08/15/07 | Teleconferencing Services, LLC | 30.74 |
| Vendor Hosted Telecon-ferencing | 08/15/07 | Teleconferencing Services, LLC | 3.98 |
| Vendor Hosted Telecon-ferencing | 08/20/07 | Teleconferencing Services, LLC | 5.12 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$51.00** |
| Out-of-Town Travel | 08/05/07 | Fern BM | 35.00 |
| Out-of-Town Travel | 08/06/07 | Lazaroff KA | 30.60 |
| Out-of-Town Travel | 08/06/07 | Lazaroff KA | 1,316.54 |
| Out-of-Town Travel | 08/06/07 | Fern BM | 5.14 |
| Out-of-Town Travel | 08/06/07 | Fern BM | 88.48 |
| Out-of-Town Travel | 08/06/07 | Fern BM | 35.00 |
| Out-of-Town Travel | 08/06/07 | Fern BM | 202.27 |
| Out-of-Town Travel | 08/07/07 | Fern BM | 32.00 |
| Out-of-Town Travel | 08/09/07 | Fern BM | 35.00 |
| Out-of-Town Travel | 08/09/07 | Lazaroff KA | 35.01 |
| Out-of-Town Travel | 08/09/07 | Lazaroff KA | 40.00 |
| Out-of-Town Travel | 08/09/07 | Fern BM | 889.08 |
| Out-of-Town Travel | 08/09/07 | Ketchens JP | 798.37 |
| Out-of-Town Travel | 08/15/07 | Lazaroff KA | 60.00 |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---:|
| Out-of-Town Travel | 08/15/07 | Lazaroff KA | 30.00 |
| Out-of-Town Travel | 08/15/07 | Lazaroff KA | 376.51 |
| Out-of-Town Travel | 08/17/07 | Lazaroff KA | 38.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$4,047.00** |
| Messengers/ Courier | 08/06/07 | Dist Serv/Mail/Page, D | 12.55 |
| Messengers/ Courier | 08/07/07 | OSMIO | 60.31 |
| Messengers/ Courier | 08/09/07 | Dist Serv/Mail/Page, D | 24.46 |
| Messengers/ Courier | 08/09/07 | Dist Serv/Mail/Page, D | 41.16 |
| Messengers/ Courier | 08/13/07 | Dist Serv/Mail/Page, D | 18.32 |
| Messengers/ Courier | 08/16/07 | Dist Serv/Mail/Page, D | 48.15 |
| Messengers/ Courier | 08/16/07 | Dist Serv/Mail/Page, D | 30.12 |
| Messengers/ Courier | 08/16/07 | Dist Serv/Mail/Page, D | 43.32 |
| Messengers/ Courier | 08/29/07 | Dist Serv/Mail/Page, D | 11.41 |
| Messengers/ Courier | 08/30/07 | Dist Serv/Mail/Page, D | 16.70 |
| Messengers/ Courier | 08/30/07 | Dist Serv/Mail/Page, D | 60.50 |
| | | **TOTAL MESSENGERS/ COURIER** | **$367.00** |
| Out-of-Town Meals | 08/05/07 | Fern BM | 3.30 |
| Out-of-Town Meals | 08/06/07 | Lazaroff KA | 29.02 |
| Out-of-Town Meals | 08/06/07 | Fern BM | 7.52 |
| Out-of-Town Meals | 08/07/07 | Ketchens JP | 25.00 |
| Out-of-Town Meals | 08/07/07 | Lazaroff KA | 6.50 |
| Out-of-Town Meals | 08/08/07 | Ketchens JP | 20.93 |
| Out-of-Town Meals | 08/08/07 | Meisler RE | 28.08 |
| Out-of-Town Meals | 08/09/07 | Ketchens JP | 15.00 |
| Out-of-Town Meals | 08/09/07 | Fern BM | 2.16 |
| Out-of-Town Meals | 08/14/07 | Meisler RE | 45.01 |
| Out-of-Town Meals | 08/15/07 | Meisler RE | 13.21 |
| Out-of-Town Meals | 08/15/07 | Meisler RE | 35.48 |
| Out-of-Town Meals | 08/16/07 | Lazaroff KA | 3.79 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$235.00** |
| Court Reporting | 08/23/07 | TSG Reporting, Inc | 2,696.00 |
| | | **TOTAL COURT REPORTING** | **$2,696.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---:|
| Print Images to Paper (from Electronic Media) | 08/06/07 | Copy Center, D | 297.53 |
| Print Images to Paper (from Electronic Media) | 08/20/07 | Copy Center, D | 16.01 |
| Print Images to Paper (from Electronic Media) | 08/30/07 | Rivera CW | 2.96 |
| Print Images to Paper (from Electronic Media) | 08/30/07 | Rivera CW | 6.32 |
| Print Images to Paper (from Electronic Media) | 08/30/07 | Rivera CW | 2.72 |
| Print Images to Paper (from Electronic Media) | 08/30/07 | Rivera CW | 10.73 |
| Print Images to Paper (from Electronic Media) | 08/30/07 | Rivera CW | 2.96 |
| Print Images to Paper (from Electronic Media) | 08/30/07 | Rivera CW | 6.32 |
| Print Images to Paper (from Electronic Media) | 08/30/07 | Rivera CW | 2.72 |
| Print Images to Paper (from Electronic Media) | 08/30/07 | Rivera CW | 10.73 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$359.00** |
| Internal Catering-NY | 08/08/07 | Lyons JK | 280.00 |
| Internal Catering-NY | 08/08/07 | Lyons JK | 280.00 |
| Internal Catering-NY | 08/08/07 | Lyons JK | 240.00 |
| Internal Catering-NY | 08/08/07 | Lyons JK | 500.00 |
| Internal Catering-NY | 08/08/07 | Lyons JK | 1,600.00 |
| Internal Catering-NY | 08/15/07 | Kaloudis D | 80.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$2,980.00** |
