SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-6
EMPLOYEE MATTERS (LABOR UNIONS)
1,595.5 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 07/31/07**
**Employee Matters (Labor Unions)**                            **Bill Number: 1168053**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 06/01/07 | 0.30 | TELECONFERENCE WITH B. SAX AND EVALUATE UAW EFFECTIVE DATE AND BARGAINING ISSUES, TIMETABLE (0.3). |
| BUTLER, JR. J | 06/05/07 | 4.30 | PREPARE FOR (0.2) AND PARTICIPATE IN (1.0) BARGAINING OVERSIGHT REVIEW MEETING AT COMPANY IN TROY; PREPARE FOR JUNE 6TH IAM/IBEW/IUOE MEET AND CONFER TELECONFERENCE WITH K. BUTLER, B. SAX AND OTHERS AT COMPANY IN TROY (0.3); PREPARE FOR (0.2) AND MEET WITH (1.0, 0.8) K. BUTLER AND B. SAX AT COMPANY IN TROY RE: LABOR MATTERS; REVIEW AND FURTHER REVISE PROVISIONS OF DRAFT BENEFIT GUARANTY TRIGGER AGREEMENT (0.8). |
| BUTLER, JR. J | 06/06/07 | 2.40 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.8) IAM/IBEW/IUOE MEET AND CONFER TELECONFERENCE; PREPARE FOR (0.3) AND PARTICIPATE IN (0.8) TELECONFERENCE WITH DELPHI AND GM REPRESENTATIVES RE: BENEFIT GUARANTY AND DELPHI/UAW/GM MEMORANDUM OF UNDERSTANDING STRUCTURE AND PROVISIONS; REVIEW DRAFT BENEFIT GUARANTY EXTENSION AGREEMENT (0.3). |
| BUTLER, JR. J | 06/07/07 | 2.90 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.0) BARGAINING OVERSIGHT REVIEW TELECONFERENCE; REVIEW AND WORK ON DELPHI/UAW/GM MEMORANDUM OF UNDERSTANDING PROVISIONS (0.6); REVIEW 414(I) TRANSFER PROVISIONS IN DRAFT BENEFIT GUARANTY DOCUMENTATION (0.4); EMAILS FROM/TO J. BERTRAND AND B. SAX RE: SAME (0.2) ; CONTINUE TO EVALUATE SECTION 1114 MATTERS RE: NON-REPRESENTED EMPLOYEES AND RETIREES INCLUDING EMAILS WITH B. SAX AND J. KASTIN (0.4). |
| BUTLER, JR. J | 06/08/07 | 2.10 | RECEIVE AND BEGIN TO EVALUATE WORKING DRAFT OF DELPHI/UAW/GM MEMORANDUM OF UNDERSTANDING (0.8); TELECONFERENCES WITH R. O'NEAL, K. BUTLER AND B. SAX (0.2, 0.4, 0.2) RE: SAME; REVIEW AND EVALUATE CHR CLAIMS ANALYSIS (0.3); EMAILS TO/FROM VARIOUS PARTIES RE: JUNE 13TH MEET AND CONFER MEETING IN NEW YORK CITY (0.2). |
| BUTLER, JR. J | 06/09/07 | 4.10 | CONTINUE TO REVIEW AND REVISE WORKING DRAFT OF DELPHI/UAW/GM MEMORANDUM OF UNDERSTANDING (2.3); TELECONFERENCES WITH R. O'NEAL, K. BUTLER AND B. SAX (0.2, 0.4, 0.2) RE: SAME; REVIEW AND EVALUATE GM COMMENTS RE: SAME (0.6); EMAILS FROM/TO R. O'NEAL, S. CORCORAN AND J. BERTRAND RE: SAME (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J      06/10/07      5.30   CONTINUE TO REVIEW AND REVISE DRAFT OF
                                        DELPHI/UAW/GM MEMORANDUM OF
                                        UNDERSTANDING (1.4); TELECONFERENCES
                                        WITH K. BUTLER, B. SAX AND S. CORCORAN
                                        RE: SAME (1.9); PREPARE FOR (0.3) AND
                                        PARTICIPATE IN (0.9) TELECONFERENCE
                                        WITH DELPHI AND GM REPRESENTATIVES TO
                                        NEGOTIATE PROVISIONS OF JOINT DELPHI-GM
                                        MOU PROPOSAL FOR UAW; REVIEW ADDITIONAL
                                        PROVISIONS AND COUNTERPROPOSALS
                                        INCLUDING TELECONFERENCES WITH K.
                                        BUTLER AND B. SAX (0.8).

BUTLER, JR. J      06/11/07      4.70   CONTINUE TO REVIEW AND REVISE DRAFT OF
                                        DELPHI/UAW/GM MEMORANDUM OF
                                        UNDERSTANDING (0.8); TELECONFERENCES
                                        WITH K. BUTLER AND B. SAX RE: SAME (0.4,
                                        0.3); EMAILS TO DELPHI/GM
                                        REPRESENTATIVES RE: SAME (0.2, 0.2);
                                        TELECONFERENCE WITH DELPHI/GM
                                        REPRESENTATIVES RE: SAME (0.4);
                                        CONTINUE TO REVIEW AND REVISE JOINT
                                        DELPHI-GM MOU PROPOSAL FOR UAW
                                        (OVERNIGHT) (2.2); REVIEW FINAL VERSION
                                        OF DELPHI-GM MOU PROPOSAL (0.2).

BUTLER, JR. J      06/12/07      0.80   CONTINUE TO ASSIST LABOR TEAM WITH
                                        NEGOTIATIONS RE: DELPHI/UAW/GM
                                        MEMORANDUM OF UNDERSTANDING (0.6);
                                        EMAILS FROM/TO B. SAX RE: PENSION
                                        TERMINATION RESERVATION ISSUE (0.2).

BUTLER, JR. J      06/13/07      2.80   CONTINUE TO ASSIST LABOR TEAM WITH
                                        NEGOTIATIONS RE: DELPHI/UAW/GM
                                        MEMORANDUM OF UNDERSTANDING (1.9);
                                        EMAILS TO/FROM B. SAX RE: SAME (0.3);
                                        PREPARE FOR (0.2) AND PARTICIPATE IN
                                        (0.4) SECTION 1113/1114 "MEET AND
                                        CONFER" IN NEW YORK CITY.

BUTLER, JR. J      06/14/07      1.90   CONTINUE TO ASSIST LABOR TEAM WITH
                                        NEGOTIATIONS RE: DELPHI/UAW/GM
                                        MEMORANDUM OF UNDERSTANDING (1.2);
                                        EMAILS TO/FROM B. SAX RE: SAME (0.4);
                                        REVIEW REVISE BENEFIT GUARANTY
                                        TERMSHEET (0.3).

BUTLER, JR. J      06/16/07      0.60   CONTINUE TO ASSIST LABOR TEAM WITH
                                        NEGOTIATIONS RE DELPHI/UAW/GM
                                        MEMORANDUM OF UNDERSTANDING INCLUDING
                                        EMAILS TO/FROM B. SAX RE SAME AND REVIEW
                                        BENEFIT GUARANTY TERMSHEET (0.6).

BUTLER, JR. J      06/17/07      1.80   CONTINUE TO REVIEW AND REVISE DRAFT OF
                                        DELPHI/UAW/GM MEMORANDUM OF
                                        UNDERSTANDING.

BUTLER, JR. J      06/18/07      3.10   CONTINUE TO REVIEW AND REVISE DRAFT OF
                                        DELPHI/UAW/GM BENEFIT GUARANTY TERM
                                        SHEET (0.9); NUMEROUS TELECONFERENCES
                                        WITH R. O'NEAL, J. SHEEHAN, K. BUTLER
                                        AND B. SAX RE: UAW LABOR BARGAINING
                                        MATTERS (0.3, 0.2, 0.4, 0.6, 0.3); DRAFT
                                        MOU LANGUAGE (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J     06/19/07     4.30  CONTINUE TO REVIEW AND REVISE DRAFT
                                     PROVISIONS OF DELPHI/UAW/GM MOU (1.4);
                                     PREPARE FOR AND PARTICIPATE IN TWO
                                     SENIOR LEADERSHIP TELECONFERENCES LED
                                     BY R. O'NEAL AND K. BUTLER (0.7, 1.0);
                                     NUMEROUS TELECONFERENCES WITH R.
                                     O'NEAL, J. SHEEHAN, K. BUTLER AND B. SAX
                                     RE: UAW LABOR BARGAINING MATTERS (0.4,
                                     0.3, 0.2, 0.3).

BUTLER, JR. J     06/20/07     5.10  PREPARE FOR (0.6) AND ATTEND (1.8)
                                     DELPHI-GM-UAW BARGAINING AT THE CHR IN
                                     DETROIT RE: PROVISIONS OF DELPHI/UAW/GM
                                     MOU; NUMEROUS TELECONFERENCES WITH R.
                                     O'NEAL, J. SHEEHAN, K. BUTLER AND B. SAX
                                     RE: UAW LABOR BARGAINING MATTERS AND
                                     CONTINUE TO ASSIST DELPHI LABOR TEAM
                                     WITH UAW/GM NEGOTIATIONS (2.7).

BUTLER, JR. J     06/21/07     9.80  CONTINUE TO ASSIST LABOR TEAM WITH
                                     DELPHI-GM-UAW BARGAINING INCLUDING
                                     REVIEW AND REVISION OF NUMEROUS
                                     PROVISIONS OF THE DELPHI/UAW/GM MOU
                                     (INCLUDING OVERNIGHT BARGAINING
                                     SESSION), VARIOUS TELECONFERENCES WITH
                                     REPRESENTATIVES OF THE UAW AND GM AND
                                     NUMEROUS TELECONFERENCES WITH R.
                                     O'NEAL, K. BUTLER AND B. SAX RE: SAME
                                     (9.8).

BUTLER, JR. J     06/22/07     7.90  CONTINUE TO ASSIST LABOR TEAM OVERNIGHT
                                     WITH DELPHI-GM-UAW BARGAINING
                                     INCLUDING REVIEW AND REVISION OF
                                     NUMEROUS PROVISIONS OF THE
                                     DELPHI/UAW/GM MOU, VARIOUS
                                     TELECONFERENCES WITH REPRESENTATIVES
                                     OF THE UAW AND GM AND NUMEROUS
                                     TELECONFERENCES WITH R. O'NEAL, K.
                                     BUTLER AND B. SAX RE: SAME (4.8); WORK
                                     ON FINALIZING THE DELPHI/UAW/GM MOU
                                     INCLUDING NUMEROUS TELECONFERENCES
                                     WITH DELPHI BARGAINING TEAM AND SENIOR
                                     MANAGEMENT (2.8); EMAILS TO B.
                                     ROSENBERG, B. SCHELER, T. LAURIA AND L.
                                     PARKINS RE: SAME (0.3).

BUTLER, JR. J     06/23/07     0.70  CONTINUE TO REVIEW DELPHI/UAW/GM MOU
                                     AND ATTACHMENTS (0.7).

BUTLER, JR. J     06/24/07     2.80  REVIEW CHANGES TO RATIFICATION VERSION
                                     OF DELPHI/UAW/GM MEMORANDUM OF
                                     UNDERSTANDING (0.6); TELECONFERENCES
                                     WITH R. O'NEAL, J. SHEEHAN, K. BUTLER
                                     AND B. SAX RE: SAME (0.8); BEGIN TO
                                     REVIEW DRAFT MOTION AND ORDER RE: SAME
                                     (0.4); TELECONFERENCE WITH S. CORCORAN
                                     RE: SAME (0.1); TELECONFERENCE WITH K.
                                     BUTLER RE: IUE-CWA AND USW BARGAINING
                                     AND TIMETABLE (0.3); CONTINUE TO REVIEW
                                     SERP VALIDATION MATERIALS (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BUTLER, JR. J | 06/25/07 | 3.20 | PREPARE FOR (0.5) AND ATTEND (1.0) MEETING WITH K. BUTLER AND B. SAX AT COMPANY IN TROY RE: DELPHI/UAW/GM MEMORANDUM OF UNDERSTANDING APPROVAL PROCESS, IUE-CWA, USW AND SPLINTER UNIONS BARGAINING TIMETABLE AND NEXT STEPS; CONTINUE TO REVIEW DRAFT MOTION AND ORDER RE: DELPHI/UAW/GM MEMORANDUM OF UNDERSTANDING (0.8); PARTICIPATE IN WORKING GROUP TELECONFERENCE RE: SAME (0.9). |

| BUTLER, JR. J | 06/26/07 | 4.20 | REVIEW AND REVISE DRAFT MOTION AND ORDER RE: DELPHI/UAW/GM MEMORANDUM OF UNDERSTANDING (2.9); PREPARE FOR (0.3) AND PARTICIPATE IN (1.0) MEETING WITH J. SHEEHAN, S. CORCORAN AND WORKING GROUP RE: SAME. |

| BUTLER, JR. J | 06/27/07 | 3.10 | CONTINUE TO REVIEW AND REVISE DRAFT MOTION AND ORDER RE: DELPHI/UAW/GM MEMORANDUM OF UNDERSTANDING (1.8); PREPARE FOR (0.3) AND PARTICIPATE IN (1.0) MEETING WITH J. SHEEHAN, S. CORCORAN AND WORKING GROUP RE: SAME. |

| BUTLER, JR. J | 06/28/07 | 5.30 | CONTINUE TO REVIEW AND REVISE DRAFT MOTION AND ORDER RE: DELPHI/UAW/GM MEMORANDUM OF UNDERSTANDING INCLUDING REVIEW OF GM AND UAW COMMENTS (3.1); TELECONFERENCE WITH WORKING GROUP RE: SAME (0.7); REVIEW AND COMMENT ON DRAFT DELPHI/IUE-CWA/GM MEMORANDUM OF UNDERSTANDING (0.8); TELECONFERENCE WITH B. SAX RE: SAME (0.3); COMPLETE DUE DILIGENCE RE MANUFACTURERS PRODUCTS CLAIM RESOLVED IN UAW SETTLEMENT INCLUDING EMAILS FROM/TO B. SAX (0.4). |

| BUTLER, JR. J | 06/29/07 | 3.10 | CONTINUE TO REVIEW AND FINALIZE UAW-DELPHI-GM MOU MOTION PAPERS INCLUDING NUMEROUS TELECONFERENCES AND EMAILS WITH B. CECOTTI, J. TANENBAUM, K. BUTLER, B. SAX AND WORKING GROUP (2.4); CONTINUE TO REVIEW AND EVALUATE INITIAL PROPOSAL RE: DELPHI/IUE-CWA/GM MEMORANDUM OF UNDERSTANDING AND ATTACHMENTS (0.5); FOLLOW-UP ON SECTION 8(D) NOTICES (0.2). |

| BUTLER, JR. J | 06/30/07 | 1.20 | FOLLOW-UP ON UAW-DELPHI-GM MOU MOTION FILING MATTERS (0.3); CONTINUE TO REVIEW AND EVALUATE INITIAL PROPOSAL RE: DELPHI/IUE-CWA/GM MEMORANDUM OF UNDERSTANDING AND ATTACHMENTS (0.9). |

**87.80**

| FURFARO JP | 06/04/07 | 0.70 | REVIEW OF ITEMS FOR MEET AND CONFER (0.7). |
| FURFARO JP | 06/05/07 | 1.00 | REVIEW MATERIALS RE: CBAS/STATUS (1.0). |
| FURFARO JP | 06/06/07 | 1.30 | ATTEND MEET AND CONFER/NOTES RE: SAME (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FURFARO JP        06/07/07      3.30  REVIEW OF ISSUES RE: CBA NEGOTIATIONS
                                      (0.8); REVIEW OF PLAN DOCUMENTS (1.2);
                                      REVIEW OF ISSUES RE: NON-REPRESENTED
                                      HOURLY WORKERS (1.3).

FURFARO JP        06/08/07      0.50  REVIEW EMAILS RE: FOLLOW UP TO LABOR
                                      ISSUES (0.5).

FURFARO JP        06/11/07      2.40  REVIEW OF DRAFT MEMO RE: LABOR ISSUES
                                      (0.8); REVIEW OF REVISED MEMO (1.0);
                                      REVIEW OF BENEFITS QUESTIONS (0.6).

FURFARO JP        06/12/07      0.70  PREPARE FOR MEET AND CONFER (0.7).

FURFARO JP        06/13/07      0.60  MEET AND CONFER (0.6).

FURFARO JP        06/15/07      1.60  CASE ADMINISTRATION WITH PARTNERS
                                      (0.6); REVIEW OF RESEARCH RE: BENEFITS
                                      ISSUES (1.0).

FURFARO JP        06/18/07      3.10  REVIEW OF POR DOCUMENTS/PARTICIPATE IN
                                      TELECONFERENCE WITH S. CORCORAN, J.
                                      SHEEHAN RE: SAME (2.6); FOLLOW UP RE:
                                      BENEFITS ISSUES (0.5).

FURFARO JP        06/19/07      2.00  REVIEW OF RESEARCH/CASE FILINGS (2.0).

FURFARO JP        06/20/07      6.40  REVIEW OF BENEFITS RESEARCH AND
                                      DOCUMENTS (2.6); TELECONFERENCE WITH T.
                                      JERMAN, L. HASSEL, J. KASTIN RE: SAME
                                      (1.0); REVIEW OF DRAFT MOU (1.2); REVIEW
                                      OF ISSUE RE: POSSIBLE DISCLOSURE (0.7);
                                      REVIEW OF DRAFT ATTRITION PROGRAM
                                      (0.9).

FURFARO JP        06/21/07      1.40  REVIEW OF DRAFT ATTRITION PLAN/CBA
                                      PROVISIONS (1.0); REVIEW OF FOLLOWUP
                                      RE: BENEFITS ISSUES (0.4).

FURFARO JP        06/22/07      4.10  REVIEW OF DRAFT AGREEMENTS (2.2);
                                      TELECONFERENCES WITH T. JERMAN, J.
                                      KASTIN RE: PREPARATION OF COURT
                                      PAPERS/RESEARCH ISSUES (1.9).

FURFARO JP        06/23/07      3.80  REVIEW OF DRAFT MOTION/REVISIONS (2.8);
                                      DISCUSSION WITH OMM/SA WORKING GROUP
                                      (1.0).

FURFARO JP        06/24/07      2.60  REVIEW OF REVISED COURT PAPERS/COMMENTS
                                      AND REVISIONS (2.6).

FURFARO JP        06/25/07      3.80  REVIEW OF MOU/EXHIBITS (0.8);
                                      CONFERENCE WITH WORKING GROUP RE:
                                      APPROVAL (1.1); REVIEW OF REVISED
                                      MOTION/ORDER RE: APPROVAL OF MOU (1.7);
                                      REVIEW OF SERVICE ISSUE (0.2).

FURFARO JP        06/26/07      4.00  REVIEW OF REVISED COURT PAPERS (0.8);
                                      REVIEW OF RESEARCH/DATA RE: SERVICE
                                      ISSUES (0.7); PREPARE FOR/ATTEND COURT
                                      CONFERENCE (1.5); FINALIZE REVIEW OF
                                      DRAFT DOCUMENTS (1.0).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FURFARO JP        06/27/07      5.10   REVISIONS TO DRAFT MOTION/ORDER (1.8);
                                       REVIEW OF DRAFT DECLARATIONS IN SUPPORT
                                       (1.9); REVIEW OF FINAL MOU
                                       DOCUMENTATION (1.1); REVIEW OF CBA
                                       ISSUE RE: NOTICE (0.3).

FURFARO JP        06/28/07      8.30   PREPARATION OF COURT PAPERS FOR
                                       APPROVAL OF UAW MEMORANDUM OF
                                       UNDERSTANDING (6.3); REVIEW OF LABOR
                                       ISSUES RE: EXPIRING CBAS (2.0).

FURFARO JP        06/29/07      6.80   FINALIZE COURT PAPERS FOR APPROVAL OF
                                       UAW MEMORANDUM (6.8).

                               63.50

HOGAN III AL      06/07/07      1.30   REVIEW CERTAIN AGREEMENTS BETWEEN GM,
                                       UAW, AND/OR DELPHI AND DRAFT LANGUAGE IN
                                       CONNECTION WITH PROPOSAL CONCERNING
                                       SAME (1.3).

HOGAN III AL      06/08/07      1.30   EDIT DRAFT LANGUAGE CONCERNING
                                       UAW-RELATED AGREEMENTS BETWEEN DELPHI
                                       AND GM (1.3).

HOGAN III AL      06/19/07      0.20   REVIEW UAW DRAFT MOU AND RELATED
                                       COMMUNICATIONS (0.2).

HOGAN III AL      06/20/07      0.40   REVIEW DRAFT MOU LANGUAGE RE:
                                       RESERVATION OF RIGHTS (0.4).

HOGAN III AL      06/22/07      1.30   BEGIN REVIEW OF FINAL UAM MOU AND
                                       RELATED DOCUMENTS (1.3).

HOGAN III AL      06/25/07      8.00   PARTICIPATE IN WORKING GROUP MEETING
                                       RE: MOTION FOR APPROVAL OF UAW/GM MOU
                                       (1.2); FOLLOW-UP CONFERENCES TO PLAN
                                       FOR PREPARATION OF PAPERS AND POTENTIAL
                                       DECLARATIONS (2.3); CONTINUE REVIEW OF
                                       MOU, AND REVIEW PRIOR ATTRITION PLAN
                                       PAPERS TO UNDERSTAND OVERALL AGREEMENT
                                       STRUCTURE (4.5).

HOGAN III AL      06/26/07      5.90   CONTINUE TO REVIEW AND COMMENT ON
                                       DEVELOPING UAW MOU MOTION, AND ANALYSIS
                                       AND REVIEW OF DRAFT OF DECLARATIONS
                                       NECESSARY TO SUPPORT SAME (3.3);
                                       CONTINUE TO REVIEW OF AGREEMENT POINTS
                                       IN CONNECTION WITH MOU (2.6).

HOGAN III AL      06/27/07      2.30   CONTINUE REVIEW OF DRAFT PLEADINGS AND
                                       DECLARATIONS IN CONNECTION WITH UAW MOU
                                       MOTION (2.3).

HOGAN III AL      06/28/07      1.20   CONTINUE REVIEW OF UAW SETTLEMENT
                                       PAPERS, AND DISCUSSION WITH WORKING
                                       GROUP CONCERNING EVIDENTIARY POINTS IN
                                       BUTLER AND SHEEHAN DECLARATIONS (1.2).

HOGAN III AL      06/29/07      0.70   FINAL REVIEW OF UAM MOU PLEADINGS, AND
                                       DRAFT DECLARATIONS IN CONNECTION WITH
                                       SAME (0.7).

                               22.60

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA      06/06/07      1.30   MEET AND CONFER WITH SPLINTER UNIONS AND
                                       THEIR COUNSEL (0.8); FOLLOWUP STRATEGY
                                       DEVELOPMENT (0.5).

MARAFIOTI KA      06/07/07      0.80   REVIEW CORRESPONDENCE FROM COMPANY RE:
                                       LABOR AND PENSION QUESTIONS (0.4);
                                       TELECONFERENCE WITH J. KASTIN RE: SAME
                                       (0.4).

MARAFIOTI KA      06/08/07      0.20   CORRESPONDENCE RE: LABOR MATTERS (0.2).

MARAFIOTI KA      06/11/07      1.50   REVIEW MOU AMONG GM AND DELPHI TO
                                       PRESENT TO UNIONS (0.9); ANALYZE LABOR
                                       ISSUES (0.6).

MARAFIOTI KA      06/18/07      0.50   WORK ON ISSUES RE: SECTION 1113
                                       SETTLEMENT (0.5).

MARAFIOTI KA      06/20/07      1.30   CONSIDER ISSUES IN CONNECTION WITH 1113
                                       SETTLEMENT (0.5) AND RESEARCH RE: SAME
                                       (0.3); TELECONFERENCE WITH O'MELVENY
                                       AND GROOM RE: LABOR STRATEGY (0.5).

MARAFIOTI KA      06/21/07      0.50   CORRESPONDENCE RE: LABOR MATTERS (0.2);
                                       REVIEW UAW MOU PROVISIONS RE: GUARANTY
                                       (0.3).

MARAFIOTI KA      06/22/07      1.50   CORRESPONDENCE RE: MOU (0.6);
                                       TELECONFERENCE WITH O'MELVENY RE: MOU
                                       AND MOTION TO APPROVE SAME (0.9).

MARAFIOTI KA      06/23/07      4.70   WORK ON UAW MOU APPROVAL MOTION (3.3),
                                       INCLUDING RELATED CORRESPONDENCE (0.4)
                                       AND TELECONFERENCE WITH O'MELVENY &
                                       MYERS (1.0).

MARAFIOTI KA      06/24/07      3.10   CONTINUE TO WORK ON UAW APPROVAL MOTION
                                       (2.7) AND RELATED CORRESPONDENCE (0.4).

MARAFIOTI KA      06/25/07      3.50   CONFERENCE CALL WITH COMPANY &
                                       O'MELVENY RE: UAW MOU (1.3); FOLLOWUP
                                       WITH O'MELVENY (0.4); FOLLOWUP
                                       CORRESPONDENCE (0.2); WORK ON UAW ORDER
                                       (0.6); DEVELOP STRATEGY RE: UAW MOTION
                                       (1.0).

MARAFIOTI KA      06/26/07      3.30   MEETING WITH COMPANY RE: UAW MOTION
                                       (1.2); PREPARE FOR STATUS CONFERENCE
                                       (0.3); ATTEND STATUS CONFERENCE WITH
                                       COURT AND PARTIES-IN-INTEREST (0.3);
                                       FOLLOWUP WITH COMPANY AND O'MELVENY RE:
                                       PLEADINGS (0.2); WORK ON UAW SETTLEMENT
                                       MOTION (0.4) AND ORDER (0.9).

