SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-9
NONWORKING TRAVEL TIME
1,186.3 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Nonworking Travel Time  
Bill Date: 07/31/07  
Bill Number: 1168053

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 06/04/07 | 3.80 | TO DETROIT FROM CHICAGO (3.8). |
| BUTLER, JR. J | 06/06/07 | 3.30 | TO CHICAGO FROM DETROIT (3.3). |
| BUTLER, JR. J | 06/10/07 | 2.80 | TO NEW YORK FROM CHICAGO (2.8). |
| BUTLER, JR. J | 06/12/07 | 4.00 | TO DETROIT FROM NEW YORK (4.0). |
| BUTLER, JR. J | 06/13/07 | 3.50 | TO NEW YORK FROM DETROIT (3.5). |
| BUTLER, JR. J | 06/15/07 | 2.80 | TO CHICAGO FROM NEW YORK (2.8). |
| BUTLER, JR. J | 06/17/07 | 4.00 | TO DETROIT FROM CHICAGO (4.0). |
| BUTLER, JR. J | 06/18/07 | 5.50 | TO NEW YORK FROM DETROIT (VIA CLEVELAND) (5.5). |
| BUTLER, JR. J | 06/19/07 | 4.30 | TO DETROIT FROM NEW YORK (4.3). |
| BUTLER, JR. J | 06/20/07 | 3.80 | TO CHICAGO FROM DETROIT (3.8). |
| BUTLER, JR. J | 06/24/07 | 3.80 | TO DETROIT FROM CHICAGO (3.8). |
| BUTLER, JR. J | 06/25/07 | 3.00 | TO NEW YORK FROM DETROIT (3.0). |
| BUTLER, JR. J | 06/26/07 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| | | **49.40** | |
| HOGAN III AL | 06/06/07 | 3.50 | TO SAGINAW FROM CHICAGO (3.5). |
| HOGAN III AL | 06/08/07 | 3.50 | TO CHICAGO FROM SAGINAW (3.5). |
| HOGAN III AL | 06/11/07 | 3.20 | TO SAGINAW FROM CHICAGO (3.2). |
| HOGAN III AL | 06/15/07 | 2.50 | TO CHICAGO FROM SAGINAW (2.5). |
| HOGAN III AL | 06/27/07 | 4.70 | TO NY FROM CHICAGO (4.7). |
| HOGAN III AL | 06/28/07 | 3.50 | TO CHICAGO FROM NEW YORK (3.5). |
| | | **20.90** | |
| LYONS JK | 06/21/07 | 6.50 | TO TROY FROM CHICAGO (3.3); TO CHICAGO FROM TROY (3.2). |
| | | **6.50** | |
| MEISLER RE | 06/24/07 | 4.00 | TO NEW YORK FROM CHICAGO (4.0). |
| MEISLER RE | 06/26/07 | 7.00 | TO CHICAGO FROM NEW YORK (7.0). |
| | | **11.00** | |
| **Total Partner** | | **87.80** | |
| BOLTON IS | 06/19/07 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| BOLTON IS | 06/23/07 | 5.30 | TO CHICAGO FROM TROY (5.3). |
| | | **10.10** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CONNORS CP   | 06/07/07 | 5.40 | TO DALLAS FROM CHICAGO (5.4). |
| CONNORS CP   | 06/10/07 | 3.60 | TO COLORADO SPRINGS FROM DALLAS (3.6). |
| CONNORS CP   | 06/12/07 | 7.70 | TO HUNTSVILLE, ALABAMA FROM COLORADO SPRINGS (7.7). |
| CONNORS CP   | 06/13/07 | 3.10 | TO CHICAGO FROM HUNTSVILLE, AL (3.1). |
