SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-10
EMPLOYEE MATTERS (GENERAL)
537.6 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Employee Matters (General)**

**Bill Date: 07/31/07**
**Bill Number: 1168053**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 06/01/07 | 0.30 | REVIEW REVISIONS TO EXECUTIVE COMPENSATION PROGRAM AND NEXT STEPS INCLUDING EMAILS TO/FROM D. SHERBIN AND N. BUBNOVICH (0.3). |
| BUTLER, JR. J | 06/05/07 | 0.60 | EMAILS FROM/TO C. NAYLOR, J. ENGLAR AND R. MILCHOVICH RE: EXECUTIVE COMPENSATION PROGRAM DESIGN MATTERS (0.3); REVIEW DOCUMENTS (0.3). |
| BUTLER, JR. J | 06/23/07 | 0.40 | REVIEW SERP VALIDATION MATERIALS INCLUDING EMAILS FROM/TO J. SHEEHAN AND D. UNRUH (0.4). |
| | | **1.30** | |
| LEFF NM | 06/01/07 | 0.30 | TELECONFERENCE WITH PARK RE: SERP DISCLOSURE (0.3). |
| LEFF NM | 06/03/07 | 0.80 | REVIEW AND REVISE CIC AGREEMENT (0.8). |
| LEFF NM | 06/04/07 | 0.70 | REVISE CIC AGREEMENT (0.7). |
| LEFF NM | 06/07/07 | 0.90 | TELECONFERENCE WITH M. WEBER RE: SERP AND AIP (0.9). |
| LEFF NM | 06/08/07 | 3.70 | REVISIONS TO SERP (3.7). |
| LEFF NM | 06/09/07 | 0.50 | FINALIZE SERP DRAFT (0.5). |
| LEFF NM | 06/12/07 | 0.40 | TELECONFERENCE WITH M. WEBER RE: CIC AGREEMENTS (0.4). |
| LEFF NM | 06/15/07 | 0.40 | REVIEW AIP AND LTIP REVISIONS (0.4). |
| LEFF NM | 06/19/07 | 0.20 | REVIEW REVISED AIP AND LTIP (0.2). |
| LEFF NM | 06/22/07 | 1.70 | REVISE AIP AND LTIP (1.7). |
| LEFF NM | 06/25/07 | 0.50 | REVIEW CORRESPONDENCE RE: SERP CALCS (0.5). |
| LEFF NM | 06/26/07 | 0.60 | REVIEW SERP ISSUES (0.6). |
| | | **10.70** | |
| **Total Partner** | | **12.00** | |
| HOWE EJ | 06/25/07 | 0.50 | REVIEW EMAIL FROM D. UNRUE RE: SERP CLAIMS (0.5). |
| HOWE EJ | 06/26/07 | 2.20 | LEGAL RESEARCH RE: SERP (2.2). |
| HOWE EJ | 06/27/07 | 5.60 | LEGAL RESEARCH RE: SERP (4.1); PREPARE FOR (0.4) AND PARTICIPATE IN TELECONFERENCE WITH D. UNRUE AND E. DILLAND RE: SERP CLAIMS (1.1). |
| | | **8.30** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PARK YM | 06/01/07 | 0.90 | REVISE SERP (0.9). |
|---------|----------|------|--------------------|
| PARK YM | 06/06/07 | 1.00 | REVISE SERP (1.0). |
| PARK YM | 06/07/07 | 0.40 | RESEARCH 162(M) (0.4). |
| PARK YM | 06/08/07 | 0.40 | REVIEW OF SERP (0.4). |
| PARK YM | 06/09/07 | 0.50 | REVIEW OF SERP (0.5). |
| PARK YM | 06/12/07 | 0.30 | REVIEW OF AIP AND LTIP (0.3). |
| PARK YM | 06/15/07 | 0.50 | TELECONFERENCE RE: AIP AND LTIP (0.5). |
| PARK YM | 06/18/07 | 2.10 | REVISE AIP AND LTIP (2.1). |
| PARK YM | 06/22/07 | 0.20 | REVISE STIP AND LTIP (0.2). |
| PARK YM | 06/26/07 | 1.30 | REVIEW OF SERP QUESTIONS (1.3). |
|         |          | 7.60 |                    |
| **Total Associate** |          | **15.90** |                    |
| ~~CHAVALI A~~ | ~~06/20/07~~ | ~~1.20~~ | ~~RESEARCH UCC EMPLOYMENT PLEADINGS (1.2).~~ |
|         |          | ~~1.20~~ |                    |
| ~~**Total Legal Assistant**~~ |          | ~~**1.20**~~ |                    |
| **TOTAL TIME** |          | **29.10** |                    |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                          **Bill Date: 07/31/07**
**Employee Matters (General)**                                       **Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.24 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.62 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.09 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.04 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$1.00** |
| Vendor Hosted Telecon-ferencing | 05/18/07 | Teleconferencing Services, LLC | 1.77 |
| Vendor Hosted Telecon-ferencing | 05/18/07 | Teleconferencing Services, LLC | 10.51 |
| Vendor Hosted Telecon-ferencing | 06/15/07 | Teleconferencing Services, LLC | 4.72 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$17.00** |
| Outside Re-search/Internet Services | 06/30/07 | Pacer Service Center | 12.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$12.00** |
| | | **TOTAL MATTER** | **$30.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                      **Bill Date: 08/31/07**
**Employee Matters (General)**                                   **Bill Number: 1178615**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/04/07 | 0.40 | REVIEW EMAIL AND RELATED MATERIALS FROM C. NAYLOR RE: COMPENSATION COMMITTEE MATTERS AND EXECUTIVE COMPENSATION PROGRAM DESIGN MATTERS (0.4). |
| BUTLER, JR. J | 07/11/07 | 0.20 | EMAILS FROM/TO B. ROSENBERG RE: SCHEDULING OF HEARING ON 2ND HALF AT RISK PERFORMANCE PAYMENT (AIP) PROGRAM (0.2). |
| BUTLER, JR. J | 07/16/07 | 0.20 | EMAILS FROM/TO B. SHAW RE: EQUITY COMMITTEE DUE DILIGENCE REQUEST CONCERNING EXECUTIVE COMPENSATION PROGRAM DESIGN (0.2). |
| BUTLER, JR. J | 07/27/07 | 0.80 | TELECONFERENCES WITH R. O'NEAL AND J. SHEEHAN RE: 1ST AND 2ND HALF PERFORMANCE PAYMENT (AIP) PROGRAM INCLUDING NEXT STEPS WITH CREDITORS' COMMITTEE (0.2, 0.2); CONTINUE TO REVIEW EMERGENCE EXECUTIVE COMPENSATION PROGRAM DESIGN AND NEXT STEPS (0.4). |
| BUTLER, JR. J | 07/28/07 | 0.20 | REVIEW FINAL PRESENTATION RE: 1ST AND 2ND HALF PERFORMANCE PAYMENT (AIP) PROGRAM AS MADE TO CREDITORS' COMMITTEE (0.2). |
| BUTLER, JR. J | 07/31/07 | 0.20 | REVIEW EMAIL FROM M. WEBER RE: 2ND HALF 2007 "AT RISK" EXECUTIVE PERFORMANCE PAYMENT PROGRAM AND RELATED MATTERS (0.2). |
| | | 2.00 | |

