SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-11
ASSET ANALYSIS AND RECOVERY
514.2 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                        Bill Date: 07/31/07
Asset Analysis and Recovery                                     Bill Number: 1168053

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HOGAN III AL | 06/01/07 | 3.70 | ANALYZE AND DEVELOP STRATEGY FOR ADDRESSING PREFERENCE AND OTHER ESTATE ACTION DEADLINE REQUIREMENTS (3.7). |
| HOGAN III AL | 06/03/07 | 0.50 | REVIEW AND ANALYZE INITIAL WORKPLAN CONCERNING ESTATE PREFERENCE ACTIONS AND CERTAIN OTHER RESTATE ACTIONS (0.5). |
| HOGAN III AL | 06/04/07 | 0.60 | REVIEW AND ANALYZE LEGAL RESEARCH CONCERNING ISSUES RELATED TO STANDING TO ASSERT CERTAIN CLAIMS AND THE INTERPLAY WITH THE EXPIRATION OF STATUTE OF LIMITATIONS PERIODS (0.6). |
| HOGAN III AL | 06/05/07 | 2.90 | TELECONFERENCE WITH WORKING GROUP CONCERNING PLANNING FOR ANALYSIS AND PRESERVATION OF ESTATE ACTIONS (0.8); CONTINUE ANALYSIS OF PLAN CONCERNING HANDLING AND PRESERVATION OF CERTAIN HIGH VALUE ESTATE CLAIMS (2.1). |
|  |  | **7.70** |  |
| MEISLER RE | 06/07/07 | 0.70 | TELECONFERENCE WITH T. RADOM AND S. CORCORAN RE: AVOIDANCE ACTION FILED BY MERIDIAN AGAINST DELPHI (0.5); TELECONFERENCE WITH S. CORCORAN RE: FOLLOW UP (0.2). |
| MEISLER RE | 06/12/07 | 2.00 | TELECONFERENCE WITH S. CORCORAN AND T. RADOM RE: AVOIDANCE ACTION FILED BY MERIDIAN AGAINST DELPHI (0.6); REVIEW COMPLAINT (0.2) AND CONSIDER AUTOMATIC STAY VIOLATION (0.5); TELECONFERENCES WITH T. RADOM RE: FOLLOW UP (0.1, 0.1, 0.2); TELECONFERENCE WITH N. COHEN (COUNSEL TO MERIDIAN) AND T. RADOM RE: SAME (0.2); NOTES TO FILE (0.1). |
| MEISLER RE | 06/13/07 | 0.50 | DRAFT INTERNAL CORRESPONDENCE RE: MERIDIAN AVOIDANCE ACTIONS (0.2); REVIEW STIPULATIONS DRAFTED BY N. COHEN RE: EXTENSION OF TIME TO RESPOND (0.2); DRAFT CORRESPONDENCE TO T. RADOM RE: SAME (0.1). |
| MEISLER RE | 06/15/07 | 0.20 | REVIEW STIPULATIONS DRAFTED BY N. COHEN RE: MERIDIAN AVOIDANCE ACTIONS (0.1); DRAFT CORRESPONDENCE TO T. RADOM RE: SAME (0.1). |
| MEISLER RE | 06/17/07 | 0.20 | CONTINUE TO REVIEW AND EVALUATE ISSUES ARISING FROM MERIDIAN'S FILING OF A COMPLAINT (0.2). |
| MEISLER RE | 06/19/07 | 0.10 | REVIEW CORRESPONDENCE RE: DISMISSAL OF MERIDIAN AVOIDANCE ACTION (0.1). |
|  |  | **3.70** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

PANAGAKIS GN     06/01/07     2.90   REVIEW RESEARCH MATERIALS RE: TOLLING
                                     OF LIMITATIONS PERIOD AND PROCEDURES
                                     FOR AVOIDANCE ACTIONS (1.9);
                                     TELECONFERENCES WITH A. FRANKUM RE:
                                     SAME (1.0).

PANAGAKIS GN     06/02/07     0.50   REVIEW SUMMARY MATERIALS RE: AVOIDANCE
                                     ACTION TIMELINE (0.5).

PANAGAKIS GN     06/03/07     0.50   REVIEW AND COMMENT TO ADDITIONAL
                                     CHANGES TO SUMMARY MATERIALS RE:
                                     AVOIDANCE ACTION TIMELINE (0.5).

PANAGAKIS GN     06/04/07     2.10   CONTINUE ATTENTION TO PROCESS FOR
                                     ADMINISTERING POTENTIAL AVOIDANCE
                                     ACTIONS (2.1).

PANAGAKIS GN     06/05/07     1.60   TELECONFERENCE WITH A. FRANKHUM, R.
                                     EISENBERG RE: AVOIDANCE ACTIONS (0.9);
                                     ATTEND TO FOLLOW UP MATTER RE: SAME
                                     (0.7).

PANAGAKIS GN     06/06/07     0.90   TELECONFERENCE WITH K. KUBY AND A.
                                     FRANKUM RE: DATA AVAILABLE FOR REVIEW OF
                                     AVOIDANCE ACTIONS (0.6); ADDITIONAL
                                     CONSIDERATION TO SAME (0.3).

PANAGAKIS GN     06/07/07     2.20   REVIEW RESEARCH AND MEMO RE:
                                     PRESERVATION OF CAUSES OF ACTION (1.2)
                                     AND ADDITIONAL CONSIDERATION TO NEXT
                                     STEPS RE: SAME (1.0).

PANAGAKIS GN     06/08/07     0.90   CONTINUE TO ANALYZE PRESERVATION OF
                                     CAUSES OF ACTION (0.9).

PANAGAKIS GN     06/12/07     0.40   REVIEW POTENTIAL TIMELINE FOR AVOIDANCE
                                     ACTION PROCESS (0.4).

PANAGAKIS GN     06/13/07     0.70   CONTINUE TO REVIEW AVOIDANCE ACTIONS,
                                     INCLUDING POTENTIAL TIMELINE RE: SAME
                                     (0.7).

PANAGAKIS GN     06/14/07     0.60   REVIEW AVOIDANCE ACTION ANALYSIS (0.6).

PANAGAKIS GN     06/18/07     0.80   CONTINUE TO REVIEW AVOIDANCE ACTION
                                     STRATEGIES (0.8).

PANAGAKIS GN     06/20/07     0.90   ADDITIONAL RESEARCH AND CONSIDERATION
                                     TO AVOIDANCE ACTIONS (0.9).

PANAGAKIS GN     06/21/07     1.80   REVIEW MATERIALS RE: POTENTIAL ESTATE
                                     CAUSES OF ACTION (1.0); TELECONFERENCE
                                     WITH K. KUBY RE: SAME (0.8).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PANAGAKIS GN        06/25/07        1.00    REVIEW ALTERNATIVES RE: PRESERVATION OF
                                            ESTATE CAUSES OF ACTION (1.0).

PANAGAKIS GN        06/27/07        0.80    REVIEW PRESERVATION OF CAUSES OF ACTION
                                            AND ALTERNATIVE APPROACHES (0.8).

PANAGAKIS GN        06/28/07        0.60    CONTINUE TO CONSIDER STRATEGIES FOR
                                            PRESERVATION OF ESTATE CAUSES OF ACTION
                                            (0.6).

PANAGAKIS GN        06/29/07        1.40    ATTENTION TO POTENTIAL ALTERNATIVE RE:
                                            PRESERVATION OF CAUSES OF ACTION (1.1);
                                            REVIEW MATERIALS RE: SAME (0.3).

                                   20.60

**Total Partner**                  32.00

MATZ TJ             06/05/07        0.50    REVIEW MATERIALS RE: RETAINED ACTIONS
                                            (0.5).

MATZ TJ             06/06/07        0.70    CONSIDERING AVOIDANCE ACTIONS MATTERS
                                            (0.3); TELECONFERENCE WITH WORKING
                                            GROUP RE: SAME, PROCEDURAL PLEADINGS
                                            (0.4).

                                    1.20

**Total Counsel**                   1.20

HARDIN AS           06/01/07        1.20    REVIEW RESEARCH MEMO RE: ISSUES RELATED
                                            TO AVOIDANCE ACTIONS (0.4); WORKING
                                            GROUP EMAIL EXCHANGE RE: SAME (0.4);
                                            FOLLOW-UP TELECONFERENCE RE: SAME
                                            (0.4).

HARDIN AS           06/05/07        0.80    FOLLOW UP WORKING GROUP EMAIL EXCHANGE
                                            RE: AVOIDANCE ACTIONS (0.8).

HARDIN AS           06/07/07        0.40    WORKING GROUP EMAIL EXCHANGE RE:
                                            AVOIDANCE ACTIONS (0.4).

HARDIN AS           06/12/07        0.20    REVIEW RESEARCH MEMO RE: ISSUES RELATED
                                            TO AVOIDANCE ACTIONS (0.2).

