SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

--------------------------------- x


EXHIBIT D-13
TAX MATTERS
469.5 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  
**Tax Matters**

**Bill Date: 07/31/07**  
**Bill Number: 1168053**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GROSS C | 06/01/07 | 1.20 | WORK RE: EMERGENCE TAX PLANNING (1.2). |
| GROSS C | 06/04/07 | 1.30 | TAX PLANNING/ANALYSIS RE: EMERGENCE AND E&Y WORK (J. WHITSON TEAM) (1.3). |
| GROSS C | 06/11/07 | 0.80 | WORK RE: J. WHITSON AND E&Y EMERGENCE TAX ANALYSIS (0.8). |
| GROSS C | 06/13/07 | 2.60 | WORK RE: FIDELITAS VIOLATION OF EQUITY TRADING ORDER (2.6). |
| GROSS C | 06/14/07 | 3.00 | WORK RE: INTERNATIONAL TAX PLANNING (POLAN/BRAZIL) PER B. SPARKS (1.4); CONFERENCES RE: FIDELITAS TRADING ORDER (J. WHITSON) (1.6). |
| GROSS C | 06/21/07 | 4.20 | WORK RE: APALOOSA/WHITE&CASE TAX ANALYSIS MATTERS (4.2). |
| GROSS C | 06/27/07 | 3.60 | WORK RE: WHITE & CASE//J. WHITSON SECTION 382 EMERGENCE ANALYSIS (3.6). |
| | | **16.70** | |
| MARAFIOTI KA | 06/08/07 | 0.20 | REVIEW CORRESPONDENCE FROM COMPANY RE: TAX ISSUES IN CONNECTION WITH SALE OF NON-CORE BUSINESSES (0.2). |
| MARAFIOTI KA | 06/11/07 | 1.10 | CORRESPONDENCE FROM COMPANY RE: TAX ISSUES RELATED TO POLAND AND BRAZIL LEGAL STRUCTURE MODIFICATION (1.1). |
| MARAFIOTI KA | 06/13/07 | 0.60 | CORRESPONDENCE EXCHANGE RE: FIDELITAS (0.3); TELECONFERENCE WITH A. GOLDMAN RE: SELL-DOWN REQUIREMENTS AND CERTIFICATION (0.1); CONSIDER INTERNATIONAL TAX PLANNING ISSUES (0.2). |
| MARAFIOTI KA | 06/14/07 | 0.70 | CORRESPONDENCE EXCHANGE WITH A. GOLDMAN RE: FIDELITAS (0.2); TELECONFERENCE WITH J. WHITSON RE: SAME (0.1); ANALYZE FIDELITAS ISSUES (0.3); ADDITIONAL CORRESPONDENCE RE: SAME (0.1). |
| MARAFIOTI KA | 06/19/07 | 0.10 | CORRESPONDENCE RE: TAX ISSUES (0.1). |
| MARAFIOTI KA | 06/20/07 | 0.40 | CORRESPONDENCE RE: SECTION 382(1)(5) (0.2) AND ANALYZE ISSUES RE: SAME (0.2). |
| MARAFIOTI KA | 06/21/07 | 0.20 | EXCHANGE CORRESPONDENCE RE: FIDELITAS & FIDELITAS CERTIFICATE (0.2). |
| MARAFIOTI KA | 06/22/07 | 0.40 | CONSIDER TAX ISSUES RE: SECTION 382 (1)(5) (0.4). |
| | | **3.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 06/07/07 | 0.20 | DRAFT CORRESPONDENCE RE: POTENTIAL TAX STRUCTURES (0.2). |
|---|---|---|---|
| MEISLER RE | 06/13/07 | 0.50 | ANALYSIS OF INTERCOMPANY CREDIT ISSUES (0.5). |
| MEISLER RE | 06/14/07 | 1.00 | PREPARE FOR TELECONFERENCE WITH COMPANY RE: TAX STRUCTURES (0.1); PARTICIPATE ON TELECONFERENCE RE: SAME (0.9). |
| MEISLER RE | 06/15/07 | 0.30 | REVIEW AND RESPOND TO CORRESPONDENCE RE: 382(L)(5) ISSUES (0.3). |
| MEISLER RE | 06/18/07 | 0.20 | REVIEW CORRESPONDENCE RE: NOLS (0.1); REVIEW CORRESPONDENCE RE: POST-EMERGENCE TAX EFFICIENT STRUCTURES (0.1). |
| MEISLER RE | 06/20/07 | 0.30 | DRAFT CORRESPONDENCE RE: TAX REORGANIZATIONS (0.3). |
| MEISLER RE | 06/21/07 | 1.30 | WORKING GROUP MEETING RE: 382(L)(5) (1.0); FOLLOW UP RE: SAME (0.3). |
| MEISLER RE | 06/22/07 | 0.20 | DRAFT INTERNAL CORRESPONDENCE RE: 382(L)(5) (0.2). |
| MEISLER RE | 06/24/07 | 0.20 | CONTINUE TO REVIEW 382(L)(5) PROPOSALS (0.2). |
| MEISLER RE | 06/25/07 | 0.40 | WORKING GROUP TELECONFERENCE RE: 382(L)(5) (0.4). |
| MEISLER RE | 06/27/07 | 0.30 | ATTENTION TO 382(L)(5) CONSIDERATIONS (0.3). |
| | | 4.90 | |
| **Total Partner** | | **25.30** | |
| SENSENBRENNER EB | 06/04/07 | 0.70 | EMERGENCE PLANNING TELECONFERENCE (0.5); REVIEW MATERIALS (0.2). |
