SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-14
GLOBAL SUBSIDIARIES (NON-US)
414.8 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Global Subsidiaries (Non-US)**

Bill Date: 07/31/07
Bill Number: 1168053

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 06/25/07 | 0.40 | REVIEW MATERIALS FROM J. SHEEHAN RE POTENTIAL DASE SETTLEMENT AND BEGIN TO EVALUATE ISSUES AND TIMETABLE RE SAME (0.4). |
| BUTLER, JR. J | 06/28/07 | 0.80 | CONTINUE TO REVIEW MATERIALS RE POTENTIAL DASE SETTLEMENT AND EVALUATE ISSUES RE SAME (0.6); EMAILS FROM/TO J. SHEEHAN AND OTHERS RE DASE SUPPLIER MATTERS (0.2). |
| BUTLER, JR. J | 06/29/07 | 1.20 | CONTINUE TO REVIEW POTENTIAL DASE SETTLEMENT WITH D. SHERBIN, S. CORCORAN AND J. SHEEHAN (0.4); TELECONFERENCE WITH B. ROSENBERG RE: SAME AND TEN DAY FILING CONSENT FOR JULY 19TH OMNIBUS HEARING (0.2); REVIEW MATERIALS RE: SAME (0.6). |
| BUTLER, JR. J | 06/30/07 | 0.80 | CONTINUE TO REVIEW POTENTIAL DASE SETTLEMENT MATERIALS (0.6); EMAILS FROM J. SHEEHAN AND S. CORCORAN RE SAME (0.2). |
| | | **3.20** | |
| HIESTAND NL | 06/08/07 | 2.30 | PREPARE FOR AND ATTEND TELECONFERENCE (2.3). |
| HIESTAND NL | 06/13/07 | 0.30 | ATTEND TO ISSUES RE: DASE/PIERCING CORP. VEIL (0.3). |
| HIESTAND NL | 06/14/07 | 1.10 | PREPARE FOR AND ATTEND TELECONFERENCE RE: LITIGATION AND BANKRUPTCY STRATEGIES FOR DASE (1.1). |
| HIESTAND NL | 06/15/07 | 0.80 | SENIOR STRATEGY TELECONFERENCE (0.8). |
| HIESTAND NL | 06/20/07 | 0.70 | REVIEW AND RESPOND TO Y/S SETTLEMENT DOCUMENT (0.7). |
| HIESTAND NL | 06/21/07 | 0.90 | ATTEND TO NOTICE (0.9). |
| HIESTAND NL | 06/22/07 | 1.10 | FINALIZE NOTICE; REVIEW OTHER MATTERS (1.1). |
| HIESTAND NL | 06/25/07 | 0.90 | ATTEND TO DASE MATTERS (0.9). |
| HIESTAND NL | 06/29/07 | 5.10 | SENIOR CONFERENCE CALL (1.2); PREPARE FOR MEETINGS AND ATTEND TO DUE DILIGENCE RE. LABOUR AGREEMENT, INCLUDING CALLS WITH SPANISH COUNSEL (3.9). |
| HIESTAND NL | 06/30/07 | 3.50 | PREPARE FOR MADRID MEETING BY REVIEWING DOCUMENTS (3.5). |
| | | **16.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOGAN III AL | 06/14/07 | 1.20 | PREPARE FOR AND PARTICIPATE IN STRATEGY SESSION WITH WORKING GROUP CONCERNING DAS (SPAIN) PROCEEDINGS AND PREPARATION FOR POSSIBLE ACTION BY FOREIGN RECEIVERS AND CREDITORS (1.2). |
| HOGAN III AL | 06/18/07 | 0.20 | REVIEW DASE STATUS SUMMARY AND COMMENT ON SAME (0.2). |
| HOGAN III AL | 06/21/07 | 0.30 | REVIEW AND COMMENT ON DASE STRATEGY (0.3). |
| | | **1.70** | |
| MEISLER RE | 06/13/07 | 0.30 | REVIEW AND RESPOND TO CORRESPONDENCE RE: REPATRIATION OF FUNDS (0.3). |
| MEISLER RE | 06/14/07 | 1.20 | ANALYSIS OF DASE SITUATION (0.4); WORKING GROUP TELECONFERENCE WITH M. MCGUIRE, A RODRIGUEZ RE: SAME (0.4); FOLLOW UP RE: SAME (0.1) AND DRAFT SUMMARY RE: SAME (0.2); TELECONFERENCE WITH S. CORCORAN RE: MEXICO TRANSACTION (0.1). |
| MEISLER RE | 06/15/07 | 0.40 | REVIEW AND RESPOND TO CORRESPONDENCE WITH D. SHERBIN RE: DASE (0.1); CONTINUE TO CONSIDER STRATEGIC ISSUES DISCUSSED ON JUNE 14 TELECONFERENCE (0.3). |
| MEISLER RE | 06/17/07 | 0.20 | DRAFT INTERNAL CORRESPONDENCE RE: DASE (0.2). |
| MEISLER RE | 06/18/07 | 0.20 | DRAFT CORRESPONDENCE TO D. SHERBIN RE: DASE (0.2). |
| MEISLER RE | 06/20/07 | 0.20 | REVIEW AND COMMENT ON REQUEST FOR NOTICE RE: RECEIVERS (0.2). |
| MEISLER RE | 06/21/07 | 0.50 | CONTINUE REVIEW OF REVISED NOTICES RE: DASE (0.2); REVIEW RESEARCH RE: DASE DEFENSES (0.2); DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 06/29/07 | 5.20 | ANALYZE DASE SETTLEMENT (1.2); PLANNING RE: SAME (0.3); REVIEW AND COMMENT ON MOTION RE: SAME (2.0); REVIEW AND COMMENT ON INFORMATION UPDATE (1.5); TELECONFERENCES WITH M. MCGUIRE RE: SAME (0.2). |
| MEISLER RE | 06/30/07 | 0.90 | TELECONFERENCE WITH S. CORCORAN RE: DASE (0.1); DRAFT CORRESPONDENCE RE: SAME (0.8). |
| | | **9.10** | |
| **Total Partner** | | **30.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FERN BM | 06/29/07 | 9.40 | REVIEW MATERIALS RE: DASE EQUITY INVESTMENT (1.1); FORMULATE STRATEGY RE: DASE EQUITY INVESTMENT MOTION (1.3); ATTENTION TO ISSUES RE: SAME (0.5); BEGAN DRAFTING DASE MOTION AND ORDER (4.6); CONTINUE DRAFTING DASE FUNDING PLEADINGS (1.9). |
| FERN BM | 06/30/07 | 2.40 | REVISE DASE INVESTMENT MOTION AND ORDER (1.9); REVIEW VARIOUS EMAILS RE: UPDATED INFORMATION ON DASE (0.5). |
| | | **11.80** | |
| HERRIOTT AV | 06/20/07 | 1.30 | RESEARCH AND DRAFT NOTICE RELATED TO DAS ESPANA ISSUE (1.3). |
| HERRIOTT AV | 06/21/07 | 1.00 | REVIEW AND REVISE NOTICE FOR DAS ESPANA (1.0). |
| HERRIOTT AV | 06/22/07 | 0.20 | FOLLOW UP RE: DAS ESPANA ISSUE (0.2). |
| HERRIOTT AV | 06/29/07 | 5.40 | COMPILE AND DRAFT MATERIALS RE: DASE SETTLEMENT FOR CONSTITUENT INFORMATION PURPOSES (5.4). |
| | | **7.90** | |
| PILKINGTON C | 06/01/07 | 0.60 | FINALIZE DASE NOTICE PARTIERS AND COMMUNICATIONS THERETO (0.6). |
| PILKINGTON C | 06/05/07 | 0.90 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.9). |
| PILKINGTON C | 06/06/07 | 1.30 | REVIEW UPDATED TASK LIST/MOTION SUMMARY (1.3). |
| PILKINGTON C | 06/07/07 | 2.10 | REVIEW 18TH OMNIBUS HEARING TRANSCRIPT AND JOINT MEETING OF STATUTORY COMMITTEES MATERIALS (2.1). |
| PILKINGTON C | 06/12/07 | 1.40 | REVIEW REVISED CASE ADMINISTRATION MATERIALS AND UPDATED MOTION SUMMARY/CHECKLIST (1.4). |
| PILKINGTON C | 06/18/07 | 1.30 | DRAFT MOTION FOR DASE RECEIVERS TO BE ADDED TO NOTICE LIST (1.3). |
| PILKINGTON C | 06/19/07 | 1.30 | REVIEW UPDATED TASK LIST AND MOTION/OBJECTION SUMMARY AND CASE ADMINISTRATION MATERIALS (1.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PILKINGTON C | 06/21/07 | 0.40 | REVIEW ISSUE RE: DASE RECEIVERS' NOTICE APPLICATION (0.4). |
| PILKINGTON C | 06/26/07 | 0.90 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.9). |
| PILKINGTON C | 06/29/07 | 0.60 | ATTEND CONFERENCE CALL WITH US RE: DASE PROCESS (0.6). |
| | | 10.80 | |

