SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
          In re                                    :      Chapter 11
                                                    :
DELPHI CORPORATION, et al.,        :      Case No. 05–44481 (RDD)
                                                    :
                         Debtors.     :      (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-15
RETENTION / FEE MATTERS (SASM&F)
536.7 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  
Retention /Fee Matters (SASM&F)

Bill Date: 07/31/07  
Bill Number: 1168053

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 06/01/07 | 1.20 | CONTINUE TO REVIEW MONTHLY COMPENSATION PACKAGE FOR APRIL, 2007 (0.8); CONTINUE TO REVIEW DELPHI FEE REVIEW COMMITTEE MATERIALS AND ANALYSIS OF SAME RE: FOURTH FEE APPLICATION (0.4). |
| BUTLER, JR. J | 06/02/07 | 1.80 | CONTINUE TO REVIEW MONTHLY COMPENSATION PACKAGE FOR APRIL, 2007 (1.2); CONTINUE TO REVIEW DELPHI FEE REVIEW COMMITTEE MATERIALS AND ANALYSIS OF SAME RE: FOURTH FEE APPLICATION (0.6). |
| BUTLER, JR. J | 06/04/07 | 1.00 | COMPLETE WORK ON MONTHLY COMPENSATION PACKAGE FOR APRIL, 2007 (0.6); DRAFT TRANSMITTAL LETTER RE: SAME (0.2); REVIEW FEE COMMITTEE LETTER AND RELATED MATERIALS (0.2). |
| BUTLER, JR. J | 06/12/07 | 0.60 | DRAFT AND FINALIZE SKADDEN RESPONSE TO JOINT FEE COMMITTEE PRELIMINARY REPORT ON SKADDEN'S FOURTH FEE APPLICATION (0.6). |
|  |  | **4.60** |  |
| **Total Partner** |  | **4.60** |  |
| GARTNER M | 06/01/07 | 9.20 | PERFORM DISCLOSURE RESEARCH AND ANALYSIS FOR OMNI 12 AND 13 RESPONSES (2.4); REVIEW SKADDEN MONTHLY COMPENSATION PACKAGE FOR APRIL (6.8). |
| GARTNER M | 06/04/07 | 4.30 | PERFORM DISCLOSURE RESEARCH (0.7); MEET AND CORRESPOND WITH WORKING GROUP RE: ONGOING DISCLOSURES (2.2); REVIEW AND GATHER MATERIALS FOR SIXTH SUPPLEMENTAL DECLARATION (1.4). |
| GARTNER M | 06/05/07 | 3.40 | DISCUSS, ORGANIZE AND PERFORM ONGOING DISCLOSURE RESEARCH FOR SIXTH SUPPLEMENTAL DECLARATION, AND CREATE CHART TO TRACK RESULTS (3.4). |
| GARTNER M | 06/12/07 | 3.60 | PERFORM DISCLOSURE RESEARCH AND UPDATE DISCLOSURE TRACKING CHARTS (3.6). |
| GARTNER M | 06/13/07 | 1.20 | PERFORM DISCLOSURE RESEARCH AND CORRESPONDENCE RE: SAME (1.2). |
| GARTNER M | 06/21/07 | 1.10 | PERFORM DISCLOSURE RESEARCH AND ANALYSIS (1.1). |
| GARTNER M | 06/25/07 | 3.50 | PERFORM DISCLOSURE RESEARCH AND ANALYSIS (1.4); ANALYZE AND CHART DISCLOSURE RESULTS FOR SIXTH SUPPLEMENTAL DECLARATION (2.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GARTNER M | 06/26/07 | 5.60 | PERFORM DISCLOSURE RESEARCH AND CORRESPONDENCE RE: SAME (2.2); UPDATE DISCLOSURE RESULTS IN CHART AND CREATE NEW CHART FOR SIXTH SUPPLEMENTAL DISCLOSURE (3.4). |
| | | **31.90** | |
| ~~HILL LF~~ | ~~06/28/07~~ | ~~1.20~~ | ~~REVIEW CASE ADMINISTRATION FEE APPLICATION INFORMATION (1.2).~~ |
| | | ~~1.20~~ | |
| HOUSTON BM | 06/04/07 | 4.30 | PARTICIPATE IN WORKING GROUP RE: DISCLOSURE REQUIREMENTS (0.6); REVIEW DISCLOSURE RESEARCH FOR SUPPLEMENTAL DISCLOSURE (3.7). |
| HOUSTON BM | 06/05/07 | 4.20 | REVIEW RESEARCH RESULTS FOR SUPPLEMENTAL DISCLOSURE (4.2). |
| HOUSTON BM | 06/06/07 | 2.10 | PARTICIPATE IN WORKING GROUP RE: ORGANIZATIONAL APPROACH TO SUPPLEMENTAL DISCLOSURE (0.5); REVIEW RESEARCH RESULTS FOR SUPPLEMENTAL DISCLOSURE (1.6). |
| HOUSTON BM | 06/08/07 | 1.70 | PARTICIPATE IN WORKING GROUP RE: TIMING OF SUPPLEMENTAL DISCLOSURE (0.6); REVIEW RESEARCH RESULTS FOR SUPPLEMENTAL DISCLOSURE (1.1). |
| HOUSTON BM | 06/14/07 | 2.10 | REVIEW RESEARCH RESULTS FOR SUPPLEMENTAL DISCLOSURE (2.1). |
| HOUSTON BM | 06/17/07 | 1.80 | ANALYZE RESEARCH RESULTS FOR SUPPLEMENTAL DISCLOSURE (1.8). |
| HOUSTON BM | 06/20/07 | 4.80 | ANALYZE RESEARCH RESULTS FOR SUPPLEMENTAL DISCLOSURE (3.2); BEGIN DRAFTING SUMMARY REPORT OF ANALYSIS (1.6). |
| HOUSTON BM | 06/21/07 | 2.90 | REVIEW RESEARCH RESULTS FOR SUPPLEMENTAL DISCLOSURE (1.7); SUPPLEMENT ANALYSIS REPORT (1.2). |
| HOUSTON BM | 06/26/07 | 2.10 | REVIEW AND ANALYZE RESEARCH RESULTS RE: SUPPLEMENTAL DISCLOSURE (2.1). |
| | | **26.00** | |
