SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|                             |   |                         |
|-----------------------------|---|-------------------------|
| In re                       | : | Chapter 11              |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|                  Debtors.   | : | (Jointly Administered)  |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-16
RETENTION / FEE MATTERS / OBJECTIONS (OTHERS)
477.7 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  
**Retention / Fee Matters/Objections (Others)**

Bill Date: 07/31/07  
Bill Number: 1168053

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MATZ TJ | 06/01/07 | 3.10 | CORRESPONDENCE WITH D. SHERBIN RE: FEE COMMITTEE PROCESS, 4TH INTERIM FEE APPLICATION PROCESS, MEETING (0.4); REVIEW AND PREPARATIONS RE: SAME (1.5); REVIEW CORRESPONDENCE FROM U.S. TRUSTEE RE: 4TH INTERIM FEE APPLICATIONS (0.1); CORRESPONDENCE WITH D. SHERBIN RE: SAME (0.2); TELECONFERENCE WITH D. SHERBIN RE: SAME (0.2); FURTHER REVIEW OF 4TH INTERIM FEE MATTERS AND CORRESPONDENCE RE: SAME (0.7). |
| MATZ TJ | 06/04/07 | 9.80 | REVIEW KEYBANK RETENTION MATTER (0.3); CORRESPONDENCE WITH D. SHERBIN, U.S. TRUSTEE, V. VENABLE RE: 4TH INTERIM FEE APPLICATIONS (0.8); REVIEW CHARTED FEE COMMITTEE REPORT AND PREPARE CORRESPONDENCE FOR COMMITTEE APPROVAL (1.2); ORGANIZE RECOMMENDATIONS, MATERIALS RE: SAME (0.6); PREPARE AND FORWARDING TO ALL PROFESSIONAL FIRMS FEE COMMITTEE INDIVIDUAL RECOMMENDATIONS (4.8); TELECONFERENCE WITH R. KISICKI RE: FEE COMMITTEE MEET & CONFER (0.1); TELECONFERENCE WITH S. JOHNSON RE: SAME (0.2); TELECONFERENCE WITH L. LATTIG RE: SAME (0.2); TELECONFERENCE WITH N. BERGER RE: SAME (0.2); TELECONFERENCE WITH G. MATTHEW RE: SAME (0.1); TELECONFERENCE WITH C. REIMER RE: SAME (0.2); TELECONFERENCE WITH J. RESSLER RE: SAME (0.2); REVIEW CORRESPONDENCE FROM L. LATTIG RE: FEE COMMITTEE RECOMMENDATIONS (0.1); REVIEW CORRESPONDENCE FROM J. RESSLER RE: SAME (0.1); REVIEW CORRESPONDENCE FROM B. SHAW RE: SAME (0.2); REVIEW CORRESPONDENCE FROM B. DECKER RE: SAME (0.1); REVIEW CORRESPONDENCE FROM R. ROSENBERG RE: SAME (0.2); REVIEW CORRESPONDENCE FROM P. MEYER RE: SAME (0.1); REVIEW CORRESPONDENCE FROM D. WIERENGA RE: SAME (0.1). |
| MATZ TJ | 06/05/07 | 3.10 | ORGANIZE FEE APPLICATIONS MATERIALS (0.8); CHART RESPONSES (0.4); CORRESPONDENCE WITH A. POTTER RE: FEE APPLICATIONS, EARLIER FEE PERIODS (0.3); TELECONFERENCE WITH A. POTTER RE: SAME (0.2); DRAFT BRIEF REPORT TO FEE COMMITTEE (0.4); CORRESPONDENCE WITH D. SHERBIN RE: FEE COMMITTEE MEET & CONFER (0.3); CORRESPONDENCE WITH D. SHERBIN RE: FEE COMMITTEE MATTERS, MEETING (0.3); CORRESPONDENCE WITH A. POTTER RE: SAME (0.2); CORRESPONDENCE WITH D. BARTNER RE: FEE APPLICATION (0.1); TELECONFERENCE WITH D. BARTNER RE: SAME (0.1). |

B43E

| MATZ TJ | 06/06/07 | 1.20 | TELECONFERENCE WITH L. TAGERT RE: FEE COMMITTEE PROPOSAL (0.1); CORRESPONDENCE WITH L. TAGGERT RE: SAME (0.1); TELECONFERENCE WITH C. ROGAS RE: FEE COMMITTEE PROPOSAL (0.2); CORRESPONDENCE WITH L. BURICK RE: FEE COMMITTEE PROPOSAL, 6/26 HEARING (0.2); CONFIRMING OUTSTANDING FEE APPLICATIONS FROM PRIOR PERIODS (0.4); CORRESPONDENCE WITH D. SHERBIN RE: 6/11 MEET AND CONFER (0.2). |

| MATZ TJ | 06/07/07 | 3.10 | TELECONFERENCE FROM A. TOGUT, N. BERGER RE: FEE COMMITTEE REPORT (0.2); TELECONFERENCE FROM L. GRETCHKO RE: SAME (0.2); TELECONFERENCE WITH E. HOWBERT RE: SAME (0.2); TELECONFERENCES WITH G. SCHWED RE: FEE COMMITTEE REPORT (0.2); TELECONFERENCE WITH R. SILIVINSKI RE: SAME (0.2); DRAFT CORRESPONDENCE TO D. SHERBIN, U.S. TRUSTEE, V. VENABLE RE: FEE COMMITTEE MEETINGS, STATUS CHART (0.7); PREPARATION RE: FEE COMMITTEE MEET AND CONFERS (0.6); CORRESPONDENCE WITH J. RESSLER RE: PRICE WATER HOUSE RETENTION (0.2); TELECONFERENCE FROM S. CORCORAN RE: PWC RETENTION (0.1); REVIEW MATTER FOR S. CORCORAN (0.5). |

| MATZ TJ | 06/08/07 | 4.90 | UPDATE FEE COMMITTEE CHART, STATUS REPORT (0.8); TELECONFERENCE WITH D. SHERBIN RE: FORWARDING SAME TO HIM (0.1); TELECONFERENCE FROM L. GRETCHKO RE: MEET AND CONFER (0.2); CORRESPONDENCE WITH D. SHERBIN RE: VARIOUS UPDATES TO STATUS CHART (0.7); TELECONFERENCES WITH C. MATHEWS RE: MEET AND CONFER (0.3); TELECONFERENCE FROM E. HOWBERT RE: SAME (0.2); CORRESPONDENCE WITH C. MATHEWS RE: SAME (0.3); CORRESPONDENCE WITH C. MATTHEWS RE: RE: MEET & CONFER (0.2); FINAL PREPARATION OF MATERIALS FOR 6/11 MEET AND CONFER (0.4); CORRESPONDENCE WITH IVINS, PHILLIPS RE: RETENTION (0.2); TELECONFERENCE FROM CHAMBERS RE: 6/26 37 FEE APPLICATIONS AND STATUS OF SAME, NOTICE OF CHANGED DATE (0.4); TELECONFERENCE FROM T. JERMAN RE: MEET & CONFER (0.2); TELECONFERENCE WITH J. KASTIN RE: SAME (0.2); TELECONFERENCE FROM BUTZEL RE: FEE COMMITTEE PROPOSAL (0.1); CORRESPONDENCE WITH BUTZEL RE: SAME (0.1); TELECONFERENCE FROM B. SHAW RE: FEE COMMITTEE (0.2); TELECONFERENCE FROM D. GROBAN RE: FEE COMMITTEE (0.1); TELECONFERENCE FROM J. SIMON RE: SAME (0.2). |

| MATZ TJ | 06/10/07 | 0.70 | CORRESPONDENCE WITH B. SHAW RE: FEE COMMITTEE MEETINGS (0.2); CORRESPONDENCE WITH D. GROBAN RE: FEE COMMITTEE MEETINGS (0.2); REVISE FINAL MEET AND CONFER CHART (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ      06/11/07     1.70   FINAL PREPARATION OF MATERIALS FOR FEE
                                 COMMITTEE FOR 4TH INTERIM APPLICATION
                                 MEET AND CONFER (1.3); TELECONFERENCE
                                 FROM D. GROBAN RE: MEET AND CONFER
                                 (0.2); CORRESPONDENCE WITH O. MATTHEWS
                                 RE: SAME (0.1); CORRESPONDENCE WITH R.
                                 SILVINSKI RE: SAME (0.1).

MATZ TJ      06/12/07     7.60   CORRESPONDENCE WITH O. MATTHEWS RE: FEE
                                 COMMITTEE MEETINGS (0.2);
                                 CORRESPONDENCE WITH P. MEYER RE: SAME
                                 (0.1); CORRESPONDENCE WITH VARIOUS
                                 FIRMS RE: SAME (0.8); REVIEW 6/11
                                 RECOMMENDATIONS FROM FEE COMMITTEE
                                 (0.4); DRAFT CORRESPONDENCE FOR
                                 COMMITTEE (0.6): DISCUSSION WITH D.
                                 SHERBIN RE: SAME (0.2); REVIEW, REVISE
                                 AND DISTRIBUTE TO ALL FIRMS FINAL
                                 PROPOSALS/ACCEPTANCES RE: FEE
                                 COMMITTEE MEET AND CONFER
                                 RECOMMENDATIONS (4.3); CORRESPONDENCE
                                 WITH A. POTTER RE: FEE COMMITTEE
                                 PROPOSAL (0.2); CORRESPONDENCE WITH J.
                                 RESSLER RE: SAME (0.1); CORRESPONDENCE
                                 WITH S. JOHNSTON RE: SAME (0.1);
                                 TELECONFERENCE FORM O. MATTHEWS RE:
                                 PRIOR APPLICATION PERIODS (0.2); REVIEW
                                 AND FOLLOW UP DISCUSSION WITH D. SHERBIN
                                 RE: SAME, DLA PIPER AND OTHER
                                 OUTSTANDING MATTERS (0.2);
                                 CORRESPONDENCE WITH CHAMBERS RE: 6/26
                                 4TH INTERIM FEE APPLICATION HEARINGS
                                 (0.1); TELECONFERENCE WITH CHAMBERS RE:
                                 SAME (0.1).

MATZ TJ      06/13/07     3.40   TELECONFERENCE WITH CHAMBERS RE: 4TH
                                 INTERIM FEE APPLICATIONS, DOCUMENTS FOR
                                 COURT AND NOTICE RE: SAME (0.3); REVIEW
                                 AND COMMENT ON NOTICE OF 4TH INTERIM FEE
                                 APPLICATIONS (0.2); DISCUSSION WITH A.
                                 HARDIN RE: JLL RETENTION (0.2);
                                 TELECONFERENCE WITH U.S. TRUSTEE RE:
                                 SAME (0.2); CORRESPONDENCE WITH A.
                                 POTTER RE: PRIOR FEE PERIODS (0.2);
                                 TELECONFERENCE WITH O. MATHEWS RE: SAME
                                 (0.2); CORRESPONDENCE WITH D. SHERBIN
                                 RE: SAME (0.2); PREPARE MATERIALS FOR
                                 FEE COMMITTEE RE: PRIOR FEE
                                 APPLICATIONS, HOULIHAN, DLA PIPER AND
                                 LLC FEE APPLICATIONS (0.5); REVIEW AND
                                 UPDATING CHART RE: SAME (0.2); REVIEW
                                 CORRESPONDENCE FROM MAYER BROWN RE: FEE
                                 PROPOSAL (0.1); DISCUSSION WITH J.
                                 SHEEHAN RE: OUTSTANDING 4TH INTERIM FEE
                                 APPLICATION MATTERS (0.3); DISCUSSION
                                 WITH J. SHEEHAN RE: OUTSTANDING 4TH
                                 INTERIM FEE APPLICATION MATTERS (0.3);
                                 TELECONFERENCES WITH DLA PIPER RE: FEE
                                 COMMITTEE PROPOSAL (0.3);
                                 CORRESPONDENCE WITH O. MATTHEWS OF
                                 HOULIHAN RE: FEE COMMITTEE PROPOSAL
                                 (0.2).

