SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-17
ENVIRONMENTAL MATTERS
282.0 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          Bill Date: 07/31/07
**Environmental Matters**                             Bill Number: 1168053

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERLIN K | 06/01/07 | 7.50 | PREPARE FOR AND ATTEND SETTLEMENT MEETING IN CSX CASE WITH M. HESTER, K. JONES, L. MALONE, J. GROSS AND CSX; PREPARE E-MAIL DESCRIBING SETTLEMENT AGREEMENT (7.5). |
| BERLIN K | 06/04/07 | 0.40 | REVIEW OF CSX SETTLEMENT TERMS (0.4). |
| BERLIN K | 06/18/07 | 2.40 | TELECONFERENCE WITH J. AMODEO AND M. HESTER RE: PRUDENTIAL CLAIM AND REVIEW OF ISSUES RE: SAME (0.7); REVIEW OF OPEN CLAIM LIST IN PREPARATION FOR 6/19 TELECONFERENCE (0.6); REVIEW AND REVISE ENVIRONMENTAL LANGUAGE REQUESTED BY DEPARTMENT OF JUSTICE IN CATALYST SALE ORDER (0.9); TELECONFERENCE WITH M. HESTER AND K. JONES RE: SAME (0.2). |
| BERLIN K | 06/19/07 | 2.60 | FINALIZE AND SEND PROPOSED LANGUAGE TO DEPARTMENT OF JUSTICE RE: CATALYST SALE ORDER (0.7); REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.5); REVIEW OF SAGINAW BRAKE BUSINESS SALE AGREEMENT (1.4). |
| BERLIN K | 06/20/07 | 3.50 | REVIEW OF DRAFT CSX AGREEMENT (1.2); REVIEW OF MEMORANDUM ON PRUDENTIAL CLAIM AND BACKGROUND DOCUMENTS (1.6); PREPARE FOR TELECONFERENCE WITH M. HESTER, J. HUNT, J. DELUCA ET. AL. RE: HEREAUS AND OTHER CLAIMS (0.7). |
| BERLIN K | 06/21/07 | 4.40 | PREPARE FOR AND TAKE PART IN ENVIRONMENTAL DUE DILIGENCE TELECONFERENCE WITH M. HESTER, K. JONES, J. HUNT AND HAYNES & BOONE (1.9); PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH M. HESTER AND K. JONES RE: OPEN CLAIMS' RESOLUTION (2.5). |
| BERLIN K | 06/22/07 | 0.70 | REVIEW OF DOCUMENTS RE: SETTLEMENT DOCUMENT ISSUES (0.5); TELECONFERENCE WITH M. HESTER AND K. JONES RE: CLAIMS (0.2). |
| BERLIN K | 06/25/07 | 2.00 | REVIEW OF MOTION SUMMARY CHART AND CASE CALENDAR (0.8); CONTINUE DRAFTING OF CSX SETTLEMENT AGREEMENT (1.2). |
| BERLIN K | 06/26/07 | 1.10 | REVIEW STIPULATION OF CSX SETTLEMENT AND CONFERENCE WITH L. MALONE RE: SAME AND RE: SETTLEMENT AGREEMENT (1.1). |
| BERLIN K | 06/27/07 | 1.40 | REVIEW OF VANDALIA ORDINANCE AND MAPS (0.7); REVIEW OF K. JONES COMMENTS ON SETTLEMENT AGREEMENT (0.3); TELECONFERENCE WITH L. MALONE RE: SAME (0.1); E-MAIL TO J. GROSS RE: SAME (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BERLIN K | 06/29/07 | 1.70 | TAKING PART IN TEAM STRATEGY TELECONFERENCE (0.9); DRAFT E-MAIL RE: SUGGESTED CHANGES IN CATALYST AGREEMENT (0.8). |
| | | **27.70** | |
| **Total Partner** | | **27.70** | |
| AMODEO JA | 06/12/07 | 2.00 | RESEARCH ON PRUDENTIAL CLAIMS (2.0). |
| AMODEO JA | 06/13/07 | 7.00 | DRAFT PLEADINGS ON PRUDENTIAL CLAIMS (7.0). |
| AMODEO JA | 06/14/07 | 2.20 | RESEARCH FOR PRUDENTIAL CLAIMS (2.2). |
| AMODEO JA | 06/15/07 | 6.10 | DRAFT MEMORANDUM ON PRUDENTIAL CLAIMS (6.1). |
| AMODEO JA | 06/18/07 | 8.30 | DRAFT MEMORANDUM ON PRUDENTIAL CLAIMS (8.3). |
| AMODEO JA | 06/19/07 | 5.40 | DRAFT MEMORANDUM ON PRUDENTIAL CLAIMS (5.4). |
| AMODEO JA | 06/20/07 | 6.10 | DRAFT MEMORANDUM ON PRUDENTIAL CLAIMS (6.1). |
| | | **37.10** | |
| **Total Counsel** | | **37.10** | |
| MALONE EA | 06/01/07 | 7.10 | FINALIZE PREPARATION FOR AND PARTICIPATE IN SETTLEMENT CONFERENCE; DRAFT EMAIL SUMMARIZING SETTLEMENT AGREEMENT (7.1). |
| MALONE EA | 06/04/07 | 0.70 | DRAFT EMAIL OUTLINING SETTLEMENT AGREEMENT (0.7). |
| MALONE EA | 06/19/07 | 1.60 | BEGIN DRAFTING SETTLEMENT AGREEMENT (1.6). |
| MALONE EA | 06/20/07 | 1.80 | FINISH DRAFT OF SETTLEMENT AGREEMENT (1.8). |
| MALONE EA | 06/26/07 | 0.80 | DRAFT SETTLEMENT STIPULATION; FINALIZE SETTLEMENT AGREEMENT (0.8). |
| MALONE EA | 06/27/07 | 0.40 | REVISE SETTLEMENT AGREEMENT TO INCORPORATE COMMENTS RECEIVED FROM CLIENT (0.4). |
| | | **12.40** | |
| **Total Associate** | | **12.40** | |
| **TOTAL TIME** | | **77.20** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Environmental Matters**

