SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-18
CREDITOR MEETINGS / STATUTORY COMMITTEES
329.4 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    Bill Date: 07/31/07
**Creditor Meetings/ Statutory Committees**                    Bill Number: 1168053

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 06/01/07 | 0.80 | REVIEW AND EVALUATE LETTERS FROM EQUITY COMMITTEE TO S. MILLER RE: VARIOUS TOPICS (0.4); BEGIN TO DEVELOP/REVIEW CHRONOLOGY OF EQUITY COMMITTEE LETTERS (0.2); TELECONFERENCE WITH R. O'NEAL RE: SAME (0.2). |
| BUTLER, JR. J | 06/04/07 | 0.40 | CONTINUE TO REVIEW EQUITY COMMITTEE MATERIALS INCLUDING NEW LETTER FROM L. YACUB AND PROPOSED TERMSHEET (0.4). |
| BUTLER, JR. J | 06/05/07 | 0.20 | REVIEW EQUITY COMMITTEE MATERIALS RE: BRANDES AND PARDUS (0.2). |
| BUTLER, JR. J | 06/07/07 | 0.40 | BEGIN TO PREPARE FOR JUNE 14TH JOINT STATUTORY COMMITTEE MEETING INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (0.4). |
| BUTLER, JR. J | 06/09/07 | 0.80 | CONTINUE TO PREPARE FOR JUNE 14TH JOINT STATUTORY COMMITTEE MEETING INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (0.6); EMAILS TO/FROM B. SCHELER RE: JUNE 12TH EQUITY COMMITTEE MEETING (0.2). |
| BUTLER, JR. J | 06/10/07 | 1.70 | CONTINUE TO PREPARE FOR JUNE 14TH JOINT STATUTORY COMMITTEE MEETING INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (1.7). |
| BUTLER, JR. J | 06/14/07 | 3.40 | PREPARE FOR (0.8) AND ATTEND (1.8) JOINT STATUTORY COMMITTEE MEETING INCLUDING BREAK-OUT SESSIONS WITH COMMITTEES AND DELPHI; FOLLOW-UP DISCUSSIONS WITH J. SHEEHAN, B. SHAW AND R. EISENBERG RE: SAME (0.8). |
| | | **7.70** | |
| MARAFIOTI KA | 06/08/07 | 2.00 | REVIEW AND REVISE COMMITTEE PRESENTATION (2.0). |
| MARAFIOTI KA | 06/14/07 | 2.20 | ATTEND JOINT MEETING OF COMPANY, CREDITORS' AND EQUITY COMMITTEES, AND ALL ADVISORS (1.1); FOLLOWUP MEETING WITH COMPANY AND ADVISORS (0.6); MEETING WITH CREDITORS' COMMITTEE ONLY (0.1); MEETING OF EQUITY COMMITTEE ONLY (0.1); ADDITIONAL MEETING WITH COMPANY (0.1). |
| | | **4.20** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 06/05/07 | 0.30 | BEGIN TO PREPARE FOR JUNE STATUTORY COMMITTEES MEETING (0.3). |

| MEISLER RE | 06/06/07 | 0.20 | DRAFT CORRESPONDENCE RE: UPCOMING STATUTORY COMMITTEE PRESENTATION (0.2). |

| MEISLER RE | 06/07/07 | 0.30 | REVIEW AND COMMENT ON PRESENTATION TO STATUTORY COMMITTEES (0.3). |

| MEISLER RE | 06/08/07 | 1.30 | REVIEW AND COMMENT ON STATUTORY COMMITTEE PRESENTATION (1.3). |

| MEISLER RE | 06/09/07 | 1.80 | CONTINUE TO REVIEW AND COMMENT ON STATUTORY COMMITTEE PRESENTATION (1.6); DRAFT CORRESPONDENCE TO K. CRAFT RE: SAME (0.2). |

| MEISLER RE | 06/10/07 | 3.40 | CONTINUE TO REVIEW AND REVISE PRESENTATION TO STATUTORY COMMITTEES (2.8); TELECONFERENCE WITH S. CORCORAN RE: COMMENTS TO SAME (0.5, 0.1). |

| MEISLER RE | 06/11/07 | 1.50 | TELECONFERENCE WITH S. CORCORAN RE: STATUTORY COMMITTEE PRESENTATION (0.1); REVISE SAME (0.9); REVISE PRESENTATION FOR SIGNIFICANT BUSINESS TRANSACTIONS (0.5). |

| MEISLER RE | 06/12/07 | 2.90 | REVIEW AND RESPOND TO CORRESPONDENCE RE: STATUTORY COMMITTEE PRESENTATION (0.2); COMMENT ON PRESENTATION (2.5); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.2). |

