SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-19
RIGHTS OFFERING
198.8 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  
Rights Offering

Bill Date: 07/31/07  
Bill Number: 1168053

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GASAWAY M | 06/13/07 | 3.10 | REVIEW/COMMENT ON TERM SHEET RE RIGHTS OFFERING MATTERS (3.1). |
| GASAWAY M | 06/18/07 | 4.30 | STATUS TELECONFERENCE RE RIGHTS OFFERING MATTERS (2.0); REVIEW AND COMMENT ON REVISED EPCA RE RIGHTS OFFERING MATTERS (2.3). |
| GASAWAY M | 06/23/07 | 1.50 | REVIEW EPCA ISSUES LIST AND PROVIDE COMMENTS RE RIGHTS OFFERING MATTERS (1.5). |
|  |  | 8.90 |  |
| **Total Counsel** |  | 8.90 |  |
| **TOTAL TIME** |  | **8.90** |  |

**CLIENT TOTAL**          <u>6527.60</u>

233                                                                B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 07/31/07
**Rights Offering**  Bill Number: 1168053

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.21 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.63 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.10 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.04 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$1.00** |
| Out-of-Town Travel | 02/05/07 | Saggese NP | 950.44 |
| Out-of-Town Travel | 02/05/07 | Saggese NP | 85.03 |
| Out-of-Town Travel | 02/07/07 | Saggese NP | 95.53 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,131.00** |
| Out-of-Town Meals | 02/05/07 | Saggese NP | 4.83 |
| Out-of-Town Meals | 02/06/07 | Saggese NP | 38.17 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$43.00** |
| | | **TOTAL MATTER** | **$1,175.00** |
| | | **TOTAL CLIENT** | **$137,195.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

```
Delphi Corporation (DIP)                          Bill Date: 08/31/07
Rights Offering                                   Bill Number: 1178615
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| NOEL GA | 07/06/07 | 0.30 | REVIEW DOCUMENTS (0.3). |
| NOEL GA | 07/10/07 | 2.30 | TELECONFERENCE WITH WORKING GROUP RE: S-1 (2.3). |
| NOEL GA | 07/11/07 | 0.80 | TELECONFERENCE ALL HANDS RE: S-1 (0.8). |
| NOEL GA | 07/13/07 | 0.50 | REVIEW DOCUMENTS (0.5). |
| NOEL GA | 07/18/07 | 1.00 | REVIEW DOCUMENTS; WORKING GROUP TELECONFERENCE (1.0). |
| | | 4.90 | |
| **Total Partner** | | **4.90** | |
| GASAWAY M | 07/02/07 | 1.60 | REVIEW HIGHLAND DRAFTS OF PSA AND EPCA (1.6). |
| GASAWAY M | 07/06/07 | 3.20 | STATUS UPDATE CALL; REVIEW PREFERRED STOCK TERM SHEET FROM APPALOOSA; PROVIDE COMMENTS; REVIEW INTEGRATION ANALYSIS (3.2). |
| GASAWAY M | 07/07/07 | 2.40 | REVIEW AND PROVIDE MARK-UP OF HIGHLAND DRAFT EPCA; REVIEW PRESS RELEASE/PROVIDE COMMENTS (2.4). |
| GASAWAY M | 07/09/07 | 3.90 | REVIEW AND COMMENT ON REVISED EPCA FOR HIGHLAND; REVIEW REVISED PREFERRED STOCK TERM SHEET (3.9). |
| GASAWAY M | 07/10/07 | 6.10 | MULTIPLE CONVERSATIONS WITH WORKING GROUP RE: REGISTRATION AND EPCA ISSUES; PARTICIPATE IN WORKING GROUP CALL (6.1). |
| GASAWAY M | 07/11/07 | 5.40 | TELECONFERENCES WITH WORKING GROUP RE: HIGHLAND PROPOSAL; FOLLOW-UP ON ISSUES; CONFERENCE CALLS WITH APPALOOSA AND HIGHLAND (5.4). |
| GASAWAY M | 07/12/07 | 1.20 | MARK UP APPALOOSA EPCA (1.2). |
| GASAWAY M | 07/14/07 | 4.30 | REVIEW DRAFTS OF DOCUMENTS FROM APPALOOSA/PROVIDE COMMENTS; MULTIPLE CONFERENCE CALLS (4.3). |
