SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-20
EMPLOYEE MATTERS (PENSION)
189.6 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Employee Matters (Pension)

Bill Date: 07/31/07  
Bill Number: 1168053

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 06/18/07 | 0.20 | REVIEW RESEARCH RE: SECTION 1114 (0.2). |
| MARAFIOTI KA | 06/20/07 | 1.20 | RESEARCH RE: SECTION 1114 (0.3); TELECONFERENCE WITH O'MELVENY AND GROOM RE: 1114 ISSUES (0.5) AND CONSIDER SAME (0.4). |
| MARAFIOTI KA | 06/21/07 | 1.30 | CORRESPONDENCE EXCHANGE WITH K. COBB RE: IRS WAIVER (0.2) AND CONSIDER ISSUES RE: SAME (0.4); TELECONFERENCE WITH L. HASSEL RE: DEPARTMENT OF LABOR CLAIM (0.3) AND CONSIDER ISSUES RE: SAME (0.4). |
| MARAFIOTI KA | 06/25/07 | 0.40 | TELECONFERENCE FROM K. COBB RE: IRS WAIVER (0.2) AND FOLLOWUP CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 06/27/07 | 0.10 | CORRESPONDENCE RE: PENSION WAIVER (0.1). |
|  |  | 3.20 |  |
| **Total Partner** |  | **3.20** |  |
| ~~HALPER A~~ | ~~06/01/07~~ | ~~1.20~~ | ~~REVIEW PENSION FUNDING WAIVERS (1.2).~~ |
|  |  | ~~1.20~~ |  |
| ~~Total Associate~~ |  | ~~1.20~~ |  |
| **TOTAL TIME** |  | **4.40** |  |

228    B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

```
Delphi Corporation (DIP)                              Bill Date: 08/31/07
Employee Matters (Pension)                            Bill Number: 1178615
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 07/09/07 | 3.20 | CONSIDER PBGC ISSUES (0.3); TELECONFERENCE WITH J. SEGAL (0.2); CONFER WITH B. SAX, S. CORCORAN, AND F. KUPLICKI RE: PENSION MATTERS (2.7). |
| MARAFIOTI KA | 07/11/07 | 0.10 | CORRESPONDENCE RE: PENSION ISSUES (0.1). |
| MARAFIOTI KA | 07/12/07 | 0.30 | TELECONFERENCE WITH J. SEGAL RE: UAW MOU AND REORGANIZATION PLAN PROVISIONS (0.1); CORRESPONDENCE RE: PBGC INQUIRIES RE: DASE (0.2). |
| MARAFIOTI KA | 07/13/07 | 1.50 | CORRESPONDENCE RE: PBGC AND DASE AND CALL B. SHAW RE: SAME (0.3); ANALYSIS OF RELATED PBGC CONCERNS (0.8); TELECONFERENCES WITH J. SHEEHAN (0.1), BOB SPARKS (0.2), AND SHAW (0.1) RE: SAME. |
| MARAFIOTI KA | 07/16/07 | 0.80 | REVIEW SETTLEMENT AGREEMENT PROVISIONS RE: PENSION PLAN (0.8). |
| MARAFIOTI KA | 07/25/07 | 0.10 | TELECONFERENCE WITH KAREN COBB RE: SERP (0.1). |
| MARAFIOTI KA | 07/26/07 | 0.10 | CORRESPONDENCE RE: PROPOSED PBGC RELEASE LANGUAGE (0.1). |
|  |  | **6.10** |  |
| **Total Partner** |  | **6.10** |  |
| **TOTAL TIME** |  | **6.10** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                          Bill Date: 09/30/07
Employee Matters (Pension)                        Bill Number: 1181367

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 08/07/07 | 0.10 | TELECONFERENCE WITH K. COBB RE: EFFECTIVE DATE ISSUES (0.1). |
