SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
        In re                       :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05–44481 (RDD)
                                    :
                    Debtors.        :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-21
SUPPLIER MATTERS
312.0 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 07/31/07 |
|---|---|---|---|
| Supplier Matters | | | Bill Number: 1168053 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 06/05/07 | 2.40 | REVIEW OF STRATEGIES OF VARIOUS SUPPLIER MATTERS INCLUDING CONTI, FREESCALE, ARMACELL, AND OTHER MATTERS (2.4). |
| LYONS JK | 06/18/07 | 2.10 | REVIEW OF VARIOUS SUPPLIER MATTERS INCLUDING FREESCALE, CONTI, AND OTHER MATTERS (2.1). |
| LYONS JK | 06/19/07 | 4.10 | ATTENTION TO VARIOUS SUPPLIER MATTERS INCLUDING CONTI, PANALPINA, REVIEW OF AGREEMENTS, AND FOLLOW UP (4.1). |
| LYONS JK | 06/22/07 | 2.10 | CONFERENCES WITH CLIENT RE: CONTI PAYMENT TERMS ISSUES, REVIEW OF APPLICABLE DOCUMENTS AND DEVELOPED STRATEGIES (2.1). |
| LYONS JK | 06/26/07 | 2.70 | REVIEW OF CONTI ISSUES AND FOLLOW ON OTHER SUPPLIER MATTERS (2.7). |
| LYONS JK | 06/27/07 | 2.60 | REVIEW OF VARIOUS SUPPLIER MATTERS INCLUDING FIRST DAY PAY REQUESTS AND OTHER FOLLOW UP (2.6). |
| LYONS JK | 06/29/07 | 3.10 | ADVICE TO CLIENT RE: VARIOUS SUPPLIER MATTERS INCLUDING CONTI ISSUE AND OTHERS (3.1). |
| | | **19.10** | |
| MEISLER RE | 06/14/07 | 0.10 | REVIEW CORRESPONDENCE FROM PIONEER NORTH (0.1). |
| MEISLER RE | 06/18/07 | 2.60 | REVIEW AND COMMENT ON DEBTORS' OBJECTION TO LIFT STAY FILE BY CALSONIC (1.5); TELECONFERENCE WITH J. LYONS AND K. CRAFT RE: SAME (0.5); CONTINUED ANALYSIS RE: SAME (0.3); CONFERENCE WITH B. HOUSTON RE: SAME (0.3). |
| MEISLER RE | 06/19/07 | 0.10 | REVIEW AND RESPOND TO CORRESPONDENCE RE: CALSONIC MOTION TO LIFT STAY (0.1). |
| MEISLER RE | 06/20/07 | 0.20 | TELECONFERENCE WITH K. CRAFT RE: PIONEER NORTH (0.1); DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 06/21/07 | 0.50 | REVIEW AND COMMENT ON CALSONIC SCRIPT RE: HEARING PREP (0.5). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 06/23/07 | 0.10 | REVIEW CORRESPONDENCE RE: COMERICA (0.1). |
| MEISLER RE | 06/25/07 | 0.20 | DRAFT CORRESPONDENCE RE: PIONEER NORTH DEMAND LETTER (0.1); DRAFT CORRESPONDENCE TO H. BAER AND M. RIELA RE: CALSONIC'S WITHDRAWAL OF MOTION TO LIFT STAY (0.1). |
| | | 3.80 | |
| **Total Partner** | | **22.90** | |
| RAMLO K | 06/01/07 | 0.50 | REVIEW DATA FROM R. CHANEY RE: CLARION MATTER (0.4); CORRESPONDENCE WITH M. HULKA RE: CLARION RESPONSE (0.1). |
| RAMLO K | 06/04/07 | 0.30 | TELECONFERENCE WITH R. CHANEY RE: UPDATING VOLUME FORECAST RE: CLARION (0.1); REVIEW ADDITIONAL DATA FROM R. CHANEY (0.2). |
