SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-22
BUSINESS OPERATIONS / STRATEGIC PLANNING
136.8 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                  **Bill Date: 07/31/07**
**Business Operations/Strategic Planning**                   **Bill Number: 1168053**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 06/01/07 | 0.20 | EMAILS TO/FROM J. SHEEHAN RE: DIVIDEND REPATRIATION PLANNING MATTERS (0.2). |
| BUTLER, JR. J | 06/07/07 | 0.20 | EVALUATE DPSS MORRISVILLE FACILITY CLOSURE MATTERS (0.2). |
| BUTLER, JR. J | 06/08/07 | 0.30 | REVIEW AND CONSIDER 2008 BUSINESS PLAN MATERIALS AND EMAIL FROM J. SHEEHAN (0.3). |
| BUTLER, JR. J | 06/10/07 | 0.40 | CONTINUE TO PREPARE FOR JUNE 12TH DELPHI TRANSFORMATION MEETING (TO BE TAKEN BY TELECONFERENCE WITH J. SHEEHAN AND D. SHERBIN IN NEW YORK) INCLUDING REVIEW OF PRESENTATION MATERIALS (0.4). |
| BUTLER, JR. J | 06/11/07 | 1.80 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.5) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (BY TELECONFERENCE (WITH J. SHEEHAN AND D. SHERBIN IN NEW YORK). |
| BUTLER, JR. J | 06/14/07 | 0.50 | REVIEW BUSINESS FORECAST (0.3); EMAILS FROM/TO R. O'NEAL AND J. SHEEHAN RE: SAME (0.2). |
| BUTLER, JR. J | 06/15/07 | 1.40 | PREPARE FOR (0.2) AND PARTICIPATE IN (1.2) WEEKLY SENIOR STRATEGY WORKING GROUP TELECONFERENCE. |
| BUTLER, JR. J | 06/17/07 | 0.30 | PREPARE FOR JUNE 18TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.3). |
| BUTLER, JR. J | 06/18/07 | 3.20 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.7) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY; ATTEND MEETINGS WITH R. O'NEAL (0.8) AND J. SHEEHAN (0.4) AT COMPANY RE: STRATEGIC MATTERS. |
| BUTLER, JR. J | 06/24/07 | 0.20 | PREPARE FOR JUNE 25TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.2). |
| BUTLER, JR. J | 06/25/07 | 3.20 | PREPARE FOR (0.3) AND PARTICIPATE IN (2.3) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY; PREPARE FOR (0.2) AND ATTEND (0.4) MEETING WITH B. DELLINGER, J. SHEEHAN AND S. SALRIN AT COMPANY IN TROY RE: BUSINESS PLAN MATTERS. |
| BUTLER, JR. J | 06/29/07 | 0.90 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.7) WEEKLY SENIOR STRATEGY TELECONFERENCE WITH D. SHERBIN AND S. CORCORAN. |

                                **12.60**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| COCHRAN EL | 06/11/07 | 2.10 | PARTICIPATE IN DTM (2.1). |
|---|---|---|---|
| COCHRAN EL | 06/15/07 | 1.40 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (1.4). |
| COCHRAN EL | 06/18/07 | 3.60 | MEETING WITH SENIOR STRATEGY TEAM (2.1); MEETING WITH DTM (1.5). |
| COCHRAN EL | 06/25/07 | 2.60 | PARTICIPATE IN DTM (2.6). |
| COCHRAN EL | 06/29/07 | 0.60 | PARTICIPATE IN STRATEGY CALL (0.6). |
| | | **10.30** | |
| ~~LYONS JK~~ | ~~06/29/07~~ | ~~1.00~~ | ~~PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY WORKING GROUP CALL (1.0).~~ |
| | | **1.00** | |
| MARAFIOTI KA | 06/15/07 | 1.20 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.7) AND FOLLOWUP (0.5). |
| MARAFIOTI KA | 06/29/07 | 0.80 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.8). |
| | | **2.00** | |
| MEISLER RE | 06/15/07 | 0.90 | PREPARE FOR SENIOR STRATEGY CALL (0.2); PARTICIPATE ON SAME (0.7). |
| MEISLER RE | 06/29/07 | 0.80 | PARTICIPATE ON SENIOR STRATEGY CALL (0.8). |
| | | **1.70** | |
| PANAGAKIS GN | 06/15/07 | 1.10 | PREPARE FOR AND PARTICIPATE ON SENIOR STRATEGY CALL (1.1). |
| PANAGAKIS GN | 06/18/07 | 1.10 | PARTICIPATE ON CALL WITH SENIOR MANAGEMENT RE: REVIEW OF MAJOR PENDING ISSUES (1.1). |
| PANAGAKIS GN | 06/29/07 | 0.90 | PARTICIPATE ON WEEKLY SENIOR STRATEGY CALL (0.9). |
| | | **3.10** | |
| **Total Partner** | | **30.70** | |
| MATZ TJ | 06/15/07 | 1.20 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE WITH S. CORCORAN, K. CRAFT, A. TOGUT AND WORKING GROUP (0.7); FOLLOW UP DISCUSSION WITH SKADDEN TEAM RE: TELECONFERENCE MATTERS (0.5). |
