SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-23
AUTOMATIC STAY (RELIEF ACTIONS)
210.8 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | |
|---|---|
| Delphi Corporation (DIP) | Bill Date: 07/31/07 |
| Automatic Stay (Relief Actions) | Bill Number: 1168053 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 06/18/07 | 2.10 | REVIEW OF CALSONIC PAPERS AND ISSUES AND CONFERENCES WITH CLIENT (2.1). |
| LYONS JK | 06/22/07 | 3.20 | REVIEW AND REVISIONS TO CALSONIC RESPONSE AND CONFERENCES WITH CLIENT RE: RESOLUTION (3.2). |
| | | **5.30** | |
| MARAFIOTI KA | 06/18/07 | 1.00 | REVIEW CALSONIC MOTION FOR RELIEF FROM STAY (0.2); WORK ON RESPONSE TO CALSONIC STAY RELIEF MOTION (0.6) AND RELATED CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 06/22/07 | 1.30 | WORK ON OBJECTION TO CALSONIC MOTION FOR RELIEF FROM STAY (0.7) AND ANALYZE ISSUES RE: SAME (0.6). |
| | | **2.30** | |
| **Total Partner** | | **7.60** | |
| RAMLO K | 06/01/07 | 0.20 | REVIEW SERVICE REQUIREMENTS RE: STAY-RELIEF MOTION AND ORDER RE: ERISA PLAINTIFFS (0.1); ANALYSIS RE: SETOFF ISSUE (0.1). |
| RAMLO K | 06/04/07 | 0.10 | REVIEW DRAFT MONTHLY REPORT ON LIFT STAY PROCEDURES (0.1). |
| RAMLO K | 06/05/07 | 0.10 | REVIEW REVISED LIFT STAY PROCEDURES REPORT (0.1). |
| RAMLO K | 06/06/07 | 0.80 | INITIAL REVIEW OF MOTION FOR STAY RELIEF BY CALSONIC AND ADVISE RE: MISCALENDARING (0.6); CORRESPONDENCE TO K. CRAFT RE: SAME (0.2). |
| RAMLO K | 06/07/07 | 4.30 | REVIEW CALSONIC NOTICE OF RESCHEDULED HEARING AND NOTE DEFICIENCIES RE: SAME (0.2); CORRESPONDENCE WITH K. CRAFT AND C. MORRIS RE: CALSONIC STAY RELIEF MOTION (0.3); TELECONFERENCE AND CORRESPONDENCE WITH G. WARNER RE: BACKGROUND OF SAME (0.9); FURTHER REVIEW OF CALSONIC STAY RELIEF MOTION BEGIN REVIEW OF DOCUMENTS FROM COMPANY RE: SAME, AND ANALYSIS RE: MERITS OF MOTION (2.9). |
| RAMLO K | 06/08/07 | 5.70 | TELECONFERENCE AND CORRESPONDENCE WITH G. WARNER RE: CALSONIC STAY RELIEF MOTION (0.3); FURTHER REVIEW OF DOCUMENTS AND ANALYSIS RE: ISSUES RAISED BY CALSONIC AND REVIEW RELEVANT CASE LAW (5.4). |
| RAMLO K | 06/09/07 | 0.20 | ANALYSIS RE: MERIDIAN ADVERSARY FILING (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 06/11/07 | 2.10 | FURTHER ANALYSIS OF CALSONIC MOTION AND RELATED RESEARCH (1.0); CORRESPONDENCE WITH K. CRAFT RE: SAME (0.4); TELECONFERENCE WITH G. WARNER RE: CONFIDENTIALITY OF DOCUMENTS (0.3); FURTHER ANALYSIS OF MERIDIAN AVOIDANCE ACTION (0.4). |
| RAMLO K | 06/12/07 | 5.90 | REVIEW CORRESPONDENCE AND ADDITIONAL DOCUMENTS FROM G. WARNER RE: CALSONIC MOTION, ANALYSIS AND STRATEGY RE: SAME, AND BEGIN DRAFTING MEMO RE: SAME (4.5); CORRESPONDENCE WITH K. CRAFT RE: SAME (0.2); FURTHER ANALYSIS RE: RESPONDING TO OR ENJOINING MERIDIAN LAWSUIT AND BEGIN PREPARATION PAPERS RE: SAME (0.7); FOLLOW UP ON ORLIK NOTICE OF WITHDRAWAL (0.1); REVIEW BALDWIN SETTLEMENT AGREEMENT AND ARRANGE FOR REVISIONS (0.3); TELECONFERENCE WITH T. FARMER RE: ERISA DOCUMENT PRODUCTION (0.1). |
| RAMLO K | 06/13/07 | 4.10 | REVIEW ADVERSARY COMPLAINTS IN MERIDIAN BANKRUPTCY CASE AND MERIDIAN PROOF OF CLAIM, AND WORK ON STRATEGY RE: SAME (1.1); RESEARCH RE: CONTRACT FORMATION UNDER THE UNIFORM COMMERCIAL CODE RE: CALSONIC MOTION (1.2); TELECONFERENCE WITH K. CRAFT RE: CALSONIC MOTION (0.4); TELECONFERENCE WITH N. BERGER AND A. WINCHELL RE: CALSONIC CLAIMS (0.1); WORK ON STRATEGY RE: SAME (0.8); CORRESPONDENCE WITH K. CRAFT RE: CALSONIC PURCHASE ORDERS (0.1); TELECONFERENCES WITH T. FARMER RE: PRODUCTION OF DOCUMENT TO ERISA PLAINTIFFS (0.2); CORRESPONDENCE WITH J. PAPELIAN RE: SAME (0.2). |
