SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-24
CUSTOMER MATTERS (REVIEWS / INVESTIGATIONS)
121.8 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                                                     **Bill Date: 08/31/07**
**Customer Matters (Reviews/Investigations)**                **Bill Number: 1178615**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 07/03/07 | 0.40 | RECEIVE AND BEGIN TO REVIEW UPDATED DAMAGES ASSESSMENT RE: GM CAUSES OF ACTION (0.4). |
| BUTLER, JR. J | 07/09/07 | 0.20 | EMAILS TO/FROM B. ROSENBERG RE: STN MOTION AND FURTHER ADJOURNMENT TO AUGUST, 2007 OMNIBUS HEARING (0.2). |
| BUTLER, JR. J | 07/27/07 | 0.60 | REVIEW MDL PLAINTIFFS' DRAFT COMPLAINT AGAINST GM (0.4); TELECONFERENCE WITH D. SHERBIN RE: SAME (0.2). |
| | | 1.20 | |
| **Total Partner** | | **1.20** | |
| GARNER LP | 07/02/07 | 0.80 | ANALYSIS OF LIMITATIONS ISSUES IN CONNECTION WITH POTENTIAL ESTATE CLAIMS AGAINST GM (0.8). |
| GARNER LP | 07/10/07 | 1.50 | REVIEW AND EDIT PRESENTATION ON AVOIDANCE ACTIONS RE: TIMING ISSUE FOR POTENTIAL GM CLAIMS AND OTHER MATTERS (1.5). |
| GARNER LP | 07/12/07 | 0.50 | GATHER AND REVIEW DOCUMENTS IN CONNECTION WITH FTI DAMAGES ANALYSIS (0.5). |
| GARNER LP | 07/19/07 | 0.60 | WORK WITH FTI ON FINALIZING DAMAGES ANALYSIS (0.6). |
| GARNER LP | 07/20/07 | 0.80 | PREPARE CHART FOR FTI RE: DAMAGES ANALYSIS (0.8). |
| | | 4.20 | |
| **Total Counsel** | | **4.20** | |
| **TOTAL TIME** | | **5.40** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 08/31/07**
Customer Matters (Reviews/Investigations)  Bill Number: 1178615

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 07/17/07 | Lazaroff KA | 103.59 |
| Westlaw | 07/18/07 | Lazaroff KA | 677.68 |
| Westlaw | 07/20/07 | Lazaroff KA | 314.53 |
| Westlaw | 07/24/07 | Lazaroff KA | 499.10 |
| Westlaw | 07/30/07 | Lazaroff KA | 298.77 |
| Westlaw | 07/31/07 | Lazaroff KA | 280.33 |
| | | **TOTAL WESTLAW** | **$2,174.00** |
| | | **TOTAL MATTER** | **$2,174.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 09/30/07 |
|---|---|---|---|
| Customer Matters (Reviews/Investigations) | | | Bill Number: 1181367 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOGAN III AL | 08/09/07 | 3.10 | CONFERENCE WITH LITIGATION WORKING GROUP RE: DEVELOPMENT OF DOCUMENTS IN PREPARATION FOR FILING OF PRESERVATION PLEADING WITH RESPECT TO CERTAIN ESTATE CLAIMS, AND REVIEW OF CERTAIN OTHER FILINGS IN COMMITTEE CLAIMS OF CAUSES OF ACTION AGAINST GM (3.1). |
| HOGAN III AL | 08/13/07 | 0.40 | DISCUSSION WITH FTI REPRESENTATIVES RE: COMPLETION OF ANALYSIS CONCERNING POTENTIAL ESTATE CLAIMS (0.4). |
| HOGAN III AL | 08/24/07 | 0.80 | CONFERENCE WITH D. SHERBIN, J. SHEEHAN, AND FTI REPRESENTATIVES RE: ANALYSIS OF CERTAIN CLAIMS AND ISSUES (0.8). |
| | | 4.30 | |
| **Total Partner** | | **4.30** | |
| GARNER LP | 08/03/07 | 1.20 | REVIEW MATERIALS FROM MDL ACTION RE: POTENTIAL CLAIMS AGAINST GM (0.6); CONSIDERATION OF POTENTIAL ASSERTION OF ESTATE CLAIMS AGAINST GM (0.6). |
| GARNER LP | 08/09/07 | 1.80 | CONSIDERATION OF COMPLAINT/TOLLING AGREEMENT WITH GM (1.8). |
| GARNER LP | 08/15/07 | 0.50 | BRIEF REVIEW OF MEMO RE: DRAFT GM COMPLAINT (0.5). |
| GARNER LP | 08/23/07 | 0.80 | REVIEW AND COMMENT ON FTI REPORT RE: GM CLAIMS (0.8). |
| GARNER LP | 08/27/07 | 1.00 | REVIEW AND COMMENT ON FTI PRESENTATION RE: GM CLAIMS (1.0). |
| GARNER LP | 08/28/07 | 1.70 | REVIEW AND COMMENT ON FTI PRESENTATION RE: GM CLAIMS (0.5); CONSIDERATION OF GM COMPLAINT/TOLLING AGREEMENT (1.2). |
| | | 7.00 | |
| **Total Counsel** | | **7.00** | |
