SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05--44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-25
REPORTS AND SCHEDULES
75.3 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Reports and Schedules

Bill Date: 07/31/07  
Bill Number: 1168053

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 06/20/07 | 1.10 | REVIEW AND REVISE MAY OPERATING REPORT (0.9) AND RELATED CLIENT CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 06/21/07 | 0.40 | REVIEW REVISED VERSION OF MAY OPERATING REPORT (0.4). |
|  |  | 1.50 |  |
| **Total Partner** |  | **1.50** |  |
| MATZ TJ | 06/04/07 | 0.20 | FOLLOW UP RE: OUTSTANDING MORS (0.2). |
| MATZ TJ | 06/08/07 | 0.20 | CORRESPONDENCE WITH A. KULIKOWSKI RE: MAY MONTHLY OPERATING REPORT (0.1); TELECONFERENCE WITH A. KULIKOWSKI RE: SAME (0.1). |
| MATZ TJ | 06/20/07 | 2.30 | REVIEW AND COMMENT ON DRAFT JUNE MONTHLY OPERATING REPORT (1.1); TELECONFERENCES WITH A. KULIKOWSKI RE: REVISIONS TO JUNE MONTHLY OPERATING REPORT (0.2); CORRESPONDENCE WITH K. GURUPE, A. KULIKOWSKI RE: SAME (0.2); CONSIDER SAME (0.4); FURTHER CORRESPONDENCE WITH A. KULIKOWSKI RE: JUNE MONTHLY OPERATING REPORT (0.1); TELECONFERENCE WITH A. KULIKOWSKI RE: SAME (0.3). |
| MATZ TJ | 06/22/07 | 0.60 | REVIEW AND COMMENT ON REVISED DRAFT OF JUNE MONTHLY OPERATING REPORT (0.4); CORRESPONDENCE WITH A. KULIKOWSKI RE: SAME (0.2). |
| MATZ TJ | 06/25/07 | 0.40 | CORRESPONDENCE WITH A. KULIKOWSKI RE: MAY MONTHLY OPERATING REPORT MATTERS (0.4). |
| MATZ TJ | 06/27/07 | 1.50 | TELECONFERENCE WITH A. KULIKOWSKI RE: MAY MONTHLY OPERATING REPORT (0.2); CORRESPONDENCE WITH A. KULIKOWSKI RE: SAME (0.2); REVIEW AND REVISE SAME (0.2); FURTHER CORRESPONDENCE WITH A. KULIKOWSKI RE: SAME (0.2); REVIEW REVISIONS TO MAY MONTHLY OPERATING REPORT FOR D. CHILDS (0.3); TELECONFERENCE WITH D. CHILDS RE: MAY MONTHLY OPERATING REPORT (0.2); REVIEW CORRESPONDENCE FROM D. CHILDS RE: FINAL MAY MONTHLY OPERATING REPORT (0.2). |
| MATZ TJ | 06/29/07 | 0.20 | REVIEW FINAL DRAFT OF MAY MONTHLY OPERATING REPORT FOR FILING (0.2). |
|  |  | 5.40 |  |
| **Total Counsel** |  | **5.40** |  |

