SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

EXHIBIT D-26
FINANCING (DIP AND EMERGENCE)
74.2 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                           Bill Date: 07/31/07
Financing (DIP and Emergence)                      Bill Number: 1168053

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FRISHMAN LD | 06/01/07 | 0.70 | CORRESPONDENCE WITH M. BAKER OF S&S RE: NEXT STEPS ON EXIT FACILITY AND PREPARATION OF A TERM SHEET (0.3); GATHER PRECEDENTS AND SEND TO S&S (0.4). |
| FRISHMAN LD | 06/04/07 | 2.20 | REVIEW INTERNAL DELPHI PRESENTATION RE: EXIT FACILITY MATTERS (0.9); REVIEW AND GIVE COMMENTS ON DRAFT TERM SHEET FOR EXIT FACILITY (1.3). |
| FRISHMAN LD | 06/05/07 | 1.30 | TELECONFERENCE WITH M. BAKER OF S&S AND T. KRAUSE OF DELPHI, AMONG OTHERS, RE: DRAFT TERM SHEET FOR EXIT FACILITY (0.9); REVIEW AND GIVE COMMENTS ON REVISED TERM SHEET (0.4). |
| FRISHMAN LD | 06/06/07 | 0.70 | RESPOND TO INTERNAL QUESTION FROM K. GRANT RE: IMPLICATIONS UNDER DIP OF A PENDING SALE AGREEMENT (0.3); REVIEW REVISED TERM SHEET FOR EXIT FACILITY (0.4). |
| FRISHMAN LD | 06/11/07 | 1.50 | REVIEW PROPOSALS RE: POTENTIAL CHANGES IN OWNERSHIP OF CERTAIN FOREIGN SUBSIDIARIES AND ANALYZE IMPLICATIONS UNDER THE DIP (1.5). |
| FRISHMAN LD | 06/14/07 | 1.30 | TELECONFERENCE WITH DELPHI TAX, C. GROSS AND R. MEISLER RE: DIP IMPLICATIONS ON PROPOSED OWNERSHIP RESTRUCTURINGS OF CERTAIN FOREIGN SUBS (1.3). |
| FRISHMAN LD | 06/15/07 | 0.20 | CORRESPONDENCE WITH M. BAKER AT S&S RE: FOREIGN SUBSIDIARY OWNERSHIP CHANGES (0.2). |
| FRISHMAN LD | 06/28/07 | 0.30 | RESPOND TO QUESTION OF B. FERN RE: IMPLICATIONS OF DIP ON A PROPOSED RESTRUCTURING OF MEXICAN OPERATIONS (0.3). |
| FRISHMAN LD | 06/29/07 | 1.30 | DISCUSS STATUS OF EXIT FACILITY PROPOSALS WITH M. BAKER (0.1); ALL-HANDS SKADDEN/DELPHI LEGAL STRATEGY/UPDATE CALL (1.2). |
| | | 9.50 | |
| Total Partner | | 9.50 | |
| TOTAL TIME | | **9.50** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  **Bill Date: 07/31/07**
**Financing (DIP and Emergence)**  **Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 06/08/07 | Dist Serv/Mail/Page, D | 50.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$50.00** |
| | | **TOTAL MATTER** | **$50.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 08/31/07**
**Financing (DIP and Emergence)**  **Bill Number: 1178615**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FRISHMAN LD | 07/10/07 | 1.60 | ATTEND PORTION OF STRATEGY SESSION WITH CLIENT RE: EXIT FINANCING (0.9); UPDATE M. BAKER AT S&S (0.3); REVIEW FINANCING PORTION OF DRAFT 10-Q (0.4). |
| FRISHMAN LD | 07/20/07 | 0.80 | WEEKLY LEGAL UPDATE CALL (0.6); ATTENTION TO DIP EXTENSION REQUEST (0.2). |
| FRISHMAN LD | 07/23/07 | 0.90 | REVIEW DRAFT OF AMENDMENT EXTENDING THE TERM OF THE DIP (0.9). |
| FRISHMAN LD | 07/24/07 | 0.40 | TELECONFERENCE WITH M. BAKER RE: COMMENTS ON DIP EXTENSION (0.3) AND STATUS OF EXIT FACILITY NEGOTIATIONS (0.1). |
| | | **3.70** | |
| MEISLER RE | 07/09/07 | 0.20 | TELECONFERENCE WITH M. BAKER AND T. KRAUSE RE: DIP AMENDMENT (0.1); DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 07/10/07 | 0.80 | REVIEW EXIT FINANCING ISSUES (0.8). |
| MEISLER RE | 07/11/07 | 0.10 | TELECONFERENCE WITH G. KENNEDY (PARTICIPANTE IN DIP) RE: INTEREST RATES (0.1). |
| MEISLER RE | 07/17/07 | 0.10 | REVIEW CORRESPONDENCE RE: DIP FINANCING AMENDMENT (0.1). |
| | | **1.20** | |
| **Total Partner** | | **4.90** | |
| GRANT K | 07/17/07 | 0.30 | EMAIL WITH P. BRUSATE RE: DIP AMENDMENT (0.3). |
| GRANT K | 07/20/07 | 1.40 | EMAIL WITH P. BRUSATE RE: DIP AMENDMENT (0.2) AND BEGAN WORKING ON MOTION RE: SAME (1.2). |
| GRANT K | 07/24/07 | 4.90 | REVIEW PROPOSED AMENDMENT DOCUMENTS RE: DIP FINANCING (2.6); BEGIN TO WORK ON MOTION RE: SAME (2.3). |
| | | **6.60** | |
| JJINGO MJ | 07/23/07 | 0.40 | REVIEW CORRESPONDENCE RELATED TO AMENDMENT TO CREDIT AGREEMENT; CORRESPOND WITH R. TURMAN RE: THE SAME (0.4). |
| JJINGO MJ | 07/24/07 | 2.90 | BEGIN TO REVIEW AND COMMENT ON AMENDMENT DOCUMENTATION (2.9). |
| | | **3.30** | |
| **Total Associate** | | **9.90** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**TOTAL TIME** <u>14.80</u>

