SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

EXHIBIT D-27
CLAIMS ADMINISTRATION (RECLAMATION / TRUST FUNDS)
61.8 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)                                      Bill Date: 07/31/07
Claims Admin. (Reclamation/Trust Funds)                       Bill Number: 1168053

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WHARTON JN | 06/04/07 | 0.30 | FORMULATE STRATEGY RE: RESOLUTION OF RECLAMATION CLAIMS (0.3). |
| WHARTON JN | 06/06/07 | 0.30 | FORMULATE STRATEGY RE: RESOLUTION OF RECLAMATION CLAIMS (0.3). |
| WHARTON JN | 06/07/07 | 2.00 | ATTEND MEETING WITH R. EMANUEL, B. CLAY, T. HINTON, AND M. MAXWELL OF DELPHI AND A. FRANKUM, C. WU, AND T. MCDONAGH OF FTI RE: FORMULATING STRATEGY RE: RESOLUTION OF REMAINING RECLAMATION CLAIMS (1.8); REVISE RIDER PROPOSED BY AMERICAN TURNED PRODUCTS RE: RECLAMATION LETTER AGREEMENT (0.2). |
| WHARTON JN | 06/13/07 | 0.30 | TELECONFERENCE WITH R. EMANUEL OF DELPHI RE: RECLAMATION CLAIMS (0.1) AND FORMULATE STRATEGY RE: RESOLUTION OF OPEN RECLAMATION CLAIMS (0.2). |
| WHARTON JN | 06/28/07 | 1.20 | FORMULATE STRATEGY RE: RESOLUTION OF OPEN RECLAMATION CLAIMS (0.2) AND TELECONFERENCE WITH D. UNRUE, J. RUHM, AND R. EMANUEL OF DELPHI AND T. MCDONAGH OF FTI RE: RESOLVING OPEN RECLAMATION CLAIMS (0.8); TELECONFERENCE WITH R. EMANUEL OF DELPHI AND T. MCDONAGH OF FTI RE: RECLAMATION CLAIMS (0.2). |
|  |  | 4.10 |  |
| **Total Associate** |  | 4.10 |  |
| **TOTAL TIME** |  | **4.10** |  |

112                                                                          B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  **Bill Date: 07/31/07**
**Claims Admin. (Reclamation/Trust Funds)**  **Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/19/07 | Copy Center, D | 163.20 |
| In-house Reproduction | 06/22/07 | Copy Center, D | 673.80 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$837.00** |
| Reproduction - color | 06/28/07 | Copy Center, D | 102.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$102.00** |
| | | **TOTAL MATTER** | **$939.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 09/30/07 |
|---|---|---|---|
| Claims Admin. (Reclamation/Trust Funds) | | | Bill Number: 1181367 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 08/30/07 | 3.20 | REVIEW OF RECLAMATION PROCEDURES AMENDMENT MOTION AND PLEADINGS AND DISCLOSURE STATEMENT INSERTS (3.2). |
| | | **3.20** | |
| PANAGAKIS GN | 08/21/07 | 0.80 | TELECONFERENCES WITH CLAIMS TEAM RE: RECLAMATION AND OTHER CLAIMS STATUS (0.8). |
| PANAGAKIS GN | 08/28/07 | 0.60 | REVIEW RECLAMATION AND RELATED CLAIM ISSUES (0.6). |
| | | **1.40** | |
| **Total Partner** | | **4.60** | |
| RAMLO K | 08/23/07 | 1.70 | REVISE RECLAMATION PROCEDURES MOTION (1.7). |
| | | **1.70** | |
| **Total Counsel** | | **1.70** | |
| KAHN MT | 08/23/07 | 1.00 | REVISE RECLAMATION MOTION (1.0). |
| KAHN MT | 08/24/07 | 1.40 | REVISE RECLAMATION MOTION (1.4). |
| KAHN MT | 08/29/07 | 0.70 | REVISE RECLAMATION MOTION (0.7). |
| | | **3.10** | |
| WHARTON JN | 08/13/07 | 0.70 | REVIEW MEMO AND CASE LAW RE: TREATMENT OF RECLAMATION CLAIMS IN LIGHT OF FLOATING LIEN (0.7). |
| WHARTON JN | 08/14/07 | 0.90 | FORMULATE STRATEGY RE: TREATMENT OF RECLAMATION CLAIMS (0.9). |
| WHARTON JN | 08/15/07 | 0.70 | BEGIN WORK ON MOTION TO AMEND RECLAMATION PROCEDURES (0.7). |
| WHARTON JN | 08/17/07 | 0.50 | WORK ON MOTION TO AMEND RECLAMATION PROCEDURES (0.5). |
| WHARTON JN | 08/26/07 | 0.40 | REVIEW MOTION TO AMEND RECLAMATION PROCEDURES (0.4). |
| WHARTON JN | 08/27/07 | 1.30 | REVIEW MOTION TO AMEND RECLAMATION PROCEDURES (0.6); FORMULATE STRATEGY RE: TREATMENT OF RECLAMATION CLAIMS UNDER PLAN (0.2); TELECONFERENCE WITH R. EMANUEL OF DELPHI AND A. FRANKUM OF FTI RE: RECLAMATION CLAIMS (0.5). |
| WHARTON JN | 08/28/07 | 2.50 | DRAFT OUTLINE OF TREATMENT OF RECLAMATION CLAIMS UNDER PLAN (0.2); REVISE MOTION TO AMEND RECLAMATION PROCEDURES (2.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 08/29/07 | 1.50 | CONTINUE TO REVISE RECLAMATION PROCEDURES MOTION (1.5). |
| WHARTON JN | 08/30/07 | 0.50 | DRAFT CORRESPONDENCE TO R. EMANUEL OF DELPHI RE: TREATMENT OF RECLAMATION CLAIMS UNDER PLAN (0.3); TELECONFERENCE WITH R. EMANUEL AND D. UNRUE OF DELPHI RE: SAME [TREATMENT OF RECLAMATION CLAIMS UNDER PLAN] (0.2). |
| WHARTON JN | 08/31/07 | 1.50 | TELECONFERENCE WITH A. FRANKUM OF FTI RE: TREATMENT OF RECLAMATION CLAIMS UNDER PLAN (1.0); CONTINUE TO REVISE MOTION TO AMEND RECLAMATION PROCEDURES (0.5). |
| | | 10.50 | |
| **Total Associate** | | **13.60** | |
| **TOTAL TIME** | | **19.90** | |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 09/30/07**
**Claims Admin. (Reclamation/Trust Funds)**  **Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/07/07 | Copy Center, D | 77.98 |
| In-house Reproduction | 08/10/07 | Copy Center, D | 829.74 |
| In-house Reproduction | 08/14/07 | Copy Center, D | 238.03 |
| In-house Reproduction | 08/17/07 | Copy Center, D | 10.60 |
| In-house Reproduction | 08/24/07 | Copy Center, D | 2.70 |
| In-house Reproduction | 08/24/07 | Copy Center, D | 111.36 |
| In-house Reproduction | 08/28/07 | Copy Center, D | 16.79 |
| In-house Reproduction | 08/31/07 | Copy Center, D | 3.80 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,291.00** |
| Reproduction - color | 08/28/07 | Copy Center, D | 12.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$12.00** |
| | | **TOTAL MATTER** | **$1,303.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                        Bill Date: 10/31/07
Claims Admin. (Reclamation/Trust Funds)                         Bill Number: 1182831

