SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
|                      Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

EXHIBIT D-28
EXECUTORY CONTRACTS (PERSONALTY)
74.3 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 07/31/07 |
|---|---|---|---|
| Executory Contracts (Personalty) | | | Bill Number: 1168053 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GRANT K | 06/01/07 | 0.40 | TELECONFERENCES WITH J. WAGNER (0.2) AND C. COMERFORD (0.2) RE: GE EQUIPMENT LEASE. |
| GRANT K | 06/04/07 | 0.60 | TELECONFERENCE WITH GE AND DELPHI RE: POTENTIAL VEHICLE LEASE (0.6). |
| GRANT K | 06/06/07 | 0.30 | TELECONFERENCE WITH C. COMERFORD, R. MEISLER AND GE FLEET SERVICES RE: PROPOSED VEHICLE LEASING CONTRACT (0.3). |
| GRANT K | 06/12/07 | 0.40 | EMAILS WITH C. ALDRICH (0.2) AND C. CHIU (0.2) RE: IBJTC SCHEDULE 1093. |
| GRANT K | 06/13/07 | 0.70 | TELECONFERENCE (0.2) AND EMAILS (0.3) WITH C. CHIU RE: IBJTC SCHEDULE 1093; TELECONFERENCE WITH C. ALDRICH RE: SAME (0.2). |
| GRANT K | 06/21/07 | 0.20 | EMAIL WITH C. ALDRICH RE: IBJTC SCHEDULE 1093 (0.2). |
| GRANT K | 06/28/07 | 0.30 | EMAIL WITH C. CHIU AND C. ALDRICH RE: IBJTC SCHEDULE 1093 (0.3). |
| | | 2.90 | |
| HOUSTON BM | 06/04/07 | 1.20 | TELECONFERENCE WITH D. THEYS RE: STATUS OF ATEL RECONCILIATION EFFORTS (0.4); DRAFT CORRESPONDENCE TO B. JUBAR RE: SAME (0.2); TELECONFERENCE WITH B. JUBAR RE: PROGRESS ON ATEL MATTER (0.6). |
| HOUSTON BM | 06/05/07 | 1.80 | DRAFT CORRESPONDENCE TO B. JUBAR RE: ATEL MATTER (0.3); TELECONFERENCE WITH B. JUBAR RE: SAME (0.6); EMAIL FROM D. THEYS RE: STATUS OF ATEL RECONCILIATION EFFORTS (0.2); TELECONFERENCE WITH D. THEYS RE: STATUS OF ATEL MATTER AND REPORT ON RECONCILIATION DISCUSSIONS (0.5); DRAFT SUMMARY REPORT RE: SAME (0.2). |
| HOUSTON BM | 06/06/07 | 0.90 | DRAFT CORRESPONDENCE TO B. JUBAR RE: STATUS OF ATEL RECONCILIATION PROCESS (0.3); EMAIL D. THEYS RE: PROGRESS ON ATEL RECONCILIATION, UPCOMING DISCUSSIONS WITH ATEL, AND NEXT STEPS (0.4); TELECONFERENCE WITH D. THEYS RE: SAME (0.2). |
| HOUSTON BM | 06/07/07 | 0.50 | FOLLOW UP EMAIL TO D. THEYS RE: ATEL RECONCILIATION (0.1); TELECONFERENCE FROM D. THEYS RE: PROGRESS OF ATEL RECONCILIATION EFFORTS (0.4). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 06/12/07 | 1.20 | EMAIL FROM K. CRAFT RE: ATEL MATTER (0.2); REVIEW STATUS OF ATEL RECONCILIATION EFFORTS (0.6); DRAFT CORRESPONDENCE IN RESPONSE TO EMAIL FROM K. CRAFT (0.4). |
| HOUSTON BM | 06/15/07 | 0.20 | DRAFT CORRESPONDENCE TO D. THEYS RE: STATUS OF ATEL RECONCILIATION EFFORTS (0.2). |
| HOUSTON BM | 06/19/07 | 0.60 | TELECONFERENCE FROM D. THEYS RE: PROGRESS OF ATEL RECONCILIATION EFFORTS (0.4); DRAFT CORRESPONDENCE TO D. THEYS RE: SAME (0.2). |
