SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

EXHIBIT D-29
LEASES (REAL PROPERTY)
52.8 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 07/31/07 |
|---|---|---|---|
| Leases (Real Property) | | | Bill Number: 1168053 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GRANT K | 06/06/07 | 0.80 | DRAFT DE MINIMUS LEASE NOTICE FOR KOKOMO (0.8). |
| GRANT K | 06/11/07 | 0.20 | EMAIL WITH C. COMERFORD RE: ORION TOWNSHIP CLAIM (0.2). |
| GRANT K | 06/12/07 | 0.40 | TELECONFERENCE WITH C. COMERFORD RE: WESTFIELD LEASE (0.2); EMAIL WITH M. HESTER RE: ORION TOWNSHIP CLAIM (0.2). |
| GRANT K | 06/14/07 | 0.20 | TELECONFERENCE WITH C. COMERFORD RE: ASSIGNMENT OF LEASE (0.2). |
| GRANT K | 06/18/07 | 0.70 | REVIEW AND REVISE LEASE FOR DOWNERS GROVE (0.6) AND EMAIL WITH C. COMERFORD RE: SAME (0.1). |
| GRANT K | 06/19/07 | 0.60 | TELECONFERENCE WITH C. COMERFORD RE: DOWNERS GROVE LEASE (0.3); REVIEW LEASING AGREEMENT FOR WARREN, OH (0.3). |
| GRANT K | 06/29/07 | 0.20 | EMAIL WITH C. COMERFORD RE: REJECTION OF LEASES (0.2). |
| | | 3.10 | |
| **Total Associate** | | 3.10 | |
| **TOTAL TIME** | | <u>3.10</u> | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Leases (Real Property)

