SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
         In re                            :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                         Debtors.         :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-30
INTELLECTUAL PROPERTY
28.7 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 10/31/07 |
|---|---|---|---|
| Intellectual Property | | | Bill Number: 1182831 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BOLTON IS | 09/12/07 | 1.40 | CORRESPONDENCE WITH WORKING GROUP RE: IP REJECTION ISSUE (1.4). |
| BOLTON IS | 09/13/07 | 6.20 | RESEARCH AND ANALYZE CASES AND OTHER LAW RE: IP REJECTION ISSUE (5.2); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.0). |
| BOLTON IS | 09/14/07 | 4.90 | RESEARCH AND ANALYZE CASES AND OTHER LAW RE: IP REJECTION ISSUE (4.4); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.5). |
| | | **12.50** | |
| FERN BM | 09/11/07 | 1.30 | TELECONFERENCE WITH T. DONO RE: CARRIER IP CONTRACT AND RELATED ISSUES (0.5); FORMULATE STRATEGY RE: CARRIER CONTRACT (0.5); EMAIL TO/FROM T. DONO RE: SAME (0.3). |
| FERN BM | 09/12/07 | 1.70 | ATTENTION TO ISSUES RE: CARRIER IP CONTRACT (0.3); TELECONFERENCE WITH T. DONO RE: SAME (0.2); FORMULATE STRATEGY AND REVIEW MATERIALS RE: CARRIER AGREEMENT (1.2). |
| FERN BM | 09/13/07 | 1.10 | REVIEW ISSUES RE: CARRIER AGREEMENT (0.5); ANALYZE RELEVANT CASE LAW (0.6). |
| FERN BM | 09/14/07 | 10.30 | REVIEW MATERIAL IN PREPARATION FOR TELECONFERENCE WITH T. DONO RE: CARRIER (0.9); TELECONFERENCE WITH T. DONO AND P. GRIFFIN RE: CARRIER AND SECTION 365 (0.6); BEGIN TO DRAFT MEMO RE: CARRIER AGREEMENT (5.2); CONTINUE TO DRAFT MEMO RE: SAME (3.6). |
| FERN BM | 09/17/07 | 1.80 | COMPLETE IP MEMO RE: CARRIER AGREEMENT (1.8). |
| | | **16.20** | |
| **Total Associate** | | **28.70** | |
| **TOTAL TIME** | | **28.70** | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  **Bill Date: 10/31/07**
Intellectual Property           Bill Number: 1182831

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 09/13/07 | Bolton IS | 538.30 |
| Lexis/Nexis | 09/14/07 | Fern BM | 19.86 |
| Lexis/Nexis | 09/14/07 | Bolton IS | 14.84 |
| | | **TOTAL LEXIS/NEXIS** | **$573.00** |
| Westlaw | 09/12/07 | Fern BM | 13.00 |
| | | **TOTAL WESTLAW** | **$13.00** |
| | | **TOTAL MATTER** | **$586.00** |

B43E