SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-31
LITIGATION (GENERAL)
26.7 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 08/31/07 |
|---|---|---|---|
| Litigation (General) | | | Bill Number: 1178615 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| RAMLO K | 07/17/07 | 1.00 | BEGIN PREPARING REMOVAL PERIOD EXTENSION MOTION (0.6); CORRESPONDENCE TO J. PAPELIAN RE: SAME (0.4). |
| RAMLO K | 07/18/07 | 0.30 | ANALYSIS RE: SERVICE REQUIREMENTS FOR REMOVAL EXTENSION MOTION (0.1); CORRESPONDENCE WITH T. MEHNKE RE: SAME (0.2). |
| RAMLO K | 07/19/07 | 0.40 | REVISE REMOVAL PERIOD EXTENSION MOTION (0.4). |
| RAMLO K | 07/21/07 | 0.50 | FURTHER REVISE REMOVAL EXTENSION MOTION (0.5). |
| RAMLO K | 07/23/07 | 0.60 | FURTHER REVISIONS TO REMOVAL PERIOD EXTENSION MOTION (0.6). |
| | | 2.80 | |
| **Total Counsel** | | **2.80** | |
| HOUSTON BM | 07/16/07 | 0.60 | BEGIN DRAFTING 4TH REMOVAL MOTION (0.6). |
| HOUSTON BM | 07/17/07 | 1.20 | DRAFT EMAIL TO J. PAPELIAN RE: 4TH REMOVAL MOTION AND RELATED SERVICE ISSUES (0.3); DRAFT CORRESPONDENCE TO T. BEHNKE RE: SAME (0.2); REVIEW SPECIAL SERVICE LIST AND COMPILE LIST OF PARTIES FOR WHICH UPDATED INFORMATION IS REQUIRED (0.7). |
| HOUSTON BM | 07/19/07 | 1.30 | REVISE 4TH REMOVAL MOTION (1.1); DRAFT PROPOSED ORDER RE: SAME (0.2). |
| HOUSTON BM | 07/20/07 | 2.20 | REVISE 4TH REMOVAL MOTION (0.2); DRAFT NOTICE RE: SAME (0.3); TELECONFERENCE WITH E. GERSHBEIN RE: 4TH REMOVAL MOTION SERVICE ISSUES (0.2); REVIEW FOLLOW-UP EMAIL AND ATTACHMENTS FROM E. GERSHBEIN RE: SAME (0.3); CROSS-REFERENCE KCC LIST WITH INTERNAL LIST (0.4); UPDATE LIST OF PARTIES FOR WHICH ADDITIONAL OR UPDATED INFORMATION IS REQUIRED (0.2); TELECONFERENCE WITH J. MCDONALD RE: SOURCES OF ADDITIONAL INFORMATION FOR PARTIES ON UPDATED LIST (0.2); DRAFT SCRIPT FOR HEARING ON 4TH REMOVAL MOTION (0.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 07/23/07 | 2.50 | REVISE 4TH REMOVAL MOTION (0.5); DRAFT CORRESPONDENCE TO J. PAPELIAN RE: REVISED REMOVAL MOTION (0.2); TELECONFERENCE WITH J. MCDONALD RE: SERVICE ISSUES AND SOURCES FOR PARTIES' UPDATED INFORMATION (0.3); DRAFT FOLLOW-UP CORRESPONDENCE TO J. MCDONALD RE: SAME (0.1); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.2); RESEARCH ADDITIONAL SOURCES FOR UPDATED INFORMATION ON PARTIES (0.7); CROSS-REFERENCE RESULTS WITH INFORMATION FROM KCC (0.3); UPDATE INTERNAL CHART (0.2). |
