SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-32
LIQUIDATION / FEASIBILITY
19.6 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | | Bill Date: 07/31/07 |
|---|---|---|---|---|
| Delphi Corporation (DIP) | | | | Bill Number: 1168053 |
| Liquidation /Feasibility | | | | |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 06/04/07 | 1.30 | RECEIVE AND BEGIN TO EVALUATE REVISED DRAFT LIQUIDATION ANALYSES FROM FTI (1.3). |
| | | 1.30 | |
| Total Partner | | 1.30 | |
| **TOTAL TIME** | | <u>1.30</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  **Bill Date: 07/31/07**
**Liquidation /Feasibility**  **Bill Number: 1168053**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/05/07 | Copy Center, D | 5.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$5.00** |
| | | **TOTAL MATTER** | **$5.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 08/31/07 |
|---|---|---|---|
| Liquidation /Feasibility | | | Bill Number: 1178615 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 07/10/07 | 2.50 | REVIEW TERMS OF PLAN AND ISSUES RE: SAME (1.5); REVIEW ISSUES RE: LIQUIDATION ANALYSIS (1.0). |
| | | 2.50 | |
| **Total Partner** | | **2.50** | |
| GRANT K | 07/27/07 | 1.90 | CONTINUE TO WORK ON SOLICITATION MOTION AND PROCEDURES (1.9). |
| GRANT K | 07/30/07 | 7.40 | CONTINUE TO WORK ON SOLICITATION PROCEDURES MOTION (4.1) AND DRAFTED PROPOSED ORDER RE: SAME (3.3). |
| GRANT K | 07/31/07 | 6.50 | CONTINUE TO WORK ON SOLICITATION MOTION AND ORDER (6.5). |
| | | 15.80 | |
| **Total Associate** | | **15.80** | |
| **TOTAL TIME** | | **18.30** | |

B43E