**ERNST & YOUNG/DELPHI**
**SIXTH FEE APPLICATION**

**EXHIBIT B**

Delphi Corporation
For the Period June 2, 2007 through September 28, 2007

| Service Line: | Fees: | Fees @ 80% | Expenses: | Total Due: |
|---|---|---|---|---|
| **• Audit Services** | | | | |
| o 2007 Consolidated Audit - A1 | $ 3,000,000 | $ 2,400,000 | $41,521 | $2,441,521 |
| o Accounting Assistance - A2 | | | - | |
| o Ashimori | 8,098 | 6,478 | - | 6,478 |
| o Catalyst | 18,948 | 15,158 | - | 15,158 |
| o Corporate | 237,706 | 190,165 | - | 190,165 |
| o Financial Remediation | 86,804 | 69,443 | 313 | 69,756 |
| o Fresh Start Accounting | 167,139 | 133,711 | 1,607 | 135,318 |
| o Furukawa | 890 | 712 | - | 712 |
| o Interiors | 31,256 | 25,004 | - | 25,004 |
| o IT Remediation | 4,428 | 3,542 | - | 3,542 |
| o Saginaw 2007 Audit | 5,956 | 4,765 | - | 4,765 |
| o Saginaw Carve-Out Audit | 221,433 | 177,146 | 1,555 | 178,701 |
| o SAP Pre-Implementation | 46,179 | 36,943 | - | 36,943 |
| o Fee Application Preparation | 89,456 | 71,564 | - | 71,564 |
| | | | | |
| **• Tax Services** | | | | |
| o Bankruptcy Tax | 160,556 | 128,445 | 1,774 | 130,218 |
| o International Tax | 292,733 | 234,186 | 779 | 234,965 |
| o Furukawa Wiring 1065 | 2,500 | 2,000 | - | 2,000 |
| o Ashimori Form 1065 | 6,000 | 4,800 | - | 4,800 |
| o Form 1120 MobileAria | 8,000 | 6,400 | - | 6,400 |
| | | | | |
| **Total Requested Payment (Fees - 80%, Expenses - 100%)** | $ 4,388,080 | $ 3,510,464 | $ 47,549 | $ 3,558,013 |