## ERNST & YOUNG/DELPHI
## SIXTH FEE APPLICATION

## EXHIBIT C

Exhibit C
Delphi Corporation
Summary of Hourly Rates by Professional for Exhibit D
For the Period June 2, 2007 through September 28, 2007

| Last Name | First Name | Initial | Title | Time | Hourly Rate |
|---|---|---|---|---|---|
| Abell Jr | Charles C. | CCA | Partner | 1.0 | $825 |
| Aliff | Elbert J. | EJA | Intern | 105.4 | $100 |
| Ambrose | Nicklaus C. | NCA | Staff | 16.8 | $140 |
| Anderson | Kelly M. | KMA | Staff | 7.2 | $200 |
| Anibal | Christina J. | CJA | Staff | 91.0 | $140 |
| Aquino | Heather | HRA | Client Serving Associate | 430.4 | $140 |
| Artale | Sabrina A. | SAA | Manager | 85.2 | $330 |
| Asher | Kevin F. | KFA | Partner | 243.2 | $770 |
| Averill | Pamela S. | PSA | Intern | 124.1 | $100 |
| Baier | Simone | SB | Senior | 3.9 | $450 |
| Bakke | Don | DWB | Senior Manager | 22.5 | $650 |
| Bean | Stephanie A. | SAB | Staff | 15.0 | * |
| Beckman | James J. | JJB | Partner | 1.0 | * |
| Bharani | Deepa S. | DSB | Staff | 10.1 | $140 |
| Blank | Jacob M. | JMB | Partner | 28.6 | $750 |
| Bleeker | Alderik | AB | Manager | 0.5 | $550 |
| Boehm | Michael J. | MJB | Manager | 344.7 | $330 |
| Brandl | Florian | FB | Manager | 1.5 | $550 |
| Burns JR | John E. | JEB | Senior Manager | 17.0 | $470 |
| Buser | Jay | JB | Manager | 5.0 | $330 |
| Cable | Matthew G. | MGC | Staff | 3.0 | $200 |
| Carey | Gemma | GC | Staff | 0.9 | $200 |
| Cash | Kevin L. | KLC | Partner | 56.6 | $575 |
| Chamarro | Destiny D. | DDC | Staff | 567.0 | $220 |
| Chandler | Chase D. | CDC | Staff | 41.5 | $140 |
| Chheda | Rubin P. | RPC | Senior | 8.0 | * |
| Ciungu | Roxana M. | RMC | Staff | 388.6 | $140 |
| Conat | Arthur L. | ALC | Executive Director | 4.2 | $525 |
| Craig | Tashawna N. | TNC | Staff | 277.4 | $140 |
| Crouch | Nelson F. | NFC | Executive Director | 2.0 | $750 |
| Dandrea | Gregory R. | GRD | Intern | 4.5 | $100 |
| Denard | Ashley N. | AND | Intern | 84.1 | $100 |
| Donahue | Robert M. | RMD | Senior Manager | 31.0 | * |
| Eisenstein | Stephen N. | SNE | Senior Manager | 5.5 | $650 |
| Ericson | Molly | ME | Manager | 52.0 | $550 |
| Ferguson | Stephen J. | SJF | Executive Director | 0.4 | $680 |
| Fitzpatrick | Michael J. | MJF | Partner | 44.0 | $825 |
| Garlock | David C. | DCG | Partner | 1.3 | $750 |
| Gerber | Katherine A. | KAA | Senior | 54.4 | $300 |
| Gibney | Brian B. | BBG | Partner | 1.0 | $750 |
| Grabow | Kimberly A. | KAG | Intern | 4.7 | $150 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 386.5 | $470 |
| Haun | Erica L. | ELH | Staff | 2.0 | $140 |
| Havai | Peter | PH | Manager | 3.9 | $550 |

