## ERNST & YOUNG/DELPHI
## SIXTH FEE APPLICATION

## EXHIBIT E-1

Exhibit E
Delphi Corporation
Out-of-Pocket Expenses
For the Period June 2, 2007 through June 29, 2007

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| **Audit - A1** | | | | | | | |
| Sainoua | Omar Issam | OIS | Staff | 6/12/2007 | Mileage roundtrip to Saginaw plant from Dearborn. | $101 | A1 |
| Cash | Kevin L. | KLC | Partner | 6/13/2007 | Lodging while out of town in Troy, MI (1 night). | $197 | A1 |
| Sainoua | Omar Issam | OIS | Staff | 6/13/2007 | Mileage roundtrip to Saginaw plant from Dearborn. | $101 | A1 |
| Sainoua | Omar Issam | OIS | Staff | 6/14/2007 | Mileage roundtrip to Saginaw plant from Dearborn. | $101 | A1 |
| Hyman | Heather L. | HLH | Staff | 6/16/2007 | Mileage roundtrip from Buffalo, NY to inventory observation in Lockport, NY | $27 | A1 |
| Hyman | Heather L. | HLH | Staff | 6/16/2007 | Saturday lunch while performing inventory observation in Lockport, NY. | $12 | A1 |
| Tehan V | Michael Edward A. | MET | Staff | 6/22/2007 | Mileage roundtrip from Columbus to Grove City for inventory observation. | $21 | A1 |
| Hatzfield Jr. | Michael J. | MJH | Senior Manager | 6/29/2007 | Roundtrip mileage from Troy, MI to Warren, OH. | $194 | A2 |
| | | | | | **A1 Project Total:** | **$754** | |
| **Accounting Assistance - A2** | | | | | | | |
| **Saginaw Carve-Out Audit** | | | | | | | |
| Hatzfield Jr. | Michael J. | MJH | Senior Manager | 6/8/2007 | Roundtrip mileage expense to Saginaw from Troy. | $78 | A2 |
| Chamarro | Destiny D. | DDC | Staff | 6/11/2007 | Steering- Roundtrip mileage to Saginaw from Lake Orion to perform carve-out audit. | $42 | A2 |
| Hatzfield Jr. | Michael J. | MJH | Senior Manager | 6/11/2007 | Roundtrip mileage from Troy to Saginaw for carve-out audit meetings with R. Marcola and J. Perkins. | $78 | A2 |
| Chamarro | Destiny D. | DDC | Staff | 6/12/2007 | Steering- Roundtrip mileage to Saginaw from Lake Orion to perform carve-out audit. | $42 | A2 |
| Hatzfield Jr. | Michael J. | MJH | Senior Manager | 6/12/2007 | Roundtrip mileage from Troy to Saginaw for carve-out audit meetings with R. Marcola and J. Perkins. | $78 | A2 |
| Chamarro | Destiny D. | DDC | Staff | 6/13/2007 | Steering- Roundtrip mileage to Saginaw from Lake Orion to perform carve-out audit. | $42 | A2 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 6/13/2007 | Roundtrip mileage from Troy to Saginaw for carve-out audit meetings with R. Marcola and J. Perkins. | $78 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 6/14/2007 | Steering- Roundtrip mileage from Troy to Saginaw from Lake Orion to perform carve-out audit. | $41 | A2 |
| Chamarro | Destiny D. | DDC | Staff | 6/20/2007 | Steering- Roundtrip mileage from Troy to Saginaw from Lake Orion to perform carve-out audit. | $42 | A2 |
| Chamarro | Destiny D. | DDC | Staff | 6/20/2007 | Steering- Roundtrip mileage from Troy to Saginaw from Lake Orion to perform carve-out audit. | $42 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 6/20/2007 | Mileage roundtrip from Troy to Saginaw for purposes of 2006 carve-out audit. | $78 | A2 |
| Chamarro | Destiny D. | DDC | Staff | 6/21/2007 | Steering- Roundtrip mileage to Saginaw from Lake Orion to perform carve-out audit. | $42 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 6/21/2007 | Mileage roundtrip from Troy to Saginaw for purposes of 2006 steering carve-out audit. | $78 | A2 |
| Murawski | James P. | JPM | Intern | 6/21/2007 | Mileage roundtrip to Saginaw from Shelby Township. | $58 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 6/22/2007 | Mileage roundtrip from Troy to Saginaw for purposes of 2006 steering carve-out audit. | $78 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 6/25/2007 | Mileage roundtrip from Troy to Saginaw for purposes of steering carve-out audit. | $78 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 6/26/2007 | Mileage roundtrip from Troy to Saginaw for purposes of steering carve-out audit. | $78 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 6/27/2007 | Mileage roundtrip from Troy to Saginaw for purposes of steering carve-out audit. | $77 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 6/28/2007 | Mileage roundtrip from Troy to Saginaw for purposes of steering carve-out audit. | $77 | A2 |
| | | | | | **A2 Saginaw Carve-Out Project Total:** | **$1,162** | |
| **Tax Bankruptcy - A3** | | | | | | | |
| Ericson | Molly | ME | Manager | 6/5/2007 | Roundtrip coach airfare to/from Detroit/Atlanta for meetings with client. | $642 | A3 |
| Tucker | Howard J. | HJT | Partner | 6/6/2007 | Roundtrip coach airfare from LaGuardia to Detroit for client meetings. | $528 | A3 |
| Tucker | Howard J. | HJT | Partner | 6/11/2007 | Car service to & from LaGuardia airport | $164 | A3 |
| Ericson | Molly | ME | Manager | 6/13/2007 | Breakfast while out of town in Detroit for client meetings. | $3 | A3 |
| Tucker | Howard J. | HJT | Partner | 6/13/2007 | Lodging while out of town in Detroit for client meetings (1 night). | $208 | A3 |
| Ericson | Molly | ME | Manager | 6/14/2007 | Airport parking in Atlanta for 2 days while out of town in Detroit for client meetings. | $20 | A3 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Ericson | Molly | ME | Manager | 6/15/2007 | Lodging while out of town in Detroit for client meetings (1 night). | $208 | A3 |
| | | | | | A3 Project Total: | $1,774 | |