## ERNST & YOUNG/DELPHI
## SIXTH FEE APPLICATION

## EXHIBIT E-2

Exhibit E
Delphi Corporation
Out-of-Pocket Expenses
For the Period June 30, 2007 through August 3, 2007

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| **Audit - A1** | | | | | | | |
| Asher | Kevin F. | KFA | Partner | 7/5/2007 | Roundtrip airfare from Detroit to Prague to attend the Delphi European Planning meeting (coach class). | $2,791 | A1 |
| Krabill | Aaron J. | AJK | Senior Manager | 7/5/2007 | Roundtrip airfare from Detroit to Prague to attend the Delphi European Planning meeting (coach class). | $2,791 | A1 |
| Pacella | Shannon M. | SMP | Manager | 7/5/2007 | Roundtrip airfare from Detroit to Prague to attend the Delphi European Planning meeting (coach class). | $2,791 | A1 |
| Sheckell | Steven F. | SFS | Partner | 7/5/2007 | Roundtrip airfare from Detroit to Prague to attend the Delphi European Planning meeting (coach class). | $2,791 | A1 |
| Cash | Kevin L. | KLC | Partner | 7/6/2007 | Roundtrip airfare from Cleveland to Prague for kick off meeting discussion (coach class). | $2,791 | A1 |
| Cash | Kevin L. | KLC | Partner | 7/8/2007 | IT General Controls Kick-off meeting for Delphi-breakfast while out of town in Prague. | $12 | A1 |
| Asher | Kevin F. | KFA | Partner | 7/9/2007 | Breakfast while in Prague for European 2007 audit planning meeting (S. Sheckell and myself). | $18 | A1 |
| Cash | Kevin L. | KLC | Partner | 7/9/2007 | IT General Controls Kick-off meeting for Delphi-Taxi from airport to hotel for meetings in Prague. | $47 | A1 |
| Cash | Kevin L. | KLC | Partner | 7/9/2007 | IT General Controls Kick-off meeting for Delphi-Taxi from Laguardia to JFK for flight to Prague. | $20 | A1 |
| Cash | Kevin L. | KLC | Partner | 7/9/2007 | Dinner while out of town in Prague. | $85 | A1 |
| Cash | Kevin L. | KLC | Partner | 7/9/2007 | IT General Controls Kick-off meeting for Delphi-Taxi service while in Prague. | $27 | A1 |
| Sheckell | Steven F. | SFS | Partner | 7/9/2007 | Dinner with K. Asher while in Prague at Europe planning meetings. | $40 | A1 |
| Sheckell | Steven F. | SFS | Partner | 7/10/2007 | Dinner in Prague at Europe planning meeting | $20 | A1 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Krabill | Aaron J. | AJK | Senior Manager | 7/11/2007 | Airfare to travel from Prague to Paris to attend a meeting at Delphi European Headquarters to discuss France statutory audit issues. (Coach class). | $167 | A1 |
| Pacella | Shannon M. | SMP | Manager | 7/11/2007 | Dinner while in Europe for the Delphi European Planning Meeting. (V. De Martel, K. St.Romaine, E. Fines, and D. Oslislok) | $100 | A1 |
| Sheckell | Steven F. | SFS | Partner | 7/11/2007 | Breakfast while out of town in Prague. | $15 | A1 |
| Sheckell | Steven F. | SFS | Partner | 7/11/2007 | Dinner while in Prague at Europe planning meetings with K. Asher & A. Krabill. | $60 | A1 |
| Sheckell | Steven F. | SFS | Partner | 7/11/2007 | Dinner while in Prague at Europe planning meetings with K. Asher, A. Krabill, B. Welsh and G. Collins. | $100 | A1 |
| Sheckell | Steven F. | SFS | Partner | 7/11/2007 | Lodging in Prague for Europe planning meetings (3 nights) | $597 | A1 |
| Sherrock | Justin J. | JJS | Staff | 7/11/2007 | Train charge to review Delphi valuation at KPMG - Philadelphia. | $18 | A1 |
| Asher | Kevin F. | KFA | Partner | 7/12/2007 | Dinner while in Prague for European 2007 audit planning meeting | $20 | A1 |
