**ERNST & YOUNG/DELPHI**
**SIXTH FEE APPLICATION**

**EXHIBIT E-3**

Exhibit E
Delphi Corporation
Out-of-Pocket Expenses
For the Period August 4, 2007 through August 31, 2007

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| **Audit - A1** | | | | | | | |
| Horner | Kevin John | KJH | Staff | 7/25/2007 | Dinner while in Kokomo, IN for Q2 review on E&S Division. | $20 | A1 |
| Horner | Kevin John | KJH | Staff | 7/25/2007 | Mileage from Troy, MI to Kokomo, IN to complete Q2 review for E&S Division. | $140 | A1 |
| Horner | Kevin John | KJH | Staff | 7/27/2007 | Dinner while in Kokomo, IN after completing Q2 review on E&S Division. | $18 | A1 |
| Horner | Kevin John | KJH | Staff | 7/27/2007 | Mileage from Kokomo, IN to Troy, MI after completing Q2 review at E&S Division. | $140 | A1 |
| Horner | Kevin John | KJH | Staff | 7/27/2007 | Lodging in Kokomo, IN while working on Q2 review for E&S Division (2 nights). | $238 | A1 |
| Ranney | Amber C. | ACR | Senior | 8/12/2007 | Dinner while out of town in Dayton, OH for the DARSC trip. | $20 | A1 |
| Ranney | Amber C. | ACR | Senior | 8/12/2007 | Lodging in Dayton, OH for the DARSC interim audit trip (4 nights). | $304 | A1 |
| Schwandt | Lisa N. | LNS | Staff | 8/12/2007 | Mileage from Davison, MI to the Dayton Accounts Receivable department's main location in Dayton, Ohio. | $106 | A1 |
| Schwandt | Lisa N. | LNS | Staff | 8/12/2007 | Lodging for Delphi's Dayton Accounts Receivable department audit in Dayton, OH (4 nights). | $744 | A1 |
| Chandler | Chase D. | CDC | Staff | 8/13/2007 | Mileage roundtrip from Novi, MI to Dayton, OH. | $199 | A1 |
| Horner | Kevin John | KJH | Staff | 8/13/2007 | Dinner while in Kokomo, IN. | $18 | A1 |
| Jin | Lei | LJ | Staff | 8/13/2007 | Dinner expense during stay in Kokomo, IN. | $20 | A1 |
| Marold | Erick W. | EWM | Senior | 8/13/2007 | Travel from Berkley, MI to Kokomo, IN while performing interim audit procedures at E&S in Kokomo, IN. | $136 | A1 |
| Marold | Erick W. | EWM | Senior | 8/13/2007 | Out of town dinner while performing interim audit procedures at E&S in Kokomo, IN. | $20 | A1 |
| Ranney | Amber C. | ACR | Senior | 8/13/2007 | Dinner while out of town in Dayton, OH for DARSC audit trip for myself, C. Chandler and L. Schwandt. | $60 | A1 |
| Ranney | Amber C. | ACR | Senior | 8/13/2007 | Mileage roundtrip to Dayton, OH from Royal Oak, MI for the DARSC trip. | $218 | A1 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Horner | Kevin John | KJH | Staff | 8/14/2007 | Dinner while in Kokomo, IN. | $20 | A1 |
| Jin | Lei | LJ | Staff | 8/14/2007 | Dinner expense during stay in Kokomo, IN. | $20 | A1 |
| Marold | Erick W. | EWM | Senior | 8/14/2007 | Mileage from Kokomo, IN to Berkley, MI while performing interim audit procedures at E&S in Kokomo, IN. | $136 | A1 |
| Marold | Erick W. | EWM | Senior | 8/14/2007 | Lodging while out of town for E&S in Kokomo, IN (1 night). | $88 | A1 |
| Marold | Erick W. | EWM | Senior | 8/14/2007 | Out of town breakfast while performing interim audit procedures at E&S in Kokomo, IN. | $7 | A1 |
| Marold | Erick W. | EWM | Senior | 8/14/2007 | Out of town dinner while performing interim audit procedures at E&S in Kokomo, IN. | $22 | A1 |
| Ranney | Amber C. | ACR | Senior | 8/14/2007 | Dinner while out of town in Dayton, OH for DARSC audit trip for myself, C. Chandler and L. Schwandt. | $66 | A1 |
| Ranney | Amber C. | ACR | Senior | 8/15/2007 | Dinner while out of town in Dayton, OH for DARSC audit trip for myself, C. Chandler and L. Schwandt. | $60 | A1 |
| Horner | Kevin John | KJH | Staff | 8/15/2007 | Dinner in Kokomo, IN with L. Jin and M. Zinger. | $60 | A1 |
