**ERNST & YOUNG/DELPHI
SIXTH FEE APPLICATION**

**EXHIBIT E-4**

10

Exhibit E
Delphi Corporation
Out-of-Pocket Expenses
For the Period September 1, 2007 through September 28, 2007

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| **Audit - A1** | | | | | | | |
| Esparza | Miguel | ME | Staff | 7/1/2007 | Roundtrip mileage from Monterrey to Matamoros to perform the physical inventory tests. | $310 | A1 |
| Garcia | Roberto | RG | Staff | 7/1/2007 | Roundtrip mileage to Reynosa city from Monterrey to perform the physical inventory tests (E&S). | $191 | A1 |
| Rodriguez | Edgardo | ER | Staff | 7/1/2007 | Lodging in Nuevo Laredo to perform the physical inventory tests (2 nights). | $238 | A1 |
| Rodriguez | Edgardo | ER | Staff | 7/1/2007 | Roundtrip mileage from Monterrey to Nuevo Laredo to perform the physical inventory tests. | $169 | A1 |
| Horner | Kevin John | KJH | Staff | 9/10/2007 | Dinner while in Kokomo, IN working on Delphi E&S interim audit. | $20 | A1 |
| Jin | Lei | LJ | Staff | 9/10/2007 | Dinner expense incurred while in Kokomo, IN. | $18 | A1 |
| Pikos | Matthew C. | MCP | Senior | 9/10/2007 | Dinner for myself and D. Chanarro while out-of-town in Warren, OH to perform interim audit procedures on the Packard division of Delphi. | $40 | A1 |
| Pikos | Matthew C. | MCP | Senior | 9/10/2007 | Mileage while driving from Rochester Hills, MI to Warren, OH to perform interim audit procedures on the Packard division of Delphi | $127 | A1 |
| Horner | Kevin John | KJH | Staff | 9/11/2007 | Dinner while in Kokomo, IN working on Delphi E&S interim audit. | $19 | A1 |
| Jin | Lei | LJ | Staff | 9/11/2007 | Dinner expense incurred while in Kokomo, IN. | $20 | A1 |
| Pikos | Matthew C. | MCP | Senior | 9/11/2007 | Dinner for myself and D. Chanarro while out-of-town in Warren, OH to perform interim audit procedures on the Packard division of Delphi. | $40 | A1 |
| Horner | Kevin John | KJH | Staff | 9/12/2007 | Dinner while in Kokomo, IN working on Delphi E&S interim audit. | $20 | A1 |
| Jin | Lei | LJ | Staff | 9/12/2007 | Dinner expense incurred while in Kokomo, IN. | $19 | A1 |
| Horner | Kevin John | KJH | Staff | 9/13/2007 | Dinner while in Kokomo, IN working on Delphi E&S interim audit. | $18 | A1 |
| Jin | Lei | LJ | Staff | 9/13/2007 | Dinner expense incurred while in Kokomo, IN. | $20 | A1 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Ranney | Amber C. | ACR | Senior | 9/13/2007 | Airfare from Detroit to Phoenix for ACS trip (coach class). | $729 | A1 |
| Horner | Kevin John | KJH | Staff | 9/14/2007 | Dinner while in Kokomo, IN working on Delphi E&S audit for the week. | $20 | A1 |
| Horner | Kevin John | KJH | Staff | 9/14/2007 | Roundtrip mileage between Troy, MI and Kokomo, IN for the Delphi E&S interim audit. | $243 | A1 |
| Horner | Kevin John | KJH | Staff | 9/14/2007 | Lodging while in Kokomo, IN working on Delphi E&S interim audit (4 nights). | $351 | A1 |
| Jin | Lei | LJ | Staff | 9/14/2007 | Dinner expense incurred while in Kokomo, IN. | $20 | A1 |
| Jin | Lei | LJ | Staff | 9/14/2007 | Roundtrip mileage between Williamston, Michigan and Kokomo, IN. | $223 | A1 |
| Jin | Lei | LJ | Staff | 9/14/2007 | Lodging while in Kokomo, IN working on Delphi E&S interim audit (4 nights). | $356 | A1 |
| Pikos | Matthew C. | MCP | Senior | 9/14/2007 | Dinner for myself while out of town in Warren, OH performing interim audit procedures on the Packard division of Delphi. | $20 | A1 |
| Pikos | Matthew C. | MCP | Senior | 9/14/2007 | Mileage to Rochester Hills, MI from Warren, OH after performing interim audit procedures at the Packard division of Delphi. | $127 | A1 |
| Pikos | Matthew C. | MCP | Senior | 9/14/2007 | Lodging while out of town in Warren, OH to perform interim audit procedures on the Packard division of Delphi (4 nights). | $617 | A1 |
| Horner | Kevin John | KJH | Staff | 9/17/2007 | Dinner while in Kokomo, IN working on Delphi E&S interim audit. | $21 | A1 |
| Jin | Lei | LJ | Staff | 9/17/2007 | Dinner expense incurred while in Kokomo, IN. | $20 | A1 |
| Ranney | Amber C. | ACR | Senior | 9/17/2007 | Roundtrip mileage from Royal Oak, MI to Detroit Metro Airport for trip to ACS in Tempe, AZ. | $19 | A1 |
| Ranney | Amber C. | ACR | Senior | 9/17/2007 | Dinner while out of town on ACS audit trip in Tempe, AZ for myself, P. Viviano & G. Irish. | $60 | A1 |
| Ranney | Amber C. | ACR | Senior | 9/17/2007 | Rental car for 3 days in Tempe, AZ while on ACS audit trip. | $108 | A1 |
| Ranney | Amber C. | ACR | Senior | 9/17/2007 | Lodging in Tempe, AZ for ACS audit visit (2 nights) | $379 | A1 |
| Horner | Kevin John | KJH | Staff | 9/18/2007 | Dinner while in Kokomo, IN working on Delphi E&S interim audit with L. Jin and E. Marold. | $60 | A1 |
| Jin | Lei | LJ | Staff | 9/18/2007 | Breakfast expense incurred while in Kokomo, IN. | $7 | A1 |

