UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | Chapter 11 |
|---|---|---|
| In re: | : | Case Nos. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| DELPHI CORPORATION | : | |
| INC., et al. | : | |
| | : | |
| | : | |
| Debtors. | : | |
| | : | |

**ORDER GRANTING MOTION OF AUTOMODULAR ASSEMBLIES INC., TEC-MAR DISTRIBUTION SERVICES, INC., AND AUTOMODULAR ASSEMBLIES (OHIO) INC. TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS AND MOTION TO ALLOW AND DIRECT PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon the motion (the "Motion") of Automodular Assemblies Inc., TEC-MAR Distribution Services, Inc., and Automodular Assemblies (Ohio) Inc. to compel assumption or rejection of executory contracts and to allow and direct payment of administrative expense claim; and the Court having considered the Motion and opposition thereto; and the Court having held a hearing (the "Hearing") on the Motion on December 20, 2007; and good cause having been shown, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Debtors are directed to assume or reject the Contracts by January 3, 2008 and if the Contracts are not assumed by January 3, 2008, then they will be deemed rejected as of that date; and it is further

ME1 6953843v.1

      **ORDERED** that the Debtors are directed to pay within ten (10) days of the entry of this Order the unpaid amounts of $1,042,756.83 and $1,667,889.56 owed post-petition in connection with the Contracts.

_____
UNITED STATES BANKRUPTCY JUDGE

December __, 2007

ME1 6953843v.1