UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                :
    In re                                :    Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :    Case No. 05-44481 (RDD)
                                                :
                             Debtors.    :    (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

THIRD SUPPLEMENTAL ORDER
(A) ESTABLISHING REVISED HEARING DATE AND RELATED
PROCEDURES ON DISCLOSURE STATEMENT AND SOLICITATION
PROCEDURES MOTION AND (B) SETTING HEARING DATE AND RELATED
PROCEDURES FOR MOTION TO AMEND INVESTMENT AGREEMENT

("THIRD SUPPLEMENTAL DISCLOSURE STATEMENT AND
INVESTMENT AGREEMENT PROCEDURES ORDER")

Upon the Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures, dated September 6, 2007 (Docket No. 9266) (the "Disclosure Statement Approval Motion"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"), the Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession, dated September 6, 2007 (Docket No. 9263) (the "Plan"), and the Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 9264), dated

September 6, 2007 (the "Disclosure Statement"); and the Court having commenced the hearing on the Disclosure Statement Approval Motion on October 3, 2007 (the "Hearing") in accordance with the Order Scheduling Non-Omnibus Hearing On The Debtors' Motion To Approve Solicitation Procedures And Disclosure Statement, dated August 6, 2007 (Docket No. 8898); and the Court having entered an order on October 9, 2007 (Docket No. 10497) (the "Disclosure Statement and Solicitation Procedures Order") disposing of the objections and responses filed prior to commencement of the Hearing,[1] and continuing the Hearing to October 25, 2007; and the Court having entered an order on October 19, 2007 (Docket No. 10662) (the "Supplemental Disclosure Statement, Investment Agreement, And Exit Financing Procedures Order") further continuing the Hearing to November 8, 2007 and establishing procedures for a possible Amended Investment Agreement Approval Motion to be heard at the November 8, 2007 Hearing; and upon the filing of the Debtors' Notice of Potential Amendments To Debtors' Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Of Its Affiliates, Debtors And Debtors-In-Possession And Certain Appendices And Exhibits Related Thereto (Docket No. 10759), dated October 29, 2007; and upon the filing of the Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 10760), dated October 29, 2007 (the "Amended Investment Agreement Approval Motion"); and the Court having received on November 2, 2007 further objections to the Disclosure

---

[1] The objections and responses filed prior to the commencement of the Hearing are docketed at docket numbers 9513, 9668, 9669, 9670, 9674, 9677, 9680, 10413, 10414, and 10417.

2

Statement Approval Motion and the Amended Investment Agreement Approval Motion;[2] and upon the Emergency Motion Of The Official Committee of Equity Security Holders Of Delphi Corporation To Adjourn The Hearing On, And Fix A New Time To Object To, (A) The Disclosure Statement Approval Motion And (B) The Amended Investment Agreement Approval Motion (Docket No. 10795), dated November 2, 2007 (the "Adjournment Motion");[3] and the Court having entered an order on November 7, 2007 (Docket No. 10864) (the "Second Supplemental Disclosure Statement And Investment Agreement Procedures Order" and collectively with the prior Orders referenced above, the "Prior Orders"); and upon the filing of the Debtors' Notice Of Further Proposed Amendments To Certain Appendices To Debtors' Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 10932), dated November 14, 2007; and upon the filing of the Debtors' Notice Of Further Proposed Amendments To Debtors' Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 10964), dated November 16, 2007; and the Court having received on November 20 and 21, 2007 further objections to the Disclosure Statement Approval Motion and the Amended Investment Agreement Approval Motion;[4] and upon the Debtors' request to the Court on November

---

[2] Further objections and responses filed on November 2, 2007 to the Disclosure Statement Approval Motion may be found at docket numbers 10794, 10802, 10803, 10804, and 10810. Objections filed on November 2, 2007 to the Amended Investment Agreement Approval Order may be found at docket numbers 10796, 10799, 10800, and 10805.

[3] Brandeis Investment Partners, L.P. and Law Debenture Trust Company of New York filed statements in support of the Adjournment Motion at docket numbers 10807 and 11161, respectively.

[4] Further objections and responses filed on November 21, 2007 to the Disclosure Statement Approval Motion may be found at docket numbers 11017, 11022, 11028, 11034, 11045, 11048, and 11049. Further objections filed on November 20 and 21, 2007 to the Amended Investment

3

28, 2007 at a chambers conference with the Objectors to adjourn the Hearing on the Disclosure Statement Approval Motion, the Amended Investment Agreement Approval Motion, and the Adjournment Motion from November 29, 2007 to 10:00 a.m. (prevailing Eastern time) on December 6, 2007; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.  The Prior Orders shall continue in full force and effect except as otherwise set forth in this Order.

