## CERTIFICATE OF SERVICE

I certify that, on this 30th day of November, 2007, copies of the Supplemental Declaration of David A. Wilson were served, via first-class mail and facsimile on the parties listed below, and via electronic mail on all other parties on the Master and 2002 Service Lists.

John W. Butler, Jr.
David Springer
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
Fax: 312-407-0411

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Fax: 646-848-8190

Marlane Melican
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Fax: 212-450-3800

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4802
Fax: 212-751-4864

Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036
Fax: 212-735-2000

Marissa Wesley
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Fax: 212-455-2502

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax: 212-668-2255

By:    /s/ David A. Wilson
David A. Wilson (DW-3940)

WILMER CUTLER PICKERING
HALE AND DORR LLP

US1DOCS 6463342v1