Hearing Date: **February 26, 2008, at 10:00 a.m. (EST)**
Objection Deadline: **February 19, 2008, at 4:00 p.m. (EST)**

WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 663-6000
David Wilson (DW-3940)

Special Regulatory Counsel for the Audit
Committee of Delphi Corporation;
Special Counsel to Delphi Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                                :
   In re                        :   Chapter 11
                                :
DELPHI CORPORATION, et al.,     :   Case No. 05-44481 (RDD)
                                :
                      Debtors.  :   (Jointly Administered)
                                :
------------------------------ x

## NOTICE OF HEARING ON SIXTH INTERIM APPLICATION OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED FROM JUNE 1, 2007 THROUGH SEPTEMBER 30, 2007

PLEASE TAKE NOTICE that on November 30, 2007, Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), special regulatory counsel for the Audit Committee of the Board of Directors of Delphi Corporation, a debtor in possession in the above-captioned cases, and special counsel to Delphi Corporation, filed its sixth interim application, pursuant to section 330(a) of title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for the allowance of compensation for professional services rendered and for reimbursement of expenses incurred by WilmerHale in connection with such services for the period from June 1, 2007 through September 30, 2007 and, with respect only to services rendered to Delphi Corporation in connection with the Mothershead matter, the period from April 13, 2007 through September 30, 2007 (the "Sixth Interim Application").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Sixth Interim Application will be held on February 26, 2008, at 10:00 a.m. (Prevailing Eastern

Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Sixth Interim Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) and 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (i) Omnibus Hearing Dates, (ii) Certain Notice, Case Management, And Administrative Procedures, And (iii) Scheduling An Initial Case Conference In Accordance With Local Bankruptcy Rule 1007-2(e) (the "Case Management Order") (Docket No. 245), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., Esq.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Marissa Wesley, Esq.), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican, Esq.), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg, Esq.), (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard, Esq.), and (vii) special regulatory counsel to the Audit Committee of Delphi Corp., Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 2006 (Att'n: David Wilson, Esq.), in each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on February 19, 2008** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order will be considered at the Hearing. If no objections to the Sixth Interim Application filed by or before the Objection Deadline and served in accordance with the procedures set forth herein and in the Case Management Order, the Bankruptcy Court may enter an order granting the Sixth Interim Application without further notice.

Dated: Washington, DC
      November 30, 2007

WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 663-6000
David Wilson (DW-3940)

Special Regulatory Counsel for the Audit
Committee of Delphi Corporation; Special Counsel
to Delphi Corporation

 /s/ David Wilson
David Wilson (DW-3940)