**Hearing Date and Time: February 26, 2008 at 10:00 a.m.**
**Objection Deadline: February 19, 2008 at 4:00 p.m. Eastern**

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel for Jones Lang LaSalle Americas, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## SUMMARY SHEET FOR
## JONES LANG LASALLE AMERICAS, INC.'S SIXTH INTERIM
## APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND
## REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 328, 330 AND 331

| | |
|---|---|
| Name of Applicant: | Jones Lang LaSalle Americas, Inc. ("JLL") |
| Authorized to Provide Professional Services to: | Delphi Corporation, *et al.* |
| Date of Retention: | Original Retention:<br>December 1, 2006 (retroactive to November 3, 2005) |
| | Supplemental Retention:<br>October 23, 2007 (retroactive to July 1, 2007) |
| Period for which compensation and expense reimbursement is sought: | June 1, 2007 through September 30, 2007 |
| Amount of Compensation requested: | $108,122.52 |
| Amount of Expense Reimbursement requested: | $17,130.85 |

This is an:    X    interim _____ monthly application _____ final application.

     JLL has filed five prior fee applications in this case.  As of the date hereof, JLL has been awarded interim allowance and payment of compensation and reimbursement of expenses for the First through Fifth Application Periods totaling $1,238,270.43 and has received payments totaling $1,029,469.31.  To date, JLL has also received interim monthly payments totaling $60,426.34 for services rendered and expenses incurred during the present Interim Application Period.

{ JLL / 004 / 00012147.DOC /}

{ JLL / 004 / 00012147.DOC /}