# EXHIBIT A

05-44481-rdd    Doc 11204-2    Filed 12/01/07    Entered 12/01/07 17:21:18    Exhibit A
Pg 1 of 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: August 17, 2007 |

## STATEMENT OF MONTHLY INTERIM
## COMPENSATION AND EXPENSES

To:   The Notice Parties as defined in the Order under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals

| | |
|---|---|
| Name of Applicant: | Jones Lang LaSalle Americas, Inc. |
| Authorized to Provide Professional Services to: | Delphi Corporation, *et al.* |
| Date of retention: | December 1, 2005 (retroactive to November 3, 2005) |
| Period for which compensation and expense reimbursement is sought: | June 1, 2007 through June 30, 2007 |
| Amount of compensation and expense reimbursement sought for period: | $66,223.79 |

Summary of Monthly Fee and Expense Statements:

| Date Served | Period Covered | REQUESTED | | PAID[1] | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/14/05 | 11/01/05 – 11/31/05 | $44,948.34 | -0- | $25,393.12 | -0- |
| 12/14/05 | 12/01/05 – 12/31/05 | $52,827.75 | -0- | $52,827.75 | -0- |
| 02/28/06 | 01/01/06 – 01/31/06 | $52,827.75 | -0- | $44,070.53 | -0- |
| 03/31/06 | 02/01/06 – 02/28/06 | $54,327.75 | $2,314.64 | $41,653.87 | $2,314.64 |
| 04/28/06 | 03/01/06 – 03/31/06 | $54,327.75 | $1,670.77 | $43,462.20 | $1,670.77 |
| 05/31/06 | 04/01/06 – 04/31/06 | $57,327.75 | $282.42 | $45,862.20 | $252.45 |

---

[1] These amounts reflect monthly interim payments and do not reflect payments made pursuant to periodic interim fee applications submitted by the Applicant.

{ JLL / 004 / 00010831.DOC / 2}

| Date Served | Period Covered | REQUESTED | | PAID[1] | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 06/30/06 | 05/01/06 – 05/31/06 | $60,615.11 | $295.37 | $54,553.60 | $295.37 |
| 07/28/06 | 06/01/06 – 06/31/06 | $51,573.44 | -0- | $41,258.75 | -0- |
| 08/31/06 | 07/01/06 – 07/31/06 | $63,198.44 | -0- | $50,558.75 | -0- |
| 09/29/06 | 08/01/06 – 08/31/06 | $63,198.44 | -0- | $63,198.44 | -0- |
| 10/31/06 | 09/01/06 – 09/30/06 | $63,243.26 | -0- | $37,954.92 | -0- |
| 11/30/06 | 10/01/06 – 10/31/06 | $63,243.26 | -0- | $50,594.61 | -0- |
| 12/29/06 | 11/01/06 – 11/30/06 | $63,243.26 | -0- | $50,594.61 | -0- |
| 01/31/07 | 12/01/06 – 12/31/06 | $63,243.26 | $740.04 | $50,594.61 | $740.04 |
| 2/28/07 | 01/01/07 – 01/31/07 | $65,404.37[2] | -0- | $50,594.61 | -0- |
| 03/31/07 | 02/1/07 – 02/28/07 | $65,404.37 | -0- | $52,323.50 | -0- |
| 04/30/07 | 03/01/07 – 03/31/07 | $65,404.37 | -0- | 52,323.49 | -0- |
| 05/31/07 | 04/01/07 – 04/30/07 | $60,876.24 | $8,719.40 | Pending | Pending |
| 06/29/07 | 05/01/07 – 05/31/07 | $56,348.12 | $2,401.36 | Pending | Pending |
| 07/31/07 | 06/01/07 – 06/30/07 | $56,014.47 | $10,209.32 | Pending | Pending |

PLEASE TAKE NOTICE that Jones Lang LaSalle Americas, Inc. (the "Applicant") has today served this Notice of Statement of Monthly Interim Compensation and Expenses, for June 1, 2007 through June 30, 2007 (the "Monthly Statement") pursuant to the First through Sixth Orders Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (collectively, the "Compensation Order"), by which Applicant seeks (i) allowance of $56,014.47 for services rendered from June 1, 2007 through June 30, 2007 (the "Statement Period") and reimbursement of expenses totaling $10,209.32 and (ii) payment of interim compensation for the Statement Period in the amount of

---

[2] The Applicant filed its monthly statement for services rendered during January 2007 on February 28, 2007. Subsequently, on March 16, 2007, the Applicant filed an amended monthly statement for January, 2007, reflecting the Applicant's adjustment of its rates of professional compensation for 2007, retroactive to January 1, 2007.

