# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DELPHI CORPORATION, *et al.*, | ) Case No. 05-44481 (RDD) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Objection Deadline: September 17, 2007 |

## STATEMENT OF MONTHLY INTERIM
## COMPENSATION AND EXPENSES

To:   The Notice Parties as defined in the Order under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals

| | |
|---|---|
| Name of Applicant: | Jones Lang LaSalle Americas, Inc. |
| Authorized to Provide Professional Services to: | Delphi Corporation, *et al.* |
| Date of retention: | Retention: December 1, 2005 (retroactive to November 3, 2005) |
| Period for which compensation and expense reimbursement is sought: | July 1, 2007 through July 31, 2007 |
| Amount of compensation and expense reimbursement sought for period: | $19,871.26 |

Summary of Monthly Fee and Expense Statements:

| Date Served | Period Covered | REQUESTED | | PAID[1] | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/14/05 | 11/01/05 – 11/31/05 | $44,948.34 | -0- | $25,393.12 | -0- |
| 12/14/05 | 12/01/05 – 12/31/05 | $52,827.75 | -0- | $52,827.75 | -0- |
| 02/28/06 | 01/01/06 – 01/31/06 | $52,827.75 | -0- | $44,070.53 | -0- |
| 03/31/06 | 02/01/06 – 02/28/06 | $54,327.75 | $2,314.64 | $41,653.87 | $2,314.64 |
| 04/28/06 | 03/01/06 – 03/31/06 | $54,327.75 | $1,670.77 | $43,462.20 | $1,670.77 |
| 05/31/06 | 04/01/06 – 04/31/06 | $57,327.75 | $282.42 | $45,862.20 | $252.45 |

---

[1] These amounts reflect monthly interim payments and do not reflect payments made pursuant to periodic interim fee applications submitted by the Applicant.

| Date Served | Period Covered | REQUESTED | | PAID[1] | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 06/30/06 | 05/01/06 – 05/31/06 | $60,615.11 | $295.37 | $54,553.60 | $295.37 |
| 07/28/06 | 06/01/06 – 06/31/06 | $51,573.44 | -0- | $41,258.75 | -0- |
| 08/31/06 | 07/01/06 – 07/31/06 | $63,198.44 | -0- | $50,558.75 | -0- |
| 09/29/06 | 08/01/06 – 08/31/06 | $63,198.44 | -0- | $63,198.44 | -0- |
| 10/31/06 | 09/01/06 – 09/30/06 | $63,243.26 | -0- | $37,954.92 | -0- |
| 11/30/06 | 10/01/06 – 10/31/06 | $63,243.26 | -0- | $50,594.61 | -0- |
| 12/29/06 | 11/01/06 – 11/30/06 | $63,243.26 | -0- | $50,594.61 | -0- |
| 01/31/07 | 12/01/06 – 12/31/06 | $63,243.26 | $740.04 | $50,594.61 | $740.04 |
| 2/28/07 | 01/01/07 – 01/31/07 | $65,404.37[2] | -0- | $50,594.61 | -0- |
| 03/31/07 | 02/1/07 – 02/28/07 | $65,404.37 | -0- | $52,323.50 | -0- |
| 04/30/07 | 03/01/07 – 03/31/07 | $65,404.37 | -0- | 52,323.49 | -0- |
| 05/31/07 | 04/01/07 – 04/30/07 | $60,876.24 | $8,719.40 | $48,700.99 | Pending |
| 06/29/07 | 05/01/07 – 05/31/07 | $56,348.12 | $2,401.36 | $45,246.49 | $2,401.36 |
| 07/31/07 | 06/01/07 – 06/30/07 | $56,014.47 | $10,209.32 | Pending | -0- |
| 08/31/07 | 07/01/07 – 07/31/07 | $19,871.26 | -0- | Pending | -0- |

PLEASE TAKE NOTICE that Jones Lang LaSalle Americas, Inc. (the "Applicant") has today served this Notice of Statement of Monthly Interim Compensation and Expenses, for July 1, 2007 through July 31, 2007 (the "Monthly Statement") pursuant to the First through Sixth Orders Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (collectively, the "Compensation Order"), by which Applicant seeks (i) allowance of $19,871.26 for services rendered from July 1, 2007 through July 31, 2007 (the "Statement Period") and (ii) payment of interim compensation for the

---

[2] The Applicant filed its monthly statement for services rendered during January 2007 on February 28, 2007. Subsequently, on March 16, 2007, the Applicant filed an amended monthly statement for January, 2007, reflecting the Applicant's adjustment of its rates of professional compensation for 2007, retroactive to January 1, 2007.

