# EXHIBIT A

# EXHIBIT B

# EXHIBIT C

# EXHIBIT D

# GROUP EXHIBIT E

# EXHIBIT F

# EXHIBIT G

# EXHIBIT H

# EXHIBIT I

# EXHIBIT J

# EXHIBIT K

# EXHIBIT L

# EXHIBIT M

# EXHIBIT N

# EXHIBIT O

# EXHIBIT P

# EXHIBIT Q

# EXHIBIT R



**FRANK/GECKER LLP**
325 N. LaSalle Street, Suite 625
CHICAGO, ILLINOIS 60610
(312) 276-1400 • www.fgllp.com

November 30, 2007

Gordon G. Repp                                                    FEIN 20-1952153
Kathryn T. Ditmars
Jones Lang LaSalle Americas, Inc.
200 East Randolph Drive, 46th Floor
Chicago IL 60601

_____

**Regarding:    Delphi**

For Professional Services Rendered Through September 30, 2007

                                                    Invoice #:    2327

Per Attached Description:


Fees.................................................................................................................................    $13,481.00
Disbursements.................................................................................................................    $362.05
**Total New Charges...........................................................................................................**    **$13,843.05**

Gordon G. Repp                                                                                              Page      2

Invoice Dated:   November 30, 2007

---

**Regarding:    Delphi**

For Professional Services Rendered Through September 30, 2007               Invoice #:    2327

Per Attached Description:

| | | Hours | Amount |
|---|---|---|---|
| 6/1/2007 | Continue drafting budget for June 1, 2007-September 30, 2007 Budget Period.<br>Jeremy C. Kleinman | 0.40 | $124.00 |
| 6/4/2007 | Review email from T. Matz on behalf of the fee review committee.<br>Jeremy C. Kleinman | 0.10 | $31.00 |
| 6/6/2007 | Corresponded with client regarding post-termination Delphi issues.<br>Joseph D. Frank | 0.20 | $100.00 |
| | Meet with Joseph Frank regarding scope of employment following June 30 (0.4); continue drafting budget (0.5).<br>Jeremy C. Kleinman | 0.90 | $279.00 |
| 6/7/2007 | Conference call regarding Delphi post-contract termination bankruptcy services; follow up with Jeremy Kleinman.<br>Joseph D. Frank | 0.40 | $200.00 |
| | Conference call with Joseph Frank, G. Repp, J. Becker and S. Miller regarding supplemental retention issues; telephone conference with J. Becker regarding same (0.5).  Telephone conference with K. Grant regarding necessity for supplemental retention motion; draft email to Joseph Frank regarding same (0.3).  Draft monthly statement for services rendered during May 2007 (0.4).<br>Jeremy C. Kleinman | 1.20 | $372.00 |
| 6/12/2007 | Telephone conference with K. Grant regarding supplemental motion approving Jones Lang LaSalle's retention; draft email to Joseph Frank regarding same (0.4); review email from T. Matz regarding fee committee and list of fee petitions (0.2).<br>Jeremy C. Kleinman | 0.60 | $186.00 |
| 6/14/2007 | Telephone conference with Chantal Darling regarding fee application and holdback procedure and timing (0.3); begin drafting Fifth Interim Fee Application (0.2).<br>Jeremy C. Kleinman | 0.50 | $155.00 |
| 6/15/2007 | Telephone conference with J. Becker regarding scope of continued employment; meet with Joseph Frank regarding same (0.6).  Telephone conference with K. Grant regarding need for motion to extend scope of employment (0.4).<br>Jeremy C. Kleinman | 1.00 | $310.00 |

Gordon G. Repp                                                                                                    Page        3

