IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**AFFIDAVIT OF JAMES C. BECKER
PURSUANT TO 11 U.S.C. § 504 AND FED. R. BANKR. P. 2016**

| | |
|---|---|
| COUNTY OF WAYNE | ) |
| | ) ss: |
| STATE OF MICHIGAN | ) |

James C. Becker, being duly sworn, deposes and states as follows:

1.  I am a Managing Director of the firm of Jones Lang LaSalle Americas, Inc. ("JLL"), real estate administrative and transaction services provider for Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors").

2.  I submit this affidavit (the "Affidavit") pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure in support of Jones Lang LaSalle Americas, Inc.'s Sixth Interim Application for Compensation for Services Rendered and Reimbursement of Expenses as Real Estate Administrative and Transaction Services Provider to Delphi Corporation and its Related Debtor Entities for the Period of June 1, 2007 through September 30, 2007 (the "Sixth Interim Application").

3.  By order dated December 1, 2005 (Docket No. 1385), JLL was retained as the Debtors' real estate administrative and transaction services provider, retroactive to November 3, 2005.

4.  By order dated October 23, 2007 (Docket No. 10702) the court approved the modification of the scope of JLL's retention as the Debtor's real estate administrative and transaction services provider, retroactive to July 1, 2007.

{ JLL / 004 / 00011982.DOC /}

5.      JLL has sought interim monthly payments from the Debtors for services rendered during the period between June 1, 2007 and September 30, 2007 (the "Application Period") pursuant to the Order under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Order").

6.      To date, JLL has received $55,020.89 in fees and reimbursement of expenses for the time period of June 1, 2007 through June 30, 2007 (the "June Statement") and $5,071.50 in fees for the time period of July 1, 2007 through July 31, 2007 (the "July Statement").

7.      As of the date hereof, JLL has not yet received payment of interim compensation sought for the time periods of August 1, 2007 through August 31, 2007 (the "August Statement") or September 1, 2007 through September 30, 2007 (the "September Statement") and remains entitled to additional monthly interim compensation for the July Statement in the amount of $10,825.51.

8.      Except as permitted pursuant to 11 U.S.C. § 504(b)(1), no agreement or understanding exists between JLL and any person for a division of compensation or reimbursement received or to be received herein or in connection with the within cases.

FURTHER AFFIANT SAYETH NOT.

_____
James C. Becker

Subscribed and sworn to before me this
30th day of November ___, 2007.

_____
Linda L. McCown
NOTARY PUBLIC

My Commission expires on February 23, 2011