Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel for Jones Lang LaSalle Americas, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, hereby certify that on November 30, 2007, I caused copies of **Jones Lang LaSalle Americas, Inc.'s Sixth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 328, 330 and 331** (the "Sixth Interim Application"), attached hereto, to be served upon each of the parties listed below in the manner indicated, with a copy to chambers via Federal Express.

I further certify that on November 30, 2007, pursuant to the Interim Compensation Orders, notice of the filing of Fourth Interim Application was provided via electronic mail or by first-class U.S. mail, postage prepaid (when no email address has been provided) to parties listed on the "2002 List," as provided at www.delphidocket.com.

| *Via Electronic Mail* | *Via Federal Express* |
|---|---|
| David M. Sherbin | Kathleen Bambach |
| Vice President and General Counsel | Michele Piscitelli |
| Delphi Corporation | Delphi Corporation |
| 5725 Delphi Drive | 5725 Delphi Drive |
| Troy, Michigan 48098 | Troy, Michigan 48098 |
| david.sherbin@delphi.com | |

{ JLL / 004 / 00012145.DOC /}

- 2 -

<table>
<tr><td>

*Via Electronic Mail*
John D. Sheehan
Vice President & CRO Officer
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
john.sheehan@delphi.com

</td><td>

*Via Electronic Mail*
Bonnie Steingard
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York  10004
steinbo@friedfrank.com

</td></tr>
<tr><td>

*Via Electronic Mail*
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York  10004
Att'n:  Alicia M. Leonhard
alicia.m.leonhard@usdoj.gov

</td><td>

*Via Federal Express*
Latham & Watkins LLP
885 Third Avenue
New York, New York  10017
Att'n:  Robert J. Rosenberg

</td></tr>
<tr><td>

*Via Federal Express*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017
Att'n:  Marissa Wesley

</td><td>

*Via Federal Express*
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York  10017
Att'n:  Marlane Milican

</td></tr>
<tr><td>

*Via Electronic Mail*
Valerie Venable, Credit Manager
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, North Carolina  28078
valerie.venable@ge.com

</td><td>

*Via Electronic Mail*
Skadden, Arps, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
Att'n:  John Wm. Butler, Jr.
jbutler@skadden.com

</td></tr>
</table>

Dated: November 30, 2007        By:        */s/ Joseph D. Frank*

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel to Jones Lang LaSalle Americas, Inc.