Hearing Date and Time:  February 26, 2008 at 10:00 a.m. Eastern<br>
Objection Deadline:  February 19, 2008 at 4:00 p.m. Eastern

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF JONES LANG LASALLE AMERICAS, INC.'S
SIXTH INTERIM APPLICATION FOR ALLOWANCE AND
PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES PURSUANT TO 11 U.S.C. §§ 328, 330 AND 331**

**PLEASE TAKE NOTICE** that Jones Lang LaSalle Americas, Inc. ("JLL") has filed Jones Lang LaSalle Americas, Inc.'s Sixth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 328, 330 and 331 (the "Sixth Interim Application").  The Sixth Interim Application seeks approval of reasonable compensation for professional services rendered and expenses related thereto incurred by JLL as the real estate administrative and transaction services provider to Delphi Corporation and its related Debtor entities (the "Debtors") for the period June 1, 2007 through September 30, 2007 (the "Compensation Period"), in the amount of $125,253.37, which is comprised of $108,122.52 for fees and $17,130.85 for expenses.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order granting the Sixth Interim Application (a) must be in writing, (b) must conform to the Federal

{ JLL / 004 / 00012149.DOC /}

Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York and the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bank. P. 2002(m), 9006, 9007 and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures entered on October 14, 2005 (Docket No. 245) and supplemental orders entered on March 28, 2006 (Docket No. 2883), March 28, 2006 (Docket No. 2995), April 20, 2006 (Docket No. 3296), May 3, 2006 (Docket No. 3589), May 5, 2006 (Docket No. 3629), May 11, 2006 (Docket No. 3730), May 19, 2006 (Docket No. 3824), October 25, 2006 (Docket No. 5401) and October 26, 2006 (Docket No. 5418) (the "Case Management Orders"), (c) must state with particularity the legal and factual bases for the objection, (d) must be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) (registered users of the Bankruptcy court's case filing system must file electronically, and all other parties in interest must file on a 3.5 inch disk, preferably in PDF, WordPerfect or Word format), (e) must be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (f) must be served upon: (i) Frank/Gecker LLP, 325 North LaSalle Street, Suite 625, Chicago, Illinois 60602, Att'n Joseph D. Frank; (ii) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Att'n David M. Sherbin and John D. Sheehan; (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Att'n John Wm. Butler, Jr.; (iv) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017, Att'n Kenneth S. Ziman; (v) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017, Att'n Marlane Melican; (vi) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Att'n

Robert J. Rosenberg and Mark A. Broude; (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004, Att'n Diana G. Adams; and (viii) counsel for the Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n Bonnie Steingard), **in each case so as to be received no later than 4:00 p.m., prevailing Eastern Time, on February 19, 2008** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Orders will be considered by the Bankruptcy Court at the hearing. If no objections to the Sixth Interim Application are timely filed, the Bankruptcy Court may enter an order granting the Sixth Interim Application without further notice.

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON FINAL APPROVAL OF THE APPLICATION WILL BE HELD ON FEBRUARY 26, 2008 AT 10:00 A.M. (EASTERN).** A copy of the Sixth Interim Application can be obtained either by (a) accessing the document on the Bankruptcy Court's website or at www.delphidocket.com, or (b) contacting Jeremy C. Kleinman of Frank/Gecker LLP at (312) 276-1407.

Dated: November 30, 2007

           By:  */s/ Joseph D. Frank*
               Joseph D. Frank (JF-6085)
               Jeremy C. Kleinman (JK-0080)
               FRANK/GECKER LLP
               325 North LaSalle Street
               Suite 625
               Chicago, Illinois  60610
               Telephone:  (312) 276-1400
               Facsimile:   (312) 276-0035
               jfrank@fgllp.com; jkleinman@fgllp.com