UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
                                        :
    In re                               :          Chapter 11
                                        :
DELPHI CORPORATION, et al.,      :          Case No. 05-44481 (RDD)
                                        :
              Debtors            :          (Jointly Administered)
                                        :
------------------------------------------------------ x

**MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice***

      I, **DONA SZAK**, a member in good standing of the bar in the State of Texas, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Rassini, S.A. de C.V., a creditor in the above referenced case.

Mailing Address: Ajamie LLP, 711 Louisiana, Suite 2150, Houston, Texas 77002.

E-mail Address: dszak@ajamie.com.          Telephone Number: (713) 860-1600

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: 11/19/2007

New York, New York

AJAMIE LLP

By: _____
Dona Szak
State Bar No. 19597500
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699

ATTORNEYS FOR RASSINI, S.A. DE C.V.