HEARING DATE:   February 26, 2007, 10:00 a.m.
OBJECTION DEADLINE:   February 19, 2007, 4:00 p.m.

JAECKLE FLEISCHMANN & MUGEL, LLP
12 Fountain Plaza
Buffalo, New York 14202-2292
(716) 856-0600
Ronald J. Kisicki
Joseph W. Allen (JA-4311)

*Intellectual Property Counsel for Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
                                                    :
In re:                                              :    Chapter 11
                                                    :
DELPHI CORPORATION et al.,                          :    Case No. 05-44481 (RDD)
                                                    :
                              Debtors.              :    (Jointly Administered)
                                                    :
----------------------------------------------------x

## CERTIFICATE OF SERVICE

1.  I certify that, on November 30, 2007, I served copies of the Sixth Interim Application and Notice by Federal Express overnight delivery upon the following Notice Parties referenced at Paragraph 2.a of the Order establishing compensation procedures (Doc. #869):

   Delphi Corporation
   5725 Delphi Drive
   Troy, MI 48098
   (Attn: General Counsel)

   Counsel to the Debtors
   Skadden, Arps, Slate, Meagher & Flom LLP
   333 West Wacker Drive, Suite 2100
   Chicago, IL 60606
   (Attn: John Wm. Butler, Jr., Esq.)

   Counsel for the agent under the Debtors' prepetition credit facility

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(Attn: Kenneth S. Ziman, Esq.)

Counsel for the agent under the Debtors' postpetition credit facility
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(Attn: Marlane Melican, Esq.)

Counsel for the Official Committee of Unsecured Creditors
 ("Committee")
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4802
(Attn: Robert J. Rosenberg, Esq.)

The Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
(Attn: Alicia M. Leonhard, Esq.)

Douglas Dethy
D.C. Capital Advisors, Limited
800 Third Avenue, 40th Floor
New York, NY 10022

David Sherbin
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Hunterville, NC 28078

Fried, Frank, Harris, Shriver
 & Jacobson
One New York Plaza
New York, NY 10004
(Attn: Brad Eric Scheler, Esq.)

Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

John D. Sheehan
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

2.    I further certify that, on November 30, 2007, I served a copy of the Notice of filing of Sixth Interim Application and objection and hearing dates by electronic mail or by first class U.S. mail or fax (when no email address is provided) upon all persons on the Master Service List and the 2002 List.

Dated:    November 30, 2007

    s/Joseph W. Allen
    Joseph W. Allen (JA-4311)
    Ronald J. Kisicki
    JAECKLE FLEISCHMANN & MUGEL, LLP
    Intellectual Property Counsel for the Debtors
    and Debtors in Possession
    12 Fountain Plaza
    Buffalo, New York 14202-2292
    Tel: (716) 856-0600
    Email: jallen@jaeckle.com

#820653v4