# EXHIBIT C

**EXHIBIT C**

**Summary of Hours Billed by Attorneys and Paraprofessionals**
**for the Period June 1, 2007 through September 30, 2007**

| Name | Position | Year Admitted to Bar | Hourly Rate | Hours Billed | Total |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Edward M. Kronk | Shareholder | 1971 | $331.50 | 4.50 | $1,491.75 |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 307.50 | $101,475.00 |
| Matthew E. Wilkins | Shareholder | 1983 | $330.00 | 58.80 | $19,404.00 |
| Carl Rashid, Jr. | Shareholder | 1974 | $325.00 | 3.50 | $1,137.50 |
| Matthew E. Wilkins | Shareholder | 1983 | $306.00 | .70 | $214.20 |
| James E. Wynne | Shareholder | 1975 | $304.00 | 72.30 | $21,979.20 |
| Daniel N. Sharkey | Shareholder | 1995 | $274.50 | 15.60 | $4,282.20 |
| Herbert C. Donovan | Shareholder | 1991 | $270.00 | 14.40 | $3,888.00 |
| Max J. Newman | Sr. Attorney | 1994 | $260.00 | 10.40 | $2,704.00 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 76.10 | $19,405.50 |
| David B. Braun | Shareholder | 1993 | $248.00 | 1.80 | $446.40 |
| Robert T. Wilson | Shareholder | 1999 | $248.00 | 8.20 | $2,033.60 |
| Daniel J. Dulworth | Shareholder | 1988 | $244.00 | 44.90 | $10,955.60 |
| Daniel N. Sharkey | Shareholder | 1995 | $244.00 | 11.70 | $2,854.80 |
| Marcus A. Williams | Associate | 1997 | $240.00 | 4.60 | $1,104.00 |
| Susan L. Johnson | Sr. Attorney | 1984 | $236.00 | 44.20 | $10,431.20 |
| Herbert C. Donovan | Shareholder | 1991 | $234.00 | 21.40 | $5,007.60 |
| Maureen T. Taylor | Shareholder | 1997 | $220.00 | 50.30 | $11,066.00 |
| Charlotte A. Garry | Associate | 1998 | $200.00 | 41.30 | $8,260.00 |
| Karen Pilat | Associate | 1993 | $200.00 | 1.60 | $320.00 |
| Matthew H. Letzmann | Associate | 2003 | $184.50 | 42.60 | $7,859.70 |
| Lori A. Burke | Associate | 2002 | $172.00 | 1.70 | $292.40 |
| Eric M. Mathis | Associate | 2003 | $172.00 | .60 | $103.20 |
| Matthew H. Letzmann | Associate | 2003 | $164.00 | 44.30 | $7,265.20 |
| Matthew H. Letzmann | Associate | 2003 | $161.50 | .30 | $48.45 |
| Benjamin Steffans | Associate | 2006 | $132.00 | 42.70 | $5,636.40 |
| Scott Germomette | Summer Associate | | $120.00 | 6.20 | $744.00 |
| **Paraprofessionals** | | | | | |
| Laura E. Clark | Paralegal | | $116.00 | 26.60 | $3,085.60 |
| Marilynn M. Peterson | Paralegal | | $116.00 | 9.90 | $1,148.40 |
| Tonia Borg Renko | Paralegal | | $116.00 | 1.20 | $139.20 |
| Alexis Richards | Paralegal | | $108.00 | 1.00 | $108.00 |
| Leonor Hendricksen | Paralegal | | $104.00 | 12.70 | $1,320.80 |
| **Grand Total** | | | | **983.60** | **$256,211.90** |

000115900\0015\880766-1