# EXHIBIT D

05-44481-rdd    Doc 11210-4    Filed 12/03/07    Entered 12/03/07 13:21:23    Exhibit D - Summary of Hours by Category    Pg 1 of 2

# EXHIBIT D

### Summary of Hours Billed by Attorneys and Paraprofessionals
### for the Period June 1, 2007 through September 30, 2007

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 436.30 | $135,243.40 |
| Employee Benefits/Pensions/Labor | 117.40 | $27,665.50 |
| Case Administration | 1.90 | $627.00 |
| Fee/Employment Applications | 1.30 | $429.00 |
| Litigation | 424.20 | $91,434.50 |
| Tax Issues | 2.50 | $812.50 |
| **Total:** | **983.60** | **$256,211.90** |