# EXHIBIT E

## **EXHIBIT E**

### Summary of Disbursements
### for the Period June 1, 2007 through September 30, 2007

| Disbursement | Amount |
|---|---|
| Telephone Charges | $218.08 |
| Express Delivery Charges | $263.14 |
| Copies | $276.50 |
| Document Copy Charges:<br>    Vendor: Detroit Legal | $66.25 |
| Document Copy Charges | $13.44 |
| Local Telecopy Charges | $.30 |
| Digital Reproduction | $736.60 |
| Special Postal Charge | $37.72 |
| Delivery – Car Messenger | $103.73 |
| Messenger Service | $5.30 |
| Deposition Transcripts:<br>    Vendor: Bienenstock Court Reporting | $4,054.50 |
| Translation Expense:<br>    Vendor: Crowe Foreign Services | $5,877.00 |
| Professional Service – Other Counsel:<br>    Vendor: Crawford & Winiarski | $60,593.00 |
| Professional Service – Other Counsel:<br>    Vendor: Ducharme Fox, LLP | $4,381.97 |
| Professional Service – Other Counsel:<br>    Vendor: Sotiroff & Abramczyk, PC | $4,930.60 |
| Professional Service:<br>    Vendor: Gil Elorduy,<br>        Yarritu Y Asociados, S.C. | $1,943.50 |
| Professional Service:<br>    Vendor: Pitney Bowes Management | $225.00 |
| Travel Expense – James E. Wynne | $219.56 |
| Meeting Expenses | $221.02 |
| Filing Fees | $350.00 |
| | |
| **Total:** | **$84,517.21** |

000115900\0015\793721-1