# EXHIBIT F
## (Part 1 of 6)

# BUTZEL LONG
A T T O R N E Y S   A N D   C O U N S E L O R S

**Thomas B. Radom**
**248 258 1413**
radom@butzel.com

Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
**T:** 248 258 1616  **F:** 248 258 1439
**butzel.com**

July 20, 2007

**VIA ELECTRONIC MAIL**

To:    David Sherbin, Esq., Delphi Corp.
        Mr. John D. Sheehan., Delphi Corp.
        Ms. Michele M. Piscitelli, Delphi Corp.
        John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
        Alicia M. Leonhard, Esq., Office of the United States Trustee
        Robert J. Rosenberg, Esq., Latham & Watkins, LLP
        Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
        Donald Bernstein, Esq., Davis Polk & Wardell
        Ms. Valeria Venable, GE Plastics, Americas

        Re:    Delphi Corporation, et al.
               Case No. 05-44481 (RDD)
               <u>Jointly Administered</u>

Dear Ladies and Gentlemen:

Pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered by the Bankruptcy Court in the above-referenced chapter 11 cases on November 4, 2005 (the "Order"), and thereafter amended, enclosed please find the Monthly Fee Statement (the "Fee Statement") of Butzel Long for services rendered as commercial and litigation counsel to Delphi Corporation and expenses incurred in connection with those services from June 1, 2007 through June 30, 2007 (the "Fee Statement Period"). We have also enclosed, in detail, a description of the services rendered by Butzel Long to Delphi Corporation and a listing of the related expenses.

In accordance with the Order, Butzel Long is requesting payment of 80% of its fees and 100% of its expenses at this time, with the remaining 20% of fees subject to the approval of the Bankruptcy Court in a quarterly fee application. Specifically, Butzel Long is requesting $70,323.04 in fees (i.e. 80% of $87,903.80) and $5,033.45 in expenses, for a total of $75,356.49 in fees and expenses for the Fee Statement Period.

July 20, 2007
Page 2

Please do not hesitate to contact me if you have any questions.

Yours truly,

Thomas B. Radom

TBR/kvg
Enclosures

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

July 20, 2007

To:     David Sherbin, Esq., Delphi Corp.
        Mr. John D. Sheehan., Delphi Corp.
        Ms. Michele M. Piscitelli, Delphi Corp.
        John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
        Alicia M. Leonhard, Esq., Office of the United States Trustee
        Robert J. Rosenberg, Esq., Latham & Watkins, LLP
        Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
        Donald Bernstein, Esq., Davis Polk & Wardell
        Ms. Valeria Venable, GE Plastics, Americas

**Summary of Total Billable Hours by Category
for the Period June 1, 2007 through June 30, 2007**

| __Matter Description__ | __Hours__ | __Amount__ |
|---|---|---|
| Business Operations | 168.60 | $54,380.80 |
| Employee Benefits/Pensions | 49.00 | 11,175.00 |
| Fee/Employment Applications | .50 | 165.00 |
| Litigation | 88.90 | 22,183.00 |
| Totals: | 307.00 | $87,903.80 |

## Summary of Disbursements
### for the Period June 1, 2007 through June 30, 2007

| Disbursement | Amount |
|---|---|
| Copies | $40.00 |
| Digital Reproduction | $190.40 |
| Special Postal Charges | $2.46 |
| Document Copy Charges:<br>Vendor: Detroit Legal | $66.25 |
| Local Telecopy Charges | $.30 |
| Deposition Transcripts:<br>Vendor: Bienenstock Court<br>Reporting | $4,054.50 |
| Filing Fees | $350.00 |
| Express Delivery | $23.34 |
| Meeting Expenses | $221.02 |
| Delivery – Car Messenger | $79.88 |
| Messenger Service | $5.30 |
| Totals: | $5,033.45 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period June 1, 2007 through June 30, 2007

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Edward M. Kronk | Shareholder | 1971 | $331.50 | 3.80 | $1,259.70 |
| James E. Wynne | Shareholder | 1975 | $304.00 | 24.10 | $7,326.40 |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 105.80 | $34,914.00 |
| Matthew Wilkins | Shareholder | 1983 | $330.00 | 53.10 | $17,523.00 |
| Carl Rashid, Jr. | Shareholder | 1974 | $325.00 | 1.00 | $325.00 |
| Matthew Wilkins | Shareholder | 1983 | $306.00 | .70 | $214.20 |
| Daniel N. Sharkey | Shareholder | 1995 | $274.50 | 8.50 | $2,333.25 |

| | | | | | |
|---|---|---|---|---|---|
| David B. Braun | Shareholder | 1993 | $248.00 | 1.80 | $446.40 |
| Daniel N. Sharkey | Shareholder | 1995 | $244.00 | 5.30 | $1,293.20 |
| Daniel J. Dulworth | Shareholder | 1988 | $244.00 | 2.70 | $658.80 |
| Herbert C. Donovan | Shareholder | 1991 | $234.00 | 21.40 | $5,007.60 |
| Susan L. Johnson | Sr. Attorney | 1984 | $236.00 | 5.10 | $1,203.60 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 25.00 | $6,375.00 |
| Taylor, Maureen T. | Shareholder | 1997 | $220.00 | 10.80 | $2,376.00 |
| Charlotte A. Garry | Associate | 1998 | $200.00 | 24.00 | $4,800.00 |
| Lori A. Burke | Associate | 2002 | $172.00 | 1.70 | $292.40 |
| Eric M. Mathis | Associate | 2003 | $172.00 | .60 | $103.20 |
| Matthew H. Letzmann | Associate | 2003 | $161.50 | .30 | $48.45 |
| Benjamin Steffans | Associate | 2006 | $132.00 | 7.50 | $990.00 |

