# EXHIBIT F
## (Part 2 of 6)

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  I & W INDUSTRIES, INC.                    000115900-0124


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/04/07 | TBR | E-mail to A. Perry regarding real estate. | 03 | .20 |
| 06/04/07 | TBR | Telephone conference with T. Lindahl regarding real estate. | 03 | .20 |
| 06/05/07 | TBR | Telephone conference with A. Perry regarding real estate. | 03 | .30 |
| 06/06/07 | TBR | Telephone conferences with A. Perry regarding real estate. | 03 | .50 |
| 06/06/07 | TBR | Telephone conferences with T. Lindahl regarding real estate. | 03 | .70 |
| 06/06/07 | TBR | Voicemail to P. Rhoades regarding real estate. | 03 | .20 |
| 06/07/07 | TBR | Telephone conference with P. Rhoades regarding real estate. | 03 | .20 |
| 06/07/07 | TBR | Telephone conference with T. Lindahl regarding real estate. | 03 | .20 |
| 06/08/07 | TBR | Telephone conference with T. Lindahl regarding real estate. | 03 | .20 |
| 06/11/07 | TBR | Review Lindahl voicemail regarding real estate. | 03 | .20 |
| 06/12/07 | TBR | Review appraisal. | 03 | .50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| | | | | |
|---|---|---|---|---|
| 06/13/07 | TBR | Telephone conferences with T. Lindahl regarding real estate. | 03 | .80 |
| 06/13/07 | TBR | Telephone conferences with A. Perry, L. Agasse regarding real estate. | 03 | 1.00 |
| 06/13/07 | TBR | E-mail to J. Laino, D. Engler regarding real estate. | 03 | .40 |
| 06/13/07 | TBR | Telephone conference with J. Laino regarding real estate. | 03 | .20 |
| 06/14/07 | TBR | E-mails with D. Engler regarding real estate sale. | 03 | .40 |
| 06/14/07 | TBR | E-mail to P. Rhoades, T. Lindahl regarding real estate sale. | 03 | .20 |
| 06/14/07 | TBR | E-mails with A. Perry, L. Agasse regarding real estate sale, bank accounting. | 03 | .40 |
| 06/15/07 | TBR | E-mails with P. Rhoades regarding real estate closing. | 03 | .40 |
| 06/20/07 | TBR | E-mail and telephone conference with T. Lindahl regarding covenant not to sue. | 03 | .60 |
| 06/20/07 | TBR | Review draft covenant. | 03 | .30 |
| 06/22/07 | TBR | Review and revise covenant not to sue. | 03 | .50 |
| 06/22/07 | TBR | E-mail to T. Lindahl regarding covenant. | 03 | .20 |
| 06/25/07 | TBR | Review A. Perry e-mail regarding covenant. | 03 | .20 |
| 06/25/07 | TBR | Review and reply to L. Agasse e-mail regarding guaranty. | 03 | .20 |
| 06/25/07 | TBR | Review and reply to T. Lindahl e-mail regarding revised covenant. | 03 | .30 |
| 06/25/07 | TBR | Review revised covenant. | 03 | .20 |
| 06/25/07 | TBR | E-mail to Mark IV regarding revised covenant. | 03 | .20 |

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 500  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| 06/25/07 | TBR | E-mail to P. Rhoades regarding accounting. | 03 | .20 |
|---|---|---|---|---|
| 06/26/07 | TBR | Review revised covenant. | 03 | .20 |
| 06/26/07 | TBR | E-mails with P. Rhoades regarding bank accounting. | 03 | .30 |
| 06/27/07 | TBR | Telephone conference with T. Lindahl, P. Rhoades regarding covenant. | 03 | .30 |
| 06/27/07 | TBR | Review revised covenant. | 03 | .20 |
| 06/27/07 | TBR | E-mail to A. Perry, J. McInerney regarding covenant. | 03 | .20 |
| 06/27/07 | TBR | E-mails with P. Rhoades regarding accounting. | 03 | .40 |
| 06/28/07 | TBR | Telephone conference and e-mails with A. Perry regarding participations, bank accounting, covenant. | 03 | .50 |
| 06/29/07 | TBR | Review and respond to L. Agasse e-mail regarding covenant, distribution. | 03 | .50 |
| 06/29/07 | TBR | E-mail to P. Rhoades, T. Lindahl, Mark IV regarding covenant. | 03 | .20 |
| 06/29/07 | TBR | Telephone conference with P. Rhoades regarding bank accounting. | 03 | .20 |

TOTAL BILLABLE HOURS        13.10

TOTAL FEES                    4323.00

- - - - - - - - - -

TOTAL FEES                    4323.00

Matter Total            4323.00

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  BING METALS GROUP, INC.              000115900-0125


