# EXHIBIT F
## (Part 3 of 6)

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

**Thomas B. Radom**
248 258 1413
radom@butzel.com

Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
**T:** 248 258 1616  **F:** 248 258 1439
**butzel.com**

August 24, 2007

## VIA ELECTRONIC MAIL

To:   David Sherbin, Esq., Delphi Corp.
Mr. John D. Sheehan., Delphi Corp.
Ms. Michele M. Piscitelli, Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
Donald Bernstein, Esq., Davis Polk & Wardell
Ms. Valeria Venable, GE Plastics, Americas

Re:   Delphi Corporation, et al.
Case No. 05-44481 (RDD)
<u>Jointly Administered</u>

Dear Ladies and Gentlemen:

Pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered by the Bankruptcy Court in the above-referenced chapter 11 cases on November 4, 2005 (the "Order"), and thereafter amended, enclosed please find the Monthly Fee Statement (the "Fee Statement") of Butzel Long for services rendered as commercial and litigation counsel to Delphi Corporation and expenses incurred in connection with those services from July 1, 2007 through July 31, 2007 (the "Fee Statement Period"). We have also enclosed, in detail, a description of the services rendered by Butzel Long to Delphi Corporation and a listing of the related expenses.

In accordance with the Order, Butzel Long is requesting payment of 80% of its fees and 100% of its expenses at this time, with the remaining 20% of fees subject to the approval of the Bankruptcy Court in a quarterly fee application. Specifically, Butzel Long is requesting $56,996.08 in fees (i.e. 80% of $71,245.10) and $68,927.61 in expenses, for a total of $125,923.69 in fees and expenses for the Fee Statement Period.

August 24, 2007
Page 2

Please do not hesitate to contact me if you have any questions.

Yours truly,

Thomas B. Radom

TBR/kvg
Enclosures

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

August 24, 2007

To:   David Sherbin, Esq., Delphi Corp.
Mr. John D. Sheehan., Delphi Corp.
Ms. Michele M. Piscitelli, Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
Donald Bernstein, Esq., Davis Polk & Wardell
Ms. Valeria Venable, GE Plastics, Americas

### Summary of Total Billable Hours by Category
### for the Period July 1, 2007 through July 31, 2007

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 52.10 | $14,932.60 |
| Employee Benefits/Pensions | 44.90 | 10,729.00 |
| Fee/Employment Applications | .40 | 132.00 |
| Litigation | 230.80 | 45,451.50 |
| Totals: | **328.20** | **$71,245.10** |

Detroit  Bloomfield Hills  Ann Arbor  Lansing  Holland  Boca Raton  Naples  *Alliance Offices*  Beijing  Shanghai  *Member Lex Mundi*

## Summary of Disbursements
### for the Period July 1, 2007 through July 31, 2007

| Disbursement | Amount |
|---|---|
| Copies | $176.30 |
| Digital Reproduction | $122.60 |
| Telephone Charges | $134.55 |
| Special Postal Charges | $33.61 |
| Translation Expense: Vendor: Crowe Foreign Services | $5,877.00 |
| Professional Service – Other Counsel: Vendor: Crawford & Winiarski | $60,593.00 |
| Professional Service: Vendor: Gil Elorduy, Yarritu Y Asociados, S.C. | $1,943.50 |
| Express Delivery | $23.20 |
| Delivery – Car Messenger | $23.85 |
| Totals: | **$68,927.61** |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period July 1, 2007 through July 31, 2007

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Edward M. Kronk | Shareholder | 1971 | $331.50 | .70 | $232.05 |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 37.10 | $12,243.00 |
| Matthew Wilkins | Shareholder | 1983 | $330.00 | 1.80 | $594.00 |
| James E. Wynne | Shareholder | 1975 | $304.00 | 27.80 | $8,451.20 |
| Daniel N. Sharkey | Shareholder | 1995 | $274.50 | 1.40 | $384.30 |
| Herbert C. Donovan | Shareholder | 1991 | $270.00 | 12.60 | $3,402.00 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 31.80 | $8,109.00 |
| Daniel N. Sharkey | Shareholder | 1995 | $244.00 | 6.30 | $1,537.20 |
| Daniel J. Dulworth | Shareholder | 1988 | $244.00 | 22.10 | $5,392.40 |
| Susan L. Johnson | Sr. Attorney | 1984 | $236.00 | 8.90 | $2,100.40 |

