# EXHIBIT F
## (Part 4 of 6)

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  ACCESS ELECTRONICS, INC.              000115900-0139

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/16/07 | TBR | Telephone conference with M. Olson regarding Citizens. | 03 | .30 |
| 07/16/07 | TBR | Review Citizens commitment letter. | 03 | .30 |
| 07/16/07 | TBR | Review Accommodation Agreement. | 03 | .30 |
| 07/31/07 | TBR | Review Bank commitment issues. | 03 | .50 |
| 07/31/07 | TBR | Telephone conference with M. Olson regarding Accommodation Agreement. | 03 | .30 |

TOTAL BILLABLE HOURS      1.70

TOTAL FEES            561.00

DISBURSEMENTS:

        Copies                           0.80
                                    ----------
                                         0.80

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8351513


TOTAL FEES                    561.00

TOTAL DISBURSEMENTS             0.80
                          _____

Matter Total                  561.80
                          ================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8351513

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   SECONDMENT OVER 8 HOURS              000115900-0140

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/03/07 | C_G | Finalized first draft of the Schrock Position Statement and e-mailed it to Jeff Peterson for his review. | 06 | 2.50 |
| 07/05/07 | C_G | Call to the investigator on the Layton Charge. | 06 | .10 |
| 07/05/07 | C_G | Prepared exhibits for filing on the Schrock position statement; edited position statement for filing. | 06 | 3.60 |
| 07/12/07 | C_G | Call to Manager Henderson regarding settlement; call to Art Huber regarding settlement on the Layton Charge; call from Manager Henderson regarding settlement; attention to Settlement Agreement including procuring necessary signatures; call to Jeff Peterson regarding settlement; e-mail to Jeff Peterson regarding settlement; received signed settlement agreement. | 06 | 3.10 |
| 07/13/07 | C_G | Calls to Manager Henderson's secretary, Pat, regarding settlement on Layton Charge; call to Manager Henderson regarding settlement; several discussion with Manager Henderson regarding the necessity of dismissal prior to reemployment of Layton; sent signed settlement agreement to MDCR; receipt of dismissal from MDCR;  sent signed settlement agreement and dismissal to Jeff Peterson and Art Huber and made arrangements for Layton to | 06 | 3.80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

          start work on Monday.


          TOTAL BILLABLE HOURS        13.10

               TOTAL FEES              2620.00

                                    - - - - - - - - - -


               TOTAL FEES              2620.00

               Matter Total            2620.00
                                    ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MICHIGAN SPRING AND STAMPING            000115900-0142

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/02/07 | MTT | Review documents from client for privilege. | 10 | .40 |
| 07/02/07 | MTT | Communicate with L. Clark regarding summation files for document production. | 10 | .20 |
| 07/03/07 | MTT | Further review of client documents for privilege. | 10 | 1.60 |
| 07/05/07 | MTT | Review of client documents for privilege and as appropriate to be produced. | 10 | 5.20 |
| 07/05/07 | MTT | Work on document production privilege review. | 10 | .40 |
| 07/05/07 | M_L | Review of documents for privileged/work product materials. | 10 | 1.80 |
| 07/06/07 | JEW | Finalize and serve interrogatories and document requests upon Michigan Spring/PPG. | 10 | 5.00 |
| 07/06/07 | M_L | Continue review of Delphi documents for privileged/work product. | 10 | 2.70 |
| 07/09/07 | JEW | Correspondence to client regarding discovery requests propounded to and served on Michigan Spring. | 10 | .20 |
| 07/09/07 | L C | Reviewed and coded the Delphi document images for handwritten documents and documents with marginalia for privilege review. | 10 | 1.30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8351513

