# EXHIBIT F
## (Part 5 of 6)

# BUTZEL LONG

A T T O R N E Y S   A N D   C O U N S E L O R S

Thomas B. Radom
248 258 1413
radom@butzel.com

Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
T: 248 258 1616  F: 248 258 1439
butzel.com

September 20, 2007

## VIA ELECTRONIC MAIL

To:    David Sherbin, Esq., Delphi Corp.
       Mr. John D. Sheehan., Delphi Corp.
       Ms. Michele M. Piscitelli, Delphi Corp.
       John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
       Alicia M. Leonhard, Esq., Office of the United States Trustee
       Robert J. Rosenberg, Esq., Latham & Watkins, LLP
       Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
       Donald Bernstein, Esq., Davis Polk & Wardell
       Ms. Valeria Venable, GE Plastics, Americas

Re:    Delphi Corporation, et al.
       Case No. 05-44481 (RDD)
       Jointly Administered

Dear Ladies and Gentlemen:

Pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered by the Bankruptcy Court in the above-referenced chapter 11 cases on November 4, 2005 (the "Order"), and thereafter amended, enclosed please find the Monthly Fee Statement (the "Fee Statement") of Butzel Long for services rendered as commercial and litigation counsel to Delphi Corporation and expenses incurred in connection with those services from August 1, 2007 through August 31, 2007 (the "Fee Statement Period"). We have also enclosed, in detail, a description of the services rendered by Butzel Long to Delphi Corporation and a listing of the related expenses.

In accordance with the Order, Butzel Long is requesting payment of 80% of its fees and 100% of its expenses at this time, with the remaining 20% of fees subject to the approval of the Bankruptcy Court in a quarterly fee application. Specifically, Butzel Long is requesting $39,400.96 in fees (i.e. 80% of $49,251.20) and $5,820.31 in expenses, for a total of $45,221.27 in fees and expenses for the Fee Statement Period.

Please do not hesitate to contact me if you have any questions.

Yours truly,

Thomas B. Radom

TBR/kvg
Enclosures

000115900\0015\876772-1

# BUTZEL LONG
A T T O R N E Y S   A N D   C O U N S E L O R S

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**butzel.com**

September 20, 2007

To:    David Sherbin, Esq., Delphi Corp.
       Mr. John D. Sheehan., Delphi Corp.
       Ms. Michele M. Piscitelli, Delphi Corp.
       John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
       Alicia M. Leonhard, Esq., Office of the United States Trustee
       Robert J. Rosenberg, Esq., Latham & Watkins, LLP
       Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
       Donald Bernstein, Esq., Davis Polk & Wardell
       Ms. Valeria Venable, GE Plastics, Americas

### Summary of Total Billable Hours by Category
### for the Period August 1, 2007 through August 31, 2007

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 89.70 | $27,425.80 |
| Case Administration | 1.90 | $627.00 |
| Employee Benefits/Pensions | 15.00 | $3,594.00 |
| Fee/Employment Applications | .40 | $132.00 |
| Litigation | 79.10 | $17,212.40 |
| Tax Issues | .80 | $260.00 |
| Totals: | **186.90** | |
| | | **$49,251.20** |

## Summary of Disbursements
### for the Period August 1, 2007 through August 31, 2007

| Disbursement | Amount |
|---|---|
| Copies | $29.80 |
| Digital Reproduction | $197.10 |
| Special Postal Charges | $1.65 |
| Professional Service – Other Counsel: Vendor: Sotiroff & Abramczyk, PC | $4,930.60 |
| Professional Service: Vendor: Pitney Bowes Management | $225.00 |
| Travel Expenses – James E. Wynne | $219.56 |
| Express Delivery | $216.60 |
| Totals: | **$5,820.31** |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period August 1, 2007 through August 31, 2007

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 70.80 | $23,364.00 |
| Matthew Wilkins | Shareholder | 1983 | $330.00 | 1.20 | $396.00 |
| Carl Rashid, Jr. | Shareholder | 1974 | $325.00 | .80 | $260.00 |
| James E. Wynne | Shareholder | 1975 | $304.00 | 9.10 | $2,766.40 |
| Daniel N. Sharkey | Shareholder | 1995 | $274.50 | 5.70 | $1,564.65 |
| Herbert C. Donovan | Shareholder | 1991 | $270.00 | 1.80 | $486.00 |
| Max Newman | Sr. Attorney | 1994 | $260.00 | 10.10 | $2,626.00 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 10.80 | $2,754.00 |
| Daniel N. Sharkey | Shareholder | 1995 | $244.00 | .10 | $24.40 |
| Daniel J. Dulworth | Shareholder | 1988 | $244.00 | 18.50 | $4,514.00 |
| Susan L. Johnson | Sr. Attorney | 1984 | $236.00 | 16.60 | $3,917.60 |
| Maureen T. Taylor | Shareholder | 1997 | $220.00 | .80 | $176.00 |
| Charlotte A. Garry | Associate | 1998 | $200.00 | 4.20 | $840.00 |
| Karen Pilat | Associate | 1993 | $200.00 | 1.60 | $320.00 |

| Matthew H. Letzmann | Associate | 2003 | $184.50 | 9.90 | $1,826.55 |
| Matthew H. Letzmann | Associate | 2003 | $164.00 | 5.60 | $918.40 |
| Benjamin Steffans | Associate | 2006 | $132.00 | 17.50 | $2,310.00 |

**Paralegals**

| Leonor Hendricksen | Paralegal | | $104.00 | 1.80 | $187.20 |

| Grand Total: | | | | **186.90** | **$49,251.20** |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8353111

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   GENERAL                              000115900-0015

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/13/07 | TBR | Telephone conference with E. Sutty regarding Gentek claim. | 03 | .20 |
| 08/13/07 | TBR | E-mail from E. Sutty regarding proposed withdrawal of Gentek claim. | 03 | .20 |

TOTAL BILLABLE HOURS          0.40

TOTAL FEES                          132.00

DISBURSEMENTS:

