# EXHIBIT F
## (Part 6 of 6)

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

Thomas B. Radom
248 258 1413
radom@butzel.com

Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
T: 248 258 1616  F: 248 258 1439
**butzel.com**

October 23, 2007

**VIA ELECTRONIC MAIL**

To:    David Sherbin, Esq., Delphi Corp.
       Mr. John D. Sheehan., Delphi Corp.
       Ms. Michele M. Piscitelli, Delphi Corp.
       John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
       Alicia M. Leonhard, Esq., Office of the United States Trustee
       Robert J. Rosenberg, Esq., Latham & Watkins, LLP
       Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
       Donald Bernstein, Esq., Davis Polk & Wardell
       Ms. Valeria Venable, GE Plastics, Americas

Re:    Delphi Corporation, et al.
       Case No. 05-44481 (RDD)
       Jointly Administered

Dear Ladies and Gentlemen:

Pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered by the Bankruptcy Court in the above-referenced chapter 11 cases on November 4, 2005 (the "Order"), and thereafter amended, enclosed please find the Monthly Fee Statement (the "Fee Statement") of Butzel Long for services rendered as commercial and litigation counsel to Delphi Corporation and expenses incurred in connection with those services from September 1, 2007 through September 30, 2007 (the "Fee Statement Period"). We have also enclosed, in detail, a description of the services rendered by Butzel Long to Delphi Corporation and a listing of the related expenses.

In accordance with the Order, Butzel Long is requesting payment of 80% of its fees and 100% of its expenses at this time, with the remaining 20% of fees subject to the approval of the Bankruptcy Court in a quarterly fee application. Specifically, Butzel Long is requesting $38,249.44 in fees (i.e. 80% of $47,811.80) and $4,735.84 in expenses, for a total of $42,985.28 in fees and expenses for the Fee Statement Period.

Detroit  Bloomfield Hills  Ann Arbor  Lansing  Holland  Boca Raton  Washington D.C.  *Alliance Offices*  Beijing  Shanghai  *Member Lex Mundi*

October 23, 2007
Page 2

Please do not hesitate to contact me if you have any questions.

Yours truly,

Thomas B. Radom

TBR/kvg
Enclosures

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**butzel.com**

October 23, 2007

To:    David Sherbin, Esq., Delphi Corp.
Mr. John D. Sheehan., Delphi Corp.
Ms. Michele M. Piscitelli, Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
Donald Bernstein, Esq., Davis Polk & Wardell
Ms. Valeria Venable, GE Plastics, Americas

### Summary of Total Billable Hours by Category
### for the Period September 1, 2007 through September 30, 2007

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 125.90 | $38,504.20 |
| Employee Benefits/Pensions | 8.50 | $2,167.50 |
| Litigation | 25.40 | $6,587.60 |
| Tax Issues | 1.70 | $552.50 |
| Totals: | **161.50** | **$47,811.80** |

## Summary of Disbursements
### for the Period September 1, 2007 through September 30, 2007

| Disbursement | Amount |
|---|---|
| Copies | $30.40 |
| Digital Reproduction | $226.50 |
| Professional Service – Other Counsel:<br>Vendor:  Ducharme Fox, LLP | $4,381.97 |
| Document Copy Charges | $13.44 |
| Telephone Charges | $83.53 |
| Totals: | **$4,735.84** |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period September 1, 2007 through September 30, 2007

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 93.80 | $30,954.00 |
| Matthew Wilkins | Shareholder | 1983 | $330.00 | 2.70 | $891.00 |
| Carl Rashid, Jr. | Shareholder | 1974 | $325.00 | 1.70 | $552.50 |
| James E. Wynne | Shareholder | 1975 | $304.00 | 11.30 | $3,435.20 |
| Max Newman | Sr. Attorney | 1994 | $260.00 | .30 | $78.00 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 8.50 | $2,167.50 |
| Robert T. Wilson | Shareholder | 1999 | $248.00 | 8.20 | 2,033.60 |
| Daniel J. Dulworth | Shareholder | 1988 | $244.00 | 1.60 | $390.40 |
| Marcus A. Williams | Associates | 1997 | $240.00 | 4.60 | $1,104.00 |
| Susan L. Johnson | Sr. Attorney | 1984 | $236.00 | 13.60 | $3,209.60 |
| Maureen T. Taylor | Shareholder | 1997 | $220.00 | 12.20 | $2,684.00 |
| **Paralegals** | | | | | |
| Leonor Hendricksen | Paralegal | | $104.00 | 3.00 | $312.00 |
| Grand Total: | | | | **161.50** | **$47,811.80** |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   TOWER AUTOMOTIVE, INC.                  000115900-0074


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/26/07 | TBR | Review papers regarding filing administrative expense claim. | 03 | .20 |
| 09/26/07 | TBR | E-mail to G. Lee regarding Tower papers. | 03 | .20 |

TOTAL BILLABLE HOURS        0.40

TOTAL FEES                         132.00

- - - - - - - - - -

TOTAL FEES                         132.00

Matter Total                      132.00
===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8358335

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  EMPLOYMENT SECONDMENT                 000115900-0078

