BUTZEL LONG, P.C.
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 258-1616
Thomas B. Radom (P24631)
Matthew E. Wilkins (P56697)

Commercial and Litigation Counsel to
Delphi Corporation, et al., Debtors and
Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
    In re                                                  :    Chapter 11
                                                           :
DELPHI CORPORATION, et al.,                                :    Case No. 05-44481 (RDD)
                                                           :
            Debtors.                                       :    (Jointly Administered)
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned herein certifies that copies of:

- Notice of Sixth Interim Application of Butzel Long, P.C., Commercial and Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2007 Through September 30, 2007 Under 11 U.S.C. §§ 330 and 331;

- Sixth Interim Application of Butzel Long, P.C., Commercial and Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period From June 1, 2007 Through September 30, 2007 Under 11 U.S.C. §§ 330 and 331; and

- Certificate of Service

was served on December 3, 2007 via Federal Express upon the following:

| | |
|---|---|
| Donald Bernstein, Esq. | Marissa Wesely, Esq. |
| Davis Polk & Wardell | Simpson Thacher & Barlett, LLP |
| 450 Lexington Avenue | 425 Lexington Avenue |
| New York, NY 10017 | New York, NY 10017 |

| | |
|---|---|
| Robert J. Rosenberg, Esq.<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY  10022-4802 | Alicia M. Leonhard, Esq.<br>Office of the US Trustee<br>for the District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 |
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL  60606 | David Sherbin, Esq.<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098 |
| John D. Sheehan<br>Vice President & Chief Restructuring Officer<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098 | Valeria Venable<br>GE Plastics, Americas<br>Credit Manager<br>9930 Kincey Avenue<br>Huntersville, NC  28078 |

The undersigned herein further certifies that a copy of the Notice of Sixth Interim Application of Butzel Long, P.C., Commercial and Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2007 Through September 30, 2007 Under 11 U.S.C. §§ 330 and 331 was served via electronic mail on December 3, 2007 upon the parties listed on the attached Master Service List and 2002 List attached.

The undersigned herein further certifies that a copy of the Notice of Sixth Interim Application of Butzel Long, P.C., Commercial and Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2007 Through September 30, 2007 Under 11 U.S.C. §§ 330 and 331 was served via U.S. mail on December 3, 2007 upon the following parties:

| | |
|---|---|
| MaryAnn Brereton<br>Assistant General Counsel<br>Tyco Electronics Corporation<br>60 Columbia Road<br>Morristown, NJ  07960 | Gregory J. Jordan<br>Dykema Gossett, PLLC<br>10 Wacker<br>Suite 2300<br>Chicago, IL  60606 |

| | |
|---|---|
| Beth Klimczak<br>General Counsel<br>Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI  53202 | Metro-Dade Paralegal Unit<br>Miami-Dade County Tax Collector<br>140 West Flagler Street<br>Suite 1403<br>Miami, FL  33130 |
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box 304<br>Frankenmuth, MI  48734 | Stephen Toy<br>WL Ross & Co., LLC<br>600 Lexington Avenue<br>19th Floor<br>New York, NY  10022 |
| Sarah B. Carter, Esq.<br>Pickrel Shaeffer & Ebeling<br>2700 Kettering Tower<br>Dayton, OH  45423 | Internal Revenue Service<br>Attn:  Insolvency Department<br>477 Michigan Avenue<br>Mail Stop 15<br>Detroit, MI  48226 |
| IUE-CWA<br>Conference Board Chairman<br>2360 W. Dorothy Lane<br>Suite 201<br>Dayton, OH  45439 | |

Dated:  Bloomfield Hills, Michigan
          December 3, 2007

By     /s/   Thomas B. Radom
Thomas B. Radom (P24631)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone:  (248) 258-1416

Commercial and Litigation Counsel to Delphi Corporation, et al., Debtors and Debtors-in-Possession