HOWARD & HOWARD ATTORNEYS PC
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304
(248) 723-0396
Jeffrey A. Sadowski (P28163)
Lisa S. Gretchko (P29881)

Intellectual Property Counsel for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------- x
                          :
   In re                  :    Chapter 11
                          :
   DELPHI CORPORATION, et  :    Case No. 05-44481
   al.,                   :    (RDD)
                          :
                          :    (Jointly Administered)
   Debtors.               :
------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I caused to be mailed, via First Class mail, a copy of the Notice of Filing and Notice of Hearing Regarding Sixth Interim Fee Application of Howard & Howard Attorneys, P.C., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses seeking fees in the amount of $132,259.50 and expenses in the amount of $11,291.92, upon the persons listed on Exhibit A attached hereto at their addresses as set forth on Exhibit A.

Respectfully submitted,

HOWARD AND HOWARD ATTORNEYS, P.C.

By: *Lisa S. Gretchko* (signature)
Lisa S. Gretchko (P29881)
39400 Woodward Avenue, Suite 101
Bloomfield Hills, Michigan 48304-5151
Phone: (248) 723-0396
Email: lsg@h2law.co

Dated: November 30, 2007

#321847-v1

EXHIBIT "A"

#321847-v1

David Boyle
Airgas, Inc
259 Radnor-Chester Road, Suite 100
PO Box 6675
Radnor, PA 19087-8675

Adalberto Cañadas Castillo
Avda Ramon de Carranza
10-1º
Cadiz 11006 **SPAIN**

Alan Swiech
Akebono Corporation (North America)
34385 Twelve Mile Road
Farmington Hills, MI 48331

Peter J Gurfein
Akin Gump Strauss Hauer & Feld, LLP
2029 Centure Park East
Suite 2400
Los Angeles, CA 90067

Michael S Greger
Allen Matkins Leck Gamble &
Mallory LLP
1900 Main Street, Fifth Floor
Irvine, CA 92614-7321

Craig E Freeman
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016

Dennis J Connolly
David A Wender
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309

Brandon J Kessinger
Ambrake Corporation
300 Ring Road
Elizabethtown, KY 42701

Steven R Keyes
American Axle & Manufacturing, Inc
One Dauch Drive, Mail Code 6E-2-42
Detroit, MI 48243

Gogi Malik
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

Monica S Blacker
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

Leigh Walzer
Angelo, Gordon & Co
245 Park Avenue, 26th Floor
New York, NY 10167

Mark T Flewelling
Anglin, Flewelling, Rasmussen,
Campbell & Trytten, LLP
199 S Los Robles Ave, Suite 600
Pasadena, CA 91101-2459

Andy Leinhoff
APS Clearing, Inc
1301 S Capital of Texas Highway
Suite B-220
Austin, TX 78746

Matthew Hamilton
APS Clearing, Inc
1301 S Capital of Texas Highway
Suite B-220
Austin, TX 78746

Mitchell D Cohen
Arent Fox PLLC
1675 Broadway
New York, NY 10019

Robert M Hirsch
Arent Fox PLLC
1675 Broadway
New York, NY 10019

Darryl S Laddin
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

Joel M Gross
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Carl Galloway
ATS Automation Tooling Systems Inc
250 Royal Oak Road
Cambridge, Ontario N3H 4R6
CANADA

Kimberly J Robinson
Barack, Ferrazzano, Kirschbaum
Perlman, & Nagelberg LLP
200 W Madison St, Ste 3900
Chicago, IL 60606

William J Barrett
Barack, Ferrazzano, Kirschbaum
Perlman, & Nagelberg LLP
200 W Madison St, Ste 3900
Chicago, IL 60606

Alan K Mills
Barnes & Thornburg LLP
11 S Meridian Street
Indianapolis, IN 46204

John T Gregg
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503

Mark R Owens
Barnes & Thornburg LLP
11 S Meridian Street
Indianapolis, IN 46204

Michael K McCrory
Barnes & Thornburg LLP
11 S Meridian Street
Indianapolis, IN 46204

Patrick E Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503

Wendy D Brewer
Barnes & Thornburg LLP
11 S Meridian Street
Indianapolis, IN 46204

Frank F McGinn
Bartlett Hackett Feinberg PC
155 Federal Street, 9th Floor
Boston, MA 02110

Thomas M Beeman
Beeman Law Office
33 West 10th Street, Suite 200
Anderson, IN 46016

Hannah E Greenwald
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

John P Coffey
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

Wallace A Showman
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

James P Murphy
Berry Moorman PC
535 Griswold, Suite 1900
Detroit, MI 48226

Kenneth T Law, Esq
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Lawrence W Schwab, Esq
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Patrick M Costello, Esq
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Thomas M Gaa
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

John E Taylor, Whitney L Mosby
Bingham McHale LLP
10 West Market Street, Suite 2700
Indianapolis, IN 46204

Marc E Richards
Blank Rome LLP
The Chrylser Building
405 Lexington Avenue
New York, NY 10174

Ralph E McDowell
Bodman LLP
100 Renaissance Center, 34th Floor
Detroit, MI 48243

Camille W Hill
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse, NY 13202

Charles J Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse, NY 13202

Stephen A Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse, NY 13202

Michael A Trentadue
Carina M de la Torre
Bose McKinney & Evans LLP
2700 First Indiana Plaza
135 N Pennsylvania St,
Indianapolis, IN 46204

Austin L McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203

Roger G Jones
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203

Massimilliano Cini
Brembo SpA
Administration Department via Brembo 25
24035 Curno BG
Bergamo ITALY

Donald K Ludman
Brown & Connery, LLP
6 North Broad Street
Woodbury, NJ 08096

Shawn M Christianson
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Michael Leo Hall
Burr & Forman LLP
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203

Steven E Abelman
Cage Williams & Abelman, PC
1433 Seventeenth Street
Denver, CO 80202

Johnathan Greenberg
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Robert Usadi
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Dorothy H Marinis-Riggio
Calinoff & Katz, LLp
140 East 45th Street, 17th Floor
New York, NY 10017

