HOWARD & HOWARD ATTORNEYS PC
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304
(248) 723-0396
Jeffrey A. Sadowski (P28163)
Lisa S. Gretchko (P29881)

Intellectual Property Counsel for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
    In re                                :   Chapter 11
                                        :
DELPHI CORPORATION, et al.,              :   Case No. 05-44481 (RDD)
                                        :
                        Debtors.         :   (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2007, I caused to be mailed, via First Class mail, a copy of 1) Notice of Filing and Notice of Hearing Regarding Sixth Interim Fee Application of Howard & Howard Attorneys, P.C., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses; 2) Sixth Interim Fee Application of Howard & Howard Attorneys, P.C., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Summary Sheet; 3) Sixth Interim Fee Application of Howard & Howard Attorneys, P.C., Intellectual Property Counsel to Debtors, for Interim Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2007 through September 30, 2007 (with Exhibits A-E thereto, including a proposed Order Granting Application for Allowance of Interim

#319776-v1

Compensation and Reimbursement of Expenses of Howard & Howard Attorneys, P.C.); and

4) Certificate of Service, upon the following at their listed business addresses:

(i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel, (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), and (vii) the Joint Fee Review Committee appointed by the Court (CD format), to Legal Cost Control, Inc. (Att'n: Joe Sykes), 255 Kings Highway East, Haddonfield, New Jersey 08033; 856 216-0800.

The Sixth Interim Fee Application of Howard & Howard Attorneys, P.C. was electronically filed on November 29, 2007 and is contained at Docket Number 11154.

Respectfully submitted,

**HOWARD AND HOWARD ATTORNEYS, P.C.**

By: _/s/ Lisa S. Gretchko_
    Jeffrey A. Sadowski (P28163)
    Lisa S. Gretchko (P29881)
    39400 Woodward Avenue, Suite 101
    Bloomfield Hills, Michigan 48304-5151
    Phone: (248) 723-0396
Dated: November 29, 2007    Email: lsg@h2law.com

#319776-v1