TOGUT, SEGAL & SEGAL LLP                                        HEARING DATE: December 11, 2007
Bankruptcy Conflicts-Counsel for Delphi Corporation, et al.,                 AT: 10:00 AM
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                       :
In re                                                  :        Chapter 11
                                                       :
DELPHI CORPORATION, et al.,                             :        Case No. 05-44481 (RDD)
                                                       :
                            Debtors.    :        (Jointly Administered)
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING PROOFS OF CLAIM NUMBERS 11566, 11567 AND 11568 (SEMI-CONDUCTOR COMPONENTS INDUSTRIES LLC AND SPCP GROUP LLC)

PLEASE TAKE NOTICE that on June 15, 2007, Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors") objected to proof of claim number 11566

("Claim 11566") filed by Semiconductor Components Industries LLC and SPCP Group

LLC (together, the "Claimant") pursuant to the Debtors' (i) Seventeenth Omnibus

Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To

Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors'

Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And

Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To

Modification, Tax Claims Subject To Modification, And Modified Claims Asserting

Reclamation (Docket No. 8270) ("Seventeenth Omnibus Claims Objection");

PLEASE TAKE FURTHER NOTICE that, on July 10, 2007, Claimant filed

its Response Of ON Semiconductor Industries LLC To Debtors Seventeenth Omnibus

Objection To Claims (Docket No. 8513) (the "Response");

PLEASE TAKE FURTHER NOTICE that, the Debtors agreed with the

amounts asserted in Claim 11567 and Claim 11568 (together with Claim 11566, the

"Claims") as filed by Claimant;

PLEASE TAKE FURTHER NOTICE that on October 17, 2005, Claimant

submitted a demand to the Debtors asserting a reclamation claim in the amount of

$1,648,599.77 (the "Reclamation Demand");

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant

have agreed to settle the Seventeenth Omnibus Claims Objection and the Response with

respect to the Claims, the Reclamation Demand and the Claims and, either because the

Claims involve an ordinary course controversy or pursuant to the Order Under 11

U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To

Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without

Further Court Approval (Docket No. 4414), have (i) entered into a Settlement

Agreement, dated as of October 31, 2007 (the "Settlement Agreement"), and (ii)

executed a Joint Stipulation and Agreed Order Compromising and Allowing Proofs of

Claim Numbers 11566, 11567, and 11568 (Semiconductor Components Industries LLC

and SPCP Group LLC) (the "Joint Stipulation");

PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement

Agreement and the Joint Stipulation, the Debtors and the Claimant have agreed to (i)

the allowance of (a) Claim No. 11566 as a general unsecured non-priority claim against

2

Delphi Automotive Systems LLC in the amount of $5,764,040.00;  (b) Claim No. 11567 as

a general unsecured non-priority claim against Delco Electronic Overseas Corporation

in the amount of $24,141.71;  and (c) Claim 11568 as a general unsecured non-priority

claim against Delphi Mechatronic Systems, Inc. in the amount of $30,102.47;  (ii) the

withdrawal of the Reclamation Demand with prejudice; and (iii) the withdrawal of the

Response to the Seventeenth Omnibus Claim Objection with prejudice;

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint

Stipulation for consideration at the hearing scheduled for December 11, 2007, at 10:00

a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern

District of New York.

Dated:   New York, New York           DELPHI CORPORATION, *et al.*
             December 4, 2007                  By their attorneys,
                                                           TOGUT, SEGAL & SEGAL LLP
                                                           By:
                                                           /s/ Neil Berger
                                                           NEIL BERGER (NB-3599)
                                                           A Member of the Firm
                                                           One Penn Plaza
                                                           New York, New York 10119
                                                           (212) 594-5000