## Exhibit A
## Summary of Monthly Fee Statements

| Period Covered | Fees Incurred | Fee Paid | Expense Incurred | Expense Paid |
|---|---|---|---|---|
| June 1, 2007 - June 30, 2007 | 50,525.75 | 40,420.60 | 39,626.38 | 39,626.38 |
| July 1, 2007 - July 31, 2007 | 70,531.89 | 56,425.51 | 17,628.87 | 17,628.87 |
| August 1, 2007 - August 31, 2007 | 46,973.80 | 37,579.04 | 26,407.95 | 26,407.95 |
| September 1, 2007 - September 30, 2007 | 65,125.50 | - | 15,089.77 | |
| Total | 233,156.94 | 134,425.15 | 98,752.97 | 83,663.20 |