Exhibit B
Summary of Professional Hours

| Name | Title | Bar Admission | Hours | Hourly Rate | Billed $ |
|---|---|---|---|---|---|
| Alexander D. Rabinovich | Patent Agent | N/A | 13.40 | 180.00 | 2,412.00 |
| Ava Bijlimoria | Law Clerk | N/A | 0.30 | 125.00 | 37.50 |
| Barbara Myers | Legal Assistant | N/A | 278.45 | 126.17 | 35,131.25 |
| Dan Henry | Attorney | 2005 | 27.00 | 193.67 | 5,229.00 |
| Dawna M. Tennant | Legal Assistant | N/A | 1.00 | 145.00 | 145.00 |
| Diane Lytle | Assistant | N/A | 1.00 | 110.00 | 110.00 |
| Doug LaLone | Attorney | 1992 | 20.90 | 206.51 | 4,316.00 |
| Georgeann K. Mach | Legal Assistant | N/A | 68.40 | 123.39 | 8,440.00 |
| Glenn E. Forbis | Attorney | 1994 | 24.40 | 375.00 | 9,150.00 |
| James F. Carpenter | Legal Assistant | N/A | 0.90 | 135.00 | 121.50 |
| Jason Burnette | Law Clerk | N/A | 5.00 | 63.00 | 315.00 |
| Jennifer Greer | Legal Assistant | N/A | 1.60 | 130.00 | 208.00 |
| JOHN R. WARNER | Illustrator | N/A | 14.00 | 140.00 | 1,960.00 |
| Kathy Nash | Assistant | N/A | 1.60 | 110.00 | 176.00 |
| Ken Jarrall | Attorney | 2002 | 14.30 | 225.17 | 3,220.00 |
| Kristen Zawaski | Assistant | N/A | 20.80 | 86.78 | 1,805.00 |
| Kristin Murphy | Attorney | 1997 | 15.30 | 270.00 | 4,131.00 |
| Linda E. Sudzina | Attorney | 2003 | 28.70 | 215.00 | 6,170.50 |
| M. Jennifer Wunsche | Legal Assistant | N/A | 26.40 | 137.05 | 3,618.00 |
| Mary Margaret L. O'Donnell | Attorney | 1998 | 4.10 | 275.00 | 1,127.50 |
| Maureon Shannon | Legal Assistant | N/A | 2.70 | 145.19 | 392.00 |
| Michael D. Fishman | Attorney | 1984 | 200.40 | 395.26 | 79,209.80 |
| Michelle L. Visser | Attorney | 1998 | 32.60 | 260.00 | 8,476.00 |
| Nivita Beri | Attorney | 2000 | 5.20 | 160.00 | 832.00 |
| Patricia Towers | Legal Assistant | N/A | 4.70 | 150.00 | 705.00 |
| Richard D. Grauer | Attorney | 1965 | 0.20 | 150.00 | 30.00 |
| SHELLY L. HOKENSTAD | Attorney | 2004 | 103.10 | 211.94 | 21,851.24 |
| Stefan D. Osterbur | Attorney | 2006 | 22.30 | 179.15 | 3,995.15 |
| Stephen Kontos | Law Clerk | N/A | 51.10 | 122.47 | 6,258.00 |
| Stephen Krafman | Attorney | 1979 | 9.00 | 316.67 | 2,850.00 |
| TOMOKO NAKAJIMA | Attorney | 2006 | 0.50 | 225.00 | 112.50 |
| Tracy L. Zawaski | Attorney | 2001 | 79.00 | 250.00 | 19,750.00 |
| WENDI J. WOJCIECHOWSKI | Legal Assistant | N/A | 0.30 | 133.33 | 40.00 |
| William Halford | Attorney | 2006 | 5.20 | 160.00 | 832.00 |
| | | | 1,083.85 | 215.12 | 233,156.94 |

Worked Performed 6/1/07 thru 9/30/07