### Exhibit C
### Summary of Work Performed by Category

| Work Performed | June 1, 2007 thru September 30, 2007 | | |
|---|---|---|---|
| | Total Fees | Total Expenses | Total |
| Domestic Patents | 34,938.89 | 1,752.64 | 36,691.53 |
| Foreign Patents | 3,330.00 | 4,347.00 | 7,677.00 |
| Patent Opinions | 7,607.50 | 20.00 | 7,627.50 |
| Patent Litigation | - | 128.70 | 128.70 |
| Domestic Trademarks | 10,401.00 | 4,951.60 | 15,352.60 |
| Foreign Trademarks | 66,376.30 | 77,623.91 | 144,000.21 |
| Trademark Opinions | - | - | - |
| Litigation - Trademarks | 29,445.00 | 4,144.67 | 33,589.67 |
| Agreements | 9,382.00 | 41.62 | 9,423.62 |
| IP Evaluations | 75.00 | - | 75.00 |
| General IP Matters | 71,601.25 | 5,742.83 | 77,344.08 |
| Total June 1, 2007 - September 30, 2007 | 233,156.94 | 98,752.97 | 331,909.91 |