Phillips Lytle LLP
William J. Brown (WB9631)
Angela Z. Miller (AM4473)
437 Madison Avenue, 34th Fl.
New York, New York  10022
Telephone:  (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York  14203
Telephone:  (716) 847-8400
Fax:  (716) 852-6100

*Counsel for E.I. du Pont de Nemours and Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                              )
In re:                                        )        Chapter 11
                                              )
DELPHI CORPORATION, et al.,                   )        Case No. 05-44481 (RDD)
                                              )
                       Debtors.               )        (Jointly Administered)
                                              )
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Jayne A. Hahn, certify that on December 4, 2007, I served a true and correct copy of the Response of E.I. du Pont de Nemours and Company to Debtors' Twenty-Third Omnibus Objection to Claims on the below named parties in the manner specified for such party:

| | **Name and Address of Party** | **Method of Service** |
|---|---|---|
| 1. | Hon. Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court, Southern District<br>    of New York<br>One Bowling Green, Room 610<br>New York, NY    10004 | U.S. Mail and<br>Overnight Courier |

- 2 -

| | **Name and Address of Party** | **Method of Service** |
|---|---|---|
| 2. | Delphi Corporation<br>Attention: General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098<br>Facsimile:  248-813-2491<br>             248-813-2670 | U.S. Mail and<br>Overnight Courier |
| 3. | John William Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Joseph N. Wharton, Esq.<br>Eric Howe, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606<br>Facsimile:  312-407-0411 | U.S. Mail and Overnight Courier |
| 4. | Latigo Master Fund Ltd.<br>Attn:  Paul D. Malek, Esq., General Counsel<br>590 Madison Avenue, 9th Fl.<br>New York, New York  10022 | U.S. Mail and Overnight Courier |
| 5. | Justine J. Block, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York  10036 | U.S. Mail and Overnight Courier |

Dated:  December 4, 2007

                                                    /s/ Jayne A. Hahn
                                                           Jayne A. Hahn

Doc # 01-1705339.1