IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
         In re                        :    Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :    Case No. 05-44481 (RDD)
                                      :
                          Debtors.    :    (Jointly Administered)
                                      :
------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Tracy Jo Figueroa, being duly sworn according to law, depose and say that I am employed by Skadden, Arps, Slate, Meagher & Flom LLP.

On November 30, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit A hereto via overnight delivery:

1) Sixth Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To The Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 11182)

2) Notice Of Sixth Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 11183)

Dated: December 3, 2007

                              /s/  Tracy Jo Figueroa
                              Tracy Jo Figueroa

Subscribed and sworn to (or affirmed) before
me on this 3rd day of December, 2007.

Signature:  /s/ Karen M. Suber

Commission Expires:  08/27/2011

# EXHIBIT A

Delphi Corporation
Skadden Second Interim Fee Application
Special Parties Service List
Exhibit A

| KEY | NAME | COMPANY | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIPCODE | COUNTRY | TELEPHONE | FAX NO | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | David Sherbin | Delphi Corporation | 5725 Delphi Drive | | Troy | MI | 48098 | | 248-813-2000 | 248-813-2670 | david.sherbin@delphi.com | Debtors |
| 2 | John D. Sheehan | Delphi Corporation | 5725 Delphi Drive | | Troy | MI | 48098 | | 248-813-2000 | 248-813-2670 | john.sheehan@delphi.com | Debtors |
| 3 | Alicia M. Leonhard | Office of the United States Trustee Southern District of New York | 33 Whitehall Street | Suite 2100 | New York | NY | 10004-2112 | | 212-510-0500 | | | United States Trustee |
| 4 | Robert J. Rosenberg | Latham & Watkins LLP | 885 Third Avenue | | New York | NY | 10022-4802 | | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to the Official Committee of Unsecured Creditors |
| 5 | Kenneth S. Ziman and Robert H. Trust | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com | Counsel to Debtors' Prepetition Administrative Agent |
| 6 | Donald Bernstein and Brian Resnick | Davis Polk & Wardwell | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtors' Postpetition Administrative Agent |
| 7 | Bonnie Steingart | Fried, Frank, Harris, Shriver & Jacobson LLP | One New York Plaza | | New York | NY | 10004 | | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| 8 | Valerie Venable Credit Manager | SABIC Innovative Plastics | 9930 Kincey Avenue | | Huntersville | NC | 28078 | | 704-992-5075 | 704-992-4933 | valerie.venable@ge.com | Member of the Official Committee of Unsecured Creditors and Fee Committee |
| 9 | John J. Marquess | Legal Cost Control, Inc. | 255 Kings Highway East | | Haddonfield | NJ | 08033 | | 856-216-0800 | 856-216-1736 | | Proposed Fee and Expense Analyst to Fee Committee |