## DELPHI

| **2006 Pay 2007 Assessment** | **PPID/ERA** | **Total** |
|---|---|---|
| 26,676,100.00 | *2,262,464.00* | $887,198.32 |
| 540.00 | | $       19.64 |
| 38,600.00 | | $   1,404.92 |
| 7,410.00 | | $      269.28 |

| **2007 Pay 2008** | **PPID/ERA** | **Total** |
|---|---|---|

*Based on 2006-2007 tax rate*

| | | |
|---|---|---|
| 17,005,090.00 | 0 | $617,969.74 |
| 540.00 | | $       19.64 |
| 34,070.00 | | $   1,230.10 |
| 7,410.00 | | $      269.28 |