# PERSONAL PROPERTY TAX STATEMENT
## 2006 Pay 2007
### MADISON COUNTY, INDIANA

**IMPORTANT**

<ins>PLEASE READ REVERSE SIDE FOR COMPLETE INSTRUCTIONS FOR PAYING TAXES.</ins>

| TAX DISTRICT | 18 ANDERSON CITY |
|---|---|
| DUPLICATE # | 0021435 |

18   0021435

DELPHI AUTOMOTIVE     L
SYSTEMS LLC
PO BOX 5082
TROY, MI                    48007-5082

| CURRENT TAX BREAKDOWN | |
|---|---:|
| STATE | .83 |
| COUNTY | 235.96 |
| TOWNSHIP | 7.98 |
| SCHOOL | 578.64 |
| CITY | 522.64 |
| LIBRARY | 56.97 |
| OTHER | 1.90 |

| REPLACEMENT CREDIT | 10.6899 |
|---|---|
| HOMESTEAD CREDIT | |
| TAX RATE | 4.0690 |

**TOTAL CHARGED**

$1,404.92

APPROVED FOR MADISON COUNTY BY STATE BOARD OF ACCOUNTS (2007)

Enclosed is your <ins>2006 PAY 2007 PROPERTY TAX BILL</ins> for Madison County. Because of the delay in receiving our tax rates, there will be <ins>ONE</ins> collection date for the <ins>FULL YEAR</ins> which is <ins>DECEMBER 10th</ins>. The above portion of the bill labeled "<ins>TOTAL CHARGED</ins>" is the amount due for the <ins>FULL YEAR</ins>, including <ins>DELINQUENT CHARGES</ins>, and <ins>SPECIAL ASSESSMENTS</ins>. The "<ins>AMOUNT TO PAY</ins>" on the bottom portion of the bill is the <ins>AMOUNT YOU OWE</ins>. <ins>IF</ins> you made any <ins>PREPAYMENTS</ins>, this was subtracted from the original amount charged and your bill is for the <ins>BALANCE DUE</ins>.

If you have questions regarding your <ins>ASSESSMENT</ins>, please contact the Assessors at:

Anderson Township Assessor's Office (765) 641-9408    Madison County Assessor's Office (765) 641-9401

If you have questions regarding your <ins>EXEMPTIONS</ins>, please contact the Auditor at:

Madison County Auditor's Office (765) 641-9419

Sincerely,
Madison County Treasurer        TAX INFORMATION ONLINE AT:
(765) 641-9645                  www.madisoncountyindiana.org

---

**PERSONAL PROPERTY TAX STATEMENT**
DELPHI AUTOMOTIVE     L
SYSTEMS LLC
Legal Description:
06 FORM 104

2006 Pay 2007
** TREASURER COPY **
**FULL YEAR**

| TAX DISTRICT | 18 ANDERSON CITY |
|---|---|
| DUPLICATE # | 0021435 |

**ASSESSED VALUES**

| Gross Value | 38,660 |
|---|---|
| Exemptions | 0 |
| Net Value | 38,660 |
| Exemptions Applied | |

| 1,573.08 | GROSS TAX |
|---:|---|
| 168.16 | REPLACEMENT. CR (-) |
| 1,404.92 | FULL YEAR TAXES DUE |
| .00 | ADJUSTMENTS (-) |
| .00 | CURRENT PENALTY |
| .00 | DELINQUENT TAX |
| 1,404.92 | TOTAL DUE |

**AMOUNT TO PAY BY**
Dec 10th  👉   1,404.92

Penalty Charged after the Due Date.

18   0021435   000140492   P

---

**PERSONAL PROPERTY TAX STATEMENT**
DELPHI AUTOMOTIVE     L
SYSTEMS LLC
Legal Description:
06 FORM 104

2006 Pay 2007
** TAXPAYER COPY *
**FULL YEAR**

| TAX DISTRICT | 18 ANDERSON CITY |
|---|---|
| DUPLICATE # | 0021435 |

**ASSESSED VALUES**

| Gross Value | 38,660 |
|---|---|
| Exemptions | 0 |
| Net Value | 38,660 |
| Exemptions Applied | |

| 1,573.08 | GROSS TAX |
|---:|---|
| 168.16 | REPLACEMENT. CR (-) |
| 1,404.92 | FULL YEAR TAXES DUE |
| .00 | ADJUSTMENTS (-) |
| .00 | CURRENT PENALTY |

**AMOUNT TO PAY BY**