**PERSONAL PROPERTY TAX STATEMENT**
**2006 Pay 2007**
**MADISON COUNTY, INDIANA**

**IMPORTANT**

**PLEASE READ REVERSE SIDE FOR COMPLETE INSTRUCTIONS FOR PAYING TAXES.**

| TAX DISTRICT | 18  ANDERSON CITY |
|---|---|
| DUPLICATE # | 0021430 |

18    0021430
DELPHI AUTOMOTIVE    L
SYSTEMS LLC
PO BOX 5082
TROY, MI                              48007-5082

| CURRENT TAX BREAKDOWN | |
|---|---|
| STATE | .01 |
| COUNTY | 3.30 |
| TOWNSHIP | .11 |
| SCHOOL | 8.09 |
| CITY | 7.31 |
| LIBRARY | .80 |
| OTHER | .03 |

| REPLACEMENT CREDIT | 10.6899 |
|---|---|
| HOMESTEAD CREDIT | |
| TAX RATE | 4.0690 |

**TOTAL CHARGED**
$19.64

APPROVED FOR MADISON COUNTY BY STATE BOARD OF ACCOUNTS (2007)

Enclosed is your 2006 PAY 2007 PROPERTY TAX BILL for Madison County. Because of the delay in receiving our tax rates, there will be ONE collection date for the FULL YEAR which is DECEMBER 10th. The above portion of the bill labeled "TOTAL CHARGED" is the amount due for the FULL YEAR, including DELINQUENT CHARGES, and SPECIAL ASSESSMENTS. The "AMOUNT TO PAY" on the bottom portion of the bill is the AMOUNT YOU OWE. IF you made any PREPAYMENTS, this was subtracted from the original amount charged and your bill is for the BALANCE DUE.

If you have questions regarding your ASSESSMENT, please contact the Assessors at:

Anderson Township Assessor's Office (765) 641-9408        Madison County Assessor's Office (765) 641-9401

If you have questions regarding your EXEMPTIONS, please contact the Auditor at:

Madison County Auditor's Office (765) 641-9419

Sincerely,
Madison County Treasurer
(765) 641-9645

TAX INFORMATION ONLINE AT:
www.madisoncountyindiana.org

---

**PERSONAL PROPERTY TAX STATEMENT**
DELPHI AUTOMOTIVE    L
SYSTEMS LLC
Legal Description:
06 FORM 104

2006 Pay 2007
** TREASURER COPY **
**FULL YEAR**

| TAX DISTRICT | 18  ANDERSON CITY |
|---|---|
| DUPLICATE # | 0021430 |

**ASSESSED VALUES**

| Gross Value | 540 |
|---|---|
| Exemptions | 0 |
| Net Value | 540 |
| Exemptions Applied | |

| .00 | GROSS TAX |
|---|---|
| 2.34 | REPLACEMENT. CR (-) |
| 19.64 | FULL YEAR TAXES DUE |
| .00 | ADJUSTMENTS (-) |
| .00 | CURRENT PENALTY |
| .00 | DELINQUENT TAX |
| 19.64 | TOTAL DUE |

**AMOUNT TO PAY BY**
Dec 10th        19.64
Penalty Charged after the Due Date.

18    0021430    000001964    P

---

**PERSONAL PROPERTY TAX STATEMENT**
DELPHI AUTOMOTIVE    L
SYSTEMS LLC
Legal Description:
06 FORM 104

2006 Pay 2007
** TAXPAYER COPY *
**FULL YEAR**

| TAX DISTRICT | 18  ANDERSON CITY |
|---|---|
| DUPLICATE # | 0021430 |

**ASSESSED VALUES**

| Gross Value | 540 |
|---|---|
| Exemptions | 0 |
| Net Value | 540 |
| Exemptions Applied | |

| .00 | GROSS TAX |
|---|---|
| 2.34 | REPLACEMENT. CR (-) |
| 19.64 | FULL YEAR TAXES DUE |
| .00 | ADJUSTMENTS (-) |
| .00 | CURRENT PENALTY |
| .00 | DELINQUENT TAX |

**AMOUNT TO PAY BY**
Dec 10th
19.64