**PERSONAL PROPERTY TAX STATEMENT**
## 2006 Pay 2007
**MADISON COUNTY, INDIANA**

**IMPORTANT**

<u>**PLEASE**</u> **READ REVERSE SIDE FOR COMPLETE INSTRUCTIONS FOR PAYING TAXES.**

| TAX DISTRICT | 18   ANDERSON CITY |
|---|---|
| DUPLICATE # | 0021440 |

18   0021440
DELPHI AUTOMOTIVE        L
SYSTEMS LLC
PO BOX 5082
TROY, MI                              48007-5082

| CURRENT TAX BREAKDOWN | |
|---|---:|
| STATE | .16 |
| COUNTY | 45.23 |
| TOWNSHIP | 1.53 |
| SCHOOL | 110.91 |
| CITY | 100.17 |
| LIBRARY | 10.92 |
| OTHER | .36 |

| REPLACEMENT CREDIT | 10.6899 |
|---|---|
| HOMESTEAD CREDIT | |
| TAX RATE | 4.0690 |

**TOTAL CHARGED**

$269.28

APPROVED FOR MADISON COUNTY BY STATE BOARD OF ACCOUNTS (2007)

Enclosed is your <u>2006 PAY 2007 PROPERTY TAX BILL</u> for Madison County. Because of the delay in receiving our tax rates, there will be <u>ONE</u> collection date for the <u>FULL YEAR</u> which is <u>DECEMBER 10th</u>. The above portion of the bill labeled "<u>TOTAL CHARGED</u>" is the amount due for the <u>FULL YEAR</u>, including <u>DELINQUENT CHARGES</u>, and <u>SPECIAL ASSESSMENTS</u>. The "<u>AMOUNT TO PAY</u>" on the bottom portion of the bill is the <u>AMOUNT YOU OWE</u>. <u>IF</u> you made any <u>PREPAYMENTS</u>, this was subtracted from the original amount charged and your bill is for the <u>BALANCE DUE</u>.

If you have questions regarding your <u>ASSESSMENT</u>, please contact the Assessors at:

Anderson Township Assessor's Office (765) 641-9408         Madison County Assessor's Office (765) 641-9401

If you have questions regarding your <u>EXEMPTIONS</u>, please contact the Auditor at:

Madison County Auditor's Office (765) 641-9419

Sincerely,
Madison County Treasurer
(765) 641-9645

TAX INFORMATION ONLINE AT:
www.madisoncountyindiana.org

---

**PERSONAL PROPERTY TAX STATEMENT**
DELPHI AUTOMOTIVE        L
SYSTEMS LLC
Legal Description:
06 FORM 104

2006 Pay 2007
** TREASURER COPY **
**FULL YEAR**

| TAX DISTRICT | 18   ANDERSON CITY |
|---|---|
| DUPLICATE # | 0021440 |

**ASSESSED VALUES**

| Gross Value | 7,410 |
|---|---|
| Exemptions | 0 |
| Net Value | 7,410 |
| Exemptions Applied | |

| 301.52 | GROSS TAX |
|---|---|
| 32.24 | REPLACEMENT. CR (-) |
| 269.28 | FULL YEAR TAXES DUE |
| .00 | ADJUSTMENTS (-) |
| .00 | CURRENT PENALTY |
| .00 | DELINQUENT TAX |
| 269.28 | TOTAL DUE |

**AMOUNT TO PAY BY**
Dec 10th          269.28
Penalty Charged after the Due Date.

18   0021440   000026928   P

---

**PERSONAL PROPERTY TAX STATEMENT**
DELPHI AUTOMOTIVE        L
SYSTEMS LLC
Legal Description:
06 FORM 104

2006 Pay 2007
** TAXPAYER COPY **
**FULL YEAR**

| TAX DISTRICT | 18   ANDERSON CITY |
|---|---|
| DUPLICATE # | 0021440 |

**ASSESSED VALUES**

| Gross Value | 7,410 |
|---|---|
| Exemptions | 0 |
| Net Value | 7,410 |
| Exemptions Applied | |

| 301.52 | GROSS TAX |
|---|---|
| 32.24 | REPLACEMENT. CR (-) |
| 269.28 | FULL YEAR TAXES DUE |
| .00 | ADJUSTMENTS (-) |
| .00 | CURRENT PENALTY |

**AMOUNT TO PAY BY**
Dec 10th