## Metalforming Technologies
## Insufficiently Documented Invoices

| Invoice Number | Invoice Date | Invoice Amount | |
|---|---|---|---|
| 134957 | 04/25/2005 | 9,096.84 | Need Proof of Delivery |
| 135102 | 05/09/2005 | 9,382.18 | Need Proof of Delivery |
| 135155 | 05/09/2005 | 1,046.76 | Invoice copy /POD |
| 135199 | 05/09/2005 | 106.25 | Invoice copy /POD |
| 135290 | 05/13/2005 | 85.00 | Invoice copy /POD |
| 137427 | 05/23/2005 | 86.70 | Invoice copy /POD |
| 536020 | 06/08/2004 | 791.68 | Invoice copy /POD |
| 536134 | 06/14/2004 | 791.68 | Invoice copy /POD |
| 538418 | 11/02/2004 | 791.68 | Invoice copy /POD |
| 539236 | 12/20/2004 | 6,128.64 | Invoice copy /POD |
| 541993 | 05/29/2005 | 2,042.88 | Invoice copy /POD |
| 542810 | 07/01/2005 | 899.42 | Invoice copy /POD |
| 542852 | 07/03/2005 | 450.00 | Invoice copy /POD |
| 543251 | 07/31/2005 | 3,445.80 | Invoice copy /POD |
| D03334 | 09/30/2004 | 53.32 | Invoice copy /POD |
| D03405 | 11/03/2004 | 92.57 | Invoice copy /POD |
| d03425 | 11/12/2004 | 1,135.42 | Invoice copy /POD |
| D03458 | 12/08/2004 | 60.00 | Invoice copy /POD |
| D003461 | 12/08/2004 | 1,110.08 | Invoice copy /POD |
| D03463 | 12/08/2004 | 791.30 | Invoice copy /POD |
| d03523 | 01/11/2005 | 685.45 | Invoice copy /POD |
| d04056 | 08/11/2005 | 1,120.00 | Invoice copy /POD |
| D04075 | 08/01/2005 | 711.51 | Invoice copy /POD |
| D04080 | 08/01/2005 | 6,567.61 | Invoice copy /POD |

| | | | |
|---|---|---|---|
| d04081 | 08/01/2005 | 3,347.83 | Invoice copy /POD |
| d04204 | 09/21/2005 | 1,969.40 | Invoice copy /POD |
| Do4319 | 10/19/2005 | 2,297.85 | Steel Surcharge August 2005   Need Purchase order Number |
| Do4320 | 10/19/2005 | 2,790.12 | Steel Surcharge August 2005   Need Purchase order Number |
| On Account | 12/02/2004 | -370.33 | Need Invoice Number |
| On Account | 08/28/2005 | -328.37 | Need Invoice Number |
| On Account | 09/02/2005 | -861.47 | Need Invoice Number |
| On Account | 09/26/2005 | -450.00 | Need Invoice Number |
| On Account | 10/02/2005 | -23,935.13 | Need Invoice Number |
| 134582 | 04/03/2005 | 1,443.37 | Invoice copy /POD |
| 137182 | 09/12/2005 | 6,716.68 | Invoice copy /POD |
| 137500 | 09/28/2005 | -375.50 | Invoice copy |
| 137618 | 10/05/2005 | 2,256.00 | Invoice copy /POD |
| D03315 | 09/30/2004 | 85.99 | Invoice copy /POD |
| D03316 | 09/30/2004 | 14.00 | Invoice copy /POD |
| D03317 | 09/30/2004 | 10.50 | Invoice copy /POD |
| D03318 | 09/30/2004 | 31.50 | Invoice copy /POD |
| D03574 | 02/07/2005 | 95.99 | Invoice copy /POD |
| On Account | 04/23/2004 | -84.68 | Need Invoice number |
| D03426 | 11/12/2004 | 69.22 | Invoice copy /POD |
| D03524 | 1/11/2005 | 85.32 | Invoice copy /POD |
| D03705 | 04/04/2005 | 261.08 | Invoice copy /POD |
| D03864 | 06/01/2005 | 376.26 | Invoice copy /POD |
| D03865 | 06/01/2005 | 473.01 | Invoice copy /POD |
| D03883 | 06/01/2005 | 462.26 | Invoice copy /POD |
| D03987 | 07/05/2005 | 483.76 | Invoice copy /POD |
| D04082 | 08/01/2005 | 32.25 | Invoice copy /POD |
| On Account | 07/01/2005 | -46.06 | Need Invoice Number |
| On Account | 09/02/2005 | -45.06 | Need Invoice Number |
| 537374 | 08/30/2004 | 1,584.00 | Invoice copy /POD |
| 537396 | 08/31/2004 | 1,584.00 | Invoice copy /POD |
| 537498 | 09/30/2004 | 2,376.00 | Invoice copy /POD |
| 537548 | 09/08/2004 | 1,584.22 | Invoice copy /POD |

