UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD) |

## WITHDRAWAL OF CREDITOR'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 16443 IN THE NINTH OMNIBUS CLAIMS OBJECTION

COMES NOW Creditor, Doosan Infracore America Corp., by and through its attorneys, and withdraws its response [Docket No. 7000] to Debtor's Objection to Claim No. 16443, in the Ninth Omnibus Claims Objection with prejudice.

By: /s/ Andrew H. Sherman
Andrew H. Sherman, Esq.
SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, NY 10020
Tel: (212) 643-7000
Fax: (212) 643-6500
Attorneys for Doosan Infracore America Corp.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was mailed December 5, 2007 to:

Honorable Robert D. Drain, U.S.B.J.
United States Bankruptcy Court
   for the Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
*Attorneys for the Debtors*

/s/ Peter Calhoun
Peter Calhoun