**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (ID-9980)
590 Madison Avenue
New York, New York 10022-2524
Telephone: 212-872-1000
Facsimile: 212-872-1002

-and-

David M. Dunn (DD-3220)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: 202-887-4000
Facsimile: 202-887-4288

Counsel to the TAI Unsecured Creditors
Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
|                                    | :                          |
| In re:                             | :                          |
|                                    | : Chapter 11               |
| DELPHI CORPORATION, *et al.*,      | : Case No. 05-44481 (RDD)  |
|                                    | :                          |
|                  Debtors.          | : (Jointly Administered)   |
------------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the Supplemental Response of the TAI Unsecured Creditors Liquidating Trust to Debtors' Twentieth Omnibus Objection was served on the 29th day of November, 2007, upon the parties listed below pursuant to first class U.S. Mail, postage pre paid:

> Delphi Corporation
> 5725 Delphi Drive
> Troy, MI 48098
> Att'n: General Counsel

    John K. Lyons, Esq.
    John Wm. Butler, Jr., Esq.
    Randall G. Reese, Esq.
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive
    Suite 2100
    Chicago, IL 60606

December 5, 2007

                              */s/ David M. Dunn*
                              David M. Dunn (DD-3220)