Hearing Date: December 6, 2007
Hearing Time: 10:00 a.m. (prevailing Eastern time)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                :
     In re                   :   Chapter 11
                                :
DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)
                                :
               Debtors.    :   (Jointly Administered)
                                :
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DELPHI-APPALOOSA INVESTMENT AGREEMENT AMENDMENT MOTION
AND  SOLICITATION PROCEDURES MOTION
NON-OMNIBUS HEARING AGENDA

Location Of Hearing:        United States Bankruptcy Court for the Southern District of New
York, Alexander Hamilton Custom House, Room 610, 6th Floor, One
Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this
Proposed Agenda:

    A.      Introduction

    B.      Delphi-Appaloosa Investment Agreement Amendment Motion (2 Matters)

    C.      Solicitation Procedures Motion (1 Matter)

**B.    Delphi-Appaloosa Investment Agreement Amendment Motion**

    1.    **"Motion Of The Equity Security Holders To Adjourn Disclosure
Statement Hearing And Equity Purchase And Commitment Agreement
Hearing"** – Emergency Motion Of The Official Committee Of Equity
Security Holders Of Delphi Corporation To Adjourn The Hearing On, And
Fix A New Time To Object To, (A) The Debtors' Motion For Order
Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And
Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date
To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To
Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim
Procedures, (VII) Procedures For Resolving Disputes Relating To Post-
Petition Interest, And (VIII) Reclamation Claim Procedures And (B) The
Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b),
503(b), And 507(a) Authorizing And Approving Amendment To Delphi-
Appaloosa Equity Purchase And Commitment Agreement (Docket No. 10795)

    *Responses Filed:*    *A response will be filed.*

    *Reply Filed:*    *None.*

    *Related Filings:*    *Statement Of Brandes Investment Partners, L.P. In
Support Of Emergency Motion Filed By The Official
Committee Of Equity Security Holders (Docket No.
10807)*

    *Second Supplemental Order (A) Establishing Revised
Hearing Date And Related Procedures On Disclosure
Statement And Solicitation Procedures Motion And (B)
Setting Hearing Date And Related Procedures For
Motion To Amend Investment Agreement (Docket No.
10864)*

    *Joinder Of Law Debenture Trust Company Of New
York To Emergency Motion Of The Official Committee
Of Equity Security Holders Of Delphi Corporation To
Adjourn The Hearing On, And Fix A New Time To
Object To, (A) The Debtors' Motion For Order*

2

*Approving (I) Disclosure Statement, (II) Record Date,*
*Voting Deadline, And Procedures For Temporary*
*Allowance Of Certain Claims, (III) Hearing Date To*
*Consider Confirmation Of Plan, (IV) Procedures For*
*Filing Objections To Plan, (V) Solicitation Procedures*
*For Voting On Plan, (VI) Cure Claim Procedures, (VII)*
*Procedures For Resolving Disputes Relating To Post-*
*Petition Interest, And (VIII) Reclamation Claim*
*Procedures And (B) The Debtors' Expedited Motion*
*For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b),*
*And 507(a) Authorizing And Approving Amendment To*
*Delphi-Appaloosa Equity Purchase And Commitment*
*Agreement (Docket No. 11161)*

*Third Supplemental Order (A) Establishing Revised*
*Hearing Date And Related Procedures On Disclosure*
*Statement And Solicitation Procedures Motion And (B)*
*Setting Hearing Date And Related Procedures For*
*Motion To Amend Investment Agreement (Docket No.*
*11198)*

*Status:*            *The hearing with respect to this matter will be*
*proceeding.*

2.    **"Delphi-Appaloosa Investment Agreement Amendment Motion"** –
      Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And
      507(a) Authorizing And Approving Amendment To Delphi-Appaloosa
      Equity Purchase And Commitment Agreement (Docket No. 10760)

      *Responses Filed:*     *Lead Plaintiffs' Limited Objection To Debtors' Motion*
      *For Order, Inter Alia, Approving And Authorizing The*
      *Entry Into The Equity Purchase And Commitment*
      *Agreement Amendment (Docket No. 10796)*

      *Objection To Debtors' Expedited Motion For Order*
      *Under 11 U.S.C. §§ 105(a) 363(b), 503(b), And 507(a)*
      *Authorizing And Approving Amendment To Delphi-*
      *Appaloosa Equity Purchase And Commitment*
      *Agreement (Docket No. 10799)*

      *Objection By Caspian Capital Advisors, LLC;*
      *Castlerigg Master Investments Ltd.; Davidson*
      *Kempner Capital Management LLC; Elliott Associates,*
      *L.P.; Gradient Partners, L.P.; Sailfish Capital*
      *Partners, LLC; And Whitebox Advisors, LLC To*
      *Expedited Motion For Order Under 11 U.S.C. §§*
      *105(a), 363(b), 503(b) And 507(a) Authorizing And*
      *Approving Amendment To Delphi-Appaloosa Equity*

