**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
|     DELPHI CORPORATION, et. al. | ) | Case No. 05-44481 (RDD) |
| | ) | |
|     Debtors. | ) | Jointly Administered |
| | ) | |

**WITHDRAWAL OF CREDITOR'S RESPONSE TO DEBTOR'S
OBJECTION TO CLAIM NO. 16470 IN THE THIRTEENTH
OMNIBUS CLAIMS OBJECTION**

    COMES NOW Creditor, The Illinois Department of Revenue, by and through its' attorney, LISA MADIGAN, Attorney General of and for the State of Illinois, and hereby withdraws its' Response [Docket No. 8009] to Debtor's Objection to Claim No. 16470, in the Thirteenth Omnibus Claims Objection with prejudice.

                                                    The Illinois Department of Revenue,
                                                    Creditor

                         By:    Lisa Madigan
                               Attorney General of and for the State of
                               Illinois

/s/ William M. Katich
William M. Katich
Assistant Attorney General
Revenue Litigation Bureau
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62706
Telephone:    (217) 782-9095
Facsimile:    (217) 782-1396
Email: wkatich@atg.state.il.us

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was mailed on December 5, 2007 to:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green Room 610
New York, New York 10004

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Attn:   General Counsel

John Wm. Butler Jr., Esq.
Skadden Arps Slate Meagher & Flom, LLP
333 West Wacker Drive Suite 2100
Chicago, Illinois 60606

/s/ William M. Katich
William M. Katich
Assistant Attorney General
Revenue Litigation Bureau
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62706

Telephone:    (217) 782-9095
Facsimile:    (217) 782-1396
Email: wkatich@atg.state.il.us