EXHIBIT A

Revised Plan Solicitation Timeline



# Solicitation Timeline For Amended POR

[1] Delphi filed the original EPCA version of the registration statement on March 7. The review and effectiveness of the S-1 and the amendments are within the discretion of the SEC. The Amendment is expected to include both rights offerings, the six-month warrants, and the shares underlying the six-month warrants.

[2] Must request relief for this deadline to be on the same date as the Confirmation Objection Reply Deadline.

**Reorganization Plan**

DELPHI