# Delphi Bankruptcy Claims Register
## Case # 05-44481
## State of Michigan, Department of Treasury

**Delphi Corporation:**     Case # 05-44481     (F-383430473 & FME0106296)

| Date Filed | Claim Type | Amount |
|---|---|---|
| 4-4-06 | Administrative Claim | $685,517.73 |
| 5-16-06 | Amended Adm. Claim | $585,989.54 |
| 10-10-07 | 2nd Amended Adm. Claim | $ 4,239.59* |
| | | |
| 3-23-06 | Priority Tax Claim | $7,061,266.16 |
| 4-4-06 | Amended Priority Claim | $5,753,354.75 |
| 5-16-06 | 2nd Amended Priority Claim | $5,731,238.42 |
| 7-23-07 | 3rd Amended Priority Claim | $12,954,363.21 |
| 10-10-07 | 4th Amended Priority Claim | $10,459,293.50* |
| | | |
| 3-23-06 | General Unsecured Claim | $248.083.00 |
| 4-4-06 | Amended General Unsecured | $671,677.27 |
| 5-16-06 | 2nd Amended General Unsecured | $666,927.27* |

**Delphi Automotive Systems, LLC   Case# 05-44640**     (F38-3431131 & FME 0142307)

| Date Filed | Claim Type | Amount |
|---|---|---|
| 3-23-06 | Administrative Claim | $145,551.50* |
| 3-23-06 | Priority Tax Claim | $6,386,401.82* |
| 3-23-06 | General Unsecured Claim | $10,790,199.00* |

**Delphi Automotive Systems Services, LLC: Case# 44632**   (F38-3568834 & FTR2357856)

| Date Filed | Claim Type | Amount |
|---|---|---|
| 3-23-06 | General Unsecured Claim | $20,048.53* |

**Delphi Technologies, Inc.  (F38-3430681)**

| Date Filed | Claim Type | Amount |
|---|---|---|
| 3-23-06 | Administrative Claim | $20,684.20* |
| 3-23-06 | Priority Tax Claim | $1,276,165.80* |
| 3-23-06 | General Unsecured Claim | $1,250,306.00* |

*Last Amended and only remaining claim as classified (Administrative, Priority, and General Unsecured) against this business entity.  Updated November 6, 2007

1