Judith Elkin (JE-4112)  
Lenard M. Parkins (admitted *pro hac vice*)  
HAYNES AND BOONE, LLP  
153 East 53rd Street  
Suite 4900  
New York, NY 10022  
Telephone: (212) 659-7300  
Facsimile:  (212) 918-8989  

**Hearing Date and Time:  December 6, 2007 at 10:00 a.m.**  
**Objection Deadline:  December 5, 2007 at 4:00 p.m.**

Attorneys for Highland Capital Management, LP

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X  
In re:                                            :     Chapter 11  
                                                  :  
DELPHI CORPORATION, *et al.*,                     :     Case No.  05-44481 (RDD)  
                                                  :  
         Debtors.                                 :     (Jointly Administered)  
------------------------------------------------------------------------X  

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the *Objection of Highland Capital Management, LP to Debtors' Further Proposed Amendments to Debtors' Disclosure Statement With Respect to Joint Plan of Reorganization and to Proposed Modifications to the Appaloosa/Delphi Equity Commitment and Purchase Agreement* [Docket No. 11292] (the "Objection") was served on the 5th day of December, 2007 upon all parties on the attached Service List in the manner indicated.

Dated this 5th day of December, 2007.

    /s/ Judith Elkin
**HAYNES AND BOONE, LLP**
Judith Elkin (JE-4112)
Lenard M. Parkins (TX-15518200)
(admitted *pro hac vice*)
153 East 53rd Street
Suite 4900
New York, NY 10022
Telephone: (212) 659-7300
Facsimile: (212) 918-8989

**ATTORNEYS FOR HIGHLAND CAPITAL MANAGEMENT, LP**

**SERVICE LIST**

John William Butler, Jr., Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
*via E-mail: jbutler@skadden.com*
*via E-mail: rmeisler@skadden.com*
Counsel for Debtors

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
*via E-mail: kmarafio@skadden.com*
*via E-mail: tmatz@skadden.com*
Counsel for Debtors

Thomas E Lauria, Esq.
White & Case, LLP
Wachovia Financial Center
200 South Biscayne Blvd.
Suite 4900
Miami, FL 33131
*via E-mail*: tlauria@whitecase.com
Counsel for Appaloosa Management L.P.

Glenn M. Kurtz, Esq.
Gregory Pryor, Esq.
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036
*via E-mail: gkurtz@whitecase.com*
*via E-mail: gpryor@whitecase.com*
Counsel for Appaloosa Management L.P.

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
*via E-mail: steinbo@friedfrank.com*
Counsel for Official Committee of Equity Security Holders

Robert Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
*via E-mail: robert.rosenberg@lw.com*
Counsel for Official Committee of Unsecured Creditors

Harvey Miller
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*via E-mail: harvey.miller@weil.com*
Counsel for General Motors

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
*via facsimile (212.668.2255)*