TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re:                                                         :
                                                               :        Chapter 11
DELPHI CORPORATION, et al.,                                    :        Case No. 05-44481 [RDD]
                                                               :
                                    Debtors.                   :        Jointly Administered
                                                               :
---------------------------------------------------------------x

**NOTICE OF CLAIMS OBJECTION HEARING WITH RESPECT TO
DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 14133
(SPCP GROUP, L.L.C. AS ASSIGNEE OF BEAVER MANUFACTURING COMPANY)**

PLEASE TAKE NOTICE that on October 26, 2007, Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), objected to proof of claim number 14133

(the "Proof of Claim") filed by SPCP Group, L.L.C. as assignee of Beaver Manufacturing

Company (jointly, the "Claimants") pursuant to the Debtors' Twenty-Second Omnibus

Objection Pursuant To 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A)

Duplicate or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented

Claims, (D) Claims not Reflected on Debtors' Books and Records, (E) Untimely Claims,

and (F) Claims Subject to Modification, Tax Claims Subject to Modification, Modified

Claims Asserting Reclamation, Claims Subject to Modification that are Subject to Prior

Orders, and Modified Claims Asserting Reclamation that are Subject to Prior Orders (Docket No. 10738).

PLEASE TAKE FURTHER NOTICE that pursuant to the Second Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered, November 20, 2007 (Docket No. 10994) (the "Second Supplemental Order"), a claims objection hearing (the "Claims Objection Hearing") for purposes of holding an evidentiary hearing on the merits of the Proof of Claim is hereby scheduled for  February 7, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will proceed in accordance with the procedures provided in the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order" and, together with the Second Supplemental Order above, the "Orders"), unless such procedures are modified in accordance with Paragraph 9(k) thereof.  Please review the Orders carefully – failure to comply with the procedures provided in the Orders (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proofs of Claim.   Copies of the Orders are attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn

the Claims Objection Hearing at any time at least five business days prior to the

scheduled hearing upon notice to the Court and the Claimant.

Dated:  New York, New York              DELPHI CORPORATION, *et al.*
        December 5, 2007                By their attorneys,
                                        TOGUT, SEGAL & SEGAL LLP
                                        By:


                                        /s/ Neil Berger
                                        NEIL BERGER (NB-3599)
                                        A Member of the Firm
                                        One Penn Plaza
                                        New York, New York 10119
                                        (212) 594-5000