**HODGSON RUSS LLP**
Attorneys for Conestoga-Rovers & Associates, Inc.
60 East 42nd Street, 37th floor
New York, New York 10165
(212) 661-3535
Gary I. Selinger (GIS-3555)

Hearing Date and Time:
January 10, 2008 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Deadline for Objections:
January 3, 2008 at 5:00 p.m. Eastern Time

-----------------------------------------------------------x
In re:

DELPHI CORPORATION, et al.,

                 Debtors.
-----------------------------------------------------------x

Chapter 11
Case No. 05-44481 (RDD)

Jointly Administered

### NOTICE OF MOTION OF CONESTOGA-ROVERS & ASSOCIATES, INC. (i) TO ALLOW AMENDED CLAIM, FILED AFTER BAR DATE, AS RELATION BACK TO ORIGINAL CLAIM, OR (ii) ALTERNATIVELY, FOR LEAVE TO FILE LATE PROOF OF CLAIM

**PLEASE TAKE NOTICE,** that upon the annexed consolidated application and memorandum of Conestoga-Rovers & Associates, Inc. ("CRA"), the undersigned will move this Court, before the Honorable Robert D. Drain, United States Bankruptcy Judge, at Courtroom 610 of the Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on the 10th day of January, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an order,

    (i) pursuant to Federal Rule of Bankruptcy Procedure 15(c), made applicable by Federal Rule of Bankruptcy Procedure 7015, deeming CRA's amended proof of claim no. 16604, filed May 21, 2007, in the sum of $140,195.09 (the "Amended Claim"), to relate back to CRA's previous proof of claim no. 2339, filed March 14, 2006, in the sum of $63,642.38 (the "Original Claim"), or, alternatively,

    (ii) pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), extending the time for CRA to file the Amended Claim against Delphi Corporation, Inc., *et al.* (the "Debtors"), and allowing such claim against the Debtors as if CRA had timely filed the claim, as CRA's untimeliness is by reason of "excusable neglect,"

together with such other and further relief as the Court may find just, proper and equitable.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the relief CRA requests in its motion shall be made in writing, filed with the Bankruptcy Court, and served on counsel for CRA, Hodgson Russ LLP, 60 East 42nd Street, 37th floor, New York, New York 10165, attention: Gary I. Selinger, Esq., so as to be received on or before January 3, 2008 at 5:00 p.m. Eastern Time.

Dated: New York, New York
December 5, 2007

### HODGSON RUSS LLP

By:   /s/   Gary I. Selinger
Gary I. Selinger (GIS-3555)
60 East 42nd Street, 37th floor
New York, New York 10165
(212) 661-3535

*Attorneys for Conestoga-Rovers & Associates, Inc.*

To: Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
John Wm. Butler, Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.

Other parties, as indicated on the Certificate of Service

003783/00009 NYCDOCS2 445026v1