# DUBIN & SOMMERSTEIN, LLP

ATTORNEYS AT LAW
600 RAND BUILDING
14 LAFAYETTE SQUARE
BUFFALO, NEW YORK 14203-1906
TELEPHONE (716) 853-1283
FAX (716) 847-1980

ROBERT B. SOMMERSTEIN

ROBERT J. DUBIN

COUNSEL
MARVIN T. DUBIN

November 27, 2007

U.S. Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Attn:   Clerk of the Court

  Re: *Delphi Corporation, et al.*
    *Case No. 05-44481(RDD)*

Dear Clerk:

Pursuant to the stipulation between Delphi Corporation and Buffalo Check Cashing Inc., I hereby withdraw my response to objection to claim dated November 22, 2006.

We understand a distribution is unlikely to be made until the first quarter of 2008.

Thank you in advance for your cooperation herein.

Very truly yours,

Robert J. Dubin

RJD/sp

NOV 3 0 2007