# ANTHONY OSTLUND & BAER, P.A.

ATTORNEYS AT LAW

JOHN B. ORENSTEIN
Email: jorenstein@aoblaw.com

November 13, 2007

**By Federal Express**

Kathleen Farrell-Willoughby, Clerk of Court
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Re:   In re Delphi Automotive Systems LLC, et al.
      Case No. 05-44481 (RDD)
      Claim No. 1420

Dear Ms. Farrell-Willoughby:

Enclosed please accept for filing in the above-referenced Chapter 11 case, pursuant to Bankruptcy Rule 3001(e)(2), evidence of the transfer of the above-referenced claim to Whitebox Hedged High Yield Partners, LP, the transferee. Also enclosed is a notice for use by your office in notifying the transferor. An original and copy are enclosed.

Please let me know if you have any questions. Thank you for your assistance in this matter.

Sincerely,

ANTHONY, OSTLUND & BAER, P.A.

John B. Orenstein

JBO/ss
Enclosures

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------  Chapter 11

In re:                                                Case No. 05-44481 (RDD)
                                                      Jointly Administered
Delphi Automotive Systems LLC, *et al.*,
                                                      Claim No. 1420
         Debtors.

---------------------------------------------------

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1.     TO:    Credit Suisse ("Transferor")
               11 Madison Avenue, 5th Floor
               New York, New York 10010
               Telephone:   (212) 538-5385
               Facsimile:    (917) 326-7878
               Attention:    Wendy Beer
               E-Mail:       wendy.beer@credit-suisse.com

2.     Please take notice of the transfer of your claim evidenced by the referenced Proof of Claim, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

               Whitebox Hedged High Yield Partners, LP ("Transferee")
               3033 Excelsior Boulevard, Suite 300
               Minneapolis, Minnesota 55416
               Telephone:   (612) 253-6001
               Facsimile:    (612) 253-6100
               Attention:    Jonathan Wood
               E-Mail:       jwood@whiteboxadvisors.com

3.     No action is required <u>if you do not object</u> to the transfer of the Transferred Claim as described above. However, **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**



- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    Kathleen Farrell-Willoughby, Clerk of Court
    United States Bankruptcy Court
    Alexander Hamilton Custom House
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

- Refer to **INTERNAL CONTROL NO.** _____ in your objection.

3. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2007.
INTERNAL CONTROL NO. _____
Copy Claims Agent:
Transferee:
Debtor's Attorney:

2

- 10 –

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CREDIT SUISSE ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to WHITEBOX HEDGED HIGH YIELD PARTNERS, LP ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $6,185,131.57 against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Delphi Corporation, et al.*, Chapter 11 Case No. 05-44481 (RDD) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), including the Proof of Claim filed by the original owner thereof (Pioneer North America, Inc.) with the Bankruptcy Court with respect to the Claim and assigned to Assignor, which proof of claim has been assigned claim number 1420, and the notice of evidence of transfer filed by Assignor with the Bankruptcy Court with respect thereto.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

(signatures on next page)

F:\esbin\Agr-Trade Claims\238-559 Whitebox (Delphi) ex1.doc

- 11 -

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 17th day of FEBRUARY, 2006

**ASSIGNOR:**

**CREDIT SUISSE, CAYMAN ISLANDS BRANCH**

By: _____
Name: Wendy Beer
Title: Director

By: _____
Name:
Title: Joseph Bresren
       Vice President

**ASSIGNEE:**

**WHITEBOX HEDGED HIGH YIELD PARTNERS, LP**

By: Whitebox Hedged High Yield Advisors, LLC (GP)

By: Whitebox Advisors, LLC (Managing Member)

By: _____
Name:
Title:

F:\esbin\Agr-Trade Claims\238-559 Whitebox (Delphi) ex1.doc

- 11 -

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 17th day of FEBRUARY, 2006

**ASSIGNOR:**

**CREDIT SUISSE, CAYMAN ISLANDS BRANCH**

By:_____
   Name:
   Title:

By:_____
   Name:
   Title:

**ASSIGNEE:**

**WHITEBOX HEDGED HIGH YIELD PARTNERS, LP**

By: Whitebox Hedged High Yield Advisors, LLC (GP)

By: Whitebox Advisors, LLC (Managing Member)

By: _____
   Name: Jonathan Wood
   Title: CFO/Director

F:\csbin\Agr-Trade Claims\238-559 Whitebox (Delphi) ex1.doc