TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                      :
In re:                                :    Chapter 11
                                      :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, et al.,           :
                                      :    Jointly Administered
                      Debtors.        :
                                      :
------------------------------------------------------------x

### SECOND NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER DEBTORS' MOTION FOR AN ORDER GRANTING DEFAULT JUDGMENT AGAINST FURUKAWA ELECTRIC NORTH AMERICA APD AND FURUKAWA ELECTRIC CO., LTD.

PLEASE TAKE NOTICE that on October 24, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed a Motion For An Order Granting Default Judgment Against Furukawa Electric North America APD and Furukawa Electric Co., Ltd. (Docket No. 10711) (the "Motion").

PLEASE TAKE FURTHER NOTICE that on November 20, 2007 the Debtors filed a Notice of Adjournment of Hearing to Consider Debtors' Motion For An Order Granting Default Judgment (Docket No. 10988), originally scheduled for

November 29, 2007 at 10:00 a.m., upon consent to December 6, 2007 at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that the hearing to consider the Motion, previously adjourned to December 6, 2007 at 10:00 a.m., was then adjourned by this Court to December 11, 2007 at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that the hearing to consider the Motion, previously adjourned to December 11, 2007 at 10:00 a.m., is hereby adjourned upon consent to **December 20, 2007 at 10:00 a.m. (prevailing Eastern time).**

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Hearing to consider the Motion.

Dated:   New York, New York
         December 6, 2007

                        DELPHI CORPORATION, *et al.*
                        By their attorneys,
                        TOGUT, SEGAL & SEGAL LLP
                        By:

                        /s/ Neil Berger
                        ALBERT TOGUT (AT-9759)
                        NEIL BERGER (NB-3599)
                        Members of the Firm
                        One Penn Plaza
                        New York, New York 10119
                        (212) 594-5000