**UNITED STATES BANKRUPTCY COURT**　　　Return Date: 12/20/07 @10:00 a.m.
**SOUTHERN DISTRICT OF NEW YORK**　　　　11-9151997
-------------------------------------------------------------------x

In re　　　　　　　　　　　　　　　　　　　　　　Chapter 11

**DELPHI CORPORATION,**　　　　　　　　　　　**Case No. 05-44481-rdd**
　　　　　　　　　　　　　　　　　　　　　　　**Judge Robert D. Drain**
　　　　　　　　　　　　　**Debtor.**　　　　　**(Jointly Administered)**
-------------------------------------------------------------------x

<u>NOTICE OF MOTION</u>

**S I R S :**

　　　　**PLEASE TAKE NOTICE**, that upon the Application of Jimmy Mueller,

David Gargis and Keith Livingston, by their attorneys, Thaler & Gertler, LLP, a Motion

will be made before the Honorable Robert D. Drain, United States Bankruptcy Judge, at

the United States Bankruptcy Court, One Bowling Green, New York, New York

10004-1408, Courtroom 610 on the 20th day of December , 2007 at 10:00 o'clock in the

forenoon of said day, or as soon thereafter as counsel may be heard, for an Order: (1)

vacating the automatic stay for cause, under 11 U.S.C. §362(d)(1), Bankruptcy Rule

4001(d)(1) and SDNY LBR 4001-1 for the purpose of commencing an Action in the

Northern District of Alabama entitled **<u>Jimmy Mueller, David Gargis and Keith</u>**

**<u>Livingston v. Delphi Corporation and Delphi Hourly-Rate Employee Pension Plan</u>**

under 29 U.S.C. §§1132(a) and 1140 of ERISA; and (2) granting such other relief as to

this Court is just and proper.

　　　　**PLEASE TAKE FURTHER NOTICE**, that pursuant to S.D.N.Y LBR

9006-1(b) objections to this Motion, if any, shall be made in writing, shall state with

particularity the grounds for the objection and shall be filed with the Court and served

upon the undersigned so as to ensure actual receipt no later than three (3) days prior to

the return date of  his Motion.  The objection shall be filed with the Clerk of the

Bankruptcy Court in Manhattan together with proof of service and a copy designated

for chambers.  Objections shall be filed with the Bankruptcy Court electronically in

accordance with General Orders M -182 and  M-242 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing

system and, by all other Parties in Interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing

format (with a hard copy delivered directly to Chambers) and served in accordance

with General Orders M-182 and  M-242.


**Dated: East Meadow, New York**
**         December 5, 2007.**


                              **THALER & GERTLER, LLP**
                              **Attorneys for Jimmy Mueller, David**
                              **Gargis and Keith Livingston**
                              **90 Merrick Avenue**
                              **Suite 400**
                              **East Meadow, New York 11554**
                              **(516) 228-3553**


                              **By: /s/ Michael A. Farina**
                              **     Michael A. Farina (MAF-1369)**

TO:    **UNITED STATES TRUSTEE'S OFFICE**
**33 Whitehall Street**
**21st Floor, Suite 2100**
**New York, New York 10004**
**Attention: Alicia M. Leonhard**

**DELPHI CORPORATION**
**c/o**
**WILMERHALE, LLP**
**1875 Pennsylvania Avenue, NW**
**Washington, D.C. 20006**
**Attention: Andrew Currie, Esq.**

**DELPHI CORPORATION**
**c/o**
**WILMERHALE, LLP**
**1875 Pennsylvania Avenue, NW**
**Washington, D.C. 20006**
**Attention: Caroline Rogus, Esq.**

**DELPHI CORPORATION**
**c/o**
**LANGLEY & BANACK, INCORPORATED**
**745 E. Mulberry**
**Suite 900**
**San Antonio, TX 78212**
**Attention: David S. Gragg, Esq.**

**DELPHI CORPORATION**
**c/o**
**SHEARMAN & STERLING, LLP**
**599 Lexington Avenue**
**New York, New York 10022-6069**
**Attention: Douglas P. Bartner, Esq.**

**DELPHI CORPORATION**
**5725 Delphi Drive**
**Troy, Michigan 48098**
**Attention: General Counsel**

**DELPHI CORPORATION**
**c/o**
**O'MELVENY & MYERS**
**7 Times Square**
**New York, New York 10022-6069**
**Attention: Jessica Kastin, Esq.**

