## <u>AFFIDAVIT OF SERVICE</u>

**STATE OF NEW YORK  )**
                                              **) ss.:**
**COUNTY OF NASSAU  )**

      **ROBIN LAWRENCE**, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age, and resides at Massapequa Park, New York.

      On December 6, 2007, deponent the within MEMORANDUM OF LAW IN SUPPORT OF MOTION TO VACATE STAY dated December 5, 2007, upon the following parties to this action:

            **UNITED STATES TRUSTEE'S OFFICE**
            **33 Whitehall Street**
            **21st Floor, Suite 2100**
            **New York, New York 10004**
            **Attention: Alicia M. Leonhard**

            **DELPHI CORPORATION**
            **c/o**
            **WILMERHALE, LLP**
            **1875 Pennsylvania Avenue, NW**
            **Washington, D.C. 20006**
            **Attention: Andrew Currie, Esq.**

            **DELPHI CORPORATION**
            **c/o**
            **WILMERHALE, LLP**
            **1875 Pennsylvania Avenue, NW**
            **Washington, D.C. 20006**
            **Attention: Caroline Rogus, Esq.**

DELPHI CORPORATION
c/o
LANGLEY & BANACK, INCORPORATED
745 E. Mulberry
Suite 900
San Antonio, TX 78212
Attention: David S. Gragg, Esq.

DELPHI CORPORATION
c/o
SHEARMAN & STERLING, LLP
599 Lexington Avenue
New York, New York 10022-6069
Attention: Douglas P. Bartner, Esq.

DELPHI CORPORATION
5725 Delphi Drive
Troy, Michigan 48098
Attention: General Counsel

DELPHI CORPORATION
c/o
O'MELVENY & MYERS
7 Times Square
New York, New York 10022-6069
Attention: Jessica Kastin, Esq.

DELPHI CORPORATION
c/o
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606-1285
Attention: William Butler, Jr., Esq.

DELPHI CORPORATION
c/o
MEYER, SUOZZI, ENGLISH & KLEIN
1350 Broadway
Suite 501
New York, New York 10018
Attention: Lowell Peterson, Esq.

DELPHI CORPORATION
c/o
CROWELL & MORING, LLP
153 East 53rd Street
31st Floor
New York, New York 10022
Attention: Mark S. Lichtenstein, Esq.

DELPHI CORPORATION
c/o
QUINN, EMANUEL, URQUHARDT
OLIVER and HEDGES
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
Attention: Mateo Fowler, Esq.

DELPHI CORPORATION
c/o
MICHAEL O'HAYER, ESQ.
22 North Walnut Street
West Chester, PA 19380

DELPHI CORPORATION
c/o
MAYER BROWN, LLP
71 S. Wacker Drive
Chicago, IL 60606
Attention: Paul J.N. Roy, Esq.

DELPHI CORPORATION
c/o
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Attention: Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.

**KURTZMAN CARSON CONSULTANTS, LLC**
**2335 Alaska Avenue**
**El Segundo, CA 90245**

**OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS**
c/o
**LATHAM & WATKINS**
**885 Third Avenue**
**New York, New York 10022-4802**
**Attention: Mark A. Broude, Esq.**
            **Rosenberg, Esq.**

**OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS**
c/o
**WARNER STEVENS, LLP**
**301 Commerce Street**
**Suite 1700**
**Fort Worth, TX 76102**

**DAVIS POLK & WARDWELL**
**450 Lexington Avenue**
**New York, New York 10017**
**Attention: Donald Bernstein, Esq.**
            **Brian Resnick, Esq.**

**OFFICIAL COMMITTEE OF EQUITY**
**SECURITY HOLDERS**
c/o
**FRIED, FRANK, HARRIS,**
**SHRIVER & JACKSON, LLP**
**One New York Plaza**
**New York, New York 10004**
**Attention: Bonnie Steingart, Esq.**

A-D ACQUISITION HOLDINGS, LLC
c/o
APPALOOSA MANAGEMENT, L.P.
c/o WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131
Attention: Thomas E. Lauria, Esq.

A-D ACQUISITION HOLDINGS, LLC
c/o
APPALOOSA MANAGEMENT, L.P.
c/o WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Attention: Glenn M. Kurtz, Esq.
            Gregory Pryor, Esq.

HARBINGER DEL-AUTO INVESTMENT
COMPANY, LTD.
c/o
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131
Attention: Thomas E. Lauria, Esq.

HARBINGER DEL-AUTO INVESTMENT
COMPANY, LTD.
c/o
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Attention: Glenn M. Kurtz, Esq.
            Gregory Pryor, Esq.

KAYE SCHOLER, LLP
425 Park Avenue
New York, New York 10022
Attention: Benjamin Mintz, Esq.
            Lyn Toby Fisher, Esq.

by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in the United States Post Office under the exclusive care and custody of the United States Postal Service within the State of New York.

The parties served herein constitute all creditors, parties in interest, and entities otherwise entitled to notice.

_____
ROBIN LAWRENCE

Sworn to before me this
6th day of December, 2007.

_____
Notary Public

Dawn M. Migliore
Notary Public, State of New York
No. 01MI6103949
Qualified in Nassau County
Commission Expires on January 12, 20 08