UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: ASEC Manufacturing General Partnership

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. 8278

**AMENDED**

REgard Doc: 11110

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:     H.E. LENNON INC                                    ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   23920 FREEWAY PARK DR

   FARMINGTON HILLS, MI 48335

2. Please take notice of the transfer of $ 5,756.44    of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $5,756.44 to:
   Madison Investment Trust - Series 38          ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   6310 Lamar Avenue, Suite 120

   Overland Park, KS     66202

No action is required if you do not object to the transfer of your claim.

/s/ Doyle Clark

Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1


0544481071127000000000017

## EVIDENCE OF TRANSFER OF CLAIM

TO:         New York Southern Bankruptcy Court
AND TO:     Madison Liquidity Investors, LLC
            6310 Lamar Ave, Suite 120
            Overland Park, KS 66202

H E Lennon Inc [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Exhaust Systems Corporation in the New York Southern Bankruptcy Court, The case entitled In re Exhaust Systems Corporation, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 12/07/06

[NAME OF CLAIMANT] H.E Lennon Inc / Donna Willacker

By: Donna Willacker
(Signature of Claimant)

Print Name: Donna Willacker / Kerry Feiten

23920 Freeway Park Dr
(Address)

Farmington MI 48335
(Address)

38-1559547
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

(Address)

(Address)

(SS#/Tax ID)

Transfer Agreement Number: 103190023

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: Doyle Clark
        (signature)

Doyle Clark
        (print name)