## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| DELPHI CORP. *et al.*, | ) Case No. 05-44481 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## STIPULATION AUTHORIZING AND DIRECTING THE DELPHI FORMER OFFICERS AND EMPLOYEES ESCROW AGENT TO DISBURSE INTERIM PAYMENTS TO THE DELPHI FORMER OFFICERS AND EMPLOYEES FOR DEFENSE COSTS

WHEREAS, on August 31, 2007, the parties hereto[1] (the "Parties") entered into a Stipulation and Agreement of Insurance Settlement (the "Insurance Settlement"), attached as Exhibit C to the Motion for Order Preliminarily Approving Settlement, Preliminarily Certifying a Settlement Class, Approving Forms and Methods of Notice, and Setting a Fairness Hearing (the "Motion for Preliminary Approval"), In re: Delphi Corporation Securities, Derivative and "ERISA" Litigation, 05-md-1725 (E.D. Mich.) (Docket No. 228) (attached hereto as Exhibit A); and

---

[1]    This Stipulation is entered into among Delphi Corporation, Delphi Corporation as Debtor in Possession, Delphi Trust I, Delphi Trust II (collectively, "Delphi"); J.T. Battenberg III, Milan Belans, John G. Blahnik, Alan S. Dawes, Paul R. Free, Peter H. Janak, Judith Kudla, and Catherine Rozanski (collectively, the Delphi Former Officers and Employees"); Robert H. Brust, Virgis W. Colbert, David N. Farr, Bernd Gottschalk, Susan A. McLaughlin, Oscar de Paula Bernardes Neto, Cynthia A. Niekamp, John D. Opie, Roger S. Penske, Donald S. Runkle, John D. Sheehan, and Patricia C. Sueltz (collectively, the "Delphi Officers and Directors"); and National Union Fire Insurance Company of Pittsburgh, Pa., Zurich American Insurance Company, Federal Insurance Company, Twin City Fire Insurance Company, American Casualty Company of Reading, PA, Arch Insurance Company, St. Paul Mercury Insurance Company, Great American Insurance Company, Allied World Assurance Company LTD, Endurance Specialty Insurance Ltd., and Starr Excess International (collectively, "Insurers").

WHEREAS, the Insurance Settlement provides for the creation of a fund for the defense costs of the Delphi Former Officers and Employees, administered by an escrow agent (the "Delphi Former Officers and Employees Escrow Agent"); and

WHEREAS, the Insurance Settlement provides that the Delphi Former Officers and Employees Escrow Agent may make payments prior to the Effective Date of the Insurance Settlement (as that term is defined in the Insurance Settlement), provided that: (1) the Delphi Former Officers and Employees provide to the Insurers an unsecured written undertaking (an "Undertaking") to repay any sums so paid if the Insurance Settlement does not become effective and it is later determined that the Delphi Former Officers and Employees were not entitled to the amounts paid; and (2) the Delphi Former Officers and Employees Escrow Agent is authorized to make such payments by an order of this Court either upon uncontested motion or stipulated order notwithstanding the automatic stay, to the extent it applies; and

WHEREAS, the Insurance Settlement has not, to date, received the necessary court approvals to become effective; and

WHEREAS, each of the Delphi Former Officers and Employees has incurred defense costs that remain unreimbursed, and expect to incur additional defense costs prior to the Effective Date of the Insurance Settlement; and

WHEREAS, each of the Delphi Former Officers and Employees has provided the required Undertaking to the Insurers, copies of which are attached hereto as Exhibits B – H.

NOW, THEREFORE, the Parties hereby stipulate that the Delphi Former Officers and Employees Escrow Agent be authorized and directed by the United States Bankruptcy Court for the Southern District of New York to disburse up to $1 million to the Delphi Former Officers

and Employees to be used solely for defense costs as set forth in paragraph 10 of the Insurance

Settlement.

IT IS SO STIPULATED this 6th day of ~~November,~~ December, 2007.

