Christopher J. Battaglia (CB-4436)
Carrie E. Mitchell (CM-9134)
**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, ET AL., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

**VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P 2019**

The undersigned, a member of the firm of Halperin Battaglia Raicht, LLP, hereby certifies:

1. I am an attorney with of Halperin Battaglia Raicht, LLP ("<u>HBR</u>"), 555 Madison Avenue, 9th Floor, New York, NY 10022.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

3. HBR has been retained as counsel for individual creditors in the above-referenced bankruptcy. A list of each of these creditors' names and addresses is attached hereto.

4. Each creditor named on the attached list has executed or is in the process of executing an employment agreement and/or power of attorney authorizing HBR to represent the creditor in the bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is as set forth in exhibit "A."

{00056226.1 / 0611-001}

6.  The Creditors hold claims in varying amounts against certain of the above-referenced Chapter 11 debtors.  The relevant information identifying the Creditors and the nature and amount of their claim is available upon request.

7.  HBR does not hold any claims against or interest in the Debtor.

8.  HBR will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Dated: New York, New York
       December 7, 2007

**HALPERIN BATTAGLIA RAICHT, LLP**

By: */s/ Christopher J. Battaglia*
    Christopher J. Battaglia (CB-4436)
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765.9100

Sworn to before me this 7th
day of December, 2007.

*/s/ Carrie E. Mitchell*
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

{00056226.1 / 0611-001}

2