Exhibit A – List of Creditors

| Creditor Name | Contact Name | Address | Address |
|---|---|---|---|
| ARC Automotive, Inc. | c/o Cherie MacDonald, Esq. Greensfelder, Hemker & Gale, P.C. | 12 Wolf Creek Drive, Suite 100 | Swansea, IL  62226 |
| Casco Products Corp. | c/o Cherie MacDonald, Esq. Greensfelder, Hemker & Gale, P.C. | 12 Wolf Creek Drive, Suite 100 | Swansea, IL  62226 |
| US Xpress | c/o Bruce C. Bailey, Esq. Chambliss, Bahner & Stophel, PC | Two Union Square, Suite 1000 | Chattanooga, TN 37402 |
| Hutchinson FTS | c/o David R. Draper, Esq. Draper, Rubin & Shulman, plc | 18580 Mack Ave | Grosse Pointe Farms, MI 48236 |
|  |  |  |  |

{00056245.1 / 0611-001}