TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698
Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                :
In re:                                          :
                                                :    Chapter 11
DELPHI CORPORATION, et al.,                     :    Case No. 05-44481 [RDD]
                                                :
                  Debtors.                      :    Jointly Administered
                                                :
-------------------------------------------------------------------x

# AMENDED NOTICE OF WITHDRAWAL OF NOTICE OF CLAIMS OBJECTION HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 14313 (HIRSCHMANN CAR COMMUNICATIONS GMBH)

PLEASE TAKE NOTICE Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby withdraw, without prejudice, their December 5, 2007 Notice of Claims Objection Hearing [Docket No. 11349], regarding proof of claim number 14313 (the "Proof of Claim") filed by Hirschmann Car Communications GmbH.

Dated:  New York, New York          DELPHI CORPORATION, *et al.*
        December 7, 2007            By their attorneys,
                                    TOGUT, SEGAL & SEGAL LLP
                                    By:
                                    /s/ Neil Berger
                                    NEIL BERGER (NB-3599)
                                    A Member of the Firm
                                    One Penn Plaza
                                    New York, New York 10119
                                    (212) 594-5000