UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
    In re                                :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                                        :
                Debtors.        :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 EXPUNGING
WITH PREJUDICE PROOF OF CLAIM NUMBER 15630

("AZIMUTH NORTH AMERICA ORDER")

Upon the Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Claim No. 16474) (Docket No. 7301) (the "Eleventh Omnibus Claims Objection,") together with the Debtors' Supplemental Reply To The Response Of Azimuth North America LLC & Related Entities To The Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 10853) (the "Supplemental Reply") of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the Creditor's Request To Hold Matter In Abeyance, In Response To Debtors' Eleventh Omnibus Claims Objection (Docket No. 7665) and other documents filed by Claimant Azimuth North America

LLC & Related Entities (the "Claimant"); and the Court having considered the arguments of both parties at the hearing on this matter conducted on November 16, 2007 (the "Hearing"); and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

    A.    The Claimant was properly served with the Eleventh Omnibus Claims Objection and the Debtors' Supplemental Reply.

    B.    The Court has jurisdiction over the Eleventh Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334. The Eleventh Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157 (b)(2). Venue of these cases and the Eleventh Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

    C.    For the reasons more fully stated on the record at the Hearing, which are herein incorporated by reference, proof of claim number 15630 filed by the Claimant fails to state a claim as a matter of law.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

    1.    Proof of claim number 15630 filed by the Claimant is hereby disallowed and expunged with prejudice.

    2.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied.

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See Fed. R. Bankr. P. 7052. Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Eleventh Omnibus Claims Objections.

Dated: New York, New York
December 7, 2007

                                      /s/Robert D. Drain
                                  UNITED STATES BANKRUPTCY JUDGE