**Hearing Date: December 11, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED SIXTEENTH CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing</u>:              United States Bankruptcy Court for the Southern District of New
                                 York, Alexander Hamilton Custom House, Room 610, 6th Floor,
                                 One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this
Proposed Agenda:

    A.    Introduction

    B.    Adjourned Matters (2 Matters)

    C.    Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters (11 Matters)

        1)    Third Omnibus Claims Objection Matters (2 Matters)

        2)    Fifth Omnibus Claims Objection Matter (1 Matter)

        3)    Seventh Omnibus Claims Objection Matter (1 Matter)

        4)    Eighth Omnibus Claims Objection Matter (1 Matter)

        5)    Thirteenth Omnibus Claims Objection Matter (1 Matter)

        6)    Seventeenth Omnibus Claims Objection Matter (1 Matter)

        7)    Nineteenth Omnibus Claims Objection Matters (2 Matters)

        8)    Twenty-First Omnibus Claims Objection Matter (1 Matter)

        9)    Settled Matter (1 Matter)

    D.    Contested Omnibus Claims Objection Matters (2 Matters)

B.    Adjourned Matters

    1.    **"Claims Objection Hearing Regarding Claim Of Conestoga Rovers &
        Associates Inc "** – Claims Objection Hearing Regarding Claim Of Conestoga
        Rovers & Associates Inc As Objected To On The Debtors' Seventeenth Omnibus
        Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
        3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected
        On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors'
        Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E)
        Claims Subject To Modification, Tax Claims Subject To Modification, And
        Modified Claims Asserting Reclamation (Docket No. 8270)

        *Response Filed:*    *None.*

| | |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8668)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Seventeenth Omnibus Claims Objection (Docket No. 8737)* |
| | *Notice Of Deadline To File Motion For Leave To File Late Claim With Respect To Late Claim Filed By Conestoga-Rovers & Associates, Inc. (Proof Of Claim 16604) (Docket No. 11090)* |
| | *Consolidated Application And Memorandum In Support Of Motion Of Conestoga Rovers & Associates, Inc. (I) To Allow Amended Claim, Filed After Bar Date, As Relation Back To Original Claim, Or (II) Alternatively, For Leave To File Late Proof Of Claim (Docket No. 11307)* |
| *Status:* | *This matter has been adjourned to the January 10, 2008 hearing.* |

2. **"Claims Objection Hearing Regarding Claim Of Furukawa Electric North America APD and Furukawa Electric Co., Ltd."** – Notice of Debtors' Motion For An Order Granting Default Judgment Against Furukawa Electric North America APD and Furukawa Electric Co., Ltd. (Docket No. 10711)

|   |   |
|---|---|
| *Response Filed:* | *Furukawa Electric Company, Ltd. And Furukawa Electric North America APD, Inc.'S Memorandum In Opposition To Debtors' Motion For Entry Of Default Judgment (Docket No. 10723)* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Furukawa Electric Company, Ltd. and Furukawa Electric North America APD, Inc.'s Expedited Motion For Status Conference And Adjournment Of The November 29, 2007 Hearing (Docket No. 10735)* |
|   | *Notice Of Hearing On Furukawa Electric Company, Ltd. And Furukawa Electric North America APD, Inc.'s Motion To Dismiss Debtors' Claim For Affirmative Relief (Docket No. 10776)* |
|   | *Notice of Adjournment of Hearing To Consider Debtors' Motion For An Order Granting Default Judgment Against Furukawa Electric North America APS And Furukawa Electric Co., Ltd. (Docket No. 10988)* |
|   | *Notice of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 10574 (Furukawa Electric North America APD, Inc. And Furukawa Electric Company) (Docket No. 11126)* |
|   | *Second Notice Of Adjournment Of Hearing To Consider Debtors' Motion For An Order granting Default Judgment Against Furukawa Electric North America APD And Furukawa Electric Co., Ltd. (Docket No. 11336)* |
| *Status:* | *This matter has been adjourned to the December 20, 2007 hearing.* |

C.      Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters

**1)  Third Omnibus Claims Objection Matters**

3.      **"Claims Objection Hearing Regarding Claim Of Recticel Interiors North America, LLC f/k/a Recticel North America, Inc."** – Claims Objection Hearing Regarding Claim Of Recticel Interiors North America, LLC f/k/a Recticel North America, Inc. As Objected To On The Debtors' (I) Third Omnibus Objection

(Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated
By Debtors' Books And Records, And (C) Claims Subject To Modification And (II)
Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. §
502(c) (Docket No. 5452)

| | |
|---|---|
| *Responses Filed:* | *Response Of Recticel Interiors North America, LLC f/k/a Recticel North America, Inc. To The Debtors' Third Omnibus Objection To Claims (Docket No. 5647)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Numbers 11026 And 11027 (Recticel Interiors North America, LLC And Amroc Investments, LLC) (Docket No. 11245)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

4.    **"Claims Objection Hearing Regarding Claim Of Cadence Innovation LLC"** –
Claims Objection Hearing Regarding Claim Of Cadence Innovation LLC As
Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant
To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With
Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And
Records, And (C) Claims Subject To Modification And (II) Motion To Estimate

Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Responses Filed:* | *Response Of Cadence Innovation LLC To Debtors' Third Omnibus Objection To Claims (Docket No. 5769)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order In Respect Of Debtors Claims Estimation Motion And Third Omnibus Objection To Claims Of Cadence Innovation LLC (Docket No. 11148)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

**2)  Fifth Omnibus Claims Objection Matter**

5. **"Claims Objection Hearing Regarding Claim Of Samtech Corporation And Mtronics.Com, Inc."** – Claims Objection Hearing Regarding Claim Of Samtech Corporation And Mtronics.Com, Inc. As Objected To On The Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6100); Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)

Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

|  |  |
|---|---|
| *Response Filed:* | *Samtech Corporation's  Response To Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims Not Reflected On Debtors' Books And Records (The Fifth Omnibus Objection) (Docket No. 6400)* |
|  | *Samtech Corporation's Response To Debtors' Request To Modify Claim No. 12221 Filed By Mtronics As Set Forth In Debtors' Ninth Omnibus Objection (Docket No. 7248)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6534)* |
|  | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6687)* |
|  | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)* |
|  | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 15611 (Samtech Corporation) (Docket No. 7356)* |

*Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 15611 (Samtech Corporation) (Docket No. 7439)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 15611 (Samtech Corporation) (Docket No. 7955)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order (I) Disallowing And Expunging Proof Of Claim Number 15611 And (II) Compromising And Allowing Proof Of Claim Number 12221 (Samtech Corporation And Mtronics.Com, Inc.) (Docket No. 11253)*

*Status:*          *A joint stipulation and agreed order will be submitted for consideration by the Court.*

### 3) Seventh Omnibus Claims Objection Matter

6.  **"Claims Objection Hearing Regarding Claim Of Contrarian Funds, LLC "** – Claims Objection Hearing Regarding Claim Of Contrarian Funds, LLC As Objected To On The Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6585);Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968); Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7301)

*Response Filed:*          *Response of Contrarian Funds LLC, as Assignee to Ferro Corporation, to Debtor's Seventh Omnibus Claims Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed.R.Bankr.P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims not reflected on Debtors' Books and Records, and (C) Untimely Claims (Docket No. 6876)*

*Response of Contrarian Funds, LLC to Debtors'*
*Eighth and Ninth Omnibus Claims Objections*
*(Docket No. 7276)*

*Response of Contrarian Funds, LLC to Debtors'*
*Tenth and Eleventh Omnibus Claims Objections*
*(Docket No. 7672)*

*Reply Filed:*      *Debtors' Omnibus Reply In Support Of Debtors'*
*Seventh Omnibus Objection (Substantive) Pursuant*
*To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To*
*Certain (A) Insufficiently Documented Claims, (B)*
*Claims Not Reflected On Debtors' Books And*
*Records, And (C) Untimely Claims (Docket No.*
*6953)*

*Debtors' Omnibus Reply In Support Of Debtors'*
*Ninth Omnibus Objection (Substantive) Pursuant To*
*11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To*
*Certain (A) Insufficiently Documented Claims, (B)*
*Claims Not Reflected On Debtors' Books And*
*Records, (C) Untimely Claims, And (D) Claims*
*Subject To Modification (Docket No. 7372)*

*Debtors' Omnibus Reply In Support Of Debtors'*
*Eleventh Omnibus Objection (Substantive) Pursuant*
*To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To*
*Certain (A) Insufficiently Documented Claims, (B)*
*Claims Not Reflected On Debtors' Books And*
*Records, (C) Untimely Claims, And (D) Claims*
*Subject To Modification (Docket No. 7755)*

