## DELPHI 2007 PURCHASE ORDERS

| Name | Location | Cust# | Delphi PART# | GE grade-color | new PO# |
|---|---|---|---|---|---|
| Delphi E&E | El Paso - TX | 036555E | 25383048 | 736-BK1066 | 550071576 |
| Delphi E&E | El Paso - TX | 036555E | 25370474 | 745-BK1066 | 550007710 |
| Delphi E&E | El Paso - TX | 036555E | 4031035 | 420-7001DRMBP | 550007710 |
| Delphi E&E | El Paso - TX | 036555E | 6039035 | G401-7301 | 550007711 |
| Delphi E&E | El Paso - TX | 036555E | 25359957 | HR426-1001--BG | 550015469 |
| Delphi E&E | El Paso - TX | 036555E | 25366689 | GTX830-1710 | 550036828 |
| Delphi E&E | El Paso - TX | 036555E | 6094035 | HR426-BK1066--BG | 550007712 |
| Delphi E&E | Anderson - IN | 036555A | 4106001 | 701-1001RM | 550014560 |
| Delphi E&E | Anderson - IN | 036555A | 4137001 | 6240-7139 | 550014561 |
| Delphi E&E | Anderson - IN | 036555A | 6086020 | 420D-7139 | 550014563 |
| Delphi E&E | Anderson - IN | 036555A | 4031001 | 420-7001DRM | 550014564 |
| Delphi E&E | Anderson - IN | 036555A | 4144020 | 2300-7301M | 550014562 |
| Delphi E&E | Anderson - IN | 036555A | 4144001 | 2300-7301 | 550026255 |
| Delphi E&E | Flint - MI | 121888A | 8272 | DR51-1001 | 550025460 |
| Delphi E&E | Flint - MI | 121888A | 7014 | 420-8051 | 550025391 |
| Delphi E&E | Flint - MI | 121888A | 8142 | 420-1001 | 550025461 |
| Delphi E&E | Flint - MI | 121888A | 8231 | DR51-BK1066 | 550025459 |
| Delphi E&E | Flint - MI | 121888A | 8820 | 6240-1001 | 550025416 |
| Delphi E&E | Flint - MI | 121888A | 9787 | 745-BK1066 | |
| Delphi E&E | Flint - MI | 121888A | 8879 | OFB32I-BKNAT | 550132930 |
| Delphi E&E | Flint - MI | 121888A | 6593 | KX97390-GYMDN | 550132936 |
| Delphi E&E | Flint - MI | 121888A | 6592 | KX97390-BK1A730 | 550132933 |
| Delphi E&E | Flint - MI | 121888A | 6589 | KX97390-GY2A735 | 550132935 |
| Delphi E&E | Flint - MI | 121888A | 6580 | KZL16-GYMDNAT | 550132931 |
| Delphi Interior | Adrian - MI | 018666A | PLA339 | PX0844-701 | 550022330 |
| Delphi Interior | Adrian - MI | 018666A | M0101456 | IP1000-BK1005 | 550056304 |
| Delphi Interior | Adrian - MI | 018666A | OPLA521A | IP300-754 | 550022334 |
| Delphi Interior | Columbus - OH | 120244D | P1ST0099 | 6390-7161 | 550026201 |
| Delphi Interior | Vandalia - OH | 120244A | 0M101204 | GDT2510-36071S | 550026187 |
| Delphi Interior | Vandalia - OH | 120244A | 0M101456 | IP1000-BK1005 | 550026187 |
| Delphi Interior | Gadsden | 120244C | M101817 | LG9000-BR5A095U | 550060254 |
| Delphi Interior | Gadsden | 120244C | M101816 | LG9000-GY5734UC( | 550060254 |
| Delphi Interior | Gadsden | 120244C | M101815 | LG9000-BK1594UC( | 550060254 |
| Delphi Interior | Gadsden | 120244C | M100844 | MC8002-701 | 550079831 |
| Delphi Packard | Clinton - MS | 197111D | M2297001 | 1000-7301 | 5500146424 |
| Delphi Packard | Clinton - MS | 197111D | M0592001 | MG29-BK4051 | 5500146424 |
| Delphi Packard | Clinton - MS | 197111D | M059-002 | MG29-NA1000 | 5500146424 |
| Delphi Packard | Clinton - MS | 197111D | M2060002 | 141R-112 | 5500146424 |
| Delphi Packard | Clinton - MS | 197111D | M2060003 | 141R-616 | 5500146424 |
| Delphi Packard | Clinton - MS | 197111D | M2191008 | 325E-4262 | 5500146424 |
| Delphi Packard | Clinton - MS | 197111D | M2292001 | PX0844-780 | 5500146424 |
| Delphi Packard | Clinton - MS | 197111D | M2292002 | PX0844-701 | 5500146424 |
