TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698
Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :     Chapter 11
DELPHI CORPORATION, *et al.*,                                :     Case No. 05-44481 [RDD]
                                                             :
                       Debtors.                              :     Jointly Administered
                                                             :
-------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF NOTICE OF CLAIMS OBJECTION HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 12177 (COMERICA LEASING CORPORATION)

PLEASE TAKE NOTICE that Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby withdraw, without prejudice, their December 5, 2007 Notice of Claims Objection Hearing [Docket No. 11300], regarding proof of claim number 12177 (the "Proof of Claim") filed by Comerica Leasing Corporation.

Dated:   New York, New York                DELPHI CORPORATION, *et al.*
         December 10, 2007                 By their attorneys,
                                           TOGUT, SEGAL & SEGAL LLP
                                           By:

                                           /s/ Neil Berger
                                           NEIL BERGER (NB-3599)
                                           A Member of the Firm
                                           One Penn Plaza
                                           New York, New York 10119
                                           (212) 594-5000