UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al            Case No. 05-44481 (RDD)
                                     Chapter 11 proceeding

          Debtor.                    [Jointly Administered]
_____/

# MACARTHUR CORPORATION'S OBJECTION TO DEBTOR'S NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE SALE OF INTERIORS AND CLOSURES BUSINESS

1. **Title of the Objection:** MacArthur Corporation's Objection to Debtor's Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to Be Assumed and Assigned in Connection with the Sale of Interiors and Closures Business dated November 30, 2007.

2. **Name of the Objecting Party:** MacArthur Corporation.

3. **Brief Description for the Basis of the Objection:** The Debtor's Notice of Cure Amount states that pre-petition arrearages owed to MacArthur Corporations, as set for in Debtor's Exhibit 1 to the Notice, are zero. The actual total of MacArthur Corporations pre-petition arrearages is $48,395.42 (Exhibit A). The following purchase orders and corresponding amounts remain unpaid:

   | PO 0550052741 | $ 1,795.20 |
   | PO 0550038050 | $ 3,399.00 |
   | PO 0550024266 | $   995.96 |
   | PO 0550024142 | $ 3,752.40 |
   | PO 0550023173 | $   378.30 |
   | PO 0550022594 | $38,074.56 |
   | TOTAL         | $48,395.42 |

   Accordingly, Creditor MacArthur Corporation requests that this Court require Debtor to cure the above amounts.

4.  **The Address to Which the Debtor Must Reply to the Objection**:

    Dennis M. Haley
    Winegarden Haley Lindholm & Robertson
    G-9460 S. Saginaw Street, Ste A
    Grand Blanc MI 48439

    Attn: Thomas Barrett
    MacArthur Corporation
    3190 Tri-Park Drive
    Grand Blanc MI 48439


Dated: December 7, 2007        /s/ Thomas Barrett
                                                Thomas Barrett
                                                MacArthur Corporation
                                                3190 Tri-Park Drive
                                                Grand Blanc MI 48439
                                                (810) 606-1777


F:\APPS\DMH\M\MacArthur Corp\Delphi\Pleadings\Objection to Notice to Cure.wpd