# DELPHI



Delphi Thermal and Interior

Page 1 of 4

**Buyer:**
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI THERMAL & INTERIOR DIV
1401 CROOKS RD
TROY  MI  48084-7106

**Deliver to:**
DELPHI T & I GADSDEN
4605 Airport Road
GADSDEN AL 35904

MAC ARTHUR CORP
P.O. Box 10
GRAND BLANC MI 48439-0010

**Requirements Contract**

PO Number         Date Issued
550052741         26-Feb-2004
Version
15-Aug-2007 01:40:53 EST

Vendor No: 1001164
DUNS No: 017043084

**Payment Terms:** ZMN2      **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- FREIGHT COLLECT

CIRCLE OR IDENTIFY PART, PRICE & QTY.
THE FEASIBILITY REVIEW HAS BEEN
COMPLETED PER THE AIAG APQP
MANUAL REQ. AND THE CONTRACT IS
NOT / ACCEPTED / WITH EXCEPTION
SIGNATURE _____ DATE 9-12-07
CC Cindy O.     CUSTOMER # 2710

\*\*\* Condition record changed
\*\*\* Text changed

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 18111909 BARCODE LABEL - BLANK | R401 DELPHI T & I GADSDEN |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 26-Feb-2004 | 31-Dec-2004 | USD | 22.90 | 1,000 | PC |
| 01-Jan-2005 | 31-Dec-2005 | USD | 22.44 | 1,000 | PC |
| 01-Jan-2006 | 31-Dec-2006 | USD | 21.99 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 21.55 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 21.55 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record added
\*\*\* Condition record changed
\*\*\* Text changed

Purchasing Contact: Tarnawsky, Muriel
Phone: 248-655-0682
Fax: 248-655-8350

Contact Address:

# DELPHI

Delphi Thermal and Interior

Page 1 of 4

**Buyer:**
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI THERMAL & INTERIOR DIV
1401 CROOKS RD
TROY MI 48084-7106

**Requirements Contract**

PO Number: 550038050
Date Issued: 23-Oct-2003
Version: 08-Aug-2007 09:37:45

MAC ARTHUR CORP
P.O. Box 10
GRAND BLANC MI 48439-0010

Vendor No: 1001164
DUNS No: 017043084

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- FREIGHT COLLECT

*[handwritten stamp:] CIRCLE OR IDENTIFY PART, PRICE, QTY. THE FEASIBILITY REVIEW HAS BEEN COMPLETED PER THE AIAG APQP MANUAL REQ. AND THE CONTRACT IS NOT / ACCEPTED / WITH EXCEPTION SIGNATURE ___ DATE 8/30/07  Cindy O  CUSTOMER # 2710  Y/N ASN PAY ON RECEIPT Y/N*

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 15765539 WARNING LABEL | R501 DELPHI T & I ORION |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 22-Oct-2003 | 31-Dec-2004 | USD | 52.20 | 1,000 | PC |
| 01-Jan-2005 | 31-Dec-2006 | USD | 55.33 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Item cancelled

| 00020 | 16907899 Tag - Infl Rst I/P Mdl Caution | R501 DELPHI T & I ORION |
|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 25-Oct-2004 | 31-Dec-2006 | USD | 104.01 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Item cancelled

| 00030 | 16908213 Tag - Infl Rst I/P Mdl Caution | R501 DELPHI T & I ORION |
|---|---|---|

Purchasing Contact: Tarnawsky, Muriel
Phone: 248-655-0682
Fax: 248-655-8350

Contact Address:

Date and Time Printed: 08-Aug-2007 09:37:45

MAC ARTHUR CORP
P.O. Box 10
GRAND BLANC MI 48439-0010

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550038050 | 23-Oct-2003 |
| Version | |
| 08-Aug-2007 09:37:45 | |

| Item No. | Material No. Description | | | Plant | | |
|---|---|---|---|---|---|---|

8/8/07 - CARRYOVER TO 2008

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 14-Apr-2005 | 31-Dec-2006 | USD | 103.00 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2008 | USD | 103.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record changed
*** Text changed

Notes:
*********************************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

*********************************************************
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*********************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*********************************************************
Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

*********************************************************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

# DELPHI

_____ Delphi Thermal and Interior

Page 1 of 4

| Buyer: |
|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC |
| DELPHI THERMAL & INTERIOR DIV |
| 1401 CROOKS RD |
| TROY MI 48084-7106 |

| Deliver to: |
|---|
| DELPHI T & I MISSOURI |
| North Kansas City Cockpit Plant |
| 144 West 23rd Avenue |
| NORTH KANSAS CITY MO 64116 |

| MAC ARTHUR CORP |
|---|
| P.O. Box 10 |
| GRAND BLANC MI 48439-0010 |

| Requirements Contract | |
|---|---|
| PO Number | Date Issued |
| 550024266 | 12-Feb-2003 |
| Version | |
| 16-Jan-2007 15:23:40 | |

