# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE   PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 323669
DATE 09/08/05

SHIPMT CONTROL#

P.O.# 0550052741   Release # 240         Order date 08/30/05 Terms NET 10TH & 25

Taken by cindyo    Ship via UPSS UPS CONSIGNEE BILLIN F.O.B. GRAND BLANC Phoned
This invoice is for material shipped on Shipper # 323669

```
       Bill to                                      Shipped to

2710   DELPHI S & I - VANDALIA PLANT                DELPHI S & I GADSDEN
       DELPHI AUTOMOTIVE SYSTEMS                    4605 AIRPORT ROAD
       250 NORTHWOODS BLVD
       P.O. BOX 5051 - MC #146
       VANDALIA, OH                                 GADSDEN , AL
                                                    35904
```

| Quantity | | | Item # | | | |
|---|---|---|---|---|---|---|
| Ord. | Shpt | B/O | Description | | Unit | Ext. |
| 20000 | 20000 | | 18111909 | | 22.44/M | 448.80 |
| | | | BLANK LABEL | | | |
| | | | 2.5" X 0.75" | | | |
| | | | PO # 0550052741   CYTD:   4490000 | | | |
| | | | JOB # 3395B   REV:   101 | | | |
| | | | M-SERIAL # 271003045 | | | |

SUBTOTAL   448.80

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE   PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777            DUNS # 01-704-3084
                          DELCO SUPPLIER # 059969C
                          CHRYSLER SUPPLIER # 58906

INV. # 327227
DATE 09/30/05

SHIPMT CONTROL#

P.O.# 0550052741    Release # 268        Order date 09/27/05 Terms NET 10TH & 25

Taken by cindyo    Ship via UPSS UPS CONSIGNEE BILLIN F.O.B. GRAND BLANC Phoned
This invoice is for material shipped on Shipper # 327227

```
        Bill to                                          Shipped to

2710    DELPHI S & I - VANDALIA PLANT                    DELPHI S & I GADSDEN
        DELPHI AUTOMOTIVE SYSTEMS                        4605 AIRPORT ROAD
        250 NORTHWOODS BLVD
        P.O. BOX 5051 - MC #146
        VANDALIA, OH                                     GADSDEN , AL
                                                         35904

+---- Quantity ----+        Item #
 Ord.   Shpt   B/O          Description                  Unit           Ext.

20000  20000                18111909                     22.44/M        448.80
                            BLANK LABEL
                            2.5" X 0.75"
                            PO # 0550052741    CYTD:  4490000
                            JOB # 3395B    REV:  101
                            M-SERIAL # 271003200
```

SUBTOTAL    448.80

# MAC ARTHUR CORP.

```
3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777         DUNS # 01-704-3084
                       DELCO SUPPLIER # 059969C
                       CHRYSLER SUPPLIER # 58906
```

INV. # 324642
DATE 09/15/05

SHIPMT CONTROL#

P.O.# 0550052741    Release # 248           Order date 09/07/05 Terms NET 10TH & 25

Taken by cindyo    Ship via UPSS UPS CONSIGNEE BILLIN F.O.B. GRAND BLANC Phoned
This invoice is for material shipped on Shipper # 324642

```
        Bill to                              Shipped to

2710    DELPHI S & I - VANDALIA PLANT        DELPHI S & I GADSDEN
        DELPHI AUTOMOTIVE SYSTEMS            4605 AIRPORT ROAD
        250 NORTHWOODS BLVD
        P.O. BOX 5051 - MC #146
        VANDALIA, OH                         GADSDEN , AL
                                             35904
```

```
+---- Quantity ----+       Item #
 Ord.   Shpt   B/O         Description                       Unit          Ext.

20000  20000               18111909                          22.44/M       448.80
                           BLANK LABEL
                           2.5" X 0.75"
                           PO # 0550052741   CYTD:  4490000
                           JOB # 3395B   REV:  101
                           M-SERIAL # 271003079
```

SUBTOTAL          448.80

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 324995
DATE 09/14/05

SHIPMT CONTROL#

P.O.# 0550052741    Release # 252           Order date 09/11/05 Terms NET 10TH & 25

Taken by cindyo    Ship via UPSS UPS CONSIGNEE BILLIN F.O.B. GRAND BLANC Phoned
This invoice is for material shipped on Shipper # 324995

```
        Bill to                                    Shipped to

 2710   DELPHI S & I - VANDALIA PLANT              DELPHI S & I GADSDEN
        DELPHI AUTOMOTIVE SYSTEMS                  4605 AIRPORT ROAD
        250 NORTHWOODS BLVD
        P.O. BOX 5051 - MC #146
        VANDALIA, OH                               GADSDEN , AL
                                                   35904

+---- Quantity ----+       Item #
 Ord.    Shpt    B/O       Description                            Unit         Ext.

 20000   20000             18111909                               22.44/M      448.80
                           BLANK LABEL
                           2.5" X 0.75"
                           PO # 0550052741    CYTD:   4490000
                           JOB # 3395B   REV:    101
                           M-SERIAL # 271003092
```

SUBTOTAL    448.80