# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE   PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 326860
DATE 09/29/05

SHIPMT CONTROL#

P.O.# 0550038050    Release # 140    Order date 09/25/05  Terms NET 10TH & 25

Taken by cindyo    Ship via WEIGHT    F.O.B. GRAND BLANC  Phoned by
This invoice is for material shipped on Shipper # 326860

### Bill to

2710    DELPHI S & I - VANDALIA PLANT
        DELPHI AUTOMOTIVE SYSTEMS
        250 NORTHWOODS BLVD
        P.O. BOX 5051 - MC #146
        VANDALIA, OH

### Shipped to

DELPHI THERMAL & INTERIORS
LAKE ORION
4872 LAPEER RD.
CISCO 36117   SAP # R501
LAKE ORION, MI
48359

| Quantity Ord. | Shpt | B/O | Item # Description | Unit | Ext. |
|---|---|---|---|---|---|
| 3000 | 3000 | | 16908213<br>BLACK WHITE AND YELLOW<br>AIR BAG LABEL<br>PO # 0550038050    CYTD:  458000<br>JOB # 2930   SPEC # GM6121-M   REV:  001<br>M-SERIAL # 271003177 | 103.00/M | 309.00 |

SUBTOTAL    309.00

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE   PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 325715
DATE 09/26/05

SHIPMT CONTROL#

P.O.# 0550038050   Release # 129   Order date 09/14/05 Terms NET 10TH & 25

Taken by cindyo   Ship via WEIGHT   F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 325715

### Bill to
2710   DELPHI S & I - VANDALIA PLANT
DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #146
VANDALIA, OH

### Shipped to
DELPHI THERMAL & INTERIORS
LAKE ORION
4872 LAPEER RD.
CISCO 36117   SAP # R501
LAKE ORION, MI
48359

| Quantity Ord. | Shpt | B/O | Item # Description | Unit | Ext. |
|---|---|---|---|---|---|
| 3000 | 3000 | | 16908213<br>BLACK WHITE AND YELLOW<br>AIR BAG LABEL<br>PO # 0550038050   CYTD: 458000<br>JOB # 2930   SPEC # GM6121-M   REV: 001<br>M-SERIAL # 271003128 | 103.00/M | 309.00 |

SUBTOTAL   309.00

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 326190
DATE 09/23/05

SHIPMT CONTROL#

P.O.# 0550038050    Release # 135        Order date 09/20/05 Terms NET 10TH & 25

Taken by cindyo    Ship via BNAF BAX GLOBAL BURLINGTO F.O.B. GRAND BLANC Phoned
This invoice is for material shipped on Shipper # 326190

| Bill to | Shipped to |
|---|---|
| 2710  DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI THERMAL & INTERIORS<br>LAKE ORION<br>4872 LAPEER RD.<br>CISCO 36117   SAP # R501<br>LAKE ORION, MI<br>48359 |

| +---- Quantity ----+ | Item # | | |
|---|---|---|---|
| Ord.   Shpt   B/O | Description | Unit | Ext. |
| 3000   3000 | 16908213<br>BLACK WHITE AND YELLOW<br>AIR BAG LABEL<br>PO # 0550038050    CYTD: 458000<br>JOB # 2930    SPEC # GM6121-M   REV:  001<br>M-SERIAL # 271003156 | 103.00/M | 309.00 |

SUBTOTAL    309.00

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 325415
DATE 09/21/05

SHIPMT CONTROL#

P.O.# 0550038050     Release # 123          Order date 09/08/05 Terms NET 10TH & 25

Taken by cindyo    Ship via BNAF BAX GLOBAL BURLINGTO F.O.B. GRAND BLANC Phoned
This invoice is for material shipped on Shipper # 325415

**Bill to**

2710   DELPHI S & I - VANDALIA PLANT
       DELPHI AUTOMOTIVE SYSTEMS
       250 NORTHWOODS BLVD
       P.O. BOX 5051 - MC #146
       VANDALIA, OH

