## MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 326189
DATE 09/27/05

SHIPMT CONTROL#

P.O.# 0550024266    Release # 798    Order date 09/19/05 Terms NET 10TH & 25
Taken by cindyo    Ship via WEIGHT    F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 326189

**Bill to**

2710  DELPHI S & I - VANDALIA PLANT
      DELPHI AUTOMOTIVE SYSTEMS
      250 NORTHWOODS BLVD
      P.O. BOX 5051 - MC #146
      VANDALIA, OH

**Shipped to**

DELPHI THERMAL & INTERIORS
NORTH KANSAS CITY OPERATION
144 WEST 23RD AVE.
CISCO 36118   SAP # R301
NORTH KANSAS CITY, MO
64116

```
+---- Quantity ----+     Item #
 Ord.    Shpt    B/O      Description                                Unit              Ext.

 4500    4500             15765539                                   55.33/M           248.99
                          LABEL
                          PO # 0550024266     CYTD:  603000
                          JOB # 2930    SPEC # GM6121-M    REV:   R
                          M-SERIAL # 271003155
```

SUBTOTAL    248.99

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 324230
DATE 09/08/05

SHIPMT CONTROL#

P.O.# 0550024266     Release # 785          Order date 09/06/05  Terms NET 10TH & 25

Taken by cindyo     Ship via WEIGHT         F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 324230

### Bill to

2710    DELPHI S & I - VANDALIA PLANT
        DELPHI AUTOMOTIVE SYSTEMS
        250 NORTHWOODS BLVD
        P.O. BOX 5051 - MC #146
        VANDALIA, OH

### Shipped to

DELPHI THERMAL & INTERIORS
NORTH KANSAS CITY OPERATION
144 WEST 23RD AVE.
CISCO 36118   SAP # R301
NORTH KANSAS CITY, MO
64116

| Quantity Ord. | Shpt | B/O | Item # Description | Unit | Ext. |
|---|---|---|---|---|---|
| 4500 | 4500 | | 15765539<br>LABEL<br>PO # 0550024266   CYTD: 603000<br>JOB # 2930   SPEC # GM6121-M   REV:  R<br>M-SERIAL # 271003064 | 55.33/M | 248.99 |

SUBTOTAL    248.99

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010

(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 323123
DATE 09/07/05

SHIPMT CONTROL#

P.O.# 0550024266    Release # 773           Order date 08/25/05 Terms NET 10TH & 25
Taken by cindyo    Ship via BNAF BAX GLOBAL BURLINGTO F.O.B. GRAND BLANC Phoned
This invoice is for material shipped on Shipper # 323123

| | Bill to | Shipped to |
|---|---|---|
| 2710 | DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI THERMAL & INTERIORS<br>NORTH KANSAS CITY OPERATION<br>144 WEST 23RD AVE.<br>CISCO 36118   SAP # R301<br>NORTH KANSAS CITY, MO<br>64116 |

| +---- Quantity ----+ | Item # | | |
|---|---|---|---|
| Ord.    Shpt    B/O | Description | Unit | Ext. |
| 4500    4500 | 15765539<br>LABEL<br>PO # 0550024266    CYTD:  603000<br>JOB # 2930    SPEC # GM6121-M    REV:  R<br>M-SERIAL # 271003022 | 55.33/M | 248.99 |

SUBTOTAL     248.99

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 327226
DATE 10/04/05

SHIPMT CONTROL#

P.O.# 0550024266   Release # 806        Order date 09/27/05 Terms NET 10TH & 25
Taken by cindyo    Ship via WEIGHT      F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 327226

| Bill to | Shipped to |
|---|---|
| 2710  DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI THERMAL & INTERIORS<br>NORTH KANSAS CITY OPERATION<br>144 WEST 23RD AVE.<br>CISCO 36118   SAP # R301<br>NORTH KANSAS CITY, MO<br>64116 |

```
+---- Quantity ----+      Item #
 Ord.    Shpt    B/O      Description                              Unit           Ext.

 4500    4500             15765539                                 55.33/M        248.99
                          LABEL
                          PO # 0550024266    CYTD:  603000
                          JOB # 2930    SPEC # GM6121-M    REV:  R
                          M-SERIAL # 271003199
```

SUBTOTAL     248.99