# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777         DUNS # 01-704-3084
                       DELCO SUPPLIER # 059969C
                       CHRYSLER SUPPLIER # 58906

INV. # 322757
DATE 08/31/05

SHIPMT CONTROL#

P.O.# 0550024142    Release # 11         Order date 08/22/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO    F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 322757

| Bill to | Shipped to |
|---|---|
| 2710  DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI INTERIOR<br>COLUMUS PLANT<br>200 GRORGESVILLE RD<br><br>COLUMBUS , OH<br>43228 |

| +---- Quantity ----+ | Item # | | |
|---|---|---|---|
| Ord.    Shpt    B/O | Description | Unit | Ext. |
| 12000   12000 | 16888999<br>BLANK LABEL<br>32MM X 12.5MM<br>PO # 0550024142    CYTD:  1812000<br>JOB # 3570    REV: 01<br>M-SERIAL # 271003004 | 40.00/M | 480.00 |

SUBTOTAL          480.00

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010

(810) 606-1777          DUNS # 01-704-3084
                        DELCO SUPPLIER # 059969C
                        CHRYSLER SUPPLIER # 58906

INV. # 323675
DATE 09/08/05

SHIPMT CONTROL#

P.O.# 0550024142    Release # 12         Order date 08/29/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO    F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 323675

```
        Bill to                                    Shipped to

2710    DELPHI S & I - VANDALIA PLANT              DELPHI INTERIOR
        DELPHI AUTOMOTIVE SYSTEMS                  COLUMUS PLANT
        250 NORTHWOODS BLVD                        200 GRORGESVILLE RD
        P.O. BOX 5051 - MC #146
        VANDALIA, OH                               COLUMBUS , OH
                                                   43228
```

+---- Quantity ----+        Item #
 Ord.    Shpt    B/O        Description                              Unit          Ext.

12000   12000               16888999                                 40.00/M        480.00
                            BLANK LABEL
                            32MM X 12.5MM
                            PO # 0550024142    CYTD:    1812000
                            JOB # 3570    REV:    01
                            M-SERIAL # 271003047










                                                                     SUBTOTAL      480.00

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE   PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 326863
DATE 09/30/05

SHIPMT CONTROL#

P.O.# 0550024142    Release # 16           Order date 09/19/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO    F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 326863

### Bill to

2710    DELPHI S & I - VANDALIA PLANT
        DELPHI AUTOMOTIVE SYSTEMS
        250 NORTHWOODS BLVD
        P.O. BOX 5051 - MC #146
        VANDALIA, OH

### Shipped to

DELPHI INTERIOR
COLUMUS PLANT
200 GRORGESVILLE RD

COLUMBUS , OH
43228

| +---- Quantity ----+ |  |  | Item # | | |
|---|---|---|---|---|---|
| Ord. | Shpt | B/O | Description | Unit | Ext. |
| 12000 | 12000 |  | 16888999<br>BLANK LABEL<br>32MM X 12.5MM<br>PO # 0550024142    CYTD:   1812000<br>JOB # 3570    REV:   01<br>M-SERIAL # 271003180 | 40.00/M | 480.00 |

SUBTOTAL    480.00

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE   PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 326191
DATE 09/27/05

SHIPMT CONTROL#

P.O.# 0550024142    Release # 16         Order date 09/19/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO    F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 326191

### Bill to
2710  DELPHI S & I - VANDALIA PLANT
      DELPHI AUTOMOTIVE SYSTEMS
      250 NORTHWOODS BLVD
      P.O. BOX 5051 - MC #146
      VANDALIA, OH

### Shipped to
DELPHI INTERIOR
COLUMUS PLANT
200 GRORGESVILLE RD

COLUMBUS , OH
43228

| +---- Quantity ----+ | Item # | | |
|---|---|---|---|
| Ord.    Shpt    B/O | Description | Unit | Ext. |
| 12000   12000 | 16888999<br>BLANK LABEL<br>32MM X 12.5MM<br>PO # 0550024142    CYTD:  1812000<br>JOB # 3570    REV:  01<br>M-SERIAL # 271003157 | 40.00/M | 480.00 |

SUBTOTAL    480.00

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777            DUNS # 01-704-3084
                          DELCO SUPPLIER # 059969C
                          CHRYSLER SUPPLIER # 58906

INV. # 327235
DATE 10/06/05

SHIPMT CONTROL#

P.O.# 0550024142    Release # 17            Order date 09/26/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO    F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 327235

           Bill to                                     Shipped to

2710    DELPHI S & I - VANDALIA PLANT            DELPHI INTERIOR
        DELPHI AUTOMOTIVE SYSTEMS                COLUMUS PLANT
        250 NORTHWOODS BLVD                      200 GRORGESVILLE RD
        P.O. BOX 5051 - MC #146
        VANDALIA, OH                             COLUMBUS , OH
                                                 43228

+---- Quantity ----+        Item #
 Ord.    Shpt    B/O        Description                              Unit         Ext.

