# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777           DUNS # 01-704-3084
                         DELCO SUPPLIER # 059969C
                         CHRYSLER SUPPLIER # 58906

INV. # 326867
DATE 09/30/05

SHIPMT CONTROL#

P.O.# 0550023173     Release # 54           Order date 09/21/05 Terms NET 10TH & 25

Taken by cindyo    Ship via UPSS UPS CONSIGNEE BILLIN F.O.B. GRAND BLANC Phoned
This invoice is for material shipped on Shipper # 326867

| Bill to | Shipped to |
|---|---|
| 2710  DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI S & I ADRAN<br>DELPHI CORPORATION<br>1450 E . BEECHER ST<br><br>ADRIAN, MI<br>49221 |

| +---- Quantity ----+ | Item # | | |
|---|---|---|---|
| Ord.    Shpt     B/O | Description | Unit | Ext. |
| 10000  10000 | 16868748<br>BLANK LABEL<br>63.5MM X 88.9MM<br>PO # 0550023173    CYTD:  280000<br>JOB # 3338    REV:  01<br>M-SERIAL # 271003183 | 37.83/M | 378.30 |

SUBTOTAL        378.30