# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10  
GRAND BLANC, MI. 48439-0010  
(810) 606-1777  
DUNS # 01-704-3084  
DELCO SUPPLIER # 059969C  
CHRYSLER SUPPLIER # 58906  

INV. # 322226  
DATE 08/30/05  
SHIPMT CONTROL#  

P.O.# 0550022594    Release # 249    Order date 08/16/05  Terms NET 10TH & 25  
Taken by cindyo    Ship via BNAF BAX GLOBAL BURLINGTO  F.O.B. GRAND BLANC  Phoned  
This invoice is for material shipped on Shipper # 322226  

**Bill to**

2710  DELPHI S & I - VANDALIA PLANT  
      DELPHI AUTOMOTIVE SYSTEMS  
      250 NORTHWOODS BLVD  
      P.O. BOX 5051 - MC #146  
      VANDALIA, OH  

**Shipped to**

DELPHI CMM- VALLEY WHSE  
3301 NAFTA PARKWAY - SUITE B  
CISCO 39701 SAP # RH01  

BROWNSVILLE , TX  
78521  

| +---- Quantity ----+ | Item # | | |
|---|---|---|---|
| Ord.    Shpt    B/O | Description | Unit | Ext. |
| 48000   48000 | 16643172<br>BLANK LABEL<br>1.5" X 0.75"<br>PO # 0550022594    CYTD:  32460000<br>JOB # 3079    REV:  02<br>M-SERIAL # 271002978 | 48.41/M | 2323.68 |

SUBTOTAL    2323.68

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 322760
DATE 08/31/05

SHIPMT CONTROL#

P.O.# 0550022594    Release # 250         Order date 08/22/05 Terms NET 10TH & 25

Taken by cindyo    Ship via DIRECT SHIP TO PLANT F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 322760

### Bill to                                           Shipped to

2710   DELPHI S & I - VANDALIA PLANT              DELPHI CMM- VALLEY WHSE
       DELPHI AUTOMOTIVE SYSTEMS                  3301 NAFTA PARKWAY - SUITE B
       250 NORTHWOODS BLVD                        CISCO 39701 SAP # RH01
       P.O. BOX 5051 - MC #146
       VANDALIA, OH                               BROWNSVILLE , TX
                                                  78521

+---- Quantity ----+      Item #
 Ord.   Shpt   B/O        Description                       Unit            Ext.

            BAX 2ND DAY

96000  96000              16643172                        48.41/M         4647.36
                          BLANK LABEL
                          1.5" X 0.75"
                          PO # 0550022594    CYTD:  32508000
                          JOB # 3079    REV:   02
                          M-SERIAL # 271003007


                                                        SUBTOTAL          4647.36

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 322759
DATE 08/30/05

SHIPMT CONTROL#

P.O.# 0550022594     Release # 250          Order date 08/22/05 Terms NET 10TH & 25

Taken by cindyo    Ship via WEIGHT       F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 322759

| Bill to | Shipped to |
|---|---|
| 2710  DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI CMM- VALLEY WHSE<br>3301 NAFTA PARKWAY - SUITE B<br>CISCO 39701 SAP # RH01<br><br>BROWNSVILLE , TX<br>78521 |

| +---- Quantity ----+ | Item # | | |
|---|---|---|---|
| Ord.    Shpt    B/O | Description | Unit | Ext. |
| 48000   48000 | 16643172<br>BLANK LABEL<br>1.5" X 0.75"<br>PO # 0550022594     CYTD:   32460000<br>JOB # 3079    REV:  02<br>M-SERIAL # 271003006 | 48.41/M | 2323.68 |

SUBTOTAL    2323.68

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 323854
DATE 09/07/05

SHIPMT CONTROL#

P.O.# 0550022594    Release # 252        Order date 08/29/05 Terms NET 10TH & 25

Taken by cindyo    Ship via DIRECT SHIP TO PLANT F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 323854

| Bill to | Shipped to |
|---|---|
| 2710   DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI CMM- VALLEY WHSE<br>3301 NAFTA PARKWAY - SUITE B<br>CISCO 39701 SAP # RH01<br><br>BROWNSVILLE , TX<br>78521 |

```
+---- Quantity ----+        Item #
 Ord.    Shpt    B/O       Description                                   Unit           Ext.

                            BAX 2ND DAY

 96000   96000              16643172                                   48.41/M         4647.36
                            BLANK LABEL
                            1.5" X 0.75"
                            PO # 0550022594    CYTD:  32508000
                            JOB # 3079    REV:  02
                            M-SERIAL # 271003051
```

