Exhibit 7.4(a)

Certificate Of Incorporation For Reorganized Delphi

[To be filed on or before the Exhibit Filing Date]