Exhibit 7.16(a)

Summary Of Terms Of New Common Stock

[To be filed on or before the Exhibit Filing Date]