Exhibit 7.18(a)

Seven-Year Warrant Agreement

[To be filed on or before the Exhibit Filing Date]

05-44481-rdd    Doc 11386-10    Filed 12/10/07    Entered 12/10/07 18:35:23    Exhibit 7.18(a)    Pg 1 of 1