Exhibit 7.18(b)

Six-Month Warrant Agreement

[To be filed on or before the Exhibit Filing Date]