Exhibit 7.18(c)

Ten-Year Warrant Agreement

[To be filed on or before the Exhibit Filing Date]