Exhibit 7.24

Retained Actions

[To be filed on or before the Exhibit Filing Date]