Exhibit 8.1(a)

Executory Contracts And Unexpired Leases To Be Rejected

**All Plan Exhibits are subject to all of the provisions of the Joint Plan of Reorganization of Delphi Corporation and Its Affiliated Debtors and Debtors-in-Possession (Docket No. 9263) (as subsequently modified or amended, the "Plan"), including, without limitation, Article 14.3, under which the Debtors have reserved the right to alter, amend or modify the Plan or any Exhibits thereto under § 1127(a) of the Bankruptcy Code at any time on or prior to the Confirmation Date.**

1. All Change In Control Agreements between the Debtors and any person entered into prior to the Petition Date.

2. All Employment Agreements between the Debtors and any person entered into prior to the Petition Date.

**To Be Updated On Or Before The Exhibit Filing Date**