Exhibit 10.4

Indenture Trustee Substantial Contribution Amount

[To be filed on or before the Exhibit Filing Date]

05-44481-rdd    Doc 11386-24    Filed 12/10/07    Entered 12/10/07 18:35:23    Exhibit 10.4    Pg 1 of 1