**Exhibit E**

**PROPOSED PAYMENTS TO NON US SELLERS**

|     |     | Proposed Payment Amount (in millions) |
|-----|-----|---------------------------------------|
| 1.  | Alambrados y Circuitos Electricos, S.A. de C.V. | $ 2.9* |
| 2.  | Rio Bravo Electricos, S.A. de C.V. | 3.9* |
| 3.  | Delphi Ensamble de Cables y Componentes, S.R.L. de C.V | 1.2* |
| 4.  | Delphi Automotive Systems, S.A. de C.V. | 5.8* |
| 5.  | Delphi Automotive Systems Australia Ltd. | 6.3 |
| 6.  | Delphi Automotive Systems Brazil S.A. | 30.2 |
| 7.  | Delphi France SAS | -0- |
| 8.  | Delphi Automotive Systems Private Ltd. | 26.9 |
| 9.  | Delphi Deutschland GmbH | 0.9 |
| 10. | Delphi Automotive Systems Singapore Pte. Ltd.** | 38.4* |
|     | Total | $116.5 |

\*  Proposed payment amount based on June 30, 2007 net book value adjusted for anticipated capital expenditures prior to close.  Actual payment amount will be adjusted to reflect actual net book value at date of close.

\*\* Reflects sale of shares in Delphi Saginaw Lingyun Drive Shaft Co. Ltd. and Saginaw Steering (Suzhou) Limited.