UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, ET AL., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

Mary Charles-Kennedy, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

On December 7, 2007, I served a copy of the document listed below by causing true and correct copies of the same to be sent by hand delivery, to the persons listed on Exhibit A hereto, unless otherwise indicated:

CASCO PRODUCTS CORP.'S OBJECTION TO CURE AMOUNT SPECIFIED IN DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE SALE OF INTERIORS AND CLOSURES BUSINESSES.

                                        */s/ Mary Charles-Kennedy*
                                        Mary Charles-Kennedy

Sworn to before me this 11th
day of December, 2007.

*/s/ Carrie E. Mitchell*
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

{00056366.1 / 0611-001}00056366

**Exhibit A**

**Delphi Automotive Systems LLC**
**5725 Delphi Drive**
**Troy, MI  48098**
**Attn: Legal Staff**
 **BY FEDERAL EXPRESS**

**Delphi Corporation**
**5725 Delphi Drive**
**Troy, MI  48098**
**Attn: Deputy General Counsel,**
**Transactional & Restructuring**
**BY FEDERAL EXPRESS**

**Skadden, Arps, Slate, Meagher & Flom LLP**
**333 West Wacker Drive, Suite 2100**
**Chicago, IL  60606**
**Attn: Ron E. Meisler, Esq.**
        **Brian M. Fern, Esq.**
**BY FEDERAL EXPRESS**

**Davis Polk & Wardwell**
**450 Lexington Avenue**
**New York, NY  10017**
**Attn: Donald Bernstein, Esq.**
        **Brian Resnick, Esq.**

**Latham & Watkins LLP**
**885 Third Avenue**
**New York, NY  10022**
**Attn: Robert J. Rosenberg, Esq.**
        **Mark A. Broude, Esq.**

**Fried, Frank, Harris, Shriver & Jacobson LLP**
**One New York Plaza**
**New York, NY  10004**
**Attn: Bonnie Steingart, Esq.**

 **Office of the United States Trustee**
**33 Whitehall Street**
**Suite 2100**
**New York, NY  10004**
**Attn: Alicia M. Leonhard**

**Cadwalader, Wickersham & Taft LLP**
**One World Financial Center**
**New York, NY  10281**
**Attn: Mike Ryan, Esq.**