Hearing Date and Time: December 20, 2007 at 10:00 a.m.
Response Date and Time: December 13, 2007 at 4:00 p.m.

COOLIDGE WALL CO., L.P.A.
33 West First Street, Suite 600
Dayton, OH  45402
Ronald S. Pretekin (#0018694)

Attorneys for GMD Industries, LLC
dba Production Screw Machine Co.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
                                                     :
     In re                                           :     Chapter 11
                                                     :
DELPHI CORPORATION, et al.,                          :     Case No. 05-44481 (RDD)
                                                     :
                    Debtors.                         :     (Jointly Administered)
---------------------------------------------------- :


### RESPONSE OF GMD INDUSTRIES LLC dba PRODUCTION SCREW MACHINE CO. TO DEBTOR'S TWENTY-THIRD OMNIBUS OBJECTION

This Response to Twenty-Third Omnibus Objection is filed by GMD Industries LLC dba Production Screw Machine Co. ("PSMCO") and relates to Claim No. 15140. PSMCO filed said Claim for the sum of $230,129.45, a copy of which Claim is annexed hereto as Exhibit A. The Debtor has in its Omnibus Objection stated that the modified total should be $21,809.48 priority and $93,708.73 general unsecured.

PSMCO has addressed the discrepancy with the Debtor, but to the date hereof has not been able to reconcile the discrepancy. PSMCO believes its that additional data is needed to effect reconciliation.

COOLIDGE WALL CO., L.P.A.

PDF created with pdfFactory trial version www.pdffactory.com

Under the circumstances, PSMCO files this response in order to obtain additional information to enable it to reconcile the amount by which the Debtor seeks to reduce the PSMCO Claim.

Dated:  December 11, 2007

Respectfully submitted,

COOLIDGE WALL CO., L.P.A.

/s/ Ronald S. Pretekin
Ronald S. Pretekin, Esq. (#0018694)
33 West First Street, Suite 600
Dayton, OH  45402
Telephone:  937-223-8177
Facsimile:  937-223-6705
e-mail:  pretekin@coollaw.com

ATTORNEYS FOR GMD INDUSTRIES
dba PRODUCTION SCREW MACHINE CO.

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007, a copy of the foregoing *Response of GMD Industries dba Production Screw Machine Co. to Twenty-Third Omnibus Objection* was filed electronically with the Clerk of Courts.  Notification of this filing will be sent to the parties listed below by operation of this Court's CM/ECF system and via U.S. Mail. Parties may access this filing through PACER.

/s/ Ronald S. Pretekin

| | |
|---|---|
| The Honorable Robert D. Drain | Delphi Corporation |
| United States Bankruptcy Judge | Attn:  General Counsel |
| United States Bankruptcy Court for the | 5725 Delphi Drive |
|     Southern District of New York | Troy, MI  48098 |
| One Bowling Green, Room 632 | |
| New York, NY  10004 | |

PDF created with pdfFactory trial version www.pdffactory.com

Skadden Arps Slate Meagher & Flom LLP
Attn:   John William Butler, Jr.
        John K. Lyons
        Joseph N. Wharton
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

S:\Wdox\Client\008016\00231\00372652.Doc

PDF created with pdfFactory trial version www.pdffactory.com