# EXHIBIT B

# Exhibit B

| | |
|---|---|
| TOTAL PROFESSIONAL COMPENSATION REQUESTED | $160,698.00 |
| TOTAL PROFESSIONAL COMPENSATION PREVIOUSLY REQUESTED | $1,003,014.39 |

NAME AND APPLICABLE BILLING RATE FOR EACH PERSON WHO BILLED TIME DURING THE SIXTH FEE PERIOD

| Attorney Name | Initials | Title | Date Admitted | Billing Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Philmore Colburn | PHC | Attoney | Jun-91 | $385.00 | 7.30 | $2,810.50 |
| Keith Murphy | KJM | Attorney | Jan-94 | $330.00 | 17.80 | $5,874.00 |
| Pamela Curbelo | PJC | Attorney | Dec-91 | $325.00 | 7.50 | $2,437.50 |
| Christopher Boehm | CCB | Attorney | Apr-98 | $320.00 | 246.50 | $78,880.00 |
| Daniel Lent | DPL | Attorney | Oct-95 | $300.00 | 0.20 | $60.00 |
| Mary Golota | MEG | Attorney | Nov-91 | $275.00 | 14.30 | $3,932.50 |
| Daniel Bruso | DEB | Attorney | Jun-96 | $260.00 | 14.20 | $3,692.00 |
| Wendell A Peete | WAP | Attorney | Feb-00 | $255.00 | 22.00 | $5,610.00 |
| Greg O'Bradovich | GJO | Attorney | May-99 | $255.00 | 43.40 | $11,067.00 |
| John Buckert | JFB | Attorney | May-98 | $250.00 | 165.70 | $41,425.00 |
| Marisa Dubuc | MJD | Attorney | Jun-01 | $245.00 | 7.20 | $1,764.00 |
| Michelle Henderson | MLH | Attorney | Dec-01 | $230.00 | 54.70 | $12,581.00 |
| John Young | JLY | Attorney | May-97 | $215.00 | 31.60 | $6,794.00 |
| Victor Kernus | VK | Attorney | Jan-02 | $210.00 | 40.80 | $8,568.00 |
| Karen Jalbert | KAJ | Attorney | May-95 | $205.00 | 4.00 | $820.00 |
| Ira Turner | IMT | Attoney | Nov-00 | $205.00 | 7.10 | $1,455.50 |
| Blake Dorr | BD | Attorney | Sep-03 | $205.00 | 7.40 | $1,517.00 |
| Vincent Ilagan | VCI | Attorney | May-07 | $205.00 | 41.70 | $8,548.50 |
| Matthew Benavides | MB | Attorney | Jul-06 | $185.00 | 8.00 | $1,480.00 |
| MaryAnn Carreon | MCC | Attorney | May-06 | $185.00 | 20.60 | $3,811.00 |
| Nicholas Trenkle | NBT | Attorney | May-03 | $185.00 | 76.20 | $14,097.00 |
| Daniel Gilmour | DG | Agent | Aug-06 | $145.00 | 1.70 | $246.50 |
| Michelle Ciotola | MPC | Attorney | Oct-06 | $130.00 | 1.90 | $247.00 |
| James Wimpe | JEW | Agent | Jan-07 | $130.00 | 22.20 | $2,886.00 |
| Issam Kobrsi | IK | Technical Expert | n/a | $130.00 | 39.00 | $5,070.00 |

| | | |
|---|---|---|
| TOTAL HOURS | 903.00 | 903.00 $225,674.00 |
| TOTAL BILLED | $225,674.00 | |
| ADJUSTMENT | ($64,976.00) | |
| TOTAL PROFESSIONAL COMPENSATION SOUGHT | $160,698.00 | |
| BLENDED PROFESSIONAL HOURLY RATE | $177.96 | |