# EXHIBIT C

# Exhibit C

| Debtor's Reference | CCLLP Reference | Fees | Expenses |
|---|---|---|---|
| **CATEGORY 7 (FEE/EMPLOYMENT APPLICATIONS)** | | | |
| Post-Petition Services | D200002GA | $3,939.00 | $451.21 |
| **SUB-TOTAL CATEGORY 7 (FEE/EMPLOYMENT APPLICATIONS)** | | **$3,939.00** | **$451.21** |
| **CATEGORY 3 (BUSINESS OPERATIONS)** | | | |
| DP-312329 | D210002US2 | $420.00 | $990.60 |
| DP-312336 | D210003US | $832.00 | $189.02 |
| DP-312081 | D210005US | $256.00 | $0.00 |
| DP-312081 | D210005US2 | $832.00 | $1.64 |
| DP-313039 | D210006US | $512.00 | $1.81 |
| DP-312079 | D210007US | $1,874.00 | $440.60 |
| DP-312727 | D210009US | $1,376.00 | $191.59 |
| DP-312721 | D210010US | $416.00 | $0.00 |
| DP-312723 | D210011US | $1,088.00 | $799.82 |
| DP-314506 | D210012US | $1,650.00 | $0.00 |
| DP-315750 | D210014US | $576.00 | $0.00 |
| DP-309242 | D210015US | $3,825.00 | $122.84 |
| DP-315174 | D210016US | $4,760.00 | $0.00 |
| DP-316511 | D210017US | $407.00 | $0.00 |
| DP-312875 | D210018US | $1,650.00 | $2.16 |
| DP-303823-D3 | DE30165USD3 | $858.00 | $1,810.58 |
| DP-304036 | DE30204US | $1,650.00 | $0.00 |
| DP-304592 | DE30214US | $385.00 | $0.00 |
| DP-303108 | DE30222JP | $820.00 | $0.00 |
| DP-305828 | DE30239JP | $1,200.00 | $0.00 |
| DP-306725 | DE30274US2 | $1,185.00 | $910.00 |
| DP-309180/DP-311094 | DE30329US3 | $729.00 | $2,378.32 |
| DP-310533 | DE30330US2 | $165.00 | $0.00 |
| DP-316969 | DE30330USP | $264.00 | $910.00 |

| Ref | Code | Amount 1 | Amount 2 |
|---|---|---|---|
| DP-310838 | DE30335US | $1,638.50 | $790.00 |
| DP-311697 | DE30342US | $750.00 | $8.85 |
| DP-311697 | DE30342US2 | $900.00 | $0.00 |
| DP-311829 | DE30347US | $2,970.00 | $681.59 |
| DP-309972 | DE30351US2 | $1,500.00 | $250.00 |
| DP-312717 | DE30361US2 | $60.00 | $0.00 |
| DP-312897 | DE30366US | $1,650.00 | $0.00 |
| DP313325/DP307433CIP | DE30368USP | $1,350.00 | $0.00 |
| DP312657 | DE30375US2 | $127.50 | $136.60 |
| DP-316080 | DE30394US | $5,000.00 | $0.00 |
| DP-315550 | DE30395US | $264.00 | $201.82 |
| DP-315945 | DE30396US | $0.00 | $1,442.67 |
| DP-316370 | DE30398US | $0.00 | $100.00 |
| DP-316518 | DE30400US | $1,611.00 | $200.00 |
| DP-316264 | DE30402US | $4,835.00 | $0.00 |
| DP-316421 | DE30403US | $1,455.50 | $201.48 |
| DP-316957 | DE30404US | $1,682.00 | $4.60 |
| DP-311141 | DE40079US2 | $256.00 | $0.00 |
| DP-307228 | DE4-0080USP | $1,650.00 | $120.00 |
| DP-311588 | DE40085US | $0.00 | $120.00 |
| DP-311864 | DE40089US | $2,130.00 | $1,200.00 |
| DP-313225 | DE40121US | $832.00 | $1,507.08 |
| DP-313710 | DE40129US4 | $2,510.50 | $17.00 |
| DP-313710 | DE40129USP | $128.00 | $0.00 |
| DP-313710 | DE40129WOP | 1280 | 2676.8 |
| DP-315148 | DE40168KR | 480 | 2567.39 |
| DP-315148 | DE40168US2 | $1,408.00 | $1,437.91 |
| Analysis of USPN Redacted | DE40169AN | $1,728.00 | $7.31 |
| DP-315606 | DE40176US | $2,549.00 | $0.00 |
| DP-315715 | DE40178US | $0.00 | $1,392.96 |
| Analysis of Emergency System Using BT | DE40180AN | $1,184.00 | $0.00 |
| DP-316642 | DE4-0181US | $64.00 | $0.00 |
| DP-314167 | DE50006US | $0.00 | $1,290.00 |
| DP-314945 | DE50007US3 | $1,440.00 | $22.97 |
| DP-314945 | DE50007WO | $960.00 | $2,424.00 |
| DP-314779 | DE50008US | $0.00 | $1,000.00 |
| DP-315086 | DE50011TW | $0.00 | $33.71 |

