July 31, 2007 Hours Worked

| Attorney Name | Initials | Title | Billing Rate | Hours | Amount |
|---|---|---|---|---|---|
| Philmore Colburn | PHC | Attoney | $385.00 | 6.30 | $2,425.50 |
| Keith Murphy | KJM | Attorney | $330.00 | 1.80 | $594.00 |
| Pamela Curbelo | PJC | Attorney | $325.00 | 6.30 | $2,047.50 |
| Christopher Boehm | CCB | Attorney | $320.00 | 49.30 | $15,776.00 |
| Mary Golota | MEG | Attorney | $275.00 | 7.80 | $2,145.00 |
| Daniel Bruso | DEB | Attorney | $260.00 | 2.20 | $572.00 |
| Greg O'Bradovich | GJO | Attorney | $255.00 | 24.50 | $6,247.50 |
| Wendell A Peete | WAP | Attorney | $255.00 | 22.00 | $5,610.00 |
| John Buckert | JFB | Attorney | $250.00 | 60.20 | $15,050.00 |
| Michelle Henderson | MLH | Attorney | $230.00 | 12.00 | $2,760.00 |
| John Young | JLY | Attorney | $215.00 | 31.60 | $6,794.00 |
| Vincent Ilagan | VCI | Attorney | $205.00 | 14.90 | $3,054.50 |
| Ira Turner | IMT | Attoney | $205.00 | 7.10 | $1,455.50 |
| Nicholas Trenkle | NBT | Attorney | $185.00 | 53.90 | $9,971.50 |
| MaryAnn Carreon | MCC | Attorney | $185.00 | 20.60 | $3,811.00 |
| James Wimpe | JEW | Agent | $130.00 | 11.20 | $1,456.00 |

|  |  | Total Services | $79,770.00 |
|---|---|---|---|
|  |  | Adjustment | ($34,483.50) |
|  |  | Total Services | $45,286.50 |

| Total Analysis/Infringement Services | $5,660.00 |  |
|---|---|---|
| Total Preparation/Prosecution Services | $39,626.50 |  |
| Total Disbursements |  | $15,204.82 |
| Total Services and Disbursements |  | $60,491.32 |

Delphi Technologies Inc. P.O. Box 5052, Troy, Michigan 48007

Firm/Vendor Name: Cantor Colburn LLP
Firm/Vendor Address: 55 Griffin Road South
       Bloomfield, CT 06002

Firm/Vendor FED ID No.: 06-1091957          Attorney: Thomas N. Twomey, Esq.

Invoice Date: 07/31/07

| Your Reference No./Title | Our Reference No. | Services | Disbursements |
|---|---|---|---|
| Post-Petition Services | D200002GA | $572.00 | |
| Analysis of USPN ■■■■ | DE40169AN | $1,728.00 | |
| Analysis of Emergency System Using BT | DE40180AN | $128.00 | |
| Analysis of USPN's ■■■■■■; ■■■■■■■■■■ | | | |
| ■■■■■■■■■■■■■ | DE80025AN | $608.00 | |
| ■■ Patent Assertion | DE80042AN | $2,624.00 | $193.58 |
| **Total Infringement/Analysis** | | **$5,660.00** | **$193.58** |
| **Total Services and Disbursements** | | **$5,853.58** | |

Law Firm Approval          08/14/07

Legal Staff                        Date:

Legal Staff Review            Date:

Charge To: LS02-09640-5

Delphi Technologies Inc. P.O. Box 5052, Troy, Michigan 48007

Firm/Vendor Name: Cantor Colburn LLP
Firm/Vendor Address: 55 Griffin Road South
　　　　　　　　　　　Bloomfield, CT 06002

Firm/Vendor FED ID No.: 06-1091957　　　/ Attorney: Thomas N. Twomey, Esq.

