

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304548**

For Legal Services Rendered through 06/30/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-D210007US  
~~Child Restraint System Comprising Weight Sensor~~  
Type: UTL  
Serial: 11/146921  
File Date: 06/06/2005  
Client Ref 1: DP-312079

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/05/07 | NBT | Prepare office action | 185.00 | 1.20 | 222.00 |
| 06/07/07 | NBT | Prepare office action | 185.00 | 5.00 | 925.00 |
| 06/08/07 | NBT | Prepare office action | 185.00 | 5.50 | 1,017.50 |
| 06/11/07 | NBT | Prepare office action | 185.00 | 4.00 | 740.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 2,904.50 |
| **Adjustment** | | (1,254.50) |
| **Total Professional Services** | 15.70 | $1,650.00 |
| **Total Amount Due This Invoice** | | $1,650.00 |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304913**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210012US  
   Type: UTL  
   Serial: 11/190499  
   File Date: 07/26/2005  
   Client Ref 1: DP-314506

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/07 | NBT | Prepare office action | 185.00 | 3.00 | 555.00 |
| 06/04/07 | NBT | Prepare office action | 185.00 | 8.20 | 1,517.00 |
| 06/05/07 | NBT | Prepare office action | 185.00 | 2.70 | 499.50 |
| 06/07/07 | CCB | Prepare office action | 320.00 | 0.20 | 64.00 |
| 06/12/07 | CCB | Prepare office action | 320.00 | 0.40 | 128.00 |

**Total Professional Services**   2,763.50

**Adjustment**   (1,113.50)

**Total Professional Services**   14.50   $1,650.00

**Total Amount Due This Invoice**   $1,650.00



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304560**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210013US  
~~[redacted]~~  
Type: UTL  
Client Ref 1: DP-316240

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/25/07 | CCB | Prepare application, review application | 320.00 | 1.00 | 320.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 320.00 |
| **Adjustment** | | (320.00) |
| **Total Professional Services** | 1.00 | $0.00 |
| **Total Amount Due This Invoice** | | $0.00 |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304561**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210014US  
[redacted]   Client Ref 1: DP-315750

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/08/07 | CCB | Prepare Application | 320.00 | 0.20 | 64.00 |
| 06/20/07 | CCB | Telephone conference with Inventor re: application | 320.00 | 0.30 | 96.00 |
| **Total Professional Services** | | | | 0.50 | **$160.00** |

**Total Amount Due This Invoice**                                                             **$160.00**

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304562**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210015US  
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Client Ref 1: DP-309242

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/18/07 | JFB | Prepare substitute appeal brief | 250.00 | 7.50 | 1,875.00 |
| 06/19/07 | JFB | Prepare substitute appeal brief | 250.00 | 0.80 | 200.00 |
| **Total Professional Services** | | | | 8.30 | **$2,075.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing One Month Extension of Time | 120.00 |
| **Total Disbursements** | **$120.00** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$2,195.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

July 31, 2007  
**Invoice No. 304563**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30239JP  
   ~~[redacted]~~  
   Type: UTL  
   Serial: ~~[redacted]~~  
   File Date: 06/07/2002  
   Client Ref 1: DP-305828

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/07/07 | JFB | Prepare Response to Office Action | 250.00 | 1.80 | 450.00 |
| 06/19/07 | JFB | Prepare Response to Japanese Office Action | 250.00 | 2.00 | 500.00 |
| 06/20/07 | JFB | Prepare response to Japanese Office Action | 250.00 | 1.00 | 250.00 |
| **Total Professional Services** | | | | 4.80 | $1,200.00 |

**Total Amount Due This Invoice**                                   $1,200.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

July 31, 2007  
**Invoice No. 304564**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30274US2  
       Method for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  
       Type: UTL  
       Serial: ▓▓▓▓▓▓▓  
       File Date: 02/05/2003  
       Client Ref 1: DP-306725

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/12/07 | GJO | Prepare Amendment | 255.00 | 3.50 | 892.50 |
| 06/25/07 | GJO | Prepare Amendment | 255.00 | 0.50 | 127.50 |
| **Total Professional Services** | | | | 4.00 | **$1,020.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing RCE | 790.00 |
| Government Fee for Filing One Month Extension of Time | 120.00 |
| **Total Disbursements** | **$910.00** |

**Total Amount Due This Invoice**                                              **$1,930.00**

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith  

July 31, 2007  
**Invoice No. 304565**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:      DEP-DE30335US  
~~Horizontal Modeling Vertical to Horizontal Conversion Process~~  
Type: UTL  
Serial: ~~10/806925~~  
File Date: 03/22/2004  
Client Ref 1: DP-310838

## Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/15/07 | PHC | Prepare Amendment | 385.00 | 5.00 | 1,925.00 |
| 06/27/07 | PHC | Prepare RCE | 385.00 | 1.30 | 500.50 |
| **Total Professional Services** | | | | | 2,425.50 |
| **Adjustment** | | | | | (952.00) |
| **Total Professional Services** | | | | 6.30 | $1,473.50 |
| **Total Amount Due This Invoice** | | | | | $1,473.50 |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith  

July 31, 2007  
**Invoice No. 304566**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30342US  
      Type: PRV  
      Serial:  
      File Date: 09/03/2004  
      Client Ref 1: DP-311697  

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/26/07 | KJM | Review office action | 330.00 | 0.50 | 165.00 |
| 06/29/07 | JEW | Prepare response to Office Action. | 130.00 | 2.50 | 325.00 |
| 06/30/07 | JEW | Prepare response to Office Action. | 130.00 | 2.00 | 260.00 |
| **Total Professional Services** | | | | **5.00** | **$750.00** |

**Disbursements**

| | |
|---|---|
| Disbursement for patent copies | 8.85 |
| **Total Disbursements** | **$8.85** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$758.85** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

July 31, 2007  
**Invoice No. 304567**

For Legal Services Rendered through 06/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30347US  
       [redacted]  
       Type: UTL  
       Serial: [redacted]  
       File Date: 10/22/2004  
       Client Ref 1: DP-311829

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/14/07 | GJO | Prepare Amendment | 255.00 | 1.00 | 255.00 |
| 06/18/07 | GJO | Prepare Amendment | 255.00 | 6.00 | 1,530.00 |
| 06/19/07 | GJO | Prepare Amendment | 255.00 | 4.00 | 1,020.00 |

**Total Professional Services**                                  2,805.00

**Adjustment**                                                  (1,447.50)

**Total Professional Services**                          11.00    $1,357.50

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Excess Claims | 300.00 |
| Photocopies | 3.60 |
| Postage | 2.00 |
| **Total Disbursements** | **$305.60** |

**Total Amount Due This Invoice**                                $1,663.10

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929