

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

July 31, 2007  
**Invoice No. 304568**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30368USP  
~~Warner Steer by Wireless~~  
Type: UTL  
Serial: ~~11/349652~~  
File Date: 02/08/2006  
Client Ref 1: DP313325/DP307433CIP

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/26/07 | KJM | Review office action | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | 0.50 | $165.00 |

**Total Amount Due This Invoice**           $165.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith  

July 31, 2007  
**Invoice No. 304569**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30375US2  
~~Changed Digital Process Design Methodology for Product Centric CAD System~~  
Type: UTL  
Serial: 11/224405  
File Date: 09/12/2005  
Client Ref 1: DP-312657

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/05/07 | JLY | Prepare Amendment | 215.00 | 2.20 | 473.00 |
| 06/06/07 | JLY | Prepare Amendment | 215.00 | 4.50 | 967.50 |
| 06/07/07 | GJO | Prepare Amendment | 255.00 | 0.50 | 127.50 |
| 06/07/07 | JLY | Prepare Amendment | 215.00 | 1.50 | 322.50 |
| 06/13/07 | GJO | Prepare Amendment | 255.00 | 1.00 | 255.00 |
| 06/13/07 | JLY | Prepare Amendment | 215.00 | 2.70 | 580.50 |
| 06/14/07 | GJO | Prepare Amendment | 255.00 | 2.00 | 510.00 |
| 06/14/07 | JLY | Prepare Amendment | 215.00 | 7.00 | 1,505.00 |
| 06/15/07 | GJO | Prepare Amendment | 255.00 | 1.50 | 382.50 |
| 06/15/07 | JLY | Prepare Amendment | 215.00 | 6.00 | 1,290.00 |
| 06/18/07 | GJO | Prepare Amendment | 255.00 | 2.00 | 510.00 |
| 06/18/07 | JLY | Prepare Amendment | 215.00 | 7.50 | 1,612.50 |
| 06/19/07 | GJO | Prepare Amendment | 255.00 | 2.00 | 510.00 |
| 06/19/07 | JLY | Prepare Amendment | 215.00 | 0.20 | 43.00 |
| 06/20/07 | GJO | Prepare Amendment | 255.00 | 0.50 | 127.50 |

**Total Professional Services**   9,216.50

**Adjustment**   (9,216.50)  
**Total Professional Services**   41.10   $0.00

**Disbursements**

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

| | |
|---|---|
| Delphi Technologies, Inc.<br>Legal Staff - M/C 480-410-202<br>P.O. Box 5052<br>Troy, Michigan 48007-5052<br>Michael D. Smith | July 31, 2007<br>**Invoice No. 304569** |

CLIENT    Delphi Technologies Inc.

| | |
|---|---|
| Government Fee for Filing Terminal Disclaimer | 130.00 |
| Photocopies | 4.60 |
| Postage | 2.00 |
| **Total Disbursements** | **$136.60** |
| | |
| **Total Amount Due This Invoice** | **$136.60** |

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

July 31, 2007  
**Invoice No. 304570**

For Legal Services Rendered through 06/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30394US  
~~Motor Control Method Implementing Damping for Overspeed Condition~~  
Type: PRV  
Serial: ~~[redacted]~~  
File Date: 01/05/2007  
Client Ref 1: DP-316080

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/14/07 | WAP | Prepare Application | 255.00 | 7.50 | 1,912.50 |
| 06/25/07 | WAP | Prepare Application | 255.00 | 7.10 | 1,810.50 |
| 06/26/07 | WAP | Prepare Application | 255.00 | 7.40 | 1,887.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 5,610.00 |
| **Adjustment** | | (610.00) |
| **Total Professional Services** | 22.00 | $5,000.00 |
| **Total Amount Due This Invoice** | | $5,000.00 |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

July 31, 2007  
**Invoice No. 304571**

For Legal Services Rendered through 06/30/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE30400US  
~~Steering Guidance Parking Assist System~~  
Type: PRV  
Client Ref 1: DP-316518

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/06/07 | KJM | Prepare Application | 330.00 | 0.50 | 165.00 |
| 06/13/07 | JEW | Prepare Application | 130.00 | 3.50 | 455.00 |
| 06/14/07 | JEW | Prepare Application | 130.00 | 3.00 | 390.00 |
| 06/15/07 | KJM | Review application | 330.00 | 0.30 | 99.00 |
| 06/18/07 | JEW | Prepare Application | 130.00 | 0.20 | 26.00 |
| **Total Professional Services** | | | | **7.50** | **$1,135.00** |

