

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007  

July 31, 2007  
**Invoice No. 304579**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:      DEP-DE50006US  
         ~~TPO With Better Paint Adhesion~~  
         Type: UTL  
         Client Ref 1: DP-314167

**Disbursements**

| | |
|---|---:|
| Government Fee for Filing | 300.00 |
| Government Fee for Filing | 500.00 |
| Government Fee for Filing | 200.00 |
| Government Fee for Filing | 250.00 |
| **Total Disbursements** | **$1,250.00** |
| **Total Amount Due This Invoice** | **$1,250.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

July 31, 2007  
**Invoice No. 304580**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:       DEP-DE50008US  
          Process for ~~fabricating a non-visible tear seam in an inflatable restraint cover~~  
          Type: UTL  
          Client Ref 1: DP-314779

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/04/07 | CCB | Prepare Application | 320.00 | 2.00 | 640.00 |

**Total Professional Services**                                         640.00

**Adjustment**                                                          (640.00)
**Total Professional Services**                              2.00       $0.00

**Disbursements**

Government Fee for Filing                                               300.00  
Government Fee for Filing                                               500.00  
Government Fee for Filing                                               200.00  
**Total Disbursements**                                                 $1,000.00

**Total Amount Due This Invoice**                                       $1,000.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007  

July 31, 2007  
**Invoice No. 304581**

For Legal Services Rendered through 06/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:        DEP-DE50011TW  
           ~~Drums with Error Proof for Assembly~~  
           Type: UTL  
           Serial: ~~[redacted]~~  
           File Date: 03/01/2007  
           Client Ref 1: DP-315086

**Disbursements**

| | |
|---|---:|
| DHL Express | 33.71 |
| **Total Disbursements** | **$33.71** |
| | |
| **Total Amount Due This Invoice** | **$33.71** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

July 31, 2007  
**Invoice No. 304582**

For Legal Services Rendered through 06/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE50013US  
~~[redacted]~~  
Type: PRV  
Serial: [redacted]  
File Date: 07/25/2006  
Client Ref 1: DP-315503

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/18/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 06/19/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 06/20/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 06/21/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | 4.00 | **$1,280.00** |

**Total Amount Due This Invoice**                                    $1,280.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

July 31, 2007  
**Invoice No. 304583**

For Legal Services Rendered through 06/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE50014US  
<span style="background:black">Single-Step Blow Molding Process for Interior Parts</span>  
Type: UTL  
Client Ref 1: DP-315483

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/06/07 | VCI | Research prior art | 205.00 | 0.40 | 82.00 |
| 06/06/07 | VCI | Prepare Application | 205.00 | 5.20 | 1,066.00 |
| 06/07/07 | VCI | Prepare Application | 205.00 | 2.20 | 451.00 |
| 06/08/07 | VCI | Prepare Application | 205.00 | 7.10 | 1,455.50 |

**Total Professional Services**                                3,054.50

**Adjustment**                                               (3,054.50)  
**Total Professional Services**                    14.90        $0.00

**Total Amount Due This Invoice**                              $0.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

July 31, 2007  
**Invoice No. 304584**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50016US  
      Safety Latch  
      Type: UTL  
      Client Ref 1: DP-315630

**Disbursements**

| | |
|---|---:|
| Drawings | 200.00 |
| **Total Disbursements** | **$200.00** |
| | |
| **Total Amount Due This Invoice** | **$200.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

July 31, 2007  
**Invoice No. 304585**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50019US  
Apparatus and Method for a ▓▓▓▓▓▓▓▓  
Type: PRV  
Serial: ▓▓▓▓▓▓  
File Date: 09/11/2006  
Client Ref 1: DP-315536

**Disbursements**

| | |
|---|---:|
| Drawings | 200.00 |
| **Total Disbursements** | **$200.00** |
| | |
| **Total Amount Due This Invoice** | **$200.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

July 31, 2007  
**Invoice No. 304586**

For Legal Services Rendered through 06/30/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE50020US  
~~Integrated Seat Structure HVAC & Safety Systems Module~~  
Type: PRV  
Serial: ~~[redacted]~~  
File Date: 03/21/2006  
Client Ref 1: DP-315204

## Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/07 | CCB | Respond to Missing Parts | 320.00 | 0.80 | 256.00 |
| **Total Professional Services** | | | | 0.80 | **$256.00** |

## Disbursements

| | |
|---|---|
| Government Fee for Filing | 2,030.00 |
| **Total Disbursements** | **$2,030.00** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$2,286.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

July 31, 2007  
**Invoice No. 304934**

For Legal Services Rendered through 06/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE50021US  
~~[redacted]~~

Type: UTL  
Client Ref 1: DP-315833

## Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/20/07 | MEG | Review comments from Tom [redacted] on final application and finalizing application | 275.00 | 2.00 | 550.00 |
| 06/27/07 | MEG | Review application and filing papers | 275.00 | 3.00 | 825.00 |
| **Total Professional Services** | | | | 5.00 | **$1,375.00** |

## Disbursements

| | |
|---|---|
| Government Fee for Filing | 300.00 |
| Government Fee for Filing | 500.00 |
| Government Fee for Filing | 200.00 |
| **Total Disbursements** | **$1,000.00** |
| **Total Amount Due This Invoice** | **$2,375.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

July 31, 2007  
**Invoice No. 304588**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50022USP  
~~Motor Speed Sensor Assembly~~  
Type: UTL  
Serial: ~~[redacted]~~  
File Date: 05/09/2007  
Client Ref 1: DP-315536

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/07 | JFB | Prepare an Assignment document and a Declaration for a non-Delphi employee | 250.00 | 0.40 | 100.00 |
| **Total Professional Services** | | | | 0.40 | **$100.00** |

**Total Amount Due This Invoice**   $100.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929