

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304590**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80031US  
~~On-Film Airbag with Shoulder Protection~~  
Type: UTL  
Client Ref 1: DP-315608

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/07/07 | CCB | Prepare Application | 320.00 | 0.40 | 128.00 |
| 06/15/07 | CCB | Prepare Application | 320.00 | 1.30 | 416.00 |
| 06/18/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 06/19/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 06/20/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 06/21/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 06/28/07 | CCB | Prepare Application | 320.00 | 3.00 | 960.00 |
| 06/29/07 | CCB | Prepare Application | 320.00 | 5.00 | 1,600.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 4,384.00 |
| **Adjustment** | | (4,384.00) |
| **Total Professional Services** | 13.70 | $0.00 |
| **Total Amount Due This Invoice** | | $0.00 |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304591**

For Legal Services Rendered through 06/30/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE80034US  
     [redacted]  
     Type: UTL  
     Serial: [redacted]  
     File Date: 04/22/2004  
     Client Ref 1: DP-310135

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/05/07 | CCB | Prepare Amendment | 320.00 | 0.30 | 96.00 |
| 06/06/07 | CCB | Prepare Amendment | 320.00 | 0.30 | 96.00 |
| 06/06/07 | CCB | Prepare Amendment | 320.00 | 0.40 | 128.00 |
| **Total Professional Services** | | | | 1.00 | $320.00 |

**Total Amount Due This Invoice**      $320.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304592**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80039US  
~~Assembled Then Formed GW Molding Assembly~~  
Type: UTL  
Client Ref 1: DP-315718

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/29/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | | **320.00** |
| **Adjustment** | | | | | **(320.00)** |
| **Total Professional Services** | | | | 1.00 | **$0.00** |

**Disbursements**

| | |
|---|---|
| Drawings | 275.00 |
| **Total Disbursements** | **$275.00** |
| **Total Amount Due This Invoice** | **$275.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304593**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80040US  
~~Inflator Cup to Base Plate DR Welding~~  
Type: UTL  
Client Ref 1: DP-315738

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/05/07 | NBT | Prepare Application | 185.00 | 4.00 | 740.00 |
| 06/06/07 | NBT | Prepare Application | 185.00 | 2.20 | 407.00 |
| 06/07/07 | NBT | Prepare Application | 185.00 | 0.50 | 92.50 |
| 06/08/07 | NBT | Prepare Application | 185.00 | 0.50 | 92.50 |
| 06/13/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| 06/14/07 | NBT | Prepare Application | 185.00 | 3.20 | 592.00 |

Total Professional Services                                  2,174.00

**Adjustment**                                               (2,174.00)

Total Professional Services                     11.40         $0.00

**Disbursements**

Drawings                                                       350.00  
**Total Disbursements**                                       $350.00

**Total Amount Due This Invoice**                             $350.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007  

July 31, 2007  
**Invoice No. 304594**

For Legal Services Rendered through 06/30/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE80041US  
~~Occupant Sensing Algorithm for Use with Low Risk Deployment Airbag Systems~~  
Type: UTL  
Client Ref 1: DP-315763

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/13/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 250.00 |
| **Adjustment** | | (250.00) |
| **Total Professional Services** | 1.00 | $0.00 |

**Disbursements**

| | |
|---|---|
| Drawings | 250.00 |
| Government Fee for Filing | 300.00 |
| Government Fee for Filing | 500.00 |
| Government Fee for Filing | 200.00 |
| Government Fee for Filing | 40.00 |
| **Total Disbursements** | $1,290.00 |
| | |
| **Total Amount Due This Invoice** | $1,290.00 |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304597**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90086US  
~~Independent Converter Catalyst Support Systems~~  
Type: UTL  
Client Ref 1: DP-315278

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/04/07 | CCB | Prepare Application | 320.00 | 1.40 | 448.00 |
| 06/05/07 | CCB | Prepare Application | 320.00 | 0.40 | 128.00 |
| 06/06/07 | CCB | Prepare Application | 320.00 | 0.40 | 128.00 |
| 06/07/07 | CCB | Prepare Application | 320.00 | 0.40 | 128.00 |
| 06/13/07 | CCB | Prepare Application | 320.00 | 2.00 | 640.00 |

**Total Professional Services**                                   1,472.00

**Adjustment**                                                    (1,472.00)  
**Total Professional Services**                     4.60          $0.00

**Disbursements**

Drawings                                                           100.00  
**Total Disbursements**                                           $100.00

**Total Amount Due This Invoice**                                 $100.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304598**

For Legal Services Rendered through 06/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90097US  
~~Systematic Approach to Enhance Conventional and SSA Systems~~  
Type: UTL  
Client Ref 1: DP-313533

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/13/07 | JFB | Prepare Application | 250.00 | 2.00 | 500.00 |
| 06/14/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| 06/21/07 | JFB | Prepare Application | 250.00 | 0.50 | 125.00 |

**Total Professional Services**                                             875.00

**Adjustment**                                                                   (875.00)  
**Total Professional Services**                          3.50         $0.00

**Disbursements**

| | |
|---|---|
| Government Fee for Filing | 200.00 |
| Government Fee for Filing | 500.00 |
| Government Fee for Filing | 300.00 |
| Government Fee for Filing | 40.00 |

**Total Disbursements**                                                      $1,040.00

**Total Amount Due This Invoice**                                $1,040.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304599**

For Legal Services Rendered through 06/30/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DE90098US  
~~Wireless SSA Device Diagnostic Monitoring System~~  
Type: UTL  
Serial: [redacted]  
File Date: 03/30/2007  
Client Ref 1: DP-315190

## Disbursements

| | |
|---|---:|
| Drawings | 250.00 |
| **Total Disbursements** | **$250.00** |
| | |
| **Total Amount Due This Invoice** | **$250.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304600**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90102US  
~~Bi as a Pyroelectric Material~~  
Type: UTL  
Client Ref 1: DP-315930

## Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |

**Total Professional Services**                                                                                                  250.00

**Adjustment**                                                                                                                              (250.00)  
**Total Professional Services**                                                                             1.00                $0.00

## Disbursements

Government Fee for Filing                                                                                                   1,000.00  
Drawings                                                                                                                                    90.00  
**Total Disbursements**                                                                                                        $1,090.00

**Total Amount Due This Invoice**                                                                                   $1,090.00

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304601**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90107US  
Method & Device for Sensing & Concentration Measurement of Biodiesel Blended in Petro-Diesel  
Type: UTL  
Client Ref 1: DP-316479

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 06/11/07 | JFB | Prepare Application | 250.00 | 9.00 | 2,250.00 |
| 06/12/07 | JFB | Prepare Application | 250.00 | 4.20 | 1,050.00 |
| 06/14/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| 06/19/07 | JFB | Prepare Application | 250.00 | 0.70 | 175.00 |
| 06/20/07 | MEG | Prepare Application | 275.00 | 0.50 | 137.50 |
| 06/20/07 | JFB | Prepare Application | 250.00 | 1.10 | 275.00 |

Total Professional Services                                              4,137.50

**Adjustment**                                                                (2,287.50)  
**Total Professional Services**                              16.50        $1,850.00

**Disbursements**

| | |
| --- | --- |
| Government Fee for Filing | 300.00 |
| Government Fee for Filing | 500.00 |
| Government Fee for Filing | 200.00 |
| Government Fee for Filing | 200.00 |
| Government Fee for Filing | 40.00 |
| **Total Disbursements** | **$1,240.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

July 31, 2007
**Invoice No. 304601**

CLIENT   Delphi Technologies Inc.

**Total Amount Due This Invoice**                                             $3,090.00