# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304602**

For Legal Services Rendered through 06/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90109US  
~~Dimensional Tolerance Stack Component and Assembly Compliant Design~~  
Type: UTL  
Client Ref 1: DP-316068

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/05/07 | MCC | Prepare Application | 185.00 | 6.70 | 1,239.50 |
| 06/06/07 | MCC | Prepare Application | 185.00 | 6.80 | 1,258.00 |
| 06/07/07 | MCC | Prepare Application | 185.00 | 7.10 | 1,313.50 |

| | | |
|---|---|---|
| **Total Professional Services** | | 3,811.00 |
| **Adjustment** | | (1,113.50) |
| **Total Professional Services** | 20.60 | $2,697.50 |
| **Total Amount Due This Invoice** | | $2,697.50 |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304603**

For Legal Services Rendered through 06/30/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DE90110US  
~~Exhaust Oxygen Sensor~~  
Type: UTL  
Client Ref 1: DP-316643

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/08/07 | MEG | Prepare Application | 275.00 | 1.00 | 275.00 |
| **Total Professional Services** | | | | 1.00 | $275.00 |

**Total Amount Due This Invoice** $275.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007  

July 31, 2007  
**Invoice No. 304604**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90111US  
~~Base Metal Diesel Oxidation Catalysts~~  
Type: UTL  
Client Ref 1: DP-316440

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/21/07 | MLH | Prepare Application | 230.00 | 3.00 | 690.00 |
| 06/22/07 | MLH | Prepare Application | 230.00 | 3.00 | 690.00 |
| **Total Professional Services** | | | | 6.00 | $1,380.00 |

**Total Amount Due This Invoice**                                                $1,380.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304605**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90112US  
~~High PD Content Diesel Oxidation Catalysis with Improved Hydrothermal Durability~~  
Type: UTL  
Client Ref 1: DP-316558

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/21/07 | MLH | Prepare Application | 230.00 | 3.00 | 690.00 |
| 06/22/07 | MLH | Prepare Application | 230.00 | 3.00 | 690.00 |
| **Total Professional Services** | | | | **6.00** | **$1,380.00** |

**Total Amount Due This Invoice**                $1,380.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304606**

For Legal Services Rendered through 06/30/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE90114US  
~~Coating Materials and Coating for NH3 and Related Gas Sensors~~  
Type: UTL  
Client Ref 1: DP-315307

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/13/07 | MEG | Prepare Application | 275.00 | 0.20 | 55.00 |
| **Total Professional Services** | | | | 0.20 | **$55.00** |

**Total Amount Due This Invoice**                                    $55.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304607**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90115US  
~~Ammonia Sensor and Calibration Method~~  
Type: UTL  
Client Ref 1: DP-315942

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/13/07 | MEG | Prepare Application | 275.00 | 0.30 | 82.50 |
| **Total Professional Services** | | | | 0.30 | **$82.50** |

**Total Amount Due This Invoice**                                                                          **$82.50**

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

July 31, 2007  
**Invoice No. 304608**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90116US  
~~NOx/NH3 Combined Sensor and Method of Making Such Devices~~  
Type: UTL  
Client Ref 1: DP-315962

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/13/07 | MEG | Prepare Application | 275.00 | 0.30 | 82.50 |
| **Total Professional Services** | | | | 0.30 | **$82.50** |

**Total Amount Due This Invoice**                                                            $82.50

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007  

July 31, 2007  
**Invoice No. 304609**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90118US  
Method & Device for ~~Sensing Biodiesel Degradation~~ Client Ref 1: DP-316636

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/07 | JFB | Prepare Application | 250.00 | 4.70 | 1,175.00 |
| 06/04/07 | CCB | Review Application | 320.00 | 0.30 | 96.00 |
| 06/05/07 | CCB | Prepare Application | 320.00 | 0.40 | 128.00 |
| 06/12/07 | JFB | Prepare Application | 250.00 | 3.00 | 750.00 |
| 06/13/07 | JFB | Prepare Application | 250.00 | 8.00 | 2,000.00 |
| 06/14/07 | JFB | Prepare Application | 250.00 | 7.00 | 1,750.00 |
| 06/20/07 | MEG | Prepare Application | 275.00 | 0.50 | 137.50 |
| 06/20/07 | JFB | Prepare Application | 250.00 | 1.10 | 275.00 |
| 06/29/07 | CCB | Prepare Application | 320.00 | 0.30 | 96.00 |

Total Professional Services    6,407.50

**Adjustment**    (1,407.50)  
**Total Professional Services**    25.30    $5,000.00

**Disbursements**

| | |
|---|---|
| Government Fee for Filing | 300.00 |
| Government Fee for Filing | 500.00 |
| Government Fee for Filing | 200.00 |
| Government Fee for Filing | 200.00 |
| Government Fee for Filing | 40.00 |
| **Total Disbursements** | **$1,240.00** |

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007  

July 31, 2007  
**Invoice No. 304609**

CLIENT    Delphi Technologies Inc.

**Total Amount Due This Invoice**                $6,240.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies Inc.
Attn: James L. Funke (Cichosz)
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007

July 31, 2007
**Invoice No. 304610**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DEP0210US
      ~~Catalytic converter with integral oxygen sensor bushing~~
      Type: UTL
      Serial: ~~[redacted]~~
      File Date: 07/12/2001
      Client Ref 1: DP-305003

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/07/07 | CCB | Review claims | 320.00 | 0.40 | 128.00 |
| **Total Professional Services** | | | | 0.40 | $128.00 |

**Total Amount Due This Invoice**                                                              $128.00

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies Inc.  
Attn: James L. Funke (Cichosz)  
Legal Staff-M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

July 31, 2007  
**Invoice No. 304611**

For Legal Services Rendered through 06/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DEP0327US  
      [redacted]  
      Type: UTL  
      Serial: [redacted]  
      File Date: 03/24/2003  
      Client Ref 1: DP-308685

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/06/07 | PJC | Review Advisory Action | 325.00 | 0.50 | 162.50 |
| 06/18/07 | PJC | Draft Pre-Appeal Brief | 325.00 | 0.30 | 97.50 |
| 06/20/07 | PJC | Draft Pre-Appeal Brief Request for Reconsideration | 325.00 | 4.50 | 1,462.50 |
| 06/21/07 | PJC | Prepare and file Notice of Appeal with Pre-Appeal Brief Request for Reconsideration | 325.00 | 1.00 | 325.00 |

**Total Professional Services**                                                6.30   $2,047.50

**Disbursements**

Government Fee for Filing                                                              500.00  
**Total Disbursements**                                                                $500.00

**Total Amount Due This Invoice**                                                     $2,547.50

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929