Delphi Technologies Inc. P.O. Box 5052, Troy, Michigan 48007

Firm/Vendor Name: Cantor Colburn LLP
Firm/Vendor Address: 55 Griffin Road South
                     Bloomfield, CT 06002

Firm/Vendor FED ID No.: 06-1091957           Attorney: Thomas N. Twomey, Esq.

Invoice Date: 08/30/07

| Your Reference No./Title | Our Reference No. | Services | Disbursements |
|---|---|---|---|
| Post-Petition Services | D200002GA | | $129.00 |
| Analysis of USPN 5,536,042 | DE40169AN | | $7.31 |
| Analysis of Emergency System Using BT | DE40180AN | $416.00 | |
| Bosch Patent Assertion | DE80042AN | $384.00 | $207.20 |
| **Total Infringement/Analysis** | | **$800.00** | **$343.51** |
| **Total Services and Disbursements** | | **$1,143.51** | |

Law Firm Approval                Date: 08/30/07

Legal Staff                      Date:

Legal Staff Review               Date:

Charge To: LS02-09640-5

August 30, 2007 Hours Worked

| Attorney Name | Initials | Title | Billing Rate | Hours | Amount |
|---|---|---|---|---|---|
| Philmore Colburn | PHC | Attoney | $385.00 | 1.00 | $385.00 |
| Keith Murphy | KJM | Attorney | $330.00 | 2.10 | $693.00 |
| Pamela Curbelo | PJC | Attorney | $325.00 | 0.70 | $227.50 |
| Christopher Boehm | CCB | Attorney | $320.00 | 53.20 | $17,024.00 |
| Mary Golota | MEG | Attorney | $275.00 | 1.50 | $412.50 |
| Greg O'Bradovich | GJO | Attorney | $255.00 | 2.00 | $510.00 |
| John Buckert | JFB | Attorney | $250.00 | 28.50 | $7,125.00 |
| Michelle Henderson | MLH | Attorney | $230.00 | 36.90 | $8,487.00 |
| Nicholas Trenkle | NBT | Attorney | $185.00 | 13.40 | $2,479.00 |
| Matthew Benavides | MB | Attorney | $185.00 | 8.00 | $1,480.00 |
| Daniel Gilmour | DG | Agent | $145.00 | 1.70 | $246.50 |
| James Wimpe | JEW | Agent | $130.00 | 2.00 | $260.00 |
| Issam Kobrsi | IK | Technical Expert | $130.00 | 21.50 | $2,795.00 |
| | | | Total Services | | $42,124.50 |
| | | | Adjustment | | ($8,687.00) |
| | | | Total Services | | $33,437.50 |

| | | |
|---|---|---|
| **Total Analysis/Infringement Services** | $800.00 | |
| **Total Preparation/Prosecution Services** | $32,637.50 | |
| **Total Disbursements** | | $10,977.11 |
| **Total Services and Disbursements** | | $44,414.61 |

Delphi Technologies Inc. P.O. Box 5052, Troy, Michigan 48007

Firm/Vendor Name: Cantor Colburn LLP
Firm/Vendor Address: 55 Griffin Road South
              Bloomfield, CT 06002

Firm/Vendor FED ID No.: <u>06-1091957</u>         / Attorney: <u>Thomas N. Twomey, Esq.</u>

Invoice Date: 08/30/07

| Your Reference No. | Our Reference No. | Services | Disbursements |
|---|---|---|---|
| DP-312329 | D210002US2 | $420.00 | $990.60 |
| DP-312336 | D210003US | $512.00 | |
| DP-312081 | D210005US2 | $576.00 | |
| DP-313039 | D210006US | $256.00 | |
| DP-312079 | D210007US | $224.00 | $440.60 |
| DP-312721 | D210010US | $416.00 | |
| DP-312723 | D210011US | $512.00 | |
| DP-314506 | D210012US | $0.00 | |
| DP-315750 | D210014US | $416.00 | |
| DP-315174 | D210016US | $160.00 | |
| DP-316511 | D210017US | $407.00 | |
| DP-304036 | DE30204US | $66.00 | |
| DP-304592 | DE30214US | $385.00 | |
| DP-310838 | DE30335US | | $790.00 |
| DP-309972 | DE30351US2 | $1,500.00 | $250.00 |
| DP-312897 | DE30366US | $411.50 | |
| DP-315945 | DE30396US | $0.00 | |
| DP-316370 | DE30398US | $0.00 | |
| DP-316518 | DE30400US | $476.00 | $200.00 |
| DP-316264 | DE30402US | $500.00 | |
| DP-311864 | DE40089US | $1,650.00 | |
| DP-313710 | DE40129USP | $128.00 | |
| DP-315148 | DE40168US2 | $128.00 | |
| DP-315606 | DE40176US | $2,549.00 | |
| DP-315715 | DE40178US | $0.00 | |
| DP-314167 | DE50006US | | $40.00 |
| DP-315503 | DE50013US2 | $3,720.00 | $1,352.80 |
| DP-315833 | DE50021US | | $40.00 |
| DP-315536 | DE50022USP | $250.00 | $1,132.40 |
| DP-316735 | DE50023US | $224.00 | |
| DP-315608 | DE80031US | $3,500.00 | $1,690.00 |
| DP-315608 | DE80031WO | $1,000.00 | $2,664.00 |
| DP-315738 | DE80040US | $0.00 | |
| DP-315930 | DE90102US | | $40.00 |
| DP-316479 | DE90107US | | $851.80 |
| DP-316440 | DE90111US | $3,620.00 | |
| DP-316558 | DE90112US | $3,556.00 | |
| DP-315307 | DE90114US | $296.00 | |

