

## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

August 30, 2007  
**Invoice No. 306108**

For Legal Services Rendered through 07/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210005US2  
       ████████████████████████████████████████  
       Type: UTL  
       Serial: ████████  
       File Date: 06/06/2005  
       Client Ref 1: DP-312081

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/17/07 | CCB | Meet with Doug and James ███ regarding cited art | 320.00 | 1.00 | 320.00 |
| 07/20/07 | CCB | Review art cited in related cases for Information Disclosure Statement | 320.00 | 0.80 | 256.00 |
| **Total Professional Services** | | | | **1.80** | **$576.00** |

**Total Amount Due This Invoice**                        **$576.00**



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

August 30, 2007  
**Invoice No. 306053**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210006US  
      Child Restraint System and Method for Monitoring Installation of the Child Restraint System  
      Type: UTL  
      Serial: ▓▓▓▓▓▓▓  
      File Date: 06/06/2005  
      Client Ref 1: DP-313039

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/20/07 | CCB | Review art cited in related cases for Information Disclosure Statement | 320.00 | 0.80 | 256.00 |
| **Total Professional Services** | | | | 0.80 | **$256.00** |

**Total Amount Due This Invoice**               $256.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

August 30, 2007  
**Invoice No. 306054**

For Legal Services Rendered through 07/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210007US  
~~Child Restraint System Comprising Weight Sensor~~  
Type: UTL  
Serial: ~~████~~  
File Date: 06/06/2005  
Client Ref 1: DP-312079

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/05/07 | CCB | Information Disclosure Statement | 320.00 | 0.70 | 224.00 |
| 07/05/07 | JFB | Prepare response to Office Action | 250.00 | 2.00 | 500.00 |

**Total Professional Services**                                      724.00

**Adjustment**                                                                          (500.00)  
**Total Professional Services**                                  2.70    $224.00

**Disbursements**

Government Fee for Filing IDS                                                    180.00  
Government Fee for Filing Independant Claims in Excess of 3      200.00  
Government Fee for Filing Claims in Excess of 20                       50.00  
Photocopies                                                                                10.60  
**Total Disbursements**                                                            $440.60

**Total Amount Due This Invoice**                                         $664.60

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

August 30, 2007  
**Invoice No. 306055**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-D210010US  
       Apparatus and Method for Interconnecting a Child Seat and Monitoring  
       Type: UTL  
       Serial: 11/221598  
       File Date: 09/08/2005  
       Client Ref 1: DP-312721

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/17/07 | CCB | Prepare Amendment | 320.00 | 0.30 | 96.00 |
| 07/17/07 | CCB | Meet with Doug and James Chan regarding amendment | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | **1.30** | **$416.00** |

**Total Amount Due This Invoice**                                                                $416.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

August 30, 2007  
**Invoice No. 306056**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210011US  
      ~~Child Restraint System with In Motion Belt Status Monitoring~~  
      Type: UTL  
      Serial: ~~11/222028~~  
      File Date: 09/08/2005  
      Client Ref 1: DP-312723

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/11/07 | CCB | Review art for Information Disclosure Statement | 320.00 | 0.80 | 256.00 |
| 07/20/07 | CCB | Review art for Information Disclosure Statement and prepare RCE | 320.00 | 0.80 | 256.00 |
| **Total Professional Services** | | | | 1.60 | $512.00 |

**Total Amount Due This Invoice**                                                                $512.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

August 30, 2007  
**Invoice No. 306057**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210012US  
        Inflatable Airbag  
        Type: UTL  
        Serial: ▓▓▓▓▓▓▓  
        File Date: 07/26/2005  
        Client Ref 1: DP-314506

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/02/07 | CCB | Prepare Amendment | 320.00 | 0.30 | 96.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 96.00 |
| **Adjustment** | | (96.00) |
| **Total Professional Services** | 0.30 | $0.00 |

| | |
|---|---|
| **Total Amount Due This Invoice** | $0.00 |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007  

August 30, 2007  
**Invoice No. 306058**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210014US  
       Method of ~~Applying Surface Material to Steering Wheels~~  
       Client Ref 1: DP-315750

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 07/18/07 | CCB | Prepare Application | 320.00 | 0.30 | 96.00 |
| 07/19/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | 1.30 | $416.00 |

**Total Amount Due This Invoice**                                                $416.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

August 30, 2007  
**Invoice No. 306059**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210016US  
~~Infant/Baby Car Seat Belt Tension Sensing Element~~  
Client Ref 1: DP-315174

**Professional Services**

| Date     | Initials | Services            | Rate   | Hours | Amount   |
|----------|----------|---------------------|--------|-------|----------|
| 07/11/07 | CCB      | Prepare Application | 320.00 | 0.50  | 160.00   |
| **Total Professional Services** | | | | **0.50** | **$160.00** |

**Total Amount Due This Invoice**                                $160.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

August 30, 2007  
**Invoice No. 306060**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-D210017US  
~~Gas Fill Process and Radiator Weld Design Simplification~~  
Client Ref 1: DP-316511

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/23/07 | NBT | Prepare Application | 185.00 | 0.80 | 148.00 |
| 07/30/07 | NBT | Correspondence with inventor regarding application | 185.00 | 0.20 | 37.00 |
| 07/31/07 | NBT | Telephone conference with inventor regarding application | 185.00 | 0.50 | 92.50 |
| 07/31/07 | NBT | Prepare Application | 185.00 | 0.70 | 129.50 |
| **Total Professional Services** | | | | 2.20 | **$407.00** |

**Total Amount Due This Invoice**                                                    $407.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

August 30, 2007  
**Invoice No. 306062**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:       DEP-DE30204US  
          ~~Enhancement to Horizontally-structured Cad/Cam Model to~~  
          Type: UTL  
          Serial: ~~[redacted]~~  
          File Date: 10/24/2001  
          Client Ref 1: DP-304036

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/16/07 | KJM | Review Office Action | 330.00 | 0.20 | 66.00 |
| **Total Professional Services** | | | | 0.20 | $66.00 |

**Total Amount Due This Invoice**                                                $66.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929