

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

August 30, 2007  
**Invoice No. 306063**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30214US  
           ~~Rear Steering Sensor Diagnostic Algorithm for Four Wheel Steering System~~  
           Type: UTL  
           Serial: ~~[redacted]~~  
           File Date: 11/20/2001  
           Client Ref 1: DP-304592

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/25/07 | PHC | Review Examiner's answer and Appeal Brief, advise client on filing a reply | 385.00 | 1.00 | 385.00 |
| **Total Professional Services** | | | | **1.00** | **$385.00** |

**Total Amount Due This Invoice**                                                                       $385.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

August 30, 2007  
**Invoice No. 306066**

For Legal Services Rendered through 07/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30335US  
~~Horizontal Modeling Vertical To Horizontal Conversion Process~~  
Type: UTL  
Serial: ~~10/805925~~  
File Date: 03/22/2004  
Client Ref 1: DP-310838

**Disbursements**

| | |
|---|---:|
| Government Fee for Filing RCE | 790.00 |
| **Total Disbursements** | **$790.00** |
| **Total Amount Due This Invoice** | **$790.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

August 30, 2007  
**Invoice No. 306114**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30351US2  
      System, Method, and Article of Manufacture for Determining a Process Plan for Forming Features in a Part  
      Type: UTL  
      Serial: [redacted]  
      File Date: 12/13/2005  
      Client Ref 1: DP-309972

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/17/07 | JFB | Prepare Response to Office Action | 250.00 | 3.00 | 750.00 |
| 07/18/07 | JFB | Prepare Response to Office Action | 250.00 | 3.00 | 750.00 |
| **Total Professional Services** | | | | **6.00** | **$1,500.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing 1 Claim in Excess of 20 | 50.00 |
| Government Fee for Filing 1 Independent Claim in Excess of 3 | 200.00 |
| **Total Disbursements** | **$250.00** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$1,750.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

August 30, 2007  
**Invoice No. 306068**

For Legal Services Rendered through 07/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:        DEP-DE30366US  
           <span style="background:black">████████████████████████████████████</span>  
           Type: UTL  
           Serial: <span style="background:black">██████</span>  
           File Date: 05/05/2005  
           Client Ref 1: DP-312897

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/20/07 | DG | Prepare response to Office Action. | 145.00 | 1.70 | 246.50 |
| 07/31/07 | KJM | Review Office Action | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | **2.20** | **$411.50** |

**Total Amount Due This Invoice**                                $411.50

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith  

August 30, 2007  
**Invoice No. 306069**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:       DEP-DE30396US  
~~Drowsy Driver Detection and Response~~  
Type: UTL  
Client Ref 1: DP-315945

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/18/07 | GJO | Prepare Application | 255.00 | 1.00 | 255.00 |
| 07/20/07 | GJO | Prepare Application | 255.00 | 1.00 | 255.00 |

**Total Professional Services**                                                      510.00

**Adjustment**                                                                      (510.00)

**Total Professional Services**                           2.00              $0.00

**Total Amount Due This Invoice**                                            $0.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

August 30, 2007  
**Invoice No. 306070**

For Legal Services Rendered through 07/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DE30398US  
~~Design Methodologies for VES Actuator~~  
Type: UTL  
Client Ref 1: DP-316370

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/26/07 | KJM | Review drawings | 330.00 | 0.20 | 66.00 |
| 07/26/07 | MLH | Review new drawings received from inventors; determine how to improve them and correspond with inventor re: the same | 230.00 | 0.50 | 115.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 181.00 |
| **Adjustment** | | (181.00) |
| **Total Professional Services** | 0.70 | $0.00 |
| **Total Amount Due This Invoice** | | $0.00 |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

August 30, 2007  
**Invoice No. 306071**

For Legal Services Rendered through 07/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DE30400US  
~~Steering Cues for a Parking Assist System~~  
Type: PRV  
Client Ref 1: DP-316518

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/10/07 | JEW | Prepare Application | 130.00 | 2.00 | 260.00 |
| 07/11/07 | KJM | Review application | 330.00 | 0.70 | 231.00 |
| 07/12/07 | KJM | Review application | 330.00 | 0.50 | 165.00 |

**Total Professional Services**                                656.00

**Adjustment**                                                 (180.00)  
**Total Professional Services**                   3.20         $476.00

**Disbursements**

Government Fee for Filing Provisional Application              200.00  
**Total Disbursements**                                        $200.00

**Total Amount Due This Invoice**                              $676.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith  

August 30, 2007  
**Invoice No. 306072**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:       DEP-DE30402US  
          ~~Handwheel Torque Based Center Determination for Electric Power Steering~~  
          Type: UTL  
          Client Ref 1: DP--316264

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/17/07 | JFB | Prepare Application | 250.00 | 2.00 | 500.00 |
| **Total Professional Services** | | | | **2.00** | **$500.00** |

**Total Amount Due This Invoice**                                    $500.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

August 30, 2007  
**Invoice No. 306075**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40089US  
~~Reduced Cost Curtain Design~~  
Type: UTL  
Serial: ~~10/914684~~  
File Date: 08/10/2004  
Client Ref 1: DP-311864

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/05/07 | CCB | Prepare Amendment | 320.00 | 0.50 | 160.00 |
| 07/11/07 | CCB | Prepare Amendment | 320.00 | 0.20 | 64.00 |
| 07/11/07 | NBT | Prepare Office Action response | 185.00 | 3.20 | 592.00 |
| 07/16/07 | NBT | Prepare Office Action response | 185.00 | 6.50 | 1,202.50 |

**Total Professional Services**                                 2,018.50

**Adjustment**                                                  (368.50)

**Total Professional Services**                      10.40      $1,650.00

**Total Amount Due This Invoice**                               $1,650.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

August 30, 2007  
**Invoice No. 306076**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40129USP  
      ▓▓▓▓▓▓▓▓▓▓  
      Type: PRV  
      Serial: ▓▓▓▓▓▓▓▓  
      File Date: 08/15/2006  
      Client Ref 1: DP-313710

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/20/07 | CCB | Prepare Application | 320.00 | 0.40 | 128.00 |
| **Total Professional Services** | | | | 0.40 | **$128.00** |

**Total Amount Due This Invoice**                                                                 $128.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929