

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

August 30, 2007  
**Invoice No. 306117**

For Legal Services Rendered through 07/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE40168US2

[redacted]

ApplicationClient Ref 1: DP-315148

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/20/07 | CCB | Prepare Application | 320.00 | 0.40 | 128.00 |
| **Total Professional Services** | | | | 0.40 | **$128.00** |

**Total Amount Due This Invoice**                                    $128.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

August 30, 2007  
**Invoice No. 306079**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40176US  
~~Secure Portable Storage of Digital Programming Content~~  
Type: UTL  
Client Ref 1: DP-315606

## Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/09/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| 07/10/07 | JFB | Telephone conference with inventor regarding application | 250.00 | 1.00 | 250.00 |
| 07/19/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| 07/20/07 | JFB | Prepare Application | 250.00 | 8.00 | 2,000.00 |
| 07/23/07 | JFB | Prepare Application | 250.00 | 3.50 | 875.00 |

**Total Professional Services**                                                3,625.00

**Adjustment**                                                                    (1,076.00)
**Total Professional Services**                                14.50    **$2,549.00**

**Total Amount Due This Invoice**                                        **$2,549.00**

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra  

August 30, 2007  
**Invoice No. 306080**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE40178US  
~~FM Wireless Vehicle Audio Interface~~  
Type: UTL  
Client Ref 1: DP-315715

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/18/07 | NBT | Prepare Application | 185.00 | 1.00 | 185.00 |
| **Total Professional Services** | | | | | **185.00** |
| **Adjustment** | | | | | **(185.00)** |
| **Total Professional Services** | | | | 1.00 | **$0.00** |
| **Total Amount Due This Invoice** | | | | | **$0.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

August 30, 2007  
**Invoice No. 306082**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50006US  
~~PO with Better Paint Adhesion~~  
Type: UTL  
Client Ref 1: DP-314167

**Disbursements**

| | |
|---|---:|
| Government Fee for Filing Assignment | 40.00 |
| **Total Disbursements** | **$40.00** |
| | |
| **Total Amount Due This Invoice** | **$40.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007  

August 30, 2007  
**Invoice No. 306116**

For Legal Services Rendered through 07/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE50013US2  
████████████████ Client Ref 1: DP-315503

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/07 | CCB | Prepare Application | 320.00 | 0.50 | 160.00 |
| 07/10/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 07/11/07 | CCB | Prepare Application | 320.00 | 1.30 | 416.00 |
| 07/15/07 | CCB | Prepare Application | 320.00 | 3.00 | 960.00 |
| 07/16/07 | CCB | Prepare Application | 320.00 | 2.00 | 640.00 |
| 07/17/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 07/18/07 | CCB | Prepare Application | 320.00 | 3.00 | 960.00 |
| 07/19/07 | CCB | Prepare Application | 320.00 | 3.00 | 960.00 |

Total Professional Services                4,736.00

**Adjustment**                        (1,016.00)  
**Total Professional Services**        14.80    $3,720.00

**Disbursements**

Drawings                                       300.00  
Government Fee for Filing Application          1,000.00  
Government Fee for Filing Assignment              40.00  
Photocopies                                       12.80  
**Total Disbursements**                      $1,352.80

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

August 30, 2007  
**Invoice No. 306116**

CLIENT    Delphi Technologies Inc.

**Total Amount Due This Invoice**              $5,072.80

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

August 30, 2007  
**Invoice No. 306084**

For Legal Services Rendered through 07/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DE50021US  
~~Thermoplastic Polyolefin Compositions Having Improved Melt Viscosity and Method of Making the Same~~  
Type: UTL  
Client Ref 1: DP-315833

### Disbursements

| | |
|---|---:|
| Government Fee for Filing Assignment | 40.00 |
| **Total Disbursements** | **$40.00** |
| | |
| **Total Amount Due This Invoice** | **$40.00** |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

August 30, 2007  
**Invoice No. 306085**

For Legal Services Rendered through 07/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re:  DEP-DE50022USP  
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  
Type: UTL  
Serial: ▓▓▓▓▓▓▓  
File Date: 05/09/2007  
Client Ref 1: DP-315536

## Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/05/07 | JFB | Prepare response to Notice to File Missing Parts | 250.00 | 1.00 | 250.00 |
| **Total Professional Services** | | | | **1.00** | **$250.00** |

## Disbursements

| | |
|---|---|
| Government Fee for Filing | 300.00 |
| Government Fee for Filing | 500.00 |
| Government Fee for Filing | 200.00 |
| Government Fee for Filing | 130.00 |
| Photocopies | 2.40 |
| **Total Disbursements** | **$1,132.40** |

**Total Amount Due This Invoice**          $1,382.40

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

August 30, 2007  
**Invoice No. 306086**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50023US  
      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  
      Client Ref 1: DP-316735

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 07/31/07 | CCB | Review application | 320.00 | 0.20 | 64.00 |
| 07/31/07 | CCB | Prepare Application | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | 0.70 | $224.00 |

**Total Amount Due This Invoice**                              $224.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

August 30, 2007  
**Invoice No. 306087**

For Legal Services Rendered through 07/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE80031US  
~~Curtain Airbag with Shoulder Protection~~  
Type: UTL  
Client Ref 1: DP-315608

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/02/07 | CCB | Prepare Application | 320.00 | 0.30 | 96.00 |
| 07/03/07 | CCB | Prepare Application | 320.00 | 0.50 | 160.00 |
| 07/05/07 | CCB | Prepare Application | 320.00 | 1.50 | 480.00 |
| 07/06/07 | CCB | Prepare Application | 320.00 | 3.00 | 960.00 |
| 07/08/07 | CCB | Prepare Application | 320.00 | 4.50 | 1,440.00 |
| 07/09/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 07/11/07 | CCB | Telephone conference with inventors regarding application | 320.00 | 1.30 | 416.00 |
| 07/11/07 | CCB | Prepare Application | 320.00 | 6.70 | 2,144.00 |

Total Professional Services                                6,016.00

**Adjustment**                                              (2,516.00)  
**Total Professional Services**              18.80        $3,500.00

**Disbursements**

Government Fee for Filing Application                       1,650.00  
Government Fee for Filing Assignment                           40.00  
**Total Disbursements**                                    $1,690.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929

Delphi Technologies, Inc.
Attn: Jimmy L. Funke
P.O. Box 5052
Troy, MI 48007

August 30, 2007
**Invoice No. 306087**

CLIENT    Delphi Technologies Inc.

**Total Amount Due This Invoice**                                    $5,190.00