

## Cantor Colburn LLP
*Intellectual Property Attorneys*

### Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.
Attn: Jimmy L. Funke
P.O. Box 5052
Troy, MI 48007

August 30, 2007
**Invoice No. 306088**

For Legal Services Rendered  through 07/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80031WO
~~Curtain Airbag with Shoulder Protection~~
Client Ref 1: DP-315608

### Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 07/17/07 | CCB | Prepare Application | 320.00 | 0.70 | 224.00 |
| 07/17/07 | CCB | File PCT | 320.00 | 3.00 | 960.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 1,184.00 |
| **Adjustment** | | (184.00) |
| **Total Professional Services** | 3.70 | **$1,000.00** |

### Disbursements

| | |
|---|---|
| Government Fee for Filing | 300.00 |
| Government Fee for Filing | 1,000.00 |
| Government Fee for Filing | 1,008.00 |
| Government Fee for Filing | 336.00 |
| Government Fee for Filing | 20.00 |
| **Total Disbursements** | **$2,664.00** |
| **Total Amount Due This Invoice** | **$3,664.00** |



# Cantor Colburn LLP

*Intellectual Property Attorneys*

### Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.
Attn: Jimmy L. Funke
P.O. Box 5052
Troy, MI 48007

August 30, 2007
**Invoice No. 306089**

For Legal Services Rendered  through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80040US
Generator Capital Base Plate DR Welding
Type: UTL
Client Ref 1: DP-315738

## Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 07/16/07 | NBT | Prepare Application | 185.00 | 0.50 | 92.50 |
| **Total Professional Services** | | | | | **92.50** |
| **Adjustment** | | | | | **(92.50)** |
| **Total Professional Services** | | | | 0.50 | **$0.00** |
| **Total Amount Due This Invoice** | | | | | **$0.00** |

# Cantor Colburn LLP

*Intellectual Property Attorneys*

### Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

August 30, 2007
**Invoice No. 306095**

For Legal Services Rendered  through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90102US
      ~~SBT as a Pyroelectric Material~~
      Type: UTL
      Client Ref 1: DP-315930

**Disbursements**

| | |
|---|---:|
| Government Fee for Filing Assignment | 40.00 |
| **Total Disbursements** | **$40.00** |
| **Total Amount Due This Invoice** | **$40.00** |

# CC

## Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

August 30, 2007
**Invoice No. 306096**

For Legal Services Rendered  through 07/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:        DEP-DE90107US
           Method & Device ~~for Sensing & Concentration Measurement of Biodiesel Blended~~
           ~~Petro-Diesel~~
           Type: UTL
           Client Ref 1: DP-316479

## Disbursements

| | |
|---|---:|
| Drawings | 450.00 |
| Government Fee for Filing Independant Claims in Excess of 3 | 400.00 |
| Photocopies | 1.80 |
| **Total Disbursements** | **$851.80** |
| | |
| **Total Amount Due This Invoice** | **$851.80** |



## Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.                                     August 30, 2007
Attn: Paul Marshall                                    **Invoice No. 306097**
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

For Legal Services Rendered  through 07/31/07

CLIENT:   DEP – Delphi Technologies Inc.

Re:       DEP-DE90111US
          Trace-Metal Diesel Oxidation Catalyst
          Type: UTL
          Client Ref 1: DP-316440

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 07/17/07 | MLH | Prepare Application and prepare figures | 230.00 | 4.70 | 1,081.00 |
| 07/18/07 | MLH | Prepare Application | 230.00 | 8.00 | 1,840.00 |
| 07/19/07 | MLH | Prepare Application | 230.00 | 6.50 | 1,495.00 |

**Total Professional Services**                                      **4,416.00**

**Adjustment**                                                    **(796.00)**
**Total Professional Services**                            **19.20**    **$3,620.00**

**Total Amount Due This Invoice**                                  **$3,620.00**



## Cantor Colburn LLP
*Intellectual Property Attorneys*

### Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

August 30, 2007
**Invoice No. 306098**

For Legal Services Rendered  through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:      DEP-DE90112US

Type: UTL
Client Ref 1: DP-316558

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 07/17/07 | MLH | Prepare Application | 230.00 | 2.50 | 575.00 |
| 07/20/07 | MLH | Prepare Application | 230.00 | 3.20 | 736.00 |
| 07/23/07 | MLH | Prepare Application | 230.00 | 1.20 | 276.00 |
| 07/24/07 | MLH | Prepare Application | 230.00 | 7.30 | 1,679.00 |
| 07/25/07 | MLH | Prepare Application | 230.00 | 3.00 | 690.00 |

**Total Professional Services**                                          **3,956.00**

**Adjustment**                                                           **(400.00)**
**Total Professional Services**                             **17.20**    **$3,556.00**

**Total Amount Due This Invoice**                                        **$3,556.00**

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929



# Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

August 30, 2007
**Invoice No. 306099**

For Legal Services Rendered  through 07/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90114US
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Type: UTL
Client Ref 1: DP-315307

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 07/09/07 | MB | Prepare Application | 185.00 | 0.80 | 148.00 |
| 07/10/07 | MB | Prepare Application | 185.00 | 0.80 | 148.00 |
| **Total Professional Services** | | | | **1.60** | **$296.00** |

**Total Amount Due This Invoice**                                                   $296.00

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929



## Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

August 30, 2007
**Invoice No. 306100**

For Legal Services Rendered  through 07/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:        DEP-DE90115US
           ████████████████████
           Type: UTL
           Client Ref 1: DP-315942

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 07/11/07 | MB | Prepare Application | 185.00 | 0.80 | 148.00 |
| 07/12/07 | MB | Prepare Application | 185.00 | 0.80 | 148.00 |
| **Total Professional Services** | | | | **1.60** | **$296.00** |

**Total Amount Due This Invoice**                              **$296.00**



# Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

August 30, 2007
**Invoice No. 306101**

For Legal Services Rendered  through 07/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90116US
~~Type: ...~~
Type: UTL
Client Ref 1: DP-315962

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 07/13/07 | MB | Prepare Application | 185.00 | 0.80 | 148.00 |
| 07/14/07 | MB | Prepare Application | 185.00 | 0.80 | 148.00 |
| **Total Professional Services** | | | | **1.60** | **$296.00** |

**Total Amount Due This Invoice** | | | | | **$296.00**



# Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

August 30, 2007
**Invoice No. 306102**

For Legal Services Rendered  through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:        DEP-DE90118US
           Method & Device for Sensing Biodiesel Degradation
           Client Ref 1: DP-316636

**Disbursements**

| | |
|---|---:|
| Drawings | 150.00 |
| Photocopies | 1.40 |
| **Total Disbursements** | **$151.40** |
| | |
| **Total Amount Due This Invoice** | **$151.40** |

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929