

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.　　　　　　　　　　　　　　　　　　August 30, 2007
Attn: Paul Marshall　　　　　　　　　　　　　　　　　　　　**Invoice No. 306103**
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

For Legal Services Rendered through 07/31/07

CLIENT:　DEP - Delphi Technologies Inc.

Re:　DEP-DE90119US
　　　~~Improved Nitrogen Oxide Electrodes for NO2 Cells Composed of TbCrO3Mg 2%~~
　　　Client Ref 1: DP-316748

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 07/03/07 | MEG | Review file | 275.00 | 1.50 | 412.50 |
| 07/17/07 | IK | Prepare Application | 130.00 | 1.50 | 195.00 |
| 07/22/07 | IK | Prepare Application | 130.00 | 10.00 | 1,300.00 |
| 07/23/07 | IK | Prepare Application | 130.00 | 10.00 | 1,300.00 |
| **Total Professional Services** | | | | **23.00** | **$3,207.50** |

**Total Amount Due This Invoice**　　　　　　　　　　　　　　　　　　$3,207.50

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

August 30, 2007  
**Invoice No. 306104**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90120US  
~~Hydrogen Restrictive Air Reference Channel Design~~  
Client Ref 1: DP-316514

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/31/07 | CCB | Prepare Application | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | **0.50** | **$160.00** |

**Total Amount Due This Invoice**                                           $160.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies Inc.  
Attn: James L. Funke (Cichosz)  
Legal Staff-M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

August 30, 2007  
**Invoice No. 306106**

For Legal Services Rendered through 07/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DEP0339US  
   ~~A Coating Process of Making Banded NOx Adsorber Catalyst~~  
   Type: UTL  
   Serial: ~~10/625916~~  
   File Date: 07/23/2003  
   Client Ref 1: DP-309150

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/10/07 | MB | Prepare Office Action response | 185.00 | 3.20 | 592.00 |
| **Total Professional Services** | | | | 3.20 | **$592.00** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$592.00** |

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford • Detroit • Atlanta • Washington, DC

Delphi Technologies Inc.  
Attn: James L. Funke (Cichosz)  
Legal Staff-M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

August 30, 2007  
**Invoice No. 306107**

For Legal Services Rendered through 07/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re:  DEP-DEP0350USR  
     V-Blade Impeller Design For A Regenerative Pump  
     Type: UTL  
     Serial: 10/821281  
     File Date: 04/08/2004

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/02/07 | PJC | Review Notice of Allowance, prepare file for archiving | 325.00 | 0.70 | 227.50 |
| **Total Professional Services** | | | | 0.70 | **$227.50** |

**Total Amount Due This Invoice**                                               $227.50

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South  
Bloomfield, CT 06002  
(860) 286-2929