Delphi Technologies Inc, P.O. Box 5052, Troy, Michigan 48007

Firm/Vendor Name: Cantor Colburn LLP
Firm/Vendor Address: 55 Griffin Road South
Bloomfield, CT 06002

Firm/Vendor FED ID No.: <u>06-1091957</u>      Attorney: <u>Thomas N. Twomey, Esq.</u>

Invoice Date: 10/08/07

| Your Reference No./Title | Our Reference No. | Services | Disbursements |
|---|---|---|---|
| Post-Petition Services | D200002GA | $3,367.00 | $322.21 |
| Analysis of Emergency System Using BT | DE40180AN | $640.00 | |
| Bosch Patent Assertion | DE80042AN | $2,048.00 | $1,250.48 |
| Infingement Opinion of 5,338,063 | DE80046I | $640.00 | |
| Infingement Opinion of 5,737,224 | DE80047I | $640.00 | |
| Infingement Opinion of 6,097,284 | DE80048I | $640.00 | |
| Infingement Opinion of 6,272,411 | DE80049I | $640.00 | |
| Infingement Opinion of Re 34,637 | DE80050I | $640.00 | |
| **Total Infringement/Analysis** | | $9,255.00 | $1,572.69 |
| **Total Services and Disbursements** | | $10,827.69 | |

Law Firm Approval _(signature)_      Date: 10/8/2007

Legal Staff      Date:

Legal Staff Review      Date:

Charge to: LS02-09640-5

Delphi Technologies Inc, P.O. Box 5052, Troy, Michigan 48007

Firm/Vendor Name: Cantor Colburn LLP
Firm/Vendor Address: 55 Griffin Road South
Bloomfield, CT 06002

Firm/Vendor FED ID No.: <u>06-1091957</u>     Attorney: <u>Thomas N. Twomey, Esq.</u>

Invoice Date: 10/08/07

| Your Reference No./Title | Our Reference No. | Services | Disbursements |
|---|---|---|---|
| DP-312336 | D210003US | $320.00 | $189.02 |
| DP-312081 | D210005US2 | $256.00 | $1.64 |
| DP-313039 | D210006US | $256.00 | $1.81 |
| DP-312727 | D210009US | $1,376.00 | $191.59 |
| DP-312723 | D210011US | $576.00 | $799.82 |
| DP-316240 | D210013US | $0.00 | |
| DP-315174 | D210016US | $225.00 | |
| DP-312875 | D210018US | $736.00 | |
| DP-304036 | DE30204US | $1,584.00 | |
| DP-303108 | DE30222JP | $820.00 | |
| DP-306725 | DE30274US2 | $165.00 | |
| DP-311697 | DE30342US2 | $900.00 | |
| DP-311829 | DE30347US | $1,386.00 | $3.54 |
| DP-312717 | DE30361US2 | $60.00 | |
| DP-312897 | DE30366US | $1,238.50 | |
| DP313325/DP307433CIP | DE30368USP | $1,020.00 | |
| DP-315945 | DE30396US | $0.00 | |
| DP-316370 | DE30398US | $0.00 | $100.00 |
| DP--316264 | DE30402US | $850.00 | |
| DP-311864 | DE40089US | $0.00 | |
| DP-313225 | DE40121US | $832.00 | $1,507.08 |
| DP-313710 | DE40129US4 | $2,350.50 | $17.00 |
| DP-313710 | DE40129WOP | $1,280.00 | $1,976.80 |
| DP-315148 | DE40168KR | $480.00 | $5.40 |
| DP-315148 | DE40168US2 | $1,280.00 | $1,407.67 |
| DP-315606 | DE40176US | $0.00 | |
| DP-315715 | DE40178US | | $1,392.96 |
| DP-314945 | DE50007US3 | $160.00 | |
| DP-315630 | DE50016US | $1,216.00 | |
| DP-316735 | DE50023US | $480.00 | |
| DP-313176 | DE50024US | $1,276.00 | $1.14 |
| DP-315822 | DE50025US | $1,362.00 | |
| DP-315823 | DE50026US | $1,194.00 | |
| DP-307763-Divisional | DE50029USD | $608.00 | |
| DP-310135 | DE80034US | $1,216.00 | $121.14 |
| DP-315718 | DE80039US | | $1,130.00 |
| DP-315738 | DE80040US | $0.00 | $2,605.53 |
| DP-313503 | DE90046US2 | $1,650.00 | |
| DP-315278 | DE90086US | $0.00 | |
| DP-313533 | DE90097US | | $220.00 |
| DP-316748 | DE90119US | $1,792.50 | |
| DP-316514 | DE90120US | $4,840.00 | $1,007.42 |
| DP-309150 | DEP0339US | $1,058.00 | $3.54 |

