# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

October 8, 2007  
**Invoice No. 308996**

For Legal Services Rendered through 08/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re:   DEP-D210013US  
      [redacted]  
      Type: UTL  
      Client Ref 1: DP-316240

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/02/07 | CCB | Revise claims | 320.00 | 2.00 | 640.00 |
| **Total Professional Services** | | | | | 640.00 |
| **Adjustment** | | | | | (640.00) |
| **Total Professional Services** | | | | 2.00 | $0.00 |

**Total Amount Due This Invoice**               $0.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

October 8, 2007  
**Invoice No. 308603**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210016US  
       ~~Infant/Baby Car Seat Belt Tension Sensing Element~~  
       Client Ref 1: DP-315174

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 08/06/07 | JFB | Prepare Application | 250.00 | 0.90 | 225.00 |
| **Total Professional Services** | | | | **0.90** | **$225.00** |

**Total Amount Due This Invoice**                                                                                  **$225.00**

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

October 8, 2007  
**Invoice No. 308604**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210018US  
~~Gas Generator~~  
Client Ref 1: DP-312875

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 08/20/07 | CCB | Prepare Amendment | 320.00 | 0.80 | 256.00 |
| 08/20/07 | CCB | Prepare Amendment | 320.00 | 1.50 | 480.00 |
| **Total Professional Services** | | | | 2.30 | $736.00 |

**Total Amount Due This Invoice**                                                                $736.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 8, 2007  
**Invoice No. 308608**

For Legal Services Rendered  through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30204US  
       Enhancement to Horizontally-structured Cad/Cam Model  
       Type: UTL  
       Serial: ██████  
       File Date: 10/24/2001  
       Client Ref 1: DP-304036

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/07/07 | MJD | Draft Amendment | 245.00 | 6.00 | 1,470.00 |
| 08/08/07 | MJD | Prepare Amendment | 245.00 | 1.00 | 245.00 |
| 08/13/07 | MJD | Prepare Amendment | 245.00 | 0.20 | 49.00 |

| | |
|---|---|
| **Total Professional Services** | 1,764.00 |
| **Adjustment** | (180.00) |
| **Total Professional Services**   7.20 | $1,584.00 |
| **Total Amount Due This Invoice** | $1,584.00 |

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 8, 2007  
**Invoice No. 308609**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30222JP  
Type: UTL  
Serial:  
File Date: 06/29/2001  
Client Ref 1: DP-303108

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/13/07 | KAJ | Review Japanese Final Office Action and newly cited references; Prepare letter to ████ in response to Office Action for ████ | 205.00 | 4.00 | 820.00 |
| **Total Professional Services** | | | | **4.00** | **$820.00** |

**Total Amount Due This Invoice**                                                                    **$820.00**

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 8, 2007  
**Invoice No. 308612**

For Legal Services Rendered through 08/31/07

CLIENT: DEP - Delphi Technologies Inc.

Re: DEP-DE30274US2  
Method for [redacted]  
Type: UTL  
Serial: [redacted]  
File Date: 02/05/2003  
Client Ref 1: DP-306725

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/22/07 | KJM | Review Office Action | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | **0.50** | **$165.00** |

**Total Amount Due This Invoice**      $165.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 8, 2007  
**Invoice No. 308668**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30342US2  
~~Valve Front Steering Actuator~~  
Type: UTL  
Serial: ~~11/218499~~  
File Date: 09/02/2005  
Client Ref 1: DP-311697

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/09/07 | JEW | Prepare response to Office Action. | 130.00 | 3.50 | 455.00 |
| 08/10/07 | JEW | Prepare response to Office Action. | 130.00 | 2.00 | 260.00 |
| 08/13/07 | JEW | Prepare response to Office Action | 130.00 | 2.50 | 325.00 |
| 08/14/07 | KJM | Review response | 330.00 | 0.20 | 66.00 |
| 08/14/07 | JEW | Prepare response to Office Action | 130.00 | 1.00 | 130.00 |

**Total Professional Services**                                                1,236.00

**Adjustment**                                                                  (336.00)  
**Total Professional Services**                                 9.20           $900.00

**Total Amount Due This Invoice**                                              $900.00

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 8, 2007  
**Invoice No. 308614**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30347US  
       ~~Simple and Low-Cost Motor Position Sensor~~  
       Type: UTL  
       Serial: ~~10/971440~~  
       File Date: 10/22/2004  
       Client Ref 1: DP-311829

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/07 | KJM | Review Office Action | 330.00 | 0.50 | 165.00 |
| 08/06/07 | GJO | Prepare Amendment | 255.00 | 0.50 | 127.50 |
| 08/07/07 | KJM | Review Office Action | 330.00 | 0.30 | 99.00 |
| 08/07/07 | GJO | Prepare Amendment | 255.00 | 0.50 | 127.50 |
| 08/13/07 | GJO | Prepare Amendment | 255.00 | 3.00 | 765.00 |
| 08/15/07 | GJO | Prepare Amendment | 255.00 | 0.30 | 76.50 |
| 08/27/07 | GJO | Prepare Amendment | 255.00 | 0.10 | 25.50 |
| **Total Professional Services** | | | | **5.20** | **$1,386.00** |

**Disbursements**

| | |
|---|---|
| Postage | 3.54 |
| **Total Disbursements** | **$3.54** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$1,389.54** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 8, 2007  
**Invoice No. 308616**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE30361US2  
~~Parking Assist Utilizing Steering System~~  
Type: UTL  
Serial: ~~11/851,980~~  
File Date: 02/10/2006  
Client Ref 1: DP-312717

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/06/07 | DPL | File Status Request | 300.00 | 0.20 | 60.00 |
| **Total Professional Services** | | | | **0.20** | **$60.00** |

**Total Amount Due This Invoice**                                                                   **$60.00**

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 8, 2007  
**Invoice No. 308617**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30366US  
~~Variable Effort Steering System with Leads and Pulls Compensation~~  
Type: UTL  
Serial: [REDACTED]  
File Date: 05/05/2005  
Client Ref 1: DP-312897

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/02/07 | VK | Review specification, claims, and office action. | 210.00 | 1.70 | 357.00 |
| 08/03/07 | VK | Prepare Amendment | 210.00 | 0.10 | 21.00 |
| 08/06/07 | VK | Prepare response to office action | 210.00 | 2.30 | 483.00 |
| 08/09/07 | KJM | Review response to office action | 330.00 | 0.70 | 231.00 |
| 08/09/07 | KJM | Review response to office action | 330.00 | 0.70 | 231.00 |
| 08/10/07 | VK | Prepare Amendment | 210.00 | 0.30 | 63.00 |

| | | | |
|---|---|---|---|
| **Total Professional Services** | | | 1,386.00 |
| **Adjustment** | | | (147.50) |
| **Total Professional Services** | | 5.80 | $1,238.50 |
| **Total Amount Due This Invoice** | | | $1,238.50 |