# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 8, 2007  
**Invoice No. 308618**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30368USP  
　　　　[redacted]  
　　　　Type: UTL  
　　　　Serial: [redacted]  
　　　　File Date: 02/08/2006  
　　　　Client Ref 1: DP313325/DP307433CIP

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/06/07 | GJO | Prepare Amendment | 255.00 | 4.00 | 1,020.00 |
| **Total Professional Services** | | | | 4.00 | $1,020.00 |

**Total Amount Due This Invoice**　　　　　　　　　　　　　　　　　　　　$1,020.00



## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 8, 2007  
**Invoice No. 308619**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30396US  
~~Drowsy Driver Detection and Response~~  
Type: UTL  
Client Ref 1: DP-315945

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/03/07 | GJO | Prepare Application | 255.00 | 2.00 | 510.00 |
| 08/10/07 | GJO | Prepare Application | 255.00 | 1.50 | 382.50 |

| | | |
|---|---|---|
| **Total Professional Services** | | 892.50 |
| **Adjustment** | | (892.50) |
| **Total Professional Services** | 3.50 | $0.00 |

**Total Amount Due This Invoice**                                                                    $0.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 8, 2007  
**Invoice No. 308514**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30398US  
~~Design Methodologies for VES Actuator~~  
Type: UTL  
Client Ref 1: DP-316370

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/09/07 | KJM | Review application | 330.00 | 0.20 | 66.00 |
| 08/09/07 | MLH | Revise application to include new figures | 230.00 | 1.20 | 276.00 |
| 08/13/07 | KJM | Review application | 330.00 | 1.00 | 330.00 |
| 08/13/07 | MLH | Prepare Application | 230.00 | 0.70 | 161.00 |
| 08/14/07 | MLH | Prepare Application | 230.00 | 0.70 | 161.00 |
| 08/20/07 | KJM | Review application | 330.00 | 0.30 | 99.00 |
| 08/20/07 | MLH | Draft application | 230.00 | 2.40 | 552.00 |
| 08/21/07 | MLH | Prepare Application | 230.00 | 0.80 | 184.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 1,829.00 |
| **Adjustment** | | (1,829.00) |
| **Total Professional Services** | 7.30 | $0.00 |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Provisional Application | 100.00 |
| **Total Disbursements** | **$100.00** |

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 8, 2007

Invoice No. 308514

CLIENT    Delphi Technologies Inc.

**Total Amount Due This Invoice**                                                                $100.00

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 8, 2007  
**Invoice No. 308620**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30402US  
~~Handwheel Torqued Based Center Determination for Electric Power Steering~~  
Type: UTL  
Client Ref 1: DP--316264

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| 08/02/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| 08/06/07 | JFB | Prepare Application | 250.00 | 1.40 | 350.00 |
| **Total Professional Services** | | | | 3.40 | $850.00 |

**Total Amount Due This Invoice**                    $850.00

## Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

October 8, 2007  
**Invoice No. 308622**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40089US  
~~Reduced Cost Curtain Design~~  
Type: UTL  
Serial: [redacted]  
File Date: 08/10/2004  
Client Ref 1: DP-311864

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/22/07 | CCB | Prepare Amendment | 320.00 | 0.80 | 256.00 |
| 08/22/07 | NBT | Prepare Amendment | 185.00 | 5.00 | 925.00 |
| **Total Professional Services** | | | | | 1,181.00 |
| **Adjustment** | | | | | (1,181.00) |
| **Total Professional Services** | | | | 5.80 | $0.00 |

**Total Amount Due This Invoice**                                                                $0.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

October 8, 2007  
**Invoice No. 308623**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE40121US  
~~Low Cost Method for Low Risk Deploy Passenger Airbag Squib Powered Flat Proximity Sensor~~  
Type: UTL  
Serial: 11/265064  
File Date: 11/02/2005  
Client Ref 1: DP-313225

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/02/07 | CCB | Prepare petition to revive | 320.00 | 0.30 | 96.00 |
| 08/03/07 | CCB | Prepare petition to revive | 320.00 | 0.50 | 160.00 |
| 08/06/07 | CCB | Prepare petition to revive | 320.00 | 0.50 | 160.00 |
| 08/07/07 | CCB | Prepare petition | 320.00 | 0.30 | 96.00 |
| 08/08/07 | CCB | Prepare petition to revive | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | **2.60** | **$832.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Petition to revive | 1,500.00 |
| Photocopies | 5.60 |
| Postage | 1.48 |
| **Total Disbursements** | **$1,507.08** |

**Total Amount Due This Invoice**                                                                $2,339.08



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

October 8, 2007  
**Invoice No. 308662**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE40129US4  
~~Seat Belt Buckle~~  
Client Ref 1: DP-313710

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/03/07 | CCB | Prepare Application | 320.00 | 0.50 | 160.00 |
| 08/07/07 | CCB | Prepare Application | 320.00 | 2.00 | 640.00 |
| 08/09/07 | CCB | Prepare Application | 320.00 | 3.00 | 960.00 |
| 08/10/07 | CCB | Prepare Application | 320.00 | 1.50 | 480.00 |
| 08/12/07 | CCB | Prepare Application | 320.00 | 8.00 | 2,560.00 |
| 08/14/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |

Total Professional Services                5,120.00

**Adjustment**                              (2,769.50)  
**Total Professional Services**       16.00    $2,350.50

**Disbursements**

Photocopies                                   12.40  
Postage                                        4.60  
**Total Disbursements**                      $17.00

**Total Amount Due This Invoice**           $2,367.50



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

October 8, 2007  
**Invoice No. 308664**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE40129WOP  
~~Seat Belt Buckle for use With Pretensioner~~  
Client Ref 1: DP-313710

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/13/07 | CCB | Prepare PCT application | 320.00 | 1.00 | 320.00 |
| 08/13/07 | CCB | Prepare Application | 320.00 | 2.00 | 640.00 |
| 08/14/07 | CCB | Prepare PCT application | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | 4.00 | $1,280.00 |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Transmittal Fee | 300.00 |
| Government Fee for Filing PCT Search | 300.00 |
| Government Fee for Filing International | 1,008.00 |
| Government Fee for Filing Additional Pages | 336.00 |
| Government Fee for Filing Priority Document | 20.00 |
| Photocopies | 12.80 |
| **Total Disbursements** | **$1,976.80** |

**Total Amount Due This Invoice**     **$3,256.80**

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

October 8, 2007  
**Invoice No. 308625**

For Legal Services Rendered through 08/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE40168KR  
~~Clutch Device for Seatbelt Retractor~~  
Client Ref 1: DP-315148

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/13/07 | CCB | Prepare Korean application | 320.00 | 0.50 | 160.00 |
| 08/13/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | **1.50** | **$480.00** |

**Disbursements**

| | |
|---|---|
| Postage | 5.40 |
| **Total Disbursements** | **$5.40** |

**Total Amount Due This Invoice**                                                                   $485.40