# Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

October 8, 2007  
**Invoice No. 308663**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40168US2  
  
Application

Client Ref 1: DP-315148

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/03/07 | CCB | Prepare Application | 320.00 | 1.50 | 480.00 |
| 08/06/07 | CCB | Prepare Application | 320.00 | 0.50 | 160.00 |
| 08/07/07 | CCB | Prepare Application | 320.00 | 2.00 | 640.00 |
| **Total Professional Services** | | | | **4.00** | **$1,280.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Utility Application Filing | 300.00 |
| Government Fee for Filing Utility Search | 500.00 |
| Government Fee for Filing Utility Examination | 200.00 |
| Government Fee for Filing 2 Extra Claims | 100.00 |
| Government Fee for Filing 1 Extra Independent Claim | 200.00 |
| Government Fee for Filing Assignment | 40.00 |
| Government Fee for Filing Online Order of Certified copy of patent application from USPTO | 20.00 |
| File History | 45.00 |
| Postage | 2.67 |
| **Total Disbursements** | **$1,407.67** |

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

October 8, 2007

Invoice No. 308663

CLIENT   Delphi Technologies Inc.

**Total Amount Due This Invoice**   $2,687.67



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

October 8, 2007  
**Invoice No. 308627**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE40176US  
~~Secure Portable Storage of Digital Programming Content~~  
Type: UTL  
Client Ref 1: DP-315606

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/16/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| **Total Professional Services** | | | | | **250.00** |
| **Adjustment** | | | | | **(250.00)** |
| **Total Professional Services** | | | | 1.00 | **$0.00** |
| **Total Amount Due This Invoice** | | | | | **$0.00** |



## Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

October 8, 2007  
**Invoice No. 308628**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40178US  
~~GM Wireless Vehicle Audio Interface~~  
Type: UTL  
Client Ref 1: DP-315715

**Disbursements**

| | |
|---|---:|
| Government Fee for Filing Utlity Application | 300.00 |
| Government Fee for Filing Utility Search | 500.00 |
| Government Fee for Filing Utility Examination | 200.00 |
| Government Fee for Filing Claims in Excess of 20 | 150.00 |
| Government Fee for Filing Independent Claims in Excess of 3 | 200.00 |
| Government Fee for Filing Assignment | 40.00 |
| Postage | 2.96 |
| **Total Disbursements** | **$1,392.96** |
| | |
| **Total Amount Due This Invoice** | **$1,392.96** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

October 8, 2007  
**Invoice No. 308630**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE40180AN

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/03/07 | CCB | Review patents submitted by  | 320.00 | 0.50 | 160.00 |
| 08/14/07 | CCB | Review patents for meeting | 320.00 | 1.50 | 480.00 |
| **Total Professional Services** | | | | **2.00** | **$640.00** |

**Total Amount Due This Invoice**                                             $640.00

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

October 8, 2007  
**Invoice No. 308665**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50007US3  
Apparatus and Method for [REDACTED]  
Client Ref 1: DP-314945

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/25/07 | CCB | Prepare Application | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | **0.50** | **$160.00** |

**Total Amount Due This Invoice**                                                                         $160.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

October 8, 2007  
**Invoice No. 308635**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50016US  
      ~~Safety Latch~~  
      Type: UTL  
      Client Ref 1: DP-315630

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/03/07 | CCB | Prepare Application | 320.00 | 2.30 | 736.00 |
| 08/06/07 | CCB | Prepare Application | 320.00 | 1.50 | 480.00 |
| **Total Professional Services** | | | | 3.80 | $1,216.00 |

**Total Amount Due This Invoice**                                        $1,216.00

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

October 8, 2007  
**Invoice No. 308638**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:       DEP-DE50023US  
          ~~Detent Actuator Geometry~~  
          Client Ref 1: DP-316735

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/06/07 | CCB | Prepare Application | 320.00 | 1.50 | 480.00 |
| **Total Professional Services** | | | | **1.50** | **$480.00** |

**Total Amount Due This Invoice**                                                   $480.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

October 8, 2007  
**Invoice No. 308640**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50024US  
Method and Device for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓  
Client Ref 1: DP-313176

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/17/07 | VK | Prepare office action response | 210.00 | 0.40 | 84.00 |
| 08/17/07 | VK | Prepare Amendment | 210.00 | 2.30 | 483.00 |
| 08/20/07 | CCB | Prepare Amendment | 320.00 | 0.20 | 64.00 |
| 08/20/07 | VK | Draft proposed claims | 210.00 | 1.40 | 294.00 |
| 08/21/07 | VK | Prepare Amendment | 210.00 | 0.30 | 63.00 |
| 08/23/07 | CCB | Prepare Amendment | 320.00 | 0.90 | 288.00 |
| **Total Professional Services** | | | | **5.50** | **$1,276.00** |

**Disbursements**

| | |
|---|---|
| Postage | 1.14 |
| **Total Disbursements** | **$1.14** |

**Total Amount Due This Invoice**                                                                                            **$1,277.14**

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

October 8, 2007  
**Invoice No. 308641**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50025US  
~~[redacted]~~  
Client Ref 1: DP-315822

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/15/07 | VK | Telephone conference with Chris Boehm re: handling cases | 210.00 | 0.20 | 42.00 |
| 08/16/07 | CCB | Prepare Application | 320.00 | 0.20 | 64.00 |
| 08/16/07 | VK | Prepare provisional application | 210.00 | 0.50 | 105.00 |
| 08/17/07 | CCB | Prepare Application | 320.00 | 0.30 | 96.00 |
| 08/21/07 | CCB | Prepare Application | 320.00 | 0.20 | 64.00 |
| 08/21/07 | VK | Telephone conference with Inventors and Chris Boehm re: application | 210.00 | 0.30 | 63.00 |
| 08/22/07 | CCB | Prepare Application and meet with inventors | 320.00 | 0.80 | 256.00 |
| 08/23/07 | VK | Draft claims | 210.00 | 3.00 | 630.00 |
| 08/28/07 | VK | Correspondence with Chris Boehm re: application | 210.00 | 0.20 | 42.00 |
| **Total Professional Services** | | | | 5.70 | **$1,362.00** |

**Total Amount Due This Invoice**                                                                $1,362.00