

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

October 8, 2007  
**Invoice No. 308642**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50026US  
~~Unidirectional Variable Output cam Grinding Etc~~  
Client Ref 1: DP-315823

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/15/07 | VK | Download and print out cases for review | 210.00 | 0.10 | 21.00 |
| 08/15/07 | VK | Review prior art for provisional application | 210.00 | 0.50 | 105.00 |
| 08/16/07 | CCB | Prepare Application | 320.00 | 0.20 | 64.00 |
| 08/16/07 | VK | Review provisional application | 210.00 | 0.50 | 105.00 |
| 08/17/07 | CCB | Prepare Application | 320.00 | 0.20 | 64.00 |
| 08/21/07 | CCB | Prepare Application | 320.00 | 0.30 | 96.00 |
| 08/21/07 | VK | Telephone conference with Inventors and Chris Boehm re: application | 210.00 | 0.30 | 63.00 |
| 08/22/07 | CCB | Prepare Application | 320.00 | 0.80 | 256.00 |
| 08/23/07 | VK | Draft claims | 210.00 | 1.50 | 315.00 |
| 08/24/07 | VK | Emailed scanned figures to Inventor; review application | 210.00 | 0.20 | 42.00 |
| 08/28/07 | VK | Prepare figures; email to Chris Boehm re: figures | 210.00 | 0.30 | 63.00 |
| **Total Professional Services** | | | | 4.90 | $1,194.00 |

**Total Amount Due This Invoice**    $1,194.00

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.
Attn: Patrick M. Griffin
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007

October 8, 2007
**Invoice No. 308643**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50029USD
      ~~Underfill Method~~
      Client Ref 1: DP-307763-Divisional

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/15/07 | CCB | Prepare Amendment | 320.00 | 1.40 | 448.00 |
| 08/30/07 | CCB | Prepare Amendment | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | **1.90** | **$608.00** |

**Total Amount Due This Invoice**                                $608.00

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

October 8, 2007  
**Invoice No. 308645**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE80034US  
~~Pension Sensing Assembly~~  
Type: UTL  
Serial: ~~[redacted]~~  
File Date: 04/22/2004  
Client Ref 1: DP-310135

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/27/07 | CCB | Prepare Amendment | 320.00 | 3.00 | 960.00 |
| 08/29/07 | CCB | Prepare Amendment | 320.00 | 0.80 | 256.00 |
| **Total Professional Services** | | | | **3.80** | **$1,216.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing one month extension of time | 120.00 |
| Postage | 1.14 |
| **Total Disbursements** | **$121.14** |

**Total Amount Due This Invoice**    $1,337.14



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

October 8, 2007  
**Invoice No. 308647**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80039US  
~~Assembled Then Formed SWA Molding Assembly~~  
Type: UTL  
Client Ref 1: DP-315718

**Disbursements**

| | |
|---|---:|
| Government Fee for Filing Utility Application | 300.00 |
| Government Fee for Filing Utility Search | 500.00 |
| Government Fee for Filing Utility Examination | 200.00 |
| Government Fee for Filing Declaration | 130.00 |
| **Total Disbursements** | **$1,130.00** |
| **Total Amount Due This Invoice** | **$1,130.00** |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

October 8, 2007  
**Invoice No. 308648**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80040US  
~~Initiator Cup to Base Plate DP-Welding~~  
Type: UTL  
Client Ref 1: DP-315738

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 08/01/07 | JFB | Prepare Application | 250.00 | 0.70 | 175.00 |
| 08/02/07 | CCB | Review claims | 320.00 | 0.30 | 96.00 |
| 08/15/07 | NBT | Revise Application | 185.00 | 1.50 | 277.50 |
| 08/28/07 | JFB | Prepare Application | 250.00 | 0.50 | 125.00 |
| 08/28/07 | NBT | Revise Application | 185.00 | 0.20 | 37.00 |

**Total Professional Services**                                  710.50

**Adjustment**                                                    (710.50)  
**Total Professional Services**                          3.20    $0.00

**Disbursements**

| | |
| --- | --- |
| Government Fee for Filing Utility Application | 300.00 |
| Government Fee for Filing Utility Search | 500.00 |
| Government Fee for Filing Utility Examination | 200.00 |
| Government Fee for Filing 15 Additional Claims | 750.00 |
| Government Fee for Filing 4 Additional Independent Claims | 800.00 |
| Government Fee for Filing Assignment | 40.00 |
| Photocopies | 13.40 |

**Total Disbursements**                                         $2,603.40

Delphi Technologies, Inc.
Attn: Jimmy L. Funke
P.O. Box 5052
Troy, MI 48007

October 8, 2007

Invoice No. 308648

CLIENT    Delphi Technologies Inc.

**Total Amount Due This Invoice**                                                                 **$2,603.40**

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

October 8, 2007  
**Invoice No. 308650**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80042AN  
       [redacted]

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/02/07 | CCB | Review court docket and request documents relative to the [redacted] hearing, file request with the Arizona Court | 320.00 | 0.80 | 256.00 |
| 08/08/07 | CCB | Research opinions | 320.00 | 1.00 | 320.00 |
| 08/09/07 | CCB | Research analysis | 320.00 | 1.00 | 320.00 |
| 08/09/07 | CCB | Research opinions | 320.00 | 2.00 | 640.00 |
| 08/13/07 | CCB | Review court documents | 320.00 | 0.50 | 160.00 |
| 08/15/07 | CCB | Review [redacted] Brief and order in [redacted] | 320.00 | 1.10 | 352.00 |

**Total Professional Services**                                6.40    **$2,048.00**

**Disbursements**

| | |
|---|---|
| Copies of Court Documents | 1,124.00 |
| Federal Express | 126.48 |
| **Total Disbursements** | **$1,250.48** |

**Total Amount Due This Invoice**                                          **$3,298.48**



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

October 8, 2007  
**Invoice No. 308651**

For Legal Services Rendered through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80046I  
Infingement Opinion of 5,338,063

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/09/07 | CCB | Research opinions | 320.00 | 0.50 | 160.00 |
| 08/13/07 | CCB | Research opinions | 320.00 | 0.50 | 160.00 |
| 08/15/07 | CCB | Research opinions | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | **2.00** | **$640.00** |

**Total Amount Due This Invoice**                    $640.00

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

October 8, 2007  
**Invoice No. 308652**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE800471  
       Infingement Opinion of 5,737,224

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/09/07 | CCB | Research opinions | 320.00 | 0.50 | 160.00 |
| 08/13/07 | CCB | Research opinion | 320.00 | 0.50 | 160.00 |
| 08/15/07 | CCB | Research opinions | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | 2.00 | $640.00 |

**Total Amount Due This Invoice**                                                $640.00



# Cantor Colburn LLP

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

October 8, 2007  
**Invoice No. 308653**

For Legal Services Rendered through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE800481  
       Infingement Opinion of 

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/09/07 | CCB | Research opinions | 320.00 | 0.50 | 160.00 |
| 08/13/07 | CCB | Research opinion | 320.00 | 0.50 | 160.00 |
| 08/15/07 | CCB | Research opinions | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | **2.00** | **$640.00** |

**Total Amount Due This Invoice**                         $640.00