

# Cantor Colburn LLP

Intellectual Property Attorneys

### Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.
Attn: Jimmy L. Funke
P.O. Box 5052
Troy, MI 48007

October 8, 2007
**Invoice No. 308654**

For Legal Services Rendered  through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:      DEP-DE80049I
         Infringement Opinion of 

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 08/09/07 | CCB | Research opinions | 320.00 | 0.50 | 160.00 |
| 08/13/07 | CCB | Research opinion | 320.00 | 0.50 | 160.00 |
| 08/15/07 | CCB | Research opinions | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | **2.00** | **$640.00** |

**Total Amount Due This Invoice**                                    $640.00



# Cantor Colburn LLP
Intellectual Property Attorneys

### Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Jimmy L. Funke
P.O. Box 5052
Troy, MI 48007

October 8, 2007
**Invoice No. 308655**

For Legal Services Rendered  through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:       DEP-DE80050I
          Infingement Opinion of Re 

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 08/09/07 | CCB | Research opinions | 320.00 | 0.50 | 160.00 |
| 08/13/07 | CCB | Research opinion | 320.00 | 0.50 | 160.00 |
| 08/15/07 | CCB | Research opinions | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | **2.00** | **$640.00** |

| **Total Amount Due This Invoice** | **$640.00** |
|---|---|



# Cantor Colburn LLP

Intellectual Property Attorneys

## Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

October 8, 2007
**Invoice No. 308670**

For Legal Services Rendered  through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    **DEP-DE90046US2**
~~Heat Flow Control for Thermal Imaging Device~~
Type: UTL
Serial: ▓▓▓▓▓▓
File Date: 02/14/2006
Client Ref 1: DP-313503

## Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 08/09/07 | VCI | Prepare Response to Office Action | 205.00 | 7.60 | 1,558.00 |
| 08/10/07 | VCI | Prepare Response to Office Action | 205.00 | 4.30 | 881.50 |

| **Total Professional Services** | | | | | **2,439.50** |
|---|---|---|---|---|---|
| **Adjustment** | | | | | (789.50) |
| **Total Professional Services** | | | | 11.90 | $1,650.00 |

| **Total Amount Due This Invoice** | | | | | **$1,650.00** |
|---|---|---|---|---|---|

# CC

## Cantor Colburn LLP
### Intellectual Property Attorneys

## Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.                                   October 8, 2007
Attn: Paul Marshall                              **Invoice No. 308657**
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

For Legal Services Rendered  through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:      DEP-DE90086US
         ~~Independent Converter Catalyst Support System~~
         Type: UTL
         Client Ref 1: DP-315278

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 08/02/07 | CCB | Telephone conference with ~~Josh Haines~~ re: application | 320.00 | 0.20 | 64.00 |
| **Total Professional Services** | | | | | **64.00** |
| **Adjustment** | | | | | **(64.00)** |
| **Total Professional Services** | | | | 0.20 | **$0.00** |
| **Total Amount Due This Invoice** | | | | | **$0.00** |

# C C

## Cantor Colburn LLP

*Intellectual Property Attorneys*

### Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

October 8, 2007
**Invoice No. 308658**

For Legal Services Rendered  through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:        DEP-DE90097US
           Systematic Approach to Enhance Conventional and SSA Systems
           Type: UTL
           Client Ref 1: DP-313533

**Disbursements**

| | |
|---|---|
| Drawings | 220.00 |
| **Total Disbursements** | **$220.00** |
| | |
| **Total Amount Due This Invoice** | **$220.00** |



## Cantor Colburn LLP

Intellectual Property Attorneys

Hartford     Detroit     Atlanta     Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

October 8, 2007
**Invoice No. 308659**

For Legal Services Rendered  through 08/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90119US
~~Improved Nitrogen Oxide Electrodes for NO2 Cells Composed of LaCrO3 and ...~~
Client Ref 1: DP-316748

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 08/14/07 | IK | Prepare Application | 130.00 | 10.00 | 1,300.00 |
| 08/15/07 | IK | Prepare Application | 130.00 | 7.50 | 975.00 |

**Total Professional Services** 2,275.00

**Adjustment** (482.50)
**Total Professional Services** 17.50 $1,792.50

**Total Amount Due This Invoice** $1,792.50

## CC

### Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

October 8, 2007
**Invoice No. 308660**

For Legal Services Rendered  through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90120US
~~Hydrogen Restrictive Air Reference Channel Design~~
Client Ref 1: DP-316514

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 08/03/07 | CCB | Prepare Application | 320.00 | 0.20 | 64.00 |
| 08/06/07 | JFB | Prepare Application | 250.00 | 4.10 | 1,025.00 |
| 08/07/07 | JFB | Prepare Application | 250.00 | 3.00 | 750.00 |
| 08/08/07 | JFB | Prepare Application | 250.00 | 9.00 | 2,250.00 |
| 08/13/07 | JFB | Prepare Application | 250.00 | 3.70 | 925.00 |

| **Total Professional Services** | | | | | **5,014.00** |
|------|----------|----------|------|-------|--------|
| **Adjustment** | | | | | **(174.00)** |
| **Total Professional Services** | | | | **20.00** | **$4,840.00** |

**Disbursements**

| | | |
|---|---|---|
| Government Fee for Filing | | 300.00 |
| Government Fee for Filing | | 500.00 |
| Government Fee for Filing | | 200.00 |
| Photocopies | | 5.60 |
| Postage | | 1.82 |
| **Total Disbursements** | | **$1,007.42** |

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

October 8, 2007

**Invoice No. 308660**

CLIENT    Delphi Technologies Inc.

**Total Amount Due This Invoice**                                          **$5,847.42**

**C C**

## Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies Inc.                                          October 8, 2007
Attn: James L. Funke (Cichosz)                              **Invoice No. 308661**
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007

For Legal Services Rendered  through 08/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DEP0339US
       A Coating Process Of Making Banded Nox Adsorber Catalyst
       Type: UTL
       Serial: 10/625919
       File Date: 07/23/2003
       Client Ref 1: DP-309150

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 08/02/07 | MEG | Prepare Amendment | 275.00 | 5.00 | 1,375.00 |
| **Total Professional Services** | | | | | **1,375.00** |

| **Adjustment** | | | | | **(317.00)** |
|------|----------|----------|------|-------|--------|
| **Total Professional Services** | | | | **5.00** | **$1,058.00** |

**Disbursements**

| | |
|---|---|
| Photocopies | 2.40 |
| Postage | 1.14 |
| **Total Disbursements** | **$3.54** |

| **Total Amount Due This Invoice** | **$1,061.54** |
|---|---|