October 15, 2007 Hours Worked

| Attorney Name | Initials | Title | Billing Rate | Hours | Amount |
|---|---|---|---|---|---|
| Keith Murphy | KJM | Attorney | $330.00 | 9.50 | $3,135.00 |
| Pamela Curbelo | PJC | Attorney | $325.00 | 0.50 | $162.50 |
| Christopher Boehm | CCB | Attorney | $320.00 | 67.40 | $21,568.00 |
| Greg O'Bradovich | GJO | Attorney | $255.00 | 5.00 | $1,275.00 |
| John Buckert | JFB | Attorney | $250.00 | 50.70 | $12,675.00 |
| Victor Kernus | VK | Attorney | $210.00 | 24.40 | $5,124.00 |
| Vincent Ilagan | VCI | Attorney | $205.00 | 14.90 | $3,054.50 |
| Blake Dorr | BD | Attorney | $205.00 | 7.40 | $1,517.00 |
| Nicholas Trenkle | NBT | Attorney | $185.00 | 2.20 | $407.00 |

|  |  |
|---|---|
| Total Services | $48,918.00 |
| Adjustment | ($11,042.50) |
| Total Services | $37,875.50 |

| | | |
|---|---|---|
| Total Preparation/Prosecution Services | $37,875.50 | |
| Total Disbursements | | $20,777.71 |
| Total Services and Disbursements | | $58,653.21 |

Delphi Technologies Inc, P.O. Box 5052, Troy, Michigan 48007

Firm/Vendor Name: Cantor Colburn LLP
Firm/Vendor Address:     55 Griffin Road South
                Bloomfield, CT 06002

Firm/Vendor FED ID No.: <u>06-1091957</u>        Attorney: <u>Thomas N. Twomey, Esq.</u>

Invoice Date: 10/15/07

| Your Reference No./Title | Our Reference No. | Services | Disbursements |
|---|---|---:|---:|
| DP-316240 | D210013US | $0.00 | |
| DP-309242 | D210015US | $1,750.00 | $500.00 |
| DP-315174 | D210016US | $4,375.00 | |
| DP-312875 | D210018US | $914.00 | $451.31 |
| DP-303823-D3 | DE30165USD3 | $858.00 | $1,200.00 |
| DP-309180/DP-311094 | DE30329US3 | $729.00 | |
| DP-310533 | DE30330US2 | $165.00 | |
| DP-316969 | DE30330USP | $264.00 | |
| DP-310838 | DE30335US | $165.00 | |
| DP-311829 | DE30347US | $226.50 | |
| DP313325/DP307433CIP | DE30368USP | $165.00 | |
| DP-312657 | DE30375US2 | $127.50 | |
| DP-315550 | DE30395US | $264.00 | |
| DP-315945 | DE30396US | $0.00 | |
| DP-316264 | DE30402US | $3,485.00 | |
| DP-316957 | DE30404US | $1,682.00 | $22.97 |
| DP-311864 | DE40089US | $480.00 | $910.00 |
| DP-313710 | DE40129US4 | $160.00 | $1,171.31 |
| DP-313710 | DE40129WOP | | $700.00 |
| DP-315148 | DE40168KR | | $2,561.99 |
| DP-315148 | DE40168US2 | | $30.24 |
| DP-315606 | DE40176US | $0.00 | |
| DP-314945 | DE50007US3 | $1,280.00 | $2.16 |
| DP-314945 | DE50007WO | $960.00 | $2,378.32 |
| DP-315630 | DE50016US | $640.00 | $201.82 |
| DP-315822 | DE50025US | $3,638.00 | $4.60 |
| DP-315822 | DE50025WO | $1,280.00 | $2,424.00 |
| DP-315823 | DE50026US | $3,806.00 | $2.84 |
| DP-315823 | DE50026WO | $960.00 | $2,328.00 |
| DP-309960-DIV | DE50027USD | $1,632.00 | $451.14 |
| DP-308617 | DE50028US | $1,650.00 | $1,811.31 |
| DP-307763-Divisional | DE50029USD | $1,042.00 | $1,810.58 |
| DP-316394 | DE50030US | $64.00 | |
| DP-315625 | DE80027US | $320.00 | |
| DP-310135 | DE80034US | $736.00 | |
| DP-315839 | DE80037US | $3,520.00 | |
| DP-315738 | DE80040US | $0.00 | |
| DP-313503 | DE90046US2 | $0.00 | |
| DP-315278 | DE90086US | $0.00 | $1,442.67 |
| DP-315379 | DE90101US | $375.00 | $372.45 |
| DP-308685 | DEP0327US | $162.50 | |

