

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 15, 2007  
**Invoice No. 309782**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE30330US2  
       Type: UTL  
       Serial:  
       File Date: 06/10/2004  
       Client Ref 1: DP-310533

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/11/07 | KJM | Review office action | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | 0.50 | **$165.00** |

**Total Amount Due This Invoice**                                                                 $165.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 15, 2007  
**Invoice No. 309783**

For Legal Services Rendered through 09/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30330USP  
       ~~[redacted]~~  
       Client Ref 1: DP-316969

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/26/07 | KJM | Review application and office conference with client regarding the same | 330.00 | 0.80 | 264.00 |
| **Total Professional Services** | | | | 0.80 | **$264.00** |

**Total Amount Due This Invoice**                                    **$264.00**



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 15, 2007  
**Invoice No. 309784**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30335US  
~~[redacted]~~  
Type: UTL  
Serial: [redacted]  
File Date: 03/22/2004  
Client Ref 1: DP-310838

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/28/07 | KJM | Review office action | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | **0.50** | **$165.00** |

**Total Amount Due This Invoice**                                                                $165.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 15, 2007  
**Invoice No. 309785**

For Legal Services Rendered  through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:      DEP-DE30347US  
         Type: UTL  
         Serial:  
         File Date: 10/22/2004  
         Client Ref 1: DP-311829

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/18/07 | KJM | Review material from client and review file | 330.00 | 0.30 | 99.00 |
| 09/25/07 | GJO | Prepare Amendment | 255.00 | 0.50 | 127.50 |
| **Total Professional Services** | | | | 0.80 | **$226.50** |

**Total Amount Due This Invoice**                                                         $226.50



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 15, 2007  
**Invoice No. 309786**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30368USP  
         Type: UTL  
         Serial:  
         File Date: 02/08/2006  
         Client Ref 1: DP313325/DP307433CIP

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/21/07 | KJM | Review office action and art | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | 0.50 | $165.00 |

**Total Amount Due This Invoice**                                                                                          $165.00

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 15, 2007  
**Invoice No. 309787**

For Legal Services Rendered  through 09/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30375US2  
   Type: UTL  
   Serial:  
   File Date: 09/12/2005  
   Client Ref 1: DP-312657

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/25/07 | GJO | Prepare Amendment | 255.00 | 0.50 | 127.50 |
| **Total Professional Services** | | | | **0.50** | **$127.50** |

**Total Amount Due This Invoice**                                                                                           **$127.50**



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 15, 2007  
**Invoice No. 309788**

For Legal Services Rendered through 09/30/07

CLIENT: DEP - Delphi Technologies Inc.

Re:  DEP-DE30395US  
Type: PRV  
Serial:  
File Date: 01/26/2007  
Client Ref 1: DP-315550

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/27/07 | KJM | Review client instruction; review provisional application; office conference with client regarding non-provisional application | 330.00 | 0.80 | 264.00 |
| **Total Professional Services** | | | | 0.80 | **$264.00** |
| **Total Amount Due This Invoice** | | | | | **$264.00** |



# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 15, 2007  
**Invoice No. 309789**

For Legal Services Rendered through 09/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30396US  
       [redacted]  
       Type: UTL  
       Client Ref 1: DP-315945

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/11/07 | GJO | Telephone conference with inventor re: application; prepare application | 255.00 | 2.50 | 637.50 |
| 09/25/07 | GJO | Prepare Application and IDS | 255.00 | 1.50 | 382.50 |
| **Total Professional Services** | | | | | 1,020.00 |
| **Adjustment** | | | | | (1,020.00) |
| **Total Professional Services** | | | | 4.00 | $0.00 |

**Total Amount Due This Invoice**                                $0.00

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 15, 2007  
**Invoice No. 309790**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30402US  
Type: UTL  
Client Ref 1: DP-316264

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 09/04/07 | JFB | Prepare Application | 250.00 | 10.00 | 2,500.00 |
| 09/21/07 | JFB | Prepare Application | 250.00 | 0.50 | 125.00 |
| 09/26/07 | KJM | Prepare Application | 330.00 | 1.00 | 330.00 |
| 09/26/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| 09/28/07 | KJM | Review and revise letter; office conference with client regarding application | 330.00 | 1.00 | 330.00 |

| | | |
| --- | --- | --- |
| **Total Professional Services** | | 3,535.00 |
| **Adjustment** | | (50.00) |
| **Total Professional Services** | 13.50 | $3,485.00 |

**Total Amount Due This Invoice**                                                                                          $3,485.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

October 15, 2007  
**Invoice No. 309791**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE30404US  
       Client Ref 1: DP-316957

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/17/07 | KJM | Review materials | 330.00 | 0.50 | 165.00 |
| 09/24/07 | BD | Draft and revise application | 205.00 | 5.00 | 1,025.00 |
| 09/28/07 | BD | Revise application | 205.00 | 2.40 | 492.00 |
| **Total Professional Services** | | | | **7.90** | **$1,682.00** |

**Disbursements**

| | | |
|---|---|---|
| Federal Express | | 22.97 |
| **Total Disbursements** | | **$22.97** |

**Total Amount Due This Invoice**                                                    **$1,704.97**