

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

October 15, 2007  
**Invoice No. 309792**

For Legal Services Rendered through 09/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE40089US  
~~Redacted~~  
Type: UTL  
Serial: ~~redacted~~  
File Date: 08/10/2004  
Client Ref 1: DP-311864

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/14/07 | CCB | Prepare RCE | 320.00 | 0.50 | 160.00 |
| 09/21/07 | CCB | Prepare RCE | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | **1.50** | **$480.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing one month extension of time and RCE | 910.00 |
| **Total Disbursements** | **$910.00** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$1,390.00** |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

October 15, 2007  
**Invoice No. 309793**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DF40129US4  
      ▓▓▓▓▓▓▓▓▓▓  
      Client Ref 1: DP-313710

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/19/07 | CCB | Prepare Missing Parts and Assignment | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | **0.50** | **$160.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Utility Application | 300.00 |
| Government Fee for Filing Utility Search | 500.00 |
| Government Fee for Filing Utility Examination | 200.00 |
| Government Fee for Filing Missing Parts | 130.00 |
| Government Fee for Filing Assignment | 40.00 |
| Postage | 1.31 |
| **Total Disbursements** | **$1,171.31** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$1,331.31** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

October 15, 2007  
**Invoice No. 309794**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40129WOP  
~~[redacted]~~  
Client Ref 1: DP-313710

**Disbursements**

| | |
|---|---:|
| Government Fee for Filing Additional Search | 700.00 |
| **Total Disbursements** | **$700.00** |
| **Total Amount Due This Invoice** | **$700.00** |



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

October 15, 2007  
**Invoice No. 309795**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40168KR  
~~[redacted]~~  
Client Ref 1: DP-315148

**Disbursements**

| | |
|---|---:|
| Disbursement to Foreign Associate for filing patent application (Application No. ~~[redacted]~~) | 2,560.00 |
| Postage | 1.99 |
| **Total Disbursements** | **$2,561.99** |
| | |
| **Total Amount Due This Invoice** | **$2,561.99** |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

October 15, 2007  
**Invoice No. 309796**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40168US2

Client Ref 1: DP-315148

**Disbursements**

| | |
|---|---:|
| Federal Express | 29.08 |
| Postage | 1.16 |
| **Total Disbursements** | **$30.24** |
| **Total Amount Due This Invoice** | **$30.24** |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra  

October 15, 2007  
**Invoice No. 309797**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE40176US  
~~[redacted]~~  
Type: UTL  
Client Ref 1: DP-315606

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/11/07 | JFB | Prepare Application | 250.00 | 2.50 | 625.00 |
| 09/13/07 | JFB | Prepare Application | 250.00 | 0.50 | 125.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 750.00 |
| **Adjustment** | | (750.00) |
| **Total Professional Services** | 3.00 | $0.00 |
| **Total Amount Due This Invoice** | | $0.00 |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

October 15, 2007  
**Invoice No. 309798**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50007US3  
      Apparatus and Method for [redacted]  
      Client Ref 1: DP-314945

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 09/22/07 | CCB | Prepare Application | 320.00 | 3.00 | 960.00 |
| 09/25/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | 4.00 | $1,280.00 |

**Disbursements**

| | |
| --- | --- |
| Postage | 2.16 |
| **Total Disbursements** | **$2.16** |

| | |
| --- | --- |
| **Total Amount Due This Invoice** | **$1,282.16** |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

October 15, 2007  
**Invoice No. 309799**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50007WO  
APPARATUS AND METHOD FOR ~~PROVIDING A SLIDING DOOR MECHANISM~~  
Client Ref 1: DP-314945

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/25/07 | CCB | Prepare PCT application | 320.00 | 3.00 | 960.00 |
| **Total Professional Services** | | | | **3.00** | **$960.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing PCT | 2,376.00 |
| Postage | 2.32 |
| **Total Disbursements** | **$2,378.32** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$3,338.32** |



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

October 15, 2007  
**Invoice No. 309800**

For Legal Services Rendered through 09/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE50016US  
<!-- redacted -->  
Type: UTL  
Client Ref 1: DP-315630

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/14/07 | CCB | Prepare Application | 320.00 | 2.00 | 640.00 |
| **Total Professional Services** | | | | **2.00** | **$640.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Provisional Application | 200.00 |
| Postage | 1.82 |
| **Total Disbursements** | **$201.82** |
| **Total Amount Due This Invoice** | **$841.82** |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

October 15, 2007  
**Invoice No. 309801**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE50025US  
~~[redacted]~~  
Client Ref 1: DP-315822

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/04/07 | VK | Draft application | 210.00 | 6.00 | 1,260.00 |
| 09/06/07 | VK | Prepare Application | 210.00 | 1.00 | 210.00 |
| 09/13/07 | CCB | Review application | 320.00 | 1.00 | 320.00 |
| 09/13/07 | VK | Prepare Application | 210.00 | 2.00 | 420.00 |
| 09/24/07 | VK | Prepare Application | 210.00 | 1.50 | 315.00 |
| 09/25/07 | CCB | Prepare Application | 320.00 | 2.50 | 800.00 |
| 09/26/07 | CCB | Prepare Application | 320.00 | 3.00 | 960.00 |
| 09/26/07 | CCB | Prepare Application | 320.00 | 4.00 | 1,280.00 |
| 09/27/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |

**Total Professional Services**                                                    5,885.00

**Adjustment**                                                                    (2,247.00)  
**Total Professional Services**                            22.00    $3,638.00

**Disbursements**

Postage                                                                                 4.60  
**Total Disbursements**                                                              $4.60

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007  

October 15, 2007

Invoice No. 309801

CLIENT    Delphi Technologies Inc.

**Total Amount Due This Invoice**                                $3,642.60

Remittance Address:  
Cantor Colburn LLP  
55 Griffin Road South