# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Patrick M. Griffin
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007

October 15, 2007
**Invoice No. 309802**

For Legal Services Rendered through 09/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE50025WO

Client Ref 1: DP-315822

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/26/07 | CCB | Prepare PCT Application | 320.00 | 1.00 | 320.00 |
| 09/27/07 | CCB | Prepare PCT application | 320.00 | 3.00 | 960.00 |
| **Total Professional Services** | | | | 4.00 | **$1,280.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing PCT Transmittal | 300.00 |
| Government Fee for Filing PCT Search | 1,000.00 |
| Government Fee for Filing International | 1,008.00 |
| Government Fee for Filing Supplemental (8 add'l pages) | 96.00 |
| Government Fee for Filing Priority Document | 20.00 |
| **Total Disbursements** | **$2,424.00** |

**Total Amount Due This Invoice**    $3,704.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

October 15, 2007  
**Invoice No. 309803**

For Legal Services Rendered through 09/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE50026US  
~~[redacted]~~  
Client Ref 1: DP-315823

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/04/07 | VK | Draft application | 210.00 | 2.00 | 420.00 |
| 09/05/07 | VK | Draft application | 210.00 | 5.00 | 1,050.00 |
| 09/06/07 | VK | Review final revisions | 210.00 | 1.00 | 210.00 |
| 09/17/07 | VK | Review final revisions | 210.00 | 1.70 | 357.00 |
| 09/21/07 | CCB | Prepare Application | 320.00 | 0.50 | 160.00 |
| 09/24/07 | VK | Prepare Application | 210.00 | 1.00 | 210.00 |
| 09/25/07 | VK | Prepare Application | 210.00 | 0.30 | 63.00 |
| 09/26/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 09/26/07 | CCB | Prepare Application | 320.00 | 2.50 | 800.00 |
| 09/26/07 | JFB | Prepare Application | 250.00 | 2.00 | 500.00 |
| 09/26/07 | VK | Prepare Application | 210.00 | 1.00 | 210.00 |
| 09/27/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 09/27/07 | JFB | Prepare Application | 250.00 | 0.50 | 125.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 4,745.00 |
| **Adjustment** | | (939.00) |
| **Total Professional Services** | 19.50 | $3,806.00 |

**Disbursements**

| | |
|---|---|
| Postage | 2.84 |
| **Total Disbursements** | **$2.84** |

Delphi Technologies, Inc.
Attn: Patrick M. Griffin
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007

October 15, 2007

**Invoice No. 309803**

CLIENT    Delphi Technologies Inc.

**Total Amount Due This Invoice**                                    $3,808.84

Remittance Address:
Cantor Colburn LLP
55 Griffin Road South



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.
Attn: Patrick M. Griffin
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007

October 15, 2007
**Invoice No. 309804**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50026WO
~~[redacted]~~
Client Ref 1: DP-315823

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/27/07 | CCB | Prepare PCT application | 320.00 | 3.00 | 960.00 |
| **Total Professional Services** | | | | **3.00** | **$960.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Transmittal | 300.00 |
| Government Fee for Filing PCT Search | 1,000.00 |
| Government Fee for Filing International | 1,008.00 |
| Government Fee for Filing Priority Document | 20.00 |
| **Total Disbursements** | **$2,328.00** |

**Total Amount Due This Invoice**     $3,288.00



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

October 15, 2007  
**Invoice No. 309805**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50027USD  
      ~~[redacted]~~  
      Client Ref 1: DP-309960-DIV

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 09/17/07 | CCB | Prepare Amendment | 320.00 | 5.10 | 1,632.00 |
| **Total Professional Services** | | | | **5.10** | **$1,632.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing two month extension of time | 450.00 |
| Postage | 1.14 |
| **Total Disbursements** | **$451.14** |

**Total Amount Due This Invoice**                                                          $2,083.14



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

October 15, 2007  
**Invoice No. 309806**

For Legal Services Rendered through 09/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE50028US  
~~[redacted]~~

Client Ref 1: DP-308617

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/05/07 | JFB | Prepare response to Office Action from | 250.00 | 2.70 | 675.00 |
| 09/06/07 | JFB | Prepare response to Office Action from | 250.00 | 1.00 | 250.00 |
| 09/07/07 | JFB | Prepare response to Office Action from | 250.00 | 2.00 | 500.00 |
| 09/10/07 | JFB | Prepare Request for Continued Examination including a response | 250.00 | 2.00 | 500.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 1,925.00 |
| **Adjustment** | | (275.00) |
| **Total Professional Services** | 7.70 | $1,650.00 |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Extension | 1,020.00 |
| Government Fee for Filing RCE | 790.00 |
| Postage | 1.31 |
| **Total Disbursements** | **$1,811.31** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$3,461.31** |

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

October 15, 2007  
**Invoice No. 309807**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE50029USD  
       Client Ref 1: DP-307763-Divisional

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/04/07 | CCB | Prepare Amendment | 320.00 | 4.00 | 1,280.00 |
| **Total Professional Services** | | | | | 1,280.00 |
| **Adjustment** | | | | | (238.00) |
| **Total Professional Services** | | | | 4.00 | $1,042.00 |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Three Month Extension of Time | 1,020.00 |
| Government Fee for Filing Request for Continuation Examination | 790.00 |
| Postage | 0.58 |
| **Total Disbursements** | **$1,810.58** |

**Total Amount Due This Invoice**               $2,852.58



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

October 15, 2007  
**Invoice No. 309808**

For Legal Services Rendered through 09/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE50030US  
       ~~[redacted]~~  
       Client Ref 1: DP-316394

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 09/14/07 | CCB | Prepare Application | 320.00 | 0.20 | 64.00 |
| **Total Professional Services** | | | | **0.20** | **$64.00** |

**Total Amount Due This Invoice**                                                                 $64.00



# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

October 15, 2007  
**Invoice No. 309809**

For Legal Services Rendered through 09/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80027US  
~~Pressurized Inflator Gas Containment and Release Device~~  
Type: PRV  
Serial: ~~████████~~  
File Date: 10/03/2006  
Client Ref 1: DP-315625

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 09/28/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | **1.00** | **$320.00** |

**Total Amount Due This Invoice**                                                          $320.00

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

October 15, 2007  
**Invoice No. 309810**

For Legal Services Rendered through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80034US  
       Type: UTL  
       Serial:  
       File Date: 04/22/2004  
       Client Ref 1: DP-310135

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/12/07 | CCB | Review advisory action | 320.00 | 0.30 | 96.00 |
| 09/24/07 | CCB | Prepare RCE | 320.00 | 1.50 | 480.00 |
| 09/25/07 | CCB | Prepare Amendment | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | 2.30 | $736.00 |

**Total Amount Due This Invoice**                                                                                   $736.00