# CC

## Cantor Colburn LLP

*Intellectual Property Attorneys*

### Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.                                         October 15, 2007
Attn: Jimmy L. Funke                                       **Invoice No. 309811**
P.O. Box 5052
Troy, MI 48007

For Legal Services Rendered  through 09/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:        DEP-DE80037US
           ▮▮▮▮▮▮▮▮▮▮▮▮▮
           Type: PRV
           Serial:▮▮▮▮▮▮▮
           File Date: 10/09/2006
           Client Ref 1: DP-315839

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 09/05/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 09/21/07 | CCB | Prepare Application | 320.00 | 3.50 | 1,120.00 |
| 09/22/07 | CCB | Prepare Application | 320.00 | 3.00 | 960.00 |
| 09/24/07 | CCB | Prepare Application | 320.00 | 2.00 | 640.00 |
| 09/28/07 | CCB | Prepare Application | 320.00 | 1.50 | 480.00 |
| **Total Professional Services** | | | | **11.00** | **$3,520.00** |

**Total Amount Due This Invoice**                                  **$3,520.00**



# Cantor Colburn LLP

*Intellectual Property Attorneys*

## Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.                                        October 15, 2007
Attn: Jimmy L. Funke                                          **Invoice No. 309812**
P.O. Box 5052
Troy, MI 48007

For Legal Services Rendered  through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:       DEP-DE80040US
          ████████████████████████████
          Type: UTL
          Client Ref 1: DP-315738

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 09/17/07 | NBT | Prepare Application | 185.00 | 2.20 | 407.00 |
| **Total Professional Services** | | | | | 407.00 |

| | | |
|---|---|---|
| **Adjustment** | | (407.00) |
| **Total Professional Services** | 2.20 | $0.00 |

| | |
|---|---|
| **Total Amount Due This Invoice** | $0.00 |



# Cantor Colburn LLP

*Intellectual Property Attorneys*

## Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

October 15, 2007
**Invoice No. 309813**

For Legal Services Rendered  through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:        DEP-DE90046US2
           ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
           Type: UTL
           Serial: ▮▮▮▮▮▮
           File Date: 02/14/2006
           Client Ref 1: DP-313503

## Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 09/06/07 | CCB | Prepare Amendment | 320.00 | 1.00 | 320.00 |
| 09/10/07 | CCB | Prepare Amendment | 320.00 | 1.00 | 320.00 |
| 09/11/07 | CCB | Prepare Amendment | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | | **960.00** |
| **Adjustment** | | | | | **(960.00)** |
| **Total Professional Services** | | | | **3.00** | **$0.00** |
| **Total Amount Due This Invoice** | | | | | **$0.00** |

# C|C

## Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

October 15, 2007
**Invoice No. 309814**

For Legal Services Rendered  through 09/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:        DEP-DE90086US
~~Independent Convenient Analyst Support System~~
Type: UTL
Client Ref 1: DP-315278

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/26/07 | CCB | Prepare Application | 320.00 | 0.50 | 160.00 |
| 09/27/07 | CCB | Prepare Application | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | | **320.00** |
| **Adjustment** | | | | | **(320.00)** |
| **Total Professional Services** | | | | **1.00** | **$0.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Application | 1,400.00 |
| Government Fee for Filing Assigment | 40.00 |
| Postage | 2.67 |
| **Total Disbursements** | **$1,442.67** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$1,442.67** |

# CC

# Cantor Colburn LLP

*Intellectual Property Attorneys*

### Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

October 15, 2007
**Invoice No. 309815**

For Legal Services Rendered  through 09/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90101US
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Type: UTL
Client Ref 1: DP-315379

## Professional Services

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/10/07 | JFB | Prepare petition under 37 CFR 1.47 to request acceptance of partially executed declaration due to inventor who refused to sign the declaration | 250.00 | 1.50 | 375.00 |
| **Total Professional Services** | | | | **1.50** | **$375.00** |

## Disbursements

| | |
|---|---|
| Government Fee for Filing declaration | 130.00 |
| Government Fee for Filing Petition - 37 CFR 1.17(g) (Group II) | 200.00 |
| Government Fee for Filing assignment | 40.00 |
| Postage | 2.45 |
| **Total Disbursements** | **$372.45** |

| | |
|---|---|
| **Total Amount Due This Invoice** | **$747.45** |

# Cantor Colburn LLP

*Intellectual Property Attorneys*

### Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies Inc.                                   October 15, 2007
Attn: James L. Funke (Cichosz)                        **Invoice No. 309816**
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007

For Legal Services Rendered  through 09/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:        DEP-DEP0327US
           ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
           Type: UTL
           Serial: ▮▮▮▮▮▮▮▮
           File Date: 03/24/2003
           Client Ref 1: DP-308685

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 09/24/07 | PJC | Review application | 325.00 | 0.50 | 162.50 |
| **Total Professional Services** | | | | **0.50** | **$162.50** |

| | | | | | |
|------|------|------|------|------|------|
| **Total Amount Due This Invoice** | | | | | **$162.50** |