Hearing Date and Time: February 26, 2008, 10:00 a.m.
Objection Deadline: February 19, 2007, 4:00 p.m.

CANTOR COLBURN LLP
Daniel E. Bruso (DB5232)
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929 (Telephone)
(860) 286-0115 (Telecopier)

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------ x
                               :
       In re                   :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
              Debtors.         :    (Jointly Administered)
                               :
------------------------------ x

**CERTIFICATE OF SERVICE UPON MASTER LIST AND 2002 NOTICE LIST**

I, Daniel E. Bruso, Esq., counsel to Cantor Colburn LLP, patent counsel to the Debtors and

Debtor-in-Possession in the above-captioned cases, hereby certify that, on the 12th day of

December, 2007, I served a true and accurate copy of Cantor Colburn LLP's NOTICE OF

FILING OF SIXTH INTERIM APPLICATION OF CANTOR COLBURN LLP FOR

ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND

REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330, 331, via electronic

mail, upon all of the persons identified the Delphi Corporation Master Service List or the Delphi Corporation 2002 List, as they existed on December 12, 2007 on www.delphidocket.com.

Dated: December 12, 2007

>RESPECTFULLY SUBMITTED,
>CANTOR COLBURN LLP
>
>By: /s/Daniel E. Bruso
>Daniel E. Bruso (DB-5232)
>Cantor Colburn LLP
>55 Griffin Road South
>Bloomfield, CT  06002
>(860) 286-2929 (Telephone)
>(860) 2986-0115 (Facsimile)
>Dbruso@cantorcolburn.com (e-mail)
>
>Patent Counsel to Delphi Corporation *et al.*,
>Debtors and Debtors-in-Possession