**Hearing Date: February 7, 2008**
                                      **Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :    Chapter 11
DELPHI CORPORATION, et al.,                                 :    Case No. 05-44481 [RDD]
                                                            :
                        Debtors.                            :    Jointly Administered
                                                            :
------------------------------------------------------------x
```

# DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO PROOF OF CLAIM NUMBER 13183 (YAZAKI NORTH AMERICA, INC.)

("STATEMENT OF DISPUTED ISSUES – YAZAKI NORTH AMERICA, INC.")

        Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this Statement Of Disputed Issues (the "Statement Of Disputed Issues") With Respect To Proof Of Claim Number 13183 (the "Proof Of Claim") filed by Yazaki North America, Inc. ("Claimant") and respectfully represent as follows:

Background

1.　　On October 8 and 14, 2005 (the "Petition Date"), the Debtors, filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

2.　　On July 31, 2006, Claimant filed proof of claim number 13183 ("Proof Of Claim No. 13183") against Delphi for goods sold and services performed. The Proof Of Claim asserts (i) an unsecured non-priority claim in the amount of $1,084,784.98; and (ii) a claim secured by a right of setoff in the amount of $399,728.03, aggregating a total of $1,484,512.92[1] (the "Claim").

3.　　The Debtors and Claimant are attempting to reconcile the Claim and the amount that Claimant allegedly owes the Debtors (the "Receivable"). The Claimant has asserted that it owes the Debtors approximately $399,728.03. Effectuating a setoff of the Receivable might result in a substantial reduction of the Claim.

4.　　On October 26, 2007, the Debtors objected to Proof of Claim No. 13183 pursuant to the Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And

---

[1] The Proof Of Claim appears to contain a minor computation error. The aggregate amount sought as asserted by the Claimant does not equal the sum of the secured and unsecured portions listed on the Proof Of Claim. The correct total is $1,484,513.01.

Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 10738).

### Disputed Issues

A.  **Delphi Does Not Owe Claimant The Amount Asserted In Proof Of Claim Number 13183**

5.  Claimant asserts in Proof Of Claim No. 13183 that Delphi owes Claimant a total of $1,484,512.92[2] for goods sold and services provided. Delphi has reviewed the information attached to the Proof Of Claim and the Response and disputes that it owes the amount asserted in the Proof of Claim.

6.  The prices detailed on certain purchase orders are lower than the prices detailed on Claimant's invoices. The purchase orders reflect the contractual pricing. Therefore, $638,043.62 should be subtracted from the amount of the Proof Of Claim.

7.  Furthermore, because the Claimant has asserted its right to setoff, the Debtors and Claimant must reconcile both the Receivable and Claim. Although the Debtors have endeavored to do so, the reconciliation is not complete because, among other reasons, information concerning the Claim is not complete. Based upon information available to date, the Claim totals $586,568.38. The Debtors have objected to the Claim to preserve their rights if the Debtors and Claimant cannot come to a resolution of the Claim and Receivable.

### Reservation Of Rights

8.  This Statement Of Disputed Issues is submitted by the Debtors pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

---

[2] See footnote 1.

Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"). Consistent with the provisions of the Claims Objection Procedures Order, the Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the Debtors' right to later identify and assert additional legal and factual bases for disallowance, expungement, reduction, or reclassification of the Claim and (b) the Debtors' right to later identify additional documentation supporting the disallowance, expungement, reduction, or reclassification of the Claim.

WHEREFORE the Debtors respectfully request that this Court enter an order (a) disallowing and expunging the Claim, and (b) granting the Debtors such other and further relief as is just.

Dated: New York, New York
December 12, 2007

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000