McDERMOTT WILL & EMERY LLP
Peter A. Clark (IL# 6203985)
Jason J. DeJonker (IL# 6272128)
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

Gary O. Ravert (GR 3091)
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Attorneys for Cherry GmbH*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | |
|---|---|
| **In re** : | **Chapter 11** |
| : | |
| **DELPHI CORPORATION,** *et al.*, : | **Case No. 05- 44481 (RDD)** |
| : | |
| **Debtors.** : | **(Jointly Administered)** |
| : | |

-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF CHERRY GMBH

Cherry GmbH hereby withdraws the Limited Objection of Cherry GmbH to Debtors' (A)

Interiors and Closures Businesses Sale Motion, and (B) Notice of Assumption and/or

Assignment of Executory Contract or Unexpired Lease to Purchasers in Connection With Sale

Of Interiors and Closures Businesses [Docket No. 11093].

Dated: New York, New York
          December 12, 2007

                              Respectfully submitted,

                              McDERMOTT WILL & EMERY LLP

                              By: /s/ Gary O. Ravert
                              Gary O. Ravert (GR-3091)
                              340 Madison Avenue
                              New York, New York 10173-1922

NYK 1136418-1.032241.0010

Telephone: (212) 547-5400
Facsimile: (212) 547-5444

Peter A. Clark
Jason J. DeJonker
227 West Monroe Street
Chicago, Illinois  60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Counsel for Cherry GmbH*

NYK 1136418-1.032241.0010

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. §1746 that on December 12, 2007 I caused to be served upon the parties listed on the annexed service list a true and correct copy of the accompanying Notice of Withdrawal of Limited Objection of Cherry GMBH by First Class Mail.

Dated: New York, New York
        December 12, 2007

Bonnie S. Schwab

## DELPHI SERVICE LIST

**Delphi Automotive Systems LLC**
5725 Delphi Drive
Troy, MI 48098
Attn: Legal Dept.

**John Wm. Butler, Jr.**
Skadden Arps Slate Meagher & Flom
LLP
333 West Wacker Drive
Chicago, IL 60606-1285

**Kayalyn A. Marafioti**
**Thomas J. Matz**
Skadden, Arps, Slate, Meagher & Flom
LLP
Four Times Square
New York, NY 10036

**Bonnie Steingart, Esq.**
Fried, Frank, Harris, Shriver &
Jacobson LLP
One New York Plaza
New York, NY 10004

**Mark A. Broude**
**Robert J. Rosenberg**
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

**Kenneth S. Ziman**
**Robert H. Trust**
**William T. Russell, Jr.**
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

**Donald Bernstein**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098
Attn: Deputy General Counsel

**Douglas P. Bartner**
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

**Jessica Kastin**
O'Melveny & Myers
7 Times Square
New York, NY 10036

**Mateo Fowler**
Quinn Emanuel Urquhardt Oliver &
Hedges
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

**Paul J. N. Roy**
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606

**Alicia M. Leonhard**
**Tracy Hope Davis**
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

**Michael D. Warner**
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102