**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                                   Chapter 11

                                                                         Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                Jointly Administered

                             Debtors

---------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of B. Parker Miller, *Esq.* for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that B. Parker Miller, *Esq.* is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  December 12, 2007
           New York, New York

                                                             /s/Robert D. Drain_____
                                                             UNITED STATES BANKRUPTCY JUDGE