**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re:                                                                    Chapter 11

                                                                          Case No. 05-44481(RDD)

DELPHI CORPORATION,  et al.,                              Jointly Administered

                        Debtors


-------------------------------------------------------------x

### <u>ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*</u>

        UPON the motion of  Douglas G. Scribner, *Esq.* for admission pro hac vice in this
bankruptcy case; it is hereby

        ORDERED, that  Douglas G. Scribner, *Esq.* is admitted to practice, **pro hac vice**, in the
above referenced case, in the United States Bankruptcy Court, Southern District of New York,
subject to payment of the filing fee.

Dated:  December 12, 2007
          New York, New York


                                        /s/Robert D. Drain_____
                                        UNITED STATES BANKRUPTCY JUDGE