**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                                                       Chapter 11

                                                                                    Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                      Jointly Administered

                               Debtors

------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of H. Stephen Harris, Jr.*, Esq.* for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that H. Stephen Harris, Jr.. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  December 12, 2007
            New York, New York

                                                                    /s/Robert D. Drain_____
                                                                    UNITED STATES BANKRUPTCY JUDGE