SOMMER BARNARD PC
John R. Humphrey (JH 5916)
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                    :
In re:                                              :          Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :          Case No. 05-44481 (RDD)
                                                    :
                        Debtors.                    :          (Jointly Administered)
------------------------------------------------------------ x

## <u>MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

I, John R. Humphrey, a member in good standing of the bar of the State of Indiana,

request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Preferred

Sourcing, LLC ("Preferred Sourcing"), in the above-captioned cases.  My address is Sommer

Barnard PC, One Indiana Square, Suite 3500, Indianapolis, IN  46204, telephone (317) 713-

3500, facsimile (317) 713-3699, and e-mail <u>jhumphrey@sommerbarnard.com</u>.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  Indianapolis, IN
        December 12, 2007
                                            PREFERRED SOURCING, LLC,


                                    By:     /s/ John R. Humphrey_____
                                            John R. Humphrey (*pro hac vice* pending)
                                            JH-5916

Sommer Barnard PC
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699
jhumphrey@sommerbarnard.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Motion for Admission to Practice, Pro Hac Vice* was served, this 12th day of December, 2007, via the United States Bankruptcy Court's electronic transmission service, and upon the following parties via overnight mail delivery:

Delphi Corporation
ATTN:  General Counsel
5725 Delphi Drive
Troy, MI  48098

Skadden, Arps, Slate, Meagher
  & Flom LLP
ATTN:  John Wm. Butler, Jr.
       John K. Lyons
       Joseph N. Wharton
333 West Wacker Drive, Suite 2100
Chicago, IL  60606


/s/ Anna M. Phillips
Anna M. Phillips

**701344_1.DOC**