SOMMER BARNARD PC
John R. Humphrey (JH 5916)
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
In re:                                                        :        Chapter 11
                                                              :
DELPHI CORPORATION, et al.,                                   :        Case No. 05-44481 (RDD)
                                                              :
                           Debtors.                           :        (Jointly Administered)
------------------------------------------------------------- x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

John R. Humphrey, having represented that he is a member in good standing of the bar of the State of Indiana, has requested admission, *pro hac vice*, to represent Preferred Sourcing, LLC , a creditor of one or more of the debtors in these cases.  The Court, having considered the motion to appear *pro hac vice*, finds that it should be granted.

IT IS THEREFORE CONSIDERED AND ORDERED that John R. Humphrey is admitted to practice, *pro hac vice*, in the above-captioned cases in the Untied States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, NY

_____                    _____
                                     UNITED STATES BANKRUPTCY JUDGE

**DISTRIBUTION:**

John R. Humphrey
Sommer Barnard PC
One Indiana Square, Suite 3500
Indianapolis, IN  46204

Delphi Corporation
ATTN:  General Counsel
5725 Delphi Drive
Troy, MI  48098

Skadden, Arps, Slate, Meagher
  & Flom LLP
ATTN:  John Wm. Butler, Jr.
          John K. Lyons
          Joseph N. Wharton
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

**701345_1.DOC**