Hearing Date and Time: December 20, 2007, at 10:00 A.M.
Objection Deadline: November 26, 2007, at 4:00 P.M.

Elena Lazarou (EL-5681)
Reed Smith LLP
559 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450

-and-

Stephen T. Bobo
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400

Attorneys for Johnson Controls Interiors LLC and
Johnson Controls GmbH & Co. KG

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
    In re                                     :

DELPHI CORPORATION, et al.,       :       Chapter 11

                          Debtors.       :       Case No. 05-44481 (RDD)

                                     :       (Jointly Administered)
------------------------------------------------------------x

**WITHDRAWAL OF OBJECTION OF JOHNSON CONTROLS INTERIORS LLC
AND JOHNSON CONTROLS GMBH & CO. KG TO
<u>PROPOSED ASSIGNMENT OF EXECUTORY CONTRACTS</u>**

      Johnson Controls Interiors LLC and Johnson Controls GmbH & Co. KG, along with their

affiliates (collectively, "JCI") hereby withdraw the objection they filed on November 26, 2007

(Docket No. 11070) to the proposed assignment of their outstanding purchase orders with Delphi

- 2 -

Corporation or its debtor affiliates ("Delphi") in connection with the proposed sale of Delphi's Cockpits and Interiors Businesses to Inteva Products, LLC ("Inteva").

Dated: December 12, 2007

RESPECTFULLY SUBMITTED

Johnson Controls, Interiors LLC and
Johnson Controls GmbH & Co. KG
and their affiliates

By: /s/ Elena Lazarou
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450

Of Counsel

Stephen T. Bobo
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400