**MORITT HOCK HAMROFF & HOROWITZ LLP**  
Attorneys for Robin Industries, Inc.  
400 Garden City Plaza  
Garden City, NY  11530  
(516) 873-2000  
Leslie A. Berkoff (LB-4584)  
lberkoff@moritthock.com

and

**HAHN LOESER + PARKS LLP**  
200 Public Square, Suite 3300  
Cleveland, OH 44114-2301  
(216) 621-0150

Hearing Date and Time: December 20, 2007 at 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  
-----------------------------------------------------------X  
In re:                                                                              Chapter 11  
                                                                                         Case No. 05-44481 (RDD)

**DELPHI CORPORATION, et. al.**                          (Jointly Administered)

                                            Debtors.  
-----------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )  
                                          )ss:  
COUNTY OF NASSAU     )

      Dina Marlow, being duly sworn, deposes and says:  I am not a party to the action, am over 18 years of age and reside at Farmingville, New York.

      On the 12th day of December, 2007, I served a true copy of the Response of Robin Mexicana S de RL de CV to the Debtors' Twenty-Third Omnibus Objection Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to (A) Duplicate Claim, (B) Certain Equity

Claims, (C) Insufficiently Documented Claim, (D) Certain Claims Not Reflected on Debtors' Books and Records, and (E) Certain Claims Subject to Modification, Modified Claims Asserting Reclamation, Claim Subject to Modification that is Subject to Prior Order, and Modified Claim Asserting Reclamation that is Subject to Prior Order via overnight mail, in a sealed envelope, with postage paid, addressed to the last known addresses as indicated below:

To:
Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden Arps, Slate, Meagher & Flom LLP
Attn:   John Wm. Butler, Jr., John K. Lyons and
        Joseph N. Wharton
333 West Wacker Drive, Suite 2100
Chicago Illinois 60606

SPCP Group, LLC
Two Greenwich Plaza
Greenwich, CT 06830
Attn: Brian Jarmain

        /s/ Dina Marlow
        DINA MARLOW

Sworn to before me this
12th day of December, 2007.


/s/ Patricia M. Yates
Notary Public for the
State of New York
No. 01YA6077069
Qualified in Nassau County
Commission Expires 7/01/2010

F:\Robin\Delphi\Docs\Aff Of Service - Response 23.Doc