# EXHIBIT A

Paul J. N. Roy, Esq.
Craig E. Reimer, Esq.
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel. 312.782.0600
Fax  312.701.7711
(Special Outsourcing
Counsel to Debtors and Debtors-in-Possession)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No.   05-44481 (RDD) |
| DELPHI  CORPORATION, INC., et al., | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------------------x

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FIFTH APPLICATION OF MAYER BROWN LLP, SPECIAL OUTSOURCING COUNSEL TO DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JUNE 1, 2007 THROUGH SEPTEMBER 30, 2007**

I, Paul J. N. Roy, hereby certify that:

1.  I am a partner with the applicant firm, Mayer Brown LLP ("Mayer Brown"), with responsibility for the chapter 11 cases of Delphi Corporation and its affiliates (collectively, the "Debtors"), in respect of compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), and the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of

Professionals (the "Interim Compensation Order", and collectively with the Local Guidelines and the UST Guidelines, the "Guidelines").

2. This certification is made in respect of Mayer Brown's application, dated December 14, 2007 (the "Fifth Fee Application"), for interim compensation and reimbursement of expenses for the period commencing June 1, 2007 through and including September 30, 2007 (the "Application Period").

3. In respect of section B.1 of the Local Guidelines, I certify that:

   a. I have read the Fifth Fee Application;

   b. to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within Local Guidelines;

   c. the fees and disbursements sought are billed at rates in accordance with practices customarily employed at Mayer Brown and generally accepted by Mayer Brown's clients; and

   d. in providing a reimbursable service, Mayer Brown will not make a profit on that service, whether the service is performed by Mayer Brown in-house or through a third party.

4. In respect of section B.2 of the Local Guidelines and as required by the Administrative Order, I certify that Mayer Brown complied with these provisions requiring it to provide the Debtors, the attorneys for the Debtors' prepetition and postpetition lenders, the attorneys for the statutory creditors' committee appointed in these cases, and the Office of the United States Trustee for the Southern District of New York, on a monthly basis, with a statement of Mayer Brown's fees and disbursements accrued during the previous month.

5. In respect of section B.3 of the Local Guidelines, I certify that (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Att'n: David Sherbin, Esq., (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100,

New York, New York 10004, Att'n: Alicia M. Leonhard, Esq., (iii) counsel for the Creditors' Committee, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022-4802, Att'n: Robert J. Rosenberg, Esq., (iv) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017, Att'n: Marissa Wesley, Esq., (v) counsel for the agent under the Debtors' postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York 10017, Att'n: Donald Bernstein, Esq. and Brian Resnick, Esq., (vi) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Chicago, Illinois 60606, Att'n: John Wm. Butler, Jr., Esq., (vii) counsel to the Debtors Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Att'n: Thomas J. Matz, Esq., and (viii) the members of the Fee Review Committee are each being provided with a copy of the Fifth Fee Application.

Dated: Chicago, Illinois  
December 13, 2007

MAYER, BROWN, ROWE & MAW LLP  
71 South Wacker Drive  
Chicago, Illinois 60606  
Tel. 312.782.0600  
Fax 312.701.7711

By: /s/Paul J.N. Roy, Esq.
    Paul J.N. Roy, Esq.

(Special Outsourcing Counsel to the Debtors and Debtors-in-Possession)