**EXHIBIT B**

| PROFESSIONAL | POSITION, PRACTICE GROUP, YEAR OF EMPLOY, YEAR OF OBTAINING LICENSE | HOURLY BILLING RATE | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Paul J. N. Roy | Partner, Information Technology ("IT"), 1985, 1985 | $650 | 8.0 | $5,200.00 |
|  |  | $715 | 5.7 | $4,075.50 |
| Brad L. Peterson | Partner, IT, 1995, 1998 | $590 | 11.5 | $6,785.00 |
|  |  | $675 | 0.3 | $202.50 |
| Craig E. Reimer | Counsel, Bankruptcy ("BR"), 1992, 1992 | $595 | 0.4 | $238.00 |
| Paul A. Chandler | Counsel, IT, 1995, 1995 | $510 | 1.5 | $765.00 |
|  |  | $575 | 11.8 | $6,785.00 |
| Gregory A. Manter | Associate, IT, 2004, 2003 | $345 | 0.8 | $276.00 |
| Michael J. Goldstein | Associate Corporate and Securities ("CS"), 2006, 2006 | $245 | 1.8 | $441.00 |
| Andrew A. Connor | Paralegal, BR, 1998 | $235 | 4.9 | $1,151.50 |
|  |  | $245 | 25.7 | $6,296.50 |
|  |  | **Totals:** | **72.4** | **$32,216.00** |
|  |  | **Less Voluntary 5% Discount:** |  | **$384.51** |
|  |  | **Less Voluntary 10% Discount:** |  | **$2,453.00** |
|  |  | **Compensation Sought:** |  | **$29,378.49** |