**EXHIBIT C**

| **Disbursement** | **Amount** |
|---|---|
| Airfare | $452.05 |
| Automated Research – Outside | $10.48 |
| Car Rental | $84.87 |
| Document Delivery | $548.22 |
| Document Reproduction (in-house) | $268.20 |
| Hotel Accommodations | $117.52 |
| Long Distance and Outside Telephone | $11.34 |
| Outside Courier | ($19.91) |
| Parking | $26.00 |
| Postage | $9.66 |
| **Total:** | **$1,508.43** |