EXHIBIT D

CONTEMPORANEOUS DAILY TIME ENTRIES SEGREGATED BY
MATTER RECORDED DURING THE APPLICATION PERIOD
AND RELATED DAILY EXPENSE DETAIL WITH TRAVEL EXPENSE
RECEIPTS FOLLOW

# ADM OUTSOURCING PROJECT

Mayer Brown LLP

06089741
Delphi Corporation
ADM Outsourcing Project

Page 2
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| <u>Date</u> | <u>Timekeeper Name</u> | <u>Hours</u> |
|---|---|---|
| 08/27/07 | **Roy, Paul J. N.** | 0.50 |
| | Conferred with P. Chandler re transition charges and call with I. Seipke re same. | |
| | **Total Hours** | **0.50** |

# FINANCE AND ACCOUNTING OUTSOURCING

Mayer, Brown, Rowe & Maw LLP

O6089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 2
Peterson, Brad L.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|----------------|-------|
| 06/04/07 | **Goldstein, Michael J.**<br>Revised contract management presentation based on G. Manter's comments. | 0.80 |
| 06/04/07 | **Manter, Gregory A.**<br>Comments re: Powerpoint presentation. | 0.30 |
| 06/05/07 | **Goldstein, Michael J.**<br>Continued revising contract management presentation based on G. Manter's comments. | 1.00 |
| 06/06/07 | **Peterson, Brad L.**<br>Call with B. Lendzion. Review agreement documents with respect to timing of payment for Transition Services. | 2.00 |
| 06/07/07 | **Peterson, Brad L.**<br>Review Agreement with respect to timing of payments for Termination Charges, confer with G. Manter regarding same and draft memorandum regarding same (1.5). Review draft governance presentation produced by consultant at J. Enzor's request (1.0). | 2.50 |
| 06/18/07 | **Manter, Gregory A.**<br>Reviewed draft of executive summary and distributed to B. Peterson. | 0.50 |
| 06/18/07 | **Peterson, Brad L.**<br>Review and revise draft presentation on Governance as prepared by Delphi's consultant. | 1.00 |
| 06/19/07 | **Peterson, Brad L.**<br>Review and comment on Governance document from Delphi's consultant. | 1.00 |
| 06/20/07 | **Peterson, Brad L.**<br>Continue review of Governance document. | 4.00 |
| 06/21/07 | **Peterson, Brad L.**<br>Review and comment on governance presentation. | 1.00 |

**Total Hours**     **14.10**

Mayer Brown LLP

06089214
Delphi Corporation
Finance and Accounting Outsourcing

Page 2
Peterson, Brad L.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 08/02/07 | **Peterson, Brad L.** Calls with B. Lendzion regarding change control processes and procedures. | 0.30 |
| | **Total Hours** | **0.30** |

# IT OUTSOURCING SERVICES CONTRACT

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

Page 2
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 06/25/07 | **Chandler, Paul A.** Reviewing contract terms summary for HP MSA (per request of I. Seipke) and call with I. Seipke to discuss. | 0.50 |
| 06/27/07 | **Chandler, Paul A.** Drafting comments to proposed amendment #2 to EDS MSA per the request of M. Loeb. | 0.50 |
| 06/28/07 | **Chandler, Paul A.** Reviewing question from I. Seipke regarding definition of "Eligible Recipient" and call with I. Seipke to discuss. | 0.50 |
| | **Total Hours** | **1.50** |

Mayer, Brown, Rowe & Maw LLP

06020525
Delphi Corporation                                                                                          Page 2
IT Outsourcing Services Contract                                                                  Roy, Paul J. N.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 07/16/07 | **Roy, Paul J. N.**<br>Call from L. Guevel and J. Hostetler re: mechanics for handling divestitures under the agreement. | 0.30 |
| 07/18/07 | **Chandler, Paul A.**<br>Call with I. Seipke to discuss resource unit definitions and pricing issues. | 0.50 |
| 07/19/07 | **Chandler, Paul A.**<br>Conferring with P. Roy on HP pricing issues and drafting response to I. Seipke's question. | 0.50 |
| 07/19/07 | **Roy, Paul J. N.**<br>Conferred with P. Chandler re HP claims with regard to start time for charging for leased equipment. | 0.30 |

