Hearing Date and Time: February 26, 2008 at 10:00 a.m.
Objection Deadline: February 19, 2008 at 4:00 p.m.

Paul J. N. Roy, Esq.
Craig E. Reimer, Esq.
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel. 312.782.0600
Fax  312.701.7711
(Special Outsourcing Counsel to the
Debtors and Debtors-in-Possession)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :    Case No.   05-44481 (RDD)
  DELPHI  CORPORATION, INC., et al.,                :    (Jointly Administered)
                      Debtors.                      :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Paul J.N. Roy, an attorney, hereby certifies that on December 13, 2007, he caused to be served, via email, a true and correct copy of the **NOTICE OF FIFTH APPLICATION OF MAYER BROWN LLP, SPECIAL OUTSOURCING COUNSEL TO DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JUNE 1, 2007 THROUGH SEPTEMBER 30, 2007** upon those parties that constitute the "Master Service List" and the "2002 List" as provided on the database at www.delphidocket.com, except for (i) Miami-Dade County Tax Collector, Metro-Dade Paralegal Unit, 140 West Flagler Street, Suite 1403, Miami, FL 33130; (ii) Professional Technologies Services, John V. Gorman, P.O. Box #304, Frankenmuth, MI  48734, (iii) Gregory J. Jordan, Dykema Gossett PLLC, 10 Wacker Drive, Suite 2300, Chicago, IL 60606; (iv) Internal Revenue Service, Attn: Insolvency Department, 477 Michigan Ave, Mail Stop 15, Detroit, MI 48226; (v) Beth Klimczak, Gen Cnsl., Jason, Inc., 411 E. Wisconsin Ave., Ste 2120, Milwaukee, Ave 53202; (vi) Stephen Toy, WL Ross & Co LLC; 600 Lexington Ave., 19th Fl., New York, NY 10022; (vii) Tyco Electronics Corporation, MaryAnn Brereton, Assistant General Counsel, 60 Columbia Road, Morristown, NJ 07960, (viii) Brendan G. Best, Dykema Gossett PLLC, 39577 Woodward Ave., Ste 300, Bloomfield Hills, MI 48304; (ix) Sarah Carter, Pickrel, Shaeffer & Ebeling, 2700 Kettering Tower, Dayton, OH 45423; and (x) IUE-CWA, Conference Bd. Chmn., 2360 W. Dorothy Lane, #201, Dayton, OH 45439, which parties were served via First Class, U.S. Mail, postage prepaid; and via overnight delivery, a copy of the **FIFTH APPLICATION OF MAYER BROWN LLP, SPECIAL OUTSOURCING COUNSEL TO DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JUNE 1, 2007 THROUGH SEPTEMBER 30, 2007** upon those parties that

constitute the "Notice Parties", pursuant to the Interim Compensation Order. Registered members of the Court's CMECF system that are participants in these proceedings received electronic notice of this filing.

Dated:    Chicago, Illinois
           December 13, 2007     /s/ Paul J. N. Roy, Esq.
                                       Paul J. N. Roy, Esq.