KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
David A. Murdoch, Esq. (PA I.D. No. 00239)
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)
and
Robert N. Michaelson, Esq. (RM 5312)
599 Lexington Avenue
New York, NY 10022-6030
(212) 536-3900
(212) 536-3901 (fax)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **DELPHI CORPORATION, et al.,** | **Case No. 05-44481 (RDD)** **(Jointly Administered)** |
| **Debtors** | |

**RESPONSE AND LIMITED OBJECTION OF WESCO DISTRIBUTION, INC. TO DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION**

WESCO Distribution, Inc ("WESCO"), by its undersigned attorneys, Kirkpatrick & Lockhart Preston Gates Ellis LLP, respectfully submits this response and limited objection ("Limited Objection") in support of the allowance of Proof of Claim No. 12223 against Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and in opposition to Debtor's Twenty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Claim, (B) Certain Equity Claims, (C) Insufficiently Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books and Records, and (E) Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject To Modification That Is

Subject To Prior Order, And Modified Claim Asserting Reclamation That Is Subject To Prior Order (the "Claims Objection") filed by the Debtors, stating as follows:

**FACTUAL BACKGROUND**

1. On October 8 and 14, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.*) in the United States Bankruptcy Court for the Southern District of New York.

2. Prior to the Petition Date, WESCO provided certain goods to the Debtors pursuant to various purchase orders.

3. On July 28, 2006, WESCO timely filed a proof of claim against Delphi Corporation in the amount of $59,964.21 (the "WESCO Claim") representing amounts owing for prepetiton goods delivered. The WESCO Claim is proof of claim number 12223. A copy of WESCO's proof of claim is attached hereto as Exhibit A.

4. On November 19, 2007, the Debtors filed their Claims Objection, and sought to modify and disallow part of the WESCO Claim on the alleged grounds that include, but according to Debtors are not limited to, the following: the claims subject to modification "(a) [do] not account for amounts that may have been paid or credited against such [claims] prior to the commencement of these cases, (b) may include postpetition liabilities, (c) [do] not account for amounts that may have been paid or credited against such [claims] following the commencement of these cases, (d) [were] docketed and filed against the wrong Debtor entity, and/or (e) [are] misclassified as a priority or secured claim." Claims Objection ¶43.

5. Debtors are seeking to reduce the WESCO Claim by $31,135.46 from $59,964.21 to $28,828.75. Debtors have failed to (a) supply WESCO with adequate documentation, (b)

reconcile the amount of the proposed reduction, and (c) offer sufficient reasons for their attempt to reduce the WESCO Claim by $31,135.46.

6. Based on discussions between Debtors and WESCO prior to filing this Limited Objection, Debtors identified the five invoices listed below as the basis for their objection to the WESCO Claim:

| **Invoice Number** | **Amount** |
|---|---|
| 774655 | $7,056.00 |
| 774675 | $6,797.45 |
| 801833 | $10,700.63 |
| 801897 | $3,608.12 |
| 889378 | $2,845.34 |

These five invoices total $31,007.54. However, Debtors believe that the WESCO Claim should be reduced by $31,135.46. Debtors have not accounted for the $127.92 difference.

7. Debtors paid Invoice Number 889378 during the post-petition period. Therefore, WESCO does not object to a reduction of the WESCO Claim by $2,845.34 from $59,964.21 to a modified amount totaling $57,118.87.

8. Invoice Numbers 774655 and 774675 relate to consignment materials shipped to Debtors during the prepetition period for use during August 2005 (the "August Materials"). Debtors were billed for the August Materials in September 2005.

9. Invoice Numbers 801883 and 801897 relate to consignment materials shipped to Debtors during the prepetition period for use during September 2005 (the "September Materials"). Debtors were billed for the September Materials in November 2005.

10. WESCO has not been paid for the August Materials or the September Materials.

**THE DEBTORS' CLAIM OBJECTION SHOULD BE OVERRULED
WITH RESPECT TO THE WESCO CLAIM**

11. Apart from the generic boilerplate language quoted in paragraph 4 above, the Claims Objection states no specific reason or reasons why the WESCO Claim should not be allowed. The WESCO Claim was executed and filed in accordance with the Federal Rules of Bankruptcy Procedure and, as such, constitutes "*prima facia* evidence of the validity and amount" of the WESCO Claim. Rule 3001(f) of the Fed. R. Bankr. Proc.

12. In objecting to the WESCO Claim, Debtors have the burden of proof to refute with adequate evidence allegations that are essential to the legal sufficiency of the WESCO Claim. *In re King*, 305 B.R. 152, 162 (Bankr. S.D.N.Y. 2004). Debtors' have provided no such evidence.

