APR-06-2006  12:48         CMS                                      COPY                                P.02/02

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

Name of Debtor: Delphi Automotive Systems, Inc.
Case Number: 05-44596-rdd / 44596

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
U.S. Dept. of Health and Human Services

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Office of the United States Attorney
Southern District of New York
86 Chambers Street, NY, NY 10007

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 212-637-2700

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____

1. Basis for Claim
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other  Overpayment to Medicare Program

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
      Last four digits of SS #: _____
      Unpaid compensation for services performed
      from _____ to _____
          (date)        (date)

2. Date debt was incurred:
   1/1/2001 to Present

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 65,799.34
   (unsecured)        (secured)        (priority)        $65,799.34 (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim $ 65,799.34
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

FILED U.S. BANKRUPTCY S.D. OF N.Y. 2006 APR -6 P

Date: 4/6/06
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Mr. Glenn Chaney, CMS, HHS   /s/ Glenn L. Chaney

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

TOTAL P.02

<u>Attachment to Proof of Claim of the</u>
<u>United States Department of Health and Human Services</u>

**<u>In Re Delphi Automotive Systems, Inc.</u>**
Case No. 05-44596-rdd
Chapter 11 (Voluntary, Asset)

United States Bankruptcy Court for the Southern District of New York (Manhattan)

1. <u>Basis For Claim</u>

   Debts arising under the Medicare Program established under Title XVIII of the Social Security Act, 42 U.S.C. § 1395-1395ggg.

2. <u>Date Debt Was Incurred</u>

   This claim reflects the estimated liability of the debtor to this agency of the United States for debts arising under the Medicare Program from 1/1/2001 to the petition date. Because the United States continues to search its data bases for further debts which arose under the provisions of the Medicare Secondary Payer Act, 42 U.S.C. § 1395y, subsequent debts for these and other years may be determined at a later date.

8. <u>Credits and Setoffs</u>

   The United States reserves the right to amend this claim to assert subsequently discovered liabilities. The indemnification of any sums held subject to setoff is without prejudice to any other right under 11 U.S.C. § 553 to set off, against this claim, debts owed to the debtor by this or any other federal agency.