## CERTIFICATE OF SERVICE

I, Matthew L. Schwartz, Assistant United States Attorney for the Southern District of New York, hereby certify that on December 13, 2007, in addition to service via ECF, I caused true copies of the foregoing United States of America's Response to Debtor's Objection to the Claim of the Department of Health and Human Services to be served, via Federal Express, upon the persons set forth below:

>Delphi Corporation
>Attn: General Counsel
>5725 Delphi Drive
>Troy, Michigan 48098
>
>John Wm. Butler, Jr., Esq.
>John K. Lyons, Esq.
>Joseph N. Wharton, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>333 West Wacker Drive, Suite 2100
>Chicago, Illinois 60606
>
>Alicia M. Leonhard, Esq.
>Office of the United States Trustee
>33 Whitehall Street, Suite 2100
>New York, New York 10004

/s/ Matthew L. Schwartz
MATTHEW L. SCHWARTZ
Assistant United States Attorney