BARNES & THORNBURG LLP
Attorneys for Armada Rubber
Manufacturing Company
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

John T. Gregg, Admitted Pro Hac Vice
Telephone: (616) 742-3945
Email: jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
| Debtors. | ) | (Jointly Administered) |

**WITHDRAWAL OF OBJECTION OF ARMADA RUBBER
MANUFACTURING COMPANY TO DEBTORS' (A) INTERIORS
AND CLOSURES BUSINESSES SALE MOTION, AND (B) NOTICE OF
CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR
UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION
WITH THE SALE OF INTERIORS AND CLOSURES BUSINESSES**

Armada Rubber Manufacturing Company ("Armada") hereby files this withdrawal of its Objection to Debtors' (a) Interiors and Closures Businesses Sale Motion, and (b) Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with the Sale of Interiors and Closures Businesses (the "Objection"). The Objection is withdrawn without prejudice.

Dated: December 13, 2007

Respectfully submitted,

**ARMADA RUBBER
MANUFACTURING COMPANY**

By: ___/s/John T. Gregg___
     One of its Attorneys

John T. Gregg (Admitted Pro Hac Vice)
BARNES & THORNBURG LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999
jgregg@btlaw.com

Attorneys for Armada Rubber
Manufacturing Company