```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :
     In re                                                      :
                                                                :
DELPHI CORPORATION, et al.,                                     :    Chapter 11
                                                                :
                         Debtors.                               :    Case No. 05-44481 (RDD)
                                                                :
                                                                :    (Jointly Administered)
                                                                :
---------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December 2007, I caused to be served a true and correct copy of the *OBJECTION OF SIEMENS VDO AUTOMOTIVE AG, SIEMENS VDO AUTOMOTIVE CORP., SIEMENS ELECTRIC LTD AND SIEMENS VDO AUTOMOTIVE INC. n/k/a SIEMENS VDO AUTOMOTIVE CANADA INC. TO THE INTERIORS AND CLOSURES BUSINESSES SALE MOTION* via facsimile and Federal Express to the following counsel of record:

| | |
|---|---|
| Delphi Automotive Systems LLC<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n: Legal Staff<br>Fax: 248.813.2673 | Skadden, Arps, Slate, Meagher &Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Att'n: Ron E. Meisler and Brian M. Fern<br>Fax: 312.407.0411 |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n: Deputy General Counsel, Transactions & Restructuring<br>Fax: 248.813.2673 | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Att'n: Donald Bernstein and Brian Resnick<br>Fax: 212.450.3800 |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Att'n: Robert J. Rosenberg and Mark A. Broude<br>Fax: 212.751.4864 | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Att'n: Bonnie Steingart<br>Fax: 212.859.4000 |

| | |
|---|---|
| Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Att'n: Mike Ryan<br>Fax: 212.504.6666 | Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>Att'n: Alicia Leonhard<br>Fax: 212.668.2255 |

Date:  December 13, 2007
         New York, NY

                                           */s/ Marianne Pichuzhkina*
                                           Marianne Pichuzhkina