BARNES & THORNBURG LLP
Attorneys for Armada Rubber
Manufacturing Company
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

John T. Gregg, Admitted Pro Hac Vice
Telephone: (616) 742-3945
Email: jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 Case |
| | ) | |
| DELPHI CORPORATION, *et al.* | ) | No. 05-44481 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

Document Served:  -  **WITHDRAWAL OF OBJECTION OF ARMADA RUBBER
MANUFACTURING COMPANY TO DEBTORS' (A) INTERIORS
AND CLOSURES BUSINESSES SALE MOTION, AND (B) NOTICE
OF CURE AMOUNT WITH RESPECT TO EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND
ASSIGNED IN CONNECTION WITH THE SALE OF INTERIORS
AND CLOSURES BUSINESSES**

The undersigned certifies that a copy of the documents listed above were served by electronic
mail upon the parties listed in the attached Exhibit A on the date indicated below.

Date of Service:  December 13, 2007        I declare that the statement above is true to the best
of my information, knowledge and belief.

/s/John T. Gregg
John T. Gregg

# EXHIBIT A

Delphi Automotive Systems LLC
Attn:  Legal Staff
5725 Delphi Drive
Troy, MI  48098

Delphi Corporation
Attn:  Deputy General Counsel,
Transactional & Restructuring
5725 Delphi Drive
Troy, MI  48098

Ron E. Meisler, Esq.
Brian M. Fern, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

Mike Ryan, Esq.
Buyers, Cadwalader, Wickersham
One World Financial Center
New York, NY  10281-0006

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004