GODFREY & KAHN
780 North Water Street
Milwaukee, Wisconsin 53202
(414) 273-3500
Timothy F. Nixon (TN-2644)

*Attorneys for Autopartes de Precision,*
*Attorneys for Miniature Precision Components*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN        )
                                              )SS
COUNTY OF MILWAUKEE  )

     The undersigned, being first duly sworn, deposes and states that on December 13, 2007, she caused a copy of the *Response of Autopartes de Precision and Miniature Precision Components to Debtors' Twenty-Third Omnibus Claims Objection* to be mailed by First Class U.S. mail, postage prepaid, to the parties on the attached Service List.

                                             */s/ Mary E. Roufus*
                                             MARY E. ROUFUS

Subscribed and sworn to before me
this 13th Day of December, 2007.

   */s/ Jennifer Herzog*
Jennifer Herzog, Notary Public
Milwaukee County, State of Wisconsin
My Commission is permanent.

## SERVICE LIST

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10044

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York
10036
Attn: Kayalyn A. Marafioti
Thomas J. Matz

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

mw1424232_1