**Invoices for Which Invoice Copies and Proofs of Delivery Needed**

| | | |
|---|---|---:|
| 202065 | 12/23/03 | 77.97 |
| 7827 | 10/1/04 | 3,225.38 |
| 7833 | 10/1/04 | 4,042.69 |
| 7834 | 10/1/04 | 4,040.20 |
| 7840 | 10/1/04 | 1,625.16 |
| 7841 | 10/1/04 | 864.63 |
| 7842 | 10/1/04 | 802.00 |
| 7843 | 10/1/04 | 3,917.30 |
| 7844 | 10/1/04 | 4,354.06 |
| 7845 | 10/1/04 | 1,083.43 |
| 7846 | 10/1/04 | 2,188.03 |
| 7847 | 10/1/04 | 1,969.23 |
| 7848 | 10/1/04 | 1,969.23 |
| 7849 | 10/1/04 | 1,312.82 |
| 7857 | 10/1/04 | 702.60 |
| 7858 | 10/1/04 | 1,580.05 |
| 7859 | 10/1/04 | 1,141.73 |
| 7860 | 10/1/04 | 878.26 |
| 7866 | 10/1/04 | 520.56 |
| 7870 | 10/1/04 | 14,817.60 |
| 7932 | 11/2/04 | 6,350.40 |
| 7936 | 11/2/04 | 10,584.00 |
| 7939 | 11/2/04 | 25,995.20 |
| 7940 | 11/2/04 | 3,899.28 |
| 8016 | 12/1/04 | 2,599.52 |
| 8424 | 7/1/05 | 509.60 |
| 208119 | 10/15/04 | 415.97 |
| 208682 | 11/15/04 | 1,299.76 |
| 209000 | 12/3/04 | 114.24 |
| 212144 | 6/30/05 | 142.80 |
| 212650 | 8/18/05 | 840.50 |
| 211229 | 4/25/05 | 500.00 |

104,364.20