| Cherry Part Number | Original Claim Value |
|---|---|
| J11M8242 | $ 7,182.04 |
| J11M8282 | $ 1,704.04 |
| J11M8331 | $ 15,109.99 |
| J11M8332 | $ 6,704.99 |
| J11M8335 | $ 16,947.22 |
| J11M8336 | $ 5,034.30 |
| J11M8368 | $ 8,086.25 |
| J11M8369 | $ 7,853.33 |
| J11M8370 | $ 15,101.98 |
| J11M8371 | $ 2,592.44 |
| **Grand Total** | **$ 86,316.58** |