David S. Rosner (DR-4214)
Adam L. Shiff (AS-7571)
Jeffrey R. Gleit (JG-8710)
Daniel A. Fliman (DF-2236)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Telephone:   (212) 506-1700
Facsimile:    (212) 506-1800

*Counsel for Contrarian Funds, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               )
In re:                                                         )    Chapter 11
                                                               )
DELPHI CORPORATION, et al.,                                    )    Case No. 05-44481 (RDD)
                                                               )
                    Debtors.                                   )    (Jointly Administered)
                                                               )
---------------------------------------------------------------x

**WITHDRAWAL OF LIMITED OBJECTION OF CONTRARIAN FUNDS, LLC TO DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH SALE OF INTERIORS AND CLOSURES BUSINESSES**

Contrarian Funds, LLC, by and through its undersigned counsel, hereby withdraws its

*Limited Objection Of Contrarian Funds, LLC To Debtors' Notice Of Cure Amount With Respect*

*To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With*

*Sale Of Interiors And Closures Businesses* [Docket No. 11091].

Dated: December 14, 2007
New York, New York

                    KASOWITZ, BENSON, TORRES
                            &FRIEDMAN LLP

By:  /s/ Jeffrey R. Gleit_____
David S. Rosner (DR-4214)
Adam L. Shiff (AS-7571)
Jeffrey R. Gleit (JG-8710)
Daniel A. Fliman (DF-2236)
1633 Broadway
New York, NY 10019
Telephone:   (212) 506-1700
Facsimile:    (212) 506-1800

*Counsel for Contrarian Funds, LLC*

2