**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re:                                                                              Chapter 11

                                                                                        Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                          Jointly Administered

                                    Debtors

----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of  John R. Humphrey, *Esq.* for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that  John R. Humphrey, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  December 14, 2007
          New York, New York

                                                                    /s/Robert D. Drain_____
                                                                    UNITED STATES BANKRUPTCY JUDGE