METERS & CONTROL          513 931 5558          12/10/07  02:51pm  P. 001

12/10/2007  02:50 PM    From :(888) 613-2189   To : 513 931 5558                          Page 2



New York • Houston

## TRANSFER OF CLAIM

METERS & CONTROL CO INC of 9244 COMPTON SQUARE DRIVE,, CINCINNATI, OH 45231 ("Assignor"), in consideration of payment of $███████ hereby absolutely and unconditionally sells, transfers and assigns unto Equity Trust Co. CUSTFBOBD1ARV ("Assignee"), all of Assignor's rights, title and interest in and to all of Assignor's claims that have either been scheduled or for which a Proof of Claim has been filed (collectively the "Claim") against DELPHI AUTOMOTIVE SYSTEMS LLC and any and all related debtors (collectively "Debtor") in the proceedings for reorganization in the United States Bankruptcy Court, SOUTHERN DISTRICT OF NEW YORK, Case Number 05-44481, or any case that is jointly-administered with this case (the "Proceedings").

Assignor represents and warrants that: (i) the Claim is valid, undisputed, liquidated and non-contingent; (ii) Assignor has not previously assigned, sold or pledged all or any part of the Claim to any third party; (iii) Assignor owns and has sole title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever; (iv) Assignor is duly authorized to execute and perform this agreement; (v) Assignor has not received a distribution of any kind from the Debtor. If all or any part of the Claim is disallowed in the Proceedings for any reason whatsoever; Assignor shall, on demand immediately repay to Assignee, the pro rata portion of the Payment.

Assignor irrevocably appoints Assignee as its attorney-in-fact with respect to all aspects of the Claim and grants Assignee full and absolute authority to do all things that Assignee, in its full and absolute discretion, deems necessary to enforce the Claim and Assignor's rights thereunder, specifically including, but not limited to, the rights to: (i) endorse Assignor's name on any and all checks or other property received in payment of the claim; (ii) vote the claim; and (iii) change Assignor's address of record to that of Assignee. Assignor shall forward to Assignee all notices and payments Assignor receives from Debtor, the Court or any third party with respect to the Claim and shall provide Assignee with all information and documents to support or substantiate the Claim as Assignee may from time to time request.

The terms of this Assignment of Bankruptcy Claim shall bind and inure to the benefit of Assignor, Assignee and their respective successors and assigns. Assignor acknowledges that Assignee may at any time reassign the Claim, together with all rights, title and interest of Assignee in and to this Assignment of Bankruptcy Claim. All of Assignor's representations, warranties and obligations herein shall survive the execution and delivery of this Assignment of Bankruptcy Claim and any such re-assignment.

CONSENT AND WAIVER

Assignor hereby acknowledges and consents to all of the terms set forth in this Assignment of Bankruptcy Claim and hereby waives its right to raise any objections thereto and waives its right to receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure.

METERS & CONTROL CO INC

*Raymond A Dietz* (signature)
Authorized Signature

Raymond A Dietz, President
Print Name & Title

Raymeters5@aol.com
Email

513-931-5555
Phone Number

12/10/07
Date

FAX TO 1-800-571-9226
PAYMENT WILL BE MAILED WITHIN 3 BUSINESS DAYS

VT