Hearing Date: January 17, 2008<br>Hearing Time: 10 am

Babette A. Ceccotti (BC 2690)
Peter D. DeChiara (PD 0719)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street, 25th Floor
New York, New York 10036-6976
(212) 563-4100

Daniel W. Sherrick
General Counsel
International Union, UAW
8000 East Jefferson Avenue
Detroit, MI 48214
(313) 926-5216

Attorneys for International Union, UAW

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | ) | |
| | ) | Case No. 05-44481 (RDD) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**PRELIMINARY OBJECTION OF UAW TO DEBTORS'
PROPOSED MANAGEMENT COMPENSATION PLAN**

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

The International Union, United Automobile, Aerospace and Agricultural

Implement Workers of America ("UAW"), by its undersigned counsel, submits this preliminary

objection to the Management Compensation Plan ("MCP") set forth in Article VII and Exhibit

7.8 of the Debtors' First Amended Joint Plan of Reorganization ("POR") and described in the

Debtors' First Amended Disclosure Statement With Respect To First Amended Joint Plan Of

Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession ("Disclosure Statement").  In support of its preliminary objection, the UAW states:

## BACKGROUND

1. On December 10, 2007, the Court approved the Disclosure Statement and set January 11, 2008 as the deadline for objections to the POR.  The UAW does not oppose confirmation of the POR, except to the extent the POR contains the MCP.

2. On December 14, 2007, the UAW propounded discovery requests on the Debtors in connection with its objection to the MCP.  Debtors responded that they would only evaluate the discovery requests in connection with reviewing the UAW's objection.  Accordingly, the UAW now files this preliminary objection to the MCP.  The UAW reserves the right, after taking discovery, to supplement this preliminary objection with additional legal and factual grounds for its objection.

## PRELIMINARY OBJECTION

3. The Debtors have included the MCP in the POR proposed for confirmation. As set forth in the Disclosure Statement, the proposed MCP includes, among other things, cash and equity emergence awards to be issued on the POR's Effective Date, as well as other compensation to be paid to executives after the Effective Date, including a long-term incentive plan that purports to reserve 8% of Reorganized Delphi's fully diluted new common stock for annual grants to executives covered by the MCP.  *See* Disclosure Statement at DS-188.

4. Among other possible grounds that the UAW may assert for its objection after taking discovery, the UAW objects on the ground that the POR, to the extent it contains the MCP,  fails to satisfy Section 1129(a)(3) of the Bankruptcy Code.  Section 1129(a)(3) provides that a court shall only confirm a plan if it "has been proposed in good faith and not by any means forbidden by law." 11 U.S.C. §1129(a)(3).  This "good faith" standard is not simply a test of the

2

plan proponent's state of mind; courts have interpreted Section 1129(a)(3) as requiring that the proposed plan be fundamentally fair. *See, e.g., In re Tillotson*, 266 B.R. 565, 571 (Bankr. W.D.N.Y. 2001); *see also Jorgenson v. Fed. Land Bank*, 66 B.R. 104, 109 (B.A.P. 9th Cir. 1986).

5. The MCP is not reasonable and is not fundamentally fair to the UAW-represented employees who made substantial sacrifices for the Debtors' reorganization. In particular, the MCP violates the "Equivalence of Sacrifice" provision of the UAW-Delphi-GM Memorandum of Understanding, which the Court approved on July 19, 2007 [Docket No. 8693].

6. The UAW hereby asserts its right to take discovery concerning its objection to the MCP and, after taking such discovery, to file a complete, final objection.

Dated: December 17, 2007

  /s/ Peter D. DeChiara
Babette A. Ceccotti (BC 2690)
Peter D. DeChiara (PD 0719)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, NY 10036
(212) 563-4100

Daniel W. Sherrick
General Counsel
International Union, UAW
8000 East Jefferson Avenue
Detroit, MI 48214
(313) 926-5216

Attorneys for International Union, UAW

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2007, I caused a true and correct copy of the foregoing Preliminary Objection of UAW to Management Compensation Plan to be duly served by e-mail (to those with e-mail addresses indicated) and First-Class mail upon:

Counsel For The Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago IL 60606
John Wm. Butler, Jr.
jbutler@skadden.com
George N. Panagakis
gpanagak@skadden.com
Ron E. Meisler
rmeisler@skadden.com
Nathan L. Stuart

and

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, N Y10036
Kayalyn A. Marafioti
kmarafio@skadden.com
Thomas J. Matz
tmatz@skadden.com

United States Trustee
The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
Alicia M. Leonhard

Counsel for Creditors' Committee
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Robert J. Rosenberg
robert.rosenberg@lw.com
Mitchell A. Seider
mitchell.seider@lw.com
Mark A. Broude
mark.broude@lw.com

Counsel for the Equity Committee
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004
Brad E. Scheler
brad.scheler@friedfrank.com
Bonnie K. Steingart
bonnie.steingart@friedfrank.com
Vivek Melwani
vivek.melwani@friedfrank.com

Counsel For the Postpetition Lenders
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10022
Donald S. Bernstein
donald.bernstein@dpw.com
Brian M. Resnick
brian.resnick@dpw.com

Counsel for A-D Acquisition Holdings, LLC
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
Thomas E. Lauria
tlauria@whitecase.com
Michael C. Shepherd

and

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Gerard H. Uzzi
guzzi@whitecase.com
Glenn M. Kurtz
gkurtz@whitecase.com

| | |
|---|---|
| Douglas P Baumstein<br>dbaumstein@whitecase.com | Counsel for General Motors Corporation<br><br>Weil, Gotshal and Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Jeffrey L. Tanenbaum<br>jeff.tanenbaum@weil.com<br>Michael P. Kessler<br>michael.kessler@weil.com<br>Robert J. Lemons<br>robert.lemons@weil.com |
| | /s/  Peter D. DeChiara<br>Peter D. DeChiara<br>Cohen, Weiss and Simon LLP<br>330 West 42nd Street<br>New York, New York 10036-6976<br>(212) 563-4100 |

00115823.DOC.2