UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

      In re                         :     Chapter 11

                              :

DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)

                              :

               Debtors.   :     (Jointly Administered)

                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER DENYING SCOTT DARRYL REESE'S AMENDED MOTION FOR REHEARING

On November 16, 2007, the Court entered an order (the "Order") (Docket No. 10956) denying Scott Darryl Reese's ("Reese") Motion for Rehearing De-Novo in Delphi Bankruptcy Proceedings – Reese (the "First Motion") (Docket No. 10915), filed November 8, 2007. On December 3, 2007,[1] Mr. Reese filed an Amended Motion for Rehearing De-novo and Amended Brief In Support (the "Amended Motion") (Docket No. 11328), in which Mr. Reese requests the Court to reconsider the same underlying Order, dated November 5, 2007, that was previously addressed by the First Motion, pursuant to certain Federal Rules of Bankruptcy Procedure, as well as certain statutes, referred to in the Amended Motion, and the United States Constitution. The Court has also considered the Amended Motion under Fed. R. Bankr. P. 9024, incorporating Fed. R. Civ. P. 60. Having reviewed the Amended Motion, and for the same reasons stated in the Order, it is hereby

ORDERED that the Amended Motion is DENIED.

---

[1] Although the Amended Motion is dated November 28, 2007, it was not filed on the docket until December 3, 2007.

1

Dated:  December 17, 2007
        New York, New York

/s/Robert D. Drain
**UNITED STATES BANKRUPTCY JUDGE**