# EXHIBIT A

## Exhibit A

| Claim Number | 563 |
|---|---|
| Claimant | SBC YELLOW PAGES |

| Account Number | Invoice or Phone Number | Invoice Date | biling dates | Invoice Amount | Amount Claimed |
|---|---|---|---|---|---|
| 419 627-7000 519 | 419 627-7000 519 | 9/10/2005 | 0910-1009 | $3,375.88 | $103.31 |

| | Invoice Date | billing dates | invoice amount | |
|---|---|---|---|---|
| Current Bill | 9/10/2005 | 0910-1009 | $3,375.34 | |
| | | | **Total Bill** | **$3,375.34** |

| | Invoice Date | billing dates | invoice amount | |
|---|---|---|---|---|
| Current Bill | 10/10/2005 | 1010-1109 | $1,715.75 | |
| | $3,375.88 | | | |
| Payment | ($1,687.44) | 9/16/2005 | | |
| | ($1,687.44) | 10/4/2005 | | |
| | $1,715.75 | | **Total Bill** | **1,715.75** |

| | Invoice Date | billing dates | invoice amount | |
|---|---|---|---|---|
| Current Bill | 11/10/2005 | 1110-1209 | $3,256.33 | |
| | | | | |
| | $1,715.75 | previous bill | | |
| | $1,643.89 | current charges | | |
| | $103.31 | bankruptcy adj. | | |
| | $3,256.33 | total | **Total Bill** | **$3,256.33** |
| | | | | |

| 10/21/2005 | ($32.00) | **billing dates** | Pages Plus Advertising Adj |
|---|---|---|---|
| shows on 11-10-05 inv | ($71.30) | 1110-1209 | Directory Advertising |
| | ($0.01) | | Dir Advertising Late Pmnt chrge |
| | ($103.31) | | Total in Bankruptcy |

| **Total Claim** | **$103.31** |
|---|---|

# EXHIBIT B

# EXHIBIT B

**Claim Number**                 **912**

**Claimant**                     SBC ADVANCED SOLUTIONS INC

| Account Number | Invoice or Phone Number | Invoice Date | Invoice Amount | Amount Claimed |
|---|---|---|---|---|
| 000 230-7280 000 | A2307280 | 3/11/2002 | $248.04 | $248.04 |
| 000 231-8079 000 | A2318079 | 4/10/2002 | $3,593.70 | $3,593.70 |

| Total Claim | $3,841.74 |
|---|---|

# EXHIBIT C

## Exhibit C

**Claim Number**                    **1125**

**Claimant**                        SBC DATACOMM

| Account Number | Invoice or Phone Number | Invoice Date | Invoice Amount | Amount Claimed |
|---|---|---|---|---|
| 283-005096 | 283-005096 | 4/8/2005 | $2,775.00 | $2,775.00 |
| 283-005347 | 283-005347 | 5/24/2005 | $418.70 | $418.70 |
| 283-005541 | 283-005541 | 7/8/2005 | $2,375.10 | $2,375.10 |
| 283-006054 | 283-006054 | 10/7/2005 | $1,836.00 | $1,836.00 |
| 283-006086 | 283-006086 | 10/14/2005 | $340.00 | $340.00 |
|  |  | **Total Invoice** | **$7,744.80** | **$7,744.80** |

|  | | |
|---|---|---|
| **Total Claim** | **$7,744.80** |

# EXHIBIT D

**Exhibit D**

| **Claim Number** | **1126** |
|---|---|

| **Claimant** | **SBC YELLOW PAGES** |
|---|---|

| Account Number | Invoice or Phone Number | Invoice Date | Invoice Copies | Total In Dispute |
|---|---|---|---|---|
| 500 20054408 | | | | |
| | MI598084 | 6/28/2005 | $238,355.06 | $238,355.06 |
| | MI603336 | 9/27/2005 | $218,491.46 | $13,350.57 |
| | MI605622 | 10/28/2005 | $5,644.38 | $5,644.38 |
| | OAC-000000055 | 10/8/2005 | | ($10,491.44) |
| | Total of 3 Invoices | | $462,490.90 | |
| | | | **Total Amount** | **$257,350.01** |
| | | | | (10,491.44) |
| | | | **Total Claim :** | **$3,225,533.67** |

# EXHIBIT E

## Exhibit E

Claim Number                                **1578**

Claimant                                     | SBC GLOBAL |

| Account Number | Invoice or Phone Number | Invoice Date | Invoice Amount | Amount Claimed |
|---|---|---|---|---|
| 210 00B-0175 314 | 210 00B-0175 314 | 11/14/2000 | $2,490.83 | $503.10 |
| 512 B07-0011 273 | 512 B07-0011 273 | 8/3/2005 | $11,525.94 | $2,300.92 |
| 512 153-9149 452 | 512 153-9149 452 | 8/5/2005 | $24,801.23 | $6,246.95 |
| 512 491-9257 412 | 512 491-9257 412 | 9/21/2005 | $79.25 | $64.09 |
| 512 873-8513 640 | 512 873-8513 640 | 4/27/2004 | $29.30 | $29.30 |
| 816 221-1572 524 | 816 221-1572 524 | 9/19/2005 | $1,076.36 | $839.92 |
| 816 221-2452 523 | 816 221-2452 523 | 9/19/2005 | $3,191.01 | $2,322.50 |
| 816 221-3085 523 | 816 221-3085 523 | 1/19/2003 | $556.95 | $556.95 |
| 817 490-8806 783 | 817 490-8806 783 | 1/4/2005 | $37.29 | $37.29 |
| 918 699-1734 293 | 918 699-1734 293 | 2/7/2005 | $250.28 | $48.37 |
| 918 971-1492 266 | 918 971-1492 266 | 10/5/2005 | $98.64 | $12.41 |
| 956 366-4600 910 | 956 366-4600 910 | 10/5/2005 | $8,802.56 | $1,198.00 |
| 956 421-4335 134 | 956 421-4335 134 | 10/11/2002 | $426.47 | $166.22 |
| 956 504-5732 903 | 956 504-5732 903 | 12/17/2004 | $60.21 | $23.32 |
| 956 550-9457 752 | 956 550-9457 752 | 1/4/2005 | $210.83 | $7.34 |
| 956 554-3841 774 | 956 554-3841 774 | 9/27/2005 | $82.72 | $67.60 |
| 956 618-2036 059 | 956 618-2036 059 | 1/21/2003 | $197,454.28 | $84,056.70 |
| 956 630-4676 089 | 956 630-4676 089 | 1/23/2003 | $392,396.85 | $271,590.95 |
| 956 728-8068 139 | 956 728-8068 139 | 2/9/2005 | $101.44 | $27.03 |
| 956 787-1488 724 | 956 787-1488 724 | 4/9/2001 | $1,212.70 | $525.30 |
| 956 831-3996 129 | 956 831-3996 129 | 9/27/2005 | $2,249.95 | $2,392.54 |
| 956 971-3500 416 | 956 971-3500 416 | 10/1/2005 | $175.79 | $83.08 |

