**MORGAN, LEWIS & BOCKIUS LLP**
**Attorneys for Steering Holding, LLC**
**101 Park Avenue**
**New York, New York  10178-0060**
**(212) 309-6000**
**Neil E. Herman (NH-2513)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| DELPHI CORPORATION, et al. | : | Case No.  05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------x

# CERTIFICATE OF SERVICE

I, Neil E. Herman, hereby certify that on December 17, 2007 I served the annexed

*Limited Response Of Steering Holding, LLC To Expedited Motion For Orders Under 11 U.S.C. §§ 363, 365 And 1146 And Fed R. Bankr. P. 2002, 6004, 6006 And 9014(A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices And (IV) Setting Sale Hearing Date, (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Assets Primarily Used In Debtors' Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities, And (C) Authorizing And Approving Transaction Facilitation Agreement* upon the parties on the attached list in the manner set forth therein.

                                                                            /s/ Neil E. Herman
                                                                              Neil E. Herman

1-NY/2258531.1

SERVICE LIST:

| | |
|---|---|
| John K. Lyons, Esq.<br>Ron E. Meisler, Esq.<br>John Wm. Butler, Esq.<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP<br>333 West Wacker Drive<br>Chicago, IL  60601-1285 | VIA EMAIL<br>Jlyons@skadden.com<br>Jbutler@skadden.com<br>Rmeisler@skadden.com |
| Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP<br>4 Times Square<br>New York, NY  10036 | VIA EMAIL<br>Kmarafioti@skadden.com<br>Tmatz@skadden.com |
| Mr. Steven Daniels<br>Director, Mergers & Acquisitions<br>DELPHI AUTOMOTIVE SYSTEMS LLC<br>5725 Delphi Drive<br>Troy, MI  48098 | VIA OVERNIGHT MAIL |
| DELPHI CORPORATION<br>5725 Delphi Drive<br>Troy, MI  48098<br>Attn: Deputy General Counsel,<br>    Transactional & Restructuring | VIA OVERNIGHT MAIL |
| Mr. William Shaw<br>ROTHSCHILD, INC.<br>1251 Avenue of the Americas<br>New York, NY  10020 | BY HAND |
| Robert J. Rosenberg, Esq.<br>Mark A. Roude, Esq.<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY  10022 | VIA EMAIL<br>Mark.broude@lw.com<br>Robert.rosenberg@lw.com |
| Donald S. Bernstein, Esq.<br>Brian Resnick, Esq.<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY  10017 | VIA EMAIL<br>donald.bernstein@davispolk.com<br>brian.resnick@davispolk.com |
| Alicia M. Leonhard, Esq.<br>UNITED STATES TRUSTEE<br>33 Whitehall Street - Ste. 2100<br>New York, NY  10004 | BY HAND |

1-NY/2258531.1