W. Robinson Beard (Ky. Bar No. 03960)
STITES & HARBISON PLLC
400 W. Market Street
Louisville, Kentucky 40202

Telephone: (502) 587-3400
Facsimile: (502) 587-6391

Attorneys for Defendant
Akebono Corporation (North America).

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation et al., | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### SUPPLEMENTAL RESPONSE OF AKEBONO CORPORATION TO DEBTORS' TWENTY-FIRST OMNIBUS CLAIMS OBJECTION

Akebono Corporation (North America) (also known as Akebono Corporation) ("Akebono") by its counsel, Stites & Harbison, PLLC, pursuant to paragraph 9(e)(i) of the Claim Objection Procedure Order, files for its Supplemental Response to the Debtors' Twenty-First Omnibus Claims Objection to Akebono's timely filed Proof of Claim in the amount of $231,027.90 against Delphi Automotive Systems, LLC, the Affidavit of Brandon J. Kessinger attached hereto as Exhibit A.

**WHEREFORE,** Akebono respectfully requests that this Court deny the Twenty-First Claims Objection as it pertains to the Claim, allow the Claim as filed in the amount of

$231,027.90, and provide such further relief as is just and proper.

                Respectfully submitted,

/s/ W. Robinson Beard
W. Robinson Beard (Ky. Bar No. 03960)
*Admitted Pro Hac Vice*
Stites & Harbison, PLLC
400 West Market Street
Louisville, Kentucky 40202
(502) 587-3400
(502) 587-6391 facsimile
loucourtsum@stites.com
Counsel for Akebono Corporation (North America)

## CERTIFICATE OF SERVICE

    I, W. Robinson Beard, certify that the foregoing Response was served via electronic mail and/or United States mail, postage prepaid, or by overnight delivery to the parties listed on the following service list this the 17th day of December, 2007.

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attention: General Counsel | Skadden, Arps, Slate, Meagher and<br>Flom LLP<br>333 W. Wacker Dr. Ste. 2100<br>Chicago, ILL 60606<br>Attention: John Wm. Butler, Jr.<br>          John K. Lyons<br>          Joseph N. Wharton |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Attention: Robert Rosenberg<br>          Mark A. Broude | Fried, Frank, Harris, Shriver &<br>Jaconbson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attention: Bonnie Steingart |
| Office of the United States Trustee<br>For the Southern District of<br>New York<br>33 Whitehall Street Ste. 2100<br>New York, New York 10004<br>Attention: Alicia M. Leonhard | Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for<br>the Southern District of New York<br>One Bowling Green, Room 632<br>New York, New York 10004 |

                                        /s/ W. Robinson Beard
                                        W. Robinson Beard