**EXHIBIT 1**

| Item | Inv Date | Akebono | Delphi | Issue $ |
|---|---|---|---|---|
| G0036338 | 10/03/05 | $ 65,126.40 | $ 64,534.56 | $ 591.84 |
| G0035408 | 07/13/05 | $ 2,653.92 | $ 24,682.53 | $ (22,028.61) |
| G0035644 | 08/04/05 | $ 72,172.80 | $ 68,006.40 | $ 4,166.40 |
| G0035672 | 08/04/05 | $ 27,838.08 | $ 26,231.04 | $ 1,607.04 |
| G0035906 | 08/24/05 | $ 10,310.40 | $ 9,715.20 | $ 595.20 |
| G0035915 | 08/25/05 | $ 30,931.20 | $ 29,145.60 | $ 1,785.60 |
| G0035947 | 08/29/05 | $ 41,241.60 | $ 38,860.80 | $ 2,380.80 |
| G0035961 | 08/30/05 | $ 30,931.20 | $ 29,145.60 | $ 1,785.60 |
| G0035970 | 08/31/05 | $ 10,310.40 | $ 9,715.20 | $ 595.20 |
| G0035971 | 08/31/05 | $ 55,526.40 | $ 30,934.56 | $ 24,591.84 |
| G0035983 | 09/01/05 | $ 10,310.40 | $ 9,715.20 | $ 595.20 |
| G0035984 | 09/01/05 | $ 60,976.80 | $ 60,384.96 | $ 591.84 |
| G0035996 | 09/02/05 | $ 30,931.20 | $ 29,145.60 | $ 1,785.60 |
| G0035997 | 09/02/05 | $ 36,976.80 | $ 36,384.96 | $ 591.84 |
| G0036013 | 09/06/05 | $ 10,310.40 | $ 9,715.20 | $ 595.20 |
| G0036022 | 09/06/05 | $ 33,600.00 | $ 24,400.00 | $ 9,200.00 |
| G0036028 | 09/06/05 | $ 65,776.80 | $ 65,184.96 | $ 591.84 |
| G0036033 | 09/07/05 | $ 30,931.20 | $ 29,145.60 | $ 1,785.60 |
| G0036038 | 09/07/05 | $ 54,649.60 | $ 54,886.56 | $ (236.96) |
| G0036044 | 09/08/05 | $ 30,931.20 | $ 29,145.60 | $ 1,785.60 |
| G0036054 | 09/08/05 | $ 70,624.80 | $ 70,032.96 | $ 591.84 |
| G0036075 | 09/09/05 | $ 65,126.40 | $ 64,534.56 | $ 591.84 |
| G0036085 | 09/12/05 | $ 30,931.20 | $ 29,145.60 | $ 1,785.60 |
| G0036091 | 09/12/05 | $ 89,776.80 | $ 89,184.96 | $ 591.84 |
| G0036101 | 09/13/05 | $ 30,931.20 | $ 29,145.60 | $ 1,785.60 |
| G0036283 | 09/28/05 | $ 54,496.51 | $ 54,405.12 | $ 91.39 |
| G0036292 | 09/29/05 | $ 20,220.80 | $ 19,430.40 | $ 790.40 |
| G0036313 | 09/30/05 | $ 70,576.40 | $ 69,984.96 | $ 591.44 |
| G0036330 | 10/04/05 | $ 9,665.12 | $ 9,227.82 | $ 437.30 |
| G0036350 | 10/04/05 | $ 65,126.40 | $ 64,534.56 | $ 591.84 |
| 112078DM | 03/31/05 | $ 5,803.49 | | $ 5,803.49 |
| 112081DM | 03/31/05 | $ 1,276.38 | | $ 1,276.38 |
| 112302D | 03/31/05 | $ 1,819.58 | | $ 1,819.58 |
| 112418D | 03/31/05 | $ 2,553.18 | | $ 2,553.18 |
| 112609D | 03/31/05 | $ 6,977.80 | | $ 6,977.80 |
| 112845D | 03/31/05 | $ 23,035.58 | | $ 23,035.58 |
| 113276D | 03/31/05 | $ 1,819.58 | | $ 1,819.58 |
| 113277D | 03/31/05 | $ 1,727.71 | | $ 1,727.71 |
| 113278D | 03/31/05 | $ 23,035.58 | | $ 23,035.58 |
| 113279D | 03/31/05 | $ 1,727.71 | | $ 1,727.71 |
| 113280D | 03/31/05 | $ 2,591.42 | | $ 2,591.42 |
| 113282D | 03/31/05 | $ 23,035.58 | | $ 23,035.58 |
| 113283D | 03/31/05 | $ 1,728.00 | | $ 1,728.00 |
| 113284D | 03/31/05 | $ 1,727.71 | | $ 1,727.71 |
| 113290D | 03/31/05 | $ 864.00 | | $ 864.00 |
| 113291D | 03/31/05 | $ 2,552.75 | | $ 2,552.75 |
| 113503D | 03/31/05 | $ 1,728.00 | | $ 1,728.00 |
| 113505D | 03/31/05 | $ 23,035.58 | | $ 23,035.58 |
| 113506D | 03/31/05 | $ 1,728.00 | | $ 1,728.00 |
| 113507D | 03/31/05 | $ 864.00 | | $ 864.00 |
| 113840D | 03/31/05 | $ 1,728.00 | | $ 1,728.00 |
| 113841D | 03/31/05 | $ 23,035.58 | | $ 23,035.58 |
| 113842D | 03/31/05 | $ 23,035.58 | | $ 23,035.58 |
| 113961D | 03/31/05 | $ 23,035.58 | | $ 23,035.58 |
| 114039D | 03/31/05 | $ 3,765.74 | | $ 3,765.74 |
| 114209D | 03/31/05 | $ 310.32 | | $ 310.32 |
| 114550D | 03/31/05 | $ 797.78 | | $ 797.78 |

| Item | | Inv Date | Akebono | Delphi | Issue $ |
|---|---|---|---|---|---|
| 115156D | | 03/31/05 | $ 2,591.42 | | $ 2,591.42 |
| 115209D | | 03/31/05 | $ 17,719.68 | | $ 17,719.68 |
| 115292D | | 03/31/05 | $ 4,076.06 | | $ 4,076.06 |
| 115358D | | 03/31/05 | $ 1,174.32 | | $ 1,174.32 |
| 115375D | | 03/31/05 | $ 864.00 | | $ 864.00 |
| 115376D | | 03/31/05 | $ 1,276.80 | | $ 1,276.80 |
| 115377D | | 03/31/05 | $ 17,719.68 | | $ 17,719.68 |
| 115378D | | 03/31/05 | $ 1,276.80 | | $ 1,276.80 |
| 115448D | | 03/31/05 | $ 1,484.64 | | $ 1,484.64 |
| 115725D | | 03/31/05 | $ 2,902.03 | | $ 2,902.03 |
| 115814D | | 03/31/05 | $ 2,902.32 | | $ 2,902.32 |
| 115815D | | 03/31/05 | $ 23,035.58 | | $ 23,035.58 |
| 115966D | | 03/31/05 | $ 2,038.32 | | $ 2,038.32 |
| 115969D | | 03/31/05 | $ 2,313.18 | | $ 2,313.18 |
