**EXHIBIT 2**

```
AKEBONO CORPORATION                              I N V O I C E
34385 WEST TWELVE MILE ROAD
FARMINGTON HILLS, MI 48331              Invoice: 131825     Revision:
UNITED STATES OF AMERICA           Invoice Date: 12/30/05        Page:
                                     Print Date: 12/14/07


   Bill To: 110190                      Sold To: 110189

   EAG DISTRIBUTION SERVICE             DELPHI CHASSIS SYSTEMS
   P.O. BOX 1550                        DOCK 101
   FLINT, MI 48581-1550                 3100 NEEDMORE ROAD
   UNITED STATES OF AMERICA             DAYTON, OH 45414
                                        UNITED STATES OF AMERICA
   Order PRICING




  Sales Order: DEPHIREB                 Ship Date: 12/30/05
   Order Date: 12/30/05
 alesperson(s): 76710ENA                  Ship To: 110189
                                         Ship Via:
 Credit Terms: C.O.D.                         BOL:
               Cash On Delivery         FOB Point: MUNFORDVILLE, KY
       Resale:
      Remarks:


:tem Number           UM    Shipped  Backorder Tax          Price    Extended Pri
--------------------  --   --------- --------- ---   -------------   --------------
.18046501PD           EA    558179.0       0.0 no            5.06       2,824,385.
   Customer Item :  18046501
   51mm L/H INNER PAD ASSY

.18046501PD           EA   -558179.0       0.0 no          5.34985     -2,986,173.
   Customer Item :  18046501
   51mm L/H INNER PAD ASSY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                         *********** CONTINUED ************
```

```
AKEBONO CORPORATION                              I N V O I C E
34385 WEST TWELVE MILE ROAD
FARMINGTON HILLS, MI 48331                 Invoice: 131825      Revision:
UNITED STATES OF AMERICA              Invoice Date: 12/30/05        Page:
                                        Print Date: 12/14/07


  Bill To: 110190                        Sold To: 110189

  EAG DISTRIBUTION SERVICE               DELPHI CHASSIS SYSTEMS
  P.O. BOX 1550                          DOCK 101
  FLINT, MI 48581-1550                   3100 NEEDMORE ROAD
  UNITED STATES OF AMERICA               DAYTON, OH 45414
                                         UNITED STATES OF AMERICA
  Order PRICING
```

| Item Number | UM | Shipped | Backorder | Tax | Price | Extended Pri |
|---|---|---|---|---|---|---|
| 18046502PD | EA | 559521.0 | 0.0 | no | 5.06 | 2,831,176. |
| Customer Item : 18046502 | | | | | | |
| 51mm R/H INNER PAD ASSY | | | | | | |
| 18046502PD | EA | -559521.0 | 0.0 | no | 5.34985 | -2,993,353. |
| Customer Item : 18046502 | | | | | | |
| 51mm R/H INNER PAD ASSY | | | | | | |

```
                    * * * D U P L I C A T E * * *
---------------------------------------------------------------------
Non-Taxable: -323,965.34    Currency: USD     Line Total: -  323,965.34
   Taxable: 0.00                       0.00%    Discount:          0.00
  Tax Date: 12/30/05             FREIGHT   10 :                   0.00
                                               :                  0.00
**C R E D I T**                                :                  0.00
                                      Total Tax:                  0.00
                                         Total: -           323,965.34
```