**EXHIBIT 3**

AKEBONO CORPORATION
34385 WEST TWELVE MILE ROAD
FARMINGTON HILLS, MI 48331
UNITED STATES OF AMERICA

I N V O I C E

Invoice: 131141   Revision:
Invoice Date: 10/18/05   Page:
Print Date: 12/14/07

Bill To: 110190

EAG DISTRIBUTION SERVICE
P.O. BOX 1550
FLINT, MI 48581-1550
UNITED STATES OF AMERICA

Order CREDIT DUE TO PRICING

Sold To: 110189

DELPHI CHASSIS SYSTEMS
DOCK 101
3100 NEEDMORE ROAD
DAYTON, OH 45414
UNITED STATES OF AMERICA

Sales Order: DELPHICR
  Order Date: 10/18/05
Salesperson(s): bc

Credit Terms: C.O.D.
              Cash On Delivery
       Resale:
      Remarks: 1/2005 THRU 9/2005

Ship Date: 10/18/05

  Ship To: 110190
  Ship Via:
     BOL:
FOB Point: MUNFORDVILLE, KY

| Item Number | UM | Shipped | Backorder | Tax | Price | Extended Pri |
|---|---|---|---|---|---|---|
| 18027831PD | EA | -85136.0 | 0.0 | no | 8.3162 | -708,008. |
| Customer Item : 18027831 | | | | | | |
| FRONT PAD ASSY - GMT800 | | | | | | |
| (60 MM) | | | | | | |
| 18027831PD | EA | 85136.0 | 0.0 | no | 7.57 | 644,479. |

------------------------------------------------------------------------
*********** CONTINUED ************

AKEBONO CORPORATION
34385 WEST TWELVE MILE ROAD
FARMINGTON HILLS, MI 48331
UNITED STATES OF AMERICA

I N V O I C E

Invoice: 131141   Revision:
Invoice Date: 10/18/05   Page:
Print Date: 12/14/07

Bill To: 110190

EAG DISTRIBUTION SERVICE
P.O. BOX 1550
FLINT, MI 48581-1550
UNITED STATES OF AMERICA

Order CREDIT DUE TO PRICING

Sold To: 110189

DELPHI CHASSIS SYSTEMS
DOCK 101
3100 NEEDMORE ROAD
DAYTON, OH 45414
UNITED STATES OF AMERICA

| Item Number | UM | Shipped | Backorder | Tax | Price | Extended Pri |
|---|---|---|---|---|---|---|
| .18027831PD | | ** Cont ** | | | | |
| Customer Item : 18027831 | | | | | | |
| FRONT PAD ASSY - GMT800 | | | | | | |
| (60 MM) | | | | | | |
| .18043299PD | EA | -149440.0 | | 0.0 no | 8.7774 | -1,311,694. |
| Customer Item : 18043299 | | | | | | |
| GMT800-60MM RR PAD ASSY | | | | | | |
| .18043299PD | EA | 149440.0 | | 0.0 no | 7.57 | 1,131,260. |
| Customer Item : 18043299 | | | | | | |
| GMT800-60MM RR PAD ASSY | | | | | | |
| .18046501PD | EA | -540707.0 | | 0.0 no | 5.6401 | -3,049,641. |
| Customer Item : 18046501 | | | | | | |
| 51mm L/H INNER PAD ASSY | | | | | | |
| .18046501PD | EA | 540707.0 | | 0.0 no | 5.37 | 2,903,596. |

------------------------------------------------------------------------------

*********** CONTINUED ************

AKEBONO CORPORATION                                    I N V O I C E
34385 WEST TWELVE MILE ROAD
FARMINGTON HILLS, MI 48331                    Invoice: 131141    Revision:
UNITED STATES OF AMERICA                 Invoice Date: 10/18/05      Page:
                                           Print Date: 12/14/07


Bill To: 110190                          Sold To: 110189

EAG DISTRIBUTION SERVICE                 DELPHI CHASSIS SYSTEMS
P.O. BOX 1550                            DOCK 101
FLINT, MI 48581-1550                     3100 NEEDMORE ROAD
UNITED STATES OF AMERICA                 DAYTON, OH 45414
                                         UNITED STATES OF AMERICA
Order CREDIT DUE TO PRICING


| Item Number | UM | Shipped | Backorder | Tax | Price | Extended Pri |
|---|---|---|---|---|---|---|
| .18046501PD | | ** Cont ** | | | | |
| Customer Item : 18046501 | | | | | | |
| 51mm L/H INNER PAD ASSY | | | | | | |
| .18046502PD | EA | -544161.0 | | 0.0 no | 5.6509 | -3,074,999. |
| Customer Item : 18046502 | | | | | | |
| 51mm R/H INNER PAD ASSY | | | | | | |
| .18046502PD | EA | 544161.0 | | 0.0 no | 5.37 | 2,922,144. |
| Customer Item : 18046502 | | | | | | |
| 51mm R/H INNER PAD ASSY | | | | | | |
| .18048087PD | EA | -67304.0 | | 0.0 no | 8.1462 | -548,271. |
| Customer Item : 18048087 | | | | | | |
| GMT610 60MM FRONT | | | | | | |
| .18048087PD | EA | 67304.0 | | 0.0 no | 7.57 | 509,491. |

