**EXHIBIT 4**

| Item | Inv Date | Delphi |
|---|---|---|
| 'ADMDISCTS1005 | 10/01/05 | 1,237.24 |
| 'ADMDISCTS1005 | 10/01/05 | 151.46 |
| 'ADMDISCTS1105A | 10/01/05 | 1,659.97 |
| 'ADMDISCTS1105 | 10/01/05 | 205.96 |
| | | 3,254.63 |