**EXHIBIT 5**

| Item | Inv Date | Delphi |
|---|---|---|
| 'ADMDISCTS1005 | 10/01/05 | 1,237.24 |
| 'ADMDISCTS1005 | 10/01/05 | 151.46 |
| 'ADMDISCTS1105A | 10/01/05 | 1,659.97 |
| 'ADMDISCTS1105 | 10/01/05 | 205.96 |
| | | 3,254.63 |

# Type: DEBIT
### EAG Disbursement Services
### 321 Entry Form

2005 NOV 17 AM 11: 39



| | |
|---|---|
| Remit DUNS # | RD 029350613 |
| Supplier Name | Akenono |
| Plant Code | HA |
| Document # | Adm DISCTS1005 |
| Doc Date | |
| Discount Amount | $151.46 |
| Non PO Inv Type | MAN |
| Currency | USD |
| BOL | DISCTS1005 |
| Payment Date | |
| Terms | A       Multi PO  Y       Multi Plt  Y |
| Desc | Cash Discounts |

PRE-PETITION
DOCUMENT DATE: 10/1/05

APPROVAL
VERIFICATION
*[signature]*
SIGNATURE

PO #

| Chg Type | Account Number | Work Order | Total $ |
|---|---|---|---|
| ADJ | HA8440000000000000000000000 | | $151.46 |

| Part # | Qty | UOM | Unit Price | Contract (PO) | Part Total |
|---|---|---|---|---|---|
| | | | | | |

☒ See Attached for parts & contract information

**Cross Reference Information**
DUNS No          Plt Code  Doc Type  Document No.

*Other Required Information*
Dup Check Completed ☐     Date:
Submitted By:    Phone:

## Approvals (for 321):

Supervisor: _____

Manager or 7th Level: _____

Duns Number _____

## AFC/GOI & ADJ Audit Checklist

| AFC | | GOI | | ADJ | |
|---|---|---|---|---|---|
| | Screen # | | Screen # | | Screen # |
| ___ AFC # must be readable & not hand written | | ___ Readable Invoice # & date | | ___ Duns # matches vendor info/PO OK if needed | 0501 |
| ___ Duns # matches vendor info/PO OK if needed | 0501 | ___ Duns # matches vendor info/PO OK if needed | 0501 | ___ Vendor name | 0501 |
| ___ Vendor name & address | 0501 | ___ Vendor name & address | 0501 | ___ Plant Code (First 2 letters in acct #) | 1318 |
| ___ Disbursement amount on top matches total amount at bottom | | ___ Document total $ amount | | | |
| | | ___ Verify account number | 1101 | ___ ADM/ACM & Document # – No doc # – Used date & amount | 1321 |
| ___ Verify account number | 1101 | ___ Liaison approver stamp | 1101 | ___ Document date & total | |
| ___ Liaison approver stamp | | ___ Duplicate Search | 0503 | ___ Currency | 0509 |
| ___ Duplicate Search | 0503 | If older than 13 months must do custom search in E-CACQR | | ___ SOL # | 0507 |
| ___ Initial & Date document | | ___ Payment Terms if no terms will default to G | | ___ Payment terms | 1318 |
| ___ Payment Term | 1318 | ___ Circle Duns # | | ___ Description | |
| ___ Circle Non-PO invoice type AFC, SPC, MWA | 1323 | ___ Circle Invoice # & date | | ___ Purchase Order # (when required and on Holdbacks) | 0112 |
| ___ Special Delivery Instructions | | ___ Circle total $ amount | | ___ Charge type | 1513 |
| ___ Circle Explanation of payment | | ___ Verify Non-PO invoice type | 1323 | ___ Duplicate Search (Box checked and user ID is present) | 0503 & 0401 |
| ___ Check for two other signatures in addition to Liaison - no initials or printed name. Liaison signature AS/ST include number | | ___ Account # All '3270' type accounts Must have a work order number | 1101 | ___ Account # If acct. = 2400 00000 75000 Must part post for GM plants | 1101 |
| ___ Currency Effective | 0509 | ___ Account # If acct. = 2400 00000 75000 Must part post for GM plants | 1101 | ___ Account # All '3270' type accounts Must have a work order number | 1101 |
| ___ Account # All '3270' type accounts Must have a work order number | 1101 | | | ___ Part posting & Cross reference if needed | 0406 0901 |
| ___ Account # If acct. = 2400 00000 75000 Must part post for GM plants | 1101 | | | ___ Proper approval (liaison stamp on any credit) | |
| | | | | ___ Mult Plnt. Mult PO   (Y,Y)   (N,N) | HOT |

