**EXHIBIT 6**

05-44481-rdd    Doc 11483-7    Filed 12/17/07    Entered 12/17/07 17:56:06    Exhibit 6
Pg 1 of 2

| Item | Inv Date | Delphi |
|---|---|---|
| 'ESD5203573956001 | 09/06/05 | 24,000.00 |
| 'ESD5203760839001 | 10/04/05 | 10.74 |
| | | 24,010.74 |