**EXHIBIT 7**

# AMAK BRAKE L.L.C.

1765 CLEVELAND AVE.
GLASGOW, KY. 42141-1057
PHONE (270) 678-1765
FAX: (270) 678-5659

INVOICE NO. 00035965
PAGE 1
DATE 08/30/05
SALESMAN

REGULAR INVOICE

FED ID:

**BILL TO:**
C002
Akebono Corporation NA
34385 West Twelve Mile Road
Farmington Hills, MI 48331

**SHIP TO:**
Delphi Chassis Systems
3100 Needmore Road
Dayton, OH 45414

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| DPHDTN | | | | | TL6R | |

| LINE | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 3 | 0 | 720 | 0 | 6.00000 | 4,320.00 |
| | CI: 16048207 | | | | |
| | ITEM: F-GV19-01 | | | | |
| | DESCRIPTION: PAD,GMT610,FT,60MM,OUTASSY | | | | |
| | U/M: EA | | | | |
| | PO: 550005196 | | | | |

ACNA PO# DEL-04-5002 REV1
CUSTOMER PO# 550005196

| | | | | | |
|---|---|---|---|---|---|
| 4 | 0 | 2,400 | 0 | 4.39000 | 10,536.00 |
| | CI: 16084698 | | | | |
| | ITEM: F-GQ01-00 | | | | |
| | DESCRIPTION: PAD,QUAD,FRONT,LH | | | | |
| | U/M: EA | | | | |
| | PO: 550054861 | | | | |
| 5 | 0 | 2,400 | 0 | 4.39000 | 10,536.00 |
| | CI: 16084699 | | | | |
| | ITEM: F-GQ02-00 | | | | |
| | DESCRIPTION: PAD,QUAD,FRONT,RH | | | | |
| | U/M: EA | | | | |
| | PO: 550054861 | | | | |
| 1 | 0 | 1,440 | 0 | 5.41000 | 7,790.40 |
| | CI: 16088249 | | | | |
| | ITEM: F-GT12-02 | | | | |
| | DESCRIPTION: PAD,GMT800,RR,60MMASSY,HEX FREE | | | | |
| | U/M: EA | | | | |
| | PO: 550070545 | | | | |

ACNA PO # DEL-05-5001
CUSTOMER PO # 550070545

| SALES AMOUNT | |
|---|---|
| FREIGHT A | |
| FREIGHT B | |
| SALES TAX | |
| **TOTAL** | |

AM002I



# AMAK BRAKE L.L.C.
1765 CLEVELAND AVE.
GLASGOW, KY. 42141-1057
PHONE (270) 678-1765
FAX: (270) 678-5659

| | |
|---|---|
| INVOICE NO. | 00035965 |
| PAGE | 2 |
| DATE | 08/30/05 |
| SALESMAN | |

REGULAR INVOICE

FED ID:

**BILL TO:**
C002
Akebono Corporation NA
34385 West Twelve Mile Road
Farmington Hills, MI 48331

**SHIP TO:**
Delphi Chassis Systems
3100 Needmore Road
Dayton, OH 45414

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| DPHDTN | | | | | TLGR | |

| LINE | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 2 | 0 | 960 | 0 | 4.44000 | 4,262.40 |

CI: 18089869
ITEM: F-GQ04-00
DESCRIPTION: PAD,QUAD,FRONT,LH,J CHFR
U/M: EA
PO: 550074295

ACNA PO # DEL-05-5005
CUSTOMER PO # 550074295

| 3 | 0 | 960 | 0 | 4.44000 | 4,262.40 |

CI: 18069870
ITEM: F-GQ05-00
DESCRIPTION: PAD,QUAD,FRONT,RH,J CNFR
U/M: EA
PO: 550074295

ACNA PO # DEL-05-5006
CUSTOMER PO # 550074295

| 4 | 0 | 1,440 | 0 | 5.37000 | 7,732.80 |

CI: 18088048
ITEM: F-GT11-02
DESCRIPTION: PAD,GMT800,FT,60MMASSY,HEX FREE
U/M: EA
PO: 550074081

ACNA PO # DEL-05-5000-- **REV1**
CUSTOMER PO # 550074081

| | |
|---|---|
| SALES AMOUNT | |
| FREIGHT A | |
| FREIGHT B | |
| SALES TAX | |
| TOTAL | |

AM002I



# AMAK BRAKE L.L.C.
**1765 CLEVELAND AVE.**
**GLASGOW, KY. 42141-1057**
**PHONE (270) 678-1765**
**FAX: (270) 678-5659**

| INVOICE NO. | 00035965 |
|---|---|
| PAGE | 3 |
| DATE | 05/30/05 |
| SALESMAN | |

REGULAR INVOICE

FED ID:

