**EXHIBIT 8**

| Item | Inv Date | Akebono | Delphi | Issue $ |
|---|---|---|---|---|
| 1005622 | 03/23/06 | $ (29,522.50) | | $ (29,522.50) |
| 111437 | 07/23/04 | $ 10,000.00 | | $ 10,000.00 |
| 119542 | 03/31/05 | $ 310.32 | | $ 310.32 |
| 120079 | 12/23/04 | $ 126,509.64 | | $ 126,509.64 |
| 120748 | 01/13/05 | $ 5,194.36 | | $ 5,194.36 |
| 130365 | 06/29/05 | $ 3,074.59 | | $ 3,074.59 |
| '5204464686002 | 12/14/04 | | 5,450.40 | $ (5,450.40) |
| '5204464686001 | 12/14/04 | | 32,702.40 | $ (32,702.40) |
| '5204139806001 | 06/21/05 | | 1,720.00 | $ (1,720.00) |
| '5205480139001 | 09/13/05 | | 3,120.00 | $ (3,120.00) |
| | | | 42,992.80 | $ 72,573.61 |