**Index of Exhibits
to Supplemental Response of
KenSa LLC**

Exhibit A  -              Affidavit of Hal Zaima

Exhibit 1 to Affidavit  -   Copy of Invoice M39123 and back up documentation

Detroit_814290_1