# INVOICE

**KenSa, L.L.C.**
36199 Mound Road
Sterling Heights, MI 48310
Phone (586) 983-4270
Fax (586) 983-3531

Please Remit To:
Department #268401
KenSa, LLC
PO BOX 67000
DETROIT MI 48267-2684

| INVOICE NO. | DATE |
|---|---|
| M39123 | 1/2/06 |

| ORDER NO. |
|---|
| |

**BILL TO:**
DELPACKARD
PO BOX 431   408 DANA STREET
ATTN: ACCOUNTS PAYABLE DEPT.
M/S 91L

WARREN, OH 44486

United States

**SHIP TO:**

MATERIAL CLAIM

United States

| PURCHASE ORDER/FOB | TERMS/SHIP VIA | DUE DATE/FREIGHT |
|---|---|---|
| SEE BELOW | NET 30 | 2/2/06 Collect |

| LINE/REL. | ITEM NO./DESC. SERIAL NO. | UNIT PRICE/ QTY. ORDERED | QTY. INVOICED DATE SHIPPED | EXTENDED PRICE |
|---|---|---|---|---|
| 1 | 4 JR PARTS CANCELLED SEE ATTACHED | 1 29,957.7300 | 29,957.7300 | $29,957.73 |
| 2 | 05087271AA SEE ATTACHED | 1 3613.59 | 3,613.5900 | $3,613.59 |
| 3 | 5059132 SEE ATTACHED | 1 191.0000 | 191.0000 | $191.00 |
| 4 | VALIDATION COSTS | 1 23530 | 23,530.0000 | $23,530.00 |
| 5 | ASSEMBLY CELLS | 1 2945.77 | 2,945.7700 | $2,945.77 |

| | |
|---|---|
| Sale Amount | $60,238.09 |
| Total Amount $ | $60,238.09 |

Page   1



36199 Mound Rd.   Sterling Heights, MI  48310    Phone  586-983-4270 Fax  586-983-3531

# CLAIM FORM

**DATE:** 7/27/2005

**Customer:** Delphi

**Part number(s) affected:** four JR part #'s cancelled

**Carline:**
**Model Year:**

**Change went into effect:** 7/1/2005

**Detailed Explanation:** Customer has cancelled the launch of part numbers 04608533AD, 04608699AB, 04608700AC, 04896705AA

| ITEM # | DESCRIPTION | QUANTITY | PRICE/UOM | TOTAL |
|---|---|---|---|---|
| 12048108 | CLIP | 2497 | $ 0.181 | $ 451.96 |
| 18-0021-14-15 | 18 GA 8288 VT/WT | 18646 | $ 0.050 | $ 932.30 |
| 20-0021-08 | 20 GA 8288 LB | 32308 | $ 0.038 | $ 1,227.70 |
| 20-0021-14-12 | 20 GA 8288 VT/RD | 12172 | $ 0.038 | $ 462.54 |
| 4-1454396-7 | SOCKET ASSEMBLY | 16266 | $ 0.310 | $ 5,042.46 |
| 4179871 | CONNECTOR | 12543 | $ 0.225 | $ 2,822.18 |
| 41-U-6-B | FLEXGUARD SLEEVE | 10475 | $ 0.110 | $ 1,152.25 |
| 4625195-18 | TERMINAL | 15000 | $ 0.126 | $ 1,890.00 |
| 4661958 | CONNECTOR | 2951 | $ 0.256 | $ 755.46 |
| 4661960 | CONNECTOR | 2971 | $ 0.256 | $ 760.58 |
| 4661962 | CONNECTOR | 2971 | $ 0.256 | $ 760.58 |
| 4661974 | WEDGE | 5837 | $ 0.050 | $ 291.85 |
| 4687907 | CONNECTOR | 646 | $ 0.322 | $ 208.01 |
| 4794124AA | CONNECTOR | 3008 | $ 0.414 | $ 1,245.31 |
| 4794125AA | CONNECTOR | 1461 | $ 0.414 | $ 604.85 |
| 56021731 | CABLE SEAL | 100000 | $ 0.051 | $ 5,100.00 |
| 56038012 | CONNECTOR | 9000 | $ 0.348 | $ 3,132.00 |
| M3531101 | LABEL | 5839 | $ 0.053 | $ 309.47 |
| ZFB-05075-CH | SOCKET ASSEMBLY | 1397 | $ 0.654 | $ 913.64 |
| ZFB-05076-CH | SOCKET ASSEMBLY | 1397 | $ 0.737 | $ 1,029.59 |
| 04608699AB-B | FINISHED HARNESS | 102 | $ 4.2956 | $ 438.16 |
| 04608700AC-A | FINISHED HARNESS | 56 | $ 2.4583 | $ 137.66 |
| 04896705AA-A | FINISHED HARNESS | 54 | $ 5.3556 | $ 289.20 |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | **CLAIM TOTAL:** | **$ 29,957.73** |

*A PO should be issued for the claim total amount. If needed, Sales or Customer Service can be contacted regarding this issue.*

Clements Mfg. L.L.C                    QF-152                    Revision 1 - 3/10/04



