**Index of Exhibits
to Supplemental Response of
Cooper-Standard Automotive Inc.**

| | | |
|---|---|---|
| Exhibit A | – | Affidavit of Guy W. Todd |
| Exhibit 1 to Affidavit | – | Spreadsheet and Copies of Reconciled Invoices and Shipping Documentation |
| Exhibit 2 to Affidavit | – | E-mails between Guy Todd & George Vanderberg |
| Exhibit 3 to Affidavit | – | Copies of Invoices for $405,632.18 |

Detroit_814281_1