ITT Industries

Uniform Domestic Straight Bill of Lading, adopted by Carriers in Official, Southern, Western, and Illinois Classification Territories, March 15, 1922 as amended August 1, 1930 and June 15, 1941

**CONSIGNED TO DESTINATION**

CONSIGNED TO DESTINATION
DELPHI LOCKPORT

DOCK CODE : J201LK7E
200 UPPER MOUNTAIN ROAD
Plant 5, BLDG. 8
LOCKPORT     NY     14094

SOLD TO
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550

FLINT     MI     48501-1550  COLLECT

SUPPLIER CODE  812516490
FOB

CARRIER NO.     HARE
CARRIER NAME    HARE EXPRESS

Original
SHIPPER NO.   39010931
SHIPMENT I.D.  0000010537

PREPAID [ ]

| CUSTOMER NUMBER | OUR PART NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | CUSTOMER ORDER NO. | ROUTE CODE | CUSTOMER PART NUMBER AND PART DESCRIPTION | TERMS | DELPHI LOC | ASSEMBLY PLANT | BILL OF LADING NUMBER | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM. TOTAL | DATE SHIPPED | NO. OF CONTAINERS | PCS UNITS QUANTITY SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88121 | J201 | 53736 | | | | | 2ND DAY 2N | 39010931 | FLINT | | | | | | 06/08/05 | | | |

DOCK CODE: J201LK7E
ENG CH LEV : 6     0550048886     52481835  TUBE AND BLK FTG ASM-INLET     B. HOVE  2005060102  18250     3  2X/19X14 DELPHI RETURNABLE  472-555  150  C62

DOCK CODE: J201
ENG CH LEV : 6     0550048841     52476620  TUBE AND FTG ASM INL     M. RAND  2005060102  16300     2  2X/11X9 DELPHI RETURNABLE  472-530E-542E  200  C62

DOCK CODE: J201
ENG CH LEV : 6     0550048845     52476621  TUBE AND FTG ASM OTLT     M. RAND  2005060102  16250     1  2X/11X9 DELPHI RETURNABLE  472-530E-542E  250  C62

DOCK CODE: J201
ENG CH LEV : 5     0550051089     52471383  TUBE AND FTG MANIFOLD AND FTG     M. RAND  2005060102  4005     5  2X/19X14 DELPHI RETURNABLE  472-555  378  C62

DOCK CODE: J201
ENG CH LEV : 2     550048974     52403016  TUBE & FTG ASM - INLET     B. HOVE     61110     12  2X/15X9 DELPHI RETURNABLE  473-691  1080  C62

| | NO. OF CONTAINERS | CONTAINERS DESC. | QTY/CONT. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT |
|---|---|---|---|---|---|---|
| | 17 | Bin (Plastic) | | | | |
| | 108 | Bulk (Plastic) | | | | |
| | 4 | Container (Standard | | | | |
| | 2 | Carton (Standard) | | | | |

The FIBRE BOXES used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.
"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Signature of Consignor

If charges are to be prepaid, write or stamp here. "To be prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Per _____
(The signature here acknowledges only the amount prepaid)
Charges Advanced $

Agent or Cashier

| TOTAL CONTAINERS | GROSS WEIGHT | PUNS | TARE | NET WEIGHT |
|---|---|---|---|---|
| 131 | 2278 | | 737 | 1541 |

"WE AGREE ON RELEASED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $

PERMANENT POST OFFICE ADDRESS OF SHIPPER

SHIPPER,                         AGENT, PER

**ITT Industries**

Uniform Domestic Straight Bill of Lading, adopted by Carriers in Official, Southern, Western, and Illinois Classification Territories, March 15, 1922 as amended August 1, 1930 and June 15, 1941

CONSIGNED TO DESTINATION
DELPHI LOCKPORT

DOCK CODE : J201LK7E
200 UPPER MOUNTAIN ROAD
Plant 5, BLDG. 8
LOCKPORT   NY

SOLD TO
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT   MI   48501-1550

SUPPLIER CODE   812516490
FOB

CARRIER NO.   NNR
CARRIER NAME   NNR Alcango Service.

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER CODE | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | 2ND DAY 2N | TERMS | ASSEMBLY PLANT | DELPHI LOC | | DATE SHIPPED | MODE DESCRIPTION |
| 88121 | 1 | | | 14094 | | | FLINT | 07/11/05 | COLLECT XX PREPAID |

| DOCK CODE : J201 LEV | DOCK CODE : J201 LEV 2 | OUR PART NUMBER | CUSTOMER ORDER NO | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM. TOTAL | NO. OF CONTAINERS | PCS. UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | J201LBBD | 0550038777 | 52494160 TUBE AND MINI BLOCK FTG | B. HOVE | 2005060102 | 200380 | 2X'X9/3 DELPHI RETURNABLE 473-691 | 30 C62 | 2400 |
| 10 | J201LBBD | 0550038778 | 52494162 TUBE AND MINI BLOCK FTG | B. HOVE | 2005060102 | 2008900 | 2X'X9/3 DELPHI RETURNABLE 473-691 | 30 C62 | 2400 |

NO. OF CONTAINERS   60

CONTAINERS DESC   Bulk (Plastic)

GROSS WEIGHT   867

DUNS

TARE   300

NET WEIGHT   567

2 SKIDS

on time delivery

AUDITED BY
11 JUL 2005

ITT INDUSTRIES
12 JUL 2005
FACTURADO

TOTAL CONTAINERS   60

PERMANENT POST OFFICE ADDRESS OF SHIPPER

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

SHIPPER

Agent or Cashier

ITT Industries

**CONSIGNED TO DESTINATION**

**DELPHI LOCKPORT**

DOCK CODE : J201LK7E
200 UPPER MOUNTAIN ROAD
Plant 2 BLDG 7
LOCKPORT    NY    14094

ITT Schlite
Carr. Sal-Zac Km 4.5
SALTILLO
MX
25088

**SOLD TO**
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT    MI    48501-1550 COLLECT

SUPPLIER CODE  812516490
FOB

CARRIER NO.    HARE
CARRIER NAME   HARE EXPRESS

Uniform Domestic Freight Bill of Lading, adopted by Carriers in Official, Southern, Western, and Illinois Classification Territories, March 15, 1922

Packing Slip    Page   1
SHIPPER NO.   39011538
SHIPMENT I.D.   0000011131

AUDITED BY
1 8 AGO 2005

ITT INDUSTRIE
18 AGO 2005
FACTURADO

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | CUSTOMER ORDER NO. | TRAILER NUMBER | ROUTE CODE | 2ND DAY 2N | TERMS | ASSEMBLY PLANT | MODEL YR | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88121 | J201 | H 53083 | | | DELPHI LOC | | 39011538 | M. RAND | 2005081502 | 100200 | | 08/18/05 | XX PREPAID |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | BILL OF LADING NUMBER | CLASS OR RATE | CHECK COLUMN | | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|
| ENG CH LEV : 12 | 0550058755 | 52404532 PIPE FITTING & STUD ASM-INLET | M. RAND 2005081502 | 98220 | | | 3 CAJA DE CARTON DE 12X24X9. 12X24X9.5CFN | C62 | 270 |
| ENG CH LEV : 08 DOCK CODE: J201 | 0550058756 | 52402883 PIPE OUTLET | | | | | 3 CAJA DE CARTON DE 12X24X9. 12X24X9.5CFN | C62 | 270 |

| TOTAL CONTAINERS | NO. OF CONTAINERS | CONTAINERS DESC | QNATY | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT |
|---|---|---|---|---|---|---|
| 6 | Carton (Standard) | | | | | |

GROSS WEIGHT   78    DUNS    TARE   10    NET WEIGHT   68

THE AGREED OR DECLARED VALUE OF THE PRODUCT IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

PERMANENT POST OFFICE ADDRESS OF SHIPPER

SHIPPER,              AGENT, PER

SKIDS

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

If charges are to be prepaid, write or stamp here, "To be prepaid."

Received $
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $

**ITT Industries**

Uniform Domestic Straight Bill of Lading, adopted by Carriers in Official, Southern, Western, and Illinois Classification Territories, March 15, 1922 as amended August 1, 1950 and June 15, 1941

*The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown)...*

## CONSIGNED TO DESTINATION
## DELPHI LOCKPORT

DOCK CODE : IJ201K7E
200 UPPER MOUNTAIN ROAD
Plant 5, BLDG. 8
LOCKPORT           NY

## SOLD TO
## DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550

FLINT     MI     48501-1550   COLLECT

SUPPLIER CODE   812516490
SHIPPER NO.   39011543
SHIPMENT I.D.   0000011136

Original

| CUSTOMER NUMBER | CUR PART NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | CARRIER NAME |
|---|---|---|---|---|---|---|---|---|---|
| 88121 | J201 | HS3083 | | | 2ND DAY 2N | DELPHI LOC | | 08/05 | HARE |

CARRIER NO.   HARE EXPRESS
MODE DESCRIPTION

| NO. OF CONTAINERS | CONTAINERS DESC | CMDTY | SUB | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | MODEL YR. | BLOCK NUMBER | RELEASE NUMBER | ACCUM. TOTAL | NO. OF CONTAINERS | PCS/UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 J201LBD 10 | Bin (Plastic) | | | 050036304 | 52494583 TUBE & BLOCK ASM INTL/OUTLET | B. HOVE | 2005081502 | 323100 | | 30 2x1x9 DELPHI RETURNABLE 473-691 | C62 | 2700 |
| J201LBD 9 | | | | 050036305 | 52494223 SLIMLINE ASSY | B. HOVE | 2005081502 | 288540 | | 30 2x1x9 DELPHI RETURNABLE 473-691 | C62 | 2700 |
| J201LBD 2 | | | | 550048974 | 52403016 TUBE & FTG ASM - INLET | B. HOVE | | 96120 | | 12 2x1x9 DELPHI RETURNABLE 473-691 | C62 | 1080 |

CUSTOMER ORDER NO.   14094

AUDITED BY
18 AGO 2005

FACTURADO
ITT INDUSTRIES
18 AGO 20

3 SKIDS

| TOTAL CONTAINERS | 72 | | | | |
|---|---|---|---|---|---|
| GROSS WEIGHT | 1452 | TARE | 401 | NET WEIGHT | 1051 |

PERMANENT POST OFFICE ADDRESS OF SHIPPER

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

SHIPPER,                           AGENT, PER

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

If charges are to be prepaid, write or stamp here: "To be prepaid."
Received $
to apply in prepayment of the charges on the property described hereon.

