CONSIGNED TO DESTINATION
DELPHI PACKARD ELECTRIC
ATTN: MARTHA TIJERINA
DOCK CODE : 8043
8202 KILLAM INDL BLVD
BLDG G
LAREDO                TX        78041

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS

P.O. BOX 1550

FLINT            MI        48501-1550

SUPPLIER CODE    81231675
FOB              TUCSON, AZ

CARRIER NO.
CARRIER NAME     FDEP    FEDERAL EXPRESS
COLLECT    [X]    PREPAID [ ]

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | | | | |
|---|---|---|---|---|---|
| 701170 | 509700173= | | | | |

| OUR PART NUMBER | | TRAILER NUMBER | ROUTE CODE | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|

Carrier Pro Number :    57774B0027810

| | | | | | |
|---|---|---|---|---|---|
| 5777451 | | | | | |

| CUSTOMER ORDER NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | | | | |
|---|---|---|---|---|---|
| PED04570081 | 15224639 VACUUM HOSE | | | | |

DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS

AUTO PARTS PLASTIC N.O.I.B.N. HAVING A

| NO. OF CONTAINERS | CONTAINERS DESC. | CHGT'S | SUB | QUINS | TARE | NET WEIGHT | | GROSS WEIGHT |
|---|---|---|---|---|---|---|---|---|
| 25 | Carton (Standard) | | | | 2 | | 2/3 | 25 |

TOTAL CONTAINERS

ADDRESS OF SHIPPER
PERMANENT POST OFFICE
HOUSE WEIGHT

SIGNED:    RICARDO GRUNUYA
AGENT, PER

ACCUM TOTAL    1700
CTN    1    PC    350

Agent of Carrier



CONSIGNED TO DESTINATION
DELPHI PACKARD ELECTRIC
ATTN: MARTHA TIJERINA
DOCK CODE : 8049
8202 KILLAM INDL BLVD
BLDG G
LAREDO          TX          78041

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT          MI          48501-1550

SUPPLIER CODE    812316735
FOB              TUCSON, AZ
CARRIER NO.      FDEP
CARRIER NAME     FEDERAL EXPRESS

Carrier Pro Number : 677745027946

CUSTOMER ORDER NO. : PEDP4570001

CUSTOMER PART NUMBER AND PART DESCRIPTION
15324839
VACUUM HOSE

DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS
AUTO PARTS PLASTIC N.O.I.B.N. HAVING A

| CUSTOMER NUMBER | 1CR1101 | JOIN PART NUMBER GSGN0003738 | PLANT OR DESTINATION CODE | DESTINATION CODE 677745027946 | TRAILER NUMBER PEDP4570001 | ROUTE CODE | NO. OF CONTAINERS 25 | QUANTITY 1 | SUB | DUNS | TARE 2 | NET WEIGHT 25 | WEIGHT 23 | bonus 20050 | NO. OF CONTAINERS 1 CTN | PCS UNITS 350 |

MAY/11/2007/FRI 05:56 PM                                    P. 001

**CENTRAL TRANSPORT**

Pro Number
**856-130339-5**

| Ship Date | |
|---|---|
| 07/27/05 | |
| Pieces | Weight |
| 1 | 140 |

Reference Number

| Org | DC |
|---|---|
| 856 | 789 |

Freight Terms
**Freight Charges Are Collect**

SCAC:   CTII

Consignee:
DELPHI C CHIHUAHUA
82 CELERITY WAGON ST
EL PASO, TX 78906

Shipper:
ITT AUTOMOTIVE FLUID HAND
846 E OHIO ST
TUCSON, AZ 85714

Special Instructions
Delivery Trailer: 53-B239
Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE
NOT TO BE USED FOR ORDER NOTIFY SHIPMENTS   (800) 334-4683 - (800) 4-CENTRAL (4cb-ways)
**CENTRAL TRANSPORT - CTII**   www.centraltransportint.com

**ITT INDUSTRIES**
5213747 1202
845 EAST OHIO STREET   SUITE #107
TUCSON,   AZ   85714 - 3313
(520) 434-8590

☐ PREPAID (SHIPPER)   ☐ COLLECT (CONSIGNEE)   ☐ OTHER (THIRD PART)

**C.O.D.**   D.O.D. FEE
☐ Pep ☐ Coll.

$ _____

ALWAYS LIST HAZARDOUS MATERIALS FIRST IN DESCRIPTION OF ARTICLES COLUMN

| | | KIND OF PACKAGES, DESCRIPTION OF ARTICLES, SPECIAL MARKINGS, AND EXCEPTIONS | | WEIGHT | CLASS |
|---|---|---|---|---|---|
| | | Automotive Parts | | 61130 | 77.5 |

Pro Number   **856-130339-5**

**Additional Delivery Services Requested**

| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay | $75.00 |
|---|---|---|---|---|
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | - $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

Internal Use Only
# And Type of Container _____
Part # _____
Qty. of Pcs Affected _____

**Stamp / Sign Here**

Firm _____
By _____
Shipment received in good order
Pieces Received _____
Driver _____ Date _____
Arrive Time _____   Depart Time _____

Packing slip # **32054918**   (1/8)

```
MANIFEST: ELP 05210219              BAX GLOBAL                DATE: 07/29/05
                                 DELIVERY MANIFEST            TIME: 1009
CARTAGE CO: 030 STAGECOACH CARTAGE                            PAGE    3 OF 3
    DRIVER: 008 DELPHI - ENERGY
```