| | | **TOTAL MATTER** | **$29,488.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 10/31/07**
**Asset Dispositions (General)**                               **Bill Number: 1182831**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 09/17/07 | 0.20 | REVIEW AND CONSIDER OPEN ISSUES IN SAGINAW CHASSIS ASSET SALE DEAL (0.2). |
| BUTLER, JR. J | 09/23/07 | 0.20 | FOLLOW-UP ON ASSIGNMENT OF CONTRACTS TO UMICORE AND IAM/IBEW ISSUES INCLUDING EMAIL FROM B. SAX (0.2). |
| BUTLER, JR. J | 09/26/07 | 0.60 | CONTINUE TO PREPARE FOR SEPTEMBER 27TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SAGINAW CHASSIS ASSET SALE MOTION INCLUDING REVIEW AND ADVISE ON UAW OBJECTION (0.2) AND CONFERENCE WITH J. SHEEHAN, S. CORCORAN AND K. CRAFT IN NEW YORK CITY RE: OPEN GM AND PROSPECTIVE PURCHASER ISSUES AND NEXT STEPS (0.4). |
| BUTLER, JR. J | 09/27/07 | 0.40 | CONFERENCES WITH S. CORCORAN AND WORKING GROUP RE: GM/PURCHASER OPEN SUPPLY AGREEMENT ISSUES (0.2); PREPARE FOR (0.1) AND ATTEND (0.1) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SAGINAW CHASSIS ASSET SALE MOTION. |
| | | **1.40** | |
| FURFARO JP | 09/25/07 | 1.60 | REVIEW OF UAW LIMITED OBJECTION TO SALE/RESPONSE (1.6). |
| | | **1.60** | |
| ~~HOGAN III AL~~ | ~~09/24/07~~ | ~~0.40~~ | ~~REVIEW ISSUES WITH SAGINAW SALE MOTION, AND DISCUSS EVIDENTIARY ISSUES WITH RESPECT TO SAME (0.4).~~ |
| ~~HOGAN III AL~~ | ~~09/25/07~~ | ~~0.60~~ | ~~REVIEW OTHER CONTESTED CLAIMS MATTER, AND FOCUS ON OBJECTION TO SAGNIAW SALE MOTION AND POTENTIAL RESPONSES TO SAME (0.6).~~ |
| | | ~~1.00~~ | |
| MARAFIOTI KA | 09/05/07 | 0.20 | BEGIN REVIEW OF TRW MOTION (0.2). |
| MARAFIOTI KA | 09/13/07 | 3.30 | REVIEW AND REVISE SAGINAW CHASSIS BIDDING PROCEDURES MOTION (3.3). |
| MARAFIOTI KA | 09/14/07 | 1.90 | WORK ON FINALIZING SAGINAW CHASSIS PROCEDURES AND ASSETS SALE MOTION (1.4) AND ORDER (0.3); RELATED CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 09/17/07 | 4.20 | REVIEW SAGINAW CHASSIS BIDDING PROCEDURES ORDER (0.6); BIDDING PROCEDURES (0.8), NOTICE OF SALE (0.3), SALE ORDER (1.0), AND MOTION (1.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | **10.00** |  |  |
| MEISLER RE | 09/04/07 | 0.40 | REVIEW STATUS OF DIVESTITURES RE: CLOSURES (0.2); REVIEW STATUS OF OTHER ACTIVE DIVESTITURES (0.2). |  |
| MEISLER RE | 09/05/07 | 0.30 | REVIEW AND CONSIDER FILING TRW SALE MOTION ON EXPEDITED NOTICE (0.3). |  |
| MEISLER RE | 09/12/07 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: CLOSURES DIVESTITURES (0.2). |  |
| MEISLER RE | 09/17/07 | 1.20 | REVIEW AND COMMENT ON TRW SALE MOTION AND CONTINGENCIES (0.2); CONTINUED REVIEW OF TRW SALE MOTION (1.0). |  |
| MEISLER RE | 09/19/07 | 0.40 | REVIEW CORRESPONDENCE RE: SOUTH AFRICA AND DELPHI CATALYST (0.1); REVIEW SALE ORDER AND RESPOND (0.3). |  |
| MEISLER RE | 09/20/07 | 0.60 | REVIEW TRW BRAKE SALE SCRIPT (0.6). |  |
| MEISLER RE | 09/21/07 | 0.30 | REVIEW UAW COMMENTS RE: TRW SALE (0.3). |  |
| MEISLER RE | 09/24/07 | 1.40 | REVIEW AND CONSIDER COMMENTS FROM UAW RE: TRW SALE ORDER (0.8); EVALUATE UAW ISSUES TO TRW BID PROCEDURES (0.5); REVIEW CONTRACT TO BE ASSUMED BY UMICORE RE: CATALYST SALE (0.1). |  |
| MEISLER RE | 09/25/07 | 1.20 | FURTHER REVIEW AND CONSIDER ISSUES RE: UAW OBJECTION (0.3); REVIEW CORRESPONDENCE RE: STATUS OF GM/TRW SUPPLY AGREEMENT (0.1); REVIEW AND CONSIDER UAW OBJECTION TO BID PROCEDURES (0.3); REVIEW CORRESPONDENCE RE: SAME (0.3); REVIEW J. TEDDERS OBJECTION TO TRW SALE MOTION (0.1); DRAFT CORRESPONDENCE RE: SAME (0.1). |  |
| MEISLER RE | 09/26/07 | 5.30 | EVALUATE UAW OBJECTION TO TRW SALE MOTION (1.2); REVIEW AND REVISE RESPONSE TO UAW OBJECTION RE: SAME (1.0); CONFERENCE WITH WORKING GROUP RE: SAME (0.3); FINALIZE RESPONSE RE: SAME (1.2); REVIEW AND REVISE ORDER (0.3), AND BID PROCEDURES (0.2) RE: SAME; CONTINUE TO REVIEW AND STRATEGIZE RE: TRW SALE MOTION (0.3); REVIEW CORRESPONDENCE RE: SAME (0.3); FINALIZE HEARING PREP RE: TRW SALE MOTION (0.5). |  |
|  |  | **11.30** |  |  |
| PANAGAKIS GN | 09/28/07 | 0.40 | CONSIDER BIDDER INQUIRY RE: STEERING (0.4). |  |
| PANAGAKIS GN | 09/29/07 | 0.90 | TELECONFERENCES RE: STEERING BIDDER INQUIRY (0.9). |  |
|  |  | **1.30** |  |  |
| **Total Partner** |  | **26.60** |  |  |
| FERN BM | 09/03/07 | 0.40 | REVIEW DOCUMENTS FOR SAMPLE CONFIDENTIALITY AGREEMENT (0.4). |  |