MARAFIOTI KA      06/27/07      4.00   WORK ON INFORMATIONAL NOTICE OF UAW
                                       MOTION (0.3); CORRESPONDENCE WITH
                                       COMPANY & O'MELVENY RE: UAW MOTION AND
                                       RELATED PLEADINGS (0.3); WORK ON NOTICE
                                       OF MOTION (0.1), ORDER (0.1);
                                       CORRESPONDENCE (0.3); STRATEGY
                                       DEVELOPMENT (1.2); WORK ON LAW MOTION
                                       (1.2) WORK ON K. BUTLER DECLARATION
                                       (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 06/28/07 | 6.80 | CORRESPONDENCE RE: MOTION & WORK RE: SAME (0.4); TELECONFERENCE WITH B. CECCOTTI (0.2); WORK RE: NOTICES OF MOTION (1.2); CONTINUE TO WORK ON MOTION (3.3); WORK ON DECLARATION OF K. BUTLER (0.7) AND J. SHEEHAN (0.7); TELECONFERENCE WITH V. MELWANI RE: EQUITY COMMITTEE POSITION ON MOU (0.1) AND CORRESPONDENCE RE: SAME (0.2). |
| MARAFIOTI KA | 06/29/07 | 1.40 | WORK ON UAW ORDER (0.3) AND MOTION (0.5); RELATED CORRESPONDENCE (0.6). |
| MARAFIOTI KA | 06/30/07 | 0.40 | CORRESPONDENCE RE: UAW MOTION AND AGREEMENT RATIFICATION (0.2); CORRESPONDENCE RE: UAW MOTION AND AGREEMENT RATIFICATION (0.2). |
| | | **34.80** | |
| MEISLER RE | 06/22/07 | 1.40 | WORKING GROUP MEETING RE: UAW MOU (1.0); DRAFT CORRESPONDENCE RE: SAME (0.4). |
| MEISLER RE | 06/23/07 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: UAW MOU (0.2). |
| MEISLER RE | 06/25/07 | 3.20 | CONFERENCE WITH R. KOHUT RE: UAW MOU (0.5); WORKING GROUP TELECONFERENCE RE: UAW MOU (1.2); FOLLOW UP RE: SAME (1.3); DRAFT CORRESPONDENCE RE: SAME (0.2). |
| MEISLER RE | 06/26/07 | 1.30 | WORKING GROUP MEETING RE: UAW MOU (1.0); ATTEND CHAMBERS CONFERENCE (0.3). |
| MEISLER RE | 06/27/07 | 0.60 | REVIEW STATUS OF UAW MOU (0.2); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.4). |
| | | **6.70** | |
| PANAGAKIS GN | 06/09/07 | 0.80 | REVIEW LABOR MEMO OF UNDERSTANDING (0.8). |
| PANAGAKIS GN | 06/15/07 | 0.50 | REVIEW UAW MEMORANDUM OF UNDERSTANDING (0.5). |
| PANAGAKIS GN | 06/21/07 | 0.30 | ATTENTION TO STATUS OF LABOR TRANSACTION (0.3). |
| PANAGAKIS GN | 06/22/07 | 0.50 | REVIEW FINAL MEMORANDUM OF UNDEMANDING (0.5). |
| | | **2.10** | |
| **Total Partner** | | **217.50** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MACDONALD N | 06/19/07 | 0.70 | RESEARCH RE: MATTERS RELATED TO 1113/1114 MOTION (0.7). |
| MACDONALD N | 06/25/07 | 12.90 | REVIEW DOCUMENTS AND PLEADINGS FOR CASE ORIENTATION RE: MATTERS RELATED TO PROPOSED MOU (12.9). |
| MACDONALD N | 06/26/07 | 11.10 | CONTINUE REVIEW OF DOCUMENTS, PLEADINGS AND DRAFT PLEADINGS RE: MATTERS RELATED TO PROPOSED MOU (10.2); CONFERENCES WITH CO-COUNSEL RE: CASE STATUS.(0.9). |
| MACDONALD N | 06/28/07 | 4.50 | CONTINUE REVIEW OF DRAFT PLEADINGS RE: MATTERS RELATED TO PROPOSED MOU (4.5). |
| | | **29.20** | |
| MATZ TJ | 06/05/07 | 0.30 | TELECONFERENCE WITH J. KASTIN RE: USW DETRICK MOTION (0.2); TELECONFERENCE WITH B. SAX RE: SAME (0.1). |
| MATZ TJ | 06/06/07 | 0.80 | PARTICIPATE IN TELEPHONIC LABOR MEET AND CONFER WITH IAM/IBEW, IUOE & DELPHI (0.8). |
| MATZ TJ | 06/07/07 | 2.90 | REVIEW CORRESPONDENCE FROM B. SAX RE: 1113/1114 RETIREE AND USW MOU MATTERS (0.2); CONSIDER SAME (0.4); TELECONFERENCE WITH T. JERMAN, J. KASTIN RE: RETIREE MATTERS (0.5); FOLLOW UP TELECONFERENCE WITH J. KASTIN RE: SAME (0.4); REVIEW FURTHER CORRESPONDENCE FROM B. SAX RE: RETIREE ISSUES (0.2); TELECONFERENCE WITH T. JERMAN, J. KASTIN RE: SAME (0.2); TELECONFERENCE WITH J. KASTIN, J. FURFARO RE: SAME (0.2); REVIEW 1113/1114 MATERIALS (0.6); TELECONFERENCE WITH J. KASTIN RE: RETIRE EE MATTER (0.2). |
| MATZ TJ | 06/08/07 | 1.40 | TELECONFERENCE WITH J. KASTIN RE: RETIREE MATTER, 1113/1114 PLEADINGS (0.3); REVIEW OF SAME (0.3); CORRESPONDENCE WITH ALL 1113/1114 MEET AND CONFER PARTICIPANTS RE: RESCHEDULE 6/13 MEET AND CONFER (0.8). |
| MATZ TJ | 06/10/07 | 0.30 | CORRESPONDENCE WITH P. O'HERN RE: 6/13 MEET AND CONFER (0.2); CORRESPONDENCE WITH T. KENNEDY RE: SAME (0.1). |
| MATZ TJ | 06/12/07 | 0.90 | TELECONFERENCE WITH M. ROBBINS RE: MEET AND CONFER (0.2); CORRESPONDENCE TO ALL COUNSEL RE: 6/13 MEET AND CONFER (0.2); TELECONFERENCE FROM J. KASTIN RE: SAME (0.2); CORRESPONDENCE WITH J. FURFARO RE: SAME (0.1); REVIEW CORRESPONDENCE FROM E. FOX RE: SAME (0.1); FOLLOW UP CORRESPONDENCE WITH B. SAX RE: DETRICK MOTION (0.1).FOLLOW UP CORRESPONDENCE WITH B. SAX RE: DETRICK MOTION. |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 06/13/07 | 2.10 | CORRESPONDENCE WITH L. PETERSON RE: DETRICK MOTION RESOLUTION (0.3); CORRESPONDENCE WITH B. SAX RE: SAME (0.2); DISCUSSION WITH L. PETERSON RE: SAME (0.2); PREPARATION FOR 1113/1114 MEET AND CONFER (0.2); ATTEND LABOR MEET AND CONFER (0.9); CONSIDER MOTION RE: AMENDMENTS TO COLLECTIVE BARGAINING AGREEMENTS (0.3). |
|---|---|---|---|
| MATZ TJ | 06/14/07 | 0.30 | REVIEW CORRESPONDENCE FROM B. SAX RE: USW DETRICK RESOLUTION (0.1); TELECONFERENCE WITH J. KASTIN RE: UAW TRANSACTION (0.2). |
| MATZ TJ | 06/15/07 | 1.70 | CORRESPONDENCE WITH L. PETERSON RE: DETRICK MOTION WITHDRAWAL (0.2); REVIEW CONFIRMATION OF DETRICK MOTION WITHDRAWAL (0.1); CONSIDER 1114 PROCEDURAL MATTER (0.8); TELECONFERENCE WITH J. KASTIN RE: SAME (0.2); REVIEW MATERIALS RE: 1114 PROCEDURAL MATTER (0.4). |
| MATZ TJ | 06/18/07 | 1.90 | CORRESPONDENCE WITH J. KASTIN RE: 1114 PROCEDURAL MATTER (0.6); REVIEW PLEADINGS RE: SAME (0.6); TELECONFERENCE WITH J. KASTIN RE: 1114 PROCEDURAL MATTER (0.4); FURTHER REVIEW PLEADINGS RE: SAME (0.3). |
| MATZ TJ | 06/20/07 | 2.80 | REVIEW MATERIALS RE: UNION ISSUE (0.6); REVIEW 1114 PROCEDURAL MATERIAL AND CORRESPONDENCE FROM O'MELVENY & MEYERS RE: LABOR TELECONFERENCE (0.5); TELECONFERENCE WITH T. JERMAN, J. KASTIN RE: 1114 MATTERS (1.3); FOLLOW UP DISCUSSION WITH J. KASTIN RE: 1114 PROCEDURAL MATTERS (0.4). |
| MATZ TJ | 06/21/07 | 0.40 | REVIEW MATERIALS RE: RETIREE MATTERS (0.4). |
| MATZ TJ | 06/22/07 | 3.70 | REVIEW DELPHI-UAW-GM MOU, ATTRITION PROGRAM, PROCEDURE ATTACHMENT (0.9); TELECONFERENCE WITH J. KASTIN RE: SAME (0.1); FURTHER TELECONFERENCE WITH J. KASTIN RE: SAME (0.3); FORWARD UAW MATERIALS TO J. KASTIN (0.1); TELECONFERENCE WITH T. JERMAN, J. KASTIN RE: COURT APPROVAL OF USA MOU (0.3); CONTINUE TO WORK ON UAW MOU APPROVAL PLEADINGS (0.5); DISCUSSION WITH J. KASTIN RE: SAME (0.2); CONSIDER MATTERS RE: SAME (0.4); TELECONFERENCE WITH J. KASTIN RE: UAW MOU APPROVAL MOTION (0.3); FORWARD FINAL UAW MOU TO J. KASTIN (0.1); CONSIDER MOU MOTION (0.3); TELECONFERENCE WITH J. KASTIN RE: SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 06/23/07 | 6.00 | REVIEW AND REVISE UAW MAU, DRAFT MOTION TO APPROVE UAW MOU (4.9); DISTRIBUTE COMMENTS TO T. JERMAN, J. KASTIN (0.1); TELECONFERENCE WITH SAME GROUP RE: DRAFT MOTION TO APPROVE UAW MOU (1.0). |
|---|---|---|---|
| MATZ TJ | 06/24/07 | 5.80 | CORRESPONDENCE WITH T. JERMAN, J. KASTIN RE: NOTICING MATTERS RE: UAW RESTRUCTURING AGREEMENT APPROVAL MOTION (0.3); REVIEW AND COMMENT ON REVISED DRAFT OF UAW RESTRUCTURING AGREEMENT APPROVAL MOTION (3.7); CORRESPONDENCE WITH J. KASTIN RE: SAME (0.2); TELECONFERENCE WITH J. KASTIN RE: SAME (0.2); CORRESPONDENCE WITH R. KOHUT, J. KASTIN RE: MOTION, ORDER, SERVICE AND EVIDENTIARY MATTERS (0.6); REVIEW AND COMMENT ON DRAFT FROM OF ORDER RE: UAW RESTRUCTURING AGREEMENT (0.5); CORRESPONDENCE WITH J. KASTIN RE: SAME (0.3). |
| MATZ TJ | 06/25/07 | 8.00 | PARTICIPATE IN CONFERENCE CALL WITH S. CORCORAN, T. JERMAN, J. KASTIN RE: UAW RESTRUCTURING AGREEMENT APPROVAL MOTION, ORDER AND RELATED MATTERS (1.3); DRAFT AND FORWARD 1113/1114 STATUS CONFERENCES REMINDERS TO ALL UNIONS, RESPONDENTS (0.3); CONSIDER AND REVIEW UAW RESTRUCTURING AGREEMENT AND REVISIONS TO APPROVAL MOTION AND ORDER AND RELATED MATTERS (4.5); TELECONFERENCES WITH J. KASTIN RE: SAME (0.6); CORRESPONDENCE WITH J. KASTIN RE: SAME (0.4); TELECONFERENCE WITH B. CECCOTTI RE: 6/26 STATUS CONFERENCE (0.2); CORRESPONDENCE WITH T. KENNEDY RE: SAME (0.1); CORRESPONDENCE WITH D. BAUMSTEIN RE: SAME (0.1); CORRESPONDENCE WITH M. ROBBINS RE: SAME (0.1); CORRESPONDENCE WITH P. O'HERN RE: SAME (0.1); REVIEW CORRESPONDENCE FROM R. MEISLER RE: NOTICING MATTER AND CONSIDER SAME (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ        06/26/07    4.10   MEETING WITH J. SHEEHAN, S. CORCORAN, J.
                                  KASTIN RE: UAW SETTLEMENT MOTION,
                                  DECLARATIONS IN SUPPORT THEREOF (1.0);
                                  TELECONFERENCES WITH B. CECCOTITI RE:
                                  PROPOSED THIRD AMENDED 1113/1114
                                  SUSPENSION MOTION ORDER (0.2);
                                  TELECONFERENCE WITH T. KENNEDY RE: SAME
                                  (0.1); TELECONFERENCES WITH B. MEHLSACK
                                  RE: SAME (0.2); TELECONFERENCE WITH M.
                                  ROBBINS RE: SAME (0.1); TELECONFERENCE
                                  WITH L. PETERSON RE: SAME (0.2);
                                  PARTICIPATE IN STATUS CONFERENCE AT
                                  COURT RE: 1113/1114 MOTION (0.5);
                                  FOLLOW UP DISCUSSIONS WITH UNION
                                  COUNSEL RE: SAME (0.2); TELECONFERENCE
                                  WITH J. KASTIN RE: NOTICE MATTER, UAW
                                  MOTION (0.3); FURTHER TELECONFERENCE
                                  WITH J. KASTIN RE: INFORMATIONAL NOTICE
                                  (0.2); REVIEW AND COMMENT ON REVISIONS
                                  TO UAW SETTLEMENT APPROVAL MOTION
                                  (0.7); REVIEW CORRESPONDENCE FROM B.
                                  SAX RE: SAME (0.1); REVIEW AND COMMENT
                                  ON DRAFT USW SETTLEMENT ORDER (0.3).

MATZ TJ        06/27/07    6.20   CORRESPONDENCE WITH J. KASTIN, R.D.
                                  KOHUT RE: USW SETTLEMENT MOTION AND
                                  ORDER (0.6); REVIEW AND COMMENT ON
                                  INFORMATION NOTICE (0.3); REVIEW AND
                                  COMMENT ON NOTICE OM MOTION (0.2);
                                  REVIEW AND COMMENT ON FORM OF ORDER
                                  (0.3); REVIEW AND COMMENT ON CURRENT
                                  DRAFT OF USW SETTLEMENT MOTION (1.7);
                                  TELECONFERENCE WITH J. KASTIN RE:
                                  SERVICE, TRACKING MOTION RESPONSES
                                  (0.3); CONSIDER SAME (0.3); DISCUSSION
                                  WITH J. FURFARO, J. KASTIN RE: UAW MOU,
                                  REVISIONS TO PLEADINGS (0.3);
                                  TELECONFERENCE WITH J. KASTIN RE:
                                  PLEADINGS, DECLARATIONS (0.3); FURTHER
                                  TELECONFERENCE WITH J. KASTIN RE: USW
                                  SETTLEMENT MOTION (0.3);
                                  TELECONFERENCE WITH B. CECCOTTI RE:
                                  INFORMATION NOTICE (0.2);
                                  CORRESPONDENCE WITH J. KASTIN RE:
                                  SERVICE MATTERS AND CONSIDER SAME
                                  (0.5); TELECONFERENCE WITH J. KASTIN
                                  RE: SAME (0.2); FURTHER REVIEW OF
                                  CURRENT DRAFTS OF UAW MATERIAL (0.4);
                                  TELECONFERENCE WITH J. KASTIN RE: UAW
                                  COMMENTS NOTICE (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ          06/28/07      10.20   REVIEW AND COMMENT ON J. SHEEHAN AND K.
                                       BUTLER DECLARATIONS (0.9); REVIEW UAW
                                       SETTLEMENT APPROVAL MOTION (0.6);
                                       REVISE AND REVIEW REVISIONS TO UAW
                                       SETTLEMENT APPROVAL MOTION (1.3);
                                       CONSIDER AND REVIEW NOTICE, SERVICE
                                       MATTERS (0.5); TELECONFERENCE WITH J.
                                       KASTIN RE: UAW MOTION (0.3); REVIEW
                                       CORRESPONDENCE FROM T. JERMAN RE:
                                       PROCEDURAL MATTER (0.2); REVIEW
                                       PROPOSED INFORMATIONAL NOTICE FORM B.
                                       CECCOTTI (0.2); PARTICIPATE IN
                                       CONFERENCE CALL RE: REVISIONS TO UAW
                                       MOTION DECLARATIONS (0.4); CONSIDER AND
                                       CONFIRM NOTICE MATTERS RE: UAW MOTION
                                       AND INFORMATIONAL NOTICE TO UAW
                                       REPRESENTED INDIVIDUALS (0.6);
                                       CONTINUE TO REVIEW AND COMMENT ON UAW
                                       SETTLEMENT APPROVAL MOTION, ORDER AND
                                       TWO NOTICES, J. SHEEHAN AND K. BUTLER
                                       DECLARATIONS (2.2); CORRESPONDENCE
                                       WITH J. KASTIN RE: SAME (0.3);
                                       PARTICIPATE IN CONFERENCE CALL WITH J.
                                       KASTIN RE: SAME (0.7); FURTHER
                                       CONSIDERATION OF SERVICE MATTERS (0.7);
                                       CORRESPONDENCE WITH KCC RE: SAME (0.2);
                                       REVIEW REVISED MOTION MATERIALS (0.3);
                                       TELECONFERENCE WITH J. KASTIN RE: SAME
                                       (0.8).

MATZ TJ          06/29/07       6.70   CONTINUE TO REVIEW AND REVISIONS TO UAW
                                       SETTLEMENT APPROVAL PLEADINGS (1.1);
                                       CORRESPONDENCE WITH J. KASTIN RE: SAME
                                       (0.3); CORRESPONDENCE WITH J. KASTIN
                                       RE: SAME (0.3);  REVIEW SAME (0.3);
                                       CONTINUE TO REVIEW AND REVISIONS TO UAW
                                       SETTLEMENT APPROVAL PLEADINGS FOR
                                       FILING (2.0); DISCUSSION WITH J. KASTIN
                                       RE: SAME (2.0); CORRESPONDENCE WITH B.
                                       SAX RE: SERVICE OF UAW REPRESENTED
                                       EMPLOYEES (0.3); PREPARE AND FORWARD TO
                                       CHAMBERS THIRD AMENDED 1113/1114
                                       SUSPENSION ORDER (0.4).

MATZ TJ          06/30/07       0.40   COORDINATE ARRANGEMENTS WITH KCC RE:
                                       WEB SITE FOR ACCESS TO UAW MEMORANDUM OF
                                       UNDERSTANDING AND RELATED DOCUMENTS
                                       (0.4).

                               66.90

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| RAMLO K | 06/25/07 | 13.20 | WORKING GROUP CALLS RE: UAW SETTLEMENT MOTION (1.5); REVIEW UAW AGREEMENT, PRIOR DECLARATIONS SUBMITTED IN SUPPORT OF 1113/1114 MOTION, REVISE CHART ON EFFECTIVE DATES, ANALYZE PARTIES ENTITLED TO NOTICE, AND BEGIN DRAFTING J. SHEEHAN DECLARATION IN SUPPORT OF MOTION (11.7). |
|---------|----------|-------|---|
| RAMLO K | 06/26/07 | 5.00 | CORRESPONDENCE FROM J. SHEEHAN RE: DECLARATION (0.1); TELECONFERENCE WITH J. KASTIN RE: UAW MOTION (0.2); REVIEW AND COMMENT ON DRAFT UAW AGREEMENT MOTION, FURTHER ANALYSIS RE: PARTIES ENTITLED TO NOTICE AND REVIEW PRECEDENT NOTICES (4.7). |
| RAMLO K | 06/27/07 | 4.60 | WORK ON NOTICE ISSUES RE: UAW APPROVAL MOTION (1.2); REVIEW AND COMMENT ON SHEEHAN AND BUTLER DECLARATIONS, APPROVAL MOTION, NOTICES, AND PROPOSED ORDER AND STRATEGY RE: SAME (3.4). |
| RAMLO K | 06/28/07 | 0.40 | REVIEW CORRESPONDENCE FROM E. GERSHEIN RE: NOTICE TIMELINE (0.1); FURTHER ANALYSIS RE: EFFECTIVE DATES IN UAW AGREEMENT (0.3). |
|  |  | **23.20** |  |
| **Total Counsel** |  | **119.30** |  |
| BODEN JR | 06/13/07 | 0.90 | ATTEND MEET AND CONFER CONFERENCE WITH UNION REPRESENTATIVES, REPRESENTATIVES FROM DELPHI (0.9). |
| BODEN JR | 06/28/07 | 6.10 | RESEARCH RE: 1113 MOTION AND 8(D) NOTICE (6.1). |
|  |  | **7.00** |  |
| CAMPANARIO ND | 06/26/07 | 6.60 | REVIEW UAW SETTLEMENT AGREEMENT AND RELATED PAPERS (3.8); FORMULATE LITIGATION STRATEGY RE: UAW SETTLEMENT AGREEMENT (0.5) AND BEGIN DRAFTING SUPPORTING PAPERS RE: SAME (2.3). |
| CAMPANARIO ND | 06/27/07 | 9.30 | REVIEW DRAFT MOTION FOR APPROVAL OF UAW SETTLEMENT AGREEMENT AND OTHER SUPPORTING PAPERS (3.6); COMPLETE DRAFTING PAPERS IN SUPPORT OF SAME (5.7). |
| CAMPANARIO ND | 06/28/07 | 1.80 | REVISE PAPERS IN SUPPORT OF MOTION FOR APPROVAL OF UAW SETTLEMENT AGREEMENT (1.8). |
|  |  | **17.70** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRANT K | 06/22/07 | 3.30 | REVIEW OF UAW MOTION AND RELATED DOCUMENTS (3.3). |
|---------|----------|------|---|
| GRANT K | 06/23/07 | 0.60 | TELECONFERENCE WITH O'MELVENY AND SKADDEN TEAM RE: UAW MOTION (0.6). |
| GRANT K | 06/24/07 | 4.80 | WORK ON UAW MOTION AND RESEARCH RE: SAME (4.8). |
| GRANT K | 06/25/07 | 11.30 | TELECONFERENCE WITH SKADDEN TEAM AND O'MELVENY TEAM RE: UAW SETTLEMENT (1.1); PERFORM RESEARCH RE: SERVICE OF MOTIONS TO AMEND CBAS (7.2); DRAFT SUMMARY RE: SAME (1.5); DRAFT REDACTION MOTION AND ORDER RE: ATTACHMENTS TO MOTION (1.5). |
| GRANT K | 06/26/07 | 6.60 | REVISE REDACTION MOTION IN CONNECTION WITH UAW SETTLEMENT; (0.6) REVIEW CURRENT DRAFT OF SETTLEMENT MOTION (0.9); CONTINUE WORK ON EXHIBITS RE: SAME (0.8); CONTINUE RESEARCH RE: SERVICE OF INDIVIDUALS REPRESENTED BY UNIONS (4.3). |
| GRANT K | 06/28/07 | 2.20 | CONTINUE TO WORK ON UAW MOTION AND PREPARATION OF FILING SAME (2.2). |
| GRANT K | 06/29/07 | 3.30 | ATTENTION TO FILING AND SERVING UAW SETTLEMENT MOTION (3.3). |

                                         **32.10**

| HARDIN AS | 06/06/07 | 1.30 | PARTICIPATE IN MEET & CONFER WITH SPLINTER UNIONS AND INTERNAL FOLLOW-UP WORKING GROUP MEETING (1.3). |
|-----------|----------|------|---|
| HARDIN AS | 06/07/07 | 2.40 | WORKING GROUP TELECONFERENCE RE: CLIENT REQUEST FOR ASSISTANCE RE: SELECTED LABOR ISSUES (0.8); RESEARCH ISSUES RELATED TO SAME (1.2); WORKING GROUP EMAIL EXCHANGE RE: SAME (0.4). |
| HARDIN AS | 06/22/07 | 6.50 | REVIEW DRAFT AND FINAL AGREEMENTS RELATED TO EMPLOYEE MATTERS (1.2); DRAFT ANALYSIS RE: SAME (1.5); WORKING GROUP CONFERENCE CALLS RE: MATTERS RELATED TO SAME (3.8). |
| HARDIN AS | 06/26/07 | 0.30 | WORKING GROUP EMAIL EXCHANGE RE: SERVICE OF MOTION RELATED TO LABOR AGREEMENT (0.3). |
| HARDIN AS | 06/28/07 | 0.60 | WORKING GROUP EMAIL EXCHANGE RE: SERVICE OF MOTION RELATED TO LABOR AGREEMENT (0.4); TELECONFERENCE WITH E. GERSHBEIN RE: SAME (0.2). |
| HARDIN AS | 06/29/07 | 0.40 | REVIEW EMAILS RELATED TO SERVICE OF MOTION RELATED TO LABOR AGREEMENT (0.4). |

                                         **11.50**

137                                      B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HERRIOTT AV       06/26/07      1.50   REVIEW DRAFT AND COLLECT PARTIES FOR
                                       NOTICING THE UAW SETTLEMENT MOTION
                                       (1.3); CONFERENCE WITH D. PETTYES RE:
                                       SAME (0.2).

HERRIOTT AV       06/27/07      1.60   REVIEW UAW SETTLEMENT PAPERS (0.8);
                                       COMPILATION AND COORDINATION FOR
                                       SERVICE OF INFORMATION NOTICE TO UAW
                                       MEMBERS (0.8).

HERRIOTT AV       06/28/07      1.50   CONTINUE REVIEWING NOTICE ISSUES AND
                                       COORDINATING SERVICE ISSUES FOR
                                       INFORMATIONAL UAW NOTICE (1.5).

HERRIOTT AV       06/29/07      0.40   RESEARCH FOLLOW UP ISSUE RE:
                                       INFORMATIONAL NOTICE TO UAW EMPLOYEES
                                       OF UAW MOU (0.4).

                                5.00

KALOUDIS D        06/22/07     18.30   BEGIN TO REVIEW AND ANALYZE MOU (3.5);
                                       REVIEW ATTRITION MOTIONS AND 1113/1114
                                       MOTION PREVIOUSLY FILED (4.6);
                                       TELECONFERENCE WITH TEAM RE: MOU (0.3);
                                       TELECONFERENCES WITH J. KASTER RE:
                                       MOTION (1.0); REVIEW AND REVISE
                                       MULTIPLE DRAFTS OF THE MOTION SEEKING
                                       APPROVAL OF SETTLEMENT BETWEEN GM, UAW
                                       AND DELPHI (8.9).

KALOUDIS D        06/23/07      3.30   REVIEW DRAFT OF MOTION FOR APPROVAL OF
                                       SETTLEMENT BETWEEN GM, UAW AND DELPHI
                                       (2.5); TELECONFERENCE WITH TEAM RE:
                                       SAME (0.8).

KALOUDIS D        06/24/07      1.00   REVIEW EMAIL CORRESPONDENCE RE: MOTION
                                       FOR APPROVAL OF SETTLEMENT AGREEMENT
                                       (1.0).

KALOUDIS D        06/25/07      9.60   TEAM MEETING RE: MOTION FOR APPROVAL OF
                                       SETTLEMENT AGREEMENT (1.5); ANALYZE MOU
                                       AND DRAFT CHART OF EFFECTIVE DATES OF
                                       PROVISIONS (6.7); INCORPORATE COMMENTS
                                       (1.4).

KALOUDIS D        06/26/07      0.40   REVIEW REVISED UAW MOTION (0.4).

KALOUDIS D        06/27/07      0.80   REVIEW REVISED MOTION FOR APPROVAL OF
                                       SETTLEMENT WITH UAW (0.8).

                               33.40

KOHUT RD          06/06/07      1.10   SPLINTER UNION STATUS CONFERENCE (0.7);
                                       POST-STATUS CONFERENCE DISCUSSIONS
                                       (0.4).

KOHUT RD          06/07/07      1.20   COLLECTIVE BARGAINING NEGOTIATIONS
                                       STRATEGY TELECONFERENCE (0.6) AND
                                       FOLLOW UP DOCUMENT GATHERING AND REVIEW
                                       (0.6).