| | | **19.80** | |
| DIAZ LB      | 06/01/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| DIAZ LB      | 06/05/07 | 4.90 | TO TROY FROM CHICAGO (4.9). |
| DIAZ LB      | 06/07/07 | 4.60 | TO CHICAGO FROM TROY (4.6). |
| DIAZ LB      | 06/10/07 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| DIAZ LB      | 06/13/07 | 4.20 | TO NEW YORK FROM TROY (4.2). |
| DIAZ LB      | 06/14/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| DIAZ LB      | 06/24/07 | 5.40 | TO NEW YORK FROM CHICAGO (5.4). |
| DIAZ LB      | 06/26/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| | | **39.10** | |
| FERN BM      | 06/25/07 | 3.20 | TO NEW YORK FROM CHICAGO (3.2). |
| FERN BM      | 06/26/07 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| | | **8.10** | |
| GARTNER M    | 06/14/07 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| GARTNER M    | 06/16/07 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| | | **8.30** | |
| HOWE EJ      | 06/11/07 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| HOWE EJ      | 06/12/07 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| | | **9.50** | |
| PERL MW      | 06/11/07 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| PERL MW      | 06/15/07 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| | | **8.90** | |
| VAN GELDER A | 06/06/07 | 2.50 | TO SAGINAW FROM CHICAGO (2.5). |
| VAN GELDER A | 06/08/07 | 4.80 | TO CHICAGO FROM SAGINAH (4.8). |
| VAN GELDER A | 06/11/07 | 3.30 | TO SAGINAW FROM CHICAGO (3.3). |
| VAN GELDER A | 06/15/07 | 4.30 | TO CHICAGO FROM SAGINAW (4.3). |
| | | **14.90** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 06/01/07 | 4.30 | TO CHICAGO FROM NEW YORK (4.3). |
| WHARTON JN | 06/05/07 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| WHARTON JN | 06/07/07 | 4.50 | TO CHICAGO FROM TROY (4.5). |
| WHARTON JN | 06/11/07 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| WHARTON JN | 06/13/07 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| WHARTON JN | 06/20/07 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| WHARTON JN | 06/21/07 | 4.50 | TO CHICAGO FROM TROY (4.5). |
| WHARTON JN | 06/24/07 | 4.20 | TO NEW YORK FROM CHICAGO (4.2). |
| WHARTON JN | 06/26/07 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| | | 40.90 | |
| **Total Associate** | | 159.60 | |
| **TOTAL TIME** | | <u>**247.40**</u> | |