**Total Partner**                     **2.00**

**TOTAL TIME**                        **2.00**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                      **Bill Date: 08/31/07**
**Employee Matters (General)**                                   **Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 07/04/07 | Copy Center, D | 12.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$12.00** |
| | | **TOTAL MATTER** | **$12.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                          **Bill Date: 09/30/07**
**Employee Matters (General)**                        **Bill Number: 1181367**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/01/07 | 1.20 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.6) MEETINGS IN NEW YORK CITY WITH J. SHEEHAN, S. CORCORAN, K. CRAFT, B. SHAW AND R. EISENBERG RE: 2ND HALF 2007 "AT RISK" EXECUTIVE PERFORMANCE PAYMENT PROGRAM AND GO-FORWARD EXECUTIVE COMPENSATION PROGRAM DESIGN; TELECONFERENCE WITH D. SHERBIN RE: SAME (0.2); EMAILS TO/FROM M. WEBER AND D. SHERBIN RE: SAME (0.2). |
| BUTLER, JR. J | 08/06/07 | 0.40 | REVIEW 2ND HALF 2007 AT RISK PERFORMANCE PAYMENT CURVES INCLUDING MATERIALS FROM D. ALEXANDER (0.2); CONFERENCE WITH J. SHEEHAN AT COMPANY RE: SAME RE: UCC DISCUSSIONS AND NEXT STEPS (0.2). |
| BUTLER, JR. J | 08/08/07 | 0.40 | CONTINUE TO WORK ON 2ND HALF 2007 AT RISK PERFORMANCE PAYMENT CURVES INCLUDING CONFERENCES WITH S. MILLER AND J. SHEEHAN RE: SAME (0.3); EMAILS FROM/TO R. O'NEAL RE: SAME (0.1). |
| BUTLER, JR. J | 08/12/07 | 0.30 | CONTINUE TO CONSIDER EXECUTIVE PROGRAM DESIGN MATTERS INCLUDING FOLLOW-UP ON NOTES FROM AUGUST 10TH COMPENSATION COMMITTEE MEETING AND EMAIL FROM N. BUBNOVICH RE: PEER GROUP AND RELATED METRICS (0.3). |
| BUTLER, JR. J | 08/13/07 | 0.20 | EMAILS FROM/TO J. SHEEHAN AND B. SHAW RE: EQUITY COMMITTEE DUE DILIGENCE REQUEST CONCERNING EXECUTIVE COMPENSATION PROGRAM (BOTH INTERIM AT RISK PERFORMANCE PAYMENT PROGRAM AND EMERGENCE PROGRAM) (0.2). |
| BUTLER, JR. J | 08/17/07 | 1.30 | CONTINUE TO FOLLOW-UP ON 2ND HALF AT RISK PERFORMANCE COMPENSATION PROGRAM INCLUDING EMAILS FROM/TO AND TELECONFERENCES WITH R. O'NEAL AND J. SHEEHAN (0.8); REVIEW SERP SHORT-FALL CALCULATIONS FROM WATSON WYATT (0.3); EMAILS FROM/TO C. NAYLOR AND N. BUBNOVICH RE: SAME (0.2). |
| BUTLER, JR. J | 08/20/07 | 0.90 | CONTINUE TO REVIEW AND COMMENT ON FINAL WATSON WYATT REPORT RE: EXECUTIVE COMPENSATION PROGRAM DESIGN (0.4); BEGIN TO PREPARE FOR AUGUST 22ND MEETING AT APPALOOSA IN NEW JERSEY RE: EXECUTIVE COMPENSATION PROGRAM PRESENTATION INCLUDING EMAILS FROM/TO M. WEBER, D. ALEXANDER, N. BUBNOVICH, J. SHEEHAN ET. AL. RE: SAME (0.3); WORK ON PRESENTATION PACKAGE FOR SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J   08/21/07   0.60   CONTINUE TO PREPARE FOR AUGUST 22ND
MEETING AT APPALOOSA IN NEW JERSEY RE:
EXECUTIVE COMPENSATION PROGRAM
PRESENTATION INCLUDING REVIEW AND
FINALIZE PRESENTATION MATERIALS (0.6).

BUTLER, JR. J   08/22/07   5.00   PREPARE FOR (INCLUDING PRE-MEETING WITH
C. NAYLOR, M. WEBER, J. SHEEHAN AND N.
BUBNOVICH) (2.0) AND ATTEND (3.0)
MEETING AT APPALOOSA IN NEW JERSEY RE:
EXECUTIVE COMPENSATION PROGRAM
PRESENTATION.

BUTLER, JR. J   08/23/07   0.20   CONFERENCE WITH R. O'NEAL AND J. SHEEHAN
AT COMPANY IN TROY RE: EXECUTIVE
COMPENSATION PROGRAM DESIGN MATTERS AND
NEXT STEPS (0.2).

BUTLER, JR. J   08/25/07   0.40   CONFERENCE WITH R. O'NEAL AND J. SHEEHAN
AT COMPANY IN TROY RE: EXECUTIVE
COMPENSATION PROGRAM DESIGN MATTERS AND
NEXT STEPS (0.2); REVIEW EMAILS FROM/TO
D. SHERBIN AND R. MILCHOVICH RE: LTIP
CLAWBACK PROVISION (0.2).

BUTLER, JR. J   08/27/07   2.80   PREPARE FOR (0.6) AND ATTEND (1.8)
MEETING WITH DELPHI AND APPALOOSA
SENIOR LEADERSHIP IN NEW JERSEY RE:
EXECUTIVE COMPENSATION PROGRAM DESIGN
MATTERS; FOLLOW-UP ON SAME (0.4).

BUTLER, JR. J   08/29/07   1.10   EMAILS FROM/TO T. LAURIA RE: EXECUTION
COMPENSATION PROGRAM DESIGN (0.3);
PRELIMINARY REVIEW OF APPALOOSA
COMMENTS ON FORM EMPLOYMENT AND CIC
AGREEMENTS (0.4); EMAILS TO/FROM S.
MILLER, R. O'NEAL, M. WEBER AND
TELECONFERENCE WITH J. SHEEHAN RE: SAME
(0.4).

BUTLER, JR. J   08/30/07   2.10   REVIEW SUMMARY OF APPALOOSA COMMENTS ON
FORM EMPLOYMENT AND CIC AGREEMENTS
(0.3); PREPARE FOR (0.3) AND
PARTICIPATE IN (1.5) WORKING GROUP
TELECONFERENCE WITH S. MILLER, R.
O'NEAL, M. WEBER, J. SHEEHAN, C. NAYLOR
AND N. BUBNOVICH RE: APPALOOSA RESPONSE
ON EXECUTIVE COMPENSATION PROGRAM
DESIGN.

BUTLER, JR. J   08/31/07   2.40   CONTINUE TO WORK ON APPALOOSA APPROVAL
OF EXECUTIVE COMPENSATION PROGRAM
DESIGN INCLUDING REVIEW OF CURRENT OPEN
ISSUES (0.3) AND SEVERAL
TELECONFERENCES WITH R. O'NEAL, M.
WEBER, J. SHEEHAN AND N. BUBNOVICH AND
WORKING GROUP RE: SAME (0.9, 0.3, 0.2);
EMAILS FROM/TO M. WEBER AND J. SHEEHAN
RE: 2ND HALF 2007 AT RISK PERFORMANCE
PAYMENT SUPPLEMENT (0.2) AND BEGIN TO
REVIEW RELATED PLEADINGS (0.3); EMAILS
FROM/TO N. BUBNOVICH RE: REVISED WATSON
WYATT REPORT AS APPROVED BY PLAN
INVESTORS (0.2).