                                    2.60

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| STUART NL | 06/01/07 | 10.30 | INTERNAL DISCUSSION ON ESTATE ACTIONS (0.9); PREFERENCE CLAIM RESEARCH (1.2); INTERNAL MEETING ON ESTATE ACTIONS AND CLAIMS (3.7); DRAFT ESTATE ACTION TIMELINE AND COVER MEMO (2.3); REVIEW ESTATE ACTION RESEARCH (2.2). |
| STUART NL | 06/04/07 | 2.70 | RESEARCH RE: CERTAIN DEFENSES TO PREFERENCE ACTIONS (2.7). |
| STUART NL | 06/05/07 | 4.10 | TELECONFERENCE WITH FTI RE: AVOIDANCE ACTIONS (0.9); RESEARCH RE: AVOIDANCE ACTIONS (3.2). |
| STUART NL | 06/06/07 | 6.90 | AVOIDANCE ACTION DEFENSE RESEARCH (5.2); DRAFT MEMO RE: SAME (1.7). |
| STUART NL | 06/07/07 | 5.20 | ADDITIONAL RESEARCH RE: PRESERVATION OF CAUSES OF ACTION (3.2); DRAFT MEMO RE: SAME (2.0). |
| | | 29.20 | |

**Total Associate**        31.80

**TOTAL TIME**             <u>65.00</u>

B4JE

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Asset Analysis and Recovery**

**Bill Date: 07/31/07**
**Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/29/07 | Copy Center, D | 5.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$5.00** |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.32 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.83 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.13 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.05 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.01 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.01 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 2.00 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 4.59 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.71 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.24 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.11 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$9.00** |
| Lexis/Nexis | 06/01/07 | Ettannani MM | 38.28 |
| Lexis/Nexis | 06/12/07 | Ettannani MM | 318.72 |
| | | **TOTAL LEXIS/NEXIS** | **$357.00** |
| Westlaw | 06/01/07 | Ettannani MM | 676.81 |
| Westlaw | 06/04/07 | Grant K | 4.75 |
| Westlaw | 06/08/07 | Ettannani MM | 21.17 |
| Westlaw | 06/11/07 | Ettannani MM | 1,108.27 |
| | | **TOTAL WESTLAW** | **$1,811.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 06/12/07 | Teleconferencing Services, LLC | 6.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$6.00** |
| Telco-Non Astra | 06/30/07 | Telecommunications, D | 10.00 |
| | | **TOTAL TELCO-NON ASTRA** | **$10.00** |
| | | **TOTAL MATTER** | **$2,198.00** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Delphi Corporation (DIP)**                                    **Bill Date: 08/31/07**
**Asset Analysis and Recovery**                                 **Bill Number: 1178615**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/02/07 | 0.30 | REVIEW AND EVALUATE WORKING GROUP MEMORANDUM ON AVOIDANCE ACTION MATTERS (0.3). |
| BUTLER, JR. J | 07/05/07 | 1.40 | CONTINUE TO EVALUATE AVOIDANCE ACTION PROJECT INCLUDING FURTHER REVIEW OF WORKING GROUP MEMORANDUM RE: SAME (0.3); PREPARE FOR (0.3) AND PARTICIPATE IN (0.7) WORKING GROUP TELECONFERENCE RE: AVOIDANCE ACTION MATTERS; EMAIL TO J. SHEEHAN, R. EISENBERG AND S. CORCORAN RE: SAME (0.1). |
| BUTLER, JR. J | 07/13/07 | 0.30 | EMAILS FROM/TO AND TELECONFERENCE WITH D. SHERBIN RE: DERIVATIVE CLAIMS ANALYSIS AND NEXT STEPS (0.3). |
| BUTLER, JR. J | 07/23/07 | 0.60 | CONTINUE TO EVALUATE AVOIDANCE ACTIONS PROCEDURES AND OPEN ISSUES, NEXT STEPS (0.6). |
| BUTLER, JR. J | 07/25/07 | 0.30 | BEGIN TO EVALUATE AVOIDANCE ACTIONS PROCEDURES MOTION (0.3). |
|  |  | **2.90** |  |
| HOGAN III AL | 07/02/07 | 1.40 | REVIEW AND ANALYZE AVOIDANCE ACTIONS STRATEGY, AND DISCUSSION WITH FTI CONSULTANTS RE: SAME (1.4). |
| HOGAN III AL | 07/05/07 | 0.70 | WORKING GROUP TELECONFERENCE RE: STRATEGY FOR MAINTENANCE OF ESTATE ACTIONS (0.7). |
| HOGAN III AL | 07/07/07 | 1.50 | CONFERENCE WITH SKADDEN AND FTI WORKING GROUP RE: STRATEGY AND PROCEDURES FOR ADDRESSING PRESERVATION OF ESTATE PREFERENCE ACTIONS (1.5). |
| HOGAN III AL | 07/09/07 | 1.20 | CONFERENCE WITH SKADDEN AND FTI WORKING GROUP RE: PREPARATION FOR AVOIDANCE AND OTHER ESTATE CAUSES OF ACTION (1.2). |
|  |  | **4.80** |  |
| MARAFIOTI KA | 07/06/07 | 0.10 | CORRESPONDENCE PREFERENCE REVIEW (0.1). |
| MARAFIOTI KA | 07/10/07 | 0.20 | REVIEW SUMMARY PRESENTATION RE: AVOIDANCE ACTIONS (0.2). |
| MARAFIOTI KA | 07/25/07 | 2.60 | REVIEW AND REVISE MOTION RE: AVOIDANCE ACTIONS (2.0) AND CONSIDER ISSUES RE: SAME (0.6). |
| MARAFIOTI KA | 07/26/07 | 1.50 | DEVELOP STRATEGY RE: PRESERVATION OF AVOIDANCE ACTIONS (0.6) AND MOTION RE: SAME (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MARAFIOTI KA | 07/27/07 | 0.70 | DEVELOP STRATEGY RE: AVOIDANCE ACTIONS (0.7). |
|---|---|---|---|
| MARAFIOTI KA | 07/31/07 | 0.80 | DEVELOP STRATEGY RE: AVOIDANCE ACTIONS (0.8). |
| | | **5.90** | |
| MEISLER RE | 07/10/07 | 0.30 | PARTICIPATE ON WORKING GROUP CALL RE: AVOIDANCE ACTIONS PROCEDURES (0.3). |
| MEISLER RE | 07/31/07 | 0.10 | ATTENTION TO AVOIDANCE ACTION PROCEDURES MOTION (0.1). |
| | | **0.40** | |
| PANAGAKIS GN | 07/02/07 | 0.80 | EVALUATE AVOIDANCE ACTIONS (0.8). |
| PANAGAKIS GN | 07/05/07 | 3.00 | EVALUATE AVOIDANCE ACTION PROCEDURES (1.5); INTERNAL CALLS RE: SAME (1.5). |
| PANAGAKIS GN | 07/06/07 | 3.20 | REVIEW AVOIDANCE ACTION ISSUES WITH K. KUBY AND R. EISENBERG (1.2); REVIEW MATERIALS RE: SAME (1.2); ATTENTION TO OVERVIEW MATERIALS RE: SAME (0.8). |
| PANAGAKIS GN | 07/07/07 | 3.00 | PREPARE FOR (0.7) AND PARTICIPATE ON (1.8) TELECONFERENCE WITH FTI AND OTHER MEMBERS OF AVOIDANCE TEAM RE: WORK PLAN AND LITIGATION PROCEDURES; FOLLOW UP CALLS WITH TEAM RE: SAME (0.5). |
| PANAGAKIS GN | 07/08/07 | 1.30 | WORK ON AVOIDANCE ACTION PROCEDURES MOTION AND WORK PLAN (1.3). |
| PANAGAKIS GN | 07/09/07 | 3.00 | TELECONFERENCES WITH FTI AND OTHER MEMBERS OF LITIGATION TEAM RE: AVOIDANCE ACTION PROCEDURES (1.8); REVIEW WORK PLAN MATERIALS RE: SAME (1.2). |
| PANAGAKIS GN | 07/10/07 | 1.00 | WORK ON AVOIDANCE ACTION MATERIALS (1.0). |
| PANAGAKIS GN | 07/11/07 | 2.20 | CONTINUE TO REVIEW MATERIALS RE: AVOIDANCE ACTIONS (2.2). |
| PANAGAKIS GN | 07/13/07 | 1.80 | TELECONFERENCES WITH N. BERGER AND FTI REPRESENTATIVES RE: POTENTIAL AVOIDANCE ACTION CLAIMS (1.8). |
| PANAGAKIS GN | 07/16/07 | 1.40 | PARTICIPATE ON CALLS RE: AVOIDANCE ACTIONS AND PROCEDURES (1.4). |
| PANAGAKIS GN | 07/17/07 | 1.50 | DISUCSSIONS WITH FTI TEAM RE: AVOIDANCE ACTIONS DILIGENCE (1.5). |
| PANAGAKIS GN | 07/18/07 | 1.50 | COMPLETE WORK PLAN SLIDES RE: AVOIDANCE ACTIONS (1.5). |
| PANAGAKIS GN | 07/19/07 | 1.10 | TELECONFERENCES WITH K. KUBY RE: AVOIDANCE ACTIONS (0.4); FURTHER ATTENTION TO SAME (0.7). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 07/20/07 | 1.20 | TELECONFERENCE WITH K. RAMLO AND C. CONNORS RE: AVOIDANCE ACTION PROCEDURES RESEARCH ANDD MOTION (0.5); REVIEW MATERIALS RE: SAME (0.4); TELECONFERENCES WITH A. FRANKUM AND K. KUBY RE: SAME (0.3). |
| PANAGAKIS GN | 07/24/07 | 1.00 | REVIEW AND COMMENT ON AVOIDANCE ACTION PROCEDURES MOTION (1.0). |
| PANAGAKIS GN | 07/25/07 | 2.00 | REVIEW AVOIDANCE ACTION WORK PLAN (0.8); DISCUSS ISSUES RE: SAME WITH LITIGATION TEAM (0.8); REVIEW SUMMARY RE: SAME (0.4). |
| PANAGAKIS GN | 07/26/07 | 1.00 | REVIEW DRAFT OF AVOIDANCE ACTION PROCEDURES MOTION (1.0). |
| PANAGAKIS GN | 07/27/07 | 2.30 | TELECONFERENCE WITH WORKING GROUP RE: LITIGATIONS PROCEDURES MOTION (1.2); REVIEW REVISED DRAFT OF SAME (0.8); FOLLOW UP CALL RE: (0.3). |
| PANAGAKIS GN | 07/28/07 | 0.40 | REVIEW WORK PLAN RE: FRAUDULENT TRANSFERS (0.4). |
| PANAGAKIS GN | 07/30/07 | 1.00 | REVIEW AVOIDANCE ACTION PROCEDURES MOTION (1.0). |
| PANAGAKIS GN | 07/31/07 | 0.60 | REVIEW AVOIDANCE ACTION WORK PLAN AND SERVICE ISSUES (0.6). |
| | | 34.30 | |
| **Total Partner** | | **48.30** | |
| RAMLO K | 07/18/07 | 0.80 | REVIEW MATERIALS ON AVOIDANCE ACTIONS (0.8). |
| RAMLO K | 07/19/07 | 1.30 | REVIEW MATERIALS AND PRECEDENT ON AVOIDANCE PROCEEDING PROCEDURES (1.3). |
| RAMLO K | 07/20/07 | 4.50 | WORKGING GROUP CALL (J. GUGLIELMO, R. FLETEMEYER, A. FRANKUS, K. KUBY, N. BERGER, D. GEOGAHN RE: AVOIDANCE ACTION PROCEDURES MOTION (1.4); CONTINUE REVISE PRECEDENT, RESEARCH AND MEMORANDUM ON SAME (3.1). |
| RAMLO K | 07/21/07 | 1.60 | REVIEW AND ANALYZE PRECEDENT ON AVOIDANCE ACTION PROCEDURES (1.6). |
| RAMLO K | 07/22/07 | 5.60 | REVISE MOTION TO ESTABLISH AVOIDANCE ACTION PROCEDURES (5.6). |
| RAMLO K | 07/23/07 | 6.30 | CONTINUE TO DRAFT AND REVISE AVOIDANCE PROCEDURES MOTION (6.3). |
| RAMLO K | 07/24/07 | 5.20 | FURTHER REVISE AND DRAFT AVOIDANCE PROCEDURES MOTION (5.2). |
| RAMLO K | 07/25/07 | 2.50 | REVIEW AVOIDANCE PROCEDURES PRESENTAION (0.3); CONTINUE REVISING AVOIDANCE PROCEDURES MOTION (2.2). |
| RAMLO K | 07/26/07 | 6.10 | CONTINUE DRAFTING AND REVISING AVOIDANCE MOTION (6.1). |