| SENSENBRENNER EB | 06/11/07 | 0.80 | EMERGENCE PLANNING TELECONFERENCE (0.8). |
| SENSENBRENNER EB | 06/14/07 | 0.80 | TAX WORK RE: EMERGENCE PLANNING (0.8). |
| SENSENBRENNER EB | 06/18/07 | 0.80 | EMERGENCE PLANNING CONFERENCE CALL WITH J. WHITSON, S. GALE AND B. SPARKS (0.8). |
| SENSENBRENNER EB | 06/19/07 | 1.00 | TELECONFERENCE WITH WHITE & CASE RE: EMERGENCE PLANNING, 382(1)(5) (1.0). |
| SENSENBRENNER EB | 06/20/07 | 0.40 | TAX ANALYSIS RE: 382(1)(5) PLANNING (0.4). |
| SENSENBRENNER EB | 06/25/07 | 1.30 | EMERGENCE PLANNING CONFERENCE CALL WITH J. WHITSON AND OTHERS (0.8); TAX ANALYSIS RE: 382(1)(5) (0.5). |
| SENSENBRENNER EB | 06/26/07 | 1.50 | TAX ANALYSIS RE: 382(1)(5), PROCEDURES UNDER NOL TRADING ORDER (1.5). |
| | | 7.30 | |
| **Total Counsel** | | **7.30** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FEINBERG AS | 06/06/07 | 0.50 | ANALYSIS RE: STATE TAX PROOF OF CLAIM (0.5). |
|---|---|---|---|
| FEINBERG AS | 06/07/07 | 1.80 | ANALYSIS RE: STATE TAX CLAIMS (0.7); TAX ANALYSIS RE: EMERGENCE PLANNING (1.1). |
| FEINBERG AS | 06/08/07 | 0.70 | TAX ANALYSIS RE: STATE TAX CLAIMS (0.7). |
| FEINBERG AS | 06/11/07 | 6.00 | ANALYSIS RE: STATE TAX CLAIMS (1.4); TELECONFERENCE WITH M. ERICSON, EBY RE: FORMS 13-D (0.4); TAX ANALYSIS RE: FORMS 13-D (1.0); TAX ANALYSIS RE: INTERNATIONAL STRUCTURE (1.5); TAX ANALYSIS RE: EMERGENCE PLANNING (1.7). |
| FEINBERG AS | 06/12/07 | 1.00 | TAX TELECONFERENCE WITH D. ALBRECHT RE: TAX CLAIM (0.8); ANALYSIS RE: TAX CLAIM (0.2). |
| FEINBERG AS | 06/13/07 | 2.20 | TELECONFERENCE WITH D. DREIER, WHITE & CASE, RE: PLAN OF EMERGENCE (0.4); TAX ANALYSIS RE: APPLICATION OF FINAL TRADING ORDER (1.0); ANALYSIS RE: TAX CLAIMS (0.8). |
| FEINBERG AS | 06/14/07 | 2.80 | TELECONFERENCE WITH B. SPARKS RE: INTERNATIONAL AFFILIATES (1.0); ANALYSIS RE: TAX CLAIMS (0.5); TAX ANALYSIS RE: EMERGENCE PLANNING (1.3). |
| FEINBERG AS | 06/15/07 | 2.40 | ANALYSIS RE: STATE TAX CLAIMS (1.1); TAX ANALYSIS RE: EMERGENCE PLANNING (1.3). |
| FEINBERG AS | 06/16/07 | 1.00 | TAX ANALYSIS RE: FINAL TRADING ORDER PROCEDURES (1.0). |
| FEINBERG AS | 06/18/07 | 5.50 | TAX TELECONFERENCE WITH E&Y RE: EMERGENCE PLANNING (0.8); ANALYSIS RE: APPLICATION OF FINAL TRADING ORDER PROCEDURES (1.3); ANALYSIS RE: STATE TAX CLAIMS (1.1); TAX ANALYSIS RE: EMERGENCE PLANNING (2.3). |
| FEINBERG AS | 06/19/07 | 2.10 | INTERNATIONAL TAX TELECONFERENCE WITH WHITE & CASE (1.0); TAX ANALYSIS RE: EMERGENCE PLANNING (1.1). |
| FEINBERG AS | 06/20/07 | 1.50 | ANALYSIS RE: STATE TAX CLAIM (0.9); TAX ANALYSIS RE: EMERGENCE PLANNING (0.6). |
| FEINBERG AS | 06/21/07 | 7.00 | TAX TELECONFERENCE WITH WHITE & CASE RE: EMERGENCE PLANNING (1.3); ANALYSIS RE: STATE TAX CLAIMS (1.8); TAX ANALYSIS RE: STOCK TRANSFER RESTRICTIONS (1.5); TAX ANALYSIS RE: EMERGENCE PLANNING (2.4). |
| FEINBERG AS | 06/22/07 | 5.50 | TAX ANALYSIS RE: PLAN OF REORGANIZATION (2.4); TAX ANALYSIS RE: EMERGENCE PLANNING (2.1); TAX ANALYSIS RE: STATE TAX CLAIMS (1.0). |
| FEINBERG AS | 06/25/07 | 6.50 | TAX CALL WITH ERNST & YOUNG (1.2); ANALYSIS RE: STATE TAX CLAIMS (1.4); ANALYSIS AND DRAFTING RE: PLAN DISCLOSURE (2.1); TAX ANALYSIS RE: EMERGENCE PLANNING (1.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FEINBERG AS       06/26/07       3.80   ANALYSIS RE: STATE TAX CLAIMS (1.1); TAX
                                        ANALYSIS RE: PLAN OF REORGANIZATION
                                        DISCLOSURE (1.7); TAX ANALYSIS RE:
                                        EMERGENCE PLANNING (1.0).