**Total Associate**          **30.50**

**TOTAL TIME**          <u>**61.20**</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Global Subsidiaries (Non-US)**

**Bill Date: 07/31/07**
**Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 06/13/07 | Telecommunications, D | 6.53 |
| Telephone Expense-ECRS only | 06/19/07 | Telecommunications, D | 3.22 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.28 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.78 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.13 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.05 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.01 |

**TOTAL TELEPHONE EXPENSE-ECRS ONLY**          **$11.00**

**TOTAL MATTER**          **$11.00**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Global Subsidiaries (Non-US)**

Bill Date: 08/31/07
Bill Number: 1178615

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/02/07 | 1.20 | CONTINUE TO REVIEW POTENTIAL DASE SETTLEMENT MATTERS (0.4); REVIEW INFORMATION PRESENTATION RE: SAME (0.2); NUMEROUS EMAILS FROM/TO R. O'NEAL, J. SHEEHAN, D. SHERBIN, S. CORCORAN AND M. MCGUIRE RE: SAME (0.6). |
| BUTLER, JR. J | 07/03/07 | 1.30 | CONTINUE TO REVIEW POTENTIAL DASE SETTLEMENT (0.3); BEGIN TO REVIEW DRAFT MOTION AND ORDER (0.4); EMAILS FROM/TO J. SHEEHAN, A. RODRIGUEZ, S. CORCORAN AND M. MCGUIRE (0.4); EMAILS FROM/TO B. ROSENBERG RE: SAME (0.2). |
| BUTLER, JR. J | 07/05/07 | 0.70 | REVIEW FINAL DASE SETTLEMENT (0.2); CONTINUE TO REVIEW DRAFT MOTION AND ORDER (0.3); EMAILS FROM/TO B. ROSENBERG RE: SAME (0.2). |
| BUTLER, JR. J | 07/06/07 | 0.70 | CONTINUE TO REVIEW DRAFT MOTION AND ORDER (0.4); TELECONFERENCE WITH B. SCHELER RE: SAME (0.1); REVIEW FINAL AGREEMENT (0.2). |
| BUTLER, JR. J | 07/07/07 | 0.90 | EMAIL TO B. SCHELER RE: FINAL DASE AGREEMENT (0.1); CONTINUE TO REVIEW DRAFT MOTION AND ORDER (0.6); EMAILS FROM/TO M. MCGUIRE RE: SAME (0.2). |
| BUTLER, JR. J | 07/08/07 | 0.80 | CONTINUE TO REVIEW AND REVISE DRAFT MOTION AND ORDER (0.8). |
| BUTLER, JR. J | 07/09/07 | 0.40 | REVIEW AND FINALIZE DASE APPROVAL MOTION RE: CADIZ FUNDING (0.3); EMAILS FROM/TO D. SHERBIN, S CORCORAN AND J. SHEEHAN RE: EXHIBIT A (0.1). |
| BUTLER, JR. J | 07/11/07 | 0.20 | REVIEW 2005/2010 CADIZ INDUSTRIAL PLAN (0.2). |
| BUTLER, JR. J | 07/12/07 | 0.70 | CONTINUE TO EVALUATE DASE IMPLEMENTATION MATTERS INCLUDING EMAIL FROM/TO AND TELECONFERENCE WITH J. SHEEHAN (0.4); FOLLOW-UP ON CREDITORS' COMMITTEE AND EQUITY COMMITTEE DUE DILIGENCE MATTERS (0.3). |
| BUTLER, JR. J | 07/13/07 | 0.40 | TELECONFERENCE WITH J. SHEEHAN RE: DASE IMPLEMENTATION MATTERS (0.3); EMAILS FROM/TO B. ROSENBERG RE: CREDITORS' COMMITTEE DECISION TO SUPPORT UAW MOTION (0.1). |
| BUTLER, JR. J | 07/16/07 | 0.20 | EMAILS TO/FROM AND CONFERENCES WITH D. SHERBIN AND J. SHEEHAN RE: DASE SETTLEMENT IMPLEMENTATION AND TIMETABLE (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 07/17/07 | 0.40 | CONTINUE TO FOLLOW-UP ON DASE SETTLEMENT IMPLEMENTATION AND TIMETABLE MATTERS (0.2); EMAILS FROM/TO D. SHERBIN AND M. MCGUIRE RE: SAME (0.2). |
| BUTLER, JR. J | 07/18/07 | 0.30 | CONTINUE TO PREPARE FOR JULY 19TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE DASHI/DASE FUNDING MOTION (0.3). |
| BUTLER, JR. J | 07/19/07 | 0.70 | PREPARE FOR (0.4) AND ATTEND (0.3) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: DASHI/DASE FUNDING MOTION. |