| PERL MW | 06/18/07 | 2.80 | REVIEW SKADDEN'S FOURTH INTERIM FEE APPLICATION (0.4) AND DRAFT SCRIPT FOR HEARING RE: SAME (1.2); REVIEW AND PROVIDE COMMENTS TO CHARTS FOR DETAILED DESCRIPTION OF WORK PERFORMED FOR HEARING PREPARATION (1.2). |
| PERL MW | 06/26/07 | 3.80 | BEGIN TO COORDINATE DRAFTING OF SKADDEN'S FIFTH INTERIM FEE APPLICATION, INCLUDING REVIEW OF FOURTH INTERIM APPLICATION (3.8). |
| | | **6.60** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PLATT SJ | 06/12/07 | 1.80 | REVIEW DISCLOSURE RESEARCH FOR SIXTH SUPPLEMENTAL DECLARATION (1.8). |
| PLATT SJ | 06/25/07 | 2.80 | REVIEW DISCLOSURE RESEARCH IN PREPARATION FOR SIXTH SUPPLEMENTAL DECLARATION (2.8). |
| PLATT SJ | 06/26/07 | 1.80 | REVIEW DISCLOSURE RESEARCH IN PREPARATION FOR SIXTH SUPPLEMENTAL DECLARATION (1.8). |
| PLATT SJ | 06/27/07 | 2.00 | CONTINUE DISCLOSURE RESEARCH IN PREPARATION FOR SIXTH SUPPLEMENTAL DECLARATION (2.0). |
| PLATT SJ | 06/28/07 | 1.00 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH WORKING GROUP RE: SIXTH SUPPLEMENTAL DISCLOSURE (1.0). |
| | | **9.40** | |
| **Total Associate** | | **75.10** | |
| ~~CHAVALI A~~ | ~~06/27/07~~ | ~~1.60~~ | ~~ASSIST WITH FIFTH INTERIM FEE APPLICATION DATA COLLECTION (1.6).~~ |
| ~~CHAVALI A~~ | ~~06/29/07~~ | ~~2.50~~ | ~~ASSIST WITH COLLECTING DATA FOR THE FIFTH INTERIM FEE APPLICATION (2.5).~~ |
| | | ~~4.10~~ | |
| DONNELLY NP | 06/15/07 | 8.30 | ASSEMBLE CHART/INDEX OF SKADDEN FEES DURING 4TH FEE APPLICATION (8.3). |
| | | **8.30** | |
| ZSOLDOS AF | 06/01/07 | 1.10 | CHECK DISCLOSURE ENTITIES AGAINST THOSE PREVIOUSLY RUN (0.6); RUN DISCLOSURE SEARCHES (0.5). |
| ZSOLDOS AF | 06/07/07 | 2.60 | ORGANIZE DISCLOSURE RESULTS (2.6). |
| ZSOLDOS AF | 06/13/07 | 1.30 | UPDATE DISCLOSURE MASTER LIST(1.3). |
| ZSOLDOS AF | 06/26/07 | 2.00 | UPDATE MASTER DISCLOSURE LIST IN PREPARATION FOR SIXTH (A) SUPPLEMENTAL CHECK (2.0). |
| ZSOLDOS AF | 06/27/07 | 1.60 | RUN DISCLOSURE SEARCHES (0.5); UPDATE MASTER INDEX WITH SEARCHES RUN RECENTLY (1.1). |
| ZSOLDOS AF | 06/28/07 | 3.70 | ORGANIZE DISCLOSURE CHART REFLECTING TYPE OF ENTITY RUN (3.7). |
| | | **12.30** | |
| **Total Legal Assistant** | | **24.70** | |
| **TOTAL TIME** | | **104.40** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  
Retention /Fee Matters (SASM&F)

Bill Date: 07/31/07  
Bill Number: 1168053

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/08/07 | Copy Center, D | 35.46 |
| In-house Reproduction | 06/22/07 | Copy Center, D | 64.54 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$100.00** |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.54 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 1.17 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.18 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.08 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$2.00** |
| Messengers/ Courier | 06/07/07 | OSMIO | 12.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$12.00** |
| | | **TOTAL MATTER** | **$114.00** |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

Delphi Corporation (DIP)                              Bill Date: 08/31/07
Retention /Fee Matters (SASM&F)                       Bill Number: 1178615

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 07/09/07 | 0.70 | REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR MONTH ENDED MAY, 2007 (0.7). |
| BUTLER, JR. J | 07/22/07 | 1.10 | REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR MONTH ENDED MAY, 2007 (1.1). |
| BUTLER, JR. J | 07/26/07 | 2.40 | REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR MONTH ENDED MAY, 2007 (1.8); BEGIN TO REVIEW AND REVISE FIFTH SUPPLEMENTAL DISCLOSURE AFFIDAVIT (0.6). |
| BUTLER, JR. J | 07/27/07 | 1.40 | CONTINUE TO WORK ON MONTHLY COMPENSATION PACKAGE FOR MONTH ENDED MAY, 2007 (0.6); CONTINUE TO REVIEW AND REVISE FIFTH SUPPLEMENTAL DISCLOSURE AFFIDAVIT (0.8). |
| BUTLER, JR. J | 07/30/07 | 2.90 | REVIEW AND FINALIZE FIFTH SUPPLEMENTAL DISCLOSURE AFFIDAVIT (0.3); REVIEW AND FINALIZE FIFTH FEE APPLICATION (2.6). |