B43E

| MATZ TJ | 06/14/07 | 1.40 | CORRESPONDENCE WITH D. SHERBIN RE: OUTSTANDING FIRMS FEE COMMITTEE ACCEPTANCES (0.3); PREPARING AND FORWARDING ACCEPTANCES TO VARIOUS FIRMS (0.8); CORRESPONDENCE WITH D. GROBAN RE: FEE COMMITTEE PROPOSALS (0.1); TELECONFERENCE WITH G. SCHWED RE: SAME (0.1); CORRESPONDENCE WITH O'MELVENY & MEYERS RE: SAME (0.1). |
|---|---|---|---|
| MATZ TJ | 06/15/07 | 1.10 | TELECONFERENCE WITH G. SCHWED RE: FEE COMMITTEE REPORT (0.2); TELECONFERENCE FROM G. SCHWED RE: SAME (0.1); TELECONFERENCE WITH O'MELVENY & MEYERS RE: FEE COMMITTEE REPORT(0.2); REVIEW CORRESPONDENCE FROM O'MELVENY & MEYERS RE: SAME (0.1); CORRESPONDENCE WITH LCC RE: FEE COMMITTEE MATTERS (0.3) CORRESPONDENCE WITH D. SHERBIN, J. SHEEHAN RE: SAME (0.2). |
| MATZ TJ | 06/18/07 | 0.60 | REVIEW CORRESPONDENCE FROM G. SCHWED RE: DELOITTE & TOUCHE AND FEE COMMITTEE (0.2); PREPARE ORDERS FOR 6/26 OMNIBUS HEARING (0.4). |
| MATZ TJ | 06/21/07 | 4.20 | TELECONFERENCE WITH J. SHEEHAN RE: OUTSTANDING FEE MATTERS, LCC REPORT AND ORDERS (0.3); CONSIDER AND REVIEW SAME (0.3); TELECONFERENCE WITH LCC RE: REPORT AND STATEMENTS (0.2); PREPARE, REVIEW AND REVISE PROPOSED FEE ORDERS FOR SECOND, THIRD AND FOURTH INTERIM FEE PERIODS (1.5); TELECONFERENCE WITH LCC RE: FEE REPORT (0.2); CORRESPONDENCE WITH LCC RE: SAME (0.2); CORRESPONDENCE WITH U.S. TRUSTEE RE: FINAL FEE NUMBERS, ORDERS (0.4); FURTHER CORRESPONDENCE WITH LCC RE: FOURTH INTERIM FEE COMMITTEE REPORTS (0.2); CONSIDERING SAME (0.3); FURTHER REVIEW OF PROPOSED FOURTH INTERIM FEE ORDERS (0.4); CORRESPONDENCE WITH J. SHEEHAN RE: SAME (0.2). |
| MATZ TJ | 06/22/07 | 1.50 | TELECONFERENCE WITH U.S. TRUSTEE RE: FOURTH INTERIM FEE ORDERS, MATERIALS, HEARING (0.3); TELECONFERENCE WITH CHAMBERS RE: FEE HEARING MATERIALS (0.2); REVIEW REVISE FOURTH INTERIM FEE ORDER (0.2); CONSIDER REVISED EXHIBIT TO FOURTH INTERIM FEE ORDER (0.3); CORRESPONDENCE WITH J. SHEEHAN RE: SAME (0.1); TELECONFERENCE WITH R. EISSENBERG RE: 4TH INTERIM FEE ORDER (0.2); CORRESPONDENCE WITH THOMSON HINE RE: SAME (0.1); CORRESPONDENCE WITH MAYER BROWN RE: SAME (0.1). |
| MATZ TJ | 06/23/07 | 0.10 | CORRESPONDENCE WITH J. SHEEHAN RE: FOURTH INTERIM FEE PERIOD ORDER (0.1). |
| MATZ TJ | 06/25/07 | 0.30 | FINAL REVIEW AND FORWARDING TO CHAMBERS PROPOSED SECOND, THIRD AND FOURTH INTERIM PERIOD FEE ORDERS (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 06/27/07 | 0.20 | TELECONFERENCE WITH U.S. TRUSTEE RE: GARDEN CITY AND FBG RETENTIONS (0.2). |
|---|---|---|---|
| MATZ TJ | 06/28/07 | 0.30 | TELECONFERENCE WITH J. SIMON RE: 4TH INTERIM FEE ORDER (0.1); TELECONFERENCE WITH CHAMBERS RE: FEE ORDERS (0.2). |
| MATZ TJ | 06/29/07 | 0.60 | TELECONFERENCE WITH CHAMBERS RE: FEE ORDERS (0.3); CORRESPONDENCE WITH J. SIMON RE: SAME (0.2); CORRESPONDENCE WITH L. GRETCHKO RE: SAME (0.1). |

**48.90**

**Total Counsel** **48.90**

| DE ELIZALDE D | 06/01/07 | 1.30 | REVIEW AND REVISE KEYBANC'S RETENTION APPLICATION AND ORDER AND SENT MATERIALS TO IN-HOUSE COUNSEL (1.3). |
|---|---|---|---|
| DE ELIZALDE D | 06/04/07 | 4.70 | ANALYSIS OF FEE COMMITTEE'S RECOMMENDATIONS RE: FEE APPLICATIONS (1.2); DRAFTED AND SENT EMAILS TO 42 RETAINED PROFESSIONALS RE: THE FEE COMMITTEE'S RECOMMENDATIONS AND OPPORTUNITY TO MEET AND CONFER WITH SUCH COMMITTEE (3.5). |
| DE ELIZALDE D | 06/05/07 | 2.90 | ANALYSIS OF RETAINED INVESTMENT BANKING FIRMS' DECLARATIONS IN SUPPORT OF THEIR APPLICATIONS AND EMAILED KEYBANC'S IN-HOUSE COUNSEL (0.6); SUPERVISE DRAFTING OF CHART WITH CONTACT PERSONS AT ALL FIRMS WHO FILED FOURTH FEE APPLICATIONS (0.4); ANALYSIS OF CHART WITH MONTHLY FEES REQUESTED BY ALL RETAINED PROFESSIONAL FIRMS AND PAYMENT THEREOF IN PREPARATION FOR THE UCC PRESENTATION (1.9). |
| DE ELIZALDE D | 06/06/07 | 5.20 | REVIEW AND REVISE CHART PREPARED BY THE JOINT FEE REVIEW COMMITTEE RE: FOURTH FEE APPLICATIONS (1.6); COORDINATE MEET AND CONFER BETWEEN FEE COMMITTEE AND EACH RETAINED PROFESSIONAL (1.8); ANALYSIS OF PAYMENT STATUS OF ALL RETAINED PROFESSIONALS' MONTHLY STATEMENTS FOR MARCH AND APRIL (1.8). |
| DE ELIZALDE D | 06/07/07 | 3.40 | ANSWER QUESTION BY DELPHI RE: STATUS OF FOREIGN E&Y ENTITIES INCLUDED IN THE OCP LIST (0.5); REVIEW AND REVISE FEE COMMITTEE'S CHART (0.8); ORGANIZE FEE COMMITTEE'S MEET AND CONFER (0.6); ANSWER QUESTIONS BY KEYBANC'S IN-HOUSE COUNSEL RE: RETENTION APPLICATION (1.5). |
| DE ELIZALDE D | 06/08/07 | 6.40 | ORGANIZE FEE COMMITTEE'S MEET AND CONFER WITH 17 FIRMS (2.6); DRAFT PROPOSED EMAILS TO PROFESSIONALS RE: RESULTS OF THE MEET AND CONFER (1.3); REVIEW AND REVISE OCP LIST (0.3); WORK ON DYKEMA'S RETENTION APPLICATION (1.8); ANALYSIS OF PWC'S SIDE LETTER WITH UCC (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DE ELIZALDE D      06/11/07      2.80  ORGANIZE FEE COMMITTEE'S MEET AND
                                       CONFER WITH 17 FIRMS RE: FOURTH FEE
                                       APPLICATIONS (1.2); DRAFT EMAILS TO
                                       PROFESSIONALS RE: RESULTS OF MEET AND
                                       CONFER (1.3); REVIEW E&Y'S ORDER TO BE
                                       ENTERED BY THE COURT (0.3).

DE ELIZALDE D      06/12/07      6.20  ANSWER EMAIL TO DYKEMA RE: PAYMENT TO
                                       RETAINED PROFESSIONALS (0.6); SENT OCP
                                       INVOICE TO COMPANY (0.2); DRAFT AND
                                       REVISE EMAILS TO ALL 37 PROFESSIONALS
                                       WHOSE FEE APPLICATIONS ARE UP FOR THE
                                       JUNE 26TH HEARING RE: PROPOSALS MADE BY
                                       THE JOINT FEE REVIEW COMMITTEE (5.4).

DE ELIZALDE D      06/13/07      2.80  ANALYSIS OF OCP INVOICE (0.4); RESEARCH
                                       RE: PAYMENT OF TIME SPENT ON DRAFTING
                                       FEE APPLICATIONS (1.7); ANALYSIS OF
                                       PAYMENTS MADE TO BUTZEL LONG AND MAYER
                                       BROWN (0.4); TELECONFERENCE WITH E&Y
                                       RE: RETENTION ORDER AND FILING OF FEE
                                       APPLICATION (0.3).

DE ELIZALDE D      06/14/07      3.50  SUPERVISED PAYMENT OF MONTHLY
                                       STATEMENTS TO QUINN EMANUEL AND FTI
                                       (0.5); TELECONFERENCE WITH E&Y AND
                                       DELOITTE RE: FEE COMMITTEE'S FINAL
                                       OFFER ON THEIR FOURTH FEE APPLICATION
                                       (0.4); REVIEW PAYMENTS MADE TO MAYER
                                       BROWN AND BUTZEL LONG (0.4); REVIEW AND
                                       REVISE NOTICE OF HEARING RE: FOURTH FEE
                                       APPS OF DEBTORS' PROFESSIONALS AND
                                       SUPERVISED FILING THEREOF (0.8);
                                       ANALYSIS OF ACCEPTANCES OF FIRMS RE: FEE
                                       COMMITTEE'S PROPOSAL ON FOURTH FEE
                                       APPLICATIONS (1.3); EMAIL RE: OCP Q2
                                       2007 REPORTING (0.1).

DE ELIZALDE D      06/15/07      3.00  REVIEW AND REVISE KEYBANC'S RETENTION
                                       APPLICATION PAPERS (0.8); EMAIL JAECKLE
                                       RE: FEE APPLICATION (0.3); REVIEW AND
                                       REVISE DRAFTS OF SCRIPT AND PROPOSED
                                       ORDERS RE: FEE APPLICATIONS (1.9).

DE ELIZALDE D      06/18/07      4.40  DRAFT PROPOSED FEE APPLICATION ORDERS
                                       (2.8); DRAFT SCRIPT FOR FEE APPLICATION
                                       HEARING (1.6).

DE ELIZALDE D      06/19/07      5.10  ANALYSIS OF PROFESSIONALS' MONTHLY
                                       STATEMENTS AND OBJECTION DEADLINES
                                       THEREOF (1.2); DRAFT EXHIBITS TO
                                       PROPOSED FEE APPLICATION ORDERS (3.9).