**Bill Date: 07/31/07**
**Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS 06/29/07 only | | Telecommunications, D | 1.24 |
| Telephone Expense-ECRS 06/29/07 only | | Telecommunications, D | 3.02 |
| Telephone Expense-ECRS 06/29/07 only | | Telecommunications, D | 0.50 |
| Telephone Expense-ECRS 06/29/07 only | | Telecommunications, D | 0.17 |
| Telephone Expense-ECRS 06/29/07 only | | Telecommunications, D | 0.07 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$5.00** |
| Westlaw | 06/13/07 | Amodeo JA | 199.26 |
| Westlaw | 06/19/07 | Amodeo JA | 30.14 |
| Westlaw | 06/20/07 | Amodeo JA | 447.60 |
| | | **TOTAL WESTLAW** | **$677.00** |
| | | **TOTAL MATTER** | **$682.00** |

**Delphi Corporation (DIP)**
**Environmental Matters**

**Bill Date: 08/31/07**
**Bill Number: 1178615**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERLIN K | 07/02/07 | 0.50 | REVIEW OF RESPONSE TO EPA CATALYST ORDER, E-MAIL AND LANGUAGE (0.5). |
| BERLIN K | 07/03/07 | 2.40 | TELECONFERENCE WITH F. BIROS RE: LANGUAGE IN CATALYST ORDER (0.4); REVIEW OF CASE CALENDAR AND MOTIONS SUMMARY CHART (0.7); REVIEW OF A. TANNENBAUM E-MAIL RE: LANGUAGE OF CATALYST ORDER AND TELEPHONE CONFERENCE WITH F. BIROS RE: SAME (0.6); BEGIN WORK ON TREMONT SLIDES (0.7). |
| BERLIN K | 07/06/07 | 3.10 | TAKING PART IN TEAM STRATEGY TELEPHONE CONFERENCE (0.5); REVIEW OF OLATHE ORDER; TELEPHONE CALL TO P. SINCLAIR RE: SAME; E-MAIL TO P. SINCLAIR RE: SAME (1.6); BEGIN WORK ON TREMONT SLIDES (1.0). |
| BERLIN K | 07/09/07 | 0.80 | CONTINUED REVIEW OF TREMONT ISSUES (0.5); TELECONFERENCE WITH M. HESTER RE: MISCELLANEOUS ISSUES (0.3). |
| BERLIN K | 07/11/07 | 3.30 | PREPARE FOR AND TELEPHONE CONFERENCE WITH K. JONES AND CALLING ALL CLAIMANTS' ATTORNEYS IN 17 OPEN ENVIRONMENTAL CLAIMS (3.3). |
| BERLIN K | 07/12/07 | 2.00 | REVIEW OF EMA (0.8); FOLLOW-UP TO 7/11/07 TELECONFERENCE TO K. JONES RE: OUTSTANDING CLAIMS (0.7); REVIEW OF LATEST CASE CALENDAR AND MOTION SUMMARY CHART (0.4); TELECONFERENCE WITH E. HARDIN RE: SAME (0.1). |