| MEISLER RE | 06/13/07 | 1.30 | CONTINUE TO REVIEW PRESENTATION TO STATUTORY COMMITTEES (1.3). |

| MEISLER RE | 06/29/07 | 0.50 | BEGIN TO PREPARE FOR JULY STATUTORY COMMITTEE MEETINGS (0.5). |

|  |  | **13.50** | |

**Total Partner**                    **25.40**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 06/08/07 | 1.00 | REVIEW AND COMMENT ON 6/14 COMMITTEE PRESENTATION (1.0). |
| MATZ TJ | 06/12/07 | 0.40 | TELECONFERENCE FROM J. SHEEHAN RE: COMMITTEE PRESENTATION (0.1); CORRESPONDENCE WITH H. BAER RE: SAME (0.1); PREPARATION RE: COMMITTEE MEETING (0.2). |
| MATZ TJ | 06/14/07 | 3.40 | PREPARATION FOR JOINT STATUTORY COMMITTEE MEETINGS (0.8); ATTEND SAME (1.3); ATTEND FOLLOW UP MEETINGS WITH THE UNSECURED CREDITORS COMMITTEE (0.2); ATTEND FOLLOW UP MEETING WITH THE EQUITY COMMITTEE (0.3); FOLLOW UP DISCUSSIONS WITH J. SHEEHAN, S. CORCORAN, B. SHAW, R. EISENBERG RE: COMMITTEE MEETINGS (0.8). |
| | | **4.80** | |
| **Total Counsel** | | **4.80** | |
| DIAZ LB | 06/05/07 | 1.90 | MEETING TO DISCUSS UCC PRESENTATION (0.5); DRAFT UCC PRESENTATION (1.4). |
| DIAZ LB | 06/06/07 | 6.10 | DRAFT UCC PRESENTATION (6.1). |
| DIAZ LB | 06/08/07 | 1.30 | REVISE UCC PRESENTATION (1.3). |
| DIAZ LB | 06/10/07 | 2.40 | MEETING TO DISCUSS REVISIONS TO UCC PRESENTATION (0.9); REVISE AND EDIT UCC PRESENTATION (1.5). |
| DIAZ LB | 06/11/07 | 2.10 | MEETINGS WITH S. CORCORAN RE: UCC PRESENTATION (2.1). |
| DIAZ LB | 06/12/07 | 0.90 | EDIT UCC PRESENTATION (0.9). |
| DIAZ LB | 06/13/07 | 0.50 | REVIEW UCC PRESENTATION (0.5). |
| DIAZ LB | 06/14/07 | 3.40 | PREPARATIONS AND ATTENDANCE OF UCC MEETING (3.4). |
| | | **18.60** | |
| HERRIOTT AV | 06/05/07 | 2.30 | BEGIN DRAFTING JUNE JOINT COMMITTEE PRESENTATION (2.3). |
| HERRIOTT AV | 06/06/07 | 7.30 | CONTINUE DRAFTING JUNE JOINT COMMITTEE MEETING PRESENTATION (7.3). |
| HERRIOTT AV | 06/07/07 | 3.70 | CONTINUE DRAFTING JUNE JOINT COMMITTEE MEETING PRESENTATION (3.7). |
| HERRIOTT AV | 06/08/07 | 2.90 | REVIEW AND REVISE JOINT COMMITTEE PRESENTATION (2.9). |
| HERRIOTT AV | 06/10/07 | 2.20 | CONTINUE REVIEWING AND REVISING JUNE JOINT COMMITTEE MEETING PRESENTATION (2.2). |
| HERRIOTT AV | 06/11/07 | 3.70 | REVIEW AND REVISE JUNE JOINT COMMITTEE PRESENTATION (3.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HERRIOTT AV | 06/12/07 | 5.10 | REVIEW AND REVISE PRESENTATION FOR JUNE JOINT COMMITTEE MEETING (5.1). |
| HERRIOTT AV | 06/13/07 | 3.70 | REVIEW, REVISE AND FINALIZE JOINT COMMITTEE PRESENTATION (3.7). |
| HERRIOTT AV | 06/27/07 | 0.90 | BEGIN COLLECTING INFORMATION RELATED TO JOINT COMMITTEE PRESENTATION FOR JULY (0.9). |
| HERRIOTT AV | 06/28/07 | 0.10 | CONTINUE GATHERING MATERIALS FOR COMMITTEE PRESENTATION IN JULY (0.1). |
| | | **31.90** | |
| **Total Associate** | | **50.50** | |
| CHAVALI A | 06/13/07 | 1.70 | ASSIST WITH STATUTORY COMMITTEE MEETING PREPARATIONS (1.7). |
| | | **1.70** | |
| DEMMA J | 06/06/07 | 4.20 | UPDATE STATUTORY COMMITTEE PRESENTATION (4.2). |
| DEMMA J | 06/07/07 | 2.60 | UPDATE STATUTORY COMMITTEE PRESENTATION (2.6). |
| | | **6.80** | |
| ZSOLDOS AF | 06/06/07 | 4.80 | DISTRIBUTE STATUTORY COMMITTEE PRESENTATIONS (4.8). |
| ZSOLDOS AF | 06/11/07 | 0.90 | RESEARCH RE: HOLDBACKS FOR INCLUSION IN STATUTORY COMMITTEE PRESENTATION (0.9). |
| ZSOLDOS AF | 06/13/07 | 1.40 | COORDINATE PRODUCTION OF PRESENTATIONS FOR JOINT STATUTORY COMMITTEE MEETING (1.4). |
| ZSOLDOS AF | 06/14/07 | 2.40 | PREPARE FOR JOINT STATUTORY COMMITTEE MEETING (2.4). |
| | | **9.50** | |
| **Total Legal Assistant** | | **18.00** | |
| **TOTAL TIME** | | **98.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 07/31/07**
**Creditor Meetings/ Statutory Committees**                    **Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 1.76 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 4.23 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.68 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.25 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.08 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$7.00** |
| Reproduction - color | 06/15/07 | Copy Center, D | 7,643.00 |
| Reproduction - color | 06/19/07 | Copy Center, D | 50.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$7,693.00** |
| Vendor Hosted Telecon-ferencing | 05/24/07 | Teleconferencing Services, LLC | 364.56 |
| Vendor Hosted Telecon-ferencing | 06/14/07 | Teleconferencing Services, LLC | 359.44 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$724.00** |
| Air/Rail Travel (external) | 06/13/07 | Butler, Jr. J | 256.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$256.00** |
| Out-of-Town Travel | 06/13/07 | Butler, Jr. J | 22.49 |
| Out-of-Town Travel | 06/13/07 | Butler, Jr. J | 79.97 |
| Out-of-Town Travel | 06/13/07 | Butler, Jr. J | 563.55 |
| Out-of-Town Travel | 06/13/07 | Butler, Jr. J | 13.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$680.00** |
| Messengers/ Courier | 06/07/07 | OSMIO | 32.50 |
| Messengers/ Courier | 06/07/07 | OSMIO | 32.50 |
| | | **TOTAL MESSENGERS/ COURIER** | **$65.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Meals | 06/13/07 | Butler, Jr. J | 29.90 |
| Out-of-Town Meals | 06/13/07 | Butler, Jr. J | 20.10 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$50.00** |
| Internal Catering-NY | 06/14/07 | Butler, Jr. J | 383.91 |
| Internal Catering-NY | 06/14/07 | Butler, Jr. J | 1,095.09 |
| | | **TOTAL INTERNAL CATERING-NY** | **$1,479.00** |
| | | **TOTAL MATTER** | **$10,954.00** |