| GASAWAY M | 07/15/07 | 5.90 | REVIEW DRAFTS OF HIGHLAND DOCUMENTS/PROVIDE COMMENTS; MULTIPLE CONFERENCE CALLS (5.9). |
| GASAWAY M | 07/17/07 | 4.10 | REVIEW REVISED APPALOOSA AND HIGHLAND DOCUMENTS FOR SECURITIES LAW ISSUES; PROVIDE COMMENTS (4.1). |
| GASAWAY M | 07/18/07 | 0.80 | REVIEW PRESS RELEASE AND PLAN FRAMEWORK AND PROVIDE COMMENTS; REVIEW RIGHTS OFFERING DESCRIPTION IN MOTION (0.8). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GASAWAY M | 07/19/07 | 3.50 | REVIEW AND COMMENT ON EPCA Q&A. FOLLOW UP RE: SAME (1.3); BEGIN REVISING S-1 (2.2). |
| GASAWAY M | 07/23/07 | 5.70 | MARK UP S-1 FOR NEW EPCA (5.1); REVIEW AND COMMENT ON REVISED TIMELINE (0.6). |
| GASAWAY M | 07/24/07 | 8.10 | RENEW AND MARK UP AMENDMENT NO. 1 TO S-1 (8.1). |
| GASAWAY M | 07/25/07 | 0.60 | FOLLOW UP RE: QUESTIONS ON RIGHTS OFFERING (0.6). |
| GASAWAY M | 07/26/07 | 6.00 | REVIEW REVISED TIMELINE (3.5); SEND EMAILS RE: S-1 TIMING (0.3); REVIEW DRAFT S-1 AMENDMENT (2.2). |
| GASAWAY M | 07/27/07 | 3.60 | STATUS CALL AND FOLLOW UP RE: TIMELINE AND S-1 (1.6); PREPARE 10-Q CIRCLE; DRAFT/DISTRIBUTE TO EXPERTS AT SKADDEN FOR REVIEW (2.0). |
| GASAWAY M | 07/31/07 | 2.70 | MARK UP S-1 TO ADD PAR VALUE RIGHTS OFFERING (2.7). |
| | | **69.10** | |
| **Total Counsel** | | **69.10** | |
| **TOTAL TIME** | | **74.00** | |
| | | | |
| **CLIENT TOTAL** | | **7522.60** | |

233                                                                                              B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 08/31/07
**Rights Offering**  Bill Number: 1178615

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/24/07 | Copy Center, D | 89.42 |
| In-house Reproduction | 07/27/07 | Copy Center, D | 48.58 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$138.00** |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.97 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.80 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.13 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.09 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$2.00** |
| Messengers/ Courier | 07/15/07 | Messenger Express | 62.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$62.00** |
| Wireless - Mobile/Cellular/Pager | 07/15/07 | Noel GA | 1.38 |
| Wireless - Mobile/Cellular/Pager | 07/26/07 | Noel GA | 5.62 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$7.00** |
| | | **TOTAL MATTER** | **$209.00** |
| | | **TOTAL CLIENT** | **$181,833.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 09/30/07**
**Rights Offering**  **Bill Number: 1181367**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| NOEL GA | 08/13/07 | 0.30 | TELECONFERENCE WITH SEC (0.2); CORRESPONDENCE (0.1). |
| NOEL GA | 08/15/07 | 1.00 | WORKING GROUP MEETING RE: S-1 (1.0). |
| NOEL GA | 08/16/07 | 1.60 | WORKING GROUP MEETING RE: S-1 (1.6). |
|  |  | **2.90** |  |
| SAGGESE NP | 08/02/07 | 0.40 | REVIEW SECURITIES ISSUE RE: PLAN DISCLOSURE STATEMENT (0.4). |
| SAGGESE NP | 08/15/07 | 0.90 | REVIEW SECURITIES ISSUES RE: RIGHTS OFFERING AND CONF RE: SAME (0.9). |
| SAGGESE NP | 08/16/07 | 1.10 | REVIEW RIGHTS OFFERING RELATED DISCLOSURE; REVIEW RELATED SEC ISSUES, INCLUDING IN-OFFICE CONFERENCE (1.1). |
| SAGGESE NP | 08/22/07 | 0.80 | REVIEW ISSUES (0.8). |