| MARAFIOTI KA | 08/10/07 | 1.30 | TELECONFERENCE WITH E. DILLARD RE: PENSION MATTERS (0.2); REVIEW PBGC COMMENTS RE: DISCLOSURE STATEMENT (0.5); TELECONFERENCE WITH L. HASEL RE: SAME (0.2); REVIEW HASSEL PROPOSED REVISIONS TO DISCLOSURE STATEMENT PROVISIONS (0.2); RELATED CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 08/14/07 | 0.20 | CONFER WITH K. COBB, F. DUPLICKI, AND J. SHEEHAN RE: PENSION MATTERS (0.2). |
| MARAFIOTI KA | 08/17/07 | 0.10 | WORK ON DISCLOSURE RE: PBGC (0.1). |
| MARAFIOTI KA | 08/20/07 | 1.10 | CORRESPONDENCE WITH K. COBB, L. HASSEL RE: PENSION ISSUES (0.3); CONSIDER ISSUES RE: TIMING OF 414 (L) TRANSFER (0.5); ANALYZE PENSION ISSUES (0.3). |
| MARAFIOTI KA | 08/21/07 | 0.20 | CORRESPONDENCE (0.1) AND CALL (0.1) WITH K. COBB RE: PENSION ISSUES. |
| MARAFIOTI KA | 08/27/07 | 0.20 | CORRESPONDENCE EXCHANGE RE: PBGC ISSUES (0.2). |
| MARAFIOTI KA | 08/30/07 | 0.40 | TELECONFERENCE WITH K. COBB RE: PENSION ISSUES (0.4). |
| MARAFIOTI KA | 08/31/07 | 0.50 | CORRESPONDENCE EXCHANGE WITH COMPANY AND PENSION COUNSEL RE: PBGC ISSUES (0.5). |
|  |  | 4.10 |  |
| **Total Partner** |  | **4.10** |  |
| FERN BM | 08/31/07 | 1.60 | REVIEW AND ANALYZE IRS PENSION FUNDING MATERIALS (1.1); FORMULATE STRATEGY RE: SAME (0.5). |
|  |  | 1.60 |  |
| **Total Associate** |  | **1.60** |  |
| **TOTAL TIME** |  | **5.70** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                   Bill Date: 09/30/07
Employee Matters (Pension)                                 Bill Number: 1181367

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/24/07 | Copy Center, D | 147.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$147.00** |
| | | **TOTAL MATTER** | **$147.00** |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

Delphi Corporation (DIP)                                                    Bill Date: 10/31/07
Employee Matters (Pension)                                                  Bill Number: 1182831

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERKE JS | 09/10/07 | 3.00 | FAMILIARIZATION WITH ERISA DOL CLAIM ISSUES AND MDL MOTION (1.0); SUBSEQUENT DISCUSSION AND STRATEGY CONSIDERING SAME (2.0). |
| BERKE JS | 09/12/07 | 4.90 | EARLY MORNING WORK ON MDL ERISA ISSUES (1.9), CONFERENCE CALL ON ERISA ISSUES (0.9), CONTINUED WORK ON ERISA ISSUES IN LIGHT OF CONFERENCE CALL (2.1). |
| BERKE JS | 09/14/07 | 3.90 | REVIEW OF MDL MOTION AS IT BEARS ON DOL ERISA ISSUES (0.8); REVIEW OF DOL PENALTY FILES (0.5); PREPARATION FOR CONFERENCE CALL WITH DOL (1.1); CONFERENCE CALL WITH DOL (0.8), POST CONFERENCE CALL DISCUSSIONS ON STRATEGY (0.7). |
| BERKE JS | 09/17/07 | 6.80 | WORK ON ISSUES OF 501(L) PENALTY TRIGGERED BY SETTLEMENT AGREEMENT (3.2); TELECONFERENCE WITH HOGAN (0.5); PREPARE FOR AFTERNOON CALL WITH LABOR DEPARTMENT (1.0); TELECONFERENCE WITH LABOR DEPARTMENT (1.0); POST TELECONFERENCE STRATEGY CONSIDERATIONS (1.1). |