| RAMLO K | 06/05/07 | 1.90 | CORRESPONDENCE WITH R. CHANEY RE: DATA FOR CLARION AND ANALYZE SAME (1.2); TELECONFERENCE WITH R. CHANEY RE: SAME (0.3); CORRESPONDENCE TO C. BROWN RE: RESPONSE FROM CLARION (0.4). |
| RAMLO K | 06/06/07 | 1.40 | TELECONFERENCE WITH B. CHANEY RE: VOLUME FORECASTS (0.1); TELECONFERENCES WITH C. BROWN RE: RESTRICTIONS ON CLARION INTERFERENCE (0.3); TELECONFERENCE WITH M. HULKA RE: SAME (0.1); CORRESPONDENCE TO M. HULKA (0.8); CORRESPONDENCE FROM R. CHANEY RE: FORECASTS (0.1). |
| RAMLO K | 06/07/07 | 0.40 | REVIEW CORRESPONDENCE AND DATA FROM R. CHANEY RE: CLARION SETTLEMENT (0.2); CORRESPONDENCE WITH C. BROWN RE: NO PROTECTIVE PROVISIONS IN DRAFT SETTLEMENT AGREEMENT (0.2). |
| RAMLO K | 06/08/07 | 0.10 | TELECONFERENCE WITH C. BROWN RE: CLARION-RELATED PRODUCTION LINES (0.1). |
| RAMLO K | 06/12/07 | 0.80 | CORRESPONDENCE WITH R. CHANEY AND C. BROWN RE: CLARION-RELATED PRODUCT LINES (0.6); CORRESPONDENCE TO M. HULKA RE: FORD PRODUCT LINES (0.2). |
| RAMLO K | 06/13/07 | 0.10 | CORRESPONDENCE TO R. CHANEY RE: DATA REQUESTED BY CLARION (0.1). |
| RAMLO K | 06/14/07 | 0.20 | CORRESPONDENCE WITH R. CHANEY, J. RAMSEYER, AND C. BROWN RE: CLARION-RELATED PRODUCT LINES (0.2). |
| RAMLO K | 06/15/07 | 0.30 | CORRESPONDENCE WITH C. BROWN RE: CLARION SETTLEMENT (0.2); REVIEW CORRESPONDENCE FROM J. TOLBERT RE: PRODUCT LINES (0.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 06/20/07 | 0.50 | REVIEW CORRESPONDENCE AND COUNTERPROPOSAL FROM CLARION (0.3); CORRESPONDENCE TO C. BROWN RE: SAME (0.2). |
| RAMLO K | 06/21/07 | 0.10 | CORRESPONDENCE WITH C. BROWN RE: CLARION COUNTERPROPOSAL (0.1). |
| RAMLO K | 06/25/07 | 0.10 | CORRESPONDENCE WITH M. HULKA RE: CLARION PROPOSAL (0.1). |
| RAMLO K | 06/26/07 | 2.40 | ANALYZE CLARION COUNTERPROPOSAL, REVIEW RELEVANT DOCUMENTS, AND DRAFT SUGGESTED RESPONSE (2.4). |
| RAMLO K | 06/27/07 | 2.00 | CORRESPONDENCE AND TELECONFERENCE WITH C. BROWN RE: REVISIONS TO CLARION SETTLEMENT AGREEMENT (0.3); CORRESPONDENCE WITH M. HULKA RE: SAME (0.3); REVIEW CORRESPONDENCE FROM J. GRIFFEN AND R. BETZ RE: SAME (0.1); TELECONFERENCE WITH M. HULKA RE: SAME AND TIMING (0.1); FURTHER REVISIONS TO SETTLEMENT AGREEMENT (1.1); CORRESPONDENCE TO M. HULKA RE: SAME (0.1). |
| RAMLO K | 06/28/07 | 0.40 | CORRESPONDENCE WITH M. HULKA RE: TIMING OF OBTAINING APPROVAL OF PROPOSED SETTLEMENT (0.4). |
| RAMLO K | 06/29/07 | 3.60 | FURTHER REVISIONS TO CLARION SETTLEMENT AGREEMENT, DRAFT NOTICE OF SETTLEMENT, AND BEGIN DRAFTING MEMORANDUM RE: SAME (2.3); CORRESPONDENCE WITH L. GAVIN RE: SAME (0.5); CORRESPONDENCE M. HULKA RE: SAME (0.2); TELECONFERENCE WITH R. FLETEMEYER RE: SAME (0.4); REVIEW MOTION TO APPROVAL WACHOVIA SETTLEMENT (0.2). |