| MATZ TJ | 06/21/07 | 0.30 | PREPARE AGENDA FOR 6/23 SENIOR STRATEGY TELECONFERENCE (0.3). |
| MATZ TJ | 06/28/07 | 0.30 | PREPARE AND DISTRIBUTE AGENDA FOR SENIOR STRATEGY CONFERENCE CALL 6/29 (0.3). |
| MATZ TJ | 06/29/07 | 0.90 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (0.9). |
| | | **2.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 06/15/07 | 0.70 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.7). |
| RAMLO K | 06/29/07 | 1.00 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (1.0). |
| | | 1.70 | |
| **Total Counsel** | | **4.40** | |
| GANITSKY DI | 06/29/07 | 1.20 | SENIOR STRATEGY CALL (1.2). |
| | | 1.20 | |
| HARDIN AS | 06/23/07 | 2.80 | DRAFT MATERIALS RELATED TO TIMELINE (2.8). |
| | | 2.80 | |
| STUART NL | 06/15/07 | 0.90 | ATTEND SENIOR STRATEGY CALL (0.9). |
| STUART NL | 06/29/07 | 0.80 | ATTEND DELPHI SENIOR STRATEGY CALL (0.8). |
| | | 1.70 | |
| **Total Associate** | | **5.70** | |
| DEMMA J | 06/07/07 | 2.10 | UPDATE/DISTRIBUTE DTM MATERIALS (2.1). |
| DEMMA J | 06/08/07 | 0.70 | UPDATE DTM MATERIALS (0.7). |
| DEMMA J | 06/26/07 | 1.10 | UPDATE DTM MATERIALS (1.1). |
| | | 3.90 | |
| **Total Legal Assistant** | | **3.90** | |
| **TOTAL TIME** | | **44.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 07/31/07**
**Business Operations/Strategic Planning**                     **Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/01/07 | Copy Center, D | 69.65 |
| In-house Reproduction | 06/08/07 | Copy Center, D | 7.81 |
| In-house Reproduction | 06/12/07 | Copy Center, D | 2.79 |
| In-house Reproduction | 06/15/07 | Copy Center, D | 143.89 |
| In-house Reproduction | 06/19/07 | Copy Center, D | 155.60 |
| In-house Reproduction | 06/22/07 | Copy Center, D | 71.25 |
| In-house Reproduction | 06/26/07 | Copy Center, D | 152.30 |
| In-house Reproduction | 06/29/07 | Copy Center, D | 13.71 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$617.00** |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 9.30 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 21.67 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 3.51 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 1.07 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.45 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$36.00** |
| Postage | 06/18/07 | Office Admin, D | 5.33 |
| Postage | 06/18/07 | Office Admin, D | 10.67 |
| | | **TOTAL POSTAGE** | **$16.00** |
| Lexis/Nexis | 06/08/07 | Yates EA | 203.20 |
| Lexis/Nexis | 06/18/07 | Stone M | 336.98 |
| Lexis/Nexis | 06/20/07 | Halper A | 608.82 |
| | | **TOTAL LEXIS/NEXIS** | **$1,149.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 05/04/07 | Teleconferencing Services, LLC | 61.23 |
| Vendor Hosted Telecon-ferencing | 05/06/07 | Teleconferencing Services, LLC | 34.41 |
| Vendor Hosted Telecon-ferencing | 05/07/07 | Teleconferencing Services, LLC | 8.34 |
| Vendor Hosted Telecon-ferencing | 05/18/07 | Teleconferencing Services, LLC | 25.15 |
| Vendor Hosted Telecon-ferencing | 06/15/07 | Teleconferencing Services, LLC | 32.30 |
| Vendor Hosted Telecon-ferencing | 06/16/07 | Teleconferencing Services, LLC | 10.15 |
| Vendor Hosted Telecon-ferencing | 06/18/07 | Teleconferencing Services, LLC | 26.11 |
| Vendor Hosted Telecon-ferencing | 06/19/07 | Teleconferencing Services, LLC | 0.30 |
| Vendor Hosted Telecon-ferencing | 06/23/07 | Teleconferencing Services, LLC | 29.17 |
| Vendor Hosted Telecon-ferencing | 06/28/07 | Teleconferencing Services, LLC | 0.12 |
| Vendor Hosted Telecon-ferencing | 06/28/07 | Teleconferencing Services, LLC | 1.56 |
| Vendor Hosted Telecon-ferencing | 06/28/07 | Teleconferencing Services, LLC | 5.94 |
| Vendor Hosted Telecon-ferencing | 06/29/07 | Teleconferencing Services, LLC | 5.76 |
| Vendor Hosted Telecon-ferencing | 06/29/07 | Teleconferencing Services, LLC | 72.46 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$313.00** |