| RAMLO K | 06/14/07 | 2.70 | CORRESPONDENCE WITH K. CRAFT RE: CALSONIC PURCHASE ORDERS (0.2); TELECONFERENCES WITH A. WINCHELL RE: RESOLVING CALSONIC MOTION (0.3); FURTHER ANALYSIS RE: RESPONDING TO CALSONIC MOTION (0.4); TELECONFERENCE WITH D. UNRUH, R. FLETEMERY AND B. HOUSTON RE: CALSONIC CLAIMS (0.3); REVISE OBJECTION TO CALSONIC MOTION (1.3); REVIEW MERIDIAN CASE DOCKETS (0.2). |
| RAMLO K | 06/15/07 | 0.60 | REVIEW STATUS OF MERIDIAN MATTER AND CORRESPONDENCE TO T. RADOM RE: SAME (0.3); TELECONFERENCE WITH M. RIALE RE: CALSONIC MOTION (0.1); CORRESPONDENCE AND TELECONFERENCE WITH A. WINCHELL RE: SAME (0.1); CORRESPONDENCE FROM A. MCMULLEN RE: CALSONIC SETTLEMENT POSTURE (0.1). |
| RAMLO K | 06/16/07 | 3.40 | FURTHER REVISE OBJECTION TO CALSONIC MOTION (3.4). |

27    B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| RAMLO K | 06/17/07 | 0.20 | FURTHER REVISIONS TO CALSONIC OBJECTION (0.2). |
| RAMLO K | 06/18/07 | 0.80 | REVIEW ADDITIONAL INFORMATION FROM G. WARNER RE: CALSONIC (0.2); TELECONFERENCES WITH K. CRAFT, A. WINCHELL RE: DRAFT OBJECTION AND STRATEGY (0.6). |
| RAMLO K | 06/21/07 | 0.10 | FOLLOW UP ON OBJECTION TO CALSONIC STAY RELIEF MOTION (0.1). |
| RAMLO K | 06/28/07 | 0.10 | REVIEW CORRESPONDENCE FROM G. SNYDER RE: MULTI PLASTICS SETOFF CLAIM (0.1). |
| RAMLO K | 06/29/07 | 0.10 | REVIEW DRAFT STAY PROCEDURES REPORTS (0.1). |
| | | 31.50 | |
| **Total Counsel** | | **31.50** | |
| ~~HERRIOTT AV~~ | ~~06/14/07~~ | ~~0.40~~ | ~~FORMULATE RESEARCH RE: AUTOMATIC STAY AND ITS APPLICABILITY IN SPECIFIED CIRCUMSTANCE (0.4).~~ |
| ~~HERRIOTT AV~~ | ~~06/15/07~~ | ~~0.40~~ | ~~REVIEW RESEARCH RE: THE APPLICABILITY OF THE AUTOMATIC STAY (0.4).~~ |
| ~~HERRIOTT AV~~ | ~~06/20/07~~ | ~~0.30~~ | ~~EVALUATE RESEARCH RE: AUTOMATIC STAY ISSUE (0.3).~~ |
| | | ~~1.10~~ | |
| HOUSTON BM | 06/01/07 | 4.00 | TELECONFERENCE WITH J. MCDONALD RE: REPORTING UNDER LIFT STAY PROCEDURES (0.3); CROSS-REFERENCE LIFT STAY PROCEDURES TRACKING CHART WITH PROPOSED MONTHLY REPORT (0.3); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.2); REVISE MONTHLY REPORT (0.2); SUPERVISE SUBMISSION OF SAME (0.2); REVIEW POTENTIAL SETTLEMENT AGREEMENT (0.6); RESEARCH CLAIM INFORMATION RE: SAME (0.3); TELECONFERENCE WITH J. MCDONALD AND G. VAYKO-FORD RE: POTENTIAL SETTLEMENT AGREEMENT (0.7); DRAFT CORRESPONDENCE TO G. VAYKO-FORD TO ADVISE ON EXECUTION OF OTHER SETTLEMENT AGREEMENTS (0.8); TELECONFERENCE WITH J. MCDONALD RE: OTHER SETTLEMENT AGREEMENTS (0.4). |
| HOUSTON BM | 06/04/07 | 1.10 | REVIEW EMAIL FROM P. TOTTIS RE: QUESTIONS ABOUT CLAIMS RESOLUTION AND LIFT STAY PROCEDURES (0.2); RESEARCH ISSUES RE: CLAIMS RESOLUTION UNDER LIFT STAY PROCEDURES (0.3); TELECONFERENCE WITH P. TOTTIS RE: SAME (0.6). |

28

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 06/05/07 | 2.20 | REVIEW EMAIL FROM R. FLETEMEYER RE: MONTHLY REPORT (0.3); TELECONFERENCE WITH J. MCDONALD RE: REVISIONS TO MONTHLY REPORT (0.5); REVIEW PROPOSED REVISIONS (0.3); SUPERVISE RESUBMISSION OF MONTHLY REPORT (0.6); DRAFT CORRESPONDENCE TO R. FLETEMEYER RE: REVISIONS (0.2); DRAFT EMAIL TO G. DICONZA RE: ORLIK MATTER (0.3). |
| HOUSTON BM | 06/06/07 | 5.20 | REVIEW MONTHLY REPORT AS SUBMITTED (0.1); EMAIL FROM G. DICONZA RE: ORLIK MATTER (0.2); FOLLOW UP WITH G. DICONZA RE: SAME. (0.2); REVIEW FILE ON ORLIK MATTER (0.4); DRAFT CORRESPONDENCE TO B. RODEHEFFER RE: ORLIK MATTER (0.4); TELECONFERENCE WITH J. MCDONALD RE: POTENTIAL SETTLEMENTS UNDER LIFT STAY PROCEDURES (0.4); REVIEW AND ANALYZE CALSONIC MOTION (0.4); REVIEW EXHIBITS TO SAME (0.3); PREPARE BRIEF SUMMARY OF CALSONIC MOTION AND EXHIBITS (0.3); STRATEGIZE RE: POTENTIAL RESPONSES TO SAME (0.7); RESEARCH TIMING ISSUES RE: OBJECTION DEADLINE TO CALSONIC MOTION (0.8); REVIEW SCHEDULING ORDERS RE: SAME (0.3); DRAFT CORRESPONDENCE TO R. JONES AND A. MCMULLEN RE: SCHEDULED HEARING DATE ON CALSONIC MOTION (0.7). |