| GUZZARDO J | 08/09/07 | 3.60 | TEAM MEETING RE: LEGAL RESEARCH AND DRAFTING FOR POTENTIAL GM CLAIMS AND DEFENSES (0.5); LEGAL RESEARCH AND DRAFTING OF SAME (3.1). |
| GUZZARDO J | 08/10/07 | 2.10 | LEGAL RESEARCH RE: POTENTIAL GM CLAIMS AND DEFENSES (2.1). |
| GUZZARDO J | 08/11/07 | 5.10 | LEGAL RESEARCH IN CONNECTION WITH THE PRESERVATION OF POTENTIAL GM CLAIMS (5.1). |
| GUZZARDO J | 08/12/07 | 5.20 | DRAFT LITIGATION MATERIALS IN CONNECTION WITH POTENTIAL GM CLAIMS (5.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GUZZARDO J | 08/13/07 | 6.10 | DRAFT LITIGATION MATERIALS IN CONNECTION WITH POTENTIAL GM CLAIMS (6.1). |
| GUZZARDO J | 08/14/07 | 5.70 | DRAFT LITIGATION MATERIALS IN CONNECTION WITH POTENTIAL GM CLAIMS (5.7). |
| GUZZARDO J | 08/29/07 | 3.70 | EDIT AND DRAFT OF LEGAL DOCUMENTS IN CONNECTION WITH GM (3.7). |
| GUZZARDO J | 08/30/07 | 3.00 | DRAFT OF LEGAL DOCUMENTS IN CONNECTION WITH POTENTIAL GM CLAIMS (3.0). |
| GUZZARDO J | 08/31/07 | 7.20 | EDIT AND DRAFT OF LEGAL DOCUMENTS IN CONNECTION WITH POTENTIAL GM CLAIMS (7.2). |
| | | 41.70 | |
| **Total Associate** | | 41.70 | |
| **TOTAL TIME** | | <u>53.00</u> | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

```
Delphi Corporation (DIP)                              Bill Date: 10/31/07
Customer Matters (Reviews/Investigations)             Bill Number: 1182831
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 09/28/07 | 1.30 | REVIEW AND REVISE PROPOSED GM STIPULATION (0.6); BEGIN TO REVIEW DRAFT GM COMPLAINT (0.3); EMAILS FROM/TO B. ROSENBERG (0.2); TELECONFERENCE WITH D. SHERBIN, S. CORCORAN AND J. SHEEHAN RE: SAME (0.2). |
| | | 1.30 | |
| **Total Partner** | | **1.30** | |
| GARNER LP | 09/06/07 | 4.20 | REVIEW GM COMPLAINT AND INVESTIGATION DOCUMENTS (4.2). |
| GARNER LP | 09/07/07 | 2.00 | REVIEW DOCUMENTS RELATED TO GM SETTLEMENT (2.0). |
| GARNER LP | 09/10/07 | 4.30 | LEGAL RESEARCH FOR POTENTIAL GM CLAIMS (4.3). |
| GARNER LP | 09/11/07 | 1.50 | WORK ON GM COMPLAINT (1.5). |
| GARNER LP | 09/12/07 | 4.20 | WORK ON TOLLING AGREEMENT WITH GM (1.2); WORK ON GM COMPLAINT AND REVIEW RELATED DOCUMENTS (3.0). |
| GARNER LP | 09/13/07 | 1.80 | CONSIDERATION OF GM TOLLING ISSUES AND LEGAL RESEARCH RE: SAME (1.8). |
| GARNER LP | 09/14/07 | 5.70 | PREPARE GM TOLLING AGREEMENT (5.7). |
| GARNER LP | 09/16/07 | 3.00 | WORK ON GM COMPLAINT (3.0). |
| GARNER LP | 09/17/07 | 5.30 | CONSIDERATION OF GM AVOIDANCE ACTION ISSUES (1.5); REVIEW AND EDIT GM COMPLAINT (3.8). |
| GARNER LP | 09/18/07 | 3.00 | REVIEW AND EDIT GM COMPLAINT AND RELATED DOCUMENTS (3.0). |
| GARNER LP | 09/25/07 | 7.50 | WORK ON GM COMPLAINT (6.8); REVIEW AND COMMENT ON TOLLING AGREEMENT (0.7). |
| GARNER LP | 09/26/07 | 8.30 | WORK ON GM COMPLAINT (8.3). |
| GARNER LP | 09/27/07 | 3.50 | REVIEW AND COMMENT ON GM COMPLAINT AND RELATED DOCUMENTS (3.5). |
| GARNER LP | 09/28/07 | 5.70 | REVIEW AND EDIT GM COMPLAINT (5.7). |
| | | 60.00 | |
| **Total Counsel** | | **60.00** | |
| GUZZARDO J | 09/20/07 | 2.10 | REVIEW LITIGATION SETTLEMENT DOCUMENTS (2.1). |
| | | 2.10 | |
| **Total Associate** | | **2.10** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**TOTAL TIME**                                    <u>**63.40**</u>

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**　　　　　　　　　　　　　　　　　**Bill Date: 10/31/07**
**Customer Matters (Reviews/Investigations)**　　　　　　　**Bill Number: 1182831**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 09/25/07 | Garner LP | 32.00 |
| | | **TOTAL WESTLAW** | **$32.00** |
| | | **TOTAL MATTER** | **$32.00** |

B43E