189                                                                 B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| ~~GRANT K~~ | ~~06/22/07~~ | ~~1.40~~ | ~~REVIEW AND REVISE MAY MONTHLY OPERATING REPORT. (1.4).~~ |
| ~~GRANT K~~ | ~~06/27/07~~ | ~~0.40~~ | ~~CONTINUE TO WORK ON MAY OPERATING REPORT (0.4).~~ |
| | | ~~1.80~~ | |
| HARDIN AS | 06/19/07 | 0.80 | WORKING GROUP EMAIL EXCHANGE RE: MONTHLY OPERATING REPORT (0.2); REVIEW AND REVISE SAME (0.6). |
| HARDIN AS | 06/20/07 | 0.90 | REVIEW AND COMMENT ON DRAFT MONTHLY OPERATING REPORT; WORKING GROUP EMAIL EXCHANGE RE: SAME (0.9). |
| HARDIN AS | 06/21/07 | 1.20 | REVIEW AND REVISE MONTHLY OPERATING REPORT (0.4); WORKING GROUP EMAIL EXCHANGE RE: SAME (0.4); WORKING GROUP EMAIL EXCHANGE AND TELECONFERENCE WITH B. RIVERA RE: DISTRIBUTION (0.4). |
| HARDIN AS | 06/27/07 | 0.70 | WORKING GROUP EMAIL EXCHANGE RE: SAME (0.3); REVIEW COMMENTS TO MONTHLY OPERATING REPORT (0.4). |
| | | 3.60 | |
| ~~HERRIOTT AV~~ | ~~06/13/07~~ | ~~0.60~~ | ~~RESEARCH QUESTION RELATED TO DRAFTING OF SCHEDULES AND STATEMENTS (0.6).~~ |
| ~~HERRIOTT AV~~ | ~~06/15/07~~ | ~~0.40~~ | ~~CONFERENCE WITH T. BEHNKE RE: MATTER RELATED TO DRAFTING OF SCHEDULES OF ASSETS AND LIABILITIES (0.4).~~ |
| | | ~~1.00~~ | |
| **Total Associate** | | **6.40** | |
| ~~ZSOLDOS AF~~ | ~~06/29/07~~ | ~~1.10~~ | ~~REVIEW MOR TO BE FILED (0.3); ELECTRONICALLY FILE MOR (0.3); DISTRIBUTE FILED PLEADING TO US TRUSTEE AND CHAMBERS (0.5).~~ |
| | | ~~1.10~~ | |
| ~~**Total Legal Assistant**~~ | | ~~1.10~~ | |
| **TOTAL TIME** | | **14.40** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 08/31/07 |
|---|---|---|---|
| Reports and Schedules | | | Bill Number: 1178615 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 07/23/07 | 0.50 | BEGIN REVIEW OF JUNE OPERATING REPORT (0.5). |
| MARAFIOTI KA | 07/24/07 | 2.80 | EXTENSIVE REVISIONS TO JUNE OPERATING REPORT (2.8). |
| MARAFIOTI KA | 07/29/07 | 0.70 | REVIEW AND REVISE JUNE OPERATING REPORT (0.7). |
| MARAFIOTI KA | 07/30/07 | 0.20 | TELECONFERENCE WITH R. EISENBERG RE JUNE OPERATING REPORT (0.2). |
| | | 4.20 | |
| **Total Partner** | | **4.20** | |
| MATZ TJ | 07/09/07 | 0.30 | CORRESPONDENCE WITH A. KULIKOWSKI RE: JUNE MONTHLY OPERATING REPORT (0.3). |
| MATZ TJ | 07/23/07 | 0.70 | CORRESPONDENCE WITH K. GRUPE RE: JUNE MONTHLY OPERATING REPORT (0.2); TELECONFERENCE WITH K. GRUPE RE: SAME (0.2); PRELIMINARY REVIEW OF JUNE MONTHLY OPERATING REPORT (0.3). |
| MATZ TJ | 07/24/07 | 1.10 | REVIEW AND COMMENT ON JUNE MONTHLY OPERATING REPORT (0.9); REVIEW FURTHER COMMENTS TO SAME (0.2). |
| MATZ TJ | 07/25/07 | 1.00 | CONTINUE TO REVIEW AND REVISIONS TO JUNE MONTHLY OPERATING REPORT (0.4); CONTINUE TO REVIEW AND MARK-UP OF CHANGES TO JUNE MONTHLY OPERATING REPORT (0.6). |
| MATZ TJ | 07/26/07 | 0.60 | CORRESPONDENCE WITH A. KULIKOWSKI RE: JUNE MONTHLY OPERATING REPORT (0.2); REVIEW AND COMMENT ON SAME (0.4). |
| MATZ TJ | 07/27/07 | 0.30 | CONTINUE TO REVIEW OF DRAFT JUNE MONTHLY OPERATING REPORT (0.3). |
| MATZ TJ | 07/29/07 | 0.60 | REVIEW SUBSEQUENT DRAFT OF JUNE MONTHLY OPERATING REPORT AND COMMENTS RE: SAME (0.6). |
| MATZ TJ | 07/30/07 | 0.70 | FURTHER REVIEW OF DRAFT JUNE MONTHLY OPERATING REPORT (0.3); FURTHER REVIEW AND REVISIONS TO SAME (0.4). |
| MATZ TJ | 07/31/07 | 0.80 | FINAL REVISIONS TO JUNE MONTHLY OPERATING REPORT (0.4); FINAL REVIEW OF JUNE MONTHLY OPERATING REPORT FOR FILING (0.2); TELECONFERENCE WITH A. KULIKOWSKI RE: SAME (0.2). |
| | | 6.10 | |
| **Total Counsel** | | **6.10** | |