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)                              Bill Date: 09/30/07
Financing (DIP and Emergence)                         Bill Number: 1181367

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FRISHMAN LD | 08/07/07 | 0.70 | REVIEW JPM STIPULATION RE: PRE-PETITION CREDIT AGREEMENT CLAIMS (0.7). |
| FRISHMAN LD | 08/09/07 | 0.40 | TELECONFERENCES WITH M. BAKER OF S&S AND T. KRAUSE AT DELPHI RE: STATUS OF EXIT FACILITY BIDS (0.4). |
| FRISHMAN LD | 08/28/07 | 2.90 | TELECONFERENCE WITH M. BAKER RE: DRAFT TERM SHEET (0.3); REVIEW AND CONSIDER DRAFT TERM SHEET REQUEST (2.6). |
| FRISHMAN LD | 08/29/07 | 1.40 | TELECONFERENCE WITH S&S (M. BAKER & OTHERS) AND DELPHI (T. KRAUSE AND OTHERS) RE: PROPOSED DRAFT TERM SHEET FOR THE EXIT FACILITY (1.4). |
| FRISHMAN LD | 08/30/07 | 0.20 | CORRESPONDENCE WITH M. BAKER OF S&S (0.2) RE: LOCATION OF STOCK CERTIFICATES OF A SUBSIDIARY TO BE SOLD. |
| | | **5.60** | |
| **Total Partner** | | **5.60** | |
| JJINGO MJ | 08/28/07 | 4.40 | BEGIN TO REVIEW LENDER RESPONSES AND DRAFT MASTER TERM SHEET AND COMMENT ON THE SAME (4.4). |
| JJINGO MJ | 08/29/07 | 6.80 | CONTINUE TO MARK-UP MASTER TERM SHEET; PREPARE FOR AND PARTICIPATE ON ALL-HANDS CALL ON TERM SHEET; FOLLOW UP WITH VARIOUS SKADDEN ATTORNEYS ON POR ISSUES; MULTIPLE TELECONFERENCES WITH R. PALACH AT SHEARMAN (6.8). |
| JJINGO MJ | 08/30/07 | 1.90 | BEGIN TO REVIEW DOCUMENTS CIRCULATED BY R. PALACH AT SHEARMAN (1.9). |
| | | **13.10** | |
| **Total Associate** | | **13.10** | |
| **TOTAL TIME** | | **18.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  **Bill Date: 09/30/07**
**Financing (DIP and Emergence)**  **Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/31/07 | Copy Center, D | 3.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$3.00** |
| | | **TOTAL MATTER** | **$3.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                      Bill Date: 10/31/07
Financing (DIP and Emergence)                                 Bill Number: 1182831