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 09/05/07 | 2.30 | REVIEW AND COMMENTS TO RECLAMATION PROCEDURES (2.3). |
| | | **2.30** | |
| MARAFIOTI KA | 09/07/07 | 2.20 | REVIEW AND REVISE MOTION (1.3) AND ORDER (0.7) TO AMEND RECLAMATION PROCEDURES; RELATED CORRESPONDENCE (0.2). |
| | | **2.20** | |
| MEISLER RE | 09/05/07 | 1.20 | REVIEW RECLAMATION MOTION (1.2). |
| MEISLER RE | 09/17/07 | 0.10 | REVIEW AND RESPOND TO CORRESPONDENCE RE: RECLAMATION CLAIMS (0.1). |
| MEISLER RE | 09/24/07 | 0.50 | REVISE LANGUAGE RE: RECLAMATION ORDER (0.5). |
| MEISLER RE | 09/25/07 | 0.30 | REVIEW H. BAER PROPOSED RECLAMATION LANGUAGE (0.3). |
| MEISLER RE | 09/26/07 | 0.30 | REVIEW RECLAMATION SCRIPT (0.3). |
| MEISLER RE | 09/27/07 | 0.80 | REVIEW AND EDIT RECLAMATION ORDER (0.8). |
| MEISLER RE | 09/28/07 | 0.50 | CONTINUE TO REVIEW AND COMMENT ON RECLAMATION ORDER (0.3); TELECONFERENCE WITH H. BAER RE: SAME (0.1); FURTHER REVIEW AND EDIT SAME (0.1). |
| | | **3.70** | |
| PANAGAKIS GN | 09/04/07 | 0.80 | REVIEW RECLAMATION CLAIMS ISSUES (0.8). |
| PANAGAKIS GN | 09/05/07 | 0.90 | REVIEW RECLAMATION CLAIMS ISSUES (0.9). |
| | | **1.70** | |
| **Total Partner** | | **9.90** | |
| MATZ TJ | 09/06/07 | 0.30 | REVIEW REVISIONS TO RECLAMATION ORDER (0.3). |
| MATZ TJ | 09/07/07 | 1.90 | REVIEW AND COMMENT ON REVISIONS TO RECLAMATION ORDER, MOTION TO REVISE SAME (0.7); CONTINUE TO REVIEW AND COMMENT ON SAME (1.2). |
| | | **2.20** | |
| **Total Counsel** | | **2.20** | |
| KAHN MT | 09/06/07 | 1.50 | DRAFT EXHIBITS TO RECLAMATION OF MOTION (1.5). |
| KAHN MT | 09/07/07 | 2.80 | REVISE RECLAMATION MOTION AND PREPARE FOR FILING (2.8). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| KAHN MT | 09/17/07 | 1.00 | REVISE RECLAMATION MOTION PROFFER (1.0). |
| KAHN MT | 09/26/07 | 1.20 | PREPARE FOR HEARING INCLUDING, DRAFT AND REVISE RECLAMATION PROFFER, REVISE RECLAMATION ORDER (1.2). |
| KAHN MT | 09/27/07 | 0.60 | REVISE RECLAMATION ORDER (0.6). |
| KAHN MT | 09/28/07 | 1.50 | TELECONFERENCES WITH FTI AND UCC RE: REVISIONS TO THE RECLAMATION PROCEDURES ORDER AND REVISE RECLAMATION PROCEDURES ORDER RE: SAME (1.5). |
| | | **8.60** | |
| WHARTON JN | 09/03/07 | 1.20 | REVISE MOTION TO AMEND RECLAMATION PROCEDURES (1.2). |
| WHARTON JN | 09/05/07 | 3.10 | CONTINUE WORK ON MOTION TO AMEND RECLAMATION PROCEDURES (3.1). |
| WHARTON JN | 09/06/07 | 3.70 | CONTINUE WORK ON MOTION TO AMEND RECLAMATION PROCEDURES AND NOTICE TO RECLAMATION CLAIMANTS (3.7). |