| HOUSTON BM | 06/20/07 | 0.40 | ANALYZE UPDATED INFORMATION RE: ATEL PROOF OF CLAIM (0.2); DRAFT FOLLOW UP CORRESPONDENCE TO D. THEYS RE: ATEL RECONCILIATION (0.2). |
| HOUSTON BM | 06/21/07 | 0.40 | REVIEW EMAIL FROM D. UNRUE RE: ATEL PROOF OF CLAIM (0.2); DRAFT CORRESPONDENCE TO B. JUBAR RE: STATUS OF ATEL RECONCILIATION (0.2). |
| HOUSTON BM | 06/22/07 | 0.60 | DRAFT FOLLOW UP CORRESPONDENCE TO D. THEYS RE: STATUS OF ATEL RECONCILIATION PROCESS (0.2); TELECONFERENCE WITH D. THEYS RE: SAME (0.4). |
| HOUSTON BM | 06/28/07 | 0.50 | DRAFT FOLLOW UP EMAIL TO B. JUBAR RE: STATUS OF ATEL RECONCILIATION (0.2); DRAFT CORRESPONDENCE TO D. THEYS RE: ATEL RECONCILIATION PROGRESS AND OPEN ISSUES (0.3). |
| | | 8.30 | |
| **Total Associate** | | 11.20 | |
| **TOTAL TIME** | | <u>11.20</u> | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 08/31/07**
**Executory Contracts (Personalty)**  **Bill Number: 1178615**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GRANT K | 07/11/07 | 0.20 | EMAIL WITH C. ALDRICH RE: IBJTC SCHEDULE 1093. (0.2). |
| GRANT K | 07/17/07 | 0.50 | DRAFT LETTER AGREEMENT EXTENDING TERMINATION DEADLINE (0.5). |
| GRANT K | 07/18/07 | 1.50 | EMAILS WITH S. CORCORAN AND M. GUNKELMAN RE: COMERICA DISPUTE (0.3); DRAFT SUMMARY RE: SAME (1.2). |
| GRANT K | 07/19/07 | 0.60 | EMAILS WITH C. CHIU AND C. ALDRICH RE: IBJTC SCHEDULE 1093 (0.6). |
| GRANT K | 07/20/07 | 0.80 | TELECONFERENCE WITH R. JOK, M. GUNKELMAN AND S. CORCORAN RE: COMERICA DISPUTE (0.4); TELECONFERENCES WITH R. MCDOWELL RE: SAME (0.4). |
| GRANT K | 07/23/07 | 0.30 | TELECONFERENCE WITH M. GUNKELMAN, J. MATHIS AND P. OBEE RE: COMERICA DISPUTE (0.3). |
| GRANT K | 07/26/07 | 0.60 | EMAIL WITH M. GUNKELMAN AND S. CORCORAN RE: COMERICA DISPUTE (0.3); EMAIL WITH C. ALDRICH RE: IBJTC SCHEDULE 1093. (0.3). |
| GRANT K | 07/31/07 | 0.50 | EMAILS WITH C. ALDRICH AND C. CHIU RE: IBJTC SCHEDULE 1093 (0.3) AND TELECONFERENCE WITH C. CHIU RE: SAME (0.2). |
| | | **5.00** | |
| HOUSTON BM | 07/05/07 | 0.70 | DRAFT CORRESPONDENCE TO D. THEYS RE: STATUS OF ATEL MATTER (0.2); REVIEW SPREADSHEET RE: PROGRESS AND OUTSTANDING ITEMS RE: ATEL RECONCILIATION PROCESS (0.3); DRAFT CORRESPONDENCE TO B. JUBAR RE: SAME (0.2). |
| HOUSTON BM | 07/06/07 | 0.90 | REVIEW REVISED SPREADSHEET RE: PROGRESS ON ATEL RECONCILIATION EFFORTS (0.2); TELECONFERENCE WITH D. THEYS TO DISCUSS SAME (0.5); DRAFT FOLLOW-UP CORRESPONDENCE TO D. THEYS RE: ADDITIONAL QUESTIONS ABOUT AND NEXT STEPS IN THE RECONCILIATION PROCESS (0.2). |
| HOUSTON BM | 07/09/07 | 0.40 | TELECONFERENCE WITH D. THEYS RE: ATEL RECONCILIATION PROCESS (0.2); DRAFT FOLLOW-UP CORRESPONDENCE TO D. THEYS RE: STATUS OF SAME AND NEXT STEPS (0.2). |