Bill Date: 08/31/07  
Bill Number: 1178615

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 07/11/07 | 0.40 | REVIEW NOTICE OF DE MINIMIS LEASE AMENDMENT IN KOKOMO (0.3) AND RELATED CORRESPONDENCE (0.1). |
| MARAFIOTI KA | 07/13/07 | 0.20 | REVIEW ORION TOWNSHIP LEASE RENEWAL NOTICE (0.1) AND CORRESPONDENCE (0.1). |
| MARAFIOTI KA | 07/23/07 | 0.20 | REVIEW NOTICE OF 365(D) MOTION AND RELATED CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 07/24/07 | 1.10 | REVIEW AND REVISE SECTION 365(D) MOTION (0.9) AND ORDER (0.2). |
| MARAFIOTI KA | 07/27/07 | 0.20 | REVIEW AND REVISE AMHERST LEASE RENEWAL NOTICE AND RELATED CORRESPONDENCE (0.2). |
| | | **2.10** | |
| MEISLER RE | 07/11/07 | 0.30 | REVIEW AND COMMENT ON LEASE AMENDMENT RE: KOKOMO, IN (0.3). |
| MEISLER RE | 07/24/07 | 0.60 | TELECONFERENCE WITH S. CORCORAN RE: MORRISVILLE, PA LEASE (0.1); DRAFT CORRESPONDENCE (0.1) AND REVIEW CORRESPONDENCE (0.1) RE: SAME; REVIEW PRESENTATIONS RE: SAME (0.3). |
| MEISLER RE | 07/26/07 | 0.10 | DRAFT CORRESPONDENCE RE: 365(D)(4) MOTION (0.1). |
| MEISLER RE | 07/31/07 | 0.60 | REVIEW CORRESPONDENCE RE: LEASE TERMINATION AT MORRISVILLE, PA (0.4); TELECONFERENCE WITH P. PITSENBARGER RE: SAME (0.1); TELECONFERENCE WITH H. BAER RE: SAME (0.1). |
| | | **1.60** | |
| ~~WEXLER MP~~ | ~~07/11/07~~ | ~~0.20~~ | ~~REVIEW KOKOMO LEASE NOTICE AND TERMS OF LEASE (0.2).~~ |
| ~~WEXLER MP~~ | ~~07/13/07~~ | ~~0.20~~ | ~~REVIEW AND COMMENT ON LEASE NOTICE FOR ORION TOWNSHIP, MI LEASE (0.2).~~ |
| ~~WEXLER MP~~ | ~~07/24/07~~ | ~~0.40~~ | ~~REVIEW AND COMMENT ON 365(D)(4) EXTENSION MOTION AND ORDER (0.4).~~ |
| ~~WEXLER MP~~ | ~~07/26/07~~ | ~~0.20~~ | ~~REVIEW STRUCTURE AND PROCESS IN CONNECTION WITH AMENDMENT OF OAKLAND LEASE (0.2).~~ |
| ~~WEXLER MP~~ | ~~07/27/07~~ | ~~0.40~~ | ~~REVIEW AND COMMENT ON SEVERAL DRAFTS OF NOTICE TO RENEW AMHERST LEASE AND FOLLOW UP ON APPROPRIATE PROCEDURE TO ACCOMPLISH SAME (0.4).~~ |
| | | ~~1.40~~ | |
| **Total Partner** | | **5.10** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| RAMLO K | 07/20/07 | 0.10 | CORRESPONDENCE WITH L. JANKOW RE: LEASES (0.1). |
| RAMLO K | 07/23/07 | 1.50 | FURTHER REVISE ASSUMPTION/REJECTION MOVING PAPERS (1.5). |
| RAMLO K | 07/26/07 | 0.20 | CORRESPONDENCE TO K. CRAFT RE: 365(D)(4) MOTION (0.2). |
| | | **1.80** | |
| **Total Counsel** | | **1.80** | |
| GRANT K | 07/11/07 | 1.20 | REVIEW KOKOMO, INDIANA LEASE AMENDMENT AND DRAFTED NOTICE RE: SAME (1.2). |
| GRANT K | 07/12/07 | 2.70 | TELECONFERENCE WITH C. COMERFORD RE: CURRENT LEASING MATTERS; (0.2) REVIEW DOCUMENTS RE: ORION TOWNSHIP LEASE RENEWAL; (0.7) DRAFT NOTICE RE: SAME; (1.3) TELECONFERENCE WITH C. COMERFORD AND B. COLLINS RE: SAME; (0.2) FINALIZE KOKOMO, INDIANA LEASE NOTICE AND ATTENTION TO FILING SAME. (0.3). |
| GRANT K | 07/13/07 | 0.50 | REVISE NOTICE FOR ORION TOWNSHIP LEASE (0.3); TELECONFERENCE WITH B. COLLINS RE: SAME (0.2). |
| GRANT K | 07/16/07 | 0.70 | FINALIZE AND SERVE NOTICE RE: ORION TOWNSHIP LEASE AND TELECONFERENCES AND EMAIL WITH CLIENT RE: SAME (0.7). |
| GRANT K | 07/18/07 | 0.80 | TELECONFERENCE WITH C. COMERFORD, B. COLLINS, G. GERMANY AND B. MOOT RE: SALE OF CLINTON, MS PROPERTY; (0.3) TELECONFERENC WITH C. COMERFORD RE: ORION TOWNSHIP LEASE RENEWAL; (0.3) AND EMAIL WITH K. SIMON RE: SAME. (0.2). |
| GRANT K | 07/23/07 | 0.50 | TELECONFERENCE WITH C. COMERFORD, J. BEAUDOEN AND K. PIFER RE: AMENDMENT TO CROOKS ROAD LEASE (0.3); TELECONFERENCE WITH C. COMERFORD RE: SAME (0.2). |
| GRANT K | 07/24/07 | 1.10 | REVIEW PROPOSAL MATERIALS RE: MORRISVILLE PROPERTY (0.3); TELECONFERENCE WITH J. GUGLIELMO RE: SAME (0.2); REVIEW DRAFT AMENDMENT TO CROOKS ROAD LEASE (0.4); TELECONFERENCE WITH C. COMERFORD RE: SAME (0.2). |
| GRANT K | 07/25/07 | 0.30 | TELECONFERENCE WITH C. COMERFORD AND M. PIFER RE: CROOKS ROAD AMENDMENT (0.3). |
| GRANT K | 07/26/07 | 1.40 | DRAFT LEASE RENEWAL NOTICE FOR AMHERST, NY; (1.1) EMAILS WITH C. COMERFORD AND B. COLLINS RE: SAME; (0.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GRANT K | 07/27/07 | 4.70 | REVISE AND FINALIZE LEASE NOTICE FOR RENEWAL OF AMHERST, NY LEASE (0.7) AND TELECONFERENCES WITH C. COMERFORD RE: SAME (0.3); WORK ON SERVICE OF SAME (0.2); WORK ON FILING AND SERVING 365(D)(4) EXTENSION MOTION (1.2); REVIEW PROPOSED LEASE FOR DOWNERS GROVE (0.7) AND TELECONFERENCE WITH C. COMERFORD RE: SAME (0.3); DRAFT LEASE NOTICE RE: SAME (1.3). |
| GRANT K | 07/30/07 | 1.50 | REVISE COMMITTEE PRESENTATION RE: MORRISVILLE FACILITY (1.1); EMAIL WITH K. SIMON & C. COMERFORD RE: AMHERST RENEWAL (0.4). |
| GRANT K | 07/31/07 | 2.10 | CONTINUE TO WORK ON MORRISVILLE PRESENTATION (1.4) AND EMAILS WITH S. CORCORAN, P. PITSENBARGER, AND H. BAER RE: SAME (0.5); TELECONFERENCES WITH P. PITSENBARGER RE: SAME (0.2). |
| | | **17.50** | |
| HILL LF | 07/18/07 | 3.40 | BEGIN DRAFTING AND REVIEWING 365(D)(4) MOTION AND RELATED PLEADINGS (2.1); CITECHECK AND REVIEW CASE LAW FOR MOTION (1.3). |
| HILL LF | 07/19/07 | 2.30 | CONTINUE DRAFTING 365(D)(4) MOTION AND RELATED PLEADINGS (2.3). |
| HILL LF | 07/20/07 | 0.70 | REVIEW AND RESPOND TO CORRESPONDENCE RE: 365(D)(4) FILING (0.7). |
| HILL LF | 07/21/07 | 3.60 | REVISE 365(D)(4) MOTION AND RELATED PLEADINGS (3.6). |
| HILL LF | 07/23/07 | 1.20 | REVIEW 365(D)(4) PLEADINGS (0.8); REVIEW AND RESPOND TO CORRESPONDENCE (0.4). |
| HILL LF | 07/24/07 | 3.60 | REVIEW AND RESPOND TO CORRESPONDENCE RE: 365(D)(4) MOTION (1.2); REVISE AND REVIEW 365(D)(4) PLEADINGS (2.4). |
| HILL LF | 07/27/07 | 3.10 | REVIEW 365(D)(4) PLEADINGS FOR FIING (0.9); REVIEW SERVICE ADDRESSES FOR FILING (1.6); REVIEW AND RESPOND TO CORRESPONDENCE (0.6). |
| | | **17.90** | |
| **Total Associate** | | **35.40** | |
| **TOTAL TIME** | | **42.30** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                                    **Bill Date: 08/31/07**
**Leases (Real Property)**                                       **Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 07/18/07 | Hill LF | 55.00 |
| | | **TOTAL LEXIS/NEXIS** | **$55.00** |
| | | **TOTAL MATTER** | **$55.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                  Bill Date: 09/30/07
Leases (Real Property)                                    Bill Number: 1181367