| HOUSTON BM | 07/25/07 | 1.30 | REVIEW EMAIL FROM J. MCDONALD RE: UPDATED INFORMATION FOR SERVICE OF 4TH REMOVAL MOTION (0.3); DRAFT RESPONSE TO J. MCDONALD RE: SAME (0.1); TELECONFERENCE WITH J. MCDONALD RE: SAME (0.3); UPDATE INTERNAL CHART WITH INFORMATION ON SERVICE PARTIES (0.4); COORDINATE WITH E. GERSHBEIN RE: NECESSARY CHANGES TO SERVICE LIST (0.2). |
| HOUSTON BM | 07/26/07 | 1.80 | REVIEW EMAIL AND ATTACHMENTS FROM E. GERSHBEIN RE: UPDATED SERVICE INFORMATION (0.6); DRAFT RESPONSE TO E. GERSHBEIN RE: SAME (0.2); CONFERENCE CALL WITH E. GERSHBEIN RE: SAME (0.2); UPDATE INTERNAL SERVICE LIST AND CROSS-REFERENCE WITH INFORMATION PROVIDED BY KCC AND BY COMPANY (0.4); COORDINATE WITH A. CHAVALI RE: UPDATED SERVICE LIST FOR 4TH REMOVAL MOTION AND PREPARATION FOR FILING OF SAME (0.2); REVISE NOTICE OF MOTION (0.2). |
| HOUSTON BM | 07/27/07 | 0.90 | REVIEW 4TH REMOVAL MOTION AND NOTICE (0.4); REVISE PROPOSED ORDER RE: SAME (0.2); SUPERVISE FILING OF SAME (0.2); COORDINATE WITH E. GERSHBEIN RE: SERVICE OF FILED MOTION (0.1). |
| | | 11.80 | |
| **Total Associate** | | **11.80** | |
| ~~CHAVALI A~~ | ~~07/26/07~~ | ~~0.80~~ | ~~PREPARE SERVICE PARTIES LIST FOR REMOVAL ACTIONS MOTION (0.8).~~ |
| ~~CHAVALI A~~ | ~~07/27/07~~ | ~~1.00~~ | ~~PREPARE PLEADINGS FOR FILING (0.6); FILE REMOVAL ACTIONS MOTION (0.4).~~ |
| | | ~~1.80~~ | |
| ~~**Total Legal Assistant**~~ | | ~~**1.80**~~ | |
| **TOTAL TIME** | | **16.40** | |

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

**Delphi Corporation (DIP)**                                    **Bill Date: 08/31/07**
**Litigation (General)**                                        **Bill Number: 1178615**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 07/11/07 | Campanario ND | 110.41 |
| Westlaw | 07/23/07 | Houston BM | 8.59 |
| | | **TOTAL WESTLAW** | **$119.00** |
| | | **TOTAL MATTER** | **$119.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  Bill Date: 09/30/07
Litigation (General)  Bill Number: 1181367

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| RAMLO K | 08/07/07 | 0.30 | REVISE HEARING SCRIPT FOR REMOVAL PERIOD EXTENSION MOTION (0.3). |
| RAMLO K | 08/08/07 | 0.20 | FURTHER REVISE SCRIPT OF REMOVAL PERIOD EXTENSION MOTION (0.2). |
| RAMLO K | 08/09/07 | 0.30 | FURTHER REVISIONS TO REMOVAL SCRIPT (0.3). |
| RAMLO K | 08/13/07 | 0.10 | REVIEW DRAFT CERTIFICATE OF SERVICE RE: REMOVAL PERIOD MOTION (0.1). |
| RAMLO K | 08/15/07 | 0.20 | REVISE HEARING SCRIPT (0.2). |
|  |  | **1.10** |  |
| **Total Counsel** |  | **1.10** |  |