| Last Name | First Name | Initials | Title | Hours | Rate |
|---|---|---|---|---|---|
| Hegelmann | Julie Ann | JAH | Senior | 90.2 | $300 |
| Hendy | James W. | JWH | Executive Director | 30.0 | $525 |
| Henning | Jeffrey M. | JMH | Partner | 163.6 | $575 |
| Hester | Lilo A. | LAH | Partner | 0.5 | $750 |
| Horner | Kevin John | KJH | Staff | 476.1 | $220 |
| Huffman | Derek T. | DTH | Senior | 16.0 | $275 |
| Hultman | Erik | EH | Executive Director | 3.0 | $750 |
| Huysmans | Serge | SH | Partner | 38.6 | $750 |
| Hyman | Heather L. | HLH | Staff | 14.0 | * |
| Jende | Christian F. | CFJ | Senior | 11.0 | $300 |
| Jin | Lei | LJ | Staff | 178.5 | $140 |
| Karaskova | Jana | JK | Senior Manager | 2.2 | $650 |
| Kearns | Matthew R. | MRK | Senior | 215.4 | $300 |
| Kelley | Daniel F. | DFK | Partner | 20.9 | $575 - $680 |
| Keown | Karen M. | KMK | Senior Manager | 98.7 | $600 |
| Kersh | Andrew V. | AVK | Intern | 67.0 | $100 |
| Kilts JR. | George W. | GWK | Staff | 38.6 | $160 |
| Korovesis | Janine | JK | Intern | 85.1 | $100 |
| Krabill | Aaron J. | AJK | Senior Manager | 537.2 | $470 |
| Kropiewnicki | Sarah E. | SEK | Staff | 0.4 | $200 |
| Kuehl | Angela L. | ALK | Staff | 8.0 | * |
| Kwon | Min Young | MYK | Senior Manager | 30.5 | $650 |
| Lau | Derrick | DL | Senior | 55.0 | $300 |
| Leuenberger | Ashley J. | AJL | Staff | 7.0 | * |
| Liner | Christian D. | CDL | Intern | 59.9 | $100 |
| Love II | William F. | WFL | Staff | 8.2 | * |
| Magrath | James M. | JMM | Senior Manager | 1.6 | $650 |
| Maksymczak | Agnieszka | AM | Senior Manager | 32.6 | $650 |
| Marold | Erick W. | EWM | Senior | 453.5 | $275 |
| McFarland | Mimi M. | MMM | Staff | 8.0 | $140 |
| Menger | Jorg | JM | Partner | 12.7 | $750 |
| Miller | Nicholas S. | NSM | Manager | 310.7 | $330 |
| Moore | Shani | SM | Senior | 1.3 | $400 |
| Mukhtar | Mark J. | MJM | Partner | 80.1 | $680 |
| Murawski | James P. | JPM | Intern | 72.5 | $100 |
| Nicol | Jeremy M. | JMN | Staff | 444.1 | $140 |
| Pacella | Shannon M. | SMP | Manager | 230.8 | $330 |
| Parsch | Kazuyo T. | KTP | Senior Manager | 0.5 | $650 |
| Pedersen | Erik | EP | Senior | 16.8 | $250 |
| Pellegrin | Amy B. | AMP | Client Serving Associate | 2.0 | * |
| Peters | Daniel T. | DT | Staff | 5.2 | * |
| Piatt | Lauren E. | LEP | Staff | 1.5 | $200 |
| Pikos | Matthew C. | MCP | Senior | 160.9 | $250 |
| Pochmara | Rose Christine | RCP | Staff | 166.4 | $140 |
| Pouchard | Alexandre Jean-Paul Alain | AP | Manager | 1.7 | $550 |
| Randall | James | JR | Manager | 6.0 | $550 |
| Ranney | Amber C. | ACR | Senior | 511.2 | $275 |
| Rasmussen | Kyle M. | KMR | Staff | 38.5 | $140 |
| Reddy | Smitha Pingli | SPR | Manager | 1.0 | * |

| | | | | | |
|---|---|---|---|---|---|
| Rothmund | Mario Valentin | MVR | Senior | 289.8 | $250 |
| Rybarova | Lubica | LR | Manager | 1.5 | $550 |
| Saimoua | Omar Issam | OIS | Staff | 296.4 | $220 |
| Schaffert | Glen A. | GAS | Partner | 2.0 | * |
| Schwandt | Lisa N. | LNS | Staff | 220.0 | $140 |
| Segedi | Bryan K. | BKS | Partner | 3.0 | * |
| Seok | Jin H. | JHS | Manager | 8.5 | $550 |
| Shapiro | Olga | OS | Staff | 3.5 | * |
| Sheckell | Steven F. | SFS | Partner | 426.2 | $575 |
| Sherlock | Sarah A. | SAS | Staff | 8.0 | * |
| Sherrock | Justin J. | JJS | Staff | 14.8 | $220 |
| Siler | Klaus | KS | Senior Manager | 4.1 | $650 |
| Simpson | Emma-Rose S. | ESS | Staff | 265.5 | $220 |
| Simpson | Jamie | JS | Senior Manager | 271.1 | $470 |
| Simpson | Kirsten L. | KLS | Partner | 4.0 | $750 |
| Singh | Jagpaul | JS | Intern | 4.0 | $100 |
| Sirkin | Stuart A. | SAS | Executive Director | 6.5 | $750 |
| Skonieczny | Jenifer L. | JLS | Intern | 76.8 | $100 |
| Smith | Carolyn E. | CES | Staff | 29.2 | $140 |
| Stille | Mark Jacob | MJS | Senior | 270.7 | $250 |
| Szkotnicki | Gregory J. | GJS | Staff | 1.0 | * |
| Tau | King-Sze | KST | Senior | 35.2 | $275 |
| Tehan V | Michael Edward A. | MET | Staff | 11.0 | * |
| Tosto | Cathy I. | CIT | Partner | 67.8 | $575 & $680 |
| Tucker | Howard J. | HJT | Partner | 56.3 | $750 |
| Vallat | Frederic | FV | Executive Director | 0.5 | $750 |
| Van Haelst | Hans | HVH | Senior Manager | 1.5 | $650 |
| Voortman | Anna | AV | Partner | 60.7 | $750 |
| Ward | Richard D. | RDW | Executive Director | 59.3 | $750 |
| Wejcman | Pablo | PW | Senior Manager | 2.8 | $650 |
| Wong | Hsin Yee | HYW | Senior | 1.5 | $450 |
| Yang | Jinglu | JY | Senior | 108.0 | * |
| Yoder | Bradley J. | BJY | Staff | 85.7 | $140 |
| Zinger | Miriam R. | MRZ | Staff | 119.5 | $140 |
| | | | | 11,210.2 | |

Please note: Hourly fees marked by "*" are individuals who commenced work on fixed fee engagements.
The fee is not calculated on number of hours times each professional's rate per hour.