| Asher | Kevin F. | KFA | Partner | 7/12/2007 | Taxi while in Prague for European 2007 audit planning meeting. | $45 | A1 |
| Asher | Kevin F. | KFA | Partner | 7/12/2007 | Lodging while in Prague (3 nights) | $597 | A1 |
| Asher | Kevin F. | KFA | Partner | 7/12/2007 | IT General Controls Kick-off meeting for Delphi-Taxi from hotel to airport for meetings in Prague. | $47 | A1 |
| Cash | Kevin L. | KLC | Partner | 7/12/2007 | IT General Controls Kick-off meeting for Delphi-Taxi service from JFK to Laguardia for flight. | $73 | A1 |
| Cash | Kevin L. | KLC | Partner | 7/12/2007 | IT General Controls Kick-off meeting for Delphi-Lodging while in Prague (3 nights) | $597 | A1 |
| Asher | Kevin F. | KFA | Partner | 7/13/2007 | Parking at airport while at Europe planning meeting in Prague (4 days) | $68 | A1 |
| Sheckell | Steven F. | SFS | Partner | 7/13/2007 | Parking at airport while at Europe planning meeting in Prague (4 days) | $68 | A1 |
| Bean | Stephanie A. | SAB | Staff | 7/21/2007 | Mileage roundtrip to Delphi Inventory Observation in Kokomo, IN. | $66 | A1 |
| Craig | Tashawna N. | TNC | Staff | 7/24/2007 | Roundtrip mileage from Troy, MI to Saginaw MI. | $68 | A1 |
| Craig | Tashawna N. | TNC | Staff | 7/25/2007 | Roundtrip mileage from Troy, MI to Saginaw MI. | $68 | A1 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Marold | Erick W. | EWM | Senior | 7/25/2007 | E&S - Mileage from Troy, MI to Kokomo, IN | $136 | A1 |
| Marold | Erick W. | EWM | Senior | 7/25/2007 | Out of town dinner while performing the Q2 review at the E&S division in Kokomo, IN. | $20 | A1 |
| Miller | Nicholas S. | NSM | Manager | 7/25/2007 | Dinner while traveling out of town for the Packard Quarterly review. | $20 | A1 |
| Miller | Nicholas S. | NSM | Manager | 7/25/2007 | Roundtrip mileage from Troy, MI to Warren, OH to work on the Packard quarterly review. | $229 | A1 |
| Marold | Erick W. | EWM | Senior | 7/26/2007 | E&S - Out of town breakfast for E. Marold and K. Horner while in Kokomo, IN. | $16 | A1 |
| Marold | Erick W. | EWM | Senior | 7/26/2007 | Out of town dinner for E. Marold and K. Horner while performing the Q2 review at the E&S division in Kokomo, IN. | $40 | A1 |
| Miller | Nicholas S. | NSM | Manager | 7/26/2007 | Out of town dinner with D. Chamarro while working on the Packard quarterly review. | $40 | A1 |
| Marold | Erick W. | EWM | Senior | 7/27/2007 | Mileage from Kokomo, IN to Troy, MI. | $136 | A1 |
| Marold | Erick W. | EWM | Senior | 7/27/2007 | Lodging while out of town in Kokomo, IN (2 nights). | $220 | A1 |
| Miller | Nicholas S. | NSM | Manager | 7/27/2007 | Lodging while working out of town on the Packard division quarterly review. (2 nights). | $272 | A1 |
| | | | | | **A1 Project Total:** | **$18,125** | |
| **Tax International - A3** | | | | | | | |
| Huysmans | Serge | SH | Partner | 7/18/2007 | Delphi Meeting - Parking at O'hare airport while out of town in Detroit (1 day). | $32 | A3 |
| Huysmans | Serge | SH | Partner | 7/17/2007 | Delphi Meeting - Roundtrip airfare from Chicago, IL to Detroit, MI. (Coach class) | $518 | A3 |
| Huysmans | Serge | SH | Partner | 7/18/2007 | Delphi Meeting - Roundtrip mileage from home to airport for meeting in Detroit, MI. | $15 | A3 |
| Huysmans | Serge | SH | Partner | 7/18/2007 | Delphi Meeting - Dinner with A. Voortman to discuss meeting with Delphi while traveling to Detroit, MI. | $34 | A3 |
| | | | | | **A3 Project Total:** | **$599** | |