| Schwandt | Lisa N. | LNS | Staff | 8/16/2007 | Mileage to Davison, MI from the Dayton Accounts Receivable department's main location in Dayton, Ohio. | $106 | A1 |
| Jin | Lei | LJ | Staff | 8/16/2007 | Dinner expense during stay in Kokomo, IN. | $18 | A1 |
| Jin | Lei | LJ | Staff | 8/16/2007 | Breakfast expense during stay in Kokomo, IN. | $10 | A1 |
| Zinger | Miriam R. | MRZ | Staff | 8/15/2007 | Breakfast out of town in Kokomo, IN. | $10 | A1 |
| Zinger | Miriam R. | MRZ | Staff | 8/16/2007 | Out of town dinner in Kokomo, IN. | $23 | A1 |
| Chandler | Chase D. | CDC | Staff | 8/16/2007 | Lodging while in Dayton, OH (3 nights). | $394 | A1 |
| Horner | Kevin John | KJH | Staff | 8/17/2007 | Dinner while in Kokomo, IN. | $23 | A1 |
| Horner | Kevin John | KJH | Staff | 8/17/2007 | Lodging in Kokomo, IN (4 nights). | $595 | A1 |
| Jin | Lei | LJ | Staff | 8/17/2007 | Roundtrip mileage between Kokomo, Indiana and Detroit, Michigan for Delphi 12/31/07 audit engagement. | $223 | A1 |
| Jin | Lei | LJ | Staff | 8/17/2007 | Dinner expense during stay in Kokomo, IN. | $20 | A1 |
| Jin | Lei | LJ | Staff | 8/17/2007 | Lodging expense during stay in Kokomo, IN (4 nights). | $366 | A1 |
| Zinger | Miriam R. | MRZ | Staff | 8/17/2007 | Out of town dinner in Kokomo, IN. | $20 | A1 |
| Zinger | Miriam R. | MRZ | Staff | 8/17/2007 | Roundtrip mileage from Detroit, MI to Kokomo, IN. | $251 | A1 |
| Zinger | Miriam R. | MRZ | Staff | 8/17/2007 | Lodging in Kokomo, IN (3 nights). | $300 | A1 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Chamarro | Destiny D. | DDC | Staff | 8/20/2007 | Packard-Dinner with B. Yoder and M. Pikos while in Warren, OH to perform interim audit procedures. | $60 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/20/2007 | Packard-Mileage to Warren, OH from Lake Orion to perform interim audit procedures for the Packard division | $115 | A1 |
| Horner | Kevin John | KJH | Staff | 8/20/2007 | Dinner while in Kokomo, IN for E&S audit. | $21 | A1 |
| Jin | Lei | LJ | Staff | 8/20/2007 | Breakfast expense during stay in Kokomo, IN. | $7 | A1 |
| Pikos | Matthew C. | MCP | Senior | 8/20/2007 | Mileage from Rochester Hills, MI to Warren, OH to perform interim procedures on the Packard division of Delphi. | $127 | A1 |
| Yoder | Bradley J. | BJY | Staff | 8/20/2007 | Packard - Mileage from Findlay, OH to Warren, OH. | $112 | A1 |
| Zinger | Miriam R. | MRZ | Staff | 8/20/2007 | Out of town dinner in Kokomo, IN. | $20 | A1 |
| Zinger | Miriam R. | MRZ | Staff | 8/20/2007 | Roundtrip mileage from Detroit, MI to Kokomo, IN. | $251 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/21/2007 | Packard-Breakfast while out of town in Warren, OH to perform interim audit procedures. | $4 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/21/2007 | Packard-Dinner while out of town in Warren, OH to perform interim audit procedures. | $24 | A1 |
| Horner | Kevin John | KJH | Staff | 8/21/2007 | Dinner with M. Zinger and L. Jin while out of town in Kokomo, IN working on E&S audit. | $60 | A1 |
| Pikos | Matthew C. | MCP | Senior | 8/21/2007 | Dinner for myself while out of town in Warren, OH performing interim audit procedures at the Packard division of Delphi. | $24 | A1 |
| Pikos | Matthew C. | MCP | Senior | 8/21/2007 | Mileage while driving from Warren, OH to Rochester Hills, MI after performing interim audit procedures at the Packard division of Delphi. | $127 | A1 |
| Pikos | Matthew C. | MCP | Senior | 8/21/2007 | Lodging charge while out of town in Warren, OH to perform interim audit procedures at the Packard division of Delphi (1 night). | $145 | A1 |