| Last Name | First Name | Initials | Title | Date of Service | Expense Description | Expense Amount | Engagement Letter |
|---|---|---|---|---|---|---|---|
| Horner | Kevin John | KJH | Staff | 9/19/2007 | Dinner while in Kokomo, IN working on Delphi E&S interim audit. | $21 | A1 |
| Ranney | Amber C. | ACR | Senior | 9/19/2007 | Parking at the Detroit airport while on trip to Tempe, AZ for ACS audit. (3 days) | $75 | A1 |
| Horner | Kevin John | KJH | Staff | 9/20/2007 | Dinner while in Kokomo, IN working on Delphi E&S interim audit. | $20 | A1 |
| Horner | Kevin John | KJH | Staff | 9/20/2007 | Roundtrip mileage between Troy, MI and Kokomo, IN for the Delphi E&S interim audit. | $262 | A1 |
| Horner | Kevin John | KJH | Staff | 9/20/2007 | Lodging while in Kokomo, IN working on Delphi E&S interim audit (4 nights). | $595 | A1 |
| Jin | Lei | LJ | Staff | 9/20/2007 | Dinner expense incurred while in Kokomo, IN. | $20 | A1 |
| Jin | Lei | LJ | Staff | 9/20/2007 | Lodging while in Kokomo, IN working on Delphi E&S interim audit (3 nights). | $268 | A1 |
| | | | | | **A1 Project Total:** | **$5,911** | |
| **Accounting Assistance - A2 Saginaw Carve-Out Audit** | | | | | | | |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 9/5/2007 | Roundtrip mileage from Troy, MI to Saginaw, MI for purposes of client meeting to discuss carve-out audit status. | $79 | A2 |
| Hatzfeld Jr. | Michael J. | MJH | Senior Manager | 9/7/2007 | Roundtrip mileage from Troy, MI to Saginaw, MI for carve-out. | $79 | A2 |
| | | | | | **A2 Saginaw Carve-Out Project Total:** | **$157** | |