2.  The Hearing on the Disclosure Statement Approval Motion that commenced on October 3, 2007 and the hearings on (A) the Amended Investment Agreement Approval Motion and (B) the Equity Committee's Adjournment Motion, are adjourned from November 29, 2007 to December 6, 2007 at 10:00 a.m. (prevailing Eastern time) (the "December 6, 2007 Hearing").

3.  The Debtors shall use commercially reasonable efforts to file a notice of any further proposed amendments to the Plan and Disclosure Statement on December 3, 2007, which notice shall include proposed blacklined changed pages (as and if applicable) to the Disclosure Statement and Appendix A (the Plan), Plan Exhibit 7.11 (Investment Agreement), Plan Exhibit 7.20(a) (Delphi-GM Global Settlement Agreement), and Plan Exhibit 7.20(b) (Delphi-GM Master Restructuring Agreement) (the "December 3 Notice Filing").  The Debtors shall also serve supplemental declarations, if any, in support of the amendments.  If the Debtors serve any supplemental declarations, the Debtors shall, on the reasonable request of any Objector, make such declarants

---

Agreement Approval Motion may be found at docket numbers 11013, 11032, 11036, 11037, 11040, and 11042.  The parties filing the objections referenced in this Order are referred to herein as the "Objectors."

4

available for deposition on December 4, 2007 and/or December 5, 2007; <u>provided</u>, <u>however</u>, that any such deposition shall be limited to the contents of the supplemental declarations.

    4. If the Debtors make the December 3 Notice Filing, the Objectors may file limited supplemental objections to the Disclosure Statement Approval Motion and the Amended Investment Agreement Approval Motion (as amended by the notice filing with respect to Plan Exhibit 7.11) no later than 4:00 p.m. (prevailing Eastern time) on December 5, 2007, or be time barred from prosecuting any such supplemental objections to the Disclosure Statement Approval Motion or the Amended Investment Agreement Approval Motion; provided that any and all objections already filed with respect to the Disclosure Statement Approval Motion or the Amended Investment Agreement Approval Motion shall remain in effect and may be prosecuted unless withdrawn.  Any Objector filing a supplemental objection to the Disclosure Statement Approval Motion and/or Disclosure Statement shall make a good faith effort to include language in its objection which would satisfy such objection.  Supplemental objections filed on December 5, 2007 shall be limited solely to the December 3 Notice Filing.

    5. The Debtors shall file any replies to objections to the Disclosure Statement Approval Motion and the Amended Investment Agreement Approval Motion, and any response to the Adjournment Motion, by 4:00 p.m. (prevailing Eastern time) on December 5, 2007.  The Debtors shall include in their replies (a) any additional proposed blacklined changed pages to the documents referenced in paragraph 3 of this order arising from (i) continued discussions between the Debtors and parties-in-interest after the filing provided for in paragraph 3 of this order and/or (ii) changes proposed by the Debtors in response to objections filed by the Objectors, (b) a cumulative blackline of each

document for which additional changed pages have been filed since September 6, 2007, marked against the documents originally filed on September 6, 2007, and (c) a proposed blacklined approval order and revised Plan solicitation timeline, which timeline shall provide for a Plan exhibit filing date no later than ten days prior to the proposed Plan voting and objection deadline.

6. The Objectors may request by 4:00 p.m. (prevailing Eastern time) on December 4, 2007 supplemental document discovery that is limited solely to the December 3 Notice Filing and is reasonably calculated both to provide material non-duplicative information regarding the Objections and to be reasonably capable of production by 4:00 p.m. (prevailing Eastern time) on December 5, 2007.

7. If the Debtors do not satisfy the deadlines specified in Paragraphs 3 and 5 above, the Court will entertain a request to adjourn the December 6, 2007 Hearing.

8. All prior disclosures of witnesses and evidence pursuant to the Second Supplemental Disclosure Statement And Investment Agreement Procedures Order shall remain in force.  The parties shall use good faith efforts to limit the designation of additional exhibits, to make any such designation as soon as reasonably practicable, to continue to attempt to resolve objections to the admissibility of evidence, and to prepare for the orderly conduct of the Hearing pursuant to the Case Management Order.

        9.       Service of this order shall be made in accordance with the Case Management Order and the Ninth Supplemental Order.

Dated:    New York, New York
            November 30, 2007

                  /s/ Robert D. Drain
                  UNITED STATES BANKRUPTCY JUDGE