$44,811.58 and reimbursement of expenses totaling $10,209.32 unless an objection to such compensation is timely interposed.

Delphi Corporation and its related debtor entities (collectively, the "Debtors") have retained the Applicant as Real Estate Administrative and Transaction Services Provider to the Debtors. The terms of the Debtors' engagement of the Applicant are set forth in the Real Estate Services Agreement between Delphi Automotive Systems LLC and Jones Lang LaSalle Americas, Inc., dated September 2, 2005, as amended by that certain First Amendment to Real Estate Services Agreement dated November 9, 2005 (the "Engagement Agreement"). The Debtors' employment of the Applicant was approved by the Court on December 1, 2005, retroactive to November 3, 2005.

As contemplated by the Engagement Agreement, the Applicant has dedicated 100% of certain professionals' time to assist the Debtors with respect to domestic and international real estate transactions, including lease renewals, new space acquisitions and building and lease dispositions. As set forth in the Engagement Agreement, Applicant is entitled to compensation on account of the monthly efforts rendered by both Administrative Services Account Personnel and Transaction Services Account Personnel according to the following formula:

> Jones Lang LaSalle will be entitled to a fee for Administrative Services in an amount equal to the sum of: (i) the cost of salary of all Administrative Services Account Personnel working exclusively on the Delphi account (excluding bonuses, benefit expenses and payroll taxes) in accordance with a salary schedule acceptable to Delphi . . . and (ii) an overheard allocation and profit factor equal to seventy-five (75%) percent for Administrative Services Account Personnel of (i) above.
>
> and

> Jones Lang LaSalle will be entitled to a fee for Transaction Services Account Personnel in an amount equal to the sum of: (i) the cost of salary of all Transaction Services Account Personnel working exclusively on the Delphi account (excluding bonuses, benefit expenses and payroll taxes) in accordance with a salary schedule acceptable to Delphi . . . and (ii) an overheard allocation and profit factor equal to fifty-five (55%) percent for Transaction Services Account Personnel of (i) above.

Engagement Agreement, Exhibit B ¶¶ IA, IIA.

The Applicant seeks compensation for the services rendered during the Statement Period by six individuals: Janice Lannoo who served as a Lease Analyst; Brian Collins, Eric Zhang, Monica Lee and Jas Lozinski, each of whom served as a Transaction Manager in the engagement with the Debtors; and Kim Robinson, who provided services as a Transaction Coordinator. Ms. Lannoo, and Mr. Collins are each stationed at the Debtors' headquarters in Troy, Michigan. Mr. Zhang holds an office in Shanghai and provides services to the Debtors with respect to transactions throughout Asia. Mr. Lozinski and Ms. Robinson are based in Luton, England, and provide services to the Debtors with respect to transactions throughout Europe. Ms. Lee is based in Sao Paulo, Brazil, and provides services to the Debtors with respect to transactions throughout South America.

A general description of the services rendered by the Applicant's Lease Analyst, Transaction Managers and Transaction Coordinator to the Debtors is attached hereto as **Exhibit A**. The detailed amount of compensation to which Applicant is entitled for services rendered during the Statement Period for each of the Transaction Services Account Personnel and Administrative Services Account Personnel dedicated exclusively to assist the Debtors is set forth in the invoices attached hereto as **Group Exhibit B**.

In addition, Applicant maintains the Delphi+ Lease Administration System database, for which the Applicant is entitled to receive an additional monthly fee of $1,500.00. An invoice for this fee is attached as **Exhibit C**.