{ JLL / 004 / 00011122.DOC /}    - 2 -

Statement Period in the amount of $15,897.01, unless an objection to such compensation is timely interposed.

Delphi Corporation and its related debtor entities (collectively, the "Debtors") previously retained the Applicant as Real Estate Administrative and Transaction Services Provider to the Debtors, pursuant to that certain Real Estate Services Agreement between Delphi Automotive Systems LLC and Jones Lang LaSalle Americas, Inc., dated September 2, 2005, as amended by that certain First Amendment to Real Estate Services Agreement dated November 9, 2005 (the "Engagement Agreement"). The Debtors' employment of the Applicant was approved by the Court on December 1, 2005, retroactive to November 3, 2005.

Subsequently, the Debtors provided notice to the applicant of their intention to terminate the Equipment Agreement. In connection therewith, the Debtors requested that the Applicant enter into a consulting agreement, pursuant to which the Applicant would continue to provide lease administration and transaction management services on a more limited geographic scope. The Debtor and the Applicant have entered into a Consulting Agreement (the "Consulting Agreement") that contemplates that the Applicant shall provide the dedicated services of two of the Applicant's professionals and shall maintain the Delphi+ Lease Administration database. The Applicant is informed that the Debtors will shortly file a Supplemental Application for Order under 11 U.S.C. §§ 327(a) and 328 and Fed. R. Bankr. P 2014(a) modifying the scope of Employment and Retention of Jones Lang LaSalle American, Inc., as Real Estate Administrative and Transaction Services Provider to the Debtors (the "Supplemental Application") seeking to modify the scope of the Applicant's retention, retroactive to July 1, 2007.

As contemplated by the Consulting Agreement, the Applicant has dedicated 100% of two professionals' time to assist the Debtors with respect to real estate transactions, including lease

renewals, new space acquisitions and building and lease dispositions. As set forth in the Consulting Agreement, Applicant is entitled to compensation for the monthly services rendered by Brian Collins, as Transaction Manager, and Janice Lannoo, as Lease Analyst, in the respective monthly amounts of $12,031.88 and $6,339.38. Both Mr. Collins and Ms. Lannoo are stationed at the Debtors' headquarters in Troy, Michigan.

As contemplated by the Consulting Agreement, Mr. Collins provided general transaction management services to the Debtors during the Statement Period, providing support to the Debtors' operation Support Group corporate real estate organization and additional real estate related activities and services as directed by the Debtors. Ms. Lannoo provided lease administration services to the Debtors relating to the Debtors' various leasehold interests in real property throughout the United States, providing rent analysis, client/vendor/landlord relationship management, rent payment processing, data entry and management of lease documents and other administrative services as directed by the Debtors. The detailed amount of compensation to which Applicant is entitled for services rendered during the Statement Period for each of the Transaction Services Account Personnel and Administrative Services Account Personnel dedicated exclusively to assist the Debtors is set forth in the invoices attached hereto as **Exhibit A**.

In addition, as contemplated by the Consulting Agreement, Applicant has continued to maintain the Delphi+ Lease Administration System database, for which the Applicant is entitled to receive an additional monthly fee of $1,500.00. An invoice for this fee is attached as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Statement, if any, must be served upon the undersigned counsel on or before September 17, 2007 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties identified in the Compensation Order so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, so long as no objection has been served in the time and manner required in this notice, the Debtors shall pay to the Applicant an amount equal to the lesser of (i) 80% of the fees and 100% of the expenses for which reimbursement is requested in this Monthly Statement, or (ii) 80% percent of the fees and 100% of the expenses for which reimbursement is requested not subject to an objection. All fees and expenses in this Monthly Statement will be included in the next interim application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and may be subject to objection at such time.

PLEASE TAKE FURTHER NOTICE that Applicant reserves the right to correct, supplement or amend this request for interim compensation until a final application is filed.