Invoice Dated:   November 30, 2007

---

**Regarding:    Delphi**

For Professional Services Rendered Through September 30, 2007        Invoice #:    2327
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---|---|
| 6/15/2007 | Office conference with Jeremy Kleinman regarding ongoing fee application and retention issues.<br>Joseph D. Frank | 0.40 | $200.00 |
| 6/18/2007 | Telephone conference with C. Darling regarding timing of application for June fees; email exchange with A. Zsoldos regarding Jones Lang LaSalle's March and April monthly statements.<br>Jeremy C. Kleinman | 0.40 | $124.00 |
| 6/19/2007 | Review invoices for services rendered during May 2007 (0.1); telephone conference with J. Gannaban regarding invoices for May 2007 and discrepancies (0.2).<br>Jeremy C. Kleinman | 0.30 | $93.00 |
| 6/21/2007 | Revise monthly statement for services rendered during May 2007 to include expense reimbursements.<br>Jeremy C. Kleinman | 0.30 | $93.00 |
| 6/22/2007 | Telephone conference with K. Grant regarding status of supplement to retention motion (0.2); review proposed order regarding Fourth Interim Application (0.1).<br>Jeremy C. Kleinman | 0.30 | $93.00 |
| 6/29/2007 | Work on new consulting agreement; telephone conference with Jim Becker regarding same.<br>Joseph D. Frank | 0.60 | $300.00 |
|  | Review draft consulting services agreement (0.3); telephone conference with J. Becker regarding same (0.2).  Telephone conference with K. Grant and A. Herriot regarding filing of supplement to retention application to cover all post-June 30, 2007 services rendered (0.3); meet with Joseph Frank to discuss Consulting Service Agreement (0.2).  Telephone conference with Joseph Frank and J. Becker regarding same (0.3); revise draft consulting services agreement and prepare blackline regarding same (0.7).  Telephone conference with A. Herriot regarding same (0.2); draft email to J Becker regarding same (0.2).  Revise monthly invoices and monthly statement of interim compensation and prepare same for submission (0.5).<br>Jeremy C. Kleinman | 2.90 | $899.00 |
| 7/6/2007 | Telephone conference with A. Herriot regarding Consulting Agreement, Supplemental Notice and Supplemental Declaration.<br>Jeremy C. Kleinman | 0.30 | $93.00 |

Gordon G. Repp                                                                                                    Page    4

Invoice Dated:   November 30, 2007

---

**Regarding:    Delphi**

For Professional Services Rendered Through September 30, 2007          Invoice #:   2327

Per Attached Description:

| | | Hours | Amount |
|---|---|---|---|
| 7/9/2007 | Telephone conference with J. Becker regarding supplemental employment agreement; email J. Becker regarding same. <br> Jeremy C. Kleinman | 0.40 | $124.00 |
| 7/10/2007 | Draft Fifth Interim Fee Application (1.4); email exchange with J. Becker regarding Consulting Agreement (0.1).  Draft email to K. Franklin regarding revised chart of payments received (0.1). <br> Jeremy C. Kleinman | 1.60 | $496.00 |
| 7/11/2007 | Draft monthly statement for June 2007 services. <br> Jeremy C. Kleinman | 0.60 | $186.00 |
| 7/12/2007 | Telephone conference with A. Herriott regarding need for supplemental notice of retention and changes to consulting agreement and email exchange regarding same. <br> Jeremy C. Kleinman | 0.40 | $124.00 |
| 7/16/2007 | Review consulting agreement; email exchange with J. Becker regarding same. <br> Jeremy C. Kleinman | 0.30 | $93.00 |
| 7/17/2007 | Email exchange with Andrew Zsoldos regarding payment of outstanding invoices. <br> Jeremy C. Kleinman | 0.20 | $62.00 |
| 7/24/2007 | Telephone conference with K. Grant regarding Jones Lang LaSalle compensation issue in connection with the consulting agreement (0.3); draft email to J. Becker regarding conflict check (0.2).  Revise interim monthly compensation statement for June 2007 (0.2); draft email to K. Franklin inquiring whether expected payment was received (0.1). <br> Jeremy C. Kleinman | 0.80 | $248.00 |
| 7/25/2007 | Draft email to A. Zsoldos regarding past due fees (0.2); revise June 2007 invoices and monthly statement (0.4).  Revise Fifth Interim Fee Application (1.3); draft affidavit of James Becker in support of fee application (0.4). Telephone conference with B. Collins regarding commissions earned and/or received by Jones Lang LaSalle during interim application period (0.3). <br> Jeremy C. Kleinman | 2.60 | $806.00 |
| 7/26/2007 | Email exchange with D. De Elzalde regarding processing of overdue monthly interim compensation (0.2); email exchange with K. Franklin regarding same (0.1).  Email exchange with J. Becker regarding supplemental conflicts screening (0.1); telephone conference with K. Grant and A. Herriot regarding interim compensation payments and supplemental retention filing (0.3). <br> Jeremy C. Kleinman | 0.70 | $217.00 |