**Paralegals**

| | | | | | |
|---|---|---|---|---|---|
| Tonia Borg Renko | Paralegal | | $116.00 | 1.20 | $139.20 |
| Leonor Hendricksen | Paralegal | | $104.00 | 1.60 | $166.40 |
| Richards, Alexis | Paralegal | | $108.00 | 1.00 | $108.00 |

Grand Total:                                                                307.00      $87,903.80

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   GENERAL                                000115900-0015


DISBURSEMENTS:

        Copies                                          3.40
                                              ------------
                                                        3.40
                     TOTAL DISBURSEMENTS                 3.40
                                              ------------
                     Matter Total                       3.40
                                              =============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8347176

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MERIDIAN INDUSTRIES                    000115900-0026

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/04/07 | TBR | Review draft Stipulations to Extend Time to Answer. | 03 | .20 |
| 06/04/07 | TBR | Telephone conference with S. Corcoran regarding draft Stipulations. | 03 | .20 |
| 06/07/07 | TBR | Telephone conference with S. Corcoran, R. Meisler regarding preference action issues. | 03 | .60 |
| 06/12/07 | TBR | Research regarding automatic stay, competing bankruptcies. | 03 | 2.20 |
| 06/12/07 | TBR | Telephone conference with R. Meisler, S. Corcoran regarding strategy. | 03 | .40 |
| 06/12/07 | TBR | E-mails to R. Meisler regarding preference complaints, Meridian proof of claim. | 03 | .40 |
| 06/12/07 | TBR | Telephone conferences with N. Cohen, R. Meisler regarding extension to answer. | 03 | .30 |
| 06/12/07 | TBR | E-mail to S. Corcoran regarding Cohen call. | 03 | .20 |
| 06/12/07 | TBR | Telephone conference and e-mail with N. Cohen regarding extension request. | 03 | .50 |
| 06/12/07 | TBR | Telephone conference with R. Meisler regarding Cohen call. | 03 | .20 |
| 06/13/07 | TBR | Review N. Cohen e-mail regarding extension. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8347176

| 06/13/07 | TBR | Telephone conference with R. Meisler regarding Cohen e-mail, strategy. | 03 | .30 |
| 06/14/07 | TBR | Draft stipulations and orders to extend time to answer complaint. | 03 | .50 |
| 06/14/07 | TBR | E-mail to N. Cohen regarding stipulations. | 03 | .20 |
| 06/15/07 | TBR | E-mail to N. Cohen regarding stipulations to extend. | 03 | .20 |
| 06/15/07 | TBR | Reply e-mail to R. Meisler regarding stipulations to extend. | 03 | .20 |
| 06/19/07 | TBR | Telephone conference and e-mails with N. Cohen regarding dismissal. | 03 | .60 |
| 06/19/07 | TBR | E-mail to S. Corcoran, R. Meisler regarding dismissal. | 03 | .20 |
| 06/25/07 | TBR | Pacer search regarding status of dismissal orders. | 03 | .20 |
| 06/25/07 | TBR | Review and reply to S. Corcoran e-mail regarding follow up. | 03 | .20 |

TOTAL BILLABLE HOURS        8.00

TOTAL FEES                    2640.00

- - - - - - - - - -

TOTAL FEES                    2640.00

Matter Total                  2640.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  EMPLOYMENT SECONDMENT                    000115900-0078


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/04/07 | C_G | Call from Investigator on the Layton Charge regarding settlement; proposed reinstatement under a Last Chance Agreement. | 06 | .10 |
| 06/04/07 | C_G | Receipt and review of Schrock Charge; contacted Plant; drafted extension letter; started investigation. | 06 | 1.50 |
| 06/04/07 | C_G | Receipt and review of the Robertson Charge of Discrimination; contacted plant; started investigation. | 06 | 1.30 |
| 06/06/07 | C_G | Another call from the Investigator on the Layton Charge regarding settlement; e-mail to Jeff Peterson regarding settlement and my recommendation. | 06 | .20 |
| 06/06/07 | C_G | Continued investigation into Schrock Charge. | 06 | .90 |
| 06/06/07 | C_G | Continued investigation into Robertson Charge. | 06 | .90 |
| 06/07/07 | C_G | Investigation on Schrock Charge of Discrimination; call to Steve Myers; drafted and mailed extension letter. | 06 | 2.60 |
| 06/11/07 | C_G | Attention to Schrock investigation; review of voluminous material from the Plant. | 06 | 3.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8347176