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/01/07 | TBR | E-mail to parties regarding signature page to Subordinated Participation Agreement. | 03 | .20 |
| 06/01/07 | TBR | Review e-mails regarding amendments. | 03 | .30 |
| 06/06/07 | TBR | Review revised draft of Amended Accommodation Agreement. | 03 | 1.00 |
| 06/06/07 | TBR | E-mail to parties regarding Amended Accommodation Agreement. | 03 | .20 |
| 06/06/07 | TBR | E-mail to Delphi Team regarding Amended Accommodation Agreement. | 03 | .40 |
| 06/07/07 | TBR | Review Fischer e-mail regarding all parties meeting. | 03 | .20 |
| 06/07/07 | TBR | E-mail to Delphi Team regarding all parties meeting. | 03 | .20 |
| 06/08/07 | TBR | Review and reply to Fischer e-mail regarding meeting. | 03 | .40 |
| 06/08/07 | TBR | Review Szymczak e-mail regarding Twelfth Amendment to Accommodation Agreement. | 03 | .20 |
| 06/09/07 | TBR | E-mails with J. Fischer regarding Twelfth Amendment to Accommodation Agreement. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| | | | | |
|---|---|---|---|---|
| 06/11/07 | TBR | Conference call with all parties regarding Amended Accommodation Agreement. | 03 | 2.00 |
| 06/11/07 | TBR | E-mail to all parties regarding Twelfth Amendment to Accommodation Agreement. | 03 | .20 |
| 06/12/07 | TBR | Review revised Accommodation Agreement. | 03 | .50 |
| 06/12/07 | TBR | E-mail to Delphi Team regarding revised Accommodation Agreement. | 03 | .20 |
| 06/12/07 | TBR | Conference call with all parties regarding revised Accommodation Agreement. | 03 | 1.70 |
| 06/13/07 | TBR | Review further revised draft of Amended Accommodation Agreement. | 03 | .50 |
| 06/13/07 | TBR | Conference call with all parties regarding Amended Accommodation Agreement. | 03 | 1.00 |
| 06/13/07 | TBR | Review schedule of operating metrics. | 03 | .30 |
| 06/14/07 | TBR | Review further revised Amended Accommodation Agreement. | 03 | .50 |
| 06/14/07 | TBR | Conference call with all parties regarding Amended Accommodation Agreement. | 03 | 1.20 |
| 06/14/07 | TBR | Review Thirteenth Amendment to Accommodation Agreement. | 03 | .20 |
| 06/14/07 | TBR | E-mail to Delphi Team regarding Thirteenth Amendment. | 03 | .20 |
| 06/18/07 | TBR | Review further revised draft of Amended Accommodation Agreement. | 03 | .30 |
| 06/18/07 | TBR | Conference call with all parties regarding Amended Accommodation Agreement. | 03 | .50 |
| 06/20/07 | TBR | Conference call with Customers, Bing, Banks regarding agreements. | 03 | .80 |
| 06/20/07 | TBR | E-mail to Customers, Bing, Bank regarding Amendment to Accommodation Agreement. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| | | | | |
|---|---|---|---|---|
| 06/20/07 | TBR | E-mails with M. Bakst regarding Accommodation Agreement. | 03 | .40 |
| 06/21/07 | TBR | Conference call with Customers, Bing, Banks regarding agreements. | 03 | .70 |
| 06/22/07 | TBR | Review e-mails regarding Amended Accommodation Agreement. | 03 | .40 |
| 06/25/07 | TBR | Review e-mails regarding status of documents. | 03 | .30 |
| 06/26/07 | TBR | Review revised long term agreements. | 03 | .50 |
| 06/27/07 | TBR | Review draft Amendment to Forbearance Agreement. | 03 | .30 |
| 06/27/07 | TBR | Telephone conference with J. Fischer regarding status of documents. | 03 | .20 |
| 06/28/07 | TBR | Telephone conferences with J. Fischer regarding extension of Accommodation Agreement. | 03 | .50 |
| 06/28/07 | TBR | E-mail to Delphi Team regarding extension. | 03 | .20 |
| 06/28/07 | TBR | E-mail to Banks, Bing, Customers regarding extension. | 03 | .20 |
| 06/28/07 | TBR | Telephone conference with K. Szymczak regarding extension. | 03 | .20 |
| 06/29/07 | TBR | Review execution copies of agreements. | 03 | 1.00 |
| 06/29/07 | TBR | E-mail to Delphi Team regarding agreements. | 03 | .60 |

                    TOTAL BILLABLE HOURS      19.30

                         TOTAL FEES                6369.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


DISBURSEMENTS:

        Copies                                      52.50
                                                  ----------
                                                      52.50


                        TOTAL FEES                  6369.00

                        TOTAL DISBURSEMENTS           52.50
                                                  ------------

                        Matter Total               6421.50
                                                  ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   TENATRONICS LTD.                         000115900-0126


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/04/07 | TBR | Telephone conference with L. Ellis regarding freight charges. | 03 | .30 |
| 06/05/07 | TBR | E-mail with A. Perry, R. Estrada regarding status report. | 03 | .30 |
| 06/21/07 | TBR | Review BBK report on customer distributions. | 03 | .30 |
| 06/21/07 | TBR | E-mail to P. Goy regarding BBK report. | 03 | .20 |
| 06/22/07 | TBR | E-mail to L. Ellis regarding freight issue. | 03 | .20 |
| 06/25/07 | TBR | Review and reply to L. Ellis e-mail regarding freight issue. | 03 | .20 |
| 06/29/07 | TBR | E-mail to L. Ellis regarding freight issue. | 03 | .20 |
| 06/29/07 | TBR | Review file regarding freight claims. | 03 | .30 |


TOTAL BILLABLE HOURS      2.00

TOTAL FEES              660.00

- - - - - - - - - -

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


                          TOTAL FEES                 660.00
                                             _____

                          Matter Total             660.00
                                             ===================

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   GENERAL MOTORS ARBITRATION            000115900-0129