| | | | | | |
|---|---|---|---|---|---|
| Maureen T. Taylor | Shareholder | 1997 | $220.00 | 26.50 | $5,830.00 |
| Charlotte A. Garry | Associate | 1998 | $200.00 | 13.10 | $2,620.00 |
| Matthew H. Letzmann | Associate | 2003 | $184.50 | 32.70 | $6,033.15 |
| Matthew H. Letzmann | Associate | 2003 | $164.00 | 38.70 | $6,346.80 |
| Benjamin Steffans | Associate | 2006 | $132.00 | 17.70 | $2,336.40 |
| Scott Germomette | Summer Associate | | $120.00 | 6.20 | $744.00 |

**Paralegals**

| | | | | | |
|---|---|---|---|---|---|
| Laura E. Clark | Paralegal | | $116.00 | 26.60 | $3,085.60 |
| Marilynn M. Peterson | Paralegal | | $116.00 | 9.90 | $1,148.40 |
| Leonor Hendricksen | Paralegal | | $104.00 | 6.30 | $655.20 |

| | | |
|---|---|---|
| Grand Total: | **328.20** | **$71,245.10** |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


           [PRIVILEGED AND CONFIDENTIAL INFORMATION]


       RE:  GENERAL                       000115900-0015



DISBURSEMENTS:

        Copies                                   49.40
                                            - - - - - - - - - - -
                                                 49.40
                    TOTAL DISBURSEMENTS          49.40
                                            _____
                      Matter Total               49.40
                                            ===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8351513


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  EMPLOYMENT SECONDMENT                    000115900-0078


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/02/07 | C_G | Made changes suggested by Jeff Peterson to the Robertson Position Statement; filed the Robertson Position Statement. | 06 | 1.50 |
| 07/02/07 | C_G | Continued drafting the Schrock Position Statement. | 06 | 6.50 |
| 07/09/07 | C_G | Conversation with Art Huber regarding status of Layton Settlement. | 06 | .10 |
| 07/10/07 | C_G | Call to Investigator Hauk on Layton Charge. | 06 | .10 |
| 07/10/07 | C_G | Reviewed the Psycher Charge; initiated investigation into Charge; drafted and sent an extension letter; call to Jodi Gushen regarding Charge. | 06 | 1.00 |
| 07/11/07 | C_G | Call to Investigator Hauk's manager regarding settlement and Hauk's inaction; updated Manager Aaron Henderson regarding Charge and Settlement; continued discussions with Henderson to accomplish settlement; call to Art Huber regarding status of settlement; e-mail to Jeff Peterson regarding status of Settlement. | 06 | 3.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

| | | | | |
|---|---|---|---|---|
| 07/11/07 | C_G | Audit of all Position Statements filed to date; drafted letters for Jeff Peterson's signature for Position Statements that were filed over a year ago and that have not been dismissed and/or resolved otherwise; e-mailed letters to Peterson. | 06 | 3.00 |
| 07/12/07 | C_G | Call to Manager Henderson regarding settlement on Layton Charge; call to Art Huber regarding settlement; call from Manager Henderson regarding settlement; attention to Settlement Agreement including procuring necessary signatures; call to Jeff Peterson regarding settlement; e-mail to Jeff Peterson regarding settlement; received signed settlement agreement. | 06 | .90 |
| 07/16/07 | C_G | Call from Investigator Hauk; e-mail to Art Huber to get information regarding Layton's hourly rate and shift for Hauk to close her file. | 06 | .30 |
| 07/17/07 | C_G | Call to Jodi Gushen on the Psycher case regarding her investigation; e-mail to Jodi Gushen with a list of necessary information that we need to answer Charge; started drating Objections and Responses to Interrogatories. | 06 | 1.40 |
| 07/19/07 | C_G | Review of information from Jodi Gushen on the Psycher Charge; e-mail to Jodi Gushen with questions regarding Psycher's work restrictions; started drafting Position Statement. | 06 | 4.00 |
| 07/23/07 | C_G | Call to Jodi Gushen regarding information for the Psycher Charge of Discrimination. | 06 | .10 |
| 07/23/07 | C_G | Attention to dismissal of the Long Charge of Discrimination; including e-mail to Jeff Peterson and the plant. | 06 | .10 |
| 07/23/07 | C_G | Attention to the dismissal of the Clark Charge of Discrimination, including e-mail to Jeff Peterson and the plant. | 06 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