| | | | | |
|---|---|---|---|---|
| 07/09/07 | MTT | Continue review of database of documents from client for privilege issues. | 10 | 3.50 |
| 07/09/07 | MTT | Work on subpoena duces tecum to Specialty Heat Treaters. | 10 | 1.00 |
| 07/09/07 | MTT | Meeting with M. Letzmann and J. Wynne regarding document production status and privilege review issues. | 10 | .40 |
| 07/09/07 | M_L | Review of documents for privilege/work product. | 10 | 2.80 |
| 07/10/07 | L C | Continued reviewing and coding the Delphi document images for handwritten documents and documents with marginalia for privilege review. | 10 | 5.30 |
| 07/10/07 | M_L | Continue review of documents for privilege/work product. | 10 | 2.10 |
| 07/11/07 | L C | Continued reviewing and coding the Delphi document images for handwritten documents and documents with marginalia for privilege review. | 10 | 5.90 |
| 07/11/07 | M_L | Review of documents for privilege log/production. | 10 | 1.50 |
| 07/12/07 | L C | Continued reviewing and coding the Delphi document images for handwritten documents and documents with marginalia for privilege review. | 10 | 3.20 |
| 07/12/07 | MTT | Communicate with P. Newton regarding privilege review questions as to handwritten documents. | 10 | .20 |
| 07/12/07 | M_L | Review of documents for privilege/work product issues. | 10 | 2.50 |
| 07/13/07 | L C | Continued reviewing and coding the Delphi document images for handwritten documents and documents with marginalia for privilege review. | 10 | 3.40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8351513

| Date | | Description | | |
|---|---|---|---|---|
| 07/13/07 | MTT | Continue to work on review of client database of documents for privilege issues. | 10 | 2.00 |
| 07/13/07 | MTT | Revise response to document requests. | 10 | .50 |
| 07/13/07 | M_L | Search attachments for privileged/work product materials. | 10 | 2.80 |
| 07/15/07 | JEW | Correspondence with staff and client regarding compliance with requested document production and remaining questions to be answered. | 10 | 1.00 |
| 07/15/07 | MTT | Communicate with J. Wynne regarding discovery response open issues. | 10 | .40 |
| 07/15/07 | MTT | Communicate with M. Letzmann regarding status of privilege review in order to produce documents. | 10 | .10 |
| 07/16/07 | L C | Attention to identifying and correcting the Summation database search and sort issues. | 10 | .40 |
| 07/16/07 | MTT | Continue to work on finalizing document production based on privilege review. | 10 | 5.40 |
| 07/16/07 | MTT | Communicate with M. Letzmann regarding privilege log/review. | 10 | .40 |
| 07/16/07 | M_L | Review Delphi documents for privilege/work product. | 10 | 10.50 |
| 07/16/07 | M_P | Review database for issues relating to privilege documents in preparation for document production. | 10 | 1.60 |
| 07/17/07 | L C | Continued preparing the Summation database and images for production. | 10 | .50 |
| 07/17/07 | MTT | Work on revisions to document production responses and review documents to be produced. | 10 | 2.10 |
| 07/17/07 | MTT | Meeting with L. Clark, M. Letzmann and M. Peterson regarding electronic production of documents. | 10 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

| Date | Atty | Description | | |
|---|---|---|---|---|
| 07/17/07 | M_L | Complete review of documents for privilege/work product. | 10 | 6.10 |
| 07/17/07 | M_P | Preparation of documents for production and processing of same. | 10 | 2.00 |
| 07/18/07 | JEW | Propose modifications and correspondence to client and staff regarding same. | 10 | .50 |
| 07/18/07 | JEW | Review and evaluate draft of responses to interrogatories and document requests. | 10 | .50 |
| 07/18/07 | MTT | Communicate with J. Wynne regarding revisions to document production responses. | 10 | .20 |
| 07/18/07 | M_P | Continued preparation of document production per request of M. Taylor. | 10 | 5.50 |
| 07/19/07 | MTT | Communicate with P. Newton regarding status of privilege review and document production. | 10 | .20 |
| 07/19/07 | MTT | Finalize discovery responses and draft enclosure letter to opposing counsel regarding responses and document production. | 10 | .90 |
| 07/19/07 | MTT | Communicate with J. Derian regarding production and responses. | 10 | .10 |
| 07/20/07 | MTT | Communicate with M. Letzmann regarding preparation of privilege log. | 10 | .30 |
| 07/20/07 | M_P | Review of documents and prepare same for importing of coded data per request of M. Taylor. | 10 | .80 |
| 07/22/07 | L C | Searched for and gathered Summation database documents marked for privilege review. | 10 | 4.80 |
| 07/23/07 | L C | Continued gathering Summation database documents marked for privilege review. | 10 | 1.80 |
| 07/23/07 | M_L | Review of privilege-flagged materials to determine nature of privilege asserted in order to compile log. | 10 | 1.80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8351513

| 07/25/07 | M_L | Continue document review for supplemental production. | 10 | 1.60 |
|---|---|---|---|---|
| 07/27/07 | MTT | Communicate with B. Steffans regarding privilege log research issues. | 10 | .20 |
| 07/27/07 | BS | Research re privacy logs. | 10 | 3.50 |
| 07/30/07 | MTT | Telephone call with J. Wynne regarding case status update. | 10 | .20 |
| 07/30/07 | MTT | Communicate with M. Letzmann regarding privilege log. | 10 | .20 |
| 07/30/07 | M_L | Review of documents withheld for privilege to prepare supplemental production and log. | 10 | 2.50 |