Copies                                    42.10
Express Delivery Charges                 176.30
                                        -----------
                                          218.40

TOTAL FEES                           132.00

TOTAL DISBURSEMENTS                  218.40

Matter Total                         350.40
                                    ==============

### Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   U.S. AEROTEAM, INC.                    000115900-0035


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/31/07 | TBR | Telephone conference with L. Diaz regarding Proof of Claim. | 03 | .20 |

TOTAL BILLABLE HOURS          0.20

TOTAL FEES                         66.00

- - - - - - - - - -


TOTAL FEES                         66.00

Matter Total                      66.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  EMPLOYMENT SECONDMENT                     000115900-0078


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/07 | C_G | E-mail to Jodi Gushen regarding dates for on-site for the Martinez Charge of Discrimination; discussion with Gushen regarding on-site; call to EEOC Investigator Calhoun with dates for on-site; drafted confirming letter to Calhoun. | 06 | .50 |
| 08/01/07 | C_G | E-mail to Jeff Peterson regarding the status of his review of the Position Statement on the Psycher Charge of Discrimination; prepared all the exhibits for filing; edited the statement per Jeff Peterson's suggestions;  called Hauk to give her an update on the status of the Position Statement. | 06 | 1.50 |
| 08/01/07 | C_G | Call from Investigator Sells on the Swindell Charges of Discrimination; e-mail to Jeff Peterson regarding Investigator Sells request for resolution. | 06 | .20 |
| 08/06/07 | C_G | Filed the Position Statement and Discovery Responses on the Psycher Charge of Discrimination. | 06 | .30 |
| 08/09/07 | C_G | Call to the EEOC investigator on the Martinez Charge regarding on-site; e-mailed Jodi Gusen and Jeff Peterson regarding on-site on August 29th. | 06 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

| | | | | |
|---|---|---|---|---|
| 08/27/07 | C_G | Reviewed file in preparation for on-site by EEOC on the Martinez Charge; drafted "practice" questions for Cass Gates to prepare him for EEOC interview; organized accommodation policies for EEOC Investigator's review. | 06 | 2.50 |
| 08/28/07 | C_G | Prepared Cass Gates for the EEOC on-site and interview on the Martinez Charge; discovered new information that was not previously disclosed; called Jeff Peterson to discuss new information. | 06 | 2.80 |
| 08/29/07 | C_G | Preparation for Martinez on-site; travel to and from Saginaw Steering; Meeting with Cass Gates and Jodi Gushen; EEOC on-site interview of Cass Gates; EEOC job review. | 06 | 2.70 |

TOTAL BILLABLE HOURS          10.80

TOTAL FEES          2754.00

DISBURSEMENTS:

Copies                                    4.30
Express Delivery Charges                 14.41
                                    -----------
                                         18.71

TOTAL FEES                          2754.00

TOTAL DISBURSEMENTS                   18.71

Matter Total                        2772.71

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  BROCKWAY PRESSED METALS, INC.          000115900-0080


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/13/07 | MEW | Prepare for and participate in call regarding resolution of open issues. | 03 | .50 |


TOTAL BILLABLE HOURS          0.50

TOTAL FEES                    165.00

- - - - - - - - - -


TOTAL FEES                    165.00

Matter Total                 165.00
==============

### Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  POST BANKRUPTCY GENERAL            000115900-0100

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/14/07 | TBR | Worked on Fifth Interim Fee Application. | 04 | 1.50 |
| 08/15/07 | TBR | Completed Fifth Interim Fee Application. | 04 | .40 |
| 08/24/07 | TBR | Prepare monthly fee statement. | 07 | .40 |
| 08/31/07 | TBR | E-mail to J. Glass regarding B. Chapman. | 03 | .20 |
| 08/31/07 | TBR | Telephone conference with L. Agasse regarding agreements, case summary in Laneko matter. | 03 | .20 |

TOTAL BILLABLE HOURS        2.70

TOTAL FEES              891.00

----------

TOTAL FEES              891.00

Matter Total            891.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8353111

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MPC                                         000115900-0107

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/03/07 | TBR | E-mails with C. Carson regarding Repokis. | 03 | .40 |

TOTAL BILLABLE HOURS      0.40

TOTAL FEES                          132.00

- - - - - - - - - -

TOTAL FEES                          132.00

Matter Total                        132.00
===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430    /
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                              September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  DELPHI CORPORATION VS. SEGWAY, INC.    000115900-0112

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/08/07 | D D | Receipt of Segway's Motion to Dismiss and begin review of same. | 10 | .40 |
| 08/08/07 | D D | E-mail to/from Jim Derian regarding Segway's Motion to Dismiss. | 10 | .30 |
| 08/09/07 | D D | Conferences with Ben Steffans regarding procedural requirements for responding to Summary Judgment Motion in light of pending Motion to Remand and his conversation with Judge Duggan's Case Manager. | 10 | .30 |
| 08/09/07 | BS | Research re whether pending motion to remand will stay timing of newly filed motion to dismiss. | 10 | 3.50 |
| 08/10/07 | D D | Review and revise letter to opposing counsel notifying them that no response to Summary Judgment Motion is due prior to Court's decision on Motion to Remand. | 10 | .20 |
| 08/10/07 | BS | Draft letter to opposing counsel re stay of time to respond to motion to dismiss. | 10 | .50 |
| 08/13/07 | D D | Conference with Ben Steffans regarding Segway's Response to Motion to Remand and his conversation with opposing counsel regarding same. | 10 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