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/05/07 | C_G | Review of documents from Jodi Gushen on the Martinez Charge. | 06 | .30 |
| 09/07/07 | C_G | Reviewed and prepared supplemental documents for Investigator Calhoun on the Martinez Charge. | 06 | 1.40 |
| 09/10/07 | C_G | Call to Bob Berg regarding Mendoza charge. | 06 | .10 |
| 09/17/07 | C_G | Reviewed Thomas Charge of Discrimination and the EEOC's request for information; call to Mary Miller to start the investigation. | 06 | .40 |
| 09/17/07 | C_G | Drafted the Position Statement on the Medoza Charge; e-mailed the draft Position Statement to Jeff Peterson for his review. | 06 | 1.30 |
| 09/19/07 | C_G | Filed position statement on the Mendoza Charge. | 06 | .10 |
| 09/19/07 | C_G | Reviewed documents from Mary Miller on the Thomas Charge; call to Mary Miller for follow-up information. | 06 | 1.00 |
| 09/24/07 | C_G | Drafted extension letter on the Thomas Charge of Discrimination. | 06 | .30 |
| 09/27/07 | C_G | Started drafting position statement for Thomas Charge of Discrimination. | 06 | 3.60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8358335


          TOTAL BILLABLE HOURS           8.50

                  TOTAL FEES                 2167.50

DISBURSEMENTS:

        Copies                                        14.70
                                                 - - - - - - - - - -
                                                      14.70


                  TOTAL FEES                        2167.50

                  TOTAL DISBURSEMENTS               14.70

                  Matter Total                      2182.20
                                                 ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  POST BANKRUPTCY GENERAL               000115900-0100


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/07/07 | TBR | E-mails and telephone conference with C. Brown regarding Laneko. | 03 | .60 |
| 09/07/07 | TBR | Review file regarding Settlement Agreement. | 03 | .30 |
| 09/07/07 | TBR | E-mail to L. Agasse regarding Settlement Agreement. | 03 | .20 |
| 09/10/07 | TBR | Review docket, Chapter 11 Plan regarding Michner Plating. | 03 | 1.00 |
| 09/10/07 | TBR | E-mail to A. Perry regarding status of Chapter 11 case. | 03 | .30 |
| 09/11/07 | TBR | E-mails and telephone conference with A. Perry regarding Michner Plating. | 03 | 1.00 |
| 09/12/07 | TBR | E-mails and telephone conference with A. Perry regarding Michner. | 03 | .50 |
| 09/12/07 | TBR | Further review of Debtor's schedules. | 03 | .30 |
| 09/13/07 | TBR | Conference call with A. Perry, M. Everett regarding Michner. | 03 | .40 |
| 09/13/07 | TBR | E-mail to A. Perry regarding Michner. | 03 | .20 |
| 09/13/07 | TBR | Review string e-mails regarding Michner. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335

| | | | | |
|---|---|---|---|---|
| 09/18/07 | TBR | E-mails with K. Craft regarding Total Travel management. | 03 | .20 |
| 09/18/07 | TBR | Telephone conference with D. Miller regarding Total Travel. | 03 | .20 |
| 09/18/07 | TBR | E-mail with K. Craft regarding Michner. | 03 | .20 |
| 09/26/07 | TBR | E-mail to M. Everett regarding Neff professionals. | 03 | .20 |

TOTAL BILLABLE HOURS        5.80

TOTAL FEES                   1914.00

DISBURSEMENTS:

    Copies                                    3.90
                                             ----------
                                                  3.90

TOTAL FEES                              1914.00

TOTAL DISBURSEMENTS                       3.90
                                    ---------------
Matter Total                           1917.90
                                    ===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   CENTRAL STATES PRECISION GRIDING, INC.   000115900-0111

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/18/07 | MEW | Telephone from Michael Hartley regarding double payment issue. | 03 | .20 |
| 09/18/07 | MEW | Review matter background. | 03 | .20 |
| 09/27/07 | MEW | Discuss with M. Hartley. | 03 | .50 |
| 09/27/07 | MEW | Review file, Archambault correspondence relating to double payment of $100,000. | 03 | 1.00 |

TOTAL BILLABLE HOURS        1.90

TOTAL FEES              627.00

- - - - - - - - - -

TOTAL FEES              627.00

Matter Total            627.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                  October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  DELPHI CORPORATION VS. SEGWAY, INC.      000115900-0112

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/07/07 | D D | Receipt and review of Notice of Adjournment of Hearing on Motion to Remand. | 10 | .20 |
| 09/07/07 | D D | Telephone conferences with Court regarding adjournment of hearing on Motion to Remand. | 10 | .30 |
| 09/07/07 | D D | Telephone conferences with opposing counsel regarding adjournment of hearing on Motion to Remand. | 10 | .40 |
| 09/07/07 | D D | E-mail from/to opposing counsel regarding adjournment of hearing on Motion to Remand. | 10 | .20 |
| 09/10/07 | D D | Receipt and review of Re-Notice of Hearing on Motion to Remand for October 11, 2007. | 10 | .20 |
| 09/10/07 | D D | E-mail to/from Jim Derian regarding hearing date for Motion to Remand. | 10 | .30 |
| 09/10/07 | M N | Review and e-mail regarding impact of Delphi Plan on Segway claim. | 10 | .30 |

TOTAL BILLABLE HOURS      1.90

TOTAL FEES          468.40

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


DISBURSEMENTS:

      Copies                                     3.30
                                        - - - - - - - - - -
                                          3.30


              TOTAL FEES                    468.40

              TOTAL DISBURSEMENTS              3.30

              Matter Total                  471.70
                                 =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DANA CORPORATION                    000115900-0116


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/04/07 | TBR | Review claims objection, client papers. | 03 | .60 |
| 09/04/07 | TBR | E-mail to S. Snell regarding claims objection. | 03 | .30 |