Robert A Weisberg
Carson Fischer, PLC
300 East Maple Road, Third Floor
Birmingham, MI 48009-6317

Aaron R Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Douglas Deutsch, Esq
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Joel D Applebaum
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

Shannon Deeby
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

Robert D Gordon
Clark Hill PLLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

Deborah M Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

James L Bromley
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Thomas D Maxson
Cohen & Grigsby, PC
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319

Joseph J Vitale, Babette Ceccotti
Cohen, Weiss & Simon LLP
330 West 42nd Street
New York, NY 10036

Scott D Rosen, Esq
Cohn Birnbaum & Shea PC
100 Pearl Street, 12th Floor
Hartford, CT 06103

Amy Wood Malone
Colbert & Winstead, PC
1812 Broadway
Nashville, TN 37203

Bruce N Elliott
Conlin, McKenney & Philbrick, PC
350 South Main Street, Suite 400
Ann Arbor, MI 48104

Jeffrey C Wisler, Esq
Connolly Bove Lodge & Hutz LLP
1007 N Orange Street
PO Box 2207
Wilmington, DE 19899

Mark Lee, Janice Stanton, Bill Raine, Seth Lax
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Ronald S Pretekin
Coolidge, Wall, et al
33 West First Street, Suite 600
Dayton, OH 45402

Steven M Wachstein
Coolidge, Wall, et al
33 West First Street, Suite 600
Dayton, OH 45402

Sylvie J Derrien
Coolidge, Wall, et al
33 West First Street, Suite 600
Dayton, OH 45402

Nancy H Pagliaro
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

Susan Power Johnson
Covington & Burling
1330 Avenue of the Americas
New York, NY 10019

Sean M Walsh, Esq
Cox, Hodgman & Giarmarco, PC
Tenth Floor Columbia Center
101 W Big Beaver Road
Troy, MI 48084-5280

Daniel P Mazo
Curtin & Heefner, LLP
250 N Pennsylvania Avenue
Morrisville, PA 19067

Robert Szwajkos
Curtin & Heefner, LLP
250 N Pennsylvania Avenue
Morrisville, PA 19067

Andrew M Thau
Curtis, Mallet-Prevost, et al
101 Park Avenue
New York, NY 10178-0061

David S Karp
Curtis, Mallet-Prevost, et al
101 Park Avenue
New York, NY 10178-0061

Kim Kolb
DaimlerChrysler Corporation
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills, MI 48326-2766

William F Savino
Damon & Morey LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096

Richard M Meth
Day Pitney LLP
PO Box 1945
Morristown, NJ 07962-1945

Ronald S Beacher, Conrad K Chiu
Day Pitney LLP
7 Times Square
New York, NY 10036

Carol Sowa
Denso International America, Inc
24777 Denso Drive
Southfield, MI 48086

Gerald DiConza, Esq
DiConza Law, PC
630 Third Avenue, 7th Floor
New York, NY 10017

John Persiani
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

Richard M Kremen, Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Andrew C Kassner
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103

David B Aaronson
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103

Joseph H Lemkin
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

Margery N Reed, Esq
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Wendy M Simkulak, Esq
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Gregory J Jordan
Dykema Gossett PLLC
10 Wacker, Suite 2300
Chicago, IL 60606

Michael G Busenkell
Eckert Seamans Cherin & Mellott LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

Ayala Hassell
Electronic Data Systems Corporation
5400 Legacy Dr, Mail Stop H3-3A-05
Plano, TX 75024

Alan H Katz
Entergy Services, Inc
639 Loyola Ave 26th Fl
New Orleans, LA 70113

David H Freedman
Erman, Teicher, et al
400 Galleria Officentre, Ste 444
Southfield, MI 48034

Gary Ettelman
Ettelman & Hochheiser, PC
c/o Premium Cadillac
77 Main Street
New Rochelle, NY 10801

Gary E Green
Fagel Haber LLC
55 East Monroe, 40th Floor
Chicago, IL 60603

Lauren Newman
Fagel Haber LLC
55 East Monroe, 40th Floor
Chicago, IL 60603

Charles J Filardi, Jr, Esq
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

Ted J Donovan
Finkel Goldstein, et al
26 Broadway, Suite 711
New York, NY 10004

David G Dragich
Foley & Lardner LLP
500 Woodward Ave Suite 2700
Detroit, MI 48226-3489

Jill L Murch
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764

John A Simon
Foley & Lardner LLP
One Detroit Center
500 Woodward Ave Suite 2700
Detroit, MI 48226-3489

Michael P Richman
Foley & Lardner LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314

Fred Stevens
Fox Rothschild LLP
13 East 37th Street, Suite 800
New York, NY 10016

Michael J Viscount, Jr
Fox Rothschild LLP
1301 Atlantic Avenue, Suite 400
Atlantic City, NJ 08401-7212

Frederick T Rikkers
419 Venture Court
PO Box 930555
Verona, WI 53593

David A Rosenzweig
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103-3198

Michael M Parker
Fulbright & Jaworski LLP
300 Convent St Ste 2200
San Antonio, TX 78205

Robert Carrillo
Garvey Schubert Barer
100 Wall Street 20th Fl
New York, NY 10005

Craig P Rieders, Esq
Genovese Joblove & Battista, PA
100 SE 2nd Street, Suite 4400
Miami, FL 33131

David N Crapo
Gibbons PC
One Gateway Center
Newark, NJ 07102-5310

Merle C Meyers
Goldberg, Stinnett, Meyers & Davis
44 Montgomery Street, Suite 2900
San Francisco, CA 94104

Allan S Brilliant
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

Craig P Druehl
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

Barbara S Mehlsack
Gorlick, Kravitz & Listhaus, PC
17 State Street, 4th Floor
New York, NY 10004

Peter D Bilowz
Goulston & Storrs, PC
400 Atlantic Avenue
Boston, MA 02110-333

Geoffrey C Jarvis
Grant & Eisenhofer PA
1201 North Market Street, Suite 2100
Wilmington, DE 19801