| | | | |
|---|---|---|---|
| **537655** | **09/15/2004** | **792.33** | **Invoice copy /POD** |
| **537696** | **09/16/2004** | **792.00** | **Invoice copy /POD** |
| **537747** | **09/20/2004** | **792.00** | **Invoice copy /POD** |
| **537815** | **09/23/2004** | **15,570.50** | **Invoice copy /POD** |
| **537821** | **09/23/2004** | **1,584.99** | **Invoice copy /POD** |
| **537840** | **09/26/2004** | **792.00** | **Invoice copy /POD** |
| **537888** | **10/05/2004** | **792.00** | **Invoice copy /POD** |
| **538630** | **11/08/2004** | **792.00** | **Invoice copy /POD** |
| **538861** | **11/22/2004** | **1,584.00** | **Invoice copy /POD** |
| **540374** | **02/24/2005** | **4,349.10** | **Invoice copy /POD** |
| **540976** | **03/30/2005** | **130.46** | **Invoice copy /POD** |
| **541073** | **04/07/2005** | **130.46** | **Invoice copy /POD** |
| **541116** | **04/07/2005** | **195.70** | **Invoice copy /POD** |
| **541144** | **04/07/2005** | **65.23** | **Invoice copy /POD** |
| **541207** | **04/14/2005** | **130.46** | **Invoice copy /POD** |
| **541272** | **04/19/2005** | **6,523.20** | **Need Proof of Delivery** |
| **541273** | **04/19/2005** | **326.16** | **Invoice copy /POD** |
| **541412** | **04/22/2005** | **195.70** | **Invoice copy /POD** |
| **541433** | **04/22/2005** | **130.46** | **Invoice copy /POD** |
| **541722** | **05/10/2005** | **4,349.10** | **Invoice copy /POD** |
| **541723** | **05/10/2005** | **61.43** | **Invoice copy /POD** |
| **541724** | **05/10/2005** | **2,174.40** | **Invoice copy /POD** |
| **541725** | **05/10/2005** | **2,174.40** | **Invoice copy /POD** |
| **541727** | **05/10/2005** | **326.16** | **Invoice copy /POD** |
| **541728** | **05/10/2005** | **130.46** | **Invoice copy /POD** |
| **541729** | **05/10/2005** | **2,174.40** | **Invoice copy /POD** |
| **541730** | **05/10/2005** | **4,348.80** | **Invoice copy /POD** |
| **542149** | **05/27/2005** | **130.47** | **Invoice copy /POD** |
| **542150** | **05/27/2005** | **10,872.00** | **Need Proof of Delivery** |
| **542151** | **05/27/2005** | **65.23** | **Invoice copy /POD** |
| **542152** | **05/27/2005** | **195.70** | **Invoice copy /POD** |

| | | | |
|---|---|---|---|
| **542673** | **06/24/2005** | **40.26** | **Invoice copy /POD** |
| **542689** | **06/27/2005** | **1,375.31** | **Invoice copy /POD** |
| **542854** | **07/03/2005** | **862.72** | **Invoice copy /POD** |
| **On Account** | **08/05/2004** | **-3,849.09** | **Invoice Number** |
| **On Account** | **11/03/2004** | **-1,824.08** | **Invoice Number** |
| **On Account** | **02/04/2005** | **-6,523.20** | **Invoice Number** |
| **On Account** | **04/01/2005** | **-2,764.80** | **Invoice Number** |
| **136277** | **07/22/2005** | **1,033.59** | **Invoice copy /POD** |
| **136357** | **07/28/2005** | **775.17** | **Invoice copy /POD** |
| **136414** | **07/29/2005** | **1,550.34** | **Invoice copy /POD** |
| **137450** | **09/26/2005** | **753.64** | **Invoice copy /POD** |
| **137563** | **09/30/2005** | **1,636.47** | **Invoice copy /POD** |
| **543102** | **07/25/2005** | **2,221.06** | **Invoice copy /POD** |
| **543133** | **07/26/2005** | **2,961.41** | **Invoice copy /POD** |
| **543168** | **07/28/2005** | **2,221.06** | **Invoice copy /POD** |
| **543191** | **07/28/2005** | **2,221.06** | **Invoice copy /POD** |
| **543215** | **07/02/2005** | **2,221.06** | **Invoice copy /POD** |
| **543236** | **07/31/2005** | **2,221.06** | **Invoice copy /POD** |
| **543260** | **07/31/2005** | **2,961.41** | **Invoice copy /POD** |
| **Do3314** | **09/30/2004** | **520.00** | **Invoice copy /POD** |
| **Do3423** | | **5,766.79** | |
| **D03459** | **12/08/2004** | **357.21** | **Invoice copy /POD** |
| **D03464** | **12/08/2004** | **4,887.00** | **Invoice copy /POD** |
| **D03530** | **01/11/2005** | **2,874.17** | **Invoice copy /POD** |
| **D03531** | **01/11/2005** | **306.18** | **Need Proof of Delivery** |
| **D04077** | **08/01/2005** | **9,744.62** | **Steel Surcharge July 2005   Need Purchase order Number** |
| **D04079** | **08/01/2005** | **1,576.47** | **Invoice copy /POD** |
| **Do4306** | **10/18/2005** | **26,391.67** | **Steel Surcharge August 2005   Need Purchase order Number** |
| **Do4308** | **10/18/2005** | **35,962.27** | **Steel Surcharge August 2005   Need Purchase order Number** |
| **On Account** | **08/22/2004** | **-114.71** | **Need Invoice Number** |
| **On Account** | **09/02/2004** | **-81.49** | **Need Invoice Number** |
| **On Account** | **09/02/2005** | **-18,918.24** | **Need Invoice Number** |

| | | | |
|---|---|---|---|
| **D03575** | **02/07/2005** | **4,814.08** | **Steel Surcharge January 2005   Need Purchase order Number** |
| **D03708** | **04/04/2005** | **5,524.36** | **Need Proof of Delivery** |
| **D03868** | **06/01/2005** | **16,602.29** | **Steel Surcharge March 2005   Need Purchase order Number** |
| **D03869** | **06/01/2005** | **4,750.94** | **Invoice copy /POD** |
| **D03884** | **06/01/2005** | **8,914.27** | **Invoice copy /POD** |
| **D03986** | **07/05/2005** | **2,706.22** | **Invoice copy /POD** |
| **D04083** | **08/01/2005** | **2,062.37** | **Invoice copy /POD** |

**Grand total**                              **238,819.00**