3

*Purchase And Commitment Agreement (Docket No. 10800)*

*Objection Of The Official Committee Of Unsecured Creditors To The Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b) And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 10805)*

*Objection Of The IUE-CWA To The Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b) And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11013)*

*Supplemental Objection To Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a) 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11032)*

*Supplemental And Restated Objection Of Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; CR Intrinsic Investors, LLC; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b) And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11036)*

*Objection Of The Official Committee Of Unsecured Creditors To The Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b) And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement Filed On November 14, 2007 (Docket No. 11037)*

*Objection Of Wilmington Trust Company, As Indenture Trustee, To Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11040)*

*Objection Of The Delphi Trade Committee To The Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11042)*

*Reply Filed:*    *An omnibus reply will be filed.*

*Related Filings:*    *Expedited Motion For Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) (Docket No. 8673)*

*Order To Show Cause Why Motion For Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Should Not Be Granted (Docket No. 8694)*

*Statement Of Highland Capital Management, LP Regarding Debtors' Expedited Motion For Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) (Docket Nos. 8752 & 8754)*

*Debtors' Reply In Support Of Delphi-Appaloosa Investment And Plan Framework Motion (Docket No. 8843)*

*Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) (Docket No. 8856)*

*Supplemental Order (A) Establishing Revised Hearing Date And Related Procedures On Disclosure Statement And Solicitations Procedure Motion And (B) Setting Hearing Date And Related Procedures For Potential Motions Amending Investment Agreement And Approving Certain Exit Financing Agreements (Docket No. 10662)*

*Emergency Motion Of The Official Committee Of Equity Security Holders Of Delphi Corporation To Adjourn The Hearing On, And Fix A New Time To Object To, (A) The Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary*

*Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Post-Petition Interest, And (VIII) Reclamation Claim Procedures And (B) The Debtors' Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 10795)*

*Second Supplemental Order (A) Establishing Revised Hearing Date And Related Procedures On Disclosure Statement And Solicitation Procedures Motion And (B) Setting Hearing Date And Related Procedures For Motion To Amend Investment Agreement (Docket No. 10864)*

*Ex Parte Motion For Order Authorizing Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; CR Intrinsic Investors, LLC; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To File In Redacted Form And Under Seal A Supplemental Objection To Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b) And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11027)*

*Order Authorizing Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; CR Intrinsic Investors, LLC; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To File In Redacted Form And Under Seal A Supplemental Objection To Expedited Motion For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b) And 507(a) Authorizing And Approving Amendment To Delphi-Appaloosa Equity Purchase And Commitment Agreement (Docket No. 11029)*

*Third Supplemental Order (A) Establishing Revised Hearing Date And Related Procedures On Disclosure Statement And Solicitation Procedures Motion And (B) Setting Hearing Date And Related Procedures For*

> *Motion To Amend Investment Agreement (Docket No. 11198)*
>
> Status:  *The hearing with respect to this matter will be proceeding.*

## C.    Solicitation Procedures Motion

> 3.    **"Solicitation Procedures Motion"** – Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 9266)
>
> Responses filed:    *Objection Of Sharyl Carter (Docket No. 9513)[†]*
>
> *Objection Of Peugeot JAPY Industries SA To Debtors' Disclosure Statement And Solicitation Procedures Motion (Docket No. 9668)[†]*
>
> *Objection Of PBR Tennessee, Inc., PBR Knoxville LLC, PBR Columbia LLC, And PBR Australia Pty Ltd., To Debtors' Disclosure Statement And Solicitation Procedures Motion (Docket No. 9669)[†]*
>
> *Objection Of SABIC Innovative Plastics US LLC To Debtors' Disclosure Statement And Solicitation Procedures Motion (Docket No. 9670)[†]*
>
> *Limited Objection Of The ACE Companies To Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 9674)[‡]*
>
> *Limited Objection Of Bank Of America, N.A. To Disclosure Statement With Respect To Joint Chapter 11 Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 9677)[‡]*

---

[†]    Overruled as stated on the record at the Non-Omnibus Hearing on 10/3/2007: See Docket No. 10497.

[‡]    Resolved and withdrawn as stated on the record at the Non-Omnibus Hearing on 10/3/2007: See Docket No. 10497.

*Limited Objection Of Bank Of America, N.A. To Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Procedures (Docket No. 9680)[‡]*

*Lead Plaintiffs' Response To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 10398)*

*Objection Of The UAW Skilled Trades Employees (Docket No. 10413)[†]*

*Objection Of Ernest A. Knobelspiesse (Docket No. 10414)[†]*

*Objection Of Sharyl Carter (Docket No. 10417)[†]*

*Objection Of Sharyl Carter (Docket No. 10792)*

*Lead Plaintiffs' Supplemental Response To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 10794)*

*Objection Of The Official Committee Of Equity Security Holders To Debtors' Motion For Order*

---

[‡]    Resolved and withdrawn as stated on the record at the Non-Omnibus Hearing on 10/3/2007: See Docket No. 10497.