**DELPHI CORPORATION**
**c/o**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
**333 West Wacker Drive**
**Suite 2100**
**Chicago, Illinois 60606-1285**
**Attention: William Butler, Jr., Esq.**

**DELPHI CORPORATION**
**c/o**
**MEYER, SUOZZI, ENGLISH & KLEIN**
**1350 Broadway**
**Suite 501**
**New York, New York 10018**
**Attention: Lowell Peterson, Esq.**

**DELPHI CORPORATION**
**c/o**
**CROWELL & MORING, LLP**
**153 East 53rd Street**
**31st Floor**
**New York, New York 10022**
**Attention: Mark S. Lichtenstein, Esq.**

**DELPHI CORPORATION**
**c/o**
**QUINN, EMANUEL, URQUHARDT**
**OLIVER and HEDGES**
**865 S. Figueroa Street**
**10th Floor**
**Los Angeles, CA 90017**
**Attention: Mateo Fowler, Esq.**

DELPHI CORPORATION
c/o
MICHAEL O'HAYER, ESQ.
22 North Walnut Street
West Chester, PA 19380

DELPHI CORPORATION
c/o
MAYER BROWN, LLP
71 S. Wacker Drive
Chicago, IL 60606
Attention: Paul J.N. Roy, Esq.

DELPHI CORPORATION
c/o
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Attention: Kayalyn A. Marafioti, Esq.
         Thomas J. Matz, Esq.

KURTZMAN CARSON CONSULTANTS, LLC
2335 Alaska Avenue
El Segundo, CA 90245

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
c/o
LATHAM & WATKINS
885 Third Avenue
New York, New York 10022-4802
Attention: Mark A. Broude, Esq.
         Robert J. Rosenberg, Esq.

**OFFICIAL COMMITTEE OF UNSECURED
CREDITORS**
**c/o**
**WARNER STEVENS, LLP**
**301 Commerce Street**
**Suite 1700**
**Fort Worth, TX 76102**

**DAVIS POLK & WARDWELL**
**450 Lexington Avenue**
**New York, New York 10017**
**Attention: Donald Bernstein, Esq.**
 **Brian Resnick, Esq.**

**OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS**
**c/o**
**FRIED, FRANK, HARRIS,
SHRIVER & JACKSON, LLP**
**One New York Plaza**
**New York, New York 10004**
**Attention: Bonnie Steingart, Esq.**

**A-D ACQUISITION HOLDINGS, LLC**
**c/o**
**APPALOOSA MANAGEMENT, L.P.**
**c/o WHITE & CASE LLP**
**Wachovia Financial Center**
**200 South Biscayne Boulevard**
**Suite 4900**
**Miami, Florida 33131**
**Attention: Thomas E. Lauria, Esq.**

**A-D ACQUISITION HOLDINGS, LLC**
**c/o**
**APPALOOSA MANAGEMENT, L.P.**
**c/o WHITE & CASE LLP**
**1155 Avenue of the Americas**
**New York, New York 10036**
**Attention: Glenn M. Kurtz, Esq.**
 **Gregory Pryor, Esq.**

**HARBINGER DEL-AUTO INVESTMENT
COMPANY, LTD.**
**c/o**
**WHITE & CASE LLP**
**Wachovia Financial Center**
 **200 South Biscayne Boulevard**
**Suite 4900**
**Miami, Florida 33131**
**Attention: Thomas E. Lauria, Esq.**

**HARBINGER DEL-AUTO INVESTMENT
COMPANY, LTD.**
**c/o**
**WHITE & CASE LLP**
**1155 Avenue of the Americas**
**New York, New York 10036**
**Attention: Glenn M. Kurtz, Esq.**
            **Gregory Pryor, Esq.**

**KAYE SCHOLER, LLP**
**425 Park Avenue**
**New York, New York 10022**
**Attention: Benjamin Mintz, Esq.**
            **Lyn Toby Fisher, Esq.**

**UNITED STATES BANKRUPTCY COURT**          **11-9151997**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re                                                    **Chapter 11**

**DELPHI CORPORATION,**                                  **Case No. 05-44481-rdd**
                                                         **Judge Robert D. Drain**

                          **Debtor.**
-------------------------------------------------------------x

## A P P L I C A T I O N

**TO THE HONORABLE ROBERT D. DRAIN, U.S. BANKRUPTCY JUDGE:**

      The Application of  Jimmy Mueller, David Gargis and Keith Livingston,

by their attorneys Thaler & Gertler, LLP, respectfully represents:

      1.     This case was commenced by the filing of a Voluntary Petition for

Relief under Chapter 11 of the United States Bankruptcy Code on October 8, 2005.