**HELLER EHRMAN LLP**

By:     Timothy W. Burns
        One East Main Street
        Suite 201
        Madison, WI 53703-5118
        Telephone: (608) 663-7487
        Facsimile: (608) 6637499

**SHEARMAN & STERLING LLP**

        Stuart J. Baskin
        Brian H. Polovoy
        Marc D. Ashley
        599 Lexington Avenue
        New York, New York 10022-6069
        Telephone: (212) 848-4000
        Facsimile: (212) 848-7179

**Counsel for Delphi Corporation, Delphi Trust I,
Delphi Trust II, Robert H. Brust, Virgis W.
Colbert, David N. Farr, Bernd Gottschalk, Susan
A. McLaughlin, Oscar de Paula Bernardes Neto,
Cynthia A. Niekamp, John D. Opie, Roger S.
Penske, Donald S. Runkle, John D. Sheehan, and
Patricia C. Sueltz**

**BAKER BOTTS L.L.P.**

By:     William H. Jeffress, Jr.
        Joe R. Caldwell, Jr
        Bridget M. Moore
        Michael G. Pattillo, Jr.
        1299 Pennsylvania Avenue, N.W.
        Washington, DC 20004-2400
        Telephone: (202) 639-7788
        Facsimile: (202) 639-7980

-3-

and Employees to be used solely for defense costs as set forth in paragraph 10 of the Insurance

Settlement.

IT IS SO STIPULATED this 5th day of ~~November~~ December, 2007.


**HELLER EHRMAN LLP**


By: _____
Timothy W. Burns
One East Main Street
Suite 201
Madison, WI 53703-5118
Telephone: (608) 663-7487
Facsimile: (608) 6637499

**SHEARMAN & STERLING LLP**

Stuart J. Baskin
Brian H. Polovoy
Marc D. Ashley
599 Lexington Avenue
New York, New York 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

**Counsel for Delphi Corporation, Delphi Trust I,
Delphi Trust II, Robert H. Brust, Virgis W.
Colbert, David N. Farr, Bernd Gottschalk, Susan
A. McLaughlin, Oscar de Paula Bernardes Neto,
Cynthia A. Niekamp, John D. Opie, Roger S.
Penske, Donald S. Runkle, John D. Sheehan, and
Patricia C. Sueltz**


**BAKER BOTTS L.L.P.**

By: _____
William H. Jeffress, Jr.
Joe R. Caldwell, Jr
Bridget M. Moore
Michael G. Pattillo, Jr.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7788
Facsimile: (202) 639-7980

**Counsel for J.T. Battenberg**


**O'MELVENY & MYERS LLP**

By: _____
    Robert N. Eccles
    Robert M. Stern
    1625 Eye Street, NW
    Washington, DC 20006-4001
    Telephone: (202) 383-5315
    Facsimile: (202) 383-5414

**Counsel for Alan S. Dawes**


**PEPPER HAMILTON LLP**


By: _____
    Matthew J. Lund
    100 Renaissance Center
    Suite 3600
    Detroit, MI 48243-1157
    Telephone: (313) 259-7110

**Counsel for Paul R. Free**


**SARETSKY HART MICHAELS & GOULD PC**


By: _____
    Eric A. Michaels
    995 South Eton
    Birmingham, Michigan 48009
    Telephone:  (248) 502-3300

**Counsel for Judith Kudla**

-4-

**Counsel for J.T. Battenberg**


**O'MELVENY & MYERS LLP**


By:    _____
       Robert N. Eccles
       Robert M. Stern
       1625 Eye Street, NW
       Washington, DC 20006-4001
       Telephone: (202) 383-5315
       Facsimile: (202) 383-5414

**Counsel for Alan S. Dawes**


**PEPPER HAMILTON LLP**


By:    _____
       Matthew J. Lund
       100 Renaissance Center
       Suite 3600
       Detroit, MI 48243-1157
       Telephone: (313) 259-7110

**Counsel for Paul R. Free**


**SARETSKY HART MICHAELS & GOULD PC**


By:    _____
       Eric A. Michaels
       995 South Eton
       Birmingham, Michigan 48009
       Telephone:  (248) 502-3300

**Counsel for Judith Kudla**

-4-

**Counsel for J.T. Battenberg**


**O'MELVENY & MYERS LLP**


By: _____
      Robert N. Eccles
      Robert M. Stern
      1625 Eye Street, NW
      Washington, DC 20006-4001
      Telephone: (202) 383-5315
      Facsimile: (202) 383-5414

**Counsel for Alan S. Dawes**


**PEPPER HAMILTON LLP**


By: _____
      Matthew J. Lund
      100 Renaissance Center
      Suite 3600
      Detroit, MI 48243-1157
      Telephone: (313) 259-7110

**Counsel for Paul R. Free**


**SARETSKY HART MICHAELS & GOULD PC**

By: _____
      Eric A. Michaels
      995 South Eton
      Birmingham, Michigan 48009
      Telephone: (248) 502-3300

**Counsel for Judith Kudla**

MILLER, CANFIELD. PADDOCK and STONE, PLC

By: _____

Thomas W. Cranmer
Matthew P. Allen
150 W. Jefferson, Suite 2500
Detroit, Michigan 48226