*Debtors' Supplemental Reply In Support Of Debtors'*
*Omnibus Objections Pursuant To 11 U.S.C. § 502(b)*
*And Fed. R. Bankr. P. 3007 To Certain Untimely*
*Claims (Docket No. 9543)*

*Related Filings:*      *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.*
*Bankr. P. 3007 Disallowing And Expunging Certain*
*(A) Insufficiently Documented Claims, (B) Claims*
*Not Reflected On Debtors' Books And Records, And*
*(C) Untimely Claims As Identified In Seventh*
*Omnibus Claims Objection (Docket No. 7050)*

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.*
*Bankr. P. 3007 Disallowing And Expunging Certain*

9

*(A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As Identified In Ninth Omnibus Claims Objection (Docket No. 7507)*

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification Identified In Eleventh Omnibus Claims Objection (Docket No. 7771)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 2023, 6321, 8341, 8787, 9794, 9952, And 12698 (Contrarian Funds, LLC) (Docket No. 11249)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 444, 9110, 9114, 9115, 9116, 9790, 9954, 12697, And 15446 (Contrarian Funds, LLC) (Docket No. 11250)*

*Status:*    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

### 4) Eighth Omnibus Claims Objection Matter

7.    **"Claims Objection Hearing Regarding Claim Of Sarah E. and Donald R. Sweeton"** – Claims Objection Hearing Regarding Claim Of Sarah E. and Donald R. Sweeton As Objected To On The Debtors' Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of Consolidated Trustee Claim, (C) Equity Claims, And (D) Protective Claims (Docket No. 6962)

*Response Filed:*    *Response To Motion Debtors' Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of Consolidated Trustee Claim, (C) Equity Claims, And (D) Protective Claims Filed On Behalf Of Sarah E. Sweeton, Donald R. Sweeton (Docket No. 7130)*

10

*Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of Consolidated Trustee Claim, (C) Equity Claims, And (D) Protective Claims (Docket No. 7369)*

*Related Filings:*    *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate And Amended Claims And (B) Claims Duplicative Of Consolidated Trustee Claim, (C) Equity Claims And (D) Protective Claims Identified In Eighth Omnibus Claims Objection (Docket No. 7516)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order To Withdrawal Without Prejudice Of Proof Of Claim Number 11198 (Donald R. And Sarah E. Sweeton) (Docket No. 11252)*

*Status:*    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

## 5) Thirteenth Omnibus Claims Objection Matter

8.  **"Claims Objection Hearing Regarding Claim Of Illinois Department Of Revenue"** – Claims Objection Hearing Regarding Claim Of Illinois Department Of Revenue As Objected To On The Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)

*Response Filed:*    *Creditor Illinois Department Of Revenue's Response To Debtors' Thirteenth Omnibus Objection To Claims (Docket No. 8009)*

*Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented*

11

*Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)*

*Related Filings:*      *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement (Docket No. 8194)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 16470 (Illinois Department Of Revenue) (Docket No. 11251)*

*Status:*      *A joint stipulation and agreed order will be submitted for consideration by the Court.*

## 6) Seventeenth Omnibus Claims Objection Matter

9.    **"Claims Objection Hearing Regarding Claim Of ON Semi-Conductor Components Industries, LLC And SPCP Group LLC"** – Claims Objection Hearing Regarding Claim Of ON Semi-Conductor Components Industries LLC And SPCP Group LLC As Objected To On The Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270)

*Response Filed:*      *Response Of ON Semiconductor Components Industries, LLC To Debtors' Seventeenth Omnibus Objection To Claims (Docket No. 8513)*

*Reply Filed:*      *Debtors' Omnibus Reply In Support Of Debtors' Seventeenth Omnibus Objection (Substantive)*

|  | *Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8668)* |
|---|---|
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Seventeenth Omnibus Claims Objection (Docket No. 8737)* |
|  | *Notice of Presentment of Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 11566, 11567 And 11568 (Semi-Conductor Components Industries LLC And SPCP Group LLC) (Docket No. 11222)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

## 7) Nineteenth Omnibus Claims Objection Matters

10. **"Claims Objection Hearing Regarding Claim Of City of Vandalia, Ohio"** –
    Claims Objection Hearing Regarding Claim Of City of Vandalia, Ohio As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

|  |  |
|---|---|
| *Response Filed:* | *Response Of City Of Vandalia, Ohio To Debtor's Nineteenth Omnibus Objection To Claims (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently* |