| Delphi Packard | Clinton - MS | 197111D | M2292003 | PX0844-873 | 5500146424 |
| Delphi Packard | Clinton - MS | 197111D | M2348002 | 327-7143 | 5500146424 |
| Delphi Packard | Clinton - MS | 197111D | M2348006 | 327-6187 | 5500146424 |
| Delphi Packard | Clinton - MS | 197111D | M2348007 | 327-8253 | 5500146424 |

| | | | | | |
|---|---|---|---|---|---|
| Delphi Packard | Clinton - MS | **197111D** | M2350001 | 420P-1001 | **5500146424** |
| Delphi Packard | Clinton - MS | **197111D** | M2350002 | 420P-7139 | **5500146424** |
| Delphi Packard | Clinton - MS | **197111D** | M2350008 | 420P-4262 | **5500146424** |
| Delphi Packard | Clinton - MS | **197111D** | M2361001 | EM6100-111 | **5500146424** |
| Delphi Packard | Clinton - MS | **197111D** | M236-002 | EM6100-701 | **5500146424** |
| Delphi Packard | Clinton - MS | **197111D** | M2319001 | ML7550-739 | **5500146424** |
| Delphi Packard | Clinton - MS | **197111D** | M2923002 | 2310-7301 | **5500146424** |
| Delphi Packard | Clinton - MS | **197111D** | M2923-007 | 2310-7314 | **5500146424** |
| Delphi Packard | Clinton - MS | **197111D** | M2297003 | 1000-7163 | **5500146424** |
| Delphi Packard | Clinton - MS | **197111D** | M4627002 | GTX9400W-1710 | **5500146424** |
| Delphi Packard | Clinton - MS | **197111D** | M4627018 | GTX9400W-GY3524 | **5500146424** |
| Delphi Packard | Clinton - MS | **197111D** | M2191002 | 325E-1001 | **5500146424** |
| Delphi Packard | Clinton - MS | **197111D** | M2297001 | 1000-7101 | **P5030006** |
| Delphi Packard | Vienna - OH | **197111P** | M2265-001 | DR51-1001 | **550155044** |
| Delphi Packard | Vienna - OH | **197111P** | M2191-002 | 325E-1001 | **550155044** |
| Delphi Packard | Vienna - OH | **197111P** | M2191-003 | 325E-8253 | **550155044** |
| Delphi Packard | Vienna - OH | **197111P** | M2191-005 | 325E-2051 | **550155044** |
| Delphi Packard | Vienna - OH | **197111P** | M2350-002 | 420P-7139 | **550155044** |
| Delphi Packard | Brookhaven - MS | **197111E** | M2913-001 | ML7550-739 | **P4030059** |
| Delphi Packard | Brookhaven - MS | **197111E** | M2923002 | 2310-7301 | **P4030059** |
| Delphi Packard | Brookhaven - MS | **197111E** | M2923-007 | 2310-7314 | **P4030059** |
| Delphi Packard | Brookhaven - MS | **197111E** | M2297-003 | 1000-7163 | **P4030059** |
| Delphi Packard | Brookhaven - MS | **197111E** | M4627002 | GTX9400W-1710 | **P4030059** |
| Delphi Packard | Brookhaven - MS | **197111E** | M4627018 | GTX9400W-GY3524 | **P4030059** |
| Delphi Packard | Brookhaven - MS | **197111E** | M2265001 | DR51-1001 | **P4030059** |
| Delphi Packard | Brookhaven - MS | **197111E** | M2958008 | HF1110-21124 | **P4030059** |
| Delphi Packard | Brookhaven - MS | **197111E** | M2191002 | 325E-1001 | **P4030059** |
| Delphi Packard | Warren, OH | **197111A** | M5529001 | WCV072-111 | **P6030032** |
| Delphi Delco | Burton, MI plt 43 | **025555B** | 28048108 | MC8002-GY3642 | **550081963** |
| Delphi Delco | Burton, Mi plt 43 | 025555B | 30924 | 420-4262 | **550044822** |
| Delphi Delco | Burton, Mi plt 43 | 025555B | 32159 | EM6101-7101 | **550044829** |
| Delphi Delco | Burton, Mi plt 43 | 025555B | 30916 | 420-1001 | **550050656** |
| Delphi Delco | Burton, Mi plt 43 | 025555B | 31023 | EM6101-8846 | **550046397** |
| Delphi Delco | Burton, Mi plt 43 | 025555B | 30867 | MG47-BK4051 | **550044834** |