Vendor No: 1001164
DUNS No: 017043084

| Payment Terms: ZD50 | Currency: USD |
|---|---|
| 0.50% 30 Days | |

| Incoterms: FOB- FREIGHT COLLECT |
|---|

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00020 | 15765539 WARNING LABEL | R301 DELPHI T & I MISSOURI |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2003 | 31-Dec-2004 | USD | 52.20 | 1,000 | PC |
| 01-Jan-2005 | 31-Dec-2006 | USD | 55.33 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00030 | 16907899 Tag - Infl Rst I/P Mdl Caution | R301 DELPHI T & I MISSOURI |
|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 06-Mar-2006 | 31-Dec-2006 | USD | 104.01 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00040 | 16908213 Tag - Infl Rst I/P Mdl Caution | R301 DELPHI T & I MISSOURI |
|---|---|---|

Purchasing Contact: Tarnawsky, Muriel
Phone: 248-655-0682
Fax: 248-655-8350

Contact Address:

Date and Time Printed: 16-Jan-2007 15:23:40

# DELPHI

Delphi Thermal and Interior

Page 1 of 5

**Buyer:**
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI THERMAL & INTERIOR DIV
1401 CROOKS RD
TROY MI 48084-7106

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550024142 | 03-Feb-2003 |
| Version | |
| 29-Sep-2007 10:44:00 | |

MAC ARTHUR CORP
P.O. Box 10
GRAND BLANC MI 48439-0010

Vendor No: 1001164
DUNS No: 017043084

**Payment Terms:** ZMN2      **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- FREIGHT COLLECT

CIRCLE OR IDENTIFY PART, PRICE & QTY.
THE FEASIBILITY REVIEW HAS BEEN
COMPLETED PER THE AIAG APQP
MANUAL REQ. AND THE CONTRACT IS
NOT / ACCEPTED / WITH EXCEPTION
SIGNATURE _____ DATE 10/15/07
_____ CUSTOMER # 97C
Y / N ASN PAY ON RECEIPT Y / N

\*\*\* Condition record changed

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 16643085 LABEL | RD01 DELPHI T & I COLUMBUS |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2003 | 31-Dec-2006 | USD | 7.60 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 7.60 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 7.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record added
\*\*\* Condition record changed

| 00030 | 16887574 LABEL-IDENT ACTR ASM | RD01 DELPHI T & I COLUMBUS |
|---|---|---|

Purchasing Contact: Tarnawsky, Muriel
Phone: 248-655-0682
Fax:   248-655-8350

Contact Address:

Date and Time Printed: 29-Sep-2007 10:44:00

DELPHI _____ Delphi Thermal and Interior

Page 2 of 5

MAC ARTHUR CORP
P.O. Box 10
GRAND BLANC MI 48439-0010

### Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550024142 | 03-Feb-2003 |
| Version | |
| 29-Sep-2007 10:44:00 | |

| Item No. | Material No. Description | Plant | | | |
|---|---|---|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 13-Jan-2004 | 29-Feb-2004 | USD | 115.00 | 1,000 | PC |
| 01-Mar-2004 | 31-Dec-2004 | USD | 23.00 | 1,000 | PC |
| 01-Jan-2005 | 31-Dec-2005 | USD | 22.54 | 1,000 | PC |
| 01-Jan-2006 | 31-Dec-2006 | USD | 22.09 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 21.65 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 21.65 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

00020   16887576                                           RD01 DELPHI T & I COLUMBUS
        LABEL-IDENT ACTR ASM

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 13-Jan-2004 | 29-Feb-2004 | USD | 115.00 | 1,000 | PC |
| 01-Mar-2004 | 31-Dec-2004 | USD | 23.00 | 1,000 | PC |
| 01-Jan-2005 | 31-Dec-2005 | USD | 22.54 | 1,000 | PC |
| 01-Jan-2006 | 31-Dec-2006 | USD | 22.09 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 21.65 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 21.65 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

00050   16887577                                           RD01 DELPHI T & I COLUMBUS
        LABEL-IDENT ACTR ASM

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 13-Jan-2004 | 29-Feb-2004 | USD | 115.00 | 1,000 | PC |
| 01-Mar-2004 | 31-Dec-2004 | USD | 23.00 | 1,000 | PC |
| 01-Jan-2005 | 31-Dec-2005 | USD | 22.54 | 1,000 | PC |
| 01-Jan-2006 | 31-Dec-2006 | USD | 22.09 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 21.65 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 21.65 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

00040   16887578                                           RD01 DELPHI T & I COLUMBUS
        LABEL-IDENT ACTR ASM

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 13-Jan-2004 | 29-Feb-2004 | USD | 115.00 | 1,000 | PC |

**ΔPHI**                                                                                                     Delphi Thermal and Interior