**Shipped to**

DELPHI THERMAL & INTERIORS
LAKE ORION
4872 LAPEER RD.
CISCO 36117   SAP # R501
LAKE ORION, MI
48359

| Quantity | | | Item # | | |
|---|---|---|---|---|---|
| Ord. | Shpt | B/O | Description | Unit | Ext. |
| 3000 | 3000 | | 16908213 | 103.00/M | 309.00 |
| | | | BLACK WHITE AND YELLOW | | |
| | | | AIR BAG LABEL | | |
| | | | PO # 0550038050    CYTD:  458000 | | |
| | | | JOB # 2930   SPEC # GM6121-M   REV:  001 | | |
| | | | M-SERIAL # 271003113 | | |

SUBTOTAL     309.00

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 325414
DATE 09/16/05

SHIPMT CONTROL#

P.O.# 0550038050    Release # 123           Order date 09/08/05 Terms NET 10TH & 25

Taken by cindyo    Ship via WEIGHT       F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 325414

| Bill to | Shipped to |
|---|---|
| 2710  DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI THERMAL & INTERIORS<br>LAKE ORION<br>4872 LAPEER RD.<br>CISCO 36117   SAP # R501<br>LAKE ORION, MI<br>48359 |

| +---- Quantity ----+ | | | Item # | | |
|---|---|---|---|---|---|
| Ord. | Shpt | B/O | Description | Unit | Ext. |
| 3000 | 3000 |  | 16908213<br>BLACK WHITE AND YELLOW<br>AIR BAG LABEL<br>PO # 0550038050    CYTD:  458000<br>JOB # 2930    SPEC # GM6121-M    REV:  001<br>M-SERIAL # 271003112 | 103.00/M | 309.00 |

SUBTOTAL        309.00

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE   PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 324644
DATE 09/15/05

SHIPMT CONTROL#

P.O.# 0550038050    Release # 122          Order date 09/07/05  Terms NET 10TH & 25

Taken by cindyo    Ship via WEIGHT         F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 324644

```
        Bill to                                       Shipped to

2710    DELPHI S & I - VANDALIA PLANT                 DELPHI THERMAL & INTERIORS
        DELPHI AUTOMOTIVE SYSTEMS                     LAKE ORION
        250 NORTHWOODS BLVD                           4872 LAPEER RD.
        P.O. BOX 5051 - MC #146                       CISCO 36117   SAP # R501
        VANDALIA, OH                                  LAKE ORION, MI
                                                      48359
```

| Quantity Ord. | Shpt | B/O | Item # / Description | Unit | Ext. |
|---|---|---|---|---|---|
| 3000 | 3000 | | 16908213<br>BLACK WHITE AND YELLOW<br>AIR BAG LABEL<br>PO # 0550038050    CYTD: 458000<br>JOB # 2930    SPEC # GM6121-M    REV: 001<br>M-SERIAL # 271003081 | 103.00/M | 309.00 |

SUBTOTAL    309.00

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 324643
DATE 09/12/05

SHIPMT CONTROL#

P.O.# 0550038050    Release # 122          Order date 09/07/05 Terms NET 10TH & 25
Taken by cindyo    Ship via WEIGHT      F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 324643

### Bill to

2710    DELPHI S & I - VANDALIA PLANT
        DELPHI AUTOMOTIVE SYSTEMS
        250 NORTHWOODS BLVD
        P.O. BOX 5051 - MC #146
        VANDALIA, OH

### Shipped to

DELPHI THERMAL & INTERIORS
LAKE ORION
4872 LAPEER RD.
CISCO 36117   SAP # R501
LAKE ORION, MI
48359

| Quantity Ord. | Shpt | B/O | Item # Description | Unit | Ext. |
|---|---|---|---|---|---|
| 3000 | 3000 | | 16908213<br>BLACK WHITE AND YELLOW<br>AIR BAG LABEL<br>PO # 0550038050    CYTD:  458000<br>JOB # 2930    SPEC # GM6121-M   REV:  001<br>M-SERIAL # 271003080 | 103.00/M | 309.00 |

SUBTOTAL       309.00

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 323670
DATE 09/08/05

SHIPMT CONTROL#

P.O.# 0550038050    Release # 109            Order date 08/25/05 Terms NET 10TH & 25

Taken by cindyo    Ship via WEIGHT        F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 323670

### Bill to

2710    DELPHI S & I - VANDALIA PLANT
        DELPHI AUTOMOTIVE SYSTEMS
        250 NORTHWOODS BLVD
        P.O. BOX 5051 - MC #146
        VANDALIA, OH