12000   12000               16888999                                 40.00/M      480.00
                            BLANK LABEL
                            32MM X 12.5MM
                            PO # 0550024142    CYTD:  1812000
                            JOB # 3570    REV:  01
                            M-SERIAL # 271003205

                                                              SUBTOTAL       480.00

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777         DUNS # 01-704-3084
                       DELCO SUPPLIER # 059969C
                       CHRYSLER SUPPLIER # 58906

INV. # 326865
DATE 09/30/05

SHIPMT CONTROL#

P.O.# 0550024142    Release # 28            Order date 09/19/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO   F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 326865

```
      Bill to                                          Shipped to

2710  DELPHI S & I - VANDALIA PLANT                DELPHI INTERIOR
      DELPHI AUTOMOTIVE SYSTEMS                    COLUMBUS PLANT
      250 NORTHWOODS BLVD                          200 GEORGESVILLE RD
      P.O. BOX 5051 - MC #146                      36121
      VANDALIA, OH                                 COLUMBUS , OH
                                                   43228
```

| Quantity |  |  | Item # | | |
|---|---|---|---|---|---|
| Ord. | Shpt | B/O | Description | Unit | Ext. |
| 5000 | 5000 | | 16887576 | 22.54/M | 112.70 |
| | | | ID LABEL B/C 15110642 | | |
| | | | 19.05MM X 38.1MM ASM# 15110642 | | |
| | | | BLACK ON WHITE | | |
| | | | PO # 0550024142    CYTD:  135000 | | |
| | | | JOB # 3257   REV:  03 | | |
| | | | M-SERIAL # 271003182 | | |

SUBTOTAL     112.70

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 323676
DATE 09/07/05

SHIPMT CONTROL#

P.O.# 0550024142    Release # 32    Order date 08/29/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO    F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 323676

**Bill to**                                          **Shipped to**

2710    DELPHI S & I - VANDALIA PLANT                DELPHI INTERIOR
        DELPHI AUTOMOTIVE SYSTEMS                    COLUMBUS PLANT
        250 NORTHWOODS BLVD                          200 GEORGESVILLE RD
        P.O. BOX 5051 - MC #146                      36121
        VANDALIA, OH                                 COLUMBUS , OH
                                                     43228

| Quantity | | | Item # | | |
|---|---|---|---|---|---|
| Ord. | Shpt | B/O | Description | Unit | Ext. |
| 5000 | 5000 | | 16887579 | 22.54/M | 112.70 |
| | | | ID LABEL B/C 15110505 | | |
| | | | 19.05MM X 38.1MM ASM# 15110505 | | |
| | | | BLACK ON WHITE | | |
| | | | PO # 0550024142    CYTD:  200000 | | |
| | | | JOB # 3257    REV:  03 | | |
| | | | M-SERIAL # 271003048 | | |

SUBTOTAL    112.70

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777          DUNS # 01-704-3084
                        DELCO SUPPLIER # 059969C
                        CHRYSLER SUPPLIER # 58906

INV. # 326194
DATE 09/27/05

SHIPMT CONTROL#

P.O.# 0550024142    Release # 34         Order date 09/19/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO    F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 326194

```
       Bill to                                    Shipped to

2710   DELPHI S & I - VANDALIA PLANT              DELPHI INTERIOR
       DELPHI AUTOMOTIVE SYSTEMS                  COLUMBUS PLANT
       250 NORTHWOODS BLVD                        200 GEORGESVILLE RD
       P.O. BOX 5051 - MC #146                    36121
       VANDALIA, OH                               COLUMBUS , OH
                                                  43228

+---- Quantity ----+        Item #
 Ord.    Shpt    B/O        Description                        Unit            Ext.

 5000    5000               16887579                            22.54/M         112.70
                            ID LABEL B/C 15110505
                            19.05MM X 38.1MM ASM# 15110505
                            BLACK ON WHITE
                            PO # 0550024142    CYTD:  200000
                            JOB # 3257    REV:  03
                            M-SERIAL # 271003160
```

SUBTOTAL    112.70

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE   PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 324231
DATE 09/08/05

SHIPMT CONTROL#

P.O.# 0550024142     Release # 34            Order date 09/05/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO    F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 324231

**Bill to**

2710    DELPHI S & I - VANDALIA PLANT
        DELPHI AUTOMOTIVE SYSTEMS
        250 NORTHWOODS BLVD
        P.O. BOX 5051 - MC #146
        VANDALIA, OH