                                                                       SUBTOTAL        4647.36

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE   PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777          DUNS # 01-704-3084
                        DELCO SUPPLIER # 059969C
                        CHRYSLER SUPPLIER # 58906

INV. # 326196
DATE 09/29/05

SHIPMT CONTROL#

P.O.# 0550022594    Release # 258         Order date 09/21/05 Terms NET 10TH & 25

Taken by cindyo    Ship via DIRECT SHIP TO PLANT F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 326196

### Bill to

2710   DELPHI S & I - VANDALIA PLANT
       DELPHI AUTOMOTIVE SYSTEMS
       250 NORTHWOODS BLVD
       P.O. BOX 5051 - MC #146
       VANDALIA, OH

### Shipped to

DELPHI CMM- VALLEY WHSE
3301 NAFTA PARKWAY - SUITE B
CISCO 39701 SAP # RH01

BROWNSVILLE , TX
78521

```
+---- Quantity ----+       Item #
 Ord.    Shpt    B/O      Description                              Unit          Ext.

                          BAX 2ND DAY

 96000   96000            16643172                                 48.41/M       4647.36
                          BLANK LABEL
                          1.5" X 0.75"
                          PO # 0550022594    CYTD:  32508000
                          JOB # 3079   REV:  02
                          M-SERIAL # 271003162
```

                                                                SUBTOTAL       4647.36

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777          DUNS # 01-704-3084
                        DELCO SUPPLIER # 059969C
                        CHRYSLER SUPPLIER # 58906

INV. # 326195
DATE 09/27/05

SHIPMT CONTROL#

P.O.# 0550022594     Release # 258         Order date 09/21/05 Terms NET 10TH & 25

Taken by cindyo    Ship via BNAF BAX GLOBAL BURLINGTO F.O.B. GRAND BLANC Phoned
This invoice is for material shipped on Shipper # 326195

| Bill to | Shipped to |
|---|---|
| 2710  DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI CMM- VALLEY WHSE<br>3301 NAFTA PARKWAY - SUITE B<br>CISCO 39701 SAP # RH01<br><br>BROWNSVILLE , TX<br>78521 |

| +---- Quantity ----+ | Item # | | |
|---|---|---|---|
| Ord.   Shpt   B/O | Description | Unit | Ext. |
|  |  BAX 2ND DAY |  |  |
| 96000  96000 | 16643172<br>BLANK LABEL<br>1.5" X 0.75"<br>PO # 0550022594   CYTD: 32508000<br>JOB # 3079   REV: 02<br>M-SERIAL # 271003161 | 48.41/M | 4647.36 |

SUBTOTAL          4647.36

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777         DUNS # 01-704-3084
                       DELCO SUPPLIER # 059969C
                       CHRYSLER SUPPLIER # 58906

INV. # 326862
DATE 09/30/05

SHIPMT CONTROL#

P.O.# 0550022594     Release # 259        Order date 09/25/05 Terms NET 10TH & 25

Taken by cindyo    Ship via DIRECT SHIP TO PLANT F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 326862

| Bill to | Shipped to |
|---|---|
| 2710  DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI CMM- VALLEY WHSE<br>3301 NAFTA PARKWAY - SUITE B<br>CISCO 39701 SAP # RH01<br><br>BROWNSVILLE , TX<br>78521 |

| +---- Quantity ----+ | Item # | | |
|---|---|---|---|
| Ord.  Shpt  B/O | Description | Unit | Ext. |
| | BAX 2ND DAY | | |
| 48000  48000 | 16643172<br>BLANK LABEL<br>1.5" X 0.75"<br>PO # 0550022594    CYTD:  32460000<br>JOB # 3079   REV:  02<br>M-SERIAL # 271003179 | 48.41/M | 2323.68 |

SUBTOTAL    2323.68

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE   PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777         DUNS # 01-704-3084
                       DELCO SUPPLIER # 059969C
                       CHRYSLER SUPPLIER # 58906

INV. # 327629
DATE 10/07/05

SHIPMT CONTROL#

P.O.# 0550022594   Release # 260         Order date 09/26/05 Terms NET 10TH & 25

Taken by cindyo   Ship via DIRECT SHIP TO PLANT F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 327629

| Bill to | Shipped to |
|---|---|
| 2710   DELPHI S & I - VANDALIA PLANT<br>DELPHI AUTOMOTIVE SYSTEMS<br>250 NORTHWOODS BLVD<br>P.O. BOX 5051 - MC #146<br>VANDALIA, OH | DELPHI CMM- VALLEY WHSE<br>3301 NAFTA PARKWAY - SUITE B<br>CISCO 39701 SAP # RH01<br><br>BROWNSVILLE , TX<br>78521 |

```
+---- Quantity ----+       Item #
 Ord.    Shpt    B/O        Description                                    Unit         Ext.

 48000   48000              16643172                                     48.41/M       2323.68
                            BLANK LABEL
                            1.5" X 0.75"
                            PO # 0550022594    CYTD:  32460000
                            JOB # 3079    REV:   02
                            M-SERIAL # 271003218
```