| Reference | ID | Amount 1 | Amount 2 |
|---|---|---|---|
| DP-315503 | DE50013US | $1,280.00 | $0.00 |
| DP-315503 | DE50013US2 | $3,720.00 | $1,352.80 |
| DP-315630 | DE50016US | $1,856.00 | $651.31 |
| DP-315536 | DE50019US | | $200.00 |
| DP-315204 | DE50020US | $256.00 | $2,030.00 |
| DP-315833 | DE50021US | $1,375.00 | $1,040.00 |
| DP-315536 | DE50022USP | $350.00 | $1,132.40 |
| DP-316735 | DE50023US | $704.00 | $0.00 |
| DP-313176 | DE50024US | $1,276.00 | $1.14 |
| DP-315822 | DE50025US | $5,000.00 | $0.00 |
| DP-315822 | DE50025WO | $1,280.00 | $500.00 |
| DP-315823 | DE50026US | $5,000.00 | $0.00 |
| DP-315823 | DE50026WO | $960.00 | $451.14 |
| DP-309960-DIV | DE50027USD | $1,632.00 | $0.00 |
| DP-308617 | DE50028US | $1,650.00 | $0.00 |
| DP-307763-Divisional | DE50029USD | $1,650.00 | $1,811.31 |
| DP-316394 | DE50030US | $64.00 | $0.00 |
| Analysis of USPN's Redacted | DE80025AN | $608.00 | $0.00 |
| DP-315625 | DE80027US | $320.00 | $0.00 |
| DP-315608 | DE80031US | $3,500.00 | $1,690.00 |
| DP-315608 | DE80031WO | $1,000.00 | $2,664.00 |
| DP-310135 | DE80034US | $2,272.00 | $2,449.14 |
| DP-315839 | DE80037US | $3,520.00 | $0.00 |
| DP-315718 | DE80039US | $0.00 | $1,405.00 |
| DP-315738 | DE80040US | $0.00 | $2,955.53 |
| DP-315763 | DE80041US | $0.00 | $1,290.00 |
| Bosch Patent Assertion | DE80042AN | $5,056.00 | $1,651.26 |
| Infringement Opinion of Redacted | DE80046I | $640.00 | $0.00 |
| Infringement Opinion of Redacted | DE80047I | $640.00 | $0.00 |
| Infringement Opinion of Redacted | DE80048I | $640.00 | $0.00 |
| Infringement Opinion of Redacted | DE80049I | $640.00 | $0.00 |
| Infringement Opinion of Redacted | DE80050I | | $0.00 |
| DP-313503 | DE90046US2 | $1,650.00 | $1,171.31 |
| DP-315278 | DE90086US | $0.00 | $100.00 |
| DP-313533 | DE90097US | $0.00 | $1,260.00 |
| DP-315190 | DE90098US | | $250.00 |
| DP-315379 | DE90101US | $375.00 | $0.00 |

| | | | |
|---|---|---|---|
| DP-315930 | DE90102US | $0.00 | $1,130.00 |
| DP-316479 | DE90107US | $1,850.00 | $2,091.80 |
| DP-316068 | DE90109US | $2,697.50 | $0.00 |
| DP-316643 | DE90110US | $275.00 | $0.00 |
| DP-316440 | DE90111US | $5,000.00 | $0.00 |
| DP-316558 | DE90112US | $4,936.00 | $0.00 |
| DP-315307 | DE90114US | $351.00 | $0.00 |
| DP-315942 | DE90115US | $378.50 | $0.00 |
| DP-315962 | DE90116US | $378.50 | $0.00 |
| DP-316636 | DE90118US | $5,000.00 | $1,391.40 |
| DP-316748 | DE90119US | $5,000.00 | $0.00 |
| DP-316514 | DE90120US | $5,000.00 | $1,007.42 |
| DP-305003 | DEP0210US | $128.00 | $0.00 |
| DP-308685 | DEP0327US | $2,210.00 | $500.00 |
| DP-309150 | DEP0339US | $1,650.00 | $3.54 |
| V-Blade Impeller Design for Redacted | DEP0350USR | $227.50 | $0.00 |
| | | | |
| SUB-TOTAL CATEGORY 3 (BUSINESS OPERATIONS) | | $156,759.00 | $60,764.22 |
| | | | |
| TOTAL ALL CATEGORIES | | $160,698.00 | $61,215.43 |
| | | | |
| TOTAL FEES AND EXPENSES | | $221,913.43 | |