Invoice Date: 07/31/07

| Your Reference No. | Our Reference No. | Services | Disbursements |
|---|---|---|---|
| DP-312081 | D210005US | $256.00 | |
| DP-312079 | D210007US | $1,650.00 | |
| DP-314506 | D210012US | $1,650.00 | |
| DP-316240 | D210013US | $0.00 | |
| DP-315750 | D210014US | $160.00 | |
| DP-309242 | D210015US | $2,075.00 | $120.00 |
| DP-305828 | DE30239JP | $1,200.00 | |
| DP-306725 | DE30274US2 | $1,020.00 | $910.00 |
| DP-310838 | DE30335US | $1,473.50 | |
| DP-311697 | DE30342US | $750.00 | $8.85 |
| DP-311829 | DE30347US | $1,357.50 | $305.60 |
| DP313325/DP307433CIP | DE30368USP | $165.00 | |
| DP312657 | DE30375US2 | $0.00 | $136.60 |
| DP-316080 | DE30394US | $5,000.00 | |
| DP-316518 | DE30400US | $1,135.00 | |
| DP-316421 | DE30403US | $1,455.50 | $201.48 |
| DP-311141 | DE40079US2 | $256.00 | |
| DP-307228 | DE4-0080USP | $1,650.00 | $120.00 |
| DP-311588 | DE40085US | $0.00 | $120.00 |
| DP-316642 | DE4-0181US | $64.00 | |
| DP-314167 | DE50006US | | $1,250.00 |
| DP-314779 | DE50008US | $0.00 | $1,000.00 |
| DP-315086 | DE50011TW | | $33.71 |
| DP-315503 | DE50013US | $1,280.00 | |
| DP-315483 | DE50014US | $0.00 | |
| DP-315630 | DE50016US | | $200.00 |
| DP-315536 | DE50019US | | $200.00 |
| DP-315204 | DE50020US | $256.00 | $2,030.00 |
| DP-315833 | DE50021US | $1,375.00 | $1,000.00 |
| DP-315536 | DE50022USP | $100.00 | |
| DP-315608 | DE80031US | $0.00 | |
| DP-310135 | DE80034US | $320.00 | |
| DP-315718 | DE80039US | $0.00 | $275.00 |
| DP-315738 | DE80040US | $0.00 | $350.00 |
| DP-315763 | DE80041US | $0.00 | $1,290.00 |
| DP-315278 | DE90086US | $0.00 | $100.00 |
| DP-313533 | DE90097US | $0.00 | $1,040.00 |
| DP-315190 | DE90098US | | $250.00 |

| | | | |
|---|---|---:|---:|
| DP-315930 | DE90102US | $0.00 | $1,090.00 |
| DP-316479 | DE90107US | $1,850.00 | $1,240.00 |
| DP-316068 | DE90109US | $2,697.50 | |
| DP-316643 | DE90110US | $275.00 | |
| DP-316440 | DE90111US | $1,380.00 | |
| DP-316558 | DE90112US | $1,380.00 | |
| DP-315307 | DE90114US | $55.00 | |
| DP-315942 | DE90115US | $82.50 | |
| DP-315962 | DE90116US | $82.50 | |
| DP-316636 | DE90118US | $5,000.00 | $1,240.00 |
| DP-305003 | DEP0210US | $128.00 | |
| DP-308685 | DEP0327US | $2,047.50 | $500.00 |

**Total Preparation/Prosecution**           $39,626.50    $15,011.24

**Total Services and Disbursements**           $54,637.74

Law Firm Approval                              Date: 08/14/07

Legal Staff                                    Date:

Legal Staff Review                             Date:



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi  
Attn: Thomas Twomey  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007-5052

July 31, 2007  
**Invoice No. 304557**

For Legal Services Rendered through 06/30/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-D200002GA  
Post-Petition Services

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/14/07 | DEB | Correspond with client counsel (Matz) regarding Fourth Fee Application | 260.00 | 0.40 | 104.00 |
| 06/26/07 | DEB | Draft Fifth Fee Application | 260.00 | 1.80 | 468.00 |
| **Total Professional Services** | | | | 2.20 | $572.00 |