**Total Amount Due This Invoice**                              $1,135.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith  

July 31, 2007  
**Invoice No. 304572**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE30403US  
       Method of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓  
       Type: PRV  
       Client Ref 1: DP-316421

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/05/07 | IMT | Prepare Provisional Application | 205.00 | 1.50 | 307.50 |
| 06/19/07 | IMT | Prepare Provisional Application | 205.00 | 3.70 | 758.50 |
| 06/20/07 | IMT | Prepare Provisional Application | 205.00 | 1.90 | 389.50 |
| **Total Professional Services** | | | | **7.10** | **$1,455.50** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Provsional Application Fees | 200.00 |
| Postage | 1.48 |
| **Total Disbursements** | **$201.48** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$1,656.98** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.　　　　　　　　　　　　　　　　　　　July 31, 2007
Legal Staff M/C 480-410-202　　　　　　　　　　　　　　　　**Invoice No. 304573**
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

For Legal Services Rendered  through 06/30/07

CLIENT:　DEP - Delphi Technologies Inc.

Re:　　DEP-DE40079US2
　　　　~~Occupant Tether Proximity Sensor for Housing Vent Closure~~
　　　　Type: UTL
　　　　Serial: ~~10/905~~
　　　　File Date: 01/27/2005
　　　　Client Ref 1: DP-311141

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/11/07 | CCB | Review art cited by Examiner | 320.00 | 0.40 | 128.00 |
| 06/12/07 | CCB | Review art cited by Examiner | 320.00 | 0.40 | 128.00 |
| **Total Professional Services** | | | | 0.80 | $256.00 |

**Total Amount Due This Invoice**　　　　　　　　　　　　　　　　　　　　$256.00

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

July 31, 2007  
**Invoice No. 304574**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40080USP  
      Apparatus and Method for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  
      Type: UTL  
      Serial: ▓▓▓▓▓▓  
      File Date: 06/09/2004  
      Client Ref 1: 307228

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/18/07 | NBT | Prepare Amendment | 185.00 | 9.20 | 1,702.00 |
| 06/19/07 | CCB | Prepare Amendment | 320.00 | 0.40 | 128.00 |
| 06/19/07 | NBT | Prepare Amendment | 185.00 | 1.00 | 185.00 |
| 06/20/07 | CCB | Prepare Amendment | 320.00 | 0.40 | 128.00 |
| 06/21/07 | CCB | Prepare Amendment | 320.00 | 0.20 | 64.00 |
| 06/21/07 | NBT | Prepare Amendment | 185.00 | 3.00 | 555.00 |

**Total Professional Services**     2,762.00

**Adjustment**     (1,112.00)  
**Total Professional Services**     14.20     $1,650.00

**Disbursements**

Government Fee for Filing One Month Extension of Time     120.00  
**Total Disbursements**     $120.00

**Total Amount Due This Invoice**     $1,770.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra  

July 31, 2007  
**Invoice No. 304575**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40085US  
      Method And Apparatus For ~~Advanced Packaging Optimization Projection And Logistic Tool~~  
      Type: PRV  
      Serial: ~~10/754802~~  
      File Date: 02/25/2004  
      Client Ref 1: DP-311588

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/07 | JFB | Prepare Response to Office Action | 250.00 | 0.40 | 100.00 |
| 06/01/07 | NBT | Prepare Amendment | 185.00 | 0.20 | 37.00 |
| 06/04/07 | NBT | Prepare Amendment | 185.00 | 0.50 | 92.50 |

**Total Professional Services**                                             229.50

**Adjustment**                                                              (229.50)

**Total Professional Services**                              1.10           $0.00

**Disbursements**

Government Fee for Filing One month extension                               120.00  
**Total Disbursements**                                                     $120.00

**Total Amount Due This Invoice**                                           $120.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Scott McBain  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy Michigan

July 31, 2007  
**Invoice No. 304578**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40181US  
~~Wearable Portable Oxygen Concentrator Garment Oxygen Concentrator Wearable Operating System~~ Client Ref 1: DP-316642

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/08/07 | CCB | Prepare Application | 320.00 | 0.20 | 64.00 |
| **Total Professional Services** | | | | **0.20** | **$64.00** |

**Total Amount Due This Invoice**                                                  $64.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929