| | | | |
|---|---|---|---|
| DP-315942 | DE90115US | $296.00 | |
| DP-315962 | DE90116US | $296.00 | |
| DP-316636 | DE90118US | | $151.40 |
| DP-316748 | DE90119US | $3,207.50 | |
| DP-316514 | DE90120US | $160.00 | |
| DP-309150 | DEP0339US | $592.00 | |
| V-Blade Impeller Design for a Regenerative Turbine | DEP0350USR | $227.50 | |

**Total Preparation/Prosecution**                      $32,637.50     $10,633.60

**Total Services and Disbursements**               $43,271.10

<u>Law Firm Approval</u>                      <u>Date: 08/30/07</u>

Legal Staff                                  Date:

Legal Staff Review                     Date:



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi  
Attn: Thomas Twomey  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007-5052

August 30, 2007  
**Invoice No. 306052**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D200002GA  
        Post-Petition Services

**Disbursements**

| | |
|---|---:|
| Federal Express | 129.00 |
| **Total Disbursements** | **$129.00** |
| | |
| **Total Amount Due This Invoice** | **$129.00** |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

August 30, 2007  
**Invoice No. 306078**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE40169AN  
       Analysis of USPN  
       ▓▓▓▓▓▓

**Disbursements**

| | |
|---|---:|
| Binding of Opinion (Kinko's) | 7.31 |
| **Total Disbursements** | **$7.31** |
| **Total Amount Due This Invoice** | **$7.31** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

August 30, 2007  
**Invoice No. 306081**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40180AN  
Analysis of [redacted]  
[redacted]

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/31/07 | CCB | Review patents | 320.00 | 1.30 | 416.00 |
| **Total Professional Services** | | | | **1.30** | **$416.00** |

**Total Amount Due This Invoice**                                        $416.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

August 30, 2007  
**Invoice No. 306091**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80042AN  
      ~~Bosch Patent Assertion~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/17/07 | CCB | Review art found in invalidity search | 320.00 | 0.30 | 96.00 |
| 07/17/07 | CCB | Review new patents asserted by ~~Bosch~~ | 320.00 | 0.40 | 128.00 |
| 07/31/07 | CCB | Telephone conference with Jim ~~Funke~~ to research ~~Bosch~~ products | 320.00 | 0.50 | 160.00 |

**Total Professional Services**  1.20  $384.00

**Disbursements**

Disbursment for patent copies                               187.20  
Federal Express                                              20.00  
**Total Disbursements**                                    $207.20

**Total Amount Due This Invoice**                          $591.20



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.                                      August 30, 2007
Attn: Douglas Fekete                                           **Invoice No. 306109**
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007

For Legal Services Rendered through 07/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210002US2
       ~~Child Restraint System and Method for Monitoring Installation of the Child Restraint~~
       System
       Type: UTL
       Serial: ~~11/147141~~
       File Date: 06/06/2005
       Client Ref 1: DP-312329

## Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/07 | CCB | Information Disclosure Statement | 320.00 | 0.80 | 256.00 |
| 07/09/07 | JFB | Prepare response to Office Action | 250.00 | 3.00 | 750.00 |

**Total Professional Services**                                                1,006.00

**Adjustment**                                                                 (586.00)
**Total Professional Services**                                 3.80           $420.00

## Disbursements

| | |
|---|---|
| Government Fee for Filing 4 claims in excess of 20 | 200.00 |
| Government Fee for Filing Independent claims in excess of 3 | 600.00 |
| Government Fee for Filing IDS | 180.00 |
| Photocopies | 10.60 |
| **Total Disbursements** | **$990.60** |

**Total Amount Due This Invoice**                                              $1,410.60

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

August 30, 2007  
**Invoice No. 306110**

For Legal Services Rendered through 07/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-D210003US  
~~Child Seat and Monitoring System~~  
Type: UTL  
Serial: ~~[redacted]~~  
File Date: 06/06/2005  
Client Ref 1: DP-312336

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/11/07 | CCB | Review art for Information Disclosure Statement | 320.00 | 0.80 | 256.00 |
| 07/20/07 | CCB | Review art cited in related cases for Information Disclosure Statement | 320.00 | 0.80 | 256.00 |
| **Total Professional Services** | | | | **1.60** | **$512.00** |

**Total Amount Due This Invoice**                                    $512.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929