| Your Reference No./Title | Our Reference No. | Services | Disbursements |
|---|---|---|---|
| **Total Infringement/Analysis** | | $34,843.50 | $12,683.10 |
| **Total Services and Disbursements** | | $47,526.60 | |

Law Firm Approval _[signature]_                              Date: 10/8/2007

Legal Staff                                                  Date:

Legal Staff Review                                           Date:

Charge to: LS02-09640-5

October 8, 2007 Hours Worked

| Attorney Name | Initials | Title | Billing Rate | Hours | Amount |
|---|---|---|---|---|---|
| Keith Murphy | KJM | Attorney | $330.00 | 4.40 | $1,452.00 |
| Christopher Boehm | CCB | Attorney | $320.00 | 76.60 | $24,512.00 |
| Daniel Lent | DPL | Attorney | $300.00 | 0.20 | $60.00 |
| Mary Golota | MEG | Attorney | $275.00 | 5.00 | $1,375.00 |
| Daniel Bruso | DEB | Attorney | $260.00 | 12 | $3,120.00 |
| Greg O'Bradovich | GJO | Attorney | $255.00 | 11.90 | $3,034.50 |
| John Buckert | JFB | Attorney | $250.00 | 26.30 | $6,575.00 |
| Marisa Dubuc | MJD | Attorney | $245.00 | 7.20 | $1,764.00 |
| Michelle Henderson | MLH | Attorney | $230.00 | 5.80 | $1,334.00 |
| Victor Kernus | VK | Attorney | $210.00 | 16.40 | $3,444.00 |
| Vincent Ilagan | VCI | Attorney | $205.00 | 11.90 | $2,439.50 |
| Karen Jalbert | KAJ | Attorney | $205.00 | 4.00 | $820.00 |
| Nicholas Trenkle | NBT | Attorney | $185.00 | 6.70 | $1,239.50 |
| Michelle Ciotola | MPC | Attorney | $130.00 | 1.90 | $247.00 |
| James Wimpe | JEW | Agent | $130.00 | 9.00 | $1,170.00 |
| Issam Kobrsi | IK | Technical Expert | $130.00 | 17.50 | $2,275.00 |

|  |  |
|---|---|
| Total Services | $54,861.50 |
| Adjustment | ($10,763.00) |
| Total Services | $44,098.50 |

| | |
|---|---|
| **Total Analysis/Infringement Services** | $9,255.00 |
| **Total Preparation/Prosecution Services** | $34,843.50 |
| **Total Disbursements** | $14,255.79 |
| **Total Services and Disbursements** | $58,354.29 |



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford   Detroit   Atlanta   Washington, DC

Delphi  
Attn: Thomas Twomey  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007-5052

October 8, 2007  
**Invoice No. 308594**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D200002GA  
      Post-Petition Services

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/02/07 | DEB | Prepare Exhibits to Fifth Fee Application | 260.00 | 4.50 | 1,170.00 |
| 08/03/07 | DEB | Draft edit and file Fifth Fee Application | 260.00 | 7.50 | 1,950.00 |
| 08/03/07 | MPC | Assisted in preparing exhibits to fee fifth fee application | 130.00 | 1.90 | 247.00 |
| **Total Professional Services** | | | | 13.90 | **$3,367.00** |