**Total Preparation/Prosecution** $37,875.50 $20,777.71

| Your Reference No./Title | Our Reference No. | Services | Disbursements |
|---|---|---|---|

**Total Services and Disbursements**  $58,653.21

Law Firm Approval                                                         Date:  10/15/2007

Legal Staff                                                                      Date:

Legal Staff Review                                                        Date:

Charge to: LS02-09640-5



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.
Attn: Douglas Fekete
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007

October 15, 2007
**Invoice No. 309778**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210013US
      [redacted]
      Type: UTL
      Client Ref 1: DP-316240

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/10/07 | VCI | Revise application | 205.00 | 1.60 | 328.00 |
| 09/11/07 | VCI | Revise application | 205.00 | 8.90 | 1,824.50 |
| 09/12/07 | VCI | Revise application | 205.00 | 4.40 | 902.00 |
| 09/13/07 | CCB | Revise Application | 320.00 | 0.30 | 96.00 |

**Total Professional Services**                                3,150.50

**Adjustment**                                                (3,150.50)
**Total Professional Services**                     15.20        $0.00

**Total Amount Due This Invoice**                                $0.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

October 15, 2007  
**Invoice No. 309779**

For Legal Services Rendered through 09/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210015US  
~~[redacted]~~  
Client Ref 1: DP-309242

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/27/07 | JFB | Prepare reply brief | 250.00 | 3.00 | 750.00 |
| 09/28/07 | JFB | Prepare reply brief | 250.00 | 4.00 | 1,000.00 |
| **Total Professional Services** | | | | 7.00 | $1,750.00 |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing | 500.00 |
| **Total Disbursements** | **$500.00** |

**Total Amount Due This Invoice**                                    $2,250.00

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

October 15, 2007  
**Invoice No. 309780**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210016US  
~~[redacted]~~  
Client Ref 1: DP-315174

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/21/07 | JFB | Prepare Application | 250.00 | 0.50 | 125.00 |
| 09/24/07 | JFB | Prepare Application | 250.00 | 12.00 | 3,000.00 |
| 09/25/07 | JFB | Prepare Application | 250.00 | 5.00 | 1,250.00 |
| **Total Professional Services** | | | | **17.50** | **$4,375.00** |

**Total Amount Due This Invoice**                                                                                    $4,375.00

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

October 15, 2007  
**Invoice No. 309781**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-D210018US  
Client Ref 1: DP-312875

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/18/07 | CCB | Prepare Amendment | 320.00 | 5.00 | 1,600.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 1,600.00 |
| **Adjustment** | | (686.00) |
| **Total Professional Services** | 5.00 | $914.00 |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing 2 month extension of time | 450.00 |
| Postage | 1.31 |
| **Total Disbursements** | **$451.31** |
| **Total Amount Due This Invoice** | **$1,365.31** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 15, 2007  
**Invoice No. 309872**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30165USD3  
~~[REDACTED]~~  
Client Ref 1: DP-303823-D3

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/27/07 | KJM | Prepare divisional application | 330.00 | 2.60 | 858.00 |
| **Total Professional Services** | | | | **2.60** | **$858.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing | 1,200.00 |
| **Total Disbursements** | **$1,200.00** |

**Total Amount Due This Invoice**                                                $2,058.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 15, 2007  
**Invoice No. 309818**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE30329US3  
       Type: UTL  
       Serial:  
       File Date: 06/15/2004  
       Client Ref 1: DP-309180/DP-311094

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/11/07 | KJM | Review Office Action | 330.00 | 0.30 | 99.00 |
| 09/25/07 | KJM | Review Office Action | 330.00 | 0.70 | 231.00 |
| 09/25/07 | VK | Review office action and prior art | 210.00 | 1.90 | 399.00 |
| **Total Professional Services** | | | | 2.90 | $729.00 |

**Total Amount Due This Invoice**                                           $729.00