**Total Hours**                                                                                              **1.60**

Mayer Brown LLP

06020525
Delphi Corporation
IT Outsourcing Services Contract

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 08/01/07 | **Chandler, Paul A.** Drafting e-mail to I. Seipke re: HP data center responsibilities; call with I. Seipke to discuss. | 0.30 |
| 08/07/07 | **Chandler, Paul A.** Call with I. Seipke re: Schedule 4-B question. | 0.40 |
| 08/08/07 | **Chandler, Paul A.** Call with I. Seipke and R. Birch re: HP issues. | 1.00 |
| 08/24/07 | **Chandler, Paul A.** Call with I. Seipke and L. Tremonti re: CSC pricing issues. | 0.80 |
| 08/26/07 | **Chandler, Paul A.** Reviewing Schedules 4 and 4-A (1.30); reviewing e-mail and forwarding to I. Seipke (0.4). | 1.70 |
| 08/27/07 | **Chandler, Paul A.** Calls with I. Seipke and L. Tremonti re: Schedule 4-A. | 0.70 |
| | **Total Hours** | **4.90** |

Mayer Brown LLP

06020525                                                                    Page 2
Delphi Corporation                                                    Roy, Paul J. N.
IT Outsourcing Services Contract

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 09/05/07 | **Chandler, Paul A.**<br>Call with I. Seipke re: HP pricing issues (0.4); reviewing Schedule 4 (1.1). | 1.50 |
| 09/06/07 | **Chandler, Paul A.**<br>Call with I. Seipke re: pricing issues (0.3); conferring with P. Roy on issues (0.5). | 0.80 |
| 09/06/07 | **Roy, Paul J. N.**<br>Review of server count issue with HP. | 0.80 |
| 09/08/07 | **Chandler, Paul A.**<br>Call with I. Seipke re: HP pricing issues. | 0.50 |
| 09/10/07 | **Chandler, Paul A.**<br>Conferring with P. Roy on pricing issues with HP Schedules. | 0.30 |
| 09/10/07 | **Roy, Paul J. N.**<br>Review of back of contract provisions re server count issue and conferred with TPI re same. | 1.00 |
| 09/11/07 | **Roy, Paul J. N.**<br>Follow up with Kevin Smilie re issues with HP. | 0.80 |
| 09/12/07 | **Roy, Paul J. N.**<br>Call with Delphi re: issues with HP regarding server counts. | 2.00 |
| 09/24/07 | **Chandler, Paul A.**<br>Reviewing HP MSA, Schedules 2.1-B and 25 and drafting comments for M. Loeb and I. Seipke. | 1.80 |
| 09/26/07 | **Chandler, Paul A.**<br>Call with I. Seipke, M. Loeb and L. Tremonti re: HP server relocation issues. | 1.00 |

**Total Hours**    **10.50**

# RETENTION MATTER

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 2<br>Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 06/01/07 | **Connor, Andrew A.**<br>Work on fee application. | 0.50 |
| 06/01/07 | **Reimer, Craig E.**<br>Review interim fee application materials. | 0.20 |
| 06/04/07 | **Connor, Andrew A.**<br>Work on fee application. | 3.00 |
| 06/11/07 | **Connor, Andrew A.**<br>Work on fee application. | 0.50 |
| 06/11/07 | **Reimer, Craig E.**<br>Work on interim fee application materials. | 0.20 |
| 06/18/07 | **Connor, Andrew A.**<br>Work on payment allocation schedule. | 0.90 |
| | **Total Hours** | **5.30** |

Mayer, Brown, Rowe & Maw LLP

06031096                                                                                                    Page 3
Delphi Corporation                                                                            Reimer, Craig E.
In Re: Delphi Corporation, et al., Debtors - Retention Matter

## OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 05/02/07 | **Outside Courier**<br>VENDOR: United Parcel Service (Carol Stream); INVOICE#: 6E431E197; DATE: 5/12/2007  -  Guaranteed Service Refund issued by UPS for documents shipped on 5/2/07 to Davis Polk Wardell in New York, NY. | -10.74 |
| 05/29/07 | **Outside Courier**<br>VENDOR: United Parcel Service (Carol Stream); INVOICE#: 6E431E237; DATE: 6/9/2007  -  Guaranteed Service Refund issued by UPS for documents shipped on 5/29/07 to Donald Bernstein & Brian Resnick in New York, NY. | -10.83 |
| 05/29/07 | **Outside Courier**<br>VENDOR: United Parcel Service (Carol Stream); INVOICE#: 6E431E237; DATE: 6/9/2007  -  Guaranteed Service Refund issued by UPS for documents shipped on 5/29/07 to Simpson Thacher Bartlett in New York, NY. | -10.83 |
| 06/12/07 | **Document Reproduction** | 0.70 |
| 06/12/07 | **Document Reproduction** | 0.20 |
| 06/13/07 | **Document Reproduction** | 0.20 |
| 06/13/07 | **Document Reproduction** | 0.60 |

**Total Other Charges**                                                                     **$-30.70**

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 2
Reimer, Craig E.

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|------------------|-------|
| 07/03/07 | **Connor, Andrew A.**<br>Work on monthly statement. | 1.90 |
| 07/10/07 | **Connor, Andrew A.**<br>Work on fee application. | 3.00 |
| 07/11/07 | **Connor, Andrew A.**<br>Work on fee application. | 1.00 |
| 07/12/07 | **Connor, Andrew A.**<br>Work on fee application. | 1.50 |
| 07/13/07 | **Connor, Andrew A.**<br>Work on fee application. | 6.00 |
| 07/16/07 | **Connor, Andrew A.**<br>Work on fee application. | 1.50 |
| 07/20/07 | **Connor, Andrew A.**<br>Work on fee application. | 3.00 |
| 07/23/07 | **Connor, Andrew A.**<br>Work on fee application. | 2.60 |

**Total Hours**            **20.50**

Mayer, Brown, Rowe & Maw LLP

06031096                                                                      Page 3
Delphi Corporation                                              Reimer, Craig E.
In Re: Delphi Corporation, et al., Debtors - Retention Matter

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 07/03/07 | **Document Reproduction** | 3 | 0.30 |
| 07/03/07 | **Document Reproduction** | 120 | 12.00 |
| 07/03/07 | **Document Reproduction** | | 0.10 |
| 07/03/07 | **Document Delivery - Office** <br> Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 07/03/07 | **Document Delivery - Office** <br> Documents delivered to Huntersville, NC by Connor, Andrew A. | | 10.66 |
| 07/03/07 | **Document Delivery - Office** <br> Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 07/03/07 | **Document Delivery - Office** <br> Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 07/03/07 | **Document Delivery - Office** <br> Documents delivered to Troy, MI by Connor, Andrew A. | | 9.42 |
| 07/03/07 | **Document Delivery - Office** <br> Documents delivered to Troy, MI by Connor, Andrew A. | | 9.42 |
| 07/03/07 | **Document Delivery - Office** <br> Documents delivered to Troy, MI by Connor, Andrew A. | | 9.42 |
| 07/03/07 | **Document Delivery - Office** <br> Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 07/03/07 | **Document Delivery - Office** <br> Documents delivered to Chicago, IL by Connor, Andrew A. | | 8.13 |
| 07/03/07 | **Document Delivery - Office** <br> Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 07/09/07 | **Document Reproduction** | 11 | 1.10 |
| 07/09/07 | **Document Reproduction** | 5 | 0.50 |
| 07/10/07 | **Automated Research - Outside** <br> VENDOR: Pacer Service Center; INVOICE#: 0710200708; DATE: <br> 7/10/2007  -  Computer searches | | 10.48 |
| 07/10/07 | **Document Reproduction** | 11 | 1.10 |
| 07/10/07 | **Document Reproduction** | 35 | 3.50 |
| 07/11/07 | **Document Reproduction** | 27 | 2.70 |
| 07/12/07 | **Document Reproduction** | 2 | 0.20 |

Mayer, Brown, Rowe & Maw LLP

06031096                                                                                    Page 4
Delphi Corporation                                                             Reimer, Craig E.
In Re: Delphi Corporation, et al., Debtors - Retention Matter

### OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 07/13/07 | **Document Reproduction** | 22 | 2.20 |
| 07/13/07 | **Document Reproduction** | 39 | 3.90 |
| 07/13/07 | **Document Reproduction** | 69 | 6.90 |
| 07/20/07 | **Document Reproduction** | 12 | 1.20 |
| 07/20/07 | **Document Reproduction** | 2113 | 211.30 |
| 07/20/07 | **Document Reproduction** | 12 | 1.20 |
| 07/20/07 | **Mailing Charges - Office** <br> Documents delivered to Morristown, NJ by Connor, Andrew A. | | 6.79 |
| 07/20/07 | **Document Delivery - Office** <br> Documents delivered to New York, NY by Connor, Andrew A. | | 19.91 |
| 07/20/07 | **Document Delivery - Office** <br> Documents delivered to New York, NY by Connor, Andrew A. | | 19.91 |
| 07/20/07 | **Document Delivery - Office** <br> Documents delivered to New York, NY by Connor, Andrew A. | | 19.91 |
| 07/20/07 | **Document Delivery - Office** <br> Documents delivered to New York, NY by Connor, Andrew A. | | 19.91 |
| 07/20/07 | **Document Delivery - Office** <br> Documents delivered to Troy, MI by Connor, Andrew A. | | 14.02 |
| 07/20/07 | **Document Delivery - Office** <br> Documents delivered to Huntersville, NC by Connor, Andrew A. | | 18.26 |
| 07/20/07 | **Document Delivery - Office** <br> Documents delivered to Troy, MI by Connor, Andrew A. | | 14.02 |
| 07/20/07 | **Document Delivery - Office** <br> Documents delivered to Troy, MI by Connor, Andrew A. | | 14.02 |
| 07/20/07 | **Document Delivery - Office** <br> Documents delivered to New York, NY by Connor, Andrew A. | | 19.91 |
| 07/20/07 | **Document Delivery - Office** <br> Documents delivered to Chicago, IL by Connor, Andrew A. | | 10.95 |
| 07/23/07 | **Document Delivery - Office** <br> Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 07/23/07 | **Document Delivery - Office** <br> Documents delivered to Troy, MI by Connor, Andrew A. | | 9.42 |
| 07/23/07 | **Document Delivery - Office** <br> Documents delivered to Troy, MI by Connor, Andrew A. | | 9.42 |

Mayer, Brown, Rowe & Maw LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 5
Reimer, Craig E.

### OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 07/23/07 | **Document Delivery - Office**<br>Documents delivered to Chicago, IL by Connor, Andrew A. | | 8.13 |
| 07/23/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 07/23/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 07/23/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 07/23/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 07/23/07 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.42 |
| 07/23/07 | **Document Delivery - Office**<br>Documents delivered to Huntersville, NC by Connor, Andrew A. | | 10.66 |

**Total Other Charges**                                                 **$641.19**

Mayer Brown LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 2
Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 08/06/07 | **Connor, Andrew A.**<br>Work on fee application. | 1.00 |
| 08/13/07 | **Connor, Andrew A.**<br>Follow up re transition to OCP. | 0.50 |
| 08/14/07 | **Connor, Andrew A.**<br>Work on monthly statement. | 0.20 |
| 08/15/07 | **Connor, Andrew A.**<br>Work on monthly statement. | 0.50 |
| 08/16/07 | **Connor, Andrew A.**<br>Work on monthly statement. | 0.50 |

| **Total Hours** | **2.70** |
|---|---|

Mayer Brown LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 3
Reimer, Craig E.

### OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 07/20/07 | **Outside Courier**<br>VENDOR: United Parcel Service (Carol Stream); INVOICE#: 6E431E317; DATE: 8/4/2007 - Guaranteed Service Refund issued by UPS for documents shipped on 7/20/07 to Simpson Thacher Bartlett in New York, NY. | | -19.91 |
| 08/15/07 | **Document Reproduction** | 29 | 2.90 |
| 08/29/07 | **Mailing Charges - Office**<br>Documents delivered to Morristown, NJ by Connor, Andrew A. | | 2.87 |
| 08/29/07 | **Document Delivery - Office**<br>Documents delivered to Huntersville, NC by Connor, Andrew A. | | 10.66 |
| 08/29/07 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.42 |
| 08/29/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 08/29/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 08/29/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 08/29/07 | **Document Delivery - Office**<br>Documents delivered to Chicago, IL by Connor, Andrew A. | | 8.13 |
| 08/29/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 08/29/07 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.42 |
| 08/29/07 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.42 |
| 08/29/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |

**Total Other Charges**          $88.31

Mayer Brown LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 2
Reimer, Craig E.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 09/05/07 | **Connor, Andrew A.**<br>Work on fee application. | 1.00 |
| 09/06/07 | **Connor, Andrew A.**<br>Work on fee application. | 1.00 |
| 09/07/07 | **Connor, Andrew A.**<br>Work on fee application. | 0.50 |
| | **Total Hours** | **2.50** |

Mayer Brown LLP

06031096
Delphi Corporation
In Re: Delphi Corporation, et al., Debtors - Retention Matter

Page 3
Reimer, Craig E.

## OTHER CHARGES

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 09/06/07 | **Document Reproduction** | 120 | 12.00 |
| 09/06/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 09/06/07 | **Document Delivery - Office**<br>Documents delivered to Chicago, IL by Connor, Andrew A. | | 8.13 |
| 09/06/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 09/06/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 09/06/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 09/06/07 | **Document Delivery - Office**<br>Documents delivered to New York, NY by Connor, Andrew A. | | 11.08 |
| 09/06/07 | **Document Delivery - Office**<br>Documents delivered to Huntersville, NC by Connor, Andrew A. | | 10.66 |
| 09/06/07 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.42 |
| 09/06/07 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.42 |
| 09/06/07 | **Document Delivery - Office**<br>Documents delivered to Troy, MI by Connor, Andrew A. | | 9.42 |
| 09/07/07 | **Document Reproduction** | 10 | 1.00 |
| 09/14/07 | **Document Reproduction** | 5 | 0.50 |
| 09/14/07 | **Document Reproduction** | 4 | 0.40 |
| 09/24/07 | **Document Reproduction** | 2 | 0.20 |
| 09/27/07 | **Document Reproduction** | 9 | 0.90 |
| 09/27/07 | **Document Reproduction** | | 0.10 |

**Total Other Charges**                                    **$117.55**

# TELECOM OUTSOURCING PROJECT

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 2
Roy, Paul J. N.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 06/03/07 | **Roy, Paul J. N.**<br>Preparation for training at Delphi. | 1.50 |
| 06/04/07 | **Roy, Paul J. N.**<br>Contract training session at Delphi. | 6.50 |
| | **Total Hours** | **8.00** |

Mayer, Brown, Rowe & Maw LLP

06089756
Delphi Corporation
Telecom Outsourcing Project

Page 3
Roy, Paul J. N.

## OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| 03/22/07 | **Long Distance Telephone**<br>(248) 813-6801 at 0947 ( 12 mins) | 1.08 |
| 03/23/07 | **Long Distance Telephone**<br>(248) 813-1141 at 1335 ( 27 mins) | 2.43 |
| 03/23/07 | **Long Distance Telephone**<br>(212) 901-2228 at 1433 ( 52 mins) | 4.68 |
| 03/26/07 | **Long Distance Telephone**<br>(248) 813-1141 at 1110 ( 22 mins) | 1.98 |
| 03/30/07 | **Long Distance Telephone**<br>(248) 813-1141 at 1625 ( 13 mins) | 1.17 |
| 04/25/07 | **Proofreading - Internal**<br>Performed by Marchant, Brent C. for Chandler, Paul A. | 0.00 |
| 04/25/07 | **Proofreading - Internal**<br>Performed by Hillery, Marla V. for Chandler, Paul A. | 0.00 |
| 06/03/07 | **Travel - Other**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070108 DATE: 05-Jun-07<br>Delphi/Network expenses From 03 Jun 2007 To 03 Jun 2007 | 202.39 |
| 06/03/07 | **Travel - Other**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070108 DATE: 05-Jun-07 | 26.00 |
| 06/04/07 | **Travel - Airfare**<br>VENDOR: Roy, Paul J. N. INVOICE#: MBRM000082962070108 DATE: 05-Jun-07<br>Delphi/Network expenses From 03 Jun 2007 To 04 Jun 2007 | 452.05 |
| 06/05/07 | **Document Reproduction** | 0.30 |