13. Because the Claim Objections falls short of the standard of proof required of a debtor or trustee, it should be overruled, and the WESCO Claim should be allowed in the amount of $57,118.87.

**REPLIES**

Any reply to this response should be served on WESCO's undersigned counsel at their addresses set forth below.

WHEREFORE, WESCO respectfully requests that the Court enter an Order overruling the Debtors' Claim Objection insofar as it relates to the WESCO Claim, allowing the WESCO Claim in the amount of $57,118.87, and grant such other and further relief as this Court deems just and proper.

Dated December 13, 2007

Respectfully submitted,

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

David A. Murdoch
Pa I.D. # 00239
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

and

Robert N. Michaelson, Esq. (RM 5312)
599 Lexington Avenue
New York, NY 10022-6030
(212) 536-3900
(212) 536-3901 (fax)

Attorneys for WESCO Distribution, Inc.

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York

# PROOF OF CLAIM

Received
AUG 05 2006
Kurtzman Carson

COPY

Name of Debtor: Delphi Corporation

Case Number: 05-44481

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Wesco Distribution Inc

Name and address where notices should be sent:

Wesco Distribution Inc
225 W Station Square Dr Ste 700
Pittsburgh PA 15219

Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: VARIOUS

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: ________

**1. Basis for Claim**

☒ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other ________

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: ________
Unpaid compensation for services performed from ________ (date) to ________ (date)

**2. Date debt was incurred:** 8/23/05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 59,964.21 (unsecured) ________ (secured) ________ (priority) ________ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other________

Value of Collateral: $________

Amount of arrearage and other charges at time case filed included in secured claim, if any: $________

**6. Unsecured Nonpriority Claim** $________

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $________

Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/27/06 | DAVID M. FUHR [signature] 7/27/06 REG. FIN. SERV. MGR. |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410191914190020

Dec. 12. 2007 4:38PM WESCO No. 0137 P. 1

**WESCO DISTRIBUTION, INC.**
**Proof Of Claim Form**
**Invoice Listing Detail Summary**

| Date | Invoice # | Customer # | | P.O.# | | | Balance | |
|---|---|---|---|---|---|---|---|---|
| 8/23/2005 | 892055 | 1344 | 40000 | LP598037 -FRT | | $ | 22.08 | |
| 8/31/2005 | 900218 | 1344 | 40000 | LP598419 | | $ | 181.00 | |
| 8/31/2005 | 900220 | 1344 | 40000 | LP598543 | | $ | 3,708.00 | |
| 9/1/2005 | 902670 | 1344 | 40000 | LP598037 -FRT | | $ | 9.82 | |
| 9/6/2005 | 905257 | 1344 | 40000 | LP601606LPR49382 | | $ | 220.08 | |
| 9/6/2005 | 905259 | 1344 | 40000 | LP598874 | | $ | 28.78 | |
| 9/15/2005 | 914617 | 1344 | 40000 | LP598816 | | $ | 251.60 | |
| 9/19/2005 | 917242 | 1344 | 40000 | | 450135150 | $ | 81.60 | |
| 9/19/2005 | 917247 | 1344 | 40000 | | 450136817 | $ | 6,305.00 | |
| 9/28/2005 | 774656 | 7585 | 62024 | | Aug-05 | | 7,056.00 | |
| 9/28/2005 | 774678 | 7585 | 62024 | | Aug-05 | | [illegible] | |
| 11/21/2005 | 801683 | 7585 | 62166 | | Sep-05 | | 10,700.69 | |
| 11/21/2005 | 801697 | 7585 | 62166 | | Sep-05 | | 3,605.12 | |
| 8/28/2006 | 869378 | 7585 | 62166 | JUNE BILLING | | | 2,545.84 | |
| | | | | | | $ | 41,762.19 | Delphi POC |