| Total invoice | $647,310.88 |
|---|---|
| Total Claim | $373,099.88 |

# EXHIBIT F

## Exhibit F

| Claim Number | **1582** |
|---|---|
| Claimant | SBC GLOBAL |

| Account Number | Invoice or Phone Number | Invoice Date | Invoice Amount | Amount Claimed |
|---|---|---|---|---|
| 940 612-3355 981 | 940 612-3355 981 | 9/21/2005 | $149.90 | |
| | Final bill | 10/21/2005 | $158.89 | |
| | Revised Final bill | 11/21/2005 | $65.85 | $65.85 |
| **Total Claim** | | | | $65.85 |

# EXHIBIT G

## Exhibit G

| Claim Number | **1584** |
|---|---|
| **Claimant** | SBC GLOBAL |

| Account Number | Invoice or Phone Number | Invoice Date | Invoice Amount | Amount Claimed |
|---|---|---|---|---|
| 248 R41-1199 510 | 248 R41-1199 510 | 10/1/2005 | $1,230.69 | $368.59 |

| Total Claim | $368.59 |
|---|---|

# EXHIBIT H

# Exhibit H

**Claim Number**      **2103**

**Claimant**      SBC GLOBAL

| Account Number | Invoice Date | Invoice Amount | Amount Claimed |
|---|---|---|---|
| 216 898-1703 489 | 9/22/2005 | $81.23 | $51.80 |
| 216 R41-4205 071 | 9/10/2005 | $142.29 | $74.99 |
| 217 793-0454 448 | 9/13/2005 | $68.16 | $0.00 |
| 248 265-7725 022 | 9/10/2005 | $88.86 | $158.51 |
| 248 267-9253 044 | 9/25/2005 | $357.13 | $357.13 |
| 248 280-1007 708 | 9/19/2005 | $44.06 | $0.00 |
| 248 280-1807 644 | 9/19/2005 | $44.06 | $0.00 |
| 248 280-1921 792 | 9/19/2005 | ($15.23) | $0.00 |
| 248 280-2577 754 | 9/19/2005 | $20.26 | $0.00 |
| 248 288-0360 990 | 9/22/2005 | $22.03 | $11.83 |
| 248 288-2178 104 | 9/22/2005 | $22.03 | $11.83 |
| 248 288-3140 252 | 9/22/2005 | $101.31 | $54.41 |
| 248 288-4970 848 | 9/22/2005 | $22.03 | $11.83 |
| 248 288-6077 925 | 9/22/2005 | $20.26 | $9.52 |
| 248 340-1892 656 | 9/22/2005 | $22.31 | $7.22 |
| 248 353-3631 765 | 9/25/2005 | $99.22 | $99.22 |
| 248 364-0419 000 | 10/7/2005 | $178.47 | $178.94 |
| 248 377-0344 427 | 9/13/2005 | $44.69 | $0.00 |
| 248 433-3662 306 | 9/16/2005 | $21.31 | $0.00 |
| 248 435-4382 469 | 9/16/2005 | $23.73 | $0.00 |
| 248 435-4974 934 | 9/16/2005 | $44.06 | $0.00 |
| 248 435-5301 040 | 9/16/2005 | $22.03 | $0.00 |
| 248 435-6167 287 | 9/16/2005 | $21.33 | $0.00 |
| 248 435-6247 158 | 9/16/2005 | $42.67 | $0.00 |
| 248 435-7654 153 | 9/16/2005 | $81.98 | $0.00 |
| 248 435-8170 342 | 9/16/2005 | $22.03 | $16.53 |
| 248 454-6653 721 | 9/28/2005 | $66.56 | $19.40 |
| 248 471-0396 477 | 9/25/2005 | $100.72 | $28.79 |
| 248 585-2747 798 | 10/7/2005 | $302.08 | $151.84 |
| 248 585-4200 768 | 10/7/2005 | $1,096.62 | $1,111.66 |
| 248 585-5544 222 | 10/7/2005 | $239.17 | $129.56 |
| 248 593-6207 749 | 10/1/2005 | $22.02 | $4.76 |
| 248 641-2950 008 | 9/10/2005 | ($0.84) | $198.66 |
| 248 645-6258 841 | 9/16/2005 | $22.60 | $0.00 |
| 248 655-0522 147 | 9/19/2005 | $66.10 | $45.21 |