| 116043D | | 03/31/05 | $ 1,728.00 | | $ 1,728.00 |
| 116132D | | 03/31/05 | $ 2,038.32 | | $ 2,038.32 |
| 116150D | | 03/31/05 | $ 4,319.42 | | $ 4,319.42 |
| 116216D | | 03/31/05 | $ 2,902.03 | | $ 2,902.03 |
| 116230D | | 03/31/05 | $ 2,591.14 | | $ 2,591.14 |
| 116240D | | 03/31/05 | $ 1,728.00 | | $ 1,728.00 |
| 116332D | | 03/31/05 | $ 2,038.32 | | $ 2,038.32 |
| 116432D | | 03/31/05 | $ 3,766.32 | | $ 3,766.32 |
| 116503D | | 03/31/05 | $ 2,591.14 | | $ 2,591.14 |
| 116518D | | 03/31/05 | $ 2,591.14 | | $ 2,591.14 |
| 116698D | | 03/31/05 | $ 1,727.42 | | $ 1,727.42 |
| 116699D | | 03/31/05 | $ 1,276.80 | | $ 1,276.80 |
| 116733D | | 03/31/05 | $ 1,727.42 | | $ 1,727.42 |
| 116933D | | 03/31/05 | $ 310.32 | | $ 310.32 |
| 116934D | | 03/31/05 | $ 1,276.80 | | $ 1,276.80 |
| 117038D | | 03/31/05 | $ 1,728.00 | | $ 1,728.00 |
| 117110D | | 03/31/05 | $ 1,727.42 | | $ 1,727.42 |
| 117164D | | 03/31/05 | $ 3,455.42 | | $ 3,455.42 |
| 117238D | | 03/31/05 | $ 3,455.42 | | $ 3,455.42 |
| 117306D | | 03/31/05 | $ 3,455.14 | | $ 3,455.14 |
| 117308D | | 03/31/05 | $ 1,276.38 | | $ 1,276.38 |
| 117391D | | 03/31/05 | $ 3,455.42 | | $ 3,455.42 |
| 117392D | | 03/31/05 | $ 2,591.71 | | $ 2,591.71 |
| 117528D | | 03/31/05 | $ 21,216.00 | | $ 21,216.00 |
| 117628D | | 03/31/05 | $ 930.96 | | $ 930.96 |
| 117748D | | 03/31/05 | $ 21,216.00 | | $ 21,216.00 |
| 117749D | | 03/31/05 | $ 310.32 | | $ 310.32 |
| 117871D | | 03/31/05 | $ 21,216.00 | | $ 21,216.00 |
| 118061D | | 03/31/05 | $ 21,216.00 | | $ 21,216.00 |
| 118300D | | 03/31/05 | $ 620.64 | | $ 620.64 |
| 119542D | | 12/14/04 | $ 42,486.92 | | $ 42,486.92 |
| 6065805B | | 07/01/05 | $ 18,487.20 | | $ 18,487.20 |
| 1005621 | | 03/23/06 | $ (126,509.64) | | $ (126,509.64) |
| 125478 | | 03/31/05 | $ (181,977.22) | | $ (181,977.22) |
| 125479 | | 03/31/05 | $ (120,703.56) | | $ (120,703.56) |
| 127222 | | 11/30/04 | $ (26,987.66) | | $ (26,987.66) |
| 131141 | | 10/18/05 | $ (21,717.14) | | $ (21,717.14) |
| 131640 | | 09/07/05 | $ (66,480.00) | | $ (66,480.00) |
| 131825 | | 12/30/05 | $ (323,965.34) | | $ (323,965.34) |
| | 30869 | 10/07/05 | | 793.96 | $ (793.96) |
| | 31076 | 10/07/05 | | 793.96 | $ (793.96) |
| | 31183 | 10/07/05 | | 793.96 | $ (793.96) |
| | 31390 | 10/07/05 | | 793.96 | $ (793.96) |

| Item | Inv Date | Akebono | Delphi | | Issue $ |
|---|---|---|---|---|---|
| 31658 | 10/07/05 | | 793.96 | $ | (793.96) |
| 32093 | 10/07/05 | | 793.96 | $ | (793.96) |
| 32475 | 10/07/05 | | 793.96 | $ | (793.96) |
| 32550 | 10/07/05 | | 793.96 | $ | (793.96) |
| 32627 | 10/07/05 | | 793.96 | $ | (793.96) |
| 32717 | 10/07/05 | | 644.72 | $ | (644.72) |
| 32870 | 10/07/05 | | 793.96 | $ | (793.96) |
| 32940 | 10/07/05 | | 793.96 | $ | (793.96) |
| 33241 | 10/07/05 | | 1,587.91 | $ | (1,587.91) |
| 33334 | 03/31/05 | | (3,868.80) | $ | 3,868.80 |
| 33334 | 10/07/05 | | (3,868.80) | $ | 3,868.80 |
| 33431 | 03/31/05 | | (3,868.80) | $ | 3,868.80 |
| 33431 | 10/07/05 | | (3,868.80) | $ | 3,868.80 |
| 33446 | 10/07/05 | | 445.68 | $ | (445.68) |
| 33446 | 10/07/05 | | 1,738.66 | $ | (1,738.66) |
| 33446 | 10/07/05 | | 2,149.06 | $ | (2,149.06) |
| 33457 | 03/31/05 | | (3,868.80) | $ | 3,868.80 |
| 33457 | 10/07/05 | | (3,868.80) | $ | 3,868.80 |
| 33571 | 03/31/05 | | (3,868.80) | $ | 3,868.80 |
| 33571 | 10/07/05 | | (3,868.80) | $ | 3,868.80 |
| 33578 | 03/31/05 | | (3,868.80) | $ | 3,868.80 |
| 33578 | 10/07/05 | | (3,868.80) | $ | 3,868.80 |
| 33594 | 03/31/05 | | (3,868.80) | $ | 3,868.80 |
| 33594 | 10/07/05 | | (3,868.80) | $ | 3,868.80 |
| 33646 | 03/31/05 | | (3,868.80) | $ | 3,868.80 |
| 33646 | 10/07/05 | | (3,868.80) | $ | 3,868.80 |
| 33684 | 03/31/05 | | (3,868.80) | $ | 3,868.80 |
| 33684 | 10/07/05 | | (3,868.80) | $ | 3,868.80 |
| 33704 | 03/31/05 | | (3,868.80) | $ | 3,868.80 |
| 33704 | 10/07/05 | | (3,868.80) | $ | 3,868.80 |
| 33782 | 03/31/05 | | (2,380.80) | $ | 2,380.80 |
| 33782 | 10/07/05 | | (2,380.80) | $ | 2,380.80 |
| 33805 | 03/31/05 | | (3,868.80) | $ | 3,868.80 |
| 33805 | 10/07/05 | | (3,868.80) | $ | 3,868.80 |
| 33847 | 03/31/05 | | (3,868.80) | $ | 3,868.80 |
| 33847 | 10/07/05 | | (3,868.80) | $ | 3,868.80 |