------------------------------------------------------------------------------
************ CONTINUED ************

```
AKEBONO CORPORATION                         I N V O I C E
34385 WEST TWELVE MILE ROAD
FARMINGTON HILLS, MI 48331               Invoice: 131141    Revision:
UNITED STATES OF AMERICA             Invoice Date: 10/18/05     Page:
                                       Print Date: 12/14/07
```

Bill To: 110190                      Sold To: 110189

EAG DISTRIBUTION SERVICE             DELPHI CHASSIS SYSTEMS
P.O. BOX 1550                        DOCK 101
FLINT, MI 48581-1550                 3100 NEEDMORE ROAD
UNITED STATES OF AMERICA             DAYTON, OH 45414
                                     UNITED STATES OF AMERICA

Order CREDIT DUE TO PRICING

```
tem Number          UM    Shipped  Backorder  Tax         Price   Extended Pri
------------------  --  ----------  ---------- ---  ---------------  --------------
18048087PD             ** Cont **
Customer Item :  18048087
GMT610 60MM FRONT

18088048PD        EA  -115964.0      0.0 no            8.3216    -965,006.
Customer Item :  18088048
GMT800 SHOE & LINING
ASSY CALIPER

18088048PD        EA   115964.0      0.0 no              7.58     879,007.
Customer Item :  18088048
GMT800 SHOE & LINING
ASSY CALIPER

18088049PD        EA   -77844.0      0.0 no            8.7204    -678,830.
Customer Item :  18088049
GMT800 SHOE & LINING

------------------------------------------------------------------------------
                             ************ CONTINUED ************
```

```
AKEBONO CORPORATION                              I N V O I C E
34385 WEST TWELVE MILE ROAD
FARMINGTON HILLS, MI 48331                    Invoice: 131141   Revision:
UNITED STATES OF AMERICA                 Invoice Date: 10/18/05     Page:
                                           Print Date: 12/14/07
```

Bill To: 110190                              Sold To: 110189

```
EAG DISTRIBUTION SERVICE                  DELPHI CHASSIS SYSTEMS
P.O. BOX 1550                             DOCK 101
FLINT, MI 48581-1550                      3100 NEEDMORE ROAD
UNITED STATES OF AMERICA                  DAYTON, OH 45414
                                          UNITED STATES OF AMERICA
Order CREDIT DUE TO PRICING
```

| Item Number | UM | Shipped | Backorder | Tax | Price | Extended Pri |
|---|---|---|---|---|---|---|
| 18088049PD | | ** Cont ** | | | | |
| ASSY CALIPER | | | | | | |
| 18088049PD | EA | 77844.0 | 0.0 | no | 7.58 | 590,057. |
| Customer Item : 18088049 | | | | | | |
| GMT800 SHOE & LINING | | | | | | |
| ASSY CALIPER | | | | | | |
| 18046501PD | EA | -24960.0 | 0.0 | no | 5.6715 | -141,560. |
| Customer Item : 18046501 | | | | | | |
| 51mm L/H INNER PAD ASSY | | | | | | |
| 18046501PD | EA | 24960.0 | 0.0 | no | 5.37 | 134,035. |
| Customer Item : 18046501 | | | | | | |
| 51mm L/H INNER PAD ASSY | | | | | | |
| 18046502PD | EA | -24960.0 | 0.0 | no | 5.6715 | -141,560. |

----------------------------------------------------------------------------
                        ************ CONTINUED ************

```
AKEBONO CORPORATION                         I N V O I C E
34385 WEST TWELVE MILE ROAD
FARMINGTON HILLS, MI 48331             Invoice: 131141   Revision:
UNITED STATES OF AMERICA            Invoice Date: 10/18/05     Page:
                                      Print Date: 12/14/07


     Bill To: 110190                    Sold To: 110189

     EAG DISTRIBUTION SERVICE           DELPHI CHASSIS SYSTEMS
     P.O. BOX 1550                      DOCK 101
     FLINT, MI 48581-1550               3100 NEEDMORE ROAD
     UNITED STATES OF AMERICA           DAYTON, OH 45414
                                        UNITED STATES OF AMERICA
     Order CREDIT DUE TO PRICING
```