Name & EDS Net ID  Evan Johnson DZQP5M  602-797-3128

Date  11/21/05

Signature  _____

*Signature indicates that the desk procedure has been followed and the above checklist has been completed.*

### ADJUSTING CREDIT MEMO CHECK LIST

| | |
|---|---|
| ___ Supporting Detail | |
| ___ Cross Reference | 0601 |
| ___ Corresponding SOL | 0507 |
| ___ Search by Date/Doc | 0503 |
| ___ Corresponding PO | 0112 |
| ___ _____ | |
| ___ Liaison approval stamp | |

# Type: DEBIT
## EAG Disbursement Services
## 321 Entry Form

Remit DUNS #      RD 029350613  OK

Supplier Name     Akenono

Plant Code        HA

Document #        ADM DISCTS1105

Doc Date          10/7/2005

Discount Amount   $205.96

Non PO Inv Type   MAN

Currency          USD

BOL               DISCTS1105

Payment Date

Terms             A              Multi PO  Y              Multi Plt  Y

Desc              Cash Discounts

PO #

2005 DEC 15 PM 12:07

PRE-PETITION
DOCUMENT DATE: 10-1-05

APPROVAL
VERIFICATION
[signature]
SIGNATURE

| Chg Type | Account Number | Work Order | Total $ |
|---|---|---|---|
| ADJ | HA8440000000000000000000000 | | $205.96 |

| Part # | Qty | UOM | Unit Price | Contract (PO) | Part Total |
|---|---|---|---|---|---|
| | | | | | |

☒ See Attached for parts & contract information

**Cross Reference Information**
DUNS No          Plt Code  Doc Type  Document No.

**Other Required Information**
Dup Check Completed ☐     Date:
Submitted By:           Phone:

**Approvals (for 321):**

Supervisor: _____

Manager or 7th Level: [signature]