**BILL TO:**
C002
Akebono Corporation NA
24385 West Twelve Mile Road
Farmington Hills, MI 48331

**SHIP TO:**
Delphi Chassis Systems
3100 Needmore Road
Dayton, OH 45414

| ORDER # | P.O. NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| DPHDTN | | | | | TLGR | |

| LINE | QTY. ORDERED | QTY. SHIPPED | QTY. BACK ORDERED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| CISCO: 34010 | | | | | |

| | |
|---|---|
| SALES AMOUNT | 49,440.00 |
| FREIGHT A | 0.00 |
| FREIGHT B | 0.00 |
| SALES TAX | 0.00 |
| **TOTAL** | **49,440.00** |

AM002I

his Memorandum 05-44481-rdd   Doc 11483-8   Filed 12/17/07   Entered 12/17/07 17:56:06   Exhibit 7
is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading,
not a copy or duplicate covering the property named herein, and is intended solely for filing or record.

**SHIPPER/BILL OF LADING**

| DATE | NUMBER |
|---|---|
| 09/30/05 | 00035965 |

SEQ. NUMBER  49586

CEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.

om:  MAK BRAKE LLC
1765 CLEVELAND AVENUE
GLASGOW, KY 42141

Carrier's No. _____

property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the work carrier being understood throughout this contract as meaning any person or session of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of ination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern Western and Illinois Freight Cla ot on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the epted for himself and his assigns.

COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME -- OR AS OTHERWISE PROVED IN ITEM 430, SEC. 1

ONSIGNED TO AND DESTINATION

Delphi Chassis Systems
3100 Needmore Road           DOCK:
Dayton, OH 45414

Mail or street address
of Consignee
for purposes of
notification only

Delivery Address ★
(★To be filled in only when shipper desires and governing tariffs provide for delivery

| AETC # | F.O.B. | TERMS | P.D. & INV. | COL. | P.P.D. | SUPPLIER CODE |
|---|---|---|---|---|---|---|
| | Glasgow, KY | | | COLLECT | | 98376271 |

| REMARKS | CARRIER | ROUTING |
|---|---|---|
| | TLGR-TOTAL LOGISTICS CONTROL | |

| CUST. PART # | QTY | QTY TYPE | NET | TARE | Class or Rate | Check Column |
|---|---|---|---|---|---|---|
| 10088049 | 1440 | 2 CONTAINER | 2506 | 104 LB | | |
| PAD,GMT800,FT,60MM ASSY,HEX FREE | | | | | | |
| P.O.#: 550074081  U/M: EA | | | | | | |
| F-GT11-02 | | | | | | |
| 10088049 | 1440 | 2 CONTAINER | 2506 | 104 LB | | |
| PAD,GMT800,RR,60MM ASSY,HEX FREE | | | | | | |
| P.O.#: 550070545  U/M: EA | | | | | | |
| F-GT12-02 | | | | | | |
| 15043087 | 720 | 1 CONTAINER | 1231 | 176 LB | | |
| PAD,GMT610,FT,60MM,DOT ASSY | | | | | | |
| P.O.#: 550005196  U/M: EA | | | | | | |
| F-GV19-01 | | | | | | |
| 10084698 | 2400 | | | | | |
| PAD,QUAD,FRONT,LH | | | | | | |
| P.O.#: 550054851  U/M: EA | | | | | | |
| F-6201-00 | | | | | | |

*** CONTINUED ON NEXT PAGE ***

Subject to Section 7 of Co applicable bill of lading if this is to be delivered to the without recourse on the con consignor shall sign the statement.
The carrier shall not make of this shipment without pa freight and all other lawful ch

(Signature of consign

If charges are to be prepa stamp here, To be Prepaid

Received $ _____
to apply in prepayment of th on the property described he

Agent or Cashier

Per _____
(The signature here ackn only the amount prepaid)