36199 Mound Rd.   Sterling Heights, MI  48310   Phone 586-983-4270 Fax 586-983-3531

# CLAIM FORM

**DATE:** 6/8/2005

**Part number(s) affected:** 05087271AA

**Customer:** Delphi

**Carline:** PIA
**Model Year:**

**Change went into effect:** 6/7/2005

**Detailed Explanation:** It was determined the drawing supplied by the customer indicated the incorrect terminal part number 15491331.  The correct terminal to be used is 15418441 at a quantity of four per harness.  The incorrect terminal was purchased, but now we have to expedite the correct terminal to allow for the production.

| ITEM # | DESCRIPTION | QUANTITY | PRICE/UOM | TOTAL |
|---|---|---|---|---|
| 15491331 | terminal | 159763 | $ 0.02 | $ 3,192.06 |
| Handling charge | 6% raw value | 1 | $ 191.52 | $ 191.52 |
| Expedite charge | cost to expedite correct item | 1 | $ 230.00 | $ 230.00 |
| | counter to counter via | | | $ - |
| | American Airlines | | | $ - |
| | | | **CLAIM TOTAL:** | $ 3,613.59 |

*A PO should be issued for the claim total amount.  If needed, Sales or Customer Service can be contacted regarding this issue.*

Clements Mfg. L.L.C                   QF-152                   Revision 1 - 3/10/04

## Delgado, Sue

| | |
|---|---|
| **From:** | Nye, John |
| **Sent:** | Tuesday, May 10, 2005 12:18 PM |
| **To:** | Hill, Charlie; Miller, McGustavus; Simcox, Kurt |
| **Cc:** | Blancarte, Jaime; Clough, John; Lassila, Robert |
| **Subject:** | RE: Part number 05059132AA, Delphi PIA LX (Change view for clip 13551673 ) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Gus/Kurt;

There was a change in a view of the harness print on the last revision sent to the plant for subject part. Attached is the information on the cost of that change in fixtures.

John Nye

---

**From:** Hill, Charlie
**Sent:** Tuesday, May 10, 2005 12:04 PM
**To:** Nye, John
**Cc:** Blancarte, Jaime
**Subject:** FW: Part number 05059132AA, Delphi PIA LX (Change view for clip 13551673 )

John,
  Below are the clip fixtures that are no longer good for the LX harness 05059132AA. Total cost in USD is $191.00. Let me know if you need anything else. Charlie.

---

**From:** Casas, Edith
**Sent:** Mon 5/9/2005 1:18 PM
**To:** Blancarte, Jaime; Hill, Charlie
**Cc:** Ortiz, Alejandro
**Subject:** Part number 05059132AA, Delphi PIA LX (Change view for clip 13551673 )

In the new blue print 05059132AA for clip 13551673 (Item 5) the figure of the clip was changed and Section "1-1" (View for clip) was added.
The fixtures for this clip were ordered with the previous blue print (revision D(01)) and it cannot be used with the new blue print (revision D(03)), change clip position 90 degrees.
For the new revision the following fixtures are required:
6 fixtures for assembly boards
1 fixture for electrical board.

EDITH CASAS R.
*Engineering Department*
**KenSa de México**
Formely Clements Manufacturing de México
ecasas@kensallc.com
Ph. +52(656) 681-53-41 xt 238
Fax    (656) 681-53-43

7/24/2007

05-44481-rdd    Doc 11484-3    Filed 12/17/07    Entered 12/17/07 18:10:45    Exhibit
Exhibit 1 to Affidavit of Harold Zaima - Copy and Supporting Documentati    Pg 5 of 6

Page 1 of 1

### Delgado, Sue

| | |
|---|---|
| **From:** | Lassila, Robert |
| **Sent:** | Tuesday, July 26, 2005 2:31 PM |
| **To:** | Simcox, Kurt |
| **Subject:** | FW: Terminal validation UScar21 Delphi PIA |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

---

**From:** Lassila, Robert
**Sent:** Wednesday, July 13, 2005 1:44 PM
**To:** Nye, John; Clough, John; Miller, McGustavus
**Cc:** Zaima, Hal
**Subject:** Terminal validation UScar21 Delphi PIA

Total UScar21 validation for Delphi is:

Environmental: $19,280
Cross Sections: $4,250
Total:          $23,530

7/24/2007

| PART NO. | DESCRIPTION | QUANTITY | TOTAL COST |
|---|---|---|---|
| 04896705 | Electrical Fixtures | 4 | 204.39 |
| | Lock Block | 1 | 153.29 |
| | Mechanical Fixtures | 5 | 119.23 |
| | Elevators | 2 | 42.58 |
| | **Sub Total** | | **519.49** |
| 04608699 | Tables | 2 | 340.65 |
| | Electrical Fixtures | 3 | 153.29 |
| | Lock Block | 1 | 153.29 |
| | Mechanical Fixtures | 4 | 95.38 |
| | Elevators | 1 | 21.29 |
| | **Sub Total** | | **763.90** |
| 04608700 | Tables | 2 | 238.46 |
| | Electrical Fixtures | 2 | 102.20 |
| | Lock Block | 1 | 153.29 |
| | Mechanical Fixtures | 4 | 122.64 |
| | Elevators | 1 | 21.29 |
| | **Sub Total** | | **637.88** |
| 04608533 | Tables | 2 | 408.78 |
| | Electrical Fixtures | 5 | 255.49 |
| | Lock Block | 1 | 153.29 |
| | Mechanical Fixtures | 6 | 143.07 |
| | Elevators | 3 | 63.87 |
| | **Sub Total** | | **1,024.50** |
| | **Grand Total** | | **2,945.77** |