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced $

Page 1

**ITT Industries**

Uniform Domestic Straight Bill of Lading, adopted by Carriers in Official, Western, and Southern Classification Territories, March 15, 1922 as amended August 1, 1930 and June 15, 1941

**CONSIGNED TO DESTINATION**

**DELPHI LOCKPORT**

DOCK CODE : J201LK7E
200 UPPER MOUNTAIN ROAD
Plant 5, BLDG. 8
LOCKPORT          NY

**SOLD TO**
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT          MI          48501-1550 COLLECT

SUPPLIER CODE   812516490

CARRIER NO.   HARE
CARRIER NAME   HARE EXPRESS

MODE DESCRIPTION   [XX] PREPAID

Original
SHIPPER NO.   39011559
SHIPMENT I.D.   0000011158

AUDITED BY   19 AGO 2005   AJJ

ITT INDUSTRIES   18 AGO 2005   FACTUR

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | CUSTOMER ORDER NO. | ROUTE CODE | TERMS | DELPHI LOC | CUSTOMER PART NUMBER AND PART DESCRIPTION | ASSEMBLY PLANT | BILL OF LADING NUMBER | RELEASE NUMBER | ACCUM TOTAL | DATE SHIPPED | NO. OF CONTAINERS | PCS UNITS QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88121 | J201 | H53118 |  |  | 2ND DAY '2N | 3901 1559 |  |  |  |  |  |  |  |  |
|  |  | 0550036304 | 14094 | 2ND DAY '2N |  | 52494583 TUBE & BLOCK ASM INTL/OUTLET | B. HOVE | 2005081302 | 325260 | 08/19/05 | 24 | 2X15X9 DELPHI RETURNABLE 473-691 | C62 | 2160 |
|  |  | 0550036305 |  |  |  | 52494223 SLIMLINE ASSY | B. HOVE | 2005081302 | 291150 |  | 29 | 2X15X9 DELPHI RETURNABLE 473-691 | C62 | 2610 |
|  |  | 0550037016 |  |  |  | 52494727 TUBE & BLOCK ASM INT/OUTLET | B. HOVE | 2005081302 | 141840 |  | 12 | 2X15X9 DELPHI RETURNABLE 473-691 | C62 | 1080 |
|  |  | 0550038777 |  |  |  | 52494160 TUBE AND MINI BLOCK FTG | B. HOVE | 2005081302 | 260380 |  | 30 | 2X15X9 DELPHI RETURNABLE 473-691 | C62 | 2400 |
|  |  | 0550038778 |  |  |  | 52494162 TUBE AND MINI BLOCK FTG | B. HOVE | 2005081302 | 261280 |  | 30 | 2X15X9 DELPHI RETURNABLE 473-691 | C62 | 2400 |

7 SKIDS

PERMANENT POST OFFICE ADDRESS OF SHIPPER

GROSS WEIGHT
TOTAL CONTAINERS

NO. OF CONTAINERS   CONTAINERS DESC.   CN/QTY.   SUB.   DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS   WEIGHT   TARE   NET WEIGHT

SHIPPER,   AGENT, PER

Page   1

ITT Industries

CONSIGNED TO DESTINATION

DELPHI LOCKPORT

DOCK CODE : J201LK7E
200 UPPER MOUNTAIN ROAD
Plant 5, BLDG. 8
LOCKPORT                NY        14094

SOLD TO
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT        MI        48501-1550   COLLECT

SUPPLIER CODE   812516490
FOB

CARRIER NO.    HARE
CARRIER NAME   HARE EXPRESS

Original
SHIPPER NO.    39011559
SHIPMENT I.D.  0000011158

| CUSTOMER NUMBER | OUR PART NUMBER | PLANT OF DESTINATION CODE | CUSTOMER GROSS NO. | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|

| 88121 | J201 | 1 | 0550048886 | 550048974 | | 2ND DAY 2N | DELPHI LOC | 08/19/05 | Less than trailer load (ltl) |

DOCK CODE : J201LBD
ENG CH LEV : 8

DOCK CODE : J201LBD
ENG CH LEV : 2

| NO. OF CONTAINERS | CONTAINERS DESC. | QNTY | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 12 | Bin (Plastic) | | 52481835 TUBE AND BLK FTG ASM-INLET | | | | B. HOVE | 200608 1502 | 24500 | | 2:K:X13X14 DELPHI RETORNABLE 472.555 | 3 C62 | 150 |
| 126 | Bulk (Plastic) Container (Standard | | 52403016 TUBE & FTG ASM - INLET | | | | B. HOVE | | 97200 | | 2:K:X15X9 DELPHI RETORNABLE 473-591 | 12 C62 | 1080 |

The FHC BOXES used for this shipment conform to the specifications set forth in box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

If this shipment moves between two ports by carrier by water, the law requires that the bill of lading shall state whether it is "Carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee, without recourse on the consignor, the consignee shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Signature of Consignor

If charges are to be prepaid, write or stamp here. "To be prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only this amount prepaid.)
Charges Advanced $ _____

NO. OF CONTAINERS   138
GROSS WEIGHT   2607

DUNS
TARE   763

TOTAL CONTAINERS   140
NET WEIGHT   1744

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $
PERMANENT POST OFFICE ADDRESS OF SHIPPER
SHIPPED _____   AGENT; PER _____

# ITT Industries

**CONSIGNED TO DESTINATION**
DELPHI LOCKPORT

DOCK CODE : J201LK7E
200 UPPER MOUNTAIN ROAD
Plant 5, BLDG. 8
LOCKPORT                    NY

**SOLD TO**
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT                    MI

48501-1550 COLLECT

SUPPLIER CODE   812516490
FOB
CARRIER NO.   PANT
CARRIER NAME   PANTHER
PREPAID [  ]  COLLECT [ XX ]

Original
SHIPPER NO.   39011837
SHIPMENT I.D.   000001 1424

Page   1

AUDITED BY
17 SEP 2005
All

ITT INDUSTRIES
17 SEP 2005
FACTURAD

| CUSTOMER NUMBER | OUR PART NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | 2ND DAY 2N | TERMS | ASSEMBLY PLANT | DELPHI LOC | BILL OF LADING NUMBER | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | DATE SHIPPED | NO. OF CONTAINERS | PCS UNITS QUANTY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88121 | J201 | 5197 | | | 050036304 | 52494583 TUBE & BLOCK ASM INTL/OUTLET | 14094 | | FLINT | DELPHI LOC | 39011837 | B. HOVE | 2006091303 | 367470 | 09/17/05 | 28 | 2520 |
| | | | | | | | | | | | | | | | | 473-691 | C62 |
| | | | | | 050036305 | 52494223 SLIMLINE ASSY | | | | | | B. HOVE | 2006091303 | 334890 | | 34 | 3060 |
| | | | | | | | | | | | | | | | | 473-691 | C62 |
| | | | | | 050037016 | 52494727 TUBE & BLOCK ASM INT/OUTLET | | | | | | B. HOVE | 2006091313 | 159210 | | 25 | 2250 |
| | | | | | | | | | | | | | | | | 473-691 | C62 |
| | | | | | 550048974 | 52403016 TUBE & FTG ASM - INLET | | | | | | B. HOVE | | 113040 | | 35 | 3150 |
| | | | | | | | | | | | | | | | | 473-691 | C62 |

2X X1SX9 DELPHI RETURNABLE
2X X1SX9 DELPHI RETURNABLE
2X X1SX9 DELPHI RETURNABLE
2X X1SX9 DELPHI RETURNABLE

**Hazardous Material Code :**
DOCK CODE: J201LK7E
ENG CH LEV: 9
Hazardous Material Code :
DOCK CODE: J201LK7E
ENG CH LEV: 9
Hazardous Material Code :
DOCK CODE: J201LK8D
ENG CH LEV: 2
Hazardous Material Code :
DOCK CODE: J201LK8D
ENG CH LEV: 10

DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS

Bin (Plastic)
Bulk (Plastic)

| NO. OF CONTAINERS | CONTAINERS DESC. | QUANTY. | SUB | WEIGHT |
|---|---|---|---|---|
| 35 | Bin (Plastic) | | | |
| 87 | Bulk (Plastic) | | | |

The RIGHT BOXES used for this shipment: conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

"If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon

Per _____
(The signature here acknowledges only the amount prepaid)

Charges Advanced
$_____

TOTAL CONTAINERS   122
GROSS WEIGHT   2464
NET WEIGHT   1785
TARE   679
DUNS

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING
$_____

SHIPPER,_____
AGENT, PER_____

Agent or Cashier

Per _____

**ITT Industries**

Saltillo, Sal 2de Km 4.5 SALTILLO

**CONSIGNED TO DESTINATION**

Delphi Lockport

DOCK CODE : J201L88D
200Upper Mountain Road
Plant 2 Building 7
Lockport          NY

**SOLD TO**
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT          MI          48501-1550

SUPPLIER CODE : 812516490
FOB
CARRIER NO. EWCF
CARRIER NAME EMERY WORLDWIDE

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | 2ND DAY 2N | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER |
|---|---|---|---|---|---|---|---|
| 881121 | 1068 | | | | 14094 | FLINT | |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | DELPHI LOC. | MODEL YR. | BOOK RELEASE NUMBER | ACCUM TOTAL | DATE 10/01/05 | NO. OF CONTAINERS | POS UNITS QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|
| 0550072154 | 52414844 PIPE, FITTING & STUD ASM-INLET | | 39011986 | | 1260 | | 11 CAJA DE CARTON DE 12X24X9. | EA 990 |
| 0550072154 | 52414845 PIPE FITTING & STUD ASM-INLET | | 1 | | 13050 | | 49 CAJA DE CARTON DE 12X24X9. | EA 4410 |

Hazardous Material Code : 03
SUB PART NUMBER J201
Hazardous Material Code : 03
Hazardous Material Code : 03

AUDITED BY
01 OCT 2005
AV

5 SK(2)

12X24X9.5CTN
12X24X9.5CTN
12X24X9.5CTN

ITT INDUSTRIES
FACTURADO
05 OCT 2005

39011986

**Original**
SHIPPER NO. 39011986
SHIPMENT I.D. 0000011565

PREPAID COLLECT   PREPAID [ ]   COLLECT [ XX ]   Prepaid by seller

Subject to Section 7 of conditions, if this shipment
is to be delivered to the consignee, without recourse
on the consignor, the consignor shall sign the
following statement:
The carrier shall not make delivery of this
shipment without payment of freight and all other
lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or
stamp here. "To be prepaid."