| AIRBILL # | CONSIGNEE | SHIPPER | PIECES | WEIGHT |
|-----------|-----------|---------|--------|--------|
| RDU   467349724 | DELPHI S AUTOMOTIVE | DANAHER CONTROLS | 1 | 24 |
| 32 CELERITY WAGON | C | NC   SD-07/27 | AGT CHGS | C |
| EL PASO | TX 79906 | | | |
| REF | CMT | TIME 10.50 RCVD BY | | 2 |
| BOS   622258523 | DELPHI S AUTOMOTIVE | N Y E LUBRICANTS | 1 | 3 |
| 32 CELERITY WAGON | C | MA   SD-07/27 | AGT CHGS | C |
| EL PASO | TX 79906 | | | |
| REF PTA NORMAL | CMT | TIME   : RCVD BY | | 2 |
| TUS   692823441 | DELPHI S AUTOMOTIVE | I T T AUTOMOTIVE | 2 | 45 |
| 32 CELERITY WAGON | C | AZ   SD-07/27 | AGT CHGS | C |
| EL PASO | TX 79906 | | | |
| REF NONE | CMT | TIME   : RCVD BY | | 3 |
| BOS   695712931 | DELPHI S AUTOMOTIVE | PIXLEY RICHARDS | 5 | 50 |
| 32 CELERITY WAGON | C | MA   SD-07/27 | AGT CHGS | C |
| EL PASO | TX 79906 | | | |
| REF PTA NORMAL | CMT | TIME   : RCVD BY | | 5 |
| LAX   466961272 | DELPHI E & C CHIHUAH | HUTCHINSON SEAL | 1 | 3 |
| 32 CELERITY WAGON ST | C | CA   SD-07/26 | AGT CHGS | C |
| EL PASO | TX 79906 | | | |
| REF | CMT | TIME   : RCVD BY | | 5 |
| YNG   547217915 | DELPHI E & C CHIHUAH | DELPHI P HEADQUARTE | 1 | 146 |
| 32 CELERITY WAGON ST | C | OH   S3-07/27 | AGT CHGS | C |
| EL PASO | TX 79906 | | | |
| REF PTA NORMAL | CMT | TIME   : RCVD BY | | 6 |
| FLO   688031875 | DELPHI E & C CHIHUAH | I N A | 1 | 23 |
| 32 CELERITY WAGON ST | C | SC   S3-07/26 | AGT CHGS | C |
| EL PASO | TX 79906 | | | |
| REF PTA NORMAL | CMT | TIME   : RCVD BY | | 7 |
| YNG   547230950 | DELPHI E & C CHIHUAH | DELPHI P HEADQUARTE | 1 | 70 |
| 32 CELERITY WAGON ST | C | OH   S3-07/28 | AGT CHGS | C |
| EL PASO | TX 79906 | | | |
| REF PTA NORMAL | CMT | TIME   : RCVD BY | | 8 |

```
       TOTAL SHIPMENTS = 08   TOTAL PIECES = 58   TOTAL WEIGHT = 1145
FREIGHT RCVD                  TIME 10.3    TOTAL AGENT CHARGES

                                           APPROVED
MONIES AND
RECEIPTS BY                   TIME   :     DATE APPROVED

START MILEAGE           END MILEAGE           ELASPED MILEAGE
```

```
MANIFEST: ELP 05213219              BAX GLOBAL              DATE: 08/01/05
                                  DELIVERY MANIFEST         TIME: 1027
   CARTAGE CO: 000 STAGECOACH CARTAGE                       PAGE   5 OF  6
      DRIVER: 008 DELPHI - ENERGY
```

| AIRBILL # | CONSIGNEE | SHIPPER | PIECES | WEIGHT |
|---|---|---|---|---|
| LRD  457203353 | DELPHI E & C CHIHUAH | DELPHI P | 1 | 33 |
| 32 CELERITY WAGON ST           C | | TX   SD-07/29   AGT CHG$ | | |
| EL PASO          TX 79906 | | | | |
| REF PTA NORMAL   CMT | | TIME__: __RCVD BY_____ | | 1 |
| FNT  461585036 | DELPHI E & C CHIHUAH | I T T INDUSTRIES | 4 | 73 |
| 32 CELERITY WAGON ST           C | | MI   SD-07/29   AGT CHG$ | | |
| EL PASO          TX 79906 | | | | |
| REF PTA NORMAL   CMT | | TIME__: __RCVD BY_____ | | 2 |
| LAX  466961202 | DELPHI E & C CHIHUAH | HUTCHINSON SEAL | 3 | 38 |
| 32 CELERITY WAGON ST           C | | CA   SD-07/28   AGT CHG$ | | |
| EL PASO          TX 79906 | | | | |
| REF              CMT | | TIME__: __RCVD BY_____ | | 3 |
| SAN  547233315 | DELPHI C- CISCO 3406 | TRELLEBORG SEALING | 2 | 10 |
| 32 CELERITY WAGON             C | | CA   SD-07/29   AGT CHG$ | | |
| EL PASO          TX 79906 | | | | |
| REF              CMT | | TIME__: __RCVD BY_____ | | 4 |
| YNG  547244865 | DELPHI E & C CHIHUAH | DELPHI P HEADQUARTE | 1 | 109 |
| 32 CELERITY WAGON ST           C | | OH   3D 07/29   AGT CHG$ | | |
| EL PASO          TX 79906 | | | | |
| REF PTA NORMAL   CMT | | TIME__: __RCVD BY_____ | | 5 |
| DTW  690748903 | DELPHI E & C CHIHUAH | W F WHELAN | 1 | 6 |
| 32 CELERITY WAGON ST           C | | MI   SD-07/28   AGT CHG$ | | |
| EL PASO          TX 79906 | | | | |
| REF              CMT | | TIME__: __RCVD BY_____ | | 6 |
| TUS  692821415 | DELPHI E & C CHIHUAH | I T T AUTOMOTIVE | 1 | 20 |
| 32 CELERITY WAGON ST           C | | AZ   SD-07/29   AGT CHG$ | | |
| EL PASO          TX 79906 | | | | |
| REF NONE         CMT | | TIME__: __RCVD BY_____ | | 7 |
| TUS  692821425 | DELPHI E & C CHIHUAH | I T T AUTOMOTIVE | 4 | 86 |
| 32 CELERITY WAGON ST           C | | AZ   SD-07/28   AGT CHG$ | | |
| EL PASO          TX 79906 | | | | |
| REF NONE         CMT | | TIME__: __RCVD BY_____ | | 8 |
| BRO  693845202 | DELPHI E & C CHIHUAH | DELPHI M SYSTEMS | 2 | 18 |
| 32 CELERITY WAGON ST           P | | TX   SD-07/29   AGT CHG$ | | |
| EL PASO          TX 79906 | | | | |
| REF              CMT | | TIME__: __RCVD BY_____ | | 9 |

```
FREIGHT RO_____ TIME_____ | TOTAL AGENT CHARGES _____
                                |
                                | APPROVED_____
MONIES AND                      |
RECEIPTS BY_____ TIME___   | DATE APPROVED  8-01-05
```

CONSIGNED TO DESTINATION
DELPHI E & C CHIHUAHUA #1

32, CELEBRITY WAGON
Chihuahua Plant 67
EL PASO            TX            79906

SOLD TO
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT            MI            48501-1550

SUPPLIER CODE   812316734
FOB
CARRIER NO.            BNAF
CARRIER NAME   TUX GLOBAL
COLLECT  [ XX ]  PREPAID  [ ]

SHIPPER NO.
SHIPMENT NO.