9

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 09/04/07 | 4.70 | EMAIL TO M. FUKUDA RE: BRAKE HOSE AND USW NO-SALE PROVISION (0.3); EMAILS TO/FROM D. RAMACHANDRA RE: COMMENTS TO TRW MOTION (0.5); REVISE TRW MOTION (1.4); OBTAIN VARIOUS AFFIDAVITS OF SERVICE RE: CATALYST (0.4); EMAILS TO/FROM K. BAMBACH RE: SAME (0.3); FORMULATE STRATEGY RE: CLOSURES TIMING (0.4); EMAIL TO/FROM D. FLIMAN RE: SASOL AND CATALYST (0.2); CONSIDER ISSUES RE: SAME (0.4); EMAILS TO/FROM M. FUKUDA RE: CLOSURES TIMING (0.2); ADDITIONAL REVISIONS TO TRW PLEADINGS (0.6). |

| FERN BM | 09/05/07 | 2.50 | REVIEW AND COMMENT ON SIGNIFICANT BUSINESS TRANSACTION PRESENTATION (0.7); REVIEW ISSUES RE: CONTRARIAN STIPULATION (0.3); EMAIL TO M. FUKUDA AND D. UNRUE RE: CONTRARIAN STIPULATION (0.2); EMAILS TO D. FLIMAN RE: CONTRARIAN AND SASOL (0.2); REVIEW AND COMMENTED ON CLOSURES PRESENTATION (0.6); FORMULATE STRATEGY RE: TIMING OF DIVESTITURES (0.5). |

| FERN BM | 09/06/07 | 2.80 | CONSIDER ISSUES RE: TIMING OF TRW AND CLOSURES SALES (0.4); EMAILS TO S. DERAEDT AND A. VANDENBERG RE: SAME (0.3); EMAILS TO/FROM M. FUKUDA RE: MERCER REPORT (0.5); TELECONFERENCE WITH S. DERAEDT AND M. DENSMORE RE: OPEN TRW ISSUES (1.2); CONTINUE TO FORMULATE STRATEGY RE: TIMING OF TRW AND CLOSURES (0.4). |

| FERN BM | 09/07/07 | 0.90 | REVISE CLOSURES MOTION (0.9). |

| FERN BM | 09/10/07 | 3.50 | REVIEW AND REVISE PLEADINGS FOR TRW SALE (0.9); REVIEW AND REVISE CLOSURES PLEADINGS (1.2); TELECONFERENCE WITH M. FUKUDA RE: CLOSURES (0.2); EMAIL TO J. RUHM AND D. UNRUE RE: CATALYST CURES (0.3); FORMULATE STRATEGY RE: STAFFING CLOSURES AND TRW DIVESTITURES (0.3); EMAILS FROM S. DERAEDT AND S. CORCORAN RE: STATUS OF TRW DEAL (0.3); FORMULATE STRATEGY RE: 9/27 HEARING (0.3). |