KOHUT RD          06/18/07      6.50   ATTENDANCE AT STATUS CONFERENCE (1.1);
                                       LEGAL RESEARCH ON 1114 PROCEDURAL
                                       ISSUES (5.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KOHUT RD        06/20/07    11.80  LEGAL RESEARCH ON 1114 PROCEDURAL
                                   ISSUES (3.4); ATTENDING TELECONFERENCE
                                   WITH OMM AND GROOM LAWYERS RE: 1114
                                   PROCEDURAL ISSUES (1.6); INTERNAL
                                   DISCUSSIONS RE: UAW ATTRITION PLAN
                                   (1.3); REVIEW OF UAW ATTRITION PLAN AND
                                   COMPARISON AGAINST PRIOR ATTRITION
                                   PLANS (2.6); REVIEW OF UAW-DELPHI-GM
                                   MEMORANDUM OF UNDERSTANDING (1.6);
                                   GATHERING OF PRIOR ATTRITION PLAN
                                   PRECEDENT DOCUMENTS (1.3).

KOHUT RD        06/21/07     2.70  1114 FACTUAL RECORD SEARCHING (2.7).

KOHUT RD        06/22/07     3.60  REVIEW OF 1114 COURT RECORD (0.6); UAW
                                   RESTRUCTURING AGREEMENT CONFERENCE
                                   CALLS (1.3); REVIEW OF UAW
                                   RESTRUCTURING AGREEMENT AND ITS
                                   EXHIBITS (1.7).

KOHUT RD        06/23/07     8.30  REVIEW OF UAW RESTRUCTURING AGREEMENT,
                                   ITS EXHIBITS, AND PRIOR ATTRITION
                                   PROGRAM MOTIONS (2.8); REVIEW AND
                                   COMMENT TO DRAFT UAW RESTRUCTURING
                                   AGREEMENT MOTION (4.5); UAW
                                   RESTRUCTURING AGREEMENT MOTION
                                   TELECONFERENCE (1.0).

KOHUT RD        06/24/07    10.60  DRAFTING OF, AND ENTERING REVISIONS TO,
                                   UAW RESTRUCTURING AGREEMENT MOTION AND
                                   RELATED PROPOSED ORDER (10.6).

KOHUT RD        06/25/07     9.80  WEEKLY CONFERENCE CALL (0.6); DRAFT OF,
                                   AND ENTER REVISIONS TO, UAW
                                   RESTRUCTURING AGREEMENT MOTION AND
                                   RELATED PROPOSED ORDER, INFORMATIONAL
                                   NOTICE AND NOTICE OF MOTION (9.2).

KOHUT RD        06/26/07     8.20  DRAFT OF, AND ENTERING REVISIONS TO, UAW
                                   RESTRUCTURING AGREEMENT MOTION AND
                                   RELATED PROPOSED ORDER, INFORMATIONAL
                                   NOTICE AND NOTICE OF MOTION (8.2).

KOHUT RD        06/27/07     8.60  DRAFT OF, AND ENTER REVISIONS TO, UAW
                                   RESTRUCTURING AGREEMENT MOTION AND
                                   RELATED PROPOSED ORDER, INFORMATIONAL
                                   NOTICE AND NOTICE OF MOTION (8.6).

KOHUT RD        06/28/07    14.70  DRAFT OF, AND ENTER REVISIONS TO, UAW
                                   RESTRUCTURING AGREEMENT MOTION AND
                                   RELATED PROPOSED ORDER, INFORMATIONAL
                                   NOTICE AND NOTICE OF MOTION (14.7).

KOHUT RD        06/29/07    12.70  DRAFT OF, AND ENTER REVISIONS TO, UAW
                                   RESTRUCTURING AGREEMENT MOTION AND
                                   RELATED PROPOSED ORDER, INFORMATIONAL
                                   NOTICE AND NOTICE OF MOTION (9.5);
                                   DISCUSSIONS WITH UAW COUNSEL (0.5);
                                   GATHER AND REVIEW OF EXHIBITS FOR MOTION
                                   AND ORDER IN PREPARATION FOR FILING
                                   (2.7).

                             99.80

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| STUART NL | 06/20/07 | 3.20 | RESEARCH RE: APPLICATION OF BENEFIT GUARANTEE AND RELATED INDEMNITY (3.2). |
| STUART NL | 06/26/07 | 4.30 | REVIEW UAW RELATED MOTION AND ASSOCIATED MOU DOCUMENTS (4.3). |
| | | 7.50 | |
| **Total Associate** | | **214.00** | |
| CHAVALI A | 06/07/07 | 0.40 | ASSIST WITH DRAFTING EMAIL TO 1113/1114 PARTICIPANTS (0.4). |
| CHAVALI A | 06/12/07 | 0.40 | DRAFT EMAIL RE: 1113/114 MEET AND CONFER (0.4). |
| CHAVALI A | 06/13/07 | 1.30 | ASSIST WITH MEET AND CONFER PREPARATIONS (1.3). |
| CHAVALI A | 06/25/07 | 1.20 | ARRANGE FOR 1113/1114 STATUS CONFERENCES (0.6); ARRANGE FOR 1113/1114 STATUS CONFERENCE (0.6). |
| CHAVALI A | 06/26/07 | 2.60 | ATTEND STATUS CONFERENCE (0.6); REVISE THIRD 1113/1114 SUSPENSION ORDER (0.6); REVISE 1113/1114 SUSPENSION ORDER AND PREPARE FOR SUBMISSION TO COURT (1.4). |
| CHAVALI A | 06/27/07 | 2.40 | PREPARE CLAIMS STIPULATIONS ON DISK (2.4). |
| CHAVALI A | 06/28/07 | 1.30 | ASSIST WITH COORDINATING SERVICE OF UAW PLEADINGS (0.6); DISTRIBUTE PLEADINGS (0.4); REVISE 1113/1114 AND GM SUSPENSION ORDER (0.3). |
| CHAVALI A | 06/29/07 | 0.90 | UPDATE SERVICE LIST FOR UAW MOTION (0.5); COORDINATE FILING (0.4). |
| | | 10.50 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ZSOLDOS AF        06/07/07      1.40   RESEARCH VARIOUS AGREEMENTS IN
                                       1113.1114 PLEADINGS AND SEND TO
                                       ATTORNEY FOR REVIEW (1.4).

ZSOLDOS AF        06/15/07      1.40   RESEARCH RE: MOTION TO APPOINT
                                       RETIREMENT COMMITTEE (0.4); SEARCH
                                       DOCKET FOR TRANSCRIPT (1.0).

ZSOLDOS AF        06/26/07      1.10   ASSIST WITH PREPARATION FOR STATUS
                                       CONFERENCE (1.1).

ZSOLDOS AF        06/28/07      2.40   REVIEW, UPDATE, AND SEND SERVICE LIST
                                       FOR UAW SETTLEMENT MOTION (2.4).

ZSOLDOS AF        06/29/07      4.60   COORDINATE SERVICE WITH KCC RE:
                                       UPCOMING MOTION TO BE FILED (0.8);
                                       REVIEW AND UPDATE SERVICE LISTS (1.1);
                                       COMPILE EXHIBITS AND REVIEW ACTUAL
                                       DOCUMENT WITH ATTORNEYS (1.3);
                                       ELECTRONICALLY FILE UAW SETTLEMENT
                                       MOTION (0.8); DISTRIBUTE DOCUMENT AS
                                       FILED (0.2); CONFIRM SERVICE (0.4).

                               10.90

Total Legal Assistant          21.40

TOTAL TIME                    <u>572.20</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**　　　　　　　　　　　　　　　**Bill Date: 07/31/07**
**Employee Matters (Labor Unions)**　　　　　　　　　　**Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/08/07 | Copy Center, D | 49.98 |
| In-house Reproduction | 06/15/07 | Copy Center, D | 22.69 |
| In-house Reproduction | 06/26/07 | Copy Center, D | 15.80 |
| In-house Reproduction | 06/26/07 | Copy Center, D | 166.35 |
| In-house Reproduction | 06/29/07 | Copy Center, D | 76.18 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$331.00** |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 5.69 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 13.25 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 2.14 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.62 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.30 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$22.00** |
| Westlaw | 06/18/07 | Kohut RD | 265.66 |
| Westlaw | 06/20/07 | Kohut RD | 560.92 |
| Westlaw | 06/22/07 | Campanario ND | 239.80 |
| Westlaw | 06/23/07 | Campanario ND | 95.12 |
| Westlaw | 06/24/07 | Grant K | 496.37 |
| Westlaw | 06/24/07 | Kohut RD | 8.62 |
| Westlaw | 06/24/07 | Campanario ND | 280.47 |
| Westlaw | 06/25/07 | Grant K | 54.49 |
| Westlaw | 06/25/07 | Campanario ND | 156.85 |
| Westlaw | 06/28/07 | Boden JR | 748.86 |
| Westlaw | 06/29/07 | Kohut RD | 4.84 |
| | | **TOTAL WESTLAW** | **$2,912.00** |
| Reproduction - color | 06/08/07 | Copy Center, D | 9.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$9.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Vendor Hosted Telecon- ferencing | 05/03/07 | Teleconferencing Services, LLC | 0.18 |
| Vendor Hosted Telecon- ferencing | 05/03/07 | Teleconferencing Services, LLC | 15.23 |
| Vendor Hosted Telecon- ferencing | 05/17/07 | Teleconferencing Services, LLC | 7.91 |
| Vendor Hosted Telecon- ferencing | 05/22/07 | Teleconferencing Services, LLC | 12.17 |
| Vendor Hosted Telecon- ferencing | 05/23/07 | Teleconferencing Services, LLC | 19.12 |
| Vendor Hosted Telecon- ferencing | 06/06/07 | Teleconferencing Services, LLC | 25.60 |
| Vendor Hosted Telecon- ferencing | 06/10/07 | Teleconferencing Services, LLC | 25.60 |
| Vendor Hosted Telecon- ferencing | 06/11/07 | Teleconferencing Services, LLC | 7.42 |
| Vendor Hosted Telecon- ferencing | 06/20/07 | Teleconferencing Services, LLC | 14.33 |
| Vendor Hosted Telecon- ferencing | 06/22/07 | Teleconferencing Services, LLC | 4.02 |
| Vendor Hosted Telecon- ferencing | 06/23/07 | Teleconferencing Services, LLC | 25.00 |
| Vendor Hosted Telecon- ferencing | 06/23/07 | Teleconferencing Services, LLC | 0.12 |
| Vendor Hosted Telecon- ferencing | 06/25/07 | Teleconferencing Services, LLC | 38.85 |
| Vendor Hosted Telecon- ferencing | 06/25/07 | Teleconferencing Services, LLC | 5.64 |
| Vendor Hosted Telecon- ferencing | 06/28/07 | Teleconferencing Services, LLC | 17.03 |
| Vendor Hosted Telecon- ferencing | 06/29/07 | Teleconferencing Services, LLC | 14.93 |
| Vendor Hosted Telecon- ferencing | 06/29/07 | Teleconferencing Services, LLC | 16.85 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$250.00** |
| Air/Rail Travel (external) | 06/19/07 | Butler, Jr. J | 118.00 |
| Air/Rail Travel (external) | 06/24/07 | Butler, Jr. J | 118.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$236.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Travel | 06/19/07 | Butler, Jr. J | 101.03 |
| Out-of-Town Travel | 06/19/07 | Butler, Jr. J | 47.94 |
| Out-of-Town Travel | 06/19/07 | Butler, Jr. J | 11.99 |
| Out-of-Town Travel | 06/24/07 | Butler, Jr. J | 91.68 |
| Out-of-Town Travel | 06/24/07 | Butler, Jr. J | 9.49 |
| Out-of-Town Travel | 06/24/07 | Butler, Jr. J | 114.87 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$377.00** |
| Messengers/ Courier | 06/21/07 | Dist Serv/Mail/Page, D | 6.64 |
| Messengers/ Courier | 06/26/07 | Dist Serv/Mail/Page, D | 6.64 |
| Messengers/ Courier | 06/29/07 | Quick Int'l - Ny | 582.72 |
| | | **TOTAL MESSENGERS/ COURIER** | **$596.00** |
| Out-of-Town Meals | 06/19/07 | Butler, Jr. J | 20.80 |
| Out-of-Town Meals | 06/24/07 | Butler, Jr. J | 14.20 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$35.00** |
| Printing to paper from TIF | 06/25/07 | Copy Center, D | 85.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$85.00** |
| | | **TOTAL MATTER** | **$4,853.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                          **Bill Date: 08/31/07**
**Employee Matters (Labor Unions)**                  **Bill Number: 1178615**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERKE JS | 07/13/07 | 0.70 | DELPHI LABOR STRATEGY CALL (0.7). |
| BERKE JS | 07/19/07 | 1.00 | CONSIDERATION OF ISSUES FOR UPCOMING STATUS CONFERENCE (1.0). |
| BERKE JS | 07/23/07 | 0.80 | REVIEW AND CONSIDER IUE CONTRACT TERMINATION NOTICE (0.8). |
| BERKE JS | 07/25/07 | 3.80 | WORK ON APPROVAL MOTION, REVIEW, COMMENT STRATEGY (3.8). |
| BERKE JS | 07/30/07 | 4.10 | REVIEW DRAFTS OF SPLINTER MOTION BRIEFS, COMMENTS TO BRIEF (2.6); CONFERENCE CALL RE: MOTINS (0.8); OFFICE CONFERENCES AND TELCONS RE: MOTION (0.7)). |
| | | **10.40** | |
| BUTLER, JR. J | 07/01/07 | 0.60 | CONTINUE TO REVIEW INITIAL PROPOSAL RE: DELPHI/IUE-CWA/GM MEMORANDUM OF UNDERSTANDING AND ATTACHMENTS (0.6). |
| BUTLER, JR. J | 07/05/07 | 0.70 | RECEIVE AND BEGIN TO REVIEW REVISED MOUS FOR USW LOCALS AT HOME AVENUE AND VANDALIA (0.5); EMAILS TO/FROM B. SAX RE: STATUS OF IUE-CWA AND USW BARGAINING AND NEXT STEPS (0.2). |
| BUTLER, JR. J | 07/06/07 | 0.30 | REVIEW SECTION 8(D) NOTICES AND EMAILS FROM/TO B. SAX RE: SAME (0.3). |
| BUTLER, JR. J | 07/08/07 | 0.60 | CONTINUE TO REVIEW IUE-CWA AND USW HOME AVENUE AND VANDALIA DRAFT MOUS (0.6). |
| BUTLER, JR. J | 07/09/07 | 0.80 | CONTINUE TO PREPARE FOR JULY 10TH WORKING GROUP MEETING IN NEW YORK CITY WITH J. SHEEHAN, S. CORCORAN, D. RESNICK, B. SHAW, R. EISENBERG AND OTHERS RE: PREPARATION FOR JULY 19TH OMNIBUS HEARING APPROVAL OF UAW-DELPHI-GM MOU AND STATUS OF OTHER UNION NEGOTIATIONS (0.6); TELECONFERENCE WITH B. LEVINE RE EPCA/UAW MATTERS (0.2). |
| BUTLER, JR. J | 07/10/07 | 1.90 | TELECONFERENCE WITH DELPHI AND CREDITORS COMMITTEE REPRESENTATIVES RE: CREDITORS' COMMITTEE DUE DILIGENCE ON UAW-DELPHI-GM MOU (1.3); EMAILS FROM/TO B. ROSENBERG RE UCC REVIEW OF UAW MOU (0.2); EMAILS FROM/TO J SHEEHAN AND R. EISENBERG RE POTENTIAL UAW OBJECTION (0.2); EMAILS FROM/TO B. SAX RE UAW MOU MATTERS (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J   07/11/07   1.20   WORK ON IUE-CWA MATTERS INCLUDING
REVIEW OF BLACKLINED COUNTERPROPOSAL
(0.4); REVIEW IUE-DWA MATERIALS AND
EMAIL FROM B. SAX (0.4); FOLLOW-UP
MANDATORY CHAMBERS CONFERENCE RELATING
TO EPCA TERMINATION (0.2); REVIEW J.
SHEEHAN DECLARATION IN SUPPORT OF UAW
MOU (0.2).

BUTLER, JR. J   07/12/07   1.10   FOLLOW-UP ON UAW MOU APPROVAL MOTION
MATTERS INCLUDING RESOLUTION OF NEW
YORK AG POTENTIAL OBJECTION (0.3);
EMAILS FROM/TO E. FOX, B. SAX AND S.
CORCORAN RE: WILMINGTON TRUST REVIEW OF
UAW MOU AND RELATED MATTERS (0.3);
EMAILS FROM/TO B. SAX RE: IUE-CWA CLAIMS
MATTERS (0.2); CONTINUE TO REVIEW DRAFT
OF J. SHEEHAN DECLARATION IN SUPPORT OF
UAW MOU INCLUDING EMAIL FROM B. SAX
(0.3).

BUTLER, JR. J   07/13/07   1.40   EMAILS FROM/TO B. ROSENBERG RE:
CREDITORS' COMMITTEE DECISION TO
SUPPORT UAW MOTION (0.1); EMAILS
FROM/TO B. CECOTTI RE: SAME (0.1);
REVIEW AND COMMENT ON REVISED UAW DRAFT
ORDER RESOLVING NEW YORK AG AND
WILMINGTON TRUST INQUIRIES (0.2); BEGIN
TO REVIEW CURRENT DRAFTS OF IUE-CWA
MATERIALS AND EMAIL FROM B. SAX RE SAME
(0.5); EMAILS FROM/TO K. BUTLER RE
IUE-CWA BARGAINING AVAILABILITY AND
RELATED MATTERS (0.2); BEGIN TO REVIEW
MATERIALS AND EMAIL FROM B. SAX RE USW
MOU (0.3). .

BUTLER, JR. J   07/15/07   0.60   TELECONFERENCE WITH K. BUTLER RE:
IUE-CWA AND SPLINTER GROUP BARGAINING
MATTERS (0.2); REVIEW DELPHI-GM
COUNTERPROPOSAL TO IUE (0.4).

BUTLER, JR. J   07/17/07   0.60   CONTINUE TO PREPARE FOR JULY 19TH
OMNIBUS HEARING BEFORE JUDGE DRAIN IN
NEW YORK BANKRUPTCY COURT RE:
UAW-DELPHI-GM MOU INCLUDING
PREPARATION OF EVIDENTIARY MATTERS AND
REVIEW OF REVISED ORDER (0.4); REVIEW
DATA REQUEST FROM B. MEHLSACK (0.2).

BUTLER, JR. J   07/18/07   1.20   CONTINUE TO PREPARE FOR JULY 19TH
OMNIBUS HEARING BEFORE JUDGE DRAIN IN
NEW YORK BANKRUPTCY COURT RE
UAW-DELPHI-GM MOU (0.6); EMAILS FROM/TO
E. FOX RE SAME (0.1); REVIEW AND COMMENT
ON PROPOSED REVISION TO UAW APPROVAL
ORDER (0.3); EMAIL FROM/TO B. SAX RE
NON-REPRESENTED EMPLOYEES UNIVERSE
(0.2).

B43E

BUTLER, JR. J    07/19/07    3.90    PREPARE FOR (0.7) AND ATTEND (0.5)
                                     OMNIBUS HEARING BEFORE JUDGE DRAIN IN
                                     NEW YORK BANKRUPTCY COURT RE:
                                     UAW-DELPHI-GM MOU; PREPARE FOR (0.4)
                                     AND ATTEND (0.3) SECTION 1113/1114
                                     CHAMBERS CONFERENCE BEFORE JUDGE DRAIN
                                     IN NEW YORK BANKRUPTCY COURT; PREPARE
                                     FOR (0.3) AND PARTICIPATE IN (1.7)
                                     SENIOR MANAGEMENT STRATEGY
                                     TELECONFERENCE WITH R. O'NEAL, J.
                                     SHEEHAN, K. BUTLER, J. BERTRAND ET. AL.
                                     RE: FIVE REMAINING LABOR UNION
                                     NEGOTIATIONS.

BUTLER, JR. J    07/20/07    0.60    CONTINUE TO WORK ON NEXT STEPS FOR FIVE
                                     REMAINING LABOR UNION NEGOTIATONS
                                     (0.4); EMAIL FROM R. O'NEAL RE IUE-CWA
                                     TERMINATION NOTICE AND NEXT STEPS
                                     (0.2).

BUTLER, JR. J    07/21/07    0.30    EMAIL FROM B. SAX RE: IUE-CWA MATTERS
                                     AND EVALUATE NEXT STEPS (0.3).

BUTLER, JR. J    07/23/07    0.80    CONTINUE TO EVALUATE OPEN ISSUES WITH
                                     NON-REPRESENTED EMPLOYEES AND NEXT
                                     STEPS INCLUDING EMAIL FROM B. SAX RE
                                     SAME (0.4); REVIEW ERISA PLAINTIFFS'
                                     STIPULATION (0.2); REVIEW INFORMATION
                                     REQUEST FROM SPLINTER UNIONS (0.2).

BUTLER, JR. J    07/25/07    1.80    TELECONFERENCE WITH M. ROBBINS RE:
                                     SPLINTER UNION NEGOTIATIONS AND NEXT
                                     STEPS (0.3); REVIEW IUE, IAM, IBEW AND
                                     IUOE DRAFT DOCUMENTS (0.8); EMAILS
                                     FROM/TO B. SAX AND CONTINUE TO EVALUATE
                                     NON-REP ISSUES (0.4); REVIEW AND
                                     COMMENT ON DRAFT SUSPENSION ORDER
                                     (0.1); EMAILS FROM/TO J. SHEEHAN AND D.
                                     SHERRICK RE UAW CLAIMS MATTERS (0.2)..

BUTLER, JR. J    07/26/07    1.00    PREPARE FOR (0.2) AND PARTICIPATE IN
                                     (0.3) TELECONFERENCE WITH D. SHERRICK
                                     AND J. SHEEHAN RE: MONETIZATION OF UAW
                                     SHARE ALLOCATION IN RIGHTS OFFERING;
                                     REVIEW AND FINALIZE FIFTH SUSPENSION
                                     ORDER (0.1); FOLLOW-UP ON IAM/IBEW/IUOE
                                     SETTLEMENT MATTERS (0.4).

BUTLER, JR. J    07/29/07    0.60    REVIEW CURRENT IAM, IBEW AND IUOE MOUS
                                     AND EXHIBITS (0.6).

                            20.00

COCHRAN EL       07/26/07    1.90    TELECONFERENCE WITH "SPLINTER" UNIONS
                                     RE: EPCA ISSUES (1.2); PREPARE FOR UNION
                                     CALL (0.7).

                             1.90

FURFARO JP       07/02/07    2.80    REVIEW OF CBA PROPOSAL (0.8); REVIEW OF
                                     POR AGENDA/REVISIONS (0.8); REVIEW OF
                                     DRAFT DISCLOSURE FILING (1.1);
                                     CONFERENCE WITH B. SAX RE: NOTICE ISSUE
                                     (0.1).

| | | | |
|---|---|---|---|
| FURFARO JP | 07/06/07 | 2.00 | REVIEW OF CBA ISSUE RE: NOTICES (0.7); REVISIONS TO DRAFT CORRESPONDNECE (0.9); UPDATE ON CASE ADMINISTRATION (0.1); RESPONSE TO EMPLOYEE/RETIREE INQUIRIES (0.3). |
| FURFARO JP | 07/09/07 | 4.30 | CONFERENCE WITH B. SAX AND WORKING GROUP RE: UNION AGREEMENT MOTIONS/RESPONSES TO INQUIRIES (0.5); REVIEW OF MATERIALS FOR FOLLOW UP ON MOTIONS TO UAW AGREEMENT (2.3); REVIEW OF DRAFT REVISIONS TO DISCLOSURE (0.7); REVIEW OF AGENDA ITEMS FOR WORKING GROUP MEETING/PREPARATION (0.8). |
| FURFARO JP | 07/10/07 | 5.80 | MEETING WITH S. CORCORAN AND WORKING GROUP RE: LABOR ISSUES (0.9); REVIEW OF ISSUES/QUESTIONS RAISED BY COMMITTEE RE: APPROVAL OF UAW MOTION (2.8); REVIEW OF DRAFT DECLARATIONS (1.1); ITEMS FOR PREPARATION OF COURT PAPERS FOR ADDITIONAL UNION AGREEMENTS (1.0). |
| FURFARO JP | 07/11/07 | 4.10 | REVIEW OF MATERIALS FOR COMMITTEE PRESENTATIONS (1.2); ANALYZE/ADDRESS AG COMMENTS (1.0); REVIEW OF DRAFT RESTRUCTURING AGREEMENT (1.3); REVIEW OF ISSUE RE: CHR CLAIM (0.6). |
| FURFARO JP | 07/12/07 | 5.40 | REVIEW OF DRAFT DECLARATIONS/REVISIONS (1.6); RESPONSE TO AG REQUEST (0.9); REVIEW OF REVISED RESTRUCTURING AGREEMENT (1.7); REVIEW OF RESEARCH RE: NON-REPRESENTED HOURLY (0.4); REVIEW OF REVISED IUE AGREEMENT (0.8). |
| FURFARO JP | 07/13/07 | 5.90 | CASE ADMINISTRATION WITH PARTNERS (1.0); REVIEW OF RESTRUCTURING AGREEMENTS AND REVISIONS (1.7); REVIEW OF DRAFT PRESENTATION/REVISIONS (1.6); REVIEW OF REVISED ORDER RE: UAW MOTION (0.7); REVIEW OF 1114 RESEARCH (0.9). |
| FURFARO JP | 07/14/07 | 0.10 | REVIEW OF OBJECTION (0.1). |
| FURFARO JP | 07/16/07 | 0.70 | REVIEW OF UPDATE TO PROPOSALS (0.4); PREPARE FOR HEARING (0.3). |
| FURFARO JP | 07/17/07 | 4.40 | REVIEW OF DECLARATIONS FOR MOTION/FINALIZE (1.3); REVIEW OF REVISED ORDER/COMMENTS (0.8); REVIEW OF RESEARCH RE: RETIREE BENEFITS (0.9); REVIEW OF DRAFT MOTION FOR APPROVAL OF POSSIBLE NEW SETTLEMENT (1.4). |
| FURFARO JP | 07/18/07 | 5.50 | FINALIZE DECLARATIONS (0.8); FINALIZE REVISED ORDER/COMMENTS (1.0); ANALYSIS OF 1114 BENEFITS ISSUES (1.3); REVIEW OF EFFECTIVE DATE OF ORDER ISSUE (0.2); PREPARATION OF MOTIONS FOR APPROVAL/REVIEW TERMS (1.2); REVIEW/REVISE DISCLOSURE (1.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FURFARO JP      07/19/07      7.10   PREPARE. FOR/ATTEND COURT HEARING TO
                                     APPROVE UAW AGREEMENT (4.2); REVIEW OF
                                     REVISED COURT PAPERS/FILINGS (0.8);
                                     PREPARE FOR/ATTEND 1113/1114 COURT
                                     CONFERENCE (2.1).

FURFARO JP      07/20/07      2.50   REVIEW OF REVISED SCHEDULING ORDER
                                     (0.6); REVIEW OF 1114 ISSUES/RESEARCH
                                     RE: BENEFITS ITEMS (1.0); REVIEW
                                     EMAILS/SERVICE OF MPC (0.3); REVIEW OF
                                     8(D) NOTICES/EMAILS RE: SAME (0.6).

FURFARO JP      07/23/07      2.60   REVIEW OF SCHEDULING ORDER (0.8);
                                     REVIEW OF EMAIL/UPDATE TO 8(D) NOTICE
                                     (0.2); REVIEW OF MATERIAL/MEMO RE:
                                     NON-REPRESENTED HOURLY (1.1); REVIEW OF
                                     DRAFT DISCLSOURE (0.4); REVIEW OF
                                     INSERT FOR EXTENSION REQUEST (0.1).