**Skadden, Arps, Slate, Meagher & Flom LLP AND AFFILIATES**

```
Delphi Corporation (DIP)                                    Bill Date: 08/31/07
Nonworking Travel Time                                      Bill Number: 1178615
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 07/09/07 | 5.20 | TO NEW YORK FROM ALPENA (5.2). |
| BUTLER, JR. J | 07/12/07 | 4.40 | TO CHICAGO FROM NEW YORK (4.4). |
| BUTLER, JR. J | 07/15/07 | 3.40 | TO DETROIT FROM ALPENA (3.4). |
| BUTLER, JR. J | 07/16/07 | 2.50 | TO NEW YORK FROM DETROIT (2.5). |
| BUTLER, JR. J | 07/20/07 | 5.30 | TO ALPENA FROM NEW YORK (5.3). |
| BUTLER, JR. J | 07/22/07 | 6.00 | TO NEW YORK FROM ALPENA (6.0). |
| BUTLER, JR. J | 07/24/07 | 2.70 | TO DETROIT FROM NEW YORK (2.7). |
| BUTLER, JR. J | 07/25/07 | 4.30 | TO CHICAGO FROM DETROIT (4.3). |
| BUTLER, JR. J | 07/29/07 | 2.80 | TO NEW YORK FROM ALPENA (2.8). |
| BUTLER, JR. J | 07/30/07 | 3.90 | TO CHICAGO FROM NEW YORK (3.9). |
| BUTLER, JR. J | 07/31/07 | 3.80 | TO NEW YORK FROM CHICAGO (3.8). |
|  |  | **44.30** |  |
| HIESTAND NL | 07/02/07 | 4.20 | TO MADRID FROM LONDON (4.2). |
| HIESTAND NL | 07/03/07 | 3.60 | TO LONDON FROM MADRID (3.6). |
| HIESTAND NL | 07/17/07 | 8.60 | TO NEW YORK FROM LONDON (8.6). |
| HIESTAND NL | 07/21/07 | 9.50 | TO LONDON FROM NEW YORK (9.5). |
|  |  | **25.90** |  |
| HOGAN III AL | 07/09/07 | 4.30 | TO NEW YORK FROM CHICAGO (4.3). |
| HOGAN III AL | 07/12/07 | 4.00 | TO CHICAGO FROM NEW YORK (4.0). |
| HOGAN III AL | 07/17/07 | 3.00 | TO NEW YORK FROM CHICAGO (3.0). |
| HOGAN III AL | 07/20/07 | 2.20 | TO CHICAGO FROM NEW YORK (2.2). |
| HOGAN III AL | 07/22/07 | 3.20 | TO NEW YORK FROM CHICAGO (3.2). |
| HOGAN III AL | 07/29/07 | 4.50 | TO NEW YORK FROM CHICAGO (4.5). |
|  |  | **21.20** |  |
| LYONS JK | 07/11/07 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| LYONS JK | 07/12/07 | 4.50 | TO CHICAGO FROM TROY (4.5). |
| LYONS JK | 07/16/07 | 7.40 | TO TROY FROM CHICAGO (3.8); TO CHICAGO FROM TROY (3.6). |
| LYONS JK | 07/19/07 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| LYONS JK | 07/20/07 | 4.60 | TO CHICAGO FROM NEW YORK (4.6). |
|  |  | **25.60** |  |
| MEISLER RE | 07/16/07 | 3.90 | TO NEW YORK FROM CHICAGO (3.9). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 07/19/07 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| | | **8.60** | |
| PANAGAKIS GN | 07/09/07 | 4.40 | TO NEW YORK FROM CHICAGO (4.4). |
| PANAGAKIS GN | 07/12/07 | 7.00 | TO TROY FROM NEW YORK (4.8); TO CHICAGO FROM TROY (2.2). |
| PANAGAKIS GN | 07/16/07 | 4.00 | TO NEW YORK FROM CHICAGO (4.0). |
| PANAGAKIS GN | 07/18/07 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| PANAGAKIS GN | 07/31/07 | 4.20 | TO NEW YORK FROM CHICAGO (4.2). |
| | | **24.50** | |
| **Total Partner** | | **150.10** | |
| GARNER LP | 07/29/07 | 5.20 | TO NEW YORK FROM CHICAGO (5.2). |
| | | **5.20** | |
| MACDONALD N | 07/19/07 | 8.40 | TO NEW YORK FROM CHICAGO (4.7);  TO CHICAGO FROM NEW YORK (3.7). |
| MACDONALD N | 07/29/07 | 6.40 | TO NEW YORK FROM CHICAGO (6.4). |
| | | **14.80** | |
| **Total Counsel** | | **20.00** | |
| CAMPANARIO ND | 07/29/07 | 5.80 | TO NEW YORK FROM CHICAGO (5.8). |
| | | **5.80** | |
| DIAZ LB | 07/10/07 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| DIAZ LB | 07/13/07 | 4.60 | TO CHICAGO FROM TROY (4.6). |
| DIAZ LB | 07/16/07 | 5.30 | TO NEW YORK FROM CHICAGO (5.3). |
| DIAZ LB | 07/20/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| DIAZ LB | 07/31/07 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| | | **24.50** | |