**19.30**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LEFF NM | 08/01/07 | 0.50 | TELECONFERENCE WITH P. SHERBIN AND M. WEBER RE: EMPLOYMENT AND CIC AGREEMENTS (0.5). |
| LEFF NM | 08/02/07 | 0.40 | REVIEW PLANS (0.4). |
| LEFF NM | 08/06/07 | 1.30 | REVIEW EMPLOYMENT CONTRACT AND INCENTIVE PLANS (1.3). |
| LEFF NM | 08/07/07 | 4.60 | PREPARE SUMMARIES FOR COMP. COMM. MEETING; TELECONFERENCE WITH M. WEBER, P. SHERBIN AND D. ALEXANDER (4.6). |
| LEFF NM | 08/10/07 | 3.70 | COMP. COMM. CALL; WORK ON PLAN OF REORGANIZATION; REVISIONS TO SERP AND LTIP (3.7). |
| LEFF NM | 08/12/07 | 0.70 | REVISE LTIP AND CIC PLAN; SERP (0.7). |
| LEFF NM | 08/13/07 | 1.50 | REVIEW REVISED LTIP AND CIC AGREEMENT (1.5). |
| LEFF NM | 08/14/07 | 1.20 | SERP, EMPLOYMENT CONTRACT AND TAX ISSUES (1.2). |
| LEFF NM | 08/16/07 | 1.20 | PREPARE FOR COMPENSATION COMMITTEE MEETING AUG 17TH (1.2). |
| LEFF NM | 08/17/07 | 3.40 | ATTEND COMPENSATION COMMITTEE MEETING AND REVISE DOCUMENTS (3.4). |
| LEFF NM | 08/19/07 | 0.80 | REVIEW COMMENTS RE: CLAW BACK PROVISION AND INVESTOR REPORT (0.8). |
| LEFF NM | 08/20/07 | 5.80 | REVISIONS TO AGREEMENTS AND INVESTOR PRESENTATION (5.8). |
| LEFF NM | 08/21/07 | 2.60 | PREPARE MATERIALS FOR WEDNESDAY MEETING (2.6). |
| LEFF NM | 08/23/07 | 1.40 | TELECONFERENCE WITH M. WEBER RE: PLANS AND AGREEMENTS (1.4). |
| LEFF NM | 08/24/07 | 2.40 | REVISIONS TO LTIP; TELECONFERENCE WITH D. SHERBIN (2.4). |
| LEFF NM | 08/27/07 | 1.80 | ATTEND COMP. COMM. MEETING; TELECONFERENCE WITH WHITE & CASE (1.8). |
| LEFF NM | 08/28/07 | 1.50 | TELECONFERENCE WITH D. ALEXANDER (1.5). |
| LEFF NM | 08/29/07 | 4.80 | EVALUATE EMPLOYMENT AND CIC AGREEMENT NEGOTIATIONS (4.8). |
| LEFF NM | 08/30/07 | 5.20 | WORK ON EMPLOYMENT K AND CIC ISSUES (5.2). |
| LEFF NM | 08/31/07 | 4.70 | REVIEW EMPLOYMENT K AND CIC ISSUES (4.7). |
| | | 49.50 | |
| **Total Partner** | | **68.80** | |
| MACDONALD N | 08/28/07 | 10.10 | CONTINUE DRAFT OF DECLARATION IN SUPPORT OF SUPPLEMENTAL AIP MOTION (10.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MACDONALD N | 08/29/07 | 13.50 | CONTINUE DRAFT OF DECLARATION AND RELATED DOCUMENTS IN SUPPORT OF SUPPLEMENTAL AIP MOTION (13.5). |
| MACDONALD N | 08/30/07 | 10.80 | CONTINUE DRAFT OF MOTION, DECLARATIONS AND RELATED DOCUMENTS IN SUPPORT OF SUPPLEMENTAL AIP MOTION (10.8). |
| | | **34.40** | |
| MATZ TJ | 08/31/07 | 1.30 | REVIEW AND COMMENT ON DRAFT AIP SUPPLEMENT DECLARATION IN SUPPORT THEREOF (1.3). |
| | | **1.30** | |
| **Total Counsel** | | **35.70** | |
| CAMPANARIO ND | 08/23/07 | 2.80 | DRAFT PAPERS IN SUPPORT OF THIRD SUPPLEMENT TO KECP MOTION SEEKING AUTHORITY TO CONTINUE AIP FOR SECOND HALF OF 2007 (2.8). |
| | | **2.80** | |
| FERN BM | 08/20/07 | 0.50 | REVIEW ISSUES RE: 2H 2007 AIP (0.5). |
| FERN BM | 08/21/07 | 0.40 | EVALUATE RE: 2H 2007 AIP (0.4). |
| FERN BM | 08/27/07 | 0.40 | DRAFT PLEADINGS FOR 2007 2H AIP (0.4). |
| FERN BM | 08/28/07 | 0.90 | CONSIDER ISSUES RE: 2H 2007 AIP (0.4); FORMULATE STRATEGY RE: 2H AIP (0.5). |
| FERN BM | 08/29/07 | 1.20 | REVIEW AND COMMENT ON DRAFT AIP SUPPLEMENT (1.2). |
| FERN BM | 08/30/07 | 3.40 | REVIEW AND COMMENT ON PLEADINGS RE: AIP FOR 2H 2007 (3.4). |
| FERN BM | 08/31/07 | 1.20 | ADDITIONAL REVIEW OF AIP PLEADINGS (0.8); CONSIDER ISSUES RE: AIP FOR 2H 2007 (0.4). |
| | | **8.00** | |
| PARK YM | 08/03/07 | 0.40 | REVIEW OF PLAN DOCUMENTS (0.4). |
| PARK YM | 08/12/07 | 2.10 | REVISE PLAN DOCUMENTS (1.2); REVIEW PLAN DOCUMENTS (0.9). |
| PARK YM | 08/13/07 | 5.60 | REVISE PLAN DOCUMENTS FOR COMP. COMM. MEETING (5.6). |
| PARK YM | 08/14/07 | 0.30 | PREPARE FOR COMP. COMMON MEETING (0.3). |
| PARK YM | 08/15/07 | 2.00 | CONFERENCE CALL RE: COMP. COMM (2.0). |
| PARK YM | 08/17/07 | 2.20 | CONFERENCE CALL RE: COMPENSATION COMMITTEE (0.4); REVISE MINUTES AND DISTRIBUTE CLAWBACK PROVISION (1.3); DISTRIBUTE EXECUTIVE COMPENSATION MATERIALS (0.5). |
| PARK YM | 08/19/07 | 1.30 | REVIEW CLAWBACK PROVISION AND EMAILS (1.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PARK YM | 08/20/07 | 6.70 | PREPARE APPALOOSA EXECUTIVE COMPENSATION PACKAGE (6.7). |
| PARK YM | 08/21/07 | 3.80 | PREPARE APPALOOSA EXECUTIVE COMPENSATION PACKAGE (3.8). |
| PARK YM | 08/24/07 | 0.50 | REVIEW OF LTIP (0.5). |
| PARK YM | 08/26/07 | 0.30 | REVIEW OF LTIP (0.3). |
| PARK YM | 08/27/07 | 2.80 | COMPENSATION COMMITTEE MEETING (1.0); REVISE PLAN DOCUMENTS (1.8). |
| PARK YM | 08/29/07 | 8.60 | REVIEW APPALOOSA DRAFTS OF EMPLOYMENT AND CIC AGREEMENTS (8.6). |
| PARK YM | 08/30/07 | 6.90 | REVIEW OF APPALOOSA EMPLOYMENT AND CIC DRAFTS (6.9). |
| PARK YM | 08/31/07 | 7.30 | REVISE EMPLOYMENT AGREEMENT AND CIC AGREEMENT (3.7); REVIEW OF APPALOOSA EMPLOYMENT AND CIC AGREEMENTS (3.6). |