11                                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 07/27/07 | 3.60 | FURTHER ANALYSIS RE: AVOIDANCE MOTION (3.6). |
| RAMLO K | 07/28/07 | 2.20 | RESEARCH RE: AVOIDANCE PROCEEDING PROCEDURES AND TOLLING AGREEMENTS (2.2). |
| RAMLO K | 07/30/07 | 4.40 | CONTINUE DRAFTING AVOIDANCE PROCEDURES AND RESEARCH RE: SEALING (4.4). |
| RAMLO K | 07/31/07 | 7.20 | FURTHER RESEARCH AND ANALYSIS RE: SEALING, NOTICE, ORDERS, AND PROCESS AND REVISE AVOIDANCE MOTION RE: SAME (7.2). |
| | | **51.30** | |
| **Total Counsel** | | **51.30** | |
| CONNORS CP | 07/16/07 | 5.70 | WORK ON STRATEGY RE: PRESERVATION OF ESTATE CASUSES OF ACTION (2.1); REVIEW AND ANALYZE MATERIALS RE: PRESERVATION OF ESTATE CASUSES OF ACTION (2.5); REVISE TALKING POINTS (1.1). |
| CONNORS CP | 07/17/07 | 0.80 | WORK ON STRATEGY RE: PRESERVATION OF ESTATE CAUSES OF ACTION (0.8). |
| CONNORS CP | 07/18/07 | 0.20 | WORK ON STRATEGY RE: PRESERVATION OF ESTATE CAUSES OF ACTION (0.2). |
| CONNORS CP | 07/21/07 | 6.30 | CONDUCT RESEARCH RE: MOTION TO PRESERVE OF ESTATE CAUSES OF ACTION (3.5); WORK ON DRAFT OF MOTION TO PRESERVE ESTATE CAUSES OF ACTION (2.8). |
| CONNORS CP | 07/22/07 | 2.10 | WORK ON TOLLING/AVOIDANCE PROCEDURES MOTION (2.1). |
| CONNORS CP | 07/23/07 | 9.70 | CONDUCT RESEARCH RE: TOLLING/AVOIDANCE PROCEDURES MOTION (3.7); REVIEW AND ANALYZE MATERIALS RE: TOLLING/AVOIDANCE PROCEDURES MOTION (3.6); FORMULATE STRATEGY RE: TOLLING/AVOIDANCE PROCEDURES MOTION (2.4). |
| CONNORS CP | 07/24/07 | 7.60 | WORK ON REVISIONS TO TOLLING/AVOIDANCE PROCEDURES MOTION (2.8); CONDUCT RESEARCH RE: TOLLING/AVOIDANCE PROCEDURES MOTION (1.5); REVIEW AND ANALYZE MATERIALS RE: TOLLING/AVOIDANCE PROCEDURES MOTION (3.3). |
| CONNORS CP | 07/25/07 | 11.80 | REVIEW AND ANALYZE MATERIALS RE: TOLLING/AVOIDANCE PROCEDURES MOTION (3.5); FORMULATE STRATEGY AND REVISE PRESENTATION RE: TOLLING/AVOIDANCE PROCEDURES MOTION (2.3); CONDUCT RESEARCH RE: TOLLING/AVOIDANCE PROCEDURES MOTION (4.1); WORK ON REVISIONS TO TOLLING/AVOIDANCE PROCEDURES MOTION (1.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

CONNORS CP     07/26/07     8.90   WORK ON REVISIONS TO TOLLING/AVOIDANCE
                                   PROCEDURES MOTION (3.2); CONDUCT
                                   RESEARCH RE: TOLLING/AVOIDANCE
                                   PROCEDURES MOTION (3.9); FORMULATE
                                   STRATEGY RE: RE: TOLLING/AVOIDANCE
                                   PROCEDURES MOTION (1.8).

CONNORS CP     07/27/07     6.90   WORK ON RESEARCH RE: TOLLING/AVOIDANCE
                                   PROCEDURES MOTION (2.6); FORMULATE
                                   STRATEGY RE: TOLLING/AVOIDANCE
                                   PROCEDURES MOTION (1.4); WORK ON
                                   PRESENTATION AND MOTION RE: TOLLING AND
                                   AVOIDANCE PROCEDURES MOTION (2.9).

CONNORS CP     07/30/07     5.50   FORMULATE STRATEGY RE:
                                   TOLLING/AVOIDANCE PROCEDURES MOTION
                                   (1.3); WORK ON MOTION RE:
                                   TOLLING/AVOIDANCE PROCEDURES MOTION
                                   (4.2).

CONNORS CP     07/31/07     2.80   WORK ON MOTION RE: TOLLING/AVOIDANCE
                                   PROCEDURES MOTION (2.8).