FEINBERG AS       06/27/07       6.70   ANALYSIS RE: APPLICATION OF FINAL
                                        TRADING ORDER (2.1); TAX CALL WITH WHITE
                                        & CASE (1.2); TAX ANALYSIS RE: EMERGENCE
                                        PLANNING (3.1); ANALYSIS RE: STATE TAX
                                        CLAIMS (0.3).

FEINBERG AS       06/28/07       3.00   ANALYSIS RE: STATE TAX CLAIMS (1.1); TAX
                                        ANALYSIS RE: EMERGENCE PLANNING (1.9).

FEINBERG AS       06/29/07       4.40   ANALYSIS RE: APPLICATION OF FINAL
                                        TRADING ORDER (1.2); TAX ANALYSIS RE:
                                        APPLICATION OF SECTION 382 (1.4); TAX
                                        ANALYSIS RE: EMERGENCE PLANNING (1.8).

                                64.40

**Total Associate**             **64.40**

**TOTAL TIME**                  **97.00**

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**
**Tax Matters**

**Bill Date: 07/31/07**
**Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/12/07 | Copy Center, D | 0.20 |
| In-house Reproduction | 06/19/07 | Copy Center, D | 137.50 |
| In-house Reproduction | 06/22/07 | Copy Center, D | 1.00 |
| In-house Reproduction | 06/29/07 | Copy Center, D | 51.30 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$190.00** |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 1.50 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 3.66 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.58 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.19 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.07 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$6.00** |
| Vendor Hosted Teleconferencing | 05/07/07 | Teleconferencing Services, LLC | 4.31 |
| Vendor Hosted Teleconferencing | 05/08/07 | Teleconferencing Services, LLC | 17.79 |
| Vendor Hosted Teleconferencing | 05/10/07 | Teleconferencing Services, LLC | 5.63 |
| Vendor Hosted Teleconferencing | 05/14/07 | Teleconferencing Services, LLC | 26.17 |
| Vendor Hosted Teleconferencing | 05/21/07 | Teleconferencing Services, LLC | 2.93 |
| Vendor Hosted Teleconferencing | 05/29/07 | Teleconferencing Services, LLC | 4.61 |
| Vendor Hosted Teleconferencing | 06/04/07 | Teleconferencing Services, LLC | 6.83 |
| Vendor Hosted Teleconferencing | 06/11/07 | Teleconferencing Services, LLC | 15.21 |
| Vendor Hosted Teleconferencing | 06/12/07 | Teleconferencing Services, LLC | 8.86 |
| Vendor Hosted Teleconferencing | 06/14/07 | Teleconferencing Services, LLC | 16.05 |
| Vendor Hosted Teleconferencing | 06/18/07 | Teleconferencing Services, LLC | 22.58 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 06/19/07 | Teleconferencing Services, LLC | 11.20 |
| Vendor Hosted Telecon-ferencing | 06/21/07 | Teleconferencing Services, LLC | 1.52 |
| Vendor Hosted Telecon-ferencing | 06/25/07 | Teleconferencing Services, LLC | 13.30 |
| Vendor Hosted Telecon-ferencing | 06/27/07 | Teleconferencing Services, LLC | 4.01 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$161.00** |
| Outside Re-search/Internet Services | 06/19/07 | Global Securities | 243.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$243.00** |
| Printing to paper from TIF | 06/27/07 | Copy Center, D | 153.29 |
| Printing to paper from TIF | 06/28/07 | Copy Center, D | 60.71 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$214.00** |
| | | **TOTAL MATTER** | **$814.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                  **Bill Date: 08/31/07**
**Tax Matters**                                              **Bill Number: 1178615**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BREWSTER JJ | 07/11/07 | 2.70 | TELECONFERENCE WITH J. WHITSON AND S. GALE RE: TAX ISSUES; REVIEW ERNST & YOUNG TAX MEMORANDUM RE: TAX TREATMENT OF BANKRUPTCY ADMINISTRATION COSTS (2.7). |
| BREWSTER JJ | 07/12/07 | 6.10 | REVIEW LEGAL AUTHORITIES CITED IN ERNST & YOUNG TAX MEMORANDUM (6.1). |
| BREWSTER JJ | 07/18/07 | 1.40 | REVIEW ERNST & YOUNG MEMORANDUM; DISCUSSIONS WITH C. GROSS, J. WHITSON AND S. GALE RE: TAX ISSUES (1.4). |
| | | **10.20** | |
| GROSS C | 07/02/07 | 0.90 | WORK RE: PLAN TAX ANALYSIS (0.9). |
| GROSS C | 07/06/07 | 0.60 | WORK RE: PLAN OF EMERGENCE TAX ANALYSIS (0.6). |
| GROSS C | 07/09/07 | 1.60 | WORK RE: TAX ANALYSIS OF PLAN (1.6). |
| GROSS C | 07/10/07 | 1.40 | WORK RE: PLAN EMERGENCE TAX ANALYSIS (1.4). |
| GROSS C | 07/11/07 | 2.40 | TAX WORK RE: EMERGENCE ANALYSIS (2.4). |
| GROSS C | 07/12/07 | 3.20 | WORK RE: WHITE & CASE/APALOOSA/PARDUS SERIES A/SERIES B PREFERRED STOCK TAX ANALYSIS (3.2). |
| GROSS C | 07/13/07 | 4.20 | WORK RE: APPALOOSA/PARDUS A AND B PREFERRED STOCK MATTERS (4.2). |
| GROSS C | 07/16/07 | 2.60 | TAX WORK RE: INVESTOR PLAN AND TAX ANALYSES (1.4); WORK RE: INTERNATIONAL TAX STRUCTURING (1.2). |
| GROSS C | 07/17/07 | 1.80 | WORK RE: INTERNATIONAL RESTRUCTURING ANALYSIS (B.SPARKS) (1.8). |
| GROSS C | 07/18/07 | 4.20 | WORK RE: INVESTOR PLAN (J. SHEEHAN/J. WHITSON) (2.8); WORK RE: IRS AUDIT OF EXPENSE ITEMS (1.4). |
| GROSS C | 07/19/07 | 0.60 | WORK RE: INVESTOR PLAN TAX ANALYSIS (0.6). |
| | | **23.50** | |
| MARAFIOTI KA | 07/09/07 | 0.30 | CONSIDER TAX ISSUES IN CONNECTION WITH PLAN FORMULATION (0.3). |
| MARAFIOTI KA | 07/10/07 | 0.30 | REVIEW TRADING ORDER IN LIGHT OF PLAN TIMELINE (0.3). |
| MARAFIOTI KA | 07/11/07 | 0.30 | CONSIDER TAX ISSUES IN CONNECTION WITH PLAN (0.3). |

B43E

| MARAFIOTI KA | 07/20/07 | 0.80 | CORRESPONDENCE RE: TAX MATTERS (0.1); ANALYZE SECTION 382(1)(5) MATTERS IN CONNECTION WITH PLAN (0.7). |
|---|---|---|---|
| MARAFIOTI KA | 07/25/07 | 0.10 | CORRESPONDENCE RE: TAX ISSUES (0.1). |
| | | **1.80** | |
| MEISLER RE | 07/09/07 | 0.20 | TELECONFERENCE WITH B. SPARKS RE: CORPORATE REORGANIZATIONS AND TAX RAMIFICATIONS (0.2). |
| MEISLER RE | 07/10/07 | 0.30 | WORKING GROUP CALL RE: TAX PLANNING FOR PLAN (0.3). |
| MEISLER RE | 07/12/07 | 0.50 | REVIEW AND CONSIDER DEBT PUSH DOWN CONSTRUCT (0.5). |
| MEISLER RE | 07/17/07 | 1.50 | TELECONFERENCE WITH B. SPARKS AND C. GROSS RE: DEBT PUSH DOWN CONCEPT (0.7); FOLLOW UP RE: SAME (0.5); NOTES TO FILE RE: SAME (0.3). |
| MEISLER RE | 07/18/07 | 0.20 | REVIEW AND CONSIDER TAX REORGANIZATION STRATEGIES (0.2). |
| MEISLER RE | 07/20/07 | 0.20 | CONTINUE TO REVIEW AND CONSIDER TAX REORGANIZATION STRATEGIES (0.2). |
| MEISLER RE | 07/23/07 | 0.30 | CONTINUE TO REVIEW OF TAX PLANNING STRATEGIES (0.3). |
| MEISLER RE | 07/27/07 | 1.00 | CONTINUE TO REVIEW AND CONSIDER TAX REORGANIZATION STRATEGIES (1.0). |
| | | **4.20** | |
| **Total Partner** | | **39.70** | |
| SENSENBRENNER EB | 07/09/07 | 3.40 | EMERGENCE PLANNING CONFERENCE CALL (0.7); TAX ANALYSIS RE: 382(1)(5) (2.7). |
| SENSENBRENNER EB | 07/10/07 | 5.50 | EMERGENCE PLANNING (1.8); TAX ANALYSIS RE: 382 (1)(5) UNDER APPALOOSA PROPOSAL (0.8); PARTICIPATE IN EMERGENCE GROUP WORKING MEETING/CALL (2.9). |
| SENSENBRENNER EB | 07/11/07 | 0.50 | REVIEW GM SETTLEMENT AGREEMENT RE: 414 (1) TRANSFER (0.5). |
| SENSENBRENNER EB | 07/16/07 | 1.20 | EMERGENCE PLANNING CONFERENCE CALL WITH J. WHITSON AND OTHERS (0.8); TAX ANALYSIS RE: SHAREHOLDER RIGHTS (0.4). |
| SENSENBRENNER EB | 07/18/07 | 4.00 | EMERGENCE PLANNING CONFERENCE CALL WITH J. SHEHAN, J. WHITSON AND OTHERS (1.2); TAX ANALYSIS RE: 382(1)(5) (2.3); REVIEW EPCA, OTHER DOCUMENTS RELATED TO POSSIBLE PDR (0.5). |
| SENSENBRENNER EB | 07/19/07 | 1.30 | TAX ANALYSIS RE: 382(1)(5) (0.8); CONFER WITH H. TUCKER AND R. WARD OF ERNST & YOUNG RE: SAME (0.5). |
| SENSENBRENNER EB | 07/20/07 | 1.00 | EMERGENCE PLANNING SENIOR STRATEGY CALL (1.0). |