**8.90**

| | | | |
|---|---|---|---|
| HIESTAND NL | 07/02/07 | 14.30 | MEETING IN MADRID WITH UCC COUNSEL TO REVIEW AGREEMENT (1.7); PREPARE FOR SAME (2.8); PREPARE FOR AND MEET WITH RECEIVERS (6.2); FOLLOW UP (3.6). |
| HIESTAND NL | 07/03/07 | 9.40 | REVISE MOTION, ORDER AND AGREEMENT (7.2); CONFERENCE CALLS RE. SAME (2.2). |
| HIESTAND NL | 07/05/07 | 5.60 | CONFERENCE CALLS RE. SETTLMENT REVIEW (3.3); REVISE MOTIONS (2.3). |
| HIESTAND NL | 07/06/07 | 4.50 | SENIOR CALL (1.9); TELECONFERENCE WITH UCC (1.3); REVIEW AND REVISE MOTION (1.3). |
| HIESTAND NL | 07/09/07 | 6.10 | CONFERENCE CALL WITH UCC (1.6); FINALISE MOTIONS (3.1); REVIEW AND REVISE RESOLUTIONS (1.4). |
| HIESTAND NL | 07/10/07 | 1.50 | BEGIN PREPARATIONS FOR MEETING (1.5). |
| HIESTAND NL | 07/11/07 | 6.50 | CONTINUE PREPARATION FOR HEARINGS INCLUDING WORK ON DECLARATIAONS, STIPULATIONS, STRATEGY (4.9); CONTINUE DUE DILIGENCE RESPONSES (1.6). |
| HIESTAND NL | 07/12/07 | 6.50 | REVIEW AND REVISE STIPULATIONS (2.9); ALFONSO STIPULATIONS (1.2); RESOLUTIONS (0.9); BOARD PRESENTATION (0.8); AND RELATED MATTERS (0.7). |
| HIESTAND NL | 07/13/07 | 7.90 | COTNINUE TO WORK ON ALFONSO STIPLUATION, INCLUDING CONFERENCE CALL RE SAME (2.3); FINALIZE STIPULATION (3.4); ATTEND TO FUNDING ISSUES (1.6); TELECONFERENCES RE: SAME (0.6). |
| HIESTAND NL | 07/16/07 | 5.40 | CONTINUE TO WORK ON FUNDING ISSUE (1.8); REVIEW AND REVISE SHEEHAN DECLARATION (1.2); CONFERENCE CALL RE: ALFONSO DECLARATION (0.6); REVIEW AND REVISE 8-K (1.2); CALLS AND CORRESPONDENCE RE: ABOVE (0.6). |
| HIESTAND NL | 07/17/07 | 4.80 | REVIEW 8-K (0.9); CONFERENCE CALL AND FOLLOW UP/PREPARATION FOR FUNDING ISSUES (1.7); REVIEW COMMITTEE PRESENTATION (1.3); CONTINUE TO WORK ON RECEIVERS STIPULATION (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HIESTAND NL      07/18/07      9.10  CONTINUE TO WORK ON FUNDING STIPULATION
                                     (4.9); AND OTHER MATTERS IN PREPARATION
                                     FOR HEARING, INCLUDING REVIEWING AND
                                     REVISING SCRIPT (4.2).

HIESTAND NL      07/19/07      6.90  PREPARE FOR (2.1) AND ATTEND COURT
                                     HEARING (1.9); FOLLOW UP (2.9).

HIESTAND NL      07/20/07      2.30  FOLLOW UP MATTERS RE: STIPULATION WITH
                                     RECEIVERS, COUNSEL (2.3).

HIESTAND NL      07/23/07      0.40  FOLLOW UP TO HEARING (0.4).

HIESTAND NL      07/24/07      0.90  ATTEND TO FOLLOW UP DASE MATTERS (0.9).

HIESTAND NL      07/30/07      0.40  FOLLOW UP ON DASE FUNDING (0.4).

                             92.50

HOGAN III AL     07/09/07      0.40  REVIEW DASE FUNDING MOTION (0.4).

HOGAN III AL     07/10/07      2.40  INVESTIGATE AND LEARN FACTUAL BACKGROUD
                                     RE: DASE FUNDING MOTION, AND INTERVIEW
                                     SPANISH COUNSEL AND POTENTIAL WITNESSES
                                     IN PREPARATION FOR POTENTIAL CONTESTED
                                     HEARING (2.4).