| BUTLER, JR. J | 07/31/07 | 2.20 | REVIEW AND FINALIZE MONTHLY COMPENSATION PACKAGE FOR MONTH ENDED MAY, 2007 INCLUDING TRANSMITTAL LETTER (0.6); BEGIN TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR MONTH ENDED JUNE, 2007 (1.2); FINALIZE FIFTH SUPPLEMENTAL DISCLOSURE AFFIDAVIT (0.2); FINALIZE FIFTH FEE APPLICATION AND REVIEW AND FINALIZE CERTIFICATION (0.2). |
| | | **10.70** | |
| MARAFIOTI KA | 07/26/07 | 0.60 | WORK ON 5TH SUPPLEMENTAL DECLARATION UNDER RULES 2014 AND 2016 (0.6). |
| MARAFIOTI KA | 07/30/07 | 3.60 | REVIEW AND REVISE 5TH INTERIM FEE APPLICATION (3.6). |
| MARAFIOTI KA | 07/31/07 | 0.50 | REVIEW 5TH INTERIM FEE APPLICATION REVISIONS (0.3); REVIEW CERTIFICATION (0.2). |
| | | **4.70** | |
| MEISLER RE | 07/11/07 | 0.50 | REVIEW J. BUTLER 5TH SUPPLEMENTAL DECLARATION (0.5). |
| MEISLER RE | 07/24/07 | 2.10 | REVIEW AND COMMENT ON 5TH SUPP DECLARATION (1.2); REVIEW DISCLOSURE RESEARCH RE: SAME (0.9). |
| MEISLER RE | 07/25/07 | 6.20 | CONTINUE TO REVIEW DISCLOSURE RESEARCH RE: 5TH SUPP DECLARATION (0.8); CONTINUE TO REVIEW DECLARATION (1.8); BEGIN TO REVIEW 5TH INTERIM FEE APPLICATION (3.6). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 07/26/07 | 1.20 | CONTINUE TO REVIEW DECLARATION RESEARCH RE: 5TH SUPPLEMENTAL DECLARATION (0.5); CONTINUE TO REVIEW DECLARATION RE: SAME (0.3); CONTINUE TO WORK ON FEE APPLICATION (0.4). |
| MEISLER RE | 07/27/07 | 1.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: 5TH INTERIM FEE APPLICATION (0.1); CONTINUE TO REVIEW AND COMMENT ON 5TH INTERIM FEE APPLICATION (1.1). |
| MEISLER RE | 07/28/07 | 0.20 | REVIEW AND COMMENT ON FEE APPLICATION (0.2). |
| MEISLER RE | 07/30/07 | 6.50 | CONTINUE TO REVIEW AND COMMENT ON FEE APPLICATION (6.2); FINALIZE COMMENTS TO DECLARATION (0.3). |
| MEISLER RE | 07/31/07 | 2.80 | REVIEW, COMMENT AND FINALIZE 5TH INTERIM FEE APPLICATION (2.8). |
| | | **20.70** | |
| **Total Partner** | | **36.10** | |
| MATZ TJ | 07/24/07 | 0.90 | REVIEW SUPPLEMENTAL DECLARATION AND MATTERS PERTAINING THERETO (0.9). |
| MATZ TJ | 07/25/07 | 0.80 | REVIEW AND REVISE SUPPLEMENTARY DISCLOSURE (0.8). |
| MATZ TJ | 07/26/07 | 0.30 | CONTINUE TO REVIEW OF SUPPLEMENTAL DECLARATION MATTER (0.3). |
| | | **2.00** | |
| RAMLO K | 07/11/07 | 1.00 | REVISE FIFTH INTERIM FEE APPLICATION (1.0). |
| RAMLO K | 07/19/07 | 1.20 | REVISE FEE APPLICATION (1.2). |
| RAMLO K | 07/26/07 | 0.20 | REVISE FEE APP (0.2). |
| RAMLO K | 07/27/07 | 0.20 | REVISE ASSET ANALYSIS AND RECOVERY MATTER PORTION OF FEE APPLICATION (0.2). |
| | | **2.60** | |
| **Total Counsel** | | **4.60** | |
| GARTNER M | 07/03/07 | 3.20 | PERFORM DISCLOSURE RESEARCH FOR SUPPLEMENTAL DECLARATION (3.2). |
| GARTNER M | 07/05/07 | 0.80 | BEGIN REVIEW AND EDIT OF DECLARATION (0.8). |
| GARTNER M | 07/06/07 | 1.90 | PERFORM DISCLOSURE RESEARCH AND ANALYSIS FOR CURRENT CLAIMANTS AND CORRESPONDENCE RE: SAME (0.5); REVIEW AND CREATE CHART OF DISCLOSURE RESEARCH (1.4). |
| GARTNER M | 07/10/07 | 6.20 | PERFORM DISCLOSURE RESEARCH AND ANALYSIS FOR SUPPLEMENTAL DECLARATION AND CORRESPONDENCE RE: SAME (6.2). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| GARTNER M | 07/11/07 | 5.50 | PERFORM DISCLOSURE RESEARCH FOR CURRENT CLAIMANTS (0.7); PERFORM DISCLOSURE RESEARCH AND ANALYSIS FOR SUPPLEMENTAL DECLARATION (4.8). |
| GARTNER M | 07/12/07 | 3.30 | PERFORM DISCLOSURE RESEARCH FOR CURRENT CLAIMANTS AND SUPPLEMENTAL DECLARATION AND CORRESPONDENCE RE: SAME (3.3). |
| GARTNER M | 07/13/07 | 4.20 | PERFORM DISCLOSURE RESEARCH AN ANALYSIS FOR CURRENT CLAIMANTS AND SUPPLEMENTAL DECLARATION (1.3); REVIEW AND EDIT DECLARATION (0.7); UPDATE CHARTS OF DISCLOSURE RESEARCH (2.2). |
| GARTNER M | 07/16/07 | 7.60 | PERFORM DISCLOSURE RESEARCH AND ANALYSIS FOR SUPPLEMENTAL DECLARATION, ADD INFORMATION TO CHART AND CORRESPONDENCE RE: SAME (7.6). |
| GARTNER M | 07/17/07 | 8.90 | PERFORM DISCLOSURE RESEARCH AND ANALYSIS FOR SUPPLEMENTAL DECLARATION, ADD INFORMATION TO CHART AND CORRESPONDENCE RE: SAME (8.9). |