DE ELIZALDE D      06/20/07      6.50  ANALYSIS OF RESPONSES FROM
                                       PROFESSIONALS RE: OBJECTIONS TO SUCH
                                       PROFESSIONALS' MONTHLY STATEMENTS AND
                                       APPROVED PAYMENT OF STATEMENTS THEREOF
                                       (1.6); REVIEW AND REVISE PROPOSED FEE
                                       APPLICATION ORDERS (2.5); REVIEW AND
                                       REVISE SCRIPT FOR FEE APPLICATION
                                       HEARING (0.9); PREPARE MATERIALS FOR
                                       FEE APPLICATION HEARING (1.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
DE ELIZALDE D    06/21/07    6.00   ANALYSIS OF RESPONSES FROM
                                    PROFESSIONALS RE: OBJECTIONS TO SUCH
                                    PROFESSIONALS' MONTHLY STATEMENTS AND
                                    APPROVED PAYMENT OF STATEMENTS THEREOF
                                    (0.7); REVIEW AND REVISE PROPOSED FEE
                                    APPLICATION ORDERS (2.5); REVIEW AND
                                    REVISE SCRIPT FOR FEE APPLICATION
                                    HEARING (0.9); PREPARE MATERIALS FOR
                                    FEE APPLICATION HEARING (1.6);
                                    TELECONFERENCE WITH LCC RE: FTI AND
                                    MESIROW'S FEE APPLICATIONS (0.3).

DE ELIZALDE D    06/22/07    4.20   REVIEW AND REVISE DRAFTS OF SCRIPT AND
                                    PROPOSED ORDERS RE: FEE APPLICATIONS
                                    (2.9); ANALYSIS OF WIEG AS OCP (1.3).

DE ELIZALDE D    06/25/07    3.50   REVIEW AND REVISE PROPOSED FEE
                                    APPLICATION ORDERS TO BE SENT TO COURT
                                    (0.4); REVIEW AND REVISE AGENDA FOR JUNE
                                    26 HEARING (0.9); ANALYSIS OF COMMENTS
                                    SENT BY KEYBANC TO APPLICATION AND
                                    PROPOSED ORDER (0.5); ANALYSIS OF WHITE
                                    & CASE'S MONTHLY STATEMENTS FOR MARCH
                                    AND APRIL (0.4); FEE APPLICATIONS
                                    HEARING PREPARATION (1.3).

DE ELIZALDE D    06/26/07    3.90   PREPARATION FOR HEARING ON FEE
                                    APPLICATIONS (2.5); ATTEND HEARING ON
                                    FEE APPLICATIONS (0.5); ANALYSIS OF
                                    LCC'S MAY MONTHLY STATEMENT (0.3);
                                    EMAIL KEYBANC RE: PARTIES-IN-INTEREST
                                    LIST AND INFORMATION THEREOF (0.6).

DE ELIZALDE D    06/27/07    0.90   INSTRUCTIONS TO DELPHI RE: PAYMENT OF
                                    HOLDBACK AMOUNTS ON FEE APPLICATIONS
                                    APPROVED BY THE COURT ON JUNE 26, 2007
                                    (0.6); REQUEST INFORMATION FROM DELPHI
                                    RE: LIST OF PARTIES-IN-INTEREST WITH
                                    RESPECT TO KEYBANC'S APPLICATION FOR
                                    RETENTION (0.3).

DE ELIZALDE D    06/28/07    3.70   REVIEW AND REVISE APPLICATION FOR
                                    EMPLOYMENT OF DYKEMA (1.2); REVIEW AND
                                    REVISE FBG'S APPLICATION FOR EMPLOYMENT
                                    AND ORDER (1.3); REVIEW AND REVISE GCG'S
                                    APPLICATION FOR EMPLOYMENT AND ORDER
                                    (0.9); ANALYSIS OF PARTIES-IN-INTEREST
                                    RE: KEYBANC'S APPLICATION (0.3).