| BERLIN K | 07/13/07 | 1.90 | TELECONFERENCE WITH F. BIROS RE: CATALYST TRANSACTION (0.2); TELECONFERENCE WITH M. HESTER RE: SALE TO TENNECO (0.2); REVIEW OF GM AGREEMENTS (1.5). |
| BERLIN K | 07/16/07 | 0.70 | TELECONFERENCE WITH F. BIROS RE: CATALYST LANGUAGE AND REVISING SAME (0.5); REVIEW OF LATEST ENVIRONMENTAL CLAIMS FORM (0.2). |
| BERLIN K | 07/17/07 | 1.20 | REVIEW OF LATEST CASE CALENDAR AND MOTION SUMMARY CHART (0.6); PREPARE E-MAIL TO DEPARTMENT OF JUSTICE ON CATALYST SALE (0.2); TELECONFERENCE WITH M. HESTER, D. BICKNELL AND K. JONES RE: GENERAL AUCTION CONTRACT ISSUES (0.4). |

B43E

| BERLIN K | 07/19/07 | 3.90 | PREPARE TREMONT SLIDES (2.1); PREPARE FOR AND TAKE PART IN TELECONFERENCE WITH K. JONES AND P. CASEY RE: KANSAS NRD CLAIM (0.8); REVIEW AND MARKUP OF CSX COMMENTS IN SETTLEMENT AGREEMENT (0.6); TELECONFERENCE WITH M. HESTER AND K. JONES RE: NRD AND CSX CLAIMS (0.4). |
| --- | --- | --- | --- |
| BERLIN K | 07/23/07 | 1.10 | TELECONFERENCE WITH J. GROSS RE: CSX SETTLEMENT AND REVIEW OF SAME; TELECONFERENCE WITH M. HESTER RE: SAME (1.1). |
| BERLIN K | 07/25/07 | 2.60 | MARKUP UP OF CSX SETTLEMENT AGREEMENT AND E-MAIL TO J. GROSS RE: SAME (1.1); REVIEW OF POWERPOINTS FOR JUNE AND JULY 2007 MEETINGS WITH DELPHI STATUTORY CREDITORS' COMMITTEE (1.5). |
| BERLIN K | 07/26/07 | 0.60 | REVIEW OF LATEST CASE CALENDAR AND MOTION SUMMARY CHART (0.6). |
| BERLIN K | 07/27/07 | 0.80 | TAKING PART IN WEEKLY STRATEGY TELECONFERENCE (0.6); E-MAILS TO F. BIROS RE: CATALYST SALE (0.2). |
| BERLIN K | 07/30/07 | 1.50 | E-MAILS RE: FINAL CATALYST SALE LANGUAGE (0.8); REVIEW OF HOME AVE. PRP NOTICE AND E-MAILS RE: SAME (0.7). |
| BERLIN K | 07/31/07 | 1.60 | TELECONFERENCE WITH T. JUNK RE: INDIANA CLAIM (0.4); REVIEW OF CASE CALENDAR AND MOTIONS SUMMARY CHART (0.7); TELECONFERENCE WITH J. HUNT RE: VANDALIA ORDINANCE (0.1); REVIEW OF NEW CSX DRAFT OF AGREEMENT (0.4). |
|  |  | **28.00** |  |