**Delphi Corporation (DIP)**
**Creditor Meetings/ Statutory Committees**

**Bill Date: 08/31/07**
**Bill Number: 1178615**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/05/07 | 0.20 | EMAILS FROM/TO S. MILLER AND J. SHEEHAN RE: EC PRINCIPAL'S REQUEST FOR ONE-ON-ONE PRINCIPALS MEETING IN NEW YORK CITY AND NEXT STEPS (0.2). |
| BUTLER, JR. J | 07/12/07 | 0.70 | BEGIN TO REVIEW AND COMMENT ON PRESENTATION MATERIALS FOR JULY 17TH STATUTORY COMMITTEE MEETING IN NEW YORK CITY (0.7). |
| BUTLER, JR. J | 07/13/07 | 1.60 | CONTINUE TO PREPARE FOR JULY 17TH STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING REVIEW OF PRESENTATION MATERIALS (1.6). |
| BUTLER, JR. J | 07/16/07 | 1.90 | CONTINUE TO PREPARE FOR JULY 17TH STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING FINALIZE PRESENTATION MATERIALS (1.9). |
| BUTLER, JR. J | 07/17/07 | 6.40 | PREPARE FOR (0.6) AND PARTICIPATE IN (5.8) JOINT STATUTORY COMMITTEE MEETING (INCLUDING SEPARATE BREAKOUT AND NEGOTIATION SESSIONS WITH CREDITORS COMMITTEE AND EQUITY COMMITTEE AND BREAKOUT SESSIONS WITH COMPANY FOR COMPANY RECAP. |
| | | **10.80** | |
| MARAFIOTI KA | 07/12/07 | 1.50 | REVEIW AND REVISE COMMITTEE BOOK PRESENTATION (1.5). |
| MARAFIOTI KA | 07/16/07 | 0.20 | REVIEW COMMITTEE CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 07/17/07 | 5.80 | JOINT MEETING OF CREDITORS' AND EQUITY COMMITTEE (0.7); MEETINGS WITH COMPANY AND ROTHSCHILD (0.4); ADDITIONAL MEETINGS WITH CREDITORS' COMMITTEE ONLY (2.3); ADDITIONAL MEETINGS WITH EQUITY COMMITTEE ONLY (2.4). |
| | | **7.50** | |
| MEISLER RE | 07/10/07 | 0.40 | REVIEW AND COMMENT ON DRAFT OF JULY PRESENTATION TO STATUTORY COMMITTEE (0.4). |
| MEISLER RE | 07/17/07 | 2.90 | ATTEND STATUTORY COMMITTEE MEETINGS (1.2); ATTEND PORTION OF BREAK OUT SESSION WITH UCC (0.8); ATTEND PORTION OF EC BREAK OUT SESSION (0.9). |
| | | **3.30** | |
| **Total Partner** | | **21.60** | |
| MATZ TJ | 07/10/07 | 0.30 | REVIEW DRAFT OF 7/17 COMMITTEE PRESENTATION (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 07/12/07 | 0.80 | REVIEW AND COMMENTING ON DRAFT COMMITTEE PRESENTATION FOR 7/17 (0.8). |
| MATZ TJ | 07/13/07 | 0.70 | REVIEW AND COMMENT ON JOINT STATUTORY COMMITTEE PRESENTATION (0.7). |
| MATZ TJ | 07/16/07 | 1.40 | CORRESPONDENCE WITH H. BAER RE: 7/17 MEETINGS (0.2); CORRESPONDENCE WITH R. SILVINSKI RE: SAME (0.1); TELECONFERENCE WITH V. MELWANI RE: SAME (0.3); FOLLOW UP REVIEW OF COMMITTEE PRESENTATION (0.3); FOLLOW UP RE: SAME AND PREPARATION FOR JOINT COMMITTEE MEETING (0.5). |
| MATZ TJ | 07/17/07 | 5.60 | PREPARE FOR JOINT STATUTORY COMMITTEE MEETING (0.4); PARTICIPATE IN JOINT STATUTORY COMMITTEE MEETING (2.3); PARTICIPATE IN BREAK-OUT MEETINGS RE: SAME (0.6); PARTICIPATE IN EQUITY COMMITTEE BREAK-OUT MEETING RE: SAME (1.0); DISCUSSION WITH J. SHEEHAN, S. CORCORAN, D. RESNICK, B. SHAW RE: SAME (1.3). |
| MATZ TJ | 07/31/07 | 0.60 | UPDATE MATERIAL FROM STATUTORY COMMITTEE PRESENTATION 8/9 (0.6). |
| | | 9.40 | |
| Total Counsel | | 9.40 | |
| HARDIN AS | 07/16/07 | 1.20 | REVIEW MATERIALS PREPARED FOR STATUTORY COMMITTEE MEETINGS (1.2). |
| HARDIN AS | 07/17/07 | 3.90 | PREPARE FOR AND ATTEND STATUTORY COMMITTEE MEETINGS (3.9). |
| | | 5.10 | |
| HERRIOTT AV | 07/03/07 | 2.10 | DRAFT JOINT COMMITTEE PRESENTATION FOR JULY (2.1). |
| HERRIOTT AV | 07/09/07 | 0.50 | CONTINUE DRAFTING JOINT COMMITTEE PRESENTATION (0.5). |
| HERRIOTT AV | 07/10/07 | 0.70 | CONTINUE DRAFT OF JULY JOINT COMMITTEE PRESENTATION (0.7). |
| HERRIOTT AV | 07/11/07 | 2.90 | DRAFT, REVIEW AND REVISE JOINT COMMITTEE PRESENTATION FOR JULY (2.9). |
| HERRIOTT AV | 07/12/07 | 3.40 | REVIEW AND REVISE JOINT COMMITTEE PRESENTATION (3.4). |
| HERRIOTT AV | 07/13/07 | 10.30 | REVIEW AND REVISE PRESENTATION FOR JOINT COMMITTEE MEETING IN JULY (10.3). |
| HERRIOTT AV | 07/15/07 | 0.40 | REVIEW AND RESPOND TO CORRESPONDENCE RE: JOINT COMMITTEE PRESENTATION FOR JULY (0.4). |