| SAGGESE NP | 08/23/07 | 1.50 | PLAN FOR RIGHTS OFFERING ISSUES (1.5). |
| SAGGESE NP | 08/31/07 | 3.50 | REVIEW DISCLOSURE STATEMENT RE: RIGHTS OFFERING MATTERS (3.5). |
|  |  | **8.20** |  |
| **Total Partner** |  | **11.10** |  |
| GASAWAY M | 08/01/07 | 4.10 | REVIEW AND MARKUP S-1 FOR PAR RIGHTS OFFERING (4.1). |
| GASAWAY M | 08/02/07 | 4.90 | RESEARCH RELATIONSHIP BETWEEN S-1 AND DISCLOSURE STATEMENT FILING AND COLLECT PRECEDENTS/REVISE S-1 (4.9). |
| GASAWAY M | 08/03/07 | 6.30 | REVIEW PRECEDENT RIGHTS OFFERINGS RE: DISCLOSURE STATEMENT/S-1 (2.5); REVISE S-1 FOR PAR RIGHTS OFFERING (3.8). |
| GASAWAY M | 08/06/07 | 2.90 | REVIEW SEC RULES RE: RIGHTS OFFERING ISSUES/PREPARE RIGHTS OFFERING ISSUES LIST(1.8); REVIEW TAX MEMO RE: 382(L); PROVIDE COMMENTS (1.1). |
| GASAWAY M | 08/07/07 | 5.00 | POR/RIGHTS OFFERING CONFERENCE CALL (4.0); CONVERSATION WITH A. FEINBERG RE: TAX MEMO (0.3); REVIEW/MARKUP S-1 (0.7). |
| GASAWAY M | 08/08/07 | 4.70 | REVIEW S-1 AMENDMENT/PROVIDE COMMENTS (4.7). |
| GASAWAY M | 08/10/07 | 2.30 | REVIEW CHANGES TO DRAFT S-1 (0.9); REVIEW RIGHTS OFFERING DISCLOSURE IN PRECEDENT DISCLOSURE STATEMENTS (1.4). |
| GASAWAY M | 08/14/07 | 1.20 | REVISE RIGHTS OFFERINGS SECTION OF PLAN AND DISCLOSURE STATEMENT (1.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GASAWAY M | 08/15/07 | 3.00 | PARTICIPATE IN  POR CALL RE: RIGHTS OFFERING (3.0). |
| GASAWAY M | 08/16/07 | 5.40 | REVIEW REVISED DRAFT OF PLAN, PROVIDE COMMENTS (2.7); REVIEW RIGHTS OFFERING RELATED RESEARCH (1.2); ATTEND WORKING GROUP MEETING RE: RIGHTS OFFERING MATTERS (1.2); REVISE FORM S-1 (0.3). |
| GASAWAY M | 08/17/07 | 2.80 | REVIEW REVISED DRAFT OF DISCLOSURE STATEMENT (2.8). |
| GASAWAY M | 08/23/07 | 1.40 | REVIEW EQUITY COMMITTEE COMMENTS ON DISCLOSURE STATEMENT (1.4). |
| | | 44.00 | |
| **Total Counsel** | | 44.00 | |
| **TOTAL TIME** | | <u>55.10</u> | |
| | | | |
| **CLIENT TOTAL** | | <u>**9487.90**</u> | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                                  Bill Date: 09/30/07
**Rights Offering**                                           Bill Number: 1181367

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| In-house Reproduction | 08/07/07 | Copy Center, D | 321.63 |
| In-house Reproduction | 08/10/07 | Copy Center, D | 0.10 |
| In-house Reproduction | 08/21/07 | Copy Center, D | 106.27 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$428.00** |
| Lexis/Nexis | 08/16/07 | Tam KC | 89.00 |
| | | **TOTAL LEXIS/NEXIS** | **$89.00** |
| Westlaw | 08/16/07 | Tam KC | 107.00 |
| | | **TOTAL WESTLAW** | **$107.00** |
| Reproduction - color | 08/16/07 | Copy Center, D | 106.74 |
| Reproduction - color | 08/24/07 | Copy Center, D | 4.01 |
| Reproduction - color | 08/29/07 | Copy Center, D | 108.25 |
| | | **TOTAL REPRODUCTION - COLOR** | **$219.00** |
| Print Images to Paper (from Electronic Media) | 08/06/07 | Copy Center, D | 10.13 |
| Print Images to Paper (from Electronic Media) | 08/17/07 | Copy Center, D | 85.87 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$96.00** |
| CLR/Disclosure | 08/01/07 | Global Securities | 164.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$164.00** |
| | | **TOTAL MATTER** | **$1,103.00** |
| | | **TOTAL CLIENT** | **$287,281.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