| BERKE JS | 09/18/07 | 3.30 | REVIEW DOL REGULATIONS AND STATUTES ON PENALTIES AND DOL MANUAL AND FORM NO ACTION LETTERS (1.8); AFTERNOON TELECONFERENCE WITH DELPHI CLIENTS RE: DOL PENALTIES ISSUES (1.5). |
| BERKE JS | 09/24/07 | 3.40 | ORGANIZATION OF MDL, DOL ERISA CLAIM AND RELATED MATERIALS (0.8); PREPARE FOR CONFERENCE CALL WITH LABOR DEPARTMENT (0.6); CONFERENCE CALL WITH LABOR DEPARTMENT (1.0); POST CONFERENCE CALL STRATEGY CONSIDERATION (1.0). |
| BERKE JS | 09/25/07 | 2.40 | REVIEW PROPOSED STIPULATION SUBMITTED BY DOL (1.0); CONSIDERATION OF STRATEGY AND POTENTIAL STATUTE OF LIMITATIONS ARGUMENT AND FACTS NEEDED FOR SUCH ARGUMENT IN LIGHT OF DATES SET FORTH IN STIPULATION (1.4). |
| BERKE JS | 09/26/07 | 3.20 | REVIEW ADDITIONAL CASE LAW ON ERISA STATUTE OF LIMITATIONS (1.0); ANALYZE ISSUE OF NEED FOR FILES TO SHOW ACTUAL KNOWLEDGE (0.4); ANALYZE STRATEGY FOR COMFORT SETTLEMENT (0.8); EMAIL ON STRATEGY AND ADDITIONAL COMMENTS (1.0). |
|  |  | **30.90** |  |
| FURFARO JP | 09/10/07 | 1.10 | REVIEW OF MATERIAL RE: DOL MATTER (1.1). |
| FURFARO JP | 09/11/07 | 1.70 | REVIEW OF RESEARCH RE: DOL CLAIMS (1.7). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FURFARO JP | 09/12/07 | 1.40 | ANALYSIS OF SETTLEMENT ISSUES RE: DOL CLAIMS (1.4). |
| FURFARO JP | 09/13/07 | 1.10 | REVIEW OF NOTICES RE: REVISIONS (0.2); REVIEW OF RESEARCH FOR CONFERENCES WITH DOL (0.9). |
| FURFARO JP | 09/14/07 | 4.40 | REVIEW OF RESEARCH RE: ERISA SETTLEMENT (0.9); PREPARE FOR CONFERENCES WITH DOL (1.2); CONFERENCE WITH REPRESENTATIVES OF DOL (1.0); FOLLOW UP ITEMS RE: ADDITIONAL RESEARCH (1.3). |
| FURFARO JP | 09/16/07 | 1.00 | REVIEW OF RESEARCH RE: DOL CLAIMS (1.0). |
| FURFARO JP | 09/17/07 | 2.80 | ANALYSIS OF DOL ISSUES RE: MDL SETTLEMENT (2.8). |
| FURFARO JP | 09/18/07 | 2.80 | REVIEW OF MDL ISSUES (0.8); CONFERENCE WITH F. KUPLICKI AND SHERMAN LAWYERS (0.9); FOLLOW UP RESEARCH RE: LIMITATIONS/FACT BASE FOR CLAIMS (1.1). |
| FURFARO JP | 09/19/07 | 1.00 | REVIEW OF CLAIM ANALYSIS (1.0). |
| FURFARO JP | 09/20/07 | 2.20 | REVIEW OF DOL LOSS CALCULATIONS (0.6); REVIEW OF STATUTE OF LIMITATIONS AGREEMENT/RESEARCH (1.4); REVIEW OF UAW STIPULATION (0.2). |
| FURFARO JP | 09/21/07 | 1.80 | REVIEW OF STATUTE OF LIMITATIONS RESEARCH FOR DOL CLAIMS (1.6); ANALYZE DOL REQUESTS (0.2). |
| FURFARO JP | 09/24/07 | 2.60 | REVIEW OF DOL SETTLEMENT ISSUES (1.4); REVIEW OF CONTINGENCIES MEMO/ANALYSIS (1.2). |
| FURFARO JP | 09/25/07 | 1.20 | REVIEW OF REVISED TIMELINE (0.5); REVIEW OF DOL PROPOSAL (0.7). |
| FURFARO JP | 09/27/07 | 0.90 | UPDATE RE: DOL/REVIEW OF PROFFER (0.9). |
| | | **26.00** | |
| HOGAN III AL | 09/07/07 | 0.60 | REVIEW STATUS OF VARIOUS DOL CLAIMS AND COMMUNICATION FROM F. KUPLICKI WITH RESPECT TO SAME (0.6). |