| | | 15.10 | |
| **Total Counsel** | | **15.10** | |
| HERRIOTT AV | 06/05/07 | 1.00 | REVIEW DEMAND LETTER FROM TOOLING SUPPLIER AND CORRESPOND WITH CLIENT RE: SAME (1.0). |
| HERRIOTT AV | 06/08/07 | 0.30 | FOLLOW UP WITH SUPPLIER AND CLIENT RE: DEMAND LETTER (0.3). |
| HERRIOTT AV | 06/12/07 | 0.10 | FOLLOW UP RE: SUPPLIER DEMAND LETTER (0.1). |
| HERRIOTT AV | 06/21/07 | 0.20 | CONDUCT FOLLOW UP RE: SUPPLIER DEMAND LETTER (0.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HERRIOTT AV | 06/25/07 | 0.20 | FOLLOW UP RE: SUPPLIER DEMAND LETTER (0.2). |
| HERRIOTT AV | 06/26/07 | 2.30 | CONFERENCES WITH M. SHOGREN (0.2) AND N. BEAVER (1.3) RE: SUPPLIER DEMAND LETTER; PREPARATION FOR AND FOLLOW UP RE: SAME (0.8). |
| HERRIOTT AV | 06/28/07 | 0.90 | SUMMARIZE ISSUES AND PRESENT SUGGESTED COURSE OF ACTION TO CLIENT RE: SUPPLIER DEMAND LETTER (0.8); CONFERENCE WITH Y. ELISSA RE: SAME (0.1). |
| | | **5.00** | |
| **Total Associate** | | **5.00** | |
| RIVERA M | 06/01/07 | 3.10 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (3.1). |
| RIVERA M | 06/04/07 | 3.40 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (3.4). |
| RIVERA M | 06/05/07 | 2.80 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (2.8). |
| RIVERA M | 06/06/07 | 3.50 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (3.5). |
| RIVERA M | 06/07/07 | 3.50 | CODE SUPPLIER CORRESPONDENCE (3.5). |
| RIVERA M | 06/08/07 | 3.80 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (3.8). |
| RIVERA M | 06/11/07 | 5.60 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (5.6). |
| RIVERA M | 06/12/07 | 6.20 | CODE SUPPLIER CORRESPONDENCE (6.2). |
| RIVERA M ' | 06/13/07 | 4.80 | CODE SUPPLIER CORRESPONDENCE (4.8). |
| RIVERA M | 06/14/07 | 6.50 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (6.5). |
| RIVERA M | 06/15/07 | 5.40 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (5.4). |
| RIVERA M | 06/18/07 | 4.30 | CODE SUPPLIER CORRESPONDENCE (4.3). |
| RIVERA M | 06/19/07 | 6.40 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (6.4). |
| RIVERA M | 06/20/07 | 5.30 | CODE SUPPLIER CORRESPONDENCE (5.3). |
| RIVERA M | 06/22/07 | 2.80 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (2.8). |
| RIVERA M | 06/25/07 | 3.80 | CODE SUPPLIER CORRESPONDENCE (3.8). |
| RIVERA M | 06/26/07 | 3.70 | PREPARE AND CODE SUPPLIER CORRESPONDENCE (3.7). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| RIVERA M | 06/27/07 | 3.40 | PREPARE AND CODE SUPPLIER CORRESPONDENCE (3.4). |
| RIVERA M | 06/28/07 | 3.00 | CODE SUPPLIER CORRESPONDENCE (3.0). |
| RIVERA M | 06/29/07 | 6.30 | PREPARE AND CODE SUPPLIER CORRESPONDENCE (6.3). |
| | | **87.60** | |