| Air/Rail Travel (external) | 06/17/07 | Butler, Jr. J | 236.66 |
| Air/Rail Travel (external) | 06/24/07 | Butler, Jr. J | 118.34 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$355.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Travel | 06/17/07 | Butler, Jr. J | 108.55 |
| Out-of-Town Travel | 06/17/07 | Butler, Jr. J | 108.14 |
| Out-of-Town Travel | 06/17/07 | Butler, Jr. J | 9.00 |
| Out-of-Town Travel | 06/24/07 | Butler, Jr. J | 91.79 |
| Out-of-Town Travel | 06/24/07 | Butler, Jr. J | 9.51 |
| Out-of-Town Travel | 06/24/07 | Butler, Jr. J | 115.01 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$442.00** |
| Messengers/ Courier | 06/09/07 | Dist Serv/Mail/Page, D | 23.34 |
| Messengers/ Courier | 06/18/07 | Dist Serv/Mail/Page, D | 76.88 |
| Messengers/ Courier | 06/18/07 | Dist Serv/Mail/Page, D | 76.88 |
| Messengers/ Courier | 06/18/07 | Dist Serv/Mail/Page, D | 23.35 |
| Messengers/ Courier | 06/26/07 | Dist Serv/Mail/Page, D | 20.55 |
| | | **TOTAL MESSENGERS/ COURIER** | **$221.00** |
| Out-of-Town Meals | 06/17/07 | Butler, Jr. J | 16.00 |
| Out-of-Town Meals | 06/24/07 | Butler, Jr. J | 14.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$30.00** |
| Internal Catering-NY | 06/08/07 | Matz TJ | 18.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$18.00** |
| CLR/Disclosure | 06/01/07 | Global Securities | 415.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$415.00** |
| Wireless - Mo-bile/Cellular/Pager | 05/20/07 | Cochran EL | 44.46 |
| Wireless - Mo-bile/Cellular/Pager | 06/29/07 | Butler, Jr. J | 83.54 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$128.00** |
| | | **TOTAL MATTER** | **$3,740.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Business Operations/Strategic Planning**

**Bill Date: 08/31/07**
**Bill Number: 1178615**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/06/07 | 0.60 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) WEEKLY SENIOR WORKING GROUP STRATEGY TELECONFERENCE. |
| BUTLER, JR. J | 07/11/07 | 0.30 | REVIEW BUSINESS PLAN MATERIALS FROM S SALRIN (0.3). |
| BUTLER, JR. J | 07/12/07 | 0.40 | EMAILS FROM/TO R. O'NEAL, M. WEBER AND S. SALRIN RE: BUSINESS PLAN MATERIALS (0.4). |
| BUTLER, JR. J | 07/13/07 | 0.50 | REVIEW MATERIALS FROM S. SALRIN RE: BUSINESS PLAN MATERIALS (0.3); EMAILS FROM/TO R. O'NEAL, J. SHEEHAN AND S. SALRIN RE: SAME (0.2). |
| BUTLER, JR. J | 07/25/07 | 6.60 | PREPARE FOR (0.3) AND PARTICIPATE IN (2.5) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY; PREPARE FOR (0.8) AND PARTICIPATE IN (3.0) WORKING GROUP STRATEGY MEETINGS AT COMPANY IN TROY WITH J. SHEEHAN, D. SHERBIN AND S. CORCORAN (AND K. BUTLER AND B. SAX VIA TELECONFERENCE ON LABOR PORTION OF DISCUSSIONS). |
| BUTLER, JR. J | 07/27/07 | 1.70 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.4) WEEKLY SENIOR STRATEGY WORKING GROUP TELECONFERENCE. |
| | | **10.10** | |
| COCHRAN EL | 07/20/07 | 0.90 | PARTICIPATE IN SR. STRATEGY CALL (0.9). |
| COCHRAN EL | 07/25/07 | 2.70 | PARTICIPATE IN DTM (2.7). |
| COCHRAN EL | 07/27/07 | 1.10 | PARTICIPATE IN SR. STRATEGY CALL (1.1). |
| | | **4.70** | |
| HOGAN III AL | 07/10/07 | 2.20 | PARTICIPATE IN STRATEGIC WORKING GROUP MEETINGS (2.2). |
| HOGAN III AL | 07/13/07 | 0.80 | PARTICIPATE IN SENIOR STRATEGY CALL (0.8). |
| | | **3.00** | |
| MARAFIOTI KA | 07/13/07 | 0.90 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.9). |
| MARAFIOTI KA | 07/20/07 | 0.70 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.7). |
| MARAFIOTI KA | 07/27/07 | 1.00 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (1.0). |
| | | **2.60** | |
| MEISLER RE | 07/06/07 | 0.80 | ATTEND SENIOR STRATEGY CALL (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 07/13/07 | 0.90 | PARTICIPATE ON SENIOR STRATEGY CALL (0.9). |
| MEISLER RE | 07/17/07 | 0.20 | DRAFT LETTER RE: PBR EXTENSION OF ALLEGED OUTSIDE DATE FOR DISSOLUTION OF LLC (0.2). |