| HOUSTON BM | 06/07/07 | 4.90 | REVIEW CALSONIC NOTICE OF RESCHEDULED HEARING (0.1); TELECONFERENCE WITH P. TOTTIS RE: CLAIMS RESOLUTION PROCESS AND EFFECT ON MATTERS BEING NEGOTIATED UNDER LIFT STAY PROCEDURES (0.4); DRAFT CORRESPONDENCE TO P. TOTTIS RE: SAME (0.2); RESEARCH ISSUES RE: EXPERT FEES AND ORLIK SETTLEMENT AGREEMENT (0.4); BEGIN RESEARCHING ISSUES RE: APPLICABILITY OF STAY TO POSTPETITION CONTRACTS (3.8). |
| HOUSTON BM | 06/08/07 | 7.40 | RESEARCH STAY ISSUES RE: CALSONIC MOTION (2.2); RESEARCH ISSUES RE: "CAUSE" (3.7); CONTINUE RESEARCHING APPLICABILITY OF STAY TO CALSONIC MOTION (1.5). |
| HOUSTON BM | 06/11/07 | 9.20 | REVIEW CALSONIC MOTION EXHIBITS (0.4); REVIEW EMAILS FROM G. WARNER (1.2); TELECONFERENCE WITH G. WARNER RE: CALSONIC MOTION (0.7); TELECONFERENCE WITH J. MARRAH RE: RELATED SUPPLIER CONTRACT (0.3); REVIEW RELATED SUPPLIER CONTRACT (0.2); RESEARCH ISSUES RE: TERMINATION PROVISION ISSUES (2.3); REVIEW AND ANALYZE CASE LAW RE: 541 AND POSTPETITION CONTRACTS (2.1); CONTINUE RESEARCHING ISSUES RE: APPLICABILITY OF STAY TO POSTPETITION CONTRACTS (2.0). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 06/12/07 | 8.70 | PARTICIPATE IN WORKING GROUP RE: ORLIK MATTER (0.3); EMAILS TO AND FROM P. TOTTIS RE: PROPOSED SETTLEMENT AGREEMENT (0.3); REVIEW PROPOSED SETTLEMENT AGREEMENT (0.5); STRATEGIZE RE: RESPONSE TO LANGUAGE ADDED BY OPPOSING PARTY TO SETTLEMENT (0.4); CONFERENCE CALL WITH P. TOTTIS RE: SAME (0.2); CONTINUE RESEARCHING ISSUES RE: TERMINATION PROVISION (2.7); CONFERENCE CALL WITH G. WARNER TO DISCUSS ADDITIONAL QUESTIONS RE: AGREEMENT WITH CALSONIC (0.6); BEGIN DRAFTING OBJECTION TO CALSONIC MOTION (3.7). |
| HOUSTON BM | 06/13/07 | 10.90 | RESEARCH TENN. LAW RE: TERMINATION PROVISION ISSUES (2.2); TELECONFERENCE WITH G. WARNER RE: AGREEMENT WITH CALSONIC AND RELATED FACTS (0.6); STRATEGIZE RE: POSSIBLE ARGUMENTS TO BE MADE IN OBJECTION (1.2); RESEARCH TERMINATION PROVISIONS AND "CAUSE" UNDER 362 (1.7); REVIEW AND ANALYZE CASE LAW ON CONTRACT FORMATION ISSUES UNDER TENN. LAW (2.7); CONTINUE DRAFTING OBJECTION (2.5). |
| HOUSTON BM | 06/14/07 | 11.30 | CONTINUE DRAFTING OBJECTION (1.7); RESEARCH CONTRACT INTEGRATION ISSUES UNDER UCC AND TENN. LAW (2.4); DRAFT EMAIL TO G. WARNER RE: TIMELINE OF AGREEMENT WITH CALSONIC (0.3); TELECONFERENCE WITH G. WARNER RE: SAME (0.4); CONTINUE RESEARCHING CONTRACT FORMATION ISSUES UNDER UCC AND TENN. LAW (2.5); PARTICIPATE IN WORKING GROUP RE: HISTORY AND STATUS OF CALSONIC PROOF OF CLAIM (0.3); CONTINUE DRAFTING OBJECTION (3.7). |
| HOUSTON BM | 06/15/07 | 9.20 | REVISE OBJECTION (0.9); STRATEGIZE RE: POTENTIAL OUT OF COURT APPROACHES TO CALSONIC MATTER (0.8); TELECONFERENCE WITH G. WARNER RE: SAME (0.5); CONTINUE RESEARCHING CONTRACT FORMATION ISSUES (2.9); ANALYZE TENN. AND OTHER STATE CASE LAW RE: TERMINATION PROVISIONS AND CONTRACT INTEGRATION (3.3);  DRAFT QUESTIONS FOR G. WARNER RE: CONTRACT FORMATION ISSUES (0.4); REVIEW AND EDIT OBJECTION (0.4). |
| HOUSTON BM | 06/16/07 | 3.10 | RESEARCH ISSUES RE: APPLICABILITY OF 105 AND 362 (1.3); REVISE OBJECTION (1.0); BEGIN DRAFTING SCRIPT RE: OBJECTION FOR HEARING (0.8). |