187

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HARDIN AS | 07/24/07 | 2.20 | REVIEW AND REVISE MONTHLY OPERATING REPORT (2.2). |
| HARDIN AS | 07/25/07 | 3.00 | REVISE MONTHLY OPERATING REPORT (3.0). |
| HARDIN AS | 07/26/07 | 0.10 | EMAIL EXCHANGE WITH K. GRUPE RE: MONTHLY OPERATING REPORT (0.1). |
| HARDIN AS | 07/30/07 | 2.10 | TELECONFERENCE WITH K. GRUPE RE: MONTHLY OPERATING REPORT (0.1); WORKING GROUP EMAIL EXCHANGE RE: SAME (0.6); WEEKLY WORKING GROUP CONFERENCE CALL (0.6); REVISE MONTHLY OPERATING REPORT (0.5); EMAIL EXCHANGE WITH K. GRUPE RE: SAME (0.3). |
| HARDIN AS | 07/31/07 | 0.80 | REVIEW REVISIONS TO MONTHLY OPERATING REPORT (0.2); WORKING GROUP EMAIL EXCHANGE RE: ADDITIONAL CHANGES TO MONTHLY OPERATING REPORT (0.2); REVISE MONTHLY OPERATING REPORT (0.2); WORKING GROUP EMAIL EXCHANGE RE: NOTICE AND SERVICE (0.2). |
| | | 8.20 | |
| **Total Associate** | | 8.20 | |
| **TOTAL TIME** | | **18.50** | |

188                                                                              B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 09/30/07 |
|---|---|---|---|
| Reports and Schedules | | | Bill Number: 1181367 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 08/23/07 | 1.50 | REVIEW AND REVISE JULY OPERATING REPORT (1.5). |
| | | 1.50 | |
| **Total Partner** | | **1.50** | |
| MATZ TJ | 08/20/07 | 0.40 | REVIEW DRAFT JULY MONTHLY OPERATING REPORT (0.4). |
| MATZ TJ | 08/21/07 | 3.90 | REVIEW AND COMMENT ON JULY MONTHLY OPERATION REPORT (2.6); REVIEW FURTHER COMMENTS TO MONTHLY OPERATING REPORT (0.8); FORWARD SAME TO K. GRUPE, A. KULIKOWSKI (0.2); TELECONFERENCE WITH K. GUPE RE: MONTHLY OPERATING REPORT COMMENTS (0.3). |
| MATZ TJ | 08/22/07 | 0.80 | REVIEW AND DISTRIBUTE REVISED JULY MONTHLY OPERATING REPORT FOR COMMENT TO SKADDEN TEAM (0.4); REVIEW CORRESPONDENCE FROM K. GRUPE RE: MONTHLY OPERATING REPORT DISCLOSURES (0.2); TELECONFERENCE WITH K. GRUPE RE: SAME (0.2). |
| MATZ TJ | 08/23/07 | 1.00 | REVIEW COMMENTS FROM K. MARAFIOTI TO DRAFT JULY MONTHLY OPERATING REPORT (0.4); REVIEW COMMENTS FROM J. JJINGO RE: SAME (0.1); REVIEW JULY MONTHLY OPERATING REPORT AND INCORPORATE THE COMMENTS FROM OTHERS FOR K. GRUPE (0.3); TELECONFERENCE WITH K. GRUPE RE: SAME (0.2). |
| MATZ TJ | 08/29/07 | 0.30 | CORRESPONDENCE WITH A. KULIKOWSKI RE: JULY MONTHLY OPERATING REPORT (0.3). |
| MATZ TJ | 08/30/07 | 0.80 | REVIEW CORRESPONDENCE FROM K. GRUPE RE: JULY MONTHLY OPERATING REPORT (0.2); REVIEW MATTERS RE: SAME (0.4); TELECONFERENCE WITH K. GRUPE RE: SAME (0.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MATZ TJ | 08/31/07 | 1.90 | TELECONFERENCE WITH K. GRUPE RE: JULY MONTHLY OPERATING REPORT FINAL CHANGES (0.3); REVIEW CORRESPONDENCE FROM D. CHILDS RE: SAME (0.1); REVIEW SAME (0.2); DRAFT CORRESPONDENCE TO D. CHILD RE: SAME (0.1); DRAFT CORRESPONDENCE TO B. SAX RE: SAME (0.3); DRAFT CORRESPONDENCE TO M. LOEB RE: SAME (0.2) REVIEW MATERIALS RE: SAME (0.4); FINALIZE AND REVIEW JULY MONTHLY OPERATING REPORT FOR FILING (0.2); TELECONFERENCE WITH A. KULIKOWSKI RE: SAME (0.1). |
| | | **9.10** | |
| **Total Counsel** | | **9.10** | |
| ~~JJINGO MJ~~ | ~~08/23/07~~ | ~~1.10~~ | ~~REVIEW REVISED JULY MOR (1.1).~~ |
| | | ~~1.10~~ | |
| KOHUT RD | 08/21/07 | 0.80 | DRAFT LABOR RIDER FOR JULY MOR (0.8). |
| KOHUT RD | 08/29/07 | 0.70 | REVISIONS TO JULY MOR (0.7). |
| | | **1.50** | |
| **Total Associate** | | **2.60** | |
| **TOTAL TIME** | | **13.20** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 09/30/07 |
|---|---|---|---|
| Reports and Schedules | | | Bill Number: 1181367 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/10/07 | Copy Center, D | 3.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$3.00** |
| Lexis/Nexis | 08/14/07 | Jjingo MJ | 68.00 |
| | | **TOTAL LEXIS/NEXIS** | **$68.00** |
| | | **TOTAL MATTER** | **$71.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Reports and Schedules