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 09/06/07 | 1.80 | ATTEND EXIT FINANCING LENDER MEETING AT COMPANY IN TROY AND CONFERENCES WITH SEVERAL POTENTIAL LEAD EXIT LENDERS RE: DUE DILIGENCE SESSION, STRUCTURE, TIMETABLE AND RELATED MATTERS (1.8). |
| BUTLER, JR. J | 09/11/07 | 0.40 | TELECONFERENCE WITH M. COHEN RE: EMERGENCE FINANCING (0.3); CONFERENCE WITH J. SHEEHAN RE: SAME (0.1). |
| BUTLER, JR. J | 09/14/07 | 0.80 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) TELECONFERENCE WITH J. SHEEHAN, S. CORCORAN AND D. RESNICK RE: CAPITAL MARKET RESPONSES TO EXIT FINANCING REQUEST AND NEXT STEPS; REVIEW UBS RESPONSE (0.2). |
| BUTLER, JR. J | 09/15/07 | 0.30 | REVIEW AND CONSIDER EXIT FINANCING MATTERS INCLUDING EMAILS FROM/TO J. SHEEHAN (0.3). |
| BUTLER, JR. J | 09/16/07 | 0.90 | PREPARE (AT COMPANY IN TROY) FOR SEPTEMBER 17TH MEETINGS AT COMPANY WITH J. SHEEHAN ET. AL. RE: EXIT FINANCING MATTERS INCLUDING REVIEW OF TERMSHEETS FROM EXIT LENDERS (0.9). |
| BUTLER, JR. J | 09/17/07 | 2.70 | PREPARE FOR (0.3) AND ATTEND (1.5) MEETINGS AT COMPANY WITH J. SHEEHAN ET. AL. RE: EXIT FINANCING MATTERS; REVIEW TERM SHEETS FROM EXIT LENDERS (0.6); REVIEW AND COMMENT ON PRESENTATION FOR DISTRIBUTION TO KEY STAKEHOLDERS (0.3). |
| BUTLER, JR. J | 09/18/07 | 0.60 | CONTINUE TO REVIEW EXIT FINANCING MATTERS (0.4); EMAILS TO/FROM T. LAURIA, B. ROSENBERG, B. SCHELER, J. TANENBAUM RE: EXIT FINANCING MATTERS (0.2). |
| BUTLER, JR. J | 09/26/07 | 0.60 | CONTINUE TO WORK ON EXIT FINANCING MATTERS INCLUDING EMAIL FROM/TO M. COHEN (0.2); MEETING WITH J. SHEEHAN, D. RESNICK AND B. SHAW IN NEW YORK RE: SAME (0.4). |
| BUTLER, JR. J | 09/28/07 | 0.80 | CONTINUE TO WORK ON EXIT FINANCING MATTERS INCLUDING EMAIL FROM J. SHEEHAN WITH ILLUSTRATIVE FINANCING SCENARIO AND TELECONFERENCE WITH B. SHAW AND PROSPECTIVE LEAD LENDER (0.6); TELECONFERENCE WITH B. SHAW RE: FOLLOW-UP (0.2). |
| BUTLER, JR. J | 09/29/07 | 0.70 | CONTINUE TO REVIEW MATERIALS AND ISSUES RE: EXIT FINANCING MATTERS (0.7). |
|  |  | **9.60** |  |