| WHARTON JN | 09/07/07 | 3.80 | FINISH WORK ON AND FILE MOTION TO AMEND RECLAMATION PROCEDURES AND NOTICE TO RECLAMATION CLAIMANTS (3.8). |
| WHARTON JN | 09/09/07 | 0.30 | FORMULATE STRATEGY RE: RESPONDING TO INQUIRIES RE: MOTION TO AMEND RECLAMATION PROCEDURES (0.3). |
| WHARTON JN | 09/11/07 | 0.50 | REVIEW SOLICITATION PROCEDURES ORDER RE: TREATMENT OF RECLAMATION CLAIMS (0.5). |
| WHARTON JN | 09/12/07 | 1.50 | TELECONFERENCE WITH D. UNRUE, D. EVANS, J. RUHM, R. EMANUEL, AND M. MAXWELL OF DELPHI AND T. BEHNKE AND A. FRANKUM OF FTI RE: TREATMENT OF RECLAMATION CLAIMS (1.5). |
| WHARTON JN | 09/14/07 | 0.60 | TELECONFERENCE WITH H. BAER OF LATHAM & WATKINS RE: PROPOSED ORDER TO AMEND RECLAMATION PROCEDURES (0.2) AND FORMULATE STRATEGY RE: COMMENTS TO MOTION (0.4). |
| WHARTON JN | 09/20/07 | 0.80 | PREPARE FOR SEP. 27 OMNIBUS HEARING RE: REQUEST TO AMEND RECLAMATION ORDER (0.3) AND REVISE PROPOSED ORDER (0.5). |
| WHARTON JN | 09/24/07 | 0.20 | TELECONFERENCE WITH H. BAER OF LATHAM & WATKINS RE: PROVISION IN RECLAMATION ORDER (0.2). |
| WHARTON JN | 09/25/07 | 0.40 | TELECONFERENCE WITH H. BAER, LATHAM & WATKINS, RE: PROPOSED RECLAMATION ORDER (0.2) AND REVISE SAME (0.2). |
| WHARTON JN | 09/26/07 | 0.50 | PREPARE FOR SEP. 27 OMNIBUS HEARING RE: MOTION TO AMEND RECLAMATION PROCEDURES (0.5). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 09/27/07 | 0.50 | PREPARE ORDER AMENDING RECLAMATION PROCEDURES (0.5). |
| | | 17.10 | |
| **Total Associate** | | 25.70 | |
| ~~ZSOLDOS AF~~ | ~~09/07/07~~ | ~~1.00~~ | ~~FINALIZE AND E-FILE MOTION TO AMEND RECLAMATION PROCEDURES (0.8); DISTRIBUTE PLEADINGS AS FILED (0.1); COORDINATE SERVICE (0.1).~~ |
| | | ~~1.00~~ | |
| ~~**Total Legal Assistant**~~ | | ~~1.00~~ | |
| **TOTAL TIME** | | **38.80** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 10/31/07
Claims Admin. (Reclamation/Trust Funds)  Bill Number: 1182831

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| In-house Reproduction | 09/07/07 | Copy Center, D | 67.50 |
| In-house Reproduction | 09/11/07 | Copy Center, D | 217.20 |
| In-house Reproduction | 09/18/07 | Copy Center, D | 45.50 |
| In-house Reproduction | 09/21/07 | Copy Center, D | 510.00 |
| In-house Reproduction | 09/25/07 | Copy Center, D | 616.10 |
| In-house Reproduction | 09/28/07 | Copy Center, D | 103.70 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,560.00** |
| | | **TOTAL MATTER** | **$1,560.00** |

B43E