| HOUSTON BM | 07/11/07 | 0.50 | TELECONFERENCE FROM D. THEYS RE: UPDATE ON ATEL RECONCILIATION PROCESS (0.3); DRAFT FOLLOW-UP CORRESPONDENCE TO D. THEYS AND B. JUBAR RE: SAME (0.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 07/13/07 | 0.30 | TELECONFERENCE WITH D. THEYS RE: STATUS OF ATEL RECONCILIATION PROCESS (0.2); DRAFT FOLLOW-UP CORRESPONDENCE RE: SAME (0.1). |
| HOUSTON BM | 07/16/07 | 0.10 | TELECONFERENCE WITH A. GALLARDO RE: ATEL MATTER (0.1). |
| HOUSTON BM | 07/17/07 | 0.90 | TELECONFERENCE WITH D. THEYS RE: STATUS OF ATEL RECONCILIATION PROCESS (0.2); DRAFT FOLLOW-UP CORRESPONDENCE TO D. THEYS RE: SAME (0.1); STRATEGIZE RE: POTENTIAL RESOLUTION OF SAME (0.6). |
| HOUSTON BM | 07/20/07 | 2.90 | TELECONFERENCE WITH D. THEYS RE: ATEL RECONCILIATION PROCESS AND TRANSITION OF PROJECT LEADERSHIP TO E. FLORES (0.7); DRAFT FOLLOW-UP CORRESPONDENCE TO D. THEYS RE: SAME (0.2); REVIEW SPREADSHEET FROM D. THEYS RE: ATEL RECONCILIATION STATUS AND STRATEGIZE RE: NEXT STEPS (1.3); CONFERENCE CALL WITH D. THEYS RE: SAME (0.4); TELECONFERENCE WITH B. JUBAR RE: TRANSITION OF PROJECT LEADERSHIP TO E. FLORES (0.3). |
| HOUSTON BM | 07/24/07 | 1.40 | REVIEW EMAIL AND ATTACHMENTS FROM D. THEYS RE: ATEL RECONCILIATION PROCESS (0.4); CONFERENCE CALL WITH D. THEYS RE: SAME (0.5); STRATEGIZE RE: ATEL RECONCILIATION PROCESS NEXT STEPS (0.3); DRAFT FOLLOW-UP CORRESPONDENCE TO D. THEYS RE: STATUS AND NEXT STEPS (0.2). |
| HOUSTON BM | 07/26/07 | 0.40 | TELECONFERENCE WITH D. THEYS RE: ATEL RECONCILIATION PROCESS STATUS AND TRANSITION OF PROJECT TO E. FLORES (0.4). |
| HOUSTON BM | 07/30/07 | 1.00 | TELECONFERENCE WITH D. THEYS RE: ATEL RECONCILIATION PROCESS AND TRANSITION OF PROJECT TO E. FLORES (0.1); DRAFT FOLLOW-UP CORRESPONDENCE TO D. THEYS RE: SAME (0.2); STRATEGIZE RE: ATEL PROJECT NEXT STEPS (0.3); REVIEW DRAFT STIP RE: SAME (0.4). |
| HOUSTON BM | 07/31/07 | 0.20 | TELECONFERENCE WITH D. THEYS RE: TRANSITION OF ATEL RECONCILIATION PROJECT TO E. FLORES AND STATUS (0.2). |
| | | 9.70 | |
| **Total Associate** | | **14.70** | |
| **TOTAL TIME** | | **14.70** | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**     **Bill Date: 08/31/07**
**Executory Contracts (Personalty)**     **Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 07/12/07 | Conference Plus Inc. | 43.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$43.00** |
| | | **TOTAL MATTER** | **$43.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  
**Executory Contracts (Personalty)**

Bill Date: 09/30/07  
Bill Number: 1181367

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 08/20/07 | 0.20 | TELECONFERENCE WITH S. CORCORAN RE: COMERICA DISPUTE (0.2). |
| MEISLER RE | 08/30/07 | 1.70 | TELECONFERENCE WITH DEAN, J. LYONS AND A. FRANKUM RE: EXECUTORY CONTRACTS, CURE AND REJECTION (0.6); REVIEW AND CONSIDER POSSIBLE INSTRUCTIONS TO DIVISIONS RE: REVIEW OF EXECUTORY CONTRACTS (0.6); REVIEW AND COMMENT ON PLAN PROVISION RE: EXECUTORY CONTRACTS (0.5). |