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| RAMLO K | 08/07/07 | 0.30 | FOLLOW UP ON SERVICE ISSUES RE: ASSUMPTION/REJECTION DEADLINE EXTENSION MOTION AND HEARING PREPARATION (0.3). |
| RAMLO K | 08/08/07 | 0.10 | FOLLOWING UP ON SERVICE ISSUES FOR ASSUMPTION/REJECTION EXTENSION MOTION (0.1). |
| RAMLO K | 08/10/07 | 0.40 | FURTHER REVISE 365(D)(4) HEARING SCRIPT AND PROFFER (0.4). |
| RAMLO K | 08/13/07 | 0.10 | REVIEW DRAFT CERTIFICATE OF SERVICE FOR 365(D)(4) MOTION (0.1). |
| RAMLO K | 08/15/07 | 0.10 | FOLLOW UP ON SERVICE ISSUES FOR 365(D)(4) MOTION (0.1). |
| RAMLO K | 08/17/07 | 0.10 | REVIEW ORDER ON 365(D)(4) MOTION (0.1). |
|  |  | **1.10** |  |
| **Total Counsel** |  | **1.10** |  |
| GRANT K | 08/02/07 | 0.40 | EMAIL WITH K. PIFER (0.2) AND TELECONFERENCE WITH J. BEAUDOEN (0.2) RE: CROOKS ROAD LEASE AMENDMENT. |
| GRANT K | 08/06/07 | 0.40 | EMAIL WITH K. PIFER AND J. BEAUDOEN RE: CROOKS ROAD AMENDMENT (0.4). |
| GRANT K | 08/07/07 | 0.30 | TELECONFERENCE WITH S. BEAUDOEN RE: CROOKS ROAD LEASE AND COLUMBIA, TN LEASE (0.3). |
| GRANT K | 08/13/07 | 1.50 | REVIEW PROPOSED LEASE FOR MONTGOMERY, ALABAMA (0.7); AND DRAFT LEASE NOTICE RE: SAME (0.5); REVIEW CLAIM FILED BY LANDLORD FOR CROOKS ROAD AND EMAIL WITH C. COMERFORD RE: SAME (0.3). |
| GRANT K | 08/21/07 | 0.20 | TELECONFERENCE WITH C. COMERFORD AND J. BEAUDOEN RE: CROOKS ROAD LEASE (0.2). |
| GRANT K | 08/29/07 | 1.10 | REVIEW LEASE DOCUMENTS AND DRAFTED NOTICE OF RENEWAL FOR TROY, MICHIGAN LEASE (1.1). |
|  |  | **3.90** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| HILL LF | 08/01/07 | 0.40 | DRAFT AND REVIEW CORRESPONDENCE RE: SERVICE OF 365(D)(4) MOTION (0.4). |
|---|---|---|---|
| HILL LF | 08/06/07 | 0.50 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE RE: 365(D)(4) MOTION. |
| HILL LF | 08/07/07 | 0.20 | DRAFT CORRESPONDENCE RE: SERVICE OF 365(D)(4) MOTION (0.2). |
| HILL LF | 08/08/07 | 0.30 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE RE: SERVICE OF 365(D)(4) MOTION (0.3). |
| HILL LF | 08/09/07 | 2.40 | DRAFT SCRIPT RE: 365(D)(4) MOTION (2.1); DRAFT AND REVIEW CORRESPONDENCE RE: 365(D)(4) MOTION (0.3). |
|  |  | **3.80** |  |
| **Total Associate** |  | **7.70** |  |
| **TOTAL TIME** |  | **8.80** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 09/30/07
**Leases (Real Property)**  Bill Number: 1181367

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/28/07 | Copy Center, D | 67.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$67.00** |
| | | **TOTAL MATTER** | **$67.00** |

B43E