| HOUSTON BM | 08/06/07 | 0.70 | TELECONFERENCE WITH A. OCANA RE: 4TH REMOVAL SERVICE ISSUES (0.2); TELECONFERENCE WITH S. MCLAUGHLIN RE: 4TH REMOVAL SERVICE ISSUES AND UPDATE ADDRESS INFORMATION FOR SERVICE LIST (0.2); UPDATE SERVICE LIST (0.1); DRAFT CORRESPONDENCE TO E. GERSHBEIN RE: UPDATED ADDRESS INFORMATION (0.2). |
| HOUSTON BM | 08/07/07 | 1.60 | REVIEW TRANSCRIPT FROM HEARING ON 3RD REMOVAL MOTION (0.3); DRAFT SCRIPT FOR HEARING ON 4TH REMOVAL MOTION (1.3). |
| HOUSTON BM | 08/08/07 | 0.20 | TELECONFERENCE WITH E. GERSHBEIN RE: 4TH REMOVAL MOTION SERVICE ISSUES (0.2). |
| HOUSTON BM | 08/09/07 | 0.60 | REVISE SCRIPT FOR HEARING ON 4TH REMOVAL MOTION (0.6). |
| HOUSTON BM | 08/10/07 | 0.70 | REVIEW AND REVISE SCRIPT FOR HEARING ON 4TH REMOVAL MOTION (0.2); UPDATE SERVICE LIST FOR 4TH REMOVAL MOTION (0.3); TELECONFERENCE WITH E. GERSHBEIN RE: RETURNED SERVICE OF 4TH REMOVAL MOTION AND RE-SERVICE OF MOTION TO UPDATED OR ADDITIONAL ADDRESSES (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 08/14/07 | 4.90 | REVIEW EMAIL FROM E. GERSHBEIN RE: RETURNED SERVICE OF 4TH REMOVAL MOTION (0.4); CROSS-REFERENCE RETURNED SERVICE PARTY ADDRESSES WITH INFORMATION ON UPDATED SERVICE PARTY LIST (1.2); CONFERENCE CALL WITH J. MCDONALD RE: UPDATED ADDRESS INFORMATION (0.2); DRAFT CORRESPONDENCE TO J. MCDONALD RE: SAME (0.3); RESEARCH POTENTIAL SOURCES FOR UPDATED INFORMATION (1.1); REVIEW UPDATED INFORMATION FROM J. MCDONALD (0.2); UPDATE SERVICE LIST (0.4); DRAFT CORRESPONDENCE TO E. GERSHBEIN RE: RE-SERVICE OF MOTION (0.1); CALL FROM E. GERSHBEIN RE: SAME (0.2); REVISE SCRIPT FOR HEARING ON 4TH REMOVAL MOTION TO INCLUDE SERVICE ISSUES AND REMEDIAL EFFORTS (0.8). |
| HOUSTON BM | 08/15/07 | 1.70 | REVISE SCRIPT FOR HEARING ON 4TH REMOVAL MOTION (1.2); TELECONFERENCE WITH J. MCDONALD RE: UPDATED SERVICE ADDRESSES (0.2); UPDATE SERVICE LIST (0.2); DRAFT FOLLOW-UP CORRESPONDENCE TO E. GERSHBEIN RE: SAME (0.1). |
| HOUSTON BM | 08/16/07 | 0.30 | REVIEW EMAIL FROM E. ADAMS RE: RE-SERVICE OF 4TH REMOVAL MOTION ISSUES (0.1); TELECONFERENCE WITH E. ADAMS RE: SAME (0.2). |
| HOUSTON BM | 08/21/07 | 0.30 | REVIEW 4TH REMOVAL ORDER AS ENTERED (0.2); DRAFT CORRESPONDENCE TO J. PAPELIAN AND K. CRAFT RE: 4TH REMOVAL ORDER (0.1). |
| | | 11.00 | |
| **Total Associate** | | **11.00** | |
| ~~SHRAGO R~~ | ~~08/02/07~~ | ~~3.60~~ | ~~PREPARE FOR AND ASSIST AT EPCA HEARING (3.6).~~ |
| | | ~~3.60~~ | |
| ~~Total Legal Assistant~~ | | ~~3.60~~ | |
| **TOTAL TIME** | | **15.70** | |

B43E