| Yoder | Bradley J. | BJY | Staff | 8/21/2007 | Packard - Dinner while out of town in Warren, OH. | $13 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/22/2007 | Packard-Dinner with B. Yoder while out of town to perform interim audit procedures. | $40 | A1 |
| Jin | Lei | LJ | Staff | 8/22/2007 | Mileage expense for Delphi engagement. Driving between Detroit, MI and Kokomo, IN. (Roundtrip) | $223 | A1 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Jin | Lei | LJ | Staff | 8/22/2007 | Dinner expense during stay in Kokomo, IN. | $20 | A1 |
| Miller | Nicholas S | NSM | Manager | 8/22/2007 | Rental car charge while working out of town on the Packard division. (2 days) | $67 | A1 |
| Miller | Nicholas S. | NSM | Manager | 8/22/2007 | Dinner while out of town working on the Packard Division. | $18 | A1 |
| Miller | Nicholas S. | NSM | Manager | 8/22/2007 | Lodging while working out of town on the Packard division. (1 night) | $125 | A1 |
| Zinger | Miriam R. | MRZ | Staff | 8/22/2007 | Out of town dinner in Kokomo, IN. | $20 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/22/2007 | Packard-Breakfast while out of town in Warren, OH to performe interim audit procedures. | $5 | A1 |
| Horner | Kevin John | KJH | Staff | 8/23/2007 | Dinner while traveling home from Kokomo, IN. | $20 | A1 |
| Horner | Kevin John | KJH | Staff | 8/23/2007 | Lodging in Kokomo, IN (3 nights) | $330 | A1 |
| Jin | Lei | LJ | Staff | 8/23/2007 | Lodging expense during stay in Kokomo, IN (3 nights). | $330 | A1 |
| Yoder | Bradley J. | BJY | Staff | 8/23/2007 | Packard - Dinner while out of town in Warren, OH. | $11 | A1 |
| Zinger | Miriam R. | MRZ | Staff | 8/24/2007 | Out of town dinner in Kokomo, IN. | $20 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/24/2007 | Packard-Breakfast while out of town to perform interim audit procedures. | $7 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/24/2007 | Packard-Dinner while out of town (Warren, OH) in order to perform interim audit procedures. | $24 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/24/2007 | Packard-Mileage from Warren, OH to Lake Orion to perform interim audit procedures. | $115 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/24/2007 | Packard-Lodging while out town performing interim audit procedures for the Packard division (4 nights). | $578 | A1 |
| Yoder | Bradley J. | BJY | Staff | 8/24/2007 | Packard - Mileage from Warren, OH to Findlay, OH. | $91 | A1 |
| Yoder | Bradley J. | BJY | Staff | 8/24/2007 | Packard - Lodging while out of town in Warren, OH (4 nights). | $411 | A1 |
| Zinger | Miriam R. | MRZ | Staff | 8/24/2007 | Lodging in Kokomo, IN (4 nights). | $330 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/24/2007 | Packard-Breakfast while out of town in Warren, OH to perform interim audit procedures. | $4 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/26/2007 | Packard-Dinner while out of town in Warren, OH to perform interim audit procedures. | $19 | A1 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Chamarro | Destiny D. | DDC | Staff | 8/26/2007 | Packard-Mileage to Warren, OH from Lake Orion to perform interim audit procedures. | $117 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/26/2007 | Packard-Mileage traveling from Warren, OH to Lake Orion to perform interim audit procedures. | $117 | A1 |
| Henning | Jeffrey M. | JMH | Partner | 8/26/2007 | Mileage from Northville, MI to Warren, Ohio - Packard Field Visit. | $128 | A1 |
| Miller | Nicholas S. | NSM | Manager | 8/26/2007 | Dinner while traveling out of town in Warren, OH for Packard division. | $20 | A1 |