During the Application Period, the Applicant processed payment of $10,209.32 for travel-related expenses incurred by Mr. Jas Lozinski in connection with the services rendered by him throughout Europe and the surrounding areas.[3] JLL is still awaiting appropriate documentation regarding these expenses, providing a breakdown of travel expenses, by category, and will submit an amended Monthly Statement when this information is available.

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Statement, if any, must be served upon the undersigned counsel on or before August 14, 2007 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties identified in the Compensation Order so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, so long as no objection has been served in the time and manner required in this Notice, the Debtors shall pay to the Applicant an amount equal to the lesser of (i) 80 percent of the fees and 100% of the expenses for which reimbursement is requested in this Monthly Statement or (ii) 80 percent of the fees and 100% of the expenses for which reimbursement is requested not subject to an objection. All fees and expenses in this Monthly Statement will be included in the next interim application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and may be subject to objection at such time.

---

[3] Mr. Lozinski expenses were incurred in British pounds and totaled £5,082.30. At currency conversion rates in place on the date the expenses were processed, £5,082.30 equaled $10,209.32.

PLEASE TAKE FURTHER NOTICE that Applicant reserves the right to correct, supplement or amend this request for interim compensation until a final application is filed.

Dated: July 31, 2007                               JONES LANG LASALLE AMERICAS, INC.

                                                   By: _____
                                                              One of its attorneys

Joseph D. Frank (IL ARDC # 6216085)
Jeremy C. Kleinman (IL ARDC # 6270080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

# EXHIBIT A

**Lease Analyst**

The Lease Analyst position is 100% dedicated on-site with Delphi Corporation and is responsible for a full scope of Lease Administration services including: Abstracting and interpreting commercial lease documents (leases, amendments, subleases), rent analysis and rent payment processing, client/vendor/landlord relationship management, resolution of rent and other Landlord/Tenant issues, reviewing annual landlord reconciliation statements and calculations to ensure accuracy and lease compliance, data entry and data management of lease documents, tracking and maintaining critical dates, financial analysis, subtenant account management, and billing/collections of third party tenant rents. Position is also responsible for reviewing Escalation/CAM & real estate tax invoices as well as special projects as assigned by manager.

**Transaction Manager**

The Transaction Manager position is 100% dedicated on site with Delphi Corporation and is responsible for a full scope of real estate transaction management services including: leading the site selection process for new leased and owned facilities, leading the negotiation process for new lease and purchase transactions with landlords, collaborating with legal (internal and external to the client) to memorialize terms in documentation. The Transaction Manager also manages the process of entering into new license agreements, easements, and other real estate related matters, as well as renewals of the same. The Transaction Manager carries out these responsibilities both individually and through management of third-party brokers when necessary (both within and external to Jones Lang LaSalle). The Transaction Manager also contributes to the development of real estate requirements on both a one-off basis and portfolio basis for Delphi's real estate portfolio, working closely with contacts in the Facilities Services Group (FSG), environmental services, and business divisions.

**Transaction Coordinator**

The Transaction Coordinator position is 100% dedicated on site with Delphi Corporation and is responsible for assisting the European Real Estate Manager with all tasks, including: developing and coordinating approval of internal approval documents; developing financial analyses used in decision-making and approval documents; interfacing with Delphi, Jones Lang LaSalle, and landlord/investor contacts within the European region to facilitate completion of real estate transactions and receipt of all pertinent documentation; and interfacing with Delphi's FSG group and Jones Lang LaSalle in the United States to provide necessary documentation for leased and owned properties.

# EXHIBIT B



Jones Lang LaSalle Americas, Inc.
Attn: Jennifer Gannaban
33845 Treasury Center
Chicago, IL 60694-1700
(312) 228-2838

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: Mark Kamischke

Date: July 19, 2007

Invoice No. **17670**

Services of:

| | | | |
|---|---|---|---|
| Janice Lanoo / Troy, MI : | June 1, 2007 - June 30, 2007 | $ | 6,309.00 |
| Adjustment Janice Lanoo | Jan 2007-May 2007 | | (151.90) |
| Adjustment Lois Jankow | Jan 2007-May 2007 | | (151.37) |