Dated: August 31, 2007                                  JONES LANG LASALLE AMERICAS, INC.

                                                        By: _____
                                                              One of its attorneys

Joseph D. Frank (IL ARDC # 6216085)
Jeremy C. Kleinman (IL ARDC # 6270080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

{ JLL / 004 / 00011122.DOC /}                           - 5 -

# EXHIBIT A

05-44481-rdd    Doc 11204-3    Filed 12/01/07    Entered 12/01/07 17:21:18    Exhibit B
Pg 8 of 13


**JONES LANG LASALLE**

*Jones Lang LaSalle Americas, Inc.*
*Attn: Jennifer Gannaban*
*33845 Treasury Center*
*Chicago, IL 60694-1700*
*(312) 228-2838*

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: Mark Kamischke

Date: August 27, 2007

Invoice No. **17759**

Services of:

| | | | |
|---|---|---|---|
| Brian Collins / Detroit, MI : | July 1, 2007- July 31, 2007 | $ | 12,031.88 |

Amount Currently Due and Payable:  $   12,031.88

Make check payable to **Jones Lang LaSalle Americas, Inc.**

**Mail to:** Jones Lang LaSalle Americas, Inc.
33845 Treasury Center
Chicago, IL 60694-3800

If you have any questions regarding this invoice please contact **Jennifer Gannaban 312-228-2719**



# JONES LANG
# LASALLE.

*Jones Lang LaSalle Americas, Inc.*
*Attn: Jennifer Gannaban*
*33845 Treasury Center*
*Chicago, IL 60694-1700*
*(312) 228-2838*

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: Mark Kamischke

Date: August 27, 2007

Invoice No. **17758**

Services of:

| | | |
|---|---|---|
| Janice Lanoo / Troy, MI : | July 1, 2007- July 31, 2007 | $ 6,339.38 |

**Amount Currently Due and Payable:** $ 6,339.38

Make check payable to **Jones Lang LaSalle Americas, Inc.**

**Mail to:** Jones Lang LaSalle Americas, Inc.
33845 Treasury Center
Chicago, IL 60694-3800

If you have any questions regarding this invoice please contact **Jennifer Gannaban 312-22**

# EXHIBIT B



**JONES LANG LASALLE**

*Jones Lang LaSalle Americas, Inc.*
*Attn: Jennifer Gannaban*
*33845 Treasury Center*
*Chicago, IL 60694-1700*
*(312) 228-2838*

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: Mark Kamischke

Date: August 27, 2007

Invoice No. **17757**

Fee:

| | | | |
|---|---|---|---|
| Delphi + Lease Administration Fee | July 1, 2007 - July 31, 2007 | $ | 1,500.00 |

Amount Currently Due and Payable:  $   1,500.00

Make check payable to **Jones Lang LaSalle Americas, Inc.**

**Mail to:** Jones Lang LaSalle Americas, Inc.
33845 Treasury Center
Chicago, IL 60694-3800

If you have any questions regarding this invoice please contact **Jennifer Gannaban 312-228-2719**

## CERTIFICATE OF SERVICE

I, Jeremy C. Kleinman, an attorney, hereby certify that on August 31, 2007, I caused the attached **Statement of Monthly Interim Compensation and Reimbursement of Expenses** to be served by electronic mail or Federal Express overnight delivery, as indicated, on the parties listed below:

*Via Electronic Mail*
David M. Sherbin
Vice President and General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
david.sherbin@delphi.com

*Via Federal Express*
Skadden, Arps, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr.

*Via Electronic Mail*
John D. Sheehan
Vice President and
Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
john.sheehan@delphi.com

*Via Electronic Mail*
Valerie Venable
Credit Manager
GE Plastics, Americas
9931 Kincey Avenue
Huntersville, North Carolina 28078
valerie.venable@ge.com

*Via Electronic Mail*
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard
alicia.m.leonhard@usdoj.gov

*Via Federal Express*
Latham & Watkins LLP
885 Third Avenue
New York, New York 10017
Att'n: Robert J. Rosenberg

*Via Federal Express*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Att'n: Marissa Wesley

*Via Federal Express*
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Att'n: Marlane Milican

_____

{ JLL / 004 / 00011122.DOC /}