Gordon G. Repp                                                                                          Page    5

Invoice Dated:   November 30, 2007

---

**Regarding:    Delphi**

For Professional Services Rendered Through September 30, 2007          Invoice #:   2327

Per Attached Description:

|  |  | Hours | Amount |
|---|---|---|---|
| 7/30/2007 | Revise Becker affidavit in support of fee application (0.2); telephone conference with L. McCown to arrange for signature, notarization and return (0.2).  Prepare draft order approving fee application (0.2).<br>Jeremy C. Kleinman | 0.60 | $186.00 |
| 7/31/2007 | Review email from B. Collins regarding earned commissions and review spreadsheets attached thereto (0.2); telephone conference with B. Collins regarding international commissions (0.4).  Telephone conference with J. Gannaban regarding Jas Lozinski's expenses for June 2007 (0.2); revise monthly statement (0.3).  Review and revise Interim Fee Application and prepare same for filing (1.4).<br>Jeremy C. Kleinman | 2.50 | $775.00 |
| 8/2/2007 | Review and revise application to modify retention agreement (0.6); review spreadsheet of payments received (0.1).  Draft email to K. Franklin regarding payment discrepancy for services rendered during January 2007, as revised (0.3).  Telephone conference with J. Becker regarding preparation of supplemental affidavit (0.2); draft email to J. Becker regarding same (0.1).<br>Jeremy C. Kleinman | 1.30 | $403.00 |
| 8/3/2007 | Draft affidavit of J. Becker in support of supplemental retention application.<br>Jeremy C. Kleinman | 1.00 | $310.00 |
| 8/6/2007 | Worked on Delphi retention application regarding Warren, Ohio property listing and limited consulting services.<br>Joseph D. Frank | 0.80 | $400.00 |
| 8/15/2007 | Email exchange with K. Franklin regarding payments received and invoices that remain unpaid (0.2); revise supplemental application (0.5); revise second supplemental affidavit (1.2); email exchange with J. Becker regarding confidentiality of listing and consulting agreements (0.2).<br>Jeremy C. Kleinman | 2.10 | $651.00 |
| 8/16/2007 | Revise supplemental affidavit of James Becker (0.3); draft email to J. Becker regarding supplemental application and supplemental affidavit (0.2); draft email to A. Herriott and K. Grant regarding confidentiality issue (0.2); prepare monthly statement for July 2007, revising same to account for execution of consulting agreement (1.1).<br>Jeremy C. Kleinman | 1.80 | $558.00 |
|  | Reviewed retention application and J. Becker's revised affidavit.<br>Joseph D. Frank | 0.60 | $300.00 |

Gordon G. Repp                                                                                    Page    6

Invoice Dated:   November 30, 2007

---

**Regarding:    Delphi**

For Professional Services Rendered Through September 30, 2007        Invoice #:   2327