| | | | | |
|---|---|---|---|---|
| 06/12/07 | C_G | Continued review of information on the Schrock Charge of Discrimination; call to Mediator Campbell at EEOC; drafted Allegations and Timeline Memo. | 06 | 2.00 |
| 06/13/07 | C_G | Settlement discussions on Layton Charge of Discrimination, including phone calls and e-mails to Investigator Hauk and Jeff Peterson. | 06 | 1.50 |
| 06/13/07 | C_G | Review of additional information from the plant on the Schrock Charge of Discrimination. | 06 | 1.50 |
| 06/18/07 | C_G | Drafted the Settlement Agreement for the Layton Charge. | 06 | 1.00 |
| 06/19/07 | C_G | Call to Investigator Hauk regarding Settlement Agreement on the Layton Charge; return call from Hauk; drafted cover letter; faxed Settlement Agreement to Investigator Hauk. | 06 | .50 |
| 06/25/07 | C_G | Attention to settlement of the Layton Charge including calls to and from Hauk and e-mails to and from Jeff Peterson; edited Settlement Agreement. | 06 | 1.30 |
| 06/25/07 | C_G | Started drafting Position Statement for the Unika Robertson Charge. | 06 | 2.80 |
| 06/26/07 | C_G | Continued drafting Position Statement and drafted responses to discovery requests on the Robertson Charge. | 06 | 3.90 |

TOTAL BILLABLE HOURS     25.00

TOTAL FEES          6375.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


DISBURSEMENTS:

```
        Copies                              37.90
        Special Postal Charges               2.46
                                         -----------
                                            40.36
```


```
              TOTAL FEES              6375.00

              TOTAL DISBURSEMENTS       40.36
                                     -----------
              Matter Total            6415.36
                                     ===============
```

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:   TUBE TECH                      000115900-0093


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/01/07 | MEW | Correspondence from BML counsel regarding settlement. | 03 | .10 |

                    TOTAL BILLABLE HOURS       0.10

                              TOTAL FEES              33.00

                                              ----------


                              TOTAL FEES              33.00

                              Matter Total            33.00
                                              ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


            RE:  POST BANKRUPTCY GENERAL            000115900-0100


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/21/07 | TBR | Telephone conference with B. Chapman regarding Erwin Quarder. | 03 | .30 |
| 06/28/07 | TBR | Prepared monthly fee statement. | 07 | .50 |

|  | TOTAL BILLABLE HOURS | 0.80 |
|--|----------------------|------|
|  | TOTAL FEES | 264.00 |

DISBURSEMENTS:

        Copies                                    10.60
                                            -----------
                                                  10.60


                      TOTAL FEES              264.00

                      TOTAL DISBURSEMENTS      10.60
                                            -----------
                      Matter Total            274.60
                                            =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8347176

July 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MPC                                    000115900-0107

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/05/07 | TBR | Review and reply to A. Perry e-mail regarding bankruptcy. | 03 | .20 |
| 06/12/07 | TBR | E-mails with J. Peterson, T. Dunn, M. Everett regarding customer distributions. | 03 | .60 |
| 06/12/07 | TBR | Review file regarding customer distributions. | 03 | .50 |
| 06/15/07 | TBR | Telephone conference with T. Dunn regarding union issues. | 03 | .40 |
| 06/20/07 | TBR | Review client e-mails with union. | 03 | .20 |
| 06/25/07 | TBR | Telephone conference with C. Carson regarding Repokis. | 03 | .20 |
| 06/26/07 | TBR | Review Repokis documents. | 03 | .70 |
| 06/26/07 | TBR | E-mail to Customer Group regarding Repokis. | 03 | .20 |
| 06/26/07 | TBR | E-mails with J. Applebaum regarding Repokis. | 03 | .20 |
| 06/26/07 | TBR | E-mails with G. Eynon regarding Repokis. | 03 | .30 |
| 06/26/07 | TBR | E-mail to C. Carson regarding Repokis. | 03 | .20 |

TOTAL BILLABLE HOURS        3.70

TOTAL FEES              1221.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8347176


DISBURSEMENTS:

      Copies                                              2.60
                                                 ----------
                                                       2.60


                        TOTAL FEES              1221.00

                        TOTAL DISBURSEMENTS        2.60
                                              ----------
                        Matter Total           1223.60
                                              ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DELPHI CORPORATION VS. SEGWAY, INC.     000115900-0112


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/06/07 | D D | Conference with Ben Steffans regarding discovery and preparing proofs outline. | 10 | .30 |
| 06/07/07 | D D | Conference with Ben Steffans regarding document review and organization. | 10 | .20 |
| 06/12/07 | D D | Review and analysis of Return of Service of Summons and Complaint upon Registered Agent and arrange for filing of same. | 10 | .20 |
| 06/12/07 | D D | Prepare correspondence to Jim Derian regarding due date for Answer to Complaint. | 10 | .20 |
| 06/12/07 | BS | Prepare proof outline. | 10 | 1.00 |
| 06/12/07 | BS | Review documents to prepare for entry into summation. | 10 | 1.00 |
| 06/18/07 | TR | Discuss documents with B. Steffans. | 10 | .40 |
| 06/18/07 | BS | Work on Discovery. | 10 | 2.00 |
| 06/19/07 | BS | Finish Delphi discovery. | 10 | 3.50 |
| 06/20/07 | TR | Review Disks produced by client. | 10 | .30 |
| 06/20/07 | D D | Conference with Tonia Renko regarding review of collected documents and scanning into Summation. | 10 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 98-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| Date | | Description | | |
|---|---|---|---|---|
| 06/21/07 | TR | Discuss imaging of documents with Detroit Legal and D. Dulworth and review cost breakdown. | 10 | .50 |
| 06/21/07 | D D | Conference with Tonia Renko regarding quote for scanning documents into Summation. | 10 | .20 |
| 06/25/07 | D D | Telephone conference with Brian Fitzgibbons of Detroit Legal regarding scanning documents into Summation and costs related to same. | 10 | .30 |
| 06/27/07 | D D | Telephone conference with Jim Derian regarding status and scanning of documents into Summation. | 10 | .30 |
| 06/27/07 | D D | Conference with Tonia Renko regarding scanning documents into Summation. | 10 | .20 |
| 06/27/07 | D D | Conference with Ben Steffans regarding status and strategy. | 10 | .20 |
| 06/29/07 | D D | Conferences with Ben Steffens regarding Segway's request for extension to answer Complaint. | 10 | .20 |
| 06/29/07 | D D | E-mail from/to Ben Steffans regarding Segway's Notice of Removal. | 10 | .20 |