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/01/07 | EMK | E-mail from W. Cosnowski regarding stand down. | 10 | .10 |
| 06/01/07 | EMK | Telephone call to R. Crawford regarding stand down. | 10 | .10 |
| 06/01/07 | EMK | Telephone call from W. Cosnowski regarding stand down and next steps. | 10 | .20 |
| 06/01/07 | EMK | Telephone call to P. Young regarding stand down. | 10 | .20 |
| 06/01/07 | EMK | Telephone call to L. Abramczyk regarding stand down. | 10 | .20 |
| 06/01/07 | EMK | E-mail to W. Cosnowski regarding contact with arbitrator. | 10 | .10 |
| 06/01/07 | EMK | Telephone call from W. Cosnowski regarding protective order and transcripts. | 10 | .10 |
| 06/01/07 | EMK | Telephone call to E. Dwyer and P. Young regarding cancelling transcripts. | 10 | .10 |
| 06/01/07 | EMK | E-mail from E. Dwyer regarding reporter. | 10 | .10 |
| 06/01/07 | EMK | E-mail to W. Cosnowski regarding contact with reporter. | 10 | .10 |
| 06/01/07 | HCD | Follow up re cease fire specifics and next steps. | 10 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 06/01/07 | M_L | Review of correspondence regarding resolution of warranty issues. | 10 | .30 |
| 06/04/07 | EMK | Preliminary work on settlement agreement. | 10 | .20 |
| 06/04/07 | EMK | Telephone call from R. Crawford to confirm stand down order and discuss status of analysis. | 10 | .10 |
| 06/04/07 | MEW | Conference with Herbert Donovan regarding structure of Settlement Agreement, court approval of agreement. | 10 | .30 |
| 06/04/07 | HCD | .Review term sheet and conference with client re same. | 10 | .60 |
| 06/04/07 | HCD | Begin outline of Settlement Agreement. | 10 | 1.00 |
| 06/04/07 | HCD | Research associated legal issues, including limited bankruptcy issues. | 10 | 1.20 |
| 06/04/07 | HCD | Review DIP Order. | 10 | .60 |
| 06/05/07 | EMK | Work on draft settlement agreement. | 10 | .90 |
| 06/05/07 | HCD | Outline Settlement Agreement draft. | 10 | 2.80 |
| 06/06/07 | EMK | E-mail to W. Cosnowski regarding protective order. | 10 | .10 |
| 06/06/07 | MEW | Conference with H. Donovan and review R.9019 regarding compromises. | 10 | .40 |
| 06/06/07 | HCD | Work on global settlement agreement and research re same. | 10 | 2.30 |
| 06/07/07 | HCD | Work on draft Settlement Agreement re "global" Delphi/GM warranty settlement. | 10 | 2.30 |
| 06/08/07 | HCD | Work on draft global settlement agreement. | 10 | 5.60 |
| 06/09/07 | HCD | Work on draft Settlement Agreement. | 10 | 1.90 |
| 06/10/07 | HCD | Work on draft Settlement Agreement. | 10 | 2.40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| | | | | |
|---|---|---|---|---|
| 06/11/07 | EMK | Work on settlement agreement. | 10 | .10 |
| 06/11/07 | HCD | Conference with client re draft Settlement Agreement. | 10 | .20 |
| 06/19/07 | EMK | E-mail from L. Abramczyk regarding dates. | 10 | .10 |
| 06/19/07 | EMK | Telephone call to E. Dwyer regarding releasing dates. | 10 | .10 |
| 06/19/07 | EMK | E-mail to J. Papelian and W. Cosnowski regarding contact with arbitrator. | 10 | .10 |
| 06/19/07 | HCD | Review Abramczyk email; conference with EMK regarding Delphi response to same; review Dwyer email regarding same. | 10 | .20 |
| 06/20/07 | EMK | E-mail from E. Dwyer to L. Abramczyk regarding status. | 10 | .10 |
| 06/20/07 | EMK | E-mail from J. Papelian regarding L. Abramczyk inquiry. | 10 | .10 |
| 06/20/07 | EMK | E-mail to J. Papelian regarding response to L. Abramczyk. | 10 | .10 |
| 06/20/07 | EMK | E-mail to L. Abramczyk regarding schedule and status of settlement. | 10 | .10 |
| 06/20/07 | EMK | E-mail from L. Abramczyk regarding other GM matter. | 10 | .10 |
| 06/20/07 | EMK | E-mail to J. Papelian regarding L. Abramczyk response. | 10 | .10 |
| 06/21/07 | EMK | E-mails from W. Cosnowski and J. Papelian regarding L. Abramczyk service in unrelated matter. | 10 | .10 |
| 06/21/07 | EMK | E-mail to L. Abramczyk regarding no objection to service. | 10 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

                    TOTAL BILLABLE HOURS        26.20

                        TOTAL FEES                   6529.95

DISBURSEMENTS:

        Copies                                    4.80
        Express Delivery Charges                 23.34
        Deposition & Transcripts               4054.50
        Document Copy Charges                    66.25
        Meeting Expenses                        221.02
                                              ----------
                                               4369.91


              TOTAL FEES                        6529.95

              TOTAL DISBURSEMENTS               4369.91
                                              _____

              Matter Total                    10899.86
                                              ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  INTERIOR GROUP SALE                    000115900-0130