| | | | | |
|---|---|---|---|---|
| 07/25/07 | C_G | Received Request for On-Site from EEOC on Martinez Charge of Discrimination; e-mail to Jeff Peterson regarding request; call to Jodi Gushen regarding request. | 06 | .80 |
| 07/27/07 | C_G | Discussion with Jodi Gushen regarding on-site on the Martinez Charge; e-mail to Jodi Gushen regarding on-site; call to Investigator regarding on-site and scheduling a new day. | 06 | .40 |
| 07/27/07 | C_G | Attention to preparing Richardson file to be sent to Indiana counsel; letter to Jeff Peterson regarding Richardson file. | 06 | .10 |
| 07/27/07 | C_G | Drafted position statement for Psycher Charge of Discrimination; call from Dan Ancel regarding Psycher Charge of Discrimination; continued drafting Responses to Interrogatories and Document Requests on Psycher Charge. | 06 | 6.40 |
| 07/29/07 | C_G | Continued drafting Psycher position statement and discovery responses. | 06 | 1.00 |
| 07/30/07 | C_G | Phone calls and e-mails with Jodi Gushen to prepare for EEOC on-site on the Martinez Charge. | 06 | .50 |
| 07/30/07 | C_G | Finalized Position Statement on Psycher Charge; e-mailed Position Statement and Discovery Responses to Jeff Peterson for his review. | 06 | .50 |

TOTAL BILLABLE HOURS        31.80

TOTAL FEES              8109.00

DISBURSEMENTS:

          Copies                            87.50
          Special Postal Charges            26.62
                                      ----------
                                          114.12

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

|  |  |
|---|---|
| TOTAL FEES | 8109.00 |
| TOTAL DISBURSEMENTS | 114.12 |
| Matter Total | 8223.12 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  POST BANKRUPTCY GENERAL                 000115900-0100


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/10/07 | TBR | Reviewed proformas for Butzel monthly fee statement. | 07 | .40 |


TOTAL BILLABLE HOURS        0.40

TOTAL FEES                  132.00

- - - - - - - - - -


TOTAL FEES                  132.00
_____

Matter Total               132.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MPC                                    000115900-0107


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/13/07 | TBR | E-mail to Customers regarding Repokis. | 03 | .20 |
| 07/13/07 | TBR | E-mail to C. Carson regarding Repokis. | 03 | .20 |
| 07/13/07 | TBR | Review Applebaum e-mail regarding Repokis. | 03 | .20 |
| 07/17/07 | TBR | Reply e-mail to N. Lamb-Hale regarding Repokis. | 03 | .20 |
| 07/18/07 | TBR | Review LaPlante e-mail regarding Repokis. | 03 | .20 |
| 07/19/07 | TBR | E-mails with S. Corcoran regarding UAW settlement. | 03 | .50 |
| 07/19/07 | TBR | Review UAW motion. | 03 | .30 |
| 07/19/07 | TBR | E-mails with C. Carson regarding Repokis. | 03 | .40 |
| 07/20/07 | TBR | Telephone conference with R. Meisler and S. Corcoran regarding UAW motion. | 03 | .40 |
| 07/30/07 | TBR | Review Carson e-mail regarding Repokis. | 03 | .20 |
| 07/30/07 | TBR | E-mail to S. Corcoran regarding UAW motion. | 03 | .20 |
| 07/31/07 | TBR | E-mail to S. Corcoran regarding UAW motion. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8351513

TOTAL BILLABLE HOURS          3.20

TOTAL FEES                          1056.00

DISBURSEMENTS:

        Copies                                        17.30
                                                    - - - - - - - - - -
                                                      17.30


                    TOTAL FEES                    1056.00

                    TOTAL DISBURSEMENTS             17.30
                                                  _____

                    Matter Total                  1073.30
                                                  =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  DELPHI CORPORATION VS. SEGWAY, INC.      000115900-0112

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/02/07 | D D | E-mail from and to Ben Steffans regarding response to Notice of Removal. | 10 | .20 |
| 07/02/07 | BS | Removal research | 10 | 1.00 |
| 07/02/07 | BS | Draft email discussing procedure regarding removal | 10 | .70 |
| 07/10/07 | D D | Confer with Ben Steffans regarding Motion in Opposition to Notice of Removal. | 10 | .20 |
| 07/13/07 | D D | Review and analysis of Segway's Notice of Removal. | 10 | .50 |
| 07/13/07 | D D | Review and analysis of FRCP and statutes regarding Motion to Remand from Federal to State Court. | 10 | .40 |
| 07/13/07 | D D | Prepare correspondence to Jim Derian regarding Defendant's Notice of Removal and Motion to Remand. | 10 | .20 |
| 07/13/07 | D D | Conference with Ben Steffans regarding same. | 10 | .30 |
| 07/18/07 | D D | Work on discovery requests to Segway. | 10 | .30 |
| 07/18/07 | D D | Review Michigan case law supporting claim for reliance damages. | 10 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

| Date | | Description | | |
|---|---|---|---|---|
| 07/19/07 | D D | Conference with Ben Steffans regarding research for Motion to Remand to State Court. | 10 | .20 |
| 07/21/07 | BS | Research re: diversity jurisdiction. | 10 | 3.00 |
| 07/23/07 | D D | Review and analysis of Notice of Removal. | 10 | .30 |
| 07/23/07 | D D | Conference with Ben Steffans regarding Motion to Remand. | 10 | .30 |
| 07/23/07 | D D | Conference with Matt Wilkins regarding bankruptcy issues raised by Segway in Notice of Removal. | 10 | .30 |
| 07/24/07 | MEW | Review removal and remand issues, law and discuss with Ben Steffans. | 10 | 1.10 |
| 07/24/07 | D D | Conferences with Ben Steffans regarding various legal issues related to Motion to Remand, including review of bankruptcy removal statutes. | 10 | 1.20 |
| 07/24/07 | BS | Review cases dealing with removal and bankruptcy. | 10 | 2.50 |
| 07/24/07 | BS | Research bankruptcy and removal. | 10 | 5.00 |
| 07/24/07 | BS | Meeting with D. Dulworth to discuss bankruptcy/removal. | 10 | 1.00 |
| 07/25/07 | MEW | Conferences with D. Dulworth, B. Steffans regarding response to removal. | 10 | .50 |
| 07/25/07 | D D | Conferences with Ben Steffans and Matt Wilkins regarding telephone conferences with the Federal Court concerning status of case and bankruptcy. | 10 | .60 |
| 07/25/07 | D D | Work on Motion to Remand. | 10 | .40 |
| 07/25/07 | D D | Conferences with Ben Steffans regarding Motion to Remand to State Court. | 10 | .50 |
| 07/26/07 | D D | Work on Motion to Remand to State Court. | 10 | 4.50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

| Date | | Description | | |
|---|---|---|---|---|
| 07/26/07 | D D | E-mail to Jim Derian regarding Notice of Removal and Motion to Remand. | 10 | .30 |
| 07/26/07 | D D | Conferences with Ben Steffans regarding Motion to Remand. | 10 | .60 |
| 07/27/07 | D D | Work on Motion to Remand, including review and analysis of cases cited by Segway. | 10 | 4.00 |
| 07/30/07 | D D | Continue work on Motion to Remand and Brief in Support, including review of collected case law. | 10 | 5.40 |
| 07/30/07 | BS | Shepardize brief. | 10 | 1.00 |
| 07/31/07 | D D | Telephone conference with James Derian regarding Motion to Remand. | 10 | .30 |
| 07/31/07 | D D | E-mail to James Derian regarding Motion to Remand. | 10 | .20 |
| 07/31/07 | D D | Receipt and review of Briefing Notice from Court regarding Motion to Remand. | 10 | .20 |
| 07/31/07 | D D | Conference with Jim Wynne regarding Motion to Remand. | 10 | .20 |

                    TOTAL BILLABLE HOURS       37.90

                         TOTAL FEES                    7794.80


DISBURSEMENTS:

        Copies                          39.20
        Special Postal Charges           6.99
                                        ----------
                                         46.19

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8351513


                        TOTAL FEES              7794.80

                        TOTAL DISBURSEMENTS       46.19
                                              _____

                        Matter Total            7840.99
                                              =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384833)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   CEP PRODUCTS                              000115900-0119

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/02/07 | TBR | Telephone conference with J. Campana regarding Parker. | 03 | .20 |
| 07/02/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 2.00 |
| 07/03/07 | TBR | Telephone conference with J. Campana regarding Parker. | 03 | .30 |
| 07/05/07 | TBR | Telephone conference with S. Seewer regarding BBK escrow. | 03 | .30 |
| 07/05/07 | TBR | Review Seewer e-mail regarding call to Freedlander on BBK escrow. | 03 | .20 |
| 07/05/07 | TBR | Review motion to approve Parker statement. | 03 | .40 |
| 07/05/07 | TBR | E-mail to Delphi Team regarding Parker motion. | 03 | .40 |
| 07/09/07 | TBR | Review Freedlander letter regarding BBK escrow. | 03 | .20 |
| 07/09/07 | TBR | Review Perry e-mail regarding Parker. | 03 | .20 |
| 07/09/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 1.00 |

**Butzel Long**

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

| | | | | |
|---|---|---|---|---|
| 07/11/07 | TBR | Telephone conference with L. Agasse regarding Plan voting. | 03 | .20 |
| 07/12/07 | TBR | Telephone conference and e-mails with S. Seewer regarding BBK escrow. | 03 | .60 |
| 07/12/07 | TBR | Telephone conference with J. Campana regarding Parker Hannifin. | 03 | .30 |
| 07/12/07 | TBR | E-mails with L. Agasse regarding Plan voting. | 03 | .30 |
| 07/13/07 | TBR | Telephone conference with J. Campana regarding Parker. | 03 | .30 |
| 07/13/07 | TBR | Review court docket regarding motion to approve accounts receivable order. | 03 | .20 |
| 07/17/07 | TBR | Telephone conference with T. Wearsch regarding Parker. | 03 | .20 |
| 07/18/07 | TBR | Review and reply to J. Campana e-mail regarding Parker. | 03 | .20 |
| 07/23/07 | TBR | Review draft Wachovia payoff letter. | 03 | .20 |
| 07/27/07 | TBR | Review Agreed Order regarding A/R. | 03 | .20 |
| 07/27/07 | TBR | Review Freedlander memo regarding Delphi A/R settlement. | 03 | .30 |
| 07/27/07 | TBR | E-mails with J. Downs regarding Agreed Order payout. | 03 | .50 |
| 07/27/07 | TBR | E-mails with M. Freedlander regarding Agreed Order payout. | 03 | .40 |
| 07/27/07 | TBR | E-mail to C. Shi, L. Agassa regarding Agreed Order payout. | 03 | .20 |
| 07/30/07 | TBR | E-mails with C. Shi, L. Agasse regarding payoff letter. | 03 | .50 |
| 07/30/07 | TBR | Telephone conference with C. Shi regarding payoff letter. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8351513

| Date | Initials | Description | | |
|---|---|---|---|---|
| 07/30/07 | TBR | E-mails with M. Freedlander regarding BBK escrow. | 03 | .40 |
| 07/30/07 | TBR | E-mail to S. Seewer, M. Hammer regarding payoff letter. | 03 | .20 |
| 07/30/07 | TBR | Review revised payoff letter. | 03 | .30 |
| 07/31/07 | TBR | E-mails with parties regarding payoff letter. | 03 | .50 |
| 07/31/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio, Eastern Division and obtained copies of the pleadings; case administration. | 03 | 3.30 |

                    TOTAL BILLABLE HOURS      14.70

                         TOTAL FEES            3427.20

DISBURSEMENTS:

        Copies                                    9.30
                                              ----------
                                                  9.30


                    TOTAL FEES                  3427.20

                    TOTAL DISBURSEMENTS            9.30
                                              ----------
                    Matter Total              3436.50
                                              ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384853)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8351513


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  PIXLEY RICHARDS, INC.                  000115900-0120


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/17/07 | TBR | Telephone conference with M. Fencer, B. Smith regarding Delphi claim. | 03 | .30 |
| 07/17/07 | TBR | Telephone conference with L. Sheikh regarding Delphi claim. | 03 | .20 |
| 07/27/07 | TBR | E-mail and telephone conference with C. Shi, L. Agasse regarding Plainfield setoff. | 03 | .40 |

TOTAL BILLABLE HOURS        0.90

TOTAL FEES            297.00

- - - - - - - - - -


TOTAL FEES            297.00

Matter Total           297.00

=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8351513


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  I & W INDUSTRIES, INC.                  000115900-0124


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/05/07 | TBR | Telephone conference with A. Perry regarding Bank accounting. | 03 | .20 |
| 07/06/07 | TBR | E-mails with P. Rhoades regarding Bank accounting. | 03 | .40 |
| 07/06/07 | TBR | E-mail to A. Perry regarding Bank accounting. | 03 | .20 |
| 07/09/07 | TBR | E-mails with A. Perry regarding Bank accounting. | 03 | .50 |
| 07/12/07 | TBR | Review and reply to P. Rhoades e-mail regarding customer distributions. | 03 | .30 |
| 07/12/07 | TBR | E-mails with Delphi Team regarding Customer distributions. | 03 | .40 |
| 07/13/07 | TBR | E-mail with C. Shi regarding wire transfer. | 03 | .20 |
| 07/13/07 | TBR | Review Rhoades e-mail regarding wire transfer. | 03 | .20 |


TOTAL BILLABLE HOURS        2.40

TOTAL FEES              792.00

----------

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8351513


                        TOTAL FEES              792.00
                                           _____

                        Matter Total            792.00
                                           ===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  BING METALS GROUP, INC.                    000115900-0125


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/02/07 | TBR | E-mails and telephone conferences with J. Fischer regarding signed agreements. | 03 | .60 |
| 07/02/07 | TBR | Telephone conferences and e-mails with K. Szymczak's office, L. Agasse, C. Shi regarding signed agreements. | 03 | .70 |
| 07/02/07 | TBR | E-mail to parties regarding signed agreement. | 03 | .20 |
| 07/03/07 | TBR | Review Bakst e-mail regarding letter of instruction. | 03 | .20 |
| 07/03/07 | TBR | Draft letter of instruction. | 03 | .20 |
| 07/03/07 | TBR | E-mails to parties regarding letter of instruction. | 03 | .40 |

                    TOTAL BILLABLE HOURS        2.30

                            TOTAL FEES                  759.00

DISBURSEMENTS:

        Copies                                  3.20
                                            ----------
                                                3.20

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


                        TOTAL FEES                759.00

                        TOTAL DISBURSEMENTS         3.20
                                             ─────────────
                        Matter Total              762.20
                                             =============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   TENATRONICS LTD.                        000115900-0126


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/03/07 | TBR | Telephone conference with L. Ellis regarding freight issue. | 03 | .30 |
| 07/06/07 | TBR | Review receiver memo and exhibits regarding freight issue. | 03 | .50 |
| 07/06/07 | TBR | E-mail to Delphi Team regarding receiver memo. | 03 | .30 |
| 07/06/07 | TBR | E-mail to L. Ellis regarding receiver memo. | 03 | .20 |
| 07/09/07 | TBR | E-mails with A. Perry, L. Agasse regarding freight issue. | 03 | .50 |
| 07/18/07 | TBR | Review C. Rieder e-mail regarding freight charges. | 03 | .20 |

                    TOTAL BILLABLE HOURS        2.00

                         TOTAL FEES                    660.00

DISBURSEMENTS:

        Copies                                   2.70
                                              ----------
                                                   2.70

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                              August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8351513


                        TOTAL FEES                    660.00

                        TOTAL DISBURSEMENTS             2.70
                                              _____

                        Matter Total                  662.70
                                              ================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

August 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  QC ONICS                                        000115900-0128

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/30/07 | MEW | Review trust agreement extension, correspondence. | 03 | .20 |

TOTAL BILLABLE HOURS          0.20

TOTAL FEES                              66.00

DISBURSEMENTS:

Professional Service-Other Counsel          1943.50
Telephone Charges                            134.55
                                        -----------
                                            2078.05

TOTAL FEES                              66.00

TOTAL DISBURSEMENTS                    2078.05

Matter Total                           2144.05
                                 ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  GENERAL MOTORS ARBITRATION            000115900-0129


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/03/07 | EMK | Telephone call from W. Cosnowski regarding notifying arbitrator regarding dates. | 10 | .10 |
| 07/03/07 | EMK | Telephone call to E. Dwyer (voice mail) regarding contacting L. Abramczyk. | 10 | .10 |
| 07/05/07 | EMK | Telephone call from P. Young regarding releasing dates. | 10 | .10 |
| 07/05/07 | EMK | E-mail from P. Young to L. Abramczyk regarding dates. | 10 | .10 |
| 07/05/07 | EMK | E-mail to W. Cosnowski regarding releasing dates and communicating with other counsel per arbitrator's request. | 10 | .10 |
| 07/05/07 | EMK | E-mail from L. Abramczyk regarding schedule. | 10 | .10 |
| 07/09/07 | EMK | E-mail exchange with W. Cosnowski regarding status of settlement. | 10 | .10 |

TOTAL BILLABLE HOURS        0.70

TOTAL FEES              232.05

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8351513


DISBURSEMENTS:

      Professional Service-Other Counsel          60593.00
                                           ----------
                                          60593.00


                    TOTAL FEES                    232.05

                    TOTAL DISBURSEMENTS          60593.00

                    Matter Total                 60825.05
                                      ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   INTERIOR GROUP SALE               000115900-0130


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/09/07 | SJ | Calls with Dan Bicknell and Margaret Fakuda regarding finalizing environmental issues. | 03 | .20 |
| 07/10/07 | SJ | Compare Renco changes to Delphi draft document. | 03 | .50 |
| 07/10/07 | SJ | Call with Dan Bicknell to review Renco changes. | 03 | .80 |
| 07/10/07 | SJ | Review and respond to suggested changes. | 03 | .20 |
| 07/10/07 | SJ | Call with Dan Bicknell in follow up to Renco revisions. | 03 | .20 |
| 07/10/07 | SJ | Call with Dennis Sadlowski of Renco regarding environmental language. | 03 | .20 |
| 07/11/07 | SJ | Review and revise Vandalia lease provisions. | 03 | .40 |
| 07/11/07 | SJ | Participated in legal team conference call. | 03 | .60 |
| 07/12/07 | SJ | Revise Vandalia Lease. | 03 | 1.00 |
| 07/12/07 | SJ | Conference call with Renco and Delphi team regarding environmental provisions. | 03 | .70 |
| 07/20/07 | SJ | Conference call and follow up with D. Bicknell, M.Hester, M. Fukuda and Renco representatives regarding environmental issues in MSA | 03 | 3.20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

| | | | | |
|---|---|---|---|---|
| 07/25/07 | SJ | Legal team status call. | 03 | .60 |
| 07/31/07 | SJ | Follow up with Matt Hall on questions related to facility services agreement for Mexico facility. | 03 | .30 |

TOTAL BILLABLE HOURS        8.90

TOTAL FEES          2100.40

DISBURSEMENTS:

        Copies                                        1.60
                                              ----------
                                                    1.60


                    TOTAL FEES                2100.40

                    TOTAL DISBURSEMENTS            1.60
                                          _____

                    Matter Total              2102.00
                                          =============