                    TOTAL BILLABLE HOURS      112.40

                         TOTAL FEES                 19061.60

DISBURSEMENTS:

         Copies                              22.40
         Express Delivery Charges            23.20
                                          ----------
                                             45.60


                    TOTAL FEES                 19061.60

                    TOTAL DISBURSEMENTS          45.60

                    Matter Total             19107.20
                                          ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  KINPO GROUP                          000115900-0144


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/12/07 | D_S | Telephone conference with third-party vendor re service in Taiwan. | 10 | .20 |
| 07/12/07 | D_S | Drafted email correspondence to C. Brown re letters rogatory and status of summons. | 10 | .10 |
| 07/17/07 | D_S | Reviewed email correspondence from C. Brown re letters rogatory and service in Taiwan. | 10 | .10 |
| 07/17/07 | D_S | Telephone conference with service company to begin process. | 10 | .30 |
| 07/23/07 | D_S | Exchanged email correspondence with P. Pollack and C. Brown re status. | 10 | .20 |
| 07/24/07 | D_S | Exchanged email correspondence with C. Brown and P. Pollack re status of service efforts in Taiwan. | 10 | .30 |
| 07/31/07 | D_S | Drafted email correspondence to C. Ingalls re letters rogatory and service in Taiwan. | 10 | .20 |

TOTAL BILLABLE HOURS        1.40

TOTAL FEES                  384.30

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8351513


DISBURSEMENTS:

          Translation Expense                          5877.00
                                                    ----------
                                                       5877.00


                         TOTAL FEES                     384.30

                         TOTAL DISBURSEMENTS           5877.00
                                                    _____

                         Matter Total                 6261.30
                                                    =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                   August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  WREN INDUSTRIES                        000115900-0147

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/19/07 | TBR | Telephone conference with M. Johnson regarding proposed deal. | 03 | .40 |
| 07/31/07 | TBR | Review Forbearance Agreement. | 03 | .50 |
| 07/31/07 | TBR | E-mail to Delphi Team regarding Forbearance Agreement. | 03 | .40 |
| 07/31/07 | TBR | Telephone conference with M. Johnson regarding Forbearance Agreement. | 03 | .40 |
| 07/31/07 | TBR | Review company funding request. | 03 | .20 |

                        TOTAL BILLABLE HOURS        1.90

                              TOTAL FEES            627.00

DISBURSEMENTS:

        Copies                                  2.70
                                            ----------
                                                2.70

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007    PAGE    47
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


                        TOTAL FEES                    627.00

                        TOTAL DISBURSEMENTS             2.70
                                                   _____

                            Matter Total            629.70
                                                   ================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


        [PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  FISHER, EUGENE R. AND EUGENE R. FISHER, 000115900-0150


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/02/07 | JEW | Conference with client re plans for document production. | 10 | .20 |
| 07/02/07 | JEW | Correspondence to opposing counsel confirming and arranging a meeting on July 10, 2007 concerning the requested document production. | 10 | .40 |
| 07/09/07 | JEW | Preparation for meeting with client and plaintiff's counsel regarding document production. | 10 | .50 |
| 07/10/07 | JEW | Visit to Packard Electric facility for meeting with facility staff including Gamble & Winters and plaintiff's counsel to survey records subpoenaed and to limit production and burden of compliance (5:00 A. M. to 8:15 P. M.). | 10 | 12.00 |
| 07/11/07 | JEW | Draft form of protective order. | 10 | 1.50 |
| 07/11/07 | JEW | Correspondence to client concerning the draft of a protective order and possible amendments needed. | 10 | .20 |
| 07/11/07 | JEW | Conference with client concerning the draft of a protective order and possible amendments needed. | 10 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