| Date | | Description | | |
|---|---|---|---|---|
| 08/16/07 | D D | Review and analysis of Michigan case law regarding unjust enrichment and promissory estoppel for Response to Summary Judgment Motion. | 10 | .40 |
| 08/16/07 | D D | Receipt of Segway's Response to Motion to Remand. | 10 | .20 |
| 08/16/07 | D D | Prepare e-mail to Jim Derian regarding Segway's Response to Motion to Remand. | 10 | .20 |
| 08/17/07 | D D | Review and analysis of e-mail from Ben Steffans regarding Judge Duggans' briefing requirements for Motion to Remand. | 10 | .20 |
| 08/17/07 | D D | Receipt and review of Notice from Court of hearing on Motion to Remand. | 10 | .20 |
| 08/17/07 | BS | Contact court clerk re oral argument. | 10 | .30 |
| 08/17/07 | BS | E-mail to D. Dulworth re oral argument. | 10 | .20 |
| 08/20/07 | D D | E-mail to James Derian regarding hearing on Motion to Remand. | 10 | .20 |
| 08/21/07 | D D | Review and analysis of Segway's Response to Motion to Remand and outline arguments for Reply Brief. | 10 | 2.30 |
| 08/21/07 | D D | Conference with Ben Steffans regarding Reply to Response to Motion to Remand. | 10 | .80 |
| 08/21/07 | D D | Legal research regarding forum doctrine for remand to Segway's Response to Motion to Remand. | 10 | 1.20 |
| 08/21/07 | BS | Review with D. Dulworth forum doctrine information. | 10 | 1.00 |
| 08/22/07 | D D | Legal research regarding Motion to Remand cases for Reply to Segway's Response to Motion to Remand. | 10 | 1.00 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8353111

| Date | Init. | Description | | |
|------|------|------|------|------|
| 08/22/07 | D D | Preparation for and conference with Max Newman regarding replying to Segway's bankruptcy arguments in opposition to Motion to Remand. | 10 | .40 |
| 08/22/07 | D D | Various e-mails to Max Newman regarding documents for replying to Segway's response to arguments in opposition to Motion to Remand. | 10 | .30 |
| 08/22/07 | D D | Conference with Ben Steffans regarding research concerning forum doctrine for Reply to Segway's Response to Motion to Remand. | 10 | .80 |
| 08/22/07 | BS | Research on forum doctrine. | 10 | 4.20 |
| 08/22/07 | BS | Meeting with D. Dulworth to discuss reply brief. | 10 | .80 |
| 08/22/07 | BS | Draft outline of reply brief. | 10 | 1.00 |
| 08/22/07 | M_N | Conversation with Dulworth regarding remand motion and issues raised by Segway in its response. | 10 | .40 |
| 08/22/07 | M_N | Call with Ben Steffens regarding coordination of effort on remand motion. | 10 | .20 |
| 08/22/07 | M_N | Review Motion to Remand and Collateral Documents. | 10 | .80 |
| 08/22/07 | M_N | E-Mail with Dulworth regarding Remand Motion papers. | 10 | .20 |
| 08/23/07 | D D | Conferences with Ben Steffans regarding legal research on forum doctrine. | 10 | .50 |
| 08/23/07 | D D | Conference with Max Newman regarding responding to Segway's arguments regarding bankruptcy jurisdiction as basis for removal. | 10 | .30 |
| 08/23/07 | D D | Review and analysis of outline for Reply to Segway's Response to Remand Motion. | 10 | .30 |
| 08/23/07 | BS | Research for reply brief. | 10 | 5.50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8353111

| Date | Atty | Description | | |
|---|---|---|---|---|
| 08/23/07 | M_N | Call with Dulworth regarding Reply brief. | 10 | .20 |
| 08/23/07 | M_N | Begin draft of portions of reply brief on core matter status. | 10 | 3.10 |
| 08/24/07 | D D | Review and revise Reply to Segway's response to forum doctrine as basis for removal jurisdiction. | 10 | .70 |
| 08/24/07 | BS | Edit reply brief. | 10 | .50 |
| 08/27/07 | M_N | Revise Brief regarding core/non-core issues and abstention. | 10 | 2.30 |
| 08/27/07 | M_N | Research regarding Sixth Circuit jurisdictional cases, prior examples of abstention to Oakland County Circuit Court. | 10 | .50 |
| 08/29/07 | D D | Review and revise Reply to Segway's Response to Motion for Remand. | 10 | 2.20 |
| 08/29/07 | D D | Conference with Max Newman regarding bankruptcy issues related to Remand Motion and Reply to Segway's Response to same. | 10 | .60 |
| 08/29/07 | M_N | Call with Dulworth regarding Reply Brief and argument. | 10 | .80 |
| 08/30/07 | D D | Work on Reply Brief to Response to Motion to Remand and prepare for filing with Court. | 10 | 4.20 |
| 08/30/07 | M_N | Revise Brief regarding jurisdictional issues. | 10 | 1.20 |
| 08/30/07 | M_N | Several calls and e-mails with Dulworth regarding further revisions to brief. | 10 | .40 |

TOTAL BILLABLE HOURS        46.10

TOTAL FEES                9450.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


DISBURSEMENTS:

           Copies                              105.40
           Special Postal Charges                1.65
                                             -----------
                                                107.05


                      TOTAL FEES               9450.00

                      TOTAL DISBURSEMENTS        107.05
                                             -----------
                      Matter Total             9557.05
                                             =============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DANA CORPORATION                        000115900-0116


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/31/07 | TBR | E-mails with S. Snell regarding claim objection. | 03 | .40 |

TOTAL BILLABLE HOURS        0.40

TOTAL FEES              132.00

DISBURSEMENTS:

Copies                          6.30
                          -----------
                              6.30


TOTAL FEES              132.00

TOTAL DISBURSEMENTS        6.30
                        -----------
Matter Total            138.30
                        ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   CEP PRODUCTS                                 000115900-0119