TOTAL BILLABLE HOURS        0.90

TOTAL FEES              297.00

- - - - - - - - - -

TOTAL FEES              297.00

Matter Total            297.00
=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  ORIS AUTOMOTIVE PARKS AL, LTD.        000115900-0117


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/13/07 | TBR | Review file regarding update. | 03 | .20 |
| 09/13/07 | TBR | E-mails with M. Wilkins regarding new assignment. | 03 | .30 |
| 09/14/07 | MEW | Review Disclosure Statement and Plan. | 03 | .60 |
| 09/14/07 | MEW | Email to Sean Corcoran with recommendation on voting. | 03 | .20 |

TOTAL BILLABLE HOURS       1.30

TOTAL FEES              429.00

- - - - - - - - - -


TOTAL FEES              429.00

Matter Total          429.00

=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  CEP PRODUCTS                              000115900-0119

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/05/07 | TBR | E-mail to A. Perry regarding claims status. | 03 | .30 |
| 09/17/07 | TBR | E-mail to L. Agasse regarding post petition claims. | 03 | .50 |
| 09/17/07 | TBR | Review CEP Plan, Disclosure Statement, Confirmation Order. | 03 | 1.00 |
| 09/17/07 | TBR | Telephone conference with S. Seewer regarding Letter Agreement. | 03 | .30 |
| 09/17/07 | TBR | Review DIP Order, Customer Agreement regarding letter agreement. | 03 | .50 |
| 09/18/07 | TBR | Review Seewer e-mail regarding revised letter agreement. | 03 | .20 |
| 09/20/07 | TBR | Review Freedlander e-mail regarding BBK Trust settlement. | 03 | .20 |
| 09/20/07 | TBR | E-mail to S. Seewer, M. Hammer regarding BBK Trust settlement. | 03 | .20 |
| 09/26/07 | TBR | Review final draft of Settlement Agreement regarding BBK Trust. | 03 | .20 |
| 09/26/07 | TBR | E-mail to Delphi Team regarding Settlement Agreement. | 03 | .50 |

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335

| 09/26/07 | TBR | Review T. Willingham e-mail regarding Settlement Agreement. | 03 | .20 |
| 09/26/07 | TBR | Telephone conference with B. Kelleher regarding Parker Hannifin. | 03 | .40 |
| 09/27/07 | TBR | Telephone conference and e-mail with A. Perry regarding Parker Hannifin. | 03 | .40 |

                    TOTAL BILLABLE HOURS        4.90

                         TOTAL FEES          1617.00

DISBURSEMENTS:

        Copies                                    14.10
                                            -----------
                                                  14.10


                    TOTAL FEES                  1617.00

                    TOTAL DISBURSEMENTS           14.10

                    Matter Total               1631.10
                                            ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  TENATRONICS LTD.                    000115900-0126


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/05/07 | TBR | Telephone conference with L. Ellis regarding premium freight, case status. | 03 | .50 |
| 09/06/07 | TBR | Telephone conference and e-mails with L. Agasse regarding DIP Loan. | 03 | .60 |
| 09/06/07 | TBR | Letter and e-mail to L. Ellis regarding DIP Loan. | 03 | .60 |

                TOTAL BILLABLE HOURS       1.70

                     TOTAL FEES                561.00

                                          - - - - - - - - - -


                     TOTAL FEES                561.00

                     Matter Total             561.00
                                          ==============

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   QC ONICS                              000115900-0128


DISBURSEMENTS:

        Copies                                     1.20
                                               ------------
                                                   1.20
                     TOTAL DISBURSEMENTS            1.20
                                               ------------
                     Matter Total                  1.20
                                               ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   INTERIOR GROUP SALE                 000115900-0130


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/05/07 | L H | Reviewed e-mails and attachments from Delphi regarding closures/interiors of MSPA. | 03 | 1.00 |
| 09/05/07 | L H | Office conference with Susan Johnson re: Section 4.14 of MSPA. | 03 | .50 |
| 09/05/07 | SJ | Follow up on request to update environmental disclosure schedule. | 03 | .30 |
| 09/07/07 | L H | Reviewed the Environmental Matters of the MSPA for the preparation of Disclosure Chart regarding Section 4.14. | 03 | 1.30 |
| 09/07/07 | L H | Office conference with Susan Johnson re: Section 4.14 of MSPA. | 03 | .20 |
| 09/07/07 | SJ | Follow up with Mark Hester and plant personel regarding PH issue. | 03 | .30 |
| 09/07/07 | SJ | Call with Ed Ruhl and Steve Chapman regarding Troy lease concerns. | 03 | .40 |
| 09/07/07 | SJ | Follow up with Renco attorney Scott Hubbard regarding limits of leased premises. | 03 | .30 |
| 09/07/07 | SJ | Follow up with Michael Gordon, Renco attorney, regarding question on Cottondale facility. | 03 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO. :    8358335