Jay W Eisenhofer
Grant & Eisenhofer PA
45 Rockefeller Center
650 Fifth Avenue
New York, NY 10111

Sharan Nirmul
Grant & Eisenhofer PA
1201 North Market Street, Suite 2100
Wilmington, DE 19801

Matthew R Robbins
Gratz, Miller & Brueggeman, SC
1555 N RiverCenter Drive, Suite 202
Milwaukee, WI 53212

Timothy C Hall
Gratz, Miller & Brueggeman, SC
1555 N RiverCenter Drive, Suite 202
Milwaukee, WI 53212

J Michael Debbler, Susan M Argo
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Maria J DiConza
Greenberg Traurig, LLP
MetLife Bldg
200 Park Avenue
New York, NY 10166

Shari L Heyen
Greenberg Traurig, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002

Cherie Macdonald
J Patrick Bradley
Greensfelder, Hemker & Gale, PC
10 S Broadway, Suite 200
St Louis, MO 63102

Herb Reiner
Guaranty Bank
8333 Douglas Avenue
Dallas, TX 75225

Alan D Halperin, Christopher J
 Battaglia, Julie D Dyas
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022

R John Clark, Esq
Hancock & Estabrook LLP
1500 Tower I, PO Box 4976
Syracuse, NY 13221-4976

Harris D Leinwand
Harris D Leinwand
350 Fifth Avenue, Suite 2418
New York, NY 10118

Judith Elkin
Haynes and Boone, LLP
153 East 53rd Street, Suite 4900
New York, NY 10022

Lenard M Parkins, Kenric D Kattner
Haynes and Boone, LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010

Carren Shulman, Timothy Mehok
Heller Ehrman LLP
Times Square Tower
Seven Times Square
New York, NY 10036

Paul Rubin
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Anne Marie Kennelly
Hewlett-Packard Company
3000 Hanover St, M/S 1050
Palo Alto, CA 94304

Kenneth F Higman
Hewlett-Packard Company
2125 E Katella Avenue, Suite 400
Anaheim, CA 92806

Sharon Petrosino
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 07974

J Eric Charlton
Hiscock & Barclay, LLP
300 South Salina St, PO Box 4878
Syracuse, NY 13221-4878

Julia S Kreher
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203

Stephen H Gross, Esq
Hodgson Russ LLP
230 Park Avenue, 17th Floor
New York, NY 10169

Stephen H Gross, Esq
Hodgson Russ LLP
60 E 42nd St 37th Fl
New York, NY 10165-0150

Audrey Moog
Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109

Edward C Dolan
Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109

Scott A Golden
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

| | | |
|---|---|---|
| Elizabeth K Flaagan<br>Holme Roberts & Owen, LLP<br>1700 Lincoln, Suite 4100<br>Denver, CO 80203 | Donald T Baty, Jr<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 | E Todd Sable<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| John J Hunter<br>Hunter & Schank Co LPA<br>One Canton Square<br>1700 Canton Avenue<br>Toledo, OH 43624 | Thomas J Schank<br>Hunter & Schank Co LPA<br>One Canton Square<br>1700 Canton Avenue<br>Toledo, OH 43624 | Michael P Massad, Jr<br>Hunton & Wiliams LLP<br>Energy Plaza, 30th Floor<br>1601 Bryan Street<br>Dallas, TX 75201 |
| Steven T Holmes<br>Hunton & Wiliams LLP<br>Energy Plaza, 30th Floor<br>1601 Bryan Street<br>Dallas, TX 75201 | Ann E Evanko<br>Hurwitz & Fine PC<br>1300 Liberty Building<br>Buffalo, NY 14202 | Ben T Caughey<br>Ice Miller<br>One American Square, Box 82001<br>Indianapolis, IN 46282-0200 |
| Greg Bibbes<br>Infineon Technologies North America Corporation<br>1730 North First Street, M/S 11305<br>San Jose, CA 95112 | Jeff Gillespie<br>Infineon Technologies North America Corporation<br>2529 Commerce Drive, Suite H<br>Kokomo, IN 46902 | Heather Beshears<br>InPlay Technologies Inc<br>234 South Extension Road<br>Mesa, AZ 85201 |
| Alan Miller<br>Intermet Corporation<br>301 Commerce Street, Ste 2901<br>Fort Worth, TX 76102 | Richard Griffin<br>International Union of Operating Engineers<br>1125-17th Avenue, NW<br>Washington, DC 20036 | Paige E Barr<br>Jaffe, Raitt, Heuer & Weiss, PC<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034 |
| James R Scheuerle<br>Parmenter O'Toole<br>601 Terrace Street, PO Box 786<br>Muskegon, MI 49443-0786 | Beth Klimczak, General Counsel<br>Jason, Inc<br>411 E Wisconsin Ave, Suite 2120<br>Milwaukee, WI 53202 | Ronald R Peterson<br>Jenner & Block LLP<br>One IBM Plaza<br>Chicago, IL 60611 |
| Jerry W Gerde, Esq<br>Johnston Harris Gerde & Komarek, PA<br>239 E 4th St<br>Panama City, FL 32401 | Scott J Friedman<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | John P Sieger, Esq<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL 60661 |
| Richard G Smolev<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3598 | Kenneth R Cookson<br>Kegler, Brown, Hill & Ritter Co, LPA<br>65 East State Street, Suite 1800<br>Columbus, OH 43215 | Lynn Lincoln Sarko, Cari Campen Laufenberg, Erin M Rily<br>Keller Rohrback LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101 |
| Gary A Gotto<br>Keller Rohrback PLC<br>National Bank Plaza<br>3101 North Central Avenue, Suite 900<br>Phoenix, AZ 85012 | Mark I Bane<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 | Mark R Somerstein<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Larry Magarik<br>Kennedy, Jennick & Murray<br>113 University Place, 7th Floor<br>New York, NY 10003 | Susan M Jennik<br>Kennedy, Jennick & Murray<br>113 University Place, 7th Floor<br>New York, NY 10003 | Thomas Kennedy<br>Kennedy, Jennick & Murray<br>113 University Place, 7th Floor<br>New York, NY 10003 |