[†]    Overruled as stated on the record at the Non-Omnibus Hearing on 10/3/2007: See Docket No. 10497.

*Approving (I) Disclosure Statement, (II) Record Date,
Voting Deadline, And Procedures For Temporary
Allowance Of Certain Claims, (III) Hearing Date To
Consider Confirmation Of Plan, (IV) Procedures For
Filing Objections To Plan, (V) Solicitation Procedures
For Voting On Plan, (VI) Cure Claim Procedures, (VII)
Procedures For Resolving Disputes Relating To Post-
Petition Interest, And (VIII) Reclamation Claim
Procedures (Docket No. 10802)*

*Objection Of Caspian Capital Advisors, LLC;
Castlerigg Master Investments Ltd.; Davidson
Kempner Capital Management LLC; Elliott Associates,
L.P.; Gradient Partners, L.P.; Sailfish Capital
Partners, LLC; And Whitebox Advisors, LLC To
Motion To Approve (A) Proposed Disclosure
Statement With Respect To Joint Plan Of
Reorganization Of Delphi Corporation And Certain
Affiliates, Debtors And Debtors-In-Possession, And (B)
Motion For Order Approving (I) Disclosure Statement,
(II) Record Date, Voting Deadline, And Procedures
For Temporary Allowance Of Certain Claims, (III)
Hearing Date To Consider Confirmation Of Plan, (IV)
Procedures For Filing Objections To Plan, (V)
Solicitation Procedures For Voting On Plan, (VI) Cure
Claim Procedures, (VII) Procedures For Resolving
Disputes Relating To Postpetition Interest, And (VIII)
Reclamation Claim Procedures (Docket No. 10803)*

*Objection Of The Official Committee Of Unsecured
Creditors To Debtors' Motion For Order Approving (I)
Disclosure Statement, (II) Record Date, Voting
Deadline, And Procedures For Temporary Allowance
Of Certain Claims, (III) Hearing Date To Consider
Confirmation Of Plan, (IV) Procedures For Filing
Objections To Plan, (V) Solicitation Procedures For
Voting On Plan, (VI) Cure Claim Procedures, (VII)
Procedures For Resolving Disputes Relating To
Postpetition Interest, And (VIII) Reclamation Claim
Procedures (Docket No. 10804)*

*Objection Of Wilmington Trust Company, As Indenture
Trustee, To Motion For Order Approving (I)
Disclosure Statement, (II) Record Date, Voting
Deadline, And Procedures For Temporary Allowance
Of Certain Claims, (III) Hearing Date To Consider
Confirmation Of Plan, (IV) Procedures For Filing
Objections To Plan, (V) Solicitation Procedures For
Voting On Plan (VI) Cure Claim Procedures, (VII)*

*Procedures For Resolving Disputes Relating To
Postpetition Interest, And (VIII) Reclamation Claim
Procedures (Docket No. 10810)*

*Objection Of Law Debenture Trust Company Of New
York To Debtors' Motion For Order Approving (I)
Disclosure Statement, (II) Record Date, Voting
Deadline, And Procedures For Temporary Allowance
Of Certain Claims, (III) Hearing Date To Consider
Confirmation Of Plan, (IV) Procedures For Filing
Objections To Plan, (V) Solicitation Procedures For
Voting On Plan, (VI) Cure Claim Procedures, (VII)
Procedures For Resolving Disputes Relating To
Postpetition Interest, And (VIII) Reclamation Claim
Procedures (Docket No. 11017)*

*Lead Plaintiffs' Second Supplemental Response To
Debtors' Motion For Order Approving (I) Disclosure
Statement, (II) Record Date, Voting Deadline, And
Procedures For Temporary Allowance Of Certain
Claims, (III) Hearing Date To Consider Confirmation
Of Plan, (IV) Procedures For Filing Objections To
Plan, (V) Solicitation Procedures For Voting On Plan,
(VI) Cure Claim Procedures, (VII) Procedures For
Resolving Disputes Relating To Postpetition Interest,
And (VIII) Reclamation Claim Procedures (Docket No.
11022)*

*Supplemental Objection Of The Official Committee Of
Equity Security Holders To Debtors' Motion For Order
Approving (I) Disclosure Statement, (II) Record Date,
Voting Deadline, And Procedures For Temporary
Allowance Of Certain Claims, (III) Hearing Date To
Consider Confirmation Of Plan, (IV) Procedures For
Filing Objections To Plan, (V) Solicitation Procedures
For Voting On Plan, (VI) Cure Claim Procedures, (VII)
Procedures For Resolving Disputes Relating To Post-
Petition Interest, And (VIII) Reclamation Claim
Procedures (Docket No. 11028)*