      2.     Delphi Corporation is the Debtor and Debtor-In-Possession herein.

      3.     Delphi Corporation  continues to manage its property and operate

its business as Debtor-In-Possession pursuant to Sections 1107 and 1108 of the

Bankruptcy Code.

## BACKGROUND

      4.     Applicants, Jimmy Mueller, David Gargis and Keith Livingston

were initially employed as hourly employees of Delphi Corporation.   Applicants later

transferred to salary employees.

      5.     Each of the Applicants were initially employed as hourly

employees and protected by a collective bargaining agreement between Delphi and

United Auto Workers Union.

6.      Delphi's Managers made promises and inducements to certain Delphi hourly employees, including the Applicants which caused them to transfer from being hourly employees to salary employees with Delphi.  These inducements, included a promise that the employees could re-transfer to hourly employment at any time and further, that they would not lose years of service as an hourly employee for purposes of their pension benefits.

7.      At various times Delphi permitted individuals who were originally hourly employees to transfer to being a salaried employee and then re-transfer to being an hourly employee.  Predicated upon this course of conduct, each of the Applicants had sought to re-transfer to being an hourly employee, but Delphi has refused to allow them to re-transfer.

8.      Applicants have sought to redress their grievance by filing a civil action under 29 U.S.C. §1132(a)(3) and 29 U.S.C. §1140 of ERISA.  However, by virtue of the Debtor's Chapter 11 Bankruptcy Filing, Applicants are precluded from obtaining this type of relief under 11 U.S.C. §362(a).

9.      Under 11 U.S.C. §362(d)(1), on request of a party in interest and after notice and a hearing, the Court shall grant relief from the stay provided under subsection 362(a) of this section, such as by terminating, annulling, modifying or conditioning such stay

-for cause, including the lack of adequate protection of an interest in property of such party in interest.

10.      At this time, Applicants are poised to file a complaint in the Northern District of Alabama entitled **Jimmy Mueller, David Gargis and Keith Livingston v. Delphi Corporation and Delphi Hourly-Rate Employee Pension Plan**

(The "Alabama Litigation").   The proposed Complaint seeks injunctive relief pursuant

to 29 U.S.C. §§1132(a) and 1140 of ERISA, specifically that Delphi be directed to

re-transfer each of the Applicants back to the Delphi Hourly Rate Employee Pension

Plan.   A copy of the proposed Complaint is annexed hereto as **Exhibit "A"**.

11.    The Complaint does not seek any direct monetary relief against the

Debtor by their within action.

12.    However, in deference to this Court, and as an exercise of caution,

Applicant believed it prudent that the instant motion be made which seeks to vacate the

automatic stay so as to permit the Alabama Litigation by the filing of the proposed

Complaint.

13.    No prior Application has been made to this or any other Court for

the relief  herein requested.

**WHEREFORE**, Movant respectfully requests that this application for the

entry of an Order vacating the automatic stay for cause, under 11 U.S.C. §362(d)(1),

Bankruptcy Rule 4004(d)(1) and SDNY LBR 4001-1 for the purpose of commencing an

action in the Northern District of Alabama entitled **<u>Jimmy Mueller, David Gargis and</u>**

<u>**Keith Livingston v. Delphi Corporation and Delphi Hourly-Rate Employee Pension**</u>

<u>**Plan**</u> under 29 U.S.C. §§1132(a) and 1140 of ERISA be granted; and (2) that the Court

grant such other and further relief as this Court deems just and proper.


**Dated: East Meadow, New York**
      **December 5, 2007.**


                              **THALER & GERTLER, LLP**
                              **Attorneys for Jimmy Mueller, David**
                              **Gargis and Keith Livingston**
                              **90 Merrick Avenue**
                              **Suite 400**
                              **East Meadow, New York 11554**
                              **(516) 228-3553**


                              **By: _/s/ Michael A. Farina_**
                                    **Michael A. Farina (MAF-1369)**


**W:\Clients A-Z\Clients K-N\Martin.David\vacatestay-001.wpd**