**Counsel for John G. Blahnik and Peter H. Janak**

**CLARK HILL PLC**

By: _____

Martin E. Crandall
Charles E. Murphy
500 Woodward Avenue
Suite 3500
Detroit, MI 48226
Telephone: (313) 965-8413

**Counsel for Milan Belans**

**BUTZEL LONG PC**

By: _____

David Dumouchel
Laurie J. Michelson
150 W. Jefferson Avenue
Suite 100
Detroit, MI 48226
Telephone: (313) 225-7004

**Counsel for Cathy Rozanski**

MILLER, CANFIELD. PADDOCK and STONE, PLC

By: _____

    Thomas W. Cranmer
    Matthew P. Allen
    150 W. Jefferson, Suite 2500
    Detroit, Michigan 48226

**Counsel for John G. Blahnik and Peter H. Janak**

**CLARK HILL PLC**

By: *Charles E Murphy*
    Martin E. Crandall
    Charles E. Murphy
    500 Woodward Avenue
    Suite 3500
    Detroit, MI  48226
    Telephone:  (313) 965-8413

**Counsel for Milan Belans**

**BUTZEL LONG PC**

By: _____

    David Dumouchel
    Laurie J. Michelson
    150 W. Jefferson Avenue
    Suite 100
    Detroit, MI  48226
    Telephone:  (313) 225-7004

**Counsel for Cathy Rozanski**

**EDWARDS ANGELL PALMER & DODGE LLP**

By: _____
       John D. Hughes
       Mary-Pat Cormier
       111 Huntington Avenue
       Boston, MA  02119
       Telephone:  (617) 951-3373

**Counsel for Allied World Assurance Company and Endurance Specialty Insurance Ltd.**


**WILEY REIN LLP**


By: _____
       Kimberly M. Melvin
       1776 K Street NW
       Washington, DC  20006
       Telephone:  (202) 719-7403

**Counsel for Federal Insurance Company**


**BOUNDAS  SKARZYNSKI  WALSH  &  BLACK, LLC**


By: _____
       James A. Skarzynski
       David T. Burrowes
       Nathan L. Strup
       200 E. Randolph Drive
       Suite 7200
       Chicago, IL  60601
       Telephone:  (312) 946-4214

**Counsel for Great American Insurance Company**

**EDWARDS ANGELL PALMER & DODGE LLP**


By: _____
      John D. Hughes
      Mary-Pat Cormier
      111 Huntington Avenue
      Boston, MA  02119
      Telephone:  (617) 951-3373

**Counsel for Allied World Assurance Company and
Endurance Specialty Insurance Ltd.**


**WILEY REIN LLP**


By: _____
      Kimberly M. Melvin
      1776 K Street NW
      Washington, DC  20006
      Telephone:  (202) 719-7403

**Counsel for Federal Insurance Company**


**BOUNDAS SKARZYNSKI WALSH & BLACK,
LLC**


By: _____
      James A. Skarzynski
      David T. Burrowes
      Nathan L. Strup
      200 E. Randolph Drive
      Suite 7200
      Chicago, IL  60601
      Telephone:  (312) 946-4214

**Counsel for Great American Insurance Company**

**EDWARDS ANGELL PALMER & DODGE LLP**

By: _____
    John D. Hughes
    Mary-Pat Cormier
    111 Huntington Avenue
    Boston, MA 02119
    Telephone: (617) 951-3373

**Counsel for Allied World Assurance Company and
Endurance Specialty Insurance Ltd.**

**WILEY REIN LLP**

By: _____
    Kimberly M. Melvin
    1776 K Street NW
    Washington, DC 20006
    Telephone: (202) 719-7403

**Counsel for Federal Insurance Company**

**BOUNDAS SKARZYNSKI WALSH & BLACK,
LLC**

By: _____
    James A. Skarzynski
    David T. Burrowes
    Nathan L. Strup
    200 E. Randolph Drive
    Suite 7200
    Chicago, IL 60601
    Telephone: (312) 946-4214

**Counsel for Great American Insurance Company**

-6-

**ROSS DIXON & BELL, LLP**

By: _Kimberly E. Rients Blair_
            Kimberly E. Rients Blair
            55 West Monroe Street
            Suite 3000
            Chicago, IL  60603-5758
            Telephone:  (312) 759-5945

**Counsel for Twin City Fire Insurance Company**


**BAILEY CAVALIERI LLC**

By: _____
            R. Stacy Lane
            10 West Broad Street
            Suite 2100
            Columbus, OH  43215-3422
            Telephone:  (614) 229-3203

**Counsel for Zurich American Insurance Company**


**D'AMATO & LYNCH, LLP**

By: _____
            Thomas F. Breen
            70 Pine Street
            New York, NY  10270-0110
            Telephone:  (212) 269-0927

**Counsel for National Union Fire Insurance Company of Pittsburgh, Pa. and Starr Excess International**

**ROSS DIXON & BELL, LLP**

By: _____
     Kimberly E. Rients Blair
     55 West Monroe Street
     Suite 3000
     Chicago, IL  60603-5758
     Telephone:  (312) 759-5945

**Counsel for Twin City Fire Insurance Company**

**BAILEY CAVALIERI LLC**

By: _____
     R. Stacy Lane
     10 West Broad Street
     Suite 2100
     Columbus, OH  43215-3422
     Telephone:  (614) 229-3203

**Counsel for Zurich American Insurance Company**

**D'AMATO & LYNCH, LLP**

By: _____
     Thomas F. Breen
     70 Pine Street
     New York, NY  10270-0110
     Telephone:  (212) 269-0927

**Counsel for National Union Fire Insurance Company of Pittsburgh, Pa. and Starr Excess International**

ROSS DIXON & BELL, LLP

By: _____
      Kimberly E. Rients Blair
      55 West Monroe Street
      Suite 3000
      Chicago, IL  60603-5758
      Telephone:  (312) 759-5945

**Counsel for Twin City Fire Insurance Company**

**BAILEY CAVALIERI LLC**

By: _____
      R. Stacy Lane
      10 West Broad Street
      Suite 2100
      Columbus, OH  43215-3422
      Telephone:  (614) 229-3203

**Counsel for Zurich American Insurance Company**

**D'AMATO & LYNCH, LLP**

By: _____
      Thomas F. Breen
      70 Pine Street
      New York, NY  10270-0110
      Telephone:  (212) 269-0927

**Counsel for National Union Fire Insurance Company of Pittsburgh, Pa. and Starr Excess International**

**KAUFMAN BORGEEST & RYAN LLP**

By: _____

       Wayne E. Borgeest
       99 Park Avenue, 19th Floor
       New York, NY 10016
       Telephone: (212) 980-9600

**Counsel for Arch Insurance Company**


**SEDGWICK, DETERT, MORAN & ARNOLD LLP**


By: _____

       Joseph M. Smick
       125 Broad Street, 39th Floor
       New York, NY 10004-2400
       Telephone: (212) 422-0202

**Counsel for American Casualty Company of Reading PA**


**THOMPSON, LOSS & JUDGE, LLP**


By: _____

       Thomas J. Judge
       Two LaFayette Centre, Ste. 450
       1133 21st Street, NW
       Washington, DC 20036
       Telephone: (202) 778-4060

**Counsel for St. Paul Mercury Insurance Company**

#8999545 v2

-8-

**KAUFMAN BORGEEST & RYAN LLP**

By: _____

    Wayne E. Borgeest
    99 Park Avenue, 19th Floor
    New York, NY 10016
    Telephone: (212) 980-9600

**Counsel for Arch Insurance Company**

**SEDGWICK, DETERT, MORAN & ARNOLD
LLP**

By: _____

    Joseph M. Smick
    125 Broad Street, 39th Floor
    New York, NY 10004-2400
    Telephone: (212) 422-0202

**Counsel for American Casualty Company of
Reading PA**

**THOMPSON, LOSS & JUDGE, LLP**

By: _____

    Thomas J. Judge
    Two LaFayette Centre, Ste. 450
    1133 21st Street, NW
    Washington, DC 20036
    Telephone: (202) 778-4060

**Counsel for St. Paul Mercury Insurance Company**

#8999545 v2

-8-

**KAUFMAN BORGEEST & RYAN LLP**


By: _____

          Wayne E. Borgeest
          99 Park Avenue, 19th Floor
          New York, NY  10016
          Telephone:  (212) 980-9600

**Counsel for Arch Insurance Company**


**SEDGWICK, DETERT, MORAN & ARNOLD LLP**


By: _____

          Joseph M. Smick
          125 Broad Street, 39th Floor
          New York, NY  10004-2400
          Telephone:  (212) 422-0202

**Counsel for American Casualty Company of Reading PA**


**THOMPSON, LOSS & JUDGE, LLP**


By: _____

          Thomas J. Judge
          Two LaFayette Centre, Ste. 450
          1133 21st Street, NW
          Washington, DC  20036
          Telephone:  (202) 778-4060

**Counsel for St. Paul Mercury Insurance Company**

#8999545 v2

-8-