13

*Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8987)*

*Reply Filed:*     *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)*

*Related Filings:*     *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (Docket No. 9225)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order (I) Compromising Proof Of Claim Number 16396 And (II) Disallowing And Expunging Proof Of Claim Number 7219 (City of Vandalia, Ohio) (Docket No. 11246)*

*Status:*     *A joint stipulation and agreed order will be submitted for consideration by the Court.*

11.    **"Claims Objection Hearing Regarding Claim Of Howard County, Indiana"** – Claims Objection Hearing Regarding Claim Of Howard County, Indiana As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

14

*Response Filed:*          *Response Of Howard County, Indiana To TheDebtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims [Docket No. 8617] (Docket No. 9260)*

*Reply Filed:*             *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)*

*Related Filings:*         *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteeth Omnibus Claims Objection (Docket No. 9225)*

                           *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 16506 (Howard County, Indiana) (Docket No. 11247)*

*Status:*                  *A joint stipulation and agreed order will be submitted for consideration by the Court.*

15

**8) Twenty-First Omnibus Claims Objection Matter**

12. **"Claims Objection Hearing Regarding Claim Of New Jersey Division of Taxation"** – Claims Objection Hearing Regarding Claim Of New Jersey Division of Taxation As Objected To On Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535)

|  |  |
|---|---|
| *Response Filed:* | *The State Of New Jersey Division Of Taxation's Opposition To Debtors' Twenty-First Omnibus Objection To Claims (Docket No. 10633)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 10713)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation Identified In Twenty-First Omnibus Objection (Docket No. 10728)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Disallowing And Expunging Proofs Of Claim Numbers 16610 And 16611 (State Of New Jersey Division Of Taxation) (Docket No. 11248)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

16

**9) Settled Matters**

13. **"Motion To Amend Proof Of Claim Of Robert Bosch GmbH"** – Motion To Amend Proof Of Claim On Behalf Of Robert Bosch GmbH (Docket No. 8412, with declarations in support at Docket No. 8420)

<div style="margin-left: 2em;">

*Response Filed:*      *Debtors' Objection To Robert Bosch GmbH's Motion To Amend Proof Of Claim (Docket No. 8618)*

*Declaration Of William Cosnowski, Jr. In Support Of Debtors' Objection To Robert Bosch GmbH's Motion To Amend Proof Of Claim (Docket No. 8619)*

*Reply Filed:*      *None.*

*Related Filings:*      *Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) (Docket No. 5452)*

*Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

*Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Joint Stipulation And Agreed Order Adjourning Hearing, Administratively Consolidating Claims,*

</div>

17

*Disallowing And Expunging Proof Of Claim Number 16467 For Administrative Purposes And Capping Proof Of Claim 16220 (Robert Bosch GMBH & Robert Bosch LLC) (Docket No. 8710)*

*Status:*          *A joint stipulation and agreed order will be submitted for consideration by the Court.*

D.    **Contested Omnibus Claims Objection Matter**

14.    **"Claims Objection Hearing Regarding Claim Of Siemens Financial Services, Inc. And Siemens VDO Automotive SAS And Goldman Sachs Credit Partners, L.P."** – Claims Objection Hearing Regarding Claim Of Siemens Financial Services, Inc. And Siemens VDO Automotive SAS And Goldman Sachs Credit Partners, L.P. As Objected To On The Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6100)

*Response Filed:*          *Siemens VDO Automotive SAS's Response To The Debtor's Fifth Omnibus Claims Objection (Docket No. 6550)*

*Siemens VDO Automotive SAS's Supplemental Response To The Debtor's Fifth Omnibus Claims Objection (Docket No. 6840)*

*Reply Filed:*          *Debtors' Omnibus Reply In Support Of Debtors' Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6534)*

*Related Filings:*          *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Not Reflected On Debtors' Books And Records (Docket No. 6687)*

*Notice of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 2247 (Siemens VDO Automotive SAS)(Docket No. 9220)*

18

*Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 2247 (Siemens VDO) (Docket No. 9324)*

*Declaration Of Michel Poulet In Support Of Siemens VDO Automotive SAS's Claim Number 2247 (Docket No. 10504)*

*Claimant Siemens VDO Automotive SAS's Initial Memorandum In Support Of Claim Number 2247 (Docket No. 10505)*

*Joint Stipulation And Agreed Order Siemens VDO Automotive SAS Establishing Schedule For Briefing Concerning Objection To Proof Of Claim Number 2247 (Docket No. 10660)*

*Notice Of Debtors' Motion For A Summary Judgment Expunging Claim Number 2247 Asserted By Siemens VDO Automotive S.A.S., (Docket No. 10772)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Reducing Proof Of Claim Number 2247 (Siemens Financial Services, Inc. And Siemens VDO Automotive SAS) And Compromising And Allowing In Part Proof Of Claim Number 13981 (Goldman Sachs Credit Partners, L.P.) (Docket No. 10797)*

*Claimant Siemens VDO Automotive SAS's Memorandum In Response To Debtors' Motion For A Summary Judgment expunging Claim Number 2247 (Docket No. 10978)*

*Claimant Siemens VDO Automotive SAS's Response To Statement Of Undisputed Material Fact In Support Of Debtors' Motion For A Summary Judgment Expunging Claim Number 2247 (Docket No. 10979)*

*Supplemental Declaration Of Michel Poulet In Support Of Siemens VDO Automotive SAS's Claim Number 2247 (Docket No. 10980)*

19

*Debtors' Reply Memorandum In Further Support Of Their Motion For A Summary Judgment Expunging Claim Number 2247 Asserted By Siemens VDO Automotive S.A.S., Together With The Supplemental Declaration Of Jane S. Thompson (Docket No. 11214)*

Status:    *The hearing with respect to this matter will be proceeding.*

15.    **"Specialty Coating Late-Filing Motion" –** Notice Of Motion For Reconsideration Pursuant To 11 U.S.C. 502(J) And Fed. Bankr. Rule 3008, Or Alternatively To Vacate, Pursuant To Fed. Rule 60(B) And Fed. Bankr. Rule 9006, Order Signed On June 29, 2007 (Pacer Item No. 8443); Disallowing And Expunging Certain Claims Identified In Fifteenth Omnibus Claims Objection Disallowing And Expunging, Inter Alia, Proof of Claim No. 15683 Of Specialty Coatings, Inc. And Reinstatement Of Proof Of Claim Number 15683) (Docket No. 9362)

Response Filed:    *Debtors' Objection To Memorandum Of Law In Support For Motion For, Inter Alia, Reconsideration Pursuant To 11 U.S.C. 502(j) And Fed. Bankr. Rule 3008, Or Alternatively, To Vacate, Pursuant To Fed. Rule 60(B) And Fed. Bankr. Rule 9006, Order Signed On June 29, 2007 (Pacer Item 8443) Disallowing And Expunging Certain Claims Identified In Fifteenth Omnibus Claims Objection, Disallowing And Expunging, Inter Alia, Proof Of Claim No. 15683 Of Specialty Coatings, Inc. And Reinstatement Of Proof Of Claim Number 15683 (Docket No. 10663)*

Reply Filed:    *None.*

Related Filings:    *Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999)*

*Debtors' Omnibus Reply In Support Of Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To*

20

*Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8396)*

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Fifteenth Omnibus Claims Objection (Docket No. 8443)*

*Debtors' Objection To Memorandum Of Law In Support For Motion For, Inter Alia, Reconsideration Pursuant To 11 U.S.C. 502(j) And Fed. Bankr. Rule 3008, Or Alternatively, To Vacate, Pursuant To Fed. Rule 60(B) And Fed. Bankr. Rule 9006, Order Signed On June 29, 2007 (Pacer Item 8443) Disallowing And Expunging Certain Claims Identified In Fifteenth Omnibus Claims Objection, Disallowing And Expunging, Inter Alia, Proof Of Claim No. 15683 Of Specialty Coatings, Inc. And Reinstatement Of Proof Of Claim Number 15683 (Docket No. 10663)*

Status:                    *The hearing with respect to this matter will be
                           proceeding.*

Dated:  New York, New York
        December 10, 2007

                              SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP

                              By: /s/  John Wm. Butler, Jr.
                                  John Wm. Butler, Jr. (JB 4711)
                                  John K. Lyons (JL 4951)
                                  Ron E. Meisler (RM 3026)
                              333 West Wacker Drive, Suite 2100
                              Chicago, Illinois  60606
                              (312) 407-0700

                                      - and -

                              By:  /s/ Kayalyn A. Marafioti
                                  Kayalyn A. Marafioti (KM 9632)
                                  Thomas J. Matz (TM 5986)
                              Four Times Square
                              New York, New York 10036
                              (212) 735-3000

                              Attorneys for Delphi Corporation, et al.,
                                  Debtors and Debtors-in-Possession