| Delphi Delco | Burton, Mi plt 43 | 025555B | 32011 | MG47-36684S | **550044756** |
| Delphi Delco | Burton, Mi plt 43 | 025555B | 30996 | 141-701 | **550042236** |
| Delphi Delco | Burton, Mi plt 43 | 025555B | 30956 | X17-36684S | **550044910** |
| Delphi Delco | Burton, Mi plt 43 | 025555B | 31069 | MC8002-701 | **550076931** |
| Delphi Delco | Burton, Mi plt 43 | 025555B | 31017 | HF1110R-1111MV | **550052864** |
| Delphi Delco | Burton, Mi plt 43 | 025555B | 30966 | Z48-4051 | **550044956** |
| Delphi Delco | Burton, Mi plt 43 | 025555B | 32072 | HF1110R-111NMV | **550052864** |
| Delphi Delco | Kokomo, Mi plt K8 | 025555A | 30946 | X17-4051 | **550039021** |
| Delphi Delco | Kokomo, Mi plt K8 | 025555A | 30947 | Z48-23831 | **550039021** |
| Delphi Delco | Kokomo, Mi plt K8 | 025555A | 30995 | 141R-112 | **550044720** |
| Delphi Delco | Kokomo, Mi plt K8 | 025555A | 32139 | 141-82697 | **550044720** |
| Delphi Delco | Kokomo, Mi plt K8 | 025555A | 32145 | 141-RD3004T | **550044720** |
| Delphi Delco | Kokomo, Mi plt K8 | 025555A | 31014 | PX1390-701 | **550046325** |
| Delphi Delco | Kokomo, Mi plt K8 | 025555A | 31030 | EM6100-701 | **550039013** |
| Delphi Delco | Kokomo, Mi plt K8 | 025555A | 30956 | X17-36684S | **550044847** |

| Supplier | Location | Part# A | Part# B | Part# C | Account |
|---|---|---|---|---|---|
| Delphi Delco | Kokomo, Mi plt K8 | 025555A | 31018 | PX1390-8442 | 550046324 |
| Delphi Saginaw | | 120444 | 5317 | EM6100-701 | 90I1130 |
| Delphi Saginaw | | 120444 | 26113642 | WC1003EP8115XX | 90I1187 |
| Delphi Saginaw | | 120444 | 5490 | SL4530 | 90I1187 |
| Delphi Saginaw | | 120444 | 5454 | OFL4036NAT | 90I1187 |
| Delphi Mechatronics | Brownsville, Tx | 183299 | NMEMS79776 | 121-112 | 550166147 |
| | | | NMEMS77808 | 141-111 | 550166147 |
| | | | NME9999954 | 141-701 | 550166147 |
| | | | NME9999674 | 141-7253 | 550166147 |
| | | | NMEMS75555 | 141-82618 | 550166147 |
| | | | NMEMS75525 | 141-82632 | 550166147 |
| | | | NMEMS76449 | 141-GY1C023X | 550166146 |
| | | | NMEMS75588 | 141R-71088 | 550166147 |
| | | | NME9999427 | 310-BK1066 | 550166147 |
| | | | NMEMS75340 | 420-BK1066 | 550166147 |
| | | | NMEMS30149 | 508-BK1066 | 550166147 |
| | | | NME9999484 | BDT6500848 | 550166147 |
| | | | NMEMS75590 | GDT2510-4246S | 550166147 |
| | | | NMEMS75589 | HF1110-701 | 550166147 |
| | | | NME9999678 | HF1130-82598 | 550166147 |
| | | | NMEMS79857 | MC8002-701 | 550166147 |
| | | | NMEMS801837 | MG34LG-BK4051 | 550166147 |
| | | | NME99997832 | MG38-BK4051 | 550172948 |
| | | | NMEMS77671 | PX0844-701 | 550166147 |
| | | | NME9999987 | PX0871-701 | ~~550166147~~ 550172948 |
| | | | NME9999979 | PX0871-780 | 550166147 |
| | | | NME9999983 | SE1X-701 | 550166147 |
| | | | NME9999486 | X11-4051 | 550166147 |
| | | | NME9999792 | X15-33166US | 550166147 |
| | | | NME9999796 | X15-4051 | 550166147 |
| | | | NME9999788 | X17-4051 | 550166147 |
| | | | NMEM2073001 | XCY620-100 | TBA |
| | | | NMEMS76434 | 141-703 | 550166147 |
| | | | NMERMP30001 | 141-112 | 550166147 |
| | | | NME9999668 | 143-80531 | 5500166147 |
| | | | 28117507 | XCY620-WH8D098 | 550171703 |
| | | | M00009589020 | Z48-4051 | 550171739 |
| | | | 28101826 | LG9000-BK1065S | 550171257 |
| | | | NMEMS801836 | MG34LG-36722S | 550166147 |
| | | | NME9999987 | PX0871-701 | 55017294 |
| | | | *NME9999990* | *MG37EP-3670* | *550172948* |