Page  3  of  5

MAC ARTHUR CORP
P.O. Box 10
GRAND BLANC MI 48439-0010

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550024142 | 03-Feb-2003 |
| Version | |
| 29-Sep-2007 10:44:00 | |

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Mar-2004 | 31-Dec-2004 | USD | 23.00 | 1,000 | PC |
| | 01-Jan-2005 | 31-Dec-2005 | USD | 22.54 | 1,000 | PC |
| | 01-Jan-2006 | 31-Dec-2006 | USD | 22.09 | 1,000 | PC |
| | 01-Jan-2007 | 31-Dec-2007 | USD | 21.65 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 21.65 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

| 00080 | 16888999 BLANK LABEL | RD01 DELPHI T & I COLUMBUS | | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 09-Mar-2005 | 31-Dec-2006 | USD | 40.00 | 1,000 | PC |
| | 01-Jan-2007 | 31-Dec-2007 | USD | 40.00 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 40.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

**Notes:**
*********************************************************************************
****************************************************************

****************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

****************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of

# DELPHI

_____ Delphi Thermal and Interior

Page   1   of   4

**Buyer:**
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI THERMAL & INTERIOR DIV
1401 CROOKS RD
TROY  MI  48084-7106

**Deliver to:**
Delphi Thermal & Interiors
ATTN: Paul Pickles
Dock B 1450 East Beecher Street,
ADRIAN  MI  49221

MAC ARTHUR CORP
P.O. Box 10
GRAND BLANC  MI  48439-0010

CIRCLE OR IDENTIFY PART, PRICE & QTY.
THE FEASIBILITY REVIEW HAS BEEN
COMPLETED PER THE AIAG APQP
MANUAL REQ AND THE CONTRACT IS
NOT / ACCEPTED / WITH EXCEPTION
SIGNATURE _Samuels_ DATE 5/3/07
cc _Cindy O_ CUSTOMER # 2710
Y / N ACH PAY ON RECEIPT Y / N

**Requirements Contract**

PO Number                                Date Issued
550023173                                01-Nov-2002
Version
30-Apr-2007  11:36:04

Vendor No:   1001164
DUNS No:     017043084

**Payment Terms:** ZD50           **Currency:** USD
0.50% 30 Days

**Incoterms:**  FOB- FREIGHT COLLECT

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00010 | 16822245 CK IP ID LABEL | RK01 DELPHI T & I ADRIAN | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Nov-2002 | 31-Dec-2006 | USD | 50.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| | | | | | | |
|---|---|---|---|---|---|---|
| 00020 | 16868748 LABEL PSA INTERNATIONAL IP | RK01 DELPHI T & I ADRIAN | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 23-Oct-2003 | 31-Dec-2004 | USD | 39.00 | 1,000 | PC |
| | 01-Jan-2005 | 31-Dec-2005 | USD | 37.83 | 1,000 | PC |
| | 01-Jan-2006 | 31-Dec-2006 | USD | 37.07 | 1,000 | PC |
| | 01-Jan-2007 | 31-Dec-2007 | USD | 36.33 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 35.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00030 | 16899413 LABEL - BARCODE | RK01 DELPHI T & I ADRIAN | | | | |

**Purchasing Contact:** Tarnawsky, Muriel
Phone:  248-655-0682
Fax:    248-655-8350

**Contact Address:**

Date and Time Printed:  30-Apr-2007 11:36:04

# DELPHI

_____ Delphi Thermal and Interior

Page 1 of 5

| Buyer: |
|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC<br>DELPHI THERMAL & INTERIOR DIV<br>1401 CROOKS RD<br>TROY MI 48084-7106 |

| Deliver to: |
|---|
| DELPHI T & I CMM 1&2<br>Ave Michigan Y Prolongacion Union C<br>87310 MATAMOROS<br>MEXICO |

MAC ARTHUR CORP
P.O. Box 10
GRAND BLANC MI 48439-0010

**Requirements Contract**

PO Number: 550022594
Version
09-Aug-2007 01:54:22 EST

Date Issued: 01-Jan-2003

Vendor No: 1001164
DUNS No: 017043084

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- FREIGHT COLLECT

| Item No. | Material No.<br>Description | Plant |
|---|---|---|
| 00010 | 16643172<br>LABEL | RH01 DELPHI T & I CMM 1&2 |

8/8/07 - CARRYOVER TO 2008

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2003 | 31-Dec-2006 | USD | 48.41 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2008 | USD | 48.41 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record changed
*** Text changed

| 00040 | 16760960<br>TRACEABILITY LABEL | RH01 DELPHI T & I CMM 1&2 |
|---|---|---|

8/8/07 - CARRYOVER TO 2008

Purchasing Contact: Tarnawsky, Muriel
Phone: 248-655-0682
Fax: 248-655-8350

Contact Address:

Date and Time Printed: 09-Aug-2007 01:54:22 EST