### Shipped to

DELPHI THERMAL & INTERIORS
LAKE ORION
4872 LAPEER RD.
CISCO 36117   SAP # R501
LAKE ORION, MI
48359

```
+---- Quantity ----+      Item #
Ord.    Shpt    B/O       Description                              Unit            Ext.

3000    3000              16908213                              103.00/M           309.00
                          BLACK WHITE AND YELLOW
                          AIR BAG LABEL
                          PO # 0550038050    CYTD:  458000
                          JOB # 2930   SPEC # GM6121-M   REV:  001
                          M-SERIAL # 271003046
```

SUBTOTAL      309.00

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 322756
DATE 09/07/05

SHIPMT CONTROL#

P.O.# 0550038050    Release # 107    Order date 08/23/05 Terms NET 10TH & 25

Taken by cindyo    Ship via BNAF BAX GLOBAL BURLINGTO F.O.B. GRAND BLANC Phoned
This invoice is for material shipped on Shipper # 322756

### Bill to

2710  DELPHI S & I - VANDALIA PLANT
      DELPHI AUTOMOTIVE SYSTEMS
      250 NORTHWOODS BLVD
      P.O. BOX 5051 - MC #146
      VANDALIA, OH

### Shipped to

DELPHI THERMAL & INTERIORS
LAKE ORION
4872 LAPEER RD.
CISCO 36117   SAP # R501
LAKE ORION, MI
48359

| Quantity Ord. | Shpt | B/O | Item # Description | Unit | Ext. |
|---|---|---|---|---|---|
| 3000 | 3000 | | 16908213<br>BLACK WHITE AND YELLOW<br>AIR BAG LABEL<br>PO # 0550038050    CYTD:  458000<br>JOB # 2930    SPEC # GM6121-M    REV:  001<br>M-SERIAL # 271003003 | 103.00/M | 309.00 |

SUBTOTAL    309.00

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777            DUNS # 01-704-3084
                          DELCO SUPPLIER # 059969C
                          CHRYSLER SUPPLIER # 58906

INV. # 327229
DATE 10/06/05

SHIPMT CONTROL#

P.O.# 0550038050    Release # 142        Order date 09/27/05 Terms NET 10TH & 25

Taken by cindyo    Ship via WEIGHT      F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 327229

| Bill to | Shipped to |
|---|---|
| 2710  DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI THERMAL & INTERIORS<br>LAKE ORION<br>4872 LAPEER RD.<br>CISCO 36117   SAP # R501<br>LAKE ORION, MI<br>48359 |

| +---- Quantity ----+ | Item # | | |
|---|---|---|---|
| Ord.   Shpt   B/O | Description | Unit | Ext. |
| 3000   3000 | 16908213<br>BLACK WHITE AND YELLOW<br>AIR BAG LABEL<br>PO # 0550038050    CYTD:  458000<br>JOB # 2930   SPEC # GM6121-M   REV:  001<br>M-SERIAL # 271003202 | 103.00/M | 309.00 |

SUBTOTAL       309.00

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777           DUNS # 01-704-3084
                         DELCO SUPPLIER # 059969C
                         CHRYSLER SUPPLIER # 58906

INV. # 327228
DATE 10/04/05

SHIPMT CONTROL#

P.O.# 0550038050    Release # 142         Order date 09/27/05 Terms NET 10TH & 25

Taken by cindyo    Ship via WEIGHT        F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 327228

```
        Bill to                                       Shipped to

2710    DELPHI S & I - VANDALIA PLANT       DELPHI THERMAL & INTERIORS
        DELPHI AUTOMOTIVE SYSTEMS           LAKE ORION
        250 NORTHWOODS BLVD                 4872 LAPEER RD.
        P.O. BOX 5051 - MC #146             CISCO 36117   SAP # R501
        VANDALIA, OH                        LAKE ORION, MI
                                            48359

+---- Quantity ----+       Item #
  Ord.   Shpt   B/O        Description                     Unit           Ext.


  3000   3000              16908213                      103.00/M         309.00
                           BLACK WHITE AND YELLOW
                           AIR BAG LABEL
                           PO # 0550038050    CYTD:  458000
                           JOB # 2930   SPEC # GM6121-M   REV:  001
                           M-SERIAL # 271003201
```

                                                        SUBTOTAL      309.00