**Shipped to**

DELPHI INTERIOR
COLUMBUS PLANT
200 GEORGESVILLE RD
36121
COLUMBUS , OH
43228

| Quantity Ord. | Shpt | B/O | Item # Description | Unit | Ext. |
|---|---|---|---|---|---|
| 5000 | 5000 | | 16887577<br>ID LABEL B/C 15110641<br>19.05MM X 38.1MM ASM# 15110641<br>BLACK ON WHITE<br>PO # 0550024142   CYTD: 125000<br>JOB # 3257   REV:  03<br>M-SERIAL # 271003065 | 22.54/M | 112.70 |

SUBTOTAL    112.70

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 323002
DATE 09/07/05

SHIPMT CONTROL#

P.O.# 0550024142     Release # 85            Order date 08/22/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO    F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 323002

| Bill to | Shipped to |
|---|---|
| 2710  DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI INTERIOR<br>COLUMBUS PLANT<br>200 GEORGESVILLE RD<br>36121<br>COLUMBUS , OH<br>43228 |

| Quantity | | | Item # | | |
|---|---|---|---|---|---|
| Ord. | Shpt | B/O | Description | Unit | Ext. |
| 5000 | 5000 | | 16887574<br>ID LABEL B/C 15110647<br>19.05MM X 38.1MM ASM# 15110647<br>BLACK ON WHITE<br>PO # 0550024142    CYTD:  855000<br>JOB # 3257    REV:  03<br>M-SERIAL # 271003015 | 22.54/M | 112.70 |

SUBTOTAL    112.70

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 326192
DATE 09/29/05

SHIPMT CONTROL#

P.O.# 0550024142     Release # 90        Order date 09/19/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO    F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 326192

```
        Bill to                                        Shipped to

2710    DELPHI S & I - VANDALIA PLANT                  DELPHI INTERIOR
        DELPHI AUTOMOTIVE SYSTEMS                      COLUMBUS PLANT
        250 NORTHWOODS BLVD                            200 GEORGESVILLE RD
        P.O. BOX 5051 - MC #146                        36121
        VANDALIA, OH                                   COLUMBUS , OH
                                                       43228
```

```
+---- Quantity ----+        Item #
 Ord.    Shpt    B/O        Description                              Unit            Ext.

 5000    5000               16887574                                 22.54/M         112.70
                            ID LABEL B/C 15110647
                            19.05MM X 38.1MM ASM# 15110647
                            BLACK ON WHITE
                            PO # 0550024142    CYTD:  855000
                            JOB # 3257    REV:  03
                            M-SERIAL # 271003158
```

SUBTOTAL        112.70

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777           DUNS # 01-704-3084
                          DELCO SUPPLIER # 059969C
                          CHRYSLER SUPPLIER # 58906

INV. # 327372
DATE 10/06/05

SHIPMT CONTROL#

P.O.# 0550024142    Release # 91          Order date 09/26/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO    F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 327372

| Bill to | Shipped to |
|---|---|
| 2710  DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI INTERIOR<br>COLUMBUS PLANT<br>200 GEORGESVILLE RD<br>36121<br>COLUMBUS , OH<br>43228 |

| Quantity Ord. | Shpt | B/O | Item # / Description | Unit | Ext. |
|---|---|---|---|---|---|
| 5000 | 5000 | | 16887574<br>ID LABEL B/C 15110647<br>19.05MM X 38.1MM ASM# 15110647<br>BLACK ON WHITE<br>PO # 0550024142    CYTD:  855000<br>JOB # 3257   REV:  03<br>M-SERIAL # 271003210 | 22.54/M | 112.70 |

SUBTOTAL        112.70

## MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777          DUNS # 01-704-3084
                         DELCO SUPPLIER # 059969C
                         CHRYSLER SUPPLIER # 58906

INV. # 327371
DATE 09/30/05

SHIPMT CONTROL#

P.O.# 0550024142    Release # 91         Order date 09/26/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO   F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 327371

| Bill to | Shipped to |
|---|---|
| 2710  DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI INTERIOR<br>COLUMBUS PLANT<br>200 GEORGESVILLE RD<br>36121<br>COLUMBUS , OH<br>43228 |

| Quantity |       |     | Item # |      |      |
|------|------|-----|--------------|------|------|
| Ord. | Shpt | B/O | Description  | Unit | Ext. |
| 5000 | 5000 |     | 16887574<br>ID LABEL B/C 15110647<br>19.05MM X 38.1MM ASM# 15110647<br>BLACK ON WHITE<br>PO # 0550024142    CYTD:  855000<br>JOB # 3257   REV:  03<br>M-SERIAL # 271003209 | 22.54/M | 112.70 |

SUBTOTAL    112.70

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777                    DUNS # 01-704-3084
                                  DELCO SUPPLIER # 059969C
                                  CHRYSLER SUPPLIER # 58906

INV. # 323003
DATE 09/07/05

SHIPMT CONTROL#

P.O.# 0550024142    Release # 91          Order date 08/22/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO    F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 323003

| Bill to | Shipped to |
|---|---|
| 2710  DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI INTERIOR<br>COLUMBUS PLANT<br>200 GEORGESVILLE RD<br>36121<br>COLUMBUS , OH<br>43228 |

| +---- Quantity ----+ | Item # | | |
|---|---|---|---|
| Ord.    Shpt    B/O | Description | Unit | Ext. |
| 5000    5000 | 16887575<br>ID LABEL B/C 15110646<br>19.05MM X 38.1MM ASM# 15110646<br>BLACK & WHITE<br>PO # 0550024142    CYTD:  865000<br>JOB # 3257    REV:  03<br>M-SERIAL # 271003016 | 22.54/M | 112.70 |

SUBTOTAL    112.70

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777             DUNS # 01-704-3084
                           DELCO SUPPLIER # 059969C
                           CHRYSLER SUPPLIER # 58906

INV. # 326193
DATE 09/29/05

SHIPMT CONTROL#

P.O.# 0550024142    Release # 96         Order date 09/19/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO    F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 326193

| | Bill to | Shipped to |
|---|---|---|
| 2710 | DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI INTERIOR<br>COLUMBUS PLANT<br>200 GEORGESVILLE RD<br>36121<br>COLUMBUS , OH<br>43228 |

| +---- Quantity ----+ | Item # | | |
|---|---|---|---|
| Ord.   Shpt    B/O | Description | Unit | Ext. |
| 5000   5000 | 16887575<br>ID LABEL B/C 15110646<br>19.05MM X 38.1MM ASM# 15110646<br>BLACK & WHITE<br>PO # 0550024142    CYTD:  865000<br>JOB # 3257   REV:  03<br>M-SERIAL # 271003159 | 22.54/M | 112.70 |

SUBTOTAL    112.70

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777                DUNS # 01-704-3084
                              DELCO SUPPLIER # 059969C
                              CHRYSLER SUPPLIER # 58906

INV. # 326864
DATE 09/29/05

SHIPMT CONTROL#

P.O.# 0550024142   Release # 96          Order date 09/19/05 Terms NET 10TH & 25

Taken by cindyo   Ship via CONQ THE CONNECTION CO   F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 326864

| Bill to | Shipped to |
|---|---|
| 2710  DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI INTERIOR<br>COLUMBUS PLANT<br>200 GEORGESVILLE RD<br>36121<br>COLUMBUS , OH<br>43228 |

```
+---- Quantity ----+      Item #
 Ord.    Shpt    B/O      Description                                  Unit        Ext.

 5000    5000             16887575                                     22.54/M     112.70
                          ID LABEL B/C 15110646
                          19.05MM X 38.1MM ASM# 15110646
                          BLACK & WHITE
                          PO # 0550024142    CYTD:  865000
                          JOB # 3257    REV:  03
                          M-SERIAL # 271003181
```

SUBTOTAL    112.70

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777            DUNS # 01-704-3084
                          DELCO SUPPLIER # 059969C
                          CHRYSLER SUPPLIER # 58906

INV. # 327051
DATE 10/07/05

SHIPMT CONTROL#

P.O.# 0550024142    Release # 97            Order date 09/26/05 Terms NET 10TH & 25

Taken by cindyo    Ship via CONQ THE CONNECTION CO    F.O.B. GRAND BLANC Phoned b
This invoice is for material shipped on Shipper # 327051

```
        Bill to                                          Shipped to

2710    DELPHI S & I - VANDALIA PLANT               DELPHI INTERIOR
        DELPHI AUTOMOTIVE SYSTEMS                   COLUMBUS PLANT
        250 NORTHWOODS BLVD                         200 GEORGESVILLE RD
        P.O. BOX 5051 - MC #146                     36121
        VANDALIA, OH                                COLUMBUS , OH
                                                    43228

+---- Quantity ----+        Item #
 Ord.    Shpt    B/O        Description                       Unit           Ext.


 5000    5000               16887575                          22.54/M        112.70
                            ID LABEL B/C 15110646
                            19.05MM X 38.1MM ASM# 15110646
                            BLACK & WHITE
                            PO # 0550024142    CYTD:  865000
                            JOB # 3257   REV:  03
                            M-SERIAL # 271003186
```

SUBTOTAL    112.70