                                                                         SUBTOTAL      2323.68

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 327231
DATE 10/06/05

SHIPMT CONTROL#

P.O.# 0550022594    Release # 260          Order date 09/26/05  Terms NET 10TH & 25

Taken by cindyo    Ship via DIRECT SHIP TO PLANT F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 327231

### Bill to

2710    DELPHI S & I - VANDALIA PLANT
        DELPHI AUTOMOTIVE SYSTEMS
        250 NORTHWOODS BLVD
        P.O. BOX 5051 - MC #146
        VANDALIA, OH

### Shipped to

DELPHI CMM- VALLEY WHSE
3301 NAFTA PARKWAY - SUITE B
CISCO 39701 SAP # RH01

BROWNSVILLE , TX
78521

```
+---- Quantity ----+       Item #
Ord.    Shpt    B/O       Description                                  Unit           Ext.

                          BAX 2ND DAY

96000   96000             16643172                                    48.41/M        4647.36
                          BLANK LABEL
                          1.5" X 0.75"
                          PO # 0550022594    CYTD:  32508000
                          JOB # 3079    REV:  02
                          M-SERIAL # 271003204
```

SUBTOTAL        4647.36

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE  PO BOX 10  
GRAND BLANC, MI. 48439-0010  
(810) 606-1777          DUNS # 01-704-3084  
                        DELCO SUPPLIER # 059969C  
                        CHRYSLER SUPPLIER # 58906

INV. # 327230  
DATE 10/04/05

SHIPMT CONTROL#

P.O.# 0550022594    Release # 260         Order date 09/26/05  Terms NET 10TH & 25

Taken by cindyo    Ship via DIRECT SHIP TO PLANT F.O.B. GRAND BLANC  Phoned by  
This invoice is for material shipped on Shipper # 327230

### Bill to

2710    DELPHI S & I - VANDALIA PLANT  
        DELPHI AUTOMOTIVE SYSTEMS  
        250 NORTHWOODS BLVD  
        P.O. BOX 5051 - MC #146  
        VANDALIA, OH

### Shipped to

DELPHI CMM- VALLEY WHSE  
3301 NAFTA PARKWAY - SUITE B  
CISCO 39701 SAP # RH01

BROWNSVILLE , TX  
78521

```
+---- Quantity ----+    Item #
 Ord.    Shpt    B/O    Description                                Unit            Ext.

                        BAX 2ND DAY

 96000   96000          16643172                                   48.41/M         4647.36
                        BLANK LABEL
                        1.5" X 0.75"
                        PO # 0550022594    CYTD:  32508000
                        JOB # 3079    REV:  02
                        M-SERIAL # 271003203
```

SUBTOTAL    4647.36

# MAC ARTHUR CORP.

3190 TRI-PARK DRIVE   PO BOX 10
GRAND BLANC, MI. 48439-0010
(810) 606-1777

DUNS # 01-704-3084
DELCO SUPPLIER # 059969C
CHRYSLER SUPPLIER # 58906

INV. # 326197
DATE 09/28/05

SHIPMT CONTROL#

P.O.# 0550022594    Release # 82         Order date 09/21/05 Terms NET 10TH & 25
Taken by CO    Ship via PJXI PJAX    F.O.B. GRAND BLANC Phoned by
This invoice is for material shipped on Shipper # 326197

### Bill to

2710   DELPHI S & I - VANDALIA PLANT
       DELPHI AUTOMOTIVE SYSTEMS
       250 NORTHWOODS BLVD
       P.O. BOX 5051 - MC #146
       VANDALIA, OH

### Shipped to

DELPHI CMM- VALLEY WHSE
3301 NAFTA PARKWAY - SUITE B
CISCO 39701 SAP # RH01

BROWNSVILLE , TX
78521

| Quantity Ord. | Shpt | B/O | Item # Description | Unit | Ext. |
|---|---|---|---|---|---|
| 22664 | 22664 | | 16760960<br>BLANK WHITE LABEL<br>63.5MM X 15.8MM<br>PO # 0550022594   CYTD: 1461828<br>JOB # 3285   SPEC # GM6121M(A)   REV: 03<br>M-SERIAL # 271003163 | 39.52/M | 895.68 |

SUBTOTAL    895.68