**Total Amount Due This Invoice**  $572.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

July 31, 2007  
**Invoice No. 304576**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40169AN  
Analysis of USPN  
5,536,042

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/06/07 | CCB | Revise opinion in view of KSR | 320.00 | 0.90 | 288.00 |
| 06/08/07 | CCB | Revise opinion to include KSR | 320.00 | 4.50 | 1,440.00 |
| **Total Professional Services** | | | | 5.40 | $1,728.00 |

**Total Amount Due This Invoice**                                                                $1,728.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra  

July 31, 2007  
**Invoice No. 304577**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40180AN  
~~Analysis of Emergency~~  
~~System Using D~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/06/07 | CCB | Review art | 320.00 | 0.40 | 128.00 |
| **Total Professional Services** | | | | 0.40 | $128.00 |

**Total Amount Due This Invoice**                                         $128.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304589**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80025AN  
Analysis of USPN's  
~~██████████████~~;  
~~██████████████~~;  
~~██████████~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/01/07 | CCB | Review Japanese patents identified by ~~████~~ | 320.00 | 0.30 | 96.00 |
| 06/07/07 | CCB | Review ~~████~~ bar materials | 320.00 | 0.40 | 128.00 |
| 06/11/07 | CCB | Review ~~████~~ patents filed in Japan only related to ~~████~~ | 320.00 | 0.60 | 192.00 |
| 06/14/07 | CCB | Review correspondence and drawings on ~~████~~, review documents on ~~████~~ bar | 320.00 | 0.40 | 128.00 |
| 06/15/07 | CCB | Telephone conference with Dan ~~████~~ re documents on torsion bar | 320.00 | 0.20 | 64.00 |
| **Total Professional Services** | | | | **1.90** | **$608.00** |
| **Total Amount Due This Invoice** | | | | | **$608.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304595**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80042AN  
Bosch Patent Assertion

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/07 | CCB | Review file wrapper of U.S. ▓▓▓▓▓ | 320.00 | 1.00 | 320.00 |
| 06/01/07 | CCB | Review file wrapper of U.S. '411 | 320.00 | 1.00 | 320.00 |
| 06/01/07 | CCB | Meeting at Delphi concerning ▓▓▓ assertion | 320.00 | 2.00 | 640.00 |
| 06/04/07 | CCB | Review new art found on Re ▓▓▓▓ | 320.00 | 2.00 | 640.00 |
| 06/05/07 | CCB | Review new art found on Re ▓▓▓▓ and art cited in '411 patent | 320.00 | 0.80 | 256.00 |
| 06/06/07 | CCB | Review Delphi patents and telephone conference with Tony ▓▓▓ regarding ▓▓▓▓ assertion | 320.00 | 0.40 | 128.00 |
| 06/07/07 | CCB | Analysis of ▓▓▓ Patents | 320.00 | 0.30 | 96.00 |
| 06/12/07 | CCB | Review prior art | 320.00 | 0.30 | 96.00 |
| 06/28/07 | CCB | Review German court opinion | 320.00 | 0.40 | 128.00 |
| **Total Professional Services** | | | | **8.20** | **$2,624.00** |

**Disbursements**

| | |
|---|---|
| File wrapper | 166.11 |
| Express Mail | 27.47 |
| **Total Disbursements** | **$193.58** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$2,817.58** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304558**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210005US  
~~Child Seat Monitoring System and Method for Determining a Type of Child Seat~~  
Type: PRV  
Serial: 60/577546  
File Date: 06/07/2004  
Client Ref 1: DP-312081

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/11/07 | CCB | Review IDS list | 320.00 | 0.40 | 128.00 |
| 06/12/07 | CCB | Review IDS list | 320.00 | 0.40 | 128.00 |
| **Total Professional Services** | | | | 0.80 | $256.00 |

**Total Amount Due This Invoice**                                    $256.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929