**Disbursements**

| | |
|---|---|
| Federal Express | 322.21 |
| **Total Disbursements** | **$322.21** |

**Total Amount Due This Invoice**                    **$3,689.21**



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

October 8, 2007  
**Invoice No. 308595**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210003US  
~~Child Seat and Monitoring System~~  
Type: UTL  
Serial: ~~11/146923~~  
File Date: 06/06/2005  
Client Ref 1: DP-312336

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 08/08/07 | CCB | Revise of patents cited and related application and preparation for submitting IDS | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | **1.00** | **$320.00** |

**Disbursements**

| | |
| --- | --- |
| Government Fee for Filing IDS | 180.00 |
| Photocopies | 7.20 |
| Postage | 1.82 |
| **Total Disbursements** | **$189.02** |

**Total Amount Due This Invoice**              **$509.02**



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

October 8, 2007  
**Invoice No. 308669**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210005US2  
Child Seat Monitoring System and Method for Determining a Type of Child Se  
Type: UTL  
Serial: [redacted]  
File Date: 06/06/2005  
Client Ref 1: DP-312081

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/24/07 | CCB | Revise of patents cited and related applications and preparation for submitting and Information Disclosure Statement | 320.00 | 0.80 | 256.00 |
| **Total Professional Services** | | | | **0.80** | **$256.00** |

**Disbursements**

| | |
|---|---|
| Postage | 1.64 |
| **Total Disbursements** | **$1.64** |

**Total Amount Due This Invoice**   $257.64



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

October 8, 2007  
**Invoice No. 308597**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:       DEP-D210006US  
          Child Restraint System and Method for Monitoring Installation of the Child Restraint System  
          Type: UTL  
          Serial: 11/146926  
          File Date: 06/06/2005  
          Client Ref 1: DP-313039

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/27/07 | CCB | Revise of patent cited and related applications and preparation for submitting and IDS | 320.00 | 0.80 | 256.00 |
| **Total Professional Services** | | | | 0.80 | **$256.00** |

**Disbursements**

| | |
|---|---|
| Postage | 1.81 |
| **Total Disbursements** | **$1.81** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$257.81** |



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

October 8, 2007  
**Invoice No. 308598**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210009US  
       Child Restraint System  
       Type: UTL  
       Serial:  
       File Date: 09/08/2005  
       Client Ref 1: DP-312727

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/07/07 | CCB | Prepare Amendment | 320.00 | 0.50 | 160.00 |
| 08/21/07 | CCB | Review of patents cited and related applications and preparation for submitting and IDS | 320.00 | 0.80 | 256.00 |
| 08/21/07 | CCB | Prepare Amendment | 320.00 | 3.00 | 960.00 |
| **Total Professional Services** | | | | 4.30 | **$1,376.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Information Disclosure Statement | 180.00 |
| Photocopies | 9.60 |
| Postage | 1.99 |
| **Total Disbursements** | **$191.59** |

**Total Amount Due This Invoice**                $1,567.59

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

October 8, 2007  
**Invoice No. 308599**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210011US  
       ~~Child Restraint System With In Motion Belt Status Monitor~~  
       Type: UTL  
       Serial: ~~11/222028~~  
       File Date: 09/08/2005  
       Client Ref 1: DP-312723

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/08/07 | CCB | Review of patents cited and related applications and preparation for submitting and IDS | 320.00 | 0.80 | 256.00 |
| 08/08/07 | CCB | Prepare RCE | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | **1.80** | **$576.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Request for continued examination | 790.00 |
| Photocopies | 8.00 |
| Postage | 1.82 |
| **Total Disbursements** | **$799.82** |

**Total Amount Due This Invoice**                                           **$1,375.82**