**Total Other Charges**

**$692.08**



**Marriott**
HOTELS • RESORTS
AT CENTERPOINT

3600 Centerpoint Parkway
Pontiac, MI 48341
(248) 253 9800
Marriott.com/DTWPO

DETROIT MARRIOTT PONTIAC

**GUEST FOLIO**

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 601 | ROY/PAUL J/MR | 104.00 | 06/04/07 | 12:00 | 5553 |
| TYPE NKNG | | | ARRIVE 06/03/07 | TIME 00:29 | |
| ROOM CLERK 14 | 3136 PALM LN | | | | |
| ROOM ADDRESS | NORTHBROOK   IL 600625866 | PAYMENT | | MR#: XXXXX5253 | |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 06/03 | ROOM | 601, 1 | 104.00 | | |
| 06/03 | ROOM TAX | 601, 1 | 6.24 | | |
| 06/03 | LOCAL TX | 601, 1 | 5.20 | | |
| 06/03 | OCC TAX | 601, 1 | 2.08 | | |
| 06/04 | BK CARD | | | $117.52 | |

TO BE SETTLED TO:    MASTERCARD      CURRENT BALANCE  .00

THANK YOU FOR CHOOSING DETROIT MARRIOTT PONTIAC AT
CENTERPOINT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON
YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Planning has its rewards! If you're planning a
reunion, seminar, wedding, or a retreat...why n
Earn up to 100,000 points with Rewarding Events
info, visit Marriott.com/meetings/rewards. Rewa

Gift Dads, Grads and Newlyweds with a great gif
Purchase a Marriott Golf, Spa or Dining GiftCar
receive a $50 bonus coupon for dining, spa or a
Visit www.Gifts.Marriott.com for more details.

*Airfare*

236.40+
47.25+
121.15+
47.25+
004
452.05*

MARRIOTT REWARDS ACCOUNT # XXXXX5253
DATE 06/03/07 - 06/04/07 REVENUE IF APPLICABLE
BASE POINTS EARNED: 1040   ADDITIONAL POINTS MA
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

*Parking*
001

26.00+

26.00*

**Marriott**
HOTELS & RESORTS
DETROIT PONTIAC
AT CENTERPOINT

DETROIT MARRIOTT PONTIAC
3600 CENTERPOINT PKW
PONTIAC, MI  48341

*Car rental
Plus Hotel*
002

84.87+
117.52+

202.39*

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge
you.  The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to
credit card...
are direct billed...
per mon...
are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-o
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorne

Signature X

6-2655SC
Rev 12/94

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

07 3426 3215
**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT

#08296

ETKT                                    PASSENGER RECEIPT                202033    0258563    A7X
                                                                          X6CANONGPX96
ISSUED BY                               A·R·C XXX
AMERICAN AIRLINES                       XXXXX                             NAME OF PASSENGER
NAME OF ISSUING AGENT        TOUR CODE                                    ROY/PAUL
LAWYERS TRAVEL            CHICAGO                    A14594915            ORD
NAME OF PASSENGER                       ENDR/CARRIER CODE    PLACE OF ISSUE    DATE OF ISSUE    DTW AA2360 P 03JUNKUPP26D
ROY/PAUL                 GBTKOG/AA KUPP26D           IL US29MAY07
X/O  FROM                                           FCI  SERV CARR ID
**NOT VALID FOR**        THIS IS YOUR RECEIPT        6  0011/
X/O  TO                                              NOT VALID BEFORE   NOT VALID AFTER
**TRANSPORTATION**                                  03JUN
ENDORSEMENTS/RESTRICTIONS                            ISSUING AGENT ID
VLD AA NONTRANS                                      WN27A7X            CARRIER
FP CAXXXXXXXXXXXX9260*1009/    048594 /FCCHI AA DTT2
10.23KUPP26D USD210.23END ZPORD XT2.50  AY 4.50XFOR
D4.5                                                                     CARRIER    FLIGHT CLASS    DATE

                                                                         GATE               SEAT  SMOKE
FARE                                                ALLOW  PCS  WT  UNCKD
XT    7.00                                          ***** ***** *
USD  210.23                                         DOCUMENT NUMBER       CK   NOT VALID FOR TRAVEL
TAX/FEE/CHARGE                   STOCK CONTROL NO TX 889    CK            0 001 7047061243 2
US    15.77
TAX/FEE/CHARGE
ZP    3.40   39275467884              0 001 7047061243 2                  AA14594915
TOTAL
USD  236.40

---

07 3426 3215
**PASSENGER TICKET AND BAGGAGE CHECK**    08296
XXXXXXXXXXXXXXXXXXXXX                                                    202033    0258564 A7X
                                                                         X6CANONGPX96
NOT TRANSFERABLE         MISCELLANEOUS CHARGES ORDER
                         A·R·C XXX PASSENGER RECEIPT
ISSUED BY                                            A14594915          NAME OF PASSENGER
AIRLINES REPORTING CRP      CHICAGO                                     MISCELLANEOUS
NAME OF ISSUING AGENT        TOUR CODE                                  CHARGES ORDER
LAWYERS TRAVEL                          ENDR/CARRIER CODE    PLACE OF ISSUE    DATE OF ISSUE
NAME OF PASSENGER        GBTKOG/AA                   ILUS29MAY07        FROM
ROY/PAUL                 CARRIER  FLIGHT  CLASS DATE   TIME  STATUS    7  0011/
X/O                                                 NOT VALID BEFORE   NOT VALID AFTER
AIRLINES REPORTING CORP                                                 TO
TRAVEL RELATED SERVICE FEE                          WN27A7X
ENDORSEMENTS/RESTRICTIONS                                               CARRIER

FP CAXXXXXXXXXXXX9260* 1009 /    460556                                 CARRIER    FLIGHT CLASS    DATE

                                                                        GATE               SEAT  SMOKE
                                                                        NOT VALID FOR TRAVEL
FARE                    EQUIV. FARE PD
USD   47.25                                          ALLOW  PCS  WT  UNCKD
TAX/FEE/CHARGE            0.00
                         STOCK CONTROL NO TX 889    CK   CPN             PCS  WT  UNCKD  BAGGAGE ID NUMBER
TAX/FEE/CHARGE
         39275467921          890 8152053325 0                          8901 AA14594915
TOTAL
USD   47.25

---

07 3426 3215
**PASSENGER TICKET AND BAGGAGE CHECK**    08296
SUBJECT TO CONDITIONS OF CONTRACT                   PASSENGER RECEIPT    202033    0258564    A7X
                                                                         X6CANONGPX96
ETKT                     A·R·C XXX
ISSUED BY                                            A14594915          NAME OF PASSENGER
UNITED AIRLINES          XXXXX052LI                                     ROY/PAUL
NAME OF ISSUING AGENT        TOUR CODE              PLACE OF ISSUE    DATE OF ISSUE    DTW
LAWYERS TRAVEL           CHICAGO                     IL US29MAY07      ORD UA1161 V 04JUNVA/NUP
NAME OF PASSENGER        ENDR/CARRIER CODE    FARE BASIS/TICKET DESIGNATOR
ROY/PAUL                 GBTKOG/AA VA/NUP            6  0011/
X/O  FROM                CARRIER  FLIGHT  CLASS DATE   TIME  STATUS    NOT VALID BEFORE   NOT VALID AFTER
**NOT VALID FOR**        THIS IS YOUR RECEIPT
X/O  TO                                              ISSUING AGENT ID
**TRANSPORTATION**                                  WN27A7X
ENDORSEMENTS/RESTRICTIONS                                               CARRIER
S/CVA MAYER BROWN/S*CVA MAYER BROWN
FP CAXXXXXXXXXXXX9260*1009/    265956 /FCDTT UA CHI1                    CARRIER    FLIGHT CLASS    DATE
03.02VA/NUP 103.02 END ZPDTW XT2.50AY4.50XFDTW4.5
                                                                        GATE               SEAT  SMOKE

FARE                                                ALLOW  PCS  WT  UNCKD
XT    7.00                                          ***** ***** *
USD  103.02             EQUIV. FARE PD              DOCUMENT NUMBER       CK   NOT VALID FOR TRAVEL
TAX/FEE/CHARGE                   STOCK CONTROL NO TX 889    CK            0 016 7047061244 0
US    7.73
TAX/FEE/CHARGE
ZP    3.40   39275467906              0 016 7047061244 0                  AA14594915
TOTAL
USD  121.15

07 3426 3215
PASSENGER TICKET AND BAGGAGE CHECK
XXXXXXXXXXXXXXXXXXXX  PERSONAL
NOT TRANSFERABLE
MISCELLANEOUS CHARGES ORDER
A·R·C XXX PASSENGER RECEIPT

202026   0258562 A4X
XXXXXXXXXX

ISSUED BY
AIRLINES REPORTING CRP
AGENT CODE
AI4594915
TOUR CODE
NAME OF PASSENGER
MISCELLANEOUS
CHARGES ORDER

NAME OF PASSENGER AGENCY
LANIERS TRAVEL
PLACE OF ISSUE
CHICAGO
DATE OF ISSUE
TLUS29MAY07
FROM

NAME OF PASSENGER
WALTHER/JANES R
VALIDATING CARRIER CODE
HTJYYR/AA
FARE BASIS/TICKET DESIGNATOR
FCI SERV CARR ID
7 0011/
TO

X/O         TO
AIRLINES REPORTING CORP
CARRIER  FLIGHT   CLASS  DATE   TIME   STATUS   NOT VALID BEFORE  NOT VALID AFTER
CARRIER

TRAVEL RELATED SERVICE FEE
ISSUING AGENT ID
VN27A4X
CARRIER   FLIGHT   CLASS   DATE   TIME

ENDORSEMENTS/RESTRICTIONS

FP CAXXXXXXXXXXXXX9858* 0210 /   381879

NOT VALID FOR TRAVEL
GATE        SEAT   SMOKE

FARE
USD      47.25
TAX/FEE/CHARGE
0.00
EQUIV FARE PD
ALLOW   PCS   WT   UNCKD

TAX/FEE/CHARGE
STOCK CONTROL NO TX 88%   CK
39275467851
CPN
DOCUMENT NUMBER      CK
890 8152053324 6
PCS   WT   UNCKD
BAGGAGE ID NUMBER

TOTAL
USD      47.25
8901 AA14594915

---

NATIONAL
CAR RENTAL

RA 814122789           Inv 80013557748
Rental   03-JUN-2007 11:31 PM
DETROIT METRO ARPT
Return   04-JUN-2007 04:42 PM
DETROIT METRO ARPT

PAUL J ROY
Vehicle # 79339100
Model            IMPALA LT
Class Driven FCAR     Class Charged ICAR
License#  GKY5368   State/Province  PA
M/Kms Driven   93
M/Kms Out     5345
M/Kms In      5438

MAYER BROWN & PLATT
Contract ID 5702498
Charges      No Unit   Price    Amount
T & H          1 Days   56.00    56.00*
UNLIM M/KM     0 M/Kms            0.00*
REFUELING      2 Gals   6.99    13.98*
ARPT COST RECOVERY FEE            7.85*
WAYNE COUNTY STADIUM TX           1.56*
VEH LIC FEE RECOV.68/DAY          0.68*
SALES TAX @6.00% X                4.80

Total Charges              USD 84.87

Paid By    Visa  7632          -84.87

Amount Due                 USD 0.00

* Taxable Items
Subject to Audit
Your Emerald Club Number is 761930142
Emerald Club rental credits will be
posted within 24 hours
We hope you enjoyed driving your
upgraded Emerald Club vehicle.
Customer service Number 1-800-468-3334

))) National.

---

THANK YOU

O'Hare International Airport
Parking Facility · Lots A, B & C
P.O. Box 66179, Chicago, Il. 60666-0179
Tel: (773) 686-7532

SALES VOUCHER/RECEIPT
DAILY TICKET - A Lot Level 2 - 6
TRANSACTION NUMBER             901003041
ENTRY TIME/DATE         19:29  06-03-07
PAYMENT TIME/DATE       17:46  06-04-07
PAY MACHINE                         CE39
LICENSE:                       IL 8013572
OPERATOR                             356
FEE                              $26.00
MASTERCARD           ************9260
Pay m/c Transaction Ref:     3900000694
Authorization Code               160738
SPS Terminal                CHG0019801
SPS Time                    0604071750
SPS Reference                      7452
TOTAL                          $26.00
Includes All Applicable Taxes