| Date | Inv# | Branch | Cust# | P.O.# | | Balance | |
|---|---|---|---|---|---|---|---|
| 8/1/2005 | 448947 | 3270 | 61060 | 159565 | $ | 799.27 | |
| 8/2/2005 | 449337 | 3270 | 61060 | 159565 | $ | 447.81 | |
| 8/3/2005 | 449786 | 3270 | 61060 | 159185 | $ | 134.34 | |
| 8/8/2005 | 451677 | 3270 | 61060 | 159720 | $ | 118.00 | |
| 8/10/2005 | 451670 | 3270 | 61060 | 159565 | $ | 83.97 | |
| 8/11/2005 | 452596 | 3270 | 61060 | 159729 | $ | 859.68 | |
| 8/16/2005 | 453852 | 3270 | 61060 | 159922 | $ | 118.42 | |
| 8/18/2005 | 455370 | 3270 | 61060 | 159858 | $ | 1,025.00 | |
| 8/23/2005 | 456152 | 3270 | 61060 | 160061 | $ | 101.78 | |
| 8/24/2005 | 456601 | 3270 | 61060 | 160061 | $ | 348.00 | |
| 8/26/2005 | 457606 | 3270 | 61060 | 160260 | $ | 1,599.03 | |
| 8/29/2005 | 457972 | 3270 | 61060 | 160250 | $ | 5.58 | |
| 8/30/2005 | 458383 | 3270 | 61060 | 160256 | $ | 779.80 | |
| 9/1/2005 | 460087 | 3270 | 61060 | 160400 | $ | 75.90 | |
| 9/6/2005 | 460719 | 3270 | 61060 | 160400 | $ | 75.90 | |
| 9/8/2005 | 461476 | 3270 | 61060 | 160450 | $ | 1,514.53 | |
| 9/8/2005 | 461478 | 3270 | 61060 | 160420 | $ | 1,757.74 | |
| 9/14/2005 | 462887 | 3270 | 61060 | 160400 | $ | 758.00 | |
| 9/14/2005 | 462898 | 3270 | 61060 | 160425 | $ | 317.82 | |
| 9/16/2005 | 463276 | 3270 | 61060 | 160823 | $ | 432.21 | |
| 9/16/2005 | 463296 | 3270 | 61060 | 160584 | $ | 501.00 | |
| 9/19/2005 | 463505 | 3270 | 61060 | 160885 | $ | 990.86 | |
| 9/19/2005 | 463507 | 3270 | 61060 | 160885 | $ | 447.88 | |
| 9/20/2005 | 464281 | 3270 | 61060 | 160885 | $ | 143.84 | |
| 9/23/2005 | 465979 | 3270 | 61060 | 160991 | $ | 1,788.93 | |
| 9/27/2005 | 466298 | 3270 | 61060 | 161157 | $ | 558.11 | |
| 10/3/2005 | 468508 | 3270 | 61060 | 161352 | $ | 497.88 | |
| 10/3/2005 | 468505 | 3270 | 61060 | 161352 | $ | 779.80 | |
| 10/6/2005 | 470017 | 3270 | 61060 | 160400 | $ | (758.00) | |
| 10/13/2005 | 472661 | 3270 | 61060 | 161260 | $ | 228.44 | |
| 9/18/2005 | 68900 | 7623 | 65750 | 235352 | $ | 99.99 | |
| 9/22/2005 | 72208 | 7623 | 65750 | 235377 | $ | 12.69 | |
| 9/30/2005 | 77079 | 7623 | 65750 | 236022 | $ | 74.42 | |
| 10/5/2005 | 79808 | 7623 | 65750 | 236208 | $ | 18.04 | |
| 10/5/2005 | 80429 | 7623 | 65750 | 236504 | $ | 350.00 | |
| 10/6/2005 | 80443 | 7623 | 65750 | 236208 | $ | 10.23 | |
| 10/6/2005 | 80467 | 7623 | 65750 | 236417 | $ | 235.00 | |
| 10/7/2005 | 81002 | 7623 | 65750 | 236205 | $ | 2.44 | |
| 10/7/2005 | 81024 | 7623 | 65750 | 236524 | $ | 32.45 | |
| 10/7/2005 | 81026 | 7623 | 65750 | 236504 | $ | 14.20 | |
| 10/14/2005 | 84255 | 7623 | 65750 | 236382 | $ | 128.32 | |
| 10/28/2005 | 94280 | 7623 | 65750 | 237854 | $ | 45.63 | |
| Total | | | | | $ | 18,182.02 | Setech POC |

**Total** **$ 59,964.21 Total POC**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the parties listed below, by facsimile, on the 13th day of December, 2007:

Delphi Corporation
ATTN: General Counsel
5725 Delphi Drive
Troy, MI 48098
Tel: 248.813.2000
Fax: 248.813.2491

Skadden, Arps, Slate, Meagher & Flom LLP
ATTN: John Wm. Butler, Jr., Esquire
ATTN: John K. Lyons, Esquire
ATTN: Joseph N. Wharton, Esquire
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Tel: 312.407.0700
Fax: 312.407.0411

Kristen A. Serrao