## Exhibit H

| Account Number | Invoice Date | Invoice Amount | Amount Claimed |
|---|---|---|---|
| **248 723-2641 109** | 10/7/2005 | $85.66 | $48.23 |
| **248 723-2894 593** | 10/7/2005 | $64.78 | $1.49 |
| **248 733-9255 110** | 10/7/2005 | ($176.82) | $8.97 |
| **248 813-2000 144** | 9/28/2005 | $542.40 | $542.40 |
| **248 813-3031 931** | 9/28/2005 | $176.42 | $31.28 |
| 248 813-9177 695 | 9/28/2005 | ($0.08) | $0.00 |
| 248 813-9178 934 | 9/28/2005 | ($0.10) | $0.00 |
| 248 813-9203 308 | 9/28/2005 | $22.31 | $22.31 |
| 248 813-9502 458 | 9/28/2005 | $22.31 | $22.31 |
| 248 828-1073 897 | 9/25/2005 | $14.76 | $0.00 |
| 248 828-1109 315 | 9/25/2005 | $23.75 | $11.14 |
| 248 828-4065 625 | 9/25/2005 | $22.31 | $8.11 |
| **248 879-0469 221** | 9/22/2005 | $532.35 | $532.35 |
| **248 879-0645 523** | 9/22/2005 | $22.36 | $22.36 |
| **248 879-1542 570** | 9/22/2005 | $22.31 | $22.31 |
| **248 879-2083 104** | 9/22/2005 | $22.31 | $22.31 |
| **248 879-2822 067** | 9/22/2005 | ($0.10) | $0.00 |
| **248 879-2869 527** | 9/22/2005 | $23.82 | $23.82 |
| **248 879-2957 363** | 9/22/2005 | $23.82 | $23.82 |
| **248 879-5694 934** | 9/22/2005 | $22.31 | $22.31 |
| **248 879-6387 476** | 9/22/2005 | $44.62 | $44.62 |
| **248 879-8276 363** | 9/22/2005 | $59.54 | $30.92 |
| 248 879-9594 869 | 9/22/2005 | $89.44 | $0.00 |
| 248 952-0002 304 | 11/22/2003 | $5,169.70 | $5,169.70 |
| 248 952-5145 850 | 9/22/2005 | $22.31 | $22.31 |
| 248 R01-1534 843 | 10/1/2005 | $54,053.66 | $16,473.38 |
| 248 R21-0861 595 | 3/1/2004 | $2,926.58 | $0.00 |
| 248 R41-0021 505 | 10/1/2005 | $6,069.02 | $5,182.38 |
| 248 R41-0081 818 | 10/1/2005 | $857.51 | $468.62 |
| 248 R41-0533 598 | 9/1/2005 | $285.16 | $285.16 |
| 248 R41-0617 660 | 10/1/2005 | $7,540.65 | $4,292.84 |
| 248 R41-0652 600 | 10/1/2005 | $16,669.95 | $15,955.34 |
| 312 258-9400 334 | 9/10/2005 | $32.75 | $18.36 |
| 313 271-4531 485 | 9/16/2005 | $82.95 | $0.00 |
| 313 336-5329 233 | 9/16/2005 | $66.83 | $0.00 |
| 313 392-0057 055 | 10/7/2005 | $100.11 | $100.11 |
| 313 436-8435 326 | 9/10/2005 | ($109.11) | $0.00 |
| 313 R01-4850 469 | 10/1/2005 | $842.93 | $270.86 |
| 313 R01-7451 675 | 10/1/2005 | $3,692.97 | $2,568.75 |
| 313 S66-6361 357 | | $1,746.34 | $1,746.34 |

## Exhibit H

| Account Number | Invoice Date | Invoice Amount | Amount Claimed |
|---|---|---|---|
| 317 570-1729 093 | 9/16/2005 | $276.47 | $0.00 |
| 317 570-5480 292 | 9/16/2005 | $111.59 | $0.00 |
| 317 577-3831 241 | 10/7/2001 | $45.01 | $5.70 |
| 317 577-4012 294 | 10/7/2005 | $50.49 | $3.36 |
| 317 579-3301 301 | 10/7/2005 | $1,122.66 | $1,131.82 |
| 317 579-7000 700 | 10/7/2005 | $875.28 | $132.79 |
| 317 595-3900 900 | 9/25/2005 | $313.94 | $160.76 |
| 317 841-3465 667 | 9/19/2005 | $52.05 | $0.00 |
| 317 841-8526 803 | 9/19/2005 | $52.74 | $0.00 |
| 317 842-2395 597 | 9/22/2005 | $57.48 | $32.57 |
| 317 842-5367 735 | 9/22/2005 | ($24.76) | $0.00 |
| 317 849-4826 736 | 9/16/2005 | $96.90 | $0.00 |
| 317 972-4928 591 | 9/13/2005 | $2,349.87 | $2,469.92 |
| 317 R02-4018 018 | 10/1/2005 | $247.00 | $65.86 |
| 317 R03-0152 051 | 10/1/2005 | $267.30 | $47.31 |
| 317 R03-0346 030 | 10/1/2005 | $89.10 | $15.77 |
| 317 R03-9049 202 | 10/1/2005 | $5,831.59 | $1,031.92 |
| 317 R04-3128 200 | 10/1/2005 | $258.85 | $69.02 |
| 317 R04-8991 991 | 10/1/2005 | $476.33 | $90.23 |
| 317 R04-9364 364 | 10/1/2005 | $89.10 | $15.77 |
| 317 R05-2624 229 | 10/1/2005 | $427.68 | $75.68 |
| 317 R05-3164 086 | 10/1/2005 | ($296.84) | $0.00 |
| 317 R05-3200 200 | 10/1/2005 | $7,772.55 | $2,077.18 |
| 317 R05-3540 540 | 10/1/2005 | $2,668.77 | $662.15 |
| 317 R05-4205 205 | 10/1/2005 | $4,834.67 | $2,178.69 |
| 317 R05-4459 459 | 10/1/2005 | $529.79 | $99.70 |
| 317 R05-4574 574 | 10/1/2005 | $690.00 | $184.00 |
| 317 R05-9012 012 | 10/1/2005 | $1,403.32 | $420.00 |
| 317 R05-9015 015 | 10/1/2005 | $386.70 | $386.70 |
| 317 R15-6534 634 | 10/1/2005 | $175.50 | $46.80 |
| 317 R15-7622 123 | 10/1/2005 | $201.15 | $53.60 |
| 330 296-6217 349 | 10/4/2005 | $37.89 | $3.67 |
| 330 297-4300 157 | 9/19/2005 | $493.30 | $0.00 |
| 330 297-6678 960 | 9/19/2005 | $37.60 | $24.00 |
| 330 534-5661 667 | 9/22/2005 | $239.26 | $127.97 |
| 414 570-2008 203 | 10/1/2005 | $75.88 | $43.36 |
| 414 571-8756 041 | 9/28/2005 | $24.62 | $5.75 |
| 414 764-5628 905 | 9/19/2005 | $33.91 | $0.00 |
| 414 764-9062 071 | 9/19/2005 | $193.23 | $160.13 |
| 414 768-2000 999 | 10/1/2005 | $3,779.45 | $14.74 |

## Exhibit H

| Account Number | Invoice Date | Invoice Amount | Amount Claimed |
|---|---|---|---|
| 414 R02-8638 402 | 9/25/2005 | $6.48 | $0.00 |
| 414 R23-4001 130 | 10/7/2005 | $238.64 | $18.07 |
| 414 R55-8011 515 | 9/22/2005 | $6.48 | $0.00 |
| 419 609-9122 105 | 9/19/2005 | $35.39 | $0.00 |
| 419 621-1825 089 | 10/7/2005 | $37.80 | $0.00 |
| 419 621-9089 489 | 10/7/2005 | $40.67 | $2.71 |
| 419 625-1860 438 | 9/19/2005 | $35.39 | $0.00 |
| 419 626-2121 120 | 9/13/2005 | $3.48 | $1,311.09 |
| 419 626-3512 642 | 9/13/2005 | $125.10 | $0.00 |
| 419 627-7000 519 | 9/10/2005 | $3,375.34 | $83.23 |
| 419 627-8032 796 | 9/10/2005 | $55.33 | $60.55 |
| 419 R54-0469 429 | 9/13/2005 | $247.46 | $0.00 |
| 513 R51-0603 763 | 9/25/2005 | $114.85 | $55.73 |
| 513 R51-1133 214 | 9/25/2005 | $51.41 | $64.22 |
| 513 R51-1404 689 | 9/25/2005 | $161.35 | $78.15 |
| 513 R51-1639 792 | 9/25/2005 | $338.51 | $161.80 |
| 513 R51-1650 809 | 9/25/2005 | ($1,371.21) | $0.00 |
| 513 R51-2074 458 | 9/25/2005 | $1,130.12 | $539.96 |
| 513 R51-2565 565 | 9/25/2005 | $198.01 | $94.76 |
| 513 R51-2567 567 | 9/25/2005 | $524.58 | $248.11 |
| 513 R51-2568 568 | 9/25/2005 | $673.80 | $323.63 |
| 513 R51-5683 132 | 9/25/2005 | $164.42 | $79.10 |
| 513 R56-0018 312 | 9/4/2005 | $11,975.00 | $1,995.81 |
| 517 272-4097 141 | 9/19/2005 | $22.39 | $0.00 |
| 517 322-3995 085 | 9/13/2005 | $43.41 | $0.00 |
| 586 323-0669 228 | 9/13/2005 | $537.78 | $0.00 |
| 586 323-2465 291 | 9/13/2005 | $21.73 | $0.00 |
| 586 323-2990 981 | 9/13/2005 | $347.65 | $0.00 |
| 586 739-5604 906 | 9/22/2005 | $21.73 | $10.14 |
| 586 739-8102 514 | 9/22/2005 | $67.86 | $43.79 |
| 614 272-0266 176 | 9/16/2005 | $65.70 | $0.00 |
| 614 272-9039 424 | 9/16/2005 | $32.85 | $0.00 |
| 614 274-2531 918 | 9/22/2005 | $32.85 | $3.07 |
| 614 274-6031 536 | 9/22/2005 | $65.70 | $0.00 |
| 614 274-8716 973 | 9/22/2005 | $861.74 | $912.65 |
| 614 274-9207 424 | 9/22/2005 | $273.38 | $436.72 |
| 614 274-9392 395 | 9/22/2005 | $34.97 | $15.59 |
| 614 274-9514 752 | 9/22/2005 | $32.85 | $0.00 |
| 614 275-0109 198 | 9/16/2005 | $32.85 | $0.00 |
| 614 275-4510 270 | 9/16/2005 | $32.85 | $0.00 |

## Exhibit H

| Account Number | Invoice Date | Invoice Amount | Amount Claimed |
|---|---|---|---|
| 614 275-6120 318 | 9/16/2005 | $4,480.78 | $5,025.48 |
| 614 276-2701 706 | 9/25/2005 | $47.27 | $14.15 |
| 614 279-1820 363 | 9/10/2005 | $82.04 | $23.61 |
| 614 279-6399 830 | 9/10/2005 | $32.85 | $0.00 |
| 614 R51-1578 237 | 9/22/2005 | $27.50 | $0.00 |
| 616 245-5060 160 | 9/22/2005 | $21.70 | $21.70 |
| 616 246-2000 660 | 9/22/2005 | $876.90 | $1,053.42 |
| 616 247-6518 232 | 9/22/2005 | $25.50 | $0.00 |
| 616 452-4431 884 | 9/13/2005 | $43.41 | $0.00 |
| 616 475-8445 918 | 9/10/2005 | $21.70 | $0.00 |
| 616 T49-5028 189 | 4/13/2005 | $0.00 | $0.00 |
| 616 T49-7700 420 | 8/13/2005 | $5.30 | $5.30 |
| 630 241-0388 176 | 10/4/2005 | $229.93 | $180.93 |
| 630 378-0688 808 | 9/13/2005 | $899.58 | $0.00 |
| 630 725-0600 663 | 9/22/2005 | $473.30 | $98.68 |
| 630 725-1048 726 | 9/22/2005 | $82.83 | $106.19 |
| 630 R26-1886 011 | 9/16/2005 | $8,265.49 | $3,658.60 |
| 734 464-5000 477 | 9/10/2005 | $409.74 | $0.00 |
| 734 761-1648 323 | 10/4/2005 | $21.85 | $489.26 |
| 765 236-0041 431 | 10/1/2005 | $298.37 | $79.93 |
| 765 236-0350 093 | 10/1/2005 | $55.34 | $18.18 |
| 765 236-0495 485 | 10/1/2005 | $98.26 | $62.28 |
| 765 451-2001 485 | 9/19/2005 | $1,512.67 | $0.00 |
| 765 452-0849 963 | 10/1/2005 | $56.50 | $18.39 |
| 765 452-1486 038 | 10/1/2005 | $522.97 | $190.09 |
| 765 452-1768 072 | 10/1/2005 | $203.62 | $76.17 |
| 765 452-2221 945 | 10/1/2005 | $12,046.33 | $4,064.13 |
| 765 452-2984 671 | 10/1/2005 | $12.44 | $12.44 |
| 765 452-4276 871 | 10/1/2005 | $27.69 | $5.78 |
| 765 452-4459 824 | 10/1/2005 | $52.73 | $14.11 |
| 765 452-5472 281 | 10/1/2005 | $196.50 | $52.64 |
| 765 452-6552 948 | 10/1/2005 | $49.13 | $13.16 |
| 765 452-8397 761 | 10/1/2005 | $117.62 | $44.29 |
| 765 452-8646 444 | 10/1/2005 | $54.15 | $54.15 |
| 765 453-4793 529 | 9/10/2005 | $317.94 | $221.25 |
| 765 454-0639 990 | 10/7/2005 | $55.28 | $10.14 |
| 765 454-9515 702 | 10/7/2005 | $80.99 | $30.37 |
| 765 454-9650 650 | 10/7/2005 | $7.48 | $0.00 |
| 765 455-9804 196 | 9/1/2005 | $85.42 | $199.78 |
| 765 456-3648 762 | 9/13/2005 | $120.23 | $0.00 |

## Exhibit H

| Account Number | Invoice Date | Invoice Amount | Amount Claimed |
|---|---|---|---|
| 765 457-0526 225 | 9/19/2005 | $102.31 | $0.00 |
| 765 457-1388 605 | 9/19/2005 | $185.55 | $183.90 |
| 765 457-4133 569 | 9/19/2005 | $47.68 | $0.00 |
| 765 457-6883 178 | 9/19/2005 | ($25.63) | $0.00 |
| 765 457-7837 255 | 9/19/2005 | $54.78 | $0.00 |
| 765 457-8521 804 | 9/19/2005 | $306.00 | $222.37 |
| 765 457-8521 803 | 9/19/2005 | ($79.25) | $0.00 |
| 765 457-8704 433 | 9/19/2005 | $105.94 | $0.00 |
| 765 457-9415 719 | 9/19/2005 | $105.94 | $0.00 |
| 765 521-0526 848 | 9/22/2005 | $59.96 | $107.88 |
| 765 521-2325 551 | 9/23/2005 | $96.17 | $160.76 |
| 765 529-1060 344 | 9/13/2005 | $97.96 | $87.83 |
| 765 640-4506 633 | 9/28/2005 | $48.89 | $48.89 |
| 765 646-2999 646 | 9/28/2005 | $13,344.46 | $6,864.87 |
| 765 649-4542 525 | 10/7/2005 | ($4.47) | $0.00 |
| 765 854-1266 096 | 9/13/2005 | $29.89 | $0.00 |
| 765 854-3081 625 | 9/13/2005 | $149.70 | $0.00 |
| 765 864-8429 518 | 9/25/2005 | $6.43 | $0.00 |
| 765 868-0025 386 | 9/28/2005 | $38.95 | $18.48 |
| 765 868-2275 486 | 9/28/2005 | $110.34 | $54.87 |
| 765 868-2605 483 | 9/28/2005 | $218.14 | $151.53 |
| 765 868-2612 269 | 9/28/2005 | $52.39 | $52.39 |
| 765 868-3176 083 | 9/28/2005 | $29.89 | $29.89 |
| 765 868-7083 500 | 9/28/2005 | $64.12 | $64.12 |
| 765 868-7146 835 | 9/28/2005 | $53.08 | $53.08 |
| 765 868-9948 918 | 9/28/2005 | $56.68 | $56.68 |
| 765 R02-1120 182 | 10/1/2005 | $1,627.53 | $634.97 |
| 765 R02-2379 481 | 10/1/2005 | $7,804.71 | $2,953.94 |
| 765 R02-2585 931 | 10/1/2005 | $18,507.75 | $22,881.13 |
| 765 Z90-0038 010 | 9/25/2005 | $70.20 | $32.74 |
| 810 220-1873 451 | 10/7/2005 | $65.22 | $1.37 |
| 810 220-3410 775 | 10/7/2005 | $24.77 | $0.00 |
| 810 225-1649 938 | 9/19/2005 | $45.91 | $0.00 |
| 810 225-8735 050 | 9/19/2005 | $25.52 | $0.00 |
| 810 225-8764 552 | 9/19/2005 | $163.04 | $0.00 |
| 810 225-9438 009 | 9/19/2005 | $25.52 | $0.00 |
| 810 227-0984 640 | 10/7/2005 | $25.52 | $0.21 |
| 810 229-0818 472 | 10/7/2005 | $25.52 | $0.21 |
| 810 232-8491 852 | 10/7/2005 | $24.12 | $0.20 |
| 810 233-5393 636 | 10/1/2005 | $22.32 | $22.32 |

## Exhibit H

| Account Number | Invoice Date | Invoice Amount | Amount Claimed |
|---|---|---|---|
| 810 235-4672 551 | 9/13/2005 | $48.24 | $48.24 |
| 810 235-5355 067 | 9/13/2005 | $48.24 | $48.24 |
| 810 238-4278 510 | 9/10/2005 | $42.13 | $0.00 |
| 810 238-6750 221 | 9/10/2005 | $63.47 | $24.12 |
| 810 239-0184 009 | 10/4/2005 | $22.32 | $22.32 |
| 810 257-3900 447 | 10/4/2005 | $8,340.77 | $14,355.02 |
| 810 424-6532 983 | 9/28/2005 | $24.12 | $7.88 |
| 810 424-9819 845 | 9/28/2005 | $231.24 | $101.37 |
| 810 494-0397 531 | 10/7/2005 | $51.05 | $0.43 |
| 810 494-5230 750 | 10/7/2005 | $143.71 | $22.31 |
| 810 715-3765 328 | 9/19/2005 | $24.12 | $0.00 |
| 810 742-4629 214 | 9/28/2005 | $145.47 | $145.47 |
| 810 743-7690 130 | 9/13/2005 | $29.51 | $0.00 |
| 810 744-9250 542 | 10/1/2005 | $237.34 | $147.27 |
| 810 767-6592 285 | 10/4/2005 | $22.32 | $22.32 |
| 810 767-8520 312 | 10/4/2005 | $24.21 | $24.21 |
| 810 R01-4880 430 | 10/1/2005 | $3,220.14 | $3,102.25 |
| 810 R01-7362 999 | 10/1/2005 | $676.28 | $180.00 |
| 810 R01-7592 193 | 10/1/2005 | $6,746.38 | $0.00 |
| 810 R01-7714 193 | 10/1/2005 | $8,822.41 | $2,446.83 |
| 810 R01-9690 530 | 10/1/2005 | $2,027.96 | $305.20 |
| 810 R41-0200 951 | 10/1/2005 | $1,273.56 | $181.68 |
| 815 227-5358 007 | 9/13/2005 | $112.36 | $0.00 |
| 847 233-9583 978 | 9/22/2005 | $52.03 | $0.00 |
| 847 516-0450 555 | 9/25/2005 | $180.15 | $118.00 |
| 906 346-5032 194 | 9/10/2005 | $496.49 | $0.00 |
| 906 R01-1710 357 | 10/1/2005 | $8,739.35 | $3,796.15 |
| 906 R06-0904 004 | 10/1/2005 | $243.42 | $70.40 |
| 906 R06-1425 676 | 10/1/2005 | $786.88 | $263.40 |
| 906 R13-0059 349 | 10/1/2005 | $1,948.28 | $519.55 |
| 906 R13-0592 110 | 10/1/2005 | $614.38 | $163.83 |
| 937 222-0528 282 | 9/22/2005 | $111.44 | $84.96 |
| 937 223-1260 724 | 10/1/2005 | $33.51 | $6.96 |
| 937 223-1596 071 | 10/1/2005 | $2,101.35 | $1,201.64 |
| 937 223-4659 878 | 10/1/2005 | $57.06 | $17.59 |
| 937 235-1042 102 | 9/16/2005 | $37.98 | $0.00 |
| 937 237-0704 050 | 9/13/2005 | $34.91 | $0.00 |
| 937 237-9731 408 | 9/13/2005 | $2,838.27 | $1,469.75 |
| 937 252-1891 208 | 9/19/2005 | $33.07 | $0.00 |
| 937 252-4988 796 | 9/19/2005 | $851.07 | $785.94 |

## Exhibit H

| Account Number | Invoice Date | Invoice Amount | Amount Claimed |
|---|---|---|---|
| 937 254-0967 055 | 9/28/2005 | $32.83 | $10.20 |
| 937 254-3273 586 | 9/28/2005 | $43.24 | $0.00 |
| 937 256-0318 056 | 9/25/2005 | $4,768.98 | $5,326.08 |
| 937 256-8220 221 | 9/25/2005 | $42.96 | $17.39 |
| 937 258-1224 311 | 10/4/2005 | $90.19 | $15.64 |
| 937 259-0219 131 | 10/4/2005 | $35.50 | $3.49 |
| 937 262-8151 214 | 9/19/2005 | $32.83 | $0.00 |
| 937 263-0382 081 | 9/28/2005 | $200.28 | $30.83 |
| 937 263-0465 943 | 9/28/2005 | $38.12 | $0.00 |
| 937 264-1051 926 | 9/16/2005 | $35.55 | $0.00 |
| 937 264-1738 190 | 9/16/2005 | $37.69 | $0.00 |
| 937 268-0147 469 | 9/13/2005 | $35.50 | $0.00 |
| 937 268-0643 066 | 9/13/2005 | $3,257.78 | $1,232.45 |
| 937 268-0745 065 | 9/13/2005 | $32.83 | $0.00 |
| 937 293-1499 741 | 10/1/2005 | $760.86 | $428.30 |
| 937 293-3251 079 | 10/1/2005 | $33.07 | $0.00 |
| 937 294-2596 460 | 9/10/2005 | $32.87 | $0.00 |
| 937 297-0284 830 | 9/25/2005 | $35.69 | $16.66 |
| 937 297-1675 810 | 9/25/2005 | $35.21 | $11.99 |
| 937 299-2438 394 | 10/4/2005 | ($28.69) | $35.50 |
| 937 299-2616 182 | 10/4/2005 | $35.50 | $3.49 |
| 937 396-1108 053 | 10/1/2005 | $41.36 | $0.00 |
| 937 415-0659 931 | 9/22/2005 | $37.69 | $16.80 |
| 937 461-1506 070 | 9/13/2005 | $31.10 | $0.00 |
| 937 476-5027 283 | 10/4/2005 | $206.36 | $138.21 |
| 937 890-2580 418 | 10/7/2005 | $37.98 | $0.00 |
| 937 890-3662 314 | 10/7/2005 | $58.93 | $0.00 |
| 937 890-7252 281 | 10/7/2005 | $35.55 | $0.00 |
| 937 890-8352 155 | 10/7/2005 | $35.55 | $0.00 |
| 937 898-1520 822 | 9/25/2005 | $37.69 | $12.72 |
| 937 898-8525 928 | 9/25/2005 | $4,307.28 | $3,914.79 |
| 937 898-8781 791 | 9/25/2005 | $313.72 | $102.43 |
| 937 R01-5980 180 | 10/1/2005 | $20,795.13 | $5,545.34 |
| 937 R01-6271 123 | 10/1/2005 | $2,763.99 | $2,011.31 |
| 989 497-0068 790 | 9/13/2005 | $90.59 | $0.00 |
| 989 497-0657 699 | 9/13/2005 | $26.65 | $11.54 |
| 989 652-3198 885 | 10/4/2005 | $26.77 | $1.37 |
| 989 752-0928 074 | 9/22/2005 | $26.52 | $12.72 |
| 989 752-1352 829 | 9/22/2005 | $24.71 | $11.90 |
| 989 752-5840 851 | 9/22/2005 | $583.55 | $279.94 |

## Exhibit H

| Account Number | Invoice Date | Invoice Amount | Amount Claimed |
|---|---|---|---|
| 989 752-6394 589 | 9/22/2005 | $93.31 | $146.30 |
| 989 752-8134 845 | 9/22/2005 | $28.12 | $15.92 |
| 989 752-8815 445 | 9/22/2005 | $26.52 | $12.72 |
| 989 753-5201 897 | 10/4/2005 | $75.25 | $60.26 |
| 989 753-5728 370 | 10/4/2005 | $24.66 | $2.87 |
| 989 753-5803 266 | 10/4/2005 | $26.52 | $0.00 |
| 989 753-6759 164 | 10/4/2005 | $26.52 | $3.07 |
| 989 753-7342 049 | 10/4/2005 | $73.99 | $8.62 |
| 989 753-8906 816 | 10/4/2005 | $53.05 | $2.96 |
| 989 754-8088 675 | 9/25/2005 | $27.39 | $10.19 |
| 989 754-9326 940 | 9/25/2005 | $26.52 | $9.91 |
| 989 754-9386 527 | 9/25/2005 | $24.66 | $9.25 |
| 989 755-2740 856 | 9/10/2005 | $68.63 | $0.00 |
| 989 755-2750 856 | | $0.00 | |
| 989 755-4179 804 | 9/10/2005 | $26.52 | $0.00 |
| 989 755-4457 920 | 9/10/2005 | $8.15 | $0.00 |
| 989 755-4757 772 | 9/10/2005 | $24.66 | $0.00 |
| 989 755-7145 143 | 9/10/2005 | $26.52 | $0.00 |
| 989 755-7162 377 | 9/10/2005 | ($214.13) | $67.43 |
| 989 759-4082 199 | 9/22/2005 | $194.88 | $123.62 |
| 989 759-4106 364 | 9/22/2005 | $210.94 | $153.79 |
| 989 776-4433 511 | 9/22/2005 | $55.04 | $27.55 |
| 989 776-4436 509 | 9/22/2005 | $197.32 | $202.69 |
| 989 790-2867 301 | 10/1/2005 | $55.54 | $0.00 |
| 989 797-0131 236 | 9/19/2005 | $322.16 | $0.00 |
| 710 082-3782 364 | 9/25/2005 | $418.79 | $101.52 |
| 817 490-0173 873 | 10/9/2003 | $189.77 | $189.77 |
| 913 254-7136 864 | 10/7/2005 | $921.05 | $897.32 |
| 913 397-6828 952 | 10/1/2005 | $1,868.54 | $301.81 |
| 915 595-6088 855 | 10/5/2005 | $284.56 | $194.16 |
| 915 771-7207 409 | 9/19/2005 | $124.27 | $113.81 |
| 915 771-9025 733 | 9/19/2005 | $15.10 | $4.64 |
| 915 772-4232 410 | 10/5/2005 | $321.67 | $0.00 |
| 915 775-0932 587 | 9/25/2005 | $181.18 | $167.91 |
| 915 778-4709 405 | 9/23/2005 | $40.93 | $24.90 |
| 915 781-0668 829 | 9/29/2002 | $903.17 | $903.17 |
| 915 783-0633 830 | 9/13/2005 | $618.69 | $609.77 |
| 915 783-4200 357 | 9/13/2005 | $25,448.04 | $10,278.13 |
| 940 851-6839 408 | 9/15/2005 | $113.44 | $134.03 |
| 940 851-8502 156 | 9/15/2005 | $82.69 | $58.05 |

## Exhibit H

| Account Number | Invoice Date | Invoice Amount | Amount Claimed |
|---|---|---|---|
| 940 851-9544 775 | 9/15/2005 | $90.03 | $51.37 |
| 940 855-1263 516 | 10/3/2005 | $128.22 | $108.26 |
| 940 855-3731 245 | 10/3/2005 | $46.06 | $15.41 |
| 940 855-4205 167 | 10/3/2005 | $171.57 | $117.43 |
| 940 855-4644 536 | 10/3/2005 | $81.76 | $40.21 |
| 940 855-5981 429 | 10/3/2005 | $46.06 | $15.41 |
| 956 361-5533 764 | 9/17/2005 | $171.78 | $128.41 |
| 956 541-0178 928 | 12/23/2002 | $540.02 | $540.02 |
| 956 541-3315 928 | 2/25/2003 | $252,312.08 | $252,312.08 |
| 956 541-8774 785 | 12/25/2002 | $18,945.66 | $18,945.66 |
| 956 554-5600 600 | 9/27/2005 | $56,281.39 | $54,351.89 |
| 956 693-4000 329 | 10/3/2005 | $59,817.79 | $56,881.84 |
| 956 724-5218 334 | 9/15/2005 | $104.26 | $60.04 |
| 956 725-3441 473 | 9/23/2005 | $47.46 | $33.69 |
| 956 725-3463 334 | 9/23/2005 | $119.50 | $103.55 |
| 956 725-5752 052 | 9/23/2005 | $112.91 | $103.59 |
| 956 727-2465 576 | 9/9/2005 | $118.79 | $79.33 |
| 956 727-7813 334 | 9/9/2005 | $9.16 | $0.00 |
| 956 982-7333 961 | 2/17/2003 | $1,157.25 | $1,157.25 |
| 073 085-4166 812 | 10/5/2005 | $639.16 | $404.78 |
| **805732170-0000** | 9/4/2005 | $89.94 | $667.27 |
| 805593024-0000 | 9/4/2005 | $89.94 | included mthr ban |
| 805732272-0000 | 9/4/2005 | $315.74 | included mthr ban |
| 819140140-0000 | 9/4/2005 | $69.06 | included mthr ban |
| 819186428-0000 | 9/4/2005 | $0.00 | included mthr ban |
| 827871743-0000 | 9/4/2005 | $19.22 | included mthr ban |
| **806398392-0000** | 9/4/2005 | $5.69 | $1.59 |
| 916 488-8680 715 | 10/2/2005 | $294.54 | $141.45 |

| | | |
|---|---|---|
| | **$753,491.69** | **$574,357.91** |
| | **Total Invoices** | **Total Claim** |

# EXHIBIT I

# Exhibit I

## Claim 7506

| Account # | Biller | Debtor Address | Status | Pre-Petition $ |
|---|---|---|---|---|
| 3103300 | IG | DELPHI AUTOMOTIVE SYSTEMS CORP RENE REYES 1441 WEST LONG LAKE RD TROY, MI 48098 | L | $943,349.14 |
| 0160360060001 | IT | DELPHI AUTOMOTIVE SYSTEMS CO AMERITECH ATTN MICHAEL TROC WESTCHESTER, IL 60154 | F | $69.64 |
| 0513439942001 | TI | DELPHI AUTOMOTIVE SBC CUSTOM BILLIN MI 48126 | F | $3.98 |
| 0514846506001 | TI | DELPHI AUTOMOTIVE SYSTEMS ICO SBC FLR 3 DAYTON, OH 45414 | F | $26.72 |
| 0552111634001 | TI | DELPHI AUTO SYSTEMS CO AMERITECH SUITE 600 WE IL-60154 | F | $1.49 |
| 0565858884001 | TI | DELPHI AUTOMOTIVE SYSTEMS CO AMERIT 2 WESTBROOK CORP STE 600 WESTCHESTER, IL 60154 | F | $59.85 |
| 3176462000647 | IT | DELPHI AUTOMOTIVE SYSTEMS EDS INVOICE RECON CO AMERITECH MICHAEL TROC, WE IL-60154 | F | $891.01 |

## Exhibit I

| Account # | Biller | Debtor Address | Status | Pre-Petition $ |
|---|---|---|---|---|
| 0520802489001 | TI | DELPHI AUTOMOTIVE%AT&T SITE ID# | F | $16.38 |
| 0523701468001 | TI | DELPHI AUTOMOTIVE SYSTEMS EDS INVOI | F | $73.89 |
| 0527907286001 | TI | DELPHI AUTO AT&T SOLUTIONS REF DEEXMI4570 PO BOX 806 FLORHAM PARK, NJ 07933 | F | $7.93 |
| 0527913667001 | TI | DELPHI AUTO SYSTEMS REF PAT SIMONS | F | $228.73 |
| 0537188293001 | TI | DELPHI AUTOMOTIVE | F | $33.41 |
| 1874811100001 | AC | DELPHI AUTOMOTIVE SYSTEMS LISC MEITNER STR. 14 | L | $748.98 |
| 21542890470 | QA | DELPHI AUTOMOTIVE SYSTEMS% AT&T SOL PO BOX 807 FLORHAM PAR, NJ 07932 | L | $6.71 |

## Exhibit I

| Account # | Biller | Debtor Address | Status | Pre-Petition $ |
|---|---|---|---|---|
| 9158595861777 | QA | DELPHI AUTOMOTIVE SYSTEMSICO ATT SO PO BOX 807 30 B VREELAND RD, FL NJ-07932 | F | $1,412.12 |
| 9567121964777 | QA | DELPHI AUTOMOTIVE SYSTEMSCO AT T SO PO BOX 807 30 B VREELAND RD, FL NJ-07932 | F | $971.52 |
| 0160380969001 | TI | DELPHI AUTOMOTIVE SYSTEMS DELPHI AM SUITE 600 WESTCHESTER, IL 60154 | F | $1.30 |
| 0209983391001 | IT | DELPHI AUTOMOTIVE 4800 S SAGINAW ST FLINT, MI 48507-2669 | F | $121.46 |
| 0303187807001 | IT | DELPHI AUTOMOTIVE PO BOX 269002 PO BOX 269002 PLANO, TX 75026-9002 | F | $116.28 |
| 0522640468001 | TI | DELPHI AUTOMTVE SYSTMS OH 43220 | F | $35.09 |
| 0522929790001 | TI | DELPHI AUTOMOTIVE SYSTEMS EDS INVOI PO BOX 269002 PLANO, TX 75026-9002 | F | $12.88 |

## Exhibit I

| Account # | Biller | Debtor Address | Status | Pre-Petition $ |
|---|---|---|---|---|
| 0523694737001 | TI | DELPHI AUTOMOTIVE SYSTEMS DELPHI AM SUITE 600 WESTCHESTER, IL 60154 | F | $122.79 |
| 0540230588001 | TI | DELPHI AUTOMOTIVE SYSTEMS % AT&T SA PO BOX 807 FLORHAM PARK, NJ 07932 | F | $1.99 |
| 0552123263001 | TI | DELPHI AUTOMOTIVE ATTN KEN WELLER PO BOX 269002 PLANO, TX 75026-9002 | F | $84.13 |
| 0565830247001 | TI | DELPHI AUTOMOTIVE SYSTEMS DELPHI AM 2 WESTBROOK CORP CTR SUITE 600 WESTCHESTER, IL 60154 | F | $50.27 |
| 1665612275957 | QA | DELPHI AUTOMOTIVE 30 VREELAND RD D FLORHAM PARK, NJ 07932-1904 | L | $0.14 |
| 5069087416001 | CK | DAVE HALSEY BUSINESS MGR AT&T GLOBAL SUITE 1200 TROY, MI 48084 | L | $558.90 |
| 0534271829001 | TI | DELPHI CO AMERITECH 2 WESTBROOK CORP STE 600 WESTCHESTER, IL 60154 | F | $10.88 |

## Exhibit I

| Account # | Biller | Debtor Address | Status | Pre-Petition $ |
|---|---|---|---|---|
| 0552111317001 | TI | DELPHI CO AMERITECH 65 W WEBSTER ST JO IL-60432 | F | $14.01 |
| 0552111464001 | TI | DELPHI AMERITECH 2 WESTBROOK CORP CTR WESTCHESTER, IL 60154 | F | $21.30 |
| 0552127060001 | TI | DELPHI CO AMERITECH 2 WESTBROOK CORP CTR WE IL-60154 | F | $53.02 |
| 0552127810001 | TI | DELPHI CO AMERITECH 2 WESTBROOK CORP CTR WESTCHESTER, IL 60154 | F | $1,942.26 |
| 0577484440001 | TI | DELPHI CO AMERITECH 2 WESTBROOK CORP STE 600 WESTCHESTER, IL 60154 | F | $7.95 |
| 0577487702001 | TI | DELPHI AMERITECH STE 600 2 WESTBROOK CORP CTR WESTCHESTER, IL 60154 | F | $52.18 |
| 3176409130981 | TI | DELPHI CO AMERITECH 2 WESTBROOK CORP CTR WE IL-60154 | F | $96.86 |

## Exhibit I

| Account # | Biller | Debtor Address | Status | Pre-Petition $ |
|---|---|---|---|---|
| 1512118373662 | AT | DELPHI CORPORATION<br>65 W WEBSTER<br>JOLIET, IL<br>60432 | F | $549.58 |
| 4445143 | IG | DELPHI CORPORATION<br>MICHAEL DARREN<br>5725 DELPHI DRIVE<br>TROY, MI<br>48098 | L | $1,337.98 |
| 000007232600 | CE | DELPHI AUTOMOTIVE<br>C/O AT&T SOLUTIONS<br>P.O. BOX 5904<br>BRIDGEWATER, NJ<br>08807 | L | $1,901.13 |
| 0206658763001 | IT | DELPHI CATALYST<br>%ACCOUNTS PAYABLE<br>PO BOX 1679<br>CATOOSA, OK<br>74015-1679 | L | $49.71 |
| 0302667625001 | IT | LUCAS E U I REBUILD<br>1624 MEIJER DR<br>TROY, MI<br>48084-7141 | L | $37.99 |
| SOL000002290 | IF | DELPHI<br>GM RENAISSANCE CENTER<br>DETROIT, MI<br>48243 | L | $3,113,730.58 |
| 2627222000188 | AC | DELPHI AUTOMOTIVE<br>SYSTEMS S.A. DE C<br>P.O. BOX 981012<br>MAIL STATION 30B<br>EL PASO, TX<br>79998-1012 | L | $4,320.49 |

## Exhibit I

| Account # | Biller | Debtor Address | Status | Pre-Petition $ |
|---|---|---|---|---|
| 2627222000192 | AC | DELPHI INTERIOR SYSTEMS DE MEXICO S P.O. BOX 981012 MAIL STATION 30B EL PASO, TX 79998-1012 | L | -$1.06 |
| 2627222000190 | AC | DELPHI DELCO ELECTRONICS DE MEXICO P.O. BOX 981012 MAIL STATION 30B EL PASO, TX 79998-1012 | L | -$19.63 |
| 5068680270002 | CK | DELPHI DELCO ELECTRONICS | L | -$349.56 |
| 5068698679002 | CK | DELPHI | L | -$4,497.35 |
| | | | **Total** | **$4,068,265.05** |