| 33864 | 03/31/05 | | (3,868.80) | $ | 3,868.80 |
| 33864 | 10/07/05 | | (3,868.80) | $ | 3,868.80 |
| 33954 | 03/31/05 | | (3,868.80) | $ | 3,868.80 |
| 33954 | 10/07/05 | | (3,868.80) | $ | 3,868.80 |
| 34160 | 03/31/05 | | (3,868.80) | $ | 3,868.80 |
| 34160 | 10/07/05 | | (3,868.80) | $ | 3,868.80 |
| 34199 | 03/31/05 | | (1,488.00) | $ | 1,488.00 |
| 34199 | 03/31/05 | | (1,190.40) | $ | 1,190.40 |
| 34199 | 03/31/05 | | (297.60) | $ | 297.60 |
| 34199 | 03/31/05 | | (297.60) | $ | 297.60 |
| 34199 | 03/31/05 | | (297.60) | $ | 297.60 |
| 34199 | 03/31/05 | | (297.60) | $ | 297.60 |
| 34199 | 10/07/05 | | (1,488.00) | $ | 1,488.00 |
| 34199 | 10/07/05 | | (595.20) | $ | 595.20 |
| 34199 | 10/07/05 | | (595.20) | $ | 595.20 |
| 34199 | 10/07/05 | | (595.20) | $ | 595.20 |
| 34199 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34199 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34329 | 06/30/05 | | (892.80) | $ | 892.80 |
| 34329 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34329 | 06/30/05 | | (297.60) | $ | 297.60 |

| Item | Inv Date | Akebono | Delphi | | Issue $ |
|---|---|---|---|---|---|
| 34329 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34329 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34329 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34329 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34329 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34329 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34329 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34329 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34329 | 10/07/05 | | (595.20) | $ | 595.20 |
| 34329 | 10/07/05 | | (595.20) | $ | 595.20 |
| 34329 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34329 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34329 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34329 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34329 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34329 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34329 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34329 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34329 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34381 | 06/30/05 | | (1,190.40) | $ | 1,190.40 |
| 34381 | 06/30/05 | | (595.20) | $ | 595.20 |
| 34381 | 06/30/05 | | (595.20) | $ | 595.20 |
| 34381 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34381 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34381 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34381 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34381 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34381 | 10/07/05 | | (892.80) | $ | 892.80 |
| 34381 | 10/07/05 | | (595.20) | $ | 595.20 |
| 34381 | 10/07/05 | | (595.20) | $ | 595.20 |
| 34381 | 10/07/05 | | (595.20) | $ | 595.20 |
| 34381 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34381 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34381 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34381 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34406 | 06/30/05 | | (2,678.40) | $ | 2,678.40 |
| 34406 | 06/30/05 | | (357.12) | $ | 357.12 |
| 34406 | 06/30/05 | | (357.12) | $ | 357.12 |
| 34406 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34406 | 06/30/05 | | (178.56) | $ | 178.56 |
| 34406 | 10/07/05 | | (2,321.28) | $ | 2,321.28 |
| 34406 | 10/07/05 | | (892.80) | $ | 892.80 |
| 34406 | 10/07/05 | | (476.16) | $ | 476.16 |
| 34406 | 10/07/05 | | (178.56) | $ | 178.56 |
| 34416 | 06/30/05 | | (2,083.20) | $ | 2,083.20 |
| 34416 | 06/30/05 | | (595.20) | $ | 595.20 |
| 34416 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34416 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34416 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34416 | 06/30/05 | | (297.60) | $ | 297.60 |
| 34416 | 10/07/05 | | (1,190.40) | $ | 1,190.40 |
| 34416 | 10/07/05 | | (595.20) | $ | 595.20 |
| 34416 | 10/07/05 | | (595.20) | $ | 595.20 |
| 34416 | 10/07/05 | | (595.20) | $ | 595.20 |
| 34416 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34416 | 10/07/05 | | (297.60) | $ | 297.60 |
| 34416 | 10/07/05 | | (297.60) | $ | 297.60 |

| Item | Inv Date | Akebono | Delphi | Issue $ |
|---|---|---|---|---|
| 34458 | 06/30/05 | | (1,607.04) | $ 1,607.04 |
| 34458 | 06/30/05 | | (535.68) | $ 535.68 |
| 34458 | 06/30/05 | | (357.12) | $ 357.12 |
| 34458 | 06/30/05 | | (178.56) | $ 178.56 |
| 34458 | 06/30/05 | | (178.56) | $ 178.56 |
| 34458 | 06/30/05 | | (178.56) | $ 178.56 |
| 34458 | 06/30/05 | | (178.56) | $ 178.56 |
| 34458 | 06/30/05 | | (178.56) | $ 178.56 |
| 34458 | 06/30/05 | | (178.56) | $ 178.56 |
| 34458 | 06/30/05 | | (178.56) | $ 178.56 |
| 34458 | 06/30/05 | | (178.25) | $ 178.25 |
| 34458 | 10/07/05 | | (1,071.36) | $ 1,071.36 |
| 34458 | 10/07/05 | | (833.28) | $ 833.28 |
| 34458 | 10/07/05 | | (535.68) | $ 535.68 |
| 34458 | 10/07/05 | | (178.56) | $ 178.56 |
| 34458 | 10/07/05 | | (178.56) | $ 178.56 |
| 34458 | 10/07/05 | | (178.56) | $ 178.56 |
| 34458 | 10/07/05 | | (178.56) | $ 178.56 |
| 34458 | 10/07/05 | | (178.56) | $ 178.56 |
| 34458 | 10/07/05 | | (178.56) | $ 178.56 |
| 34458 | 10/07/05 | | (178.56) | $ 178.56 |
| 34458 | 10/07/05 | | (178.56) | $ 178.56 |
| 34496 | 09/18/05 | | (101.42) | $ 101.42 |
| 34522 | 06/30/05 | | (892.80) | $ 892.80 |
| 34522 | 06/30/05 | | (535.68) | $ 535.68 |
| 34522 | 06/30/05 | | (476.16) | $ 476.16 |
| 34522 | 06/30/05 | | (357.12) | $ 357.12 |
| 34522 | 06/30/05 | | (357.12) | $ 357.12 |
| 34522 | 06/30/05 | | (357.12) | $ 357.12 |
| 34522 | 06/30/05 | | (178.56) | $ 178.56 |
| 34522 | 06/30/05 | | (178.56) | $ 178.56 |
| 34522 | 06/30/05 | | (178.56) | $ 178.56 |
| 34522 | 06/30/05 | | (178.56) | $ 178.56 |
| 34522 | 06/30/05 | | (178.56) | $ 178.56 |
| 34522 | 10/07/05 | | (714.24) | $ 714.24 |
| 34522 | 10/07/05 | | (654.72) | $ 654.72 |
| 34522 | 10/07/05 | | (535.68) | $ 535.68 |
| 34522 | 10/07/05 | | (357.12) | $ 357.12 |
| 34522 | 10/07/05 | | (357.12) | $ 357.12 |
| 34522 | 10/07/05 | | (178.56) | $ 178.56 |
| 34522 | 10/07/05 | | (178.56) | $ 178.56 |
| 34522 | 10/07/05 | | (178.56) | $ 178.56 |
| 34522 | 10/07/05 | | (178.56) | $ 178.56 |
| 34522 | 10/07/05 | | (178.56) | $ 178.56 |
| 34522 | 10/07/05 | | (178.56) | $ 178.56 |
| 34522 | 10/07/05 | | (178.56) | $ 178.56 |
| 34550 | 06/30/05 | | (535.68) | $ 535.68 |
| 34550 | 06/30/05 | | (535.68) | $ 535.68 |
| 34550 | 06/30/05 | | (357.12) | $ 357.12 |
| 34550 | 06/30/05 | | (297.60) | $ 297.60 |
| 34550 | 06/30/05 | | (178.56) | $ 178.56 |
| 34550 | 06/30/05 | | (178.56) | $ 178.56 |
| 34550 | 06/30/05 | | (178.56) | $ 178.56 |
| 34550 | 06/30/05 | | (178.56) | $ 178.56 |
| 34550 | 06/30/05 | | (178.56) | $ 178.56 |
| 34550 | 06/30/05 | | (178.56) | $ 178.56 |
| 34550 | 06/30/05 | | (178.56) | $ 178.56 |

| Item | Inv Date | Akebono | Delphi | Issue $ |
|------|----------|---------|--------|---------|
| 34550 | 06/30/05 | | (178.56) | $ 178.56 |
| 34550 | 06/30/05 | | (178.56) | $ 178.56 |
| 34550 | 06/30/05 | | (178.56) | $ 178.56 |
| 34550 | 06/30/05 | | (178.56) | $ 178.56 |
| 34550 | 06/30/05 | | (178.56) | $ 178.56 |
| 34550 | 10/07/05 | | (535.68) | $ 535.68 |
| 34550 | 10/07/05 | | (476.16) | $ 476.16 |
| 34550 | 10/07/05 | | (357.12) | $ 357.12 |
| 34550 | 10/07/05 | | (357.12) | $ 357.12 |
| 34550 | 10/07/05 | | (178.56) | $ 178.56 |
| 34550 | 10/07/05 | | (178.56) | $ 178.56 |
| 34550 | 10/07/05 | | (178.56) | $ 178.56 |
| 34550 | 10/07/05 | | (178.56) | $ 178.56 |
| 34550 | 10/07/05 | | (178.56) | $ 178.56 |
| 34550 | 10/07/05 | | (178.56) | $ 178.56 |
| 34550 | 10/07/05 | | (178.56) | $ 178.56 |
| 34550 | 10/07/05 | | (178.56) | $ 178.56 |
| 34550 | 10/07/05 | | (178.56) | $ 178.56 |
| 34550 | 10/07/05 | | (178.56) | $ 178.56 |
| 34550 | 10/07/05 | | (178.56) | $ 178.56 |
| 34631 | 06/30/05 | | (595.20) | $ 595.20 |
| 34631 | 06/30/05 | | (595.20) | $ 595.20 |
| 34631 | 06/30/05 | | (357.12) | $ 357.12 |
| 34631 | 06/30/05 | | (297.60) | $ 297.60 |
| 34631 | 06/30/05 | | (297.60) | $ 297.60 |
| 34631 | 06/30/05 | | (297.60) | $ 297.60 |
| 34631 | 06/30/05 | | (178.56) | $ 178.56 |
| 34631 | 06/30/05 | | (178.56) | $ 178.56 |
| 34631 | 06/30/05 | | (178.56) | $ 178.56 |
| 34631 | 06/30/05 | | (178.56) | $ 178.56 |
| 34631 | 06/30/05 | | (178.56) | $ 178.56 |
| 34631 | 06/30/05 | | (178.56) | $ 178.56 |
| 34631 | 06/30/05 | | (178.56) | $ 178.56 |
| 34631 | 06/30/05 | | (178.56) | $ 178.56 |
| 34631 | 10/07/05 | | (595.20) | $ 595.20 |
| 34631 | 10/07/05 | | (595.20) | $ 595.20 |
| 34631 | 10/07/05 | | (357.12) | $ 357.12 |
| 34631 | 10/07/05 | | (357.12) | $ 357.12 |
| 34631 | 10/07/05 | | (297.60) | $ 297.60 |
| 34631 | 10/07/05 | | (297.60) | $ 297.60 |
| 34631 | 10/07/05 | | (297.60) | $ 297.60 |
| 34631 | 10/07/05 | | (178.56) | $ 178.56 |
| 34631 | 10/07/05 | | (178.56) | $ 178.56 |
| 34631 | 10/07/05 | | (178.56) | $ 178.56 |
| 34631 | 10/07/05 | | (178.56) | $ 178.56 |
| 34631 | 10/07/05 | | (178.56) | $ 178.56 |
| 34631 | 10/07/05 | | (178.56) | $ 178.56 |
| 34663 | 06/30/05 | | (70.37) | $ 70.37 |
| 34663 | 10/07/05 | | (70.37) | $ 70.37 |
| 34730 | 09/18/05 | | (793.96) | $ 793.96 |
| 34730 | 09/18/05 | | (793.96) | $ 793.96 |
| 34730 | 10/07/05 | | (437.30) | $ 437.30 |
| 34730 | 10/07/05 | | (437.30) | $ 437.30 |
| 34791 | 09/18/05 | | (1,738.66) | $ 1,738.66 |
| 34814 | 06/30/05 | | (3,868.80) | $ 3,868.80 |
| 34814 | 10/07/05 | | (3,868.80) | $ 3,868.80 |

| Item | Inv Date | Akebono | Delphi | Issue $ |
|---|---|---|---|---|
| 34848 | 06/30/05 | | (1,726.08) | $ 1,726.08 |
| 34848 | 10/07/05 | | (1,666.56) | $ 1,666.56 |
| 34868 | 09/18/05 | | (537.26) | $ 537.26 |
| 34868 | 09/18/05 | | (537.26) | $ 537.26 |
| 34868 | 10/07/05 | | (295.92) | $ 295.92 |
| 34868 | 10/07/05 | | (295.92) | $ 295.92 |
| 34875 | 09/18/05 | | (193.18) | $ 193.18 |
| 34879 | 09/18/05 | | (537.26) | $ 537.26 |
| 34879 | 10/07/05 | | (295.92) | $ 295.92 |
| 34889 | 06/30/05 | | (3,868.80) | $ 3,868.80 |
| 34889 | 10/07/05 | | (3,868.80) | $ 3,868.80 |
| 34897 | 09/18/05 | | (537.26) | $ 537.26 |
| 34897 | 10/07/05 | | (295.92) | $ 295.92 |
| 34910 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 34910 | 10/07/05 | | (591.84) | $ 591.84 |
| 34914 | 06/30/05 | | (2,380.80) | $ 2,380.80 |
| 34914 | 10/07/05 | | (2,380.80) | $ 2,380.80 |
| 34923 | 09/18/05 | | (537.26) | $ 537.26 |
| 34923 | 10/07/05 | | (295.92) | $ 295.92 |
| 34941 | 09/18/05 | | (537.26) | $ 537.26 |
| 34941 | 10/07/05 | | (295.92) | $ 295.92 |
| 34957 | 09/18/05 | | (537.26) | $ 537.26 |
| 34957 | 09/18/05 | | (537.26) | $ 537.26 |
| 34957 | 10/07/05 | | (295.92) | $ 295.92 |
| 34957 | 10/07/05 | | (295.92) | $ 295.92 |
| 34969 | 06/30/05 | | (3,868.80) | $ 3,868.80 |
| 34969 | 10/07/05 | | (3,868.80) | $ 3,868.80 |
| 34976 | 09/18/05 | | (537.26) | $ 537.26 |
| 34976 | 09/18/05 | | (537.26) | $ 537.26 |
| 34976 | 10/07/05 | | (295.92) | $ 295.92 |
| 34976 | 10/07/05 | | (295.92) | $ 295.92 |
| 34993 | 09/18/05 | | (537.26) | $ 537.26 |
| 34993 | 10/07/05 | | (295.92) | $ 295.92 |
| 35003 | 09/18/05 | | (537.26) | $ 537.26 |
| 35003 | 09/18/05 | | (537.26) | $ 537.26 |
| 35003 | 10/07/05 | | (295.92) | $ 295.92 |
| 35003 | 10/07/05 | | (295.92) | $ 295.92 |
| 35024 | 10/07/05 | | (1,249.92) | $ 1,249.92 |
| 35031 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35031 | 10/07/05 | | (591.84) | $ 591.84 |
| 35046 | 09/18/05 | | (869.33) | $ 869.33 |
| 35046 | 09/18/05 | | (869.33) | $ 869.33 |
| 35046 | 09/18/05 | | (537.26) | $ 537.26 |
| 35046 | 09/18/05 | | (537.26) | $ 537.26 |
| 35046 | 10/07/05 | | (295.92) | $ 295.92 |
| 35046 | 10/07/05 | | (295.92) | $ 295.92 |
| 35059 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35059 | 10/07/05 | | (591.84) | $ 591.84 |
| 35072 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35072 | 10/07/05 | | (591.84) | $ 591.84 |
| 35092 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35092 | 10/07/05 | | (591.84) | $ 591.84 |
| 35105 | 09/18/05 | | (537.26) | $ 537.26 |
| 35105 | 10/07/05 | | (295.92) | $ 295.92 |
| 35112 | 06/30/05 | | (3,868.80) | $ 3,868.80 |
| 35112 | 10/07/05 | | (3,868.80) | $ 3,868.80 |
| 35122 | 09/18/05 | | (537.26) | $ 537.26 |

| Item | Inv Date | Akebono | Delphi | Issue $ |
|---|---|---|---|---|
| 35122 | 09/18/05 | | (537.26) | $ 537.26 |
| 35122 | 10/07/05 | | (295.92) | $ 295.92 |
| 35122 | 10/07/05 | | (295.92) | $ 295.92 |
| 35134 | 09/18/05 | | (537.26) | $ 537.26 |
| 35134 | 10/07/05 | | (295.92) | $ 295.92 |
| 35148 | 06/30/05 | | (1,488.00) | $ 1,488.00 |
| 35148 | 10/07/05 | | (1,488.00) | $ 1,488.00 |
| 35149 | 06/30/05 | | (2,083.20) | $ 2,083.20 |
| 35149 | 10/07/05 | | (2,083.20) | $ 2,083.20 |
| 35153 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35153 | 10/07/05 | | (591.84) | $ 591.84 |
| 35160 | 09/18/05 | | (1,587.91) | $ 1,587.91 |
| 35160 | 10/07/05 | | (874.61) | $ 874.61 |
| 35161 | 06/30/05 | | (1,190.40) | $ 1,190.40 |
| 35161 | 10/07/05 | | (1,190.40) | $ 1,190.40 |
| 35175 | 09/18/05 | | (537.26) | $ 537.26 |
| 35175 | 10/07/05 | | (295.92) | $ 295.92 |
| 35183 | 06/30/05 | | (1,190.40) | $ 1,190.40 |
| 35183 | 10/07/05 | | (1,190.40) | $ 1,190.40 |
| 35205 | 06/30/05 | | (595.20) | $ 595.20 |
| 35205 | 10/07/05 | | (1,190.40) | $ 1,190.40 |
| 35206 | 09/18/05 | | (537.26) | $ 537.26 |
| 35206 | 09/18/05 | | (537.26) | $ 537.26 |
| 35206 | 10/07/05 | | (295.92) | $ 295.92 |
| 35206 | 10/07/05 | | (295.92) | $ 295.92 |
| 35214 | 06/30/05 | | (892.80) | $ 892.80 |
| 35214 | 10/07/05 | | (595.20) | $ 595.20 |
| 35216 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35216 | 10/07/05 | | (591.84) | $ 591.84 |
| 35232 | 09/18/05 | | (869.33) | $ 869.33 |
| 35232 | 09/18/05 | | (537.26) | $ 537.26 |
| 35232 | 10/07/05 | | (295.92) | $ 295.92 |
| 35239 | 10/07/05 | | (2,083.20) | $ 2,083.20 |
| 35239 | 10/07/05 | | (2,083.20) | $ 2,083.20 |
| 35240 | 09/18/05 | | (793.96) | $ 793.96 |
| 35240 | 09/18/05 | | (793.96) | $ 793.96 |
| 35240 | 10/07/05 | | (437.30) | $ 437.30 |
| 35240 | 10/07/05 | | (437.30) | $ 437.30 |
| 35251 | 06/30/05 | | (2,083.20) | $ 2,083.20 |
| 35251 | 10/07/05 | | (1,785.60) | $ 1,785.60 |
| 35256 | 06/30/05 | | (2,083.20) | $ 2,083.20 |
| 35256 | 10/07/05 | | (2,083.20) | $ 2,083.20 |
| 35258 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35258 | 10/07/05 | | (591.84) | $ 591.84 |
| 35264 | 09/18/05 | | (869.33) | $ 869.33 |
| 35264 | 09/18/05 | | (537.26) | $ 537.26 |
| 35264 | 10/07/05 | | (295.92) | $ 295.92 |
| 35274 | 10/07/05 | | (2,380.80) | $ 2,380.80 |
| 35274 | 10/07/05 | | (2,380.80) | $ 2,380.80 |
| 35282 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35282 | 09/18/05 | | (869.33) | $ 869.33 |
| 35282 | 10/07/05 | | (591.84) | $ 591.84 |
| 35297 | 09/18/05 | | (869.33) | $ 869.33 |
| 35297 | 09/18/05 | | (537.26) | $ 537.26 |
| 35297 | 09/18/05 | | (537.26) | $ 537.26 |
| 35297 | 10/07/05 | | (295.92) | $ 295.92 |
| 35297 | 10/07/05 | | (295.92) | $ 295.92 |

| Item | Inv Date | Akebono | Delphi | Issue $ |
|------|----------|---------|--------|---------|
| 35306 | 06/30/05 | | (1,428.48) | $ 1,428.48 |
| 35306 | 10/07/05 | | (1,606.42) | $ 1,606.42 |
| 35327 | 09/18/05 | | (537.26) | $ 537.26 |
| 35327 | 10/07/05 | | (295.92) | $ 295.92 |
| 35331 | 09/18/05 | | (1,284.65) | $ 1,284.65 |
| 35334 | 09/18/05 | | (3,477.31) | $ 3,477.31 |
| 35336 | 10/07/05 | | (2,380.80) | $ 2,380.80 |
| 35336 | 10/07/05 | | (2,380.80) | $ 2,380.80 |
| 35355 | 09/18/05 | | (869.33) | $ 869.33 |
| 35355 | 09/18/05 | | (537.26) | $ 537.26 |
| 35355 | 10/07/05 | | (295.92) | $ 295.92 |
| 35357 | 09/18/05 | | (1,284.65) | $ 1,284.65 |
| 35367 | 10/07/05 | | (892.80) | $ 892.80 |
| 35367 | 10/07/05 | | (892.80) | $ 892.80 |
| 35430 | 10/07/05 | | (892.80) | $ 892.80 |
| 35430 | 10/07/05 | | (892.80) | $ 892.80 |
| 35440 | 10/07/05 | | (892.80) | $ 892.80 |
| 35440 | 10/07/05 | | (892.80) | $ 892.80 |
| 35445 | 09/18/05 | | (3,477.31) | $ 3,477.31 |
| 35452 | 10/07/05 | | (892.80) | $ 892.80 |
| 35452 | 10/07/05 | | (892.80) | $ 892.80 |
| 35466 | 09/18/05 | | (869.33) | $ 869.33 |
| 35466 | 09/18/05 | | (537.26) | $ 537.26 |
| 35466 | 10/07/05 | | (295.92) | $ 295.92 |
| 35481 | 09/18/05 | | (1,738.66) | $ 1,738.66 |
| 35481 | 09/18/05 | | (537.26) | $ 537.26 |
| 35481 | 10/07/05 | | (295.92) | $ 295.92 |
| 35487 | 10/07/05 | | (892.80) | $ 892.80 |
| 35487 | 10/07/05 | | (892.80) | $ 892.80 |
| 35497 | 09/18/05 | | (1,738.66) | $ 1,738.66 |
| 35497 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35497 | 10/07/05 | | (591.84) | $ 591.84 |
| 35510 | 09/18/05 | | (1,738.66) | $ 1,738.66 |
| 35510 | 09/18/05 | | (537.26) | $ 537.26 |
| 35510 | 10/07/05 | | (295.92) | $ 295.92 |
| 35514 | 10/07/05 | | (1,190.40) | $ 1,190.40 |
| 35514 | 10/07/05 | | (1,190.40) | $ 1,190.40 |
| 35518 | 09/18/05 | | (1,738.66) | $ 1,738.66 |
| 35518 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35518 | 10/07/05 | | (591.84) | $ 591.84 |
| 35538 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35538 | 09/18/05 | | (869.33) | $ 869.33 |
| 35538 | 10/07/05 | | (591.84) | $ 591.84 |
| 35549 | 09/18/05 | | (2,569.35) | $ 2,569.35 |
| 35549 | 09/18/05 | | (1,587.92) | $ 1,587.92 |
| 35549 | 09/18/05 | | (793.96) | $ 793.96 |
| 35549 | 10/07/05 | | (874.61) | $ 874.61 |
| 35549 | 10/07/05 | | (437.30) | $ 437.30 |
| 35550 | 10/07/05 | | (1,488.00) | $ 1,488.00 |
| 35550 | 10/07/05 | | (1,190.40) | $ 1,190.40 |
| 35551 | 09/18/05 | | (1,738.66) | $ 1,738.66 |
| 35551 | 09/18/05 | | (537.26) | $ 537.26 |
| 35551 | 10/07/05 | | (295.92) | $ 295.92 |
| 35567 | 10/07/05 | | (1,488.00) | $ 1,488.00 |
| 35567 | 10/07/05 | | (1,190.40) | $ 1,190.40 |
| 35568 | 09/18/05 | | (869.33) | $ 869.33 |
| 35568 | 09/18/05 | | (537.26) | $ 537.26 |

| Item | Inv Date | Akebono | Delphi | Issue $ |
|------|----------|---------|--------|---------|
| 35568 | 09/18/05 | | (537.26) | $ 537.26 |
| 35568 | 10/07/05 | | (295.92) | $ 295.92 |
| 35568 | 10/07/05 | | (295.92) | $ 295.92 |
| 35577 | 10/07/05 | | (1,190.40) | $ 1,190.40 |
| 35577 | 10/07/05 | | (892.80) | $ 892.80 |
| 35583 | 09/18/05 | | (1,738.66) | $ 1,738.66 |
| 35583 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35583 | 10/07/05 | | (591.84) | $ 591.84 |
| 35593 | 10/07/05 | | (1,488.00) | $ 1,488.00 |
| 35593 | 10/07/05 | | (595.20) | $ 595.20 |
| 35600 | 09/18/05 | | (869.33) | $ 869.33 |
| 35600 | 09/18/05 | | (537.26) | $ 537.26 |
| 35600 | 10/07/05 | | (295.92) | $ 295.92 |
| 35614 | 09/18/05 | | (1,738.66) | $ 1,738.66 |
| 35614 | 09/18/05 | | (537.26) | $ 537.26 |
| 35614 | 10/07/05 | | (295.92) | $ 295.92 |
| 35625 | 09/18/05 | | (869.33) | $ 869.33 |
| 35625 | 09/18/05 | | (869.33) | $ 869.33 |
| 35625 | 09/18/05 | | (537.26) | $ 537.26 |
| 35625 | 10/07/05 | | (295.92) | $ 295.92 |
| 35626 | 10/07/05 | | (2,083.20) | $ 2,083.20 |
| 35626 | 10/07/05 | | (2,083.20) | $ 2,083.20 |
| 35658 | 10/07/05 | | (892.80) | $ 892.80 |
| 35658 | 10/07/05 | | (892.80) | $ 892.80 |
| 35666 | 09/18/05 | | (1,738.66) | $ 1,738.66 |
| 35666 | 09/18/05 | | (537.26) | $ 537.26 |
| 35666 | 10/07/05 | | (295.92) | $ 295.92 |
| 35684 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35684 | 09/18/05 | | (869.33) | $ 869.33 |
| 35684 | 10/07/05 | | (591.84) | $ 591.84 |
| 35704 | 09/18/05 | | (1,738.66) | $ 1,738.66 |
| 35704 | 09/18/05 | | (537.26) | $ 537.26 |
| 35704 | 10/07/05 | | (295.92) | $ 295.92 |
| 35715 | 10/07/05 | | (892.80) | $ 892.80 |
| 35715 | 10/07/05 | | (892.80) | $ 892.80 |
| 35724 | 09/18/05 | | (869.33) | $ 869.33 |
| 35724 | 09/18/05 | | (537.26) | $ 537.26 |
| 35724 | 09/18/05 | | (537.26) | $ 537.26 |
| 35724 | 10/07/05 | | (295.92) | $ 295.92 |
| 35724 | 10/07/05 | | (295.92) | $ 295.92 |
| 35738 | 09/18/05 | | (1,738.66) | $ 1,738.66 |
| 35738 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35738 | 10/07/05 | | (591.84) | $ 591.84 |
| 35747 | 10/07/05 | | (595.20) | $ 595.20 |
| 35747 | 10/07/05 | | (595.20) | $ 595.20 |
| 35757 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35757 | 09/18/05 | | (869.33) | $ 869.33 |
| 35757 | 10/07/05 | | (591.84) | $ 591.84 |
| 35762 | 10/07/05 | | (1,785.60) | $ 1,785.60 |
| 35762 | 10/07/05 | | (1,785.60) | $ 1,785.60 |
| 35773 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35773 | 10/07/05 | | (591.84) | $ 591.84 |
| 35791 | 09/18/05 | | (537.26) | $ 537.26 |
| 35791 | 10/07/05 | | (295.92) | $ 295.92 |
| 35798 | 10/07/05 | | (892.80) | $ 892.80 |
| 35798 | 10/07/05 | | (892.80) | $ 892.80 |
| 35802 | 09/18/05 | | (1,074.53) | $ 1,074.53 |

| Item | Inv Date | Akebono | Delphi | Issue $ |
|------|----------|---------|--------|---------|
| 35802 | 10/07/05 | | (591.84) | $ 591.84 |
| 35813 | 10/07/05 | | (892.80) | $ 892.80 |
| 35813 | 10/07/05 | | (892.80) | $ 892.80 |
| 35819 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35819 | 09/18/05 | | (869.33) | $ 869.33 |
| 35819 | 10/07/05 | | (591.84) | $ 591.84 |
| 35826 | 10/07/05 | | (595.20) | $ 595.20 |
| 35826 | 10/07/05 | | (595.20) | $ 595.20 |
| 35833 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35833 | 10/07/05 | | (591.84) | $ 591.84 |
| 35834 | 09/18/05 | | (3,854.02) | $ 3,854.02 |
| 35846 | 10/07/05 | | (1,785.60) | $ 1,785.60 |
| 35846 | 10/07/05 | | (1,785.60) | $ 1,785.60 |
| 35851 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35851 | 10/07/05 | | (591.84) | $ 591.84 |
| 35870 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35870 | 09/18/05 | | (869.33) | $ 869.33 |
| 35870 | 09/18/05 | | (869.33) | $ 869.33 |
| 35870 | 10/07/05 | | (591.84) | $ 591.84 |
| 35877 | 10/07/05 | | (892.80) | $ 892.80 |
| 35877 | 10/07/05 | | (892.80) | $ 892.80 |
| 35878 | 09/18/05 | | (1,284.67) | $ 1,284.67 |
| 35878 | 09/18/05 | | (1,284.67) | $ 1,284.67 |
| 35880 | 09/18/05 | | (869.33) | $ 869.33 |
| 35880 | 09/18/05 | | (869.33) | $ 869.33 |
| 35880 | 09/18/05 | | (537.26) | $ 537.26 |
| 35880 | 09/18/05 | | (537.26) | $ 537.26 |
| 35880 | 10/07/05 | | (295.92) | $ 295.92 |
| 35880 | 10/07/05 | | (295.92) | $ 295.92 |
| 35892 | 10/07/05 | | (892.80) | $ 892.80 |
| 35892 | 10/07/05 | | (891.56) | $ 891.56 |
| 35895 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35895 | 09/18/05 | | (869.33) | $ 869.33 |
| 35895 | 10/07/05 | | (591.84) | $ 591.84 |
| 35911 | 09/18/05 | | (869.33) | $ 869.33 |
| 35911 | 09/18/05 | | (869.33) | $ 869.33 |
| 35911 | 09/18/05 | | (537.26) | $ 537.26 |
| 35911 | 09/18/05 | | (537.26) | $ 537.26 |
| 35911 | 10/07/05 | | (295.92) | $ 295.92 |
| 35911 | 10/07/05 | | (295.92) | $ 295.92 |
| 35922 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35922 | 09/18/05 | | (869.33) | $ 869.33 |
| 35922 | 10/07/05 | | (591.84) | $ 591.84 |
| 35938 | 09/18/05 | | (1,738.66) | $ 1,738.66 |
| 35938 | 09/18/05 | | (1,074.53) | $ 1,074.53 |
| 35938 | 10/07/05 | | (591.84) | $ 591.84 |
| 35940 | 09/18/05 | | (1,738.66) | $ 1,738.66 |
| 35940 | 09/18/05 | | (537.26) | $ 537.26 |
| 35940 | 09/18/05 | | (537.26) | $ 537.26 |
| 35940 | 10/07/05 | | (295.92) | $ 295.92 |
| 35940 | 10/07/05 | | (295.92) | $ 295.92 |
| 35965 | 09/18/05 | | (869.33) | $ 869.33 |
| 35965 | 09/18/05 | | (869.33) | $ 869.33 |
| 35965 | 09/18/05 | | (537.26) | $ 537.26 |
| 35965 | 09/18/05 | | (537.26) | $ 537.26 |
| 35965 | 10/07/05 | | (295.92) | $ 295.92 |
| 35965 | 10/07/05 | | (295.92) | $ 295.92 |

| Item | Inv Date | Akebono | Delphi | | Issue $ |
|---|---|---|---|---|---|
| 36116 | 10/07/05 | | (892.80) | $ | 892.80 |
| 36116 | 10/07/05 | | (892.80) | $ | 892.80 |
| 36129 | 10/07/05 | | (892.80) | $ | 892.80 |
| 36129 | 10/07/05 | | (892.80) | $ | 892.80 |
| 36162 | 10/07/05 | | (892.80) | $ | 892.80 |
| 36162 | 10/07/05 | | (892.80) | $ | 892.80 |
| 36167 | 10/07/05 | | (295.92) | $ | 295.92 |
| 36175 | 10/07/05 | | (1,785.60) | $ | 1,785.60 |
| 36175 | 10/07/05 | | (1,785.60) | $ | 1,785.60 |
| 36188 | 10/07/05 | | (1,785.60) | $ | 1,785.60 |
| 36188 | 10/07/05 | | (1,785.60) | $ | 1,785.60 |
| 36207 | 10/07/05 | | (1,785.60) | $ | 1,785.60 |
| 36207 | 10/07/05 | | (1,785.60) | $ | 1,785.60 |
| 36237 | 10/07/05 | | (437.30) | $ | 437.30 |
| 36238 | 10/07/05 | | (1,488.00) | $ | 1,488.00 |
| 36238 | 10/07/05 | | (1,487.38) | $ | 1,487.38 |
| 36259 | 10/07/05 | | (1,547.52) | $ | 1,547.52 |
| 36259 | 10/07/05 | | (1,488.00) | $ | 1,488.00 |
| 40305 | 03/31/05 | | (3,273.60) | $ | 3,273.60 |
| 40305 | 10/07/05 | | (3,273.60) | $ | 3,273.60 |
| 4260402 | 10/07/05 | | 793.96 | $ | (793.96) |
| 00035190 A | 09/18/05 | | (537.26) | $ | 537.26 |
| 00035190 A | 09/18/05 | | (537.26) | $ | 537.26 |
| 00035190 A | 10/07/05 | | (295.92) | $ | 295.92 |
| 00035190 A | 10/07/05 | | (295.92) | $ | 295.92 |
| 00035650 A | 09/18/05 | | (1,074.53) | $ | 1,074.53 |
| 00035650 A | 09/18/05 | | (869.33) | $ | 869.33 |
| 00035650 A | 10/07/05 | | (591.84) | $ | 591.84 |
| D00033666 | 03/31/05 | | (3,690.24) | $ | 3,690.24 |
| D00033666 | 10/07/05 | | (3,690.24) | $ | 3,690.24 |
| Reissue Ck 900491456 | 03/22/05 | | 0.01 | $ | (0.01) |
| | | 839,744.45 | 686,118.48 | | 153,625.97 |