| Item Number | UM | Shipped | Backorder | Tax | Price | Extended Pri |
|---|---|---|---|---|---|---|
| .18046502PD | | ** Cont ** | | | | |
| Customer Item : 18046502 | | | | | | |
| 51mm R/H INNER PAD ASSY | | | | | | |
| .18046502PD | EA | 24960.0 | | 0.0 no | 5.37 | 134,035. |
| Customer Item : 18046502 | | | | | | |
| 51mm R/H INNER PAD ASSY | | | | | | |
| .18046501PD | EA | -12480.0 | | 0.0 no | 5.6715 | -70,780. |
| Customer Item : 18046501 | | | | | | |
| 51mm L/H INNER PAD ASSY | | | | | | |
| .18046501PD | EA | 12480.0 | | 0.0 no | 5.37 | 67,017. |
| Customer Item : 18046501 | | | | | | |
| 51mm L/H INNER PAD ASSY | | | | | | |
| .18046502PD | EA | -12480.0 | | 0.0 no | 5.6715 | -70,780. |

```
-----------------------------------------------------------------------------
                    ************ CONTINUED ************
```

```
AKEBONO CORPORATION                              I N V O I C E
34385 WEST TWELVE MILE ROAD
FARMINGTON HILLS, MI 48331                Invoice: 131141   Revision:
UNITED STATES OF AMERICA             Invoice Date: 10/18/05     Page:
                                       Print Date: 12/14/07


Bill To: 110190                      Sold To: 110189

EAG DISTRIBUTION SERVICE             DELPHI CHASSIS SYSTEMS
P.O. BOX 1550                        DOCK 101
FLINT, MI 48581-1550                 3100 NEEDMORE ROAD
UNITED STATES OF AMERICA             DAYTON, OH 45414
                                     UNITED STATES OF AMERICA
Order CREDIT DUE TO PRICING
```

| Item Number | UM | Shipped | Backorder | Tax | Price | Extended Pri |
|---|---|---|---|---|---|---|
| 18046502PD | ** Cont ** | | | | | |
| Customer Item : 18046502 | | | | | | |
| 51mm R/H INNER PAD ASSY | | | | | | |
| 18046502PD | EA | 12480.0 | | 0.0 no | 5.37 | 67,017. |
| Customer Item : 18046502 | | | | | | |
| 51mm R/H INNER PAD ASSY | | | | | | |
| 18027831PD | EA | 720.0 | | 0.0 no | 9.5162 | 6,851. |
| Customer Item : 18027831 | | | | | | |
| FRONT PAD ASSY - GMT800 | | | | | | |
| (60 MM) | | | | | | |
| 18027831PD | EA | -720.0 | | 0.0 no | 9.2121 | -6,632. |
| Customer Item : 18027831 | | | | | | |
| FRONT PAD ASSY - GMT800 | | | | | | |
| (60 MM) | | | | | | |

```
-----------------------------------------------------------------------------
                    ************ CONTINUED ************
```

AKEBONO CORPORATION                        I N V O I C E
34385 WEST TWELVE MILE ROAD
FARMINGTON HILLS, MI 48331              Invoice: 131141   Revision:
UNITED STATES OF AMERICA            Invoice Date: 10/18/05     Page:
                                      Print Date: 12/14/07


    Bill To: 110190                     Sold To: 110189

    EAG DISTRIBUTION SERVICE            DELPHI CHASSIS SYSTEMS
    P.O. BOX 1550                       DOCK 101
    FLINT, MI 48581-1550                3100 NEEDMORE ROAD
    UNITED STATES OF AMERICA            DAYTON, OH 45414
                                        UNITED STATES OF AMERICA
    Order CREDIT DUE TO PRICING


| Item Number | UM | Shipped | Backorder | Tax | Price | Extended Pri |
|---|---|---|---|---|---|---|
| 18046501PD | EA | 37440.0 | | 0.0 no | 6.5944 | 246,894. |
| Customer Item : 18046501 | | | | | | |
| 51mm L/H INNER PAD ASSY | | | | | | |
| 18046501PD | EA | -37440.0 | | 0.0 no | 5.5407 | -207,443. |
| Customer Item : 18046501 | | | | | | |
| 51mm L/H INNER PAD ASSY | | | | | | |
| 18046502PD | EA | 37440.0 | | 0.0 no | 6.5944 | 246,894. |
| Customer Item : 18046502 | | | | | | |
| 51mm R/H INNER PAD ASSY | | | | | | |
| 18046502PD | EA | -37440.0 | | 0.0 no | 5.5407 | -207,443. |
| Customer Item : 18046502 | | | | | | |
| 51mm R/H INNER PAD ASSY | | | | | | |

                    * * * D U P L I C A T E * * *
-----------------------------------------------------------------------------

Non-Taxable: -699,871.19      Currency: USD     Line Total: -    699,871.19
    Taxable: 0.00                      0.00%     Discount:            0.00
    Tax Date: 10/18/05                          FREIGHT   10 :        0.00
                                                          :          0.00
   **C R E D I T**                                        :          0.00
                                                Total Tax:          0.00
                                                  Total: -    699,871.19