Duns Number: _____

## AFC/GOI & ADJ Audit Checklist

| AFC | | GOI | | ADJ | |
|---|---|---|---|---|---|
| | Screen # | | Screen # | | Screen # |
| ____ AFC # must be readable & not hand written | | ____ Readable invoice # & date | | ✓ Duns # matches vendor info/RD OK if needed | 0501 |
| ____ Duns # matches vendor info/RD OK if needed | 0501 | ____ Duns # matches vendor info/RD OK if needed | 0501 | ✓ Vendor name | 0501 |
| ____ Vendor name & address | 0501 | ____ Vendor name & address | 0501 | ✓ Plant Code (first 2 letters in acct #) | 1313 |
| ____ Disbursement amount on top matches total amount at bottom | | ____ Document total $ amount | | | |
| ____ Verify account number | 1101 | ____ Verify account number | 1101 | ✓ ADM/ACM & Document # - No doc # - Used date & amount | 1321 |
| ____ Liaison approver stamp | | ____ Liaison approver stamp | 1101 | ✓ Document date & total | |
| ____ Duplicate Search | 0503 | ____ Duplicate Search - If older than 13 months must do custom search in E-DACOR | 0503 | ✓ Currency | 0509 |
| ____ Initial & Date document | | ____ Payment Terms if no terms will default to 0 | | ✓ BOL # | 0507 |
| ____ Payment Term | 1316 | ____ Circle Duns # | | ✓ Payment terms | 1313 |
| ____ Verify /Circle Non-Po invoice type AFC, SPC, MWA | 1323 | ____ Circle Invoice # & date | | ✓ Description | |
| ____ Special Delivery instructions | | ____ Circle total $ amount | | ✓ Purchase Order # (when required and on Holdbacks) | 0112 |
| ____ Circle Explanation of payment | | ____ Verify Non-PO invoice type | 1323 | ✓ Charge type | 1313 |
| ____ Check for two other signatures in addition to Liaison - no initials or printed name. Liaison signature MUST include number | | ____ Account # All '3270' type accounts Must have a work order number | 1101 | ✓ Duplicate Search (Box checked and user ID is present) | 0503 & 0401 |
| ____ Currency Effective (No special handling when supplier EFT) | 0509 | ____ Account # If acct. = 2400 00000 75000 Must part post for GM plants | 1101 | ✓ Account # If acct. = 2400 00000 75000 Must part post for GM plants | 1101 |
| ____ Account # All '3270' type accounts a work | 1101 | ____ Is document for a FA Vendor (Verify with FA team) | | ✓ Account # All '3270' type accounts Must have a work order number | 1101 |
| ____ Account # If acct. = 2400 00000 75000 Must part post for GM plants | 1101 | | | ✓ Part posting & Cross reference if needed | 0406 0401 |
| ____ Is document for a FA Vendor (Verify with FA team) | | | | ✓ Proper approval (liaison stamp on any credit) | |
| | | | | ✓ Mult Pmt, Mult PO (Y,Y) Is document for a FA Vendor (Verify with FA team) | HOT (N,N) |

Name & EDS NetID __Awad Zubiedah C28KJZ__

Date __12-16-05__

Signature __[signature]__

*Signature indicates that the desk procedure has been followed and the above checklist has been completed.*

### ADJUSTING CREDIT MEMO CHECK LIST

| | Screen # |
|---|---|
| ____ Supporting Detail | |
| ____ Cross Reference | 0501 |
| ____ Corresponding BOL | 0507 |
| ____ Search by Date/Doc | 0503 |
| ____ Corresponding PO | 0112 |
| ____ Search for purged data in rdcor | |
| ____ Liaison approval stamp | |

## Type: DEBIT
### EAG Disbursement Services
### 321 Entry Form

2005 NOV 17 AM 11: 33

PRE-PETITION
DOCUMENT DATE: 10/1/05

| | |
|---|---|
| Remit DUNS # | RD 029350613 |
| Supplier Name | Akenono |
| Plant Code | HU |
| Document # | Adm DISCTS1005 |
| Doc Date | |
| Discount Amount | $1,237.24 |
| Non PO Inv Type | MAN |
| Currency | USD |
| BOL | DISCTS1005 |
| Payment Date | |
| Terms | A     Multi PO  Y     Multi Plt  Y |
| Desc | Cash Discounts |
| PO # | |

APPROVAL VERIFICATION
dmh 83ed
SIGNATURE

| Chg Type | Account Number | Work Order | Total $ |
|---|---|---|---|
| ADJ | HU84400000000000000000000 | | $1,237.24 |

| Part # | Qty | UOM | Unit Price | Contract (PO) | Part Total |
|---|---|---|---|---|---|
| | | | | | |

☒ See Attached for parts & contract information

**Cross Reference Information**
DUNS No          Plt Code   Doc Type   Document No.

**Other Required Information**
Dup Check Completed ☐         Date:
Submitted By:        Phone:

**Approvals (for 321):**

Supervisor: _____

Manager or 7th Level: _____

Duns Number: _____

## AFC/GOI & ADJ Audit Checklist

| AFC | | GOI | | ADJ | |
|---|---|---|---|---|---|
| | Screen # | | Screen # | | Screen # |
| ___ AFC # must be readable & not hand written | | ___ Readable invoice # & date | | ___ Duns # matches vendor Info/RO OK if needed | 0501 |
| ___ Duns # matches vendor Info/RO OK if needed | 0501 | ___ Duns # matches vendor Info/RO OK if needed | 0501 | ___ Vendor name | 0501 |
| ___ Vendor name & address | 0501 | ___ Vendor name & address | 0501 | ___ Plant Code (first 2 letters in acc #) | 1313 |
| ___ Disbursement amount on top matches total amount at bottom | | ___ Document total $ amount | | | |
| | | ___ Verify account number | 1101 | ___ ADM/ACM & Document # - No doc # - Used date & amount | 1321 |
| ___ Verify account number | 1101 | ___ Liaison approver stamp | 1101 | ___ Document date & total | |
| ___ Liaison approver stamp | | ___ Duplicate Search | 0503 | ___ Currency | 0509 |
| ___ Duplicate Search | 0503 | If older than 13 months must do custom search in E-DACOR | | ___ BOL # | 0507 |
| ___ Initial & Date document | | ___ Payment Term: If no terms will default to Q | | ___ Payment terms | 1318 |
| ___ Payment Term | 1318 | ___ Cycle Duns # | | ___ Description | |
| ___ Circle Non-PO Invoice type AFC, SPC, MWA | 1323 | ___ Circle Invoice # & date | | ___ Purchase Order # (when required and on holdbacks) | 0112 |
| ___ Special Delivery Instructions | | ___ Circle total $ amount | | ___ Charge type | 1313 |
| ___ Circle Explanation of payment | | ___ Verify Non-PO Invoice type | 1323 | | |
| | | ___ Account # | 1101 | ___ Duplicate Search (box checked and use: ID is present) | 0503 & 0401 |
| ___ Check for two other signatures in addition to Liaison - no initials or printed name. Liaison signature MUST include number | | All '3270' type accounts Must have a work order number | | ___ Account # | 1101 |
| ___ Currency Effective | 0509 | ___ Account # | 1101 | If acct. = 2400 00300 75000 Must part post for GM plants | |
| ___ Account # | 1101 | If acct. = 2400 00000 75000 Must part post for GM plants | | ___ Account # | 1101 |
| All '3270' type accounts Must have a work order number | | | | All '3270' type accounts Must have a work order number | |
| ___ Account # | 1101 | | | ___ Part posting & Cross reference if needed | 0408 / 0501 |
| If acct. = 2400 00000 75000 Must part post for GM plants | | | | ___ Proper approval (laison stamp on any credit) | |
| | | | | ___ Must Plnt, Multi PO   (Y,Y) | HOT (N,N) |

Name & EDS Net ID  Evan Johnson DZOPSM  602-797-5126

Date  11/21/05

Signature _____

*Signature indicates that the desk procedure has been followed and the above checklist has been completed.*

### ADJUSTING CREDIT MEMO CHECKLIST

| | |
|---|---|
| ___ Supporting Detail | |
| ___ Cross Reference | 0401 |
| ___ Corresponding BOL | 0507 |
| ___ Search by Date/Doc | 0503 |
| ___ Corresponding PO | 0112 |
| ___ _____ | |
| ___ Liaison approval stamp | |

# Type: DEBIT
## EAG Disbursement Services
## 321 Entry Form

Remit DUNS #        RD 029350613

Supplier Name       Akenono

Plant Code          HU

Document #          ATM DISCTS1105A

Doc Date            ~~10/7/2005~~

Discount Amount     $1,659.97

Non PO Inv Type     MAN

Currency            USD

BOL                 DISCTS1105A

Payment Date

Terms               A            Multi PO  Y            Multi Plt  Y

Desc                Cash Discounts

PRE-PETITION
DOCUMENT DATE: 10-1-05

APPROVAL VERIFICATION
[signature]
830-D
SIGNATURE

2005 DEC 15 PM 12: 07

PO #

| Chg Type | Account Number | Work Order | Total $ |
|---|---|---|---|
| ADJ | HU8440000000000000000000000 | | $1,659.97 |

| Part # | Qty | UOM | Unit Price | Contract (PO) | Part Total |
|---|---|---|---|---|---|
| | | | | | |

☒ See Attached for parts & contract information

**Cross Reference Information**
DUNS No        Plt Code   Doc Type   Document No.

*Other Required Information*

Dup Check Completed ☐        Date:
Submitted By:        Phone:

### Approvals (for 321):

Supervisor: _____

Manager or 7th Level: [signature]

Duns Number: _____

# AFC/GOI & ADJ Audit Checklist

## AFC

| | Screen # |
|---|---|
| AFC # must be readable & not hand written | |
| Duns # matches vendor info/RD OK if needed | 0501 |
| Vendor name & address | 0501 |
| Disbursement amount on top matches total amount at bottom | |
| Verify account number | 1101 |
| Liaison approver stamp | |
| Duplicate Search | 0503 |
| Initial & Date document | |
| Payment Term | 1318 |
| Verify /Circle Non-Po invoice type AFC, SPC, MWA | 1323 |
| Special Delivery instructions | |
| Circle Explanation of payment | |
| Check for two other signatures in addition to Liaison – no initials or printed name. Liaison signature MUST include number | |
| Currency Effective (No special handling when supplier EFT) | 0508 |
| Account # All '3270' type accounts a work | 1101 |
| Account # If acct = 2400 00000 75000 Must part post for GM plants | 1101 |
| Is document for a FA Vendor (Verify with FA team) | |

## GOI

| | Screen # |
|---|---|
| Readable Invoice # & date | |
| Duns # matches vendor info/RD OK if needed | 0501 |
| Vendor name & address | 0501 |
| Document total $ amount | |
| Verify account number | 1101 |
| Liaison approver stamp | 1101 |
| Duplicate Search If older than 13 months must do custom search in E-DACOR | 0503 |
| Payment Term: If no terms will default to Q | |
| Circle Duns # | |
| Circle Invoice # & date | |
| Circle total $ amount | |
| Verify Non-PO invoice type | 1323 |
| Account # All '3270' type accounts Must have a work order number | 1101 |
| Account # If acct. = 2400 00000 75000 Must part post for GM plants | 1101 |
| Is document for a FA Vendor (Verify with FA team) | |

## ADJ

| | Screen # |
|---|---|
| ✓ Duns # matches vendor info/RD OK if needed | 0501 |
| ✓ Vendor name | 0501 |
| ✓ Plant Code (first 2 letters in acct #) | 1313 |
| ✓ ADM/ACM & Document # - No doc # - Used date & amount | 1321 |
| ✓ Document date & total | |
| ✓ Currency | 0509 |
| ✓ BOL # | 0507 |
| ✓ Payment terms | 1318 |
| ✓ Description | |
| ✓ Purchase Order# (when required and on Holdbacks) | 0112 |
| ✓ Charge type | 1313 |
| ✓ Duplicate Search (Box checked and user ID is present) | 0503 & 0401 |
| ✓ Account # If acct = 2400 00000 75000 Must part post for GM plants | 1101 |
| ✓ Account # All '3270' type accounts Must have a work order number | 1101 |
| ✓ Part posting & Cross reference if needed | 0408 / 0501 |
| ✓ Proper approval (liaison stamp on any credit) | |
| ✓ Mult Pint, Mult PO (Y,Y) | HOT (N,N) |
| ✓ Is document for a FA Vendor (Verify with FA team) | |

### ADJUSTING CREDIT MEMO CHECK LIST

| | Screen # |
|---|---|
| Supporting Detail | |
| Cross Reference | 0001 |
| Corresponding BOL | 0507 |
| Search by Date/Doc | 0503 |
| Corresponding PO | 0112 |
| Search for proper data in editor | |
| Liaison approval stamp | |

Name & EDS Net ID  Awad Zubiedah CZ6KJ2

Date  12-16-05

Signature  _[signed]_

*Signature indicates that the desk procedure has been followed and the above checklist has been completed.*