Charges Advanced

Collect on Delivery

And Remit To

C.O.D. Charge To be Paid by
☐ SHIPPER    ☐ CON

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight
OTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
e agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding                                   per

"The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the otor Freight Classification" †Shippers imprint in lieu of stamp, not a part of bill of lading approved by the Interstate Commerce Commission.

is to certify that the above named materials are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation, according to the applicable regulations of the De Transportation.   K BRAKE LLC
1765 CLEVELAND AVENUE        Shipper              Agent
GLASGOW, KY 42141            Per  / /             Per

ermanent post-office address of shipper       "MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS

ORM# SHF-100  9-7-01

**SHIPPER/BILL OF LADING**

his Memorandum is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading,
nor a copy or duplicate covering the property named herein, and is intended solely for filing or record.
ECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.

rom:
AMAK BRAKE LLC
1765 CLEVELAND AVENUE
GLASGOW, KY 42141

| DATE | NUMBER |
|---|---|
| 08/30/05 | 0035965 |
| SEQ. NUMBER | 4958? |

Carrier's No. _____

property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the work carrier being understood throughout this contract as meaning any person or ossession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion o stination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern Western and Illinois Freight Cl oct on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by th copied for himself and his assigns.
N COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME -- OR AS OTHERWISE PROVED IN ITEM 430, SEC. 1

ONSIGNED TO AND DESTINATION

Delphi Chassis Systems
3100 Needmore Road    DOCK:
Dayton, OH 45414

Mail or street address
of Consignee
for purposes of
notification only

Delivery Address ★
(★To be filled in only when shipper desires and governing tariffs provide for delivery

| AETC # | F.O.B. | TERMS | P.D. & INV. | COL. | P.P.D. | SUPPLIER CODE |
|---|---|---|---|---|---|---|
| | Glasgow, KY | | | COLLECT | | 8A376271 |
| REMARKS | | CARRIER | | | ROUTING | |
| | | TLGR-TOTAL LOGISTICS CONTROL | | | | |

| | Class or Rate | Check Column |
|---|---|---|

Subject to Section 7 of Co applicable bill of lading if this is to be delivered to the without recourse on the con consignor shall sign the statement.
The carrier shall not mak of this shipment without p freight and all other lawful ch

---------CONTAINERS---------

| CUST. PART # | QTY | QTY TYPE | NET | TARE |
|---|---|---|---|---|
| 18084693 | 2400 | 5 CONTAINER | 4800 | 0 LB |
| PAD,QUAD,FRONT,RH | | | | |
| P.O.#: 55005485! U/M: EA | | | | |
| F-0002-00 | | | | |
| 18089854 | 960 | | | |
| PAD,QUAD,FRONT,LH,3 CHFR | | | | |
| P.O.#: 55007429! U/M: EA | | | | |
| F-0004-00 | | | | |
| 18089870 | 960 | 2 CONTAINER | 1920 | 0 LB |
| PAD,QUAD,FRONT,RH,3 CHFR | | | | |
| P.O.#: 55007429! U/M: EA | | | | |
| F-0005-00 | | | | |

(Signature of consign__

If charges are to be prepa stamp here, To be Prepaid

Received $ _____
to apply in prepayment of th on the property described he

Agent or Cashier

Per _____
(The signature here ackn only the amount prepaid)

Charges Advanced

Collect on Delivery

*** CONTINUED ON NEXT PAGE ***

And Remit To

C.O.D. Charge To be Paid by
☐ SHIPPER   ☐ CON

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight
)TE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
e agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding                              per

The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the for Freight Classification* †Shippers imprint in lieu of stamp, not a part of bill of lading approved by the Interstate Commerce Commission.
s is to certify that the above named materials are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation, according to the applicable regulations of the De Transportation.

AMAK BRAKE LLC
1765 CLEVELAND AVENUE
GLASGOW, KY 42141

Shipper          Agent
Per              Per

manent post-office address of shipper    "MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS
RM# SHF-100  9-7-01

**SHIPPER/BILL OF LADING**

| DATE | NUMBER |
|---|---|
| 08/30/05 | 00035965 |

SEQ. NUMBER 4959[?]

Carrier's No. _____

property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the work carrier being understood throughout this contract as meaning any person or ssession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion c stitution, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern Western and Illinois Freight Cl ect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by th cepted for himself and his assigns.
N COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME -- OR AS OTHERWISE PROVED IN ITEM 430, SEC. 1
ONSIGNED TO AND DESTINATION

From: AMAK BRAKE LLC
1765 CLEVELAND AVENUE
GLASGOW, KY 42141

Delphi Chassis Systems
3100 Needmore Road   DOCK:
Dayton, OH 45414

Mail or street address of Consignee for purposes of notification only

Delivery Address ★
(★To be filled in only when shipper desires and governing tariffs provide for delivery

| AETC # | Glasgow, KY | TERMS | P.D. & INV. | COLLECT | P.P.D. | SUPPLIER CODE |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS  TLGP-TOTAL LOGISTICS CONTROL   ROUTING

| COMMODITY DESCRIPTION | QTY | TYPE | NET | TARE | GROSS | Class or Rate | Check Column |
|---|---|---|---|---|---|---|---|
| AUTOMOTIVE PARTS | 12 | CONTAINER | 12,962 | 384 | 13,346 LB | | |
| TOTALS: | 12 | | 12,962 | 384 | 13,346 LB | | |

COLLECT
CISCO: 34010

TRAIL # 3122

4 SK Double Stack Per drivers Request

Subject to Section 7 of Co applicable bill of lading if this is to be delivered to the without recourse on the con consignor shall sign the statement.
The carrier shall not mak of this shipment without p freight and all other lawful ch
(Signature of consign
If charges are to be prepa stamp here. To be Prepaid
Received $ _____
to apply in prepayment of the on the property described he
Agent or Cashier
Per _____
(The signature here ackn only the amount prepaid)
Charges Advanced
Collect on Delivery
And Remit To
C.O.D. Charge To be Paid by
☐ SHIPPER  ☐ CON

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight
TE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
e agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding                                per

The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the dor Freight Classification. If Shippers imprint in lieu of stamp, not a part of bill of lading approved by the Interstate Commerce Commission.
is is to certify that the above named materials are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation, according to the applicable regulations of the De Transportation.
CLEVELAND AVENUE
GLASGOW, KY 42141

Shipper Per _____  Agent Per _____

rmanent post-office address of shipper      "MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS
RM# SHF-100  9-7-01

```
AMAK Brake L.L.C.                                                    S H I P P E I
1765 Cleveland Ave
Glasgow, KY 42141                           Shipper ID: 00035965
USA                                          Ship Date: 08/29/05
                                            Print Date: 08/30/05
                                                  Page: 1


   Sold To: C-DPHDTN                        Ship To: C-DPHDTN

   Delphi Chassis Systems                   Delphi Chassis Systems
   3100 Needmore Road                       3100 Needmore Road
   Dayton, OH 45414                         Dayton, OH 45414




   Ship Via: TLGR                   Mode of Transport:
   FOB Point: Glasgow, KY           Carrier Shipment Ref: 00035965
                                                Vehicle ID: 3122

   COLLECT
   CISCO: 34010
   Item Number                      PO Number                   Qty Shipped UM
   ---------------                  ---------------             ------------ --
   18084698                         550054861                      2400.00 EA
   Item: F-GQ01-00
   Cust Item ECO: 02
                                    Cumulative Qty Shipped      106800.00 EA

       Lot/Serial Numbers Shipped Quantity           Expire        Reference
                                       480.0
                                       480.0
                                       480.0
                                       480.0
                                       480.0

   18084699                         550054861                      2400.00 EA
   Item: F-GQ02-00
   Cust Item ECO: 02
                                    Cumulative Qty Shipped      106800.00 EA

       Lot/Serial Numbers Shipped Quantity           Expire        Reference
                                       480.0
                                       480.0
                                       480.0
                                       480.0
```

```
AMAK Brake L.L.C.                                                    S H I P P E
1765 Cleveland Ave
Glasgow, KY 42141                              Shipper ID: 00035965
USA                                             Ship Date: 08/29/05
                                               Print Date: 08/30/05
                                                     Page: 2


     Sold To: C-DPHDTN                         Ship To: C-DPHDTN

     Delphi Chassis Systems                    Delphi Chassis Systems
     3100 Needmore Road                        3100 Needmore Road
     Dayton, OH 45414                          Dayton, OH 45414




     Ship Via: TLGR                       Mode of Transport:
    FOB Point: Glasgow, KY               Carrier Shipment Ref: 00035965
                                                   Vehicle ID: 3122

Item Number                     PO Number                  Qty Shipped UM
------------------------------  ------------------------   ------------- --
18084699                        ****** Continue ******

    Lot/Serial Numbers Shipped Quantity           Expire       Reference
                                  480.0

18089869                        550074295                      960.00 EA
Item: F-GQ04-00
Cust Item ECO: 02
                                Cumulative Qty Shipped       33807.00 EA

    Lot/Serial Numbers Shipped Quantity           Expire       Reference
                                  480.0
                                  480.0

   ACNA PO # DEL-05-5005
   CUSTOMER PO # 550074295
18089870                        550074295                      960.00 EA
Item: F-GQ05-00
Cust Item ECO: 02
                                Cumulative Qty Shipped       33807.00 EA

    Lot/Serial Numbers Shipped Quantity           Expire       Reference
```

```
AMAK Brake L.L.C.                                                    S H I P P E
1765 Cleveland Ave
Glasgow, KY 42141                              Shipper ID: 00035965
USA                                             Ship Date: 08/29/05
                                               Print Date: 08/30/05
                                                     Page: 3


     Sold To: C-DPHDTN                           Ship To: C-DPHDTN

     Delphi Chassis Systems                      Delphi Chassis Systems
     3100 Needmore Road                          3100 Needmore Road
     Dayton, OH 45414                            Dayton, OH 45414




     Ship Via: TLGR                         Mode of Transport:
    FOB Point: Glasgow, KY            Carrier Shipment Ref: 00035965
                                                 Vehicle ID: 3122

Item Number                         PO Number                  Qty Shipped UM
----------------------------------  ----------------------     ----------- --
18089870                            ****** Continue ******

                                             480.0
                                             480.0

   ACNA PO # DEL-05-5006
    CUSTOMER PO # 550074295
   18088048                         550074081                    1440.00 EA
   Item: F-GT11-02
                                    Cumulative Qty Shipped      74880.00 EA

      Lot/Serial Numbers Shipped Quantity            Expire      Reference
                                             720.0
                                             720.0

   ACNA PO # DEL-05-5000- **REV1**
    CUSTOMER PO # 550074081
   18088049                         550070545                    1440.00 EA
   Item: F-GT12-02
                                    Cumulative Qty Shipped      44724.00 EA

      Lot/Serial Numbers Shipped Quantity            Expire      Reference
                                             720.0
                                             720.0
```

```
AMAK Brake L.L.C.                                              S H I P P E ]
1765 Cleveland Ave
Glasgow, KY 42141                           Shipper ID: 00035965
USA                                          Ship Date: 08/29/05
                                            Print Date: 08/30/05
                                                 Page: 4


     Sold To: C-DPHDTN                      Ship To: C-DPHDTN

     Delphi Chassis Systems                 Delphi Chassis Systems
     3100 Needmore Road                     3100 Needmore Road
     Dayton, OH 45414                       Dayton, OH 45414




     Ship Via: TLGR                       Mode of Transport:
     FOB Point: Glasgow, KY        Carrier Shipment Ref: 00035965
                                              Vehicle ID: 3122

  ACNA PO # DEL-05-5001
  CUSTOMER PO # 550070545
Item Number                    PO Number              Qty Shipped UM
-----------------------------  --------------------   ------------ --
18048087                       550005196                  720.00 EA
Item: F-GV19-01
Cust Item ECO: 00
                               Cumulative Qty Shipped   57600.00 EA

     Lot/Serial Numbers Shipped Quantity       Expire      Reference
                                  720.0

  ACNA PO# DEL-04-5002 REV1
  CUSTOMER PO# 550005196

                          Shipment Weight Summary
                                      Net        Tare         Gross
Description              Quantity    Weight     Weight       Weight  Weight UM
----------------------   --------   --------   --------    --------  ---------
BOX                          7.0     6720.0        0.0       6720.0  LB
DUNNAGE,BOX,CORRUGATED       4.0     5011.2      208.0       5219.2  LB
DUNNAGE,TOTE,PLASTIC         1.0     1231.2      176.0       1407.2  LB
                                    --------   --------    --------
                                    12962.4      384.0      13346.4  LB
```