Received $ _____

to apply in prepayment of the charges
on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges
only the amount prepaid.)

Charges Advanced
$ _____

| KIND OF CONTAINERS | CONTAINERS DESC. | CMDTY. | SUB | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| Carton (Standard) | | | | | | | |

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

DUNS

| TOTAL CONTAINERS | GROSS WEIGHT | TARE | NET WEIGHT |
|---|---|---|---|
| 60 | 1049 | 104 | 945 |

SHIPPER,
AGENT, PER

ITI Industries

**CONSIGNED TO DESTINATION**

Delphi Lockport

DOCK CODE : J201LB8D
200 Upper Mountain Road
Plant 5 Building 8
Delphi Lockport    NY

**SOLD TO**
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT    MI    48501-1550

SUPPLIER CODE    812516490
FOB
CARRIER NO.    EWGF
CARRIER NAME    EMERY WORLDWIDE

AUDITED BY    0 1 OCT 2005

| CUSTOMER NUMBER | OUR PART NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | 2ND DAY 2N | TERMS | DELPHI LOC. | ASSEMBLY PLANT | BILL OF LADING NUMBER | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | MODE DESCRIPTION | FOR UNITS QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88121 | J201 | 1068 | NY | 14094 | 150048974 | | 2ND DAY 2N | | FLINT | MI | 39011987 | | 10/01/05 | Less than trailer load (tl) | | |

Hazardous Material Code : 9    0550036305    52494223    SLIMLINE ASSY    B. HOVE    2006092705    357210    2X/15X9 DELPHI RETURNABLE    37    C62    3330

Hazardous Material Code : 9    0550036306    52494553    TUBE & BLOCK ASM INLT/OUTLET    B. HOVE    2006092705    36450    2X/15X9 DELPHI RETURNABLE    13    C62    1170

Hazardous Material Code : 8    0550036304    52494583    TUBE & BLOCK ASM INTL/OUTLET    B. HOVE    2006092705    396540    2X/15X9 DELPHI RETURNABLE    77    C62    6930

Hazardous Material Code : 10    0550037016    52464727    TUBE & BLOCK ASM INLT/OUTLET    B. HOVE    200609272..    167400    2X/15X9 DELPHI RETURNABLE    11    C62    990

Hazardous Material Code : 006    050048974    52403016    TUBE & FTG ASM - INLET    B. HOVE    2006092.75    ...    2X/15X9 DELPHI RETURNABLE    39    C62    3510

Hazardous CH KEY : 2

39011987

9 SKIDS

| NO. OF TOTAL CONTAINERS | CONTAINERS DESC. | CNOTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT |
|---|---|---|---|---|---|
| 177 | Bin (Plastic) | 39 | | | |
| | Bulk (Plastic) | 38 | | | |

TOTAL CONTAINERS    177

GROSS WEIGHT    3529

TARE    985

NET WEIGHT    2544

DUNS

SHIPPER,    AGENT, PER

FACT RAD 0    ITI INDUSTRIES    0 5 OCT 2005

Page    1

Original
SHIPPER NO.    39011987
SHIPMENT I.D.    000011566

PREPAID    XX    COLLECT

Per    Agent or Cashier

Signature of Consignor

**ITT Industries**

Uniform Domestic Straight Bill of Lading, adopted by Carriers in Official, Southern, Western, and Illinois Classification Territories, March 15, 1922 as amended August 1, 1930 and June 15, 1941

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below...

| | | |
|---|---|---|

**CONSIGNED TO DESTINATION**

DELPHI LOCKPORT

DOCK CODE : J201LK7E
200 UPPER MOUNTAIN ROAD
Plant 5, BLDG. 8
LOCKPORT          NY

**SOLD TO**
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550

FLINT        MI        48501-1550   COLLECT

**SUPPLIER CODE**   812516490
FOB

CARRIER NO.        EWCF
CARRIER NAME       EMERY WORLDWIDE
XX   PREPAID

| CUSTOMER NUMBER | OUR PART NUMBER | PLANT OF DESTINATION CODE | TRAILER NUMBER | CUSTOMER ORDER NO. | ROUTE CODE | 2ND DAY 2N TERMS | ASSEMBLY PLANT DELPHI LOC. | BILL OF LADING NUMBER |
|---|---|---|---|---|---|---|---|---|
| 88121 | J201 | 1 | | 0500036305 | | 14094 | | 390120032 |

**CUSTOMER PART NUMBER AND PART DESCRIPTION**
52494223
SLIMLINE ASSY

| B. MOVE | BOOK NUMBER | RELEASE NUMBER | ACCUM TOTAL | DATE SHIPPED | NO. OF CONTAINERS | PCS UNITS QUANTITY SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 2006100903 | | 365940 | | 10/05/05 | 24 | 2160 | |

Hazardous Material Code :

DOCK CODE :   J201LK8D
PKG CH LEV :   9

| NO. OF CONTAINERS | CONTAINERS DESC | CHG TY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT |
|---|---|---|---|---|---|
| 24 | Bulk (Plastic) | | | | |

AUDITED BY
05 OCT 2005

ITT INDUSTRIES
05 OCT 2005
FACTURADO

24X15X9 DELPHI RETURNABLE
473-691
24                    C62

| GROSS WEIGHT | TARE | NET WEIGHT |
|---|---|---|
| 513 | 134 | 379 |

TOTAL CONTAINERS
24

DUNS

SHIPPER,        SHIPPED,        AGENT, PER

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

If charges are to be prepaid, write or stamp here: "To be prepaid."
Received $ _____ to apply in prepayment of the charges on the property described herein.

Agent or Cashier

Per _____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced   $

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor

**SHIPPER NO.**   390120032
**SHIPMENT I.D.**   0000011608

Original

Page 1



**CENTRAL TRANSPORT**

## Central Transport Delivery Receipt

Pro Number
**785-351299-3**

| Ship Date | 03/18/05 | |
|---|---|---|
| **Pieces** | **Weight** | |
| **2** | **69** | |

Reference Number

| Org | DC |
|---|---|
| **785** | **799** |

Freight Terms

**Freight Charges Are Collect**

**SCAC:   CTII**

Consignee:

DELPHI AUTOMOTIVE
32 CELERITY WAGON ST
EL PASO, TX 79906

Shipper:

ITT INDUSTRIES
1207 BUSINESS PARK DR
MISSION, TX 78572

**Special Instructions**
Delivery Trailer: 47-2328
Shipper COD Amount
0.0000

### Stamp / Sign Here

Firm _____

By _____ F LUNA

Shipment received in good order

Pieces Received   2 KS

Driver _____   Date 3/29/5

Arrive Time   8:00   Depart Time _____

**Pro Number
785-351299-3**

**Additional Services Requested**
☐ Inside Delivery   ☐ Liftgate
☐ Residential Delivery   ☐ Driver Delay
☐ Sort - Segregate   ☐ Redelivery
Fees to be Paid by __ Consignee __ Shipper

Customer Signature _____

**Internal Use**

# And Type of Container _____
Part # _____
Qty. of Pcs Affected _____
Desc. _____
Skids _____
Date _____ Log# _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(b)

ITI Industries
Saltillo Plant

**Shipping Order**

Ship from: ITI Saltillo Plant
1207 Business Park Drive
Suite B
Mission, TX 78572

Sold to:
DELPHI AUTOMOTIVE
32 CELEBRITY WAGON DR.
EL PASO, TX 79906

Ship to:
DELPHI AUTOMOTIVE
32 CELEBRITY WAGON DR.
EL PASO, TX 79906

BOL No. 33032510
33032510

Freight Payment: CONTACT
Carrier CENTRAL

Bill of Lading Number 33032510 02/17/05 065123

| Our Part Number | Customer Code | Customer PO No. | Customer Part Number and Part Description | No. Containers | Shipped On | Order No. | UOM | Quantity Shipped |
|---|---|---|---|---|---|---|---|---|
| 8102a | CENTRAL | L2950083 / L2950083 / L2950083 | HUBS- INLET, O.D 15.88 / HUBS- OUTLET, O.D. 15.88/19.05 / TUBS & BLOCK FYG ASM, INLET/OUTLET | PC 200 / PC 360 / PC 200 | | | | |

128   785-3475559-7   B/L

AUDITED BY
17 FEB 2005

Total Containers: 128

Gross Weight: 128 lb

CENTRAL TRANS. PRO # 783-3475559-7
ATTENTION: BENITO DAVILION (MATERIALES)

TK 93-5478

**CF**
**CENTRAL TRANSPORT**

# Central Transport Delivery Receipt

Pro Number,
**785-347559-7**

| Ship Date | |
|---|---|
| 02/17/05 | |
| Pieces | Weight |
| 1 | 128 |

Reference Number

| Org | DC |
|---|---|
| 785 | 799 |

Freight Terms

**Freight Charges Are Collect**

SCAC:   CTII

Consignee:
DELPHI ATUO
32 CELERITY WAGON ST
EL PASO, TX 79908

Shipper:
ITT AUTO FLUID SALTELLO P
1207 BUSINESS PARK DR
MISSION, TX 78572

**Special Instructions**
Delivery Trailer: 47-0712
Shipper COD Amount
0.0000

### Stamp / Sign Here

Firm _Delphi_

By _____ Lunn

Shipment received in good order

Pieces Received _1Sc/c / 185x1_

Driver _Jesus_    Date _2/79_

Arrive Time _7:52_   Depart Time _8:59_

## Pro Number
## 785-347559-7

### Additional Services Requested

- [ ] Inside Delivery    [ ] Liftgate
- [ ] Residential Delivery  [ ] Driver Delay
- [ ] Sort - Segregate   [ ] Redelivery

Fees to be Paid by __ Consignee __ Shipper

Customer Signature _____

### Internal Use

# And Type of Container _____
Part # _____
Qty. of Pcs Affected _____
Desc. _____
Skids _____
Date _____ Log# _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(ii)



| | | | |
|---|---|---|---|
| Tracking No: | 839395812598 | Ship Date: | 10/12/2004 |
| Shipper Account No: | 039000008 | | |
| Shipper: | AGUSTIN VILLAGRAN<br>ITI INDUSTRIES<br>1207 BUSINESS PARK DR<br><br>MISSION, TX 78572<br>US | Recipient: | GRAIG CORRA<br>DELPHI AUTOMOTIVE SYSTEMS<br>200 UPPER MOUNTAIN RD PLA<br><br>LOCKPORT, NY 14094<br>US |

DELIVERY INFORMATION/SPOD Letter:

| | |
|---|---|
| Signed For By: | J.SABONE<br>[signature]<br>View Sigrec |
| Delivered to: | 200 UPPER MOUNTAIN BLDG 7 |
| Delivery Date: | 10/13/2004 |
| Delivery Time: | 10:09 |

3303092 1
56.11 wd

ASSOCIATED TRACKING NUMBER(S):

| | | |
|---|---|---|
| 849112308292 | 10/13/2004 | 10:09 |

Saltillo
MISSION

DELPHI HARRISON THERMAL SYST
200 UPPER MOUNTAIN ROAD

DELPHI HARRISON THERMAL SYST
200 UPPER MOUNTAIN ROAD

33030921
33030921

1570    LOCKPORT, NY    14094    LOCKPORT, NY    14094    FEDEX OVERNI

FEDEX OVERNI    COLLECT    10/12/04    063254

1570    FEDEX OVERNI    33030921

52437768    550060012    TUBE & FITTING ASM    PC    100
52437769    550060010                                PC    100

ATTENTION: CRAIG CORBA
FEDEX AIRBILL # 839358812598

RICK KELLEY

CARTON BOXES    2    4    32    36
1    36    36



| | | | |
|---|---|---|---|
| Tracking No:<br>Shipper Account No: | 848495634311<br>039000008 | Ship Date: | 11/13/2004 |
| Shipper: | AGUSTIN<br>VILLAGRAN<br>IT INDUSTRIES<br>1207 BUSINESS PARK DR<br><br>MISSION, TX 78572<br>US | Recipient: | A RICK<br>DELPHI THERMAL SYSTEM<br>200 UPPER MOUNTAIN RD PLA<br><br>LOCKPORT, NY 14094<br>US |

DELIVERY INFORMATION/SPOD Letter:

| | |
|---|---|
| Signed For By: | G.HERBERT<br><br>View Sigree |
| Delivered to: | 200 UPPER MTN 7 |
| Delivery Date: | 11/16/2004 |
| Delivery Time: | 10:22 |

3 303135 2

3750 usd.

ASSOCIATED TRACKING NUMBER(S):

| | | |
|---|---|---|
| 843775804710 | 11/16/2004 | 10:22 |

DELPHI THERMAL LOCKPORT
200 UPPER MOUNTAIN ROAD

DELPHI THERMAL LOCKPORT
200 UPPER MOUNTAIN ROAD

LOCKPORT, NY 14094

LOCKPORT, NY 14094

FEDEX OVERNI

FEDEX OVERNI

COLLECT

33031352   11/12/04   063231

MANIFOLD & FITTING ASM- OUTLET

450079275

33031352
33031352

150

PC

ATTENTION: A. RICK
PPA LKY-05527
FEDEX AIRBILL # 848459634311

RICK KEDLEY

2 CARTON BOXES

30
30

Tracking No: 839359812602
Shipper Account: 0300000008
No:

| Shipper: DR | Recipient: PLA |
|---|---|
| AGUSTIN | BRIAN HOVER |
| VIELAGRAN: | DELPHI AUTOMOTIVE |
| J.J.J INDUSTRIES: | SYSTEMS |
| 1207 BUSINESS PARK | 200 UPPER MOUNTAIN RD |
| MISSION, TX 78572 | LOCKPORT, NY 14094 |
| US | US |

Ship Date: 10/12/2004

DELIVERY INFORMATION/SPOD Letter:

L'URICH

Signed For By: [signature]

View Street

Delivered to: 200 UPPER MOUNTAIN RD BLDG 8
Delivery Date: 10/13/2004
Delivery Time: 09:58

ASSOCIATED TRACKING NUMBER(S):

849112308340 10/13/2004 09:58

psn · 0250
8353202919



# Invoice

**COOPER STANDARD** AUTOMOTIVE

|  |  |
|---|---|
| GST#: | |
| BOL#: | 32054929 |
| SID#: | 0000049722 |
| Invoice No: | 32054929 |
| Date: | 07/27/2005 |
| Customer No: | 1570 |
| Supplier No: | 812316735 |
| Sales Agent: | |

**Remit to:**

Cooper-Standard Automotive FHS Inc
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344
Tax ID 222772953

**Bill To:**

DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT  MI 48501-1550
United States

**Ship To:**

DELPHI E & C CHIHUAHUA #1
ATTN:
32 CELEBRITY WAGON
Chihuahua Plant 57
EL PASO TX 79906
United States

**VAT#:**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | F.O.B./Terms |
|---|---|---|---|---|
| 32054929 | 550035479 | BNAF | 07/27/2005 | TUCSON, AZ<br>2ND DAY 2ND Month |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 600 | 25357524 | BEND TUBE<br>Customer  PO.        PO Amendment No.<br>550035479<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>       1556 | PC | 600 | 0.93120 | 558.72 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 558.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total

558.72



31002108

**DELPHI**
Automotive Systems

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1895 NY
14094                    US

VENDOR NUMBER 18-311-2168
ITT INDUSTRIES INC
TO: 211D EXECUTIVE HILLS DR
AUBURN HILLS MI
48326

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
HREX PLANT 7
ENERGY WAREHOUSE
32 CELEBRITY WAGON
EL PASO TX
79906                    US
DELPHI AUTOMOTIVE SYSTEMS
INVOICE TO: ****PAY ON RECIPT*****
*****NO INVOICE REQUIRED*****
CUST SERVICE DIAL 248-874-4636
FLINT MI
48501-1550                 US

**PURCHASE**                    PAGE    3
**ORDER:** LPSS3920

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(3) copies of your packing slip must accompany each
shipment. Item Identification Numbers must be shown on
Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure
Parcel Post.

| PHONE: 716-439-2553 |
|---|
| 04/02/04  R. HASELEY |
| DT02 |

| PAYMENT TERMS | | | F.O.B. | SHIP VIA |
|---|---|---|---|---|
| NET | 2ND DAY OF 2ND MONTH | | SP | CONSOLIDATED FRTWYS CORP OF DE |

| ITEM NUMBER | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | VALUE DATE | DESCRIPTION | P.O. NUMBER | DUE DATE | UNIT PRICE | BASE UNIT PRICE | UNIT/MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DETAILED IN THE DELPHI GLOBAL PURCHASING SUPPLIER GUIDELINES AND REFERENCE DOCUMENTS.  THESE GUIDE-LINES AND DOCUMENTS ARE AVAILABLE ON THE DELPHI AUTO WEBSITE AT WWW.DELPHIAUTO.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND "SUPPLIER STANDARDS" ON SUPPLIER PAGE.  ----------IMPORTANT INVOICING INSTRUCTIONS---------- ALL INVOICES MUST SHOW THE ABOVE P.O. NUMBER, THE ITEM CODE NO. AND/OR PART NO., SHIPMENT I.D. NO. SEND INVOICE TO BUYER LISTED. | | | | | |
| 00001 | 1 | PR019518 001 | | TO COVER COST OF NEW TOOLS TO PRODUCE: PART NAME:  TUBE-INLET PART NUMBER:  52402543 ← P/N DRAWING NUMBER: 52402542 NUMBER OF SAMPLES PPAP: 10 ATTN: R. CASTILLO TYPE OF TOOL:  SKIVE AND GAGE TOOL REL:  8449 PROJECT:  1256-051 TERMS:  MN82, NET UPON PPAP APRVL TOOL ORDERS REQUIRE AN INVOICE UPON PPAP APRVL WHO ORDERED: DOUG MCLEAN | 09/01/04 | D | 0.00% | 26000.0000 | LOT |
| | | | | | 15-39-4-400-138-001 SR 01220 SR01219 | | | | |
| 00002 | 1 | PR019519 001 | | TO COVER COST OF NEW TOOLS TO PRODUCE: PART NAME:  TUBE-OUTLET PART NUMBER:  52402544 ← P/N | 09/01/04 | D | 0.00% | 1000.0000 | LOT |

A005772  USER JUDY L SWANSON

CONTINUE PAGE    4
SUPPLIER

31002108

80120015

**Abrahamson, Ray - FHS**

From:      Douglas,L.McLean [Douglas.L.McLean@delphi.com]
Sent:      Friday, April 02, 2004 3:18 PM
To:        Abrahamson, Ray - FHS
Cc:        Lubick, Robert S.
Subject:   RE: 653N Hand Skive PPAP Timing on 52402543 and 52402544

The tooling purchase order for both part numbers is LPS83920    IS 39 4400 138

-----Original Message-----
From: Abrahamson, Ray - FHS [mailto:Ray.Abrahamson@itt.com]
Sent: Friday, April 02, 2004 12:17 PM
To: McLean, Douglas L.
Cc: Lubick, Robert S.; Amendano, Sergio ; DelVecchio, Dominic - FHS; Vazquez, Juan - FHS; Guck, Rick; Catlow,
Eric - FHS
Subject: 653N Hand Skive PPAP Timing on 52402543 and 52402544

Doug, ITT will be able to meet the 4-19-04 PPAP date with the hand skive process. ITT will need the current point
issues resolved in regards to bid hand skive and the GD&T. These issues are; 1. Skiving both skives in the same
direction. 2. The burrs callout on the skive at 2 to 4mm. 3. Showing the skives slightly off center. 4. The
measurement of the skive in relationship to the end of the tube. 5. Have the GD&T corrected per discussions
between Delphi and ITT engineering.

Dominic DelVecchio is currently working with Greg Smith at Delphi to get these issues cleaned up on the
prints. These will need to be updated before we PPAP.

I will meet the tooling PO today so I can meet the 4-19-04 date. Please call me with any questions.

Ray Abrahamson
ITT Industries - Fluid Handling Division
2110 Executive Hills Court
Auburn Hills, MI 48326
Phone: 248-836-9470
Fax:     248-836-9720
Email: ray.abrahamson@itt.com

*********************************
This email and any files transmitted with it are proprietary and intended solely for the use of the
individual or entity to whom they are addressed. If you have received this email
in error please notify the sender. Please note that any views or opinions presented in this email
are solely those of the author and do not necessarily represent those of ITT Industries, Inc.
The recipient should check this email and any attachments for the presence of viruses. ITT
Industries accepts no liability for any damage caused by any virus transmitted by this
email.
*********************************

*********************************************************** Note: The information
contained in this message may be privileged and confidential and thus protected from disclosure. If the
reader of this message is not the intended recipient, or an employee or agent responsible for delivering this
message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited. If you have received this communication in error, please notify us
immediately by replying to the message and deleting it from your computer. Thank you.
***************************************************************

4/2/2004

ITT Industries

Page 1

Original
SHIPPER NO. 39011606
SHIPMENT I.D. 390011205

CONSIGNED TO DESTINATION
DELPHI LOCKPORT

SOLD TO
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550

SUPPLIER CODE
FOB

812516490

CARRIER NO.       HARE
CARRIER NAME  HARE EXPRESS
COLLECT  XX  PREPAID

DOCK CODE : J201LK7E
200 UPPER MOUNTAIN ROAD
Plant 5, BLDG. 8
LOCKPORT          NY          14094     FLINT          MI          48501-1550

ITT Saltillo
Carr. Sal-Zac Km 4.5
SALTILLO
MX
25086

Less than trailer load (ltl)

| CUSTOMER NUMBER | OUR PART NUMBER | PLANT DEST/DESTINATION CODE | ROUTE CODE | DEALER NUMBER | CUSTOMER ORDER NO. | SUB | TERMS | CUSTOMER PART NUMBER AND PART DESCRIPTION | ASSEMBLY PLANT | DELPHI LOC | BILL OF LADING NUMBER | KCSI | RELEASE NUMBER | ROUTING | PICK UP DATE | WEIGHT | ACCUM. TOTAL | NO. OF CONTAINERS | MODE DESCRIPTION | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88121 | J201 | | 453080 | | 0550038777 | | 2ND DAY AIR | 52494160 TUBE AND MINI BLOCK FTG | DELPHILLOC | 39011606 | B. HOVE | 2005082302 | | | | 268540 | 30 2X16X9 DELPHI RETURNABLE 473-691 | C62 | 2400 |
| | | | | | 0550038778 | | | 52494162 TUBE AND MINI BLOCK FTG | | | B. HOVE | 2005082302 | | | | 269440 | 30 2X16X9 DELPHI RETURNABLE 473-691 | C62 | 2400 |
| | | | | | 0550048B86 | | | 52481835 TUBE AND BLK FTG ASM-INLET | | | B. HOVE | 2005082302 | | | | 25050 | 3 2X19X14 DELPHI RETURNABLE 472-555 | C62 | 150 |
| | | | | | 5550048974 | | | 52403016 TUBE & FTG ASM - INLET | | | B. HOVE | 2005082302 | | | | 100440 | 12 2X16X9 DELPHI RETURNABLE 473-691 | C62 | 1080 |
| | | | | | 0550038305 | | | 52494223 SLIMLINE ASSY | | | B. HOVE | 2005082302 | | | | 300330 | 12 2X16X9 DELPHI RETURNABLE 473-691 | C62 | 1080 |

DOCK CODE:  J201L88D
ENG CH LEV:  7
DOCK CODE:  J201L88D
ENG CH LEV:  10
DOCK CODE:  J201L88D
ENG CH LEV:  8
DOCK CODE:  J201L88D
ENG CH LEV:  2
DOCK CODE:  J201L88D
ENG CH LEV:  9

AUDITED BY

39011606

5 SK101

| NO. OF CONTAINERS | CONTAINERS DESC. | CUB/QTY | SUB | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT |
|---|---|---|---|---|---|
| 72 | Bin (Plastic) | | | | |
| 72 | Bulk (Plastic) | | | | |
| 3 | Container ( Standard | | | | |

INDUSTRIES

FACTURADO

AGENT, Per

977

NET WEIGHT

TOTAL CONTAINERS  87      IDUNS      TARE  437
GROSS WEIGHT  1444

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

SHIPPER:

ITT Industries

Original    Page 1
SHIPPER NO. 26025138
SHIPMENT I.D. 00000017543

ITT INDUSTRIES LEONARD PLANT
ATTN:
100 E. ELMWOOD P.O. 690
LEONARD MI 48367
United States

SUPPLIER CODE 613432426
FOB    LEONARD MI. 48367

CARRIER NO.    UPSN - Next Day Air
CARRIER NAME    UNITED PARCEL SERVICE

PREPAID XX    COLLECT

CONSIGNED TO DESTINATION

DELPHI E & C ROCHESTER

1000 LEXINGTON AVE

ROCHESTER    NY    14606

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT    MI    48501-1550

| CUSTOMER NUMBER | PLANT OF DESTINATION CODE | TRAILER NUMBER | CUSTOMER ORDER REFERENCE | ROUTE CODE | TERMS | RELEASE PLANT | BILL OF LADING NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|---|---|---|
| 88121 | E401 | 17543 | | | 2ND DAY 2N | DELPHI | 26025138 | 07/03/05 |

SHIPPER NUMBER

| NO. OF CONTAINERS | CONTAINERS/SIZE | SUB | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|
| 1 | Carton (Standard) | | CUSTOMER PART NUMBER AND PART DESCRIPTION | | | |
| | | | 25383290 | | | |
| | | | 5/16" POSI PLUG | | | |

RELEASE NUMBERS

BILL OF LADING NUMBER 26025138

ACTUAL TOTAL 150

WEIGHT PER SMALL

FOB    Parcel post

NO. OF CONTAINERS 1    PC

QUANTITY/SHIPPED 150

CUSTOMER ORDER/REL. 0550075402

Shipment Details Follow

Generic Shipment Text
SHIPPED AS 1 CARTON
*NEXT DAY* PM
UPS TRACKING# 1Z48385X0110024096
P.O. 0550075402
SHIP AUTHORIZATION PER JOYCE VOUGHT

SNG CH LEV.    05MY05

Audited By:
S.T.

TOTAL CONTAINERS    1
GROSS WEIGHT    2
TARE
NET WEIGHT
AMOUNT PER

SHIPPER

THE FIBRE BOXES used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and if all other requirements of Rule 41 of the Consolidated Freight Classification.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per    Agent or Cashier

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

**ITT Industries**

Uniform Domestic Straight Bill of Lading, adopted by Carriers in Official, Southern, Western, and Illinois Classification Territories, March 15, 1922 as amended August 1, 1930 and June 15, 1941

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

Original
Page 1

SHIPPER NO.  26025331
SHIPMENT I.D.  0900147742

CONSIGNED TO DESTINATION
DELPHI E & C ROCHESTER

SUPPLIER CODE  613432426
FOB  LEONARD MI. 48367

1000 LEXINGTON AVE

CARRIER NO.  SAX
CARRIER NAME  SAX GLOBAL

ROCHESTER          NY

48501-1550  COLLECT [ XX ]  PREPAID [  ]

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT          MI

ITT INDUSTRIES LEONARD PLANT
ATTN:
180 E. ELKWOOD P.O.4800
LEONARD MI 48367
United States

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | SHIP DATE NUMBER | TRAILER NUMBER | CUSTOMER P.O. BILLING | ROUTE CODE | TERMS | ASSEMBLE PLANT | BILL OF LADING NUMBER | PART RETURN | RELEASE NUMBER | DATE SHIPPED | ACCUM TOTAL | NO. OF CONTAINERS | PCS PER CONT | MODE DESCRIPTION | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88121 | E401 | 17742 |  |  |  | 2ND DAY 2N | DELPHI | 26025331 |  | 080205 | 080205 | 300 | 1 | PC | Less than trailer load (ltl) | 150 |

| DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS |
|---|
| 25383230 |
| 5/16" POST PLUG |

CUSTOMER PART NUMBER AND PART DESCRIPTION

SHIPPED AS 1  Carton (Standard)

SHIPPED AS 1 - Generic Shipment Text
CERTIFIED SUPPLIER.
AATTN: DON AZER
SHIP AUTHORIZATION BILL# 861738334
SHIP AUTHORIZATION PER JOYCE VOUGHT

ENG CH LEV :  08MAY05

Shipment Details Follow
10500075402

Audited By:
S.T.

| NO. OF CONTAINERS | CONTAINER SIZE | CREDITS | TARE |
|---|---|---|---|
| 1 | 3 |  |  |

TOTAL CONTAINERS
GROSS WEIGHT          NET WEIGHT  2

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

SHIPPER, per          AGENT, per

The FIBRE BOXES used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ (Signature of Consignor)
If charges are to be prepaid, write or stamp here, "To be prepaid."
Received $
to apply in prepayment of the charges on the property described hereon.

Per _____  Agent or Cashier

The signature here acknowledges only the amount prepaid.

Charges Advanced
$

ITT Industries

SHIPPER NO. 260258B2    Origin    Page
SHIPMENT I.D. 00000018313

CONSIGNED TO DESTINATION,
DELPHI E & C ROCHESTER

ITT INDUSTRIES LEONARD PLANT
ATTN:
180 E. ELMWOOD P.O.680
LEONARD MI 48367
United States

1000 LEXINGTON AVE

ROCHESTER    NY    14606

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550

FLINT    MI

SUPPLIER CODE 613432426
FOB    LEONARD MI. 48367
CARRIER NO.    BAX
CARRIER NAME    BAX GLOBAL
48501-1550    COLLECT    [X]    PREPAID

ASSEMBLY PLANT    DELPHI

PLANT OR DESTINATION CODE    E401
CUSTOMER NUMBER    S8121
SUPPLIER CODE    18313

Shipment Detail Fabric  0500075402

SHIPPED AS 1 CARTON.
BAX AIRBILL#7018551603

Hazardous Material Code :

ENG CH LEV :    0360Y05

CUSTOMER PART NUMBER    25383230
    5/16" POSI PLUG

SITE OF ORIGIN NUMBER    260258B2

RELEASE NUMBER    0800205

NO. OF CONTAINERS    1    11X11X9    P.C.    1000

QUANTITY SHIPPED    1000

100806    1300

CONTAINERS DESC
Carton (Standard)    Generic Shipment Text

CONTAINERS    1
TOTAL CONTAINERS    1
GROSS WEIGHT    13    TARE    1    NET WEIGHT    12

Audited By:

AGENT, PER

PERMANENT POST OFFICE
ADDRESS OF SHIPPER

SHIPPER

# Invoice

 COOPER STANDARD™ Page: 1
AUTOMOTIVE

GST#:
BOL#:  29059543
SID#:  0000052183

| | |
|---|---|
| Invoice No: | 29059543 |
| Date: | 03/31/2005 |
| Customer No: | 1500 |
| Supplier No: | BLP |
| Sales Agent: | |

**Remit to:**
Cooper-Standard Automotive FHS Inc
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344
Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT MI 48501-1550
United States

**Ship To:**
DELPHI E ROCHESTER
ATTN:
1000 LEXINGTON AVENUE
ROCHESTER NY 14692
United States

VAT#:                                                      F.O.B./Terms

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | OSCODA, MICHIGAN |
|---|---|---|---|---|
| 29059543 | 0550005537 | BNAF | 03/31/2005 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 250 | 25170352 | CONNECTOR ASSEMBLY<br>Customer    PO.        PO Amendment No.<br>0550005537<br>DONS:<br>U000004_13600<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>        250<br>1 CARTON SHIPPED AS 1 CARTON<br>AB# 690731086 | C62 | 250 | 2.87820 | 719.55 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 719.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total
719.55

*altn LISA*
*989-739 0243*

```
*********************************************************************
MANIFEST: ROC 05094211              BAX GLOBAL           DATE: 04/04/05
                                  DELIVERY MANIFEST       TIME: 0852
CARTAGE CO: 001 AIR DISPATCH                              PAGE   1. OF  4
   DRIVER: 003 DELPHI

   AIRBILL #      CONSIGNEE         SHIPPER          PIECES   WEIGHT
```

| AIRBILL # | CONSIGNEE | SHIPPER | PIECES | WEIGHT |
|---|---|---|---|---|
| ROA  224414971 | DELPHI E ROCHESTER | PARKER POWERTRAIN D | 2 | 6 |
| 1000 LEXINGTON | C | VA    SD-03/31    AGT CHG$ | . C | |
| ROCHESTER | NY 14606 | | | |
| REF NONE GIVEN | CMT | TIME  :  RCVD BY | | 1 |
| FNT  461592401 | DELPHI E ROCHESTER | TRU-VAL TUBING | 3 | 105 |
| 1000 LEXINGTON | C | MI    SD-03/31    AGT CHG$ | . C | |
| ROCHESTER | NY 14606 | | | |
| REF | CMT | TIME  :  RCVD BY | | 2 |
| FNT  690731066 | DELPHI E ROCHESTER | I.T.T INDUSTRIES | 1 | 20 |
| 1000 LEXINGTON | C | MI    SD-03/31    AGT CHG$ | . C | |
| ROCHESTER | NY 14606 | | | |
| REF PTA NORMAL | CMT | TIME  :  RCVD BY | | 3 |
| MSP  695511751 | DELPHI E ROCHESTER | UNITED PLASTICS GRP | 1 | 14 |
| 1000 LEXINGTON | C | MN    SD-03/31    AGT CHG$ | . C | |
| ROCHESTER | NY 14606 | | | |
| REF PTA NORMAL | CMT | TIME  :  RCVD BY | | 4 |
| MKE  803307665 | DELPHI E ROCHESTER | EXACTO SPRING | 3 | 45 |
| 1000 LEXINGTON | C | WI    SD-03/31    AGT CHG$ | . C | |
| ROCHESTER | NY 14606 | | | |
| REF PTA NORMAL | CMT | TIME  :  RCVD BY | | 5 |
| BNA  688812970 | DELPHI E ROCHESTER | AVRO CONTINENT | | 24 |
| 1000 LEXINGTON | C | SD-03/31    AGT CHG$ | . C | |
| ROCHESTER | NY 14606 | | | |
| REF 45812 | CMT | TIME  :  RCVD BY | | 6 |
| BOS  695875375 | DELPHI E ROCHESTER | G.K.N SINTERED META | | 70 |
| 1000 LEXINGTON | C | MA    SD-03/31    AGT CHG$ | C | |
| ROCHESTER | NY 14606 | | | |
| REF NONE | CMT | TIME  :  RCVD BY | | 7 |
| ATL  692076884 | DELPHI E ROCHESTER | FREUDENBERG NOK | 2 | 12 |
| 1000 LEXINGTON | C | GA    SD-03/31    AGT CHG$ | . C | |
| ROCHESTER | NY 14606 | | | |
| REF PTA NORMAL | CMT | TIME  :  RCVD BY | | 8 |
| ORD  6324755 | DELPHI E ROCHESTER | KEATS MANUFACTURING | 1 | 9 |
| 1000 LEXINGTON | C | IL    SD-03/31    AGT CHG$ | . C | |
| ROCHESTER | NY 14606 | | | |
| REF PTA NORMAL | CMT | TIME  :  RCVD BY | | 9 |

CHECKED

```
FREIGHT RCVD           TIME 9:10  | TOTAL AGENT CHARGES
                                   |-----------------------
                                   | APPROVED
MONIES AND                         |
RECEIPTS BY            TIME  :      | DATE APPROVED
```

IN    OUT
9:26  9:45

2905954 3



**DELPHI**
Automotive Systems

1500

1539440012700 1

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094
US

SHIP TO: HARRISON THERMAL SYSTEMS
PLT. 4, DEPT. 743, BLD. 9
LOCKPORT NY
14094-1896
US

DELPHI AUTOMOTIVE SYSTEMS

PURCHASE
ORDER: LPS81040

PAGE   3

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each
shipment. Item identification number(s) must be shown on
Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure
Parcel Post.

INVOICE TO: *****PAY ON RECIPT*****
*****NO INVOICE REQUIRED*****
COST SERVICE DIAL 248-374-4636
FLINT MI
48501-2550
US

VENDOR NUMBER 78-130-2229
TO: ITT AUTOMOTIVE INC
FLUID HANDLING SYSTEMS
30 PIXLEY INDUSTRIAL PKY
ROCHESTER NY
14624

| SHIP DATE | PHONE: 716-439-2553 |
| 01/28/04 | R HASELBY |
| ACTUATION TIME ZONE | DTO2 |

PAYMENT TERMS
NET     2ND DAY OF 2ND MONTH

F.O.B.
SP

SHIP VIA
UNITED PARCEL SERVICE-GENERAL

| ITEM NUMBER | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | UNIT OF MEASURE | DESCRIPTION | DTL NUMBER | DATE REQUIRED | TAX CODES | BASE UNIT PRICE | UNIT MULTIP. | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00001 | 1 | PR019861 001 | | AUTO WEBSITE AT WWW.DELPHIAUTO.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND "SUPPLIER STANDARDS" ON SUPPLIER PAGE. ----------IMPORTANT INVOICING INSTRUCTIONS--------- ALL INVOICES MUST SHOW THE ABOVE P.O. NUMBER, THE ITEM CODE NO. AND/OR PART NO., SHIPMENT I.D. NO. SEND INVOICE TO BUYER LISTED. | | 01/28/04 D | 0.00% | 25520.0000 | | LOT |

TO COVER COST OF NEW TOOLS TO PRODUCE:
PART NAME: TUBE/FTG-OTLT, P/N 52405391, NO CHARGE
SAMPLES TO V.POOKS-PLT.4, DWG#: 52405391, ENG RELEASE
W-CAR, MODEL: CRD-097C-05, TOOL: FIXTURE,GAGES,
CAPACITY: 300 2 SHIFTS, TRG#: 8475, P#: 357-032
WHO ORDERED: R.HASELBY-7A

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

SR01257

A005724   USER ROSALYN R MURPHY

LAST PAGE
SUPPLIER

F-02PO   1/96

31002103

DELPHI

**ATTENTION**

PRODUCTION APPROVAL STATUS REPORT

LOCKPORT SITE

ITT INDUSTRIES - SALTILLO, MX

PIPE, FITTING AND STUD ASM - INLET

| Department or Supplier | | | | Plant | |
|---|---|---|---|---|---|
| Part Name | W CAR V8 | Model Year 2006 | | Part Number | 5240 5391 |
| Application/Program | | Model/Part Used NPCA | | Drwg. Number | 5240 5391 |
| Eng. Chng. | Chr. Sec. 8/26/04 | | Weight | Drwg. Number | CRPM.CRY.06 |
| | 8/16/1400  Scheduled (m/d) 3 | | 0.0000 % Comp Plant | | 2/08/05 |

WHEN RED
CONTROLLED

Comments:

Internal Status    PPAR  X

Review

Quality Control / Reliability Engineer:  G. Dowdung

Product Engineering: R. Weaver

Mfg. Engineering: T. Bryant

PPAP Coordinator:

Delphi Customer Plant Revision:

Approval Status:  PPAP:  ☐ Approved    ☐ Rejected    ☐ Location Approval Until

PPAP Coordinator:    Print:    Date:

31002103



# DELPHI
### Automotive Systems

1500

15 39 4400128001

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094                    US

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
PLT. 4, DEPT. 743, BLD. 9
LOCKPORT NY
14094-1896              US

**PURCHASE ORDER:** LP881043    PAGE    3

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
175 copies of your packing slip must accompany each
shipment. Item Identification Number(s) must be shown on
Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure
Parcel Post.

VENDOR NUMBER 78-130-2229
ITT AUTOMOTIVE INC
TO: FLUID HANDLING SYSTEMS
30 PIXLEY INDUSTRIAL PKY
ROCHESTER NY
14624

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
****PAY ON RECIPT****
****NO INVOICE REQUIRED****
CUST SERVICE DIAL 248-874-4636
FLINT MI
48501-1550              US

OPEN DATE: 01/28/04

PHONE: 716-439-2953
R  HASELEY
DT02

PAYMENT TERMS
NET
2ND DAY OF 2ND MONTH

F.O.B.
SP

SHIP VIA
UNITED PARCEL SERVICE-GENERAL

| LINE NUMBER | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | ITEM NAME / DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX OTHER | BASE UNIT PRICE | PLUS MINUS | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | 1 | PR019862 001 | | | 01/28/04  D | 0.00% | 21120.0000 | | LOT |

AUTO WEBSITE AT WWW.DELPHIAUTO.COM (BY CLICKING
ON "SUPPLIES" IN THE HEADER AND "SUPPLIER
STANDARDS" ON SUPPLIER PAGE.
----------IMPORTANT INVOICING INSTRUCTIONS----------
ALL INVOICES MUST SHOW THE ABOVE P.O. NUMBER, THE
ITEM CODE NO. AND/OR PART NO., SHIPMENT I.D. NO.
SEND INVOICE TO BUYER LISTED.

TO COVER COST OF NEW TOOL TO PRODUCE:
PART NAME: TUBE/INLET, P/N 52405392, NO CHARGE SAMPLE
TO V.FCOKS-PLT 4, DWG#: 52405392, ENGR. RELEASED,
W-CAR,CTC18, MODEL#: CRD-097C-05, TOOL: FIXTURES,GAGE
CAPACITY: 300, 2 SHIFTS, TR#: 8475, P#: 1357-032
WHO ORDERED: R.HASELEY-7A

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

SR01 258

K005724  USER ROSALYN R MURPHY

LAST PAGE
SUPPLIER

31002104



31002104



**Invoice**

ITT Industries

Page: 1

**Remit to:**
ITT Industries, Inc.
Drawer #67-559
Detroit, Michigan 48267
Dept No. 05-759-3344
Tax ID 22-2772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT MI 48501-1550
United States

**Ship To:**

GST#:
BOL#:
SID#:
Invoice No:  31003105
Date:  03/09/2005
Customer Ref:
Supplier No:  1800
Sales Agent:

15-894-1100/43

| VAT#: | | | | | | F.O.B./Terms |
|---|---|---|---|---|---|---|
| Our Order No. | Customer Purchase Order No. | | Shipped Via | Date Shipped | | |
| 653230285 | LF583398 | | | 03/09/2005 | | 2ND DAY 2ND Month |

| | Description | | Qty | Unit Price | Extension |
|---|---|---|---|---|---|
| | TOOLING - PRE20247 001 Customer PO: LF580398 PO Amendment No. | | 1 | 9000.00000 | 9,000.00 USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous | |
|---|---|---|---|---|---|---|
| 9,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,000.00 |

3100210S

**DELPHI**
**Automotive Systems**

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094
US

SHIP TO: DELPHI THERMAL & INTERIOR
PLANT 2, DEPT. 333, BLD.7
200 UPPER MOUNTAIN ROAD
LOCKPORT NY
14094-1896                    US

INVOICE TO: ****PAY ON RECIPT*****
****NO INVOICE REQUIRED****
CUST SERVICE DIAL 248-974-4636
FLINT NI
48501-1550              US

VENDOR NUMBER 18-311-2168
TO: ITT INDUSTRIES INC
2110 EXECUTIVE HILLS DR
AUBURN HILLS MI
48326

**PURCHASE**    PAGE   3
**ORDER:** LPS86388

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
All copies of your packing slip must accompany each
shipment. Item Identification Number(s) must be shown on
Packing Slips and Invoices.
Invoices Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure
Parcel Post.

| ORDER DATE | PHONE: 716-439-2553 |
| 06/21/04 | R HASELBY |
| | DT02 |

| PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|
| NET  2ND DAY OF 2ND MONTH | SP | CONSOLIDATED FRTWYS CORP OF DE |

AUTO WEBSITE AT WWW.DELPHIAUTO.COM (BY CLICKING
ON "SUPPLIERS" IN THE HEADER AND "SUPPLIER
STANDARDS" ON SUPPLIER PAGE.
----------IMPORTANT INVOICING INSTRUCTIONS--------
ALL INVOICES MUST SHOW THE ABOVE P.O. NUMBER, THE
ITEM CODE NO. AND/OR PART NO., SHIPMENT I.D. NO.
SEND INVOICE TO BUYER LISTED.

LOCKPORT PURCHASING FAX NOS: 716-439-2216,-3818

| LINE ITEM | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | DESCRIPTION | UNIT | DATE | UNIT PRICE | EXTENDED PRICE | U/M |
|---|---|---|---|---|---|---|---|---|
| 00001 | 1 | PR020247 001 | | | 07/12/04  D | 0.00% | 9000.0000 | LOT |

TO COVER COST OF NEW TOOLS TO PRODUCE:
PART NAME: W-CAR PIPE OUTLET
PART NUMBER: 52402883
DRAWING NUMBER: SAME
NUMBER OF SAMPLES PPAP: 3 ATTN: G. KROETSCH
MODEL NUMBER: W-CAR
TYPE OF TOOL: FORM TOOL
ENG. RELEASED: W-CAR
TOOL REL: 8324, PROJECT #1309 LINE 018
TERMS: NN52-2, NET UPON PPAP APRVL
QUOTE: 5/13/04
TOOL ORDERS REQUIRE AN INVOICE UPON PPAP APRVL
WHO ORDERED: RANDY HASELBY

TERMS AND CONDITIONS JANUARY 2001, APPLY

*[handwritten: 15.39-4-400 198.001.]*
*[handwritten: $9,000.00]*
*[handwritten: S R01343]*
*[handwritten: CC. Jim Carron]*
*[handwritten: 6-28-04]*

A005025    USER JUDY L SWANSON

CONTINUE FROM
SUPPLIER    4

*[handwritten: 31002105]*

DELPHI

DELPHI PL2 DEPT 384   Fax# 7164393545   Nov 17 2004 09:14   P.03

ATTENTION
ENG LEVEL ON SHIPPING LABEL
MUST MATCH ON PPAP PAPERS.
LEVEL

JACKPORT SITE
PRODUCTION APPROVAL STATUS REPORT

Report Number
Supersedes/Refers to

PRODUCTION APPROVAL STATUS REPORT
ITT INDUSTRIES - SALTILLO, MX

| Department or Supplier | | | | | | | | | |
| Purchaser : PIPE - OUTLET ( 1/4 QUICK CONNECT ) | | | Titre | | | 5240.2883 | | |
| Application/Program | W CAR (V6) | Model Year 2006 | | Part Number | | 5240.2883 | | |
| | Qty. Date 6/2004 | MPOA 3 | | Model/Part Used | | C8PE4A4G82-08 | | |
| Eng. Change | Scheduled Level 3 | | Weight 0.0450 | | Date Perforation C-72116 | | |
| a/w Purchase/New Part Order | | | | Date Received | | 11/05/04 | | |
| Reason For Submission | | | | | | | | |

ENGINEERING CHANGE

| ITEM | | Yes | No | NA | | | | | | | | |
|------|--|-----|----|----|--|--|--|--|--|--|--|--|

NEW AUTOMATIC BENDER

HB08 15084477

Internal Status    PPAP  ☑ Approved   ☐ Rejected   ☐ Interim Approval Used
Review :  C.V.R....
Quality Control / Fabricator Engineering :
Product Engineering : K. Snyder
Mfg. Engineering : J. Bryant
PPAP Coordinator :

Delphi Customer Plant Review :
Approval Status :   PPAP  ☐ Approved   ☐ Rejected   ☐ Interim Approval Used
PPAP Coordinator :   Plant   Date

Comments :

| | Submitted By: | Date: | |
| | Date: | 11/18/04 | |
| | Date: | 11/18/04 | |
| | Date: | 11/18/04 | |

31002105



Invoice

ITT Industries

Page 1

Remit to:
ITT Industries, Inc.
Conex #B7539
Dublin, OH
Tax ID 212772953

Bill To:
DELPHI AUTOMOTIVE SYSTEMS
P.O.Box 15650
FLINT MI 45501-1550
United States

VAT#:

GST#:
SIDL#:
SRD#:
Invoice No:    31002110
Date:    03/09/2005
Customer No:    1500
Supplier No:
Sales Agent:

Ship To:

F.O.B./Terms

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | UOM | Qty Shipped | Unit Price | Extended | Curr |
|---|---|---|---|---|---|---|---|---|
| LP997167 | 4650779 RGSE Customer P.O. LP997167 | | 03/09/2005 | EA | 1500 | 3.00000 | 4,500.00 USD | |

PO Amendment No.

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 4,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Item Number |
|---|
| 34102743 / 3742471 |

2ND DAY 2ND Month

IS-394500413

31002110

3100211S

ITT Saltillo

PO#



PO to follow Monday

31002110



**Invoice**

⟨Ⓘ ITT Industries

Page: 1

**Remit to:**
ITT Industries, Inc.
Drawer #57-3569
P.O. BOX 6500
Detroit, Michigan 48267
Dun's No. 05-769-3344

Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 5550
FLINT MI 48501-5550
United States

**Ship To:**

GST#:
BOL#:
SRO#:
Invoice No:    31002113
Date:    03/03/2005
Customer No:    1900
Supplier No:
Sales Agent:

| VAT#: | Cur Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | | | | F.O.B./Terms |
|---|---|---|---|---|---|---|---|---|
| | 85212822 | LP589992 | | 03/03/2005 | SA | 1 | | 2ND DAY 2ND Month |

| Item Number | Description | Unit Of Measure | Unit Price | Extension | Cur |
|---|---|---|---|---|---|
| | TOOLING - PART/755 001 Customer PO. LP589992 PO Amendment No. | | 3000.00000 | 3,000.00 USD | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

3,000.00





31002113



**Invoice**  ⚙ ITTindustries

Page 1

Remit to:
ITT Industries, Inc.
Dowty, MI 48089
Dowty, MI 48089
Duns No. 00-746-3344
Tax ID 222772953

Bill To:
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT MI 48501-1550
United States

GST#:
SDI#:
Invoice No: 510021538
Date:  030178009
Customer No:  020178009
Supplier No:  1500
Sales Agent:

Ship To:

| Our Order No. | Customer Purchase Order No. | | Shipped Via | Date Shipped | F.O.B./Terms |
| --- | --- | --- | --- | --- | --- |
| 82550940 | See Below | | | 03/31/2005 | 20D DAY 2ND Month |

VAT#:

| Schedul | Item Number | | Description | | LOT/Serial No. | Unit Price | Extension | Com |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 22550947 | TOOLING<br>Customer AES237728<br>TOOLING<br>Customer AES237728 | PO Amendment No.<br>PO Amendment No. | PO:<br>PO: | | $  20599.00000 | 20,599.00 100 | |
| | | | | | | $  18201.00000 | 18,201.00 120 | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
| --- | --- | --- | --- | --- | --- |
| 38,799.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

38,799.00

DELPHI CORPORATION
ENERGY & CHASSIS SYSTEMS-PURCH
1601 NORTH AVERILL ST.
FLINT MI
48556
US

VENDOR NUMBER 18-311-2168
ITT INDUSTRIES INC
TO: 2110 EXECUTIVE HILLS DR
AUBURN HILLS MI
48326

SHIP TO:
DELPHI E & E FLINT EAST
DELPHI AUTOMOTIVE SYSTEMS
1601 NORTH AVERILL ROAD
501 RECEIVING AREA
FLINT MI
48556                                US

INVOICE TO:
DELPHI-E IS ON PAY ON RECEIPT!
FORWARD ANY "WORK COMPLETED
INVOICE" PAPERWORK TO YOUR
DELPHI CONTACT FOR "RECEIPT
ENTRY FOR PAYMENT" PROCESS.
US

**PURCHASE**   PAGE   1
**ORDER:** AE529728

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2 copies of your packing slip must accompany each shipment.
Item identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE 03/11/04 | PHONE: 810-257-8463 T KEEL |
| ALTERATION/ISSUE DATE | AV Buyer |
| AUTHORIZED OFFICIAL DATE | PURCHASING AGENT |

| PAYMENT TERMS NET 2ND DAY OF 2ND MONTH | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED FOB ORIGIN FREIGHT COLLECT | SHIP VIA DELPHI E&EM CALL 800-805-9433 |

| SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE/ MULTIPER MEAS UNIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | 18294400 691 001 | | |
| 10001 | 1 | PRG67468 001 | | ID #: 25369647; TOOLING CHARGE FOR NEW FUEL FEED TUBE REF QUOTE #: 17319 WHO ORDERED: 3243/78319/ZIMMERMAN | | 03/17/04 | F 0.00% | 20599.0000 5/8 0110/ | LO1 |
| 10002 | 1 | PRG67469 001 | | ID #: 25369648; TOOLING CHARGE FOR NEW FUEL RETURN TUBE; REF QUOTE #17320 WHO ORDERED: 3243/78319/ZIMMERMAN | | 03/17/04 | F 0.00% | 18200.0000 5/8-0110 2 | LO1 |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | 15294400 690 001 | | |

MAIL TO
RON ZUREK
5820 DELPHI DRIVE
MC 480-405-120
TROY 48098-2818

CC: Jim Carron
5-18-04

1005373   USER BARBARA J WIRT        ORIGINAL                    LAST PAGE

3100215З

# DaimlerChrysler

## Part Submission Warrant

Interim

| | | |
|---|---|---|
| Part Name | Pipe Asm-Fuel SCR CVR Fuel Fwd | Part Number 25305847 |

Safety and/or Government Regulation  ☐ Yes  ☒ No

Additional Engineering Changes  Engineering Drawing Change Level  E-07 N-07  Dated 8/15/04

Shown on Drawing Number  25305847  Engineering Change Level  MP  Dated 8/15/04

Checking Aid Number  25305847  Engineering Change Level  MP  Dated 0.1429

SUPPLIER MANUFACTURING INFORMATION  SUBMISSION REASON (Check at least one)

Supplier Code  0145144515  ☒ Dimensional  ☒ Material/Function  ☐ Appearance

4700 Industrial Road  Customer Name/Division  Detroit E & E  8

Street Address  Ml  Buy From Code  Application  2005 P-Car

City  State  Zip  48750

REASON FOR SUBMISSION

Does this part include any restricted or reportable substances?  ☐ Yes  ☒ No

Are plastic parts identified with appropriate ISO marking codes?  ☐ Yes  ☒ No

**REQUESTED SUBMISSION LEVEL** (Check one)

☐ Level 1 - Warrant only (and for designated appearance items, an Appearance Approval Report) submitted to customer.
☒ Level 2 - Warrant with product samples and limited supporting data submitted to customer.
☐ Level 3 - Warrant with product samples and complete supporting data submitted to customer.
☐ Level 4 - Warrant and other requirements as defined by customer.
☐ Level 5 - Warrant with product samples and complete supporting data reviewed at supplier's manufacturing location.

**SUBMISSION RESULTS**

The results for  ☐ dimensional measurements  ☒ material and functional tests  ☐ appearance criteria  ☒ statistical process package
These results meet all drawing and specification requirements:  ☒ YES  ☐ NO  (If "NO" - Explanation Required)

**DECLARATION**

I affirm that the samples represented by this warrant are representative of our parts, have been made to the applicable Production Part Approval Process Manual 3rd Edition Requirements, I further verify that these samples were produced at the production rate of 20 / 8 hours. I have noted any deviations from this declaration below.

EXPLANATION/COMMENTS

Print Name  Christina Payock  Title  Sr.Q.P Coordinator  Phone No.  989-758-3915  FAX No.  989-394-0298

Supplier Authorized Signature  C. Payock  Date  8/15/2004

Customer Name  ...  Date  ...

**FOR CUSTOMER USE ONLY (IF APPLICABLE)**

Part Disposition  ☐ Approved  ☐ Rejected  ☐ Other

Customer Signature  Date

The original copy of this document shall remain at the supplier's location until the part is superseded.

31002153

# DaimlerChrysler

## Part Submission Warrant

Interim
Resampled Twice 4/15/04
3/24/04

15-29 44006 00

31002153



3100220?

3/002207

**DELPHI**
Automotive Systems

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094                              US

VENDOR NUMBER 18-311-2168
ITT INDUSTRIES INC
TO: 2110 EXECUTIVE HILLS DR
AUBURN HILLS MI
48326

SHIP TO: DELPHI THERMAL & INTERIOR
PLANT 2, DEPT. 333, BLD.7
200 UPPER MOUNTAIN ROAD
LOCKPORT NY
14094-1896                     US

INVOICE TO: ****PAY ON RECIPT****
DELPHI AUTOMOTIVE SYSTEMS
*****NO INVOICE REQUIRED*****
CUST SERVICE DIAL 248-874-4636
FLINT MI
48501-1550                     US

PURCHASE
ORDER: LPS90226           PAGE    3

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each
shipment. Item Identification Numbers must be shown on
Packing Slips and Invoices.
Invoice: State: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure
Parcel Post.

| ORDER DATE | PHONE: 716-439-2553 |
| 10/27/04 | R HASELEY |
| | BTO2 |

| PAYMENT TERMS | | F.O.B. | | SHIP VIA | |
| NET | 2ND DAY OF 2ND MONTH | | SP | | CONSOLIDATED FRTWYS CORP.OF DE |

| ITEM NUMBER | DELIVERY ORDER | THE MANUFACTURER NAME | ACCOUNT | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODON | UNIT/NET PRICE | APPL RETURN | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | AUTO WEBSITE AT WWW.DELPHIAUTO.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND "SUPPLIER STANDARDS" ON SUPPLIER PAGE. | | | | | | |
| | | | | ----------IMPORTANT INVOICING INSTRUCTIONS---------- | | | | | | |
| | | | | ALL INVOICES MUST SHOW THE ABOVE P.O. NUMBER, THE ITEM CODE NO. AND/OR PART NO., SHIPMENT I.D. NO. SEND INVOICE TO BUYER LISTED. | | | | | | |
| | | | | THE GENERAL TERMS AND CONDITIONS THAT APPEAR ON THE REVERSE SIDE OF THIS PURCHASE ORDER ARE NULL AND VOID AND REPLACED BY DELPHI'S GENERAL TERMS AND CONDITIONS DATED MARCH 2004 FOUND ON WWW.DELPHI.COM/SUPPLIERS. | | | | | | |
| | | | | LOCKPORT PURCHASING FAX NOS: 716-439-2216,-3818 | | | | | | |
| 00001 | 1. | PRO20513 001 | | TO COVER COST OF NEW TOOLS TO PRODUCE: | | 11/15/04  D | 0.00% | 1980.0000 | | LOT |
| | | | | PART NAME: PIPE, FTG & STUD ASSEMBLY-INLET | | | | | | |
| | | | | PART NUMBER: 52410099 | | | | | | |
| | | | | DRAWING NUMBER: SAME | | | | | | |
| | | | | NUMBER OF SAMPLES PPAP: 3 ATTN: K. YACOS | | | | | | |
| | | | | MODEL NUMBER: CRD-097C-05 | | | | | | |
| | | | | TYPE OF TOOL: GAGE | | | | | | |
| | | | | ENG. RELEASED: W CAR | | | | | | |

15.39  4.400-147-001
5A2:1900
2.10.05 PPAP Ord

| A005914 | USER JUDY L SWANSON | | | | CONTINUE PAGE    4 |
| | | | | | SUPPLIER |

3/002207



31002207



**Delivery Receipt**
SHIPPER NO. 320537759
SHIPMENT I.D. 400905310T

CONSIGNED TO DESTINATION
Delphi Chassis - Chihuahua

DOCK CODE : 30
Plant 58 CROSS-DOCK-CISCO 34065
C/O EL PASO WAREHOUSE
EL PASO TX

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
ATTN: ENERGY & ENGINE MGT.
P.O. BOX 1550
FLINT   MI   48501-1550

SUPPLIER CODE  8123167335
FOB  TUCSON, AZ

CARRIER NO.  UPSS
CARRIER NAME  UNITED PARCEL SERVICE
COLLECT [XX] PREPAID [ ]

ITT GUIMAS
CARRETERA INTERNACIONAL No. 1
GUADALAJARA-NOGALES
SA

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|---|---|
| 160100 | | | | 79906 | FLINT | 320537759 | 05/25/05 |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | D&D DAY, PK | MODEL YR. | RELEASE NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | PCS UNITS QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|
| 131022 | 32RX53 | | | | | | | |

Carrier Pro Number : 3450344117663

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 550005016 | 25341995 TUBE (AUX. SIDE COVER) | | 02 | 130 | 9600 | CTN 2 | PC 600 |
| | 550005017 | 25341996 TUBE (AUX. SIDE/PRIMARY SIDE) | | 02 | 130 | 8250 | CTN 1 | PC 150 |

| NO. OF CONTAINERS | CONTAINERS DESC | CNQTY. | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR COLUMN | CHECK COLUMN |
|---|---|---|---|---|---|---|---|
| 3 | Carton (Standard) | 3 | 6 | RUNS | | | |
| | | B.4 | | TARE | NET WEIGHT | 48 | |