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | | DATE SHIPPED | | |
|---|---|---|---|---|---|---|---|---|---|
| 11011 | | 1600957228 | | | | | | | |

| CUSTOMER'S DESC | QUANTITY | SUB | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | | | | | |
|---|---|---|---|---|---|---|---|---|---|

OUR PART NUMBER: 550035479
CUSTOMER ORDER NO.
CUSTOMER PART NUMBER AND PART DESCRIPTION: 20557924 ENDPLATE

GERARD    4256    4    PC    1230

TOTAL CONTAINERS   4
GROSS WEIGHT   140
Carton (Standard)
DUNS   16
TARE
NET WEIGHT   124

MAY/11/2007/FRI 05:57 PM                                          P. 002

**CENTRAL TRANSPORT**
Pro Number
**856-128793-7**

Central Transport Delivery Receipt

| Ship Date | 08/11/05 | |
|---|---|---|
| Places | | Weight |
| 1 | | 150 |

Reference Number

| Org | DC |
|---|---|
| 856 | 799 |

Freight Terms
**Freight Charges Are Collect**

SCAC:    CTII

Consignee:
DELPHI 33021
32 CELEBRITY WAGON ST.
EL PASO, TX 78906

Shipper:
ITT AUTOMOTIVE FLUID HAND
845 E OHIO ST
TUCSON, AZ 85714

Special Instructions
Delivery Trailer: 53-7856
Shipper COD Amount
0.0000

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

CENTRAL TRANSPORT - CTII

ITT INDUSTRIES
321274 71202
845 EAST OHIO STREET    SUITE #107
TUCSON,    AZ    85714 - 3313
(520) 424-8690

☐ PREPAID (SHIPPER)    ☒ COLLECT (CONSIGNEE)    ☐ OTHER (THIRD PARTY)

C.O.D.    C.O.D. FEE
☐ PPD  ☐ COL
IS CUSTOMER'S CHECK ACCEPTABLE FOR C.O.D.?
☐ YES  ☐ NO

| | | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKINGS, AND EXCEPTIONS | | WEIGHT | CLASS | |
|---|---|---|---|---|---|---|
| | | Automotive Parts    (5 pc) | | 61130 | 77.5 | |

Pro Number    856-128793-7

Additional Delivery Services Requested

| | | |
|---|---|---|
| ☐ Inside Delivery $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery $50.00 | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Internal Use Only
# And Type of Container
Pcs #
Qty. of Pcs Affected

Stamp / Sign Here

Firm _____
By _____
Shipment received in good order
Places Received    5 BXS
Driver _____ Date _____
Arrive Time _____ Depart Time _____

Packing Slip # 37055296 (2/8)

MANIFEST: BRO 05228212    BAX GLOBAL    DATE: 08/16/05
        DELIVERY MANIFEST    TIME: 1114
CARTAGE CO: 000 BURLINGTON AIR EXPRESS    PAGE   2 OF 13
    DRIVER: 003 DELPHI/RIMIR/COMPAI

| AIRBILL # | CONSIGNEE | SHIPPER | PIECES | WEIGHT |
|---|---|---|---|---|
| TUS   461995671 | DELPHI DELCO ELECTRO | I T T AUTOMOTIVE | 1 | 16 |
| 701 JOAQUIN CAVAZOS RD | | AZ   SD-08/12 | AGT CHGS | |
| LOS INDIOS    TX 78567 | | | | |
| REF NONE   CMT | | TIME 14 45 RCVD BY | | |
| PIT   463924285 | DELPHI DELCO ELECTRO | KEYSTONE THERMOMETR | 6 | 41 |
| 701 JOAQUIN CAVAZOS RD | | PA   SD-08/12 | AGT CHGS | |
| LOS INDIOS    TX 78567 | | | | |
| REF PTA NORMAL   CMT | | TIME    RCVD BY | | |
| MKE   465053175 | DELPHI D DELNOSA | EMERALD GRAPHICS | 1 | 150 GTD |
| 702 JOAQUIN CAVAZOS | | WI   2D-08/12 | AGT CHGS | |
| LOS INDIOS    TX 78567 | | | | |
| REF 1625I176,1625I1CMT | | TIME    RCVD BY | | |
| GSP   468411683 | DELPHI DELCO ELECTRO | SPECIALTY ELECTRONI | 2 | 22 |
| 701 JOAQUIN CAVAZOS RD | | SC   SD-08/12 | AGT CHGS | |
| LOS INDIOS    TX 78567 | | | | |
| REF NONE   CMT | | TIME    RCVD BY | | |
| MEM   476026283 | DELPHI D DELNOSA | PHILIPS SEMICONDUCT | 11 | 160 |
| 702 JOAQUIN CAVAZOS | | TN   SD-08/12 | AGT CHGS | |
| LOS INDIOS    TX 78567 | | | | |
| REF   CMT | | TIME    RCVD BY | | |
| STL   507460203 | DELPHI DELCO ELECTRO | BUSSMANN FUSES DIVI | 1 | 23 |
| 701 JOAQUIN CAVAZOS RD | | MO   SD-08/12 | AGT CHGS | |
| LOS INDIOS    TX 78567 | | | | |
| REF IM   CMT | | TIME    RCVD BY | | |
| SAN   547353811 | DELPHI D DELNOSA | DELPHI CONNECTIONS | 2 | 13 |
| 702 JOAQUIN CAVAZOS | | CA   SD-08/12 | AGT CHGS | |
| LOS INDIOS    TX 78567 | | | | |
| REF   CMT | | TIME    RCVD BY | | |
| SAN   547354662 | DELPHI DELCO ELECTRO | DELPHI CONNECTIONS | 2 | 12 |
| 701 JOAQUIN CAVAZOS RD | | CA   SD-08/12 | AGT CHGS | |
| LOS INDIOS    TX 78567 | | | | |
| REF PTA NORMAL   CMT | | TIME    RCVD BY | | |
| YNA   547357274 | DELPHI DELCO ELECTRO | LORENSON MANUFACTU | 1 | 41 |
| 601 JOAQUIN CAVAZOS RD | | IN   SD-08/12 | AGT CHGS | |
| LOS INDIOS    TX 78567 | | | | |
| REF   CMT | | TIME    RCVD BY | | |

FREIGHT RCVD

MONIES AND
RECEIPTS BY

TOTAL AGENT CHARGES
APPROVED _Jessica Villalobos_
DATE APPROVED 8/16/05

MAY/11/2007/FRI 05:58 PM                                               P. 003



Packing Slip # 32055322 (3/8)

MAY/11/2007/FRI 06:00 PM                                                    P. 004

**CENTRAL TRANSPORT**

Pro Number
**856-129076-6**

| Ship Date |
|-----------|
| 08/16/05 |

| Pieces | Weight |
|--------|--------|
| 1 | 240 |

Reference Number

| Org | DC |
|-----|-----|
| 856 | 799 |

**Freight Terms**
Freight Charges Are
**Collect**

SCAC:    CTII

Consignee:
DELPHI PLANT 67
32 CELEBRITY WAGON ST
EL PASO, TX 79906

Shipper:
ITT AUTOMOTIVE FLUID HAND.
845 E OHIO ST
TUCSON, AZ 85714

**Special Instructions**
Delivery Trailer: 47-0621
Shipper COD Amount
0.0000

**STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE**
NOT TO BE USED FOR ORDER NOTIFY SHIPMENTS
**CENTRAL TRANSPORT · CTII**    www.centraltransportint.com

ITT INDUSTRIES
321374741202
845 EAST OHIO STREET    SUITE #107
TUCSON,    AZ    85714 - 3313
(520) 434-8680

☐ PREPAID (SHIPPER)    ☒ COLLECT (CONSIGNEE)    ☐ OTHER (THIRD PARTY)
Freight charges are collect unless marked prepaid

C.O.D.

ALWAYS LIST HAZARDOUS MATERIALS FIRST IN DESCRIPTION OF ARTICLES COLUMN

| NO. PKGS | HM | KIND OF PACKAGES, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | CLASS |
|----------|----|-----------------------------------------------------------------------|--------|-------|
| 1 SKID |  | Automobile Parts    7 pcs | 61130 | 77.5 |

☐ SKD   ☐ CTN   ☐ DRM   ☐ BUN   ☐ SWAC
☐ CRTS  ☐ BSKT  ☐ ROX   ☐ TOTE ☐ SL&O

**Pro Number        856-129076-6**

**Additional Delivery Services Requested**

| | | | | |
|--|--|--|--|--|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery $50.00 | | ☐ Liftgate | $90.00 ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the retails listed above.

Customer Signature _____    Date _____

**Stamp / Sign Here**

Firm _____
By _____
Shipment received in good order
Pieces Received _____
Driver _____  Date _____
Arrive Time _____  Depart Time _____

Packing Slip # 37055369  (4/8)

**CONSIGNED TO DESTINATION**
Delphi Plant DC 8049
DOCK CODE : 8049
13701 Mines Road
LAREDO    TX    78045

**SOLD TO**
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1560
FLINT    MI    48601-1550

SUPPLIER CODE    812316735
FOB    TUCSON, AZ
CARRIER NAME    FDEP    FEDERAL EXPRESS
COLLECT    [ X ] PREPAID

Carrier Pro Number :    677748020644

| CUSTOMER ORDER NUMBER | SHIP TO DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 160100 | 0000001132 | 677748020644 | | | | | | | Less than carton/bulk pak |

CARTON (Standard)

QUANTITY    51    TARE    RICARDO URRUTIA

DUNS    NET WEIGHT    47

AGENT, PER.

| P.O. OF PLANNER | CUSTOMER SPEC | QUANTITY | UOM | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | MODEL YR | BOOK NUMBER | RELEASE NUMBER | NO. OF CONTAINERS | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | OUR PART NUMBER | CUSTOMER ORDER NO. | | CUSTOMER PART NUMBERS AND PART DESCRIPTION | | | | | | | |
| | | PED745720561 | | 16409989 AIR LEVELING LINE | | | 1841805 | 2985 | 2 | PC | 700 |

CTN

Audited by

TOTAL CONTAINERS    GROSS WEIGHT

```
MANIFEST: ELP 05231219           BAX GLOBAL              DATE: 08/19/05
                              DELIVERY MANIFEST          TIME: 1109
CARTAGE CO: 000 STAGECOACH CARTAGE                       PAGE  2 OF  4
   DRIVER: 008 DELPHI - ENERGY           REPRINT

   AIRBILL #      CONSIGNEE          SHIPPER            PIECES   WEIGHT
```

| AIRBILL # | CONSIGNEE | SHIPPER | PIECES | WEIGHT |
|---|---|---|---|---|
| MSP 691359793 | DELPHI E JUAREZ MFG | U F E | 1 | 8 GTD |
| 32 CELERITY WAGON | C | WI 2D 08/16 | AGT CHG$ | |
| EL PASO | TX 79906 | | | |
| REF PTA NORMAL | CMT | TIME__: __RCVD BY | | 1 |
| BOS 695713104 | DELPHI E JUAREZ MFG | PIXLEY RICHARDS | 6 | 72 |
| 32 CELERITY WAGON | C | MA SD-08/17 | AGT CHG$ | |
| EL PASO | TX 79906 | | | |
| REF PTA NORMAL | CMT | TIME__: __RCVD BY | | 2 |
| BDL 547414582 | DELPHI E JUAREZ MFG | STEWART/E F I | | 12 |
| 32 CELERITY WAGON | C | CT ND-08/18 | AGT CHG$ | |
| EL PASO | TX 79906 | | | |
| REF PTA NORMAL | CMT | TIME__: __RCVD BY | | 3 |
| ROC 687625444 | DELPHI E JUAREZ MFG | JADA PRECISION PLAS | 1 | 8 |
| 32 CELERITY WAGON | C | NY SD-08/18 | AGT CHG$ | |
| EL PASO | TX 79906 | | | |
| REF PTA NORMAL | CMT | TIME__: __RCVD BY | | 4 |
| ORD 706054565 | DELPHI E JUAREZ MFG | YUSEN AIR & SEA SER | 4 | 108 |
| 32 CELERITY WAGON | C | IL ND-08/18 | AGT CHG$ | |
| EL PASO | TX 79906 | | | |
| REF | CMT | TIME__: __RCVD BY | | 5 |
| DFW 706774644 | DELPHI E JUAREZ MFG | TEXAS INSTRUMENTS | 1 | 178 GTD |
| 32 CELERITY WAGON | C | TX 1D 08/18 | AGT CHG$ | |
| EL PASO | TX 79906 | | | |
| REF PTA NORMAL | CMT | TIME__: __RCVD BY | | 6 |
| TUS 692822275 | DELPHI E CHIHUAHUA C | I T T AUTOMOTIVE | 2 | 40 |
| 32 CELERITY WAGON ST | C | AZ SD-08/17 | AGT CHG$ | |
| EL PASO | TX 79906 | | | |
| REF NONE | CMT | TIME__: __RCVD BY | | 7 |
| PHL 703958511 | DELPHI E CHIHUAHUA C | TOPCRAFT PRECISION | 2 | 33 |
| 32 CELERITY WAGON ST | C | PA SD-08/17 | AGT CHG$ | |
| EL PASO | TX 79906 | | | |
| REF PTANORMAL | CMT | TIME__: __RCVD BY | | 8 |
| PIT 704135504 | DELPHI E CHIHUAHUA C | K O A SPEER ELECTRO | 1 | 18 |
| 32 CELERITY WAGON ST | C | PA SD-08/17 | AGT CHG$ | |
| EL PASO | TX 79906 | | | |
| REF | CMT | TIME__: __RCVD BY | | 9 |

```
FREIGHT RCV_____TIME 11:25 | TOTAL AGENT CHARGES _____

                                 | APPROVED _____
MONIES AND
RECEIPTS BY _____ TIME __:   |   DATE APPROVED _____
```



: National Logistics Management : Premium Freight Management :

Page 1 of 1



https://www.nlmi.com/pubTracking.asp

5/11/2007



CONSIGNED TO DESTINATION
DELPHI E & C CHIHUAHUA #1

SOLD TO
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT    MI    48501-1550

SUPPLIER CODE    81231673S
FOB    TUCSON, AZ

CARRIER NO.    BNAF
CARRIER NAME    BACKHAUL

32 CELEBRITY WAGON
Chihuahua Plant 57
EL PASO    TX

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | | | ACCOUNT TOTAL | DATE SHIPPED | | NO. OF CONTAINERS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 560100 | 4106 | 7016121302 | 79906 | 1 NO DAY 784 | | | | 40662 | 09/13/05 | | 2 | PC | 600 |

OUR PART NUMBER    CUSTOMER ORDER NO.    CUSTOMER PART NUMBER AND PART DESCRIPTION

550038479    283357562A
BEND TUBE

| NO. OF CONTAINERS | 2 |
| GROSS WEIGHT | 60 |
| DUNS | 10 |
| TARE | 10 |
| NET WEIGHT | 50 |

RICARDO ORDAZ



MAY/11/2007/FRI 06:01 PM                                                    P. 005



Packing Slip #32056228 (5/8)

MAY/11/2007/FRI 06:03 PM                                                    P. 006

**CENTRAL TRANSPORT**

**Central Transport Delivery Receipt**

Pro Number
856-133803-7

| Ship Date | |
|---|---|
| 09/20/05 | |
| Pieces | Weight |
| 1 | 60 |

Reference Number

| Org | DC |
|---|---|
| 856 | 799 |

Freight Terms
**Freight Charges Are Collect**

SCAC: CTII

Consignee:
DELPHI E-C
22 CELENTY WAGON
EL PASO, TX 79908

Shipper:
ITT AUTOMOTIVE FLUID HAND
845 E OHIO ST
TUCSON, AZ 85714

**Special Instructions**
Delivery Trailer: 47-0733
Shipper COD Amount
0.0000

---

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE
NOT TO BE USED FOR ORDER NOTIFY SHIPMENTS
**CENTRAL TRANSPORT - CTII**
(800) 334-4688 • (800) A-CENTRAL (454-xxx)
www.centraltransportint.com

FROM (SHIPPER PICK UP ADDRESS)
ITT INDUSTRIES
ACCOUNT CODE NUMBER
3213747 1202
STREET
845 EAST OHIO STREET   SUITE #107
CITY                        STATE   ZIP
TUCSON,                     AZ     85714-3343
TELEPHONE
(520) 484-8690

☐ PREPAID (SHIPPER)    ☐ COLLECT (CONSIGNEE)    ☐ OTHER (THIRD PAR)

C.O.D.

C.O.D. FEE
☐ PPD ☐ COL
IS CUSTOMER'S
CHECK ACCEPTABLE
FOR C.O.D.
☐ YES    ☐ NO

ALWAYS LIST HAZARDOUS MATERIALS FIRST IN DESCRIPTION OF ARTICLES COLUMN

| NO PKGS | PKGS | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKINGS, AND EXCEPTIONS | WEIGHT | CLASS |
|---|---|---|---|---|
| | | Automotive Parts | 61130 | 77.5 |

**Pro Number       856-133803-7**

**Additional Delivery Services Requested**

| | | | |
|---|---|---|---|
| ☐ Inside Delivery $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 | |
| ☐ Residential Delivery $50.00 | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 | |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the retails listed above.

Customer Signature_____   Date_____

Internal Use Only
# And Type of Container_____
Part #_____
Qty. of Pcs Affected_____

Date_____
Skids_____
Date_____  Log#_____

---

**Stamp / Sign Here**

Firm_____
By_____
Shipment received in good order.
Pieces Received_____
Driver_____ Date_____
Arrive Time_____  Depart Time_____

---

Packing Slip # 3105 6261 (6/9)





MANIFEST: BRO 05266212

BAX GLOBAL
DELIVERY MANIFEST

DATE: 09/23/05
TIME: 1249
PAGE    2 OF 15

CARTAGE CO: 000 BURLINGTON AIR EXPRESS
DRIVER: 003 DELPHI/RIMIR/COMP/AI

| AIRBILL # | CONSIGNEE | SHIPPER | PIECES | WEIGHT |
|---|---|---|---|---|
| VNY    605438285 | DELPHI ILS COMP MECH | J K L COMPONENTS | 3 | 49 |
| 702 JOAQUIN CAVAZOS RD | C | CA    SD-09/21    AGT CHG$ | | |
| LOS INDIOS    TX 78567 | | TIME___:___ RCVD BY | | |
| REF PTA NORMAL    CMT | | | | |
| PDX    645211-A | SPAN DE MEXICO S.A. | SHARP ELECTRONICS | | 1540 |
| 601 JOAQUIN CAVAZOS | C*FCCOD* WA    SD-09/20    AGT CHG$ | | |
| LOS INDIOS    TX 78567 | $***2392.01CT= $***2392.01BX * $***+0.00SH FCOD | | |
| REF D    CMT | | TIME___:___ RCVD BY | | 2 |
| VNY    162747084 | DELPHI D DELNOSA | SOLTEC | 2 | 28 GTD |
| 702 JOAQUIN CAVAZOS | C | CA    3D 09/20    AGT CHG$ | | |
| LOS INDIOS    TX 78567 | | TIME___:___ RCVD BY | | 3 |
| REF 59N15649    CMT | | | | |
| ELP    197580676 | DELPHI D DELNOSA | DELPHI P FINISHED G | 1 5kid | 320 |
| 702 JOAQUIN CAVAZOS | C | TX    SD-09/21    AGT CHG$ | | |
| LOS INDIOS    TX 78567 | | TIME___:___ RCVD BY | | 4 |
| REF NONE    CMT | | | | |
| CLE    222639056 | DELPHI D DELNOSA | NORTH AMERICAN COAT | 2 | 88 GTD |
| 702 JOAQUIN CAVAZOS | C | OH    3D 09/19    AGT CHG$ | | |
| LOS INDIOS    TX 78567 | | TIME___:___ RCVD BY | | 5 |
| REF 52007    CMT | | | | |
| ORD    311215063 | DELPHI RIMIR | STRANCO PRODUCTS | 1 | |
| 702 JOAQUIN CAVAZOS RD | C | IL    SD-09/20    AGT CHG$ | | |
| LOS INDIOS    TX 78567 | | TIME___:___ RCVD BY | | 6 |
| REF PTA NORMAL    CMT | | | | |
| LRD    457199573 | DELPHI RIMIR | BROKERS LOGISTICS | 2 | 72 |
| 702 JOAQUIN CAVAZOS RD | C | TX    SD-09/21    AGT CHG$ | | |
| LOS INDIOS    TX 78567 | | TIME___:___ RCVD BY | | 7 |
| REF    CMT | | | | |
| LRD    457203191 | DELPHI D DELNOSA | DELPHI P | 1 | |
| 702 JOAQUIN CAVAZOS | C | TX    SD-09/21    AGT CHG$ | | |
| LOS INDIOS    TX 78567 | | TIME___:___ RCVD BY | | 8 |
| REF    CMT | | | | |
| TUS    461995660 | DELPHI DELCO ELECTRO I | I T AUTOMOTIVE | 2 | 18 |
| 701 JOAQUIN CAVAZOS RD | C | AZ    SD-09/21    AGT CHG$ | | |
| LOS INDIOS    TX 78567 | | TIME___:___ RCVD BY | | 9 |
| REF NONE    CMT | | | | |

FREIGHT RCVD_____    TIME___:___    TOTAL AGENT CHARGES_____

APPROVED_____

MONIES AND
RECEIPTS BY_____    TIME___:___    DATE APPROVED_____

MAY/11/2007/FRI 06:04 PM                                                                    P. 007



*No packing slip - 4 totes of 25345333 @ 260*

**CENTRAL TRANSPORT - CTII**

Pro Number
856-133830-0

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

Ship Date
09/23/06

| Pieces | Weight |
|--------|--------|
| 1 | 90 |

Reference Number

| Qtr | DC |
|-----|-----|
| 856 | 493 |

Freight Terms
**Freight Charges Are Collect**

FROM SHIPPER (PICK UP ADDRESS)
ITT INDUSTRIES
32137471202
845 EAST OHIO STREET   SUITE #107
TUCSON          AZ      85714 - 3312
(520) 434-8690

SCAC   CTII

Consignee:

Shipper:
ITT AUTOMOTIVE FLUID HAND
946 E OHIO ST
TUCSON, AZ 85714

Special Instructions
Delivery Trailer 53-9996
Shipper COD Amount
0.0000

C.O.D.

Automotive Parts         81130   773

| NO. PCS. | DESCRIPTION |
|----------|-------------|

Stamp / Sign Here

Firm
By
Shipment received in good order
Pieces Received
Driver                    Date
Arrive Time   Depart Time

**Pro Number          856-133830-0**

Additional Delivery Services Requested

| | | |
|---|---|---|
| Inside Delivery $70.00 | Sort - Segregate $90.00 | Driver Delay $75.00 |
| Residential Delivery $50.00 | Liftgate $90.00 | Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature_____ Date_____

Internal Use Only
# And Type of Container
Part #
Qty, of Pcs Affected

Door
Shpdt
Date          Logs

Packing Slip # 32056414   (2/8)

MAY/11/2007/FRI 06:05 PM                                                    P. 008

## Central Transport Delivery Receipt

**CENTRAL TRANSPORT**

Pro Number
**856-133815-1**

| Ship Date | |
|---|---|
| 09/26/05 | |

| Pieces | Weight |
|---|---|
| 1 | 72 |

Reference Number

| Org | DC |
|---|---|
| 856 | 799 |

**Freight Terms**
Freight Charges Are
Collect

SCAC:    CTII

Consignee:
DELPHI PLANT 57
92 CELERITY WAGON
EL PASO, TX 79905

Shipper:
ITT AUTOMOTIVE FLUID HAND
855 E OHIO ST
TUCSON, AZ 85714

**Special Instructions**
Delivery Trailer: 47-0836
Shipper COD Amount
0.0000

---

### Stamp / Sign Here

Firm _____
By _____
Shipment received in good condition.
Pieces Received _____
Driver _____  Date _____
Arrive Time _____  Depart Time _____

---

### Pro Number        856-133815-1

**Additional Delivery Services Requested**

| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed
and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature_____  Date_____

Internal Use Only
# And Type of Container _____  Desc. _____
Part # _____  Skids _____
Qty. of Pcs Affected _____  Date _____  Logs _____

---

Packing Slip # 32056438  (8/8)



```
MANIFEST: FWA 05271025              BAX GLOBAL              DATE: 09/28/05
                                 DELIVERY MANIFEST          TIME: 0846
CARTAGE CO: 000 TEMPLE TRUCKING                             PAGE   1 OF  1
   DRIVER: 025 DELPHI VAILE-74-75-9

     AIRBILL #      CONSIGNEE           SHIPPER            PIECES    WEIGHT
```

```
BOS   695424870   DELPHI D DPSS CUNEO/ M/A COM               2        60
1125 E VAILE PLT 74           P         MA    SD-09/26    AGT CHG$
KOKOMO            IN 46901
REF NONE          CMT  Larry Mill       TIME 3:15  RCVD BY Larry Mill    3

TUS   704611736   DELPHI D DPSS CUNEO/ I T T AUTOMOTIVE      1        30
1125 E VAILE PLT 74           C         AZ    SD-09/26    AGT CHG$
KOKOMO            IN 46901
REF NONE          CMT_____         TIME   :    RCVD BY_____    3

SYR   693546792   DELPHI D DPSS CUNEO/ MOLD A MATIC          1        8
1125 E VAILE PLT 74           C         NY    SD-09/27    AGT CHGS
KOKOMO            IN 46901
REF PTA NORMAL    CMT_____         TIME   :    RCVD BY_____    3
```

```
     TOTAL SHIPMENTS =  3    TOTAL PIECES =   4    TOTAL WEIGHT =   98

FREIGHT RCVD_____  TIME 8:55  TOTAL AGENT CHARGES_____

                                   APPROVED_____
MONIES AND
RECEIPTS BY_____   TIME 1308   DATE APPROVED_____

START MILEAGE_____      END MILEAGE_____      ELAPSED MILEAGE_____
```

```
MANIFEST: ELP 05272219          BAX GLOBAL .           DATE: 09/29/05
                              · DELIVERY MANIFEST      TIME: 1151
CARTAGE CO: 000 STAGECOACH CARTAGE                     PAGE   3 OF  4
 'DRIVER: 008 DELPHI - ENERGY

    AIRBILL #       CONSIGNEE .      ·   SHIPPER        PIECES   WEIGHT
-------------------------------------------------------------------------
TOL.  681904123    DELPHI E & C CHIHUAH ADVANCED ENGINEERIN   1     350
32 CELERITY WAGON ST         P      OH  ND-09/28     AGT CHGS
EL PASO              TX 79906
REF            CMT           TIME 12 20  RCVD BY               1

DTW   701849934    DELPHI E & C CHIHUAH W F WHELAN            2      7
32 CELERITY WAGON ST         C      MI  SD-09/27     AGT CHGS
EL PASO              TX 79906
REF            CMT           TIME    :   RCVD BY              2

PHX  704557022     DELPHI E & C CHIHUAH TRIUMPH LLC           1      19
32 CELERITY WAGON ST         C      AZ  SD-09/27     AGT CHGS
EL PASO              TX 79906
REF PTA NORMAL       CMT          TIME   :  RCVD BY           3

TUS  704611740     DELPHI E & C CHIHUAH L T T AUTOMOTIVE      2      36
32 CELERITY WAGON ST         C      AZ  SD-09/27     AGT CHGS
EL PASO              TX 79906
REF NONE             CMT          TIME    :  RCVD BY          4

MKE   7453430      DELPHI E & C CHIHUAH SPECIAL ELECTRIC      2      24
32 CELERITY WAGON ST         C      WI  SD-09/28     AGT CHGS
EL PASO              TX 79906
REF            CMT           TIME    :  RCVD BY              5

ORD  690414335     DELPHI E & C CHIHUAH STEVEN S WOLDING      2      30
32 CELERITY WAGON ST         C      IN  SD-09/28     AGT CHGS
EL PASO              TX 79906
REF NA               CMT          TIME   :  RCVD BY           6

YNG  547805513     DELPHI S AUTOMOTIVE  DELPHI P HEADQUARTE   1     56 GTD
32 CELERITY WAGON            C      OH  3D 09/26     AGT CHGS
REF PTA NORMAL       CMT          TIME   :  RCVD BY           7

MKE  605737893     DELPHI S AUTOMOTIVE  EXACTO SPRING         2     56
32 CELERITY WAGON            C      WI  SD-09/27     AGT CHGS
EL PASO              TX 79906
REF PTA NORMAL       CMT          TIME   :  RCVD BY           8

TVC  652934730     DELPHI S AUTOMOTIVE  ACRA                  7    235 GTD
32 CELERITY WAGON            C      MI  3D 09/26     AGT CHGS
EL PASO              TX 79906
REF            CMT           TIME   :  RCVD BY              9


FREIGHT RE...         TIME 12:10  TOTAL AGENT CHARGES

                                   APPROVED
MONIES AND
 RECEIPTS BY              TIME  :       DATE APPROVED
```

```
MANIFEST: ELP 05273219          BAX GLOBAL              DATE: 09/30/05
                             DELIVERY MANIFEST          TIME: 1118
CARTAGE CO: 000 STAGECOACH CARTAGE                      PAGE   2 OF  3
   DRIVER: 008 DELPHI - ENERGY

   AIRBILL #      CONSIGNEE          SHIPPER          PIECES   WEIGHT
PIT   704134944  DELPHI E CHIHUAHUA C  K O A SPEER ELECTRO   1      14
32 CELERITY WAGON ST        C.      PA   SD-09/29    AGT CHG$
EL PASO                TX 79906
REF              CMT_____  TIME____:__RCVD BY_____   1

SAN   547821046  DELPHI C- CISCO 3406 TREDLEBORG SEALING   4      20
32 CELERITY WAGON            P      CA   ND-09/29    AGT CHG$
EL PASO                TX 79906
REF              CMT_____  TIME___:__RCVD BY_____    2

BNA   547832950  DELPHI E CHIHUAHUA C  PARKER HANNIFIN O-R  1/3     64
32 CELERITY WAGON ST        C      TN   SD-09/28    AGT CHG$
EL PASO                TX 79906
REF              CMT_____  TIME___:__RCVD BY_____    3

PHL   696585061  DELPHI E CHIHUAHUA C  TOPCRAFT PRECISION   3      33
32 CELERITY WAGON ST        C      PA   SD-09/28    AGT CHG$
EL PASO                TX 79906
REF PTANORMAL    CMT_____  TIME___:__RCVD BY_____    4

BRO   693844266  DELPHI HARRISON  PLT  DELPHI M SYSTEMS     5      42 GTD
32 CELERITY WAGON ST        P      TX   2D 09/27    AGT CHG$
EL PASO                TX 79906
REF              CMT_____  TIME___:__RCVD BY_____    5

DTW   701849853  DELPHI E & C CHIHUAH  W F WHELAN           1       7
32 CELERITY WAGON ST        C      MI   SD-09/28    AGT CHG$
EL PASO                TX 79906
REF              CMT_____  TIME___:__RCVD BY_____    6

TUS   704611751  DELPHI E & C CHIHUAH  I T T AUTOMOTIVE     2      35
32 CELERITY WAGON ST        C      AZ   SD-09/28    AGT CHG$
EL PASO                TX 79906
REF NONE         CMT_____  TIME___:__RCVD BY_____    7

YYZ   243155581  DELPHI E & C CHIHUAH  A BERGER PRECISION   1      10
32 CELERITY WAGON ST        C      ON   SD-09/29    AGT CHG$
EL PASO                TX 79906
REF              CMT_____  TIME___:__RCVD BY_____    8

MKE   547830485  DELPHI E & C CHIHUAH  ASSOCIATED SPRING    4      12
32 CELERITY WAGON ST        C      WI   SD-09/28    AGT CHG$
EL PASO                TX 79906
REF PTA NORMAL   CMT_____  TIME___:__RCVD BY_____    9

FREIGHT RCVD_____ TIME_11_50_  TOTAL AGENT CHARGES_____
                                         APPROVED_____
MONIES AND
RECEIPTS BY_____  TIME____:__    DATE APPROVED_____
```

MANUR MUÑO 09-30-05

```
MANIFEST: ELP 05276219          BAX GLOBAL            DATE: 10/03/05
                             DELIVERY MANIFEST         TIME: 1148
CARTAGE CO: 000 STAGECOACH CARTAGE                     PAGE  4 OF  7
   DRIVER: 008 DELPHI - ENERGY

   AIRBILL #      CONSIGNEE              SHIPPER          PIECES   WEIGHT
--------------------------------------------------------------------------
MSP   803134426   DELPHI E JUAREZ MFG   THERMOTECH          1       170
32 CELERITY WAGON          P            MN  ND-09/29    AGT CHG$
EL PASO           TX 79906
REF NONE          CMT                   TIME   : /V RCVD BY              1

BNA   547847086   DELPHI E CHIHUAHUA C  PARKER HANNIFIN O-R  11       70
32 CELERITY WAGON ST       C            TN  SD-09/29    AGT CHG$
EL PASO           TX 79906
REF               CMT                   TIME   : /V RCVD BY              2

LAX   696171464   DELPHI E&C JUAREZ     HUTCHINSON SEAL      7
32 CELERITY WAGON          C*FCCOD* CA  SD-09/29.   AGT CHG$
EL PASO           TX 79906 $*****77.20CT= $*****77.20BX + $*******0.00SH FCOD
REF               CMT                   TIME   : /V RCVD BY              3

PHL   698650525   DELPHI E CHIHUAHUA C  TOPCRAFT PRECISION   2         20
32 CELERITY WAGON ST       C            PA  SD-09/29    AGT CHG$
EL PASO           TX 79906
REF 55002417L     CMT                   TIME   : /V RCVD BY              4

ELP   702276293   DELPHI E CHIHUAHUA C  AVON AUTOMOTIVE      4        108 GTD
32 CELERITY WAGON ST       C            TX  1D 09/30    AGT CHG$
EL PASO           TX 79906
REF NONE          CMT                   TIME   : /V RCVD BY              5

BNA   698028645   DELPHI E CHIHUAHUA C  PARKER HANNIFIN O-R  11        65
32 CELERITY WAGON ST       C            TN  SD-09/30    AGT CHG$
EL PASO           TX 79906
REF               CMT                   TIME   : /V RCVD BY              6

TUS   704511805   DELPHI E CHIHUAHUA C  T T AUTOMOTIVE       1         20
32 CELERITY WAGON ST       C            AZ  SD-09/30    AGT CHG$
EL PASO           TX 79906
REF NONE          CMT                   TIME   : /V RCVD BY              7

LAX   696171442   DELPHI E CHIHUAHUA C  HUTCHINSON SEAL      3        247
32 CELERITY WAGON ST       C            CA  SD-09/30    AGT CHG$
EL PASO           TX 79906
REF               CMT                   TIME   : /V RCVD BY              8

PIT   704134896   DELPHI E CHIHUAHUA C  K O A SPEER ELECTRO  1         14
32 CELERITY WAGON ST       C            PA  SD-09/30    AGT CHG$
EL PASO           TX 79906
REF               CMT                   TIME   : /V RCVD BY              9

FREIGHT R                   TIME 12:11 TOTAL AGENT CHARGES
                                        APPROVED
MONIES AND
RECEIPTS BY_____ TIME___:___  DATE APPROVED_____

RECEIPTS BY_____ TIME_____  DATE APPROVED_____
START MILEAGE_____ END MILEAGE_____ ELAPSED MILEAGE_____
```

```
MANIFEST: FWA 05277025              BAX GLOBAL           DATE: 10/04/05
                                 DELIVERY MANIFEST       TIME: 0837
CARTAGE CO: 000 TEMPLE TRUCKING                          PAGE   1 OF 1
    DRIVER: 025 DELPHI VAILE-74-75-9

    AIRBILL #       CONSIGNEE          SHIPPER          PIECES  WEIGHT

MFZ   698210520    DELPHI D DPSS CUNEO/ AM-MEX PRODUCTS     1       4
1125 E VAILE PLT 74        C       TX   ND-10/03       AGT CHG$
KOKOMO               IN 46901
REF              CMT                 TIME /3/5   RCVD BY Larry Miller   1

TUS   704611832    DELPHI D DPSS CUNEO/ I T T AUTOMOTIVE    1      30
1125 E VAILE PLT 74        C       AZ   SD-10/03       AGT CHG$
KOKOMO               IN 46901
REF NONE         CMT                 TIME      RCVD BY
```

```
        TOTAL SHIPMENTS =  2     TOTAL PIECES =   2     TOTAL WEIGHT =   34

    FREIGHT RCVD                  TIME        TOTAL AGENT CHARGES
                                              APPROVED
    MONIES AND
    RECEIPTS BY                   TIME        DATE APPROVED

    START MILEAGE           END MILEAGE            ELASPED MILEAGE
```