| FERN BM | 09/11/07 | 2.70 | EMAILS TO/FROM S. DERAEDT RE: TRW (0.2); CONSIDER ISSUES RE: FILING DIVESTITURES ON SHORTENED NOTICE (0.3); TELECONFERENCE WITH M. DENSMORE RE: TRW (0.2); COMMENT ON BANKRUPTCY PROVISIONS TO TRW APA (0.4); DRAFT NOTICE OF MOTION RE: TRW (0.4); DRAFT CLOSURES NOTICE OF MOTION (0.3); EMAIL TO S. DERAEDT AND M. DENSMORE RE: SERVICE OF TRW MOTION (0.2); EMAIL TO A. VANDENBERGH AND M. FUKUDA RE: TIMING OF CLOSURES (0.2); BEGIN TO REVIEW AND REVISE TRW MOTION (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FERN BM | 09/12/07 | 7.40 | EMAIL AND LETTER TO K. BAMBACH RE: CONTRARIAN STIPULATION (0.4); CONSIDER ISSUES RE: CLOSURES TIMING (0.3); EMAILS TO/FROM D. RAMACHANDRA RE: SERVICE OF TRW MOTION (0.4); REVIEW AND REVISE TRW MOTION (2.9); EMAILS TO/FROM A. VANDENBERGH AND F. BELLAR RE: TIMING OF CLOSURES DIVESTITURE (0.5); REVIEW PRECEDENT RE: GUARANTEE OF OBLIGATIONS (0.6); EMAIL TO/FROM M. DENSMORE RE: SAME (0.3); TELECONFERENCE WITH M. DENSMORE RE: GM/TRW SUPPLY AGREEMENT (0.3); CONSIDER ISSUES RE: SAME (0.4); REVIEW AND COMMENT ON VARIOUS TRW PLEADINGS (1.3). |
| FERN BM | 09/13/07 | 0.70 | REVIEW ISSUES RE: REVISIONS TO TRW MOTION (0.7). |
| FERN BM | 09/14/07 | 2.80 | REVIEW EMAILS TO S. CORCORAN RE: RIGHTS OFFERING AND TIMING OF DIVESTITURES (0.2); TELECONFERENCE WITH M. DENSMORE RE: OPEN ISSUES IN TRW APA (0.3); ATTENTION TO ISSUES RE: DRAFT TRW PLEADINGS (0.4); EMAILS TO/FROM D. BATY RE: TRW PLEADINGS (0.2); REVISE TRW PLEADINGS (1.3); REVIEW OPEN ISSUES IN TRW APA (0.4). |
| FERN BM | 09/15/07 | 0.40 | EMAILS TO/FROM M. FUKUDA RE: HOME AVENUE MEMORANDUM OF UNDERSTANDING AND CLOSING OF BRAKE HOSE SALE (0.4). |
| FERN BM | 09/16/07 | 2.00 | EMAILS TO/FROM M. DENSMORE RE: TRW APA (0.3); CONSIDER ISSUES RE: DOWNER ENGAGEMENT LETTER (0.5); REVIEW AND COMMENT ON OPEN ISSUES IN TRW PLEADINGS (1.2). |
| FERN BM | 09/17/07 | 10.50 | TELECONFERENCE WITH D. BATY, S. DERAEDT, AND M. DENSMORE RE: TRW APA (0.5); REVIEW AND COMMENT ON REVISED DOWNER ENGAGEMENT LETTER (0.7); TELECONFERENCE WITH M. FUKUDA RE: SAME (0.2); REVIEW AND REVISE TRW PLEADINGS (5.1); EMAILS TO/FROM D. BATY RE: SAME (0.3); ADDITIONAL EDITS TO TRW PLEADINGS (2.8); PREPARE TRW DOCUMENTS FOR FILING (0.4); FORMULATE STRATEGY RE: 9/27 HEARING (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 09/18/07 | 9.50 | SEARCH FOR DOCUMENTS RE: STEERING TRANSACTION (0.4); ORGANIZE AND PRIORITIZE TRW EMAILS AND TRANSACTION DOCUMENTS (0.5); TELECONFERENCE WITH T. DONO RE: BIDDERS' RETENTION OF CERTAIN PROPOSALS (0.3); REVIEW DOCUMENTS AND ATTENTION TO ISSUES RE: SAME (1.9); FORMULATE STRATEGY RE: TRW DILIGENCE (0.9); BEGIN TO DRAFT SCRIPT FOR TRW HEARING (2.0); EMAIL TO T. DONO RE: ORDINARY COURSE PROFESSIONALS (0.4); EMAILS TO/FROM D. RAMACHANDRA RE: TRW PURCHASE PRICE ALLOCATION (0.4); EMAILS TO/FROM J. CARNEY AND R. BERRY RE: SALTILLO LIENS (0.3); CONSIDER ISSUES RE: BIDDERS' RETENTION OF ORDINARY COURSE PROFESSIONALS (0.5); COMPLETE DRAFT SCRIPT FOR TRW HEARING (1.9). |
|---------|----------|------|---|
| FERN BM | 09/19/07 | 6.60 | RESEARCH RE: RETENTION OF ORDINARY COURSE PROFESSIONALS BY BIDDER OF ASSETS (1.8); ANALYZE ISSUES RE: SAME (2.1); TELECONFERENCE WITH K. CRAFT RE: DTI AND TRW APA (0.2); EMAIL TO T. DONO AND S. DANIELS RE: RETENTION OF ORDINARY COURSE PROFESSIONALS BY BIDDER (0.5); FORMULATE STRATEGY RE: 9/27 HEARING (0.6); REVIEW AND COMMENT ON CLOSURES TIMELINE (0.5); TELECONFERENCE WITH S. DANIELS AND M. FUKUDA RE: BRAKE HOSE CUSTOMER ISSUES (0.3); EMAIL TO A. VANDENBERGH RE: CLOSURES TIMELINE (0.6). |
| FERN BM | 09/20/07 | 3.90 | REVIEW AND ANALYZE DATA RE: NOTICE OF CATALYST MATTERS (1.1); EMAIL TO M. FUKUDA RE: SAME (0.2); EMAILS TO/FROM K. TREMAIN, D. UNRUE, AND M. FUKUDA RE: INTERCOMPANY DEBT BETWEEN ASEC AND DELPHI SOUTH AFRICA (0.3); CONSIDER ISSUES RE: BIDDERS RETENTION OF ORDINARY COURSE PROFESSIONALS (0.4); EMAILS TO/FROM M. FUKUDA RE: BRAKE HOSE ASSIGNED CONTRACTS (0.2); REVIEW AND ANALYZE BRAKE HOSE ORDER AND AGREEMENT RE: SAME (0.9); REVISE TRW SCRIPT (0.8). |
| FERN BM | 09/21/07 | 5.80 | REVIEW AND COMMENT ON WEBASTO NDA (0.6); EMAILS TO/FROM N. SAHAI RE: SAME (0.2); MULTIPLE EMAILS TO/FROM D. RAMACHANDRA RE: TRW PURCHASE PRICE ALLOCATION (0.4); EVALUATE ISSUES RE: SALTILLO CLOSING (0.3); TELECONFERENCE WITH B. CECCOTTI RE: TRW (0.2); ANALYZE ISSUES RE: TRW-UAW (0.5); REVIEW DATA IN PREPARATION FOR TRW HEARING (0.4); TELECONFERENCE WITH M. FUKUDA, G. EWERS, R. GAVER, AND R. PRETEKIN RE: BRAKE HOSE CUSTOMER ISSUES (0.6); MULTIPLE EMAILS TO/FROM B. CECCOTTI RE: UAW-TRW SALE (0.9); REVIEW MATERIALS IN PREPARATION FOR HEARING ON TRW MOTION (0.8); ANALYZE ISSUES RE: UAW'S POSITION IN TRW SALE (0.7); EMAIL TO B. SAX RE: SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FERN BM          09/22/07      0.90   REVIEW DOCUMENTS AND EXHIBITS IN
                                      PREPARATION FOR HEARING ON TRW MOTION
                                      (0.9).

FERN BM          09/24/07      8.00   TELECONFERENCE WITH R. GISE RE: UAW
                                      COMMENTS TO TRW ORDER (0.3); ANALYZE
                                      ISSUES RE: SAME (0.8); EMAIL TO S.
                                      CORCORAN, K. CRAFT, AND B. SAX RE: UAW
                                      COMMENTS (0.4); TELECONFERENCE WITH R.
                                      GISE RE: TRW (0.2); TELECONFERENCE WITH
                                      J. GUGLIELMO RE: CATALYST PURCHASE
                                      PRICE ALLOCATION (0.3); ADDITIONAL
                                      EMAILS AND TELECONFERENCE WITH R. GISE
                                      RE: UAW AND TRW MOTION (0.4);
                                      TELECONFERENCE WITH B. SAX RE: TRW
                                      (0.2); EMAILS TO/FROM S. DANIELS AND D.
                                      UNRUE RE: BRAKE HOSE CURES (0.3);
                                      ATTENTION TO ISSUES RAISED BY UAW RE:
                                      TRW SALE (1.1); ADDITIONAL EMAIL TO R.
                                      GISE RE: UAW AND TRW SALE (0.3);
                                      MULTIPLE EMAILS TO/FROM R. GISE RE: UAW
                                      ISSUES TO TRW SALE (0.7); FORMULATE
                                      STRATEGY RE: TRW BIDDING PROCEDURES
                                      (0.9); BEGIN TO DRAFT OBJECTION TO
                                      POTENTIAL UAW OBJECTIONS (2.1).

FERN BM          09/25/07     14.60   CONTINUE TO DRAFT REPLY TO PROBABLE UAW
                                      OBJECTION (0.8); EMAILS TO/FROM D.
                                      UNRUE AND G. PRUCEY RE: BRAKE HOSE
                                      CLOSING (0.3); TELECONFERENCE WITH K.
                                      CRAFT RE: TRW SUPPLY AGREEMENT (0.2);
                                      REVIEW AND COMMENT ON BEARINGS TERM
                                      SHEET (1.2); EMAILS TO/FROM J. WEBER RE:
                                      CATALYST CLOSING (0.2); REVIEW, ANALYZE
                                      AND DISTRIBUTED UAW OBJECTION TO TRW
                                      MOTION (0.7); TELECONFERENCE WITH B.
                                      SAX AND K. CRAFT RE: UAW OBJECTION
                                      (0.5); MEET AND CONFER WITH R. GISE RE:
                                      UAW OBJECTION (0.6); FORMULATE STRATEGY
                                      RE: UAW OBJECTION (1.2); EMAILS TO/FROM
                                      M. FUKUDA RE: CATALYST CLOSING ISSUES
                                      (0.4); TELECONFERENCE WITH D. UNURE, G.
                                      PRUCEY, S. DANIELS, AND M. FUKUDA RE:
                                      BRAKE HOSE CLOSING ISSUES (0.6);
                                      CONTINUE TO DRAFT REPLY TO UAW OBJECTION
                                      (4.6); MULTIPLE EMAILS TO/FROM R. GISE
                                      RE: RESOLUTION OF UAW OBJECTION (0.7);
                                      REVIEW AND REVISE SHEEHAN DECLARATION
                                      IN SUPPORT OF TRW MOTION (2.1); REVIEW
                                      AND REVISE EXHIBIT LIST FOR TRW HEARING
                                      (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 09/26/07 | 12.40 | REVIEW AND REVISE REPLY TO TRW OBJECTION (3.8); TELECONFERENCE WITH B. SAX RE: SAME (0.3); CONSIDER ISSUES RE: TRW CLOSING CONDITIONS (0.5); EMAILS TO/FROM R. GISE RE: UAW OBJECTION (0.4); REVIEW AND COMMENT ON TRW HEARING EXHIBIT LIST (0.2); FORMULATE STRATEGY RE: UAW OBJECTION (0.6); MULTIPLE TELECONFERENCES AND EMAILS TO/FROM R. GISE RE: RESOLUTION OF UAW ISSUES (0.9); TELECONFERENCE WITH K. CRAFT RE: OPEN TRW ISSUES (0.4); FINAL REVISIONS TO REPLY TO UAW OBJECTION (1.3); TELECONFERENCE WITH S. DANIELS AND G. PRUCEY RE: TREATMENT OF HARCO CLAIMS (0.4); REVISE SCRIPT FOR TRW HEARING (2.2); REVIEW DOCUMENTS IN PREPARATION FOR TRW HEARING (0.8); ATTENTION TO ISSUES RE: TRW CLOSING CONDITIONS (0.6). |
|---|---|---|---|
| FERN BM | 09/27/07 | 2.40 | EMAIL TO K. TREMAIN AND M. FUKUDA RE: CATALYST CLOSING ISSUES (0.2); TELECONFERENCE WITH S. DANIELS RE: HARCO CURES (0.2); REVIEW AND REVISE HRCO CURE RELEASE (0.9); EMAILS TO/FROM W. THOMAS RE: CORNING CURE CLAIM (0.2); REVIEW AND ORGANIZE TRW EMAILS AND DOCUMENTS (0.5); EMAILS TO/FROM D. UNRUE AND K. TREMAIN RE: CATALYST CLOSING ISSUES (0.4). |
| FERN BM | 09/28/07 | 2.40 | REVIEW AND ANALYZE FINAL TERMS OF DOWNER ENGAGEMENT LETTER (0.3); REVIEW AND COMMENT ON MARK-UP TO HILCO LETTER (0.4); EMAIL TO T. KRAUSE AND M. DENSMORE RE: MARK-UP TO HILCO LETTER (0.2); EMAILS TO/FROM T. OLOFFSON RE: MARK-UP TO RESILIENCE TERM SHEET (0.3); FORMULATE STRATEGY RE: HILCO LETTER (0.2); CONSIDER ISSUES RE: TRW SALE PROCESS (0.5); EMAILS TO/FROM G. PRUCEY RE: HARCO CLAIMS (0.3); EMAILS TO/FROM D. UNRUE RE: SAME (0.2). |
| FERN BM | 09/30/07 | 0.40 | REVIEW ISSUES RE: STATUS OF TRW MATTERS (0.4). |

108.20

| HALPER A | 09/14/07 | 2.50 | REVIEW DIVESTITURE EMAIL AND PREPARE POWERPOINT FOR DIVESTITURE TEAM (2.5). |
|---|---|---|---|

2.50

| KALOUDIS D | 09/12/07 | 1.90 | REVIEW EMAIL CORRESPONDENCE RE: TRW (0.9); REVIEW DRAFT TRW SALE MOTION (1.0). |
|---|---|---|---|

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KALOUDIS D | 09/13/07 | 5.00 | ANALYZE AND REVISE TRW SERVICE LIST (0.9); CONTINUE TO REVIEW TRW EMAILS FROM COMPANY (0.3); REVIEW BRAKE HOSE ORDER (0.4); EMAIL TO M.FUKUDA RE; SAME (0.1); REVISE TRW SALE MOTION (1.0); CIRCULATE DRAFT MOTION (0.1); REVIEW BLACKLINES AGAINST PREVIOUS SALE MOTIONS (0.3); REVIEW COMMENTS RECEIVED TO DRAFT SALE MOTION (0.3); INCORPORATE COMMENTS RECEIVED TO DRAFT SALE MOTION (1.6). |
|---|---|---|---|
| KALOUDIS D | 09/14/07 | 7.70 | REVIEW REVISED TRW APA (0.7); FURTHER REVISE SALE MOTION AND RELATED PLEADINGS TO REFLECT REVISED APA (2.5); INCORPORATE COMMENTS RECEIVED TO SALE MOTION (1.7); REVIEW AND REVISE SALE APPROVAL ORDER, SALE ORDER, PUBLICATION NOTICE, BIDDING PROCEDURES (2.8). |
| KALOUDIS D | 09/15/07 | 4.90 | REVISE SALE MOTION, SALE APPROVAL ORDER, SALE ORDER, AND BIDDING PROCEDURES (4.9). |
| KALOUDIS D | 09/16/07 | 7.80 | REVIEW REVISED TRW APA (1.6); REVISE SALE MOTION TO REFLECT UPDATED WORK FORCE PROVISIONS (2.5); REVIEW AND REVISE SALE APPROVAL ORDER, SALE ORDER, PUBLICATION NOTICE, BIDDING PROCEDURES (3.7). |
| KALOUDIS D | 09/17/07 | 6.60 | REVISE TRW SALE MOTION TO REFLECT COMMENTS RECEIVED (0.6); REVIEW SALE MOTION FOR FILING (1.0); REVISE SALE APPROVAL ORDER, SALE ORDER, PUBLICATION NOTICE, AND BIDDING PROCEDURES (3.8); REVIEW EMAIL CORRESPONDENCE FROM COMPANY RE: PROPOSED CHANGES TO APA (0.3); PREPARE PLEADINGS FOR FILING (0.3); REVISE SERVICE LIST (0.4); REVIEW FILED PLEADINGS (0.2). |
| KALOUDIS D | 09/18/07 | 1.40 | REVIEW FILED PLEADINGS AND RELATED DOCUMENTS (0.7); REVIEW CORRESPONDENCE AND PRECEDENT RE: CREDITORS' COMMITTEE DILIGENCE WITH RESPECT TO PREVIOUS DIVESTITURES (0.7). |
| KALOUDIS D | 09/19/07 | 2.90 | REVIEW LIST OF DILIGENCE QUESTIONS FROM CREDITORS' COMMITTEE RE: TRW (0.3); ANALYZE AND DRAFT RESPONSE TO BANKRUPTCY DILIGENCE QUESTION (0.9); REVIEW PRECEDENT FOR BIDDING PROCEDURES DECLARATION (0.5); REVIEW AND RESPOND TO EMAILS RE: TRW BIDDING PROCEDURES HEARING AND RELATED HEARING PREP (0.4); ANALYZE CATALYST CURE NOTICE ISSUE RE: KCC (0.8). |
| KALOUDIS D | 09/20/07 | 3.10 | BEGIN TO DRAFT DECLARATION IN SUPPORT OF BIDDING PROCEDURES MOTION RE: TRW (1.6); REVIEW EMAILS RE: DILIGENCE (0.1); REVIEW SCHEDULES RE: TRW (0.4); REVIEW DISCLOSURE STATEMENT (1.0). |

15                                                        B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KALOUDIS D | 09/21/07 | 3.80 | REVIEW LETTER CORRESPONDENCE RE: TRW (0.1); REVIEW CORRESPONDENCE RE: UAW OBJECTION DEADLINE (0.1); TELECONFERENCE WITH A. DONSE RE: TRW PUBLICATION (0.1); BEGIN TO REVIEW SCHEDULES TO ALL AGREEMENTS RE: TRW (2.2); CONTINUE TO DRAFT DECLARATION OF J. SHEEHAN IN SUPPORT OF SAGINAW SALE MOTION (1.3). |
| KALOUDIS D | 09/24/07 | 5.30 | REVISE J. SHEEHAN DECLARATION IN SUPPORT OF TRW BIDDING PROCEDURES (0.9); CORRESPONDENCE WITH CLIENT RE: PUBLICATION OF NOTICE OF SALE (0.8); ATTENTION TO CATALYST AUCTION NOTICE AND COURT REPORTER (0.3); REVIEW TRW SCHEDULES (1.9); TELECONFERENCE WITH B. FERN RE: UAW REQUEST (0.2); RESEARCH CASE LAW RE: DEBTORS DISCRETION IN CRAFTING BIDDING PROCEDURES (1.2). |
| KALOUDIS D | 09/25/07 | 3.80 | REVIEW LIMITED OBJECTION FILED BY UAW TO TRS SALE MOTION (0.2); REVIEW CORRESPONDENCE FROM COUNSEL TO UAW AND DELPHI RE: SAME (0.2); SEND EMAIL TO M.FUKUDA RE: CATALYST (0.1); ANALYZE EMAIL RE: SAME (0.3); REVIEW CORRESPONDENCE RE: HEARING PREP (0.3); REVISE J.SHEEHAN DECLARATION (1.3); DRAFT EXHIBIT LIST (1.1); REVIEW REVISED J. SHEEHAN DECLARATION (0.3). |
| KALOUDIS D | 09/26/07 | 12.20 | MEET WITH CLIENT RE: TRW REPLY AND SHEEHAN DECLARATION (0.3); REVISE DECLARATION INCORPORATING COMMENTS (1.0); REVIEW DRAFT REPLY TO OBJECTION BY UAW TO TRW BIDDING PROCEDURES (0.8); REVIEW COMMENTS TO REPLY (0.3); REVISE J. SHEEHAN DECLARATION IN SUPPORT OF BIDDING PROCEDURES AND REPLY (1.0); REVISE SCRIPT FOR HEARING (1.2); REVISE HEARING EXHIBIT LIST (0.9); PREPARE EXHIBITS FOR HEARING (2.0); REVIEW LABOR DOCUMENTS WITH LABOR TEAM (0.7); FURTHER ANALYZE RELEVANT LABOR DOCUMENTS (1.3); REVIEW REVISED BIDDING PROCEDURES AND BIDDING PROCEDURES ORDER (0.6); REVIEW CORRESPONDENCE FROM TRW'S COUNSEL RE: GM SUPPLY AGREEMENT (0.2); REVIEW CORRESPONDENCE FROM COUNSEL FOR UAW RE: OBJECTION (0.3); FURTHER REVISE HEARING SCRIPT RE: TRW (0.4); REVIEW REVISED DECLARATION (0.2); REVIEW EXHIBIT BINDERS (0.8); REVIEW EMAIL CORRESPONDENCE FROM CLIENT RE: CATALYST (0.2). |
| KALOUDIS D | 09/27/07 | 1.70 | FOLLOW UP ON HEARING PREP ISSUES (0.5); REVIEW LABOR PROVISIONS RE: TRW (0.8); RESEARCH NOTICE ISSUES RE: CATALYST (0.4). |

**68.10**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KOHUT RD | 09/04/07 | 0.40 | REVIEW OF BRAKE HOSE SALE LABOR ISSUE (0.4). |
| KOHUT RD | 09/24/07 | 1.00 | REVIEW OF SAGINAW BRAKES SALES ISSUES (0.6); SUMMARIZATION OF FINDINGS ON SAME (0.4). |
| KOHUT RD | 09/25/07 | 1.70 | REVIEW OF SAGINAW BRAKES SALES ISSUES (1.7). |
| KOHUT RD | 09/26/07 | 3.60 | REVIEW OF SAGINAW BRAKES SALES ISSUES RELATED TO TRW SALE MOTION REPLY (2.7); REVIEW OF EXHIBITS FOR HEARING ON SAME (0.9). |
| | | **6.70** | |
| SAMOLE RM | 09/26/07 | 1.20 | REVIEW CONSTELLATION AGREEMENT (1.2). |
| | | **1.20** | |
| **Total Associate** | | **186.70** | |
| DEMMA J | 09/17/07 | 1.20 | PREPARE SPECIAL SERVICE LIST FOR TRW BRAKE SALE MOTION (0.6); PREPARE/FILE TRW BRAKE SALE MOTION (0.6). |
| DEMMA J | 09/26/07 | 0.60 | PREPARE/FILE BIDDING PROCEDURES REPLY (0.6). |
| | | **1.80** | |
| SHRAGO R | 09/04/07 | 0.40 | OBTAIN CERTIFIED COPIES OF PLEADINGS (0.4). |
| SHRAGO R | 09/11/07 | 0.60 | OBTAIN CERTIFIED COPIES OF CONTRARIAN STIPULATION (0.6). |
| SHRAGO R | 09/12/07 | 0.60 | ORGANIZE CATALYST BUSINESS SALE MATERIALS (0.4); SEND CATALYST BUSINESS SALE EXHIBIT BINDERS TO J. DEMMA (0.2). |
| SHRAGO R | 09/21/07 | 1.40 | COORDINATE OBTAINING CERTIFIED COPIES OF ORDERS (0.2); DRAFT LETTER TO S. POSTON (0.9); MAIL CERTIFIED COPIES AND LETTER (0.3). |
| | | **3.00** | |
| **Total Legal Assistant** | | **4.80** | |
| ~~ROMAN JJ~~ | ~~09/21/07~~ | ~~2.20~~ | ~~REVIEW DOCUMENTS FOR RETRIEVAL OF COURT'S CERTIFIED COPIES RE: ORDERS APPROVING SALE OF MEXICO PLANTS (0.6); OBTAIN CERTIFIED COPIES OF ORDERS RE: SAME (1.6).~~ |
| | | ~~2.20~~ | |
| ~~**Total Legal Assistant Support**~~ | | ~~**2.20**~~ | |
| **TOTAL TIME** | | **220.30** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  **Bill Date: 10/31/07**
**Asset Dispositions (General)**  **Bill Number: 1182831**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/04/07 | Copy Center, D | 0.19 |
| In-house Reproduction | 09/07/07 | Copy Center, D | 1.61 |
| In-house Reproduction | 09/14/07 | Copy Center, D | 0.60 |
| In-house Reproduction | 09/14/07 | Copy Center, D | 29.24 |
| In-house Reproduction | 09/18/07 | Copy Center, D | 6.33 |
| In-house Reproduction | 09/18/07 | Copy Center, D | 1.51 |
| In-house Reproduction | 09/28/07 | Copy Center, D | 3.52 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$43.00** |
| Non-standard/Outside Reproduction | 09/04/07 | Shrago R | 64.00 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$64.00** |
| Lexis/Nexis | 09/19/07 | Fern BM | 37.00 |
| | | **TOTAL LEXIS/NEXIS** | **$37.00** |
| Westlaw | 09/19/07 | Fern BM | 47.99 |
| Westlaw | 09/24/07 | Kaloudis D | 52.45 |
| Westlaw | 09/26/07 | Fern BM | 20.56 |
| | | **TOTAL WESTLAW** | **$121.00** |
| Vendor Hosted Telecon-ferencing | 09/25/07 | Teleconferencing Services, LLC | 2.10 |
| Vendor Hosted Telecon-ferencing | 09/25/07 | Teleconferencing Services, LLC | 8.90 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$11.00** |
| Out-of-Town Travel | 09/30/07 | Meisler RE | 1,002.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,002.00** |
| Filing/Court Fees | 09/11/07 | Shrago R | 19.33 |
| Filing/Court Fees | 09/11/07 | Shrago R | 9.67 |
| | | **TOTAL FILING/COURT FEES** | **$29.00** |
| Messengers/ Courier | 08/11/07 | United Parcel Service | 10.11 |
| Messengers/ Courier | 09/02/07 | Arrow Messenger Svc | 52.21 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 09/07/07 | Dist Serv/Mail/Page, D | 11.43 |
| Messengers/ Courier | 09/10/07 | OSMIO | 44.27 |
| Messengers/ Courier | 09/15/07 | Messenger Express | 32.46 |
| Messengers/ Courier | 09/21/07 | Dist Serv/Mail/Page, D | 11.09 |
| Messengers/ Courier | 09/30/07 | Messenger Express | 51.43 |
| | | **TOTAL MESSENGERS/ COURIER** | **$213.00** |
| Out-of-Town Meals | 09/25/07 | Kaloudis D | 1.36 |
| Out-of-Town Meals | 09/25/07 | Kaloudis D | 12.14 |
| Out-of-Town Meals | 09/25/07 | Kaloudis D | 4.25 |
| Out-of-Town Meals | 09/26/07 | Meisler RE | 28.26 |
| Out-of-Town Meals | 09/26/07 | Kaloudis D | 2.25 |
| Out-of-Town Meals | 09/27/07 | Kaloudis D | 4.74 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$53.00** |
| Print Images to Paper (from Electronic Media) | 09/17/07 | Word Processing, D | 9.70 |
| Print Images to Paper (from Electronic Media) | 09/18/07 | Copy Center, D | 16.15 |
| Print Images to Paper (from Electronic Media) | 09/18/07 | Copy Center, D | 3.18 |
| Print Images to Paper (from Electronic Media) | 09/24/07 | Copy Center, D | 12.97 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$42.00** |
| | | **TOTAL MATTER** | **$1,615.00** |

B43E