FURFARO JP      07/24/07      2.70   REVIEW OF INFORMATION REQUEST/RESPONSE
                                     (1.2); REVIEW OF DRAFT 1114
                                     FILING/REVISIONS (1.4); SCHEDULING
                                     ORDER (0.1).

FURFARO JP      07/25/07      3.20   REVIEW OF REQUEST FOR INFORMATION
                                     (0.9); REVIEW OF REVISIONS TO DRAFT
                                     MOTION RE: BENEFITS (1.6); REVIEW OF
                                     MATERIALS RE: NEGOTIATIONS WITH
                                     SPLINTER UNION (0.7).

FURFARO JP      07/26/07      4.10   RESPOND TO ISSUES/POINTS RAISED BY
                                     SPLINTER UNIONS RE: EPCA (1.8); REVIEW
                                     OF SPLINTER PROPOSALS (0.9); REVIEW OF
                                     SUMMARY MEMO (0.2); REVIEW OF UPDATED
                                     IUE PROPOSALS (0.7); REVIEW OF MOTIONS
                                     FOR APPROVAL (0.5).

FURFARO JP      07/27/07      5.60   PREPARE FOR AND PARTICIPATE IN STRATEGY
                                     WORKING GROUP TELECONFERENCES (1.3);
                                     RESPONSE TO CORRESPONDENCE/REQUESTS
                                     FOR INFORMATION FROM UNION COUNSEL
                                     (1.1); REVIEW OF DRAFT OF MEMOS OF
                                     AGREEMENT WITH UNIONS (1.0);
                                     PREPARATION/DISUCSSION OF REMAINING
                                     LABOR MOTIONS (2.2).

FURFARO JP      07/29/07      1.60   REVIEW OF PROPOSALS (1.3); REVIEW OF
                                     POINTS RE: GM AGREEMENTS (0.3).

FURFARO JP      07/30/07      4.30   REVIEW OF DRAFT AGREEMENTS/COMPARISON
                                     TO UAW AGREEMENT (1.3); REVIEW OF
                                     RESEARCH RE: NON-REPRESENTED MOTION
                                     (1.0); CONFERENCE WITH B. SAX AND
                                     WORKING GROUP RE: LABOR ISSUES (0.9);
                                     PREPARATION OF MOTION (1.1).

FURFARO JP      07/31/07      4.10   FINALIZE UNION AGREEMENTS WITH IAM/IBEW
                                     (1.2); PREPARATION OF MOTION FOR
                                     APPROVAL (2.7); REVIEW OF DRAFT
                                     PRESENTATION (0.2).

                             78.80

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOGAN III AL | 07/10/07 | 2.70 | REVIEW QUESTIONS FROM ADVISORS TO CREDITORS' COMMITTEE RE: UAW MOU MOTION, AND PREPARE FOR AND PARTICIPATE IN DUE DILIGENCE CALLS WITH COMMITTEE COUNSEL RE: SAME (2.3); PREPARE FOR POTENTIAL OBJECTION TO UAW MOTION (0.4). |
| HOGAN III AL | 07/11/07 | 2.00 | CONTINUE REVIEW OF UAW MOTION, AND DEVELOPMENT OF DECLARATIONS AND EVIDENCE FOR HEARING (2.0). |
| HOGAN III AL | 07/12/07 | 0.80 | REVIEW LATEST DRAFT DECLARATIONS IN CONNECTION WITH UAW MOTION (0.8). |
| HOGAN III AL | 07/17/07 | 5.40 | CONTINUE PREPARATIONS FOR OMNIBUS HEARING MATTERS, AND REVIEW OF J. SHEEHAN AND K. BUTLER DECLARATIONS, AND DRAFT AND EDIT FINAL UAW MOU FILING MOTION (5.4). |
| HOGAN III AL | 07/18/07 | 3.20 | FINALIZE PAPERS AND PREPARATIONS FOR OMNIBUS HEARING MATTERS, INCLUDING DASE FUNDING AND UAW MOU DECLARATIONS, AND UAW FINAL PAPER (3.2). |
| HOGAN III AL | 07/20/07 | 3.10 | MULTIPLE DISCUSSIONS WITH CO-COUNSEL RE: MDL MEDIATION PREPARATIONS, AND PREPARE FOR MEDIATION SESSIONS (3.1). |
| | | **17.20** | |
| MARAFIOTI KA | 07/09/07 | 0.80 | TELECONFERENCE WITH B. SAX, O'MELVENY RE: UAW INQUIRIES (0.5); WORK ON MOTIONS FOR APPROVAL OF OTHER UNION DEALS (0.1); CORRESPONDENCE REVIEW (0.2). |
| MARAFIOTI KA | 07/10/07 | 0.70 | TELECONFERENCE FROM V. MELWANI RE: UAW MOU (0.1); TELECONFERENCE FROM N. LORD ( NY ATTORNEY GENERAL'S OFFICE) RE: WORKERS' COMP ISSUES IN CONNECTION WITH UAW MOU (0.1); CORRESPONDENCE EXCHANGE WITH B. SAX (0.2); SECOND TELECONFERENCE WITH LORD (0.1); CORRESPONDENCE RE: EQUITY POSITION IN CONNECTION WITH UAW MOU (0.2). |
| MARAFIOTI KA | 07/11/07 | 0.10 | WORK ON ISSUES IN CONNECTION WITH REVISIONS TO 1113/1114 AND GM SCHEDULING ORDER (0.1). |
| MARAFIOTI KA | 07/12/07 | 1.80 | REVIEW ADDITIONAL LANGUAGE FOR UAW MOU ORDER RE: NY ATTORNEY GENERAL ISSUE (0.2) AND TELECONFERENCES B. SAX (0.1) AND N. LORD RE: SAME (0.1); EXCHANGES OF CORRESPONDENCE RE: SAME (0.6) AND CONSIDER ISSUES RE: SAME (0.3); WORK RE: 4TH AMENDED SCHEDULING ORDER (0.5). |
| MARAFIOTI KA | 07/13/07 | 0.20 | REVIEW REVISIONS TO UAW APPROVAL ORDER (0.1) AND RELATED CORRESPONDENCE (0.1). |
| MARAFIOTI KA | 07/16/07 | 0.40 | WORK ON ISSUES RE: UAW MOU APPROVAL MOTION (0.2) AND RELATED CORRESPONDENCE (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 07/17/07 | 0.50 | WORK ON ISSUES RE: HEARING ON UAW MOTION (0.1); WORK ON SHEEHAN DECLARATION IN SUPPORT OF UAW MOTION (0.4). |
| MARAFIOTI KA | 07/18/07 | 1.00 | CONSIDER ISSUES RE: SUPPORTING DECLARATIONS FOR UAW MOU (0.1); CORREASPONDENCE FROM UAW RE: REVISED ORDER AND CONSIDERATION OF SAME (0.4); TELECONFERENCE WITH B. CECCOTTI RE: SAME (0.1); TELECONFERENCES FROM B. SAX RE: ORDER (0.2); FOLLOWUP CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 07/19/07 | 1.20 | WORK ON REVISIONS TO UAW ORDER WITH COUNSEL TO UAW AND GM (0.1); PREPARE FOR STATUS CONFERENCE (0.2); ATTEND STATUS CONFERENCE (0.6); REVIEW AND REVISE SCHEDULING ORDER (0.2); CORRESPONDENCE RE: MOU ISSUES (0.1). |
| MARAFIOTI KA | 07/20/07 | 0.50 | REPORT ON DISTRICT COURT APPEAL FOR IVE ATTRITION PROGRAM (0.1); CORRESPONDENCE RE: LABOR ISSUES (0.4). |
| MARAFIOTI KA | 07/23/07 | 1.20 | CORRESPONDENCE RE: IUE TERMINATION NOTICES (0.2); DEVELOP STRATEGY RE: IUE ISSUES (0.8); CORRESPONDENCE FROM CLIENT RE: NON-REPRESENTED ACTIVE AND RETIRED EMPLOYEES (0.2). |
| MARAFIOTI KA | 07/24/07 | 2.50 | REVIEW SECTION 1114 PRECEDENT (1.2); TELECONFERENCE FROM J. KASTIN RE: NON-REPRESENTED EMPLOYEE ISSUES (0.1) AND RELATED CORRESPONDENCE (0.1); REVIEW AND REVISE DRAFT MOTION RE: UNREPRESENTED EMPLOYEES AND RETIREES (0.8); REVIEW RESEARCH RE: IUE TERMINATION NOTICE (0.2); CORRESPONDENCE FROM IAM/IBEW/IUOE RE: REVISED EPCA (0.1). |
| MARAFIOTI KA | 07/25/07 | 0.60 | CORRESPONDENCE RE: SPLINTER UNINS' DOCUMENT REQUEST (0.2) AND PROPOSALS (0.2); WORK ON LABOR ISSUES (0.2). |
| MARAFIOTI KA | 07/26/07 | 0.10 | UPDATE ON STATUS OF SPLINTER NEGOTIATIONS (0.1). |
| MARAFIOTI KA | 07/27/07 | 0.10 | CORRESPONDENCE FROM SPLINTER UNIONS RE: EPCA (0.1). |
| MARAFIOTI KA | 07/30/07 | 1.50 | TELECONFERENCE WITH B. SAX AND O'MELVENY RE: MOTIONS FOR APPROVAL OF REMAINING LABOR DEALS (1.0); TELECONFERENCE FROM B. CECCOTTI (0.2), RELATED CORRESPONDENCE (0.1), AND STUDY PLAN TERM SHEET PROVISIONS (0.2). |
| MARAFIOTI KA | 07/31/07 | 1.70 | CORRESPONDENCE RE: IAM AND IBEW DEVELOPMENTS (0.2); WORK ON INFORMATIONAL NOTICE (0.4), MAIN NOTICE (0.1), AND MOTION FOR APPROVAL OF IAM, IBEW AND IVOE SETTLEMENTS. (1.0). |

**14.90**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 07/09/07 | 1.00 | TELECONFERENCE WITH B. SAX, J. FURFARO, J. KASTIN RE: UAW MOU CALL (0.5); REVIEW CORRESPONDENCE (0.3) AND ANALYZE (0.2) RE: UAW MOU. |
| MEISLER RE | 07/10/07 | 1.10 | REVIEW DECLARATIONS OF J. SHEEHAN AND K. BUTLER RE: UAW MOUS (0.6) AND DRAFT INTERNAL EMAIL RE: SAME (0.1); REVIEW AND CONSIDER ISSUES RE: OTHER LABOR MATTERS (0.2); REVIEW AND CONSIDER UAW MOU BOARD RESOLUTIONS (0.2). |
| MEISLER RE | 07/12/07 | 0.50 | REVIEW AND COMMENT ON PRESENTATION RE: UAW MOU (0.5). |
| MEISLER RE | 07/17/07 | 0.30 | REVIEW AND COMMENT ON REPLY TO UAW MOU MOTION (0.3). |
| MEISLER RE | 07/18/07 | 0.50 | REVIEW AND CONSIDER UAW MOU (0.5). |
| MEISLER RE | 07/20/07 | 0.60 | REVIEW ENTERED UAW ORDER (0.2); DRAFT CORRESPONDENCE RE: MPC (0.1); TELECONFERENCE WITH T. RADOM RE: MPC SERVICE (0.1); TELECONFERENCE WITH T. RADOM AND S. CORCORAN RE: SAME; ATTEND TO SAME (0.2). |
| MEISLER RE | 07/23/07 | 0.40 | REVIEW AND RESPOND TO CORRESPONDENCE RE: IUE INFORMATION REQUEST (0.2); REVIEW CORRESPONDENCE RE: UNREPRESENTED EMPLOYEES (0.2). |
| MEISLER RE | 07/25/07 | 0.20 | REVIEW AND CONSIDER CORRESPONDENCE RE: 1114 MOTION (0.2). |
| | | **4.60** | |
| **Total Partner** | | **147.80** | |
| MACDONALD N | 07/17/07 | 2.50 | REVIEW DOCUMENTS RELATED TO EPCA, PSA, AND ATTRITION PROGRAMS IN PREPARATION FOR WILMINGTON TRUST CO. APPEALS (2.1); TELECONFERENCES WITH OPPOSING COUNSEL RE: SAME (0.2); TELECONFERENCE WITH COURT STAFF RE: PENDING STATUS HEARING IN WILMINGTON TRUST APPEALS (0.2). |
| MACDONALD N | 07/18/07 | 4.70 | CONTINUE REVIEW OF DOCUMENTS AND PLEADINGS IN PREPARATION FOR WILMINGTON TRUST CO. APPEALS (4.7). |
| MACDONALD N | 07/19/07 | 3.90 | CONTINUE REVIEW OF DOCUMENTS AND PLEADINGS IN PREPARATION FOR WILMINGTON TRUST CO. APPEAL STATUS HEARING (3.3); MEET AND CONFER WITH OPPOSING COUNSEL RE: MATTERS RELATED TO PENDING APPEAL (0.2); ATTEND STATUS HEARING (0.4). |
| | | **11.10** | |
| MATZ TJ | 07/02/07 | 1.30 | REVIEW AND PREPARE FOR UAW SETTLEMENT APPROVAL MOTION (0.7); TELECONFERENCES WITH J. KASTIN RE: SAME (0.3); TELECONFERENCE WITH R. D. KOHUT RE: SAME (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ          07/10/07     2.00   CONSIDER VARIOUS UNSECURED CREDITORS
                                     COMMITTEE MATERS RE: UAW SETTLEMENT
                                     APPROVAL MOTION (0.4); REVIEW
                                     CORRESPONDENCE FROM H. BAER RE: SAME
                                     (0.2); PARTICIPATE IN CONFERENCE CALL
                                     WITH B. ROSENBERG, M. SEIDER, H. BAER
                                     RE: UAW SETTLEMENT MOTION (1.4).

MATZ TJ          07/11/07     3.10   REVIEW AND RESPOND TO CHR CLAIM (0.4);
                                     REVIEW NY WORKERS COMPENSATION ISSUE,
                                     PROPOSED AMENDMENT TO PROPOSED UAW
                                     ORDER AND EDITS TO SAME (0.6); REVIEW
                                     EPCA/PSA  TERMINATION CHAMBERS
                                     CONFERENCE REQUIREMENT (0.3);  PREPARE
                                     REVISED 1113/1114 SCHEDULING ORDER
                                     (0.3); TELECONFERENCES WITH CHAMBERS
                                     RE: SAME (0.3); DRAFT EMAIL TO ALL
                                     1113/1114 RESPONDENTS RE: REVISED
                                     1113/1114 ORDER, CHAMBERS CONFERENCES
                                     (0.2); REVIEW CORRESPONDENCE FROM M.
                                     ROBBINS RE: REVISED 1113/1114
                                     SCHEDULING ORDER AND CALL FROM CHAMBERS
                                     RE: SAME (0.1); REVIEW CORRESPONDENCE
                                     FROM J. TANNENBAUM RE: SAME (0.2);
                                     REVIEW CORRESPONDENCE FROM R. SLIVINSKI
                                     RE: SAME (0.1); REVIEW CORRESPONDENCE
                                     FROM B. ROSENBERG RE: SAME (0.2); REVIEW
                                     CORRESPONDENCE FROM P. O'HERN RE: SAME
                                     (0.1); REVIEW CORRESPONDENCE FROM R.
                                     SZWAJKOS RE: SAME (0.1); TELECONFERENCE
                                     WITH CHAMBERS RE: SAME (0.2).

MATZ TJ          07/12/07     0.70   REVIEW AND COMMENT ON REVISED PROPOSED
                                     SCHEDULING ORDERS (0.3);
                                     CORRESPONDENCE WITH E. FOX RE:
                                     REVISIONS TO UAW SETTLEMENT APPROVAL
                                     ORDER (0.2); REVIEW REVISIONS TO ORDER
                                     RE: SAME (0.2).

MATZ TJ          07/13/07     1.80   FINAL REVIEW OF 1113/1114 4TH AMENDED
                                     SCHEDULING ORDER (0.3); FORWARD SAME TO
                                     CHAMBERS (0.1); TELECONFERENCE WITH
                                     CHAMBERS RE: SAME (0.2); REVIEW
                                     PROPOSED WILMINGTON TRUST ORDER TO USW
                                     MOU ORDER (0.2); TELECONFERENCE WITH J.
                                     KASTIN RE: UAW MOU MOTION SCRIPT (0.3);
                                     TELECONFERENCE WITH CHAMBERS RE: 7/19
                                     OMNIBUS HEARING (0.2); TELECONFERENCE
                                     WITH CHAMBERS RE: 7/19 OMNIBUS HEARING
                                     STATUS CONFERENCE (0.3);
                                     CORRESPONDENCE WITH M. ROBBINS RE: SAME
                                     (0.2).

MATZ TJ          07/16/07     0.50   TELECONFERENCE WITH CHAMBERS
                                     CONFIRMING 7/19 STATUS CONFERENCE
                                     (0.2); CORRESPONDENCE WITH COUNSEL RE:
                                     SAME (0.2); REVIEW HURLEY LETTER TO
                                     CHAMBERS RE: USW MEMORANDUM OF
                                     UNDERSTANDING MOTION (0.1).

MATZ TJ          07/17/07     0.40   TELECONFERENCE WITH B. SAX, J. KASTIN
                                     RE: UAW MOU APPROVAL MOTION (0.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 07/18/07 | 0.70 | CORRESPONDENCE WITH B. SAX RE: UAW MOU (0.2); REVIEW AND COMMENT ON DEBTORS REPLY RE: UAW MOU APPROVAL MOTION (0.2); PREPARE FOR 7/13 STATUS CONFERENCE (0.3). |
|---|---|---|---|
| MATZ TJ | 07/19/07 | 1.40 | ATTEND STATUS CONFERENCE RE: 1113/1114 AND ORDER TO SHOW CAUSE FOR EQUITY PURCHASE COMMITMENT AGREEMENT APPROVAL MOTION (0.6); DISCUSSION WITH CHAMBERS RE: 1113/1114 AMENDED SCHEDULING ORDER AND REVISIONS TO ORDER TO SHOW CAUSE (0.4); CORRESPONDENCE WITH S. CORCORAN RE: SAME (0.2); TELECONFERENCE WITH B. SAX RE: UAW ORDER, SERVICE RE: MPC (0.2). |
| MATZ TJ | 07/20/07 | 0.50 | CORRESPONDENCE WITH S. CORCORAN, T. RADOM, B. SAX RE: MPC SERVICE (0.3); REVIEW CONNECTED ORDERS, EXHIBITS (0.1); TELECONFERENCE WITH B. SAX RE: SAME (0.1). |
| MATZ TJ | 07/23/07 | 1.30 | REVIEW CORRESPONDENCE FROM B. SAX RE: NON-REPRESENTED EMPLOYEES AND CONSIDERING SAME (0.3); TELECONFERENCE WITH FROM J. KASTIN RE: 1114 MATTER (0.2); REVIEW AND COMMENT ON PROPOSED 5TH AMENDED SCHEDULING ORDER (0.3); REVIEW CORRESPONDENCE FROM J. SHEEHAN RE: OTHER UNIONS (0.3); CORRESPONDENCE WITH J. KASTIN RE: SAME (0.2). |
| MATZ TJ | 07/24/07 | 2.50 | TELECONFERENCE WITH J. KASTIN RE: IAM/IBEW DUE DILIGENCE REQUESTS (0.2); CONSIDER RESPONSE MATTERS (0.6); DISCUSSION WITH A. HOGAN RE: RESPONSE TO IAM/IBEW DILIGENCE REQUEST (0.2); REVIEW AND COMMENT ON SAME (0.6); CORRESPONDENCE WITH J. KASTIN AND B. SAX RE: POSSIBLE 1114 MOTION (0.3); REVIEW AND COMMENT ON SAME (0.3); FURTHER REVIEW AND COMMENT ON IAM/IBEW DILIGENCE RESPONSE (0.3). |
| MATZ TJ | 07/25/07 | 1.40 | REVIEW AND CONSIDER DILIGENCE RESPONSE TO IAM/IBEW ENQUIRY (0.6); REVIEW AND COMMENT ON RESPONSES TO M. ROBBINS RE: IAM/IBEW EQUITY PURCHASE COMMITMENT AGREEMENT MOTION (0.3); TELECONFERENCE WITH M. ROBBINS RE: PROPOSAL TO IAM/IBEW, EQUITY PURCHASE COMMITMENT AGREEMENT MOTION (0.4); REVIEW CORRESPONDENCE FROM L. PETERSON RE: SUSPENSION ORDER (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 07/26/07 | 1.90 | REVIEW CORRESPONDENCE FROM B. SAX RE: EQUITY PURCHASE COMMITMENT AGREEMENT MOTION DILIGENCE (0.2); REVIEW CORRESPONDENCE FROM S. CORCORAN RE: SAME (0.2); CONTINUE PREPARATION OF RESPONSE TO IAM/IBEW DILIGENCE REQUEST (1.3); FINAL REVIEW OF FIFTH SUPPLEMENTAL 1113/1114 SUSPENSION ORDER (0.1); FORWARD SAME TO CHAMBERS (0.1). |
| MATZ TJ | 07/30/07 | 2.70 | TELECONFERENCE WITH CHAMBERS RE: 8/2 STATUS CONFERENCES (0.2); REVIEW DRAFT PROPOSALS (0.8); CONFERENCE CALL WITH B. SAX, J. KASTIN AND WORKING GROUP RE: IUOE, IAM AND IBEW APPROVAL MOTIONS AND 1114 MATTER (0.9); REVIEW AND REVISE KCC AFFIDAVIT OF SERVICE RE: MPC (0.2); CONSIDER MATTERS RE: OMNIBUS SPLINTER UNIONS SETTLEMENTS APPROVAL MOTION (0.6). |
| MATZ TJ | 07/31/07 | 1.50 | REVIEW CORRESPONDENCE FROM B. SAX RE: IBEW (0.1); CONSIDER SPLINTER UNION APPROVAL MOTION MATTERS (0.8); TELECONFERENCE WITH CHAMBERS RE: 8/2 STATUS CONFERENCE (0.2); CORRESPONDENCE FORM L. PETERSON RE: SAME (0.1); REVIEW AND COMMENT ON SPLINTERS SETTLEMENT APPROVAL MOTION (0.3). |
| | | **23.70** | |
| RAMLO K | 07/02/07 | 0.80 | REVIEW UAW MOTION AS FILED AND FOLLOW UP ON DECLARATION PREPARATION (0.8). |
| RAMLO K | 07/09/07 | 4.10 | TELECONFERENCES WITH H. BAER RE: UAW-GM MEMORANDUM OF UNDERSTANDING AND RELATED AGREEMENTS (0.5); ANALYZE AGREEMENTS RE: SAME AND BEGIN PREPARING RESPONSE (3.6). |
| RAMLO K | 07/10/07 | 6.90 | REVIEW INFORMATION REQUEST FROM MESIROW FINANCIAL (0.2); GATHER AND REVIEW MATERIALS RELATING TO UAW-MPC CLAIM (0.5); CONTINUE ANALYZING MATERIALS RELATING TO UAW SETTLEMENT AND PREPARING RESPONSE (3.0); TELECONFERENCE WITH B. SAX, J. GUGLIEMO, J. KASTIN RE: SAME (0.9); TELECONFERENCE WITH R. ROSENBERG, H. BAER, M. SEIDER, M. THATCHER, B. SAX, R. EISENBERG, J. GUGLIELMO, J. KASTIN RE: UAW-GM-DELPHI SETTLEMENT AGREEMENT (1.2); REVIEW AND COMMENT ON DRAFT DECLARATION IN SUPPORT OF MOTION (0.9); REVIEW DRAFT BOARD RESOLUTIONS (0.2). |
| RAMLO K | 07/11/07 | 0.20 | REVIEW REVISED IOU PROPOSAL (0.2). |
| RAMLO K | 07/12/07 | 0.90 | REVIEW AND COMMENT ON DRAFT DECLARATIONS IN SUPPORT OF UAW MOTION (0.9). |

120                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| RAMLO K | 07/13/07 | 2.70 | REVIEW UAW SETTLEMENT AND CORRESPONDENCE RE: SAME (1.7); REVISE SCRIPT FOR HEARING ON SAME (1.0). |
|---------|----------|------|----|
| RAMLO K | 07/16/07 | 2.10 | REVIEW PROPOSALS RE: SPLINTER UNIONS (1.6); FURTHER WORK ON UAW SCRIPT AND PROFFER (0.5). |
| RAMLO K | 07/17/07 | 4.70 | REVIEW LETTER RE: UAW SETTLEMENT, REVIEW REVISIONS TO PROPOSED ORDER, REVIEW K. BUTLER AND J. SHEEHAN DECLARATIONS, AND ANALYSIS RE: REPLY, AND REVISE UAW SCRIPT (4.4); TELECONFERENCE TO PREPARE FOR UAW HEARING AND UNREPRESENTEDS MOTION WITH J. KASTIN (0.3). |
| RAMLO K | 07/18/07 | 6.30 | REVIEW AND COMMENT ON REVISED SHEEHAN DECLARATION AND K. BUTLER DECLARATION, REVIEW CORRESPONDENCE FROM GM AND JAW COUNSEL, AND REVISE REPLY BRIEF, DRAFT 8-K, AND SCRIPT FOR UAW SETTLEMENT MOTION (6.3). |
| RAMLO K | 07/19/07 | 0.80 | REVIEW UAW PROPOSED ORDER (0.8). |
| RAMLO K | 07/20/07 | 0.30 | REVIEW ORDERS ON UAW MOTION AND REVIEW DRAFT 8-K RE: SAME (0.3). |
| RAMLO K | 07/22/07 | 0.20 | REVIEW CORRESPONDENCE RE: UNION TERMINATION NOTICE (0.2). |
| RAMLO K | 07/24/07 | 1.30 | REVIEW MOTION TO APPROVE MODIFICATION OF BENEFITS OF UNREPRESENTED EMPLOYEES (1.3). |
| RAMLO K | 07/25/07 | 2.60 | FURTHER REVISIONS TO UNPRESENTEDS MOTION (0.8); REVIEW DRAFT IOE MOU (0.5); REVIEW MATERIALS IN UNREPRESENTEDS (1.3). |
| RAMLO K | 07/26/07 | 0.50 | REVIEW AND COMMENT ON UNREPRESENTEDS MOTION (0.5). |
| RAMLO K | 07/30/07 | 1.00 | TELECONFERENCE WITH B. SAX, T. JERMAN, J. KASTIN AND WORKING GROUP RE: MOTIONS TO APPROVE MODIFICATIONS TO CBAS AND RETIREE BENEFITS (1.0). |
| RAMLO K | 07/31/07 | 0.20 | REVIEW UNREPRESENTED MOTION STATUS (0.2). |
| | | **35.60** | |
| **Total Counsel** | | **70.40** | |
| CAMPANARIO ND | 07/12/07 | 0.20 | REVISE PAPERS IN SUPPORT OF UAW SETTLEMENT AGREEMENT (0.2). |
| CAMPANARIO ND | 07/13/07 | 2.80 | ANALYZE PROOFS OF CLAIM FILED BY CODEFENDANTS IN MULTIDISTRICT LITIGATION (2.8). |
| CAMPANARIO ND | 07/17/07 | 1.80 | REVISE PAPERS IN SUPPORT OF UAW SETTLEMENT AGREEMENT (1.8). |

121

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CAMPANARIO ND | 07/18/07 | 1.30 | REVISE PAPERS IN SUPPORT OF UAW SETTLEMENT AGREEMENT (1.3). |
| | | **6.10** | |
| KOHUT RD | 07/02/07 | 0.60 | POR AGENDA DRAFTING (0.6). |
| KOHUT RD | 07/06/07 | 3.30 | SENIOR STRATEGY CONFERENCE CALL (0.6); REVIEW OF UAW LETTER AND COVER LETTER (2.4); REVIEW OF ISSUES ASSOCIATED WITH DELPHI HOTLINE CALLS RE: UAW SETTLEMENT AGREEMENT (0.3). |
| KOHUT RD | 07/09/07 | 1.10 | UAW SETTLEMENT AGREEMENT CONFERENCE CALL WITH B. SAX AND OMM RE: INFORMATION HOTLINE RESPONSES TO UAW SETTLEMENT AGREEMENT AND STATUS UPDATES ON NEGOTIATIONS WITH OTHER UNIONS (0.6); UAW SETTLEMENT AGREEMENT BOARD RESOLUTION CORRESPONDENCE (0.5). |
| KOHUT RD | 07/10/07 | 8.80 | DISCUSSIONS AND REVIEW OF UCC ISSUES RELATED TO UAW SETTLEMENT AGREEMENT (3.4); CONFERENCE CALLS ON SAME (1.7); ATTENDANCE AT EMERGENCE WORKING GROUP MEETING (1.4); REVIEW OF SECTION 1114 PRECEDENT (0.7); GATHERING OF PRECEDENT TO DRAFT UNREPRESENTED EMPLOYEE MOTION AND IUE SETTLEMENT APPROVAL MOTION (1.6). |
| KOHUT RD | 07/11/07 | 8.50 | REVIEW AND COMPARISON OF IUE PROPOSAL (2.9); REVIEW AND DRAFTING OF POTENTIAL REVISIONS TO PROPOSED UAW SETTLEMENT APPROVAL ORDER (0.7); DRAFT LABOR UPDATE SECTION FOR COMMITTEE PRESENTATION (2.8); DISCUSSIONS WITH OMM RE: DRAFTING OF FORTHCOMING UNREPRESENTED MOTION AND IUE MOTION (0.4); REVIEW OF PRECEDENT FOR SAME MOTIONS (0.9); REVIEW OF GLOBAL SETTLEMENT AGREEMENT AND MASTER RESTRUCTURING AGREEMENT (0.8). |
| KOHUT RD | 07/12/07 | 4.10 | CORRESPONDENCE WITH DELPHI RE: NYS AG PROPOSAL TO UAW SETTLEMENT APPROVAL ORDER (0.8); DRAFTING OF SAME (0.6); CORRESPONDENCE WITH DELPHI AND E. FOX RE: EXTENSION OF UAW SETTLEMENT APPROVAL ORDER AND REVISIONS TO ORDER (1.4); DRAFTING OF SAME (1.3). |
| KOHUT RD | 07/13/07 | 6.50 | SENIOR STRATEGY CALL (1.0); FOLLOW UP DISCUSSIONS ON SAME (0.6); REVIEW AND REVISIONS TO COMMITTEE LABOR PRESENTATION (3.6); REVISIONS TO PROPOSED ORDER TO UAW SETTLEMENT AGREEMENT (1.3). |
| KOHUT RD | 07/16/07 | 5.20 | DRAFT IUE-CWA 1113/1114 SETTLEMENT APPROVAL MOTION (5.2). |

B43E

KOHUT RD        07/17/07      8.40   DRAFT IUE-CWA 1113/1114 SETTLEMENT
                                     APPROVAL MOTION (4.0); DRAFTING OF
                                     REPLY TO 1113/1114 SETTLEMENT APPROVAL
                                     MOTION (3.7); REVIEW OF UAW
                                     DECLARATIONS (0.7).

KOHUT RD        07/18/07      9.40   DRAFT AND CIRCULATE IUE-CWA 1113/1114
                                     SETTLEMENT APPROVAL MOTION (1.7);
                                     REVIEW AND REVISING REPLY TO UAW
                                     1113/1114 SETTLEMENT APPROVAL MOTION
                                     (2.6); REVIEW AND REVISE UAW
                                     DECLARATIONS (0.9); GATHER AND REVIEW
                                     DOCUMENTS FOR UAW 1113/1114 SETTLEMENT
                                     AGREEMENT FOR FILING WITH SEC (1.7);
                                     GATHER AND REVIEW OF MATERIALS TO BE
                                     TAKEN TO COURT HEARING OF UAW 1113/1114
                                     SETTLEMENT APPROVAL MOTION (1.9.);
                                     PRE-HEARING WORKING GROUP CONFERENCE
                                     CALL (0.6).

KOHUT RD        07/19/07      8.30   PARTICIPATION IN HEARING PREPARATION
                                     (2.6); ATTENDANCE AT HEARING (1.7);
                                     ATTENDANCE AT CHAMBERS CONFERENCE
                                     (0.8); REVISIONS TO PROPOSED ORDER
                                     (0.4); REVIEW OF DOCUMENTS FOR OF UAW
                                     1113/1114 SETTLEMENT AGREEMENT FOR
                                     FILING WITH SEC (0.4); SERVICE OF UAW
                                     ORDER (0.6); DRAFTING AND CIRCULATING
                                     OF FIFTH AMENDED SECTION 1113 AND 1114
                                     PROCEEDINGS SUSPENSION ORDER (1.8).

KOHUT RD        07/20/07      3.80   REVIEW OF DOCUMENTS FOR FILING WITH SEC
                                     (0.6); SERVICE OF UAW ORDER TO MPC
                                     (0.6); REVISIONS TO FIFTH AMENDED
                                     SECTION 1113 AND 1114 PROCEEDINGS
                                     SUSPENSION ORDER (1.3); DISCUSSION OF
                                     UNREPRESENTED EMPLOYEES WITH J. KASTIN
                                     (0.7); REVIEW OF EDGARIZED UAW MOU
                                     (0.6).

KOHUT RD        07/23/07      5.20   DRAFT OF IUE-CWA PROPOSED ORDER (1.9);
                                     CALL TO REVIEW SPLINTER UNION OBJECTION
                                     (0.8); REVIEW AND COMMENT ON LABOR
                                     LANGUAGE IN LEASE MOTION (0.5); REVIEW
                                     OF PRECEDENT FOR 1114 ACTION AND OTHER
                                     LEGAL RESEARCH (1.4); DRAFT AND
                                     CIRCULATE FIFTH AMENDED SECTION 1113
                                     AND 1114 PROCEEDINGS SUSPENSION ORDER
                                     (0.6).

KOHUT RD        07/24/07      4.50   DRAFT IUE-CWA NOTICE OF MOTION (0.7);
                                     DRAFT IUE-CWA INFORMATIONAL NOTICE
                                     (0.6); REVIEW AND COMMENT ON 1114 MOTION
                                     (2.6); REVIEW OF SPLINTER UNION
                                     INFORMATIONAL REQUEST DOCUMENTS (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KOHUT RD | 07/25/07 | 4.40 | REVIEW AND COMMENT ON 1114 MOTION (1.8); DISCUSSION WITH J. KASTIN ABOUT 1114 MOTION (0.7); REVIEW OF SPLINTER UNION INFORMATIONAL REQUEST RESPONSES (0.8); FORWARDING AND OBTAINING UNION CONSENT FOR DATES OF DRAFT PROPOSED FIFTH AMENDED SECTION 1113 AND 1114 PROCEEDINGS SUSPENSION ORDER (0.6); REVIEW OF SPLINTER UNION TERM SHEET RE: DELPHI CESSATION AND GM PROVISION OF OPEB AND THE SAP (0.5). |
|---|---|---|---|
| KOHUT RD | 07/26/07 | 6.30 | DISCUSSION WITH J. KASTIN ABOUT 1114 MOTION (0.5); REVIEW OF SPLINTER UNION INFORMATIONAL REQUEST RESPONSES (0.3); PREPARATION FOR SPLINTER UNION TELECONFERENCE (0.3); ATTENDANCE AT SAME (1.3); FOLLOW-UP DISCUSSIONS ON SAME (0.2); EMAIL SUMMARIZATION OF CALL (0.4); REVIEW AND COMMENT ON UAW SERVICE OF PROCESS (0.6); REVIEW OF SPLINTER UNION TERM SHEET RE: DELPHI CESSATION AND GM PROVISION OF OPEB AND THE SAP (0.4); DRAFTING OF SPLINTER UNION SETTLEMENT AGREEMENT MOTION (2.3). |
| KOHUT RD | 07/27/07 | 4.00 | SENIOR STRATEGY CALL (1.3); DRAFTING OF SPLINTER UNION SETTLEMENT AGREEMENT MOTION (2.7). |
| KOHUT RD | 07/29/07 | 1.00 | REVIEW OF IBEW, IAM, AND IOUE DRAFT SETTLEMENT AGREEMENT MOUS (0.6); DRAFTING OF SPLINTER UNION SETTLEMENT AGREEMENT MOTION (0.4). |
| KOHUT RD | 07/30/07 | 9.50 | TELECONFERENCE RE: UNION NEGOTIATION STATUS, CHANGES TO IBEW, IAM, AND IOUE DRAFT SETTLEMENT AGREEMENT MOUS AND DRAFTING OF SPLINTER UNION SETTLEMENT AGREEMENT MOTION (0.8); REVIEW OF SERVICE PRECEDENT (0.5); COMMENT ON UAW AFFIDAVIT OF SERVICE (0.3); REQUESTS OF SPLINTER SERVICE ADDRESSES (0.3); DRAFTING OF SPLINTER UNION SETTLEMENT AGREEMENT MOTION (7.6). |
| KOHUT RD | 07/31/07 | 9.40 | DRAFT SPLINTER UNION SETTLEMENT AGREEMENT MOTION (4.0); DRAFT SPLINTER UNION SETTLEMENT AGREEMENT PROPOSED ORDER (3.4); DRAFT SPLINTER UNION SETTLEMENT AGREEMENT NOTICE OF MOTION (0.5); DRAFT SPLINTER UNION SETTLEMENT AGREEMENT INFORMATIONAL NOTICE (0.5); DISCUSSION WITH B. SAX RE: SPLINTER UNION NEGOTIATIONS (0.4); DRAFT PROPOSED LABOR PRESENTATION FOR THE JOINT COMMITTEES (0.6). |

|  |  | 112.30 |  |
|---|---|---|---|
| **Total Associate** |  | **118.40** |  |
| CHAVALI A | 07/02/07 | 0.60 | DISTRIBUTE UAW PLEADINGS (0.6). |

124

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CHAVALI A | 07/11/07 | 6.00 | DRAFT AND REVISE SUSPENSION ORDERS FOR 1113/1114 AND GM (3.4); PREPARE SPECIAL ATTRITION PROGRAM BINDER (2.6). |
| CHAVALI A | 07/13/07 | 3.00 | SEARCH AND DISTRIBUTE PRECEDENT LABOR RELATED SCRIPTS (1.3); REVIEW AFFIDAVITS OF SERVICE (1.7). |
| CHAVALI A | 07/16/07 | 0.90 | PREPARE RIDER FOR 1113/1114 STATUS CONFERENCE DATES (0.9). |
| CHAVALI A | 07/17/07 | 0.60 | DISTRIBUTE ORDER TO SHOW CAUSE PLEADINGS (0.6). |
| CHAVALI A | 07/18/07 | 1.00 | FILE UAW REPLY (0.6); DISTRIBUTE UAW PLEADINGS (0.4). |
| CHAVALI A | 07/19/07 | 1.70 | ATTEND 1113/1114 STATUS CONFERENCE (1.7). |
| CHAVALI A | 07/20/07 | 2.00 | COORDINATE SERVICE OF UAW ORDER TO SPECIAL PARTIES (0.4); PREPARE SHELL FIFTH SUPSENSION ORDERS (1.6). |
| CHAVALI A | 07/29/07 | 1.20 | ORGANIZE SPLINTER UNIONS MOUS(0.4); PREPARE BINDER FOR SPLINTER UNIONS MOUS (0.8). |
| CHAVALI A | 07/31/07 | 1.80 | PREPARE SPLINTER UNION BOOKS AND DISTRIBUTE (1.8). |

                                    18.80

| | | | |
|---|---|---|---|
| ~~WOODFIELD J~~ | ~~07/11/07~~ | ~~2.50~~ | ~~CREATE HOURLY ATTRITION PROGAMS MOTION NUMBER (2.5).~~ |

                                    ~~2.50~~

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 07/09/07 | 0.60 | RESEARCH RE: SETTLEMENT WITH UNIONS IN DANA BANKRUPTCY (0.6). |
| ZSOLDOS AF | 07/20/07 | 1.90 | REVIEW ORDER TO SHOW CAUSE AS ENTERED VERSUS ORDER AS SUBMITTED AND MARK CHANGES (1.2); MAKE CHANGES ON OUR DOCUMENT TO REFLECT CHANGES MADE BY JUDGE (0.7). |
| ZSOLDOS AF | 07/29/07 | 1.20 | COORDINATE PRODUCTION OF SPLINTER UNION PROPOSAL BINDERS FOR ATTORNEY REVIEW (1.2). |

                                    3.70

| | | |
|---|---|---|
| Total Legal Assistant | | 25.00 |

| | | |
|---|---|---|
| **TOTAL TIME** | | **361.60** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 08/31/07**
**Employee Matters (Labor Unions)**                            **Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/19/07 | MacDonald N | 598.48 |
| Air/Rail Travel - vendor feed | 07/19/07 | MacDonald N | 548.02 |
| Air/Rail Travel - vendor feed | 07/19/07 | MacDonald N | 548.02 |
| Air/Rail Travel - vendor feed | 07/19/07 | MacDonald N | 598.48 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,293.00** |
| In-house Reproduction | 07/03/07 | Copy Center, D | 0.10 |
| In-house Reproduction | 07/06/07 | Copy Center, D | 203.46 |
| In-house Reproduction | 07/13/07 | Copy Center, D | 0.10 |
| In-house Reproduction | 07/13/07 | Copy Center, D | 14.40 |
| In-house Reproduction | 07/17/07 | Copy Center, D | 0.10 |
| In-house Reproduction | 07/17/07 | Copy Center, D | 37.91 |
| In-house Reproduction | 07/20/07 | Copy Center, D | 69.32 |
| In-house Reproduction | 07/20/07 | Copy Center, D | 273.28 |
| In-house Reproduction | 07/27/07 | Copy Center, D | 9.60 |
| In-house Reproduction | 07/27/07 | Copy Center, D | 94.53 |
| In-house Reproduction | 07/31/07 | Copy Center, D | 1.10 |
| In-house Reproduction | 07/31/07 | Copy Center, D | 3.80 |
| In-house Reproduction | 07/31/07 | Copy Center, D | 4.30 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$712.00** |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 10.77 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 10.10 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 2.00 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.17 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.96 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$24.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 07/10/07 | Kohut RD | 63.28 |
| Westlaw | 07/11/07 | Seebach C | 222.88 |
| Westlaw | 07/11/07 | Kohut RD | 4.67 |
| Westlaw | 07/18/07 | Buckley RC | 2,094.89 |
| Westlaw | 07/19/07 | Buckley RC | 953.65 |
| Westlaw | 07/20/07 | Buckley RC | 17.63 |
| | | **TOTAL WESTLAW** | **$3,357.00** |
| Reproduction - color | 07/01/07 | Copy Center, D | 137.31 |
| Reproduction - color | 07/13/07 | Copy Center, D | 86.69 |
| | | **TOTAL REPRODUCTION - COLOR** | **$224.00** |
| Vendor Hosted Telecon- ferencing | 07/09/07 | Teleconferencing Services, LLC | 16.87 |
| Vendor Hosted Telecon- ferencing | 07/17/07 | Teleconferencing Services, LLC | 3.34 |
| Vendor Hosted Telecon- ferencing | 07/26/07 | Teleconferencing Services, LLC | 24.61 |
| Vendor Hosted Telecon- ferencing | 07/30/07 | Teleconferencing Services, LLC | 23.18 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$68.00** |
| Air/Rail Travel (external) | 07/31/07 | Butler, Jr. J | 664.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$664.00** |
| Out-of-Town Travel | 07/31/07 | Butler, Jr. J | 19.00 |
| Out-of-Town Travel | 07/31/07 | Butler, Jr. J | 548.50 |
| Out-of-Town Travel | 07/31/07 | Butler, Jr. J | 14.50 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$582.00** |
| Messengers/ Courier | 06/15/07 | Straightline Courier | 33.30 |
| Messengers/ Courier | 06/15/07 | Straightline Courier | 33.30 |
| Messengers/ Courier | 07/06/07 | Quick Int'l - Ny | 690.33 |
| Messengers/ Courier | 07/06/07 | Straightline Courier | 33.31 |
| Messengers/ Courier | 07/09/07 | OSMIO | 18.15 |
| Messengers/ Courier | 07/09/07 | OSMIO | 582.61 |
| | | **TOTAL MESSENGERS/ COURIER** | **$1,391.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 07/31/07 | Butler, Jr. J | 10.53 |
| Out-of-Town Meals | 07/31/07 | Butler, Jr. J | 58.47 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$69.00** |
| Outside Re-search/Internet Services | 07/10/07 | Pacer Service Center | 2.47 |
| Outside Re-search/Internet Services | 07/10/07 | Pacer Service Center | 8.53 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$11.00** |
| | | **TOTAL MATTER** | **$9,395.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                   **Bill Date: 09/30/07**
**Employee Matters (Labor Unions)**                            **Bill Number: 1181367**

| NAME     | DATE     | HOURS | DESCRIPTION |
|----------|----------|-------|-------------|
| BERKE JS | 08/02/07 | 3.80  | PREPARATION FOR COURT APPEARANCE (0.8); ATTEND COURT (3.0). |
| BERKE JS | 08/03/07 | 3.80  | TELECONFERENCE RE: 8K DISCLOSURE (0.4); WORK ON NON REP MOU RELATED ISSUES (1.8); WORK ON SPLINTER UNION WITHDRAWAL ISSUES (1.6). |
| BERKE JS | 08/04/07 | 1.80  | REVIEW MOTION PAPERS (1.8). |
| BERKE JS | 08/05/07 | 1.60  | CONTINUE TO REVIEW MOTION PAPERS (1.6). |
| BERKE JS | 08/06/07 | 6.20  | WORK ON DELPHI FILINGS, WORK ON ISSUES OF NON REPRESENTED EMPLOYEES (1.9); REVIEW SPLINTER'S MOU'S (1.8); REVIEW MOTION PAPERS (1.7); COMMENTS AND CONFERENCE CALLS (0.8). |
| BERKE JS | 08/07/07 | 3.20  | TELECONFERENCE RE: WITHDRAWAL OF CLAIMS ISSUES (0.5); CONTINUE TO WORK ON WITHDRAWAL OF CLAIMS ISSUES (2.7). |
| BERKE JS | 08/08/07 | 0.90  | WORK ON ISSUES RELATING TO SPLINTER'S APPROVAL ORDER (0.9). |
| BERKE JS | 08/13/07 | 3.40  | REVIEW OF SCRIPTS AND DISCUSSIONS THEREOF (1.8); REVIEW OF DECLARATIONS AND DISCUSSIONS THEREOF (1.6). |
| BERKE JS | 08/14/07 | 5.30  | DEALING WITH CLAIMS WITHDRAWAL ISSUES (1.9); TELECONFERENCE WITH M. ROBBINS (0.4); TELECONFERENCE WITH B. MELSACK (0.3); DISCUSSIONS OF SPLINTERS WITHDRAWAL ISSUES (1.8); EVALUATE NON REPRESENTED NOTICE AND APPROVAL ISSUES (0.9). |
| BERKE JS | 08/15/07 | 11.20 | REVIEW OF MOTION PAPERS (2.8); CONSIDER ISSUES FOR TOMORROW'S HEARING (4.6); LATE NIGHT PREPARATION FOR TOMORROW'S HEARING (3.8). |
| BERKE JS | 08/16/07 | 6.80  | OVERNIGHT PREP FOR HEARING INCLUDING CONFERENCE CALLS WITH SPLINTERS (3.0); EARLY MORNING PREP AT COURTHOUSE FOR SPLINTERS APPROVAL MOTION (1.4); ATTENDANCE AT SPLINTERS APPROVAL MOTION COURT PROCEEDING (1.8); POST HEARING DISCUSSION OF ISSUES FOR EXPECTED USW APPROVAL (0.6). |
| BERKE JS | 08/17/07 | 2.50  | REVIEW OF MOTION PAPERS (0.8); CONSIDER ISSUES OF USW FINAL ORDER (1.0); REVIEW AND SUGGESTED REVISIONS TO DOCUMENTS (0.7). |
| BERKE JS | 08/20/07 | 1.50  | EVALUATE USW HEARING ISSUES (0.5); REVIEW OF DOCUMENTS RE: SAME (1.0). |

B43E

BERKE JS          08/21/07      2.20   REVIEW USW ORDER (0.4); WORKING GROUP
                                       TELECONFERENCE RE: USW ORDER ISSUES
                                       (1.0); ADDITIONAL WORK ON ISSUES FOR
                                       NEXT WEEK'S USW APPROVAL HEARING (0.8).

BERKE JS          08/22/07      2.00   REVIEW DRAFTS OF WITHDRAWAL ORDER AND
                                       CONFERENCE CALLS RELATING TO SAME
                                       (2.0).

BERKE JS          08/23/07      1.70   REVIEW AND DISCUSSION OF USW FINAL ORDER
                                       OF APPROVAL ISSUES (1.7).

BERKE JS          08/24/07      3.80   REVIEW OF USW ISSUES FOR NEXT WEEK'S
                                       COURT HEARING (3.8).

BERKE JS          08/29/07      4.10   PRE COURT APPEARANCE PREPARATION AT
                                       COURT HOUSE (1.4); COURT APPEARANCE ON
                                       MOTION TO APPROVE STEELWORKER'S UNION
                                       SETTLEMENT; (1.5); AFTERNOON WORK ON
                                       WITHDRAWAL ORDER COMMENTS AND UAW
                                       WITHDRAWAL ORDER ISSUES (0.8); REVIEW
                                       DRAFT 8K (0.4).

                                65.80

BUTLER, JR. J     08/01/07      2.70   PREPARE FOR (0.2) AND PARTICIPATE IN
                                       (0.7) MEETING WITH J. SHEEHAN AND K.
                                       BUTLER (BY TELECONFERENCE) RE: IUE-CWA,
                                       IUOE AND USW LABOR MATTERS; PREPARE FOR
                                       (0.2) AND PARTICIPATE IN (0.7)
                                       SETTLEMENT CONFERENCE WITH DELPHI AND
                                       IUE-CWA REPRESENTATIVES; PREPARE FOR
                                       AUGUST 2ND SECTION 1113/1114 CHAMBERS
                                       CONFERENCE (0.2); REVIEW EXECUTIVE
                                       COMPENSATION VARIANCE ANALYSIS (0.1);
                                       EMAILS TO/FROM D. ALEXANDER RE: SAME
                                       (0.2); PREPARE FOR AUGUST 2ND CHAMBERS
                                       CONFERENCE INCLUDING REVIEW OF FINAL
                                       IAM, IBEW AND IUOE AGREEMENTS AND
                                       CONSIDERATION OF PROPOSED DRAFT OF
                                       FURTHER SUSPENSION ORDER (0.4).

BUTLER, JR. J     08/02/07      4.10   PREPARE FOR (0.2) AND PARTICIPATE IN
                                       (0.3) IN SECTION 1113/1114 CHAMBERS
                                       CONFERENCE BEFORE JUDGE DRAIN IN NEW
                                       YORK BANKRUPTCY COURT; TELECONFERENCE
                                       WITH K. BUTLER AND B. SAX TO FOLLOW-UP
                                       ON USW BARGAINING MATTERS (0.2); REVIEW
                                       FINAL IAM, IBEW AND IUOE AGREEMENTS AND
                                       DRAFT MOTIONS (0.4); REVIEW IUE OPEN
                                       ITEMS MEMO FROM K. BUTLER (0.3);
                                       TELECONFERENCE WITH R. O'NEAL, K.
                                       BUTLER, J. BERTRAND, J. SHEEHAN AND
                                       OTHERS RE: IUE SETTLEMENT DISCUSSIONS
                                       (1.3); PREPARE FOR (0.3) AND
                                       PARTICIPATE IN (1.1) FURTHER
                                       TELECONFERENCE WITH R. O'NEAL, K.
                                       BUTLER, J. SHEEHAN AND OTHERS RE: IUE
                                       SETTLEMENT DISCUSSIONS.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J     08/03/07     1.50   CONTINUE TO WORK ON IUE MOU MATTERS
                                      INCLUDING TELECONFERENCE WITH K. BUTLER
                                      (0.4) AND REVIEW AND COMMENT ON VARIOUS
                                      MOU PROVISIONS (0.3); EMAILS FROM/TO B.
                                      SAX RE: SAME (0.2); REVIEW SECTION 302
                                      ISSUES (0.2); REVIEW AND EVALUATE
                                      CLAIMS ISSUES (0.4).

BUTLER, JR. J     08/04/07     2.60   CONTINUE TO WORK ON IUE MOU MATTERS
                                      INCLUDING TELECONFERENCES WITH K.
                                      BUTLER (0.7, 0.2) AND REVIEW VARIOUS MOU
                                      PROVISIONS (0.6); EMAILS FROM/TO B. SAX
                                      RE: SAME (0.4); BEGIN TO REVIEW DRAFT
                                      IAM, IBEW AND IUOE APPROVAL MOTION
                                      PAPERS (0.7).

BUTLER, JR. J     08/05/07     4.60   PREPARE FOR AND PARTICIPATE IN
                                      OVERNIGHT BARGAINING WITH IUE-CWA
                                      INCLUDING MULTIPLE TELECONFERENCES
                                      WITH K. BUTLER, J. SHEEHAN, R. O'NEAL
                                      AND B. SAX (3.3); CONTINUE TO REVIEW
                                      APPROVAL MOTIONS FOR IAM, IBEW AND IUOE
                                      (0.6); BEGIN TO REVIEW APPROVAL MOTION
                                      FOR IUE-CWA (0.4); TELECONFERENCE WITH
                                      K. BUTLER RE: IUE-CWA AND USW (0.2);
                                      EMAILS FROM/TO M. ROBBINS RE: AUGUST
                                      16TH APPROVAL HEARING (0.1).

BUTLER, JR. J     08/06/07     2.80   REVIEW AND FINALIZE APPROVAL MOTIONS
                                      FOR IAM, IBEW, IOUE AND IUE-CWA
                                      INCLUDING WORK GROUP TELECONFERENCES
                                      AND TELECONFERENCES AT COMPANY WITH K.
                                      BUTLER AND B. SAX (2.2); REVIEW COMMENTS
                                      ON SAME FROM M. ROBBINS, B. MEHLSACK AND
                                      GM (0.4); FOLLOW-UP ON NON-REPRESENTED
                                      EMPLOYEES RELIEF (0.2).

BUTLER, JR. J     08/07/07     0.70   CONFERENCE WITH K. BUTLER AT COMPANY RE:
                                      IAM AND IBEW RATIFICATION AND NEXT STEPS
                                      FOR IOUE AND IUE-CWA RATIFICATION
                                      INCLUDING REVIEW OF INTERNAL MANAGEMENT
                                      PRESENTATION RE: SAME (0.4); REVIEW
                                      NEXT STEPS FOR USW COLLECTIVE
                                      BARGAINING DISCUSSIONS AND ANTICIPATED
                                      OPEN ISSUES AND APPROACH (0.3).

BUTLER, JR. J     08/08/07     0.60   EMAILS FROM/TO K . BUTLER AT COMPANY RE:
                                      NEXT STEPS FOR IOUE AND IUE-CWA
                                      RATIFICATION (0.2); REVIEW EMAIL AND
                                      MATERIALS FROM B. SAX RE: USW MOU DRAFT
                                      PROPOSAL (0.4).

BUTLER, JR. J     08/09/07     0.10   FOLLOW-UP ON CHAMBERS CONFERENCE RE:
                                      IUE-CWA SECTION 1113/1114 PROCEEDINGS
                                      (0.1).

BUTLER, JR. J     08/11/07     1.40   PARTICIPATE IN OVERNIGHT
                                      TELECONFERENCES WITH J. SHEEHAN, K.
                                      BUTLER AND B. SAX AND REVIEW MOU RIDERS
                                      RE: USW COLLECTIVE BARGAINING (1.2);
                                      REVIEW APPROVAL ORDER COMMENTS FROM M.
                                      ROBBINS (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 08/12/07 | 0.50 | TELECONFERENCE WITH B. SAX RE: USW-GM CLAIMS MATTERS (0.1); REVIEW AND REVISE CLAIMS LANGUAGE (0.2); EMAILS FROM/TO B. SAX RE: POTENTIAL USW-GM SIDE LETTERS (0.2). |
| BUTLER, JR. J | 08/13/07 | 0.60 | CONTINUE TO REVIEW AND REVISE CLAIMS LANGUAGE AND EMAIL FROM/TO B. SAX RE: SAME (0.3); EMAILS FROM/TO J. SHEEHAN AND TELECONFERENCE WITH S. CORCORAN RE: PREPARATION FOR AUGUST 16TH OMNIBUS HEARING FOR IUE-CWA, IAM, IBEW AND IUOE APPROVAL ORDERS (0.2); FOLLOW-UP ON SCHEDULING OF POSSIBLE USW APPROVAL DATE MOTION HEARING (0.1). |
| BUTLER, JR. J | 08/14/07 | 0.90 | EMAILS FROM/TO L. PETERSEN RE: USW NEGOTIATIONS (0.2); REVIEW AND COMMENT ON FORM OF IUE-CWA AND IAM/IBEW/IUOE MOU APPROVAL ORDERS INCLUDING NUMEROUS EMAILS FROM/TO UNION REPRESENTATIVES AND STAKEHOLDERS (0.7). |
| BUTLER, JR. J | 08/15/07 | 2.40 | CONTINUE TO REVIEW AND COMMENT ON FORM OF IUE-CWA AND IAM/IBEW/IUOE MOU APPROVAL ORDERS (0.6); TELECONFERENCES WITH B. SAX AND K. BUTLER AND REVIEW AND COMMENT ON DRAFT USW MOU PROVISIONS (0.8); TELECONFERENCE WITH L. PETERSEN RE: SAME (0.2); PREPARE FOR AUGUST 16TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: APPROVAL OF DELPHI-GM MOUS WITH IUE-CWA, IAM, IBEW AND IUOE INCLUDING REVIEW OF DECLARATIONS AND RELATED DOCUMENTS (0.8). |
| BUTLER, JR. J | 08/16/07 | 3.70 | PREPARE FOR (0.4) AND PARTICIPATE IN (0.6) MEET AND CONFER WITH M. ROBBINS AND B. MEHLSACK RE: FORM OF IAM/IBEW/IUOE MOU APPROVAL ORDER; REVIEW AND REVISE FORM OF IUE-CWA MOU APPROVAL ORDER (0.3); TELECONFERENCE WITH B. SAX RE: SAME (0.2); OVERNIGHT TELECONFERENCES WITH B. SAX AND K. BUTLER AND REVIEW AND COMMENT ON DRAFT USW MOU (0.9); PREPARE FOR (0.4) AND ATTEND (0.4) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: APPROVAL OF DELPHI-GM MOUS WITH IUE-CWA, IAM, IBEW AND IUOE; PREPARE FOR (0.2) AND ATTEND (0.3) SECTION 1113/1114 CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT. |
| BUTLER, JR. J | 08/17/07 | 1.20 | REVIEW AND FINALIZE USW APPROVAL MOTION (1.2). |
| BUTLER, JR. J | 08/23/07 | 0.30 | REVIEW AND REVISE DRAFT SECTION 1113/1114 WITHDRAWAL ORDER (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BUTLER, JR. J | 08/27/07 | 0.20 | REVIEW AND REVISE APPROVAL ORDER FOR USW APPROVAL HEARING IN NEW YORK BANKRUPTCY COURT BEFORE JUDGE DRAIN RE: USW SECTION 1113/1114 SETTLEMENT (0.2). |
| BUTLER, JR. J | 08/28/07 | 0.60 | BEGIN TO PREPARE FOR AUGUST 29TH APPROVAL HEARING IN NEW YORK BANKRUPTCY COURT BEFORE JUDGE DRAIN RE: USW SECTION 1113/1114 SETTLEMENT INCLUDING REVIEW OF FILINGS AND DECLARATIONS (0.6). |
| BUTLER, JR. J | 08/29/07 | 0.90 | PREPARE FOR (0.5) AND ATTEND (0.4) APPROVAL HEARING IN NEW YORK BANKRUPTCY COURT BEFORE JUDGE DRAIN RE: USW SECTION 1113/1114 SETTLEMENT. |
| | | **32.40** | |
| FURFARO JP | 08/01/07 | 4.70 | REVIEW OF MOTION FOR APPROVAL/REVISIONS (1.9); REVIEW OF UNION AGREEMENTS (1.3); PREPARE FOR COURT CONFERENCE (0.7); REVIEW OF DRAFT MOTION RE: 1113 STATUS (0.8). |
| FURFARO JP | 08/02/07 | 2.60 | PREPARE FOR COURT CONFERENCE (0.7); REVIEW OF DRAFT AGREEMENT RE: NON-REPRESENTED HOURLY EMPLOYEES (0.8); REVIEW OF COMPARISONS TO FINAL DRAFTS OF UNION AGREEMENTS (1.1). |
| FURFARO JP | 08/03/07 | 4.20 | REVIEW OF COURT PAPERS FOR FILING OF APPROVAL OF UNION AGREEMENTS/HOURLY EMPLOYEES (2.7); REVIEW OF ISSUES RE: IUE AGREEMENTS (1.1); REVIEW OF QUESTION RE: DISCLOSURE (0.4). |
| FURFARO JP | 08/11/07 | 1.00 | REVIEW OF FILINGS AND RELATED DOCUMENTS (1.0). |
| FURFARO JP | 08/13/07 | 2.40 | REVIEW OF MOTIONS FOR APPROVAL/MOUS WITH UNIONS (2.0); PREPARE FOR HEARING (0.4). |
| FURFARO JP | 08/14/07 | 3.40 | REVIEW OF COURT PAPERS FOR HEARING (1.6); REVIEW OF REVISED ORDERS/COMMENTS TO SAME (1.7); REVIEW OF DRAFT EXTENSION ORDER (0.1). |
| FURFARO JP | 08/15/07 | 5.30 | REVIEW OF DRAFT DECLARATIONS/SCRIPT (1.8); REVIEW OF DRAFT ORDERS/POSSIBLE REVISIONS (1.6); PREPARE FOR HEARING (1.2); REVIEW OF REVISED USW PROPOSAL (0.7). |
| FURFARO JP | 08/16/07 | 6.30 | PREPARE/ATTEND HEARING RE: APPROVAL OF REVIEW AGREEMENTS (3.2); REVIEW OF SCHEDULING ORDER (0.1); REVIEW OF DRAFT PLAN/DISCLOSURE (1.6); REVIEW OF USW DRAFT MOTION (1.4). |
| FURFARO JP | 08/17/07 | 6.70 | REVIEW OF DRAFT PLAN OF REORGANIZATION/DISCLOSURE STATEMENT/REVISIONS (2.4); REVIEW OF USW AGREEMENTS (1.0); REVIEW OF USW MOTION/REVISIONS (3.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FURFARO JP        08/20/07      3.80   REVIEW OF 8K/REVISIONS (1.5); REVIEW OF
                                       POR/DISCLOSURE (1.1); REVIEW OF ISSUE
                                       RE: USW ORDER (1.2).

FURFARO JP        08/21/07      3.50   REVIEW OF DRAFT 8K AND REVISIONS (1.1);
                                       REVIEW OF INSERTION FOR POR/DISCLOSURE
                                       STATEMENT (0.8); REVIEW OF ORDER/MOUS
                                       FOR HEARING/APPROVAL (1.2); CONFERENCE
                                       WITH L. PETERSON (USW) (0.1); DRAFT OF
                                       EMAIL RE: REVISIONS (0.3).

FURFARO JP        08/22/07      4.90   REVIEW OF DRAFT DISCLOSURE/REVISIONS
                                       (1.2); FINALIZE MOTION FOR APPROVAL OF
                                       UNION AGREEMENT (1.3); REVIEW OF DRAFT
                                       DECLARATIONS (1.5); REVIEW DRAFT
                                       ORDER/REVISIONS (0.9).

FURFARO JP        08/23/07      3.40   HEARING PREPARATION (0.7); REVIEW OF
                                       REVISED ORDER (0.2); REVIEW OF UAW
                                       STIPULATION (0.8); REVIEW OF DRAFT
                                       SETTLEMENT AGREEMENT (1.7).

FURFARO JP        08/24/07      3.30   REVIEW OF REVISED DECLARATIONS/SCRIPT
                                       (1.6); REVIEW OF DRAFT 8K (0.9); REVIEW
                                       OF COMMENTS TO DRAFT SETTLEMENT (0.8).

FURFARO JP        08/27/07      4.60   REVIEW OF EXHIBIT ITEMS FOR HEARING
                                       (0.8); FINALIZE ORDER (0.6); REVIEW OF
                                       DRAFT DISCLOSURE/RELATED DOCUMENTS
                                       (0.9); REVIEW OF DRAFT SETTLEMENT/CBA
                                       PROVISIONS (1.6); REVIEW OF DRAFT UAW
                                       STIPULATION/REVISIONS (0.7).

FURFARO JP        08/28/07      3.80   REVIEW OF STIPULATION/RELATED
                                       DOCUMENTS (1.1); REVISIONS TO DRAFT
                                       (0.9); REVIEW OF DECLARATIONS (0.1);
                                       REVIEW OF DRAFT GM
                                       AGREEMENT/SETTLEMENTS (1.7).

FURFARO JP        08/29/07      3.30   REVIEW OF DRAFT ORDER/REVISIONS (0.7);
                                       REVIEW OF DRAFT DISCLOSURE/REVISIONS
                                       (0.9); REVIEW OF DRAFT LABOR
                                       PRESENTATION (0.8); REVIEW OF PLAN
                                       DOCUMENTS/COMMENTS (0.9).

FURFARO JP        08/31/07      2.30   CASE ADMINISTRATION WITH PARTNERS
                                       (0.6); REVIEW OF DRAFT
                                       DISCLOSURES/REVISIONS RE: USW
                                       AGREEMENTS (1.7).

                               69.50

MARAFIOTI KA      08/01/07      0.50   CORRESPONDENCE RE: IUOE, IBEW, IAM
                                       MOTIONS (0.2); WORK ON NOTICES OF MOTION
                                       (0.1); CONSIDER ISSUES RE: IUOE MOTION
                                       (0.2)).

MARAFIOTI KA      08/02/07      0.50   ATTEND STATUS CONFERENCE RE: UNION
                                       DEVELOPMENTS (0.5).

MARAFIOTI KA      08/03/07      0.20   WORK ON SIXTH AMENDED SUSPENSION ORDER
                                       (0.1); CORRESPONDENCE RE:
                                       NON-REPRESENTED OPEB TERM SHEET (0.1).

MARAFIOTI KA      08/04/07      0.30   CORRESPONDENCE RE: UNION NEGOTIATIONS
                                       AND TERM SHEETS (0.3).

142                                                                B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA   08/05/07   0.30   CORRESPONDENCE RE: STATUS OF UNION
NEGOTIATIONS AND RELATED MATTERS (0.3).

MARAFIOTI KA   08/06/07   5.70   CORRESPONDENCE RE: UNION PLEADINGS AND
SETTLEMENTS (0.3); REVIEW AND REVISE
INFORMATIONAL NOTICE OF MOTION RE: IUE
(0.7); CONFERENCE WITH LABOR TEAM RE:
PLEADINGS (0.7); REVIEW AND REVISE IUE
MOTION (0.6); ORDER (0.3), AND NOTICE
(0.1); REVIEW AND REVISE SPLINTER
UNIONS' MOTION (2.2), ORDER (0.7), AND
NOTICE (0.1).

MARAFIOTI KA   08/07/07   0.90   CONSIDER REVISIONS TO LABOR MOU ORDERS
RE: WITHDRAWAL OF CLAIMS (0.3);
CORRESPONDENCE RE: SAME (0.2);
TELECONFERENCE WITH BABETTE CECCOTTI
RE: CATALYST SALE (0.1) AND FOLLOWUP
CORRESPONDENCE (0.1); WORK ON REVISIONS
TO UAW ORDER (0.2).

MARAFIOTI KA   08/08/07   1.40   CORRESPONDENCE RE: UAW CLAIM (0.1);
WORK ON LABOR MOU ORDER (0.5); WORK ON
CLAIMS ISSUES (0.6) AND FOLLOWUP
CORRESPONDENCE (0.2).

MARAFIOTI KA   08/09/07   1.90   ATTEND TELEPHONIC CHAMBERS CONFERENCE
RE: UNION DEVELOPMENTS (0.2); WORK ON
AMENDMENTS TO IUE AND SPLINTER ORDERS
RE: CLAIM WITHDRAWALS (0.8); WORK ON UAW
STIPULATION RE: CLAIM WITHDRAWAL (0.2);
CORRESPONDENCE RELATED TO THE FOREGOING
(0.4); WORK ON 7TH AMENDED SCHEDULING
ORDER (0.3.

MARAFIOTI KA   08/10/07   0.40   WORK ON ISSUES RE: REVISIONS TO IUE AND
SPLINTER APPROVAL ORDERS (0.2);
CORRESPONDENCE WITH BETH SAX RE: UAW MOU
(0.1); WORK ON UAW STIPULATED ORDER
(0.1).

MARAFIOTI KA   08/12/07   0.10   CLIENT CORRESPONDENCE RE: SPLINTER
COMMENTS (0.1).

MARAFIOTI KA   08/13/07   1.50   WORK ON K. BUTLER (0.7) AND J. SHEEHAN
(0.4) DECLARATIONS IN SUPPORT OF
MOTIONS TO APPROVE IUE AND SPLINTER
DEALS; WORK ON UAW NOTICE OF PRESENTMENT
(0.2); CLIENT CORRESPONDENCE RE: IUE
HEARING (0.1); WORK ON IUE AND SPLINTER
ORDERS APPROVING MOUS (0.1).

MARAFIOTI KA   08/14/07   0.20   CORRESPONDENCE RE: MOU ORDERS (0.2).

MARAFIOTI KA   08/15/07   1.40   CORRESPONDENCE EXCHANGE WITH COUNSEL TO
IUE RE: MOU APPROVAL ORDER (0.2);
DEVELOP STRATEGY RE: LABOR ISSUES
(0.2); TELECONFERENCE WITH J. SHEEHAN,
BETH SAX RE: LABOR UNION ISSUES (0.9);
OTHER CORRESPONDENCE RE: LABOR MATTERS
(0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 08/16/07 | 1.00 | TELECONFERENCE WITH B. MAHLSACK AND M. ROBBINS RE: ORDERS (0.6) AND FOLLOWUP RE: SAME (0.1); CHAMBERS CONFERENCE RE: SPLINTER AGREEMENTS (0.2); CONFER WITH COUNSEL TO USW (0.1). |
| MARAFIOTI KA | 08/17/07 | 0.40 | REVIEW AND REVISE PLEADINGS RE: APPROVAL OF USW AGREEMENT (0.4). |
| MARAFIOTI KA | 08/22/07 | 0.30 | REVIEW AND REVISE 1113/1114 WITHDRAWAL ORDER (0.3). |
| MARAFIOTI KA | 08/24/07 | 0.90 | REVIEW AND REVISE K. LOPRETE DECLARATION (0.5) AND K. BUTLER DECLARATION (0.4) IN SUPPORT OF USW DEAL. |
| MARAFIOTI KA | 08/27/07 | 0.50 | CORRESPONDENCE EXCHANGE RE: USW DECLARATIONS (0.1); WORK ON K. BUTLER DECLARATION (0.1) AND K. LOPRETE DECLARATION (0.1); REVIEW AND REVISE UAW STIPULATION (0.2). |
| MARAFIOTI KA | 08/28/07 | 0.10 | WORK ON ISSUES RE: USW DEAL (0.1). |
| MARAFIOTI KA | 08/29/07 | 1.60 | PREPARE WITH CLIENT FOR HEARING ON USW DEAL (1.0); ATTEND AND PARTICIPATE IN HEARING (0.3); FOLLOWUP WITH CLIENT (0.2); WORK ON UAW WITHDRAWAL ORDER (0.1). |
| | | **20.10** | |
| **Total Partner** | | **187.80** | |
| MATZ TJ | 08/01/07 | 2.50 | TELECONFERENCE WITH H. BAER RE: 1113/1114 STATUS CONFERENCE (0.2); DRAFT CORRESPONDENCE TO COUNSEL RE: 1113/1114 STATUS CONFERENCE (0.2); REVIEW CORRESPONDENCE FROM L. PETERSEN RE: SAME (0.1); PREPARE FOR 8/2 STATUS CONFERENCE (0.5); REVIEW MATTERS AND MOTION RE: SAME (0.6); TELECONFERENCE WITH M J. KASTIN RE: SPLINTERS MOTION, 8/2 STATUS CONFERENCE (0.4); REVIEW CORRESPONDENCE FROM B. SAX RE: 1113/1114 STATUS CONFERENCE (0.2); REVIEW CORRESPONDENCE FROM T. KENNEDY RE: SAME (0.1); REVIEW CORRESPONDENCE FROM M. ROBBINS RE: SAME (0.1); DRAFT CORRESPONDENCE TO J. SHEEHAN, B. SAX RE: SAME (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 08/02/07 | 2.40 | REVIEW PROPOSED 6TH SUPPLEMENTAL 1113/1114 SUSPENSION ORDER (0.2); DISTRIBUTION OF SAME TO UNION COUNSEL (0.2); DISCUSSION WITH CHAMBERS RE: STATUS CONFERENCE (0.2); ATTEND SAME (0.4); REVIEW AND COMMENT ON REVISED DRAFT 6TH SUPPLEMENTAL 1113/1114 SUSPENSION ORDER (0.3); REVIEW STATUS CONFERENCE MATTERS AN& PREPARATIONS RE: 8/9 AND 8/16 1113/1114 STATUS CONFERENCES (0.3); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2); REVIEW IUOE, IAM, IBEW SETTLEMENT APPROVAL MOTION MATERIALS AND COMMENTS TO SAME (0.6). |
| MATZ TJ | 08/03/07 | 6.30 | REVIEW AND COMMENT ON 6TH SUPPLEMENTAL 1113/1114 SUSPENSION ORDER (0.2); REVIEW FINAL 6TH SUPPLEMENTAL 1113/1114 SUSPENSION ORDER (0.1); FORWARD SAME TO CHAMBERS (0.1); REVIEW AND COMMENT ON DRAFT SPLINTERS UNION PLEADINGS (1.5); ASSIST WITH PREPARATION OF SAME (3.4); CORRESPONDENCE WITH B. SAX, RE: RELEASES (0.2); CORRESPONDENCE WITH B. SAX RE: INTERNATIONAL UNIONS/LOCAL UNION STATUS (0.3); TELECONFERENCE WITH J. KASTIN RE: UNREPRESENTED PORTIONS OF SPLINTERS SETTLEMENT APPROVAL MOTION (0.5). |
| MATZ TJ | 08/04/07 | 2.30 | CORRESPONDENCE FROM B. SAX RE: INFORMATIONAL NOTICE, SERVICE (0.3); REVIEW AND COMMENT ON DRAFT SPLINTERS UNION APPROVAL MOTION (2.0). |
| MATZ TJ | 08/05/07 | 8.50 | CONTINUE TO REVIEW AND COMMENT ON SPLINTERS UNION APPROVAL MOTION (0.8); REVIEW AND COMMENT ON IUOE, IAM & IBEW MOU'S APPROVAL PLEADINGS (6.5); CORRESPONDENCE WITH M. ROBBINS AND RE: SPLINTERS APPROVAL MOTION HEARING (0.2); CONSIDER VARIOUS SERVICE MATTERS RE: UNION APPROVAL MOTIONS (0.4); CORRESPONDENCE WITH B. SAX RE: IUE-CWA MEMORANDUM OF UNDERSTANDING (0.1); REVISIONS OF OUTLINE FROM IUE-CWA SETTLEMENT APPROVAL MOTION (0.5). |
| MATZ TJ | 08/06/07 | 14.50 | DRAFT, REVIEW AND REVISE FILING IUOE, IAM IBEW & IUE-CWA SETTLEMENT APPROVAL MOTIONS (10.5); ALL CORRESPONDENCE WITH COMMENTS AND REVISIONS TO SPLINTERS AND IUE-CWA SETTLEMENT APPROVAL MOTIONS FROM GM AND UNIONS (2.0); TELECONFERENCE WITH B. MEHLSACK RE: SAME (0.4); PARTICIPATE IN TELECONFERENCE WITH SKADDEN TEAM RE: UNION PLEADINGS AND INFORMATIONAL NOTICES (0.8); LIAISING WITH KCC RE: SERVICE OF TWO LABOR MOTIONS AND TWO INFORMATIONAL NOTICES (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ        08/07/07     3.30   CONTINUE LIAISING WITH KCC RE: SERVICE
                                   OF IUOE, IAM & IBEW AND IUE-CWA
                                   SETTLEMENT APPROVAL MOTIONS (0.5);
                                   REVISE AND INSTRUCT KCC RE: REVISIONS TO
                                   WEBSITE RE: IUOE, IAM, IBEW AND IUOE
                                   MEMORANDUMS OF UNDERSTANDING AND
                                   RELATED DOCUMENTS FOR INFORMATIONAL
                                   ACCESS PURPOSES (1.0); CONFIRM ALL
                                   DOCUMENTS POSTED ON WEBSITE (0.4);
                                   REVIEW REVISIONS TO WEBSITE RE: IUE,
                                   CWA, IUOE, IAM AND IBEW MEMORANDUMS OF
                                   UNDERSTANDING AND APPROVAL MOTIONS
                                   (0.5); TELECONFERENCE WITH KCC RE: SAME
                                   (0.1); CORRESPONDENCE WITH KCC RE: SAME
                                   (0.2); CORRESPONDENCE WITH KCC RE: SAME
                                   (0.3); TELECONFERENCE WITH KCC RE: SAME
                                   (0.3).

MATZ TJ        08/08/07     1.60   REVIEW REVISIONS TO UNION SETTLEMENT
                                   APPROVAL ORDERS, UNION CLAIMS (0.6);
                                   REVIEW UNION CLAIMS FROM KCC (0.6);
                                   TELECONFERENCE WITH KCC RE: SAME (0.2);
                                   TELECONFERENCE WITH B. SAX RE: BREAK
                                   HOSE SALE, USW (0.2).

MATZ TJ        08/09/07     4.40   FOLLOW UP TELECONFERENCE WITH T.
                                   KENNEDY RE: 1113/1114 CHAMBERS
                                   CONFERENCE (0.2); FOLLOW UP
                                   TELECONFERENCE WITH B. MEHLSACK RE:
                                   SAME (0.2); DISCUSSION WITH B. CECCOTTI
                                   RE: SAME 8/9 1113/1114 CHAMBERS
                                   CONFERENCE (0.3); TELECONFERENCE WITH
                                   CHAMBERS RE: SAME (0.2); PARTICIPATING
                                   IN 1113/1114 CHAMBERS CONFERENCE (0.3);
                                   REVIEW PROPOSED 7TH AMENDED 1113/1114
                                   PROCEEDINGS SUSPENSION ORDER (0.2);
                                   CONSIDER SAME (0.3); REVIEW DRAFT
                                   MATERIAL AND EXHIBITS RE: WITHDRAWN
                                   UNION CLAIMS (0.8); REVIEW
                                   CORRESPONDENCE FROM B. SAX RE:
                                   NON-REPRESENTED EMPLOYEES (0.2);
                                   FOLLOW UP RE: SAME, SERVICE MATERIALS
                                   (0.3); TELECONFERENCE WITH U.S. TRUSTEE
                                   RE: IUOE, IAM, IBEW AND IUOE SETTLEMENT
                                   APPROVAL MOTIONS (0.4); REVIEW MOTION
                                   APPROVAL MATERIALS RE: SAME (0.7);
                                   REVIEW AND COMMENT ON REVISED LABOR
                                   APPROVAL ORDERS (0.3).

MATZ TJ        08/10/07     2.60   REVIEW AND COMMENT ON SHEEHAN AND BUTLER
                                   DECLARATIONS RE: LABOR SETTLEMENT
                                   APPROVAL MOTIONS (0.8); REVIEW AND
                                   COMMENT ON SCRIPTS PROFFERS FOR 8/16
                                   HEARING (0.9); TELECONFERENCE WITH
                                   CHAMBERS RE: LABOR MOTION APPROVAL
                                   HEARING, MATERIALS (0.3); REVIEW
                                   REVISIONS TO IUE-CWA AND IUOE, IBEW AND
                                   IAM ORDERS (0.6).

MATZ TJ        08/12/07     0.90   REVIEW CORRESPONDENCE FROM M. ROBBINS
                                   RE: IAM, IBEW ORDER CHANGES (0.2);
                                   CONSIDER SAME (0.3); REVIEW
                                   CORRESPONDENCE FROM B. SAX RE: IAM, IBEW
                                   REQUESTED CHANGES (0.2); REVIEW OF SAME
                                   (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ          08/13/07     3.80   REVIEW AND COMMENT ON UAW STIPULATION,
                                     PRESENTMENT (0.5); REVIEW AND CONSIDER
                                     MATTERS RE: K. BUTLER, J. SHEEHAN
                                     DECLARATIONS RE: IUE, SPLINTERS (0.5);
                                     CONSIDER SCRIPTS AND PROFFERS FOR 8/16
                                     MOTION (0.4); FURTHER TELECONFERENCE
                                     WITH CHAMBERS RE: LABOR MOTION
                                     SCHEDULING AND APPROVAL (0.4); FURTHER
                                     TELECONFERENCE WITH CHAMBERS RE: LABOR
                                     MOTION SCHEDULING MATTERS (0.2);
                                     TELECONFERENCE WITH J. KASTIN RE: LABOR
                                     MOTION, USW (0.4); CONTINUE TO REVIEW
                                     AND PREPARE FOR LABOR MOTIONS, ORDER AND
                                     8/16 HEARING AGENDA (1.4).

MATZ TJ          08/14/07     2.30   PREPARATION OF 8TH SUPPLEMENTAL
                                     1113/1114 SUSPENSION ORDER (0.2);
                                     PREPARATION OF USW DRAFT SCHEDULING
                                     ORDER (0.4); FURTHER REVIEW AND
                                     CONSIDERATION RE: SAME (0.8).;
                                     CORRESPONDENCE WITH M. ROBBINS, R.
                                     LEMONN, M. RIELA RE: REVISED LABOR
                                     ORDERS (0.4); NOTICE TO COUNSEL RE:
                                     1113/1114 8/16 STATUS CONFERENCE (0.2);
                                     REVIEW CORRESPONDENCE FROM L. PETERSON
                                     RE: SAME (0.1); TELECONFERENCE WITH J.
                                     KASTIN RE: STATUS CONFERENCE (0.2).

MATZ TJ          08/15/07     4.80   TELECONFERENCE WITH B. MEHLSACK RE:
                                     AMENDMENTS TO PROPOSED ORDER (0.2);
                                     REVIEW CORRESPONDENCE FROM B. SAX RE:
                                     SAME (0.2); REVIEW J. SHEEHAN AND K.
                                     BUTLER DECLARATIONS (0.4); COMMENT ON
                                     J. SHEEHAN AND K. BUTLER DECLARATIONS
                                     (0.8); FORWARD SAME TO CHAMBERS (0.2);
                                     TELECONFERENCE WITH CHAMBERS RE:
                                     EXHIBITS FOR SPLINTERS, IUE-CWA MOTIONS
                                     (0.3); REVIEW USW APPROVAL HEARING
                                     SCHEDULING ORDER (0.2); TELECONFERENCE
                                     WITH B. MEHLSACK RE: SAME (0.2); REVIEW
                                     CORRESPONDENCE FROM B. SAX RE: SAME
                                     (0.3); REVIEW AND COORDINATE HEARING
                                     BINDER MATERIALS FOR 8/16 OMNIBUS
                                     HEARING (1.5); REVIEW SPLINTERS
                                     PROPOSED REVISIONS TO APPROVAL ORDER
                                     (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ        08/16/07      5.30   REVIEW PROPOSED SPLINTER SETTLEMENT
                                    ORDERS FOR MEET AND CONFER WITH B.
                                    MEHLSACK, M. ROBBINS (0.5); PARTICIPATE
                                    IN TELEPHONIC MEET AND CONFER RE: SAME
                                    (1.0); REVISIONS TO SPLINTERS
                                    SETTLEMENT APPROVAL ORDER, IUE APPROVAL
                                    ORDER FOR DISTRIBUTION TO INTERESTED
                                    PARTIES (2.0); FINAL REVIEW AND FORWARD
                                    TO CHAMBERS OF REVISED IUE-CWA AND
                                    SPLINTERS SETTLEMENT APPROVAL ORDERS
                                    (0.3); CORRESPONDENCE WITH FTI RE:
                                    REVISED SPLINTERS AND IUE-CWA ORDERS,
                                    EXHIBITS (0.2); PARTICIPATE IN
                                    1113/1114 STATUS CONFERENCE (0.4);
                                    PREPARING 8TH SUPPLEMENTAL 1113/1114
                                    SUSPENSION ORDER (0.2); FORWARD SAME TO
                                    CHAMBERS (0.1); REVISE USW APPROVAL
                                    HEARING SCHEDULING ORDER (0.1); FORWARD
                                    SAME TO CHAMBERS (0.1); TELECONFERENCE
                                    WITH B. MEHLSACK RE: SPLINTERS
                                    SETTLEMENT APPROVAL ORDER (0.2);
                                    TELECONFERENCE WITH CHAMBERS RE: BOTH
                                    UNION SETTLEMENTS APPROVAL ORDERS,
                                    EXHIBITS (0.2).

MATZ TJ        08/17/07     10.50   REVIEW CORRESPONDENCE FROM P. O' HEARN
                                    RE: WITHDRAWAL OF 1113/1114 MOTION
                                    (0.2); TELECONFERENCE WITH P. O' HEARN
                                    RE: SAME (0.2); TELECONFERENCE FROM
                                    CHAMBERS RE: USW HEARING PROPOSED
                                    SCHEDULING ORDER (0.2); TELECONFERENCE
                                    WITH B. SAX RE: USW MOTION TIMING, PRESS
                                    RELEASE (0.3); REVIEW USW VANDALIA AND
                                    HOME AVENUE MEMORANDUMS OF
                                    UNDERSTANDING, LETTER AGREEMENTS IN
                                    RESPECT OF USW SETTLEMENT APPROVAL
                                    MOTION (1.5); REVIEW AND REVISE FINAL
                                    USW SETTLEMENT APPROVAL MOTION, ORDER
                                    FOR FILING (6.3); TELECONFERENCE WITH
                                    B. SAX RE: SAME (0.2); TELECONFERENCES
                                    WITH L. PETERSON RE: COMMENTS TO SAME
                                    (0.6); REVIEW CORRESPONDENCE FROM R.
                                    LEMONS RE: USW MOTION (0.2); REVIEW
                                    CORRESPONDENCE FROM M. RIELA RE: SAME
                                    (0.2); DRAFT REVISIONS RE: USW MOTION
                                    PLEADINGS FOR DELPHI WEBSITE (0.4);
                                    TELECONFERENCE WITH KCC RE: SAME (0.2).

MATZ TJ        08/19/07      1.30   REVIEW AND COMMENT ON KCC USW MATERIALS
                                    ON DELPHI DOCKET (0.3); REVIEW AND
                                    COMMENT ON CHANGES TO IUE-CWA AND IUOE,
                                    IAM, IBEW BANNERS (0.2); REVIEW
                                    CORRESPONDENCE FROM B. SAX RE: USW
                                    MOTION (0.2); REVIEW CORRESPONDENCE
                                    FROM J. SHEEHAN RE: SAME (0.1); REVIEW
                                    AND COMMENT ON USW MEMORANDUM OF
                                    UNDERSTANDING (0.5).

MATZ TJ        08/20/07      0.80   FURTHER REVIEW OF POSSIBLE REVISIONS TO
                                    USW SETTLEMENT APPROVAL ORDER (0.6);
                                    CORRESPONDENCE WITH P. O' HEARN RE:
                                    NOTICE OF WITHDRAWAL (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ        08/21/07     1.70   REVIEW MATTER RE: USW SETTLEMENT
                                   APPROVAL ORDER (0.6); TELECONFERENCE
                                   WITH L. PETERSON RE: REVISION TO USW
                                   ORDER (0.2); CONTINUE TO REVIEW OF USW
                                   SETTLEMENT APPROVAL ORDER REVISIONS
                                   (0.9).

MATZ TJ        08/22/07     2.80   REVIEW AND COMMENT ON NOTICE OF
                                   WITHDRAWAL (0.2); REVISIONS TO SAME
                                   (0.2); REVIEW UNION RELEASES MATTER,
                                   USW ORDER REVISIONS (1.6); REVIEW
                                   PROPOSED RESOLUTION OF SAME (0.2);
                                   TELECONFERENCE WITH B. SAX RE: USW ORDER
                                   (0.2); PRELIMINARY REVIEW OF
                                   DECLARATION RE: USW SETTLEMENT APPROVAL
                                   MOTION (0.4).

MATZ TJ        08/24/07     2.50   REVIEW AND COMMENT ON LOPRETE AND BUTLER
                                   DECLARATIONS RE: USW SETTLEMENT
                                   APPROVAL MOTION (1.2); PREPARE OF
                                   HEARING EXHIBITS, SCRIPTS (0.4); REVIEW
                                   DRAFT SCRIPT, PROFFER FOR 8/29 HEARING
                                   (0.5); COMMENT ON HEARING AGENDA
                                   MATERIALS (0.4).

MATZ TJ        08/27/07     2.20   REVIEW CORRESPONDENCE FROM K. BUTLER
                                   RE: USW MOTION DECLARATION (0.2);
                                   REVIEW REVISIONS TO SAME (0.2); REVIEW
                                   REVISED K. LOPERET DECLARATION (0.2);
                                   REVIEW 8/29 USW MOTION HEARING AGENDA
                                   (0.2); REVIEW HEARING AGENDA (0.2);
                                   REVIEW HEARING MATERIALS (0.2); REVIEW
                                   CORRESPONDENCE FROM T. KENNEDY RE: PLAN
                                   (0.1); REVIEW 8/29 HEARING MATERIALS
                                   (0.5); REVIEW CORRESPONDENCE FROM B.
                                   CECCOTTI RE: UNION DISTRIBUTION (0.1);
                                   REVISE SAME (0.1); TELECONFERENCE WITH
                                   CHAMBERS RE: 8/29 HEARING (0.2).

MATZ TJ        08/28/07     4.00   PREPARE, REVIEW EXHIBITS HEARING
                                   BINDERS FOR 8/29 USW SETTLEMENT
                                   APPROVAL HEARING (2.0); TELECONFERENCE
                                   WITH CHAMBERS RE: 8/29 USW HEARING,
                                   LOGISTIC, EXHIBITS BINDERS (0.3);
                                   REVIEW AND COMMENT ON USW CLAIM
                                   STIPULATION (0.3); REVIEW REVISED USW
                                   SETTLEMENT APPROVAL ORDER (0.2);
                                   FORWARD SAME TO CHAMBERS (0.1); FURTHER
                                   REVIEW AND FINALIZE LOPRETE DECLARATION
                                   (0.4); REVIEW AND FINALIZE 8/29 HEARING
                                   MATERIALS (0.4); TELECONFERENCE WITH M.
                                   MC GANN RE: HEARING MATERIALS (0.2);
                                   CORRESPONDENCE WITH B. SAX RE: USW
                                   MOTION (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 08/29/07 | 3.20 | DISCUSSION WITH L. PETERSON RE: REVISED ORDER RE: USW SETTLEMENT APPROVAL MOTION (0.2); DISCUSSION WITH M. KESSLER RE: SAME (0.2); FINAL PREPARATION FOR USW SETTLEMENT APPROVAL HEARING (1.4); ATTEND USW SETTLEMENT APPROVAL HEARING (0.4); REVISE 1113/1114 WITHDRAWAL ORDER (0.2); FORWARD SAME TO CHAMBERS (0.1); REVIEW DOCKET USW SETTLEMENT APPROVAL ORDER (0.2); DISTRIBUTE TO COMPANY (0.1); DISCUSSION WITH J. BERKE RE: USW CLAIMS STIPULATION (0.2); REVIEW USW STIPULATION (0.2). |
|---|---|---|---|

**94.50**

| RAMLO K | 08/01/07 | 4.20 | REVIEW AND COMMENT ON MOTION, PROPOSED ORDER, INFORMATION NOTICE RE: APPROVAL OF SETTLEMENT WITH SPLINTER UNIONS (4.2). |
|---|---|---|---|
| RAMLO K | 08/02/07 | 0.20 | CORRESPONDENCE FROM J. KASTIN RE: TERM SHEET WITH GM RE: UNREPRESENTED EMPLOYEES (0.1); CORRESPONDENCE WITH R. FLETEMEYER RE: MOTION TO APPROVE SAME (0.1). |
| RAMLO K | 08/03/07 | 0.40 | REVISE MOTION TO APPROVE AGREEMENTS WITH SPLINTER UNIONS (0.4). |
| RAMLO K | 08/04/07 | 0.70 | REVIEW AND COMMENT ON MOTION TO APPROVE DEAL WITH SPLINTERS UNION (0.7). |
| RAMLO K | 08/05/07 | 1.40 | REVIEW CORRESPONDENCE FROM C. MCWEE, B. SAW RE: UNION RATIFICATION STATUS AND BEGIN REVIEWING AND COMMENTING ON IUE MOTION (0.8); CORRESPONDENCE TO E. GERSHBEIN RE: SERVICE OF SPLINTERS AND IUE MOTIONS (0.2); REVIEW MATERIALS ON SAME (0.4). |
| RAMLO K | 08/06/07 | 3.70 | REVIEW AND COMMENT ON DRAFT IUE MOTION (1.3); CORRESPONDENCE WITH R. FLETEMEYER RE: SAME (0.2); TELECONFERENCE WITH V. VRON RE: SAME (0.4); REVIEW AND COMMENT ON SPLINTER MOTION (0.4); WORKING GROUP CALL RE: MOTIONS TO APPROVE UNION DEALS WITH T. JERMAN, J. KASTIN (0.8); REVIEW CORRESPONDENCE FROM COUNSEL FOR IOUE RE: INTERNATIONAL UNION (0.2); SUPERVISE SERVICE OF SPECIAL NOTICES PARTIES (0.4). |
| RAMLO K | 08/07/07 | 2.70 | REVIEW AND COMMENT ON DECLARATIONS FOR UNION SETTLEMENT APPROVAL MOTIONS (2.7). |
| RAMLO K | 08/08/07 | 0.60 | ANALYSIS RE: HEARING PREPARATION FOR MOTIONS TO APPROVE DEALS WITH UNIONS AND MODIFICATION TO OPEB (0.6). |

B43E

| RAMLO K | 08/09/07 | 5.60 | REVIEW PROPOSED SEVENTH AMENDED 1113/1114 SUSPENSION ORDER (0.1); ANALYSIS RE: SERVICE OF ADDITIONAL UNREPRESENTED EMPLOYEES AND CORRESPONDENCE WITH E. GERSHEIN RE: SAME (0.3); REVIEW AND REVISE DECLARATIONS AND PROFFER FOR UNION MOTIONS (4.7); REVIEW USW DRAFTS (0.5). |
| --- | --- | --- | --- |
| RAMLO K | 08/10/07 | 4.70 | CORRESPONDENCE WITH B. SAX RE: UNION RATIFICATION AND DECLARATIONS (0.2); REVISE SHEEHAN AND BUTLER DECLARATIONS AND HEARING SCRIPT (4.5). |
| RAMLO K | 08/13/07 | 1.40 | REVISE UNION-RELATED DECLARATIONS AND HEARING SCRIPTS (0.8); REVIEW DRAFT CERTIFICATE OF SERVICE OF MOTION AND INFORMATIONAL NOTICES (0.6). |
| RAMLO K | 08/14/07 | 4.40 | REVISE SHEHAN DECLARATIONS AND HEARING SCRIPTS IN SUPPORT OF UNION SETTLEMENT MOTIONS (4.0); REVIEW 7TH AMENDED ORDER ON 1113/1114 MOTION (0.1); CORRESPONDENCE FROM R. LEMONS, M. RIELA, AND B. MEHLSACK RE: UNION SETTLEMENT MOTIONS (0.3). |
| RAMLO K | 08/15/07 | 12.30 | TELECONFERENCES AND MEETINGS WITH J. SHEEHAN AND B. SAX TO CONTINUE REVISING DECLARATIONS OF J. SHEEHAN AND K. BUTLER AND HEARING SCRIPTS IN SUPPORT OF UNION SETTLEMENT MOTIONS (8.8); MEET AND CONFER WITH UNION COUNSEL TO SETTLE PROPOSE FORM OF ORDER AND STATEMENTS ON THE RECORD (1.3); REVISE PROPOSED ORDERS AND EXHIBITS AND PREPARE FOR HEARING (2.2). |
| RAMLO K | 08/16/07 | 5.90 | PREPARE FOR AND ATTEND HEARING ON MOTIONS TO APPROVE UNION SETTLEMENTS (2.1); REVIEW PROPOSED ORDERS AND EXHIBITS SUBMITTED TO CHAMBERS (0.5); REVIEW DRAFT AGREEMENTS WITH USW (2.5); REVISIONS TO MOTION TO APPROVE USW AGREEMENTS (0.8). |
| RAMLO K | 08/17/07 | 5.60 | CONTINUE REVIEWING USW AGREEMENTS AND REVIEW, COMMENT AND REVISE MOTION TO APPROVE USW AGREEMENTS AND RELATED PLEADINGS (5.6). |
| RAMLO K | 08/23/07 | 1.80 | REVIEW AND COMMENT ON 1113/1114 WITHDRAWAL ORDER (0.3); REVISE BULTER AND LOPRETE DECLARATIONS FOR USW MOTION (1.3); USW HEARING PREPARATION (0.2). |
| RAMLO K | 08/24/07 | 2.50 | REVISE USW DECLARATIONS, SCRIPT AND PREPARE HEARING MATERIALS (2.5). |
| RAMLO K | 08/25/07 | 0.50 | REVISE USW DECLARATIONS (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 08/27/07 | 5.20 | CORRESPONDENCE FROM K. LOPRETE AND B. SAX RE: USW DECLARATIONS (0.2); REVISE DECLARATIONS FOR USW (0.8); REVIEW AND COMMENT ON STIPULATION WITH UAW (0.9); PREPARE MATERIALS AND EXHIBITS FOR HEARING ON USW (3.3). |
| RAMLO K | 08/28/07 | 0.50 | REVIEW AND COMMENT ON UAW CLAIM STIPULATION AND AGREED ORDER WITHDRAWING 1113/1114 MOTION AND REVIEW CORRESPONDENCE ON BOARD APPROVAL OF USW SETTLEMENT (0.5). |
| | | **64.30** | |
| **Total Counsel** | | **158.80** | |
| CAMPANARIO ND | 08/13/07 | 3.30 | REVISE PAPERS IN SUPPORT OF IUE-CWA AND SPLINTER UNIONS SETTLEMENT MOTIONS (3.3). |
| CAMPANARIO ND | 08/14/07 | 1.00 | REVISE PAPERS IN SUPPORT OF IUE-CWA AND SPLINTER UNIONS SETTLEMENT MOTIONS (1.0). |
| | | **4.30** | |
| GANITSKY DI | 08/18/07 | 1.20 | REVIEW AND COMMENT ON LABOR MOU (1.2). |
| GANITSKY DI | 08/28/07 | 0.60 | REVIEW AND COMMENT ON USW MOU (0.6). |
| | | **1.80** | |
| HERRIOTT AV | 08/01/07 | 0.20 | BEGIN GATHERING SERVICE ADDRESSES FOR NEW LABOR PLEADINGS (0.2). |
| HERRIOTT AV | 08/04/07 | 0.30 | CONTINUE GATHERING NOTICE PARTIES FOR NEW LABOR PLEADINGS (0.3). |
| HERRIOTT AV | 08/05/07 | 0.50 | CONTINUE GATHERING NOTICE INFORMATION FOR LABOR PLEADINGS (0.5). |
| HERRIOTT AV | 08/06/07 | 0.90 | GATHER NOTICE PARTIES AND ASSIST WITH SERVICE ISSUES RELATED TO IUE-CWA SETTLEMENT AGREEMENT AND SPLINTER UNION SETTLEMENT AGREEMENT (0.9). |
| HERRIOTT AV | 08/08/07 | 0.20 | ASSIST B. SAX IN GATHERING INFORMATION TO ASSIST WITH USW NEGOTIATION (0.2). |
| | | **2.10** | |
| ~~HILL LF~~ | ~~08/14/07~~ | ~~2.20~~ | ~~DRAFT SCHEDULING ORDER RE: USW (1.5); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE RE: SAME (0.7).~~ |
| | | ~~2.20~~ | |
| KOHUT RD | 08/01/07 | 8.20 | DRAFT SPLINTER UNION SETTLEMENT AGREEMENT MOTION (4.5); DRAFT SPLINTER UNION SETTLEMENT AGREEMENT PROPOSED ORDER (2.5); DRAFT SPLINTER UNION SETTLEMENT AGREEMENT NOTICE OF MOTION (0.3); DRAFT SPLINTER UNION SETTLEMENT AGREEMENT INFORMATIONAL NOTICE (0.6); UPDATE ON UNION NEGOTIATIONS WITH BETH SAX (0.3). |

B43E

| | | | |
|---|---|---|---|
| KOHUT RD | 08/02/07 | 9.80 | ATTENDANCE AT 1113/1114 STATUS CONFERENCE (0.8); DRAFT SIXTH AMENDED SECTION 1113 AND 1114 PROCEEDINGS SUSPENSION ORDER (0.8); DRAFT SPLINTER UNION SETTLEMENT AGREEMENT MOTION PAPERS (8.2). |
| KOHUT RD | 08/03/07 | 11.40 | REVISIONS TO SIXTH AMENDED SECTION 1113 AND 1114 PROCEEDINGS SUSPENSION ORDER (0.8); DRAFTING OF SPLINTER UNION SETTLEMENT AGREEMENT MOTION PAPERS (7.1); REVIEW OF DELPHI 8-K ISSUES (0.9); LEGAL RESEARCH ON COLLECTIVE BARGAINING ISSUES (2.6). |
| KOHUT RD | 08/04/07 | 6.40 | DRAFT SPLINTER UNION SETTLEMENT AGREEMENT MOTION PAPERS (4.6); LEGAL RESEARCH ON COLLECTIVE BARGAINING ISSUES (0.7); DRAFT COMMITTEE PRESENTATION (1.1). |
| KOHUT RD | 08/05/07 | 9.60 | DRAFT SPLINTER UNION SETTLEMENT AGREEMENT MOTION PAPERS (2.4); DRAFT OF IUE-CWA SETTLEMENT AGREEMENT MOTION PAPERS (6.6); DRAFTING OF COMMITTEE PRESENTATION (0.6). |
| KOHUT RD | 08/06/07 | 14.80 | DRAFT SPLINTER UNION SETTLEMENT AGREEMENT MOTION PAPERS (3.9); DRAFT IUE-CWA SETTLEMENT AGREEMENT MOTION PAPERS (5.5); SPLINTER UNION SETTLEMENT AGREEMENT CONFERENCE CALL (0.8); CORRESPONDENCE WITH M. ROBBINS (0.6); CORRESPONDENCE WITH GM (0.9); CORRESPONDENCE WITH B. MEHLSACK (1.1); CORRESPONDENCE WITH KCC (0.9); PREPARATION AND REVIEW OF EXHIBITS (1.1). |
| KOHUT RD | 08/07/07 | 8.10 | PREPARATION OF SPLINTER UNION/IUE-CWA SETTLEMENT AGREEMENT MOTION FILINGS FOR DELPHI WEBSITE (3.4); CORRESPONDENCE WITH B. MEHLSACK (0.4); DRAFT PROPOSED REVISIONS TO ORDERS (1.0); DRAFT SPLINTER UNION/IUE-CWA SETTLEMENT AGREEMENT MOTION SCRIPT (3.3). |
| KOHUT RD | 08/08/07 | 1.10 | DRAFT REVISIONS TO PROPOSED ORDERS (0.8); CORRESPONDENCE RE: 1113/1114 STATUS CONFERENCE (0.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KOHUT RD        08/09/07      9.30   DRAFT OF K. BUTLER DECLARATION, J.
                                     SHEEHAN DECLARATION AND SCRIPT FOR THE
                                     IUE-CWA 1113/1114 SETTLEMENT APPROVAL
                                     MOTION & THE IUOE, IBEW, AND IAM
                                     1113/1114 SETTLEMENT AND RETIREE
                                     BENEFIT APPROVAL MOTION (6.6); DRAFT OF
                                     REVISIONS TO PROPOSED ORDERS (0.5);
                                     CORRESPONDENCE WITH KCC RE: ADDITIONAL
                                     NOTICE (0.4); 1113/1114 STATUS
                                     CONFERENCE WITH IUE-CWA (0.8); DRAFT OF
                                     SEVENTH AMENDED SECTION 1113 AND 1114
                                     PROCEEDINGS SUSPENSION ORDER DRAFT
                                     SEVENTH AMENDED SECTION 1113 AND 1114
                                     PROCEEDINGS SUSPENSION ORDER (0.6);
                                     REVIEW OF FTI EXHIBITS TO PROPOSED
                                     ORDERS (0.4).

KOHUT RD        08/10/07      4.00   DRAFT K. BUTLER DECLARATION, J. SHEEHAN
                                     DECLARATION AND SCRIPT FOR THE IUE-CWA
                                     1113/1114 SETTLEMENT APPROVAL MOTION &
                                     THE IUOE, IBEW, AND IAM 1113/1114
                                     SETTLEMENT AND RETIREE BENEFIT APPROVAL
                                     MOTION (3.1); DRAFT REVISIONS TO
                                     PROPOSED ORDERS (0.6); DRAFT SEVENTH
                                     AMENDED SECTION 1113 AND 1114
                                     PROCEEDINGS SUSPENSION ORDER DRAFT
                                     SEVENTH AMENDED SECTION 1113 AND 1114
                                     PROCEEDINGS SUSPENSION ORDER (0.3).

KOHUT RD        08/12/07      0.30   REVIEW OF CORRESPONDENCE FROM M.
                                     ROBBINS (0.3).

KOHUT RD        08/13/07      3.20   REVIEW OF COMMENTS TO K. BUTLER
                                     DECLARATION, J. SHEEHAN DECLARATION AND
                                     SCRIPT FOR THE IUE-CWA 1113/1114
                                     SETTLEMENT APPROVAL MOTION & THE IUOE,
                                     IBEW, AND IAM 1113/1114 SETTLEMENT AND
                                     RETIREE BENEFIT APPROVAL MOTION (0.9);
                                     DRAFTING OF REVISIONS TO PROPOSED
                                     ORDERS (0.5); DRAFTING OF USW 1113/1114
                                     SETTLEMENT APPROVAL MOTION (1.4);
                                     REQUESTING OF UAW SERVICE ADDRESS AND
                                     FILED CLAIMS (0.4).

KOHUT RD        08/14/07      8.30   REVIEW OF K.  BUTLER DECLARATIONS, J.
                                     SHEEHAN DECLARATIONS AND SCRIPTS FOR
                                     THE IUE-CWA 1113/1114 SETTLEMENT
                                     APPROVAL MOTION & THE IUOE, IBEW, AND
                                     IAM 1113/1114 SETTLEMENT AND RETIREE
                                     BENEFIT APPROVAL MOTION (0.8); DRAFT
                                     AND CIRCULATION OF REVISIONS TO
                                     PROPOSED ORDERS (0.6); REVIEW OF RETURN
                                     COMMENTS ON SAME (0.7); DRAFT USW
                                     1113/1114 SETTLEMENT APPROVAL MOTION
                                     PAPERS (3.9); DISCUSSIONS WITH M.
                                     ROBBINS AND FOLLOW-UP CORRESPONDENCE
                                     (1.7); DRAFT DRAFT EIGHTH AMENDED
                                     SECTION 1113 AND 1114 PROCEEDINGS
                                     SUSPENSION ORDER (0.6).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KOHUT RD        08/15/07     11.00   REVISIONS TO IUE-CWA & SPLINTER
                                     PROPOSED ORDERS AND THEIR EXHIBITS
                                     (2.7); REVISIONS TO SHEEHAN AND BUTLER
                                     DECLARATIONS FOR IUE-CWA & SPLINTER
                                     MOTION (2.7); REVISIONS TO SCRIPTS FOR
                                     IUE-CWA & SPLINTER MOTION (2.5);
                                     TELECONFERENCE WITH R. GISE, UAW
                                     COUNSEL RE: UAW STIPULATION (0.3);
                                     FOLLOW-UP (0.4); IUE-CWA & SPLINTER
                                     MOTION HEARING PREPARATION (2.4).

KOHUT RD        08/16/07     15.60   TELECONFERENCE WITH SPLINTER UNIONS
                                     (1.1); REVISIONS TO IUE-CWA & SPLINTER
                                     PROPOSED ORDERS AND THEIR EXHIBITS
                                     (2.6); IUE-CWA & SPLINTER MOTION
                                     HEARING PREPARATION (1.5); ATTENDANCE
                                     AT IUE-CWA & SPLINTER MOTION HEARING
                                     (1.6); DRAFT THE USW 1113/1114
                                     SETTLEMENT APPROVAL MOTION, A PROPOSED
                                     ORDER FOR THE MOTION, A NOTICE OF MOTION
                                     AND AN INFORMATIONAL NOTICE FOR
                                     USW-REPRESENTED EMPLOYEES AND
                                     USW-REPRESENTED RETIREES OF DELPHI
                                     (8.8).

KOHUT RD        08/17/07     14.00   DRAFT THE USW 1113/1114 SETTLEMENT
                                     APPROVAL MOTION, PROPOSED ORDER FOR THE
                                     MOTION, NOTICE OF MOTION AND
                                     INFORMATIONAL NOTICE FOR
                                     USW-REPRESENTED EMPLOYEES AND
                                     USW-REPRESENTED RETIREES OF DELPHI
                                     (7.7); REVIEW OF EXHIBITS (1.6); FILING
                                     OF COURT PAPERS (1.2); REVISIONS TO
                                     DELPHIDOCKET.COM AND CORRESPONDENCE
                                     WITH KCC FOR FILING (1.3);
                                     CORRESPONDENCE WITH USW (1.6);
                                     CORRESPONDENCE WITH GM AND COMMITTEES
                                     (0.6).

KOHUT RD        08/18/07      4.80   REVIEW OF REVISIONS TO DELPHIDOCKET.COM
                                     AND DOCUMENTS POSTED THEREON (1.4);
                                     CORRESPONDENCE WITH KCC ABOUT SAME
                                     (0.6); DRAFT 8-K RELATING TO SPLINTER
                                     AND IUE-CWA SETTLEMENT AGREEMENTS
                                     (2.4); DISCUSSION OF USW REVISIONS TO
                                     FILING WITH B. SAX (0.4).

KOHUT RD        08/20/07      6.80   DRAFT REVISIONS AND REVIEW OF 8-K
                                     RELATING TO SPLINTER AND IUE-CWA
                                     SETTLEMENT AGREEMENTS (3.4);
                                     PREPARATION OF EXHIBITS FOR SAME (1.6);
                                     REVIEW AND DISCUSSION OF COLLECTIVE
                                     BARGAINING ISSUE RE: USW PROPOSED ORDER
                                     (1.8).

KOHUT RD        08/21/07      7.90   DRAFTING OF USW SUMMARY FOR DISCLOSURE
                                     STATEMENT (0.7); REVIEW AND REVISIONS
                                     TO 8-K RELATING FOR SPLINTER AND IUE-CWA
                                     SETTLEMENT AGREEMENTS (2.8); REVIEW OF
                                     ATTACHMENTS FOR 8-K (1.5); REVIEW AND
                                     DISCUSSION OF COLLECTIVE BARGAINING
                                     ISSUE RE: USW PROPOSED ORDER (2.9).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KOHUT RD          08/22/07      7.70    DRAFT 1113/1114 WITHDRAWAL PROPOSED
                                        ORDER (1.9); REVIEW AND DISCUSSION OF
                                        COLLECTIVE BARGAINING ISSUE RE: USW
                                        PROPOSED ORDER (2.4); DRAFT K. BUTLER
                                        AND K. LOPRETE DECLARATIONS (3.4).

KOHUT RD          08/23/07      4.80    REVISIONS TO 1113/1114 WITHDRAWAL
                                        PROPOSED ORDER (0.6); REVIEW AND
                                        DISCUSSION OF COLLECTIVE BARGAINING
                                        ISSUE RE: USW PROPOSED ORDER (0.5);
                                        DRAFT USW SCRIPT (2.4); REVIEW OF GM
                                        SETTLEMENT AGREEMENT (0.6); REVISIONS
                                        TO UAW STIPULATION (0.7).

KOHUT RD          08/24/07      5.20    REVIEW AND REVISIONS TO K. BUTLER AND K.
                                        LOPRETE DECLARATIONS (2.2); REVIEW AND
                                        DISCUSSION OF COLLECTIVE BARGAINING
                                        ISSUE RE: USW PROPOSED ORDER (0.2);
                                        DRAFTING OF USW 8-K (1.6); PREPARATION
                                        OF EXHIBITS FOR USW 8-K (0.6); REVISIONS
                                        TO USW SETTLEMENT APPROVAL MOTION
                                        SCRIPT (0.6).

KOHUT RD          08/27/07      8.60    REVIEW AND REVISIONS TO K. BUTLER AND K.
                                        LOPRETE DECLARATIONS (2.8); DISCUSSION
                                        WITH USW RE: USW PROPOSED ORDER (0.6);
                                        REVISIONS AND FORWARDING OF PROPOSED
                                        ORDER AND COMPARISON OF ORIGINAL ORDER
                                        (0.4); REVISIONS TO USW 8-K (0.5);
                                        DISCUSSIONS WITH DELPHI RE: USW 8-K
                                        (0.4); REVISIONS TO USW SETTLEMENT
                                        APPROVAL MOTION SCRIPT (1.2);
                                        PREPARATION AND REVIEW OF USW HEARING
                                        BINDER (2.7).

KOHUT RD          08/28/07      8.10    REVIEW AND REVISIONS TO K. LOPRETE
                                        DECLARATIONS (2.9); PREPARATION OF
                                        MATERIALS FOR COURT (2.8);
                                        COMMUNICATION WITH UNIONS ABOUT
                                        1113/1114 WITHDRAWAL ORDER (0.4);
                                        REVISIONS TO 1113/1114 WITHDRAWAL ORDER
                                        (0.6); REVISIONS TO USW 8-K (0.5);
                                        DISCUSSION ABOUT SAME WITH COMPANY
                                        (0.3); REVISIONS TO UAW WITHDRAWAL OF
                                        CLAIMS STIPULATION (0.6).

KOHUT RD          08/29/07      4.20    USW MOTION HEARING PREPARATION (1.7);
                                        ATTENDANCE AT USW MOTION HEARING (0.7);
                                        REVISIONS TO 1113/1114 WITHDRAWAL ORDER
                                        (0.4); REVISIONS TO USW 8-K (0.3);
                                        DISCUSSIONS WITH DELPHI RE: USW 8-K
                                        (0.5); REVISIONS TO UAW WITHDRAWAL OF
                                        CLAIMS STIPULATION (0.6).

                                193.20

**Total Associate**             203.60

CHAVALI A         08/01/07      1.50    ORGANIZE AND DISTRIBUTE 1113 STATUS
                                        CALL INFORMATION (1.5).

CHAVALI A         08/02/07      2.00    PREPARE SPLINTER UNIONS MOUS BINDERS
                                        (1.3); DISTRIBUTE SPLINTER UNIONS MOUS
                                        BINDER (0.7).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| CHAVALI A | 08/03/07 | 3.20 | PREPARE DRAFT SPLINTER UNION APPROVAL PLEADINGS (2.4); DISTRIBUTE LABOR RELATED PLEADINGS (0.8). |
|---|---|---|---|
| CHAVALI A | 08/06/07 | 6.60 | ASSIST WITH PREPARING INFORMATIONAL NOTICE FOR SPLINTER UNION APPROVAL MOTION (2.3); PREPARE NOTICES OF HEARING FOR SPLINTER UNION APPROVAL MOTION AND IUE-CWA APPROVAL MOTION (1.5); ATTEND CALL RE: SERVICE AND FILING OF LABOR MOTIONS (0.7); COORDINATE SERVICE OF LABOR MOTIONS (0.8); PREPARE EXHIBITS FOR FILING (1.3). |
| CHAVALI A | 08/08/07 | 3.10 | PREPARE BINDERS OF UNION APPROVAL MOTIONS FILED (1.4); DISTRIBUTE AOS FOR UNION RELATED SERVICE (0.3); DISTRIBUTE PRECEDENT STIPULATION FOR UAW STIPULATION (0.3); ASSIST WITH SENDING REMINDER EMAIL RE: LABOR STATUS CALL (0.5); DISTRIBUTE DIAL IN NUMBER TO PARTICIPANTS (0.6). |
| CHAVALI A | 08/09/07 | 0.50 | ATTEND LABOR STATUS CALL (0.5). |
| | | **16.90** | |
| ~~KLIMEK MV~~ | ~~08/08/07~~ | ~~2.40~~ | ~~CONTINUE TO COMPILE RECORD OF PLEADINGS IN 1113/1114 LITIGATION (2.4).~~ |
| ~~KLIMEK MV~~ | ~~08/10/07~~ | ~~0.20~~ | ~~CONTINUE TO COMPILE RECORD OF PLEADINGS AND DEPOSITION TRANSCRIPTS FOR HOURLY ATTRITION MOTIONS 1 AND 2 (0.2).~~ |
| | | ~~2.60~~ | |
| SHRAGO R | 08/09/07 | 2.50 | COMPILE LABOR MOTION BINDERS (2.5). |
| SHRAGO R | 08/10/07 | 0.20 | PULL LABOR MOTIONS (0.2). |
| SHRAGO R | 08/16/07 | 0.40 | DISTRIBUTE LABOR ORDERS (0.4). |
| SHRAGO R | 08/22/07 | 0.40 | UPDATE USW HEARING AGENDA (0.4). |
| SHRAGO R | 08/29/07 | 1.60 | ASSIST AT LABOR HEARING (1.6). |
| | | **5.10** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ZSOLDOS AF | 08/06/07 | 5.10 | PREPARE EXHIBITS TO (2.4) AND ELECTRONICALLY FILE MOTIONS TO APPROVE MOU WITH IUE-CWA (0.5) AND SPLINTER UNIONS (0.8); COORDINATE BANNER UPDATE FOR DELPHIDOCKET.COM (1.1); COORDINATE SERVICE (0.3). |
|---|---|---|---|
| ZSOLDOS AF | 08/16/07 | 3.90 | ATTEND AND ASSIST AT STATUS CONFERENCE (0.2); ASSIST WITH AND DISTRIBUTE USW DRAFT PLEADINGS FOR ATTORNEY REVIEW, INCLUDING UPDATING EXHIBITS AND PREPARING PACKAGES (3.7). |
| ZSOLDOS AF | 08/17/07 | 8.00 | PREPARE USW PAPERS FOR REVIEW IN THE MORNING (1.1); CONTINUE TO UPDATE AND REVISE EXHIBITS TO ORDER (2.7); ASSISTANCE WITH FINAL PREPARATION OF USW PAPERS (1.2); PREPARE AND ELECTRONICALLY FILE PAPERS (1.3); DISTRIBUTE PAPERS AS FILED (0.3); COORDINATE SERVICE OF SAME (0.6); INSTRUCTIONS TO KCC RE: UPDATING BANNER (0.8). |
| ZSOLDOS AF | 08/22/07 | 2.10 | SEARCH TRANSCRIPT RE: UAW SPECIAL ATTRITION FOR SPECIFIC LANGUAGE (1.8); DISTRIBUTE E-COPIES (0.3). |
| ZSOLDOS AF | 08/28/07 | 6.40 | PREPARE FOR USW HEARING, INCLUDING: MAKING AND UPDATING BINDERS (3.8); PREPARE SETS OF RELEVANT PLEADINGS (1.2); FINALIZE AND FILE AGENDA (0.4); UPDATE ALL DOCUMENTS BOX (1.0). |
| ZSOLDOS AF | 08/29/07 | 5.50 | PREPARE FOR, ATTEND, AND PARTICIPATE IN USW SETTLEMENT HEARING (3.8); PREPARE ORDERS AND EXHIBITS ON DISK FOR SUBMISSION TO CHAMBERS (1.7). |
| | | 31.00 | |
| **Total Legal Assistant** | | 55.60 | |
| ~~ROMAN JJ~~ | ~~08/28/07~~ | ~~1.40~~ | ~~PREPARE DOCUMENTS RE: EVIDENTIARY EXHIBIT FOR EXPEDITED MOTION APPROVING MOU (1.4).~~ |
| | | ~~1.40~~ | |
| ~~**Total Legal Assistant Support**~~ | | ~~1.40~~ | |
| **TOTAL TIME** | | <u>607.20</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 09/30/07**
**Employee Matters (Labor Unions)**                            **Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/03/07 | Copy Center, D | 19.20 |
| In-house Reproduction | 08/07/07 | Copy Center, D | 29.30 |
| In-house Reproduction | 08/10/07 | Copy Center, D | 2.10 |
| In-house Reproduction | 08/17/07 | Copy Center, D | 110.20 |
| In-house Reproduction | 08/21/07 | Copy Center, D | 180.40 |
| In-house Reproduction | 08/21/07 | Copy Center, D | 0.80 |
| In-house Reproduction | 08/31/07 | Copy Center, D | 4.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$346.00** |
| Westlaw | 08/01/07 | Ramlo K | 6.68 |
| Westlaw | 08/01/07 | Kohut RD | 4.65 |
| Westlaw | 08/08/07 | Kohut RD | 108.67 |
| | | **TOTAL WESTLAW** | **$120.00** |
| Reproduction - color | 08/02/07 | Copy Center, D | 78.50 |
| Reproduction - color | 08/06/07 | Copy Center, D | 74.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$153.00** |
| Vendor Hosted Teleconferencing | 08/06/07 | Teleconferencing Services, LLC | 22.22 |
| Vendor Hosted Teleconferencing | 08/16/07 | Teleconferencing Services, LLC | 6.78 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$29.00** |
| Air/Rail Travel (external) | 08/14/07 | Butler, Jr. J | 334.65 |
| Air/Rail Travel (external) | 08/19/07 | Butler, Jr. J | 119.57 |
| Air/Rail Travel (external) | 08/26/07 | Butler, Jr. J | 59.78 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$514.00** |
| Out-of-Town Travel | 08/14/07 | Butler, Jr. J | 8.00 |
| Out-of-Town Travel | 08/14/07 | Butler, Jr. J | 190.02 |
| Out-of-Town Travel | 08/14/07 | Butler, Jr. J | 9.75 |
| Out-of-Town Travel | 08/14/07 | Ramlo K | 54.99 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 08/15/07 | Ramlo K | 7.00 |
| Out-of-Town Travel | 08/16/07 | Ramlo K | 92.98 |
| Out-of-Town Travel | 08/16/07 | Ramlo K | 1,070.26 |
| Out-of-Town Travel | 08/16/07 | Ramlo K | 2.00 |
| Out-of-Town Travel | 08/19/07 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 08/19/07 | Butler, Jr. J | 229.96 |
| Out-of-Town Travel | 08/19/07 | Butler, Jr. J | 100.93 |
| Out-of-Town Travel | 08/26/07 | Butler, Jr. J | 165.47 |
| Out-of-Town Travel | 08/26/07 | Butler, Jr. J | 10.25 |
| Out-of-Town Travel | 08/26/07 | Butler, Jr. J | 1.25 |
| Out-of-Town Travel | 08/26/07 | Butler, Jr. J | 53.64 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,007.00** |
| Messengers/ Courier | 08/07/07 | OSMIO | 689.94 |
| Messengers/ Courier | 08/16/07 | Dist Serv/Mail/Page, D | 16.06 |
| | | **TOTAL MESSENGERS/ COURIER** | **$706.00** |
| Out-of-Town Meals | 08/14/07 | Butler, Jr. J | 10.28 |
| Out-of-Town Meals | 08/15/07 | Ramlo K | 10.03 |
| Out-of-Town Meals | 08/16/07 | Ramlo K | 45.11 |
| Out-of-Town Meals | 08/19/07 | Butler, Jr. J | 7.52 |
| Out-of-Town Meals | 08/19/07 | Butler, Jr. J | 17.53 |
| Out-of-Town Meals | 08/26/07 | Butler, Jr. J | 11.53 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$102.00** |
| Outside Re-search/Internet Services | 08/12/07 | Kohut RD | 10.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$10.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 08/07/07 | Copy Center, D | 42.90 |
| Print Images to Paper (from Electronic Media) | 08/09/07 | Walter SC | 53.83 |
| Print Images to Paper (from Electronic Media) | 08/20/07 | Copy Center, D | 24.72 |
| Print Images to Paper (from Electronic Media) | 08/29/07 | Copy Center, D | 15.55 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$137.00** |
| CLR/Disclosure | 08/18/07 | Office Admin, D | 19.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$19.00** |
| | | **TOTAL MATTER** | **$4,143.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                              Bill Date: 10/31/07
Employee Matters (Labor Unions)                      Bill Number: 1182831

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FURFARO JP | 09/07/07 | 1.50 | REVIEW OF RELEASE/TERMINATION ISSUES RE: PROGRAMS FOR SPLINTER UNIONS (1.0); REVIEW OF DRAFT PRESENTATION/REVISIONS (0.5). |
| FURFARO JP | 09/10/07 | 2.20 | ANALYZE COMMENTS TO ATTRITION/TRANSFORMATION DOCUMENTS (1.0); CONFERENCE WITH M. ROBBINS, B. MELSACK, B. SAX RE: ISSUES/CLARIFICATIONS (1.2). |
| FURFARO JP | 09/11/07 | 3.70 | REVIEW OF UAW STIPULATION (0.8); REVIEW OF UAW PLAN NOTICE/REVISIONS TO SAME (1.2); REVIEW OF Q&AS FOR SPLINTERS (0.3); REVIEW OF ISSUES RE: MDL SETTLEMENTS (1.4). |
| FURFARO JP | 09/12/07 | 2.10 | REVIEW OF RESEARCH RE: SUPERVISED WAIVERS (1.8); REVIEW OF REVISED UAW NOTICE (0.3). |
| FURFARO JP | 09/21/07 | 1.00 | REVIEW OF MOUS TRIGGERS IN EVENT OF CONTINGENCIES (1.0). |
| FURFARO JP | 09/25/07 | 1.40 | REVIEW OF MOU TRIGGERS MEMO (0.6); REVIEW OF ISSUE RE: SPECIAL ATTRITION PROGRAMS (0.8). |
| FURFARO JP | 09/27/07 | 0.80 | REVIEW OF ISSUES RE: EMERGENCE ANALYSIS (0.6); REVIEW OF FINAL RESPONSE RE: KCEP (0.2). |
| | | **12.70** | |
| MARAFIOTI KA | 09/04/07 | 0.10 | CORRESPONDENCE RE: LABOR MATTERS PERTAINING TO DISCLOSURE STATEMENT (0.1). |
| MARAFIOTI KA | 09/10/07 | 0.10 | CORRESPONDENCE RE: STATUS OF WILMINGTON TRUST APPEAL FROM UAW SPECIAL ATTRITION PROGRAM (0.1). |
| MARAFIOTI KA | 09/11/07 | 0.20 | CONFER WITH B. CECCOTTI RE: UAW NOTICE AND STIPULATION (0.2). |
| MARAFIOTI KA | 09/12/07 | 1.50 | WORK ON REVISIONS TO UAW INFORMATIONAL NOTICE (1.5). |
| | | **1.90** | |
| **Total Partner** | | **14.60** | |
| MACDONALD N | 09/09/07 | 1.50 | REVIEW DOCUMENTS AND PLEADINGS RELATED TO WILMINGTON TRUST ATTRITION APPEAL (1.5). |
| MACDONALD N | 09/10/07 | 3.70 | CONTINUE REVIEW OF DOCUMENTS RELATED TO WTC APPEAL (3.2); ATTEND STATUS HEARING RE: SAME (0.5). |
| | | **5.20** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 09/07/07 | 0.60 | CORRESPONDENCE WITH M. ROBBINS, RE: ATTRITION NOTICES (0.2); FURTHER CORRESPONDENCE WITH M. ROBBINS RE: ATTRITION PLAN RELEASES (0.2); REVIEW CORRESPONDENCE FROM B. MEHLSACK RE: ATTRITION FORMS, RELEASES (0.1); REVIEW CORRESPONDENCE FROM B. MEHLSACK RE: ATTRITION FORMS, RELEASES (0.1). |
|---------|----------|------|------|
| MATZ TJ | 09/10/07 | 1.80 | REVIEW SPLINTERS ATTRITION FORM MATTERS (0.6); PARTICIPATING IN CONFERENCE CALL WITH M. ROBBINS, B. MEHLSACK, B. SAX, C. MCWEE AND SPLINTER MEMBERS RE: SAME (1.2). |
| MATZ TJ | 09/12/07 | 0.30 | REVIEW AND COMMENT ON UAW/DELPHI STIPULATION RE: CLAIM (0.3). |
|         |          | **2.70** | |
| RAMLO K | 09/04/07 | 1.60 | CONFERENCE WITH WORKING GROUP RE: UNION NOTICES OF CONFIRMATION HEARING (0.5); REVISE NOTICES (1.1). |
| RAMLO K | 09/17/07 | 0.20 | COORDINATE REVIEW AND REVISIONS TO UNION-RELATED NOTICES OF RELEASES UNDER PLAN (0.2). |
|         |          | **1.80** | |
| **Total Counsel** |   | **9.70** | |
| KOHUT RD | 09/04/07 | 3.50 | DRAFT OF UNION AND NON-REPRESENTED SOLICITATION NOTICES (3.2); REVIEW OF 1113/1114 WITHDRAWAL ORDER ENTERED BY COURT (0.3). |
| KOHUT RD | 09/05/07 | 3.50 | DRAFT OF UNION AND NON-REPRESENTED SOLICITATION NOTICES (3.5). |
| KOHUT RD | 09/06/07 | 1.50 | DRAFTING OF UNION AND NON-REPRESENTED SOLICITATION NOTICES (1.5). |
| KOHUT RD | 09/07/07 | 2.30 | REVIEW AND DISCUSSION OF SPLINTER UNION RELEASE ISSUES (0.9); REVIEW OF SERVICE ISSUES (0.3); REVIEW OF BOD SLIDES (1.1). |
| KOHUT RD | 09/10/07 | 5.40 | REVIEW OF SPLINTER UNION COMMENTS TO RELEASE (0.9); TELECONFERENCE WITH SPLINTER UNIONS (1.3); FOLLOW UP WITH SPLINTER UNIONS REQUESTED CHANGES TO PLAN (0.4); REVIEW OF MDL ISSUES (2.4); (REVIEW OF COURT PAPERS BINDERS (0.4). |
| KOHUT RD | 09/11/07 | 5.00 | RESPOND TO DELPHI HOTLINE ISSUES (0.4); MEETING WITH UAW COUNSEL TO DISCUSS UAW SOLICITATION NOTICE (0.5); REVISIONS TO UAW SOLICITATION NOTICE (2.5); REVIEW OF SPLINTER UNION CLAIM RELEASE ISSUES (1.2); DISCUSSION WITH B. SAX RE: SPLINTER UNION CLAIM RELEASE ISSUES (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KOHUT RD | 09/12/07 | 3.00 | RESPONDING TO DELPHI HOTLINE ISSUES (0.1); DISCUSSION WITH B. SAX RE: SAME (0.3); REVISIONS TO UAW SOLICITATION NOTICE (2.4); FORWARDING OF NOTICE TO UAW (0.2). |
| KOHUT RD | 09/17/07 | 0.10 | UAW STIPULATION CORRESPONDENCE (0.1). |
| KOHUT RD | 09/18/07 | 0.60 | FOLLOW UP WITH UAW RE: NOTICE AND STIPULATION (0.3); FOLLOW UP ON UNION SERVICE ISSUES (0.3). |
| KOHUT RD | 09/19/07 | 0.40 | CORRESPONDENCE ON OF MDL LABOR ISSUES (0.2) AND UNION SERVICE ISSUES (0.2). |
| KOHUT RD | 09/20/07 | 0.40 | CORRESPONDENCE ON UNION SERVICE ISSUES (0.4). |
| KOHUT RD | 09/21/07 | 2.40 | CORRESPONDENCE AND REVIEW OF MDL LABOR ISSUES (0.6); REVIEW OF MOUS RE: TIMELINE ISSUES (1.8). |
| KOHUT RD | 09/24/07 | 5.40 | REVIEW OF MOUS RE: TIMELINE ISSUES (2.3); SUMMARIZATION OF FINDINGS ON SAME (2.7); CORRESPONDENCE WITH B. SAX ABOUT SAME (0.4). |
| KOHUT RD | 09/25/07 | 0.30 | REVIEW OF EMERGENCE TIMING ISSUES (0.3). |
| KOHUT RD | 09/26/07 | 0.10 | FOLLOW-UP WITH UAW ABOUT FORM OF NOTICE AND STIPULATION (0.1). |
| KOHUT RD | 09/27/07 | 0.80 | CORRESPONDENCE AND DISCUSSION WITH K. LOPRETE AND S. SALRIN RE: LABOR FINANCIAL ANALYSIS OF EMERGING IN 2008 (0.6); FOLLOW-UP WITH UAW ABOUT FORM OF NOTICE AND STIPULATION (0.2). |
| | | 34.70 | |
| **Total Associate** | | **34.70** | |
| SHRAGO R | 09/18/07 | 2.20 | DISTRIBUTE RETURNED MAIL (0.3); COMPILE LABOR UNION RETURNED MAIL INTO CHART (1.6); REVIEW CHART FOR COMPLETENESS (0.3). |
| SHRAGO R | 09/20/07 | 0.40 | COMMUNICATE WITH KCC RE: RETURNED UNION MAIL (0.4). |
| | | 2.60 | |
| ZSOLDOS AF | 09/20/07 | 1.60 | REVIEW SEC FILINGS TO FIND EDGARIZED VERSIONS OF COURT-APPROVED MOUS (1.6). |
| | | 1.60 | |
| **Total Legal Assistant** | | **4.20** | |
| **TOTAL TIME** | | **63.20** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 10/31/07**
**Employee Matters (Labor Unions)**                   **Bill Number: 1182831**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/04/07 | Copy Center, D | 0.30 |
| In-house Reproduction | 09/18/07 | Copy Center, D | 71.04 |
| In-house Reproduction | 09/21/07 | Copy Center, D | 64.24 |
| In-house Reproduction | 09/25/07 | Copy Center, D | 38.42 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$174.00** |
| Lexis/Nexis | 09/16/07 | Boden Adams J | 12.47 |
| Lexis/Nexis | 09/17/07 | Curran C | 221.51 |
| Lexis/Nexis | 09/18/07 | Curran C | 87.02 |
| | | **TOTAL LEXIS/NEXIS** | **$321.00** |
| Westlaw | 09/11/07 | Kohut RD | 289.39 |
| Westlaw | 09/12/07 | Kohut RD | 127.13 |
| Westlaw | 09/12/07 | Boden Adams J | 401.12 |
| Westlaw | 09/14/07 | Boden Adams J | 985.28 |
| Westlaw | 09/14/07 | Driscoll BC | 382.56 |
| Westlaw | 09/16/07 | Boden Adams J | 1,138.63 |
| Westlaw | 09/17/07 | Berke JS | 47.83 |
| Westlaw | 09/17/07 | Curran C | 188.95 |
| Westlaw | 09/17/07 | Boden Adams J | 420.33 |
| Westlaw | 09/18/07 | Curran C | 75.82 |
| Westlaw | 09/20/07 | Boden Adams J | 263.03 |
| Westlaw | 09/21/07 | Boden Adams J | 78.15 |
| Westlaw | 09/24/07 | Boden Adams J | 25.98 |
| Westlaw | 09/25/07 | Boden Adams J | 271.06 |
| Westlaw | 09/26/07 | Kohut RD | 802.11 |
| Westlaw | 09/26/07 | Boden Adams J | 598.63 |
| | | **TOTAL WESTLAW** | **$6,096.00** |
| Reproduction - color | 09/18/07 | Copy Center, D | 6.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$6.00** |
| Messengers/ Courier | 09/10/07 | OSMIO | 787.34 |
| Messengers/ Courier | 09/17/07 | Dist Serv/Mail/Page, D | 12.66 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL MESSENGERS/ COURIER | $800.00 |
| Print Images to Paper (from Electronic Media) | 09/13/07 | Haskin GM | 96.00 |
| | | TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA) | $96.00 |
| | | TOTAL MATTER | $7,493.00 |