| HOWE EJ | 07/10/07 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| HOWE EJ | 07/11/07 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| | | **9.50** | |
| PERL MW | 07/09/07 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| PERL MW | 07/11/07 | 3.90 | TO CHICAGO FROM TROY (3.9). |
| | | **8.50** | |
| STUART NL | 07/09/07 | 5.20 | TO NEW YORK FROM CHICAGO (5.2). |
| STUART NL | 07/12/07 | 5.60 | TO CHICAGO FROM NEW YORK (5.6). |
| STUART NL | 07/31/07 | 5.20 | TO NEW YORK FROM CHICAGO (5.2). |
| | | **16.00** | |
| WHARTON JN | 07/11/07 | 3.40 | TO TROY FROM CHICAGO (3.4). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 07/13/07 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| WHARTON JN | 07/16/07 | 7.40 | TO TROY FROM CHICAGO (3.9); TO CHICAGO FROM TROY (3.5). |
| WHARTON JN | 07/18/07 | 3.80 | TO NEW YORK FROM CHICAGO (3.8). |
| WHARTON JN | 07/19/07 | 5.50 | TO CHICAGO FROM NEW YORK (5.5). |
| WHARTON JN | 07/31/07 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| | | 28.50 | |
| **Total Associate** | | **92.80** | |
| ~~ZSOLDOS AF~~ | ~~07/25/07~~ | ~~5.40~~ | ~~TO CHICAGO FROM NEW YORK (5.4).~~ |
| ~~ZSOLDOS AF~~ | ~~07/31/07~~ | ~~5.10~~ | ~~TO NEW YORK FROM CHICAGO (5.1).~~ |
| | | ~~10.50~~ | |
| ~~**Total Legal Assistant**~~ | | ~~**10.50**~~ | |
| **TOTAL TIME** | | **273.40** | |

Delphi Corporation (DIP)                                    Bill Date: 09/30/07
Nonworking Travel Time                                      Bill Number: 1181367

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 08/02/07 | 5.70 | TO ALPENA FROM NEW YORK (5.7). |
| BUTLER, JR. J | 08/05/07 | 2.80 | TO DETROIT FROM ALPENA (2.8). |
| BUTLER, JR. J | 08/08/07 | 2.20 | TO NEW YORK FROM DETROIT (2.2). |
| BUTLER, JR. J | 08/09/07 | 6.70 | TO PELLSTON FROM NEW YORK (6.7). |
| BUTLER, JR. J | 08/12/07 | 5.70 | TO NEW YORK FROM ALPENA (5.7). |
| BUTLER, JR. J | 08/13/07 | 4.40 | TO CHICAGO FROM NEW YORK (4.4). |
| BUTLER, JR. J | 08/14/07 | 5.40 | TO NEW YORK FROM CHICAGO (5.4). |
| BUTLER, JR. J | 08/16/07 | 5.80 | TO ALPENA FROM NEW YORK (5.8). |
| BUTLER, JR. J | 08/19/07 | 2.80 | TO DETROIT FROM ALPENA (2.8). |
| BUTLER, JR. J | 08/22/07 | 4.10 | TO MORRISTOWN FROM TROY (1.9); TO TROY FROM MORRISTOWN (2.2). |
| BUTLER, JR. J | 08/23/07 | 3.70 | TO ALPENA FROM DETROIT (3.7). |
| BUTLER, JR. J | 08/26/07 | 3.40 | TO DETROIT FROM ALPENA (3.4). |
| BUTLER, JR. J | 08/27/07 | 3.00 | TO MORRISTOWN FROM TROY (1.5); TO TROY FROM MORRISTOWN (1.5). |
| BUTLER, JR. J | 08/29/07 | 5.70 | TO NEW YORK FROM TROY (2.8); TO ALPENA FROM NEW YORK (2.9). |
| | | **61.40** | |
| HOGAN III AL | 08/02/07 | 3.70 | TO CHICAGO FROM NEW YORK (3.7). |
| HOGAN III AL | 08/27/07 | 2.00 | TO DETROIT FROM CHICAGO (2.0). |
| HOGAN III AL | 08/31/07 | 2.00 | TO CHICAGO FROM DETROIT (2.0). |
| | | **7.70** | |
| LYONS JK | 08/05/07 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| LYONS JK | 08/06/07 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| LYONS JK | 08/07/07 | 4.10 | TO NEW YORK FROM CHICAGO (4.1). |
| LYONS JK | 08/09/07 | 3.80 | TO MILWAUKEE FROM NEW YORK (3.8). |
| LYONS JK | 08/13/07 | 7.50 | TO TROY FROM CHICAGO (3.6); TO CHICAGO FROM TROY (3.9). |
| LYONS JK | 08/14/07 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| LYONS JK | 08/16/07 | 4.40 | TO CHICAGO FROM NEW YORK (4.4). |
| LYONS JK | 08/20/07 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| LYONS JK | 08/21/07 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| LYONS JK | 08/28/07 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| LYONS JK | 08/29/07 | 4.40 | TO CHICAGO FROM TROY (4.4). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

|  |  | 50.30 |  |
| --- | --- | --- | --- |
| MEISLER RE | 08/07/07 | 3.30 | TO NEW YORK FROM CHICAGO (3.3). |
| MEISLER RE | 08/09/07 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| MEISLER RE | 08/14/07 | 3.50 | TO NEW YORK FROM CHICAGO (3.5). |
| MEISLER RE | 08/16/07 | 4.60 | TO CHICAGO FROM NEW YORK (4.6). |
| MEISLER RE | 08/22/07 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| MEISLER RE | 08/24/07 | 2.30 | TO CHICAGO FROM DETROIT (2.3). |
| MEISLER RE | 08/29/07 | 2.90 | TO TROY FROM CHICAGO (2.9). |
|  |  | 25.70 |  |
| PANAGAKIS GN | 08/03/07 | 5.40 | TO CHICAGO FROM NEW YORK (5.4). |
| PANAGAKIS GN | 08/06/07 | 3.90 | TO TROY FROM CHICAGO (3.9). |
| PANAGAKIS GN | 08/07/07 | 4.70 | TO NEW YORK FROM TROY (4.7). |
| PANAGAKIS GN | 08/09/07 | 4.30 | TO CHICAGO FROM NEW YORK (4.3). |
| PANAGAKIS GN | 08/14/07 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| PANAGAKIS GN | 08/17/07 | 4.50 | TO CHICAGO FROM NEW YORK (4.5). |
| PANAGAKIS GN | 08/26/07 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| PANAGAKIS GN | 08/27/07 | 4.60 | TO CHICAGO FROM TROY (4.6). |
|  |  | 36.40 |  |
| **Total Partner** |  | **181.50** |  |
| GARNER LP | 08/02/07 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
|  |  | **4.80** |  |
| MACDONALD N | 08/03/07 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
|  |  | **4.80** |  |
| RAMLO K | 08/14/07 | 3.50 | TO NEW YORK FROM LOS ANGELES (3.5). |
| RAMLO K | 08/16/07 | 4.50 | TO LOS ANGELES FROM NEW YORK (4.5). |
|  |  | **8.00** |  |
| **Total Counsel** |  | **17.60** |  |
| BOLTON IS | 08/20/07 | 5.40 | TO TROY FROM CHICAGO (5.4). |
| BOLTON IS | 08/24/07 | 4.50 | TO CHICAGO FROM DETROIT (4.5). |
|  |  | **9.90** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CAMPANARIO ND | 08/03/07 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| | | **4.80** | |
| DIAZ LB | 08/01/07 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| DIAZ LB | 08/06/07 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| DIAZ LB | 08/07/07 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| DIAZ LB | 08/14/07 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| DIAZ LB | 08/16/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| DIAZ LB | 08/20/07 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| DIAZ LB | 08/23/07 | 5.90 | TO CHICAGO FROM TROY -- CANCELED FLIGHT (5.9). |
| DIAZ LB | 08/24/07 | 4.40 | TO CHICAGO FROM TROY (4.4). |
| DIAZ LB | 08/29/07 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| DIAZ LB | 08/30/07 | 5.30 | TO CHICAGO FROM TROY (5.3). |
| | | **48.80** | |
| FERN BM | 08/05/07 | 4.30 | TO NEW YORK FROM CHICAGO (4.3). |
| FERN BM | 08/06/07 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| FERN BM | 08/07/07 | 4.50 | TO NEW YORK FROM CHICAGO (4.5). |
| FERN BM | 08/09/07 | 5.80 | FROM CHICAGO TO NEW YORK (5.8). |
| | | **19.30** | |
| GRANT K | 08/11/07 | 5.00 | TO CHICAGO FROM NEW YORK (5.0). |
| GRANT K | 08/14/07 | 5.60 | TO NEW YORK FROM CHICAGO (5.6). |
| | | **10.60** | |
| HILL LF | 08/20/07 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| HILL LF | 08/24/07 | 4.50 | TO CHICAGO FROM DETROIT (4.5). |
| | | **9.30** | |
| HOWE EJ | 08/20/07 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| HOWE EJ | 08/24/07 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| | | **8.80** | |
| KETCHENS JP | 08/07/07 | 5.50 | TO NEW YORK FROM CHICAGO (5.5). |
| KETCHENS JP | 08/09/07 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| | | **10.30** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

```
PERL MW            08/13/07      9.50   TO TROY FROM CHICAGO (4.6); TO CHICAGO
                                        FROM TROY (4.9).

                                 9.50

PLATT SJ           08/20/07      4.20   TO TROY FROM CHICAGO (4.2).

PLATT SJ           08/24/07      3.90   TO CHICAGO FROM DETROIT (3.9).

                                 8.10

STUART NL          08/02/07      5.40   TO CHICAGO FROM NEW YORK (5.4).

STUART NL          08/06/07      4.50   TO TROY FROM CHICAGO (4.5).

STUART NL          08/07/07      4.70   TO NEW YORK FROM TROY (4.7).

STUART NL          08/09/07      4.30   TO CHICAGO FROM NEW YORK (4.3).

STUART NL          08/14/07      4.60   TO NEW YORK FROM CHICAGO (4.6).

STUART NL          08/18/07      5.10   TO CHICAGO FROM NEW YORK (5.1).

STUART NL          08/26/07      4.10   TO TROY FROM CHICAGO (4.1).

STUART NL          08/27/07      4.60   TO CHICAGO FROM TROY (4.6).

                                37.30

VAN GELDER A       08/07/07      7.50   TO SAGINAW FROM CHICAGO (3.7); FROM
                                        SAGINAW TO CHICAGO (3.8).

                                 7.50

WHARTON JN         08/01/07      3.90   TO CHICAGO FROM TROY (3.9).

WHARTON JN         08/06/07      4.50   TO TROY FROM CHICAGO (4.5).

WHARTON JN         08/07/07      4.30   TO CHICAGO FROM TROY (4.3).

WHARTON JN         08/14/07      4.90   TO NEW YORK FROM CHICAGO (4.9).

WHARTON JN         08/16/07      5.70   TO CHICAGO FROM NEW YORK (5.7).

WHARTON JN         08/29/07      3.90   TO TROY FROM CHICAGO (3.9).

WHARTON JN         08/30/07      4.40   TO CHICAGO FROM TROY (4.4).

                                31.60

Total Associate                215.80

ANGELICA CL        08/21/07      4.90   TO TROY FROM NEW YORK (4.9).       [struck through]

ANGELICA CL        08/23/07      5.50   TO NEW YORK FROM TROY (5.5).       [struck through]

                                10.40                                      [struck through]

Total Legal Assistant           10.40                                      [struck through]

TOTAL TIME                     425.30
```

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                         Bill Date: 10/31/07
Nonworking Travel Time                                           Bill Number: 1182831

```
NAME              DATE         HOURS    DESCRIPTION

BUTLER, JR. J     09/03/07     4.30     TO TROY FROM CHICAGO (4.3).
BUTLER, JR. J     09/07/07     3.90     TO CHICAGO FROM TROY (3.9).
BUTLER, JR. J     09/09/07     3.70     TO TROY FROM CHICAGO (3.7).
BUTLER, JR. J     09/10/07     2.30     TO NEW YORK FROM TROY (2.3).
BUTLER, JR. J     09/11/07     4.70     TO CHICAGO FROM NEW YORK (4.7).
BUTLER, JR. J     09/15/07     3.80     TO DETROIT FROM CHICAGO (3.8).
BUTLER, JR. J     09/17/07     2.90     TO NEW YORK FROM TROY (2.9).
BUTLER, JR. J     09/18/07     2.50     TO DETROIT FROM NEW YORK (2.5).
BUTLER, JR. J     09/20/07     1.80     TO CHICAGO FROM DETROIT (1.8).
BUTLER, JR. J     09/23/07     4.20     TO TROY FROM CHICAGO (4.2).
BUTLER, JR. J     09/24/07     4.60     TO CHICAGO FROM TROY (4.6).
BUTLER, JR. J     09/26/07     2.50     TO NEW YORK FROM CHICAGO (2.5).
BUTLER, JR. J     09/30/07     5.80     TO CHICAGO FROM NEW YORK (2.4); TO
                                         DETROIT FROM CHICAGO (3.4).
                              47.00

HOGAN III AL      09/04/07     2.40     TO NEW YORK FROM CHICAGO (2.4).
HOGAN III AL      09/06/07     3.00     TO CHICAGO FROM NEW YORK (3.0).
HOGAN III AL      09/25/07     3.80     TO NEW YORK ROM CHICAGO (3.8).
HOGAN III AL      09/27/07     2.90     TO CHICAGO FROM NEW YORK (2.9).
                              12.10

LYONS JK          09/05/07     4.80     TO NEW YORK FROM CHICAGO (4.8).
LYONS JK          09/06/07     4.30     TO TROY FROM NEW YORK (4.3).
LYONS JK          09/07/07     4.70     TO CHICAGO FROM TROY (4.7).
LYONS JK          09/09/07     4.10     TO TROY FROM CHICAGO (4.1).
LYONS JK          09/10/07     4.30     TO CHICAGO FROM TROY (4.3).
LYONS JK          09/17/07     4.50     TO TROY FROM CHICAGO (4.5).
LYONS JK          09/18/07     4.70     TO CHICAGO FROM TROY (4.7).
LYONS JK          09/26/07     2.50     TO NEW YORK FROM CHICAGO (2.5).
LYONS JK          09/30/07     2.50     TO CHICAGO FROM NEW YORK (2.5).
                              36.40

MEISLER RE        09/10/07     5.30     TO NEW YORK FROM CHICAGO (5.3).
MEISLER RE        09/11/07     4.70     TO CHICAGO FROM NEW YORK (4.7).
```

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 09/25/07 | 2.80 | TO NEW YORK FROM CHICAGO (2.8). |
| | | **12.80** | |
| PANAGAKIS GN | 09/10/07 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| PANAGAKIS GN | 09/11/07 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| PANAGAKIS GN | 09/25/07 | 2.80 | TO NEW YORK FROM CHICAGO (2.8). |
| | | **12.30** | |
| **Total Partner** | | **120.60** | |
| MACDONALD N | 09/09/07 | 3.50 | TO NEW YORK FROM CHICAGO (3.5). |
| MACDONALD N | 09/11/07 | 3.40 | TO CHICAGO FROM NEW YORK (3.4). |
| MACDONALD N | 09/28/07 | 5.70 | TO CHICAGO FROM NEW YORK (5.7). |
| | | **12.60** | |
| RAMLO K | 09/27/07 | 2.00 | TO NEW YORK FROM LOS ANGELES (2.0). |
| | | **2.00** | |
| **Total Counsel** | | **14.60** | |
| BOLTON IS | 09/12/07 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| BOLTON IS | 09/13/07 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| | | **8.90** | |
| CAMPANARIO ND | 09/20/07 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| CAMPANARIO ND | 09/21/07 | 4.50 | TO CHICAGO FROM TROY (4.5). |
| CAMPANARIO ND | 09/25/07 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| CAMPANARIO ND | 09/27/07 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| | | **18.80** | |
| CONNORS CP | 09/03/07 | 3.10 | TO NEW YORK FROM CHICAGO (3.1). |
| CONNORS CP | 09/06/07 | 4.10 | TO CHICAGO FROM NEW YORK (4.1). |
| | | **7.20** | |
| DIAZ LB | 09/09/07 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| DIAZ LB | 09/11/07 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| DIAZ LB | 09/19/07 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| DIAZ LB | 09/20/07 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| DIAZ LB | 09/25/07 | 2.40 | TO TROY FROM CHICAGO (2.4). |
| DIAZ LB | 09/30/07 | 3.20 | TO CHICAGO FROM NEW YORK (3.2). |
| | | **24.60** | |
| HOWE EJ | 09/19/07 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| HOWE EJ | 09/20/07 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| | | **9.00** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ~~KAHN MT~~ | ~~09/25/07~~ | ~~3.80~~ | ~~TO NEW YORK FROM LOS ANGELES (3.8).~~ |
| | | ~~3.80~~ | |
| ~~KALOUDIS D~~ | ~~09/25/07~~ | ~~3.80~~ | ~~TO NEW YORK FROM LOS ANGELES (3.8).~~ |
| | | ~~3.80~~ | |
| PARK YM | 09/18/07 | 4.90 | TO TROY FROM BOSTON (4.9). |
| PARK YM | 09/19/07 | 6.00 | TO BOSTON FROM TROY (6.0). |
| | | **10.90** | |
| SAMOLE RM | 09/26/07 | 2.70 | TO NEW YORK FROM CHICAGO (2.7). |
| SAMOLE RM | 09/30/07 | 2.60 | TO CHICAGO FROM NEW YORK (2.6). |
| | | **5.30** | |
| STUART NL | 09/10/07 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| STUART NL | 09/11/07 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| | | **10.10** | |
| VAN GELDER A | 09/04/07 | 5.40 | TO NEW YORK FROM CHICAGO (5.4). |
| VAN GELDER A | 09/06/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| | | **10.50** | |
| WHARTON JN | 09/10/07 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| WHARTON JN | 09/11/07 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| WHARTON JN | 09/17/07 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| WHARTON JN | 09/18/07 | 4.50 | TO CHICAGO FROM TROY (4.5). |
| WHARTON JN | 09/25/07 | 2.60 | TO NEW YORK FROM CHICAGO (2.6). |
| | | **20.60** | |
| **Total Associate** | | **133.50** | |
| ~~DEMMA J~~ | ~~09/27/07~~ | ~~3.90~~ | ~~TO NEW YORK FROM CHICAGO (3.9).~~ |
| | | ~~3.90~~ | |
| ~~**Total Legal Assistant**~~ | | ~~**3.90**~~ | |
| **TOTAL TIME** | | **272.60** | |