                                    50.80

| | | | |
|---|---|---|---|
| PHILLIPS KE | 08/02/07 | 1.10 | DRAFT EXECUTIVE SUMMARIES OF INCENTIVE PLANS, CHANGE IN CONTROL AGREEMENTS, EXECUTIVE EMPLOYMENT AGREEMENTS AND RETIREMENT PLANS FOR COMPENSATION COMMITTEE MEETING (1.1). |
| PHILLIPS KE | 08/06/07 | 6.20 | CONTINUE TO PREPARE EXECUTIVE SUMMARIES OF EXECUTIVE COMPENSATION ARRANGEMENTS (6.2). |
| PHILLIPS KE | 08/07/07 | 1.80 | CONTINUE TO PREPARE EXECUTIVE SUMMARIES OF COMPENSATION ARRANGEMENTS FOR COMPENSATION COMMITTEE MEETING (1.8). |
| PHILLIPS KE | 08/10/07 | 4.70 | PREPARING SUMMARIES OF EXECUTIVE COMPENSATION ARRANGEMENTS FOR DISCLOSURE STATEMENT; SUMMARIES (4.7). |

                                    13.80

| | | | |
|---|---|---|---|
| SAMOLE RM | 08/22/07 | 0.80 | BEGIN REVIEWING AIP MATERIALS (0.8). |
| SAMOLE RM | 08/23/07 | 2.90 | REVIEW MATERIALS RE: PREVIOUS AIPS (1.2); REVIEW CURRENT FIGURES RE: AIP (0.7); BEGIN DRAFTING DECLARATION RE: SAME (1.0). |
| SAMOLE RM | 08/27/07 | 1.40 | REVIEW AIP DOCUMENTS (1.4). |
| SAMOLE RM | 08/28/07 | 2.60 | REVIEW CASELAW RE: EXECUTIVE INCENTIVE PLANS (0.5); REVISE NAYLOR AFFIDAVIT (2.1). |
| SAMOLE RM | 08/29/07 | 0.90 | REVIEW AIP SUPPLEMENT (0.9). |

                                    8.60

**Total Associate**              84.00

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 08/09/07 | 1.80 | PREPARE BINDER OF MATERIALS RE: COMPENSATION COMMITTEE MEETING (1.8). |

B43E

| ZSOLDOS AF | 08/21/07 | 0.80 | COORDINATE PRODUCTION OF AIP DOCUMENTS (0.8). |
| ZSOLDOS AF | 08/27/07 | 0.40 | PULL AIP DOCUMENTS FOR ATTORNEY REVIEW (0.4). |
| | | 3.00 | |
| **Total Legal Assistant** | | 3.00 | |
| **TOTAL TIME** | | **191.50** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 09/30/07**
**Employee Matters (General)**                                 **Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/24/07 | Copy Center, D | 90.62 |
| In-house Reproduction | 08/24/07 | Copy Center, D | 0.90 |
| In-house Reproduction | 08/28/07 | Copy Center, D | 138.48 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$230.00** |
| Westlaw | 08/27/07 | MacDonald N | 103.00 |
| | | **TOTAL WESTLAW** | **$103.00** |
| Reproduction - color | 08/24/07 | Copy Center, D | 255.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$255.00** |
| Vendor Hosted Telecon-ferencing | 08/10/07 | Teleconferencing Services, LLC | 4.91 |
| Vendor Hosted Telecon-ferencing | 08/22/07 | Teleconferencing Services, LLC | 3.09 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$8.00** |
| Print Images to Paper (from Electronic Media) | 08/23/07 | Copy Center, D | 4.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$4.00** |
| | | **TOTAL MATTER** | **$600.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                         **Bill Date: 10/31/07**
**Employee Matters (General)**                       **Bill Number: 1182831**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 09/01/07 | 0.50 | CONTINUE TO WORK ON 2ND HALF 2007 AT RISK PERFORMANCE PAYMENT SUPPLEMENT INCLUDING EMAILS FROM/TO M. WEBER (0.3); EMAIL FROM/TO N. BUBNOVICH RE: UPDATED WATSON WYATT REPORT (0.2). |
| BUTLER, JR. J | 09/02/07 | 0.60 | EMAIL FROM/TO R. O'NEAL RE: EXECUTIVE COMPENSATION DESIGN MATTERS (0.2); REVIEW EMAIL FROM N. BUBNOVICH AND REVISED PLAN INVESTOR REPORT MATERIALS (0.4). |
| BUTLER, JR. J | 09/03/07 | 1.20 | CONTINUE TO FINALIZE APPALOOSA-APPROVED EXECUTIVE COMPENSATION PROGRAM DESIGN INCLUDING REVIEW OF EMAILS FROM N. BUBNOVICH AND C. NAYLOR RE: FINAL WATSON WYATT REPORT (0.6); CONTINUE TO REVIEW AND COMMENT ON 2ND HALF 2007 AT RISK PERFORMANCE PAYMENT SUPPLEMENT (0.6). |
| BUTLER, JR. J | 09/04/07 | 0.90 | CONTINUE TO FINALIZE APPALOOSA-APPROVED EXECUTIVE COMPENSATION PROGRAM DESIGN INCLUDING REVIEW OF FINAL EMPLOYMENT AND CIC AGREEMENTS (0.4); CONTINUE TO REVIEW AND COMMENT ON 2ND HALF 2007 AT RISK PERFORMANCE PAYMENT SUPPLEMENT (0.2); PREPARE FOR AND ATTEND MEETING AT COMPANY WITH R. O'NEAL AND M. WEBER RE: CIC PROVISIONS (0.3). |
| BUTLER, JR. J | 09/05/07 | 0.30 | RECEIVE AND BEGIN TO REVIEW CEO EMPLOYMENT AGREEMENT SIDE-BY-SIDE (0.3). |
| BUTLER, JR. J | 09/06/07 | 0.50 | EMAILS FROM/TO T. LAURIA RE: PLAN INVESTOR APPROVAL OF EXECUTIVE COMPENSATION PROGRAM DESIGN (0.2); CONFERENCE AT COMPANY WITH R. O'NEAL, M. WEBER AND J. SHEEHAN RE: NEXT STEPS (0.3). |
| BUTLER, JR. J | 09/07/07 | 2.50 | TELECONFERENCE WITH J. SHEEHAN RE: UCC CONSULTATION AND REVIEW RE: APPALOOSA-APPROVED EXECUTIVE COMPENSATION PROGRAM DESIGN (0.2); CONTINUE TO REVIEW AND COMMENT ON 2ND HALF 2007 AT RISK PERFORMANCE PAYMENT SUPPLEMENT (1.3); TELECONFERENCE WITH J. SHEEHAN RE: SAME (0.2); TELECONFERENCE WITH R. O'NEAL RE: T. LAURIA EMAIL CONCERNING EMPLOYMENT AGREEMENT WAIVER ISSUE AND RE: NEXT STEPS FOR APPALOOSA/PLAN INVESTOR/CEO DISCUSSION OF CEO CONTRACT (0.4); REVIEW TERM SHEET RE: SAME (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J   09/09/07   0.60   CONTINUE TO REVIEW AND EVALUATE CEO
                                 EMPLOYMENT AGREEMENT SIDE-BY-SIDE
                                 (0.6).

BUTLER, JR. J   09/11/07   0.40   EMAILS FROM/TO C. NAYLOR RE: SEPTEMBER
                                 27TH AIP AT RISK PERFORMANCE HEARING FOR
                                 2ND HALF OF 2007 (0.2); CONTINUE TO
                                 REVIEW OPEN ISSUES (0.2).

BUTLER, JR. J   09/13/07   0.60   REVIEW AND REVISE SERP RETIREE LETTER
                                 (0.4); EMAILS FROM/TO D. ALEXANDER RE:
                                 SAME (0.2).

BUTLER, JR. J   09/14/07   0.20   EMAILS FROM/TO J. SHEEHAN RE: AIP AT
                                 RISK PERFORMANCE METRICS LANGUAGE
                                 (0.2).

BUTLER, JR. J   09/18/07   0.30   CONTINUE WORK ON AIP AT RISK PERFORMANCE
                                 METRICS LANGUAGE WITH J. SHEEHAN (0.3).

BUTLER, JR. J   09/19/07   0.20   REVIEW EMAILS FROM/TO D. DAIGLE AND J.
                                 SHEEHAN RE: AIP AT RISK PERFORMANCE
                                 METRICS LANGUAGE (0.2).

BUTLER, JR. J   09/24/07   0.80   CONTINUE TO PREPARE FOR SEPTEMBER 27TH
                                 OMNIBUS HEARING BEFORE JUDGE DRAIN IN
                                 NEW YORK BANKRUPTCY COURT RE: 2ND HALF
                                 2007 AT RISK PERFORMANCE PAYMENT
                                 PROGRAM FOR EXECUTIVE WORKFORCE
                                 INCLUDING REVIEW OF UNIONS' -UG ISSUES
                                 WITH J. SHEEHAN AND T. LEWIS AT COMPANY
                                 (0.8).

BUTLER, JR. J   09/25/07   1.70   CONTINUE TO PREPARE FOR SEPTEMBER 27TH
                                 OMNIBUS HEARING BEFORE JUDGE DRAIN IN
                                 NEW YORK BANKRUPTCY COURT RE: 2ND HALF
                                 2007 AT RISK PERFORMANCE PAYMENT
                                 PROGRAM FOR EXECUTIVE WORKFORCE
                                 INCLUDING REVIEW AND EVALUATE PROPOSED
                                 OBJECTIONS (0.6), DRAFT OUTLINE FOR
                                 WITNESS PREPARATION (0.2) AND GENERAL
                                 CONTESTED HEARING PREPARATION
                                 INCLUDING REVIEW OF UNIONS' -UG ISSUES
                                 (0.5); DEVELOP ORAL ARGUMENT AND
                                 DEMONSTRATIVE EXHIBIT PRESENTATION
                                 (0.4).

BUTLER, JR. J   09/26/07   3.70   CONTINUE TO PREPARE FOR SEPTEMBER 27TH
                                 OMNIBUS HEARING BEFORE JUDGE DRAIN IN
                                 NEW YORK BANKRUPTCY COURT RE: 2ND HALF
                                 2007 AT RISK PERFORMANCE PAYMENT
                                 PROGRAM FOR EXECUTIVE WORKFORCE
                                 INCLUDING REVIEW AND REVISE OMNIBUS
                                 REPLY (0.8), REVIEW DEMONSTRATIVE
                                 EXHIBITS (0.2), REVIEW PLEADINGS AND
                                 OBJECTIONS (0.7), WITNESS PREPARATION
                                 (0.8) AND GENERAL CONTESTED HEARING
                                 PREPARATION (0.8); REVIEW POTENTIAL CEO
                                 EMPLOYMENT AGREEMENT ISSUES (0.4).

BUTLER, JR. J   09/27/07   2.50   PREPARE FOR (0.6) AND ATTEND (1.9)
                                 OMNIBUS HEARING BEFORE JUDGE DRAIN IN
                                 NEW YORK BANKRUPTCY COURT RE: 2ND HALF
                                 2007 AT RISK PERFORMANCE PAYMENT
                                 PROGRAM FOR EXECUTIVE WORKFORCE.

B43E

|  |  | **17.50** |  |
| --- | --- | --- | --- |
| FURFARO JP | 09/21/07 | 1.30 | REVIEW OF UNION OBJECTIONS TO KCEP/MOU PROVISIONS (1.3). |
| FURFARO JP | 09/24/07 | 1.00 | REVIEW OF MATERIALS FOR REPLY IN KECP MOTION (1.0). |
| FURFARO JP | 09/25/07 | 1.30 | REVIEW OF KCEP RESPONSE/REVISIONS (1.3). |
| FURFARO JP | 09/26/07 | 1.10 | REVIEW OF COMMENTS TO DRAFT REPLY IN KECP (0.5); REVIEW OF REVISED DRAFT (0.6). |
|  |  | **4.70** |  |
| HOGAN III AL | 09/03/07 | 0.70 | REVIEW STATUS OF AIP PLEADINGS (0.7). |
| HOGAN III AL | 09/04/07 | 1.30 | REVIEW AIP PLEADINGS (1.3). |
| HOGAN III AL | 09/05/07 | 0.30 | REVIEW OF STATUS OF AIP PAPERS (0.3). |
| HOGAN III AL | 09/12/07 | 0.50 | REVIEW AIP LANGUAGE FROM COUNSEL FOR CREDITORS' COMMITTEE, AND DISCUSS SAME WITH J. SHEEHAN (0.5). |
| HOGAN III AL | 09/13/07 | 0.40 | REVIEW AIP LANGUAGE PROPOSAL WITH J. SHEEHAN, AND COMMUNICATE WITH COUNSEL FOR CREDITORS' COMMITTEE RE: SAME (0.4). |
| HOGAN III AL | 09/14/07 | 0.40 | COMMUNICATE WITH COUNSEL FOR CREDITORS' COMMITTEE RE: AIP ORDER LANGUAGE (0.4). |
| HOGAN III AL | 09/17/07 | 0.30 | DISCUSSIONS WITH COUNSEL FOR CREDITORS' COMMITTEE RE: AIP ORDER LANGUAGE (0.3). |
| HOGAN III AL | 09/19/07 | 0.30 | COMMUNICATE WITH COUNSEL FOR CREDITORS' COMMITTEE AND CLIENT CONCERNING AIP ORDER LANGUAGE (0.3). |
| HOGAN III AL | 09/20/07 | 1.10 | REVIEW OBJECTIONS TO AIP MOTION (0.8); CONTINUE DISCUSSIONS CONCNERING FINAL AIP ORDER LANGUAGE (0.3). |
| HOGAN III AL | 09/21/07 | 1.30 | REVIEW FURTHER OBJECTIONS TO AIP MOTION, AND PLAN FOR RESPONSES TO SAME (1.3). |
| HOGAN III AL | 09/24/07 | 5.70 | PREPARE FOR AND CONDUCT MEET AND CONFER CONCERNING AIP CONTESTED HEARING (0.7); PREPARE FOR AIP HEARING, INCLUDING REVIEW OF EVIDENCE, AND DISCUSSION OF OBJECTION POINTS RELATED TO UAW MOU AND 'UG" ADJUSTMENTS (4.3); COMMUNICATE WITH COUNSEL FOR CREDITORS' COMMITTEE RE: AIP FINAL ORDER (0.2); COORDINATE AND PARTICIPATE IN CONFERENCE WITH OMNIBUS HEARING WORKING GROUP RE: PREPARATION FOR CONTESTED CLAIM MATTERS (0.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOGAN III AL | 09/25/07 | 4.60 | CONTINUE PREPARATION FOR AIP CONTESTED HEARING, INCLUDING REVIEW AND EDIT OF OMNIBUS REPLY, ORGANIZATION OF EVIDENTIARY PRESENTATION, AND CONFERENCES WITH WORKING GROUP AND CLIENT RE: SAME (4.6). |
| HOGAN III AL | 09/26/07 | 6.20 | FINALIZE AIP MOTION PAPERS, AND PREPARE FOR AIP CONTESTED HEARING, INCLUDING CONCLUSION OF EVIDENTIARY MATERIAL, AND PREPARATION OF WITNESSES FOR HEARING (6.2). |
| HOGAN III AL | 09/27/07 | 4.80 | CONTINUE PREPARATIONS FOR, AND ATTEND OMNIBUS HEARING CONCERNING, AMONG OTHER MATTERS, THE AIP MOTION AND CERTAIN CLAIMS-RELATED MATTERS (4.8). |
| | | 27.90 | |
| LEFF NM | 09/01/07 | 2.30 | REVISIONS TO EMPLOYMENT K AND CIC AGREEMENTS (2.3). |
| LEFF NM | 09/02/07 | 0.30 | TELECONFERENCE WITH S. RASKIN (0.3). |
| LEFF NM | 09/04/07 | 1.50 | CONTINUE NEGOTIATIONS OF EMPLOYMENT AND CIC AGREEMENTS (1.5). |
| LEFF NM | 09/05/07 | 2.40 | CONTINUE NEGOTIATION OF EMPLOYMENT AND CIC AGREEMENTS; REVIEW OF RELATED DISCLOSURE (2.4). |
| LEFF NM | 09/14/07 | 0.80 | REVIEW MATERIALS FOR DSB MEETING (0.8). |
| LEFF NM | 09/19/07 | 3.20 | REVIEW PRESENTATION MATERIALS AND PARTICIPATE IN DSB MEETINGS (3.2). |
| | | 10.50 | |
| MARAFIOTI KA | 09/03/07 | 1.80 | REVIEW AND REVISE SUPPLEMENTAL AIP MOTION (1.1) AND SUPPORTING DECLARATION OF J. SHEEHAN (0.7). |
| MARAFIOTI KA | 09/04/07 | 1.30 | REVIEW AND REVISE ORDER RE: THIRD SUPPLEMENT TO KECP (0.4) AND SUPPORTING DECLARATIONS OF N. BUBNOVICH (0.5) AND C. NAYLOR (0.4). |
| MARAFIOTI KA | 09/07/07 | 1.00 | FINAL REVIEW AND REVISION OF THIRD SUPPLEMENT TO KECP MOTION AND RELATED PLEADINGS (1.0). |
| MARAFIOTI KA | 09/18/07 | 0.60 | TELECONFERENCE WITH N. LORD (NY STATE ATTORNEY GENERAL) RE: WORKERS' COMPENSATION (0.3); CORRESPONDENCE TO CLIENT RE: SAME (0.3). |
| MARAFIOTI KA | 09/25/07 | 3.40 | CORRESPONDENCE EXCHANGE RE: WORKERS' COMPENSATION BOARD AND CONSIDER SAME (0.6); TELECONFERENCE WITH J. DE MARCO, F. KUPLICKI, B. TELGEN, S. GEBBIA, D. AYERS RE: SAME (0.5); TELECONFERENCE WITH N. LORD RE: SAME (0.3); FOLLOWUP CORRESPONDENCE (0.5); REVIEW AND REVISE KECP OMNIBUS REPLY (1.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA      09/26/07      1.20   REVIEW AND REVISE KECP REPLY (0.5) AND
                                      REVISED ORDER (0.2); PREPARE WITH
                                      CLIENT FOR KECP HEARING (0.5),.

MARAFIOTI KA      09/27/07      0.80   CORRESPONDENCE EXCHANGE WITH NY STATE
                                      AND DELPHI RE: DATA ON NY EMPLOYEES AND
                                      REVIEW SAME (0.6); CORRESPONDENCE TO N.
                                      LORD (0.2).

MARAFIOTI KA      09/28/07      1.10   REVIEW CORRESPONDENCE FROM NY STATE
                                      ATTORNEY GENERAL RE: DISCLOSURE
                                      STATEMENT AND MEETING RE: WORKERS'
                                      COMPENSATION (0.4 ); CORRESPONDENCE
                                      EXCHANGE WITH STATE AND CLIENT (0.5 );
                                      WORK ON REVISIONS TO DISCLOSURE (0.2).

                               11.20

MEISLER RE        09/07/07      0.40   REVIEW AIP 3RD SUPPLEMENT (0.4).

MEISLER RE        09/20/07      0.70   REVIEW AND RESPOND TO CORRESPONDENCE
                                      RE: KECP (0.4); CONTINUE TO REVIEW KECP
                                      OBJECTIONS AND CONFERENCES WITH N.
                                      MACDONALD RE: SAME (0.3).

MEISLER RE        09/21/07      0.40   REVIEW AND RESPOND TO SERP
                                      CORRESPONDENCE (0.4).

MEISLER RE        09/25/07      1.40   TELECONFERENCE WITH D. ALEXANDER RE:
                                      NOTICES TO EMPLOYEES HOLDING OTHER
                                      INTERESTS (0.3); REVIEW AND CONSIDER
                                      CORRESPONDENCE RE: RSU'S (0.4);
                                      TELECONFERENCE WITH D. ALEXANDER RE:
                                      SAME (0.1); REVIEW FOUNDER'S GRANT
                                      ISSUES (0.2); REVIEW AND ANALYZE NEW
                                      SERP AND STOCK OPTIONS (0.4).

MEISLER RE        09/26/07      1.30   CONFERENCE WITH WORKING GROUP RE:
                                      TREATMENT OF RSUS (0.4); CONTINUE TO
                                      WORK ON MEMO RE: RSUS, STOCK OPTIONS AND
                                      OTHER BENEFITS (0.9).

                                4.20

**Total Partner**              76.00

MACDONALD N       09/04/07      9.10   REVISE DRAFT OF MOTION, DECLARATIONS
                                      AND RELATED DOCUMENTS IN SUPPORT OF
                                      SUPPLEMENTAL AIP MOTION (9.1).

MACDONALD N       09/05/07      2.70   CONTINUE REVISION OF DRAFT MOTION,
                                      DECLARATIONS AND RELATED DOCUMENTS IN
                                      SUPPORT OF SUPPLEMENTAL AIP MOTION
                                      (2.7).

MACDONALD N       09/06/07      0.90   CONTINUE REVISION OF DRAFT MOTION,
                                      DECLARATIONS AND RELATED DOCUMENTS IN
                                      SUPPORT OF SUPPLEMENTAL AIP MOTION
                                      (0.9).

MACDONALD N       09/07/07     14.10   COMPLETE REVISION OF DRAFT MOTION,
                                      DECLARATION AND RELATED DOCUMENTS IN
                                      SUPPORT OF SUPPLEMENTAL AIP MOTION;
                                      FILE SAME (14.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MACDONALD N | 09/12/07 | 1.60 | REVIEW DOCUMENTS AND TRANSCRIPTS IN PREPARATION FOR DRAFTING AIP SCRIPT (1.6). |
|---|---|---|---|
| MACDONALD N | 09/13/07 | 5.40 | BEGIN DRAFT OF AIP SCRIPT (5.4). |
| MACDONALD N | 09/14/07 | 0.90 | CONTINUE DRAFT OF AIP SCRIPT (0.9). |
| MACDONALD N | 09/18/07 | 7.60 | CONTINUE DRAFT OF AIP SCRIPT (7.6). |
| MACDONALD N | 09/19/07 | 10.50 | CONTINUE DRAFT OF AIP SCRIPT; REVISE PROPOSED COURT ORDER APPROVING AIP (10.5). |
| MACDONALD N | 09/20/07 | 7.70 | REVIEW OBJECTIONS TO THIRD SUPPLEMENT AND DOCUMENTS RELATED THERETO (2.1); BEGIN DRAFT OF OMNIBUS REPLY IN SUPPORT OF THIRD SUPPLEMENT AND DOCUMENTS RELATED THERETO (5.6). |
| MACDONALD N | 09/21/07 | 10.40 | CONTINUE DRAFT OF OMNIBUS REPLY IN SUPPORT OF THIRD SUPPLEMENT AND DOCUMENTS RELATED THERETO (9.6); PARTICIPATE IN CASE STATUS TELECONFERENCE WITH CO-COUNSEL (0.8). |
| MACDONALD N | 09/22/07 | 4.20 | CONTINUE DRAFT OF OMNIBUS REPLY IN SUPPORT OF THIRD SUPPLEMENT AND DOCUMENTS RELATED THERETO (4.2). |
| MACDONALD N | 09/24/07 | 14.80 | CONTINUE DRAFT OF OMNIBUS REPLY IN SUPPORT OF THIRD SUPPLEMENT AND DOCUMENTS RELATED THERETO (13.6); CASE STATUS TELECONFERENCE WITH CO-COUNSEL (0.5); MEET AND CONFER VIA TELECONFERENCE WITH OBJECTORS AND PREPARATION OF MATERIALS IN CONNECTION WITH SAME (0.7). |
| MACDONALD N | 09/25/07 | 15.10 | CONTINUE DRAFT OF OMNIBUS REPLY IN SUPPORT OF THIRD SUPPLEMENT AND DOCUMENTS RELATED THERETO (15.1). |
| MACDONALD N | 09/26/07 | 12.30 | CONTINUE DRAFT OF OMNIBUS REPLY IN SUPPORT OF THIRD SUPPLEMENT, INCLUDING COLLATERAL DOCUMENTS RELATED THERETO (10.6); PREPARATION FOR HEARING AND WITNESS PREPARATION (1.7). |
| MACDONALD N | 09/27/07 | 6.90 | REVIEW DOCUMENTS AND PLEADINGS IN PREPARATION FOR HEARING (2.4); ATTEND HEARING (3.8); AND ORGANIZE HEARING FILES (0.7). |

**124.20**

| MATZ TJ | 09/05/07 | 1.20 | REVIEW AND COMMENT ON DRAFT KECP PLEADINGS, 3 DECLARATIONS (1.2). |
|---|---|---|---|
| MATZ TJ | 09/07/07 | 0.80 | REVIEW AND COMMENT ON REVISED KECP PLEADINGS (0.8). |
| MATZ TJ | 09/20/07 | 0.40 | REVIEW UAW, IUE-CWA, USW RESPONSES TO KECP MOTION (0.4). |
| MATZ TJ | 09/21/07 | 0.20 | REVIEW AND DISTRIBUTE USW REVISED OBJECTION TO KECP MOTION (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 09/25/07 | 3.30 | TELECONFERENCE WITH CHAMBERS RE: KECP MOTION, DOCUMENTS (0.3); REVIEW AND COMMENT ON KECP REPLY (1.4); CONSIDERING JOINT EXHIBIT MATTERS (0.3); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2); CORRESPONDENCE WITH M. ROBBINS RE: KECP HEARING (0.2); TELECONFERENCE WITH CHAMBERS RE: SAME (0.1); PREPARATION RE: KECP CONTESTED HEARING, HEARING MATERIALS, JOINT EXHIBIT BINDER (0.8). |
| MATZ TJ | 09/26/07 | 0.60 | REVIEW KECP EXHIBIT BINDERS (0.3); FORWARD SAME TO CHAMBERS (0.1); TELECONFERENCE WITH CHAMBERS RE: KECP EXHIBIT BINDERS (0.2). |
| | | **6.50** | |
| **Total Counsel** | | **130.70** | |
| CAMPANARIO ND | 09/24/07 | 0.70 | PREPARE FOR AND ATTEND MEET AND CONFER RE: THIRD KECP SUPPLEMENT (0.7). |
| CAMPANARIO ND | 09/25/07 | 6.30 | REVIEW COURT FILINGS RELATED TO THIRD KECP SUPPLEMENT AND PREPARE FOR HEARING ON SAME (6.3). |
| CAMPANARIO ND | 09/26/07 | 10.30 | REVISE OMNIBUS REPLY RE: THIRD SUPPLEMENT TO KECP MOTION (1.4); PREPARE FOR OMNIBUS HEARING (8.9). |
| CAMPANARIO ND | 09/27/07 | 4.70 | PREPARE FOR HEARING ON THIRD KECP SUPPLEMENT (1.2) AND ATTEND SEPTEMBER OMNIBUS HEARING (3.5). |
| | | **22.00** | |
| FERN BM | 09/05/07 | 0.40 | FORMULATE STRATEGY RE: SERVICE OF AIP (0.4). |
| FERN BM | 09/06/07 | 2.70 | REVIEW AND COMMENTED ON AIP PLEADINGS (1.3); ATTENTION TO ISSUES RE: SERVICE OF AIP (0.3); REVIEW ISSUES RE: NAYLOR DECLARATION (0.3); ADDITIONAL ATTENTION TO ISSUES RE: AIP (0.4); ADDITIONAL ATTENTION TO ISSUES RE: SERVICE OF AIP (0.4). |
| FERN BM | 09/07/07 | 3.50 | ATTENTION TO ISSUES RE: SERVICE OF AIP (0.3); REVIEW LATEST DRAFT OF AIP PLEADINGS (1.0); ADDITIONAL ATTENTION TO AIP SERVICE ISSUES (0.6); DRAFT PRESENTATION RE: AIP FOR 2H 2007 (1.4); EMAILS TO/FROM D. ALEXANDER RE: COMPENSATION COMMITTEE INFORMATION (0.2). |
| FERN BM | 09/11/07 | 0.30 | CONSIDER TO ISSUES RE: PREPARATION FOR AIP HEARING (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 09/20/07 | 2.60 | REVIEW AND COMMENT ON PROPOSED CHANGES TO AIP ORDER (0.2); REVIEW AND COMMENT ON SCRIPT FOR THIRD SUPPLEMENT (1.4); REVIEW UAW OBJECTION TO AIP (0.3); CREATE PIE CHART EXHIBIT FOR AIP HEARING (0.5); REVIEW IUE-CWA OBJECTION TO AIP (0.2). |
|---|---|---|---|
| FERN BM | 09/21/07 | 0.50 | REVIEW DOCUMENTS AND INFORMATION RE: OBJECTIONS TO AIP (0.5). |
| FERN BM | 09/22/07 | 1.50 | REVIEW AND COMMENT ON DRAFT PLEADINGS RE: AIP (0.7); ATTENTION TO DOCUMENTS IN PREPARATION FOR AIP HEARING (0.8). |
| FERN BM | 09/24/07 | 5.80 | FORMULATE STRATEGY RE: AIP HEARING (0.4); DRAFT EXHIBIT LIST AND GATHER EXHIBITS IN PREPARATION FOR AIP HEARING (4.3); CREATE DEMONSTRATIVE EXHIBITS FOR AIP HEARING (0.5); REVISE AIP EXHIBIT LIST (0.6). |
| FERN BM | 09/26/07 | 0.50 | ATTENTION TO ISSUES IN PREPARATION FOR AIP HEARING (0.5). |
| | | **17.80** | |
| KOHUT RD | 09/25/07 | 2.40 | REVIEW OF UNION OBJECTIONS TO KECP (2.4). |
| KOHUT RD | 09/26/07 | 0.90 | REVIEW OF DELPHI COMMENTS TO KECP MOTION AND REPLY TO UNION OBJECTIONS (0.9). |
| KOHUT RD | 09/27/07 | 0.30 | REVIEW OF REVISED KECP MOTION (0.3). |
| | | **3.60** | |
| PARK YM | 09/01/07 | 2.10 | REVISE EMPLOYMENT AGREEMENT AND CIC AGREEMENT (2.1). |
| PARK YM | 09/04/07 | 8.60 | DRAFT DISCLOSURE STATEMENT RE: EXECUTIVE COMPENSATION (8.6). |
| PARK YM | 09/05/07 | 9.10 | DRAFT DISCLOSURE STATEMENT RE: EXECUTIVE COMPENSATION (8.3); REVISE DEFINITION OF CHANGE IN CONTROL (0.8). |
| PARK YM | 09/06/07 | 1.80 | DRAFT DISCLOSURE STATEMENT RE: EXECUTIVE COMPENSATION (1.8). |
| PARK YM | 09/11/07 | 3.70 | PREPARATION FOR DSB MEETING (3.7). |
| PARK YM | 09/12/07 | 2.60 | PREPARATIONS FOR DSB MEETING (2.6). |
| PARK YM | 09/13/07 | 4.20 | PREPARATIONS FOR DSB MEETING (4.2). |
| PARK YM | 09/14/07 | 3.80 | PREPARATIONS FOR DSB MEETING (3.8). |
| PARK YM | 09/17/07 | 5.60 | PREPARATIONS FOR DSB MEETING (5.6). |
| PARK YM | 09/18/07 | 3.00 | PREPARATIONS FOR DSB MEETING (3.0). |
| PARK YM | 09/19/07 | 2.80 | PRESENT AT DSB MEETING (2.0); MEETINGS RE: OPEN ITEMS (0.8). |
| PARK YM | 09/20/07 | 3.80 | REVISE AGREEMENTS AND PLANS (3.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PARK YM | 09/25/07 | 0.30 | REVISE DISCLOSURE STATEMENT RE: EXECUTIVE COMPENSATION (0.3). |
| PARK YM | 09/26/07 | 0.50 | REVIEW OF SERP LANGUAGE (0.5). |
| PARK YM | 09/27/07 | 0.80 | REVISE SERP DOCUMENT (0.8). |
| PARK YM | 09/28/07 | 2.80 | REVISE SERP DOCUMENT (2.8). |
| | | 55.50 | |
| SAMOLE RM | 09/04/07 | 0.80 | REVISE NAYLOR AFFIDAVIT (0.8). |
| SAMOLE RM | 09/07/07 | 1.10 | REVISE NAYLOR AFFIDAVIT (1.1). |
| | | 1.90 | |
| **Total Associate** | | **100.80** | |
| ZSOLDOS AF | 09/07/07 | 1.00 | FINALIZE AND E-FILE AMENDMENT TO KECP AIP PROGRAM (0.6); DISTRIBUTE PLEADING AS FILED (0.1); COORDINATE SERVICE AND OTHER PRE-FILING CORRESPONDENCE (0.3). |
| ZSOLDOS AF | 09/11/07 | 0.80 | EMAIL CORRESPONDENCE WITH N. MACDONALD RE: SERVICE OF KECP CONFIDENTIAL DECLARATIONS AND RETURNED MAIL FILE (0.6); CORRESPONDENCE WITH KCC RE: SAME TO CONFIRM EFFECTUATION OF SERVICE (0.2). |
| ZSOLDOS AF | 09/25/07 | 2.70 | PREPARE AND UPDATE KECP EXHIBIT BINDERS THROUGHOUT THE DAY (2.7). |
| ZSOLDOS AF | 09/26/07 | 4.20 | UPDATE AND FINALIZE KECP EXHIBIT BINDERS (3.2); COORDINATE DELIVERY OF EXHIBIT BINDERS TO CHAMBERS (0.4); PREPARE AND ELECTRONICALLY FILE KECP REPLY (0.5); DISTRIBUTE RECEIPT AND FILE PLEADINGS (0.1). |
| | | 8.70 | |
| **Total Legal Assistant** | | **8.70** | |
| **TOTAL TIME** | | **316.20** | |

125                                                                                                                                B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                        **Bill Date: 10/31/07**
**Employee Matters (General)**                                     **Bill Number: 1182831**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/18/07 | Park YM | 1,315.38 |
| Air/Rail Travel - vendor feed | 09/20/07 | Campanario ND | 123.10 |
| Air/Rail Travel - vendor feed | 09/21/07 | Campanario ND | 170.40 |
| Air/Rail Travel - vendor feed | 09/25/07 | Campanario ND | 1,094.15 |
| Air/Rail Travel - vendor feed | 09/27/07 | Campanario ND | 569.57 |
| Air/Rail Travel - vendor feed | 09/27/07 | Campanario ND | -524.57 |
| Air/Rail Travel - vendor feed | 09/27/07 | Hogan III AL | -524.57 |
| Air/Rail Travel - vendor feed | 09/28/07 | Hogan III AL | -620.46 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,603.00** |
| In-house Reproduction | 09/28/07 | Copy Center, D | 2,373.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2,373.00** |
| Reproduction - color | 09/25/07 | Copy Center, D | 138.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$138.00** |
| Vendor Hosted Teleconferencing | 09/10/07 | Teleconferencing Services, LLC | 37.75 |
| Vendor Hosted Teleconferencing | 09/12/07 | Teleconferencing Services, LLC | 4.25 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$42.00** |
| Telephone - Long Distance | 09/18/07 | Park YM | 14.00 |
| | | **TOTAL TELEPHONE - LONG DISTANCE** | **$14.00** |
| Air/Rail Travel (external) | 09/26/07 | Butler, Jr. J | 220.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$220.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 09/18/07 | Park YM | 49.99 |
| Out-of-Town Travel | 09/18/07 | Park YM | 224.84 |
| Out-of-Town Travel | 09/18/07 | Park YM | 119.98 |
| Out-of-Town Travel | 09/19/07 | Park YM | 49.99 |
| Out-of-Town Travel | 09/19/07 | Park YM | 119.98 |
| Out-of-Town Travel | 09/21/07 | Campanario ND | 613.51 |
| Out-of-Town Travel | 09/21/07 | Campanario ND | 202.24 |
| Out-of-Town Travel | 09/21/07 | Campanario ND | 39.99 |
| Out-of-Town Travel | 09/21/07 | Campanario ND | 80.15 |
| Out-of-Town Travel | 09/26/07 | Butler, Jr. J | 10.83 |
| Out-of-Town Travel | 09/26/07 | Butler, Jr. J | 504.18 |
| Out-of-Town Travel | 09/26/07 | Butler, Jr. J | 19.17 |
| Out-of-Town Travel | 09/26/07 | Butler, Jr. J | 26.66 |
| Out-of-Town Travel | 09/26/07 | Campanario ND | 614.50 |
| Out-of-Town Travel | 09/27/07 | Campanario ND | 39.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,716.00** |
| Out-of-Town Meals | 09/18/07 | Park YM | 11.60 |
| Out-of-Town Meals | 09/18/07 | Park YM | 57.83 |
| Out-of-Town Meals | 09/19/07 | Park YM | 15.00 |
| Out-of-Town Meals | 09/19/07 | Park YM | 3.29 |
| Out-of-Town Meals | 09/20/07 | Campanario ND | 39.63 |
| Out-of-Town Meals | 09/21/07 | Campanario ND | 108.03 |
| Out-of-Town Meals | 09/21/07 | Campanario ND | 159.58 |
| Out-of-Town Meals | 09/25/07 | Campanario ND | 8.67 |
| Out-of-Town Meals | 09/26/07 | Butler, Jr. J | 21.17 |
| Out-of-Town Meals | 09/26/07 | Campanario ND | 10.84 |
| Out-of-Town Meals | 09/26/07 | Campanario ND | 88.43 |
| Out-of-Town Meals | 09/26/07 | Campanario ND | 11.93 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$536.00** |
| CLR/Disclosure | 09/01/07 | Global Securities | 207.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$207.00** |
| | | **TOTAL MATTER** | **$7,849.00** |