                           68.30

HARDIN AS      07/05/07     2.90   REVIEW AND PREPARE MATERIALS RE: ESTATE
                                   CAUSE OF ACTION (2.9).

HARDIN AS      07/09/07     1.60   PREPARE MATERIALS FOR MEETING RE: PLAN
                                   MATTERS CONCERNING ESTATE CAUSES OF
                                   ACTION (1.6).

HARDIN AS      07/10/07     3.20   PREPARE MATERIALS CONCERNING AVOIDANCE
                                   ACTION FOR WORKING GROUP MEETINGS
                                   (3.2).

                            7.70

HOUSTON BM     07/25/07     7.30   RESEARCH ISSUES RE: POSSIBLE
                                   CONFIDENTIALITY OF FILED DOCUMENTS
                                   (3.7); DRAFT SUMMARY REPORT OF FINDINGS
                                   RE: SAME (0.4); RESEARCH AND ANALYZE
                                   ISSUES RE: ABILITY OF TRUSTEE TO ABANDON
                                   PROPERTY (1.5); DRAFT SUMMARY OF
                                   ANALYSIS RE: SAME (0.3); RESEARCH
                                   ISSUES RE: 105 EQUITABLE POWERS (1.1);
                                   DRAFT ANALYSIS OF SAME (0.3).

HOUSTON BM     07/27/07     6.40   RESEARCH NOTICE ISSUES AND RULE 6(B)
                                   (3.8); PREPARE SUMMARY REPORT OF
                                   FINDINGS RE: SAME (0.7); RESEARCH
                                   ISSUES RE: DEFENSIVE USE OF 502(D)
                                   (1.4); DRAFT SUMMARY OF FINDINGS RE:
                                   SAME (0.3); STRATEGIZE RE: APPROACH TO
                                   FOLLOW-UP RESEARCH RE: SAME (0.2).

HOUSTON BM     07/29/07     3.10   CONDUCT ADDITIONAL RESEARCH ON ISSUES
                                   RE: DEFENSIVE USE OF 502(D) (2.8);
                                   PREPARE SUMMARY REPORT OF FINDINGS RE:
                                   SAME (0.3).

HOUSTON BM     07/31/07     7.70   RESEARCH ISSUES RE: CONFIDENTIALITY OF
                                   FILED DOCUMENTS (7.7).

                           24.50

13                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Total Associate | | 100.50 | |
|---|---|---|---|
| ~~CHAVALI A~~ | ~~07/24/07~~ | ~~2.40~~ | ~~DISTRIBUTE AVOIDANCE ACTIONS PRECEDENT PLEADINGS (2.4).~~ |
| | | 2.40 | |
| KLIMEK MV | 07/25/07 | 4.20 | CITECHECK MOTION FOR ORDER AUTHORIZING PROCEDURES TO IDENTIFY CAUSES OF ACTION THAT SHOULD BE PRESERVED, ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDING INCLUDING THOSE COMMENDED BY DEBTORS, AND AUTHORIZING DEBTORS TO ENTER INTO STIPULATIONS TOLLING STATUTE OF LIMITATIONS WITH RESPECT TO CERTAIN CLAIMS (4.2). |
| KLIMEK MV | 07/26/07 | 1.10 | CONTINUE TO ASSIST WITH FILING OF MOTION FOR ORDER AUTHORIZING PROCEDURES TO IDENTIFY CAUSES OF ACTION THAT SHOULD BE PRESERVED, ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDING INCLUDING THOSE COMMENDED BY DEBTORS, AND AUTHORIZING DEBTORS TO ENTER INTO STIPULATIONS TOLLING STATUTE OF LIMITATIONS WITH RESPECT TO CERTAIN CLAIMS (1.1). |
| | | 5.30 | |
| Total Legal Assistant | | 7.70 | |
| **TOTAL TIME** | | <u>**207.80**</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**　　　　　　　　　　　　　　　　**Bill Date: 08/31/07**
**Asset Analysis and Recovery**　　　　　　　　　　　　　　　**Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/31/07 | Copy Center, D | 5.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$5.00** |
| Lexis/Nexis | 07/09/07 | Hardin AS | 125.00 |
| | | **TOTAL LEXIS/NEXIS** | **$125.00** |
| Westlaw | 07/23/07 | Connors CP | 362.09 |
| Westlaw | 07/25/07 | Houston BM | 294.49 |
| Westlaw | 07/26/07 | Connors CP | 50.52 |
| Westlaw | 07/27/07 | Connors CP | 353.81 |
| Westlaw | 07/27/07 | Houston BM | 28.36 |
| Westlaw | 07/27/07 | Houston BM | 349.29 |
| Westlaw | 07/29/07 | Houston BM | 122.75 |
| Westlaw | 07/30/07 | Ramlo K | 149.41 |
| Westlaw | 07/30/07 | Connors CP | 388.30 |
| Westlaw | 07/30/07 | Connors CP | 121.36 |
| Westlaw | 07/31/07 | Ramlo K | 144.78 |
| Westlaw | 07/31/07 | Houston BM | 298.67 |
| Westlaw | 07/31/07 | Connors CP | 239.17 |
| | | **TOTAL WESTLAW** | **$2,903.00** |
| Reproduction - color | 07/31/07 | Copy Center, D | 60.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$60.00** |
| | | **TOTAL MATTER** | **$3,093.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 09/30/07
Asset Analysis and Recovery                        Bill Number: 1181367

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/02/07 | 2.70 | REVIEW AND COMMENT ON DRAFT AVOIDANCE PROCEDURES MOTION (1.2); PREPARE FOR (0.3) AND PARTICIPATE IN (0.4, 0.4) WORKING GROUP MEETING WITH J. SHEEHAN, S. CORCORAN AND K. CRAFT RE: SAME IN NEW YORK CITY; PREPARE FOR (0.2) AND PARTICIPATE IN (0.2) CHAMBERS CONFERENCE BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SAME. |
| BUTLER, JR. J | 08/03/07 | 1.50 | CONTINUE TO REVIEW AND REVISE DRAFT AVOIDANCE PROCEDURES MOTION (0.8); PREPARE FOR (0.2) AND PARTICIPATE IN WORKING GROUP TELECONFERENCE RE: SAME (0.5). |
| BUTLER, JR. J | 08/04/07 | 0.60 | REVIEW REVISED DRAFT AVOIDANCE PROCEDURES MOTION (0.6). |
| BUTLER, JR. J | 08/05/07 | 0.60 | CONTINUE TO REVIEW REVISED DRAFT AVOIDANCE PROCEDURES MOTION INCLUDING S. CORCORAN'S MARK-UP (0.4); EMAILS FROM D. SHERBIN AND S. CORCORAN RE: SAME (0.2). |
| BUTLER, JR. J | 08/06/07 | 0.90 | REVIEW AND FINALIZE AVOIDANCE PROCEDURES MOTION (0.4); INTERNAL WORKING GROUP DISCUSSIONS AND SEVERAL TELECONFERENCES WITH S. CORCORAN RE: SAME (0.3); EMAILS FROM/TO N. BERGER RE: CLERK OF THE COURT SEAL PROCEDURES (0.2). |
| BUTLER, JR. J | 08/08/07 | 0.20 | BEGIN TO PREPARE FOR AUGUST 16TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: AVOIDANCE AND SECTION 108 PROCEDURES MOTION INCLUDING EMAILS FROM/TO B. ROSENBERG RE: REVISION TO PROPOSED FORM OF ORDER (0.2). |
| BUTLER, JR. J | 08/09/07 | 0.20 | CONTINUE TO PREPARE FOR AUGUST 16TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: AVOIDANCE AND SECTION 108 PROCEDURE MOTION INCLUDING EVALUATION OF POTENTIAL DOW OBJECTION (0.2). |
| BUTLER, JR. J | 08/12/07 | 0.30 | CONTINUE TO PREPARE FOR AUGUST 16TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: AVOIDANCE AND SECTION 108 PROCEDURES MOTION INCLUDING EVALUATION OF PROPOSED OBJECTIONS AND NEXT STEPS (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J      08/14/07      0.20   CONTINUE TO PREPARE FOR AUGUST 16TH
                                        OMNIBUS HEARING BEFORE JUDGE DRAIN IN
                                        NEW YORK BANKRUPTCY COURT REGARDING
                                        AVOIDANCE AND SECTION 108 PROCEDURES
                                        MOTION INCLUDING DECLARANT MATTERS
                                        (0.2).

BUTLER, JR. J      08/16/07      0.60   PREPARE FOR (0.3) AND ATTEND (0.3)
                                        OMNIBUS HEARING BEFORE JUDGE DRAIN IN
                                        NEW YORK BANKRUPTCY COURT RE: AVOIDANCE
                                        AND SECTION 108 PROCEDURES MOTION.

                                 7.80

HOGAN III AL       08/02/07      1.70   REVIEW VOIDANCE ACTIONS MOTION AND
                                        PREPARE FOR CONFERENCE WITH WORKING
                                        GROUP (1.7).

HOGAN III AL       08/03/07      2.20   MULTIPLE CONFERENCES WITH WORKING GROUP
                                        RE: AVOIDANCE ACTION MOTION (2.2).

HOGAN III AL       08/06/07      2.20   FINAL REVIEW AND ANALYSIS OF ISSUES IN
                                        AVOIDANCE ACTION MOTION, INCLUDING
                                        TOLLING AGREEMENT AND ARBITRATION
                                        CLAUSE ISSUES (2.2).

                                 6.10

MARAFIOTI KA       08/01/07      0.40   ANALYZE AVOIDANCE ACTION ISSUES (0.4).

MARAFIOTI KA       08/02/07      0.60   MEETING WITH CLIENT RE: AVOIDANCE
                                        ISSUES (0.6).

MARAFIOTI KA       08/03/07      0.60   DEVELOP STRATEGY RE: AVOIDANCE ACTIONS
                                        (0.6).

MARAFIOTI KA       08/05/07      0.20   CONSIDER ISSUES RE: AVOIDANCE ACTIONS
                                        (0.2).

MARAFIOTI KA       08/06/07      2.40   REVIEW AND REVISE MOTION (0.9), ORDER
                                        (1.1), AND STIPULATION (0.4) RE:
                                        PRESERVATION OF AVOIDANCE ACTIONS.

MARAFIOTI KA       08/14/07      0.60   REVIEW AND REVISE J. SHEEHAN
                                        DECLARATION IN SUPPORT OF MOTION TO
                                        PRESERVE AVOIDANCE ACTIONS (0.6).

MARAFIOTI KA       08/15/07      0.10   WORK ON PROVISIONS OF ORDER RE: SEALING
                                        AND TOLLING AGREEMENT (0.1).

MARAFIOTI KA       08/16/07      0.10   REVIEW CHANGES TO AVOIDANCE ACTION
                                        ORDER (0.1).

                                 5.00

PANAGAKIS GN       08/01/07      0.80   REVIEW REVISED AVOIDANCE ACTION MOTION
                                        (0.8).

PANAGAKIS GN       08/02/07      5.60   CONTINUE TO WORK ON AVOIDANCE ACTION
                                        MOTION AND RELATED DILIGENCE ISSUES
                                        (3.3); PARTICIPATE IN DISCUSSION RE:
                                        AVOIDANCE ACTION/POR DISCUSSION WITH
                                        COMMITTEE AND PLAN INVESTOR
                                        REPRESENTATIVES (2.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PANAGAKIS GN | 08/03/07 | 2.60 | CONTINUE TO WORK ON AVOIDANCE ACTION MOTION AND REVISIONS TO SAME (2.0); PARTICIPATE ON AVOIDANCE ACTION CALL (0.6). |
|---|---|---|---|
| PANAGAKIS GN | 08/05/07 | 1.80 | REVIEW AND REVISE AVOIDANCE ACTION MOTION AND INCORPORATE COMMENTS FROM CLIENT (1.8). |
| PANAGAKIS GN | 08/06/07 | 1.00 | ATTENTION TO AVOIDANCE MOTION (1.0). |
| PANAGAKIS GN | 08/07/07 | 0.80 | MEET WITH FTI TEAM RE: AVOIDANCE ACTION PROCEDURES (0.8). |
| PANAGAKIS GN | 08/10/07 | 0.70 | REVIEW HEARING MATERIALS RE: AVOIDANCE ACTIONS (0.7). |
| PANAGAKIS GN | 08/12/07 | 0.20 | ATTENTION TO ISSUE RE: PREFERENCE ACTIONS (0.2). |
| PANAGAKIS GN | 08/17/07 | 1.00 | PARTICIPATE ON PREFERENCE CALL WITH COMPANY (1.0). |

                                    **14.50**

**Total Partner**                   **33.40**

| MATZ TJ | 08/02/07 | 1.40 | DISCUSSION WITH J. SHEEHAN, S. CORCORAN AND SKADDEN TEAM RE: PROCEDURAL MOTION RE: AVOIDANCE ACTIONS (1.0); ATTEND CHAMBERS CONFERENCE RE: PROCEDURAL MOTION RE: AVOIDANCE ACTIONS (0.4). |
|---|---|---|---|
| MATZ TJ | 08/03/07 | 1.20 | REVIEW AND COMMENT ON AVOIDANCE ACTIONS PROCEDURAL MOTION (0.6); PARTICIPATE IN CONFERENCE CALL RE: SAME (0.6). |
| MATZ TJ | 08/07/07 | 1.10 | CONSIDER AVOIDANCE ACTIONS PROCEDURAL MATTER (0.4); CORRESPONDENCE RE: SAME (0.3); TELECONFERENCES WITH CHAMBERS RE: SAME (0.4). |
| MATZ TJ | 08/15/07 | 0.80 | TELECONFERENCE WITH U.S. TRUSTEE RE: AVOIDANCE ACTIONS PROCEDURAL MOTION (0.5); REVIEW SAME (0.3). |
| MATZ TJ | 08/16/07 | 0.20 | REVIEW WITH CHAMBERS AVOIDANCE ACTIONS ORDER (0.1); FINALIZE REVISIONS TO ORDER (0.1). |
| MATZ TJ | 08/30/07 | 0.30 | TELECONFERENCE WITH N. BERGER RE: AVOIDANCE ACTIONS COMPLAINT (0.3). |

                                    **5.00**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| RAMLO K | 08/01/07 | 8.60 | CORRESPONDENCE WITH K. KUBY, R. FLETEMEYER, N. BERGER AND E. GERSCHEIN RE: AVOIDANCE MOTION SERVICE ISSUES (0.2); CONFERENCE WITH K. KUBY, A. FRANKUM, R. FLETEMEYER, N. BERGER, S. RATNER RE: SERVICE ISSUES AND AVOIDANCE PROCEDURES (0.7); FURTHER RESEARCH AND ANALYSIS RE: SEALING COMPLAINTS AND OTHER AVOIDANCE-RELATED INFORMATION AND RE: 502(D) DEFENSE, AND REVISE MOTION RE: SAME (3.2); REVISE PROPOSED ORDER, FORM STIPULATION, AND ISSUES LIST RE: MOTION (2.1); PREPARE MATERIALS FOR COMMITTEES (2.4). |
| --- | --- | --- | --- |
| RAMLO K | 08/02/07 | 15.20 | FURTHER RESEARCH RE: SEALING, SECTION 502(D), AND TOLLING, GATHER, REVIEW, ANALYZE, AND CHART DIFFERENCES AMONG PRECEDENT RE: SAME, AND REVISE AVOIDANCE ACTION PROCEDURES MOTION AND INFORMATIONAL NOTICE (12.3); CORRESPONDENCE WITH K. KUBY RE: SERVICE ISSUES (0.1); BEGIN TO PREPARE PRESENTATION ON AVOIDANCE ACTIONS PROCEDURES (2.8). |
| RAMLO K | 08/03/07 | 11.30 | STRATEGY CALL WITH WORKING GROUP RE: AVOIDANCE ACTIONS (0.6); FURTHER RESEARCH AND ANALYSIS RE: TOLLING AVOIDANCE ACTIONS AND REVISE MEMORANDUM RE: SAME (4.8); CONFER WITH N. BERGER RE: AVOIDANCE PROCEDURES AND STRATEGY (0.8); REVISE AVOIDANCE PROCEDURES MOTION (5.1). |
| RAMLO K | 08/05/07 | 4.10 | REVISE AND EXPAND DESCRIPTION OF AVOIDANCE ACTION PROCEDURES MOTION FOR PRESENTATION (1.3); REVIEW AND ANALYZE CORRESPONDENCE FROM R. ROSENBERG, D. SHERBIN, S. CORCORAN RE: AVOIDANCE PROCEDURES MOTION AND REVISE MOTION (2.4); CORRESPONDENCE TO E. GERSHCHEIN RE: SERVICE OF SAME (0.1); CORRESPONDENCE TO K. KUBY RE: SUPPLIER DATA AND PROGRAMS (0.3). |
| RAMLO K | 08/06/07 | 7.20 | CORRESPONDENCE FROM J. ROBINSON RE: AVOIDANCE PROCEDURES (0.2); TELECONFERENCES WITH J. GUGLIELMO RE: SAME AND THRESHOLDS (0.4); TELECONFERENCE WITH K. KUBY AND A. FRANKUM RE: PREFERENCE ACTIONS (0.6); CORRESPONDENCE WITH N. BERGER RE: CATEGORIES OF EXCLUSIONS FROM AVOIDANCE FILINGS AND MECHANICS (0.4); REVIEW COMMENTS, REVISE AVOIDANCE PROCEDURES MOTION AND ARRANGE FOR FILING (4.1); WORKING GROUP TELECONFERENCE RE: COMMITTEE PRESENTATION (0.9); REVISE SAME RE: AVOIDANCE PROCEDURES (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| RAMLO K | 08/07/07 | 3.40 | CORRESPONDENCE TO S. CORCORAN AND K. CRAFT RE: AVOIDANCE PROCEDURES (0.1); CORRESPONDENCE WITH M. RIELA RE: REVISIONS TO AVOIDANCE PROCEDURES MOTION (0.2); REVISE PROPOSED ORDER AND FORM STIPULATION (0.7); BEGIN PREPARATION OF SCRIPT AND SUPPORTING DECLARATION (2.2); CORRESPONDENCE TO K. KUBY RE: PROCEDURES MOTION (0.2). |
|---|---|---|---|
| RAMLO K | 08/08/07 | 3.50 | REVISE PRESENTATION TO COMMITTEE RE: AVOIDANCE AND SECTION 108 ACTIONS (0.2); CORRESPONDENCE WITH N. BERGER RE: SOLICITING CLERK COMMENTS ON AVOIDANCE PROCEDURES MOTION (0.2); ANALYSIS RE: DECLARATION IN SUPPORT OF MOTION (0.1); CORRESPONDENCE WITH S. CORCORAN AND J. PAPELIAN RE: FORM TOLLING STIPULATION (0.7); RESEARCH AND REVISIONS TO SAME RE: ARBITRATION PROVISIONS (1.8); CORRESPONDENCE FROM R. ROSENBERG (0.1); REVISE PROPOSED ORDER RE: PROCEDURES WITH CLERK'S OFFICE AND GENERAL MOTORS COMMENTS (0.4). |
| RAMLO K | 08/09/07 | 2.30 | REVIEW AND COMMENT ON FTI SUMMARY OF PREFERENCE ANALYSIS (0.2); CORRESPONDENCE FROM AND TELECONFERENCE WITH J. PAPELIAN RE: ARBITRATION (0.2); TELECONFERENCE AND CORRESPONDENCE WITH S. FREEDMAN RE: AVOIDANCE PROCEDURES MOTION (0.3); CORRESPONDENCE FROM N. BERGER RE: PRESENTATION (0.1); REVIEW CASE LAW ON AVOIDANCE PROCEDURE ISSUES AND MAKE FURTHER REVISIONS TO PROPOSED AVOIDANCE PROCEDURES ORDER AND FORM STIPULATION (1.5). |
| RAMLO K | 08/10/07 | 2.50 | CORRESPONDENCE WITH J. PAPELIAN AND N. BERGER RE: AVOIDANCE TOLLING STIPULATION (0.3); FURTHER RESEARCH, ANALYSIS AND REVISIONS TO SAME (2.1); CORRESPONDENCE FROM S. FREEDMAN RE: MOTION (0.1). |
| RAMLO K | 08/11/07 | 0.20 | CORRESPONDENCE WITH S. FREEDMAN RE: EXTENDING OBJECTION DEADLINE AND TOLLING AGREEMENT (0.2). |
| RAMLO K | 08/12/07 | 0.40 | REVIEW CORRESPONDENCE FROM S. FREEDMAN RE: AVOIDANCE PROCEDURES (0.1); CORRESPONDENCE TO S. CORCORAN RE: SAME (0.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| RAMLO K | 08/13/07 | 3.00 | TELECONFERENCES WITH S. FREEDMAN AND C. CORCORAN RE: AVOIDANCE MOTION (0.2); CORRESPONDENCE WITH M. RIELA RE: REVISIONS TO PROPOSED ORDER (0.3); TELECONFERENCE WITH W. GIBSON RE: AVOIDANCE PROCEDURES MOTION (0.4); CORRESPONDENCE AND TELECONFERENCE WITH J. ROBINSON RE: POTENTIAL DEFENDANT CLAIMS (0.2); TELECONFERENCE WITH S. CORDANCE RE: FILING COMPLAINTS UNDER SEAL (0.2); REVIEW POTENTIAL DEFENDANT CLAIMS (1.7). |
|---|---|---|---|
| RAMLO K | 08/14/07 | 2.10 | CORRESPONDENCE WITH N. BERGER RE: REVISIONS TO AVOIDANCE PROCEDURES (0.2); REVISE AVOIDANCE DECLARATION AND HEARING SCRIPT (1.9). |
| RAMLO K | 08/15/07 | 1.40 | CORRESPONDENCE WITH M. MALINOWSKI RE: MEETING WITH S. CORCORAN AND J. STEGNER RE: POTENTIAL AVOIDANCE DEFENDANT (0.1); REVISE DECLARATION OF J. SHEEHAN AND HEARING SCRIPT FOR AVOIDANCE PROCEDURES MOTION (1.1); CORRESPONDENCE WITH S. FREEMAND RE: AVOIDANCE MOTION (0.2). |
| RAMLO K | 08/16/07 | 1.20 | PREPARE FOR AND ATTEND HEARING ON AVOIDANCE PROCEDURES MOTION, AND REVIEW REVISED PROPOSED ORDER GRANTING SAME (1.2). |
| RAMLO K | 08/17/07 | 1.50 | REVIEW MATERIALS ON POTENTIAL AVOIDANCE DEFENDANT (0.4); TELECONFERENCE WITH J. STEGNER, C. SCHAEFER, K. MCCLAIN, W. EAGEN, M. CLOVER, AND A. MACRINO RE: SAME (0.5); REVIEW AND ANALYZE ORDER ON AVOIDANCE PROCEDURES MOTION (0.6). |
| RAMLO K | 08/20/07 | 0.20 | CORRESPONDENCE TO S. CORCORAN AND K. KUBY RE: AVOIDANCE PROCEDURES ORDER (0.2). |
| RAMLO K | 08/21/07 | 0.80 | TELECONFERENCE WITH A. KELLEY AND S. FREEDMAN RE: POTENTIAL DEFENDANT AVOIDANCE ACTION (0.4); TELECONFERENCE AND CORRESPONDENCE WITH C. SCHAEFER RE: SAME (0.4). |
| RAMLO K | 08/22/07 | 2.20 | REVIEW MATERIALS FROM LDI INC. ON ESCROW (0.7); CORRESPONDENCE WITH K. KUBY AND N. BERGER RE: FRAUDULENT TRANSFER INVESTIGATION (0.2); CORRESPONDENCE WITH C. SCHAEFER RE: POTENTIAL DEFENDANT (0.1); TELECONFERENCE WITH N. BERGER AND FTI RE: FRAUDULENT TRANSFER ACTIONS (1.1); TELECONFERENCE WITH W. GIBSON RE: AVOIDANCE PROCEDURES (0.1). |
| RAMLO K | 08/23/07 | 0.50 | TELECONFERENCE WITH J. SHEEHAN AND K. KUBY RE: PREFERENCES (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| RAMLO K | 08/24/07 | 0.50 | CORRESPONDENCE WITH C. SCHAEFER RE: POTENTIAL DEFENDANTS (0.3); CORRESPONDENCE WITH S. FREEDMAN RE: AVOIDANCE PROCEDURES (0.1); CORRESPONDENCE WITH R. FLETEMEYER AND N. BERGER RE: AVOIDANCE ACTIONS (0.1). |
|---|---|---|---|
| RAMLO K | 08/27/07 | 0.40 | REVIEW AND COMMENT ON DRAFT AVOIDANCE COMPLAINT (0.4). |
| RAMLO K | 08/28/07 | 1.50 | TELECONFERENCE WITH N. BERGER RE: FORM AVOIDANCE COMPLAINT AND RELATED SOLICITATION AND LITIGATION ISSUES (0.4); FURTHER ANALYSIS RE: SECTION 502(D) (0.8); CORRESPONDENCE WITH N. BERGER RE: DUE DILIGENCE REVIEW (0.1); CORRESPONDENCE WITH S. FREEDMAN RE: TELECONFERENCE WITH POTENTIAL DEFENDANT RE: AVOIDANCE MOTION (0.2). |
| RAMLO K | 08/29/07 | 0.30 | CORRESPONDENCE WITH S. FREEDMAN AND C. SCHAEFER RE: RESCHEDULING CALL WITH POTENTIAL AVOIDANCE DEFENDANT (0.2); ANALYSIS RE: PRESENTATION TO COMMITTEES (0.1). |
| RAMLO K | 08/31/07 | 0.30 | TELECONFERENCE AND CORRESPONDENCE WITH S. FREEDMAN RE: TELECONFERENCE WITH POTENTIAL AVOIDANCE DEFENDANT (0.2); CORRESPONDENCE WITH C. SCHAEFER RE: SAME (0.1). |
| | | **74.60** | |
| **Total Counsel** | | **79.60** | |
| CAMPANARIO ND | 08/14/07 | 3.10 | LEGAL RESEARCH RE: POTENTIAL ESTATE CAUSES OF ACTION (3.1). |
| CAMPANARIO ND | 08/15/07 | 3.80 | CONTINUE LEGAL RESEARCH RE: POTENTIAL ESTATE CAUSES OF ACTION (3.8). |
| CAMPANARIO ND | 08/16/07 | 5.70 | CONTINUE LEGAL RESEARCH RE: POTENTIAL ESTATE CAUSES OF ACTION (5.7). |
| CAMPANARIO ND | 08/17/07 | 8.20 | COMPLETE LEGAL RESEARCH RE: POTENTIAL ESTATE CAUSES OF ACTION AND DRAFT OUTLINE RE: SAME (8.2). |
| | | **20.80** | |
| CONNORS CP | 08/01/07 | 7.40 | WORK ON RESEARCH ON AVOIDANCE PROCEDURES MOTION (3.9); REVIEW AND ANALYZE MATERIALS RE: AVOIDANCE (3.5). |
| CONNORS CP | 08/02/07 | 14.70 | WORK ON RESEARCH RE: AVOIDANCE PROCEDURES MOTION (5.7); FORMULATE AND COORDINATE STRATEGY RE: AVOIDANCE PROCEDURES MOTION (3.9); REVIEW AND REVISE DRAFT AVOIDANCE PROCEDURES MOTION (5.1). |

12                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

CONNORS CP        08/03/07     11.70   WORK ON RESEARCH RE: AVOIDANCE
                                       PROCEDURES MOTION (4.1); FORMULATE AND
                                       COORDINATE STRATEGY RE: AVOIDANCE
                                       PROCEDURES MOTION (2.9); REVIEW AND
                                       REVISE DRAFT AVOIDANCE PROCEDURES
                                       MOTION, DRAFT TOLLING AGREEMENT, AND
                                       PROPOSED ORDER (4.7).

CONNORS CP        08/05/07      0.60   WORK ON ISSUES RE: AVOIDANCE PROCEDURES
                                       MOTION (0.6).

CONNORS CP        08/08/07      4.20   WORK ON COMMITTEE PRESENTATION AND
                                       OUTSTANDING ISSUES RE: AVOIDANCE
                                       PROCEDURES MOTION (0.5); WORK ON SCRIPT
                                       AND DECLARATION RE: AVOIDANCE
                                       PROCEDURES MOTION (3.7).

CONNORS CP        08/09/07      2.10   WORK ON OUTSTANDING ISSUES RE:
                                       AVOIDANCE PROCEDURES MOTION (2.1).

                               40.70

HOUSTON BM        08/01/07     12.80   RESEARCH ISSUES RE: ABILITY TO FILE
                                       UNDER SEAL AND CONFIDENTIALITY OF FILED
                                       DOCUMENTS (7.9); REVIEW AND ANALYZE
                                       CASE LAW RE: INHERENT POWER OF COURTS TO
                                       ORDER THAT FILED DOCUMENTS REMAIN
                                       CONFIDENTIAL (4.9).

HOUSTON BM        08/02/07      3.60   RESEARCH AND REVIEW CASE LAW RE:
                                       DOCUMENTS FILED UNDER SEAL AND RELATED
                                       ISSUES (3.6).

HOUSTON BM        08/06/07      1.10   RESEARCH ISSUES RE: AUTHORITY OF
                                       DISTRICT COURT DECISIONS IN NY
                                       BANKRUPTCY COURTS (1.1).

HOUSTON BM        08/10/07      0.80   REVIEW AND REVISE SCRIPT FOR HEARING ON
                                       AVOIDANCE MOTION (0.8).

                               18.30

KAHN MT           08/03/07      6.00   RESEARCH RE: STATUS OF CASE LAW IN
                                       VARIOUS CIRCUITS RE: SECTION 546 AS A
                                       JURISDICTIONAL STATUTE (6.0).

                                6.00

SAMOLE RM         08/13/07      2.50   BEGIN RESEARCH RE: AVOIDANCE ACTIONS
                                       (2.5).

SAMOLE RM         08/14/07      3.30   CONTINUE RE: AVOIDANCE ACTIONS (3.3).

SAMOLE RM         08/15/07      6.10   CONTINUE RESEARCH RE: AVOIDANCE ACTIONS
                                       (2.1); DRAFT MEMO RE: RESEARCH (4.0).

SAMOLE RM         08/16/07      2.50   CONTINUE DRAFTING FOLLOW-UP MEMO RE:
                                       AVOIDANCE ACTIONS (2.5).

                               14.40

13                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| STUART NL | 08/02/07 | 2.10 | AVOIDANCE ACTION/POR DISCUSSION (1.3); PREPARE AVOIDANCE ACTION MATERIALS (0.8). |
| STUART NL | 08/03/07 | 0.60 | ATTEND AVOIDANCE ACTION CALL (0.6). |
| | | 2.70 | |
| Total Associate | | 102.90 | |
| CHAVALI A | 08/02/07 | 0.60 | PREPARE AVOIDANCE ACTION MATERIALS (0.6). |
| CHAVALI A | 08/09/07 | 0.40 | DISTRIBUTE AVOIDANCE ACTION PLEADINGS (0.4). |
| | | 1.00 | |
| Total Legal Assistant | | 1.00 | |
| ROMAN JJ | 08/27/07 | 0.60 | SEARCH DOCKET FOR CLAIMS ESTIMATION MOTION (0.6). |
| ROMAN JJ | 08/30/07 | 0.70 | DELIVER PLEADINGS TO JUDGE'S CHAMBERS (0.7). |
| | | 1.30 | |
| Total Legal Assistant Support | | 1.30 | |
| TOTAL TIME | | 218.20 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 09/30/07 |
|---|---|---|---|
| Asset Analysis and Recovery | | | Bill Number: 1181367 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/03/07 | Copy Center, D | 1.70 |
| In-house Reproduction | 08/03/07 | Copy Center, D | 22.70 |
| In-house Reproduction | 08/10/07 | Copy Center, D | 0.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$25.00** |
| Lexis/Nexis | 08/02/07 | Houston BM | 358.00 |
| | | **TOTAL LEXIS/NEXIS** | **$358.00** |
| Westlaw | 08/01/07 | Ramlo K | 151.75 |
| Westlaw | 08/01/07 | Houston BM | 20.66 |
| Westlaw | 08/01/07 | Houston BM | 149.73 |
| Westlaw | 08/01/07 | Shah AS | 35.38 |
| Westlaw | 08/01/07 | Qiu SX | 207.18 |
| Westlaw | 08/01/07 | Carlson TL | 325.73 |
| Westlaw | 08/01/07 | Klimek MV | 6.87 |
| Westlaw | 08/01/07 | Connors CP | 1,030.33 |
| Westlaw | 08/02/07 | Houston BM | 32.40 |
| Westlaw | 08/02/07 | Houston BM | 279.15 |
| Westlaw | 08/02/07 | Connors CP | 9.16 |
| Westlaw | 08/03/07 | Kahn MT | 148.65 |
| Westlaw | 08/03/07 | Connors CP | 35.62 |
| Westlaw | 08/04/07 | Ramlo K | 78.84 |
| Westlaw | 08/05/07 | Ramlo K | 36.22 |
| Westlaw | 08/06/07 | Hawes S | 202.50 |
| Westlaw | 08/08/07 | Connors CP | 4.58 |
| Westlaw | 08/09/07 | Hawes S | 4.32 |
| Westlaw | 08/09/07 | Samole RM | 714.47 |
| Westlaw | 08/14/07 | Ramlo K | 320.46 |
| | | **TOTAL WESTLAW** | **$3,794.00** |
| Reproduction - color | 08/03/07 | Copy Center, D | 46.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$46.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 08/03/07 | Teleconferencing Services, LLC | 20.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$20.00** |
| Out-of-Town Meals | 08/16/07 | Ramlo K | 7.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$7.00** |
| Print Images to Paper (from Electronic Media) | 08/03/07 | Copy Center, D | 10.63 |
| Print Images to Paper (from Electronic Media) | 08/03/07 | Copy Center, D | 17.85 |
| Print Images to Paper (from Electronic Media) | 08/08/07 | Copy Center, D | 4.52 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$33.00** |
| | | **TOTAL MATTER** | **$4,283.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 10/31/07
Asset Analysis and Recovery                                 Bill Number: 1182831

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 09/15/07 | 2.20 | RECEIVE AND BEGIN TO REVIEW AND CONSIDER DRAFT PREFERENCE AND FRAUDULENT TRANSFER REPORTS AND RELATED ANALYSIS (2.2). |
| BUTLER, JR. J | 09/26/07 | 0.40 | REVIEW DRAFT FTI AVOIDANCE ANALYSIS REPORT (0.2); CONFERENCE WITH D. SHERBIN AND R. EISENBERG RE: SAME IN NEW YORK CITY (0.2). |
| BUTLER, JR. J | 09/27/07 | 0.40 | TELECONFERENCE WITH N. BERGER AND R. EISENBERG RE: AVOIDANCE ANALYSIS AND FEEDBACK FROM STATUTORY COMMITTEES, NEXT STEPS (0.2); FOLLOW-UP EMAILS RE: SAME (0.2). |
| BUTLER, JR. J | 09/28/07 | 0.90 | PREPARE FOR (0.1) AND PARTICIPATE IN (0.6) TELECONFERENCE WITH D. SHERBIN. N. BERGER, R. EISENBERG AND WORKING GROUP RE: AVOIDANCE ANALYSIS AND FEEDBACK FROM STATUTORY COMMITTEES, NEXT STEPS; REVIEW PROPOSED DUE DILIGENCE RESPONSES AND TELECONFERENCE WITH J. GUGLIELMO RE: SAME (0.2). |
| BUTLER, JR. J | 09/30/07 | 0.20 | EMAILS FROM/TO R. EISENBERG RE: EVALUATION OF AVOIDANCE ACTIONS TO BE RETAINED UNDER AVOIDANCE PROCEDURES ORDER (0.2). |
| | | 4.10 | |
| HOGAN III AL | 09/12/07 | 1.80 | REVIEW RESEARCH RE: NECESSARY ALLEGATIONS IN CONNECTION WITH PREFERENCE AND AVOIDANCE ACTIONS, AND ANALYZE ISSUES IN LIGHT OF CERTAIN ESTATE CAUSES OF ACTION (1.8). |
| HOGAN III AL | 09/20/07 | 4.20 | CONFERENCE WITH WORKING GROUP RE: PRESERVATION OF ESTATE CAUSES OF ACTION (0.7); REVIEW AND WORK ON STIPULATION AND CONSENT ORDER, AND OTHER PLEADINGS RE: CERTAIN ESTATE ACTIONS (3.5). |
| HOGAN III AL | 09/21/07 | 2.50 | CONTINUE ANALYSIS OF CERTAIN PREFERENCE ACTIONS AND ESTATE CLAIMS PRESERVATION ACTIONS, INCLUDING CONFERENCES WITH CO-COUNSEL AND FINANCIAL ADVISORS RE: SAME (2.5). |
| HOGAN III AL | 09/24/07 | 0.50 | CONTINUE WORK ON PLEADINGS FOR PRESERVATION OF CERTAIN ESTATE ACTIONS (0.5). |
| HOGAN III AL | 09/25/07 | 0.50 | CONFERENCE WITH CLIENT RE: PRESERVATION OF CERTAIN ESTATE ACTIONS, AND ANALYSIS OF OTHER POTENTIAL CAUSES OF ACTION (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOGAN III AL | 09/28/07 | 2.20 | CONTINUE TO WORK ON PLEADINGS FOR PRESERVATION OF CERTAIN ESTATE ACTIONS, AND COMMUNICATE WITH COUNSEL FOR STATUTORY COMMITTEES RE: SAME (2.2). |
| | | **11.70** | |
| MARAFIOTI KA | 09/11/07 | 0.30 | TELECONFERENCE WITH N. BERGER RE: AVOIDANCE CLAIMS (0.2) AND FOLLOWUP CORRESPONDENCE (0.1). |
| MARAFIOTI KA | 09/12/07 | 0.40 | CONSIDER ISSUES RE: AVOIDANCE ACTIONS (0.3) AND TELECONFERENCE WITH N. BERGER RE: SAME (0.1). |
| MARAFIOTI KA | 09/17/07 | 0.70 | CORRESPONDENCE RE: AVOIDANCE ACTIONS (0.2),; TELECONFERENCE WITH N. BERGER RE: SAME (0.2); CONSIDER ISSUES RE: SAME (0.3). |
| MARAFIOTI KA | 09/20/07 | 0.90 | TELECONFERENCE WITH N. BERGER RE: TOLLING AGREEMENT WITH GMA ND POSSIBLE AVOIDANCE ACTIONS (0.9). |
| | | **2.30** | |
| **Total Partner** | | **18.10** | |
| RAMLO K | 09/03/07 | 0.10 | CORRESPONDENCE FROM S. FREEDMAN RE: MEETING ON POTENTIAL AVOIDANCE DEFENDANT (0.1). |
| RAMLO K | 09/04/07 | 2.00 | CORRESPONDENCE WITH N. BERGER ON TOLLING AGREEMENTS (0.1); CORRESPONDENCE AND TELECONFERENCES WITH A. KELLEY RE: DEFENSES OF POTENTIAL AVOIDANCE DEFENDANT (0.4); TELECONFERENCES WITH C. SCHAEFFER RE: AVOIDANCE ACTIONS (0.3); TELECONFERENCE WITH M. ALSABINI, W. BLANK, G. MESREY, K. WIGGINS, S. FREEDMAN, A. KELLEY AND E. GARSENELI RE: AVOIDANCE ACTIONS POTENTIAL DEFENDANTS' DEFENSES (0.8); REVIEW REVISED FORM AVOIDANCE COMPLAINT (0.4). |
| RAMLO K | 09/07/07 | 0.10 | CORRESPONDENCE TO N. BERGER RE: AVOIDANCE FORM COMPLAINT (0.1). |
| RAMLO K | 09/10/07 | 1.20 | REVIEW AND ANALYZE MEMO ON PLEADING REQUIREMENTS FOR PREFERENCE COMPLAINTS (1.2). |
| RAMLO K | 09/11/07 | 0.50 | REVIEW MEMO ON PLEADINGS REQUIREMENTS AND ANALYSIS RE: SAME (0.5). |
| RAMLO K | 09/12/07 | 1.10 | REVIEW ANALYSIS RE: PLEADING REQUIREMENTS FOR FORM AVOIDANCE COMPLAINT (0.9); TELECONFERENCE WITH J. GUGLIELMO RE: AVOIDANCE PRESENTATION (0.2). |
| RAMLO K | 09/16/07 | 1.30 | REVIEW AND COMMENT ON DRAFT PREFERENCE AND FRAUDULENT TRANSFER INVESTIGATION SUMMARIES (1.2); CORRESPONDENCE WITH N. BERGER RE: PREFERENCE COMPLAINTS (0.1). |

| RAMLO K | 09/17/07 | 0.40 | TELECONFERENCE WITH N. BERGER RE: STATUS OF AVOIDANCE ACTION ANALYSIS (0.4). |
| RAMLO K | 09/18/07 | 0.20 | REVIEW REVISED FORM AVOIDANCE COMPLAINT (0.2). |
| RAMLO K | 09/20/07 | 0.30 | CORRESPONDENCE WITH N. BERGER RE: DEFENSES TO AVOIDANCE ACTION AND TOLLING AGREEMENT (0.3). |
| RAMLO K | 09/21/07 | 0.10 | CORRESPONDENCE WITH N. BERGER AND K. KUBY RE: AVOIDANCE DEFENDANT (0.1). |
| RAMLO K | 09/26/07 | 0.40 | TELECONFERENCE WITH N. BERGER RE: TOLLING AGREEMENT AND TRANSACTION HISTORY FOR POTENTIAL DEFENDANT (0.2); TELECONFERENCE WITH M. CRONIN RE: TOLLING AGREEMENT (0.2). |
| RAMLO K | 09/27/07 | 0.20 | CORRESPONDENCE WITH K. KUBY, J. ROBINSON, N. BERGER AND J. LEE RE: AVOIDANCE ACTION AND TRANSFER DATA FOR POTENTIAL DEFENDANT (0.2). |
| RAMLO K | 09/30/07 | 0.30 | CORRESPONDENCE WITH N. BERGER RE: FILING OF AVOIDANCE ACTIONS (0.1); CORRESPONDENCE TO A. KELLEY RE: POTENTIAL AVOIDANCE ACTION (0.2). |
| | | **8.20** | |
| **Total Counsel** | | **8.20** | |
| CONNORS CP | 09/12/07 | 1.60 | WORK ON RESEARCH RE: PREFERENCE ISSUES RELATED TO ADVERSARY COMPLAINTS (1.6). |
| | | **1.60** | |
| **Total Associate** | | **1.60** | |
| **TOTAL TIME** | | **27.90** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 10/31/07**
**Asset Analysis and Recovery**                                **Bill Number: 1182831**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 09/12/07 | Connors CP | 370.00 |
| | | **TOTAL WESTLAW** | **$370.00** |
| Outside Re-search/Internet Services | 09/30/07 | Pacer Service Center | 21.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$21.00** |
| | | **TOTAL MATTER** | **$391.00** |