B43E

| | | | |
|---|---|---|---|
| SENSENBRENNER EB | 07/23/07 | 1.70 | EMERGENCE PLANNING CONFERENCE CALL WITH J. WHITSON (0.7); REVIEW CALCULATIONS RE: 382(1)(5) (0.5); REVIEW 13 D/G (0.5). |
| SENSENBRENNER EB | 07/25/07 | 0.50 | REVIEW 13D/G FILINGS (0.2); TAX ANALYSIS RE: SAME (0.3). |
| SENSENBRENNER EB | 07/27/07 | 2.80 | SENIOR STRATEGY CONFERENCE CALL (1.3); TAX ANALYSIS RE: FORMS 13D/G (0.9); TAX ANALYSIS RE: FOREIGN RESTRUCTURINGS (0.6). |
| | | **21.90** | |
| **Total Counsel** | | **21.90** | |
| FEINBERG AS | 07/02/07 | 2.30 | TAX ANALYSIS RE: EMERGENCE PLANNING (2.3). |
| FEINBERG AS | 07/09/07 | 3.60 | TAX ANALYSIS RE: EMERGENCE PLANNING (2.1); TAX CALL WITH ERNST & YOUNG (0.8); TAX ANALYSIS RE: APPLICATION OF FINAL TRADING ORDER (0.7). |
| FEINBERG AS | 07/10/07 | 5.10 | PARTICIPATE IN EMERGENCE GROUP MEETING/CALL (2.9); TAX ANALYSIS RE: EMERGENCE PLANNING (2.2). |
| FEINBERG AS | 07/11/07 | 3.60 | TAX ANALYSIS RE: APPLICATION OF SECTION 382 (0.9); ANALYSIS RE: STATE TAX CLAIM (0.6); DRAFTING OF SETTLEMENT PROVISIONS (2.1). |
| FEINBERG AS | 07/12/07 | 3.00 | DRAFT SETTLEMENT PROVISIONS (2.1); TAX ANALYSIS RE: EMERGENCE PLANNING (0.9). |
| FEINBERG AS | 07/13/07 | 0.40 | TAX ANALYSIS RE: PREFERRED STOCK TERMS (0.4). |
| FEINBERG AS | 07/14/07 | 0.60 | TAX ANALYSIS RE: PROPOSED INVESTMENT PLAN (0.6). |
| FEINBERG AS | 07/15/07 | 2.70 | TAX ANALYSIS RE: PREFERRED STOCK TERMS (1.6); TAX ANALYSIS RE: EMERGENCE PLANNING (1.1). |
| FEINBERG AS | 07/16/07 | 7.10 | TAX CALL WITH ERNST & YOUNG (1.1); ANALYSIS RE: STATE TAX CLAIM (0.6); TAX ANALYSIS RE: APPLICATION OF FIRPTA RULES (0.6); TAX ANALYSIS RE: PROPOSED PLANS OF REORGANIZATION (3.1); ANALYSIS RE: APPLICATION OF SECTION 382 (1.7). |
| FEINBERG AS | 07/17/07 | 3.40 | TAX ANALYSIS RE: PROPOSED PLAN OF REORGANIZATION (2.1); ANALYSIS RE: APPLICATION OF SECTION 382 (1.3). |
| FEINBERG AS | 07/18/07 | 2.60 | TAX CALL WITH ERNST & YOUNG RE: PLAN OF REORGANIZATION (0.9); TAX ANALYSIS RE: APPLICATION OF SECTION 382 (1.7). |
| FEINBERG AS | 07/20/07 | 0.50 | ANALYSIS RE: FORMS 13-D (0.5). |
| FEINBERG AS | 07/22/07 | 1.20 | TAX ANALYSIS RE: COMPLIANCE WITH FINAL TRADING ORDER (1.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FEINBERG AS | 07/23/07 | 6.10 | TAX CALL WITH ERNST & YOUNG (0.9); ANALYSIS RE: APPLICATION OF SECTION 382 (2.7); REVIEW OF SCHEDULE 13-DS (0.9); TAX ANALYSIS RE: EMERGENCE PLANNING (1.6). |
|---|---|---|---|
| FEINBERG AS | 07/24/07 | 2.10 | TAX ANALYSIS RE: APPLICATION OF SECTION 382 TO PLAN OF EMERGENCE (2.1). |
| FEINBERG AS | 07/25/07 | 0.10 | TAX ANALYSIS RE: FORM 13-D (0.1). |
| FEINBERG AS | 07/26/07 | 0.60 | TAX ANALYSIS RE: APPLICATION OF SECTION 382 (0.6). |
| FEINBERG AS | 07/30/07 | 3.00 | TAX CALL WITH ERNST AND YOUNG (0.7); TAX ANALYSIS RE: APPLICATION OF SECTION 382 TO PLAN OF REORGANIZATION (2.3). |
| FEINBERG AS | 07/31/07 | 3.10 | TAX ANALYSIS RE: DISCLOSURE STATEMENT (2.1); ANALYSIS RE: STATE TAX SETOFF ISSUE (1.0). |
| | | 51.10 | |
| SCHOCKETT P | 07/23/07 | 6.20 | TAX WORK RE: SECTION 382 (6.2). |
| SCHOCKETT P | 07/24/07 | 3.30 | TAX WORK RE: APPALOOSA, HARBINGER AND GOLDMAN SACHS PUBLIC FILINGS (3.3). |
| SCHOCKETT P | 07/25/07 | 4.80 | TAX WORK RE: OWNERSHIP CHANGE (4.8). |
| SCHOCKETT P | 07/30/07 | 1.00 | SENIOR STRATEGY TELECONFERENCE WITH J. WHITSON AND E&Y (0.4); TAX WORK RE: SECTION 382(L)(5) (0.6). |
| | | 15.30 | |
| **Total Associate** | | **66.40** | |
| **TOTAL TIME** | | **128.00** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Delphi Corporation (DIP)**                                          **Bill Date: 08/31/07**
**Tax Matters**                                                       **Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 02/06/07 | Gross C | -298.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$-298.00** |
| In-house Reproduction | 07/10/07 | Copy Center, D | 4.18 |
| In-house Reproduction | 07/13/07 | Copy Center, D | 6.26 |
| In-house Reproduction | 07/17/07 | Copy Center, D | 2.79 |
| In-house Reproduction | 07/17/07 | Copy Center, D | 0.60 |
| In-house Reproduction | 07/20/07 | Copy Center, D | 3.18 |
| In-house Reproduction | 07/24/07 | Copy Center, D | 24.27 |
| In-house Reproduction | 07/27/07 | Copy Center, D | 15.72 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$57.00** |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 3.78 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 3.25 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.60 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.06 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.31 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$8.00** |
| Lexis/Nexis | 07/16/07 | Feinberg AS | 124.00 |
| | | **TOTAL LEXIS/NEXIS** | **$124.00** |
| Westlaw | 07/16/07 | Feinberg AS | 289.45 |
| Westlaw | 07/23/07 | Schockett P | 150.21 |
| Westlaw | 07/25/07 | Schockett P | 153.34 |
| | | **TOTAL WESTLAW** | **$593.00** |
| Vendor Hosted Telecon-ferencing | 07/09/07 | Teleconferencing Services, LLC | 4.05 |
| Vendor Hosted Telecon-ferencing | 07/16/07 | Teleconferencing Services, LLC | 12.08 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Telecon- ferencing | 07/18/07 | Teleconferencing Services, LLC | 18.08 |
| Vendor Hosted Telecon- ferencing | 07/23/07 | Teleconferencing Services, LLC | 7.62 |
| Vendor Hosted Telecon- ferencing | 07/30/07 | Teleconferencing Services, LLC | 10.17 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$52.00** |
| Telco-Non Astra | 07/26/07 | Telecommunications, D | 5.00 |
| | | **TOTAL TELCO-NON ASTRA** | **$5.00** |
| Print Images to Paper (from Electronic Media) | 07/02/07 | Copy Center, D | 66.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$66.00** |
| CLR/Disclosure | 07/01/07 | Global Securities | 227.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$227.00** |
| | | **TOTAL MATTER** | **$834.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP)**                                      **Bill Date: 09/30/07**
**Tax Matters**                                                   **Bill Number: 1181367**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BREWSTER JJ | 08/13/07 | 0.90 | REVIEW AND RESPOND TO EMAIL FROM J. WHITSON OF DELPHI (0.2); REVIEW LEGAL AUTHORITIES RE: TIMING OF TAX DEDUCTIONS (0.7). |
| BREWSTER JJ | 08/20/07 | 1.80 | REVIEW LEGAL AUTHORITIES (1.8). |
| BREWSTER JJ | 08/27/07 | 0.90 | STRATEGIZE RE: TAX TREATMENT (0.9). |
|  |  | **3.60** |  |
| GROSS C | 08/01/07 | 1.20 | WORK RE: EMERGENCE PLAN TAX ANALYSIS (1.2). |
| GROSS C | 08/02/07 | 0.60 | WORK RE: PLAN TAX ANALYSIS (0.6). |
| GROSS C | 08/03/07 | 3.40 | WORK RE: EMERGENCE PLAN TAX ANALYSIS (3.4). |
| GROSS C | 08/06/07 | 4.20 | WORK RE: EMERGENCE TAX ANALYSIS (J. WHITSON/S. GALE) (4.2). |
| GROSS C | 08/08/07 | 1.60 | WORK RE: GM PAYMENT TAX ANALYSES AND EMERGENCE (1.6). |
| GROSS C | 08/09/07 | 3.40 | WORK RE: EMERGENCE TAX ANALYSIS (J. WHITSON) (3.4). |
| GROSS C | 08/10/07 | 2.20 | EMERGENCE TAX ANALYSIS (MR. SHEEHAN/MR. WHITSON) (2.2). |
| GROSS C | 08/13/07 | 4.20 | WORK RE: TAX ANALYSES OF EMERGENCE PLAN (1.6); WORK RE: TAX ANALYSES OF GM TRANSACTIONS (2.6). |
| GROSS C | 08/14/07 | 0.60 | TAX ANALYSIS OF EMERGENCE (0.6). |
| GROSS C | 08/16/07 | 2.90 | WORK RE: DISCLOSURE STATEMENT (STEVE GALE) (1.6); WORK RE: EMERGENCE PLAN TAX ANALYSES (1.3). |
| GROSS C | 08/20/07 | 3.70 | WORK RE: TAX ANALYSES OF PAYMENTS TO GM (2.3); WORK RE: EMERGENCE TAX ANALYSIS/DISCLOSURE STATEMENT (1.4). |
| GROSS C | 08/21/07 | 2.40 | WORK RE: EMERGENCE PLAN DISCLOSURE STATEMENT (2.4). |
| GROSS C | 08/27/07 | 2.40 | WORK RE: GM PAYMENT ANALYSIS/EMERGENCE PLAN TAX CONSEQUENCES (2.4). |
| GROSS C | 08/30/07 | 0.40 | WORK RE: EMERGENCE PLAN TAX ANALYSIS (0.4). |

**33.20**

224                                                                         B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA   08/06/07   1.10   REVIEW TAX MEMO RE: POST-EMERGENCE
EQUITY TRADING RESTRICTIONS (0.6);
REVIEW TAX MEMO RE: RIGHTS OFFERING AND
POST-EMERGENCE BOARD (0.5).

MARAFIOTI KA   08/13/07   0.70   CONSIDER TAX IMPLICATIONS OF EMERGENCE
DATE AND 382 (L) (5) MATTERS(0.4);
RELATED CORRESPONDENCE (0.1); REVIEW
MEMO RE: 382 (L)(5) (0.2).

MARAFIOTI KA   08/17/07   1.10   TELECONFERENCE WITH J. WHITSON, S. GALE
RE: TAX MATTERS IN CONNECTION WITH
EMERGENCE (1.0); FOLLOWUP (0.1).

MARAFIOTI KA   08/20/07   0.30   ANALYZE ISSUES RE: TAX RESTRUCTURING
(0.3).

MARAFIOTI KA   08/21/07   0.10   CORRESPONDENCE RE: TAX REFUND ISSUE
(0.1).

MARAFIOTI KA   08/27/07   1.70   WORK ON ISSUES RE: TIMING OF GM AND
PENSION PAYMENTS AND 414 (L)
ASSUMPTION.

                              5.00

MEISLER RE   08/20/07   0.30   REVIEW AND CONSIDER TAX REORGANIZATION
STRATEGY (0.3).

MEISLER RE   08/23/07   0.20   REVIEW AND RESPOND TO CORRESPONDENCE
RE: RESTRUCTURING TRANSACTIONS (0.2).

MEISLER RE   08/27/07   0.50   TELECONFERENCE WITH J. WHITSON, B.
SPARKS RE: CORP REORG (0.5).

MEISLER RE   08/30/07   1.80   PREPARE FOR TAX CONSOLIDATION MEETING
(0.8); CONFERENCE WITH B. SPARKS, J.
WHITSON, S. SNELL, RE: TAX
CONSOLIDATION (1.0).

                              2.80

**Total Partner**              44.60

RAMLO K   08/13/07   0.80   ANALYSIS RE: OHIO USE TAX CLAIM AND
PROCEDURES TO CHALLENGE SAME (0.8).

RAMLO K   08/14/07   0.50   STRATEGY RE: OHIO USE TAX CLAIMS (0.5).

RAMLO K   08/15/07   0.80   ANALYSIS RE: SECTION 505, AUTOMATIC
STAY AND STATE PROCEDURES (0.8).

RAMLO K   08/17/07   3.10   RESEARCH RE: PROCEDURAL ISSUES RELATING
TO USE TAX CLAIMS (3.1).

RAMLO K   08/18/07   0.80   REVIEW OHIO TAX CLAIM, LOCATE
PROCEDURES, AND STATUS OF CLAIM (0.8).

RAMLO K   08/19/07   2.10   CORRESPONDENCE FROM AND TELECONFERENCE
WITH T. EHLERS RE: OHIO TAX CLAIM (2.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| RAMLO K | 08/20/07 | 10.00 | FURTHER ANALYSIS AND RESEARCH RE: OHIO USE TAX CLAIM ISSUES AND REVIEW MATERIALS FROM A. EHLER (7.2); TELECONFERENCE WITH B. LEUTHGE AND A. EHLER RE: SAME (1.9); TELECONFERENCE WITH A. EHLER RE: SAME (0.9). |
|---|---|---|---|
| RAMLO K | 08/21/07 | 1.80 | BEGIN DRAFTING SECTION 505 MEMO RE: OHIO USE TAX CLAIMS (0.7); FURTHER ANALYSIS RE: PRIORITY, BURDEN OF PROOF, AND STATE PROCEDURES (1.1). |
| RAMLO K | 08/22/07 | 1.00 | TELECONFERENCE WITH A. EHLER RE: STRATEGY AND OHIO USE TAX CLAIM (0.2); ANALYSIS RE: SAME (0.8). |
| RAMLO K | 08/23/07 | 1.20 | TELECONFERENCE WITH B. LEUTHFE, R. ARRIGO, AND A. EHLER RE: AUDIT (0.9); TELECONFERENCE WITH A. EHLER RE: SETTLEMENT (0.3). |
| RAMLO K | 08/24/07 | 2.40 | CORRESPONDENCE WITH A. EHLER RE: SETTLEMENT OF OHIO USE TAX CLAIMS (0.1); ANALYSIS RE: OBJECTION TO SAME (0.6); TELECONFERENCE WITH W. LEIGTHGE, W. ADMSON, A. EHLER RE: TAX CLAIMS (0.7); REVIEW DRAFT FICA PLEADING (1.0). |
| RAMLO K | 08/27/07 | 0.40 | CONTINUE REVIEW OF FICA PLEADINGS (0.4). |
| RAMLO K | 08/28/07 | 0.20 | CONFER WITH M. KAHN RE: IRS FICA ISSUE (0.2). |
| RAMLO K | 08/29/07 | 0.50 | ANALYSIS RE: TIMING OF FICA COMPLAINT (0.3); TELECONFERENCE AND CORRESPONDENCE WITH M. HAVENER RE: SAME (0.2). |
| RAMLO K | 08/31/07 | 0.30 | TELECONFERENCE WITH K. COBB RE: IRS/PBGC WAIVERS AND MOTION TO APPROVE SAME (0.3). |
| | | 25.90 | |
| SCHNEIDER DA | 08/13/07 | 0.80 | CONSIDER SECTION 382 NUBIL ANALYSIS IN CONNECTION WITH 414(L) PAYMENTS (0.8). |
| SCHNEIDER DA | 08/14/07 | 0.70 | EVALUATE SECTION 382 AND DELPHI PAYMENT TO GM TO SATISFY PENSION LIABILITIES (0.7). |
| SCHNEIDER DA | 08/15/07 | 0.40 | EVALUATE TIMING OF DEDUCTION FOR PAYMENT TO GM AND TO PENSION PLAN (0.4). |
| SCHNEIDER DA | 08/20/07 | 2.40 | CONFERENCE WITH CLIENT RE: TAX PLANING (2.4). |
| SCHNEIDER DA | 08/22/07 | 0.70 | TAX WORK RE: PENSION LIABILITY ASSUMPTIONS (0.7). |
| SCHNEIDER DA | 08/23/07 | 3.30 | TAX WORK RE: PENSION ASSUMPTION LIABILITIES (3.3). |
| SCHNEIDER DA | 08/24/07 | 1.40 | TAX WORK RE: PENSION LIABILITY ASSUMPTIONS (1.4). |

B43E

| SCHNEIDER DA | 08/27/07 | 2.60 | TAX WORK RE: PENSION LIABILITY ASSUMPTIONS (2.6). |
|---|---|---|---|
| | | **12.30** | |
| SENSENBRENNER EB | 08/06/07 | 3.10 | EMERGENCE PLANNING CONFERENCE CALL WITH J. WHITSON, S. GALE AND R. SPARKS (0.8); TAX WORK RE: EMERGENCE PAYMENTS, 382 INPUT (2.3). |
| SENSENBRENNER EB | 08/07/07 | 2.70 | REVIEW MATERIALS RE: 382 IMPACT, TAX FORECAST (2.1); TAX ANALYSIS RE: SAME (0.6). |
| SENSENBRENNER EB | 08/08/07 | 3.00 | REVIEW DISCLOSURE STATEMENT TAX PROVISIONS (1.7); TAX ANALYSIS RE: 382 IMPACT OF EMERGENCE DATE PAYMENTS (1.3). |
| SENSENBRENNER EB | 08/09/07 | 1.40 | REVIEW POR DISCLOSURE STATEMENT (0.6); REVISE SAME (0.8). |
| SENSENBRENNER EB | 08/10/07 | 5.00 | SENIOR STRATEGY CALL (1.2); TAX ANALYSIS RE: 382, TREATMENT OF VARIOUS EMERGENCE PAYMENTS (3.8). |
| SENSENBRENNER EB | 08/13/07 | 5.00 | REVIEW POR, DISCLOSURE STATEMENT (1.8); WORK ON DISCLOSURE STATEMENT TAX DISCLOSURE (3.2). |
| SENSENBRENNER EB | 08/14/07 | 3.50 | TAX WORK RE: EMERGENCE PLANNING (2.4); REVIEW AND REVISE DISCLOSURE STATEMENT (1.1). |
| SENSENBRENNER EB | 08/15/07 | 4.60 | TAX ANALYSIS RE: EMERGENCE PLANNING (2.0); TELECONFERENCE WITH J. WHITSON RE: EMERGENCE DATE (0.3); REVIEW POR, DISCLOSURE STATEMENT (2.3). |
| SENSENBRENNER EB | 08/16/07 | 4.80 | REVIEW POR, DISCLOSURE STATEMENT (1.4); TAX ANALYSIS RE: EMERGENCE PLANNING (3.4). |
| SENSENBRENNER EB | 08/17/07 | 1.80 | TAX ANALYSIS RE: EMERGENCE DATE (1.8). |
| SENSENBRENNER EB | 08/20/07 | 2.00 | EMERGENCE PLANNING CONFERENCE CALL (0.3); TAX WORK RE: POR; ANALYSIS OF EMERGENCE PAYMENTS (1.7). |
| SENSENBRENNER EB | 08/22/07 | 0.50 | TAX ANALYSIS RE: 414(I) PAYMENT (0.5). |
| SENSENBRENNER EB | 08/23/07 | 0.60 | REVIEW DISCLOSURE STATEMENT TAX DISCLOSURE (0.2); TELECONFERENCE WITH E. WEISS OF FRIED FRANK TO RESPOND TO QUESTION RE: TAX DISCLOSURE (0.4). |
| SENSENBRENNER EB | 08/24/07 | 0.60 | REVIEW GM AGREEMENT (0.4); DISCUSS TAX ISSUES RE: GM PAYMENTS WITH J. WHITSON (0.2). |
| SENSENBRENNER EB | 08/27/07 | 1.90 | TELECONFERENCE WITH J. WHITSON AND OTHERS RE: EMERGENCE PLANNING (0.6); TELECONFERENCE WITH R. SPARKS AND J. WHITSON RE: FOREIGN RESTRUCTURING TRANSACTIONS (1.1); TAX PLANNING RE: EMERGENCE (0.2). |

SENSENBRENNER EB  08/30/07       1.30  REVIEW STRUCTURE SLIDES RE: FOREIGN
                                       RESTRUCTURING TRANSACTIONS (0.5);
                                       TELECONFERENCE WITH R. SPARKS, J.
                                       WHITSON RE: FOREIGN RESTRUCTURING
                                       TRANSACTIONS (0.8).

SENSENBRENNER EB  08/31/07       1.90  SENIOR STRATEGY TELECONFERENCE (0.5);
                                       REVIEW SLIDES RE: FOREIGN RESTRUCTURING
                                       (0.4); TELECONFERENCE WITH R. SPARKS
                                       RE: FOREIGN RESTRUCTURING (1.0).

                                43.70

**Total Counsel**               81.90

FEINBERG AS       08/01/07       7.70  TAX CALL WITH ERNST AND YOUNG (0.9); TAX
                                       ANALYSIS RE: PLAN OF REORGANIZATION
                                       DISCLOSURE STATEMENT (2.1); ANALYSIS
                                       RE: APPLICATION OF SECTION 382 TO PLAN
                                       OF REORGANIZATION (3.4); ANALYSIS RE:
                                       STATE TAX CLAIM (0.7); TAX ANALYSIS RE:
                                       EMERGENCE PLANNING (0.6).

FEINBERG AS       08/02/07       6.10  TAX ANALYSIS RE: DISCLOSURE STATEMENT
                                       FOR PLAN OF REORGANIZATION (3.3); TAX
                                       ANALYSIS RE: APPLICATION OF SECTION 382
                                       TO PLAN OF REORGANIZATION (2.8).

FEINBERG AS       08/03/07       3.20  ANALYSIS RE: TAX DISCLOSURE FOR PLAN OF
                                       REORGANIZATION DISCLOSURE STATEMENT
                                       (2.4); TAX ANALYSIS RE: APPLICATION OF
                                       SECTION 382 (0.8).

FEINBERG AS       08/05/07       0.90  ANALYSIS RE: TAX DISCLOSURE FOR PLAN OF
                                       REORGANIZATION DISCLOSURE STATEMENT
                                       (0.9).

FEINBERG AS       08/06/07       3.30  TAX CALL WITH ERNST & YOUNG (0.8);
                                       ANALYSIS RE: TAX DISCLOSURE FOR
                                       DISCLOSURE STATEMENT (2.5).

FEINBERG AS       08/07/07       4.90  TAX ANALYSIS RE: APPLICATION OF SECTION
                                       382 TO PLAN OF EMERGENCE (2.1); ANALYSIS
                                       RE: TAX DISCLOSURE FOR DISCLOSURE
                                       STATEMENT (2.8).

FEINBERG AS       08/08/07       4.20  TAX CALL WITH ERNST & YOUNG RE:
                                       EMERGENCE ISSUES (0.9); TAX ANALYSIS
                                       RE: APPLICATION OF SECTION 382 (1.7);
                                       ANALYSIS RE: TAX PROVISIONS IN
                                       DISCLOSURE SCHEDULE (1.6).

FEINBERG AS       08/09/07       2.90  ANALYSIS RE: TAX DISCLOSURE FOR
                                       DISCLOSURE STATEMENT (2.9).

FEINBERG AS       08/13/07       1.90  TAX CALL WITH ERNST & YOUNG (0.8); TAX
                                       ANALYSIS RE: EMERGENCE PLANNING (1.1).

FEINBERG AS       08/14/07       4.60  TAX ANALYSIS RE: APPLICATION OF SECTION
                                       382 (1.8); TAX ANALYSIS RE: DISCLOSURE
                                       STATEMENT (2.8).

FEINBERG AS       08/15/07       5.70  TAX ANALYSIS RE: EMERGENCE PLANNING
                                       (1.1); TAX ANALYSIS RE: DISCLOSURE
                                       STATEMENT (4.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FEINBERG AS | 08/16/07 | 3.50 | TAX ANALYSIS RE: APPLICATION OF SECTION 382 (0.9); TAX ANALYSIS RE: DISCLOSURE STATEMENT (2.6). |
|---|---|---|---|
| FEINBERG AS | 08/17/07 | 1.60 | TAX ANALYSIS RE: EMERGENCE DATE (1.6). |
| FEINBERG AS | 08/20/07 | 3.70 | EMERGENCE PLANNING CONFERENCE CALL (0.3); TAX ANALYSIS RE: EMERGENCE PAYMENTS (2.3); TAX ANALYSIS RE: DISCLOSURE STATEMENT (1.1). |
| | | **54.20** | |
| KAHN MT | 08/31/07 | 3.80 | ANALYZE FIRST IRS WAIVER MOTION AND DRAFT SECOND WAIVER MOTION (3.8). |
| | | **3.80** | |
| SCHOCKETT P | 08/01/07 | 2.70 | TAX WORK RE: EPCA AND 382(L)(5) (2.7). |
| SCHOCKETT P | 08/08/07 | 0.70 | TAX WORK RE: PLAN DISCLOSURE STATEMENT (0.7). |
| SCHOCKETT P | 08/09/07 | 3.10 | TAX WORK RE: EPCA (2.7); TAX WORK RE: TAX DISCLOSURE IN PLAN DISCLOSURE STATEMENT (0.4). |
| SCHOCKETT P | 08/10/07 | 4.10 | TAX WORK RE: TAX CONSEQUENCES OF EMERGENCE (4.1). |
| SCHOCKETT P | 08/27/07 | 0.70 | SENIOR STRATEGY CALLS WITH J. WHITSON AND E&Y (0.7). |
| | | **11.30** | |
| **Total Associate** | | **69.30** | |
| **TOTAL TIME** | | **195.80** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Tax Matters**

**Bill Date: 09/30/07**
**Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/03/07 | Copy Center, D | 22.68 |
| In-house Reproduction | 08/07/07 | Copy Center, D | 15.52 |
| In-house Reproduction | 08/10/07 | Copy Center, D | 16.61 |
| In-house Reproduction | 08/14/07 | Copy Center, D | 0.10 |
| In-house Reproduction | 08/17/07 | Copy Center, D | 1.19 |
| In-house Reproduction | 08/21/07 | Copy Center, D | 0.30 |
| In-house Reproduction | 08/21/07 | Copy Center, D | 0.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$57.00** |
| Lexis/Nexis | 08/02/07 | Feinberg AS | 124.00 |
| | | **TOTAL LEXIS/NEXIS** | **$124.00** |
| Westlaw | 08/02/07 | Feinberg AS | 60.12 |
| Westlaw | 08/17/07 | Ramlo K | 473.12 |
| Westlaw | 08/19/07 | Ramlo K | 82.50 |
| Westlaw | 08/20/07 | Ramlo K | 373.26 |
| | | **TOTAL WESTLAW** | **$989.00** |
| Vendor Hosted Telecon-ferencing | 08/06/07 | Teleconferencing Services, LLC | 7.48 |
| Vendor Hosted Telecon-ferencing | 08/08/07 | Teleconferencing Services, LLC | 6.52 |
| Vendor Hosted Telecon-ferencing | 08/13/07 | Teleconferencing Services, LLC | 9.33 |
| Vendor Hosted Telecon-ferencing | 08/15/07 | Teleconferencing Services, LLC | 4.13 |
| Vendor Hosted Telecon-ferencing | 08/17/07 | Teleconferencing Services, LLC | 23.81 |
| Vendor Hosted Telecon-ferencing | 08/20/07 | Teleconferencing Services, LLC | 7.54 |
| Vendor Hosted Telecon-ferencing | 08/20/07 | Teleconferencing Services, LLC | 3.29 |
| Vendor Hosted Telecon-ferencing | 08/20/07 | Teleconferencing Services, LLC | 2.57 |
| Vendor Hosted Telecon-ferencing | 08/23/07 | Conference Plus Inc. | 23.65 |
| Vendor Hosted Telecon-ferencing | 08/27/07 | Teleconferencing Services, LLC | 7.48 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 08/27/07 | Teleconferencing Services, LLC | 5.56 |
| Vendor Hosted Telecon-ferencing | 08/31/07 | Teleconferencing Services, LLC | 6.64 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$108.00** |
| CLR/Disclosure | 08/01/07 | Global Securities | 30.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$30.00** |
| | | **TOTAL MATTER** | **$1,308.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Tax Matters**

**Bill Date: 10/31/07**
**Bill Number: 1182831**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GROSS C | 09/04/07 | 3.00 | WORK RE: GM RELATED TAX MATTERS (2.6); WORK RE: FICA CLAIM (S. GALE) (0.4). |
| GROSS C | 09/05/07 | 3.60 | WORK RE: EMERGENCE TAX PLAN AND RIGHTS OFFERING (3.6). |
| GROSS C | 09/10/07 | 0.40 | PLAN DISCLOSURE TAX WORK (0.4). |
| GROSS C | 09/11/07 | 1.40 | WORK RE: TRADING ORDER SCHEDULE 13D TAX ANALYSIS (0.8); WORK RE: EMERGENCE TAX ANALSYES (0.6). |
| GROSS C | 09/13/07 | 1.40 | WORK RE: J. WHITSON/SENATOR OBAMA LEGISLATIVE PROPOSAL (1.4). |
| GROSS C | 09/14/07 | 1.80 | TAX WORK RE: PLAN (1.8). |
| GROSS C | 09/17/07 | 0.60 | TAX WORK RE: PLAN/RIGHTS TAX ANALYSIS (0.6). |
| GROSS C | 09/28/07 | 1.40 | WORK RE: STEERING STRATEGIC REVIEW/TAX ANALYSIS (S. GALE/J. WHITSON) (1.4). |
| | | **13.60** | |
| **Total Partner** | | **13.60** | |
| SENSENBRENNER EB | 09/05/07 | 4.70 | TAX WORK RE: POR, DISCLOSURE STATEMENT (4.7). |
| SENSENBRENNER EB | 09/10/07 | 0.50 | EMERGENCE PLANNING CONFERENCE CALL WITH J. WHITSON AND OTHERS FROM DELPHI, ERNST & YOUNG (0.5). |
| SENSENBRENNER EB | 09/17/07 | 0.80 | EMERGENCE PLANNING CONFERENCE CALL WITH J. WHITSON, S. GALE AND OTHERS (0.3); TAX ANALYSIS RE: PURCHASE PRICE ALLOCATION RE: STEERING SALE (0.5). |
| SENSENBRENNER EB | 09/20/07 | 1.30 | REVIEW DRAFT S-1 (0.8); REVISE S-1 (0.5). |
| SENSENBRENNER EB | 09/27/07 | 1.70 | TAX ANALYSIS RE: STEERING DISPOSITION (1.7). |
| | | **9.00** | |
| **Total Counsel** | | **9.00** | |
| FEINBERG AS | 09/04/07 | 1.20 | TAX ANALYSIS RE: RESTRUCTURING TRANSACTION (0.7); TAX CALL RE: EMERGENCE PLANNING (0.5). |
| FEINBERG AS | 09/05/07 | 2.80 | TAX ANALYSIS RE: RESTRUCTURING TRANSACTION (1.2); TAX ANALYSIS RE: EMERGENCE PLANNING (1.6). |
| FEINBERG AS | 09/10/07 | 0.30 | TAX ANALYSIS RE: EMERGENCE PLANNING (0.3). |

172

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FEINBERG AS | 09/11/07 | 0.40 | TAX ANALYSIS RE: EMERGENCE PLANNING (0.4). |
| FEINBERG AS | 09/12/07 | 0.60 | TAX ANALYSIS RE: SENATE AMENDMENT (0.6). |
| FEINBERG AS | 09/14/07 | 2.30 | TAX ANALYSIS RE: SENATE AMENDMENT (2.3). |
| FEINBERG AS | 09/17/07 | 1.90 | TAX ANALYSIS RE: ASSET SALE AGREEMENT (1.9). |
| FEINBERG AS | 09/18/07 | 4.00 | TAX ANALYSIS RE: ASSET SALE AGREEMENT (2.6); TAX ANALYSIS RE: RIGHTS OFFERING REGISTRATION STATEMENT (1.4). |
| FEINBERG AS | 09/19/07 | 1.30 | TAX ANALYSIS RE: RIGHTS OFFERING REGISTRATION STATEMENT (1.3). |
| FEINBERG AS | 09/20/07 | 2.10 | TAX ANALYSIS RE: RIGHTS OFFERING REGISTRATION STATEMENT (2.1). |
| FEINBERG AS | 09/23/07 | 1.20 | ANALYSIS RE: RESTRUCTURING MOTION (1.2). |
| FEINBERG AS | 09/24/07 | 2.20 | TAX ANALYSIS RE: RESTRUCTURING MOTION (2.2). |
| FEINBERG AS | 09/25/07 | 4.60 | TAX ANALYSIS AND REVIEW OF RESTRUCTURING MOTION (4.6). |
| FEINBERG AS | 09/26/07 | 0.20 | TAX ANALYSIS RE: RESTRUCTURING MOTION (0.2). |
| FEINBERG AS | 09/27/07 | 1.00 | TAX ANALYSIS RE: EMERGENCE PLANNING (1.0). |
| | | 26.10 | |
| Total Associate | | 26.10 | |
| TOTAL TIME | | 48.70 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Tax Matters**

**Bill Date: 10/31/07**
**Bill Number: 1182831**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/14/07 | Copy Center, D | 3.00 |
| In-house Reproduction | 09/21/07 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$4.00** |
| Lexis/Nexis | 09/11/07 | Bolton IS | 471.09 |
| Lexis/Nexis | 09/17/07 | Bolton IS | 914.93 |
| Lexis/Nexis | 09/18/07 | Feinberg AS | 61.98 |
| | | **TOTAL LEXIS/NEXIS** | **$1,448.00** |
| Westlaw | 09/13/07 | Ramlo K | 275.72 |
| Westlaw | 09/14/07 | Ramlo K | 314.39 |
| Westlaw | 09/17/07 | Feinberg AS | 60.13 |
| Westlaw | 09/17/07 | Bolton IS | 91.63 |
| Westlaw | 09/18/07 | Feinberg AS | 60.13 |
| | | **TOTAL WESTLAW** | **$802.00** |
| Vendor Hosted Telecon-ferencing | 09/04/07 | Teleconferencing Services, LLC | 2.55 |
| Vendor Hosted Telecon-ferencing | 09/10/07 | Teleconferencing Services, LLC | 4.85 |
| Vendor Hosted Telecon-ferencing | 09/17/07 | Teleconferencing Services, LLC | 2.18 |
| Vendor Hosted Telecon-ferencing | 09/24/07 | Teleconferencing Services, LLC | 2.42 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$12.00** |
| CLR/Disclosure | 09/01/07 | Global Securities | 236.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$236.00** |
| | | **TOTAL MATTER** | **$2,502.00** |

B43E