HOGAN III AL     07/11/07      3.20  CONTINUE TO PREPARE FOR DASE FUNDING
                                     MOTION HEARING, INCLUDING CONFERENCE
                                     CALLS WITH COUNSEL AND POTENTIAL
                                     WITNESSES IN SPAIN, AND ANALYSIS OF
                                     RECEIVER JURISDICTIONAL ISSUES
                                     CONTINUE DEVELOPMENT OF DASE HEARING
                                     PREPARATION (3.2).

HOGAN III AL     07/16/07      1.20  CONDUCT FOLLOW-UP CONFERENCE RE:
                                     PREPARATION OF WITNESSES IN DASE
                                     FUNDING MOTION, AND STATUS OF RECEIVERS
                                     JURISDICTIONAL ISSUE (1.2).

                              7.20

MARAFIOTI KA     07/08/07      0.10  CORRESPONDENCE RE: DASE (0.1).

MARAFIOTI KA     07/09/07      2.40  REVIEW AND REVISE DASE FUNDING MOTION
                                     (1.3), ORDER (0.5), AND SETTLEMENT
                                     AGREEMENT (0.3); RELATED
                                     CORRESPONDENCE EXCHANGE WITH CLIENT
                                     (0.3).

MARAFIOTI KA     07/16/07      0.50  REVIEW DASE ERRATA PLEADING (0.2) AND
                                     RESEARCH ISSUES RE: DASE (0.3).

MARAFIOTI KA     07/19/07      0.10  WORK ON DASE NOTICE (0.1).

                              3.10

MEISLER RE       07/06/07      1.70  PREPARE FOR TELECONFERENCE WITH UCC RE:
                                     DASE MOTION (0.7); TELECONFERENCE WITH
                                     UCC RE: SAME (0.5); FOLLOW UP RE: SAME
                                     (0.5).

224                                                                      B43E

MEISLER RE       07/09/07      7.70   TELECONFERENCE WITH M. RIELA, M.
                                      MCGUIRE,  A. RODRIGUEZ, R. ZARZA, AND
                                      LATHAM'S SPANISH COUNSEL RE: DASE
                                      (0.8); REVIEW AND CONSIDER RESOLUTIONS
                                      RE: DASE  (0.2); REVIEW AND REVISE DASE
                                      PLEADINGS (2.0); REVISE DASE PLEADINGS
                                      PER SAME (3.3); REVIEW AND REVISE
                                      RESOLUTIONS RE: SAME (0.6); BEGIN
                                      PLANNING FOR HEARING (0.8).

MEISLER RE       07/10/07      1.80   CONTINUE TO REVIEW AND CONSIDER DASE
                                      MOTION AND EVIDENCE NECESSARY IN
                                      SUPPORT (0.5); REVIEW CORRESPONDENCE TO
                                      CONSIDER SUBSTANCE FOR DECLARATIONS
                                      (0.5); DRAFT CORRESPONDENCE RE: SAME
                                      (0.3); REVIEW AND REVISE BOARD
                                      RESOLUTIONS RE: DASHI (0.5).

MEISLER RE       07/11/07      7.80   PREPARE FOR HEARING RE: DASE (1.5);
                                      TELECONFERENCE WITH A. RODRIGUEZ,  R.
                                      ZARZA RE: DASE HEARING PREP (0.6);
                                      FOLLOW UP RE: SAME (0.1); CONFERENCE
                                      WITH  WORKING GROUP RE: SAME (0.5);
                                      RESPOND TO UCC INQUIRY RE: DASE (0.5);
                                      REVIEW AND CONSIDER RESPONSES TO
                                      MESIROW QUESTIONS (0.2),
                                      TELECONFERENCE WITH J. GUGLIELMO RE:
                                      RESPONDING TO MESIROW QUESTIONS (0.2);
                                      REVIEW AND REVISE DECLARATIONS IN
                                      SUPPORT OF DASE MOTIONS (2.9); REVIEW
                                      AND REVISE STIPULATION OF DASE
                                      RECEIVERS RE: JURISDICTION (1.1);
                                      TELECONFERENCE WITH J. GUGLIELMO RE:
                                      UCC DILIGENCE (0.2).

MEISLER RE       07/12/07      2.60   REVIEW AND COMMENT ON STIPULATION RE:
                                      SUBMISSION TO JURISDICTION (0.3);
                                      TELECONFERENCE WITH J. GUGLIELMO RE:
                                      HEARING PREP (0.1); TELECONFERENCE WITH
                                      J. SHEEHAN RE: ANTICIPATED ERRATA SHEET
                                      (0.1); REVIEW AND COMMENT ON SHEEHAN
                                      DECLARATION (0.8); TELECONFERENCE WITH
                                      R. SLIVINSKI RE: DASE MOTION (0.1);
                                      CONTINUED HEARING PREP (1.0);
                                      TELECONFERENCE WITH D. PURI AND J.
                                      GUGLIELMO RE: FUNDING (0.2);
                                      TELECONFERENCE WITH J. GUGLIELMO RE:
                                      SAME (0.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 07/13/07 | 5.90 | TELECONFERENCE WITH A. RODRIGUEZ, R. ZARZA, M. MCGUIRE, ALFONSO RE: COMMENTS TO DECLARATION (1.3); REVIEW AND RESPOND TO CORRESPONDENCE RE: SAME (0.2); REVIEW AND COMMENT ON REVISED STIPULATION RE: SUBMISSION TO JURISDICTION (0.2); TELECONFERENCE WITH J. GUGLIELMO RE: FUNDING MECHANIC (0.1); REVIEW AND ANALYSIS RE: SAME (0.2); REVIEW AND COMMENT ON REVISED SHEEHAN DECLARATION (0.3); CONTINUE TO REVIEW AND CONSIDER SHEEHAN DECLARATION (2.8); TELECONFERENCE WITH M. RIELA RE: DASE FUNDING MECHANIC (0.2); TELECONFERENCE WITH L. HIESTAND RE: DASE PREP FOR JULY OMNIBUS HEARING (0.6). |
| MEISLER RE | 07/16/07 | 2.00 | WORKING GROUP TELECONFERENCE RE: HEARING PREPARATIONS (0.3); REVIEW AND RESPOND TO CORRESPONDENCE RE: DASE (0.1); CONFERENCE WITH K. LAZARUS RE: APPLICATION OF RULE 6004(G) TO AN UNCONTESTED MATTER (0.1); REVIEW COMMENT TO SHEEHAN DECLARATION (0.3); REVISE FORM 8K PER SAME (0.4); DRAFT CORRESPONDENCE RE: COMMENTS TO FORM 8K AND DASE HEARING PREPARATIONS (0.5); REVIEW AND COMMENT ON ERRATA SHEET (0.2); TELECONFERENCE WITH R. SLIVINSKI RE: DASE (0.1). |
| MEISLER RE | 07/17/07 | 4.60 | TELECONFERENCE WITH A. RODRIGUEZ RE: DASE HEARING PREPARATION (0.5); CONFERENCE WITH J. SHEEHAN RE: DECLARATION (0.3); REVISE SHEEHAN DECLARATION (2.1) AND CONTINUE TO PREPARE FOR HEARING RE: SAME (1.4); REVIEW AND RESPOND TO CORRESPONDENCE RE: DASE (0.3). |
| MEISLER RE | 07/18/07 | 5.10 | CONTINUE TO PREPARE FOR HEARING RE: DASE (2.3); INCORPORATE M. MCGUIRE'S COMMENT TO J. SHEEHAN DECLARATION (0.5); TELECONFERENCE WITH A. RODRIGUEZ AND R. ZARAZA RE: SHEEHAN DECLARATION (0.3); INCORPORATE CHANGES FROM TELECONFERENCE (0.3); REVIEW AND REVISE SCRIPT RE: DASE (1.4); REVIEW AND COMMENT ON DASE ORDER (0.3). |
| MEISLER RE | 07/19/07 | 0.20 | REVIEW FINAL COMMENTS TO DASE ORDER (0.2). |
| MEISLER RE | 07/20/07 | 0.10 | REVIEW ENTERED DASE ORDER (0.1). |
| | | 39.50 | |
| **Total Partner** | | **151.20** | |
| DE ELIZALDE D | 07/05/07 | 1.90 | ANALYSIS OF SPANISH VERSION OF AGREEMENT BETWEEN DASE AND CREDITORS IN THE CONCURSO PREVENTIVO (1.9). |
| DE ELIZALDE D | 07/12/07 | 0.60 | ANALYSIS OF NEWSPAPER ARTICLES IN SPANISH RE: DASE (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DE ELIZALDE D      07/13/07      1.30   ANALYSIS AND TRANSLATION OF NEWS
                                        ARTICLES FROM THE SPANISH PRESS RE:
                                        CLOSING OF FACTORY IN CADIZ AND ITS
                                        IMPACT ON EUROPEAN OPERATIONS (1.3).

                                 3.80

FERN BM            07/02/07      4.20   REVISE DASE FUNDING MOTION AND ORDER
                                        (1.6); REVIEW VARIOUS EMAIL FROM M.
                                        MCGUIRE, S. CORCORAN AND J. SHEEHAN RE:
                                        STATUS OF DASE ISSUES (0.8);  UPDATE
                                        DASE PLEADINGS (0.7); EMAIL TO M.
                                        MCGUIRE AND C. MARTIN RE: SAME (0.2);
                                        ADDTIONAL REVISIONS TO DASE PLEADINGS
                                        (0.6); REVIEW DILIGENCE PRESENTATION
                                        MATERIALS RE: DASE (0.3).

FERN BM            07/03/07      2.70   REVIEW UPDATED INFORMATION RE: DASE
                                        (0.3); ADDITIONAL REVISIONS TO DASE
                                        PLEADINGS (0.5); FORMULATE STRATEGY RE:
                                        DASE (0.5); REVISED DASE MOTION AND
                                        ORDER (1.4).

FERN BM            07/09/07      1.20   REVIEW MATERIALS RE: STATUS OF DASE
                                        (0.4); ATTENTION TO ISSUES RE: DASE
                                        PLEADINGS (0.4); REVIEW DOCUMENTS RE:
                                        DASE FUNDING HISTORY (0.4).

FERN BM            07/10/07      1.90   REVIEW DASE PLEADINGS AND EXHIBITS
                                        (0.4); REVISE 10-Q RE: DASE (1.5).

                                10.00

HERRIOTT AV        07/02/07      3.10   ASSEMBLE MATERIALS FOR DILIGENCE
                                        RELATING TO DASE FUNDING MOTION (3.1).

HERRIOTT AV        07/03/07      1.70   ASSIST WITH DILIGENCE MATTERS RELATED
                                        TO DASE FUNDING MOTION (1.7).

HERRIOTT AV        07/05/07      4.40   REVIEW AND REVISE DASE FUNDING MOTION
                                        (4.4).

HERRIOTT AV        07/06/07      5.80   REVIEW AND REVISE DASE FUNDING MOTION
                                        (5.3); PARTICIPATE IN CONFERENCE CALL
                                        WITH M. BROUDE, B. ROSENBERG, M. MCGUIRE
                                        RE: DASE FUNDING MOTION (0.5).

HERRIOTT AV        07/09/07      8.50   REVIEW, REVISE, AND PREPARE FOR FILING
                                        DASE FUNDING MOTION AND ORDER (8.5).

HERRIOTT AV        07/10/07      0.90   BEGIN DRAFTING DECLARATION FOR J.
                                        SHEEHAN FOR DASE FUNDING MOTION (0.7);
                                        CONDUCT FOLLOW UP FROM FILING OF DASE
                                        MOTION (0.2).

HERRIOTT AV        07/11/07      8.70   CONDUCT FOLLOW UP FROM DASE FUNDING
                                        MOTION (1.6); CONTINUE DRAFTING,
                                        REVIEWING AND REVISING J. SHEEHAN
                                        DECLARATION RE: DASE FUNDING MOTION
                                        (6.6); REVIEW AND REVISE EXHIBIT LIST
                                        FOR DASE FUNDING MOTION (0.5).

HERRIOTT AV        07/12/07      4.20   CONDUCT FOLLOW UP FROM DASE FUNDING
                                        MOTION (0.9); REVIEW AND REVISE J.
                                        SHEEHAN DECLARATION FOR DASE FUNDING
                                        MOTION (3.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HERRIOTT AV | 07/13/07 | 0.30 | REVIEW AND REVISE J. SHEEHAN DECLARATION (0.1); CONDUCT MISCELLANEOUS FOLLOW UP RE: DASE FUNDING MOTION (0.2). |
| HERRIOTT AV | 07/15/07 | 0.30 | REVIEW AND RESPOND TO CORRESPONDENCE RE: DASE FUNDING MOTION (0.3). |
| HERRIOTT AV | 07/16/07 | 2.10 | DRAFT, REVISE, AND FILE ERRATA SHEET FOR DASE FUNDING MOTION (1.8); FOLLOW UP RE: DASE FUNDING MOTION (0.3). |
| HERRIOTT AV | 07/17/07 | 1.80 | REVISE SCRIPT FOR DASE FUNDIGN MOTION (0.5); REVIEW RESOLUTIONS FOR DASE (0.2); REVISE J. SHEEHAN DECLARATION (0.7); ASSIST WITH HEARING PREPARATION RE: DASE (0.4). |
| HERRIOTT AV | 07/18/07 | 3.40 | PREPARE DOCUMENTS FOR DASE HEARING (0.3); PARTICIPATE IN TELECONFERENCE REGARDING MATTERS RELATED TO DASE DECLARATION WITH M. MCGUIRE AND N. FRANKLIN (0.5); PARTICIPATE IN TELECONFERENCE WITH GARRIGUES RE: DASE DECLARATION (0.4); REVIEW AND REVISE SHEEHAN DECLARATION (0.8); ADDITIONAL FOLLOW UP FROM TELECONFERENCES RELATED TO DASE (1.4). |
| HERRIOTT AV | 07/19/07 | 0.90 | REVIEW DASE ORDER (0.1); DRAFT DASE NOTICE OF FILING (0.8). |
| | | **46.10** | |
| PILKINGTON C | 07/03/07 | 0.60 | REVIEW DASE PRESENTATION AND RELATED ISSUES (0.6). |
| PILKINGTON C | 07/10/07 | 0.90 | REVIEW REVISED CASE ADMINISTRATION MATERIALS AND UPDATED MOTIONS SUMMARY (0.9). |
| PILKINGTON C | 07/24/07 | 1.40 | REVIEW REVISED CASE ADMINISTRATION MATERIALS AND REVISED MOTIONS LIST/TRACK UPDATE LIST (1.4). |
| PILKINGTON C | 07/27/07 | 1.40 | ATTEND SENIOR STRATEGY CALL RE: DASE (1.4). |
| PILKINGTON C | 07/31/07 | 1.10 | REVIEW UPDATED MOTION/OBJECTION SUMMARY AND REVISED CASE ADMINISTRATION MATERIALS (1.1). |
| | | **5.40** | |
| ~~PLATT SJ~~ | ~~07/09/07~~ | ~~1.50~~ | ~~REVISE DASE FUNDING MOTION (1.5).~~ |
| | | ~~1.50~~ | |
| SAMOLE RM | 07/09/07 | 6.20 | BEGIN REVIEWING DOCUMENTS RE: DASE FUNDING (3.2); BEGIN DRAFTING A. FAUBEL DECLARATION (3.0). |
| SAMOLE RM | 07/10/07 | 10.10 | REVISE A.FAUBEL DECLARATION AND RELATED DOCUMENTS (10.1). |

B43E

| | | | |
|---|---|---|---|
| SAMOLE RM | 07/11/07 | 11.70 | REVISE DASE FUNDING DOCUMENTS, INCLUDING. A. FAUBEL DECLARATION (11.7). |
| SAMOLE RM | 07/12/07 | 2.70 | BEGIN GATHERING FACTS RE: LEGAL ENTITY STRUCTURE IN BRAZIL AND POLAND (2.2); REVIEW 8K RE: CADIZ (0.5). |
| SAMOLE RM | 07/13/07 | 9.80 | TELECONFERENCE WITH CLIENT (1.1); REVISE A. FAUBEL DECLARATION (2.1); REVISE SHEEHAN DECLARATION (1.0); PREPARE SCRIPT AND PROFFER FOR DASE FUNDING MOTION (4.1); REVIEW AND REVISE CADIZ 8-K (1.5). |
| SAMOLE RM | 07/16/07 | 8.10 | TELECONFERENCE WITH INTERNATIONAL COUNSEL, ET AL. (0.3); REVISE A. FAUBEL DECLARATION (4.5); REVISE CADIZ 8-K (2.2); REVISE DASE FUNDING ORDER (1.1). |
| SAMOLE RM | 07/17/07 | 9.20 | REVISE DASE FUNDING ORDER (0.5); REVISE 8-K (2.1); REVISE DASE MOTION SCRIPT (2.8); REVISE SHEEHAN DECLARATION (1.9), AND PROFFER (0.6); TELECONFERENCE WITH M. RIELA RE: DASE FUNDING ORDER (0.2); REVIEW 8 EXHIBITS RE: DASE FUNDING MOTION (1.1). |
| SAMOLE RM | 07/18/07 | 8.50 | REVISE DASE FUNDING SCRIPT AND PROFFER (4.1); REVISE 8K (1.9); TELECONFERENCE WITH A. KULIKOWSKI RE: SAME (0.2); REVIEW COMMENTS FROM COMPANY RE: SAME (0.9); REVISE DASE FUNDING ORDER (0.3); REVISE SHEEHAN DECLARATION (1.1). |
| SAMOLE RM | 07/19/07 | 6.50 | GATHER EXHIBITS FOR FINAL DASE FUNDING ORDER (0.3); ANALYZE DOCUMENTS RE: PROPOSED DEBT RESTRUCTURING TRANSACTION (6.2). |
| SAMOLE RM | 07/20/07 | 7.50 | REVIEW PRECEDENT RE: CORP. RESTR. (1.6); BEGIN DRAFTING MOTION RE: DEBT RESTRUCTURING TRANSACTION (5.9). |
| SAMOLE RM | 07/23/07 | 2.40 | CONTINUE WORK RE: DEBT RESTRUCTURING TRANSACTION (2.4). |
| SAMOLE RM | 07/24/07 | 2.60 | CONTINUE DRAFTING DEBT RESTRUCTURING TRANSACTION MOTION (2.6). |
| SAMOLE RM | 07/26/07 | 3.50 | CONTINUE WORK RE: DEBT RESTRUCTURING TRANSACTION (3.5). |
| SAMOLE RM | 07/27/07 | 7.60 | CONTINUE DRAFTING MOTION RE: RESTRUCTURING DISCLOSURE TRANSACTION (7.6). |
| | | 96.40 | |
| VAN GELDER A | 07/11/07 | 9.40 | REVIEW MATERIALS RELEVANT TO DASE FUNDING MOTION (1.3); CONFER WITH WORKING GROUP RE: DECLARATIONS AND STIPULATION (0.5); DRAFT JOINT STIPULATION ON JURISDICTION (3.5); DRAFT EXHIBIT LIST (1.3); REVIEW AND EDIT FAUBEL DECLARATION (2.8). |

229                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| VAN GELDER A | 07/13/07 | 1.00 | UPDATE DASE FUNDING MOTION EXHIBIT LIST AND REVIEW EMAIL CORRESPONDENCE IN CONNECTION WITH THE SAME (0.5); REVIEW SHEEHAN DECLARATION (0.5). |
| | | **10.40** | |
| **Total Associate** | | **173.60** | |
| ~~DEMMA J~~ | ~~07/09/07~~ | ~~2.20~~ | ~~PREPARE NOTICE OF HEARING FOR DELPHI AUTO FUNDING MOTION (0.6); PREPARE/FILE DELPHI AUTO FUNDING MOTION (1.6).~~ |
| ~~DEMMA J~~ | ~~07/19/07~~ | ~~0.60~~ | ~~PREPARE/FILE NOTICE OF FILING FOR DASE RECEIVERS (0.6).~~ |
| | | ~~2.80~~ | |
| ~~Total Legal Assistant~~ | | ~~2.80~~ | |
| **TOTAL TIME** | | **327.60** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Global Subsidiaries (Non-US)**

**Bill Date: 08/31/07**
**Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/02/07 | Hiestand NL | 1,543.10 |
| Air/Rail Travel - vendor feed | 07/03/07 | Hiestand NL | 1,103.92 |
| Air/Rail Travel - vendor feed | 07/03/07 | Hiestand NL | 1,094.64 |
| Air/Rail Travel - vendor feed | 07/03/07 | Hiestand NL | -1,094.64 |
| Air/Rail Travel - vendor feed | 07/16/07 | Hiestand NL | 9,619.19 |
| Air/Rail Travel - vendor feed | 07/16/07 | Hiestand NL | -210.17 |
| Air/Rail Travel - vendor feed | 07/16/07 | Hiestand NL | -9,364.02 |
| Air/Rail Travel - vendor feed | 07/17/07 | Samole RM | 1,171.47 |
| Air/Rail Travel - vendor feed | 07/17/07 | Samole RM | -1,126.48 |
| Air/Rail Travel - vendor feed | 07/21/07 | Hiestand NL | 5,050.41 |
| Air/Rail Travel - vendor feed | 07/21/07 | Hiestand NL | -5,050.41 |
| Air/Rail Travel - vendor feed | 07/22/07 | Hiestand NL | 5,195.39 |
| Air/Rail Travel - vendor feed | 07/22/07 | Hiestand NL | -5,150.40 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,782.00** |
| In-house Reproduction | 07/13/07 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Telephone Expense-ECRS only | 07/16/07 | Telecommunications, D | 5.39 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.22 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.14 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.03 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.01 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.01 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 7.61 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 7.27 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 1.50 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.12 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.70 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$23.00** |
| Westlaw | 07/13/07 | Lazaroff KA | 335.00 |
| Westlaw | 07/15/07 | Samole RM | 694.00 |
| | | **TOTAL WESTLAW** | **$1,029.00** |
| Reproduction - color | 07/01/07 | Copy Center, D | 171.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$171.00** |
| Vendor Hosted Telecon-ferencing | 07/15/07 | Teleconferencing Services, LLC | 15.04 |
| Vendor Hosted Telecon-ferencing | 07/18/07 | Teleconferencing Services, LLC | 4.66 |
| Vendor Hosted Telecon-ferencing | 07/18/07 | Teleconferencing Services, LLC | 1.31 |
| Vendor Hosted Telecon-ferencing | 07/18/07 | Teleconferencing Services, LLC | 2.99 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$24.00** |
| Air/Rail Travel (external) | 07/17/07 | Reed & Mackay Travel Ltd | 9,041.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$9,041.00** |
| Out-of-Town Travel | 07/20/07 | Hiestand NL | 2,279.01 |
| Out-of-Town Travel | 07/21/07 | Hiestand NL | 59.99 |
| Out-of-Town Travel | 07/21/07 | Hiestand NL | 10.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,349.00** |
| Out-of-Town Meals | 07/17/07 | Meisler RE | 28.05 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 07/18/07 | Hiestand NL | 41.01 |
| Out-of-Town Meals | 07/18/07 | Hiestand NL | 5.25 |
| Out-of-Town Meals | 07/18/07 | Meisler RE | 26.77 |
| Out-of-Town Meals | 07/19/07 | Hiestand NL | 88.12 |
| Out-of-Town Meals | 07/19/07 | Hiestand NL | 65.54 |
| Out-of-Town Meals | 07/19/07 | Hiestand NL | 4.66 |
| Out-of-Town Meals | 07/19/07 | Hiestand NL | 4.54 |
| Out-of-Town Meals | 07/20/07 | Hiestand NL | 68.40 |
| Out-of-Town Meals | 07/20/07 | Hiestand NL | 8.06 |
| Out-of-Town Meals | 07/21/07 | Hiestand NL | 8.06 |
| Out-of-Town Meals | 07/31/07 | Meisler RE | 4.54 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$353.00** |
| Wireless - Mo-bile/Cellular/Pager | 06/29/07 | Hiestand NL | 76.80 |
| Wireless - Mo-bile/Cellular/Pager | 07/31/07 | Hiestand NL | 304.20 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$381.00** |
| | | **TOTAL MATTER** | **$16,154.00** |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                          **Bill Date: 09/30/07**
**Global Subsidiaries (Non-US)**                      **Bill Number: 1181367**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 08/21/07 | 1.00 | ANALYZE ISSUES RE: POLISH AND BRAZILIAN RESTRUCTURINGS AND OFFSHORE FINANCINGS (1.0). |
| | | **1.00** | |
| **Total Partner** | | **1.00** | |
| PILKINGTON C | 08/07/07 | 1.10 | REVIEW REVISED MOTION/OBJECTION SUMMARY AND CASE ADMINISTRATION MATERIALS (1.1). |
| PILKINGTON C | 08/14/07 | 1.30 | REVIEW CASE ADMINISTRATION MATERIALS (0.6) AND UPDATED MOTION / OBJECTION SUMMARY (0.7). |
| PILKINGTON C | 08/21/07 | 1.10 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.5) AND UPDATE MOTION SUMMARY (0.6). |
| PILKINGTON C | 08/23/07 | 3.10 | REVIEW PRESENTATION MATERIAL OF MEETING OF DELPHI STATUTORY COMMITTEES (09/08/07) (1.9); REVIEW JULY 2007 MOR AND SUMMARY OF DASE CONCUSSO PROCEEDINGS (1.2). |
| PILKINGTON C | 08/24/07 | 1.10 | RESEARCH RE: DASE CONSURSO PROCESS (1.1). |
| PILKINGTON C | 08/28/07 | 0.70 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.7). |
| | | **8.40** | |
| SAMOLE RM | 08/03/07 | 2.00 | REVISE TAX RESTRUCTURING MOTION (2.0). |
| SAMOLE RM | 08/20/07 | 7.10 | CONTINUE DRAFTING TAX RESTRUCTURING MOTION (5.1); REVIEW MATERIALS RE: NEW PROPOSED EUROPEAN TRANSACTIONS (2.0). |
| SAMOLE RM | 08/21/07 | 0.20 | TELECONFERENCE WITH FTI RE: STATUS OF CORP. REORG MOTION (0.2). |
| | | **9.30** | |
| **Total Associate** | | **17.70** | |
| **TOTAL TIME** | | <u>**18.70**</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Global Subsidiaries (Non-US)**

**Bill Date: 09/30/07**
**Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/03/07 | Copy Center, D | 2.00 |
| In-house Reproduction | 08/03/07 | Copy Center, D | 26.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$28.00** |
| Telephone Expense-ECRS only | 08/09/07 | Telecommunications, D | 44.00 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$44.00** |
| Reproduction - color | 08/30/07 | Copy Center, D | 15.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$15.00** |
| | | **TOTAL MATTER** | **$87.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                              **Bill Date: 10/31/07**
**Global Subsidiaries (Non-US)**                         **Bill Number: 1182831**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HIESTAND NL | 09/07/07 | 0.90 | ATTEND TO ISSUES RE: PLAN, ETC (0.9). |
| HIESTAND NL | 09/11/07 | 1.30 | REVIEW COMMITTEE AND BOARD MEETINGS (1.3). |
| HIESTAND NL | 09/12/07 | 0.90 | COMPLETE REVIEW OF MALWARE (0.9). |
| HIESTAND NL | 09/14/07 | 1.30 | PREPARE FOR AND ATTEND SENIOR CALL (1.3). |
| HIESTAND NL | 09/17/07 | 0.60 | ATTENTION TO VARIOUS MATTERS (0.6). |
| HIESTAND NL | 09/25/07 | 0.50 | REVIEW PENSION ISSUES (0.5). |
|  |  | **5.50** |  |
| **Total Partner** |  | **5.50** |  |
| PILKINGTON C | 09/05/07 | 0.90 | REVIEW REVISED CASE ADMINISTRATION MATERIALS AND UPDATED MOTION SUMMARY (0.9). |
| PILKINGTON C | 09/11/07 | 1.00 | REVIEW REVISED CASE ADMINISTRATION MATERIALS AND UPDATED TASK LIST (1.0). |
| PILKINGTON C | 09/18/07 | 1.10 | REVIEW/ANALYSIS REVISED CASE ADMINISTRATION MATERIALS, TOGETHER WITH ONGOING TASK LIST/CALENDAR AND ASSOCIATED ISSUES (1.1). |
| PILKINGTON C | 09/21/07 | 0.20 | REVIEW FORTHCOMING MOTIONS/OBJECTIONS LIST (0.2). |
| PILKINGTON C | 09/25/07 | 2.40 | REVIEW REVISED CASE ADMINISTRATION MATERIALS AND UPDATED TASK LIST/ISSUES (0.9); RESEARCH/ADVICE RE. DEOC PENSION SCHEME, PREVIOUS PUBLIC COMMUNICATIONS AND REQUIREMENT OF DELPHI TO MAKE CASH INJECTIONS INTO THE SAME; RESEARCH THERETO (1.5). |
| PILKINGTON C | 09/26/07 | 0.50 | REVIEW MOR SUMMARY OF DASE AND CONCURSO PROCESS AND ADVICE THERETO (0.5). |
|  |  | **6.10** |  |
| **Total Associate** |  | **6.10** |  |
| **TOTAL TIME** |  | **11.60** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 10/31/07**
**Global Subsidiaries (Non-US)**                               **Bill Number: 1182831**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Wireless - Mo-bile/Cellular/Pager | 09/30/07 | Hiestand NL | 77.00 |
| | | **TOTAL WIRELESS -**<br>**MOBILE/CELLULAR/PAGER** | **$77.00** |
| | | **TOTAL MATTER** | **$77.00** |