| GARTNER M | 07/18/07 | 8.40 | PERFORM DISCLOSURE RESEARCH AND ANALYSIS FOR SUPPLEMENTAL DECLARATION, ADD INFORMATION TO CHART AND CORRESPONDENCE RE: SAME (8.4). |
| GARTNER M | 07/19/07 | 10.80 | PERFORM DISCLOSURE RESEARCH AND ANALYSIS FOR SUPPLEMENTAL DECLARATION, ADD INFORMATION TO CHART, REVISE AND AMEND SUPPLEMENTAL DECLARATION AND CORRESPONDENCE RE: SAME (10.8). |
| GARTNER M | 07/20/07 | 7.60 | PERFORM DISCLOSURE RESEARCH AND ANALYSIS FOR SUPPLEMENTAL DECLARATION, ADD INFORMATION TO CHART, RIVISE AND EDIT SUPPLEMENTAL DECLARATION AND CORRESPONDENCE RE: SAME (7.6). |
| GARTNER M | 07/23/07 | 2.70 | ORGANIZE FILES AND CREATE CHARTS FOR DISCLOSURE RESEARCH (2.7). |
| GARTNER M | 07/24/07 | 6.30 | REVISE AND EDIT DECLARATION, CONTINUE RESEARCH AND REVIEW OF DISCLOSURES, AND EDIT AND REVISE CHARTS (6.3). |
| GARTNER M | 07/25/07 | 6.50 | CONTINUE REVIEW AND REVISION OF SUPPLEMENTAL DECLARATION, FOLLOW-UP DISCLOSURE RESEARCH, AND CORRESPONDENCE RE: SAME (6.5). |
| GARTNER M | 07/26/07 | 8.30 | CONTINUE REVIEW AND REVISION OF SUPPLEMENTAL DECLARATION, FOLLOW-UP DISCLOSURE RESEARCH, AND CORRESPONDENCE RE: SAME (8.3). |
| GARTNER M | 07/27/07 | 1.80 | PREPARE MATERIALS AND CHARTS FOR FINAL REVIEW OF SUPPLEMENTAL DECLARATION AND CORRESPONDENCE RE: SAME (1.8). |
| | | **94.00** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ~~HILL LF~~ | ~~07/06/07~~ | ~~1.20~~ | ~~REVIEW AND REVISE CASE ADMINISTRATION FEE APPLICATION DESCRIPTION (1.2).~~ |
|---|---|---|---|
| | | ~~1.20~~ | |

| HOUSTON BM | 07/05/07 | 2.80 | REVIEW RESEARCH RESULTS FOR SUPPLEMENTAL DISCLOSURE (2.8). |
|---|---|---|---|
| HOUSTON BM | 07/06/07 | 6.10 | REVIEW RESEARCH RESULTS RE: NECESSARY DISCLOSURES (4.2); CROSS-REFERENCE RESULTS WITH EXISTING ENTRIES ON DISCLOSURE SPREADSHEET (0.7); UPDATE DISCLOSURE CHART (1.2). |
| HOUSTON BM | 07/09/07 | 8.20 | ANALYZE RESEARCH RESULTS FOR SUPPLEMENTAL DISCLOSURE (5.2); PARTICIPATE IN WORKING GROUP RE: SAME (0.3); CONFIRM WHAT IF ANY PRIOR DISCLOSURE WAS MADE FOR ENTITIES POTENTIALLY TO BE DISCLOSED (0.8); UPDATE CHART FOR DRAFT DECLARATION (1.2); RESEARCH ADDITIONAL SOURCES OF INFORMATION FOR INCOMPLETE NAMES OF ENTITIES SUBMITTED FOR DISCLOSURE ANALYSIS (0.7). |
| HOUSTON BM | 07/10/07 | 8.40 | REVIEW RESEARCH RESULTS AND ANALYZE FOR INCLUSION ON SUPPLEMENTAL DISCLOSURE (5.6); PARTICIPATE IN WORKING GROUP RE: STATUS OF SAME (0.7); RESEARCH FOR ADDITIONAL SOURCES OF INFORMATION FOR COMPLETE ENTITY NAMES SUBMITTED FOR DISCLOSURE ANALYSIS (0.3); PARTICIPATE IN WORKING GROUP RE: QUESTIONS ABOUT INTERPRETATION OF RESEARCH RESULTS (0.3); ENTER RESULTS OF ANALYSIS OF RESEARCH ONTO SPREADSHEET AND UPDATE EXISTING RESULTS (0.8); CROSS-REFERENCE NEW ENTRIES WITH PREVIOUS DISCLOSURES (0.7). |
| HOUSTON BM | 07/11/07 | 7.00 | PARTICIPATE IN WORKING GROUP RE: DISCLOSURE RESEARCH TIMING AND STATUS (0.3); REVIEW AND ANALYZE RESEARCH RESULTS FOR SUPPLEMENTAL DISCLOSURE (4.8); CROSS-CHECK POTENTIAL DISCLOSURES WITH PREVIOUS DISCLOSURE (0.7); UPDATE SPREADSHEET FOR DRAFT DECLARATION (1.2). |
| HOUSTON BM | 07/12/07 | 7.30 | ANALYZE RESEARCH RESULTS FOR SUPPLEMENTAL DISCLOSURE (5.7); CROSS-CHECK POTENTIAL NEW DISCLOSURE WITH PREVIOUS DISCLOSURES (0.8); UPDATE SPREADSHEET OF MISSING ENTITY INFORMATION (0.4); RESEARCH ADDITIONAL SOURCES OF INFORMATION ON CORRECT ENTITY NAMES FOR SUBMISSION TO DISCLOSURE ANALYSIS (0.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 07/13/07 | 8.40 | PARTICIPATE IN WORKING GROUP RE: DISCLOSURE RESEARCH STATUS, DEADLINES, AND NEXT STEPS (1.1); REVIEW AND ANALYZE RESEARCH RESULTS FOR SUPPLEMENTAL DISCLOSURE (5.9); CROSS-REFERENCE POTENTIAL NEW DISCLOSURES WITH PREVIOUS DISCLOSURES (0.6); UPDATE SPREADSHEET FOR USE IN DRAFTING DECLARATION (0.8). |
| HOUSTON BM | 07/16/07 | 9.80 | PARTICIPATE IN WORKING GROUP CALLS RE: STATUS OF DISCLOSURE RESEARCH, QUESTIONS RE: INTERPRETATION OF RESEARCH RESULTS, AND NEXT STEPS (1.8); ANALYZE RESEARCH RESULTS FOR SUPPLEMENTAL DISCLOSURE (5.4); CROSS-REFERENCE WITH PRIOR DISCLOSURES (1.1); UPDATE DISCLOSURE CHART (1.5). |
| HOUSTON BM | 07/17/07 | 11.00 | PARTICIPATE IN WORKING GROUP RE: DISCLOSURE ISSUES (0.3); REVIEW AND ANALYZE RESEARCH RESULTS FOR SUPPLEMENTAL DISCLOSURE (7.2); CROSS-REFERENCE POTENTIAL DISCLOSURES WITH PREVIOUS DISCLOSURE (1.2); UPDATE CHART FOR DRAFT DECLARATION (1.4); REVIEW ADDITIONAL RESEARCH RESULTS FOR DISCLOSURE (0.9). |
| HOUSTON BM | 07/18/07 | 3.60 | PARTICIPATE IN WORKING GROUP CALLS RE: SUPPLEMENTAL DISCLOSURE ISSUES AND STATUS OF DRAFT DECLARATION (1.2); RESEARCH ADDITIONAL SOURCES OF INFORMATION FOR INCOMPLETE ENTITY NAMES SUBMITTED FOR DISCLOSURE ANALYSIS (0.3); REVIEW ADDITIONAL RESEARCH RESULTS FOR SUPPLEMENTAL DISCLOSURE (2.1). |
| HOUSTON BM | 07/19/07 | 3.70 | PARTICIPATE IN WORKING GROUP RE: DISCLOSURE ISSUES AND SUPPLEMENTAL DECLARATION STATUS (0.7); REVIEW AND ANALYZE SPREADSHEET FOR DRAFT DECLARATION (1.4); REVISE DISCLOSURE SPREADSHEET (1.1); PARTICIPATE IN WORKING GROUP RE: ADDITIONAL QUESTIONS RE: PARTIES TO BE DISCLOSED IN DRAFT DECLARATION (0.5). |
| HOUSTON BM | 07/20/07 | 0.90 | REVIEW REVISED DISCLOSURE CHART (0.3); REVIEW REVISED DRAFT DECLARATION (0.6). |
| | | **77.20** | |
| KAHN MT | 07/10/07 | 0.70 | PARTICIPATE IN WORKING GROUP TELECONFERENCE RE: DISCLOSURE ISSUES IN PREPARATION OF SUPPLEMENTAL DISCLOSURE (0.7). |
| KAHN MT | 07/13/07 | 1.00 | PARTICIPATE IN WORKING GROUP RE: DISCLOSURE RESEARCH, STATUS, DEADLINES, AND NEXT STEPS (1.1). |
| KAHN MT | 07/16/07 | 1.80 | PARTICIPATE IN WORKING GROUP CALLS RE: DISCLOSURE ISSUES FOR SUPPLEMENTAL DISCLOSURE (1.8). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| KAHN MT | 07/17/07 | 0.30 | PARTICIPATE IN WORKING GROUP RE: DISCLOSURE RESEARCH ISSUES (0.3). |
| KAHN MT | 07/18/07 | 1.20 | PARTICIPATE IN WORKING GROUP RE: DISCLOSURE ISSUES FOR FIFTH SUPPLEMENTAL DECLARATION (0.8); CONTINUE ADDITIONAL WORKING GROUP TELECONFERENCE RE: DISCLOSURE ISSUES (0.4). |
| KAHN MT | 07/19/07 | 2.40 | PARTICIPATE IN WORKING GROUP RE: DISCLOSURE ISSUES FOR THE SUPPLEMENTAL DECLARATION (0.3); PARTICIPATE IN WORKING GROUP TO FINALIZE DISCLOSURE ISSUES (0.4); ANALYZE DISCLOSURES IN PREPARATION FOR DRAFTING SUPPLEMENTAL DECLARATION (1.2); PARTICIPATE IN WORKING GROUP RE: THOSE DISCLOSURES (0.5). |
| KAHN MT | 07/20/07 | 4.80 | ANALYZE AND REVISE FIFTH SUPPLEMENTAL DECLARATION (1.8); PARTICIPATE IN WORKING GROUP CALLS RE: ADDITIONAL REVISIONS TO FIFTH SUPPLEMENTAL DECLARATION (3.0). |
| KAHN MT | 07/24/07 | 0.60 | PARTICIPATE IN WORKING GROUP TELECONFERENCE RE: REVISIONS TO THE FIFTH SUPPLEMENTAL DECLARATION (0.4); PARTICIPATE IN WORKING GROUP TELECONFERENCE RE: SCREENING PROCEDURES FOR FIFTH SUPPLEMENTAL DECLARATION (0.2). |
| KAHN MT | 07/25/07 | 0.60 | REVIEW CORRESPONDENCE RE: STATUS OF SCREENING DISCLOSURES FOR SUPPLEMENTAL DECLARATION (0.3); PARTICIPATE IN WORKING GROUP TELECONFERENCE RE: RESEARCH OF DISCLOSING PARTY AS LENDER (0.3). |
| | | **13.40** | |
| PERL MW | 07/15/07 | 1.60 | CONTINUE WORKING ON SKADDEN'S FIFTH INTERIM FEE APPLICATION, INCLUDING REVIEWS OF VARIOUS RIDERS (1.6). |
| PERL MW | 07/16/07 | 2.30 | CONTINUE TO WORK ON SKADDEN'S FIFTH INTERIM FEE APPLICATION, INCLUDING REVIEW OF VARIOUS RIDERS (2.3). |
| PERL MW | 07/17/07 | 6.20 | CONTINUE TO WORK ON AND DRAFT SKADDEN'S FIFTH INTERIM FEE APPLICATION (6.2). |
| PERL MW | 07/18/07 | 5.50 | REVIEW DRAFT OF SKADDEN'S FIFTH INTERIM FEE APPLICATION AND COORDINATE RE: UPDATES TO SAME (0.6); CONTINUE TO WORK ON SKADDEN'S FIFTH INTERIM FEE APPLICATION (4.6); REVIEW FEE APPLICATION ACCOMMODATIONS FOR SKADDEN'S FOURTH INTERIM FEE APPLICATION AND MULTIPLE CORRESPONDENCES WITH WORKING GROUP RE: SAME (0.3). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PERL MW | 07/19/07 | 7.90 | CONTINUE TO WORK ON SKADDEN'S FIFTH INTERIM FEE APPLICATION (7.9). |
| PERL MW | 07/20/07 | 6.60 | CONTINUE TO REVIEW AND REVISE SKADDEN'S FIFTH INTERIM FEE APPLICATION (6.6). |
| PERL MW | 07/25/07 | 4.30 | REVIEW AND UPDATE SKADDEN'S FIFTH INTERIM FEE APPLICATION (2.1). |
| PERL MW | 07/26/07 | 6.90 | REVIEW AND REVISE SKADDENS'S FIFTH INTERIM FEE APPLICATION (6.9). |
| PERL MW | 07/27/07 | 6.50 | CONTINUE TO REVIEW AND REVISE SKADDEN'S FIFTH INTERIM FEE APPLICATION (6.5). |
| PERL MW | 07/28/07 | 2.40 | BEGIN REVIEW OF BILLING SUMMARY FROM FEE APPLICATION PERIOD AND PREPARE DATA FOR INCORPORATION INTO SAKDDEN'S FIFTH INTERIM FEE APPLICATION (2.4). |
| PERL MW | 07/29/07 | 8.30 | CONTINUE TO PREPARE FEE DATA AND VARIOUS CHARTS FOR SKADDEN'S FIFTH INTERIM FEE APPLICATION AND COORDINATE RE: SAME (3.4); REVIEW FEE APPLICATION AND ADD ADDITIONAL FEE ACCOMMODATION AND RELATED INFORMATION (1.8); CONTINUE TO REVIEW, REVISE, AND UPDATE SKADDEN'S FIFTH INTERIM FEE APPLICATION (3.1). |
| PERL MW | 07/30/07 | 11.20 | CONTINUE TO REVIEW, REVISE AND UPDATE SKADDEN'S FIFTH INTERIM FEE APPLICATION, INCLUDING COORDINATING WITH WORKING GROUP RE: SAME (6.9); REVIEW EXHIBITS FOR FILING AND PROVIDE COMMENTS TO SAME (2.4); PREPARE SUMMARY OF FEE ACCOMMODATIONS (0.6); REVIEW VARIOUS FEE APPLICATION CHARTS FOR ACCURACY (1.3). |
| PERL MW | 07/31/07 | 9.50 | REVIEW AND FINALIZE NOTICE FOR FILING, INCLUDING REVIEW OF APPLICABLE ORDERS (0.8); COORDINATE RE: SERVICE OF SKADDEN'S FIFTH INTERIM FEE APPLICATION (0.3); REVIEW AND REVISE SKADDEN'S FIFTH INTERIM FEE APPLICATION (7.9); FINALIZE SAME AND RELATING EXHIBITS FOR FILING (0.5). |
| | | **79.20** | |
| PLATT SJ | 07/08/07 | 1.30 | REVIEW DISCLOSURE RESEARCH FOR SIXTH SUPPLEMENTAL DISCLOSURE (1.3). |
| PLATT SJ | 07/12/07 | 1.00 | REVIEW DISCLOSURE RESEARCH FOR SIXTH SUPPLEMENTAL DECLARATION (1.0). |
| PLATT SJ | 07/16/07 | 1.40 | REVIEW DISCLOSURE RESEARCH (1.4). |
| PLATT SJ | 07/17/07 | 1.60 | REVIEW DISCLOSURE RESEARCH (1.6). |
| PLATT SJ | 07/18/07 | 4.30 | REVIEW DISCLOSURE RESEARCH IN PREPARATION FOR SUPPLEMENTAL DECLARATION (4.3). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PLATT SJ | 07/19/07 | 6.80 | CONTINUE TO REVIEW DISCLOSURE RESEARCH IN PREPARATION FOR SUPPLEMENTAL DECLARATION (6.8). |
| PLATT SJ | 07/24/07 | 3.20 | RESEARCH RE: ETHICAL WALLS AND OTHER ISSUES IN PREPARATION FOR SUPPLEMENTAL DECLARATION (3.2). |
| PLATT SJ | 07/26/07 | 5.90 | CONTINUE TO REVIEW RESEARCH AND REVISE SUPPLEMENTAL DISCLOSURE DECLARATION (5.9). |
| PLATT SJ | 07/27/07 | 5.20 | PREPARE PACKET OF SUBSTANTIATING DOCUMENTS FOR SUPPLEMENTAL DECLARATION (0.9); REVIEW SKADDEN COMPENSATION PACKAGE FOR MAY (4.3). |
| PLATT SJ | 07/31/07 | 1.30 | FINALIZE FIFTH SUPPLEMENTAL DECLARATION AND COORDINATE FILING AND SERVICE (1.3). |
| | | **32.00** | |
| **Total Associate** | | **297.00** | |
| ~~CHAVALI A~~ | ~~07/05/07~~ | ~~1.60~~ | ~~ASSIST WITH LABOR RELATED PORTION OF THE FIFTH INTERIM FEE APPLICATION (1.6).~~ |
| | | ~~1.60~~ | |
| DEMMA J | 07/23/07 | 1.60 | PREPARE FEE APP MATERIALS FOR ATTORNEY REVIEW (1.6). |
| DEMMA J | 07/25/07 | 2.30 | UPDATE FIFTH DECLARATION OF J. BUTLER (2.3). |
| DEMMA J | 07/31/07 | 2.70 | PREPARE INFORMATION FOR FIFTH INTERIM FEE APPLICATION (1.1); REVIEW EXHIBIT D FOR FIFTH INTERIM FEE APPLICATION (1.6). |
| | | **6.60** | |
| ZSOLDOS AF | 07/11/07 | 4.10 | RESEARCH DISCLOSURE ENTITIES NAMES THAT ARE TOO BROAD TO SEARCH AND FIND MORE COMPLETE NAMES (2.4); RUN DISCLOSURE CHECK ON NUMEROUS PARTIES THAT WERE OBJECTED TO IN CLAIMS OBJECTION (1.7). |
| ZSOLDOS AF | 07/25/07 | 1.10 | RESEARCH ORGIN OF VARIOUS DISCLOSURE ENTITIES AND ROLE IN CASE (0.7); BEGIN TO SUBMIT LIST OF ENTITIES TO DISCLOSURE (0.4). |
| ZSOLDOS AF | 07/27/07 | 6.30 | OBTAIN BAR ADMISSION DATES OF VARIOUS ATTORNEYS FOR INCLUSION IN FEE APPLICATION (0.5); PREPARE NOTICE OF FEE APPLICATION HEARING (0.6); REVIEW FEE APPLICATION FOR CONSISTENCY AND ACCURACY (5.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 07/29/07 | 8.30 | MARK TIME THAT HAS BEEN WRITTEN OFF ON EXHIBIT PAGES FOR FIFTH INTERIM PERIOD (4.3); ADD MAY EXHIBIT PAGES TO MASTER EXHIBIT (0.6); CREATE EXHIBIT PAGES AND REVIEW (0.5); REVIEW BREAKDOWN OF FEES AND HOURS BILLED PER PERSON AND PER MATTER (2.9). |
| ZSOLDOS AF | 07/30/07 | 10.00 | REVIEW HOURS BILLED AND AMOUNTS BILLED IN FEE APPLICATION FOR EACH BILLER AND EACH MATTER (6.8); CONTINUE TO REVIEW EXHIBITS AND FEE APPLICATION (3.2). |
| ZSOLDOS AF | 07/31/07 | 9.50 | CONTINUE TO REVIEW EXHIBITS AND FEE APPLICATION (6.6); ELECTRONICALLY FILE FEE APPLICATION AND EXHIBITS (2.1); ELECTRONICALLY FILE J. BUTLER DECLARATION (0.3); DISTRIBUTE PLEADINGS AS FILED AND COORDINATE SERVICE (0.5). |
| | | 39.30 | |
| **Total Legal Assistant** | | **47.50** | |
| ~~WORSCHECK TM~~ | ~~07/16/07~~ | ~~1.40~~ | ~~PREPARE DISCLOSURE RESEARCH CHECK (1.4).~~ |
| | | ~~1.40~~ | |
| ~~Total Legal Assistant Support~~ | | ~~1.40~~ | |
| **TOTAL TIME** | | **386.60** | |

197                                                                B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 08/31/07 |
|---|---|---|---|
| Retention /Fee Matters (SASM&F) | | | Bill Number: 1178615 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/25/07 | Zsoldos AF | 313.64 |
| Air/Rail Travel - vendor feed | 07/25/07 | Zsoldos AF | 49.00 |
| Air/Rail Travel - vendor feed | 07/31/07 | Zsoldos AF | 205.36 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$568.00** |
| In-house Reproduction | 07/27/07 | Copy Center, D | 119.20 |
| In-house Reproduction | 07/31/07 | Copy Center, D | 112.80 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$232.00** |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 4.56 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 4.17 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.81 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.07 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.39 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$10.00** |
| Non-standard/Outside Reproduction | 07/31/07 | Landmark Document Services | 2,262.31 |
| Non-standard/Outside Reproduction | 07/31/07 | Landmark Document Services | 304.69 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$2,567.00** |
| Westlaw | 07/26/07 | Gilchrist JM | 94.27 |
| Westlaw | 07/27/07 | Perl MW | 13.73 |
| | | **TOTAL WESTLAW** | **$108.00** |
| Out-of-Town Travel | 07/25/07 | Zsoldos AF | 425.86 |
| Out-of-Town Travel | 07/26/07 | Zsoldos AF | 425.86 |
| Out-of-Town Travel | 07/27/07 | Zsoldos AF | 425.83 |
| Out-of-Town Travel | 07/28/07 | Zsoldos AF | 425.86 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 07/29/07 | Zsoldos AF | 425.86 |
| Out-of-Town Travel | 07/30/07 | Zsoldos AF | 425.86 |
| Out-of-Town Travel | 07/31/07 | Zsoldos AF | -2.99 |
| Out-of-Town Travel | 07/31/07 | Zsoldos AF | 428.86 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,981.00** |
| Messengers/ Courier | 07/27/07 | Dist Serv/Mail/Page, D | 28.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$28.00** |
| Out-of-Town Meals | 07/25/07 | Zsoldos AF | 22.37 |
| Out-of-Town Meals | 07/26/07 | Zsoldos AF | 14.92 |
| Out-of-Town Meals | 07/27/07 | Zsoldos AF | 14.92 |
| Out-of-Town Meals | 07/28/07 | Zsoldos AF | 14.92 |
| Out-of-Town Meals | 07/29/07 | Zsoldos AF | 24.87 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$92.00** |
| Print Images to Paper (from Electronic Media) | 07/23/07 | Copy Center, D | 43.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$43.00** |
| | | **TOTAL MATTER** | **$6,629.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                          Bill Date: 09/30/07
Retention /Fee Matters (SASM&F)                                   Bill Number: 1181367

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 08/02/07 | 1.80 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR MONTH ENDED JUNE, 2007 (1.8). |
| BUTLER, JR. J | 08/06/07 | 1.20 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR MONTH ENDED JUNE, 2007 (1.2). |
| BUTLER, JR. J | 08/12/07 | 1.40 | BEGIN TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR JULY, 2007 (1.4). |
| BUTLER, JR. J | 08/14/07 | 0.40 | REVIEW AND FINALIZE MONTHLY COMPENSATION PACKAGE FOR JUNE, 2007 (0.4). |
|  |  | **4.80** |  |
| **Total Partner** |  | **4.80** |  |
| GARTNER M | 08/01/07 | 5.70 | PERFORM DISCLOSURE RESEARCH FOR OMNIBUS OBJECTION RESPONSES (3.2) AND CORRESPONDENCE RE: SAME (0.3); ORGANIZE FILES FOR DISCLOSURE RESEARCH (2.2). |
| GARTNER M | 08/02/07 | 3.50 | CONTINUE REVIEW OF RESPONSE PARTIES DISCLOSURE RESEARCH AND UPDATE HEARING PLANNER CHART WITH FINDINGS (3.5). |
| GARTNER M | 08/06/07 | 4.20 | ORGANIZE FILES FROM SUPPLEMENTAL DECLARATION (1.1); REVISE DISCLOSURE CHART (3.1). |
| GARTNER M | 08/08/07 | 4.50 | ORGANIZE FILES FROM SUPPLEMENTAL DECLARATION (2.2); REVISE DISCLOSURE CHART (2.3). |
|  |  | **17.90** |  |
| PLATT SJ | 08/07/07 | 1.20 | BEGIN REVIEWING SKADDEN COMPENSATION PACKAGE FOR JUNE (1.2). |
| PLATT SJ | 08/08/07 | 7.70 | FINISH REVIEWING SKADDEN COMPENSATION PACKAGE FOR JUNE (7.7). |
|  |  | **8.90** |  |
| **Total Associate** |  | **26.80** |  |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| DEMMA J | 08/02/07 | 1.20 | PREPARE AFFIDAVIT OF SERVICE FOR FIFTH INTERIM FEE APPLICATION (0.6); PREPARE FIFTH INTERIM FEE APPLICATION FOR DISTRIBUTION (0.6). |
| DEMMA J | 08/03/07 | 1.10 | PREPARE/FILE AFFIDAVIT OF SERVICE FOR FIFTH INTERIM FEE APPLICATION (1.1). |
| | | **2.30** | |
| ZSOLDOS AF | 08/03/07 | 1.40 | ORGANIZE DISCLOSURE RESULTS RECENTLY RUN AND RESULTS RECEIVED (1.4). |
| ZSOLDOS AF | 08/07/07 | 2.40 | ORGANIZE PDFS OF RESULTS FROM SIXTH AND SIXTH(A) SUPPLEMENTAL DISCLOSURE (2.4). |
| ZSOLDOS AF | 08/17/07 | 1.30 | FILE FOLDERS FOR RECORDS DISCLOSURE RESULTS (1.3). |
| ZSOLDOS AF | 08/20/07 | 1.40 | FILING FOR RECORDS RESULTS OF SIXTH (A) SUPPLEMENTAL DISCLOSURE CHECK (1.4). |
| ZSOLDOS AF | 08/30/07 | 2.80 | RUN DISCLOSURE CHECK ON NUMEROUS CLAIMANTS (2.8). |
| | | **9.30** | |
| **Total Legal Assistant** | | **11.60** | |
| **TOTAL TIME** | | **43.20** | |

217

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  
Retention /Fee Matters (SASM&F)

Bill Date: 09/30/07  
Bill Number: 1181367

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/03/07 | Copy Center, D | 0.10 |
| In-house Reproduction | 08/07/07 | Copy Center, D | 437.70 |
| In-house Reproduction | 08/10/07 | Copy Center, D | 0.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$438.00** |
| Non-standard/Outside Reproduction | 08/01/07 | Landmark Document Services | 125.00 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$125.00** |
| Print Images to Paper (from Electronic Media) | 08/09/07 | Pena RR | 49.15 |
| Print Images to Paper (from Electronic Media) | 08/09/07 | Pena RR | 21.34 |
| Print Images to Paper (from Electronic Media) | 08/09/07 | Haskin GM | 91.04 |
| Print Images to Paper (from Electronic Media) | 08/09/07 | Haskin GM | 14.47 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$176.00** |
| | | **TOTAL MATTER** | **$739.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

```
Delphi Corporation (DIP)                                    Bill Date: 10/31/07
Retention /Fee Matters (SASM&F)                             Bill Number: 1182831
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GARTNER M | 09/13/07 | 1.20 | PERFORM DISCLOSURE RESEARCH (1.2). |
| | | **1.20** | |
| PERL MW | 09/26/07 | 0.20 | PRELIMINARY REVIEW OF LCC REPORT ON SKADDEN'S FIFTH INTERIM FEE APPLICATION (0.1) AND CORRESPOND WITH WORKING GROUP RE: SAME (0.1). |
| PERL MW | 09/30/07 | 7.60 | BEGIN REVIEW OF LCC'S REPORT ON SKADDEN'S FIFTH INTERIM FEE APPLICATION, INCLUDING REVIEW OF DETAILED REPORTS (2.7); BEGIN TO DRAFT ANALYSIS AND RESPONSES TO LCC'S REPORT (4.9). |
| | | **7.80** | |
| ~~WHARTON JN~~ | ~~09/04/07~~ | ~~0.30~~ | ~~REVIEW CONNECTIONS AND DISCLOSURE RESEARCH RE: CLAIMANTS (0.3).~~ |
| ~~WHARTON JN~~ | ~~09/13/07~~ | ~~0.30~~ | ~~REVIEW CONNECTIONS AND DISCLOSURE RESEARCH RESULTS RE: PARTIES RESPONDING TO CLAIMS OBJECTIONS (0.3).~~ |
| ~~WHARTON JN~~ | ~~09/14/07~~ | ~~0.40~~ | ~~CONTINUE TO REVIEW CONNECTIONS AND DISCLOSURE RESEARCH RESULTS RE: PARTIES RESPONDING TO CLAIMS OBJECTIONS (0.4).~~ |
| | | ~~1.00~~ | |
| **Total Associate** | | **10.00** | |
| ZSOLDOS AF | 09/05/07 | 0.90 | ORGANIZE DISCLOSURE RESULTS (0.9). |
| ZSOLDOS AF | 09/14/07 | 2.10 | ORGANIZE NUMEROUS DISCLOSURE RESULTS RECEIVED (2.1). |
| | | **3.00** | |
| **Total Legal Assistant** | | **3.00** | |
| **TOTAL TIME** | | **13.00** | |

B43E