                             80.40
```

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ~~GRANT K~~ | ~~06/12/07~~ | ~~0.50~~ | ~~CONSIDER POTENTIAL RETENTION OF JLL, INCLUDING REVIEW OF DRAFT AGREEMENT; (0.3) AND TELECONFERENCE WITH C. COMERFORD. (0.2).~~ |
| ~~GRANT K~~ | ~~06/13/07~~ | ~~0.50~~ | ~~TELECONFERENCE WITH C. COMERFORD, J. BEAUDOEN RE: JLL RETENTION. (0.5).~~ |
| ~~GRANT K~~ | ~~06/14/07~~ | ~~0.20~~ | ~~TELECONFERENCE WITH C. COMERFORD RE: POTENTIAL JLL RETENTION (0.2).~~ |
| ~~GRANT K~~ | ~~06/15/07~~ | ~~0.30~~ | ~~TELECONFERENCE WITH J. KLEINMAN RE: JLL RETENTION (0.3).~~ |
| ~~GRANT K~~ | ~~06/29/07~~ | ~~0.30~~ | ~~TELECONFERENCE WITH J. KLEINMAN RE: JLL SUPPLEMENTAL RETENTION (0.3).~~ |
| | | ~~1.80~~ | |
| HERRIOTT AV | 06/11/07 | 0.40 | REVIEW ORDINARY COURSE PROFESSIONAL ORDER AND EVALUATE APPLICABILITY TO PROFESSIONAL (0.4). |
| HERRIOTT AV | 06/12/07 | 0.90 | REVIEW DRAFT ENGAGEMENT LETTER WITH PROFESSIONAL AND CONSIDER MATTERS ARISING FROM LETTER (0.9). |
| HERRIOTT AV | 06/13/07 | 1.70 | TELECONFERENCE WITH C. COMERFORD RE: JLL RETENTION MATTERS (0.3); REVIEW DRAFT LISTING AGREEMENT, FORMER RETENTION PAPERS, AND RELATED MATERIALS IN PREPARATION FOR SAME (1.4). |
| HERRIOTT AV | 06/14/07 | 1.20 | CONTINUE DRAFTING JLL SUPPLEMENTAL RETENTION APPLICATION (1.2). |
| HERRIOTT AV | 06/15/07 | 2.60 | CONTINUE TO DRAFT SUPPLEMENTAL RETENTION PAPERS FOR JLL (2.6). |
| HERRIOTT AV | 06/19/07 | 0.10 | FOLLOW UP WITH CLIENT RE: JLL RETENTION (0.1). |
| HERRIOTT AV | 06/21/07 | 2.30 | BEGIN REVIEWING AND REVISING DRAFT RETENTION APPLICATION FOR FBG (0.6); BEGIN DRAFTING RETENTION APPLICATION FOR GCG (0.7); REVIEW AND REVISE RETENTION APPLICATION FOR JLL (1.0). |
| HERRIOTT AV | 06/22/07 | 3.70 | REVIEW AND REVISE FBG RETENTION APPLICATION (3.6); REVIEW AND REVISE JLL RETENTION APPLICATION (0.1). |
| HERRIOTT AV | 06/25/07 | 3.70 | CONTINUE DRAFTING GCG RETENTION APPLICATION (2.8); REVIEW AND REVISE FBG RETENTION APPLICATION (0.9). |
| HERRIOTT AV | 06/26/07 | 1.00 | FOLLOW UP RE: JLL SUPPLEMENTARY RETENTION (0.1); REVIEW AND REVISE GCG RETENTION APPLICATION (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HERRIOTT AV      06/27/07       3.50   REVIEW AND REVISE FBG RETENTION PAPERS
                                       (1.1); REVIEW AND REVISE GCG RETENTION
                                       PAPERS (2.4).

HERRIOTT AV      06/28/07       2.40   CONTINUE REVIEWING AND REVISING FBG AND
                                       GCG RETENTION PAPERS (2.4).

HERRIOTT AV      06/29/07       1.90   REVIEW AND REVISE FBG RETENTION PAPERS
                                       (0.7); JLL RETENTION PAPERS (0.3), AND
                                       GCG RETENTION PAPERS (0.2); CONFERENCE
                                       WITH J. KLEINMAN RE: JLL (0.1);
                                       CONFERENCE WITH J. SULLICAN RE: FBG
                                       (0.3); CONFERENCE WITH K. SHAER RE: GCG
                                       (0.3).

                               25.40

PERL MW          06/21/07       2.70   TELECONFERENCE WITH WORKING GROUP RE:
                                       FEE APPLICATION ORDERS (0.3, 0.1);
                                       REVIEW AND REVISE SCRIPT FOR SKADDEN'S
                                       FOURTH INTERIM FEE APPLICATION,
                                       INCLUDING REVIEW OF FEE APPLICATION
                                       (0.5); REVIEW FEE APPLICATION ORDERS,
                                       INCLUDING EXHIBITS AND PROVIDE COMMENTS
                                       RE: SAME (0.6); REVIEW PRIOR FEE
                                       APPLICATION ORDER RE: LANGUAGE IN
                                       CONNECTION WITH HOLDBACK LANGUAGE
                                       (0.4); DRAFT CORRESPONDENCE TO WORKING
                                       GROUP RE: FEE APPLICATION ORDERS (0.6);
                                       CORRESPOND WITH WORKING GROUP RE: LCC'S
                                       REPORT ON SKADDEN'S FOURTH INTERIM FEE
                                       APPLICATION TO PREPARE HEARING
                                       MATERIALS (0.2).

PERL MW          06/22/07       0.60   REVIEW FEE APPLICATION ORDER AND
                                       PROFFER AND PROVIDE COMMENTS TO ORDER
                                       (0.6).

                                3.30

**Total Associate**            110.90

CHAVALI A        06/04/07       0.80   UPDATE OCP LIST (0.8).

CHAVALI A        06/05/07       0.80   ASSIST WITH ORGANIZING FEE STATEMENTS
                                       (0.8).

CHAVALI A        06/07/07       1.40   ASSIST WITH FEE COMMITTEE MEET AND
                                       CONFER TELECONFERENCE (1.4).

CHAVALI A        06/11/07       0.70   SET UP FOR FEE COMMITTEE MEET AND CONFER
                                       (0.7).

CHAVALI A        06/22/07       1.50   ASSIST WITH FEE APPLICATION HEARING
                                       BINDERS (1.5).

CHAVALI A        06/27/07       1.30   UPDATE OCP LIST (1.3).

                                6.50

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DEMMA J          06/01/07      1.10  UPDATE CHART OF RETURNED MAIL TIME
                                     DETAIL FOR KURTZMAN CARSON CONSULTANTS
                                     (1.1).

DEMMA J          06/12/07      2.10  PREPARE TABLE OF DISCLOSURES FROM
                                     PREVIOUS DECLARATIONS (2.1).

DEMMA J          06/13/07      1.20  UPDATE DECLARATIONS (0.6); UPDATE
                                     REQUEST TRACKING CHART (0.6).

DEMMA J          06/21/07      0.30  DISTRIBUTE 2019 STATEMENTS RE: PEPPER
                                     HAMILTON FOR ATTORNEY REVIEW (0.3).

                               4.70

DONNELLY NP      06/16/07      4.70  EDIT/REVISE DOCUMENTS TO BE USED AT
                                     UPCOMING FEE APPLICATION HEARING (4.7).

DONNELLY NP      06/19/07      2.60  ENTER ATTORNEY EDITS TO CHART OF FEES
                                     FOR USE IN UPCOMING HEARING (2.6).

                               7.30

ZSOLDOS AF       06/01/07      1.60  PREPARE LIST OF PROFESSIONALS CONTACT
                                     INFORMATION IN PREPARATION FOR SENDING
                                     OUT EMAILS RE: FEE COMMITTEE REPORT
                                     (1.1); UPDATE FEE CHART (0.5).

ZSOLDOS AF       06/04/07      5.10  PREPARE LIST OF CONTACT INFORMATION OF
                                     PROFESSIONALS (0.7); UPDATE AND REVISE
                                     FEE COMMITTEE CHART OF RECOMMENDED FEES
                                     AND EXPENSES FOR FOURTH INTERIM PERIOD
                                     (1.3); SEND OUT EMAILS TO PROFESSIONALS
                                     RE: FEE COMMITTEE RECOMMENDATIONS
                                     (3.1).

ZSOLDOS AF       06/05/07      1.70  UPDATE FEE AND EXPENSE CHART IN
                                     PREPARATION FOR JOINT STATUTORY
                                     COMMITTEE MEETING WITH NEW FEE
                                     STATEMENTS AND PAYMENTS MADE (1.7).

ZSOLDOS AF       06/06/07      4.20  CONTINUE TO UPDATE OF MASTER FEE AND
                                     EXPENSE CHART FOR JOINT STATUTORY
                                     COMMITTEE MEETING (4.2).

ZSOLDOS AF       06/07/07      1.50  UPDATE FEE AND EXPENSE CHART (1.5).

ZSOLDOS AF       06/08/07      2.30  UPDATE FEE COMMITTEE RECOMMENDATIONS
                                     CHART (2.3).

ZSOLDOS AF       06/11/07      2.50  PREPARE FINAL MATERIALS FOR FEE
                                     COMMITTEE MEETING AND CONFER RE:
                                     PROFESSIONALS FEES AND REDUCTIONS
                                     (0.7); UPDATE FEE COMMITTEE REDUCTIONS
                                     CHART (1.8).

ZSOLDOS AF       06/12/07      5.10  UPDATE FEE COMMITTEE RECOMMENDATIONS
                                     CHART (1.4); SEND EMAILS TO
                                     PROFESSIONALS RE: FINAL FEE COMMITTEE
                                     RECOMMENDATIONS (3.7).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ZSOLDOS AF | 06/13/07 | 4.40 | UPDATE FEE COMMITTEE RECOMMENDATIONS CHART (1.7); REVISE AND UPDATE EXHIBIT TO NOTICE OF HEARING ON FEE APPLICATIONS (1.0); PREPARE MATERIALS FOR MEETING WITH J. SHEEHAN RE: OUTSTANDING FEE APPLICATIONS FOR FEE COMMITTEE TO REVIEW (1.1); SEND EMAILS AND OTHER CORRESPONDENCE TO PROFESSIONALS RE: REDUCTIONS (0.6). |
| --- | --- | --- | --- |
| ZSOLDOS AF | 06/14/07 | 6.20 | UPDATE NOTICE OF HEARING RE: DEBTORS FEE APPLICATIONS (0.6); ELECTRONICALLY FILE SAME (0.3); DISTRIBUTE AND COORDINATE SERVICE RE: SAME (0.2); SEND EMAILS TO PROFESSIONALS RE: FEE COMMITTEE ACCEPTANCES AND BUDGETS (2.3); UPDATE MASTER FEE AND EXPENSE CHART WITH PAYMENTS MADE (1.7) AND FEE STATEMENTS RECENTLY RECEIVED (1.1). |
| ZSOLDOS AF | 06/15/07 | 0.60 | LOCATE AND SEND ORDERS APPROVING FEE APPLICATIONS TO ATTORNEY FOR REVIEW (0.6). |
| ZSOLDOS AF | 06/18/07 | 3.10 | EMAIL PROFESSIONALS RE: EXPIRATION OF OBJECTION DEADLINE (0.4); TRACK RESPONSES (0.8); PULL FEE ORDERS FROM PREVIOUS HEARINGS (0.7); CREATE EXHIBITS TO FEE ORDERS FOR UPCOMING FEE HEARING (1.2). |
| ZSOLDOS AF | 06/20/07 | 6.60 | CREATE AND SEND LIST OF PROFESSIONALS WITH NO OBJECTIONS TO ATTORNEY FOR REVIEW (0.6); UPDATE EXHIBITS TO SECOND, THIRD, AND FOURTH INTERIM FEE ORDER (2.9); REVIEW FIRM NAMES ON EXHIBITS TO ORDER AND REVISE SAME TO REFLECT PROPER NAME (1.6); CREATE BINDERS OF FEE APPLICATIONS TO BE HEARD AT HEARING (1.5). |
| ZSOLDOS AF | 06/21/07 | 7.90 | UPDATE EXHIBIT TO FEE ORDERS (3.5); UPDATE FEE BINDERS (2.7); PRINT AND ORGANIZE FEE STATEMENTS (0.6); UPDATE CHART OF RETENTION INFORMATION OF RETAINED PROFESSIONALS (1.1). |
| ZSOLDOS AF | 06/22/07 | 6.20 | PREPARE EMAIL TO PROFESSIONALS RE: PROPOSED ORDERS AND EXHIBITS (1.1); UPDATE AND COURIER FEE APPLICATIONS BINDERS TO COURT FOR JUDGE'S REVIEW (5.1). |
| ZSOLDOS AF | 06/25/07 | 3.60 | PREPARE FEE APPLICATION ORDERS ON DISK (1.9); COORDINATE DELIVERY TO COURT (0.4); FINALIZE FEE APPLICATION BINDER (1.3). |
| ZSOLDOS AF | 06/26/07 | 1.50 | PREPARE FEE APPLICATION ORDERS ON DISK (1.1); SEND TO COURT FOR ENTRY ON DOCKET (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ZSOLDOS AF | 06/27/07 | 4.00 | UPDATE FEE AND EXPENSE CHART WITH PAYMENTS MADE (1.7); UPDATE WITH PENDING AND PAID COLUMN (0.5); UPDATE CONTACT INFORMATION IN VARIOUS FIRMS (0.6); SEND EMAILS RE: OBJECTION DEADLINES (0.3); PRINT AND ORGANIZE FEE STATEMENTS (0.9). |
| --- | --- | --- | --- |
| ZSOLDOS AF | 06/29/07 | 0.70 | ASSIST WITH DRAFTING LETTER TO DELPHI RE: PAYMENT OF HOLDBACK AMOUNTS (0.7). |
| | | 68.80 | |
| Total Legal Assistant | | 87.30 | |
| TOTAL TIME | | 247.10 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 07/31/07**
**Retention / Fee Matters/Objections (Others)**                **Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/01/07 | Copy Center, D | 188.25 |
| In-house Reproduction | 06/05/07 | Copy Center, D | 21.90 |
| In-house Reproduction | 06/08/07 | Copy Center, D | 32.91 |
| In-house Reproduction | 06/08/07 | Copy Center, D | 18.50 |
| In-house Reproduction | 06/22/07 | Copy Center, D | 193.85 |
| In-house Reproduction | 06/22/07 | Copy Center, D | 74.42 |
| In-house Reproduction | 06/26/07 | Copy Center, D | 929.42 |
| In-house Reproduction | 06/26/07 | Copy Center, D | 417.20 |
| In-house Reproduction | 06/29/07 | Copy Center, D | 200.55 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2,077.00** |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 5.68 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 13.23 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 2.17 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.62 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.30 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$22.00** |
| Lexis/Nexis | 06/13/07 | De Elizalde D | 125.00 |
| | | **TOTAL LEXIS/NEXIS** | **$125.00** |
| Reproduction - color | 06/05/07 | Copy Center, D | 159.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$159.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | |
|---|---|---:|
| Printing to paper from 06/01/07 TIF | Copy Center, D | 25.61 |
| Printing to paper from 06/05/07 TIF | Copy Center, D | 15.61 |
| Printing to paper from 06/21/07 TIF | Copy Center, D | 887.78 |
| | **TOTAL PRINTING TO PAPER FROM TIF** | **$929.00** |
| | **TOTAL MATTER** | **$3,312.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                                    **Bill Date: 08/31/07**
**Retention / Fee Matters/Objections (Others)**                **Bill Number: 1178615**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MATZ TJ | 07/02/07 | 4.60 | REVIEW AND COMMENT ON RETENTION APPLICATION OF DYKEMA (0.9); REVIEW RETENTION MATTERS RE: GARDEN CITY GROUP (0.7); REVIEW AND COMMENT ON RETENTION APPLICATION OF FBG (0.8); CONSIDERING RETENTION MATTERS RE: KEYBANK, INVESTMENT BANKER (0.4); CONSIDERING RETENTION OF W.Y. CAMPBELL APPLICATION (0.2); TELECONFERENCE WITH U.S. TRUSTEE RE: ORDINARY COURSE PROFESSIONALS (0.3); CORRESPONDENCE WITH D. SHERBIN RE: SAME (0.3); PREPARE SUPPLEMENTARY MOTION RE: ORDINARY COURSE PROFESSIONALS (1.0). |
| MATZ TJ | 07/13/07 | 0.20 | CORRESPONDENCE FROM S. CORCORAN RE: QUARTERLY ORDINARY COURSE PROFESSIONALS REPORT (0.2). |
| MATZ TJ | 07/16/07 | 1.20 | TELECONFERENCE WITH V. MELWANI RE: FEE APPLICATIONS (0.2); REVIEW AND COMMENT ON RETAINED TO ORDINARY COURSE PROFESSIONAL STATUS MOTION (0.8); REVIEW CORRESPONDENCE FROM U.S. TRUSTEE RE: SAME (0.2). |
| MATZ TJ | 07/23/07 | 1.40 | TELECONFERENCE WITH KPMG RE: FIFTH INTERIM FEE APPLICATIONS (0.2); TELECONFERENCE WITH PWC RE: SAME (0.1); REVIEW AND REVISE SUPPLEMENTAL ORDINARY COURSE PROFESSIONAL MOTION (0.9); REVIEW STATUS OF KEYBANC RETENTION (0.2). |
| MATZ TJ | 07/24/07 | 0.50 | FURTHER REVIEW AND REVISE OF SUPPLEMENTAL MOTION RE: ORDINARY COURSE PROFESSIONALS (0.3); DISCUSSION WITH D. SHERBIN RE: SAME (0.2). |
| MATZ TJ | 07/25/07 | 2.10 | REVIEW AND COMMENT ON KEYBANC RETENTION APPLICATION (1.0); FOLLOW UP WITH S. CORCORAN RE: DYKEMA GOSSET RETENTION (0.1); TELECONFERENCE WITH U.S. TRUSTEE RE: SAME, ORDINARY COURSE PROFESSIONALS MOTION (0.3); FOLLOW UP TELECONFERENCE WITH U.S. TRUSTEE RE: DYKEMA, WILMER HALE, KEYBANC AND ORDINARY COURSE PROFESSIONALS RETENTIONS (0.4); FURTHER REVIEW OF SAME (0.2); TELECONFERENCE WITH U.S. TRUSTEE RE: FBG RETENTION (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 07/26/07 | 1.40 | FURTHER REVIEW OF DYKEMA RETENTION APPLICATION (0.3); CORRESPONDENCE WITH S. CORCORAN RE: SAME (0.2); CORRESPONDENCE WITH J. KASTIN RE: FEE APPLICATIONS (0.2); TELECONFERENCE WITH U.S. TRUSTEE RE: FBG RETENTION APPLICATION (0.2); TELECONFERENCE WITH U.S. TRUSTEE RE: FIFTH INTERIM FEE APPLICATIONS (0.2); TELECONFERENCE WITH U.S. TRUSTEE RE: ORDINARY COURSE PROFESSIONALS STATEMENT SUPPLEMENTARY MOTION, ORDER (0.3). |
|---|---|---|---|
| MATZ TJ | 07/27/07 | 0.50 | FINAL REVIEW FOR FILING OF DYKEMA RETENTION APPLICATION (0.2); REVIEW KEYBANC APPLICATION MATTER (0.3). |
| MATZ TJ | 07/30/07 | 0.50 | CORRESPONDENCE WITH M. RIELA RE: DYKEMA GOSSETT RETENTION (0.2); FURTHER REVISIONS TO SUPPLEMENTAL ORDINARY COURSE PROFESSIONAL MOTION (0.3). |
| MATZ TJ | 07/31/07 | 4.00 | REVIEW CORRESPONDENCE WITH DYKEMA RE: RETENTION APPLICATION (0.2); CORRESPONDENCE WITH M. RIELA RE: SAME (0.2); REVIEW DYKEMA MEMORANDUM (0.1); TELECONFERENCE WITH R. ROSEN RE: DYKEMA RETENTION (0.2); CORRESPONDENCE WITH D. SHERBIN RE: SUPPLEMENTAL ORDINARY COURSE PROFESSIONALS MOTION (0.3); REVIEW AND COMMENT ON JLL SUPPLEMENTAL RETENTION (0.4); REVIEW AND COMMENT ON WILMER HALE SUPPLEMENTAL RETENTION APPLICATION (0.5); REVIEW SERVICE OF ALL PROFESSIONALS FIFTH INTERM FEE APPLICATIONS (1.0); CORRESPONDENCE TO M. KAHN, A. ZSOLDOS RE: TRACKING SAME FOR FEE COMMITTEE (0.3); REVIEW CORRESPONDENCE FROM J. WHITSON RE: ADDITIONAL PRICEWATER HOUSE STATEMENTS OF WORK (0.2); REVIEW CORRESPONDENCE FROM J. WHITSON RE: KPMG STATEMENTS OF WORK (0.2); TWO TELECONFERENCES WITH M. PERL, A. ZSOLDOS RE: FEE APPLICATION FILING (0.3); CONFIRM DOCKET RE: SAME (0.1). |

                                    16.40

| **Total Counsel** | | **16.40** | |
|---|---|---|---|
| DE ELIZALDE D | 07/02/07 | 0.20 | TELECONFERENCE WITH HOWARD AND HOWARD RE: FEE APPLICATION DEADLINE (0.2). |
| DE ELIZALDE D | 07/03/07 | 4.30 | REVIEW AND REVISE RETENTION APPLICATION PAPERS OF GCG (1.2); REVIEW AND REVISE RETENTION APPLICATION PAPERS OF DYKEMA (1.6); ADVISED OCP RE: FILING OF AFFIDAVIT (0.2); REVIEW AND REVISE KEYBANC'S RETENTION APPLICATION PAPERS (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DE ELIZALDE D      07/06/07     1.50  REVIEW OCP AFFIDAVIT OF LANGLEY &
                                      BANACK, INC. AND CORRESPONDED WITH FIRM
                                      RE: THEIR RETENTION AS OCP (0.5);
                                      ANALYSIS OF FIRMS' MONTHLY STATEMENTS
                                      (0.4); REVIEW AND REVISE OCP LIST (0.6).

DE ELIZALDE D      07/09/07     3.40  ANALYSIS OF PRECEDENTS RE: FILING A
                                      MOTION TO CONVERT TO OCPS SOME FORMALLY
                                      RETAINED PROFESSIONALS AND BEGAN
                                      DRAFTED PLEADINGS OF THE SAME (2.6);
                                      CORRESPONDENCE WITH COMPANY RE: PAYMENT
                                      OF HOLDBACK AMOUNTS RE: FOURTH INTERIM
                                      FEE PERIODS (0.8).

DE ELIZALDE D      07/10/07     5.10  DRAFT MOTION AND PROPOSED SUPPLEMENTAL
                                      OCP ORDER RE: FORMALLY RETAINED FIRMS
                                      THAT ARE GOING TO BE CONVERTED BACK TO
                                      OCPS (2.6); REVIEW AND REVISE CHART
                                      INCLUDING MONTHLY STATEMENT
                                      INFORMATION AND PAYMENT INFORMATION FOR
                                      ALL PROFESSIONALS (2.5).

DE ELIZALDE D      07/11/07     1.40  TELECONFERENCE WITH DELPHI RE: PAYMENT
                                      OF HOLDBACK AMOUNTS TO ALL
                                      PROFESSIONALS ON THE FOURTH INTERIM FEE
                                      APPLICATIONS (0.5); ANALYSIS OF W.Y.
                                      CAMPBELL'S FEE APPLICATION AND
                                      CORRESPONDED WITH SUCH FIRM RE: FEE
                                      APPLICATION HEARING (0.9).

DE ELIZALDE D      07/12/07     2.50  CORRESPONDENCE WITH W. HALE RE:
                                      SUPPLEMENTAL RETENTION APPLICATION
                                      (0.6); REVIEW AND REVISE CHART RE:
                                      PROFESSIONAL FEES SUMMARY (1.9).

DE ELIZALDE D      07/13/07     0.90  REVIEW AND REVISE OCP QUARTERLY REPORT
                                      (0.9).

DE ELIZALDE D      07/16/07     4.80  REVIEW AND REVISE OCP LIST (0.4); REVIEW
                                      AND REVISE SUPPLEMENTAL OCP MOTION
                                      (2.6); ANALYSIS OF OBJECTION DEADLINES
                                      FOR NOTICE PARTIES TO OBJECT TO EACH OF
                                      THE PROFESSIONALS' MONTHLY STATEMENTS
                                      (1.8).

DE ELIZALDE D      07/17/07     3.30  REVIEW AND REVISE OCP LIST AND ANSWERED
                                      QUESTIONS FROM DELPHI RE: SEVENTH OCP
                                      LIST (0.8); REVIEW AND REVISE
                                      SUPPLEMENTAL OCP MOTION (1.6); ANALYSIS
                                      OF OBJECTION DEADLINES FOR NOTICE
                                      PARTIES TO OBJECT TO EACH OF THE
                                      PROFESSIONALS' MONTHLY STATEMENTS
                                      (0.9).

DE ELIZALDE D      07/18/07     2.50  REVIEW AND REVISE WILMER CUTLER'S
                                      SUPPLEMENTAL APPLICATION FOR
                                      EMPLOYMENT AND RELATED PLEADINGS (2.5).

DE ELIZALDE D      07/19/07     2.40  REVIEW AND REVISE SEVENTH OCP LIST
                                      (0.3); REVIEW AND REVISE KEYBANC'S
                                      APPLICATION FOR EMPLOYMENT (1.5);
                                      ANALYSIS OF WILMER'S FEE STATEMENT FOR
                                      THE MONTH OF MAY (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DE ELIZALDE D    07/27/07    2.80   REVIEW AND REVISE DYKEMA'S APPLICATION
                                    FOR EMPLOYMENT AND SUPERVISED FILING OF
                                    THE SAME (2.8).

DE ELIZALDE D    07/30/07    3.70   CORRESPONDENCE WITH DELPHI RE:
                                    RETENTION APPLICATION OF KEYBANC (0.6);
                                    CORRESPONDENCE AND TELECONFERENCES
                                    WITH DYKEMA AND UCC RE: UCC QUESTIONS
                                    AND COMMENTS TO DYKEMA'S APPLICATION
                                    FOR EMPLOYMENT (1.5); CORRESPONDENCE
                                    WITH DELPHI RE: STATUS OF RETENTION OF
                                    GRANT THORNTON (0.3); ANALYSIS OF
                                    PAYMENTS MADE BY DELPHI TO CERTAIN
                                    RETAINED PROFESSIONALS (0.4);
                                    CORRESPONDENCE WITH SEVERAL RETAINED
                                    PROFESSIONAL FIRMS RE: FILING AND
                                    SERVING OF FIFTH INTERIM FEE
                                    APPLICATION (0.9).

DE ELIZALDE D    07/31/07    3.00   CORRESPONDENCE WITH DYKEMA AND
                                    CREDITOR'S COMMITTEE RE: RETENTION
                                    APPLICATION FILED BY DYKEMA (1.2);
                                    REVIEW AND REVISE SECOND SUPPLEMENTAL
                                    APPLICATION OF WILMER HALE (0.9);
                                    CORRESPONDENCE WITH PWC RE: PAYMENT OF
                                    HOLDBACK AMOUNTS (0.3); CORRESPONDENCE
                                    WITH DELPHI RE: NEW SOWS SIGNED WITH
                                    KPMG (0.4); TELECONFERENCE WITH WILMER
                                    HALE RE: FEE APPLICATION HEARING (0.2).

                             41.80

HERRIOTT AV      07/02/07    2.00   REVIEW AND REVISE RETENTION APPLICATION
                                    FOR FBG (0.2), GCG (0.2), AND JLL (0.8);
                                    ATTEND TO VARIOUS MISCELLANEOUS
                                    RETENTION MATTERS (0.8).

HERRIOTT AV      07/03/07    2.20   REVIEW AND REVISE RETENTION
                                    APPLICATIONS FOR JLL (0.9), GCG (0.4),
                                    AND FBG (0.6); REVIEW MISCELLANEOUS
                                    RETENTION MATTERS (0.3).

HERRIOTT AV      07/05/07    1.60   REVIEW AND REVISE RETENTION APPLICATION
                                    FOR FBG (1.6).

HERRIOTT AV      07/06/07    0.50   REVIEW AND REVISE RETENTION
                                    APPLICATIONS FOR FBG (0.1); GCG (0.3);
                                    JLL (0.1).

HERRIOTT AV      07/09/07    0.10   REVIEW AND REVISE FBG RETENTION
                                    APPLICATION (0.1).

HERRIOTT AV      07/12/07    0.10   REVISE PORTION OF JLL PLEADINGS (0.1).

HERRIOTT AV      07/17/07    0.10   CONDUCT FOLLOW UP RELATED TO FBC
                                    RETENTION APPLICATION (0.1).

HERRIOTT AV      07/23/07    0.60   REVIEW AND REVISE JLL SUPPLEMENTAL
                                    PLEADINGS (0.6).

HERRIOTT AV      07/24/07    0.60   REVIEW AND REVISE RETENTION
                                    APPLICATIONS FOR JLL (0.5) AND GCG
                                    (0.1).

HERRIOTT AV      07/25/07    0.40   REVIEW AND REVISE RETENTION
                                    APPLICATIONS (0.4).

B43E

| | | | |
|---|---|---|---|
| HERRIOTT AV | 07/26/07 | 0.10 | REVIEW AND REVISE JLL RETENTION APPLICATION (0.1). |
| HERRIOTT AV | 07/27/07 | 1.00 | REVIEW AND REVISE JLL RETENTION APPLICATION (1.0). |
| HERRIOTT AV | 07/30/07 | 0.40 | REVISE JLL RETENTION APPLICATION (0.4). |
| | | **9.70** | |
| KAHN MT | 07/31/07 | 3.20 | ANALYZE CORRESPONDENCE WITH THE UCC REGARDING RETAINED AND ORDINARY COURSE PROFESSIONALS (2.7); ANALYZE INTERIM COMPENSATION ORDERS (0.5). |
| | | **3.20** | |
| PERL MW | 07/23/07 | 0.20 | REVIEW KCC INVOICE (0.2). |
| PERL MW | 07/24/07 | 0.70 | COMPLETE REVIEW OF KCC INVOICE (0.7). |
| PERL MW | 07/29/07 | 1.00 | REVIEW AND CONSIDER INQUIRY FROM S. GALE RE: PAYMENT OF PROFESSIONAL FEES (0.5); DRAFT CORRESPONDENCES TO WORKING GROUP RE: SAME (0.5). |
| | | **1.90** | |
| SAMOLE RM | 07/31/07 | 1.90 | BEGIN TO REVIEW DOCUMENTS RE: WILMERHALE RETENTION AND OTHER PROFESSIONALS (1.9). |
| | | **1.90** | |
| **Total Associate** | | **58.50** | |
| CHAVALI A | 07/02/07 | 0.50 | UPDATE OCP LIST (0.5). |
| CHAVALI A | 07/16/07 | 0.80 | PREPARE AND FILE QUARTERLY OCP STATEMENT (0.8). |
| CHAVALI A | 07/27/07 | 1.30 | PREPARE AND FILE DYKEMA RETENTION APPLICATION (1.3). |
| CHAVALI A | 07/29/07 | 0.40 | DISTRIBUTE JLL PLEADINGS (0.4). |
| CHAVALI A | 07/30/07 | 1.80 | PREPARE NOTICES OF PRESENTMENT FOR RETENTION APPLICATIONS (1.8). |
| | | **4.80** | |
| ZSOLDOS AF | 07/03/07 | 1.50 | REVIEW FOURTH INTERIM FEE APPLICATION ORDER AS FILED AGAINST OUR RECORDS (1.5). |
| ZSOLDOS AF | 07/05/07 | 2.50 | PRINT AND ORGANIZE FEE STATEMENTS RECEIVED ELECTRONICALLY (0.4); UPDATE FEE AND EXPENSE CHART WITH FEE STATEMENT INFORMATION (1.3); UPDATE PAYMENTS MADE (0.8). |
| ZSOLDOS AF | 07/06/07 | 0.50 | UPDATE FEE AND EXPENSE CHART (0.5). |
| ZSOLDOS AF | 07/09/07 | 1.90 | UPDATE MASTER FEE AND EXPENSE CHART (1.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ZSOLDOS AF       07/10/07     5.80   UPDATE MASTER FEE AND EXPENSE CHART
                                      WITH: MONTHLY STATEMENTS RECEIVED
                                      (2.5); FEES AND EXPENSES AWARDED FOR
                                      FOURTH INTERIM PERIOD (2.0); PAYMENTS
                                      MADE (1.3).

ZSOLDOS AF       07/11/07     1.10   UPDATE MASTER CHART WITH PAYMENT
                                      INFORMATION (1.1).

ZSOLDOS AF       07/17/07     2.20   REVIEW LIST OF FIRMS WITH EXPIRED
                                      OBJECTION DEADLINES (0.6); SEND EMAILS
                                      TO FIRMS WITH EXPIRED OBJECTION
                                      DEADLINES (0.5); TRACK RESPONSES FROM
                                      FIRMS WITH NO OBJECTIONS (1.1).

ZSOLDOS AF       07/18/07     1.70   TRACK EMAIL RESPONSES RE: OBJECTION
                                      DEADLINE (0.8); PRINT FEE STATEMENTS
                                      RECEIVED ELECTRONICALLY (0.4); SEND
                                      LIST OF NO OBJECTIONS TO ATTORNEY FOR
                                      REVIEW (0.5).

ZSOLDOS AF       07/23/07     1.10   PREPARE LIST OF RETAINED PROFESSIONALS
                                      (0.5); UPDATE CONTACT INFORMATION OF
                                      PROFESSIONALS (0.6).

ZSOLDOS AF       07/24/07     0.60   CONTINUE TO UPDATE CONTACT INFORMATION
                                      OF RETAINED PROFESSIONALS (0.6).

ZSOLDOS AF       07/25/07     0.60   UPDATE PAID/PENDING COLUMN IN MASTER
                                      FEE CHART (0.6).

ZSOLDOS AF       07/26/07     1.50   UPDATE MASTER FEE AND EXPENSE CHART WITH
                                      PAYMENTS MADE (0.7); FORMAT CHART TO
                                      INCLUDE 6TH INTERIM PERIOD FEES AND
                                      EXPENSES (0.8).

                              21.00

Total Legal Assistant         25.80

TOTAL TIME                    100.70

203                                                                      B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 08/31/07**
**Retention / Fee Matters/Objections (Others)**       **Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/20/07 | Copy Center, D | 154.23 |
| In-house Reproduction | 07/20/07 | Copy Center, D | 236.80 |
| In-house Reproduction | 07/24/07 | Copy Center, D | 200.41 |
| In-house Reproduction | 07/27/07 | Copy Center, D | 10.00 |
| In-house Reproduction | 07/27/07 | Copy Center, D | 230.00 |
| In-house Reproduction | 07/31/07 | Copy Center, D | 96.56 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$928.00** |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 1.81 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 1.70 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.28 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.04 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.17 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$4.00** |
| Reproduction - color | 07/31/07 | Copy Center, D | 9.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$9.00** |
| Print Images to Paper (from Electronic Media) | 07/02/07 | Copy Center, D | 25.60 |
| Print Images to Paper (from Electronic Media) | 07/03/07 | Copy Center, D | 77.60 |
| Print Images to Paper (from Electronic Media) | 07/27/07 | Copy Center, D | 13.80 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$117.00** |
| | | **TOTAL MATTER** | **$1,058.00** |

.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                          **Bill Date: 09/30/07**
**Retention / Fee Matters/Objections (Others)**                      **Bill Number: 1181367**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 08/01/07 | 0.40 | REVIEW AND REVISE SUPPLEMENTAL ORDINARY COURSE PROFESSIONALS ORDER (0.1) AND MOTION (0.3). |
| MARAFIOTI KA | 08/13/07 | 0.70 | WORK ON KEY BANC RETENTION APPLICATION (0.3); ORDER (0.1); AND SUPPORTING SCHNEIR DECLARATION (0.3). |
| MARAFIOTI KA | 08/20/07 | 0.30 | REVIEW AND REVISE NOTICE RE: ORDINARY COURSE PROFESSIONALS (0.3). |
| MARAFIOTI KA | 08/24/07 | 0.10 | CORRESPONDENCE FROM U.S. GTRSUGTEE RE: DELOPITTE AND CORRESPONDENCE TO CLIENT RE: SAME (0.1). |
| MARAFIOTI KA | 08/28/07 | 0.70 | WORK ON APPLICATION FOR FINANCIAL BALLOTING GROUP RETENTION (0.4) AND RELATED ORDER (0.1) AND DECLARATION (0.2). |
| | | 2.20 | |
| **Total Partner** | | **2.20** | |
| MATZ TJ | 08/01/07 | 0.70 | REVIEW CORRESPONDENCE FROM V. VENABLE RE: SUPPLEMENTAL ORDINARY COURSE PROFESSIONALS MOTION (0.1); CORRESPONDENCE WITH U.S. TRUSTEE RE: SAME (0.2); REVIEW AND REVISE CORRESPONDENCE FROM 5 AFFECTED FIRMS RE: SUPPLEMENTAL ORDINARY COURSE MOTION (0.4). |
| MATZ TJ | 08/03/07 | 1.20 | TELECONFERENCE WITH HELLER ERMAN RE: ORDINARY COURSE PROFESSIONAL STATUS (0.2); FINALIZE FOR FILING SUPPLEMENTAL ORDINARY PROFESSIONAL MOTION (0.3); FINALIZE FOR FILING WILMER HALE SUPPLEMENTARY RETENTION APPLICATION, DECLARATION (0.2); TELECONFERENCE WITH M. RIELA RE: SUPPLEMENTARY ORDINARY COURSE PROFESSIONAL MOTION (0.2); REVIEW KPMG STATEMENT OF WORK NOTICE MATTER (0.3). |
| MATZ TJ | 08/07/07 | 0.40 | TELECONFERENCES WITH W. STEVENS RE: WILMER HALE SUPPLEMENTAL RETENTION (0.4). |
| MATZ TJ | 08/08/07 | 0.20 | REVIEW KPMG MATTER (0.2). |
| MATZ TJ | 08/10/07 | 0.90 | CORRESPONDENCE WITH D. SHERBIN RE: 5TH INTERIM FEE APPLICATIONS REVIEW AND FINALIZE (0.4); REVIEW AND COMMENT ON FBG RETENTION APPLICATION (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 08/13/07 | 0.90 | TELECONFERENCE WITH MAYER BROWN RE: FEE APPLICATIONS (0.3); FURTHER TELECONFERENCE WITH MAYER BROWN RE: FEE APPLICATION (0.2); TELECONFERENCE WITH DLA PIPER RE: FEE APPLICATION, LEGAL COST CONTROL (0.2); CORRESPONDENCE WITH L. BURICK RE: FEE APPLICATIONS LEGAL COST CONTROL (0.2). |
|---|---|---|---|
| MATZ TJ | 08/14/07 | 2.00 | REVIEW AND COMMENT ON FBG RETENTION APPLICATION (0.4); PREPARE 5TH INTERIM FEE APPLICATION SCHEDULE FOR FEE COMMITTEE (0.6); REVIEW AND COMMENT ON NOTICE TO UCC RE: ADDITIONAL KPMG SERVICES (0.4); REVISE 5TH INTERIM FEE APPLICATION SCHEDULE (0.2); FORWARD SAME TO D. SHERBIN (0.1); CORRESPONDENCE WITH D. SHERBIN RE: 5TH INTERIM FEE APPLICATION SCHEDULE (0.1); FORWARD SAME TO FEE COMMITTEE (0.2). |
| MATZ TJ | 08/15/07 | 0.40 | CORRESPONDENCE WITH V. VENABLE, U.S. TRUSTEE, D. SHERBIN RE: 5TH INTERIM FEE APPLICATION SCHEDULE (0.4). |
| MATZ TJ | 08/17/07 | 0.20 | CORRESPONDENCE WITH D. SHERBIN, S. CORCORAN, J. PAPELIAN RE: DELOITTE & TOUCH (0.2). |
| MATZ TJ | 08/20/07 | 0.50 | TELECONFERENCE WITH J. RESSLER RE: KPMG NOTICE (0.2); REVIEW ORDINARY COURSE PROFESSIONALS' MATTERS, QUARTERLY LISTING (0.3). |
| MATZ TJ | 08/21/07 | 0.80 | TELECONFERENCE WITH D. BROWN RE: PHELPS, DUNBAR ORDINARY COURSE PROFESSIONAL MATTER (0.4); TELECONFERENCE WITH J. RESSLER RE: KPMG NOTICE TO UCC (0.2); FURTHER TELECONFERENCE WITH J. RESSLER RE: SAME (0.2). |
| MATZ TJ | 08/23/07 | 0.60 | CORRESPONDENCE WITH V. VENABLE, D. SHERBIN RE: 5TH INTERIM FEE APPLICATIONS REVIEW PROCESS (0.3); REVIEW AND COMMENT ON 7TH REVISED ORDINARY COURSE PROFESSIONAL NOTICE (0.3). |
| MATZ TJ | 08/24/07 | 0.30 | REVIEW CORRESPONDENCE FROM U.S. TRUSTEE RE: DELOITTE & TOUCHE MATTER (0.1); DRAFT CORRESPONDENCE TO D. SHERBIN RE: SAME (0.2). |
| | | **9.10** | |
| RAMLO K | 08/13/07 | 0.30 | REVIEW DRAFT RETENTION PAPERS FOR FINANCIAL BALLOTING GROUP (0.3). |
| RAMLO K | 08/14/07 | 1.30 | FURTHER REVIEW AND COMMENT ON APPLICATION TO RETAIN FINANCIAL BALLOTING GROUP (1.3). |
| | | **1.60** | |
| **Total Counsel** | | **10.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HERRIOTT AV | 08/01/07 | 0.60 | REVIEW AND REVISE JLL RETENTION APPLICATION (0.6). |
|---|---|---|---|
| HERRIOTT AV | 08/02/07 | 0.10 | FOLLOW UP ON JLL RETENTION MATTER (0.1). |
| HERRIOTT AV | 08/13/07 | 3.70 | REVIEW AND REVISE RETENTION PLEADINGS FOR FBG (3.7). |
| HERRIOTT AV | 08/14/07 | 0.90 | REVIEW AND REVISE FBG RETENTION APPLICATION (0.9). |
| HERRIOTT AV | 08/15/07 | 0.20 | RESPOND TO ISSUE RELATED TO FBG RETENTION (0.2). |
| HERRIOTT AV | 08/22/07 | 0.20 | FOLLOW UP ON MATTERS RELATED TO FBG RETENTION (0.2). |
| HERRIOTT AV | 08/27/07 | 0.10 | FOLLOW UP RE: JLL SUPPLEMENTAL RETENTION (0.1). |
| HERRIOTT AV | 08/28/07 | 1.30 | REVIEW AND REVISE FBG RETENTION PLEADINGS (1.3). |
|  |  | 7.10 |  |
| KAHN MT | 08/01/07 | 3.10 | REVISE AMENDED OCP MOTION AND ORDER (0.4); DRAFT EMAIL TO FIVE FORMALLY RETAINED PROFESSIONALS WHO WILL BECOME OCP'S (0.2); DRAFT NOTICE TO UCC RE: KPMG'S FEE INCREASE (1.3); ANALYZE NOTICES OF FILED FEE APPLICATIONS TO CONFIRM ACCURACY OF DEADLINES SET FORTH THEREIN (0.4); REVISE MEMO RE: PAYMENT OF PROFESSIONAL FEES RE: FIVE OCPS WHICH WERE RETAINED PROFESSIONALS (0.2); REVISE SEVENTH AMENDED LIST OF OCPS (0.2); ANALYZE FEE STATEMENTS (0.4). |
| KAHN MT | 08/02/07 | 0.70 | ANALYZE SUPPLEMENTAL INTERIM COMPENSATION ORDERS (0.2); ANALYZE SUPPLEMENTAL OCP MOTION (0.2); ANALYZE JUNE FEE STATEMENTS (0.3). |
| KAHN MT | 08/03/07 | 0.60 | REVISE OCP MOTION, ORDER AND NOTICE (0.3); COORDINATE FILING (0.1); TELECONFERENCES WITH OCP RE: FILING THEIR AFFIDAVIT (HELLER EHRMAN) (0.2). |
| KAHN MT | 08/06/07 | 0.40 | NOTICE TO UCC RE: KPMG (0.1); REVISE NOTICE TO UCC RE: KPMG (0.3). |
| KAHN MT | 08/07/07 | 0.40 | ANALYZE KPMG SOW AND REVISE NOTICE TO UCC RE: SAME (0.4). |
| KAHN MT | 08/08/07 | 0.50 | REVISE NOTICE TO UCC RE: KPMG (0.3); TELECONFERENCE WITH COUNSEL FOR PWC RE: ITS FEE APPLICATION (0.2). |
| KAHN MT | 08/09/07 | 0.10 | REVISE NOTICE TO UCC RE: KPMG (0.1). |
| KAHN MT | 08/10/07 | 0.30 | TELECONFERENCE WITH S. TRAVEJO AND LEGAL COST CONTROL RE: DYKEMA RETENTION (0.1); REVISE NOTICE TO UCC RE: KPMG AND CORRESPOND WITH COMPANY RE: SAME (0.2). |

B43E

| KAHN MT | 08/13/07 | 0.40 | TELECONFERENCE WITH B. HORTMAN RE: WHETHER TO AMEND LOCAL COUNSEL'S RETENTION PAPERS (0.2); ANALYSIS OF DOCKET RE: OBJECTIONS TO OCP MOTION (0.1); TELECONFERENCE WITH J. WHITSON RE: NOTICE TO UCC RE: KPMG (0.1). |
| KAHN MT | 08/14/07 | 0.80 | ANALYZE OCP AFFIDAVITS AND REVISE OCP LIST RE: SAME (0.3); REVISE LETTER TO UCC (0.2); CORRESPOND WITH J. RESLER RE: NOTICE TO UCC (0.1); DRAFT FAX TO OCP TO FILE AFFIDAVIT WITH COURT (0.1); CORRESPONDENCE WITH M. ROZYCKI RE: OCP LIST (0.1). |
| KAHN MT | 08/15/07 | 0.20 | REVIEW OCP LIST AND OCP ORDER IN PREPARATION FOR FILING 7TH AMENDED OCP LIST (0.2). |
| KAHN MT | 08/16/07 | 0.50 | ANALYZE MOTION AND ORDER TO AMEND PROCEDURES (0.4); REVISE OCP LIST (0.1). |
| KAHN MT | 08/20/07 | 0.50 | TELECONFERENCE WITH J. REISLER RE: NOTICE TO UCC RE: KPMG (0.1); REVISE OCP LIST (0.4). |
| KAHN MT | 08/22/07 | 0.40 | REVISE OCP LIST (0.2); CORRESPONDENCE WITH M. PISCITELLI RE: SAME (0.1); CORRESPONDENCE WITH K. SCHAEFER RE: FIFTH INTERIM FEE APPLICATIONS (0.1). |
| KAHN MT | 08/24/07 | 0.20 | TELECONFERENCE WITH M. PISCITELLI RE: OCP LIST (0.1); REVISE OCP LIST (0.1). |
| KAHN MT | 08/27/07 | 0.10 | CORRESPONDENCE WITH M. PISCITELLI RE: RETAINED PROFESSIONALS (0.1). |
| KAHN MT | 08/28/07 | 0.40 | ANALYZE AFFIDAVITS AND REVISE OCP LIST (0.2); DRAFT EIGHTH OCP QUARTERLY REPORT NOTICE (0.2). |
| | | **9.60** | |
| PERL MW | 08/02/07 | 0.40 | COMPLETE REVIEW OF KCC INVOICE (0.4). |
| PERL MW | 08/10/07 | 0.40 | REVIEW KCCS INVOICES CORRESPOND RE: INQUIRY (0.3); TELECONFERENCE WITH E. KURTZMAN RE: SAME (0.1). |
| PERL MW | 08/14/07 | 0.40 | TELECONFERENCE WITH J. LE (KCC) RE: INVOICE (0.1); REVIEW INVOICES OF VARIOUS PROFESSIONALS AND CORRESPOND WITH WORKING GROUP RE: SAME (0.3). |
| | | **1.20** | |
| SAMOLE RM | 08/01/07 | 1.80 | REVISE WILMER HALE RETENTION DOCUMENTS (1.8). |
| SAMOLE RM | 08/03/07 | 1.90 | REVISE WILMER HALE RETENTION DOCUMENTS (1.9). |
| SAMOLE RM | 08/08/07 | 0.60 | REVIEW KEYBANC RETENTION MATERIALS (0.5); CONTACT IN HOUSE CONTACT AT KEYBANC RE: SAME (0.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| SAMOLE RM | 08/13/07 | 1.70 | REVISE KEYBANC RETENTION DOCUMENTS (1.5); WORK WITH KEYBANC RE: DECLARATION (0.2). |
|---|---|---|---|
| SAMOLE RM | 08/27/07 | 4.50 | DRAFT RETENTION APPLICATION AND RELATED MATERIALS FOR DOWNER & CO (4.5). |
| SAMOLE RM | 08/28/07 | 3.10 | REVISE RETENTION DOCUMENTS TO REFLECT AGREEMENT CHANGES (3.1). |
| | | **13.60** | |
| **Total Associate** | | **31.50** | |
| CHAVALI A | 08/03/07 | 2.00 | PREPARE AND FILE OCP MOTION (1.3); FINALIZE AND FILE WILMERHALE RETENTION APPLICATION (0.7). |
| | | **2.00** | |
| ZSOLDOS AF | 08/01/07 | 6.80 | PRINT AND ORGANIZE FEE STATEMENTS RECEIVED ELECTRONICALLY (0.6); ENTER INFORMATION FROM RECENTLY RECEIVED FEE STATEMENTS INTO CHART (2.6); ENTER INFORMATION FROM RECENTLY RECEIVED FEE APPLICATIONS (3.6). |
| ZSOLDOS AF | 08/02/07 | 1.30 | CONTINUE TO UPDATE MASTER FEE AND EXPENSE CHART WITH FEE STATEMENTS AND FEE APPLICATIONS FILED (1.3). |
| ZSOLDOS AF | 08/03/07 | 4.50 | CONTINUE TO REVIEW PACKAGES OF FEE STATEMENTS AND FEE APPLICATIONS (1.8); BEGIN TO UPDATE MOTION SUMMARY CHART WITH FEE APPLICATIONS (1.1); REVIEW MATERIALS FROM PAST HEARINGS FOR FILES (1.6). |
| ZSOLDOS AF | 08/06/07 | 6.30 | UPDATE MOTION SUMMARY CHART WITH MAINLY FEE APPLICATIONS FILED (6.3). |
| ZSOLDOS AF | 08/07/07 | 1.70 | UPDATE MASTER FEE AND EXPENSE CHART WITH FEE STATEMENTS (1.7). |
| ZSOLDOS AF | 08/09/07 | 1.00 | ORGANIZE FEE STATEMENTS AND FEE APPLICATIONS RECEIVED (1.0). |
| ZSOLDOS AF | 08/14/07 | 4.20 | DRAFT SCHEDULE OF IMPORTANT DATES LEADING UP TO FEE APPLICATION HEARING (0.6); EDIT SCHEDULE AND DISTRIBUTE SAME (0.5); CONTINUE TO ORGANIZE FEE STATEMENTS (3.1). |
| ZSOLDOS AF | 08/21/07 | 0.80 | MAKE FINAL CHANGES AND PREPARE NOTICE OF OCP LIST FOR FILING (0.8). |
| ZSOLDOS AF | 08/22/07 | 1.00 | FIND AND SEND SPECIFIC AFFIDAVIT OF OCP (0.4); ASSIST WITH FINALIZING OF NOTICE OF OCP (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ZSOLDOS AF | 08/23/07 | 3.50 | FINALIZE AND ELECTRONICALLY FILE NOTICE OF OCP LIST (0.7); COORDINATE SERVICE RE: SAME (0.2); REVIEW RECORDS TO DETERMINE PROFESSIONALS WHOSE OBJECTION DEADLINES HAVE EXPIRED (0.6); SEND EMAILS TO PROFESSIONALS RE: SAME (1.2); TRACK RESPONSES TO OBJECTION DEADLINE EMAILS (0.8). |
|---|---|---|---|
| ZSOLDOS AF | 08/24/07 | 4.00 | CONTINUE TO TRACK RESPONSES RE: FEE STATEMENT OBJECTIONS (0.5); ORGANIZE FEE STATEMENTS RECEIVED ELECTRONICALLY (1.2); UPDATE FEE CHART WITH PAYMENTS MADE (2.3). |
| ZSOLDOS AF | 08/29/07 | 0.50 | PREPARE LIST OF NO OBJECTIONS TO FEE STATEMENTS FOR SUBMISSION TO COMPANY (0.4); SEND EMAIL RE: SAME (0.1). |
| | | 35.60 | |
| **Total Legal Assistant** | | **37.60** | |
| ~~ROMAN JJ~~ | ~~08/13/07~~ | ~~1.40~~ | ~~DELIVER ORDERS AUTHORIZING EMPLOYMENT OF PROFESSIONALS AND MOTIONS EXTENDING DEBTORS' RESUMPTION FOR ACTIONS TO COURT FOR JUDGE'S CHAMBERS (1.4).~~ |
| | | ~~1.40~~ | |
| ~~**Total Legal Assistant Support**~~ | | ~~**1.40**~~ | |
| **TOTAL TIME** | | **83.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Retention / Fee Matters/Objections (Others)**

**Bill Date: 09/30/07**
**Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/03/07 | Copy Center, D | 2,188.24 |
| In-house Reproduction | 08/07/07 | Copy Center, D | 63.90 |
| In-house Reproduction | 08/07/07 | Copy Center, D | 784.38 |
| In-house Reproduction | 08/10/07 | Copy Center, D | 1,050.68 |
| In-house Reproduction | 08/17/07 | Copy Center, D | 134.50 |
| In-house Reproduction | 08/21/07 | Copy Center, D | 53.50 |
| In-house Reproduction | 08/24/07 | Copy Center, D | 168.20 |
| In-house Reproduction | 08/28/07 | Copy Center, D | 96.90 |
| In-house Reproduction | 08/31/07 | Copy Center, D | 232.70 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$4,773.00** |
| Messengers/ Courier | 08/01/07 | Dist Serv/Mail/Page, D | 34.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$34.00** |
| Print Images to Paper (from Electronic Media) | 08/20/07 | Nazario A | 5.61 |
| Print Images to Paper (from Electronic Media) | 08/20/07 | Nazario A | 19.39 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$25.00** |
| | | **TOTAL MATTER** | **$4,832.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 10/31/07**
**Retention / Fee Matters/Objections (Others)**                **Bill Number: 1182831**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MATZ TJ | 09/04/07 | 0.50 | FINAL REVIEW OF FBG RETENTION APPLICATION (0.3); SUPERVISE FILING, PRESENTMENT (0.2). |
| MATZ TJ | 09/11/07 | 0.60 | DISCUSSION WITH S. CORCORAN RE: KEY BANC RETENTION (0.2); CONSIDERING MATTER RE: SAME (0.2); DISCUSSIONS WITH D. SHERBIN RE: UCC REPORTS, RESPONSES (0.2). |
| MATZ TJ | 09/12/07 | 0.30 | FINALIZE KEY BANC RETENTION (0.2); REVIEW CORRESPONDENCE FROM L. GRETCHKO RE: SAME (0.1). |
| MATZ TJ | 09/14/07 | 0.40 | REVIEW JLL RETENTION MATTER, APPLICATION (0.4). |
| MATZ TJ | 09/17/07 | 0.70 | FINAL REVIEW OF ORDER RE: FBG (0.2); TELECONFERENCE WITH CHAMBERS RE: PRESENTMENT OF RETENTION FOR FBG (0.1); REVIEW AND CONSIDER DOWNER ENGAGEMENT MATTER (0.4). |
| MATZ TJ | 09/18/07 | 0.40 | CONSIDER DOWNER RETENTION (0.2); TELECONFERENCE WITH CHAMBERS RE: FBG (0.2). |
| MATZ TJ | 09/19/07 | 0.40 | TELECONFERENCE WITH J. RESSLER RE: UCC QUESTIONS RE: KEYBANC RETENTION (0.4). |
| MATZ TJ | 09/20/07 | 0.40 | CORRESPONDENCE WITH KEYBANC RE: RESSLER ENGAGEMENT LETTER, RETENTION (0.2); AND CONSIDERING SAME (0.2). |
| MATZ TJ | 09/24/07 | 1.20 | REVIEW AND CONSIDER REVISIONS RE: KEYBANC RETENTION (0.3); REVIEW AND COMMENT ON REVISIONS TO KEYBANC RETENTION AGREEMENT AND RETENTION MOTION (0.9). |
| MATZ TJ | 09/25/07 | 0.80 | FURTHER REVISIONS TO KEYBANC ENGAGEMENT LETTER, UCC REQUESTS (0.6); CORRESPONDENCE WITH J. RESLER RE: SAME (0.2). |
| MATZ TJ | 09/26/07 | 0.40 | REVIEW REVISIONS TO JLL SUPPLEMENTARY RETENTION (0.3); DISCUSSION WITH D. SHERBIN RE: FEE COMMITTEE MATTERS (0.1). |
| | | **6.10** | |
| **Total Counsel** | | **6.10** | |
| HERRIOTT AV | 09/04/07 | 1.10 | REVIEW, REVISE, AND FILE FBG RETENTION PLEADINGS (1.0); FOLLOW UP RE: JLL SUPPLEMENTAL RETENTION APPLICATION (0.1). |
| HERRIOTT AV | 09/10/07 | 0.20 | RESPOND TO MATTER RELATED TO JLL SUPPLEMENTAL RETENTION (0.2). |

169                                                              B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HERRIOTT AV | 09/11/07 | 1.20 | REVIEW AND REVISE JLL SUPPLEMENTAL RETENTION PLEADINGS (1.2). |
| HERRIOTT AV | 09/12/07 | 0.60 | CONTINUE TO REVIEW AND REVISE JLL SUPPLEMENTAL RETENTION APPLICATION (0.6). |
| HERRIOTT AV | 09/13/07 | 0.60 | CONTINUE TO REVIEW AND REVISE JLL SUPPLEMENTAL RETENTION PLEADINGS (0.6). |
| HERRIOTT AV | 09/14/07 | 0.40 | CONTINUE TO REVIEW AND REVISE JLL SUPPLEMENTAL RETENTION PLEADINGS (0.4). |
| HERRIOTT AV | 09/17/07 | 0.10 | FOLLOW UP ON FBG RETENTION ORDER, ELIGIBLE FOR ENTRY ON DOCKET (0.1). |
| HERRIOTT AV | 09/19/07 | 0.60 | REVISE JLL SUPPLEMENTAL RETENTION PLEADINGS (0.6). |
| HERRIOTT AV | 09/20/07 | 0.20 | REVIEW ORDER FOR FBG RETENTION AND FOLLOW UP WITH FBG (0.2). |
| HERRIOTT AV | 09/26/07 | 0.10 | CONFERENCE WITH J. KLEINMAN AND FOLLOW UP RE: JLL SUPPLEMENTAL RETENTION PLEADINGS (0.1). |
| | | **5.10** | |
| KAHN MT | 09/07/07 | 0.20 | TELECONFERENCE WITH DLA PIPER RE: OCP STATUS AND FILING OF AFFIDAVIT (0.2). |
| KAHN MT | 09/11/07 | 0.40 | TELECONFERENCE WITH S. TREVEJO RE: NOTICE TO PROFESSIONALS RE: UPCOMING DEADLINES (0.1); DRAFT EMAIL TO PROFESSIONALS RE: NOTICE (0.1); REVISE OCP LIST (0.1); CORRESPONDENCE WITH M.FOWLER AT QUINN RE: OBJECTION DATES TO FEE APPLICATION (0.1). |
| KAHN MT | 09/13/07 | 0.10 | CORRESPONDENCE WITH CADWALADER RE: FEE APPLICATIONS (0.1). |
| KAHN MT | 09/14/07 | 0.10 | ANALYZE CORRESPONDENCE RE: SKADDEN'S NEXT SUPPLEMENTAL DISCLOSURE (0.1). |
| KAHN MT | 09/17/07 | 0.20 | REVISE EIGHTH AMENDED OCP LIST (0.2). |
| KAHN MT | 09/24/07 | 0.20 | TELECONFERENCE WITH OCP BUTZEL RE: THEIR MONTHLY STATEMENTS (0.2). |
| | | **1.20** | |
| SAMOLE RM | 09/12/07 | 3.10 | REVISE KEYBANC RETENTION MATERIALS (2.1); PREPARE NOTICE (0.4); COORDINATE FILING OF SAME (0.6). |
| SAMOLE RM | 09/17/07 | 1.50 | REVIEW ENGAGEMENT LETTER (1.5). |
| SAMOLE RM | 09/19/07 | 1.60 | TELECONFERENCE WITH J. RESLER RE: COMMITTEE COMMENT ON KEYBANC RETENTION (0.6); REVIEW ENGAGEMENT LETTER (0.4); TELECONFERENCE WITH M. DENSMORE RE: SAME (0.3); TELECONFERENCE WITH T. WISE RE: SAME (0.3). |

170

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| SAMOLE RM | 09/20/07 | 4.00 | COORDINATE WITH COUNSEL TO COMMITTEE AND KEYBANC RE: CHANGES TO ENGAGEMENT LETTER (2.1); CONFERENCE WITH S. OLSEN RE: SAME (0.3); CONFERENCE WITH M. DENSMORE RE: SAME (0.5); REVIEW PROPOSED CHANGES TO LETTER (1.1). |
| --- | --- | --- | --- |
| SAMOLE RM | 09/24/07 | 3.50 | COORDINATE COMMENTS AND CHANGES TO KEYBANC ENGAGEMENT LETTER (3.5). |
| SAMOLE RM | 09/25/07 | 5.20 | WORK W COUNSEL TO KEYBANC AND COMMITTEE RE: REVISIONS TO ENGAGEMENT LETTER (2.5); REVISE PROPOSED ORDER (0.2); REVIEW ENGAGEMENT LETTER (0.5); PREPARE CORRESPONDENCE FOR COURT RE: REVISED LETTER (2.0). |
| SAMOLE RM | 09/28/07 | 0.70 | REVIEW FINAL DOWNER ENGAGEMENT LETTER (0.7). |
| | | **19.60** | |
| **Total Associate** | | **25.90** | |
| ZSOLDOS AF | 09/04/07 | 1.80 | UPDATE MASTER FEE AND EXPENSE CHART WITH RECENTLY RECEIVED FEE STATEMENTS (1.8). |
| ZSOLDOS AF | 09/05/07 | 4.10 | EMAIL TO CWT COUNSEL RE: FEES AND EXPENSES (0.2); CONTINUE TO UPDATE MASTER FEE AND EXPENSE CHART (3.3); PRINT AND ORGANIZE FEE STATEMENTS RECEIVED (0.6). |
| ZSOLDOS AF | 09/12/07 | 3.60 | LIST OF EMAILS OF PROFESSIONALS TO M. KAHN (0.7); UPDATE MASTER FEE AND EXPENSE CHART WITH STATEMENTS (1.3) AND CONTACT INFORMATION (0.6); EDITS TO (0.4) AND E-FILE RETENTION APPLICATION (0.6). |
| ZSOLDOS AF | 09/13/07 | 2.80 | REVIEW AND ORGANIZE FEE STATEMENTS RECEIVED (2.8). |
| ZSOLDOS AF | 09/14/07 | 1.50 | CONTINUE REVIEW OF FEE STATEMENTS AND ORGANIZE OF SAME (1.1); PREPARE TO FILE RETENTION APPLICATION (0.4). |
| ZSOLDOS AF | 09/19/07 | 3.90 | ORGANIZE FEE STATEMENTS RECEIVED (1.4); UPDATE MASTER FEE AND EXPENSE CHART (2.5). |
| | | **17.70** | |
| **Total Legal Assistant** | | **17.70** | |
| **TOTAL TIME** | | **49.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                      **Bill Date: 10/31/07**
**Retention / Fee Matters/Objections (Others)**                  **Bill Number: 1182831**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/04/07 | Copy Center, D | 218.68 |
| In-house Reproduction | 09/07/07 | Copy Center, D | 167.09 |
| In-house Reproduction | 09/11/07 | Copy Center, D | 548.76 |
| In-house Reproduction | 09/14/07 | Copy Center, D | 370.67 |
| In-house Reproduction | 09/18/07 | Copy Center, D | 42.00 |
| In-house Reproduction | 09/21/07 | Copy Center, D | 12.80 |
| In-house Reproduction | 09/25/07 | Copy Center, D | 57.60 |
| In-house Reproduction | 09/28/07 | Copy Center, D | 2.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,420.00** |
| Westlaw | 09/17/07 | Samole RM | 284.00 |
| | | **TOTAL WESTLAW** | **$284.00** |
| Reproduction - color | 09/25/07 | Copy Center, D | 187.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$187.00** |
| | | **TOTAL MATTER** | **$1,891.00** |

B43E