**Total Partner**                    **28.00**

**TOTAL TIME**                         **28.00**

B43E

**Delphi Corporation (DIP)**                                    **Bill Date: 09/30/07**
**Environmental Matters**                                       **Bill Number: 1181367**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERLIN K | 08/01/07 | 0.80 | CONTINUE REVIEW OF CSX ISSUES (0.8). |
| BERLIN K | 08/02/07 | 0.40 | REVIEW OF CATALYST CONTRACT LANGUAGE (0.4). |
| BERLIN K | 08/03/07 | 1.10 | CONTINUE WORK ON CATALYST ISSUE AND E-MAIL RE: SAME (0.4); REVIEW OF CSX RESPONSE TO SETTLEMENT DRAFT (0.7). |
| BERLIN K | 08/06/07 | 4.50 | PREPARE TREMONT POWERPOINT PRESENTATION AND E-MAIL RE: SAME (1.6); BEGIN REVIEW OF ENVIRONMENTAL DUE DILIGENCE REPORT (2.0); TELECONFERENCE WITH M. HESTER RE: TREMONT POWERPOINT (0.2); TELECONFERENCE WITH J. GROSS RE: CSX SETTLEMENT (0.4); SECOND TELECONFERENCE WITH M. HESTER RE: TREMONT (0.3). |
| BERLIN K | 08/07/07 | 2.70 | REVISE TREMONT POWERPOINT (1.1); REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART AND DOCKET (0.9); TAKE PART IN TELECONFERENCE WITH M. HESTER, ET AL. RE: TREMONT SITE (0.3); FOLLOW-UP TELECONFERENCE WITH M. HESTER RE: SAME AND NEXT STEPS (0.4). |
| BERLIN K | 08/08/07 | 1.30 | REVIEW OF 8K (0.2); REVIEW OF 10Q (0.7); REVIEW OF PRUDENTIAL CLAIM ISSUES AND TELECONFERENCE WITH M. HESTER RE: SAME (0.4). |
| BERLIN K | 08/09/07 | 0.80 | TELECONFERENCE WITH M. HESTER RE: PRUDENTIAL CLAIM (0.4); TELECONFERENCE WITH M. HESTER RE: CLAIMS AND FOLLOW-UP WITH M. HESTER RE: SAME (0.4). |
| BERLIN K | 08/10/07 | 0.50 | TELECONFERENCE WITH D. UNRUE, M. HESTER RE: ENVIRONMENTAL CLAIMS RESOLUTION (0.5). |
| BERLIN K | 08/13/07 | 1.40 | CONTINUE TO REVIEW OF ENVIRON REPORT (1.4). |
| BERLIN K | 08/14/07 | 5.90 | FINISH REVIEW OF ENVIRONMENTAL REPORT (2.5); TELECONFERENCE WITH M. HESTER RE: SAME (0.7); REVIEW OF MATERIALS ESTABLISHING KANSAS CLAIM BASIS FOR NATURAL RESOURCE DAMAGE CLAIM (2.7). |
| BERLIN K | 08/15/07 | 1.70 | TELECONFERENCE WITH J. GROSS AND K. JONES RE: CSX SETTLEMENT AND REVIEW OF SAME (0.6); CONTINUE TO REVIEW OF ENVIRON REPORT (0.6); REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BERLIN K        08/16/07    3.60  CONTINUE TO REVIEW OF ENVIRON REPORT IN
                                  PREPARATION FOR TELECONFERENCE WITH
                                  DELPHI RE: SAME OF 8/17/07 (1.9);
                                  TELECONFERENCE WITH M. HESTER RE: SAME
                                  (0.4); REVIEW OF PLAN DISCLOSURE
                                  STATEMENT (1.3).

BERLIN K        08/17/07    5.00  TELECONFERENCE WITH C. GILL RE:
                                  MICHIGAN CLAIM (0.5); PREPARE FOR AND
                                  TELECONFERENCE WITH M. HESTER, J. HUNT,
                                  ET AL. RE: ENVIRON REPORT AND ACCOUNTING
                                  ISSUES (1.1); BEGIN WORK ON CHART RE:
                                  SAME (1.6); REVIEW OF CATALYST
                                  AGREEMENT (1.4); TELECONFERENCE WITH K.
                                  JONES RE: KANSAS AND MICHIGAN CLAIMS
                                  (0.4).

BERLIN K        08/20/07    3.60  REVIEW OF PROJECT FREEDOM (BATTERY
                                  BUSINESS SALE) ISSUE RE: SETTLING
                                  CLAIMS RELATING TO ONE FACILITY IN
                                  MEXICO AND ONE FACILITY IN BRAZIL (0.4);
                                  TELECONFERENCE WITH K. JONES RE: SAME
                                  (0.5); REVIEW OF APPALOOSA DISCLOSURE
                                  ISSUES (0.7); TELECONFERENCE WITH M.
                                  HESTER AND A. HALPERN RE: SAME (0.3);
                                  DRAFTING DISCLOSURE LANGUAGE (0.5);
                                  REVIEW OF DELPHI RESERVE ESTIMATE CHART
                                  AND TELECONFERENCE WITH J. HUNT AND A.
                                  KIM RE: SAME (0.9); TELECONFERENCE WITH
                                  K. JONES RE: OHIO CLAIMS (0.3).

BERLIN K        08/21/07    3.40  REVIEW OF MOTION SUMMARY CHART AND CASE
                                  CALENDAR (0.6); REVIEW OF NEW BRUNSWICK
                                  DOCUMENTS RE: JCI CLAIM (0.7); FURTHER
                                  DRAFTING OF DISCLOSURE MEMORANDUM
                                  (0.7); REVIEW OF DISCLOSURE LETTER
                                  (0.5); TELECONFERENCE WITH A. KIM RE:
                                  CHART AND REVIEW OF ISSUES RE: SAME
                                  (0.5); REVIEW OF JCI SWAP ISSUES (0.4).

BERLIN K        08/23/07    3.40  REVISE CHART ON ENVIRONMENTAL REPORT
                                  AND RESERVES AND TELECONFERENCE WITH A.
                                  KIM RE: SAME (0.9); REVIEW OF PLAN
                                  DISCLOSURE AND DISCLOSURE TO APPALOOSA
                                  AND E-MAILS RE: SAME (0.8);
                                  TELECONFERENCE WITH M. HESTER RE:
                                  DISCLOSURE ISSUE (0.3); REVIEW OF
                                  LATEST DISCLOSURE DOCUMENTS; AND
                                  TELECONFERENCE WITH M. HESTER RE: SAME
                                  (1.1); REVIEW OF REVISED ENVIRON
                                  RESERVE CHART (0.3).

BERLIN K        08/27/07    3.10  PREPARE FOR AND TAKE PART IN
                                  TELECONFERENCE WITH M. HESTER, J. HUNT
                                  ET AL. RE: RESERVE ESTIMATE ISSUES
                                  (1.9); REVISE DESTINY SECTION OF CHART
                                  (0.7); MEETING WITH A. KIM RE: CHART
                                  (0.2); TELECONFERENCE WITH J. HUNT AND
                                  A. KIM RE: SAME (0.1); TELECONFERENCE
                                  WITH P. MILMED RE: SAME (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BERLIN K          08/28/07      2.70   REVIEW OF CASE CALENDAR AND MOTION
                                       SUMMARY CHART (0.7); REVIEW OF LATEST
                                       8-K (0.8); REVIEW OF 2006 END-OF-YEAR
                                       RESERVE CHART AND WORK ON REVISING
                                       ENVIRON CHART (0.8); TELECONFERENCE
                                       WITH M. HESTER RE: RESERVE ISSUES (0.4).

BERLIN K          08/30/07      2.00   PREPARE REVISED RESERVE CHART (1.1);
                                       REVIEW OF PLAN DISCLOSURE LANGUAGE AND
                                       TELECONFERENCE WITH M. HESTER RE: SAME
                                       AND REVISING SAME (0.9).

BERLIN K          08/31/07      1.40   PARTICIPATE IN WORKING GROUP STRATEGY
                                       CONFERENCE (0.5); REVISE CHART AND
                                       E-MAILS RE: SAME (0.6); BEGIN REVIEW OF
                                       HOME AVE. SETTLEMENT AOC (0.3).

                               49.30

MEISLER RE        08/20/07      1.40   PREPARE FOR CALL RE: PROJECT FREEDOM
                                       CLAIMS (0.3); TELECONFERENCE WITH K.
                                       JONES AND M. FUKUDA RE: SAME (0.6);
                                       REVIEW SETTLEMENT PROCEDURES RE: SAME
                                       (0.2); REVIEW AND RESPOND TO
                                       CORRESPONDENCE RE: SAME (0.3).

MEISLER RE        08/30/07      0.20   REVIEW DISCLOSURE STATEMENT FOR
                                       ENVIRONMENTAL MATTERS (0.2).

MEISLER RE        08/31/07      0.60   DRAFT CORRESPONDENCE TO K. JONES RE:
                                       VANDALIA (0.1); TELECONFERENCE WITH K.
                                       JONES RE: VANDALIA (0.5).

                                2.20

**Total Partner**              51.50

AMODEO JA         08/16/07      3.50   RESEARCH REQUIREMENTS FOR RESERVES FOR
                                       ENVIRONMENTAL REMEDIATION (3.5).

AMODEO JA         08/22/07      1.20   RESEARCH ISRA; REVIEW DRAFT DISCLOSURE
                                       SCHEDULE TO APPALOOSA AGREEMENT (1.2).

                                4.70

**Total Counsel**               4.70

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KIM AS | 08/20/07 | 2.10 | ASSEMBLE FOR ATTORNEY REVIEW THE CHARTS THAT SHOW THE NUMERICAL BREAKDOWN OF REMEDIATION, O & M, AND THE DIFFERENCE IN ANALYSES (2.1). |
| KIM AS | 08/21/07 | 9.90 | ASSEMBLE FOR ATTORNEY REVIEW THE DELPHI ENVIRONMENTAL ASSESSMENT BY ENVIRON (9.9). |
| KIM AS | 08/22/07 | 2.90 | ASSEMBLE FOR ATTORNEY REVIEW THE DELPHI ENVIRONMENTAL ASSESSMENT BY ENVIRON (2.9). |
| KIM AS | 08/23/07 | 6.10 | ASSEMBLE FOR ATTORNEY REVIEW THE DELPHI CHART COMPARING COST ESTIMATES (6.1). |
| KIM AS | 08/24/07 | 2.00 | ASSIST TO REVISE DRAFT OF DELPHI SITE ENVIRONMENTAL ASSESSMENT (2.0). |
| KIM AS | 08/28/07 | 6.90 | ASSEMBLE FOR ATTORNEY REVIEW THE DELPHI SITES COST ESTIMATE CHART (6.9). |
| KIM AS | 08/30/07 | 1.20 | ASSEMBLE FOR ATTORNEY REVIEW THE DELPHI SITES COST ESTIMATES CHART (1.2). |
| | | 31.10 | |
| **Total Legal Assistant** | | 31.10 | |
| **TOTAL TIME** | | **87.30** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Environmental Matters**

**Bill Date: 09/30/07**
**Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 08/16/07 | Amodeo JA | 85.17 |
| Westlaw | 08/17/07 | Amodeo JA | 193.39 |
| Westlaw | 08/22/07 | Amodeo JA | 403.44 |
| | | **TOTAL WESTLAW** | **$682.00** |
| Reproduction - color | 08/21/07 | Copy Center, D | 18.50 |
| Reproduction - color | 08/24/07 | Copy Center, D | 1.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$20.00** |
| Messengers/ Courier | 08/15/07 | Dist Serv/Mail/Page, D | 16.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$16.00** |
| | | **TOTAL MATTER** | **$718.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Environmental Matters**

**Bill Date: 10/31/07**
**Bill Number: 1182831**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERLIN K | 09/04/07 | 4.50 | REVIEW OF REQUESTED GM CHANGE IN DISCLOSURE AND TELECONFERENCE WITH M. HESTER RE: SAME (0.4); REVIEW HOME AVE. SETTLEMENT AGREEMENT AND TELEPHONE CONFERENCE WITH M. HESTER RE: SAME (1.3); TELECONFERENCE WITH P. MILMED RE: APPALOOSA QUESTIONS AND TELEPHONE CONFERENCE WITH M. HESTER RE: SAME (0.4); PREPARE FOR AND TAKE PART IN TELEPHONE CONFERENCE WITH K. JONES, J. ALLEN RE: KANSAS NRD CLAIM (0.9); TELECONFERENCE WITH M. HESTER RE: APPALOOSA ISSUES AND REVIEW OF SAME (0.7); REVIEW OF LATEST 8-K (0.6); TELECONFERENCE WITH P. MILMED RE: TELECONFERENCE WITH ENVIRON (0.2). |
| BERLIN K | 09/05/07 | 0.50 | REVIEW OF CSX DRAFT (0.5). |
| BERLIN K | 09/06/07 | 3.40 | TAKING PART IN TELECONFERENCE WITH M. HESTER, K. JONES, ENVIRON AND WHITE & CASE RE: ADDITIONAL ENVIRON DUE DILIGENCE QUESTIONS (1.5); REVIEW OF LATEST DRAFT OF CASE CALENDAR AND MOTION SUMMARY CHART (0.6); CONTINUE TO MARKUP OF CSX AGREEMENT AND EMAIL RE: SAME (1.3). |
| BERLIN K | 09/07/07 | 0.80 | TELECONFERENCE WITH M. HESTER, K. JONES, P. MILMED AND A. DELORME CONTINUING ENVIRON DUE DILIGENCE REVIEW (0.8). |
| BERLIN K | 09/10/07 | 1.10 | REVIEW OF ALL OUTSTANDING CLAIMS (1.1). |
| BERLIN K | 09/11/07 | 3.60 | REVIEW OF CASE CALENDAR AND MOTIONS SUMMARY CHART (0.5) REVIEW OF FORM CLAIMS RE: RESOLUTION STIPULATION (0.6); REVIEW OF UNIVERSAL TOOL PROOFS OF CLAIM (2.2) TELECONFERENCE WITH M. HESTER RE: HOME AVE AND UNIVERSAL TOOLS (0.3). |
| BERLIN K | 09/12/07 | 3.90 | TELECONFERENCE WITH F. BIROS, M. HESTER, J. AMODEO ET AL. RE: DAYTON SITE SETTLEMENT; PREPARE FOR FURTHER REVIEW OF PROPOSED DAYTON AOC (0.7); TELECONFERENCE WITH K. JONES AND J. ALLEN RE: KANSAS NRD CLAIM RESPONSE (1.7); REVIEW OF MARKUP OF CSX AGREEMENT AND TELECONFERENCE WITH M. HESTER RE: SAME (0.7); REVIEW OF NRD RESEARCH MATERIALS (0.8). |
| BERLIN K | 09/14/07 | 1.60 | CONTINUE TO REVIEW OF UNIVERSAL TOOL LEASES AND EMAIL RE: SAME (1.1); TAKE PART IN TEAM STRATEGY TELEPHONE CONFERENCE (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BERLIN K          09/17/07     0.90   REDRAFTING OF CSX AGREEMENT;
                                      TELECONFERENCE WITH M. HESTER AND EMAIL
                                      RE: SAME (0.9).

BERLIN K          09/18/07     0.50   REVIEW OF CASE CALENDAR AND MOTION
                                      SUMMARY CHART (0.5).

BERLIN K          09/19/07     1.10   REVIEW OF STIPULATIONS RE: THE
                                      MONGOMERTY COUNTY CLAIM (0.4);
                                      TELECONFERENCE WITH M. HESTER AND K.
                                      JONES RE: CSX AGREEMENT AND OLATHE
                                      (0.3); TELECONFERENCE WITH J. GROSS RE:
                                      CSX DELPHI AGREEMENT AND SENDING SAME TO
                                      HIM (0.4).

BERLIN K          09/24/07     0.50   REVIEW OF CASE CALENDAR AND MOTION
                                      SUMMARY CHART (0.5).

BERLIN K          09/26/07     2.30   TELECONFERENCE K. JONES RE: KANSAS NRD
                                      CLAIM; EMAIL J. ALLEN RE: SAME AND
                                      REVIEW OF ISSUES RE: RESPONSE TO KANSAS
                                      RE: SAME (0.6); TELECONFERENCE WITH M.
                                      HESTER RE: RESERVE ISSUES (0.2); REVIEW
                                      OF HOME AVE. CONSENT ORDER (0.6); REVIEW
                                      OF MICHIGAN SETTLEMENT AGREEMENT (0.9).

                               24.70

**Total Partner**              24.70

AMODEO JA         09/05/07     0.80   REVIEW SETTLEMENT PROCEDURES ORDER FOR
                                      DISPOSITION OF ENVIRONMENTAL CLAIMS
                                      (0.8).

AMODEO JA         09/10/07     6.20   REVIEW ENVIRONMENTAL CLAIMS FOR
                                      SETTLEMENT UNDER PLAN (6.2).

AMODEO JA         09/11/07     8.10   REVIEW STATUS OF ENVIRONMENTAL CLAIMS;
                                      DRAFT STIPULATIONS AND SETTLEMENTS
                                      (8.1).

AMODEO JA         09/12/07     3.20   REVIEW ENVIRONMENTAL CLAIMS FOR
                                      SETTLEMENT (3.2).

AMODEO JA         09/13/07     8.40   PREPARE STIPULATIONS AND SETTLEMENTS
                                      FOR ENVIRONMENTAL CLAIMS (8.4).

AMODEO JA         09/14/07     1.90   REVIEW PLAN OF REORGANIZATION FOR
                                      TREATMENT OF ENVIRONMENTAL CLAIMS
                                      (1.9).

AMODEO JA         09/17/07     1.30   DRAFT SETTLEMENTS FOR ENVIRONMENTAL
                                      CLAIMS (1.3).

AMODEO JA         09/18/07     5.10   DRAFT SETTLEMENTS FOR ENVIRONMENTAL
                                      CLAIMS (5.1).

AMODEO JA         09/19/07     8.40   DRAFT STIPULATION AND SETTLEMENT FOR
                                      CLAIM BY MICHIGAN DEQ (4.6); REVIEW
                                      FILES RE: CLAIM BY CITY OF OLATHE (3.8).

AMODEO JA         09/20/07     5.60   DRAFT STIPULATION AND SETTLEMENT FOR
                                      CLAIM BY MICHIGAN DEQ (5.6).

AMODEO JA         09/25/07     5.10   DRAFT SETTLEMENT AND STIPULATION FOR
                                      MDEQ CLAIM (5.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| AMODEO JA | 09/26/07 | 3.90 | DRAFT SETTLEMENT FOR NYSDEC CLAIM (3.9). |
| AMODEO JA | 09/27/07 | 2.80 | DRAFT ENVIRONMENTAL CLAIMS SETTLEMENTS (2.8). |
| AMODEO JA | 09/28/07 | 4.00 | DRAFT SETTLEMENT FOR NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION CLAIM (4.0). |
| | | **64.80** | |
| **Total Counsel** | | **64.80** | |
| **TOTAL TIME** | | **89.50** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Environmental Matters**

**Bill Date: 10/31/07**
**Bill Number: 1182831**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 09/04/07 | Teleconferencing Services, LLC | 1.24 |
| Vendor Hosted Telecon-ferencing | 09/07/07 | Teleconferencing Services, LLC | 9.99 |
| Vendor Hosted Telecon-ferencing | 09/12/07 | Teleconferencing Services, LLC | 13.77 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$25.00** |
| | | **TOTAL MATTER** | **$25.00** |

B43E