| HERRIOTT AV | 07/16/07 | 5.60 | REVIEW AND REVISE PRESENTATION FOR JOINT COMMITTEES (5.6). |
| HERRIOTT AV | 07/23/07 | 0.80 | BEGIN DRAFT OF AUGUST JOINT COMMITTEE PRESENTATION (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HERRIOTT AV | 07/24/07 | 1.40 | CONTINUE DRAFT OF AUGUST JOINT COMMITTEE PRESENTATION (1.4). |
| HERRIOTT AV | 07/30/07 | 0.60 | CONTINUE DRAFT OF JOINT COMMITTEE PRESENTATION (0.6). |
| HERRIOTT AV | 07/31/07 | 0.60 | CONTINUE DRAFT OF JOINT COMMITTEE PRESENTATION (0.6). |
| | | **29.30** | |
| **Total Associate** | | **34.40** | |
| CHAVALI A | 07/10/07 | 3.30 | SEARCH AND DISTRIBUTE PRECEDENT LABOR DOCUMENTS (2.8); PREPARE UAW SETTLEMENT PLEADINGS BINDER (0.5). |
| CHAVALI A | 07/17/07 | 2.10 | PREPARE FOR JOINT COMMITTEE MEETING (2.1). |
| | | **5.40** | |
| DEMMA J | 07/11/07 | 2.20 | PREPARE FEE AND EXPENSE INFORMATION FOR STATUTORY COMMITTEE MEETINGS (2.2). |
| DEMMA J | 07/12/07 | 1.10 | COORDINATE PRODUCTION/DISTRIBUTION OF STATUTORY COMMITTEE PRESENTATION (1.1). |
| DEMMA J | 07/13/07 | 0.80 | UPDATE FEE AND EXPENSE INFORMATION FOR STATUTORY COMMITTEE PRESENTATION (0.8). |
| | | **4.10** | |
| ZSOLDOS AF | 07/24/07 | 2.00 | DISTRIBUTE JOINT STATUTORY COMMITTEE PRESENTATIONS (2.0). |
| | | **2.00** | |
| **Total Legal Assistant** | | **11.50** | |
| ROBINSON SJ | 07/09/07 | 5.70 | ASSIST WITH PREPARATION OF BINDERS FOR JOINT MEETING OF THE DELPHI STATUTORY COMMITTEES JULY 17, 2007 (5.7). |
| | | **5.70** | |
| **Total Legal Assistant Support** | | **5.70** | |
| **TOTAL TIME** | | **82.60** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                   **Bill Date: 08/31/07**
**Creditor Meetings/ Statutory Committees**                   **Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 03/08/07 | Meisler RE | -494.57 |
| Air/Rail Travel - vendor feed | 07/16/07 | Meisler RE | 538.57 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$44.00** |
| In-house Reproduction | 07/13/07 | Copy Center, D | 197.90 |
| In-house Reproduction | 07/17/07 | Copy Center, D | 0.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$198.00** |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.97 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.79 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.14 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.09 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$2.00** |
| Reproduction - color | 07/03/07 | Copy Center, D | 230.02 |
| Reproduction - color | 07/16/07 | Copy Center, D | 75.00 |
| Reproduction - color | 07/20/07 | Copy Center, D | 10,647.48 |
| Reproduction - color | 07/31/07 | Copy Center, D | 64.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$11,017.00** |
| Air/Rail Travel (external) | 07/16/07 | Butler, Jr. J | 174.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$174.00** |
| Out-of-Town Travel | 07/16/07 | Butler, Jr. J | 9.50 |
| Out-of-Town Travel | 07/16/07 | Butler, Jr. J | 425.50 |
| Out-of-Town Travel | 07/16/07 | Butler, Jr. J | 12.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$447.00** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 06/11/07 | Dist Serv/Mail/Page, D | 24.25 |
| Messengers/ Courier | 07/09/07 | OSMIO | 32.75 |
| | | **TOTAL MESSENGERS/ COURIER** | **$57.00** |
| Out-of-Town Meals | 07/16/07 | Butler, Jr. J | 13.61 |
| Out-of-Town Meals | 07/16/07 | Butler, Jr. J | 16.39 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$30.00** |
| Print Images to Paper (from Electronic Media) | 07/05/07 | Copy Center, D | 8.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$8.00** |
| Internal Catering-NY | 07/17/07 | Butler, Jr. J | 1,200.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$1,200.00** |
| | | **TOTAL MATTER** | **$13,177.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Creditor Meetings/ Statutory Committees**

**Bill Date: 09/30/07**
**Bill Number: 1181367**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/03/07 | 0.80 | BEGIN TO PREPARE FOR AUGUST 9TH JOINT STATUTORY COMMITTEE MEETINGS INCLUDING PRELIMINARY REVIEW OF DRAFT COMMITTEE PRESENTATION (0.4); EMAILS FROM/TO B. ROSENBERG RE: CREDITORS' COMMITTEE MATTERS (0.2); EMAILS TO B. ROSENBERG, B. SCHELER ET AL. RE: AUGUST 9TH POR WORKING GROUP BREAKFAST MEETING (0.2). |
| BUTLER, JR. J | 08/06/07 | 0.30 | CONTINUE TO PREPARE FOR AUGUST 9TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING EMAIL FROM B. ROSENBERG RE: AGENDA ITEMS AND FOLLOW-UP WITH J. SHEEHAN RE: SAME (0.3). |
| BUTLER, JR. J | 08/07/07 | 1.10 | PREPARE FOR AUGUST 9TH STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (0.9); EMAILS FROM/TO B. ROSENBERG RE: SAME (0.2). |
| BUTLER, JR. J | 08/08/07 | 0.70 | PREPARE FOR AUGUST 9TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING FINALIZATION OF PRESENTATION MATERIALS (0.7). |
| BUTLER, JR. J | 08/09/07 | 2.80 | PREPARE FOR (0.3) AND ATTEND (2.5) JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING BREAK-OUT SESSIONS WITH CREDITORS' COMMITTEE AND EQUITY COMMITTEE. |
| | | **5.70** | |
| MARAFIOTI KA | 08/04/07 | 1.50 | REVIEW AND REVISE CREDITORS' COMMITTEE MATERIALS (1.5). |
| MARAFIOTI KA | 08/09/07 | 4.40 | MEETING WITH COMMITTEE CHAIRS AND COUNSEL, CLIENT, ROTHSCHILD, AND FTI (1.5 ); MEETING WITH CLIENT AND ADVISORS TO PREPARE FOR JOINT COMMITTEE MEETINGS (0.4); ATTEND JOINT MEETING OF COMMITTEES AND ADVISORS (1.5); FOLLOWUP MEETING WITH CLIENT (0.3); MEETING WITH CREDITORS' COMMITTEE ONLY (0.1); MEETING WITH EQUITY COMMITTEE ONLY (0.2); FOLLOWUP MEETING WITH CLIENT, ROTHSCHILD, AND FTI (0.4). |
| MARAFIOTI KA | 08/15/07 | 0.10 | CORRESPONDENCE FROM EQUITY COMMITTEE RE: PLAN (0.1). |
| | | **6.00** | |
| MEISLER RE | 08/01/07 | 0.10 | CONSIDER MATERIALS FOR UPCOMING STATUTORY COMMITTEE MEETING (0.1). |
| MEISLER RE | 08/02/07 | 0.10 | CONTINUE ATTENTION TO STATUTORY COMMITTEE PRESENTATION (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 08/03/07 | 3.60 | REVIEW AND COMMENT ON STATUTORY COMMITTEE PRESENTATION (1.8); REVIEW AND COMMENT ON STATUTORY COMMITTEE PRESENTATION (1.8). |
|---|---|---|---|
| MEISLER RE | 08/06/07 | 1.80 | CONTINUE TO REVIEW AND COMMENT ON STATUTORY COMMITTEE PRESENTATION (0.3); WORKING GROUP CALL RE: COMMENTS TO STATUTORY COMMITTEE PRESENTATION (0.9); TELECONFERENCE WITH WORKING GROUP RE: UCC PRESENTATION (0.6). |
| MEISLER RE | 08/09/07 | 3.40 | PREPARE FOR STATUTORY COMMITTEE MEETING (1.0); ATTEND SAME (1.6); INTERNAL WORKING GROUP PREPARING FOR BREAK OUT (0.3); ATTEND UCC BREAK OUT SESSION (0.3); ATTEND EC BREAK OUT SESSION (0.2). |

**9.00**

**Total Partner**          **20.70**

| MATZ TJ | 08/04/07 | 0.80 | REVIEW AND COMMENT ON REVISED 8/9 STATUTORY COMMITTEE PRESENTATION (0.8). |
|---|---|---|---|
| MATZ TJ | 08/08/07 | 1.80 | PREPARATION OF 8/9 PRESENTATION MATERIALS (0.3); CORRESPONDENCE WITH H. BAER RE: 8/9 COMMITTEE MEETINGS (0.2); CORRESPONDENCE WITH V. MELWANI RE: SAME (0.2); REVIEW STATUTORY COMMITTEE PRESENTATION (0.6); FURTHER PREPARATION OF 8/9 PRESENTATION MATERIALS (0.3); TELECONFERENCE WITH H. BAER RE: SAME (0.2). |
| MATZ TJ | 08/09/07 | 2.30 | PREPARATION FOR MONTHLY MEETING WITH STATUTORY COMMITTEES (0.4); ATTEND SAME (1.5); FOLLOW UP MEETINGS WITH UNSECURED CREDITORS' COMMITTEE (0.2); FOLLOW UP MEETING WITH EQUITY COMMITTEE (0.2). |

**4.90**

**Total Counsel**          **4.90**

| HERRIOTT AV | 08/01/07 | 3.80 | CONTINUE DRAFTING AUGUST JOINT COMMITTEE PRESENTATION (3.8). |
|---|---|---|---|
| HERRIOTT AV | 08/02/07 | 3.40 | CONTINUE DRAFTING JOINT COMMITTEE PRESENTATION (3.4). |
| HERRIOTT AV | 08/03/07 | 0.50 | REVIEW AND REVISE JOINT COMMITTEE PRESENTATION (0.5). |
| HERRIOTT AV | 08/04/07 | 0.70 | REVIEW AND REVISE PRESENTATION FOR JOINT COMMITTEES (0.7). |
| HERRIOTT AV | 08/05/07 | 5.20 | REVIEW AND REVISE JOINT COMMITTEE PRESENTATION (5.2). |
| HERRIOTT AV | 08/06/07 | 6.60 | CONTINUE TO REVIEW AND REVISE JOINT COMMITTEE PRESENTATION (6.6). |

843E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HERRIOTT AV | 08/07/07 | 3.00 | CONTINUE TO REVIEW AND REVISE JOINT COMMITTEE PRESENTATION (3.0). |
|---|---|---|---|
| HERRIOTT AV | 08/08/07 | 2.70 | FINALIZE JOINT COMMITTEE PRESENTATION (2.7). |
| HERRIOTT AV | 08/09/07 | 0.30 | ADDRESS FOLLOW UP MATTERS FOR JOINT COMMITTEE PRESENTATION (0.3). |
| HERRIOTT AV | 08/15/07 | 0.30 | REVISE MATERIALS RE: SUBSTANTIVE CONSOLIDATION FOR CREDITORS' COMMITTEE (0.3). |
| HERRIOTT AV | 08/21/07 | 0.10 | FOLLOW UP MATTER FROM JOINT COMMITTEE MEETING (0.1). |
| HERRIOTT AV | 08/28/07 | 0.40 | BEGIN PREPARATIONS FOR SEPTEMBER JOINT COMMITTEE MEETING (0.4). |
| | | **27.00** | |
| PLATT SJ | 08/02/07 | 0.40 | REVISE PRESENTATION FOR JOINT CREDITORS COMMITTEES (0.4). |
| PLATT SJ | 08/07/07 | 1.20 | REVISE PRESENTATION FOR JOINT COMMITTEES (1.2). |
| | | **1.60** | |
| SUBER KM | 08/09/07 | 4.50 | PREPARE FOR THE STATUTORY COMMITTEES' MEETING (2.4); ATTEND THE STATUTORY COMMITTEES' MEETING (1.6); ATTEND UCC MEETING (0.3); MET WITH EQUITY COMMITTEE (0.2). |
| | | **4.50** | |
| **Total Associate** | | **33.10** | |
| DEMMA J | 08/02/07 | 5.20 | UPDATE AUGUST 9, 2007 STATUTORY COMMITTEE PRESENTATION (4.1); PREPARE PRESENTATION FOR ATTORNEY REVIEW (1.1). |
| | | **5.20** | |
| ZSOLDOS AF | 08/08/07 | 1.30 | PREPARATION FOR UCC MEETING (1.3). |
| ZSOLDOS AF | 08/09/07 | 2.70 | COORDINATE PREPARATION FOR UCC MEETING (2.3); ASSIST WITH VARIOUS TASKS DURING MEETING (0.4). |
| ZSOLDOS AF | 08/21/07 | 3.10 | DISTRIBUTE JOINT STATUTORY COMMITTEE PRESENTATIONS (1.9); UPDATE DISTRIBUTION LIST (1.2). |
| | | **7.10** | |
| **Total Legal Assistant** | | **12.30** | |
| **TOTAL TIME** | | **71.00** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 09/30/07**
**Creditor Meetings/ Statutory Committees**                    **Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/07/07 | Meisler RE | 1,048.67 |
| Air/Rail Travel - vendor feed | 08/09/07 | Meisler RE | 572.33 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,621.00** |
| In-house Reproduction | 08/09/07 | DeJesus E | 54.05 |
| In-house Reproduction | 08/09/07 | DeJesus E | 0.10 |
| In-house Reproduction | 08/09/07 | DeJesus E | 53.95 |
| In-house Reproduction | 08/09/07 | Morel BA | 53.95 |
| In-house Reproduction | 08/10/07 | Copy Center, D | 29.94 |
| In-house Reproduction | 08/17/07 | Copy Center, D | 10.01 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$202.00** |
| Reproduction - color | 08/07/07 | Copy Center, D | 1.00 |
| Reproduction - color | 08/08/07 | Copy Center, D | 78.50 |
| Reproduction - color | 08/10/07 | Copy Center, D | 12,414.00 |
| Reproduction - color | 08/10/07 | Copy Center, D | 78.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$12,572.00** |
| Vendor Hosted Telecon-ferencing | 08/06/07 | Teleconferencing Services, LLC | 12.48 |
| Vendor Hosted Telecon-ferencing | 08/06/07 | Teleconferencing Services, LLC | 14.34 |
| Vendor Hosted Telecon-ferencing | 08/09/07 | Teleconferencing Services, LLC | 310.18 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$337.00** |
| Air/Rail Travel (external) | 08/08/07 | Butler, Jr. J | 410.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$410.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | | |
|---|---|---|---|---:|
| Out-of-Town Travel | 08/08/07 | Butler, Jr. J | | 10.50 |
| Out-of-Town Travel | 08/08/07 | Butler, Jr. J | | 405.53 |
| Out-of-Town Travel | 08/08/07 | Butler, Jr. J | | 8.50 |
| Out-of-Town Travel | 08/09/07 | Meisler RE | | 798.47 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | | **$1,223.00** |
| Messengers/ Courier | 08/06/07 | Dist Serv/Mail/Page, D | | 37.22 |
| Messengers/ Courier | 08/06/07 | Dist Serv/Mail/Page, D | | 21.78 |
| | | **TOTAL MESSENGERS/ COURIER** | | **$59.00** |
| Out-of-Town Meals | 08/08/07 | Butler, Jr. J | | 19.17 |
| Out-of-Town Meals | 08/09/07 | Meisler RE | | 25.30 |
| Out-of-Town Meals | 08/09/07 | Meisler RE | | 10.53 |
| | | **TOTAL OUT-OF-TOWN MEALS** | | **$55.00** |
| Internal Catering-NY | 08/08/07 | Butler, Jr. J | | 300.00 |
| Internal Catering-NY | 08/09/07 | Butler, Jr. J | | 240.00 |
| Internal Catering-NY | 08/09/07 | Butler, Jr. J | | 400.00 |
| Internal Catering-NY | 08/09/07 | Butler, Jr. J | | 880.00 |
| | | **TOTAL INTERNAL CATERING-NY** | | **$1,820.00** |
| | | **TOTAL MATTER** | | **$18,299.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                      **Bill Date: 10/31/07**
**Creditor Meetings/ Statutory Committees**                       **Bill Number: 1182831**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 09/10/07 | 1.40 | PREPARE FOR SEPTEMBER 11TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING REVIEW AND FINALIZE PRESENTATION MATERIALS (1.4). |
| BUTLER, JR. J | 09/11/07 | 4.20 | PREPARE FOR (0.4) AND ATTEND (3.8) JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY (INCLUDING CLIENT AND COMMITTEE BREAK-OUT SESSIONS). |
| | | **5.60** | |
| MARAFIOTI KA | 09/06/07 | 0.60 | BEGIN REVIEW AND REVISION OF COMMITTEE PRESENTATION (0.6). |
| MARAFIOTI KA | 09/11/07 | 4.40 | JOINT COMMITTEE MEETING WITH COMPANY AND ADVISORS (2.5); MEETING WITH COMPANY AND ADVISORS ALONE (0.2); MEETING WITH CREDITORS' COMMITTEE AND ADVISORS ALONE (0.2); MEETING WITH EQUITY COMMITTEE ALONE (0.3); FOLLOWUP MEETING WITH COMPANY (1.2). |
| MARAFIOTI KA | 09/14/07 | 0.40 | REVIEW EQUITY COMMITTEE PROPOSED LETTER TO SHAREHOLDERS (0.4). |
| | | **5.40** | |
| MEISLER RE | 09/05/07 | 0.50 | REVIEW AND COMMENT ON PRIVILEGE LOG RE: EPCA (0.5). |
| MEISLER RE | 09/07/07 | 3.60 | TELECONFERENCE WITH H. BAER RE: EXPEDITED NOTICE RE: TRW, CLOSURES, AND IP (0.2); REVIEW AND COMMENT ON STATUTORY COMMITTEE PRESENTATION (3.4). |
| MEISLER RE | 09/08/07 | 0.30 | REVIEW AND RESPOND TO CORRESPONDENCE RE: STATUTORY COMMITTEE SLIDES (0.3). |
| MEISLER RE | 09/11/07 | 3.30 | PREPARE FOR STATUTORY COMMITTEE MEETING (0.2); ATTEND JOINT MEETING (2.5); ATTEND UCC BREAK OUT MEETING (0.2); ATTEND EC BREAK OUT MEETING (0.4). |
| MEISLER RE | 09/12/07 | 0.10 | DRAFT INTERNAL CORRESPONDENCE RE: STN MOTION (0.1). |
| | | **7.80** | |
| **Total Partner** | | **18.80** | |
| MATZ TJ | 09/04/07 | 0.50 | PREPARE MATERIALS FOR UCC 9/11 PRESENTATION (0.5). |
| MATZ TJ | 09/05/07 | 0.90 | FURTHER PREPARATION RE: MATERIALS FOR 9/11 COMMITTEE PRESENTATION (0.9). |
| MATZ TJ | 09/06/07 | 1.50 | REVIEW AND COMMENT ON 9/11 STATUTORY COMMITTEE PRESENTATION (1.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 09/07/07 | 0.60 | PREPARATIONS RE: 9/11 COMMITTEE MEETINGS (0.4); PREPARATION RE: FINAL PRESENTATION (0.2). |
| MATZ TJ | 09/10/07 | 1.20 | CORRESPONDENCE WITH R. SLIVINSKI RE: 9/11 MEETINGS (0.2); PREPARATIONS RE: 9/11 STATUTORY COMMITTEE MEETINGS (0.5); FURTHER PREPARATION FOR STATUTORY COMMITTEE MEETINGS (0.5). |
| MATZ TJ | 09/11/07 | 4.10 | PREPARATION FOR STATUARY COMMITTEE MEETINGS (1.0); ATTEND SAME (2.5); ATTEND FOLLOW UP MEETING WITH UNSECURED CREDITORS COMMITTEE (0.2); ATTEND FOLLOW UP MEETING WITH EQUITY COMMITTEE (0.4). |
| | | **8.80** | |
| **Total Counsel** | | **8.80** | |
| DIAZ LB | 09/05/07 | 4.40 | DRAFT STATUARY COMMITTEE PRESENTATION (4.4). |
| DIAZ LB | 09/06/07 | 6.70 | EDIT AND FORMAT STATUARY COMMITTEE PRESENTATION (6.7). |
| DIAZ LB | 09/07/07 | 5.10 | REVISE STATUARY COMMITTEE PRESENTATION (5.1). |
| | | **16.20** | |
| HERRIOTT AV | 09/02/07 | 0.90 | BEGIN DRAFT OF JOINT COMMITTEE PRESENTATION (0.9). |
| HERRIOTT AV | 09/05/07 | 0.20 | ASSIST WITH DRAFT OF JOINT COMMITTEE PRESENTATION (0.2). |
| HERRIOTT AV | 09/07/07 | 6.10 | REVIEW AND REVISE PORTIONS OF JOINT COMMITTEE PRESENTATION (5.6); CONFERENCE WITH S. CORCORAN AND J. SHEEHAN RE: SAME (0.5). |
| HERRIOTT AV | 09/10/07 | 5.90 | REVIEW, REVISE, AND FINALIZE JOINT COMMITTEE PRESENTATION FOR SEPTEMBER 11 MEETING (5.9). |
| HERRIOTT AV | 09/21/07 | 0.10 | ADDRESS FOLLOW UP QUESTION FROM JOINT COMMITTEE MEETING (0.1). |
| | | **13.20** | |
| PLATT SJ | 09/04/07 | 0.40 | PREPARE COMMITTEE PRESENTATION (0.4). |
| PLATT SJ | 09/05/07 | 1.30 | PREPARE COMMITTEE PRESENTATION (1.3). |
| PLATT SJ | 09/07/07 | 6.90 | REVISE COMMITTEE PRESENTATION (6.9). |
| | | **8.60** | |
| **Total Associate** | | **38.00** | |
| DEMMA J | 09/04/07 | 2.60 | UPDATE STATUTORY COMMITTEE PRESENTATION (2.6). |
| DEMMA J | 09/07/07 | 2.10 | COORDINATE STATUTORY COMMITTEE PRESENTATION (2.1). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

|            |          | 4.70  |                                                                                            |
|------------|----------|-------|--------------------------------------------------------------------------------------------|
| ZSOLDOS AF | 09/10/07 | 0.80  | UPDATE JOINT STATUTORY COMMITTEE PRESENTATION (0.8).                                        |
| ZSOLDOS AF | 09/11/07 | 3.20  | ATTEND AND ASSIST AT STATUTORY COMMITTE MEETING (3.2).                                      |
| ZSOLDOS AF | 09/13/07 | 2.80  | ORGANIZE AND ACCUTRAC JOINT STATUTORY COMMITTEE PRESENTATIONS BOOKLETS FROM PAST MEETINGS (2.8). |
|            |          | 6.80  |                                                                                            |

| **Total Legal Assistant** | 11.50 |
|---------------------------|-------|
| **TOTAL TIME**            | <u>77.10</u> |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | Bill Date: 10/31/07 |
|---|---|
| Creditor Meetings/ Statutory Committees | Bill Number: 1182831 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/10/07 | Meisler RE | 1,013.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,013.00** |
| In-house Reproduction | 09/14/07 | Copy Center, D | 3.01 |
| In-house Reproduction | 09/21/07 | Copy Center, D | 120.99 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$124.00** |
| Reproduction - color | 09/10/07 | Copy Center, D | 89.01 |
| Reproduction - color | 09/11/07 | Copy Center, D | 171.02 |
| Reproduction - color | 09/14/07 | Copy Center, D | 3,922.91 |
| Reproduction - color | 09/18/07 | Copy Center, D | 561.06 |
| | | **TOTAL REPRODUCTION - COLOR** | **$4,744.00** |
| Vendor Hosted Teleconferencing | 09/07/07 | Teleconferencing Services, LLC | 5.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$5.00** |
| Air/Rail Travel (external) | 09/10/07 | Butler, Jr. J | 326.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$326.00** |
| Out-of-Town Travel | 09/10/07 | Butler, Jr. J | 7.50 |
| Out-of-Town Travel | 09/10/07 | Butler, Jr. J | 31.99 |
| Out-of-Town Travel | 09/10/07 | Butler, Jr. J | 360.01 |
| Out-of-Town Travel | 09/10/07 | Butler, Jr. J | 11.50 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$411.00** |
| Messengers/ Courier | 09/07/07 | Quick Int'l - Ny | 326.15 |
| Messengers/ Courier | 09/11/07 | Dist Serv/Mail/Page, D | 91.30 |
| Messengers/ Courier | 09/14/07 | Quick Int'l - Ny | 3,682.10 |
| Messengers/ Courier | 09/17/07 | Dist Serv/Mail/Page, D | 11.45 |
| | | **TOTAL MESSENGERS/ COURIER** | **$4,111.00** |
| Out-of-Town Meals | 09/10/07 | Butler, Jr. J | 9.00 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL OUT-OF-TOWN MEALS** | **$9.00** |
| Print Images to Paper (from Electronic Media) | 09/05/07 | Copy Center, D | 18.95 |
| Print Images to Paper (from Electronic Media) | 09/20/07 | Hawkes DA | 33.05 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$52.00** |
| Internal Catering-NY | 09/11/07 | Butler, Jr. J | 1,240.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$1,240.00** |
| | | **TOTAL MATTER** | **$12,035.00** |