```
Delphi Corporation (DIP)                              Bill Date: 10/31/07
Rights Offering                                       Bill Number: 1182831
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 09/19/07 | 4.10 | BEGIN REVIEW OF S-1 AMENDMENT (4.1). |
|  |  | **4.10** |  |
| NOEL GA | 09/10/07 | 0.20 | TELECONFERENCE WITH D. GUDOWSKI (0.2). |
| NOEL GA | 09/17/07 | 0.30 | REVIEW DOCUMENTS (0.3). |
| NOEL GA | 09/18/07 | 1.80 | REVIEW DOCUMENTS (1.8). |
| NOEL GA | 09/21/07 | 0.90 | REVIEW DOCUMENTS (0.9). |
|  |  | **3.20** |  |
| SAGGESE NP | 09/06/07 | 0.40 | READ PRESS RELEASES RE: S-1 (0.4). |
| SAGGESE NP | 09/11/07 | 0.60 | READ 8-K AND PRESS RELEASES RE: S-1 (0.6). |
| SAGGESE NP | 09/12/07 | 0.40 | REVIEW S-1 MATTER STATUS (0.4). |
| SAGGESE NP | 09/13/07 | 0.90 | REVIEW STATUS OF DEAL; REVIEW DS AND REG STATEMENT RE: S-1(0.9). |
| SAGGESE NP | 09/14/07 | 0.60 | REVIEW S-1 ISSUES (0.6). |
| SAGGESE NP | 09/18/07 | 2.10 | REVIEW REG ISSUES AND REVIEW DOCUMENTS (2.1). |
| SAGGESE NP | 09/21/07 | 0.90 | STATUS CALL AND RELATED FOLLOW-UP ON STATUS OF RIGHTS OFFERING AND GENERAL MATTERS (0.9). |
|  |  | **5.90** |  |
| **Total Partner** |  | **13.20** |  |
| GASAWAY M | 09/12/07 | 3.20 | REVIEW S-1 DISCLOSURE (3.2). |
| GASAWAY M | 09/14/07 | 9.60 | REVISE/REVIEW REGISTRATION RIGHTS AGREEMENT; DISTRIBUTE (6.2); REVISE AND UPDATE FORM S-1 (3.4). |
| GASAWAY M | 09/18/07 | 2.20 | REVISE FORM S-1. DISTRIBUTE INTERNALLY (2.2). |
| GASAWAY M | 09/20/07 | 3.60 | REVISE REG RIGHTS AGREEMENT (3.6). |
| GASAWAY M | 09/21/07 | 3.90 | REVISE REG RIGHTS AGREEMENT(3.9). |
| GASAWAY M | 09/24/07 | 4.20 | REVISE REG RIGHTS AGREEMENT (3.7). |
|  |  | **26.70** |  |
| **Total Counsel** |  | **26.70** |  |
| GANITSKY DI | 09/19/07 | 2.10 | REVIEW AND COMMENT ON REVISED S-1 (2.1). |
| GANITSKY DI | 09/20/07 | 0.80 | REVIEW CERTAIN PORTION OF S-1 (0.8). |
| GANITSKY DI | 09/21/07 | 0.50 | REVIEW PORTION OF S-1 (0.5). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GANITSKY DI | 09/27/07 | 1.20 | REVIEW REVISED S-1 (1.2). |
| | | **4.60** | |
| HALPER A | 09/20/07 | 6.20 | REVIEW FORM S-1 (6.2). |
| HALPER A | 09/21/07 | 2.90 | REVIEW AND COMMENT ON FORM S-1 (2.9). |
| HALPER A | 09/24/07 | 1.30 | REVIEW FORM 8-K FILING CONCERNS (1.3). |
| | | **10.40** | |
| STUART NL | 09/18/07 | 2.70 | REVIEW S-1 (2.7). |
| STUART NL | 09/19/07 | 3.20 | REVIEW S-1 (3.2). |
| | | **5.90** | |
| **Total Associate** | | **20.90** | |
| **TOTAL TIME** | | **60.80** | |
| | | | |
| **CLIENT TOTAL** | | **6631.90** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 10/31/07**
**Rights Offering**  **Bill Number: 1182831**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 09/18/07 | Copy Center, D | 25.50 |
| Reproduction - color | 09/20/07 | Copy Center, D | 112.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$138.00** |
| Vendor Hosted Teleconferencing | 09/06/07 | Teleconferencing Services, LLC | 26.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$26.00** |
| Messengers/ Courier | 09/15/07 | Time Machine | 95.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$95.00** |
| Print Images to Paper (from Electronic Media) | 09/04/07 | Copy Center, D | 28.61 |
| Print Images to Paper (from Electronic Media) | 09/18/07 | Copy Center, D | 38.39 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$67.00** |
| | | **TOTAL MATTER** | **$326.00** |
| | | **TOTAL CLIENT** | **$231,641.00** |

B43E