| HOGAN III AL | 09/10/07 | 4.70 | STUDY DOL PROOFS OF CLAIM AND RESPONSES TO CLAIMS OBJECTION FILINGS, AND MEET WITH CO-COUNSEL TO FORMULATE OVERALL DOL STRATEGY (4.7). |
| HOGAN III AL | 09/11/07 | 3.20 | CONTINUE REVIEW OF DOL FILINGS, AND DEBTORS' STATEMENTS WITH RESPECT TO CHICAGO CLAIM (2.2); TELECONFERENCE WITH COUNSEL FOR DOL CHICAGO AND DALLAS RE: DIALOG ON ADDRESSING DOL CLAIMS (1.0). |
| HOGAN III AL | 09/12/07 | 2.50 | CONTINUE WORK ON DOL ISSUES, INCLUDING CONFERENCE CALLS WITH DOL ATTORNEYS AND CO-COUNSEL RE: POTENTIAL RESOLUTION STRATEGIES (2.5). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOGAN III AL | 09/13/07 | 4.10 | CONTINUE TO WORK ON DOL ISSUES, INCLUDING CONFERENCE CALL WITH CO-COUNSEL, AND PREPARATION FOR AND PARTICIPATION IN MEET AND CONFER CONCERNING CONTESTED HEARING PREPARATION ON CHICAGO CLAIM (4.1). |
| HOGAN III AL | 09/14/07 | 5.30 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH ATTORNEYS FOR DOL DALLAS, CHICAGO, AND D.C. OFFICES, AND FOLLOW-UP DISCUSSIONS AND ANALYSIS CONCERNING POTENTIAL ISSUES AND STRATEGY CONCERNING RESOLUTION OF DOL CLAIMS (5.3). |
| HOGAN III AL | 09/17/07 | 3.30 | CONTINUE ANALYSIS OF DOL PENALTY STATUTE AND IMPLICATIONS FOR RESOLUTION OF CLAIMS (1.3); PREPARE FOR AND PARTICIPATE IN CONFERENCE WITH DOL COUNSEL (2.0). |
| HOGAN III AL | 09/18/07 | 3.70 | MULTIPLE TELECONFERENCES WITH COUNSEL FOR DOL, AND FOLLOW-UP ANALYSIS WITH WORKING GROUP CONCERNING POTENTIAL RESOLUTION OF DOL CLAIMS (3.7). |
| HOGAN III AL | 09/19/07 | 2.20 | MULTIPLE DISCUSSIONS WITH DOL COUNSEL CONCERNING DOL CLAIMS, AND REVIEW DOL ANALYSIS CONCERNING ECONOMIC LOSS ALLEGATIONS IN CHICAGO CLAIM (2.2). |
| HOGAN III AL | 09/21/07 | 2.70 | MULTIPLE CONFERENCES WITH COUNSEL FOR DOL, AND WITH CLIENT CONCERNING RESOLUTION OF DOL CLAIMS, AND ANALYSIS OF DOL ECONOMIC LOSS ASSERTIONS (2.7). |
| HOGAN III AL | 09/24/07 | 1.20 | PREPARE FOR AND CONDUCT CONFERENCE WITH DALLAS DOL COUNSEL RE: RESOLUTION OF ASEC CLAIM (0.8); REVIEW COMMUNICATION FROM DOL RE: STIPULATION OF FACTS ON CHICAGO CLAIM (0.4). |
| HOGAN III AL | 09/25/07 | 0.80 | DISCUSSIONS WITH COUNSEL FOR DOL CHICAGO RE: DATA ANALYSIS OF PURPORTED ECONOMIC LOSS CLAIMS (0.3); CONFERENCE WITH DOL DALLAS COUNSEL RE: QUESTIONS AND CLARIFICATIONS ON DELPHI DISCLOSURE STATEMENT (0.5). |
| | | **34.30** | |
| MARAFIOTI KA | 09/02/07 | 0.10 | CORRESPONDENCE WITH COMPANY AND CO-COUNSEL RE: PBGC/IRS SETTLEMENT (0.1). |
| MARAFIOTI KA | 09/04/07 | 1.60 | CORRESPONDENCE WITH K. COBB, W. SOLLEE RE: PENSION WAIVER (0.6); REVIEW IRS WAIVER LANGUAGE (0.6); TELECONFERENCE WITH COBB AND L. HASKSEL (0.3); TELECONFERENCE WITH K. COBB (0.1). |
| MARAFIOTI KA | 09/05/07 | 1.00 | CORRESPONDENCE RE: PENSION WAIVER (0.2); REVIEW PBGC WAIVER LANGUAGE PROPOSALS (0.4); TELECONFERENCE WITH K. COBB (0.1); TELECONFERENCE WITH COBB AND W. SOLLEE (0.3). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 09/11/07 | 0.20 | TELECONFERENCE WITH J. SEGAL RE: PBGC ISSUES (0.1); CORRESPONDENCE (0.1). |
| MARAFIOTI KA | 09/13/07 | 0.30 | REVIEW CLIENT CORRESPONDENCE RE: IRS, DIVESTITUTRE RULINGS (0.3). |
| MARAFIOTI KA | 09/18/07 | 0.20 | REVIEW CORRESPONDENCE AND PENSION PROPOSAL FROM PBGC (0.2). |
| MARAFIOTI KA | 09/24/07 | 0.20 | CORRESPONDENCE RE: NYSTATE DEPT OF LABOR ISSUES (0.1) AND PBGC SUMMARY (0.1). |
| MARAFIOTI KA | 09/25/07 | 0.10 | CORRESPONDENCE RE: IRS WAIVER (0.1). |
| MARAFIOTI KA | 09/30/07 | 0.10 | TELECONFERENCE WITH N. LORD RE: WORKERS' COMPENSATION MATTERS (0.1). |
| | | 3.80 | |
| **Total Partner** | | **95.00** | |
| ~~RAMLO K~~ | ~~09/04/07~~ | ~~0.10~~ | ~~TELECONFERENCE WITH K. COBB RE: IRS/PGGC PENSION WAIVER (0.1).~~ |
| ~~RAMLO K~~ | ~~09/06/07~~ | ~~0.30~~ | ~~REVIEW COMPANY CORRESPONDENCE RE: IRS/PBGC WAIVERS (0.3).~~ |
| ~~RAMLO K~~ | ~~09/14/07~~ | ~~0.10~~ | ~~REVIEW STATUS OF IRS NEGOTIATIONS ON PENSION FUND WAIVER (0.1).~~ |
| ~~RAMLO K~~ | ~~09/20/07~~ | ~~0.40~~ | ~~REVIEW DRAFT CONDITIONS TO PENSION FUNDING WAIVER (0.4).~~ |
| ~~RAMLO K~~ | ~~09/25/07~~ | ~~0.10~~ | ~~REVIEW CORRESPONDENCE FROM K. COBB RE: PENSION FUNDING WAIVER (0.1).~~ |
| | | ~~1.00~~ | |
| ~~**Total Counsel**~~ | | ~~**1.00**~~ | |
| BODEN ADAMS J | 09/12/07 | 5.30 | RESEARCH RE: SETTLEMENT AGREEMENTS OF ERISA CLAIMS AND DEPARTMENT OF LABOR ACTIONS (5.3). |
| BODEN ADAMS J | 09/13/07 | 2.60 | REVIEW CORRESPONDENCE RE: FOLLOW-UP QUESTION AND REVIEW PREVIOUS RESEARCH RE: QUESTION (2.6). |
| BODEN ADAMS J | 09/14/07 | 10.20 | RESEARCH RE: DEPARTMENT OF LABOR SETTLEMENTS; RESEARCH RE: ERISA PENALTIES; PARTICIPATE IN CONFERENCE CALL RE: SAME (10.2). |
| BODEN ADAMS J | 09/16/07 | 6.70 | RESEARCH RE: ERISA PENALTIES AND PENALTIES DISCHARGEABLE IN BANKRUPTCY; DRAFT SUMMARY RE: SAME (6.7). |
| BODEN ADAMS J | 09/17/07 | 9.30 | RESEARCH RE: LEGISLATIVE HISTORY OF ERISA; RESEARCH RE: DISCHARGE OF PENALTIES IN BANKRUPTCY (9.3). |
| BODEN ADAMS J | 09/20/07 | 2.90 | RESEARCH RE: ERISA STATUTE OF LIMITATIONS AND ACTUAL KNOWLEDGE (2.9). |
| BODEN ADAMS J | 09/21/07 | 3.60 | REVIEW RESEARCH RE: STATUTE OF LIMITATIONS (3.6). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| BODEN ADAMS J | 09/23/07 | 1.50 | REVIEW CASES RE: ERISA STATUTE OF LIMITATIONS (1.5). |
| BODEN ADAMS J | 09/26/07 | 5.20 | RESEARCH RE: STATUTES OF LIMITATION AND ACTUAL KNOWLEDGE, CIRCULATE SUMMARY OF RESEARCH (5.2). |
| | | **47.30** | |
| ~~CAMPANARIO ND~~ | ~~09/24/07~~ | ~~1.20~~ | ~~TELECONFERENCES AND MEETINGS RE: PROOFS OF CLAIM BY UNITED STATES DEPARTMENT OF LABOR (1.2).~~ |
| | | ~~1.20~~ | |
| ~~DUNCOMB BM*~~ | ~~09/17/07~~ | ~~0.80~~ | ~~TELECONFERENCE WITH DOL RE: ERISA CLAIMS AND RELEASES (0.8).~~ |
| ~~DUNCOMB BM*~~ | ~~09/18/07~~ | ~~1.50~~ | ~~TELECONFERENCE RE: THE DOL'S ERISA CLAIMS AND RELEASES (1.5).~~ |
| | | ~~2.30~~ | |
| FERN BM | 09/03/07 | 2.70 | REVIEW AND COMMENT ON SECOND PENSION FUNDING WAIVER MOTION (2.7). |
| FERN BM | 09/05/07 | 3.10 | ATTENTION TO ISSUES RE: SERVICE OF SECOND WAIVER MOTION (0.3); REVIEW AND COMMENTED ON SECOND PENSION WAIVER MOTION (1.6); ATTENTION TO ISSUES RE: TIMING OF IRS RULING (0.4); REVIEW AND COMMENTED ON PROPOSED NOTICE AND ORDER (0.5); DRAFT PRESENTATION SLIDE RE: IRS WAIVER (0.3). |
| FERN BM | 09/06/07 | 0.50 | REVIEW STATUS AND DOCUMENTS RE: IRS FUNDING WAIVER (0.5). |
| FERN BM | 09/21/07 | 0.90 | REVIEW DRAFT TERMS OF SECOND FUNDING WAIVER (0.4); ATTENTION TO DOCUMENTS RE: SAME (0.5). |
| FERN BM | 09/24/07 | 0.30 | ATTENTION TO ISSUES RE: TERMS OF IRS WAIVER (0.3). |
| FERN BM | 09/27/07 | 3.60 | REVIEWED MATERIALS RE: SECOND FUNDING WAIVER (1.4); REVIEW AND COMMENT ON DRAFT OF SECOND FUNDING WAIVER MOTION (1.7); COMPLETE REVIEW OF SECOND FUNDING WAIVER MOTION (0.5). |
| | | **11.10** | |
| KAHN MT | 09/04/07 | 2.30 | REVISED SECOND WAIVER MOTION (2.3). |
| KAHN MT | 09/05/07 | 1.90 | TELECONFERENCES WITH K. COBB RE: SECOND WAIVER MOTION (0.1); REVISE SECOND WAIVER MOTION (1.0); REVISE SECOND WAIVER NOTICE AND ORDER (0.5); PREPARE SPECIAL PARTIES SERVICE LISTS FOR STIPULATIONS (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KAHN MT | 09/21/07 | 2.00 | ANALYZE SECOND WAIVER TERM SHEET (0.2); DRAFT SUMMARY RE: REPERCUSSIONS OF CHANGING EFFECTIVE DATE (0.9); DRAFT SUMMARY RE: CHANGING EFFECTIVE DATE (0.5); REVISE SECOND WAIVER MOTION (0.4). |
| KAHN MT | 09/24/07 | 1.10 | TELECONFERENCE WITH K. COBB RE: 1ST AND 2ND WAIVER MOTIONS (0.1); REVISE 2ND WAIVER MOTION (1.0). |
| KAHN MT | 09/25/07 | 0.50 | ANALYZE REVISED TERM SHEET AND REVISE SECOND WAIVER MOTION (0.5). |
| | | **7.80** | |
| KOHUT RD | 09/12/07 | 3.30 | DISCUSSION OF MDL DEPARTMENT OF LABOR ISSUES (1.4); LEGAL RESEARCH ON SAME (1.9). |
| KOHUT RD | 09/13/07 | 3.30 | EVALUATE MDL DEPARTMENT OF LABOR ISSUES (0.7); LEGAL RESEARCH ON SAME (2.6). |
| KOHUT RD | 09/17/07 | 4.50 | EVALUATE MDL DEPARTMENT OF LABOR ISSUES AND REVIEW OF LEGAL RESEARCH (3.3); CONTINUE LEGAL RESEARCH ON SAME (1.2). |
| KOHUT RD | 09/18/07 | 1.20 | REVIEW OF LEGAL RESEARCH OF MDL LABOR ISSUES (1.2). |
| KOHUT RD | 09/24/07 | 0.70 | DISCUSSION OF DOL ISSUES (0.7). |
| KOHUT RD | 09/26/07 | 0.20 | CORRESPONDENCE ON DOL ISSUES (0.2). |
| KOHUT RD | 09/27/07 | 0.20 | CORRESPONDENCE ON DOL ISSUES (0.2). |
| | | **13.40** | |
| **Total Associate/Law Clerk** | | **83.10** | |
| **TOTAL TIME** | | **179.10** | |

\* Law clerks are law school graduates who are not presently admitted to practice.