**Total Legal Assistant Support**          **87.60**

**TOTAL TIME**          **130.60**

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 07/31/07**
**Supplier Matters**  **Bill Number: 1168053**

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| In-house Reproduction | 06/12/07 | Copy Center, D | 0.17 |
| In-house Reproduction | 06/22/07 | Copy Center, D | 0.67 |
| In-house Reproduction | 06/29/07 | Copy Center, D | 0.16 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 2.33 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 5.44 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.82 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.29 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.12 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$9.00** |
| | | **TOTAL MATTER** | **$10.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  
Supplier Matters

Bill Date: 08/31/07  
Bill Number: 1178615

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 07/10/07 | 1.40 | FOLLOW UP RE: CHALLENGER ISSUES AND OTHER SUPPLIER ISSUES (1.4). |
| LYONS JK | 07/26/07 | 1.30 | FOLLOW UP ON VARIOUS SUPPLIER MATTERS INCLUDING LINAMAR (1.3). |
|  |  | 2.70 |  |
| **Total Partner** |  | **2.70** |  |
| RAMLO K | 07/02/07 | 3.50 | CORRESPONDENCE TO M. HULKA RE: CLARION SETTLEMENT (0.2); CONTINUE DRAFTING MEMO ON CLARION SETTLEMENT (3.3). |
| RAMLO K | 07/03/07 | 6.50 | TELECONFERENCE WITH M. HULKA RE: CLARION (0.2); COMPLETE DRAFTING CLARION SETTLEMENT MEMO AND NOTICE OF PROPOSED SETTLEMENT (6.3). |
| RAMLO K | 07/05/07 | 0.40 | CORRESPONDENCE TO K. CRAFT RE: CLARION PROPOSED SETTLEMENT (0.4). |
| RAMLO K | 07/09/07 | 0.10 | FOLLOW UP ON CLIENT APPROVAL OF PROPOSED SETTLEMENT IN CLARION (0.1). |
| RAMLO K | 07/10/07 | 0.20 | CORRESPONDENT TO K. CRAFT TO CLARION PROPOSED SETTLEMENT (0.2). |
| RAMLO K | 07/11/07 | 1.60 | CORESPONDENCE WITH K. CRAFT RE: CLARION PROPOSED SETTLEMENT (0.1); REVISE NOTICE OF SETTLEMENT AND SETTLEMENT AGREEMENT AND CONTINUE PREPARING DAMAGES ANALYSIS (1.2); CORRESPONDENCE WITH R. FLETEMEYER RE: SAME (0.3). |
| RAMLO K | 07/12/07 | 2.00 | TELECONFERENCES AND CORRESPONDENCE WITH R. FLETEMEYER RE: PROPOSED CLARION SETTLEMENT (0.2); REVISE DAMAGES AND LIABILITY ANALYSIS (1.2); TELECONFERENCE WITH B. RESNICK RE: CLARION (0.1); TELECONFERENCE WITH B. PICKERING, H. BAER, AND R. FLETEMYER RE: CLARION PROPOSED SETTLEMENT (0.4); TELECONFERENCE WITH A. LEONHARD RE: SAME (0.1). |
| RAMLO K | 07/13/07 | 3.80 | REVIEW CORRESPONDENCE FROM M. HULKA RE: PROPOSED CLARION SETTLEMENT (0.1); CORRESPONDENCE TO B. RESNICK RE: SAME (0.3); FOLLOWING UP ON SERVICE OF NOTICE (0.2); DRAFT MEMO AND PREPARE EXHIBITS FOR CREDITORS' COMMITTEE RE: SAME (2.7); REVISE STATUS REPORT FOR MICHIGAN COURT AND CORRESPONDENCE TO M. HULKA RE: SAME (0.5). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| RAMLO K | 07/16/07 | 1.10 | CORRESPONDENCE WITH R. FLETEMEYER RE: INFORMATION FOR COMMITTEE ON CLARION PROPOSED SETTLEMENT (0.1); CORRESPONDENCE WITH M. HULKA AND S. MURPHY RE: MICHIGAN JOINT STATUS REPORT (0.7); REVIEW FAX FROM S. MURPHY RE: MICHIGAN ACTION (0.3). |
| RAMLO K | 07/17/07 | 0.80 | TELECONFERENCE WITH C. BROWN RE: STATUS OF CLARION PROPOSED SETTLEMENT AND MICHIGAN STATUS REPORT (0.2); CORRESPONDENCE TO C. BROWN RE: SAME (0.1); REVIEW FAX FROM S. MURPHY (0.2); PREPARE AND ARRANGE FOR SERVICE AND FILING OF JOINT STATUS REPORT IN MICHIGAN ACTION (0.3). |
| RAMLO K | 07/18/07 | 0.20 | REVIEW FILED STATUS REPORT AND CORRESPONDENCE TO M. HULKA RE: SAME (0.2). |
| RAMLO K | 07/23/07 | 0.50 | CORRESPONENCE WITH H. BAER RE: TIME TO REVIEW CLARION PROPOSED SETTLEMENT (0.3); TELECONFERENCE AND CORRESPONDENCE WITH M. HULKA RE: SAME (0.2). |
| RAMLO K | 07/30/07 | 1.30 | PREPARE FINAL SETTLEMENT AGREMENET AND ORGANIZE DISCOVER AND OTHER FILES (1.3). |
| RAMLO K | 07/31/07 | 0.40 | CORRESPONDENCE WITH C. BROWN RE: EXECUTING SETTLEMENT AGREEMENT (0.2); CORRESPONDENCE TO M. HULKA RE: SAME (0.2). |
| | | **22.40** | |
| **Total Counsel** | | **22.40** | |
| HERRIOTT AV | 07/02/07 | 0.60 | RESPOND TO SUPPLIER-RELATED PAYMENT ISSUE (0.6). |
| HERRIOTT AV | 07/24/07 | 1.90 | REACH RESOLUTION REGARDING SUPPLIER PAYMENT ISSUE (1.9). |
| HERRIOTT AV | 07/25/07 | 1.00 | FOLLOW UP REGARDING PAYMENT METHODS FOR SUPPLIER ISSUE (1.0). |
| HERRIOTT AV | 07/27/07 | 0.90 | REVIEW AND REVISE SUPPLIER OVERPAYMENT LETTER (0.9). |
| | | **4.40** | |
| WHARTON JN | 07/10/07 | 0.20 | TELECONFERENCE WITH C. SCHAEFER OF DELPHI RE: NEGOTIATION OF SUPPLIER AGREEMENT (0.2). |
| WHARTON JN | 07/11/07 | 0.20 | WORK ON NEGOTIATION OF CONTRACT ASSUMPTION AGREEMENT WITH GE PLASTICS (0.2). |
| WHARTON JN | 07/17/07 | 0.20 | CONTINUE WORK ON ANALYSIS OF SUPPLIER CONTRACT NEGOTIATION (0.2). |

| | | | |
|---|---|---|---|
| WHARTON JN | 07/18/07 | 0.50 | TELECONFERENCE WITH C. CREEL RE: CONTRACT ASSUMPTION NEGOTIATIONS (0.5). |
| WHARTON JN | 07/19/07 | 0.70 | TELECONFERENCE WITH C. SCHAEFER OF DELPHI AND C. CREEL, DELPHI OUTSIDE COUNSEL, RE: CONTRACT NEGOTIATIONS WITH SUPPLIER (0.4) AND FORMULATE STRATEGY RE: SAME (0.3). |
| WHARTON JN | 07/29/07 | 0.50 | PREPARE FOR CONFERENCE CALL RE: NEGOTIATION OF CONTRACT WITH SUPPLIER AND ANALYZE CONTRACT ASSUMPTION PROPOSAL (0.5). |
| WHARTON JN | 07/30/07 | 0.80 | PREPARE FOR CONFERENCE CALL RE: RENEGOTIATION OF SUPPLIER AGREEMENT (0.3); TELECONFERENCE WITH C. SCHAEFER OF DELPHI RE: SUPPLIER AGREEMENT (0.3); FORMULATE STRATEGY RE: SAME (0.2). |
| | | **3.10** | |
| **Total Associate** | | **7.50** | |
| RIVERA M | 07/05/07 | 2.60 | CODE SUPPLIER CORRESPONDENCE (2.6). |
| RIVERA M | 07/09/07 | 2.30 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (2.3). |
| RIVERA M | 07/10/07 | 3.00 | CODE SUPPLIER CORRESPONDENCE (3.0). |
| RIVERA M | 07/11/07 | 3.80 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (3.8). |
| RIVERA M | 07/12/07 | 4.20 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (4.2). |
| RIVERA M | 07/13/07 | 6.20 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (6.2). |
| RIVERA M | 07/16/07 | 3.00 | CODE SUPPLIER CORRESPONDENCE (3.0). |
| RIVERA M | 07/17/07 | 3.30 | CODE SUPPLIER CORRESPONDENCE (3.3). |
| RIVERA M | 07/19/07 | 4.00 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (4.0). |
| RIVERA M | 07/23/07 | 4.10 | CODE SUPPLIER CORRESPONDENCE (4.1). |
| RIVERA M | 07/24/07 | 3.90 | CODE SUPPLIER CORRESPONDENCE (3.9). |
| RIVERA M | 07/25/07 | 6.30 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (6.3). |
| RIVERA M | 07/26/07 | 6.30 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (6.3). |
| RIVERA M | 07/27/07 | 6.40 | CODE SUPPLIER CORRESPONDENCE (6.4). |
| RIVERA M | 07/30/07 | 6.20 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (6.2). |
| | | **65.60** | |
| **Total Legal Assistant Support** | | **65.60** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**TOTAL TIME**                              **98.20**

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  **Bill Date: 08/31/07**
**Supplier Matters**  **Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 2.84 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 2.43 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.43 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.05 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.25 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$6.00** |
| Vendor Hosted Teleconferencing | 07/12/07 | Conference Plus Inc. | 8.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$8.00** |
| | | **TOTAL MATTER** | **$14.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 09/30/07 |
|---|---|---|---|
| Supplier Matters | | | Bill Number: 1181367 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 08/01/07 | 1.30 | REVIEW OF VARIOUS SUPPLIER CONTRACT ISSUES INCLUDING FREESCALE, GE PLASTICS, LINAMAR AND OTHERS (1.3). |
| LYONS JK | 08/24/07 | 1.00 | CONFERENCE RE: GSM INITIATIVE AND COMMUNICATIONS (1.0). |
| LYONS JK | 08/27/07 | 1.40 | REVIEW OF SOLICITATION ISSUES AND GSM WORKING CAPITAL INITIATIVE ISSUES AND FOLLOW UP (1.4). |
| LYONS JK | 08/28/07 | 3.70 | PREPARATION FOR AND PARTICIPATION IN GSM WORKING CAPITAL INITIATIVE, REVISIONS TO SLIDES, AND FOLLOW UP RE: SOLICITATION ISSUES (3.7). |
| LYONS JK | 08/29/07 | 2.40 | MEETING RE: LEGAL REVIEW OF GSM WORKING CAPITAL INITIATIVE, Q&A SLIDES AND FOLLOW UP (2.4). |
| LYONS JK | 08/30/07 | 3.20 | TELECONFERENCE RE: GSM INITIATIVE, DISCUSSED STRATEGIES, AND MADE CHANGES AND REVISIONS (3.2). |
| LYONS JK | 08/31/07 | 3.30 | REVIEW OF GSM WORKING CAPITAL INITIATIVE, REVIEW OF DISCLOSURE ISSUES, AND MADE COMMENTS TO THE SAME (3.3). |
| | | **16.30** | |
| MEISLER RE | 08/01/07 | 0.20 | TELECONFERENCE WITH M. NEWMAN RE: SUPPLIER INQUIRY (0.1); FOLLOW UP WITH CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 08/09/07 | 0.10 | TELECONFERENCE WITH COUNSEL TO MARSILI RE: REQUEST TO BE PAID AS A FOREIGN CREDITOR (0.1). |
| MEISLER RE | 08/29/07 | 1.90 | REVIEW SETTLEMENT AGREEMENT RESOLVING DISPUTE WITH A-1 (0.6); REVIEW SUPPLY AGREEMENT (0.2); REVIEW RECLAIM AGREEMENT (0.1); TELECONFERENCE WITH S. BONADIES AND V. HOFFMAN RE: SAME (0.8); FOLLOW UP RE: SAME (0.2). |
| MEISLER RE | 08/30/07 | 2.30 | PREPARE FOR A-1 MEETING (0.7); TELECONFERENCE WITH KUMAR, M. O'HAYER, M. KLOSS, S. BONADIES AND V. HOFFMAN RE: SAME (1.3); FOLLOW UP RE: SAME (0.2); TELECONFERENCE WITH M. O'HAYER RE: SAME (0.1). |
| | | **4.50** | |
| **Total Partner** | | **20.80** | |
| RAMLO K | 08/01/07 | 0.30 | CORRESPONDENCE WITH R. FLETEMEYER RE: CLARION SETTLEMENT (0.1); CORRESPONDENCE TO C. BROWN RE: PAYMENTS UNDER SAME (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| RAMLO K | 08/02/07 | 0.10 | REVIEW CORRESPONDENCE FROM C. BROWN RE: IMPLEMENTING CLARION SETTLEMENT (0.1). |
| RAMLO K | 08/07/07 | 0.40 | CORRESPONDENCE FROM C. BROWN AND M. HULKA RE: PAYMENT TO CLARION (0.1); REVIEW PROPOSED DISMISSAL AND WITHDRAWAL OF CLAIM FROM CLARION (0.2); CORRESPONDENCE WITH C. BROWN RE: SAME (0.1). |
| RAMLO K | 08/08/07 | 0.10 | CORRESPONDENCE FROM M. HULKA RE: WIRE TRANSFER, DISMISSAL AND WITHDRAWAL (0.1). |
| RAMLO K | 08/09/07 | 0.30 | REVIEW NOTICE OF WITHDRAWAL OF CLARION MOTION (0.1); CORRESPONDENCE TO C. BROWN RE: SAME (0.1); REVIEW CORRESPONDENCE FROM JAWMS RE: DOCUMENT DESTRUCTION (0.1). |
| | | 1.20 | |
| **Total Counsel** | | **1.20** | |
| WHARTON JN | 08/01/07 | 0.30 | ANALYZE DRAFT SETTLEMENT AGREEMENT AND RELEASE RE: DAMAGES INCIDENT (0.3). |
| WHARTON JN | 08/07/07 | 0.60 | REVIEW SETTLEMENT AND RELEASE RE: DAMAGED GOODS SHIPPED BY SUPPLIER (0.2); TELECONFERENCE WITH D. JOHNS, N. HENSLEY, AND L. COX OF DELPHI RE: SAME (0.4). |
| WHARTON JN | 08/08/07 | 0.50 | DRAFT CORRESPONDENCE TO C. SCHAEFER OF DELPHI RE: SUPPLIER CONTRACT NEGOTIATION (0.2); REVIEW RELEASE RE: DAMAGES CAUSED BY SUPPLIER (0.3). |
| WHARTON JN | 08/17/07 | 0.50 | ANALYZE INQUIRY FROM C. SCHAEFER OF DELPHI RE: NEGOTIATION OF AGREEMENT WITH SUPPLIER (0.5). |
| WHARTON JN | 08/20/07 | 0.20 | TELECONFERENCE WITH N. HENSLEY OF DELPHI RE: DAMAGES RELEASE (0.2). |

B43E

| | | | |
|---|---|---|---|
| WHARTON JN | 08/27/07 | 0.20 | WORK ON LETTER TO SUPPLIERS RE: TREATMENT UNDER PLAN (0.2). |
| WHARTON JN | 08/29/07 | 2.50 | MEETING RE: GSM COMMUNICATION PLAN TO SUPPLIERS RE: WORKING CAPITAL INITIATIVE WITH K. DYKLA OF DELPHI, K. KUBY AND R. FLETEMYER OF FTI AND J. LYONS OF SKADDEN (1.6); REVIEW SLIDES FOR GSM WORKING CAPITAL INITIATIVE PRESENTATION (0.9). |
| WHARTON JN | 08/30/07 | 3.80 | REVISE DOCUMENTS FOR GSM WORKING CAPITAL INITIATIVE (2.3); TELECONFERENCE WITH DELPHI PERSONNEL AND FTI PERSONNEL RE: GSM WORKING CAPITAL INITIATIVE (1.5). |
| WHARTON JN | 08/31/07 | 1.60 | CONTINUE TO REVISE PRESENTATION RE: GSM WORKING CAPITAL INITIATIVE (1.6). |
| | | **10.20** | |
| **Total Associate** | | **10.20** | |
| **TOTAL TIME** | | **32.20** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 09/30/07
**Supplier Matters**  Bill Number: 1181367

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/21/07 | Copy Center, D | 2.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Reproduction - color | 08/28/07 | Copy Center, D | 31.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$31.00** |
| | | **TOTAL MATTER** | **$33.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                              Bill Date: 10/31/07
Supplier Matters                                                      Bill Number: 1182831

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 09/03/07 | 3.50 | REVIEW OF GSM WORKING CAPITAL MATERIALS, DISCUSSION OF THE SAME AND MADE REVISIONS (3.5). |
| LYONS JK | 09/04/07 | 3.60 | REVIEW AND CONFERENCE CALLS RE: GSM WORKING CAPITAL MATERIALS AND COMMENTS THERETO (3.6). |
| LYONS JK | 09/05/07 | 2.90 | REVIEW OF GSM WORKING CAPITAL MATERIALS AND CONFERENCE CALLS RE: THE SAME (2.9). |
| LYONS JK | 09/06/07 | 2.80 | REVIEW AND PREPARATION FOR GSM WORKING CAPITAL PRESENTATION (2.8). |
| LYONS JK | 09/07/07 | 3.20 | PREPARATION FOR AND PARTICIPATION IN GSM WORKING CAPITAL PRESENTATION AND FOLLOW UP (3.2). |
| LYONS JK | 09/09/07 | 1.10 | PREPARATION FOR GSM WORKING CAPITAL ROLL OUT (1.1). |
| LYONS JK | 09/10/07 | 3.80 | PREPARATION FOR AND PARTICIPATION IN GSM WORKING CAPITAL ROLL OUTS AND FOLLOW UP QUESTIONS (3.8). |
| LYONS JK | 09/11/07 | 1.80 | GSM ISSUES FOLLOW UP, QUESTIONS RE: PAYMENT TERMS, AND OTHER SUPPLIER ISSUES RE: CONTRACT EXTENSIONS/NEW CONTRACTS (1.8). |
| LYONS JK | 09/21/07 | 1.10 | REVIEW OF VARIOUS SUPPLIER AND GSM ISSUES (1.1). |
| LYONS JK | 09/24/07 | 0.60 | REVIEW OF GSM WORKING CAPITAL FOLLOW UP MATTERS (0.6). |
|  |  | **24.40** |  |
| MARAFIOTI KA | 09/01/07 | 2.20 | REVIEW GSM WORKING CAPITAL IMPROVEMENT INITIATIVE PRESENTATION (1.1); RELATED RESEARCH (0.9); RELATED CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 09/03/07 | 0.80 | WORK ON REVISIONS TO GSM WORKING CAPITAL IMPROVEMENT MANAGEMENT PRESENTATION (0.7) AND FOLLOWUP CORRESPONDENCE (0.1). |
| MARAFIOTI KA | 09/04/07 | 0.10 | CORRESPONDENCE RE: GLOBAL SUPPLY MANAGEMENT INITIATIVE (0.1). |
|  |  | **3.10** |  |
| MEISLER RE | 09/11/07 | 1.20 | PREPARE FOR TELECONFERENCE WITH KUMAR (0.2); TELECONFERENCE WITH KUMAR, M. O'HAYER AND DELPHI (0.6); FOLLOW UP RE: SAME (0.4). |
| MEISLER RE | 09/12/07 | 0.10 | DRAFT CORRESPONDENCE RE: A-1 SETTLEMENT (0.1). |

174                                                                                    B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 09/25/07 | 0.20 | REVIEW CORRESPONDENCE RE: A-1 SETTLEMENT (0.2). |
| | | 1.50 | |
| **Total Partner** | | **29.00** | |
| RAMLO K | 09/06/07 | 0.30 | REVISE AVOIDANCE PROCEDURES DESCRIPTION IN PRESENTATION FOR SUPPLIERS (0.3). |
| RAMLO K | 09/19/07 | 0.60 | ANALYSIS RE: NOTICE TO CLAIMS TRADERS AND ADDITIONAL NOTICE PARTIES WITH RESPECT TO PAYMENT OF CURE TO CONTRACT COUNTERPARTY (0.6). |
| RAMLO K | 09/28/07 | 0.20 | ANALYSIS RE: GE OBJECTION AND SHIPPING ISSUE (0.2). |
| | | 1.10 | |
| **Total Counsel** | | **1.10** | |
| WHARTON JN | 09/03/07 | 2.90 | REVISE PRESENTATION TO SUPPLIERS EXPLAINING TERMS OF PLAN (2.9). |
| WHARTON JN | 09/04/07 | 0.60 | REVIEW DRAFT PRESENTATION RE: PLAN OF REORGANIZATION AS IT RELATES TO SUPPLIERS (0.6). |
| WHARTON JN | 09/05/07 | 6.30 | CONTINUE TO REVIEW DRAFT PRESENTATION RE: PLAN OF REORGANIZATION AS IT RELATES TO SUPPLIERS (4.1) AND ATTEND TELECONFERENCE WITH PERSONNEL FROM DELPHI, FTI RE: SAME (2.0); TELECONFERENCE WITH K. KUBY OF FTI RE: SAME (0.2). |
| WHARTON JN | 09/06/07 | 4.20 | CONTINUE TO REVISE PRESENTATION RE: PLAN OF REORGANIZATION AS IT RELATES TO SUPPLIERS (3.6) AND TELECONFERENCES WITH K. KUBY (0.4) AND A. FRANKUM (0.2) OF FTI RE: SAME. |
| WHARTON JN | 09/07/07 | 2.10 | CONTINUE TO REVISE PRESENTATION RE: PLAN OF REORGANIZATION AS IT RELATES TO SUPPLIERS (0.8) AND ATTEND TELECONFERENCE PRESENTATION TO BUYER RE: SAME (1.3). |
| WHARTON JN | 09/09/07 | 0.70 | CONTINUE TO REVISE PRESENTATION RE: PLAN OF REORGANIZATION AS IT RELATES TO SUPPLIERS (0.7). |
| WHARTON JN | 09/10/07 | 2.20 | PREPARE FOR (0.5) AND ATTEND TELECONFERENCES WITH BUYERS RE: PRESENTATION DISCUSSING PLAN OF REORGANIZATION AS IT RELATES TO SUPPLIERS (1.7). |
| WHARTON JN | 09/11/07 | 1.50 | ATTEND TELECONFERENCE WITH BUYERS RE: PRESENTATION DISCUSSING PLAN OF REORGANIZATION AS IT RELATES TO SUPPLIERS (1.5). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 09/14/07 | 0.20 | ANALYZE INQUIRY FROM DELPHI SUPPLY MANAGEMENT RE: PLAN AND HOW IT RELATES TO SUPPLIERS (0.2). |
| WHARTON JN | 09/19/07 | 0.20 | TELECONFERENCE WITH R. EMANUEL OF DELPHI RE: STATUS OF CONTRACT TALKS WITH SUPPLIER (0.2). |
| | | **20.90** | |
| **Total Associate** | | **20.90** | |
| **TOTAL TIME** | | **51.00** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  
**Supplier Matters**

**Bill Date:** 10/31/07  
**Bill Number:** 1182831

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/10/07 | Wharton JN | 291.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$291.00** |
| In-house Reproduction | 09/21/07 | Copy Center, D | 0.10 |
| In-house Reproduction | 09/28/07 | Copy Center, D | 15.90 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$16.00** |
| Out-of-Town Travel | 09/11/07 | Wharton JN | 181.65 |
| Out-of-Town Travel | 09/11/07 | Wharton JN | 202.35 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$384.00** |
| Out-of-Town Meals | 09/10/07 | Wharton JN | 7.08 |
| Out-of-Town Meals | 09/11/07 | Wharton JN | 7.08 |
| Out-of-Town Meals | 09/11/07 | Wharton JN | 4.56 |
| Out-of-Town Meals | 09/11/07 | Wharton JN | 7.28 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$26.00** |
| | | **TOTAL MATTER** | **$717.00** |

B43E