| MEISLER RE | 07/18/07 | 0.20 | REVIEW CORRESPONDENCE TO COUNSEL FOR PBR (0.1); CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 07/20/07 | 0.60 | PARTICIPATE ON SENIOR STRATEGY CALL CALL (0.6). |
| MEISLER RE | 07/26/07 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: INTERCOMPANY TRANSACTIONS (0.2). |
| MEISLER RE | 07/27/07 | 1.70 | PARTICIPATE ON SENIOR STRATEGY CALL (1.3); REVIEW PAST CORRESPONDENCE RE: PBR (0.2); TELECONFERENCE WITH D. DRAGICH RE: SAME (0.1); DRAFT CORRESPONDENCE TO K. CRAFT RE: SAME (0.1). |
| MEISLER RE | 07/30/07 | 0.60 | REVIEW PLANS WITH RESPECT MORRISVILLE, PA FACILITY (0.4) AND COMMENT ON PRESENTATION RE: SAME (0.2). |
| | | **5.20** | |
| PANAGAKIS GN | 07/06/07 | 0.80 | PARTICIPATE ON SENIOR STRATEGY CALLS (0.8). |
| PANAGAKIS GN | 07/13/07 | 1.00 | PARTICIPATE ON SENIOR STRATEGY CALL. (1.0). |
| PANAGAKIS GN | 07/20/07 | 0.80 | PARTICIPATE ON SENIOR STRATEGY CALL (0.8). |
| PANAGAKIS GN | 07/27/07 | 1.40 | PARTICIPATE ON SENIOR STRATEGY CALL AND ATTEND TO FOLLOW UP MATTERS RE: SAME (1.4). |
| | | **4.00** | |
| ~~WEXLER MP~~ | ~~07/06/07~~ | ~~0.40~~ | ~~PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.4).~~ |
| ~~WEXLER MP~~ | ~~07/13/07~~ | ~~0.90~~ | ~~PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.9).~~ |
| ~~WEXLER MP~~ | ~~07/27/07~~ | ~~1.20~~ | ~~PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (1.2).~~ |
| | | ~~**2.50**~~ | |
| **Total Partner** | | **32.10** | |
| MATZ TJ | 07/12/07 | 0.40 | PREPARE AGENDA FOR SENIOR STRATEGY CONFERENCE CALL (0.4). |
| MATZ TJ | 07/13/07 | 0.90 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (0.9). |
| MATZ TJ | 07/19/07 | 0.30 | PREPARE AGENDA 7/20 SENIOR STRATEGY CONFERENCE CALL (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 07/26/07 | 0.30 | PREPARE AGENDA FOR SENIOR STRATEGY CONFERENCE CALL (0.3). |
| MATZ TJ | 07/27/07 | 1.30 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (1.3). |
| | | 3.20 | |
| **Total Counsel** | | **3.20** | |
| GANITSKY DI | 07/06/07 | 1.20 | SENIOR STRATEGY CALL (1.2). |
| GANITSKY DI | 07/13/07 | 0.90 | SENIOR STRATEGY CALL (0.9). |
| GANITSKY DI | 07/20/07 | 0.80 | SENIOR STRATEGY CALL (0.8). |
| GANITSKY DI | 07/27/07 | 1.20 | SENIOR STRATEGY CALL (1.2). |
| GANITSKY DI | 07/29/07 | 0.30 | REVIEW HIGHLAND EPCA DIFFERENCE SUMMARY (0.3). |
| | | 4.40 | |
| ~~HERRIOTT AV~~ | ~~07/05/07~~ | ~~0.50~~ | ~~DRAFT AND CIRCULATE AGENDA FOR SENIOR STRATEGY MEETING (0.5).~~ |
| ~~HERRIOTT AV~~ | ~~07/09/07~~ | ~~0.20~~ | ~~RESEARCH QUESTION RE: BOARD OF MANAGERS OF DAS LLC (0.2).~~ |
| ~~HERRIOTT AV~~ | ~~07/10/07~~ | ~~0.70~~ | ~~CONTINUE RESEARCH RE: DAS LLC BOARD OF MANAGERS ISSUE (0.7).~~ |
| ~~HERRIOTT AV~~ | ~~07/19/07~~ | ~~0.70~~ | ~~DRAFT AND CIRCULATE SENIOR STRATEGY MEETING AGENDA (0.7).~~ |
| | | ~~2.10~~ | |
| STUART NL | 07/13/07 | 1.00 | ATTEND SENIOR STRATEGY CALL (1.0). |
| STUART NL | 07/27/07 | 1.30 | PARTICIPATE IN WEEKLY SENIOR STRATEGY CALL (1.3). |
| | | 2.30 | |
| **Total Associate** | | **8.80** | |
| ~~ZSOLDOS AF~~ | ~~07/24/07~~ | ~~1.70~~ | ~~PROVIDE SUPPORT TO MDL CLAIMS NEGOTIATIONS (1.7).~~ |
| | | ~~1.70~~ | |
| ~~Total Legal Assistant~~ | | ~~1.70~~ | |
| **TOTAL TIME** | | **45.80** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 08/31/07**
**Business Operations/Strategic Planning**                     **Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 18.49 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 16.97 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 3.65 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 0.26 |
| Telephone Expense-ECRS only | 07/30/07 | Telecommunications, D | 1.63 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$41.00** |
| Vendor Hosted Telecon-ferencing | 07/07/07 | Teleconferencing Services, LLC | 40.73 |
| Vendor Hosted Telecon-ferencing | 07/09/07 | Teleconferencing Services, LLC | 11.16 |
| Vendor Hosted Telecon-ferencing | 07/10/07 | Teleconferencing Services, LLC | 147.87 |
| Vendor Hosted Telecon-ferencing | 07/13/07 | Teleconferencing Services, LLC | 73.00 |
| Vendor Hosted Telecon-ferencing | 07/15/07 | Teleconferencing Services, LLC | 6.59 |
| Vendor Hosted Telecon-ferencing | 07/15/07 | Teleconferencing Services, LLC | 0.36 |
| Vendor Hosted Telecon-ferencing | 07/15/07 | Teleconferencing Services, LLC | 17.76 |
| Vendor Hosted Telecon-ferencing | 07/15/07 | Teleconferencing Services, LLC | 32.63 |
| Vendor Hosted Telecon-ferencing | 07/19/07 | Teleconferencing Services, LLC | 1.98 |
| Vendor Hosted Telecon-ferencing | 07/27/07 | Teleconferencing Services, LLC | 14.34 |
| Vendor Hosted Telecon-ferencing | 07/29/07 | Teleconferencing Services, LLC | 11.58 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$358.00** |
| Air/Rail Travel (external) | 07/22/07 | Butler, Jr. J | 641.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$641.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 07/22/07 | Butler, Jr. J | 229.73 |
| Out-of-Town Travel | 07/22/07 | Butler, Jr. J | 20.98 |
| Out-of-Town Travel | 07/22/07 | Butler, Jr. J | 82.29 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$333.00** |
| Messengers/ Courier | 07/19/07 | World Courier Inc. | 836.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$836.00** |
| Out-of-Town Meals | 07/22/07 | Butler, Jr. J | 30.18 |
| Out-of-Town Meals | 07/22/07 | Butler, Jr. J | 19.82 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$50.00** |
| Wireless - Mo-bile/Cellular/Pager | 07/27/07 | Butler, Jr. J | 84.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$84.00** |
| | | **TOTAL MATTER** | **$2,343.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                  **Bill Date: 09/30/07**
**Business Operations/Strategic Planning**                    **Bill Number: 1181367**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/03/07 | 0.70 | TELECONFERENCE WITH R. O'NEAL RE: STRATEGIC BUSINESS MATTERS (0.7). |
| BUTLER, JR. J | 08/05/07 | 1.30 | PREPARE FOR AUGUST 6TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING REVIEW AND REVISE PRESENTATION MATERIALS (1.3). |
| BUTLER, JR. J | 08/06/07 | 2.20 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.9) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 08/07/07 | 1.60 | PREPARE FOR AND ATTEND BUSINESS PLAN REVIEW AND STRATEGY MEETINGS AT COMPANY IN TROY WITH J. SHEEHAN AND S. SALRIN (0.6) AND R. O'NEAL (0.4); CONTINUE TO REVIEW DRAFT FINAL BUSINESS PLAN (0.6). |
| BUTLER, JR. J | 08/13/07 | 0.40 | REVIEW EMAIL FROM J. SHEEHAN AND PRELIMINARY DRAFT OF FINAL 2007-2011 BUSINESS PLAN (0.4). |
| BUTLER, JR. J | 08/19/07 | 0.20 | PREPARE FOR AUGUST 20TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.2). |
| BUTLER, JR. J | 08/20/07 | 2.20 | PREPARE FOR (0.3) AND ATTEND (1.9) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 08/26/07 | 0.70 | PREPARE FOR AUGUST 27TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.3); REVIEW EMAIL FROM J. SHEEHAN AND MATERIALS ON 2007-11 BUSINESS PLAN SENSITIVITY ANALYSIS (0.4). |
| BUTLER, JR. J | 08/27/07 | 2.70 | PREPARE FOR (0.3) AND ATTEND (2.4) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 08/31/07 | 0.70 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.5) WEEKLY SENIOR STRATEGY WORKING GROUP TELECONFERENCE. |

**12.70**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| COCHRAN EL | 08/06/07 | 2.10 | PARTICIPATE IN DTM (2.1). |
| COCHRAN EL | 08/20/07 | 1.80 | PARTICIPATE IN DTM (1.8). |
| COCHRAN EL | 08/27/07 | 2.10 | PARTICIPATE IN DTM (2.1). |
| | | **6.00** | |
| **Total Partner** | | **18.70** | |
| DEMMA J | 08/06/07 | 1.10 | UPDATE PRESENTATION FILES (1.1). |
| DEMMA J | 08/23/07 | 1.10 | UPDATE PRESENTATION FILES (1.1). |
| | | **2.20** | |
| **Total Legal Assistant** | | **2.20** | |
| **TOTAL TIME** | | **20.90** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                              **Bill Date: 09/30/07**
**Business Operations/Strategic Planning**                **Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/10/07 | Copy Center, D | 241.38 |
| In-house Reproduction | 08/14/07 | Copy Center, D | 4.90 |
| In-house Reproduction | 08/17/07 | Copy Center, D | 39.31 |
| In-house Reproduction | 08/21/07 | Copy Center, D | 189.87 |
| In-house Reproduction | 08/24/07 | Copy Center, D | 106.23 |
| In-house Reproduction | 08/28/07 | Copy Center, D | 4.20 |
| In-house Reproduction | 08/31/07 | Copy Center, D | 39.11 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$625.00** |
| Postage | 08/22/07 | Office Admin, D | 6.00 |
| | | **TOTAL POSTAGE** | **$6.00** |
| Vendor Hosted Telecon-ferencing | 08/08/07 | Teleconferencing Services, LLC | 0.78 |
| Vendor Hosted Telecon-ferencing | 08/10/07 | Teleconferencing Services, LLC | 27.10 |
| Vendor Hosted Telecon-ferencing | 08/10/07 | Teleconferencing Services, LLC | 17.65 |
| Vendor Hosted Telecon-ferencing | 08/16/07 | Teleconferencing Services, LLC | 22.42 |
| Vendor Hosted Telecon-ferencing | 08/31/07 | Teleconferencing Services, LLC | 24.05 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$92.00** |
| Air/Rail Travel (external) | 08/05/07 | Butler, Jr. J | 199.50 |
| Air/Rail Travel (external) | 08/19/07 | Butler, Jr. J | 119.50 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$319.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Travel | 08/05/07 | Butler, Jr. J | 129.53 |
| Out-of-Town Travel | 08/05/07 | Butler, Jr. J | 345.01 |
| Out-of-Town Travel | 08/05/07 | Butler, Jr. J | 27.00 |
| Out-of-Town Travel | 08/19/07 | Butler, Jr. J | 100.95 |
| Out-of-Town Travel | 08/19/07 | Butler, Jr. J | 230.01 |
| Out-of-Town Travel | 08/19/07 | Butler, Jr. J | 10.50 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$843.00** |
| Messengers/ Courier | 08/01/07 | Dist Serv/Mail/Page, D | 12.60 |
| Messengers/ Courier | 08/18/07 | Dist Serv/Mail/Page, D | 23.40 |
| | | **TOTAL MESSENGERS/ COURIER** | **$36.00** |
| Out-of-Town Meals | 08/05/07 | Butler, Jr. J | 9.64 |
| Out-of-Town Meals | 08/05/07 | Butler, Jr. J | 12.12 |
| Out-of-Town Meals | 08/19/07 | Butler, Jr. J | 17.67 |
| Out-of-Town Meals | 08/19/07 | Butler, Jr. J | 7.57 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$47.00** |
| Print Images to Paper (from Electronic Media) | 08/21/07 | Copy Center, D | 8.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$8.00** |
| CLR/Disclosure | 08/01/07 | Global Securities | 4.36 |
| CLR/Disclosure | 08/01/07 | Global Securities | 9.61 |
| CLR/Disclosure | 08/01/07 | Global Securities | 259.03 |
| | | **TOTAL CLR/DISCLOSURE** | **$273.00** |
| Wireless - Mo-bile/Cellular/Pager | 08/31/07 | Butler, Jr. J | 62.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$62.00** |
| | | **TOTAL MATTER** | **$2,311.00** |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP)**
**Business Operations/Strategic Planning**

Bill Date: 10/31/07
Bill Number: 1182831

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 09/02/07 | 0.40 | EMAIL FROM/TO R. O'NEAL RE: 2007-2011 BUSINESS PLAN MATTERS (0.2); REVIEW EMAIL FROM J. SHEEHAN RE: SAME (0.2). |
| BUTLER, JR. J | 09/03/07 | 0.30 | PREPARE FOR SEPTEMBER 4TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.3). |
| BUTLER, JR. J | 09/04/07 | 1.90 | PREPARE FOR (0.2) AND ATTEND (1.7) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 09/09/07 | 0.20 | PREPARE FOR SEPTEMBER 10TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.2). |
| BUTLER, JR. J | 09/10/07 | 2.30 | PREPARE FOR (0.2) AND ATTEND (1.3) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY; CONFERENCES WITH S. MILLER, D. SHERBIN, J. SHEEHAN AND S. CORCORAN AT COMPANY IN TROY RE: BUSINESS STRATEGY ITEMS AND NEXT STEPS (0.8). |
| BUTLER, JR. J | 09/14/07 | 0.70 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.5) WEEKLY SENIOR STRATEGY TELECONFERENCE WITH S. CORCORAN, A. TOGUT, N. BERGER ET. AL. |
| BUTLER, JR. J | 09/16/07 | 0.30 | PREPARE FOR SEPTEMBER 17TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.3). |
| BUTLER, JR. J | 09/17/07 | 2.70 | PREPARE FOR (0.4) AND ATTEND (2.3) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 09/19/07 | 0.20 | FOLLOW-UP ON DASHI DIVIDEND REPATRIATION PROGRAM AND PROPOSED INTER-DEBTOR LOAN (0.2). |
| BUTLER, JR. J | 09/21/07 | 0.90 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.7) WEEKLY STRATEGY TELECONFERENCE WITH D. SHERBIN AND WORKING GROUP. |
| BUTLER, JR. J | 09/23/07 | 0.50 | PREPARE FOR SEPTEMBER 24TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.3); EMAILS FROM/TO J SHEEHAN RE: POTENTIAL DIVIDEND REPATRIATION PLAN (0.2). |
| BUTLER, JR. J | 09/24/07 | 1.80 | PREPARE FOR (0.4) AND ATTEND (1.4) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 09/25/07 | 0.40 | CONFERENCE WITH J. SHEEHAN, D. SHERBIN AND S. CORCORAN AND WORKING GROUP IN NEW YORK CITY RE: POTENTIAL DIVIDEND REPATRIATION PLAN (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 09/30/07 | 0.80 | PREPARE FOR OCTOBER 1ST DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.3); EMAILS FROM/TO J. SHEEHAN RE: POTENTIAL DIVIDEND REPATRIATION PLAN AND RE: DTM PRESENTATIONS FOR SEPTEMBER 24TH MEETING (0.2); REVIEW AND CONSIDER PRESENTATION RE: REVISED GMNA VOLUME FORECAST (0.3). |
| | | **13.40** | |
| COCHRAN EL | 09/10/07 | 1.90 | PARTICIPATE IN DTM (1.9). |
| COCHRAN EL | 09/24/07 | 2.30 | PARTICIPATE IN DTM (2.3). |
| | | **4.20** | |
| MEISLER RE | 09/07/07 | 0.20 | REVIEW AND CONSIDER LEASE BUY-OUT TRANSACTION (0.2). |
| MEISLER RE | 09/26/07 | 1.00 | CONSIDER DIVIDEND REPATRIATION (1.0). |
| MEISLER RE | 09/29/07 | 0.40 | CONTINUE TO REVIEW AND CONSIDER DIVIDEND REPATRIATION (0.4). |
| | | **1.60** | |
| **Total Partner** | | **19.20** | |
| MATZ TJ | 09/12/07 | 0.20 | PREPARE AGENDA FOR 9/17 SENIOR STRATEGY CONFERENCE CALL (0.2). |
| MATZ TJ | 09/14/07 | 0.50 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (0.5). |
| MATZ TJ | 09/20/07 | 0.30 | PREPARE AGENDA FOR SENIOR STRATEGY CALL (0.3). |
| MATZ TJ | 09/21/07 | 1.20 | REVIEW MOTIONS, OBJECTIONS CHART AND DOCKET FOR CONFERENCE CALL (0.4); PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (0.8). |
| | | **2.20** | |
| **Total Counsel** | | **2.20** | |
| GANITSKY DI | 09/21/07 | 1.10 | PARTICIPATION IN SENIOR STRATEGY CALL (1.1). |
| | | **1.10** | |
| SAMOLE RM | 09/26/07 | 3.20 | REVIEW DOCUMENTS RE: DIVIDEND REPATRIATION (3.2). |
| SAMOLE RM | 09/27/07 | 1.60 | CONTINUE REVIEW OF DIVIDEND REPATRIATION (1.6). |
| SAMOLE RM | 09/28/07 | 1.50 | TELECONFERENCE WITH DALIP RE: REPATRIATION (0.5); BEGIN DRAFTING MOTION RE: SAME (1.5). |
| SAMOLE RM | 09/29/07 | 2.20 | BEGIN DRAFTING REPATRIATION MOTION (2.2). |
| | | **8.50** | |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Total Associate | | 9.60 | |
|---|---|---|---|
| DEMMA J | 09/12/07 | 1.10 | UPDATE DTM MATERIALS (1.1). |
| DEMMA J | 09/18/07 | 0.60 | UPDATE DTM MATERIALS (0.6). |
| | | 1.70 | |
| Total Legal Assistant | | 1.70 | |
| TOTAL TIME | | 32.70 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 10/31/07**
**Business Operations/Strategic Planning**                      **Bill Number: 1182831**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CLR/Delaware Database | 09/21/07 | Office Admin, D | 400.00 |
| | | **TOTAL CLR/DELAWARE DATABASE** | **$400.00** |
| In-house Reproduction | 09/04/07 | Copy Center, D | 240.98 |
| In-house Reproduction | 09/07/07 | Copy Center, D | 62.20 |
| In-house Reproduction | 09/14/07 | Copy Center, D | 0.10 |
| In-house Reproduction | 09/21/07 | Copy Center, D | 5.81 |
| In-house Reproduction | 09/25/07 | Copy Center, D | 0.10 |
| In-house Reproduction | 09/28/07 | Copy Center, D | 3.81 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$313.00** |
| Westlaw | 09/18/07 | Curran C | 14.00 |
| | | **TOTAL WESTLAW** | **$14.00** |
| Vendor Hosted Telecon-ferencing | 09/14/07 | Teleconferencing Services, LLC | 34.21 |
| Vendor Hosted Telecon-ferencing | 09/20/07 | Teleconferencing Services, LLC | 1.90 |
| Vendor Hosted Telecon-ferencing | 09/20/07 | Teleconferencing Services, LLC | 0.24 |
| Vendor Hosted Telecon-ferencing | 09/20/07 | Teleconferencing Services, LLC | 0.66 |
| Vendor Hosted Telecon-ferencing | 09/21/07 | Teleconferencing Services, LLC | 58.99 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$96.00** |
| Air/Rail Travel (external) | 09/03/07 | Butler, Jr. J | 118.63 |
| Air/Rail Travel (external) | 09/09/07 | Butler, Jr. J | 118.63 |
| Air/Rail Travel (external) | 09/15/07 | Butler, Jr. J | 64.36 |
| Air/Rail Travel (external) | 09/23/07 | Butler, Jr. J | 237.25 |
| Air/Rail Travel (external) | 09/30/07 | Butler, Jr. J | 119.13 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$658.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 09/03/07 | Butler, Jr. J | 32.00 |
| Out-of-Town Travel | 09/03/07 | Butler, Jr. J | 18.25 |
| Out-of-Town Travel | 09/03/07 | Butler, Jr. J | 51.40 |
| Out-of-Town Travel | 09/03/07 | Butler, Jr. J | 219.49 |
| Out-of-Town Travel | 09/09/07 | Butler, Jr. J | 108.00 |
| Out-of-Town Travel | 09/09/07 | Butler, Jr. J | 42.46 |
| Out-of-Town Travel | 09/09/07 | Butler, Jr. J | 9.50 |
| Out-of-Town Travel | 09/15/07 | Butler, Jr. J | 14.50 |
| Out-of-Town Travel | 09/15/07 | Butler, Jr. J | 103.89 |
| Out-of-Town Travel | 09/15/07 | Butler, Jr. J | 201.74 |
| Out-of-Town Travel | 09/15/07 | Butler, Jr. J | 42.00 |
| Out-of-Town Travel | 09/23/07 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 09/23/07 | Butler, Jr. J | 42.48 |
| Out-of-Town Travel | 09/23/07 | Butler, Jr. J | 19.00 |
| Out-of-Town Travel | 09/23/07 | Butler, Jr. J | 101.13 |
| Out-of-Town Travel | 09/30/07 | Butler, Jr. J | 16.00 |
| Out-of-Town Travel | 09/30/07 | Butler, Jr. J | 229.99 |
| Out-of-Town Travel | 09/30/07 | Butler, Jr. J | 137.67 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,400.00** |
| Messengers/ Courier | 09/01/07 | Dist Serv/Mail/Page, D | 36.45 |
| Messengers/ Courier | 09/01/07 | Dist Serv/Mail/Page, D | 13.29 |
| Messengers/ Courier | 09/01/07 | Dist Serv/Mail/Page, D | 23.42 |
| Messengers/ Courier | 09/10/07 | Dist Serv/Mail/Page, D | 23.42 |
| Messengers/ Courier | 09/13/07 | Dist Serv/Mail/Page, D | 23.42 |
| | | **TOTAL MESSENGERS/ COURIER** | **$120.00** |
| Out-of-Town Meals | 09/03/07 | Butler, Jr. J | 11.63 |
| Out-of-Town Meals | 09/03/07 | Butler, Jr. J | 15.77 |
| Out-of-Town Meals | 09/09/07 | Butler, Jr. J | 11.01 |
| Out-of-Town Meals | 09/15/07 | Butler, Jr. J | 21.02 |
| Out-of-Town Meals | 09/15/07 | Butler, Jr. J | 16.02 |
| Out-of-Town Meals | 09/23/07 | Butler, Jr. J | 18.02 |
| Out-of-Town Meals | 09/30/07 | Butler, Jr. J | 19.53 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$113.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Re-search/Internet Services | 09/18/07 | Skardel, Inc. | 76.00 |
| Outside Re-search/Internet Services | 09/18/07 | Skardel, Inc. | 94.00 |
| Outside Re-search/Internet Services | 09/18/07 | Skardel, Inc. | 78.00 |
| Outside Re-search/Internet Services | 09/18/07 | Skardel, Inc. | 102.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$350.00** |
| CLR/Disclosure | 09/01/07 | Global Securities | 130.32 |
| CLR/Disclosure | 09/01/07 | Global Securities | 0.96 |
| CLR/Disclosure | 09/01/07 | Global Securities | 3.84 |
| CLR/Disclosure | 09/01/07 | Global Securities | 2.88 |
| | | **TOTAL CLR/DISCLOSURE** | **$138.00** |
| Wireless - Mo-bile/Cellular/Pager | 09/21/07 | Butler, Jr. J | 80.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$80.00** |
| | | **TOTAL MATTER** | **$3,682.00** |

B43E