| HOUSTON BM | 06/17/07 | 2.20 | REVISE OBJECTION (0.3); RESEARCH AND ANALYZE POTENTIAL ISSUES RE: ACCEPTANCE AND NEW TERMS UNDER TENN. LAW (1.9). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 06/18/07 | 9.20 | REVIEW REVISED OBJECTION (0.4); DRAFT CORRESPONDENCE TO K. CRAFT RE: SAME (0.2); DRAFT ADDITIONAL QUESTIONS FOR G. WARNER RE: TERMINATION PROVISION AND CONTRACT INTEGRATION ISSUES (0.8); TELECONFERENCE WITH G. WARNER RE: SAME (0.7); PARTICIPATE IN WORKING GROUP TO DISCUSS STRATEGY RE: OBJECTION (0.4); ANALYZE RESEARCH RESULTS RE: ENTITIES RELATED TO CALSONIC (0.3); REVIEW SPREADSHEET FROM G. WARNER RE: REVENUE GENERATED UNDER AGREEMENT WITH CALSONIC (0.5); TELECONFERENCE WITH G. WARNER TO DISCUSS SAME (0.9); RESEARCH TRANSCRIPTS RE: SIMILAR MOTIONS TO CALSONIC MOTION (0.4); EMAILS TO AND FROM G. WARNER RE: REVENUES UNDER CALSONIC AGREEMENT (0.4); FOLLOW UP WITH B. RODEHEFFER RE: ORLIK MATTER (0.2); BEGIN DRAFTING DECLARATION IN SUPPORT OF OBJECTION (1.6); REVISE OBJECTION (0.7); ANALYZE ADDITIONAL CASE LAW RE: APPLICABILITY OF STAY TO POSTPETITION CONTRACTS (1.2); CONTINUE REVISING OBJECTION (0.5). |
| HOUSTON BM | 06/19/07 | 5.80 | DRAFT CORRESPONDENCE TO B. RODEHEFFER RE: ORLIK MATTER (0.2); TELECONFERENCE WITH B. RODEHEFFER RE: SAME (0.2); REVIEW EMAILS FROM J. MCDONALD RE: APPLICATION OF LIFT STAY PROCEDURES TO POTENTIAL EMPLOYEE CLAIM (0.3); TELECONFERENCE FROM J. MCDONALD RE: SAME (0.4); REVISE SCRIPT FOR HEARING ON OBJECTION (0.3); ANALYZE CASE LAW RE: APPLICABILITY OF 105 AND 362 (1.1); TELECONFERENCE WITH G. WARNER RE: DECLARATION IN SUPPORT OF OBJECTION (1.1); REVIEW EMAIL FROM A. MCMULLEN RE: OBJECTION DEADLINE (0.1); DRAFT CORRESPONDENCE TO G. WARNER RE: POTENTIAL COMPROMISE (0.2); TELECONFERENCE WITH G. WARNER RE: SAME (0.6); REVISE DECLARATION (0.4); REVIEW AND REVISE OBJECTION (0.5); DRAFT CORRESPONDENCE TO K. CRAFT RE: REVISED OBJECTION (0.2);  EDIT DECLARATION (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 06/20/07 | 3.20 | REVISE ALTERNATE SCRIPT FOR HEARING ON OBJECTION (0.4); REVIEW AND EDIT DECLARATION IN SUPPORT OF OBJECTION (0.2); TELECONFERENCE WITH G. WARNER TO DISCUSS STRATEGY RE: OBJECTION AND POTENTIAL COMPROMISE (0.7); DRAFT FOLLOW UP QUESTIONS FOR G. WARNER (0.3); REVIEW EMAILS FROM G. WARNER RE: PURCHASE ORDERS AND REVENUE GENERATED THEREUNDER (0.4); TELECONFERENCE WITH P. TOTTIS RE: DUFFETT, ASHERBRANNER, AND ELMORE MATTERS (0.3); DRAFT CORRESPONDENCE TO G. WARNER RE: REVISED OBJECTION (0.2); TELECONFERENCE WITH G. WARNER RE: PURCHASE ORDERS, REVISED OBJECTION, AND STRATEGY RE: POTENTIAL COMPROMISE (0.7). |
| HOUSTON BM | 06/21/07 | 5.30 | TELECONFERENCE FROM D. UNRUE RE: SETTLEMENTS UNDER LIFT STAY PROCEDURES AND CLAIMS RESOLUTION PROCESS (0.4); BEGIN DRAFTING FORM STIPULATION (0.8); DRAFT PROFFER FOR HEARING ON CALSONIC MOTION (0.7); REVISE ALTERNATE SCRIPT (0.6); TELECONFERENCE WITH G. WARNER RE: STATUS OF POTENTIAL COMPROMISE, PROFFER, AND REVISIONS TO OBJECTION (0.4); REVIEW AND EDIT PROFFER (0.3); DRAFT SUMMARY REPORT RE: STATUS OF OBJECTION AND POTENTIAL COMPROMISE (0.3); REVIEW EMAIL FROM A. MCMULLEN RE: STATUS OF CALSONIC MOTION (0.1); REVISE PROPOSED ORDER (0.3); DRAFT STIPULATION (0.8); DRAFT NOTICE OF WITHDRAWAL (0.2); UPDATE ALTERNATE SCRIPT (0.4). |
| HOUSTON BM | 06/22/07 | 5.80 | REVISE OBJECTION (0.3); REVIEW AND EDIT PROPOSED ORDER (0.2); REVISE ALTERNATE SCRIPT (0.4); STRATEGIZE RE: POTENTIAL COMPROMISE (0.8); DRAFT CORRESPONDENCE TO K. CRAFT RE: REVISED OBJECTION AND PROPOSED ORDER (0.2); PARTICIPATE IN WORKING GROUP TO DISCUSS OBJECTION AND POTENTIAL RESOLUTION OF CALSONIC MOTION (0.7); EDIT OBJECTION (0.3); REVIEW AND REVISE STIPULATION (0.4); DRAFT EMAIL TO G. WARNER RE: POTENTIAL RESOLUTION (0.2); DRAFT ADDITIONAL QUESTIONS FOR G. WARNER RE: SAME (0.6); PREPARE OBJECTION FOR FILING (0.5); PARTICIPATE IN WORKING GROUP RE: POTENTIAL RESOLUTION OF CALSONIC MOTION (0.2); TELECONFERENCE WITH A. MCMULLEN RE: RESOLUTION OF CALSONIC MOTION (0.3); REVISE NOTICE OF WITHDRAWAL (0.2); DRAFT CORRESPONDENCE TO A. MCMULLEN RE: SAME (0.2); DRAFT SUMMARY REPORT RE: RESOLUTION OF CALSONIC MOTION (0.3). |
| HOUSTON BM | 06/23/07 | 0.30 | DRAFT CORRESPONDENCE TO COMMITTEE RE: STATUS OF CALSONIC MOTION (0.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 06/25/07 | 0.40 | REVIEW EMAIL FROM P. TOTTIS RE: GROCE MATTER (0.1); REVIEW GROCE PROPOSED NOTICE OF WITHDRAWAL (0.1); DRAFT CORRESPONDENCE TO P. TOTTIS RE: SAME (0.2). |
| HOUSTON BM | 06/26/07 | 0.60 | TELECONFERENCE WITH P. TOTTIS RE: GROCE AND DUFFETT MATTERS (0.4); DRAFT CORRESPONDENCE TO P. TOTTIS RE: GROCE MATTER (0.2). |
| HOUSTON BM | 06/27/07 | 1.70 | TELECONFERENCE WITH J. MCDONALD RE: MONTHLY AND QUARTERLY REPORTS AND RELATED ISSUES (0.6); EMAIL FROM J. MCDONALD RE: POTENTIAL SETTLEMENT AGREEMENT (0.2); REVIEW PROPOSED SETTLEMENT AGREEMENT (0.4); DRAFT CORRESPONDENCE TO J. MCDONALD RE: SAME (0.3); FOLLOW UP WITH G. WARNER RE: CALSONIC MOTION (0.2). |
| HOUSTON BM | 06/28/07 | 5.70 | TELECONFERENCE WITH J. MCDONALD RE: QUARTERLY REPORT (0.4); RESPOND TO QUESTIONS RE: POTENTIAL SETTLEMENT AGREEMENTS (1.2); DRAFT CORRESPONDENCE TO J. MCDONALD RE: SAME (0.2); REVIEW AND REVISE DRAFT QUARTERLY REPORT (0.7); REVIEW AND REVISE DRAFT MONTHLY REPORT (0.3); TELECONFERENCE WITH J. MCDONALD RE: CHANGES TO REPORTS (0.4); REVIEW AND REVISE PROPOSED SETTLEMENT AGREEMENT (1.0); EMAIL FROM J. MCDONALD RE: SAUNDERS MATTER (0.2); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.5); REVIEW SETOFF REQUEST (0.3); EMAIL FROM A. MCMULLEN RE: CALSONIC MOTION (0.1); STRATEGIZE RE: RESPONSE TO SAME (0.4). |
| HOUSTON BM | 06/29/07 | 4.30 | EMAILS TO AND FROM J. MCDONALD RE: REVISED REPORTS (0.5); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.4); EDIT REVISED REPORTS (0.2); RESEARCH CLAIMS INFORMATION FOR NEGOTIATIONS TRACKING FORM (0.5); RESPOND TO QUESTIONS FROM J. MCDONALD RE: RICH AND ASHERBRANNER MATTERS (0.6); REVIEW AND REVISE PROPOSED SETTLEMENT AGREEMENTS (1.2); EMAILS TO AND FROM R. FLETEMEYER RE: DRAFT REPORTS (0.4); TELECONFERENCE WITH R. FLETEMEYER RE: SAME (0.2); DRAFT CORRESPONDENCE TO J. MCDONALD RE: CHANGES TO REPORTS BASED ON CONFERENCE CALL WITH R. FLETEMEYER (0.3). |
| | | 121.70 | |
| **Total Associate** | | 122.80 | |
| **TOTAL TIME** | | <u>161.90</u> | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  **Bill Date: 07/31/07**
Automatic Stay (Relief Actions)  Bill Number: 1168053

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/08/07 | Copy Center, D | 1.16 |
| In-house Reproduction | 06/12/07 | Copy Center, D | 0.17 |
| In-house Reproduction | 06/19/07 | Copy Center, D | 0.67 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.82 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 1.74 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.28 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.13 |
| Telephone Expense-ECRS only | 06/29/07 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$3.00** |
| Lexis/Nexis | 06/01/07 | Stuart NL | 415.22 |
| Lexis/Nexis | 06/18/07 | Stuart NL | 11.78 |
| | | **TOTAL LEXIS/NEXIS** | **$427.00** |
| Westlaw | 06/04/07 | Houston BM | 102.48 |
| Westlaw | 06/08/07 | Houston BM | 626.74 |
| Westlaw | 06/11/07 | Houston BM | 316.94 |
| Westlaw | 06/12/07 | Houston BM | 31.36 |
| Westlaw | 06/13/07 | Houston BM | 741.39 |
| Westlaw | 06/14/07 | Houston BM | 233.51 |
| Westlaw | 06/15/07 | Houston BM | 698.28 |
| Westlaw | 06/15/07 | Meek A | 277.01 |
| Westlaw | 06/17/07 | Ramlo K | 31.22 |
| Westlaw | 06/18/07 | Meek A | 63.22 |
| Westlaw | 06/20/07 | Meek A | 110.85 |
| | | **TOTAL WESTLAW** | **$3,233.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 06/14/07 | Conference Plus Inc. | 2.75 |
| Vendor Hosted Telecon-ferencing | 06/21/07 | Conference Plus Inc. | 1.33 |
| Vendor Hosted Telecon-ferencing | 06/21/07 | Conference Plus Inc. | 3.92 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$8.00** |
| | | **TOTAL MATTER** | **$3,673.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                   Bill Date: 08/31/07
Automatic Stay (Relief Actions)                            Bill Number: 1178615

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOUSTON BM | 07/05/07 | 2.00 | REVIEW REVISED PROPOSED SETTLEMENT AGREEMENT (0.2); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.4); TELECONFERENCE WITH G. VAYKO-FORD AND J. MCDONALD RE: REVISED PROPOSED SETTLEMENT AGREEMENT, FURTHER NECESSARY REVISIONS, AND NEXT STEPS IN SETTLEMENT PROCESS (0.6); EDIT REVISED PROPOSED SETTLEMENT AGREEMENT (0.3); DRAFT CORRESPONDENCE TO G. VAYKO-FORD WITH FOLLOW-UP ANSWERS AND SUGGESTIONS RE: REVISED PROPOSED SETTLEMENT AGREEMENT (0.2); EMAILS TO AND FROM J. MCDONALD RE: SAME (0.2); TELECONFERENCE WITH P. TOTTIS RE: ELMORE AND BALDWIN MATTERS (0.1). |
| HOUSTON BM | 07/06/07 | 0.50 | REVIEW EMAIL FROM P. TOTTIS RE: ELMORE MATTER (0.1); REVIEW ELMORE FILE (0.2); TELECONFERENCE WITH P. TOTTIS RE: SAME (0.2). |
| HOUSTON BM | 07/09/07 | 1.90 | TELECONFERENCE WITH G. WARNER RE: CALSONIC MATTER (0.1); TELECONFERENCE WITH B. RODEHEFFER RE: ORLIK MATTER (0.1); DRAFT CORRESPONDENCE TO B. RODEHEFFER RE: WITHDRAWAL OF ORLIK LIFT STAY MOTION (0.2); REVIEW EMAIL FROM M. SHORT RE: RICH MATTER (0.1); TELECONFERENCE WITH M. SHORT AND J. MCDONALD RE: RICH MATTER AND PROPOSED REVISED SETTLEMENT AGREEMENT (0.4); FOLLOW-UP CALL FROM G. WARNER RE: CALSONIC MATTER (0.3); REVISE PROPOSED REVISED SETTLEMENT AGREEMENT (0.4); DRAFT CORRESPONDENCE TO M. SHORT, J. MCDONALD, AND G. VAYKO-FORD RE: RICH MATTER AND REVISED PROPOSED SETTLEMENT AGREEMENT (0.2); DRAFT FOLLOW-UP CORRESPONDENCE TO B. RODEHEFFER RE: ORLIK WITHDRAWAL (0.1). |
| HOUSTON BM | 07/10/07 | 1.00 | TELECONFERENCE WITH J. MCDONALD RE: REVISED PROPOSED SETTLEMENT AGREEMENT (0.2); TELECONFERENCE WITH J. MCDONALD AND M. SHORT RE: RICH MATTER (0.3); DRAFT FOLLOW-UP CORRESPONDENCE TO M. SHORT RE: SAME (0.1); TELECONFERENCE WITH M. SHORT TO DISCUSS REVISIONS TO PROPOSED SETTLEMENT AGREEMENT AND DISCUSS STATUS WITH REGARD TO ADDITIONAL PROPOSED SETTLEMENTS (0.4). |
| HOUSTON BM | 07/11/07 | 0.90 | REVIEW EMAIL FROM B. RODEHEFFER RE: ORLIK WITHDRAWAL (0.2); STRATEGIZE RE: RESPONSE TO SAME (0.3); TELECONFERENCE WITH B. RODEHEFFER RE: ORLIK MATTER (0.2); DRAFT FOLLOW-UP EMAIL TO B. RODEHEFFER RE: SAME (0.2). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 07/12/07 | 0.70 | REVIEW EMAIL FROM M. JENNINGS RE: ORLIK WITHDRAWAL AND ATTACHED NOTICE OF WITHDRAWAL (0.2); STRATEGIZE RE: RESPONSE TO EMAIL (0.3); DRAFT CORRESPONDENCE TO M. JENNINGS RE: NOTICE OF WITHDRAWAL AND NEXT STEPS (0.2). |
| HOUSTON BM | 07/17/07 | 0.40 | TELECONFERENCE WITH J. MCDONALD RE: PROPOSED SETTLEMENTS (0.2); TELECONFERENCE WITH M. JENNINGS RE: ORLIK MATTER (0.1); DRAFT FOLLOW-UP EMAIL TO M. JENNINGS RE: ORLICK WITHDRAWAL (0.1). |
| HOUSTON BM | 07/18/07 | 0.40 | REVIEW EMAIL FROM M. JENNINGS RE: ORLIK WITHDRAWAL (0.1); DRAFT RESPONSE TO SAME (0.1); TELECONFERENCE WITH M. JENNINGS RE: SAME (0.2). |
| HOUSTON BM | 07/20/07 | 0.90 | REVIEW REVISED PROPOSED SETTLEMENT AGREEMENTS (0.3); RESEARCH CLAIM ISSUES RE: SAUNDERS MATTER (0.4); DRAFT CORRESPONDENCE TO J. MCDONALD RE: SAME (0.2). |
| HOUSTON BM | 07/30/07 | 1.50 | REVIEW FINALIZED SETTLEMENTS TO DATE AND RELATED FILES (0.4); CROSS-REFERENCE WITH PRIOR QUARTERLY REPORT AND JUNE MONTHLY REPORT (0.3); STRATEGIZE RE: CREATION OF INTERNAL REPORT OF SETTLEMENTS FOR CLAIMS RESOLUTION PURPOSES AND INFORMATION TO BE INCLUDED THEREIN (0.3); REVIEW SETOFF REQUEST (0.3); TELECONFERENCE WITH J. MCDONALD RE: JULY MONTHLY REPORT (0.2). |
| HOUSTON BM | 07/31/07 | 2.20 | REVIEW EMAIL FROM J. MCDONALD RE: JULY MONTHLY REPORT (0.1); DRAFT RESPONSE TO J. MCDONALD RE: SAME (0.1); CALL FROM J. MCDONALD RE: MONTHLY REPORT AND ISSUES RE: INTERNAL PROCEDURES FOR FINAL SETTLEMENTS (0.4); EMAILS TO AND FROM J. MCDONALD RE: STATEMENT OF INTERNAL PROCEDURES FOR FINAL SETTLEMENTS (0.3); EDIT AND REVISE STATEMENT OF INTERNAL PROCEDURES (1.1); TELECONFERENCE WITH J. MCDONALD TO DISCUSS REVISIONS OF SAME (0.2). |
| | | **12.40** | |
| **Total Associate** | | **12.40** | |
| **TOTAL TIME** | | **12.40** | |

35                                                                 B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 08/31/07**
Automatic Stay (Relief Actions)  **Bill Number: 1178615**

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| In-house Reproduction | 07/31/07 | Copy Center, D | 2.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Lexis/Nexis | 07/16/07 | Stuart NL | 12.00 |
| | | **TOTAL LEXIS/NEXIS** | **$12.00** |
| Westlaw | 07/02/07 | Meek A | 3.58 |
| Westlaw | 07/03/07 | Meek A | 10.30 |
| Westlaw | 07/10/07 | Meek A | 13.88 |
| Westlaw | 07/12/07 | Meek A | 25.63 |
| Westlaw | 07/16/07 | Meek A | 20.61 |
| | | **TOTAL WESTLAW** | **$74.00** |
| Outside Research/Internet Services | 07/10/07 | Pacer Service Center | 22.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$22.00** |
| | | **TOTAL MATTER** | **$110.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

```
Delphi Corporation (DIP)                                BILL Date: 09/30/07
Automatic Stay (Relief Actions)                         Bill Number: 1181367
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOUSTON BM | 08/01/07 | 1.60 | CREATE REPORT RE: SETTLEMENTS UNDER LIFT STAY PROCEDURES (1.4); DRAFT EMAIL TO K. CRAFT, D. UNRUE, AND T. BEHNKE RE: SAME (0.2). |
| HOUSTON BM | 08/02/07 | 2.30 | REVIEW LIFT STAY PROCEDURES AND MOTION (0.2); DRAFT FORM STIPULATION FOR SETTLEMENTS UNDER LIFT STAY PROCEDURES (2.1). |
| HOUSTON BM | 08/06/07 | 1.00 | REVIEW EMAIL FROM P. TOTTIS RE: ELMORE MATTER (0.2); DRAFT RESPONSE TO P. TOTTIS RE: SAME (0.2); STRATEGIZE RE: APPROACH TO ELMORE MEDIATION (0.6). |
| HOUSTON BM | 08/08/07 | 2.20 | TELECONFERENCE WITH P. TOTTIS RE: ELMORE MATTER (0.5); DEVELOP APPROACH TO MEDIATION OF SAME (1.3); TELECONFERENCE WITH P. TOTTIS AND K. PFLAUM RE: POTENTIAL SETTLEMENT (0.4). |
| HOUSTON BM | 08/09/07 | 2.60 | REVIEW AND REVISE DRAFT OF ELMORE SETTLEMENT AGREEMENT (2.3); TELECONFERENCE WITH P. TOTTIS RE: SAME (0.3). |
| HOUSTON BM | 08/14/07 | 0.90 | REVIEW DAVIS MATTER (0.2); DRAFT EMAIL IN RESPONSE TO D. UNRUE'S INQUIRY INTO SAME (0.2); TELECONFERENCE WITH P. NEWTON RE: GROCE MATTER (0.2); DRAFT FOLLOW-UP CORRESPONDENCE TO P. NEWTON RE: SAME (0.3). |
| HOUSTON BM | 08/16/07 | 0.60 | REVIEW EMAIL FROM M. SHORT RE: RICH MATTER (0.1); DRAFT RESPONSE TO M. SHORT RE: SAME (0.2); TELECONFERENCE WITH J. MCDONALD RE: RICH AND DAVIS MATTERS (0.3). |
| HOUSTON BM | 08/20/07 | 2.60 | REVISE AND RE-DRAFT PROPOSED ELMORE SETTLEMENT (1.6); DRAFT CORRESPONDENCE TO P. TOTTIS RE: SAME (0.2); REVIEW FAX FROM G. MOORE RE: ELMORE MATTER (0.1); TELECONFERENCE WITH P. TOTTIS RE: SAME (0.2); DRAFT FOLLOW-UP CORRESPONDENCE TO P. TOTTIS RE: SAME (0.1); PREPARE INFORMAL SUMMARY UPDATE OF ELMORE MATTER (0.4). |
| HOUSTON BM | 08/21/07 | 0.50 | DRAFT CORRESPONDENCE TO P. TOTTIS RE: REVISED PROPOSED ELMORE SETTLEMENT AGREEMENT (0.2); TELECONFERENCE WITH P. TOTTIS RE: SAME (0.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 08/22/07 | 2.20 | REVIEW EMAILS FROM P. TOTTIS RE: ELMORE MATTER (0.6); TELECONFERENCES WITH P. TOTTIS RE: PROPOSED ELMORE SETTLEMENT (0.9); TELECONFERENCE WITH P. TOTTIS AND K. PFLAUM RE: SAME (0.4); DRAFT FOLLOW-UP CORRESPONDENCE TO P. TOTTIS RE: SAME (0.3). |
| HOUSTON BM | 08/23/07 | 0.40 | DRAFT FOLLOW-UP EMAIL TO M. SHORT RE: RICH AND DAVIS MATTERS (0.2); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.2). |
| HOUSTON BM | 08/24/07 | 2.30 | REVIEW EMAIL FROM P. TOTTIS RE: STEJAKOWSKI MATTER (0.2); REVIEW STEJAKOWSKI FILE (0.4); TELECONFERENCE WITH P. TOTTIS RE: SAME (0.3); DRAFT EMAIL TO J. DELUCA RE: UPDATE ON GRIGOLEIT MATTER (0.2); REVIEW PROPOSED SETTLEMENT LANGUAGE IN ELMORE MATTER (1.0); TELECONFERENCE WITH P. TOTTIS RE: SAME (0.2). |
| HOUSTON BM | 08/27/07 | 2.30 | TELECONFERENCE WITH P. TOTTIS RE: ELMORE MATTER (0.3); RESEARCH ISSUES RE: INDEMNIFICATION AND SETTLEMENTS UNDER LIFT STAY PROCEDURES (1.8); DRAFT FOLLOW-UP EMAIL TO P. TOTTIS REQUESTING ADDITIONAL INFORMATION (0.2). |
| HOUSTON BM | 08/28/07 | 4.90 | TELECONFERENCE WITH P. TOTTIS RE: ELMORE MATTER (0.2); REVIEW AND ANALYZE INDEMNIFICATION ISSUES (2.8); OUTLINE POTENTIAL 3RD PARTY AGREEMENT (1.4); REVIEW EMAIL FROM J. MCDONALD RE: MONTHLY REPORT (0.1); DRAFT RESPONSE TO J. MCDONALD RE: SAME (0.2); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.2). |
| HOUSTON BM | 08/29/07 | 0.50 | REVIEW BALDWIN SETTLEMENT (0.3); TELECONFERENCE WITH J. MCDONALD RE: MONTHLY REPORT (0.2). |
| HOUSTON BM | 08/30/07 | 0.40 | REVIEW MONTHLY REPORT FOR JULY (0.2); DRAFT FOLLOW-UP EMAIL TO P. TOTTIS RE: ELMORE MATTER (0.2). |
| | | 27.30 | |
| **Total Associate** | | 27.30 | |
| **TOTAL TIME** | | <u>27.30</u> | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                    Bill Date: 10/31/07
Automatic Stay (Relief Actions)                             Bill Number: 1182831

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HOUSTON BM | 09/04/07 | 3.00 | TELECONFERENCE WITH P. TOTTIS RE: ELMORE MATTER (0.4); RESEARCH RELEASE ISSUES RE: ELMORE MATTER (2.1); PREPARE INTERNAL MONTHLY REPORT (0.3); DRAFT EMAIL TO K. CRAFT, D. UNRUE, & T. BEHNKE RE: SAME (0.2). |
| HOUSTON BM | 09/05/07 | 0.80 | TELECONFERENCE WITH J. MCDONALD RE: MONTHLY REPORT (0.2); REVIEW MONTHLY REPORT (0.1); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.2); TELECONFERENCE WITH J. MCDONALD RE: STATUS OF UNRESOLVED MATTERS UNDER LIFT STAY PROCEDURES (0.3). |
| HOUSTON BM | 09/12/07 | 2.60 | EMAILS TO AND FROM P. TOTTIS RE: ELMORE MATTER (0.2); REVIEW AND ANALYZE ISSUES RE: MUTUAL RELEASES (2.4). |
| HOUSTON BM | 09/18/07 | 0.80 | TELECONFERENCE WITH P. TOTTIS & K. PFLAUM RE: ELMORE MATTER (0.6); FOLLOW-UP EMAILS TO P. TOTTIS RE: SAME (0.2). |
| HOUSTON BM | 09/21/07 | 2.10 | DRAFT STATUS MEMOS FOR OUTSTANDING MATTERS BEING NEGOTIATED UNDER LIFT STAY PROCEDURES, REPORTING PROCEDURES, AND SETTLEMENT PROCESS (2.1). |
| HOUSTON BM | 09/24/07 | 0.30 | EMAILS TO AND FROM J. MCDONALD RE: MONTHLY AND QUARTERLY REPORTS (0.3). |
| HOUSTON BM | 09/26/07 | 0.30 | DRAFT INTERNAL MONTHLY REPORT (0.3). |
| HOUSTON BM | 09/27/07 | 0.40 | FOLLOW-UP EMAILS TO AND FROM P. NEWTON RE: DUFFETT AND GROCE MATTERS (0.4). |
|  |  | 10.30 |  |
| **Total Associate** |  | 10.30 |  |
| **TOTAL TIME** |  | <u>10.30</u> |  |

18

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

Delphi Corporation (DIP)                                            Bill Date: 10/31/07
Automatic Stay (Relief Actions)                                     Bill Number: 1182831

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/04/07 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Print Images to Paper (from Electronic Media) | 09/07/07 | Copy Center, D | 63.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$63.00** |
| | | **TOTAL MATTER** | **$64.00** |

B43E