Bill Date: 10/31/07  
Bill Number: 1182831

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ~~BUTLER, JR. J~~ | ~~09/24/07~~ | ~~0.40~~ | ~~REVIEW AND COMMENT ON DRAFT MOR FOR AUGUST, 2007 (0.4).~~ |
| ~~BUTLER, JR. J~~ | ~~09/27/07~~ | ~~0.30~~ | ~~REVIEW AND COMMENT ON REVISED DRAFT MOR FOR AUGUST, 2007 (INCLUDING SUBSEQUENT EVENTS DISCLOSURE) (0.3).~~ |
| ~~BUTLER, JR. J~~ | ~~09/28/07~~ | ~~0.30~~ | ~~CONTINUE TO REVIEW AND COMMENT ON REVISED DRAFT MOR FOR AUGUST, 2007 (INCLUDING SUBSEQUENT EVENTS DISCLOSURE) (0.3).~~ |
|  |  | ~~1.00~~ |  |
| MARAFIOTI KA | 09/20/07 | 2.50 | REVIEW AND REVISE AUGUST OPERATING REPORT (2.5). |
| MARAFIOTI KA | 09/27/07 | 0.80 | FINAL REVIEW AND REVISION OF AUGUST OPERATING REPORT (0.8). |
|  |  | 3.30 |  |
| MEISLER RE | 09/27/07 | 1.80 | REVIEW AND COMMENT ON MOR (1.8). |
| MEISLER RE | 09/28/07 | 0.50 | FINAL REVIEW OF THE MOR (0.5). |
|  |  | 2.30 |  |
| **Total Partner** |  | **6.60** |  |
| MATZ TJ | 09/04/07 | 0.30 | TELECONFERENCE WITH A. KULIKOWSKI RE: JULY MONTHLY OPERATING REPORT (0.2); REVIEW CORRESPONDENCE FROM A. KULIKOWSKI RE: SAME (0.1). |
| MATZ TJ | 09/10/07 | 0.20 | CORRESPONDENCE WITH K. GRUPE RE: AUGUST MONTHLY OPERATING REPORT (0.2). |
| MATZ TJ | 09/11/07 | 0.80 | TELECONFERENCE WITH K. GRUPE RE: AUGUST MONTHLY OPERATING REPORT SCHEDULE MATTERS (0.4); REVIEW DRAFT MATERIALS (0.4). |
| MATZ TJ | 09/12/07 | 1.30 | REVIEW AND REVISE AUGUST MONTHLY OPERATING REPORT (1.3). |
| MATZ TJ | 09/14/07 | 0.60 | TELECONFERENCE WITH K. GRUPE RE: MONTHLY OPERATING REPORT DISCLOSURE (0.3); CONSIDER SAME (0.2); RETURN CALL TO K. GRUPE RE: SAME (0.1). |
| MATZ TJ | 09/17/07 | 1.80 | REVIEW AND REVISE DRAFT MONTHLY OPERATING REPORT PROVISIONS (1.0); CORRESPONDENCE WITH K. GRUPE RE: SAME (0.2); TELECONFERENCE WITH K. GRUPE RE: MONTHLY OPERATING REPORT CONTENT (0.3); FURTHER TELECONFERENCE WITH K. GRUPE RE: MONTHLY OPERATING REPORT DISCLOSURE (0.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MATZ TJ | 09/20/07 | 1.00 | REVIEW AND COMMENT ON LABOR AND GM PLAN RIDERS AND AUGUST MONTHLY OPERATING REPORT FOR K. GRUPE (1.0). |
| MATZ TJ | 09/24/07 | 1.00 | CORRESPONDENCE FROM K. GRUPE RE: AUGUST MONTHLY OPERATING REPORT (0.1); REVIEW CERTAIN DISCLOSURES (0.4); TELECONFERENCE WITH K. GRUPE RE: SAME (0.1); REVIEW CORRESPONDENCE FROM A. KULIKOWSKI RE: AUGUST MONTHLY OPERATING REPORT (0.1); DISCUSSION WITH A. KULIKOWSKI RE: SAME (0.3). |
| MATZ TJ | 09/26/07 | 0.40 | REVIEW AND COMMENT ON DASE DISCLOSURE, MONTHLY OPERATING REPORT MATTERS (0.4). |
| MATZ TJ | 09/27/07 | 1.50 | CONTINUE TO REVIEW AND COMMENT ON MONTHLY OPERATING REPORT REVISIONS (1.2); TELECONFERENCES WITH K. GRUPE RE: SAME (0.3). |
| MATZ TJ | 09/28/07 | 0.80 | CONTINUE TO REVIEW OF AUGUST MONTHLY OPERATING REPORT (0.6); REVIEW OF FINAL VERSION OF SAME FOR FILING (0.2). |
| | | **9.70** | |
| **Total Counsel** | | **9.70** | |
| GANITSKY DI | 09/28/07 | 1.80 | MATTERS RE: MONTHLY OPERATING REPORT AND RELATED DISCLOSURE (1.8). |
| | | **1.80** | |
| HARDIN AS | 09/13/07 | 0.50 | DRAFT TEXT FOR MONTHLY OPERATING REPORT RE: GM SETTLEMENT DOCUMENTS (0.5). |
| HARDIN AS | 09/19/07 | 0.60 | WORKING GROUP CONFERENCE CALLS RE: MONTHLY OPERATING REPORT (0.6). |
| HARDIN AS | 09/20/07 | 2.60 | EMAIL EXCHANGE WITH A. KULIKOWSKI RE: MONTHLY OPERATING REPORT (0.4); WORKING GROUP EMAIL EXCHANGE RE: COMMENTS TO SAME (0.6); REVIEW AND REVISE SAME (1.6). |
| HARDIN AS | 09/27/07 | 2.30 | WORKING GROUP EMAIL EXCHANGE RE: MONTHLY OPERATING REPORT (0.6); REVIEW AND REVISE SAME (1.7). |
| HARDIN AS | 09/28/07 | 1.60 | TELECONFERENCES AND EMAIL EXCHANGE WITH A. KULIKOWSKI RE: MONTHLY OPERATING REPORT (0.4); WORKING GROUP EMAIL EXCHANGE RE: SAME (0.6); REVISE SAME (0.4); EMAIL EXCHANGE AND TELECONFERENCE WITH K. GRUPE RE: SAME (0.2). |
| | | **7.60** | |
| KOHUT RD | 09/10/07 | 0.60 | DRAFTING LABOR SECTION FOR AUGUST MOR (0.6). |
| KOHUT RD | 09/11/07 | 1.30 | DRAFTING OF SEPTEMBER MOR (1.3). |
| KOHUT RD | 09/12/07 | 0.80 | REVISIONS TO SEPTEMBER MOR (0.8). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| KOHUT RD | 09/20/07 | 1.80 | REVIEW AND REVISIONS TO LABOR SECTIONS OF MOR (1.8). |
| KOHUT RD | 09/25/07 | 1.30 | REVIEW OF GM STRIKE RIDER TO MOR (1.3). |
| KOHUT RD | 09/27/07 | 0.40 | REVIEW OF REVISED MOR (0.4). |
| | | **6.20** | |
| STUART NL | 09/13/07 | 2.10 | REVIEW AND COMMENT ON MOR (2.1). |
| STUART NL | 09/20/07 | 1.20 | REVIEW AND COMMENT ON MOR (1.2). |
| | | **3.30** | |
| **Total Associate** | | **18.90** | |
| **TOTAL TIME** | | **35.20** | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 10/31/07 |
| --- | --- | --- | --- |
| Reports and Schedules | | | Bill Number: 1182831 |

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
| --- | --- | --- | --- |
| Messengers/ Courier | 09/14/07 | Dist Serv/Mail/Page, D | 7.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$7.00** |
| | | **TOTAL MATTER** | **$7.00** |

B43E