135                                                                    B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| FRISHMAN LD | 09/05/07 | 0.20 | CORRESPONDENCE WITH DELPHI AND S&S RE: RELEASE OF CATALYST PLEDGE (0.2). |
| FRISHMAN LD | 09/11/07 | 1.10 | REVIEW DRAFT OF RATING AGENCY PRESENTATION AND MISC CORRESPONDENCE WITH B. HEWES OF DELPHI RE: THE SAME (1.1). |
| FRISHMAN LD | 09/17/07 | 1.60 | REVIEW OF DIP AMENDMENT #2 (0.2); REVIEW BANK RESPONSES TO TERM SHEET PROPOSAL FOR EXIT FACILITY (1.1); TELECONFERENCE WITH M. BAKER AT S&S RE: THE FOREGOING (0.3). |
| FRISHMAN LD | 09/18/07 | 0.10 | REVIEW CORRESPONDENCE RE: EXIT FACILITY STATUS (0.1). |
| FRISHMAN LD | 09/20/07 | 0.30 | TELECONFERENCE WITH M. BAKER RE: STATUS OF EXIT FACILITY (0.3). |
| FRISHMAN LD | 09/21/07 | 0.90 | WEEKLY DELPHI LEGAL STRATEGY/UPDATE CALL (0.9). |
| | | **4.20** | |
| MEISLER RE | 09/11/07 | 1.80 | REVIEW PRESENTATION RE: EXIT FACILITY (1.8). |
| MEISLER RE | 09/18/07 | 0.30 | REVIEW AND COMMENT ON FINANCING SLIDES (0.3). |
| MEISLER RE | 09/24/07 | 0.40 | REVIEW PRESENTATION RE: DIP EXTENSION (0.4). |
| | | **2.50** | |
| **Total Partner** | | **16.30** | |
| ~~GANITSKY DI~~ | ~~09/17/07~~ | ~~1.10~~ | ~~WORK ON LEGEND RE: PRESENTATION RE: FINANCING AND RELATED MATTERS (0.8); CORRESPONDENCE RE: DIP (0.3).~~ |
| | | ~~1.10~~ | |
| GRANT K | 09/11/07 | 2.20 | BEGIN WORK ON DIP EXTENSION MOTION AND REVIEWED PRECEDENT RE: SAME (2.2). |
| GRANT K | 09/12/07 | 5.70 | CONTINUE TO WORK ON MOTION FOR APPROVAL OF DIP AMENDMENT (5.7). |
| GRANT K | 09/13/07 | 3.40 | CONTINUE TO WORK ON PLEADINGS RE: DIP AMENDMENT (3.4). |
| | | **11.30** | |
| ~~HALPER A~~ | ~~09/11/07~~ | ~~1.90~~ | ~~REVIEW AND COMMENT ON EPCA PROVISIONS CONTAINED IN THE DELPHI FINANCING PRESENTATION (1.9).~~ |
| | | ~~1.90~~ | |
| JJINGO MJ | 09/06/07 | 0.60 | TELECONFERENCE WITH R. PALACH AT SHEARMAN RE: EXIT FINANCING MASTER TERM SHEET (0.6). |
| JJINGO MJ | 09/11/07 | 0.70 | REVIEW AND COMMENT ON RATING AGENCY PRESENTATION (0.7). |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

```
JJINGO MJ          09/17/07       1.40   REVIEW SECOND AMENDMENT TO CREDIT
                                         AGREEMENT AND COMMENT ON THE SAME (1.4).

JJINGO MJ          09/24/07       0.90   REVIEW EXTENSION MOTION (0.9).

                                  3.60

Total Associate                  17.90

TOTAL TIME                       34.20
```

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 10/31/07**
**Financing (DIP and Emergence)**  **Bill Number: 1182831**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 09/11/07 | Grant K | 3.00 |
| | | **TOTAL WESTLAW** | **$3.00** |
| Air/Rail Travel (external) | 09/10/07 | Butler, Jr. J | 326.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$326.00** |
| Out-of-Town Travel | 09/10/07 | Butler, Jr. J | 7.50 |
| Out-of-Town Travel | 09/10/07 | Butler, Jr. J | 31.99 |
| Out-of-Town Travel | 09/10/07 | Butler, Jr. J | 360.01 |
| Out-of-Town Travel | 09/10/07 | Butler, Jr. J | 11.50 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$411.00** |
| Out-of-Town Meals | 09/10/07 | Butler, Jr. J | 9.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$9.00** |
| | | **TOTAL MATTER** | **$749.00** |

B43E