| | | 1.90 | |
| **Total Partner** | | **1.90** | |
| GRANT K | 08/03/07 | 0.30 | EMAIL WITH C. CHIU AND C. ALDRICH RE: IBJTC SCHEDULE 1093 (0.3). |
| GRANT K | 08/15/07 | 0.70 | EMAIL WITH J. RAPHELSON & S. CORCORAN RE: COMERICA DISPUTE (0.4) AND REVIEW PROPOSED DRAFTS OF AGREEMENTS RE: SAME (0.3). |
| GRANT K | 08/20/07 | 0.40 | TELECONFERENCE WITH S. CORCORAN RE: COMERICA DISPUTE (0.3); EMAIL WITH J. RAPHELSON RE: SAME (0.1). |
| GRANT K | 08/21/07 | 0.70 | TELECONFERENCE WITH J. RAPHELSON (0.3) AND EMAIL WITH S. CORCORAN (0.1) RE: COMERICA DISPUTE. EMAILS WITH C. ALDRICH AND C. CHIU RE: IBJTC CONTRACTS (0.3). |
| | | 2.10 | |
| HOUSTON BM | 08/01/07 | 0.50 | REVIEW CORRESPONDENCE FROM E. FLORES RE: ATEL MATTER (0.3); DRAFT FOLLOW-UP EMAIL TO E. FLORES RE: SAME (0.2). |
| HOUSTON BM | 08/02/07 | 0.80 | ANALYZE NEW DATA FROM E. FLORES RE: ATEL MATTER (0.3); TELECONFERENCE WITH E. FLORES RE: PROGRESS ON ATEL RECONCILIATION AND TO DISCUSS DATA (0.3); DRAFT FOLLOW-UP CORRESPONDENCE TO E. FLORES AND B. JUBAR RE: SAME (0.2). |
| HOUSTON BM | 08/06/07 | 1.30 | REVIEW EMAIL AND ATTACHED DATA FROM E. FLORES RE: ATEL RECONCILIATION PROGRESS (0.4); TELECONFERENCE WITH E. FLORES RE: STATUS OF SAME (0.3); DRAFT FOLLOW-UP CORRESPONDENCE TO E. FLORES RE: UPDATED INFORMATION RE: ATEL RECONCILIATION (0.4); DRAFT EMAIL TO K. CRAFT RE: STATUS UPDATE ON ATEL MATTER (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 08/07/07 | 1.90 | REVIEW AND ANALYZE SPREADSHEETS FROM E. FLORES RE: ATEL RECONCILIATION (0.6); CROSS-REFERENCE UPDATED INFORMATION WITH PREVIOUS DATA (0.8); PREPARE DRAFT SUMMARY REPORT OF STATUS OF RECONCILIATION (0.4); DRAFT CORRESPONDENCE TO E. FLORES RE: DRAFT REPORT (0.1). |
| HOUSTON BM | 08/08/07 | 2.30 | REVIEW UPDATED DATA FROM E. FLORES RE: ATEL RECONCILIATION PROGRESS (0.8); COMPARE UPDATED DATA TO MOST RECENT INFORMATION RECEIVED FROM E. FLORES AND CONTRAST WITH ORIGINAL DATA RECEIVED FROM D. THEYS (1.3); DRAFT FOLLOW-UP CORRESPONDENCE TO E. FLORES AND B. JUBAR RE: SAME (0.2). |
| HOUSTON BM | 08/16/07 | 1.90 | REVIEW EMAIL AND ATTACHED DATA FROM E. FLORES RE: ATEL MATTER (0.6); CROSS-REFERENCE NEW DATA WITH PREVIOUS RECONCILIATION FIGURES (1.1); DRAFT FOLLOW-UP CORRESPONDENCE TO E. FLORES AND B. JUBAR RE: SAME (0.2). |
| HOUSTON BM | 08/23/07 | 0.20 | DRAFT CORRESPONDENCE TO E. FLORES AND B. JUBAR RE: STATUS OF ATEL RECONCILIATION PROCESS (0.2). |
| HOUSTON BM | 08/29/07 | 0.90 | REVIEW EMAIL AND ATTACHED SPREADSHEET FROM E. FLORES RE: ATEL RECONCILIATION (0.8); DRAFT CORRESPONDENCE TO E. FLORES AND B. JUBAR RE: SAME (0.1). |
| | | 9.80 | |
| **Total Associate** | | 11.90 | |
| **TOTAL TIME** | | **13.80** | |

S<small>KADDEN</small>, A<small>RPS</small>, S<small>LATE</small>, M<small>EAGHER</small> & F<small>LOM</small> <small>LLP AND AFFILIATES</small>

**Delphi Corporation (DIP)**  **Bill Date: 09/30/07**
**Executory Contracts (Personalty)**  **Bill Number: 1181367**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/07/07 | Copy Center, D | 15.00 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$15.00** |
| Reproduction - color | 08/05/07 | Copy Center, D | 15.00 |
|  |  | **TOTAL REPRODUCTION - COLOR** | **$15.00** |
| Vendor Hosted Teleconferencing | 08/30/07 | Teleconferencing Services, LLC | 1.00 |
|  |  | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$1.00** |
|  |  | **TOTAL MATTER** | **$31.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                            Bill Date: 10/31/07
Executory Contracts (Personalty)                    Bill Number: 1182831

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 09/04/07 | 0.50 | REVIEW NOTICE TO PARTIES TO EXECUTORY CONTRACTS RE: ASSUMPTION OR REJECTION PURSUANT TO THE POR (0.5). |
| MEISLER RE | 09/05/07 | 0.70 | REVIEW GSM SLIDES RE: EXECUTORY CONTRACTS (0.7). |
| MEISLER RE | 09/19/07 | 1.80 | TELECONFERENCE WITH A. FRANKUM, D. UNRUE, T. BEHNKE, K. KUBY RE: CURE NOTICES (1.0); REVIEW AND ANALYSIS OF CURE NOTICES (0.5); REVIEW CORRESPONDENCE RE: LEASE DISPUTE (0.3). |
| MEISLER RE | 09/24/07 | 1.30 | REVIEW BANK OF AMERICA QUESTIONS RE: LEASE AND TREATMENT UNDER PLAN (0.3); TELECONFERENCE WITH N. BERGER RE: SAME (0.1); REVIEW AND ANALYZE COMERICA LEASE (0.9). |
| MEISLER RE | 09/25/07 | 0.90 | REVIEW AND ANALYZE COMERICA LEASE (0.5); DRAFT CORRESPONDENCE RE: CURE CLAIMS AND PROCEDURES RE: NOTICE OF SAME (0.4). |
| MEISLER RE | 09/26/07 | 0.30 | TELECONFERENCE WITH R. MCDOWELL RE: COMERICA LEASE (0.1); WORK ON RESOLUTION TO SAME (0.2). |
| | | 5.50 | |
| **Total Partner** | | **5.50** | |
| RAMLO K | 09/07/07 | 1.50 | REVIEW, ANALYZE AND COMMENT ON PROPOSED TERMINATION OF EQUIPMENT LEASE (0.8); TELECONFERENCES WITH M. DENSMORE (0.1); AND T. ELISSA (0.3) RE: SAME; CORRESPONDENCE TO S. CORCORAN AND M. DENSMORE RE: SAME (0.3). |
| RAMLO K | 09/10/07 | 0.80 | REVIEW AND ANALYZE STATUS OF ATEL RECONCILIATION (0.4); REVIEW SUMMARY OF SAME (0.4). |
| RAMLO K | 09/11/07 | 0.40 | ANALYSIS RE: FURTHER HANDLING OF ATEL RECONCILIATION (0.4). |
| RAMLO K | 09/18/07 | 0.10 | CORRESPONDENCE FROM E. HOWE RE: COORDINATING PREPETITION CLAIM AND ARREARAGE RECONCILIATION OF ATEL LEASES (0.1). |
| | | 2.80 | |
| **Total Counsel** | | **2.80** | |
| FERN BM | 09/18/07 | 0.40 | TELECONFERENCE WITH D. UNRUE AND T. BEHNKE RE: CURE ISSUES AND PLAN MECHANICS (0.4). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| FERN BM | 09/19/07 | 1.70 | TELECONFERENCE WITH D. UNRUE, A. FRANKUM, AND T. BENKHE AND OTHERS RE: CURE ELECTION UNDER PLAN (1.0); FORMULATE STRATEGY RE: CURE ISSUES IN PLAN (0.4); ATTENTION TO DOCUMENTS RE: FORMATION OF CURE EXHIBITS IN M&A CONTEXT (0.3). |
| FERN BM | 09/20/07 | 0.20 | EMAIL TO D. UNRUE, A. FRANKUM, AND T. BEHNKE RE: CREATION OF CURE EXHIBITS (0.2). |
| FERN BM | 09/25/07 | 0.50 | REVIEW AND COMMENT ON TRANSFEREE CURE NOTICE (0.5). |
| | | **2.80** | |
| PERL MW | 09/06/07 | 3.80 | CONTINUE TO WORK ON PRESENTATION FOR ASSUMPTION AND REJECTION OF EXECUTORY CONTRACTS UNDER PLAN OF REORGANIZATION (2.2); MULTIPLE TELECONFERENCES WITH K. KUBY RE: SAME (0.4, 0.4); CORRESPONDENCES WITH WORKING GROUP RE: SAME (0.6); TELECONFERENCE WITH D. UNRUE, K KUBY AND WORKING GROUP RE: SAME (0.2). |
| PERL MW | 09/07/07 | 1.80 | REVIEW AND REVISE MEMOS RE: ASSUMPTION AND REJECTION OF EXECUTORY CONTRACTS EXECUTORY CONTRACTS (1.8). |
| PERL MW | 09/09/07 | 0.30 | CORRESPONDENCES RE: EXECUTORY CONTRACTS IN CONNECTION WITH PLAN (0.3). |
| | | **5.90** | |
| SAMOLE RM | 09/19/07 | 4.10 | RESEARCH RE: POTENTIAL BEST BUY ISSUE (4.1). |
| | | **4.10** | |
| SUBER KM | 09/24/07 | 5.00 | REVIEW THE OPERATIVE DOCUMENTS IN CONNECTION WITH THE PROOF OF CLAIM FILED BY COMERICA LEASING CORPORATION (2.0); DRAFT MEMORANDUM RE: CLAIMS OF COMERICA LEASING CORPORATION AGAINST DELPHI AND GM (3.0). |
| SUBER KM | 09/25/07 | 2.40 | CONTINUE TO REVIEW THE LEASE AND LEASE ASSIGNMENT RE: COMERICA PROOF OF CLAIM AND RECENT NEGOTIATIONS (2.4). |
| SUBER KM | 09/26/07 | 1.90 | REVISE MEMORANDUM RE: COMERICA LEASES TO REFLECT ADDITIONAL INFORMATION RECEIVED (0.4); REVIEW PARTICIPATION AGREEMENT AND LEASE AGREEMENT TO DETERMINE THE APPRAISAL PROCEDURE AND STIPULATED LOSS VALUE (1.5). |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| SUBER KM | 09/27/07 | 4.20 | REVIEW THE COMERICA LEASE DOCUMENTATION TO ASSESS COMERICA'S POSITION ON "INSTALLATION COSTS" AND OTHER CONCEPTS RELATED TO EQUIPMENT VALUATION (2.5); REVIEW VALUATION RESEARCH CORPORATION RFP (0.5); CONFER WITH DELPHI TEAM COLLEAGUES TO OBTAIN SUPPORTING DOCUMENTATION (0.2); REVISE MEMORANDUM TO INCORPORATE A SUMMARY OF THE END TERM PURCHASE OPTION (1.0). |
| | | 13.50 | |
| ~~WHARTON JN~~ | ~~09/04/07~~ | ~~0.40~~ | ~~REVIEW PLAN OF REORGANIZATION RE: TREATMENT OF EXECUTORY CONTRACTS (0.4).~~ |
| ~~WHARTON JN~~ | ~~09/05/07~~ | ~~0.80~~ | ~~REVISE DRAFT LANGUAGE IN PLAN OF REORGANIZATION RELATING TO EXECUTORY CONTRACTS (0.2); REVIEW PLAN RE: CLAIMS ISSUES (0.6).~~ |
| ~~WHARTON JN~~ | ~~09/06/07~~ | ~~0.40~~ | ~~CONTINUE TO REVIEW DRAFT OF PLAN RE: CURE ISSUES (0.4).~~ |
| | | ~~1.60~~ | |
| Total Associate | | 27.90 | |
| TOTAL TIME | | <u>36.20</u> | |

134                                        B43E