| Pikos | Matthew C | MCP | Senior | 8/26/2007 | Dinner for myself while out of town in Warren, OH for performing interim audit procedures on the Packard division of Delphi. | $24 | A1 |
| Pikos | Matthew C | MCP | Senior | 8/26/2007 | Mileage from Rochester Hills, MI to Warren, OH to perform interim audit procedures on the Packard division of Delphi. | $127 | A1 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 8/27/2007 | Breakfast expense incurred out of town for Packard division. | $18 | A1 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 8/27/2007 | Taxi from Troy, MI to Detroit Metro airport for purposes of interim audit procedures at Packard division. | $114 | A1 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 8/27/2007 | Roundtrip airfare from Detroit, MI to Cleveland, OH for purposes of interim audit procedures at Packard division. | $608 | A1 |
| Marold | Erick W. | EWM | Senior | 8/27/2007 | Out of town dinner while performing audit procedures at the E&S division in Kokomo, IN. | $23 | A1 |
| Yoder | Bradley J. | BJY | Staff | 8/27/2007 | Packard - Mileage from Findlay, OH to Warren, OH. | $103 | A1 |
| Zinger | Miriam R. | MRZ | Staff | 8/28/2007 | Mileage from Detroit, MI to Kokomo, IN. | $126 | A1 |
| Asher | Kevin F. | KFA | Partner | 8/28/2007 | Lodging while out of town in Kokomo, IN for Delphi E&S planning meetings (1 night). | $89 | A1 |
| Asher | Kevin F. | KFA | Partner | 8/28/2007 | Roundtrip mileage from Orchard Lake, MI to Kokomo, IN for Delphi E&S audit planning meetings. | $284 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/28/2007 | Packard-Breakfast while out of town in Warren, OH to perform interim audit procedures. | $4 | A1 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 8/28/2007 | Packard - Dinner expense incurred out of town in Warren, OH. | $21 | A1 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Henning | Jeffrey M. | JMH | Partner | 8/28/2007 | Lodging while at Packard division in Warren, Ohio (2 nights). | $270 | A1 |
| Jin | Lei | LJ | Staff | 8/28/2007 | Breakfast expense during stay in Kokomo, IN. | $7 | A1 |
| Marold | Erick W. | EWM | Senior | 8/28/2007 | Out of town dinner while performing audit procedures at the E&S headquarters in Kokomo, IN. (E. Marold, M. Zinger and K. Horner) | $60 | A1 |
| Miller | Nicholas S. | NSM | Manager | 8/28/2007 | Dinner while traveling out of town in Warren, OH for Packard division. | $20 | A1 |
| Miller | Nicholas S. | NSM | Manager | 8/28/2007 | Turnpike tolls while traveling out of town working on the Delphi Packard engagement in Warren, OH. | $8 | A1 |
| Miller | Nicholas S. | NSM | Manager | 8/28/2007 | Lodging in Warren, OH while working on Delphi Packard division (2 nights) | $289 | A1 |
| Pikos | Matthew C. | MCP | Senior | 8/28/2007 | Dinner for the engagement team while out of town in Warren, OH in order to perform interim audit procedures on the Packard division of Delphi (B. Yoder, D. Chamarro and myself). | $60 | A1 |
| Zinger | Miriam R. | MRZ | Staff | 8/28/2007 | Lodging in Kokomo, IN (2 nights). | $264 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/29/2007 | Packard-Breakfast while out town in Warren, OH to perform interim audit procedures. | $4 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/29/2007 | Packard-Dinner with M. Pikos while out town in Warren, OH to perform interim audit procedures. | $40 | A1 |
| Horner | Kevin John | KJH | Staff | 8/29/2007 | Dinner with E. Marold while out of town in Kokomo, IN while working on E&S audit. | $48 | A1 |
| Jin | Lei | LJ | Staff | 8/29/2007 | Dinner expense incurred in Kokomo, IN. | $20 | A1 |
| Jin | Lei | LJ | Staff | 8/29/2007 | Mileage expense incurred driving between Kokomo, IN and Troy, Michigan. | $223 | A1 |
| Miller | Nicholas S. | NSM | Manager | 8/29/2007 | Rental car to drive to Warren, OH for work on Delphi Packard division (3 days). | $298 | A1 |
| Yoder | Bradley J. | BJY | Staff | 8/29/2007 | Packard - Dinner while out of town in Warren, OH. | $16 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/30/2007 | Packard-Breakfast while out town in Warren, OH to perform interim audit procedures. | $4 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/30/2007 | Packard-Dinner with M. Pikos and B. Yoder while out town in Warren, OH to perform interim audit procedures. | $60 | A1 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Chamarro | Destiny D. | DDC | Staff | 8/30/2007 | Packard-Lodging while out town in Warren, OH to perform interim audit procedures (5 nights). | $723 | A1 |
| Homer | Kevin John | KJH | Staff | 8/30/2007 | Dinner while in Kokomo, IN. | $20 | A1 |
| Homer | Kevin John | KJH | Staff | 8/30/2007 | Lodging while staying in Kokomo, IN for E&S interim audit (3 nights). | $447 | A1 |
| Jin | Lei | LJ | Staff | 8/30/2007 | Lodging expense during stay in Kokomo, IN (3 nights). | $268 | A1 |
| Marold | Erick W. | EWM | Senior | 8/30/2007 | Out of town dinner while performing audit procedures at the E&S HQ. | $22 | A1 |
| Marold | Erick W. | EWM | Senior | 8/30/2007 | Out of town lodging while performing audit procedures at the E&S HQ in Kokomo, IN (4 nights). | $351 | A1 |
| Chamarro | Destiny D. | DDC | Staff | 8/31/2007 | Packard-Breakfast while out town in Warren, OH to perform interim audit procedures. | $4 | A1 |
| Homer | Kevin John | KJH | Staff | 8/31/2007 | Rental car charge for 19 days: 8/12/07-8/31/07 while in Kokomo, IN for interim audit. | $779 | A1 |
| Pikos | Matthew C. | MCP | Senior | 8/31/2007 | Dinner for myself while out of town in Warren, OH while performing interim audit procedures on the Packard division of Delphi. | $23 | A1 |
| Pikos | Matthew C. | MCP | Senior | 8/31/2007 | Mileage while driving from Warren, OH to Rochester Hills, MI after performing interim audit procedures at the Packard division of Delphi. | $127 | A1 |
| Pikos | Matthew C. | MCP | Senior | 8/31/2007 | Lodging while in Warren, OH to perform interim audit procedures on the Packard Division of Delphi (5 nights). | $593 | A1 |
| Yoder | Bradley J. | BJY | Staff | 8/31/2007 | Packard - Mileage from Warren, OH to Findlay, OH. | $96 | A1 |
| Yoder | Bradley J. | BJY | Staff | 8/31/2007 | Packard – Lodging while out of town in Warren, OH (4 nights). | $411 | A1 |
| | | | | | **A1 Project Total:** | **$16,732** | |

Accounting Assistance - A2
Financial Remediation

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 8/27/2007 | Dinner expense incurred with J. Henning, M. Pikos and D. Chamarro out of town while traveling to Packard division for discussions with C. Zerrull and J. Reidy relative to company's plans for material weakness remediation on inventory and tooling accounting. | $80 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 8/28/2007 | Rental car expense incurred out of town while traveling to Packard division for discussions with C. Zerrull and J. Reidy relative to company's plans for material weakness remediation on inventory and tooling accounting. (2 days). | $121 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 8/28/2007 | Lodging expense incurred out of town while traveling to Packard division for discussions with C. Zerrull and J. Reidy relative to company's plans for material weakness remediation on inventory and tooling accounting. (1 night) | $112 | A2 |
| | | | | | **A2 Financial Remediation Project Total:** | **$313** | |
| **Fresh Start Accounting** | | | | | | | |
| Krabill | Aaron J. | AJK | Senior Manager | 8/22/2007 | Parking at the airport for trip to Philadelphia to meet with KPMG valuation team to review the M&E valuation for fresh start accounting. (1 day) | $23 | A2 |
| Artale | Sabrina A. | SAA | Manager | 8/20/2007 | Roundtrip airfare to Troy, MI from NY for meetings - SAS review (coach class). | $349 | A2 |
| Artale | Sabrina A. | SAA | Manager | 8/23/2007 | Dinner while in Troy, MI for SAS review meeting | $23 | A2 |
| Artale | Sabrina A. | SAA | Manager | 8/29/2007 | Taxi service from Laguardia airport after meeting with client for SAS review. | $62 | A2 |
| Krabill | Aaron J. | AJK | Senior Manager | 8/20/2007 | Airfare to Philadelphia to meet with KPMG valuation team to review the M&E valuation for fresh start accounting (coach class) | $940 | A2 |
| Krabill | Aaron J. | AJK | Senior Manager | 8/21/2007 | Taxi from the airport to hotel while in Philadelphia to meet with KPMG valuation team to review the M&E valuation for fresh start accounting. | $30 | A2 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Krabill | Aaron J. | AJK | Senior Manager | 8/22/2007 | Breakfast for myself while in Philadelphia to meet with KPMG valuation team to review the M&E valuation for fresh start accounting. | $12 | A2 |
| Krabill | Aaron J. | AJK | Senior Manager | 8/22/2007 | Dinner while out of town in Philadelphia to meet with KPMG valuation team to review the M&E valuation for fresh start accounting. | $17 | A2 |
| Krabill | Aaron J. | AJK | Senior Manager | 8/22/2007 | Lodging in Philadelphia to meet with KPMG valuation team to review the M&E valuation for fresh start accounting. (1 night) | $121 | A2 |
| Krabill | Aaron J. | AJK | Senior Manager | 8/22/2007 | Taxi from the KPMG office to airport for myself and N. McNamara while in Philadelphia to meet with KPMG valuation team to review the M&E valuation for fresh start accounting. | $30 | A2 |
| | | | | | **A2 Fresh Start Accounting Project Total:** | **$1,607** | |
| Saginaw Carve-Out Audit | | | | | | | |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 8/8/2007 | Roundtrip mileage from Detroit to Saginaw. | $79 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 8/24/2007 | Roundtrip mileage from Troy, MI to Saginaw, MI for purposes of client meeting related to 2006 carve-out. | $79 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 8/30/2007 | Roundtrip mileage from Troy, MI to Saginaw, MI for purposes of status meeting update on carve-out with R. marcola and J. Perkins. | $79 | A2 |
| | | | | | **A2 Saginaw Carve-Out Project Total:** | **$236** | |
| | | | | | **A2 Project Total:** | **$2,156** | |
| Tax International - A3 | | | | | | | |
| Voortman | Anna | AV | Partner | 8/3/2007 | Taxi service from Burr Ridge, IL to Midway - Flying to Detroit for client visit with Delphi, Troy, MI. Met with B. Sparks, M. Cone & J. Whitson to discuss Delphi's plan of emergence & consider US & Lux tax implications of proposed plan. | $89 | A3 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Voortman | Anna | AV | Partner | 8/3/2007 | Taxi service from Midway to Burr Ridge, IL - returning from client visit, Delphi Corporation, Troy, MI - Met with B. Sparks, M. Cone, & J. Whitson to discuss Delphi's plan of emergence and consider U.S. & Lux tax implications of proposed plan. | $91 | A3 |

A3 Tax International Project Total: $180