**Amount Currently Due and Payable:** $  6,005.73

Make check payable to **Jones Lang LaSalle Americas, Inc.**

**Mail to:** Jones Lang LaSalle Americas, Inc.
33845 Treasury Center
Chicago, IL 60694-3800

If you have any questions regarding this invoice please contact **Jennifer Gannaban 312-228-2719**



*Jones Lang LaSalle Americas, Inc.*
*Attn: Jennifer Gannaban*
*33845 Treasury Center*
*Chicago, IL 60694-1700*
*(312) 228-2838*

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: Mark Kamischke

Date: July 19, 2007

Invoice No. **17671**

Services of:

| | | |
|---|---|---|
| Eric Zhang / China: | June 1, 2007 - June 30, 2007 | $ 6,719.13 |
| Jas Lozinski / England : | June 1, 2007 - June 30, 2007 | $ 23,203.92 |
| Kim Robinson / England: | June 1, 2007 - June 30, 2007 | $ 3,448.81 |
| Monica Lee / Brazil: | June 1, 2007 - June 30, 2007 | $ 3,105.00 |

**Amount Currently Due and Payable:** $ 36,476.86

Make check payable to **Jones Lang LaSalle Americas, Inc.**

**Mail to:** Jones Lang LaSalle Americas, Inc.
33845 Treasury Center
Chicago, IL 60694-3800

If you have any questions regarding this invoice please contact **Jennifer Gannaban 312-228-2719**



*Jones Lang LaSalle Americas, Inc.*
*Attn: Jennifer Gannaban*
*33845 Treasury Center*
*Chicago, IL 60694-1700*
*(312) 228-2838*

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: Mark Kamischke

Date: July 19, 2007

Invoice No. **17672**

Services of:

| | | |
|---|---|---|
| Brian Collins / Detroit, MI : | June 1, 2007 - June 30, 2007 | $ 12,031.88 |

Amount Currently Due and Payable:  $  12,031.88

Make check payable to **Jones Lang LaSalle Americas, Inc.**

**Mail to:** Jones Lang LaSalle Americas, Inc.
33845 Treasury Center
Chicago, IL 60694-3800

If you have any questions regarding this invoice please contact  **Jennifer Gannaban 312-228-2719**

# EXHIBIT C


JONES LANG
LASALLE.

*Jones Lang LaSalle Americas, Inc.*
*Attn: Jennifer Gannaban*
*33845 Treasury Center*
*Chicago, IL 60694-1700*
*(312) 228-2838*

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: Mark Kamischke

Date: July 19, 2007

Invoice No. **17669**

---

Fee:

| | | | |
|---|---|---|---|
| Lease Administration Delphi Plus Fee | June 1, 2007 - June 30, 2007 | $ | 1,500.00 |

**Amount Currently Due and Payable:** $ 1,500.00

---

Make check payable to **Jones Lang LaSalle Americas, Inc.**

**Mail to:** Jones Lang LaSalle Americas, Inc.
33845 Treasury Center
Chicago, IL 60694-3800

If you have any questions regarding this invoice please contact **Jennifer Gannaban 312-228-2719**

## CERTIFICATE OF SERVICE

I, Jeremy C. Kleinman, an attorney, hereby certify that on July 31, 2007, I caused the attached **Statement of Monthly Interim Compensation and Reimbursement of Expenses** to be served by electronic mail or Federal Express overnight delivery, as indicated, on the parties listed below:

*Via Electronic Mail*
David M. Sherbin
Vice President and General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
david.sherbin@delphi.com

*Via Federal Express*
Skadden, Arps, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr.

*Via Electronic Mail*
John D. Sheehan
Vice President and
Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
john.sheehan@delphi.com

*Via Electronic Mail*
Valerie Venable
Credit Manager
GE Plastics, Americas
9931 Kincey Avenue
Huntersville, North Carolina 28078
valerie.venable@ge.com

*Via Electronic Mail*
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard
alicia.m.leonhard@usdoj.gov

*Via Federal Express*
Latham & Watkins LLP
885 Third Avenue
New York, New York 10017
Att'n: Robert J. Rosenberg

*Via Federal Express*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Att'n: Marissa Wesley

*Via Federal Express*
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Att'n: Marlane Milican

_____
Jeremy C. Kleinman

{ JLL / 004 / 00010831.DOC / 2}