Per Attached Description:

| | Hours | Amount |
|---|---|---|
| 8/23/2007  Email exchange with A. Zsoldos regarding June fees (0.1); prepare blackline of supplemental application (0.1). draft email to A. Herriott and K. Grant regarding supplemental application and affidavit (0.2).<br>Jeremy C. Kleinman | 0.40 | $124.00 |
| 8/24/2007  Telephone conference with J. Gannaban regarding preparation of monthly statement and invoices.<br>Jeremy C. Kleinman | 0.30 | $93.00 |
| 8/27/2007  Telephone conference with B. Collins regarding Coopersville Listing Agreement (0.4); telephone conference with A. Herriott regarding same (0.2); revise supplemental affidavit of J. Becker regarding same (0.3); review invoices for July services rendered; draft email to J. Gannaban regarding detail needed for expense breakdown (0.3).<br>Jeremy C. Kleinman | 1.20 | $372.00 |
| 8/28/2007  Email exchange with J. Gannaban regarding expense invoices for J. Lozinski.<br>Jeremy C. Kleinman | 0.10 | $31.00 |
| 8/29/2007  Review revised expense invoice for J. Lozinski's European travel.<br>Jeremy C. Kleinman | 0.10 | $31.00 |
| 8/31/2007  Telephone conference with A. Herriott regarding submission of monthly interim compensation statement and status of supplemental application.<br>Jeremy C. Kleinman | 0.20 | $62.00 |
| Revise Monthly Statement of Interim Compensation for Jones Lang LaSalle for July 2007 and exhibits thereto.<br>Jeremy C. Kleinman | 0.60 | $186.00 |
| Follow-up teleconference with A. Herriott regarding submission of Monthly Statement.<br>Jeremy C. Kleinman | 0.10 | $31.00 |
| Review Legal Cost Control's analysis of Jones Lang LaSalle's Fifth Interim Fee Application.<br>Jeremy C. Kleinman | 0.20 | $62.00 |
| Prepared July 2007 Delimited Billing Data chart and PDF files for requisite submission of monthly statements in SIMS format; served all parties entitled to service.<br>Christina Carpenter | 0.30 | $43.50 |
| 9/4/2007  Telephone conference with A. Herriott regarding supplemental application.<br>Jeremy C. Kleinman | 0.20 | $62.00 |

Gordon G. Repp                                                                                                      Page    7

Invoice Dated:   November 30, 2007

---

**Regarding:    Delphi**

For Professional Services Rendered Through September 30, 2007            Invoice #:    2327

Per Attached Description:

| Date | Description | Hours | Amount |
|---|---|---|---|
| | | Hours | Amount |
| 9/5/2007 | Drafted Amended June 2007 Monthly Statement and served all parties entitled to service with same; prepared Delimited Billing Data chart for June 2007 and PDF files in requisite format and submitted same to SIMS. Christina Carpenter | 1.00 | $145.00 |
| | Review amended monthly statement for June 2007. Jeremy C. Kleinman | 0.20 | $62.00 |
| 9/6/2007 | Email exchange with J. Becker and B. Collins regarding Coopersville, Michigan listing agreement (0.2); further revise Affidavit of James Becker (0.4). Jeremy C. Kleinman | 0.60 | $186.00 |
| 9/7/2007 | Review Coopersville, Michigan listing agreement (0.2); draft email to A. Herriott and K. Grant regarding status of supplemental application (0.3). Revise supplemental application and affidavit to include Coopersville, Michigan listing agreement and prepare blackline of same (1.4).  Draft follow-up email to A. Herriott enclosing same (0.2); draft email to B. Collins regarding rider to Listing Agreement (0.2). Jeremy C. Kleinman | 2.30 | $713.00 |
| 9/10/2007 | Teleconference with A. Herriott regarding supplemental application. Jeremy C. Kleinman | 0.30 | $93.00 |
| 9/11/2007 | Review changes proposed by A. Herriott to Supplemental Application to employ Jones Lang LaSalle (0.2) ; draft email to J. Becker and B. Collins regarding same (0.2). Jeremy C. Kleinman | 0.40 | $124.00 |
| 9/12/2007 | Teleconference with A. Herriott regarding supplemental application and supplemental affidavit. Jeremy C. Kleinman | 0.30 | $93.00 |
| 9/14/2007 | Telephone conference with J. Becker regarding application and supplemental affidavit (0.2); review and revise application (0.3).  Revise affidavit to reference payment provisions and subagent agreement (0.3); teleconference with A. Herriott regarding supplemental affidavit and revise same (0.4).  Draft email to J. Becker regarding affidavit and application (0.2) Jeremy C. Kleinman | 1.40 | $434.00 |
| 9/19/2007 | Review and forward rider to Coopersville, MI listing agreement. Jeremy C. Kleinman | 0.20 | $62.00 |

Gordon G. Repp                                                                                  Page    8

Invoice Dated:  November 30, 2007

---

**Regarding:    Delphi**

For Professional Services Rendered Through September 30, 2007                **Invoice #:**    2327

Per Attached Description:

| Date | Description | Hours | Amount |
|------|-------------|------:|-------:|
| 9/26/2007 | Telephone conference with A. Herriott regarding timing of filing of supplemental affidavit (0.4); telephone conference with J. Becker regarding same (0.1). Jeremy C. Kleinman | 0.50 | $155.00 |
| 9/27/2007 | Draft monthly statement for services rendered during August 2007 (0.6). Teleconference with K. Franklin regarding payments expected and received and draft email to K. Franklin confirming that JLL shall not seek reimbursement for J. Ibarra's services (0.3).Teleconference with J. Gannaban regarding invoices for services rendered during August 2007 (0.2); revise invoices for services rendered during August 2007 (0.2).  Draft email to Joseph Frank  regarding Legal Cost Control's audit report and need to respond (0.3). Draft email to D. Sherbin providing detail for travel expenses subject to question (0.3). Jeremy C. Kleinman | 1.90 | $589.00 |
| 9/28/2007 | Prepared August 2007 Delimited Billing Data chart and PDF files for requisite submission of monthly statements in SIMS format; submitted documents to SIMS and served all parties entitled to service. Christina Carpenter | 0.30 | $43.50 |
| | Meet with Joseph Frank regarding expense reimbursement issue (0.1); meet with Christina Carpenter regarding notification of bad SIMS invoice submitted (0.2). Jeremy C. Kleinman | 0.30 | $93.00 |

$13,481.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Joseph D. Frank | 3.00 | 500.00 | $1,500.00 |
| Jeremy C. Kleinman | 37.90 | 310.00 | $11,749.00 |
| Christina Carpenter | 1.60 | 145.00 | $232.00 |
| | **42.50** | | **$13,481.00** |

Disbursements:

| Date | Description | Amount |
|------|-------------|-------:|
| 6/29/2007 | Federal Express delivery to Marissa Wesley. | 19.92 |
| | Federal Express delivery to John Wm. Butler, Jr. | 14.81 |
| | Federal Express delivery to Robert J. Rosenberg. | 30.85 |
| | Federal Express delivery to Marlane Milican. | 19.92 |
| 7/31/2007 | Federal Express delivery to john Wm. Butler, Jr. | 14.81 |
| | Federal Express delivery to Robert D. Drain. | 34.53 |
| | Federal Express delivery to Kathleen Bambach. | 26.15 |

Gordon G. Repp                                                          Page    9

Invoice Dated:   November 30, 2007

---

**Regarding:    Delphi**

For Professional Services Rendered Through September 30, 2007          Invoice #:    2327

Per Attached Description:

|  |  | <u>Amount</u> |
|---|---|---|
| 7/31/2007 | Federal Express delivery to Marissa Wesley. | 34.53 |
| | Federal Express delivery to Marlane Milican. | 34.53 |
| | Federal Express delivery to Robert J. Rosenberg. | 34.53 |
| | Postage. | 2.46 |
| 8/31/2007 | Federal Express delivery to marissa Wesley. | 20.01 |
| | Federal Express delivery to John Wm. Butler, Jr. | 14.88 |
| | Federal Express delivery to Marlane Milican. | 20.01 |
| | Federal Express delivery to Robert J. Rosenberg. | 30.99 |
| 9/5/2007 | Postage. | 9.12 |
| | Total Expenses | $362.05 |