TOTAL BILLABLE HOURS        11.40

TOTAL FEES                         1788.00

DISBURSEMENTS:

Copies                                    1.90
Messenger Services                        29.43
                                        ----------
                                          31.33

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


|                       |          |
|-----------------------|---------:|
| TOTAL FEES            | 1788.00  |
| TOTAL DISBURSEMENTS   |   31.33  |
| Matter Total          | 1819.33  |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DELPHI PRODUCT & SERVICE SOLUTIONS       000115900-0113


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/01/07 | LB | Review and revise Get Hooked Program rules. | 03 | 1.20 |
| 06/01/07 | LB | Send e-mail to Mr. Derian discussing the rules and suggested changes and questions. | 03 | .50 |

TOTAL BILLABLE HOURS        1.70

TOTAL FEES              292.40

- - - - - - - - - -


TOTAL FEES              292.40

Matter Total            292.40

=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

July 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  CEP PRODUCTS                          000115900-0119

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/01/07 | TBR | Telephone conference with A. Perry, J. Bambery regarding A/R Order. | 03 | .50 |
| 06/01/07 | TBR | Telephone conference with M. Freedlander regarding A/R Order. | 03 | .20 |
| 06/01/07 | TBR | E-mail to D. Mesler regarding Hermosillo. | 03 | .20 |
| 06/01/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | .70 |
| 06/06/07 | TBR | Review and respond to Freedlander e-mail regarding agreed order. | 03 | .40 |
| 06/08/07 | TBR | Review and reply to e-mails regarding agreed A/R order. | 03 | .40 |
| 06/08/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern district of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | .70 |
| 06/11/07 | L H | Reviewed docket on the bankruptcy case for the Northern District of Ohio Eastern Division. | 03 | .20 |
| 06/12/07 | TBR | Review Freedlander letter regarding escrow. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| 06/13/07 | TBR | Review file regarding escrow demand. | 03 | .70 |
| 06/13/07 | TBR | E-mail to Delphi Team regarding escrow demand. | 03 | .50 |
| 06/13/07 | TBR | E-mails to J. Bambery regarding escrow demand. | 03 | .50 |
| 06/14/07 | TBR | Review and reply to Bambery e-mail regarding escrow issues. | 03 | .30 |
| 06/15/07 | TBR | Review Bambery e-mail regarding escrow issues. | 03 | .20 |
| 06/18/07 | TBR | Review solicitation package. | 03 | 1.00 |
| 06/21/07 | TBR | Telephone conference with M. Hammer regarding BBK escrow. | 03 | .40 |
| 06/22/07 | TBR | Review file regarding BBK escrow. | 03 | .50 |
| 06/22/07 | TBR | Conference call with M. Hammer, S. Seewer, J. Bambery regarding BBK escrow. | 03 | .50 |
| 06/22/07 | TBR | Review J. Bambery e-mail regarding BBK escrow. | 03 | .20 |
| 06/25/07 | TBR | Telephone conferences with J. Campana regarding Parker Hannifin. | 03 | .80 |
| 06/25/07 | TBR | E-mail and telephone conference with A. Perry regarding Parker Hannifin. | 03 | .80 |
| 06/26/07 | TBR | Review Freedlander, Hammer e-mails regarding BBK escrow. | 03 | .30 |
| 06/27/07 | TBR | Review motion for entry of agreed order regarding A/R. | 03 | .20 |

TOTAL BILLABLE HOURS        10.40

TOTAL FEES              3070.40

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


DISBURSEMENTS:

        Copies                                        5.10
                                              -----------
                                                      5.10


                    TOTAL FEES                     3070.40

                    TOTAL DISBURSEMENTS               5.10
                                              -----------

                    Matter Total                   3075.50
                                              =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  PIXLEY RICHARDS, INC.              000115900-0120


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/01/07 | TBR | Conference call with Delphi Team regarding action items. | 03 | .70 |
| 06/01/07 | TBR | Review PWC report regarding borrowing base. | 03 | .20 |
| 06/01/07 | TBR | Telephone conference with M. Wilkins regarding open items. | 03 | .30 |
| 06/01/07 | TBR | Review e-mails regarding funding proposals, Wachovia. | 03 | .40 |
| 06/01/07 | MEW | Analysis of risks and benefits of (1) funding on unsecured basis (2) not funding near term (3) proposal from Wachovia (4) strong position with respect to reimbursement by Plainfield of further funding, and outline options for Delphi. | 03 | 1.50 |
| 06/01/07 | MEW | Prepare for and participate in internal Delphi call regarding immediate funding requirements, negotiations with Plainfield. | 03 | 1.00 |
| 06/01/07 | MEW | Draft letter to Pixley for use in the event Delphi elects not to provide further funding today. | 03 | .40 |
| 06/01/07 | MEW | Conferences with Ian Scott, Andy Perry and Charmaine Shi regarding risks and benefits of revised agreement with Wachovia. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| | | | | |
|---|---|---|---|---|
| 06/01/07 | MEW | Conference with Martin Hoesley regarding benefits of agreement with Wachovia. | 03 | .20 |
| 06/01/07 | MEW | Work throughout afternoon to refine and finalize Long Term Agreement for Plainfield (with Bob Andary, Eddie Wright and Marty Hoseley). | 03 | 1.50 |
| 06/01/07 | MEW | Correspondence regarding propriety of various discussions entering into Long Term Agreements with Plainfield. | 03 | .10 |
| 06/01/07 | MEW | Correspondence regarding funding options, response to Pixley. | 03 | .10 |
| 06/01/07 | MEW | Correspondence regarding key terms of Plainfield Asset Purchase Agreement. | 03 | .20 |
| 06/01/07 | MEW | Review PWC summary and analysis of current availability under borrowing base formula. | 03 | .20 |
| 06/01/07 | MEW | Circulate Ninth Promissory Note and Letter Agreement for execution, collect signatures and provide to supplier. | 03 | .20 |
| 06/01/07 | MEW | Discuss Access Agreement (with Plainfield) with Bob Andary and Eddie Wright and review draft agreement. | 03 | .30 |
| 06/01/07 | MEW | Review updated Letter Agreement for Plainfield. | 03 | .30 |
| 06/04/07 | TBR | Conference call with Delphi Team regarding action items. | 03 | .50 |
| 06/04/07 | TBR | Conference call with M. Wilkins, M. Fencer, M. Hoesley, C. Sempel regarding Plainfield APA. | 03 | .50 |
| 06/04/07 | TBR | Further review of Plainfield APA. | 03 | .50 |
| 06/04/07 | MEW | Prepare for and participate in internal Delphi team call. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(J.D. NO. 38-2384883)

SUITE 500  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| | | | | |
|---|---|---|---|---|
| 06/04/07 | MEW | Conference with PWC and with Pixley counsel regarding status of acquisitions -- Interplex and Plainfield. | 03 | 1.20 |
| 06/04/07 | MEW | Conferences with Craig Archambault, Joel Keudzorski regarding Short Term Agreement and Plainfield sale status. | 03 | .50 |
| 06/04/07 | MEW | Conference with Marty Hoseley regarding Pixley status, possible purchase of Wachovia revolver. | 03 | .20 |
| 06/04/07 | MEW | Voicemail from and email to Robert Chapman regarding Short Term Agreement between his division and Plainfield. | 03 | .20 |
| 06/04/07 | MEW | Prepare for and conference call with PWC and with Andy Perry and Charmaine Shi regarding Plainfield acquisition status, possible purchase of Wachovia revolver. | 03 | .80 |
| 06/04/07 | MEW | Conference with R. Chapman regarding separate short term agreement with Plainfield for his division. | 03 | .20 |
| 06/04/07 | MEW | Conference with PWC, Andy Perry, Ian Scott, Charmaine Shi, and John Novak regarding Plainfield purchase status and issues, ongoing funding needs and possible purchase of Wachovia position and summarize current position. | 03 | 2.00 |
| 06/04/07 | MEW | Review E&S short term agreement. | 03 | .20 |
| 06/05/07 | TBR | Conference call with Delphi team regarding action items. | 03 | .40 |
| 06/05/07 | TBR | Telephone conference with M. Wilkins regarding Wachovia, Plainfield. | 03 | .40 |
| 06/05/07 | MEW | Telephone from Pixley counsel, M. Fencer, with update on Plainfield transaction, possible purchase of Wachovia position by Delphi. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| | | | | |
|---|---|---|---|---|
| 06/05/07 | MEW | Conference with Plainfield counsel regarding acquisition status. | 03 | .30 |
| 06/05/07 | MEW | Internal team update call. | 03 | .50 |
| 06/05/07 | MEW | Draft Agreement for Assignment of Loans and Security (for Wachovia revolver). | 03 | 1.50 |
| 06/05/07 | MEW | Conference with T. Radom regarding Pixley status, Wachovia buy-out. | 03 | .20 |
| 06/06/07 | TBR | Conference call with Delphi Team regarding action items. | 03 | .70 |
| 06/06/07 | TBR | Revise Inventory Purchase Agreement. | 03 | .50 |
| 06/06/07 | TBR | Telephone conference and e-mail with M. Wilkins regarding revised Inventory Purchase Agreement. | 03 | .30 |
| 06/06/07 | TBR | Telephone conference with B. Smith regarding meeting. | 03 | .20 |
| 06/06/07 | MEW | Prepare for internal team status call. | 03 | .70 |
| 06/06/07 | MEW | Work on aspects of Letter Agreement and Access Agreement with team and with Plainfield counsel. | 03 | .90 |
| 06/06/07 | MEW | Review PWC report regarding cash flow analysis, purchase of Wachovia position. | 03 | 1.00 |
| 06/06/07 | MEW | Telephone from John Fetter regarding Packard issues with entering into agreement with Plainfield. | 03 | .30 |
| 06/06/07 | MEW | Conference with M. Everett regarding matter status. | 03 | .30 |
| 06/06/07 | MEW | Correspondence to M. Fencer regarding possible purchase of Wachovia revolver. | 03 | .20 |
| 06/06/07 | MEW | Revise and draft Agreement for Purchase of Wachovia position. | 03 | .60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| | | | | |
|---|---|---|---|---|
| 06/06/07 | MEW | Work on Tenth Promissory Note and Letter Agreement, circulate to Delphi team. | 03 | .30 |
| 06/06/07 | MEW | Review funding needs for this week. | 03 | .10 |
| 06/06/07 | MEW | Correspondence regarding advantage and risks of purchasing Wachovia loan. | 03 | .80 |
| 06/06/07 | DBB | Conferences with Mr. Wilkins regarding loan assignment. | 03 | .80 |
| 06/06/07 | DBB | Review agreement for assignment of loans and security and revise and redraft. | 03 | .20 |
| 06/06/07 | DBB | Revise and redraft agreement for assignment of loans and security. | 03 | .80 |
| 06/07/07 | TBR | Telephone conference with M. Wilkins regarding status of action items. | 03 | .30 |
| 06/07/07 | MEW | Prepare for and participate in internal status and strategy call. | 03 | 1.00 |
| 06/07/07 | MEW | Review Letter Agreement and Access Agreements and discuss Plainfield requested change with Plainfield counsel Chris Hoyt and Angela Kidd. | 03 | .70 |
| 06/07/07 | MEW | Delphi internal call and follow-up on discussions with PWC. | 03 | .80 |
| 06/07/07 | MEW | Review Plainfield changes to Letter Agreement and provide initial comments to Delphi team. | 03 | 1.00 |
| 06/07/07 | MEW | Review Tenth Promissory Note and circulate for execution. | 03 | .30 |
| 06/07/07 | MEW | Review and summary of key open issues with Plainfield, Pixley. | 03 | .80 |
| 06/07/07 | MEW | Conference with T. Radom regarding Pixley status. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8347176

| | | | | |
|---|---|---|---|---|
| 06/07/07 | MEW | Correspondence from and conference with M. Hoseley regarding provisions of Letter Agreement regarding reimbursement for loans due to availability reductions. | 03 | .40 |
| 06/07/07 | MEW | Correspondence regarding purchase of Wachovia loan. | 03 | .10 |
| 06/07/07 | MEW | Review PWC analysis of benefits and risks of purchasing Wachovia loan. | 03 | .20 |
| 06/07/07 | MEW | Review Agreement for purchase of Wachovia loan and discuss with D. Braun. | 03 | .50 |
| 06/07/07 | MEW | Review revisions to Wachovia loan purchase agreement. | 03 | .10 |
| 06/07/07 | MEW | Correspondence to Plainfied counsel regarding term of Letter Agreement. | 03 | .10 |
| 06/07/07 | MEW | Correspondence from Plainfield regarding additional conditions for Letter Agreement. | 03 | .10 |
| 06/07/07 | MEW | Correspondence from Pixley counsel regarding Wachovia position purchase. | 03 | .10 |
| 06/07/07 | MEW | Review and analysis of Plainfield changes to Letter Agreement. | 03 | .30 |
| 06/08/07 | TBR | Meeting with B. Smith, M. Fencer regarding Plainfield, Wachovia. | 03 | 1.00 |
| 06/08/07 | TBR | Telephone conference with D. Rothman regarding Inventory Purchase Agreement. | 03 | .20 |
| 06/08/07 | TBR | Telephone conference with L. Agasse regarding Inventory Purchase Agreement. | 03 | .20 |
| 06/08/07 | TBR | Conference call with Delphi Team regarding action items. | 03 | .60 |
| 06/08/07 | TBR | E-mails with M. Wilkins regarding Inventory Purchase Agreement. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| | | | | |
|---|---|---|---|---|
| 06/08/07 | TBR | E-mails to D. Rothman regarding Inventory Purchase Agreement. | 03 | .20 |
| 06/08/07 | MEW | Correspondence regarding possible purchase of Wachovia position. | 03 | .20 |
| 06/08/07 | MEW | Draft and coordinate execution of Eleventh Promissory Note and related Letter Agreement. | 03 | .80 |
| 06/08/07 | MEW | Review and analysis of Plainfield comments to Access Agreement. | 03 | .80 |
| 06/08/07 | MEW | Conferences with L. Agasse and T. Radom regarding inventory buy back agreement. | 03 | .30 |
| 06/08/07 | MEW | Review revisions to inventory buy back agreement. | 03 | .30 |
| 06/11/07 | TBR | Review Wachovia revisions to Inventory Purchase Agreement. | 03 | .30 |
| 06/11/07 | TBR | Revise Inventory Purchase Agreement. | 03 | .30 |
| 06/11/07 | TBR | E-mail to D. Rothman regarding Inventory Purchase Agreement. | 03 | .20 |
| 06/11/07 | TBR | Review revised Access Agreement. | 03 | .30 |
| 06/11/07 | TBR | Telephone conference with M. Wilkins regarding Access Agreement, status of action items. | 03 | .40 |
| 06/11/07 | MEW | Prepare for and participate in internal team call. | 03 | .30 |
| 06/11/07 | MEW | Review revised inventory buy-back agreement. | 03 | .30 |
| 06/11/07 | MEW | Review revisions to inventory buy-back agreement. | 03 | .10 |
| 06/11/07 | MEW | Review current status of long-term agreements. | 03 | .20 |
| 06/12/07 | TBR | Conference call with Delphi Team regarding action items. | 03 | .30 |

### Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                  July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| 06/12/07 | TBR | E-mails and telephone conference with D. Rothman regarding Inventory Purchase Agreement. | 03 | .50 |
|---|---|---|---|---|
| 06/12/07 | TBR | Revise Inventory Purchase Agreement. | 03 | .40 |
| 06/12/07 | TBR | Review revised Access Agreement. | 03 | .30 |
| 06/12/07 | TBR | Telephone conference with M. Wilkins regarding Access Agreement. | 03 | .20 |
| 06/12/07 | TBR | E-mails with Delphi Team regarding Inventory Purchase Agreement. | 03 | .20 |
| 06/12/07 | MEW | Internal team call and with R. Chapman regarding E&S issues. | 03 | .80 |
| 06/12/07 | MEW | Telephone from T. Willingham regarding matter status. | 03 | .20 |
| 06/12/07 | MEW | Review Plainfield comments to Access Agreement and conference with Plainfield counsel to discuss comments, open issues, finalization of agreement. | 03 | 1.00 |
| 06/12/07 | MEW | Review and analysis of revised Letter Agreement and forward comments to Delphi team. | 03 | 1.10 |
| 06/12/07 | MEW | Review, make revisions to Access Agreement. | 03 | .80 |
| 06/12/07 | MEW | Correspondence regarding status of Long Term Agreements. | 03 | .20 |
| 06/12/07 | MEW | Conference with PWC and T. Radom regarding Letter Agreement, funding needs, inventory buy back. | 03 | .80 |
| 06/12/07 | MEW | Review PWC views on language in Letter Agreement regarding reimbursements to Delphi. | 03 | .20 |
| 06/12/07 | MEW | Correspondence regarding and attention to letter Agreements. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8347176

| 06/13/07 | TBR | Telephone conference and e-mails with D. Rothman regarding Inventory Purchase Agreement. | 03 | .60 |
| 06/13/07 | MEW | Prepare for and participate in internal team call. | 03 | .40 |
| 06/13/07 | MEW | Discuss comments to Access Agreement with Plainfield counsel and review revised agreement. | 03 | .90 |
| 06/13/07 | MEW | Conference with T. Radom regarding Wachovia's agreement and overall status and discuss with Wachovia counsel. | 03 | .20 |
| 06/13/07 | MEW | Work with Delphi team members to finalize long-term supply agreements and Access Agreement. | 03 | 2.00 |
| 06/13/07 | MEW | Review revised inventory buy-back agreement. | 03 | .20 |
| 06/13/07 | MEW | Conference with A. Marshall regarding terms of Letter Agreement, Powertrain position on reimbursement. | 03 | .20 |
| 06/13/07 | MEW | Correspondence regarding 6/15/07 funding requirements. | 03 | .20 |
| 06/13/07 | MEW | Conference with Plainfield counsel regarding Delphi authority to enter into agreements with Plainfield. | 03 | .40 |
| 06/14/07 | TBR | Telephone conferences and e-mails with D. Rothman regarding Inventory Purchase Agreement, bank fees. | 03 | 1.00 |
| 06/14/07 | TBR | Telephone conferences and e-mails with Delphi Team, PWC regarding Inventory Purchase Agreement, bank fees. | 03 | 1.00 |
| 06/14/07 | TBR | Telephone conference with M. Wilkins regarding Access Agreement, funding. | 03 | .30 |
| 06/14/07 | MEW | Internal Delphi team status call. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 06/14/07 | MEW | Work with Joel Kendzorski, other Delphi team members to finalize new Agreements with Plainfield. | 03 | 1.00 |
| 06/14/07 | MEW | Work on Letter Agreements, Access Agreement to finalize. | 03 | .80 |
| 06/14/07 | MEW | Review next funding needs and have Twelfth Note and Letter Agreement prepared. | 03 | .30 |
| 06/14/07 | MEW | Correspondence regarding Wachovia payoff, next funding needed. | 03 | .20 |
| 06/14/07 | MEW | Review requested changes to Access Agreement from senior Lender. | 03 | .30 |
| 06/15/07 | TBR | Conference call with Delphi Team regarding open action items. | 03 | .50 |
| 06/15/07 | TBR | Review draft Twelfth promissory note and letter. | 03 | .20 |
| 06/15/07 | TBR | Telephone conference with A. Marshall regarding funding. | 03 | .20 |
| 06/15/07 | TBR | E-mails with M. Wilkins regarding Access Agreement. | 03 | .40 |
| 06/15/07 | MEW | Review letter and Twelfth Promissory Note; forward for execution. | 03 | .20 |
| 06/15/07 | MEW | Review fully executed Twelfth Promissory Note, transmittal to all parties. | 03 | .10 |
| 06/15/07 | MEW | Review PWC cash flow forecast, Delphi treasury response to week's funding requirements. | 03 | .30 |
| 06/18/07 | TBR | Conference call with Delphi Team regarding action items. | 03 | .30 |
| 06/18/07 | TBR | Telephone conference with M. Wilkins, B. Smith, M. Fencer regarding Plainfield sale. | 03 | .50 |
| 06/18/07 | MEW | Prepare for internal team status call. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 06/18/07 | MEW | Work on Delphi open issues for Plainfield acquisition. | 03 | 1.40 |
| 06/18/07 | MEW | Review PWC analysis regarding Plainfield reimbursement obligation. | 03 | .20 |
| 06/18/07 | MEW | Review PWC analysis of Wachovia revolver balance. | 03 | .30 |
| 06/18/07 | MEW | Review Delphi - Chassis agreement with Plainfield. | 03 | .20 |
| 06/19/07 | TBR | E-mails with T. Willingham regarding Inventory Purchase Agreement. | 03 | .40 |
| 06/19/07 | MEW | Internal team call. | 03 | .30 |
| 06/19/07 | MEW | Conference with Plainfield counsel regarding closing status, Supply Agreements. | 03 | .30 |
| 06/19/07 | MEW | Correspondence regarding Pixley request for Delphi release. | 03 | .10 |
| 06/20/07 | TBR | Review PWC analysis regarding Plainfield payment. | 03 | .20 |
| 06/20/07 | MEW | Correspondence regarding Plainfield reimbursement to Delphi. | 03 | .30 |
| 06/20/07 | MEW | Correspondence regarding Access Agreement to be signed by Plainfield. | 03 | .10 |
| 06/20/07 | MEW | Review analysis of Plainfield reimbursement obligation, Delphi retroactive price increase obligation. | 03 | .20 |
| 06/20/07 | MEW | Review and work on proposed Agreement to be signed by Delphi regarding sums to be reimbursed to Delphi from Plainfield. | 03 | .50 |
| 06/20/07 | MEW | Conference with M. Fencer regarding PRI request for Delphi release. | 03 | .30 |
| 06/20/07 | MEW | Discuss PRI release with T. Radom. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| 06/20/07 | MEW | Review AHG-Chassis Short Term Agreement. | 03 | .20 |
|----------|-----|------------------------------------------|----|----|
| 06/21/07 | MEW | Prepare for and participate in team call. | 03 | .40 |
| 06/21/07 | MEW | Work on resolving Plainfield reimbursement to Delphi. | 03 | .90 |
| 06/21/07 | MEW | Conferences with Delphi team regarding Plainfield reimbursement and review revised PWC analysis. | 03 | .80 |
| 06/21/07 | MEW | Letter to Angela Kidd, Plainfield counsel, regarding reimbursement to Delphi. | 03 | .30 |
| 06/21/07 | MEW | Review reimbursement language, draft changes. | 03 | .50 |
| 06/21/07 | MEW | Correspondence regarding Plainfield request to change terms of Long Term Agreement. | 03 | .10 |
| 06/21/07 | MEW | Review PWC schedule of Plainfield reimbursement liability. | 03 | .20 |
| 06/21/07 | MEW | Correspondence regarding Plainfield reimbursement objection. | 03 | .40 |
| 06/21/07 | MEW | Correspondence regarding reimbursement acknowledgement and review revisions to attachment. | 03 | .30 |
| 06/22/07 | TBR | Review draft acknowledgement and e-mails regarding same. | 03 | .50 |
| 06/22/07 | TBR | E-mail to Delphi Team regarding acknowledgement. | 03 | .20 |
| 06/22/07 | TBR | Conference call with Delphi Team regarding sale, acknowledgement. | 03 | .50 |
| 06/22/07 | TBR | Revise acknowledgement. | 03 | .30 |
| 06/22/07 | TBR | E-mail to A. Kidd regarding acknowledgement. | 03 | .20 |
| 06/22/07 | MEW | Correspondence regarding closing status. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384383)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| 06/22/07 | MEW | Correspondence regarding Plainfield reimbursement obligation. | 03 | .20 |
|---|---|---|---|---|
| 06/22/07 | MEW | Review revised Acknowledgement, related correspondence. | 03 | .20 |
| 06/25/07 | TBR | Telephone conference with M. Wilkins regarding follow up. | 03 | .20 |
| 06/27/07 | TBR | Telephone conference with T. Willingham regarding follow up. | 03 | .20 |
| 06/28/07 | TBR | Voicemail to A. Kidd regarding acknowledgement. | 03 | .20 |
| 06/29/07 | TBR | E-mail to Delphi Team regarding acknowledgement. | 03 | .20 |
| 06/29/07 | MEW | Consideration of status and options regarding Plainfield acknowledgement. | 03 | .10 |

TOTAL BILLABLE HOURS        74.70

TOTAL FEES            24503.40

DISBURSEMENTS:

         Copies                                    62.20
                                              ----------
                                                   62.20


                     TOTAL FEES              24503.40

                     TOTAL DISBURSEMENTS         62.20
                                             _____

                     Matter Total             24565.60
                                             ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   INNOVATIVE GROUP GLOBAL, INC.        000115900-0122


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/18/07 | MEW | Review Notice of Chapter 7 meeting of creditors. | 03 | .10 |

TOTAL BILLABLE HOURS        0.10

TOTAL FEES                        33.00

- - - - - - - - - -

TOTAL FEES                        33.00

Matter Total                     33.00
==============