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/06/07 | SJ | Participated in legal status call. | 03 | .50 |
| 06/06/07 | SJ | Review language from Renco regarding Adrian environmental issues. | 03 | .50 |
| 06/07/07 | SJ | Call with Dan Bicknell regarding Renco changes regarding radiological contamination. | 03 | .10 |
| 06/07/07 | SJ | Call with Mark Hester regarding Renco changes regarding radiological contamination. | 03 | .10 |
| 06/07/07 | SJ | Respond to M. Fukuda regarding proposed language by Renco regarding radiological contamination at Adrian. | 03 | .30 |
| 06/11/07 | SJ | Revise clean copy of Master Service Agreement to reflect changes in environmental language. | 03 | 1.50 |
| 06/14/07 | SJ | Follow up call to Dennis Sadlowski with Renco regarding revisions to MSA. | 03 | .20 |
| 06/15/07 | SJ | Revise access agreement and send to Renco. | 03 | .30 |
| 06/27/07 | SJ | Review draft Vandalia lease. | 03 | .80 |
| 06/27/07 | SJ | Participated in team conference call. | 03 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


                 TOTAL BILLABLE HOURS          5.10

                        TOTAL FEES             1203.60


DISBURSEMENTS:

        Copies                                   9.40
                                             ----------
                                                 9.40



                 TOTAL FEES                    1203.60

                 TOTAL DISBURSEMENTS              9.40
                                             _____
                 Matter Total                  1213.00
                                             ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8347176

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  SECONDMENT OVER 8 HOURS                 000115900-0140

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/14/07 | C_G | Settlement discussions with Art Huber, Jeff Peterson and Investigator Hauk; reached a settlement (re-hire without back-pay and with a full release). | 06 | 5.50 |
| 06/15/07 | C_G | Attention to Layton Settlement Agreement. | 06 | 1.50 |
| 06/15/07 | C_G | Continued review of material for the Schrock Charge of Discrimination. | 06 | 1.00 |
| 06/27/07 | C_G | Finalized position statement and discovery responses on the Robertson Charge for Jeff Peterson's review. | 06 | 4.70 |
| 06/27/07 | C_G | Started drafting position statement for the Schrock Charge; contacted Steve Meyers and Jamie Chapin regarding additional information. | 06 | 3.30 |
| 06/28/07 | C_G | Attention to Layton Settlement; changed seniority date and sent new Settlement Agreement to Investigator Hauk. | 06 | .40 |
| 06/28/07 | C_G | Continued working on Schrock position statement including conference call with Steve Meyers and Jamie Chapin and drafting Affidavit for Julie Oberlin. | 06 | 7.60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8347176


TOTAL BILLABLE HOURS        24.00

TOTAL FEES              4800.00

- - - - - - - - - -


TOTAL FEES              4800.00
_____

Matter Total              4800.00
================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MICHIGAN SPRING AND STAMPING          000115900-0142


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/01/07 | MTT | Communicate with defense counsel regarding discovery. | 10 | .20 |
| 06/01/07 | MTT | Work on objections and responses to document requests. | 10 | .70 |
| 06/04/07 | MTT | Communicate with J. Wynne regarding discovery issues. | 10 | .20 |
| 06/04/07 | MTT | Telephone call with defense counsel regarding discovery issues. | 10 | .20 |
| 06/05/07 | MTT | Communications with J. Derian and J. Wynne regarding status of PPG discovery requests and call with defense counsel. | 10 | .30 |
| 06/05/07 | MTT | Telephone call with defense counsel regarding extension of time to respond to discovery requests and consent to stipulate to extension of discovery schedule. | 10 | .40 |
| 06/05/07 | MTT | Review Delphi internal notice of preservation sent by client. | 10 | .20 |
| 06/06/07 | JEW | Correspondence to client regarding status and deadline extensions. | 10 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8347176

| | | | | |
|---|---|---|---|---|
| 06/06/07 | MTT | Communicate with J. Wynne and J. Derian regarding discovery objections and conversation with opposing counsel regarding extension of time to respond | 10 | .20 |
| 06/07/07 | MTT | Telephone call with opposing counsel regarding extension to respond to discovery requests and open issues. | 10 | .40 |
| 06/07/07 | MTT | Communicate with J. Derian and J. Wynne regarding extension to respond to discovery requests and open issues. | 10 | .10 |
| 06/11/07 | MTT | Communications with J. Derian, P. Norton and J. Wynne regarding document production issues and metadata. | 10 | .80 |
| 06/11/07 | MTT | Work discovery responses and review client binders of documents for same. | 10 | 1.50 |
| 06/13/07 | JEW | Meet with Maureen Taylor to map out further compliance with discovery requests and propounding our own discovery requests. | 10 | .20 |
| 06/13/07 | JEW | Draft discovery requests specific to heat treating issues. | 10 | 2.00 |
| 06/13/07 | MTT | Draft confirming letter to defense counsel regarding extension of time to respond to discovery. | 10 | .20 |
| 06/13/07 | MTT | Work on draft objections to discovery requests. | 10 | 1.20 |
| 06/13/07 | MTT | Meeting with J. Wynne regarding case strategy and discovery issues. | 10 | .50 |
| 06/13/07 | MTT | Revise document requests and interrogatories to serve on PPG. | 10 | .40 |
| 06/15/07 | JEW | Revise and edit discovery requests to propound to defendant. | 10 | 3.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| | | | | |
|---|---|---|---|---|
| 06/18/07 | MTT | Review correspondence and stipulation regarding extension of scheduling order from opposing counsel and respond to same | 10 | .20 |
| 06/19/07 | MTT | Leave message for T. Low regarding metadata discovery request. | 10 | .10 |
| 06/21/07 | MTT | Telephone call with opposing counsel regarding PPG's discovery requests to Delphi. | 10 | .30 |
| 06/25/07 | JEW | Preparation of discovery demands upon defendant, especially on technical issues concerning heat treating of the material specified in the purchase documents. | 10 | 3.50 |
| 06/25/07 | MTT | Call with P. Newton and Matt regarding metadata issue for call with opposing counsel. | 10 | .40 |
| 06/25/07 | MTT | Call with opposing counsel regarding metadata issues. | 10 | .70 |
| 06/25/07 | MTT | Draft confirming letter to opposing counsel regarding metadata and discovery production agreement. | 10 | .40 |
| 06/25/07 | MTT | Communicate with P. Newton regarding document production status. | 10 | .30 |
| 06/26/07 | JEW | Further work drafting discovery requests of defendant. | 10 | 1.50 |
| 06/26/07 | MTT | Communicate with P. Newton and Matt regarding letter to opposing counsel regarding metadata and status of document search/production format | 10 | .40 |
| 06/27/07 | JEW | Further drafting of interrogatories on technical issues and correspondence to client's technical representative re same and re technical issues. | 10 | 2.50 |
| 06/28/07 | JEW | Conference with Paul Behrendsen regarding interrogatories on technical issues. | 10 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| | | | | |
|---|---|---|---|---|
| 06/28/07 | JEW | Revise and edit draft of interrogatories on technical issues. | 10 | 1.00 |
| 06/28/07 | MTT | Communicate with P. Newton regarding status of Delphi document search and provision of same to Butzel. | 10 | .20 |
| 06/29/07 | JEW | Revise and edit discovery requests to defendant. | 10 | 2.50 |
| 06/29/07 | MTT | Communicate with staff regarding upload of information from client for privilege review. | 10 | .30 |

TOTAL BILLABLE HOURS       27.90

TOTAL FEES            7574.40

DISBURSEMENTS:

Copies                          1.80
Messenger Services             50.45
                              ----------
                               52.25


TOTAL FEES            7574.40

TOTAL DISBURSEMENTS     52.25

Matter Total          7626.65
                    ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  KINPO GROUP                              000115900-0144

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/04/07 | D_S | Telephone call to P. Pollack re key events during product development phase. | 10 | .10 |
| 06/04/07 | D_S | Integrated summary into factual allegations. | 10 | 1.30 |
| 06/04/07 | D_S | Finalized draft Complaint. | 10 | .30 |
| 06/04/07 | D_S | Drafted email correspondence to C. Brown and P. Pollack re Complaint. | 10 | .30 |
| 06/04/07 | D_S | Reviewed memorandum by A. Richards summarizing key events during product development phase. | 10 | .70 |
| 06/05/07 | D_S | Reviewed email correspondence from C. Brown re draft. | 10 | .10 |
| 06/05/07 | D_S | Reviewed email correspondence from P. Pollack re draft. | 10 | .10 |
| 06/05/07 | D_S | Reviewed documents re factual issues raised by P. Pollack. | 10 | .30 |
| 06/05/07 | D_S | Drafted email correspondence to C. Brown and P. Pollack re factual issues raised by P. Pollack. | 10 | .10 |
| 06/12/07 | A_R | Legal research regarding reliance damages in automotive supplier. | 10 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8347176

| | | | | |
|---|---|---|---|---|
| 06/12/07 | D_S | Received voicemail from C. Brown. | 10 | .10 |
| 06/12/07 | D_S | Telephone conference with A. Richards. | 10 | .20 |
| 06/12/07 | D_S | Telephone conference with C. Brown re suggested revisions to Complaint. | 10 | .30 |
| 06/12/07 | D_S | Reviewed email correspondence from C. Brown re suggested revisions to Complaint. | 10 | .10 |
| 06/12/07 | D_S | Reviewed email correspondence from A. Richards re research on reliance damages. | 10 | .10 |
| 06/12/07 | D_S | Additional research. | 10 | .40 |
| 06/12/07 | D_S | Integrated C. Brown revisions. | 10 | .40 |
| 06/12/07 | D_S | Exchanged email correspondence with C. Brown re LLC v. Corp. and state or organization v. incorporation. | 10 | .30 |
| 06/12/07 | D_S | Research re corporate websites of Delaware and Michigan re LLC v. Corp. and state or organization v. incorporation. | 10 | .30 |
| 06/13/07 | A_R | Legal Research regarding reliance damages in automotive supplier. | 10 | .70 |
| 06/13/07 | D_S | Drafted Statement of Corporate Disclosure. | 10 | .30 |
| 06/13/07 | D_S | Drafted Summons. | 10 | .10 |
| 06/13/07 | D_S | Exchanged email correspondence with C. Brown. | 10 | .20 |
| 06/13/07 | D_S | Reviewed documents from June and July 2006 regarding Delphi's actions to provide assurances to Kinpo re financial concerns. | 10 | .80 |
| 06/13/07 | D_S | Wrote additional paragraphs of Complaint. | 10 | .70 |
| 06/13/07 | D_S | Further revised Complaint. | 10 | .30 |
| 06/13/07 | D_S | Drafted email correspondence to C. Brown re Complaint. | 10 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| | | | | |
|---|---|---|---|---|
| 06/13/07 | D_S | Began research re service of process in Taiwan and telephone conference with C. Brown re service of process in Taiwan. | 10 | .20 |
| 06/13/07 | D_S | Finalized, executed, and directed filing of Complaint, Summons, and Statement of Corporate Disclosure. | 10 | .30 |

TOTAL BILLABLE HOURS        9.50

TOTAL FEES          2441.25

DISBURSEMENTS:

| | |
|---|---|
| Copies | 33.30 |
| Messenger Services | 5.30 |
| Filing Fees | 350.00 |
| | ---------- |
| | 388.60 |

TOTAL FEES                  2441.25

TOTAL DISBURSEMENTS           388.60

Matter Total                2829.85
============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  TYCO ELECTRONICS CO.                    000115900-0149


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/06/07 | D_S | Exchanged email correspondence with C. Brown re status. | 10 | .20 |
| 06/06/07 | D_S | Telephone conference with E. Mathis re status. | 10 | .10 |
| 06/06/07 | D_S | Conference call with C. Brown, P. Oakes, P. Suzuki, E. Mathis re status of stop-ship threat, commercial negotiations, run out dates, exposure and duration of Tyco's obligation. | 10 | .60 |
| 06/06/07 | D_S | Exchanged email correspondence with C. Brown, P. Oakes, P. Suzuki, E. Mathis re status of stop-ship threat, commercial negotiations, run out dates, exposure and duration of Tyco's obligation. | 10 | .30 |
| 06/06/07 | E M | Conference call with D. Sharkey and C. Brown. | 10 | .50 |
| 06/08/07 | E M | Read email from client regarding status of case. | 10 | .10 |
| 06/15/07 | D_S | Drafted email correspondence to C. Brown re status. | 10 | .10 |
| 06/15/07 | D_S | Reviewed email correspondence from C. Brown re status. | 10 | .10 |
| 06/15/07 | D_S | Reviewed email correspondence from P. Oakes re status. | 10 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

06/15/07  D_S  Drafted email correspondence to E. Mathis re    10         .10
               status.


                        TOTAL BILLABLE HOURS        2.20

                            TOTAL FEES                     493.60

                                                      - - - - - - - - - -


                            TOTAL FEES                     493.60
                                                    _____

                            Matter Total                   493.60
                                                    ================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  FISHER, EUGENE R. AND EUGENE R. FISHER, 000115900-0150


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/04/07 | JEW | Conference with plaintiff's paralegal who is pursuing the subpoena for documents. | 10 | .10 |
| 06/04/07 | JEW | Correspondence from and to plaintiff's paralegal who is pursuing the subpoena for documents. | 10 | .30 |
| 06/04/07 | JEW | Conference with Patricia Tottis regarding status of compliance with subpoena for documents and communications with plaintiff's counsel. | 10 | .10 |
| 06/04/07 | JEW | Review deposition of plaintiff Eugene Fisher. | 10 | .40 |
| 06/04/07 | JEW | Correspondence to client regarding results of discussions. | 10 | .40 |
| 06/04/07 | JEW | Telephone conference with plaintiff's counsel, Stephanie Bell, concerning subpoena compliance. | 10 | .10 |
| 06/04/07 | JEW | Correspondence with opposing counsel regarding document production and subpoena compliance. | 10 | .30 |
| 06/18/07 | JEW | Review correspondence from plaintiff's counsel regarding alleged non compliance with request for documents. | 10 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| Date | | Description | | |
|---|---|---|---|---|
| 06/18/07 | JEW | Conference with client regarding correspondence from plaintiff's counsel asserting alleged non compliance with request for documents and develop plan for response. | 10 | .20 |
| 06/18/07 | JEW | Several attempts to reach attorney Stephanie Bell and paralegal Sharon Asturi of plaintiff's firm regarding correspondence from plaintiff's counsel asserting alleged non compliance with request for documents and leave detailed messages for both. | 10 | .20 |
| 06/18/07 | JEW | Correspondence to plaintiff's counsel regarding disagreements with scope of request for documents and proposing a meeting to resolve disputes. | 10 | .40 |
| 06/19/07 | JEW | Conferences with client and Goldberg Persky attorney and paralegal securing a stay of further enforcement of document production and arranging a meeting to resolve differences over the production. | 10 | .80 |
| 06/20/07 | JEW | Conferences with Goldberg Persky re document production and correspondence with client regarding logistics and meeting with plaintiff's counsel. | 10 | .60 |
| 06/25/07 | JEW | Correspondence from opposing counsel regarding plans for document production and meeting on July 10, 2007. | 10 | .10 |
| 06/25/07 | JEW | Correspondence to and from client regarding plans for document production and logistics planning incident thereto. | 10 | .40 |
| 06/29/07 | JEW | Review documents harvested during first sweep after plaintiff's discovery process was implemented distinguishing between those to be produced and those as to which a decision to produce has not yet been made. | 10 | 2.50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


                    TOTAL BILLABLE HOURS        7.00

                         TOTAL FEES                2128.00


DISBURSEMENTS:

        Telecopier Charges                      0.30
                                            -----------
                                                  0.30


                    TOTAL FEES                  2128.00

                    TOTAL DISBURSEMENTS            0.30
                                            _____

                         Matter Total          2128.30
                                            ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  IDEAL TOOL                          000115900-0151


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/27/07 | TBR | Telephone conference with T. Willingham regarding status. | 03 | .20 |

                    TOTAL BILLABLE HOURS        0.20

                              TOTAL FEES               66.00

                                              - - - - - - - - - -


                         TOTAL FEES                    66.00

                              Matter Total             66.00
                                              ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  2007 PROPERTY TAX APPEAL/AUBURN HILLS    000115900-0152


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/15/07 | CR | Review answer and affirmative defenses filed by Auburn Hills. | 10 | .50 |
| 06/19/07 | CR | Review Answer to Petition filed in Michigan Tax Tribunal. | 10 | .50 |

TOTAL BILLABLE HOURS        1.00

TOTAL FEES              325.00

- - - - - - - - - -


TOTAL FEES              325.00

Matter Total            325.00
================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

July 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MICHAEL ANGELO MOLD & DESIGN          000115900-0153

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/04/07 | TBR | Telephone conference with M. Olson regarding new matter, background. | 03 | .40 |
| 06/04/07 | TBR | E-mail and internet research regarding supplier. | 03 | .40 |
| 06/05/07 | TBR | Review M. Olson e-mail regarding receiver, molds. | 03 | .60 |
| 06/05/07 | TBR | Telephone conferences with M. Olson regarding molds, strategy. | 03 | .50 |
| 06/05/07 | TBR | E-mails with M. Olson, Y. Elisia regarding molds. | 03 | .40 |
| 06/05/07 | TBR | Telephone conference and e-mail with S. Salvador, attorney for landlord, regarding molds. | 03 | .70 |
| 06/06/07 | TBR | E-mail and telephone conference with S. Salvador regarding Delphi tooling. | 03 | .50 |
| 06/06/07 | TBR | E-mail to M. Olson, Y. Elissa regarding Delphi tooling. | 03 | .20 |
| 06/11/07 | TBR | Telephone conference with M. Olson regarding Delphi tooling. | 03 | .20 |
| 06/14/07 | TBR | E-mails with M. Olson regarding recovery of molds. | 03 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8347176

| Date | | Description | | |
|---|---|---|---|---|
| 06/15/07 | TBR | Telephone conference with J. Leslie, Windsor attorney, regarding molds. | 03 | .30 |
| 06/15/07 | TBR | Conference call with Delphi Team regarding molds. | 03 | .50 |
| 06/19/07 | TBR | Conference call with Delphi Team regarding mold recovery. | 03 | .60 |
| 06/19/07 | TBR | Telephone conference and e-mails with D. McNevin regarding retention, status with secured lenders, landlord. | 03 | .70 |
| 06/20/07 | TBR | E-mails and conference calls with Delphi Team regarding mold recovery. | 03 | 1.50 |
| 06/20/07 | TBR | Telephone conferences and e-mails with D. McNevin regarding molds, PO, agreement with secured parties. | 03 | 1.00 |
| 06/21/07 | TBR | Review revised agreement. | 03 | .20 |
| 06/21/07 | TBR | E-mails with D. McNevin regarding revised agreement. | 03 | .40 |
| 06/21/07 | TBR | Telephone conference and e-mail with D. McNevin regarding landlord. | 03 | .20 |
| 06/21/07 | TBR | Conference call with Delphi Team regarding molds, agreement. | 03 | .50 |
| 06/21/07 | TBR | Telephone conferences with M. Olson, C. Shi regarding wire for escrow. | 03 | .50 |
| 06/22/07 | TBR | E-mails with D. McNevin regarding Agreement, wire. | 03 | .60 |
| 06/22/07 | TBR | Telephone conference with C. Shi regarding wire. | 03 | .20 |
| 06/22/07 | TBR | Telephone conference with M. Olson regarding Agreement, wire. | 03 | .20 |
| 06/22/07 | TBR | Conference call with Delphi Team regarding Agreement, mold pick up. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                  July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| 06/27/07 | TBR | Review J. Stevens e-mail regarding molds. | 03 | .20 |
| 06/27/07 | TBR | E-mails with J. Stevens regarding lost mold. | 03 | .30 |

TOTAL BILLABLE HOURS      12.70

TOTAL FEES           4191.00

DISBURSEMENTS:

    Copies                                      3.10
                                          - - - - - - - - - -
                                                3.10


TOTAL FEES              4191.00

TOTAL DISBURSEMENTS          3.10

Matter Total            4194.10
                      ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  HY-LEVEL INDUSTRIES, INC.        000115900-0154


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/12/07 | TBR | Review and reply to Deibel, Everett e-mails regarding sale, release. | 03 | .50 |
| 06/18/07 | TBR | Review and respond to D. Diebel e-mail regarding release. | 03 | .20 |
| 06/19/07 | TBR | Review and revise wind down agreement, release. | 03 | 1.00 |
| 06/19/07 | TBR | E-mail to D. Deibel regarding revised agreement. | 03 | .20 |

TOTAL BILLABLE HOURS        1.90

TOTAL FEES              627.00

----------

TOTAL FEES              627.00

Matter Total            627.00
=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MOLD-EX                              000115900-0155


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/19/07 | TBR | E-mails and telephone conference with Delphi Team regarding supplier closure. | 03 | .70 |
| 06/19/07 | TBR | E-mails and telephone conference with D. Lipke. | 03 | .80 |
| 06/19/07 | TBR | Review Delphi e-mails regarding background. | 03 | .50 |
| 06/20/07 | TBR | E-mail and telephone conference with D. Lipke regarding continuing production. | 03 | .80 |
| 06/20/07 | TBR | E-mails and telephone conferences with Delphi Team regarding continuing production. | 03 | 1.00 |
| 06/20/07 | TBR | Work on Accommodation Agreement. | 03 | 1.50 |
| 06/22/07 | TBR | Worked on and completed drafts of Accommodation, Access Agreements. | 03 | 2.00 |
| 06/22/07 | TBR | E-mail to D. Lipke regarding Agreements. | 03 | .20 |
| 06/22/07 | TBR | Review C. Brown e-mail regarding Agreement. | 03 | .20 |
| 06/22/07 | TBR | Review Mold-Ex comments to Accommodation Agreement. | 03 | .40 |
| 06/25/07 | TBR | Review and respond to C. Brown e-mail regarding Accommodation Agreement. | 03 | .20 |
| 06/26/07 | TBR | Revise Accommodation Agreement. | 03 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8347176

| | | | | |
|---|---|---|---|---|
| 06/26/07 | TBR | E-mails with Delphi Team regarding tools, bank build, pricing. | 03 | .60 |
| 06/26/07 | TBR | E-mails with D. Lipke regarding Accommodation Agreement. | 03 | .40 |
| 06/26/07 | TBR | Telephone conference with C. Archambault regarding pricing. | 03 | .20 |
| 06/26/07 | TBR | E-mails with C. Brown regarding Accommodation Agreement. | 03 | .30 |
| 06/27/07 | TBR | E-mails with M. Howard regarding production schedule. | 03 | .40 |
| 06/27/07 | TBR | Telephone conference with D. Lipke regarding Accommodation Agreement. | 03 | .20 |
| 06/27/07 | TBR | Review Supplier, Lender comments to Accommodation Agreement. | 03 | .50 |
| 06/27/07 | TBR | Revise Accommodation Agreement. | 03 | .60 |
| 06/27/07 | TBR | E-mail to D. Lipke, S. Pickens regarding revised Accommodation Agreement. | 03 | .20 |
| 06/28/07 | TBR | Review and revise lender letter. | 03 | .50 |
| 06/28/07 | TBR | E-mail to Delphi Team regarding lender letter. | 03 | .20 |
| 06/29/07 | TBR | E-mails and telephone conferences with C. Shi regarding Accommodation Agreement, lender letter. | 03 | 1.00 |
| 06/29/07 | TBR | Revise Accommodation Agreement. | 03 | .30 |
| 06/29/07 | TBR | Telephone conference with D. Lipke regarding payment terms. | 03 | .40 |
| 06/29/07 | TBR | E-mail to Lipke, Pickens regarding revised agreements. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176


TOTAL BILLABLE HOURS        15.30

TOTAL FEES                5049.00


DISBURSEMENTS:

        Copies                          1.80
                                   -----------
                                        1.80


            TOTAL FEES                 5049.00

            TOTAL DISBURSEMENTS           1.80
                                   -----------
            Matter Total              5050.80
                                   =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   UNITED PLASTICS GROUP/UPG              000115900-0156

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/27/07 | D_S | Telephone conference with J. Derian. | 10 | .10 |
| 06/27/07 | D_S | Reviewed email correspondence from J. Derian. | 10 | .10 |
| 06/27/07 | D_S | Reviewed UPG's stop-ship letter. | 10 | .10 |
| 06/27/07 | D_S | Drafted email correspondence to J. Derian re UPG's stop-ship letter. | 10 | .10 |

TOTAL BILLABLE HOURS          0.40

TOTAL FEES                    97.60

- - - - - - - - - -

TOTAL FEES                    97.60

Matter Total                  97.60
================

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384833)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8347176

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   LINAMAR CORPORATION                    000115900-0157

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/26/07 | D_S | Telephone call to J. Derian. | 10 | .10 |
| 06/26/07 | D_S | Reviewed email correspondence from J. Derian, reviewed Linamar's stop-ship letter.. | 10 | .10 |
| 06/26/07 | D_S | Drafted email correspondence to J. Derian re same. | 10 | .10 |
| 06/26/07 | D_S | Telephone conference with J. Derian. | 10 | .10 |
| 06/27/07 | D_S | Reviewed email correspondence from J. Derian. | 10 | .10 |
| 06/27/07 | D_S | Reviewed J. Derian's letter responding to Linamar's stop-ship letter and demanding assurances of performance. | 10 | .20 |
| 06/27/07 | D_S | Received voicemail from J. Derian. | 10 | .10 |
| 06/27/07 | D_S | Telephone conference with J. Derian re factual background of case. | 10 | .40 |
| 06/27/07 | D_S | Reviewed email correspondence from C. Brown re factual background of case. | 10 | .10 |
| 06/27/07 | D_S | Received voicemail from J. Taburet re factual background of case. | 10 | .10 |
| 06/28/07 | D_S | Received voicemail from and telephone conference with J. Derian re status. | 10 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                   July 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8347176

| | | | | |
|---|---|---|---|---|
| 06/29/07 | D_S | Reviewed all long-term agreements, purchase orders, terms and variances, correspondence between and among Delphi, Linamar, and Gibbs. | 10 | 1.00 |
| 06/29/07 | D_S | Drafted email correspondence to C. Brown and J. Derian re analysis of long-term agreements, purchase orders, terms and variances, correspondence between and among Delphi, Linamar, and Gibbs. | 10 | .30 |
| 06/29/07 | D_S | Reviewed T. Winkle of Linamar response. | 10 | .10 |
| 06/29/07 | D_S | Telephone conference with J. Derian re T. Winkle of Linamar response. | 10 | .30 |

TOTAL BILLABLE HOURS      3.30

TOTAL FEES          805.20

- - - - - - - - - -

TOTAL FEES          805.20

Matter Total        805.20

==============