| Date | | Description | | |
|---|---|---|---|---|
| 07/11/07 | JEW | Draft correspondence to opposing attorney concerning the draft of a protective order and agreed logistical arrangements. | 10 | 1.50 |
| 07/11/07 | JEW | Finalize correspondence to plaintiff's counsel outlining proposed agreements for subpoena compliance. | 10 | .60 |
| 07/16/07 | JEW | Correspondence to and brief conference with plaintiff's counsel regarding responding to our proposals for production | 10 | .20 |
| 07/16/07 | JEW | Brief conference with client representative regarding plaintiff's response to our proposals for production. | 10 | .10 |
| 07/17/07 | JEW | Correspondence to and conference with client regarding document production options. | 10 | .80 |
| 07/18/07 | JEW | Conference with client regarding methods of document production to follow. | 10 | .30 |
| 07/19/07 | JEW | Conference with plaintiff's counsel regarding planned document production and negotiations over logistics and terms of protective order. | 10 | .20 |
| 07/20/07 | JEW | Conferences with client and plaintiff's counsel regarding terms under which document production will proceed and form of protective order to be entered and manner of entry. | 10 | .30 |
| 07/23/07 | JEW | Correspondence to opposing counsel regarding document production mechanics and terms of the proposed protective order. | 10 | .60 |
| 07/23/07 | JEW | Correspondence from plaintiff's counsel and to client regarding plaintiff's staffing plans and the mechanics of document production. | 10 | .20 |
| 07/26/07 | JEW | Follow-ups with client regarding progress of document production and potential need for attorney intervention. | 10 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

| Date | | Description | | |
|---|---|---|---|---|
| 07/30/07 | JEW | Correspondence from plaintiff's counsel regarding progress of document production and further requests. | 10 | .10 |
| 07/30/07 | JEW | Conferences with client regarding correspondence from plaintiff's counsel and best responses thereto. | 10 | .20 |
| 07/30/07 | JEW | Correspondence to plaintiff's counsel responding to her additional requests. | 10 | .30 |
| 07/31/07 | JEW | Correspondence with client regarding status of document production and subpoena compliance. | 10 | .10 |

TOTAL BILLABLE HOURS        20.60

TOTAL FEES                              6262.40

- - - - - - - - - -


TOTAL FEES                              6262.40

Matter Total                          6262.40
=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

August 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  IDEAL TOOL                                    000115900-0151

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/20/07 | TBR | Conference call with Delphi Team, PWC regarding PWC report. | 03 | 1.20 |
| 07/23/07 | TBR | Review PWC report. | 03 | 1.50 |

|  |  |  |
|--|--|--|
| TOTAL BILLABLE HOURS | 2.70 | |
| TOTAL FEES | | 891.00 |

DISBURSEMENTS:

|  |  |
|--|--|
| Copies | 12.90 |
| | 12.90 |

|  |  |
|--|--|
| TOTAL FEES | 891.00 |
| TOTAL DISBURSEMENTS | 12.90 |
| Matter Total | 903.90 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8351513


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MOLD-EX                              000115900-0155


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/02/07 | TBR | Telephone conference with S. Pickens regarding Accommodation Agreement, Bank letter agreement. | 03 | .40 |
| 07/02/07 | TBR | Telephone conference with D. Lipke regarding Accommodation Agreement. | 03 | .20 |
| 07/03/07 | TBR | Further revise Accommodation Agreement. | 03 | .40 |
| 07/03/07 | TBR | E-mail to D. Lipke, S. Pickens regarding Accommodation Agreement. | 03 | .20 |
| 07/05/07 | TBR | Telephone conference with D. Lipke regarding Accommodation Agreement. | 03 | .20 |
| 07/06/07 | TBR | Review and reply to Lipke e-mails regarding Accommodation Agreement. | 03 | .40 |
| 07/09/07 | TBR | Review Lipke e-mails regarding Accommodation Agreement. | 03 | .40 |
| 07/10/07 | TBR | Revise Accommodation Agreement. | 03 | .40 |
| 07/10/07 | TBR | E-mail to D. Lipke regarding Accommodation Agreement. | 03 | .20 |
| 07/10/07 | TBR | E-mail to Delphi Team regarding Accommodation Agreement. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

| | | | | |
|---|---|---|---|---|
| 07/12/07 | TBR | Review and respond to D. Lipke e-mail regarding Accommodation Agreement. | 03 | .30 |
| 07/12/07 | TBR | E-mail to Delphi Team regarding Accommodation Agreement. | 03 | .20 |
| 07/13/07 | TBR | Review Archambault e-mail regarding tooling. | 03 | .20 |
| 07/16/07 | TBR | E-mails with D. Kowaleski regarding parts. | 03 | .50 |
| 07/16/07 | TBR | E-mail to D. Lipke regarding tooling. | 03 | .20 |
| 07/17/07 | TBR | Review D. Lipke e-mail regarding vendor issue. | 03 | .20 |
| 07/17/07 | TBR | E-mail to Delphi Team regarding vendor issue, Accommodation Agreement. | 03 | .20 |
| 07/18/07 | TBR | Telephone conference with C. Archambault regarding Accommodation Agreement. | 03 | .20 |
| 07/18/07 | TBR | Conference call with Delphi Team regarding Accommodation Agreement. | 03 | .40 |
| 07/18/07 | TBR | Revise Accommodation Agreement. | 03 | .30 |
| 07/18/07 | TBR | E-mail to D. Lipke regarding Accommodation Agreement. | 03 | .20 |
| 07/19/07 | TBR | Telephone conference with D. Lipke regarding Accommodation Agreement. | 03 | .30 |
| 07/19/07 | TBR | Telephone conference with C. Shi Lipke regarding Accommodation Agreement. | 03 | .20 |
| 07/19/07 | TBR | Review file regarding A/R. | 03 | .40 |
| 07/20/07 | TBR | Review exhibits to Agreement. | 03 | .20 |
| 07/20/07 | TBR | Telephone conference with Delphi Team regarding wire transfers. | 03 | .40 |
| 07/20/07 | TBR | E-mail to Delphi Team regarding Accommodation Agreement. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

| | | | | |
|---|---|---|---|---|
| 07/20/07 | TBR | E-mails with D. Lipke regarding Accommodation Agreement. | 03 | .40 |
| 07/23/07 | TBR | E-mails with D. Lipke regarding Accommodation Agreement. | 03 | .40 |
| 07/24/07 | TBR | Review and reply to Dunn e-mail regarding prepetition claim. | 03 | .30 |
| 07/25/07 | TBR | Telephone conference with office regarding Accommodation Agreement. | 03 | .20 |
| 07/25/07 | TBR | E-mail to D. Lipke regarding Accommodation Agreement. | 03 | .20 |
| 07/26/07 | TBR | Review client e-mail regarding Thailand payables. | 03 | .20 |
| 07/27/07 | TBR | Telephone conference with C. Shi regarding Thailand payables. | 03 | .20 |
| 07/27/07 | TBR | E-mails with D. Lipke regarding Thailand payables. | 03 | .40 |

TOTAL BILLABLE HOURS        9.90

TOTAL FEES            3267.00

DISBURSEMENTS:

      Copies                                          8.60
                                                ----------
                                                      8.60

                    TOTAL FEES                     3267.00

                    TOTAL DISBURSEMENTS                8.60
                                                ----------
                    Matter Total                   3275.60
                                                ==========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   UNITED PLASTICS GROUP/UPG              000115900-0156


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/02/07 | D_S | Discussion with M. Lavoie re UPGÆs threat to stop shipping to another firm client. | 10 | .10 |
| 07/02/07 | D_S | Drafted email correspondence to J. Derian re UPGÆs threat to stop shipping to another firm client and status. | 10 | .10 |
| 07/03/07 | D_S | Reviewed email correspondence from J. Derian. | 10 | .10 |
| 07/03/07 | D_S | Reviewed demand for assurances letter and letter warning of violation of stay. | 10 | .20 |
| 07/03/07 | D_S | Received letter from M. Langton of UPG. | 10 | .10 |
| 07/03/07 | D_S | Reviewed email correspondence from among Delphi and UPG over last several months negotiating various commercial issues. | 10 | .30 |
| 07/03/07 | D_S | Drafted email correspondence to J. Derian re analysis of email correspondence from among Delphi and UPG over last several months negotiating various commercial issues. | 10 | .30 |
| 07/03/07 | D_S | Reviewed email correspondence from J. Derian re extension of stop-ship threat. | 10 | .10 |
| 07/12/07 | D_S | Drafted email correspondence to J. Derian re status. | 10 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8351513

| | | | | |
|---|---|---|---|---|
| 07/13/07 | D_S | Exchanged email correspondence with J. Derian re status commercial negotiations and stop-ship threat. | 10 | .20 |
| 07/13/07 | D_S | Exchanged email correspondence with J. Derian re status of commercial negotiations and possible litigation re same. | 10 | .20 |
| 07/17/07 | D_S | Reviewed email correspondence from J. Derian re status and strategy. | 10 | .10 |
| 07/17/07 | D_S | Reviewed email correspondence from S. Corcoran re status and strategy. | 10 | .10 |
| 07/17/07 | D_S | Drafted email correspondence to J. Derian, C. Brown, and E. Mathis re status and strategy. | 10 | .10 |
| 07/18/07 | D_S | Reviewed email correspondence from C. Biven re update on negotiations of commercial dispute. | 10 | .10 |
| 07/18/07 | D_S | Exchanged email correspondence with J. Derian re update on negotiations of commercial dispute. | 10 | .20 |

TOTAL BILLABLE HOURS        2.40

TOTAL FEES                585.60

DISBURSEMENTS:

Copies                                   2.70
                                    ----------
                                          2.70

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8351513

| | |
|---|---|
| TOTAL FEES | 585.60 |
| TOTAL DISBURSEMENTS | 2.70 |
| Matter Total | 588.30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  SWITEC                                    000115900-0158


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 06/26/07 | HCD | Begin research re jurisdictional issues. | 10 | 1.20 |
| 06/26/07 | HCD | Review client supplied materials. | 10 | 1.50 |
| 06/29/07 | HCD | Begin review of client supplied materials. | 10 | .20 |
| 06/29/07 | HCD | Research re Switec United States contacts. | 10 | .10 |
| 07/11/07 | HCD | Review client supplied materials re facts and history. | 10 | .30 |
| 07/18/07 | HCD | Meet client re new matter and documents collected and interview fact witness. | 10 | 1.50 |
| 07/18/07 | HCD | Outline issues and begin working on outline of draft complaint. | 10 | 1.20 |
| 07/19/07 | HCD | Review and organize additional client supplied materials. | 10 | .70 |
| 07/20/07 | M_L | Review Michigan/federal law on jurisdictional questions. | 10 | 1.50 |
| 07/20/07 | M_L | Review materials detailing correspondence between parties. | 10 | 2.00 |
| 07/20/07 | M_L | Review purchase orders. | 10 | .80 |
| 07/22/07 | M_L | Continue research on jurisdictional issue/minimum contacts analysis. | 10 | 2.20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8351513

| 07/23/07 | HCD | Review materials provided by client. | 10 | .40 |
|---|---|---|---|---|
| 07/23/07 | HCD | Research re jurisdiction. | 10 | .20 |
| 07/23/07 | HCD | Work on draft complaint. | 10 | 1.00 |
| 07/23/07 | M_L | Continue review of materials in preparation for drafting complaint. | 10 | 2.30 |
| 07/24/07 | HCD | Review client supplied documents and work on draft complaint. | 10 | .80 |
| 07/24/07 | M_L | Review of materials relative to part numbers, POs. | 10 | 1.70 |
| 07/24/07 | M_L | Review of internal e-mails regarding relationship with Switec. | 10 | 1.10 |
| 07/24/07 | M_L | Continue work on complaint for breach of contract/warranty claims. | 10 | 2.70 |
| 07/25/07 | HCD | Work on draft complaint and review client supplied materials re same. | 10 | .30 |
| 07/25/07 | M_L | Work on complaint against Microcomponents. | 10 | 4.80 |
| 07/26/07 | HCD | Meet M. Letzman re research on jurisdictional issues and review same. | 10 | .30 |
| 07/26/07 | HCD | Review additional fact related and contract and root cause materials from client. | 10 | .20 |
| 07/26/07 | HCD | Work on draft complaint and review client supplied materials re same. | 10 | .50 |
| 07/26/07 | HCD | Work on draft complaint. | 10 | .20 |
| 07/26/07 | M_L | Review of Michigan statutes on jurisdiction over foreign corporation. | 10 | 1.50 |
| 07/26/07 | M_L | Complete draft complaint. | 10 | 2.40 |
| 07/26/07 | M_L | Review of federal and Michigan law on battle of the forms specifically regarding forum selection clauses. | 10 | 1.80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

| 07/27/07 | HCD | Review client supplied materials and work on draft Complaint. | 10 | .80 |
| 07/29/07 | HCD | Review and revise draft Complaint. | 10 | .40 |
| 07/29/07 | HCD | Review client supplied materials. | 10 | .60 |
| 07/29/07 | HCD | Identify key areas of further inquiry. | 10 | .20 |
| 07/30/07 | M_L | Revisions to complaint. | 10 | 6.80 |
| 07/31/07 | M_L | Generate list of questions regarding technical detail needed to complete complaint. | 10 | 1.10 |

TOTAL BILLABLE HOURS      45.30

TOTAL FEES          9435.15

DISBURSEMENTS:

      Copies                            36.70
      Messenger Services                23.85
                                      ------------
                                      60.55

TOTAL FEES                      9435.15

TOTAL DISBURSEMENTS               60.55
                                      _____

Matter Total                    9495.70
                                      ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MADISON-KIPP CORPORATION              000115900-0159


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/16/07 | TBR | Telephone conference with M. Olson regarding funding, background. | 03 | .30 |
| 07/16/07 | TBR | Review Trade Agreement. | 03 | .20 |
| 07/31/07 | TBR | Review Trade Agreement. | 03 | .20 |
| 07/31/07 | TBR | Telephone conference with M. Olson regarding funding. | 03 | .20 |
| 07/31/07 | TBR | Worked on Supplemental Trade Agreement. | 03 | .40 |

TOTAL BILLABLE HOURS      1.30

TOTAL FEES               429.00

DISBURSEMENTS:

    Copies                              1.90
                                   ----------
                                        1.90

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


TOTAL FEES                          429.00

TOTAL DISBURSEMENTS                   1.90
                                 ─────────────
        Matter Total               430.90
                                 ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   MICHIGAN ARC PRODUCTS                    000115900-0160


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 07/26/07 | D_S | Reviewed email correspondence from C. Brown. | 10 | .10 |
| 07/26/07 | D_S | Reviewed correspondence from C. Brown to Michigan Arc demanding assurance of continued performance. | 10 | .20 |
| 07/26/07 | D_S | Reviewed email correspondence between Delphi and Michigan Arc re price increases and duration of obligation. | 10 | .30 |
| 07/26/07 | D_S | Drafted email correspondence to C. Brown re price increases and duration of obligation. | 10 | .10 |
| 07/26/07 | D_S | Reviewed email correspondence from C. Brown re request for documents, and discussions with Michigan Arc. | 10 | .20 |
| 07/26/07 | D_S | Drafted email correspondence to C. Brown re request for documents, and discussions with Michigan Arc. | 10 | .10 |
| 07/27/07 | D_S | Telephone conference with C. Brown re factual background of dispute and recent discussion with Michigan Arc's owner J. Colosimo, re threat to stop shipping absent an immediate nickel surcharge. | 10 | .40 |
| 07/27/07 | D_S | Reviewed email correspondence from C. Brown to L. Reifert analyzing case and suggesting payment under protest. | 10 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    August 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8351513

| Date | | Description | | |
|---|---|---|---|---|
| 07/27/07 | D_S | Assigned associate S. Geromette to draft Complaint. | 10 | .30 |
| 07/27/07 | D_S | Several telephone conferences with S. Geromette. | 10 | .30 |
| 07/30/07 | D_S | Reviewed and revised draft Complaint drafted by S. Geromette. | 10 | 1.20 |
| 07/30/07 | D_S | Telephone call to C. Brown re draft Complaint. | 10 | .10 |
| 07/30/07 | D_S | Drafted email correspondence to C. Brown re draft Complaint. | 10 | .10 |
| 07/30/07 | D_S | Reviewed email correspondence from C. Brown re draft Complaint. | 10 | .10 |
| 07/30/07 | G_S | Read through the provided material and drafted a complaint in response to Michigan Arc's price increase and Stop Shipment Notice. | 10 | 6.20 |
| 07/31/07 | D_S | Telephone conference with C. Brown re issuance of purchase order under protest and status of Complaint. | 10 | .20 |

TOTAL BILLABLE HOURS      10.10

TOTAL FEES        1695.60

- - - - - - - - - -

TOTAL FEES        1695.60

Matter Total       1695.60

==============