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | .30 |
| 08/02/07 | TBR | E-mail to Delphi Team regarding payoff letter. | 03 | .20 |
| 08/02/07 | TBR | E-mail to Delphi Team regarding wire payment. | 03 | .20 |
| 08/02/07 | TBR | Telephone conference with C. Shi regarding remaining issues in case. | 03 | .30 |
| 08/23/07 | TBR | Review file regarding status of BBK escrow issues. | 03 | .40 |
| 08/27/07 | TBR | Review final fee application of McGuire Woods. | 03 | .30 |
| 08/27/07 | TBR | E-mail to Customers regarding BBK escrow. | 03 | .20 |
| 08/27/07 | TBR | Review reply e-mail from S. Seewer regarding BBK escrow. | 03 | .20 |
| 08/27/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 1.50 |
| 08/29/07 | TBR | Telephone conference with S. Seewer regarding BBK escrow. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

| Date | | Description | | |
|---|---|---|---|---|
| 08/29/07 | TBR | E-mail with S. Seewer regarding BBK escrow. | 03 | .20 |
| 08/30/07 | TBR | Review Friedlander e-mail regarding BBK escrow. | 03 | .20 |

TOTAL BILLABLE HOURS        4.20

TOTAL FEES                              979.20

DISBURSEMENTS:

         Copies                                          0.60
                                                    ----------
                                                         0.60


         TOTAL FEES                          979.20

         TOTAL DISBURSEMENTS                   0.60
                                            ----------
         Matter Total                        979.80
                                            ============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 500  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  PIXLEY RICHARDS, INC.                    000115900-0120


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/21/07 | TBR | E-mails with C. Archambault regarding Plainfield debit. | 03 | .40 |

TOTAL BILLABLE HOURS          0.40

TOTAL FEES                      132.00

- - - - - - - - - -


TOTAL FEES                      132.00

Matter Total                    132.00
=============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  TENATRONICS LTD.                          000115900-0126


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/07 | TBR | Review P. Goy e-mail regarding final distributions. | 03 | .20 |
| 08/09/07 | TBR | Review and reply to R. Estrada e-mail regarding tooling to Adronics. | 03 | .50 |
| 08/09/07 | TBR | Review License Agreements. | 03 | .50 |
| 08/16/07 | TBR | Review file regarding premium freight. | 03 | .30 |
| 08/16/07 | TBR | Telephone conference with L. Ellis regarding premium freight. | 03 | .40 |
| 08/16/07 | TBR | E-mail to Delphi Team regarding premium freight, final payoff. | 03 | .30 |
| 08/17/07 | TBR | Telephone conference with L. Agasse regarding payoff, premium freight. | 03 | .30 |
| 08/17/07 | TBR | E-mail and telephone conference with P. Goy regarding payoff. | 03 | .50 |
| 08/17/07 | TBR | E-mail to L. Agasse regarding Subordinated Participation Agreement. | 03 | .20 |
| 08/17/07 | TBR | Review L. Agasse e-mail regarding premium freight. | 03 | .20 |
| 08/21/07 | TBR | E-mails with P. Goy regarding freight issue. | 03 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

08/21/07  TBR  E-mails with L. Ellis regarding freight issue. 03        .40

08/23/07  TBR  Review Receiver motion and report.           03       1.00


                        TOTAL BILLABLE HOURS        5.20

                              TOTAL FEES                 1716.00

                                                      - - - - - - - - - -


                              TOTAL FEES                 1716.00
                                                      _____

                              Matter Total              1716.00
                                                      =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  QC ONICS                                  000115900-0128

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/07 | MEW | Attention to execution of Trust Agreement extension. | 03 | .10 |
| 08/02/07 | MEW | Review executed Trust Agreement extension. | 03 | .10 |
| 08/29/07 | MEW | Telephone from Charmaine Shi regarding status of any remaining distributions. | 03 | .20 |
| 08/29/07 | MEW | Review BBK financial status report. | 03 | .30 |

TOTAL BILLABLE HOURS        0.70

TOTAL FEES                         231.00

- - - - - - - - - -

TOTAL FEES                         231.00

Matter Total                       231.00

==============

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   GENERAL MOTORS ARBITRATION              000115900-0129


DISBURSEMENTS:

        Professional Service-Other Counsel        4930.60
                                                 -----------
                                                    4930.60

                        TOTAL DISBURSEMENTS         4930.60
                                                 -----------

                            Matter Total           4930.60
                                                 =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   INTERIOR GROUP SALE                      000115900-0130


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/06/07 | SJ | Review WWTP agreement for Mexico facility | 03 | 1.40 |
| 08/10/07 | SJ | Conference calls with D. Bicknell and D. Bicknell, M. Hester and Renco | 03 | 3.50 |
| 08/10/07 | SJ | Work on changes to lease and MSPA | 03 | 2.20 |
| 08/16/07 | SJ | Review communications from D. Bicknell re: Renco radiation survey | 03 | .40 |
| 08/17/07 | SJ | Review proposed language from S. Hubbard, Renco attorney and follow up with M. Fukuda and M. Hester | 03 | .70 |
| 08/22/07 | SJ | Call with M. Gordon, Renco attorney and Delphi plant representatives re: misc. background questions | 03 | 1.30 |
| 08/23/07 | SJ | Calls with D. Bicknell re: Renco sampling at Adrian | 03 | .30 |
| 08/24/07 | SJ | Revise MSPA in response to Renco comments | 03 | 2.80 |
| 08/24/07 | SJ | Call with M. Fukuda and follow up revisions to MSPA | 03 | .40 |
| 08/24/07 | SJ | Review and comment on Renco changes to Crooks lease | 03 | 1.80 |

### Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

08/29/07  SJ   Prepared changes to MSPA for M. Fakuda and      03      1.20
               Renco counsel

08/30/07  SJ   Call with Renco local counsel Scott Hubbard     03       .20

08/31/07  SJ   Call with S. Hubbard re: Troy lease.            03       .20

08/31/07  SJ   Follow up with C. Comerford re: same            03       .20


                    TOTAL BILLABLE HOURS        16.60

                        TOTAL FEES                        3917.60

DISBURSEMENTS:

           Copies                                    10.70
                                                 -----------
                                                      10.70


                    TOTAL FEES                        3917.60

                    TOTAL DISBURSEMENTS                 10.70
                                                 -----------
                    Matter Total                      3928.30
                                                 =============
```

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  ACCESS ELECTRONICS, INC.                    000115900-0139


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/13/07 | TBR | E-mail to M. Olson regarding status. | 03 | .20 |
| 08/14/07 | TBR | Telephone conference with M. Olson regarding status of Citizens. | 03 | .30 |
| 08/14/07 | TBR | Review Yazaki Accommodation Agreement. | 03 | .40 |
| 08/14/07 | TBR | E-mails with M. Olson regarding Yazaki Accommodation Agreement. | 03 | .20 |
| 08/16/07 | TBR | E-mails with M. Olson regarding Citizens, Accommodation Agreement. | 03 | .40 |
| 08/17/07 | TBR | E-mails with M. Olson regarding Citizens documents. | 03 | .40 |
| 08/17/07 | TBR | Review Citizens documents. | 03 | .70 |
| 08/20/07 | TBR | E-mails with M. Bennett Boyce regarding Bank Agreements. | 03 | .40 |
| 08/20/07 | TBR | Review file regarding Bank Agreements. | 03 | .50 |
| 08/20/07 | TBR | Telephone conferences with K. Katsma regarding Yazaki. | 03 | .50 |
| 08/21/07 | TBR | Review Bank documents. | 03 | 2.00 |
| 08/21/07 | TBR | E-mail to M. Boyce regarding Bank documents. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8353111

| Date | | Description | | |
|------|------|-------------|------|------|
| 08/21/07 | TBR | Telephone conferences with K. Katsma regarding Bank documents, Accommodation Agreement. | 03 | .60 |
| 08/21/07 | TBR | Work on summary of loan transaction to Delphi Team. | 03 | .60 |
| 08/21/07 | TBR | E-mails with B. Chapman regarding Inventory Agreements. | 03 | .40 |
| 08/21/07 | TBR | Review file regarding Inventory Agreements. | 03 | .50 |
| 08/22/07 | TBR | Completed analysis of loan documents to Delphi Team. | 03 | 4.00 |
| 08/22/07 | TBR | Telephone conference with M. Olson regarding analysis. | 03 | .20 |
| 08/23/07 | TBR | Prepare for, participate in conference call with Delphi Team regarding Citizens proposal. | 03 | 1.00 |
| 08/23/07 | TBR | Worked on revisions to Bank documents. | 03 | 1.50 |
| 08/28/07 | TBR | Worked on Agreements regarding new financing. | 03 | 2.00 |
| 08/28/07 | TBR | Telephone conference with M. Olson regarding new Agreement. | 03 | .20 |
| 08/28/07 | TBR | E-mail to J. Hanusa regarding note. | 03 | .20 |
| 08/29/07 | TBR | Continued work on documents. | 03 | 2.50 |
| 08/29/07 | TBR | Telephone conference with M. Olson regarding documents. | 03 | .20 |
| 08/29/07 | TBR | Review J. Hanusa e-mail regarding Bank note. | 03 | .20 |
| 08/30/07 | TBR | E-mail with M. Olson regarding Inventory Agreement. | 03 | .20 |

TOTAL BILLABLE HOURS        20.50

TOTAL FEES            6765.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


DISBURSEMENTS:

        Copies                                          28.40
                                                    -----------
                                                        28.40


                    TOTAL FEES                        6765.00

                    TOTAL DISBURSEMENTS                 28.40
                                                    _____

                    Matter Total                     6793.40
                                                    =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   SECONDMENT OVER 8 HOURS                 000115900-0140


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/29/07 | C_G | Preparation for Martinez on-site; travel to and from Saginaw Steering; Meeting with Cass Gates and Jodi Gushen; EEOC on-site interview of Cass Gates; EEOC job review. | 06 | 4.20 |

TOTAL BILLABLE HOURS        4.20

TOTAL FEES              840.00

- - - - - - - - - -


TOTAL FEES              840.00

Matter Total          840.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MICHIGAN SPRING AND STAMPING          000115900-0142


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/02/07 | M_L | Review of documents for privilege log. | 10 | 1.80 |
| 08/03/07 | MTT | Review discovery responses from PPG and send to client. | 10 | .50 |
| 08/03/07 | M_L | Review of e-mails and attachments for privilege/work product. | 10 | 1.00 |
| 08/03/07 | M_L | Review of PPG discovery responses. | 10 | 1.60 |
| 08/05/07 | M_L | Review of documents for privilege/work product. | 10 | 1.20 |
| 08/09/07 | JEW | In depth review of Michigan Spring's answers to our interrogatories in preparation for conference with Paul Behrendsen regarding same. | 10 | 2.50 |
| 08/09/07 | JEW | Conference with Paul Behrendsen critiquing and analyzing Michigan Spring's answers to our interrogatories. | 10 | 1.50 |
| 08/09/07 | JEW | Review of additional documents provided by client since phone meeting with Paul Behrendsen concerning ASTM standards and vendor material certifications and further critique of defendant's discovery answers. | 10 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

| | | | | |
|---|---|---|---|---|
| 08/13/07 | JEW | Compare and contrast versions of ASTM 564 issued during the years of the contract with PPG and ensure that no substantial differences exist on material terms. | 10 | .50 |
| 08/23/07 | MTT | Leave message for opposing counsel regarding status of document production. | 10 | .10 |
| 08/27/07 | MTT | Draft letter to opposing counsel regarding status of document production. | 10 | .20 |
| 08/28/07 | JEW | Preparation for and conference with John Novak regarding the status of the case. | 10 | .40 |

TOTAL BILLABLE HOURS      12.30

TOTAL FEES          2888.00

DISBURSEMENTS:

        Copies                                 0.80
        Professional Service-Other Counsel   225.00
                                          -----------
                                               225.80

        TOTAL FEES                        2888.00

        TOTAL DISBURSEMENTS                225.80
                                          ----------
        Matter Total                      3113.80
                                          ==========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   KINPO GROUP                              000115900-0144


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/14/07 | D_S | Reviewed email correspondence from C. Ingalls of Crowe Foreign Service re letters rogatory for service on Kinpo in Taiwan. | 10 | .10 |
| 08/14/07 | D_S | Drafted Request for International Judicial Assistance based on template provided by Crowe. | 10 | .40 |
| 08/14/07 | D_S | Drafted email correspondence to C. Brown and P. Pollack re update and status. | 10 | .10 |
| 08/14/07 | D_S | Drafted email correspondence to C. Ingalls re request to extend summons. | 10 | .10 |
| 08/20/07 | D_S | Directed attachment to Motion for Extension of Service. | 10 | .10 |
| 08/20/07 | D_S | Telephone conference with Judge Hood's case manager re same. | 10 | .10 |
| 08/20/07 | D_S | Reviewed Affidavit as executed by C. Ingalls. | 10 | .10 |
| 08/21/07 | D_S | Drafted Motion Regarding Summons. | 10 | 1.80 |
| 08/21/07 | D_S | Drafted Brief in Support of Motion re Summons. | 10 | .20 |
| 08/21/07 | D_S | Drafted proposed Court order. | 10 | .20 |
| 08/21/07 | D_S | Drafted email correspondence to C. Brown re Motion, Brief and Order. | 10 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                   September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

| 08/21/07 | D_S | Exchanged email correspondence with C. Brown re status of Letters Rogatory. | 10 | .20 |
| 08/22/07 | D_S | Received voicemail from and telephone conference with W. Lewis, Judge Hood's clerk re Request for International Judicial Assistance. | 10 | .30 |
| 08/22/07 | D_S | Research re statutory and case law support for letter rogatory. | 10 | .60 |
| 08/22/07 | D_S | Revised Motion Regarding Summons to include Request for International Judicial Assistance. | 10 | .50 |
| 08/22/07 | D_S | Revised and finalized Motion, Brief in Support, and draft Order. | 10 | .50 |
| 08/22/07 | D_S | Directed filing and service of Motion, Brief in Support, and draft Order. | 10 | .20 |

TOTAL BILLABLE HOURS        5.70

TOTAL FEES                1564.65

DISBURSEMENTS:

Copies                                        1.80
Express Delivery Charges                     25.89
                                         -----------
                                             27.69

TOTAL FEES                       1564.65

TOTAL DISBURSEMENTS                 27.69
                                 -----------
Matter Total                     1592.34
                                 ===========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  WREN INDUSTRIES                          000115900-0147


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/07 | TBR | Conference call with Delphi Team regarding FTS issues. | 03 | 1.00 |
| 08/01/07 | TBR | Review Bank forbearance issues. | 03 | .60 |
| 08/02/07 | TBR | Review draft essential supplier letter. | 03 | .20 |
| 08/02/07 | TBR | E-mail to M. Johnson regarding draft letter. | 03 | .20 |
| 08/03/07 | TBR | Telephone conference with M. Johnson regarding August 7 call. | 03 | .20 |
| 08/07/07 | TBR | Conference call with Delphi Team regarding funding issues. | 03 | .80 |
| 08/07/07 | TBR | E-mail and telephone conference with T. Willingham regarding FTS issues. | 03 | .50 |
| 08/07/07 | TBR | Telephone conference and e-mail with M. Johnson regarding Ford claim. | 03 | .40 |
| 08/07/07 | TBR | Telephone conference with J. Glankler, attorney for Wren, regarding Agreements. | 03 | .40 |
| 08/08/07 | TBR | Completed Accommodation, Access Agreements. | 03 | 2.50 |
| 08/08/07 | TBR | E-mails to J. Glankler regarding Agreement. | 03 | .40 |
| 08/08/07 | TBR | Telephone conference and e-mail with C. Archambault regarding Ford claim. | 03 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

| Date | | Description | | |
|---|---|---|---|---|
| 08/09/07 | TBR | Review Wren changes to Accommodation Agreement. | 03 | .40 |
| 08/09/07 | TBR | E-mail to Delphi Team regarding Wren redraft. | 03 | .30 |
| 08/09/07 | TBR | Telephone conferences with M. Johnson regarding Accommodation Agreement. | 03 | .60 |
| 08/09/07 | TBR | E-mails with C. Archambault regarding Ford claim. | 03 | .50 |
| 08/09/07 | TBR | Review C. Shi, L. Agasse e-mails regarding funding. | 03 | .40 |
| 08/09/07 | TBR | Revised Accommodation Agreement. | 03 | .50 |
| 08/10/07 | TBR | Conference call with Delphi Team regarding funding issues, Accommodation Agreement. | 03 | .70 |
| 08/10/07 | TBR | Review file regarding Agreements. | 03 | .30 |
| 08/14/07 | TBR | Telephone conference with T. Dunn regarding Bank, funding issues. | 03 | .40 |
| 08/14/07 | TBR | Telephone conference with M. Johnson regarding Bank, funding issues. | 03 | .30 |
| 08/14/07 | TBR | Worked on revisions to Accommodation Agreement. | 03 | 1.00 |
| 08/15/07 | TBR | Review funding note. | 03 | .20 |
| 08/15/07 | TBR | E-mails with C. Shi regarding funding note. | 03 | .40 |
| 08/15/07 | TBR | E-mails with T. Willingham regarding Accommodation Agreement. | 03 | .30 |
| 08/15/07 | TBR | Completed revised draft of Accommodation Agreement. | 03 | .50 |
| 08/15/07 | TBR | E-mail to Delphi Team regarding revised Accommodation Agreement. | 03 | .20 |
| 08/15/07 | TBR | Review M. Johnson e-mail regarding revised Accommodation Agreement. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8353111

| 08/16/07 | TBR | Conference calls with Delphi Team regarding revised Accommodation Agreement. | 03 | .60 |
|---|---|---|---|---|
| 08/16/07 | TBR | Further revisions to Accommodation Agreement. | 03 | .50 |
| 08/16/07 | TBR | E-mails with J. Glankler regarding revised Accommodation Agreement. | 03 | .40 |
| 08/17/07 | TBR | Review C. Shi e-mail regarding funding note. | 03 | .20 |
| 08/23/07 | TBR | E-mails with J. Glankler regarding Agreements. | 03 | .50 |
| 08/27/07 | TBR | Review revised Accommodation, Access Agreements. | 03 | 1.50 |
| 08/27/07 | TBR | Telephone conference with M. Johnson regarding Agreements. | 03 | .20 |
| 08/27/07 | TBR | Further revisions to Accommodation Agreement. | 03 | .50 |
| 08/28/07 | TBR | E-mails with T. Dunn regarding Agreements. | 03 | .30 |
| 08/28/07 | TBR | E-mails with J. Glankler, T. Noland regarding Agreements. | 03 | .60 |
| 08/28/07 | TBR | Completed revised drafts of Agreements. | 03 | .50 |
| 08/29/07 | TBR | E-mails with T. Noland regarding Agreements. | 03 | .40 |
| 08/30/07 | TBR | Review revised Forbearance Agreement. | 03 | .30 |
| 08/30/07 | TBR | E-mails with T. Noland, J. Glankler regarding Agreements. | 03 | .80 |
| 08/30/07 | TBR | Telephone conference with J. Glankler regarding schedules. | 03 | .20 |
| 08/31/07 | TBR | E-mails with J. Glankler, T. Noland regarding Agreements. | 03 | .50 |
| 08/31/07 | TBR | Telephone conference with M. Johnson regarding Agreements. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


        TOTAL BILLABLE HOURS        23.00

            TOTAL FEES                    7590.00

DISBURSEMENTS:

        Copies                                24.00
                                        ----------
                                            24.00


            TOTAL FEES                        7590.00

            TOTAL DISBURSEMENTS                24.00
                                        ----------
            Matter Total                    7614.00
                                        ==============

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  FISHER, EUGENE R. AND EUGENE R. FISHER, 000115900-0150

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/07 | JEW | Multiple correspondence among plaintiff's counsel and client regarding progress of subpoena compliance and logistical issues. | 10 | .40 |
| 08/06/07 | JEW | Correspondence from plaintiff's attorney concerning remaining schedule for document production. | 10 | .10 |
| 08/06/07 | JEW | Correspondence to client regarding remaining schedule for document production and conditions for releasing copies. | 10 | .10 |
| 08/06/07 | JEW | Review correspondence from plaintiff's counsel regarding the HIPPA release. | 10 | .10 |
| 08/07/07 | JEW | Correspondence from client regarding progress of document production and conditions therefor. | 10 | .10 |
| 08/07/07 | JEW | Correspondence to plaintiff's counsel regarding progression of document production and conditions therefor. | 10 | .20 |
| 08/07/07 | JEW | Correspondence to client advising with respect to completing a limited document production and the limits thereon. | 10 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

| Date | | Description | | |
|---|---|---|---|---|
| 08/17/07 | JEW | Review correspondence from plaintiff's counsel and her proposed terms for the protective order and the method of entry and return correspondence to plaintiff's counsel regarding the same. | 10 | .40 |
| 08/20/07 | JEW | Correspondence from plaintiff's counsel regarding entry of the protective order. | 10 | .10 |
| 08/20/07 | JEW | Review protective order for form and sufficiency. | 10 | .10 |
| 08/20/07 | JEW | Forward protective order to the client. | 10 | .10 |
| 08/20/07 | JEW | Correspondence to the client regarding references to the protective order in documentary legends. | 10 | .10 |
| 08/20/07 | JEW | Correspondence to client recommending the text to be used for produced documents so as to give notice of the terms of the protective order limiting publication of the produced documents. | 10 | .40 |
| 08/20/07 | JEW | Correspondence to plaintiff's counsel acknowledging entry of the protective order and the HIPPA release and advising of the start of the provision of copies of selected documents. | 10 | .20 |
| 08/21/07 | JEW | Correspondence from and to client concerning mechanics and substance of document production. | 10 | .30 |
| 08/21/07 | JEW | Further correspondence to and from client regarding producing documents. | 10 | .20 |

TOTAL BILLABLE HOURS      3.20

TOTAL FEES              972.80

### Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


DISBURSEMENTS:

        Travel Expenses                              219.56
                                                 -----------
                                                    219.56


                        TOTAL FEES                  972.80

                        TOTAL DISBURSEMENTS         219.56
                                                 -----------
                        Matter Total               1192.36
                                                 =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   IDEAL TOOL                              000115900-0151


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/16/07 | TBR | Telephone conference with T. Willingham regarding resourcing. | 03 | .40 |
| 08/17/07 | TBR | Review PWC report. | 03 | 1.00 |
| 08/17/07 | TBR | Telephone conference with T. Willingham, C. Sempel regarding resourcing. | 03 | .50 |
| 08/24/07 | TBR | Telephone conference with T. Willingham regarding resourcing strategy. | 03 | .40 |
| 08/28/07 | TBR | Telephone conferences with T. Willingham regarding resourcing strategy. | 03 | .40 |
| 08/28/07 | TBR | Telephone conference with H. Ligoure, L. Agasse regarding resourcing strategy. | 03 | .20 |

TOTAL BILLABLE HOURS       2.90

TOTAL FEES                      957.00

- - - - - - - - - -

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8353111


                                TOTAL FEES                957.00
                                                   _____

                                Matter Total             957.00
                                                   ================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   2007 PROPERTY TAX APPEAL/AUBURN HILLS    000115900-0152

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/22/07 | CR | Conference calls from and to Bob Arrigo regarding names of appraisers for Auburn Hills property. | 21 | .30 |
| 08/31/07 | CR | Review file re: MTT Orders regarding breakdown of TCV, SEV and TV. | 21 | .50 |

TOTAL BILLABLE HOURS        0.80

TOTAL FEES        260.00

- - - - - - - - - -

TOTAL FEES        260.00

Matter Total        260.00

==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MOLD-EX                                 000115900-0155

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/02/07 | TBR | E-mails with M. Howard regarding Thailand payables. | 03 | .40 |
| 08/13/07 | TBR | Telephone conference and e-mail with M. Howard regarding final payment. | 03 | .50 |
| 08/15/07 | TBR | E-mails with M. Howard regarding Thailand. | 03 | .40 |
| 08/16/07 | TBR | Review and respond to M. Howard e-mail regarding final payment. | 03 | .20 |

TOTAL BILLABLE HOURS        1.50

TOTAL FEES                495.00

- - - - - - - - - -

TOTAL FEES                495.00

Matter Total             495.00

=================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(J.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   UNITED PLASTICS GROUP/UPG                    000115900-0156

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/21/07 | D_S | Drafted email correspondence to J. Derian re status. | 10 | .10 |

TOTAL BILLABLE HOURS        0.10

TOTAL FEES                      24.40

- - - - - - - - - -

TOTAL FEES                      24.40

Matter Total                   24.40

==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48326-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  SWITEC                          000115900-0158


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/07 | HCD | Work on draft Complaint. | 10 | .60 |
| 08/01/07 | HCD | Research re draft complaint. | 10 | .70 |
| 08/01/07 | M_L | Revisions to complaint. | 10 | 8.50 |
| 08/02/07 | HCD | Further revisions and editing to draft Complaint. | 10 | .50 |
| 08/02/07 | M_L | Revise complaint. | 10 | 1.40 |

TOTAL BILLABLE HOURS      11.70

TOTAL FEES          2312.55

DISBURSEMENTS:

Copies                            2.50
                           ----------
                                  2.50

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


TOTAL FEES                          2312.55

TOTAL DISBURSEMENTS                    2.50
                            _____

Matter Total                        2315.05
                            ================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MADISON-KIPP CORPORATION              000115900-0159

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/01/07 | TBR | Telephone conference with M. Olson regarding funding issues, supplemental trade agreement. | 03 | .50 |
| 08/01/07 | TBR | Draft supplemental trade agreement. | 03 | .50 |
| 08/02/07 | TBR | Telephone conference with M. Olson regarding supplemental trade letter agreement. | 03 | .20 |
| 08/02/07 | TBR | Revise letter agreement. | 03 | .40 |
| 08/02/07 | TBR | E-mail to M. Olson regarding revised letter agreement. | 03 | .20 |

TOTAL BILLABLE HOURS        1.80

TOTAL FEES                        594.00

- - - - - - - - - -

TOTAL FEES                        594.00

Matter Total                    594.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

September 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  SIRVA                                    000115900-0161

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/22/07 | TBR | Conferences with K. Pilat regarding review and analysis of Supplier Agreement. | 03 | .50 |
| 08/22/07 | K P | Review client agreement with Sirva. | 03 | .50 |
| 08/22/07 | K P | Meeting with Radom regarding liability. | 03 | .50 |
| 08/28/07 | K P | Discuss liability with Radom. | 03 | .30 |
| 08/28/07 | K P | Review client e-mail and agreement. | 03 | .30 |

TOTAL BILLABLE HOURS        2.10

TOTAL FEES                485.00

- - - - - - - - - -

TOTAL FEES                485.00

Matter Total                485.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   ROCKFORD PRODUCTS CORPORATION          000115900-0162


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/17/07 | TBR | Conference call with Delphi Team regarding Supplier Guarantee letter. | 03 | .50 |
| 08/17/07 | TBR | Telephone conference with M. Khambati, attorney for Rockford, regarding guarantee issues. | 03 | .50 |
| 08/17/07 | TBR | Telephone conference with Craig B., Silverman, regarding Guarantee letter. | 03 | .30 |
| 08/17/07 | TBR | Telephone conference with L. Agasse regarding Guarantee issues. | 03 | .20 |


TOTAL BILLABLE HOURS        1.50

TOTAL FEES                        495.00

- - - - - - - - - -


TOTAL FEES                        495.00

Matter Total                      495.00
=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   INTEC GROUP                                  000115900-0163


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/02/07 | TBR | E-mails with Delphi Team regarding Amherst, strategy on funding. | 03 | .60 |
| 08/03/07 | TBR | Review A-3 report. | 03 | .40 |
| 08/07/07 | TBR | Review report on troubled supplier. | 03 | .50 |
| 08/07/07 | TBR | Conference call with Delphi Team, Amherst regarding FTS issues and strategy. | 03 | 1.00 |
| 08/07/07 | TBR | Telephone conference with M. Johnson regarding funding. | 03 | .30 |

TOTAL BILLABLE HOURS        2.80

TOTAL FEES              924.00

- - - - - - - - - -


TOTAL FEES              924.00

Matter Total           924.00
==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8353111

September 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  ANDERSON DIE CAST

000115900-0164

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/20/07 | TBR | Telephone conferences with T. Willingham regarding background. | 03 | .20 |

TOTAL BILLABLE HOURS        0.20

TOTAL FEES        66.00

- - - - - - - - - -

TOTAL FEES        66.00

Matter Total        66.00

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8353111

September 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  GDX AUTOMOTIVE                                    000115900-0165

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 08/20/07 | TBR | Telephone conference with T. Willingham regarding background. | 03 | .20 |
| 08/28/07 | TBR | Telephone conference with T. Willingham regarding price increase, bank build. | 03 | .20 |
| 08/29/07 | TBR | Draft letter agreement. | 03 | 1.50 |
| 08/29/07 | TBR | E-mails with T. Willingham regarding letter agreement. | 03 | .40 |
| 08/30/07 | TBR | Review modified pricing. | 03 | .30 |
| 08/30/07 | TBR | Revisions to letter agreement. | 03 | .40 |
| 08/30/07 | TBR | E-mails with Delphi Team regarding letter agreement. | 03 | .60 |
| 08/31/07 | TBR | E-mails with A. Macrino regarding letter agreement. | 03 | .40 |

TOTAL BILLABLE HOURS      4.00

TOTAL FEES                1320.00

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    September 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8353111


TOTAL FEES                          1320.00
                              ─────────────

Matter Total                        1320.00
                              ==============