| Date | | Description | | |
|---|---|---|---|---|
| 09/07/07 | SJ | Follow up with Paula Bond on additions to the data room. | 03 | .30 |
| 09/10/07 | SJ | Work on updating disclosure schedule. | 03 | .80 |
| 09/10/07 | SJ | Follow up communications with S. Chapman regarding Renco inquiry of Cottondale plant personnel and data room completeness. | 03 | .40 |
| 09/13/07 | SJ | Calls with Scott Hubbard regarding MSPA and Troy lease agreements. | 03 | .60 |
| 09/13/07 | SJ | Follow up with M. Hester and P. Bond with proposed language for disclosure schedule. | 03 | .60 |
| 09/13/07 | SJ | Work on revisions to Troy Lease and disclosure schedule. | 03 | 3.50 |
| 09/14/07 | SJ | Work on revisions to environmental sections of MSPA. | 03 | 2.50 |
| 09/14/07 | SJ | Conference call with Mark Hester, Dan Bicknell and Steve Chapman regarding Troy lease. | 03 | .40 |
| 09/14/07 | SJ | Revise Troy Sublease. | 03 | 1.80 |
| 09/17/07 | SJ | Review and comment on Renco changes to section 11.4.2 E of MSPA. | 03 | .40 |
| 09/24/07 | SJ | Call with Dan Bicknell regarding Troy lease. | 03 | .10 |
| 09/24/07 | SJ | Conference call with C. Comerford and S. Chapman regarding leases. | 03 | .60 |

TOTAL BILLABLE HOURS        16.60

TOTAL FEES          3521.60

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


DISBURSEMENTS:

        Copies                                    108.90
        Telephone Charges                          83.53
                                              ------------
                                                   192.43


                    TOTAL FEES                    3521.60

                    TOTAL DISBURSEMENTS            192.43
                                              ------------
                    Matter Total                 3714.03
                                              ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8358335

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  ACCESS ELECTRONICS, INC.            000115900-0139

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/04/07 | TBR | Continued review of draft loan documents. | 03 | 1.00 |
| 09/04/07 | TBR | Work on and complete draft Accommodation Agreement. | 03 | 1.50 |
| 09/04/07 | TBR | E-mail to K. Katsma regarding Accommodation Agreement. | 03 | .20 |
| 09/05/07 | TBR | Telephone conference with K. Katsma regarding Agreements. | 03 | .20 |
| 09/05/07 | TBR | Telephone conference with M. Olson regarding proposed payment on debt. | 03 | .20 |
| 09/05/07 | TBR | Worked on revisions to Agreement. | 03 | 2.00 |
| 09/05/07 | TBR | E-mail to M. Olson regarding Intercreditor Agreement. | 03 | .20 |
| 09/06/07 | TBR | E-mails with M. Olson regarding Intercreditor Agreement. | 03 | .40 |
| 09/06/07 | TBR | E-mail and telephone conference with K. Katsma regarding revised Guaranty. | 03 | .40 |
| 09/06/07 | TBR | E-mail to M. Boyce regarding Intercreditor Agreement. | 03 | .20 |
| 09/07/07 | TBR | Telephone conference and e-mails with K. Katsma regarding Agreements. | 03 | .70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384383)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335

| Date | By | Description | | |
|------|------|-------------|------|------|
| 09/07/07 | TBR | Review Yazaki changes to Agreements. | 03 | .50 |
| 09/07/07 | TBR | E-mail to M. Olson regarding Agreements. | 03 | .20 |
| 09/07/07 | TBR | Review offshore agreement. | 03 | .50 |
| 09/07/07 | TBR | E-mail to M. Olson regarding offshore agreement. | 03 | .20 |
| 09/07/07 | TBR | Telephone conference with M. Boyce regarding loan agreement. | 03 | .20 |
| 09/10/07 | TBR | Review revised Guaranty, Accommodation Agreement. | 03 | .50 |
| 09/10/07 | TBR | Review offshore letter amendment. | 03 | .20 |
| 09/10/07 | TBR | E-mails with M. Olson regarding Agreements. | 03 | .40 |
| 09/11/07 | TBR | Telephone conference with M. Boyce regarding Intercreditor Agreement. | 03 | .40 |
| 09/11/07 | TBR | E-mail to M. Olson regarding Agreements. | 03 | .40 |
| 09/11/07 | TBR | Review Mexican Inventory Trial Balance. | 03 | .20 |
| 09/11/07 | TBR | E-mail to K. Katsma regarding Mexican Inventory. | 03 | .20 |
| 09/11/07 | TBR | Research regarding excess cash flow definition. | 03 | .70 |
| 09/12/07 | TBR | Telephone conference and e-mails with M. Williams regarding excess cash flow. | 03 | .50 |
| 09/12/07 | MAW | Office conference with T. Radom regarding definition of excess cash flow. | 03 | .50 |
| 09/13/07 | TBR | E-mails with M. Olson regarding update from Bank. | 03 | .40 |
| 09/13/07 | TBR | E-mails with M. Boyce regarding Agreements. | 03 | .40 |
| 09/13/07 | TBR | E-mails with K. Katsma regarding Agreements. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/14/07 | TBR | Draft Access and Security Agreement. | 03 | 1.00 |
| 09/14/07 | TBR | E-mail to K. Katsma regarding Access Agreement. | 03 | .20 |
| 09/14/07 | TBR | E-mail to M. Boyce regarding Inventory Purchase Agreement. | 03 | .20 |
| 09/17/07 | TBR | Telephone conference with M. Olson regarding status of Agreements. | 03 | .20 |
| 09/17/07 | TBR | Telephone conference with K. Katsma regarding Agreements. | 03 | .20 |
| 09/17/07 | TBR | Review Bank Agreements. | 03 | 1.00 |
| 09/18/07 | TBR | E-mails with attorney for Access, Bank, YNA regarding Agreements. | 03 | .60 |
| 09/18/07 | TBR | Revisions to Intercreditor Agreement Guaranty. | 03 | 1.00 |
| 09/18/07 | TBR | Reviewed Offshore Agreement, legal issues regarding same. | 03 | 1.30 |
| 09/18/07 | TBR | Review YNA's comments to Accommodation Agreement. | 03 | .50 |
| 09/18/07 | TBR | Conference call with attorneys for Bank, YNA, Access regarding Agreements. | 03 | .80 |
| 09/18/07 | RTW | Conference with Thomas Radom regarding preparation of Security Agreement, Secured Promissory Note and UCC Financing Statement; attention to review of Inter-creditor Agreement; attention to preparation of Security Agreement. | 03 | 2.90 |
| 09/19/07 | TBR | Telephone conference with M. Williams regarding Intercreditor Agreement. | 03 | .30 |
| 09/19/07 | TBR | Conference with B. Wilson regarding Note, Security Agreement. | 03 | .30 |
| 09/19/07 | TBR | Review and revise Note, Security Agreement. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8358335

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 09/19/07 | TBR | E-mails with J. Hanusa regarding Draw Term Loan. | 03 | .40 |
| 09/19/07 | RTW | Further attention to drafts of Security Agreement, Promissory Note and Financing Statement; communications to Thomas Radom re: same. | 03 | 3.70 |
| 09/19/07 | MAW | Review, editing and revision of Intercreditor Agreement; Office conference with T. Radom regarding same. | 03 | 3.30 |
| 09/20/07 | TBR | Review revised Guaranty. | 03 | .30 |
| 09/20/07 | TBR | E-mails with J. Hanusa regarding Draw Term Loan. | 03 | .30 |
| 09/20/07 | TBR | Telephone conference with M. Olson regarding status. | 03 | .20 |
| 09/20/07 | TBR | E-mail to K. Katsma regarding Guaranty. | 03 | .20 |
| 09/20/07 | TBR | Conference with B. Wilson regarding Note, Security Agreement. | 03 | .20 |
| 09/20/07 | TBR | E-mail to A. Tabangay, M. Boyce regarding Note, Security Agreement. | 03 | .20 |
| 09/20/07 | RTW | Consultations with Thomas Radom regarding revisions to Security Agreement and Promissory Note; attention to same. | 03 | 1.30 |
| 09/21/07 | TBR | Telephone conference and e-mail with M. Williams regarding Intercreditor Agreement. | 03 | .40 |
| 09/21/07 | TBR | E-mails with Boyce, Tabangay, Katsma regarding Agreements. | 03 | .80 |
| 09/21/07 | TBR | Telephone conference with M. Olson regarding Intercreditor Agreement. | 03 | .30 |
| 09/21/07 | TBR | Telephone conference with M. Boyce regarding Intercreditor Agreement. | 03 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/21/07 | MAW | Phone conference with T. Radom regarding Intercreditor Agreement. | 03 | .50 |
| 09/24/07 | TBR | Worked on revisions to Agreements. | 03 | 3.50 |
| 09/24/07 | TBR | Telephone conference and e-mail with K. Katsma regarding Agreement revisions. | 03 | .60 |
| 09/24/07 | TBR | Telephone conference with M. Boyce regarding Agreement revisions. | 03 | .20 |
| 09/24/07 | TBR | E-mails with A. Tabangay regarding Agreement revisions. | 03 | .40 |
| 09/24/07 | TBR | Telephone conferences with M. Olson regarding Agreement issues. | 03 | .50 |
| 09/24/07 | TBR | Telephone conference with M. Williams regarding Intercreditor Agreement. | 03 | .30 |
| 09/24/07 | MAW | Phone conference with T. Radom regarding Intercreditor Agreement. | 03 | .30 |
| 09/25/07 | TBR | Review comments to Note and Security Agreement. | 03 | .50 |
| 09/25/07 | TBR | E-mail to M. Olson, L. Agasse regarding Note, Security Agreement. | 03 | .20 |
| 09/25/07 | TBR | Telephone conference with L. Agasse regarding Note. | 03 | .20 |
| 09/25/07 | TBR | Conference calls with M. Boyce, A. Tabangay regarding Agreements. | 03 | 1.80 |
| 09/25/07 | RTW | Attention to revised drafts of Promissory Note and Security Agreement showing comments by Access Electronics to the same. | 03 | .30 |
| 09/26/07 | TBR | E-mails and telephone conferences with K. Katsma regarding Agreements. | 03 | .70 |
| 09/26/07 | TBR | E-mails and telephone conferences with M. Boyce regarding Agreements. | 03 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/26/07 | TBR | E-mails and telephone conferences with M. Olson regarding Agreement issues, initial payout on Delphi debt. | 03 | .70 |
| 09/26/07 | TBR | Review Hanchett e-mail regarding uses of loan proceeds. | 03 | .20 |
| 09/26/07 | TBR | Review revised Loan Agreement with Citizens. | 03 | 1.00 |
| 09/26/07 | TBR | E-mails with A. Tabangay regarding Agreements. | 03 | .50 |
| 09/26/07 | TBR | Further revisions to Agreements. | 03 | 1.60 |
| 09/26/07 | TBR | E-mails with J. Hanusa regarding Midwest payout. | 03 | .40 |
| 09/27/07 | TBR | Telephone conference with A. Perry regarding interest rate. | 03 | .20 |
| 09/27/07 | TBR | Telephone conferences with attorneys for Midwest Bank, Access regarding Assignment of Note. | 03 | .70 |
| 09/27/07 | TBR | Conference call with Access, Citizens, YNA attorneys and representatives regarding finalizing Agreements. | 03 | .70 |
| 09/27/07 | TBR | Worked on finalizing Agreements. | 03 | 1.80 |
| 09/27/07 | TBR | Telephone conferences with M. Olson regarding borrowing base. | 03 | .50 |
| 09/27/07 | TBR | Review Borrowing Base certificate. | 03 | .20 |
| 09/27/07 | TBR | E-mails to Delphi Team regarding closing transaction. | 03 | .60 |
| 09/27/07 | TBR | Telephone conferences with M. Boyce regarding Agreements. | 03 | .50 |
| 09/27/07 | TBR | Telephone conferences with A. Tabangay regarding Agreements. | 03 | 1.30 |
| 09/28/07 | TBR | Completed Agreements and closing. | 03 | 1.50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335

| Date | | Description | | |
|------|---|---|---|---|
| 09/28/07 | TBR | E-mails and telephone conferences with Delphi Team regarding signing Agreements. | 03 | 1.00 |
| 09/28/07 | TBR | Telephone conferences and e-mails with A. Tabangay regarding completing Agreements. | 03 | 1.50 |
| 09/28/07 | TBR | Telephone conferences and e-mails with J. Hanusa regarding Assignment. | 03 | .80 |
| 09/28/07 | TBR | Telephone conferences and e-mails with M. Boyce regarding completing Agreements and closing. | 03 | 1.00 |

              TOTAL BILLABLE HOURS        64.10

                 TOTAL FEES                    20066.60

DISBURSEMENTS:

        Copies                              71.60
                                          - - - - - - - - - -
                                              71.60


             TOTAL FEES                       20066.60

             TOTAL DISBURSEMENTS                  71.60
                                          _____
             Matter Total                     20138.20
                                          ===============

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MICHIGAN SPRING AND STAMPING          000115900-0142


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/07/07 | JEW | Conference with opposing attorney concerning ongoing discovery and the concept of settlement. | 10 | .30 |
| 09/07/07 | MTT | Telephone call with opposing counsel  and J. Wynne regarding status of document production. | 10 | .40 |
| 09/07/07 | MTT | Review e-mails from opposing counsel attaching document production. | 10 | .40 |
| 09/10/07 | JEW | Correspondence to client reporting the outcome of discussions with opposing attorneys regarding settlement. | 10 | .20 |
| 09/11/07 | JEW | Correspondence from client regarding commencement of settlement negotiations and instructions for same. | 10 | .10 |
| 09/11/07 | JEW | Correspondence to opposing attorney and client regarding commencement of settlement negotiations. | 10 | .40 |
| 09/11/07 | MTT | Review communications with opposing counsel regarding potential for settlement discussions. | 10 | .10 |
| 09/12/07 | MTT | Continue review/analyze documents produced by PPG. | 10 | 3.20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8358335

| Date | Init | Description | | Hours |
|------|------|-------------|---|-------|
| 09/17/07 | MTT | Continue review/analyze documents produced by PPG. | 10 | 1.50 |
| 09/18/07 | MTT | Continue review/analyze of documents produced by PPG. | 10 | 4.10 |
| 09/21/07 | MTT | Continue review/analysis of PPG document production. | 10 | .80 |
| 09/25/07 | JEW | Review and analyze defendant's document production emphasizing technical information. | 10 | 6.00 |
| 09/25/07 | JEW | Collaboration and comparison of notes with Maureen Taylor regarding assessments of defendant's document production and possible motion to compel. | 10 | .50 |
| 09/25/07 | JEW | Correspondence to client regarding softness issues in 2004 and material suppliers and certifications at that time. | 10 | .50 |
| 09/25/07 | JEW | Correspondence to client regarding coordination of litigation activity with settlement activity. | 10 | .40 |
| 09/25/07 | MTT | Meet with J. Wynne regarding PPG document production issues. | 10 | .50 |
| 09/26/07 | JEW | Additional evaluation and work with defendant's document production to build and fill in sequencing of events. | 10 | 2.50 |
| 09/26/07 | MTT | Work on draft letter to opposing counsel regarding deficiencies in production. | 10 | 1.20 |

TOTAL BILLABLE HOURS        23.10

TOTAL FEES              5997.60

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


DISBURSEMENTS:

        Copies                                    19.60
                                              ----------
                                                  19.60


                    TOTAL FEES                  5997.60

                    TOTAL DISBURSEMENTS           19.60
                                              ------------

                    Matter Total               6017.20
                                              ==============

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  KINPO GROUP                                   000115900-0144


DISBURSEMENTS:

        Document Copy Charges                      13.44
                                                  -----------
                                                   13.44

                        TOTAL DISBURSEMENTS         13.44
                                                  _____
                        Matter Total               13.44
                                                  ===========

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  WREN INDUSTRIES                    000115900-0147


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/04/07 | TBR | Review status of Agreements. | 03 | .20 |
| 09/04/07 | TBR | Revise Accommodation Agreement. | 03 | .20 |
| 09/04/07 | TBR | E-mail to T. Noland, J. Glankler regarding Accommodation Agreement. | 03 | .20 |
| 09/05/07 | TBR | E-mail to Noland, Glankler regarding Agreements. | 03 | .20 |
| 09/07/07 | TBR | E-mails with T. Noland, J. Glankler regarding Agreements. | 03 | .50 |
| 09/07/07 | TBR | E-mails with T. Noland, J. Glankler regarding Agreements. | 03 | .40 |
| 09/10/07 | TBR | Telephone conference with C. Archambault regarding status of Agreements. | 03 | .20 |
| 09/10/07 | TBR | E-mail to Delphi Team regarding status of Agreements. | 03 | .20 |
| 09/10/07 | TBR | Review status of signature pages to Agreements. | 03 | .40 |
| 09/10/07 | TBR | E-mails with T. Noland regarding Bank signature pages. | 03 | .40 |
| 09/11/07 | TBR | Review correspondence from T. Noland regarding Agreements. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8358335

| | | | | |
|---|---|---|---|---|
| 09/12/07 | TBR | E-mails with T. Noland regarding Forbearance Agreement. | 03 | .40 |
| 09/13/07 | TBR | Review signed Forbearance Agreement. | 03 | .30 |
| 09/13/07 | TBR | E-mail to Noland, Glankler regarding signed Agreements. | 03 | .20 |
| 09/13/07 | TBR | E-mail to Delphi Team regarding Agreements. | 03 | .50 |

                    TOTAL BILLABLE HOURS      4.50

                         TOTAL FEES              1485.00

DISBURSEMENTS:

       Copies                                      6.90
                                              ----------
                                                    6.90


                    TOTAL FEES                  1485.00

                    TOTAL DISBURSEMENTS             6.90
                                              _____

                    Matter Total              1491.90
                                              =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8358335

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  FISHER, EUGENE R. AND EUGENE R. FISHER, 000115900-0150

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/17/07 | JEW | Review and comment on correspondence proposed by client concerning conditions to be met for subpoena compliance. | 10 | .20 |
| 09/28/07 | JEW | Correspondence from, to and from client regarding status and completion of subpoena compliance. | 10 | .20 |

TOTAL BILLABLE HOURS          0.40

TOTAL FEES          121.60

- - - - - - - - - -

TOTAL FEES          121.60

Matter Total          121.60

==============

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  IDEAL TOOL                              000115900-0151


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/04/07 | TBR | Prepare for and participate in conference call with T. Willingham, J. McLaren regarding meeting strategy. | 03 | 1.50 |
| 09/06/07 | TBR | Telephone conference with T. Willingham regarding results of meeting with supplier. | 03 | .30 |
| 09/10/07 | TBR | Review H. Ligoure e-mail regarding September 11 conference call. | 03 | .20 |
| 09/11/07 | TBR | Conference call with Delphi Team regarding action items. | 03 | 1.00 |
| 09/11/07 | TBR | Telephone conference with M. Johnson regarding prepetition payment. | 03 | .20 |
| 09/14/07 | TBR | Review conference call agenda. | 03 | .20 |
| 09/14/07 | TBR | Conference call with Delphi Team regarding action items. | 03 | 1.00 |
| 09/18/07 | TBR | Conference call with Delphi Team regarding action items. | 03 | .70 |
| 09/18/07 | TBR | E-mail to H. Liguore regarding Bank build. | 03 | .20 |
| 09/18/07 | TBR | Telephone conference with H. Liguore regarding Bank build. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8358335


TOTAL BILLABLE HOURS          5.50

        TOTAL FEES                    1815.00

                                    - - - - - - - - - -


        TOTAL FEES                    1815.00

            Matter Total              1815.00
                                    ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8358335

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  2007 PROPERTY TAX APPEAL/AUBURN HILLS   000115900-0152

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/05/07 | CR | Review file and Michigan Tax Tribunal notices regarding breakdown of Petitioner's contention of value. | 21 | .50 |
| 09/05/07 | CR | Prepare Amended Complaint. | 21 | .50 |
| 09/19/07 | CR | Review and prepare notes re: Respondent's Answer to Petitioner's Amended Petition and Affirmative Defenses. | 21 | .70 |

TOTAL BILLABLE HOURS        1.70

TOTAL FEES              552.50

DISBURSEMENTS:

        Copies                              2.20
                                      ----------
                                            2.20

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


                        TOTAL FEES                 552.50

                        TOTAL DISBURSEMENTS           2.20
                                                 _____

                          Matter Total            554.70
                                                 ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MICHAEL ANGELO MOLD & DESIGN          000115900-0153


DISBURSEMENTS:

    Professional Service-Other Counsel          4381.97
                                                ----------
                                                  4381.97

                        TOTAL DISBURSEMENTS       4381.97

                        Matter Total             4381.97
                                                ============

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MOLD-EX                          000115900-0155


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/07/07 | TBR | Review file regarding Exit Agreement, lender letter. | 03 | .40 |
| 09/07/07 | TBR | E-mail to M. Howard, A. Srikhajonlap regarding Agreement, letter. | 03 | .20 |

TOTAL BILLABLE HOURS      0.60

TOTAL FEES              198.00

- - - - - - - - - -

TOTAL FEES              198.00

Matter Total            198.00

=============

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   MADISON-KIPP CORPORATION            000115900-0159


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/13/07 | TBR | Review file regarding update. | 03 | .20 |
| 09/13/07 | TBR | E-mails with M. Olson regarding update. | 03 | .40 |

              TOTAL BILLABLE HOURS        0.60

                        TOTAL FEES                 198.00
                                              - - - - - - - - - -


                        TOTAL FEES                 198.00

                        Matter Total               198.00
                                              ===============

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8358335

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   ROCKFORD PRODUCTS CORPORATION          000115900-0162

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/13/07 | TBR | Drafted rights language for Guaranty Agreement. | 03 | .60 |
| 09/13/07 | TBR | E-mail to J. Bronz regarding Guaranty. | 03 | .20 |
| 09/13/07 | TBR | E-mail to M. Khambati regarding Guaranty. | 03 | .20 |
| 09/14/07 | TBR | Voicemail to M. Khambati regarding Inventory Guaranty. | 03 | .20 |
| 09/17/07 | TBR | E-mails with J. Bronz regarding Guaranty Agreement. | 03 | .20 |
| 09/17/07 | TBR | Telephone conference and e-mail with M. Khambati regarding Guaranty Agreement. | 03 | .50 |
| 09/19/07 | TBR | E-mail to J. Bronz, D. Deibel regarding guaranty. | 03 | .20 |
| 09/24/07 | TBR | E-mails with J. Bronz regarding Guaranty Agreement. | 03 | .30 |

                    TOTAL BILLABLE HOURS          2.40

                            TOTAL FEES               792.00

                                             - - - - - - - - - -

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8358335


            TOTAL FEES                         792.00
                                          _____

            Matter Total                      792.00
                                          ================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  INTEC GROUP                          000115900-0163


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/11/07 | TBR | Telephone conference with M. Johnson regarding status. | 03 | .20 |


TOTAL BILLABLE HOURS          0.20

TOTAL FEES                              66.00

- - - - - - - - - -


TOTAL FEES                              66.00
                                       _____

Matter Total                           66.00
                                       =============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  GDX AUTOMOTIVE                    000115900-0165


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/06/07 | TBR | Telephone conference with A. Macrino regarding letter agreement. | 03 | .40 |
| 09/06/07 | TBR | Telephone conference and e-mails with T. Skillman regarding letter agreement, customer agreements. | 03 | .70 |
| 09/06/07 | TBR | Conference call with Delphi Team regarding letter agreement. | 03 | .80 |
| 09/06/07 | TBR | Revise letter agreement. | 03 | .60 |
| 09/06/07 | TBR | E-mail to Delphi Team regarding revised letter agreement. | 03 | .30 |
| 09/06/07 | TBR | Review Customer Agreements. | 03 | 2.50 |
| 09/07/07 | TBR | E-mails with T. Skillman regarding plant sales. | 03 | .40 |
| 09/07/07 | TBR | Completed review of Customer Agreements. | 03 | .70 |
| 09/10/07 | TBR | Telephone conference with S. LaPlante regarding status of Plant sales. | 03 | .40 |
| 09/10/07 | TBR | E-mail to Delphi Team regarding plant sales. | 03 | .20 |
| 09/13/07 | TBR | E-mail and telephone conference with A. Tasker regarding letter agreement. | 03 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335

| Date | | Description | | |
|---|---|---|---|---|
| 09/17/07 | TBR | E-mails with S. LaPlante regarding plant sales. | 03 | .40 |
| 09/18/07 | TBR | Conference call with Delphi Team regarding letter agreement, Bank build issues. | 03 | 1.00 |
| 09/25/07 | TBR | Review comments to letter agreement. | 03 | .20 |
| 09/25/07 | TBR | Telephone conference with A. Tasker regarding letter agreement. | 03 | .20 |
| 09/25/07 | TBR | Telephone conference with A. Macrino regarding letter agreement. | 03 | .20 |
| 09/25/07 | TBR | Telephone conference with T. Nelson regarding letter agreement. | 03 | .30 |
| 09/25/07 | TBR | Telephone conference with S. Freedman regarding letter agreement. | 03 | .30 |
| 09/25/07 | TBR | E-mail to Delphi Team regarding Freedman call. | 03 | .20 |
| 09/27/07 | TBR | Conference call with Delphi Team regarding update on Bank build. | 03 | .50 |
| 09/27/07 | TBR | Telephone conference with A. Macrino regarding letter Agreement, call with T. Nelson. | 03 | .40 |
| 09/28/07 | TBR | Revise letter agreement. | 03 | .40 |
| 09/28/07 | TBR | E-mail to Delphi Team regarding revised letter agreement. | 03 | .20 |

                    TOTAL BILLABLE HOURS       11.70

                              TOTAL FEES              3861.00


DISBURSEMENTS:

        Copies                                    10.50
                                              ----------
                                                  10.50

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4450
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


TOTAL FEES                 3861.00

TOTAL DISBURSEMENTS          10.50
                         _____

Matter Total             3871.50
                         ===========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8358335


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  LUNT MANUFACTURING                 000115900-0166


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 09/19/07 | TBR | Review e-mail from D. Baty regarding assignment for benefit of creditors. | 03 | .20 |
| 09/19/07 | TBR | E-mail to Delphi Team regarding assignment. | 03 | .20 |
| 09/20/07 | TBR | Telephone conference with D. Baty regarding background. | 03 | .30 |
| 09/20/07 | TBR | Telephone conferences with M. Everett, M. Olson, L. Agasse regarding FTS options. | 03 | 1.00 |
| 09/20/07 | TBR | Conference call with Customer Group regarding strategy. | 03 | .70 |
| 09/20/07 | TBR | Review M. Everett e-mail regarding call with owner. | 03 | .20 |
| 09/24/07 | TBR | Review M. Everett e-mail regarding payables. | 03 | .20 |


                    TOTAL BILLABLE HOURS      2.80

                         TOTAL FEES              924.00

                                           - - - - - - - - - -

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          October 15, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8358335


                           TOTAL FEES                    924.00
                                                _____

                           Matter Total               924.00
                                                ===============