| | | |
|---|---|---|
| H Slayton Dabney, Jr<br>Bill Dimos<br>King & Spalding, LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | Jim Stempel<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | Edward M Fox<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| Eric L Schnabel, DeWitt Brown<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | Sam O Simmerman<br>Krugliak, Wilkins, et al<br>4775 Munson Street NW<br>PO Box 36963<br>Canton, OH 44735-6963 | Jay Selanders<br>Kutak Rock LLP<br>1010 Grand Blvd Ste 500<br>Kansas City, MO 64106 |
| Edward D Kutchin<br>Kutchin & Rufo, PC<br>155 Federal Street, 17th Floor<br>Boston, MA 02110-1727 | Kerry R Northrup<br>Kutchin & Rufo, PC<br>155 Federal Street, 17th Floor<br>Boston, MA 02110-1727 | Susan M Cook<br>Lambert Leser, et al<br>309 Davidson Building, PO Box 835<br>Bay City, MI 48707-0835 |
| Erika Ruiz<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Henry P Baer, Jr<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | John W Weiss<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 |
| Mark A Broude<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Michael J Riela<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Mitchell A Seider<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 |
| Michael O'Hayer, Esq<br>Law Offices of Michael O'Hayer<br>22 N Walnut Street<br>West Chester, PA 19380 | Rob Charles, Esq<br>Lewis and Roca LLP<br>One South Church Street, Suite 700<br>Tucson, AZ 85701 | Susan M Freeman, Esq<br>Lewis and Roca LLP<br>40 North Central Avenue, Suite 1900<br>Phoenix, AZ 85004-4429 |
| John England, Esq<br>General Counsel for Linear Technology Corporation<br>1630 McCarthy Blvd<br>Milpitas, CA 95035-7417 | Diane W Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>1949 South IH 35 (78741)<br>PO Box 17428<br>Austin, TX 78760-7428 | Elizabeth Weller<br>Linebarger Goggan, et al<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 |
| John P Dillman<br>Linebarger Goggan, et al<br>PO Box 3064<br>Houston, TX 77253-3064 | P Gregory Schwed<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154-0037 | William M Hawkins<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154-0037 |
| Timothy S McFadden<br>Lord, Bissel & Brook<br>115 South LaSalle Street<br>Chicago, IL 60603 | Timothy W Brink<br>Lord, Bissel & Brook<br>115 South LaSalle Street<br>Chicago, IL 60603 | Kevin J Walsh<br>Lord, Bissel & Brook LLP<br>885 Third Avenue, 26th Floor<br>New York, NY 10022-4802 |
| Rocco N Covino<br>Lord, Bissel & Brook LLP<br>885 Third Avenue, 26th Floor<br>New York, NY 10022-4802 | Bruce S Nathan<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas, 18th Fl<br>New York, NY 10020 | Ira M Levee<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas, 18th Fl<br>New York, NY 10020 |

Kenneth A Rosen
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Michael S Etikin
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Fl
New York, NY 10020

Scott Cargill
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Vincent A D'Agostino
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Erik G Chappell
Lyden, Liebenthal & Chappell, Ltd
5565 Airport Highway, Suite 101
Toledo, OH 43615

Alexander Stotland, Esq
Maddin, Hauser, et al
28400 Northwestern Hwy, Third Fl
Southfield, MI 48034

Joe Landen
Madison Capital Management
6143 South Willow Drive, Suite 200
Greenwood Village, CO 80111

Jeffrey M Levinson, Esq
Leah M Caplan, Esq
Margulies & Levinson, LLP
30100 Chagrin Boulevard, Suite 250
Pepper Pike, OH 44124

Victor J Mastromarco, Jr
Mastromarco & Jahn, PC
1024 North Michigan Avenue
PO Box 3197
Saginaw, MI 48605-3197

Gary D Santella
Masuda Funai Eifert & Mitchell, Ltd
203 North LaSalle Street, Suite 2500
Chicago, IL 60601-1262

Jeffrey G Tougas
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

Raniero D'Aversa, Jr
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

David J Adler, Jr, Esq
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

Eduardo J Glas, Esq
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4096

John J Salmas, Lorne P Salzman
McCarthy Tetrault LLP
66 Wellington Street West, Suite 4700
Toronto, Ontario M5K 1E6
**CANADA**

James M Sullivan
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10017

Stephen B Selbst
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10017

Shawn M Riley, Esq
McDonald Hopkins Co, LPA
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114

Scott N Opincar, Esq
McDonald Hopkins Co, LPA
600 Superior Avenue, E, Suite 2100
Cleveland, OH 44114

Jeffrey Bernstein, Esq
McElroy, Deutsch, et al
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Elizabeth L Gunn
McGuirewoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030

Hanan Kolko
Meyer, Suozzi, English & Klein, PC
1350 Broadway, Suite 501
New York, NY 10018

Lowell Peterson, Esq
Meyer, Suozzi, English & Klein, PC
1350 Broadway, Suite 501
New York, NY 10018

M Evan Meyers
Meyers, Rodbell & Rosenbaum, PA
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

Robert H Rosenbaum
Meyers, Rodbell & Rosenbaum, PA
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

Metro-Dade Paralegal Unit
Miami-Dade County Tax Collector
140 West Flagler Street, Suite 1403
Miami, FL 33130

Michael Cox
Cadillac Place
3030 W Grand Blvd, Suite 10-200
Detroit, MI 48202

Dennis J Raterink
Michigan Dept of Labor and Economic
Growth, Worker's Compensation Agency
PO Box 30736
Lansing, MI 48909-7717

Michael Cox
Michigan Dept of Labor and Economic
Growth, Worker's Compensation Agency
PO Box 30736
Lansing, MI 48909-7717

Janice M. Donahue
Michigan Heritage Bank
28300 Orchard Lake Road, Suite 200
Farmington Hills, MI 48334

Kerry Hopkins
Miles & Stockbridge, PC
10 Light Street
Baltimore, MD 21202

Thomas D Renda
Miles & Stockbridge, PC
10 Light Street
Baltimore, MD 21202

Thomas P Sarb, Robert D Wolford
Miller Johnson
250 Monroe Ave, NW, Suite 800
PO Box 306
Grand Rapids, MI 49501-0306

Jonathan S Green
Miller, Canfield, et al
150 W Jefferson Avenue, Suite 2500
Detroit, MI 48226

Timothy A Fusco
Miller, Canfield, et al
150 W Jefferson Avenue, Suite 2500
Detroit, MI 48226

Paul J Ricotta
Mintz Levin, et al
One Financial Center
Boston, MA 02111

Stephanie K Hoos
Mintz, Levin, et al
The Chrysler Center
666 Third Avenue
New York, NY 10017

Jeff Ott
Molex Connector Corp
2222 Wellington Ct
Lisle, IL 60532

Andrew D Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Menachem O Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Richard W Esterkin, Esq
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Los Angeles, CA 90017

Leslie Ann Berkoff
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, NY 11530

Michael R Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Raymond J Urbanik, Joseph J
Wielebinski, and Davor Rukavina
Munsch Hardt Kopf & Harr, PC
3800 Lincoln Plaza, 500 North Akard St
Dallas, TX 75201-6659

Sandra S Hamilton
Nantz, Litowich, Smith, Girard &
Hamilton, PC
2025 East Beltline, SE, Suite 600
Grand Rapids, MI 49546

Kenneth A Nathan
Nathan, Neuman & Nathan, PC
29100 Northwestern Hwy, Suite 260
Southfield, MI 48034

Lisa M Moore
National City Commercial Capital
995 Dalton Avenue
Cincinnati, OH 45203

George B Cauthen
Nelson Mullins Riley & Scarborough
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC 29201

Tracy E. Richardson
Deputy Attorney General
NJ Attny General's Office Div of Law
25 Market St, PO Box 106
Trenton, NJ 08628-0106

Bradley E Beckworth
Nix, Patterson & Roach, LLP
205 Linda Drive
Daingerfield, TX 75638

Jeffrey J Angelovich
Nix, Patterson & Roach, LLP
205 Linda Drive
Daingerfield, TX 75638

Susan Whatley
Nix, Patterson & Roach, LLP
205 Linda Drive
Daingerfield, TX 75638

Elizabeth L Abdelmasieh, Esq
Norris, McLaughlin & Marcus
721 Route 202-206
PO Box 1018
Somerville, NJ 08876

David G Heiman
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Michelle M Harner
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Camille Hope
Office of the Chapter 13 Trustee
PO Box 954
Macon, GA 31202

Jay W Hurst
Office of the Texas Attorney General
PO Box 12548
Austin, TX 78711-2548

Michael M Zizza, Legal Manager
Orbotech, Inc
44 Manning Road
Billerica, MA 01821

Michael C Moody
O'Rourke Katten & Moody
161 N Clark Street, Suite 2230
Chicago, IL 60601

Alyssa Englund, Esq
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Frederick D Holden, Jr, Esq
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

Jonathan P Guy
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, NW
Washington, DC 20007

Richard H Wyron
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, NW
Washington, DC 20007

Michael R Seidl
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
PO Box 8705
Wilmington, DE 19899-8705

Robert J Feinstein; Ilan D Scharf
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

Andrew N Rosenberg, Justin G Brass
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Curtis J Weidler
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Douglas R Davis
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Elizabeth R McColm
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Stephen J Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Peggy Housner
Cadillac Place
3030 W Grand Blvd, Suite 10-200
Detroit, MI 48202

Kristin B Mayhew
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Anne Marie Aaronson
Pepper, Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Francis J Lawall
Pepper, Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Henry Jaffe
Pepper, Hamilton LLP
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709

Linda J Casey
Pepper, Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Jacob A Manheimer
Pierce Atwood LLP
One Monument Square
Portland, ME 04101

Keith J Cunningham
Pierce Atwood LLP
One Monument Square
Portland, ME 04101

Karen B Dine
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Margot P Erlich
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Mark D Houle
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, Suite 550
Costa Mesa, CA 92626-7122

Richard L Epling
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Robin L Spear
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Brett S Moore, Esq
Porzio, Bromberg & Newman, PC
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07960

John S Mairo, Esq
Porzio, Bromberg & Newman, PC
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07960

Jill M Hartley, Marianne G Robbins
Previant, Goldberg, Uelman, Gratz, Miller
& Brueggeman, SC
1555 N RiverCenter Drive, Suite 202
Milwaukee, WI 53212

John V Gorman
Professional Technologies Services
PO Box #304
Frankenmuth, MI 48734

Jason Pickering, Esq
QAD, Inc
10,000 Midlantic Drive
Mt Laurel, NJ 08054

Andrew Herenstein
Quadrangle Debt Recovery Advisors LLC
375 Park Avenue, 14th Floor
New York, NY 10152

Patrick Bartels
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152

John A Harris
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Kasey C Nye
Quarles & Brady Streich Lang LLP
One South Church Street
Tucson, AZ 85701

Scott R Goldberg
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Elena Lazarou
Reed Smith
599 Lexington Avenue
29th Street
New York, NY 10022

Richard P Norton
Reed Smith
One Riverfront Plaza
1st Floor
Newark, NJ 07102

Joseph Lapinsky
Republic Engineered Products, Inc
3770 Embassy Parkway
Akron, OH 44333

Joseph E Shickich, Jr
Riddell Williams PS
1001 4th Ave, Suite 4500
Seattle, WA 98154-1195

Jerome F Crotty
Rieck and Crotty PC
55 West Monroe Street, Suite 3390
Chicago, IL 60603

Mark S Scott
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

Holly Rogers
Riverside Claims LLC
2109 Broadway, Suite 206
New York, NY 10023

Annemarie B Mathews
Robinson, McFadden & Moore, PC
PO Box 944
Columbia, SC 29202

Christopher Norgaard
Ropers, Majeski, Kohn & Bentley
515 South Flower Street, Suite 1100
Los Angeles, CA 90071

Gregory O Kaden
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Marc E Hirschfield
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111-0087

Thomas R Slome
Rosen Slome Marder LLP
333 Earle Ovington Blvd, Suite 901
Uniondale, NY 11533

Charles E Boulbol, PC
Russell Reynolds Associates, Inc
26 Broadway, 17th Floor
New York, NY 10004

Charles S Schulman, Arlene N Gelman
Sachnoff & Weaver, Ltd
10 South Wacker Drive, 40th Floor
Chicago, IL 60606

Christopher R Belmonte
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Pamela A Bosswick
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Daniel Weiner
Schafer and Weiner PLLC
40950 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304

Howard Borin
Schafer and Weiner PLLC
40950 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304

Max Newman
Schafer and Weiner PLLC
40950 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304

Ryan Heilman
Schafer and Weiner PLLC
40950 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304

Eugene J Geekie, Jr
Schiff Hardin LLP
7500 Sears Tower
Chicago, IL 60606

William I Kohn
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60066

Michael Yarnoff
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Sean M Handler
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

James T Bentley
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

Michael L Cook
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

Carol Weiner Levy
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Paul M Baisier, Esq
Seyfarth Shaw LLP
1545 Peachtree Street, NE
Suite 700
Atlanta, GA 30309-2401

Robert W Dremluk, Esq
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

William J Hanlon
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210

Bruce A Harwood
Sheehan Phinney Bass + Green PA
1000 Elm Street, PO Box 3701
Manchester, NH 03105-3701

Sheldon S Toll
Sheldon S Toll PLLC
2000 Town Center, Suite 2550
Southfield, MI 48075

Eric Waters
Sheppard Mullin, et al
30 Rockefeller Plaza, 24th Floor
New York, NY 10112

Malani J Sternstein
Sheppard Mullin, et al
30 Rockefeller Plaza, 24th Floor
New York, NY 10112

Theodore A Cohen
Sheppard Mullin, et al
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

Theresa Wardle
Sheppard Mullin, et al
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

Robert P Thibeaux
Sher, Garner, et al
5353 Essen Lane, Suite 650
Baton Rouge, LA 70809

Robert P Thibeaux
Sher, Garner, et al
909 Poydras Street, 28th Floor
New Orleans, LA 70112-1033

Jennifer L Adamy
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Andrew H Sherman
Sills, Cummis Epstein & Gross, PC
30 Rockefeller Plaza
New York, NY 10112

Jack M Zackin
Sills, Cummis Epstein & Gross, PC
30 Rockefeller Plaza
New York, NY 10112

Chaim J Fortgang
Silver Point Capital, LP
Two Greenwich Plaza, 1st Floor
Greenwich, CT 06830

Barbara Ellis-Monro
Smith, Gambrell & Russell, LLP
1230 Peachtree Street, NE, Suite 3100
Atlanta, GA 30309

Kathleen M Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
PO Box 410
Wilmington, DE 19899

D Farrington Yates
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas, 24th Fl
New York, NY 10020

Robert E Richards
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Monika J. Machen
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Lloyd B Sarakin, Chief Counsel
Sony Electronics Inc
1 Sony Drive
MD #1 E-4
Park Ridge, NJ 07656

Eric Marcks
Squire, Sanders & Dempsey LLP
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

Penn Ayers Butler
Squire, Sanders & Dempsey LLP
600 Hansen Way
Palo Alto, CA 94304

Sara E Morrison,
Deputy Attorney General
California Office of the Attorney General
300 South Spring Street Ste 1702
Los Angeles, CA 90013

Roland Hwang, Asst Attorney General
State of MI Dept of Labor & Economic
Growth, Unemployment Ins Agency
3030 W Grand Boulevard, Suite 9-600
Detroit, MI 48202

John M Baumann
Steel Technologies, Inc
15415 Shelbyville Road
Louisville, KY 40245

Robert F Kidd
Stein, Rudser, Cohen & Magid LLP
825 Washington Street, Suite 200
Oakland, CA 94607

Mark H Shapiro
Steinberg Shapiro & Clark
24901 Northwestern Hwy, Suite 611
Southfield, MI 48075

Jeffrey S Posta, Michael A Spero,
Simon Kimmelman, Valeria A Hamilton
Sterns & Weinroth, PC
50 W State St, Ste 1400, PO Box 1298
Trenton, NJ 08607-1298

Chester B Salomon, Esq
Constantine D Pourakis, Esq
Stevens & Lee, PC
485 Madison Avenue, 20th Floor
New York, NY 10022

Mark A Shaiken  
Stinson Morrison Hecker LLP  
1201 Walnut Street  
Kansas City, MO 64106  

Madison L Cashman  
Stites & Harbison PLLC  
424 Church Street, Suite 1800  
Nashville, TN 37219  

Robert C Goodrich, Jr  
Stites & Harbison PLLC  
424 Church Street, Suite 1800  
Nashville, TN 37219  

W Robinson Beard, Esq  
Stites & Harbison, PLLC  
400 West Market Street  
Louisville, KY 40202  

Joseph G Minias  
Stroock Stroock & Lavan, LLP  
180 Maiden Lane  
New York, NY 10038  

Kristopher M Hansen  
Stroock Stroock & Lavan, LLP  
180 Maiden Lane  
New York, NY 10038  

Robert N Steinwurtzel  
Swidler Berlin LLP  
The Washington Harbour  
3000 K Street, NW Suite 300  
Washington, DC 20007  

Richard L Ferrell  
Taft, Stettinius & Hollister LLP  
425 Walnut Street, Suite 1800  
Cincinnati, OH 45202-3957  

W Timothy Miller, Esq  
Taft, Stettinius & Hollister LLP  
425 Walnut Street, Suite 1800  
Cincinnati, OH 45202  

Marvin E Clements, Jr  
Tennessee Dept of Revenue  
c/o TN Attorney General's Office,  
Bankruptcy Division, PO Box 20207  
Nashville, TN 37202-0207  

David B Draper  
Terra Law LLP  
60 S Market Street, Suite 200  
San Jose, CA 95113  

Jonathan D Forstot  
Thacher Proffitt & Wood LLP  
Two World Financial Center  
New York, NY 10281  

Louis A Curcio  
Thacher Proffitt & Wood LLP  
Two World Financial Center  
New York, NY 10281  

Mr Tetsuhiro Nizeki  
The Furukawa Electric Co, Ltd  
6-1 Marunouchi  
2-Chrome, Chiyoda-ku  
Tokyo, Japan 100-8322  

Robert Morris  
The Timpken Corporation BIC - 08  
1835 Dueber Ave SW, PO Box 6927  
Canton, OH 44706-0927  

David A Lowenthal  
Thelen Reid, et al  
875 Third Avenue  
New York, NY 10022  

Rhett G Campbell  
Thompson & Knight  
333 Clay Street, Suite 3300  
Houston, TX 77002  

Ira L Herman  
Thompson & Knight LLP  
919 Third Avenue, 39th Floor  
New York, NY 10022-3915  

John S Brannon  
Thompson & Knight LLP  
1700 Pacific Avenue, Suite 3300  
Dallas, TX 75201-4693  

Ed Phillips, Jr  
Thurman & Phillips, PC  
8000 IH 10 West, Suite 1000  
San Antonio, TX 78230  

Jill Levi, Esq  
Todd & Levi, LLP  
444 Madison Avenue, Suite 1202  
New York, NY 10022  

Albert Togut, Esq  
Togut, Segal & Segal LLP  
One Penn Plaza, Suite 3335  
New York, NY 10119  

W Joe Wilson  
Tyler, Cooper & Alcorn, LLP  
City Place, 35th Floor  
Hartford, CT 06103-3488  

Helen Zamboni  
Underberg & Kessler, LLP  
300 Bausch & Lomb Place  
Rochester, NY 14604  

Mary Ann Kilgore  
Union Pacific Railroad Company  
1400 Douglas Street, MC 1580  
Omaha, NE 68179  

David Jury, Esq  
United Steel, Paper & Forestry, Rubber,  
Mfg, Energy, Allied Ind and Service  
Workers, Int'l Union (USW), AFL-CIO  
Five Gateway Center, Suite 807  
Pittsburgh, PA 15222  

Michael S McElwee, Esq  
Varnum, Riddering, et al  
Bridgewater Place, PO Box 352  
Grand Rapids, MI 49501-0352  

Robert J Sidman, Esq  
Vorys, Sater, Seymour and Pease LLP  
52 East Gay Street, PO Box 1008  
Columbus, OH 43216-1008  

Tiffany Strelow Cobb  
Vorys, Sater, Seymour and Pease LLP  
52 East Gay Street  
Columbus, OH 43215  

Emil A Kleinhaus  
Wachtell, Lipton, Rosen & Katz  
51 West 52nd Street  
New York, NY 10019-6150

Richard G Mason
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

David E Lemke, Esq
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219

Robert J Welhoelter, Esq
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219

Gordon J Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503

Michael G Cruse
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI 48075

Stephen B Grow
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503

Michael D Warner
Warner Stevens, LLP
301 Commerce Street, Suite 1700
Fort Worth, TX 76102

Lei Lei Wang Ekvall
Weiland, Golden, et al
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Aram Ordubegian
Weinstein, Eisen & Weiss LLP
1925 Century Park East, #1150
Los Angeles, CA 90067

Geoffrey J Peters
Weltman, Weinberg & Reis Co, LPA
175 South Third Street, Suite 900
Columbus, OH 43215

Glenn Kurtz, Gerard Uzzi &
Douglas Baumstein
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Thomas Lauria, Frank Eaton
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd, Suite 4900
Miami, FL 33131

Bruce G Arnold
Whyte, Hirschboeck Dudek SC
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-4894

James W Moennich Esq
Wickens Herzer Panza
Cook & Batista Co
35765 Chester Road
Avon, OH 44011-1262

Berry D Spears
Winstead Sechrest & Minick PC
401 Congress Avenue, Suite 2100
Austin, TX 78701

R Michael Farquhar
Winstead Sechrest & Minick PC
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Marc J Winthrop
Winthrop Couchot PC
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660

Sean A O'Keeffe
Winthrop Couchot
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660

Stephen Toy
WL Ross & Co, LLC
600 Lexington Avenue, 19th Floor
New York, NY 10022

Lillian H Pinto
Womble Carlyle, et al
300 North Greene Street, Suite 1900
Greensboro, NC 27402

Peter Janovsky
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

Stuard Krause
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

Joseph Avanzato
Adler Pollock & Sheehan PC
One Citizens Plz 8th Fl
Providence, RI 02903

David M Dunn
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Ave, NW
Washington, DC 20036

Ira S Dizengoff
Akin Gump Strauss Hauer & Feld, LLP
590 Madison Ave
New York, NY 10022-2524

Eric T. Ray
Balch & Bingham LLP
PO Box 306
Birmingham, AL 35201

Michael J Alerding
Bingham McHale LLP
10 West Market Street, Suite 2700
Indianapolis, IN 46204

Jeannine D'Amico
Cadwalader Wickership & Taft LLP
1201 F St NW Ste 1100
Washington, DC 20004

Jean R Robertson, Esq
Calfee, Halter & Griswold LLC
1400 McDonald Investment Ctr
800 Superior Ave
Cleveland, OH 44114

Maura I Russell
Wendy G Marcari
Dreier LLP
499 Park Ave, 14th Fl
New York, NY 10022

Janice B. Grubin
Drinker Biddle & Reath LLP
140 Broadway, 39th FL
New York, NY 10005-1116

Seth A. Drucker
Honigman Miller Schwartz & Cohn LLP
2290 First National Bldg
660 Woodward Avenue
Detroit, MI 48226

Louis G. McBryan
Howick, Westfall, et al
3101 Tower Creek Parkway
Suite 600 One Tower Creek
Atlanta, GA 30339

Aaron G McCollough, Esq
McGuirewoods LLP
One James Center, 901 East Cary St
Richmond VA 23219-4030

Michelle T. Sutter
Ohio Environmental Protection Agency
30 E. Broad St, 25th Fl
Columbus, OH 43215

David W. Dykhouse
Phyllis S. Wallitt
Patterson Belknap, et al
1133 Avenue of the Americas
New York, NY 10036-6710

Sarah B. Carter, Esq.
Pickrel Schaeffer & Ebeling
2700 Kettering Tower
Dayton, OH 45423

Roy Prange
Quarles & Brady Streich Lang LLP
33 E Main St, Ste 900
Madison, WI 53703-3095

#321847-v1

| | | |
|---|---|---|
| Robert J Stark<br>Brown Rudnick Berlack Israels LLP<br>Seven Times Square<br>New York, NY 10036 | Bruce Simon<br>Cohen Weiss & Simon<br>330 W 42nd Street<br>New York, NY 10036 | Steven J Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061 |
| Donald Bernstein and Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Sean Corcoran, Karen Craft<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | Michael Nefkens<br>Electronic Data Systems Corp<br>5505 Corporate Drive MSIA<br>Troy, MI 48098 |
| Carrie L Schiff<br>Flextronics International<br>305 Interlocken Parkway<br>Broomfield, CO 80021 | Paul W Anderson<br>Flextronics International USA, Inc<br>2090 Fortune Drive<br>San Jose, CA 95131 | Richard Lee Chambers, III<br>Freescale Semiconductor, Inc<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, TX 78735 |
| Brad Eric Sheler, Bonnie Steingart,<br> Vivek Melwani, Jennifer L Rodburg,<br> and Richard J Slivinski<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York NY 10004 | Jason J DeJonker<br>McDermott Will & Emery LLP<br>227 West Monroe Street, Suite 5400<br>Chicago, IL 60606 | Peter A Clark<br>McDermott Will & Emery LLP<br>227 West Monroe Street, Suite 5400<br>Chicago, IL 60606 |
| Randall S Eisenberg<br>FTI Consulting, Inc<br>3 Times Square, 11th Floor<br>New York, NY 10036 | Valerie Venable<br>General Electric Company<br>9930 Kincey Avenue<br>Huntersville, NC 28078 | Lonie A Hassel<br>Groom Law Group<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006 |
| Stephen H Gross<br>Hodgson Russ LLP<br>1540 Broadway, 24th Floor<br>New York, NY 10036 | Frank L Gorman, Esq<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Robert B Weiss, Esq<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 |
| Attn: Insolvency Department,<br>Maria Valerio<br>Internal Revenue Service<br>290 Broadway, 5th Floor<br>New York, NY 10007 | Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave, Mail Stop 15<br>Detroit, MI 48226 | Conference Board Chairman<br>IUE-CWA<br>2360 W Dorothy Lane, Suite 201<br>Dayton, OH 45439 |
| William Q Derrough<br>Jefferies & Company, Inc,<br>520 Madison Avenue, 12th Floor<br>New York, NY 10022 | Richard Duker<br>JPMorgan Chase Bank, NA<br>270 Park Avenue<br>New York, NY 10017 | Susan Atkins and Gianni Russello<br>JPMorgan Chase Bank, NA<br>270 Park Avenue<br>New York, NY 10017 |
| Gordon Z Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Thomas Moers Mayer<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Sheryl Betance<br>Kurtzman Carson Consultants<br>2335 Alaska Avenue<br>El Segundo, CA 90245 |

Robert J Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Patrick J Healy
Law Debenture Trust of New York
400 Madison Ave, Fourth Floor
New York, NY 10017

Daniel R Fisher
Law Debenture Trust of New York
400 Madison Ave, Fourth Floor
New York, NY 10017

David D Cleary
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

Mohsin N Khambati
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

J Brian McTigue
McTigue Law Firm
5301 Wisconsin Ave NW, Suite 350
Washington, DC 20015

Cornish F Hitchcock
McTigue Law Firm
5301 Wisconsin Ave NW, Suite 350
Washington, DC 20015

Leon Szelzinger
Mesirow Financial
666 Third Avenue, 21st Floor
New York, NY 10017

Joseph T Moldovan, Esq
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

George A Bray Esq, Thomas R Kreller
Esq, James E Till Esq
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles CA 90017

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center, Room 4300
New York, NY 10281

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY 10271

Robert Siegel
O'Melveny & Meyers LLP
400 South Hope Street
Los Angeles, CA 90071

Tom A Jerman, Rachel Janger
O'Melveny & Meyers LLP
1625 Eye Street, NW
Washington, DC 20006

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, NW, Suite 340
Washington, DC 20005

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street, NW, Suite 340
Washington, DC 20005-4026

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103

David L Resnick
Rothchild Inc
1251 Avenue of the Americas
New York, NY 10020

Robert W Dremluk
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018-1405

Douglas Bartner, Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Kenneth S Ziman, Robert H Trust,
and William T Russell, Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

John Wm Butler, John K Lyons,
and Ron E Meisler
Skadden, Arps, Slate, Meagher & Flom
333 W Wacker Dr, Suite 2100
Chicago, IL 60606

Kayalyn A Marafioti, Thomas J Matz
Skadden, Arps, Slate,
Meagher & Flom LLP
4 Times Square, PO Box 300
New York, NY 10036

Daniel D Doyle
Spencer Fane Britt & Browne LLP
1 North Brentwood Blvd, Tenth Floor
St Louis, MO 63105

Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Blvd, Tenth Floor
St Louis, MO 63105

Chester B Salomon,
Constantine D Pourakis
Stevens & Lee, PC
485 Madison Avenue, 20th Floor
New York, NY 10022

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

252273-v3

MaryAnn Brereton
Assistant General Counsel
Tyco Electronics Corporation
60 Columbia Road
Morristown NJ 07960

Alicia M Leonard
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2112

Michael D Warner
Warner Stevens, LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Harvey R Miller
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jeffrey L Tanenbaum, Esq
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Martin J Bienenstock, Esq
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael P Kessler, Esq
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Steven M Cimalore
Rodney Square North
Wilmington Trust Company
1100 North Market Street
Wilmington, DE 19890

252273-v3