*Objection Of The Official Committee Of Unsecured
Creditors To Debtors' Motion For Order Approving (I)
Disclosure Statement, (II) Record Date, Voting
Deadline, And Procedures For Temporary Allowance
Of Certain Claims, (III) Hearing Date To Consider
Confirmation Of Plan, (IV) Procedures For Filing
Objections To Plan, (V) Solicitation Procedures For
Voting On Plan, (VI) Cure Claim Procedures, (VII)
Procedures For Resolving Disputes Relating To*

10

*Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 11034)*

*Supplemental And Restated Objection Of Caspian Capital Advisors, LLC; Castlerigg Master Investments Ltd.; CR Intrinsic Investors, LLC; Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Sailfish Capital Partners, LLC; And Whitebox Advisors, LLC To Motion To Approve (A) Proposed Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, And (B) Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 11045)*

*Supplemental Objection Of Wilmington Trust Company, As Indenture Trustee, To Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 11048)*

*Objection Of The Delphi Trade Committee To The First Amended Disclosure Statement With Respect To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 11049)*

| | |
|---|---|
| *Reply filed:* | *Debtors' Omnibus Response To Disclosure Statement Objections (Docket No. 10418)* |
| | *A supplemental omnibus reply will be filed.* |
| *Related filings:* | *Order Scheduling Non-Omnibus Hearing On Debtors' Motion To Approve Solicitation Procedures And Disclosure Statement (Docket No. 8898)* |

11

*Joint Plan Of Reorganization Of Delphi Corporation
And Certain Affiliates, Debtors And Debtors-In-
Possession (Docket No. 9263)*

*Disclosure Statement With Respect To Joint Plan Of
Reorganization Of Delphi Corporation And Certain
Affiliates, Debtors And Debtors-In-Possession (Docket
No. 9264)*

*Order (A) Disposing Of Certain Objections To
Debtors' Disclosure Statement And Solicitation
Procedures Motion And (B) Setting Further Non-
Omnibus Hearing Date And Related Procedures
(Docket No. 10497)*

*Supplemental Order (A) Establishing Revised Hearing
Date And Related Procedures On Disclosure
Statement And Solicitations Procedure Motion And (B)
Setting Hearing Date And Related Procedures For
Potential Motions Amending Investment Agreement
And Approving Certain Exit Financing Agreements
(Docket No. 10662)*

*Notice Of Potential Amendments To Debtors'
Disclosure Statement With Respect To Joint Plan Of
Reorganization Of Delphi Corporation And Certain
Affiliates, Debtors And Debtors-In-Possession And
Certain Appendices And Exhibits Related Thereto
(Docket No. 10759)*

*Emergency Motion Of The Official Committee Of
Equity Security Holders Of Delphi Corporation To
Adjourn The Hearing On, And Fix A New Time To
Object To, (A) The Debtors' Motion For Order
Approving (I) Disclosure Statement, (II) Record Date,
Voting Deadline, And Procedures For Temporary
Allowance Of Certain Claims, (III) Hearing Date To
Consider Confirmation Of Plan, (IV) Procedures For
Filing Objections To Plan, (V) Solicitation Procedures
For Voting On Plan, (VI) Cure Claim Procedures, (VII)
Procedures For Resolving Disputes Relating To Post-
Petition Interest, And (VIII) Reclamation Claim
Procedures And (B) The Debtors' Expedited Motion
For Order Under 11 U.S.C. §§ 105(a), 363(b), 503(b),
And 507(a) Authorizing And Approving Amendment To
Delphi-Appaloosa Equity Purchase And Commitment
Agreement (Docket No. 10795)*

*Second Supplemental Order (A) Establishing Revised Hearing Date And Related Procedures On Disclosure Statement And Solicitation Procedures Motion And (B) Setting Hearing Date And Related Procedures For Motion To Amend Investment Agreement (Docket No. 10864)*

*Notice Of Further Proposed Amendments To Certain Appendices To Debtors' Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 10932)*

*Notice Of Further Proposed Amendments To Debtors' Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 10964)*

*Third Supplemental Order (A) Establishing Revised Hearing Date And Related Procedures On Disclosure Statement And Solicitation Procedures Motion And (B) Setting Hearing Date And Related Procedures For Motion To Amend Investment Agreement (Docket No. 11198)*

*December 3, 2007 Notice Of Further Proposed Amendments To Debtors' Disclosure Statement And Certain Appendices With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 11220)*

Status:    *The hearing with respect to this matter will be
proceeding.*

Dated:  New York, New York
         December 5, 2007

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

        - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession