SOLD TO
DELPHI AUTOMOTIVE SYSTEMS

P.O. BOX 1550

FLINT    MI    48501-1550

CONSIGNED TO DESTINATION
DELPHI PACKARD ELECTRIC
ATTN: MARTHA TIJERINA
DOCK CODE : 8043
8202 KILLAM INDL BLVD
BLDG G
LAREDO    TX    78041-

SUPPLIER CODE    81231675
FOB    TUCSON, AZ
CARRIER NO.
CARRIER NAME    FDFP
FEDERAL EXPRESS
COLLECT    XX    PREPAID

| CUSTOMER NUMBER | CONSIGNEE'S DEPT. | CHRTY. | SUB. | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | | WEIGHT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| OUR PART NUMBER | | TRAILER NUMBER | ROUTE CODE | DIVISION | PER PART LABEL | ASSEMBLY PLANT | MODEL YR. | BOOK NUMBER | RELEASE NUMBER | DATE SHIPPED | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|

PLANT OR DESTINATION CODE: 008100017S-

CUSTOMER ORDER NO. PEDP4570001

CUSTOMER PART NUMBER AND PART DESCRIPTION
15224639
VACUUM HOSE

Carrier Pro Number : 877748027810

AUTO PARTS PLASTIC N.O.I.,B.N. HAVING A

NO. OF CONTAINERS    2    NET WEIGHT    2/3    AGGR. NET    23

TOTAL CONTAINERS    25

GROSS WEIGHT    RICHARDO URUNUVA

ACCUM TOTAL    1700    CTN    1    PC    350

NO. OF CONTAINERS    PCS UNITS QUANTITY SHIPPED



MAY/11/2007/FRI 05:56 PM                                                P. 001

**CENTRAL TRANSPORT**

Pro Number
**856-130339-6**

| Ship Date | |
| --- | --- |
| 07/27/05 | |
| Pieces | Weight |
| 1 | 140 |

Reference Number

| Org | DC |
| --- | --- |
| 856 | 789 |

Freight Terms
**Freight Charges Are Collect**

SCAC:        CTII

Consignee:
DELPHI C CHIHUAHUA
82 CELERITY WAGON ST
EL PASO, TX 78906

Shipper:
ITT AUTOMOTIVE FLUID HAND
845 E OHIO ST
TUCSON, AZ 85714

Special Instructions
Delivery Trailer: 53-B239
Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE
NOT TO BE USED FOR ORDER NOTIFY SHIPMENTS
**CENTRAL TRANSPORT - CTII**
(800) 334-4883 - (800) 4-CENTRAL
www.centraltransportint.com

ITT INDUSTRIES
3213747120?
845 EAST OHIO STREET    SUITE #107
TUCSON,        AZ        85714 - 3313
(520) 434-8590

☐ PREPAID (SHIPPER)    ☐ COLLECT (CONSIGNEE)    ☐ OTHER (THIRD PART

**C.O.D.**

$ _____

Automotive Parts                                    61130        77.5

☐ S/O    ☐ LSE CTN    ☐ DRM    ☐ BUN    ☐ SHWC
☐ CRTS    ☐ BSKT    ☐ RCK    ☐ TOTE    ☐ SL & D

**Pro Number        856-130339-5**

Additional Delivery Services Requested

| | | | |
| --- | --- | --- | --- |
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate $70.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery $50.00 | | ☐ Liftgate $70.00 | ☐ Redelivery - $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rates listed above.

Customer Signature _____    Date _____

Internal Use Only
# And Type of Container _____    Desc. _____
Part # _____    Skids _____
Qty. of Pcs Affected _____    Date _____    Logf _____

Stamp / Sign Here

Firm    Del pa
By    M Mills
Shipment received in good order
Please Received

Driver _____    Date 7/28/0?

Arrive Time        Depart Time
8 am              9 am

Packing slip # 32054918    (1/8)

```
MANIFEST: ELP 05210219          BAX GLOBAL              DATE: 07/29/05
                              DELIVERY MANIFEST          TIME: 1009
CARTAGE CO: 030 STAGECOACH CARTAGE                       PAGE   3 OF 3
    DRIVER: 008 DELPHI - ENERGY

   AIRBILL #        CONSIGNEE        SHIPPER          PIECES   WEIGHT

RDU   467349724   DELPHI S AUTOMOTIVE  DANAHER CONTROLS    1      24
32 CELERITY WAGON        C          NC   SD-07/27      AGT CHGS    C
EL PASO          TX 79906
REF              CMT                  TIME 10.50 RCVD BY          2

BOS   622258523   DELPHI S AUTOMOTIVE  N Y E LUBRICANTS    1       3
32 CELERITY WAGON        C          MA   SD-07/27      AGT CHGS    C
EL PASO          TX 79906
REF PTA NORMAL   CMT                  TIME   :   RCVD BY          2

TUS   692823441   DELPHI S AUTOMOTIVE  I T T AUTOMOTIVE    2      45
32 CELERITY WAGON        C          AZ   SD-07/27      AGT CHGS    C
EL PASO          TX 79906
REF NONE         CMT                  TIME   :   RCVD BY          3

BOS   695712931   DELPHI S AUTOMOTIVE  PIXLEY RICHARDS     5      50
32 CELERITY WAGON        C          MA   SD-07/27      AGT CHGS    C
EL PASO          TX 79906
REF PTA NORMAL   CMT                  TIME   :   RCVD BY          5

LAX   466961272   DELPHI E & C CHIHUAH HUTCHINSON SEAL     1       3
32 CELERITY WAGON ST     C          CA   SD-07/26      AGT CHGS    C
EL PASO          TX 79906
REF              CMT                  TIME   :   RCVD BY          6

YNG   547217915   DELPHI E & C CHIHUAH DELPHI P HEADQUARTE 1     146
32 CELERITY WAGON ST     C          OH   S3-07/27      AGT CHGS    C
EL PASO          TX 79906
REF PTA NORMAL   CMT                  TIME   :   RCVD BY          6

FLO   688031875   DELPHI E & C CHIHUAH I N A              1      23
32 CELERITY WAGON ST     C          SC   S3-07/26      AGT CHGS    C
EL PASO          TX 79906
REF PTA NORMAL   CMT                  TIME   :   RCVD BY          7

YNG   547230950   DELPHI E & C CHIHUAH DELPHI P HEADQUARTE 1      70
32 CELERITY WAGON ST     C          OH   S3-07/28      AGT CHGS    C
EL PASO          TX 79906
REF PTA NORMAL   CMT                  TIME   :   RCVD BY          8
```

```
    TOTAL SHIPMENTS = 8   TOTAL PIECES =   58   TOTAL WEIGHT =  1145
FREIGHT RCVD                   TIME 10.3  TOTAL AGENT CHARGES

MONIES AND                                APPROVED
RECEIPTS BY              TIME   :
                                          DATE APPROVED
START MILEAGE         , END MILEAGE          ELASPED MILEAGE
```

```
MANIFEST: ELP 05213219           BAX GLOBAL              DATE: 08/01/05
                                DELIVERY MANIFEST        TIME: 1027
CARTAGE CO: 000 STAGECOACH CARTAGE                       PAGE   5 OF 6
    DRIVER: 008 DELPHI - ENERGY

      AIRBILL #        CONSIGNEE             SHIPPER           PIECES   WEIGHT

LRD   457203353    DELPHI E & C CHIHUAH  DELPHI P               1        33
32 CELERITY WAGON ST        C            TX   SD-07/29  AGT CHG$ .
EL PASO            TX 79906
REF PTA NORMAL     CMT                    TIME    :  RCVD BY              1.

FNT   461585036    DELPHI E & C CHIHUAH  I T T INDUSTRIES       4        73
32 CELERITY WAGON ST        C            MI   SD-07/29  AGT CHG$
EL PASO            TX 79906
REF PTA NORMAL     CMT                    TIME    :  RCVD BY              2.

LAX   466961202    DELPHI E & C CHIHUAH  HUTCHINSON SEAL        3        38
32 CELERITY WAGON ST        C            CA   SD-07/28  AGT CHG$
EL PASO            TX 79906
REF                CMT                    TIME    :  RCVD BY              3.

SAN   547233315    DELPHI C- CISCO 3406  TRELLEBORG SEALING     2        10
32 CELEBRITY WAGON          C            CA   SD-07/29  AGT CHG$
EL PASO            TX 79906
REF                CMT                    TIME    :  RCVD BY              4.

YNG   547244865    DELPHI E & C CHIHUAH  DELPHI P HEADQUARTE    1       109
32 CELERITY WAGON ST        C            OH   3D 07/29  AGT CHG$
EL PASO            TX 79906
REF PTA NORMAL     CMT                    TIME    :  RCVD BY              5.

DTW   690748903    DELPHI E & C CHIHUAH  W F WHELAN             1        6
32 CELERITY WAGON ST        C            MI   SD-07/28  AGT CHG$
EL PASO            TX 79906
REF                CMT                    TIME    :  RCVD BY              6.

TUS   692821415    DELPHI E & C CHIHUAH  I T T AUTOMOTIVE       1        20
32 CELERITY WAGON ST        C            AZ   SD-07/29  AGT CHG$
EL PASO            TX 79906
REF NONE           CMT                    TIME    :  RCVD BY              7.

TUS   692821425    DELPHI E & C CHIHUAH  I T T AUTOMOTIVE       4        86
32 CELERITY WAGON ST        C            AZ   SD-07/28  AGT CHG$
EL PASO            TX 79906
REF NONE           CMT                    TIME    :  RCVD BY              8.

BRO   693845202    DELPHI E & C CHIHUAH  DELPHI M SYSTEMS       2        18
32 CELERITY WAGON ST        P            TX   SD-07/28  AGT CHG$
EL PASO            TX 79906
REF                CMT                    TIME    :  RCVD BY              9.


FREIGHT ROU                 TIME          TOTAL AGENT CHARGES

                                          APPROVED

MONIES AND
RECEIPTS BY                 TIME          DATE APPROVED   8-01-05
```

SHIPPER NO
SHIPMENT NO

SUPPLIER CODE   812316735
FOR   TUCSON, AZ

CARRIER NO.   BNAF
CARRIER NAME   SUN CAL/GMC
COLLECT [XX] PREPAID [ ]

SOLD TO
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT          MI        48501-1550

CONSIGNED TO DESTINATION
DELPHI E & C CHIHUAHUA #1
32, CELEBRITY WAGON
Chihuahua Plant 67
EL PASO          TX

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | CUSTOMER ORDER NO. | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|---|---|---|
| 1101101 | H1X1 | 6302155A | | 550035479 | | 79906 | | |

| CUSTOMERS DESC. | QNANTY. | 3/8 | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | | | | |

OUR PART NUMBER   550035479   CUSTOMER PART NUMBER AND PART DESCRIPTION   29557924   BEND TUBE

GERAMS   ACCUM TOTAL   4256   NO. OF CONTAINERS   4   PCS UNITS   PC   QUANTITY SHIPPED   1230

Carton (Standard)

| TOTAL CONTAINERS | 4 | | DRUMS | | PKGR. PCS. |
| GROSS WEIGHT | 140 | TARE | 16 | NET WEIGHT | 124 |

Audited
by

MAY/11/2007/FRI 05:57 PM                                                      P. 002

**CENTRAL TRANSPORT®**
Pro Number
**856-128793-7**

Ship Date
08/11/05

Places: 1    Weight: 150

Reference Number

Org: 856    DC: 799

Freight Terms
**Freight Charges Are Collect**

SCAC:    CTII

Consignee:
DELPHI 33021
32 CELEBRITY WAGON ST.
EL PASO, TX 79906

Shipper:
ITT AUTOMOTIVE FLUID HAND
845 E OHIO ST
TUCSON, AZ 85714

Special Instructions
Delivery Trailer: 53-7856
Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE
**CENTRAL TRANSPORT - CTII**

ITT INDUSTRIES
32137471202
845 EAST OHIO STREET    SUITE #107
TUCSON,    AZ    85714 - 3313
(520) 424-8690

☐ PREPAID (SHIPPER)    ☒ COLLECT (CONSIGNEE)    ☐ OTHER (THIRD PARTY)

**C.O.D.**    C.O.D. FEE    ☐ PPD  ☐ COL.
IS CUSTOMER'S CHECK ACCEPTABLE FOR C.O.D.?    ☐ YES  ☐ NO

ALWAYS LIST HAZARDOUS MATERIALS FIRST IN DESCRIPTION OF ARTICLES COLUMN

| | | KIND OF PACKAGES, DESCRIPTION OF ARTICLES, SPECIAL MARKINGS, AND EXCEPTIONS | WEIGHT | CLASS | |
|---|---|---|---|---|---|
| | | Automotive Parts    (5 pcs) | 61130 | 77.5 | |

Pro Number    **856-128793-7**

**Stamp / Sign Here**
Firm:
By:
Shipment received in good order
Places Received: 5 pcs
Driver:    Date: 8/16

Arrive Time:    Depart Time:

Additional Delivery Services Requested

☐ Inside Delivery    $70.00    ☐ Sort - Segregate $90.00    ☐ Driver Delay    $75.00
☐ Residential Delivery $50.00    ☐ Liftgate    $90.00    ☐ Redelivery    $50.00

Internal Use Only
# And Type of Container
Pcs #
Qty. of Pcs Affected

Packing Slip # 37055296 (2/8)

MANIFEST: BRO 05228212                    BAX GLOBAL              DATE: 08/16/05
                                          DELIVERY MANIFEST       TIME: 1114
CARTAGE CO: 000 BURLINGTON AIR EXPRESS                            PAGE    2 OF 13
        DRIVER: 003 DELPHI/RIMIR/COMPANI

        AIRBILL #        CONSIGNEE              SHIPPER              PIECES   WEIGHT

TUS   461995671    DELPHI DELCO ELECTRO   I T T AUTOMOTIVE            1        16
701 JOAQUIN CAVAZOS RD            C        AZ   SD-08/12      AGT CHGS
LOS INDIOS          TX 78567              TIME 14 45   RCVD BY
REF NONE            CMT

PIT   463924285    DELPHI DELCO ELECTRO   KEYSTONE THERMOMETE         4        41
701 JOAQUIN CAVAZOS RD            C        PA   SD-08/12      AGT CHGS
LOS INDIOS          TX 78567              TIME    :    RCVD BY
REF PTA NORMAL      CMT

MKE   465053175    DELPHI D DE NOSA       EMERALD GRAPHICS            1      150 GTD
702 JOAQUIN CAVAZOS              C         WI   2D-08/12      AGT CHGS
LOS INDIOS          TX 78567              TIME    :    RCVD BY                 3
REF 1625176,162521 CMT

GSP   468411683    DELPHI DELCO ELECTRO   SPECIALTY ELECTRONI         2        22
701 JOAQUIN CAVAZOS RD            C        SC   SD-08/12      AGT CHGS
LOS INDIOS          TX 78567              TIME    :    RCVD BY                 4
REF NONE            CMT

MEM   476026283    DELPHI D DE NOSA       PHILIPS SEMICONDUCT        11       160
702 JOAQUIN CAVAZOS              C         TN   SD-08/12      AGT CHGS
LOS INDIOS          TX 78567              TIME    :    RCVD BY                 5
REF                 CMT

STL   507460203    DELPHI DELCO ELECTRO   BUSSMANN FUSES DIVI         1        23
701 JOAQUIN CAVAZOS RD            C        MO   SD-08/12      AGT CHGS
LOS INDIOS          TX 78567              TIME    :    RCVD BY                 6
REF IM              CMT

SAN   547353811    DELPHI D DE NOSA       DELPHI CONNECTIONS          2        13
702 JOAQUIN CAVAZOS              C         CA   SD-08/12      AGT CHGS
LOS INDIOS          TX 78567              TIME    :    RCVD BY                 7
REF                 CMT

SAN   547354662    DELPHI DELCO ELECTRO   DELPHI CONNECTIONS          2        12
701 JOAQUIN CAVAZOS RD            C        CA   SD-08/12      AGT CHGS
LOS INDIOS          TX 78567              TIME    :    RCVD BY                 8
REF PTA NORMAL      CMT

YNM   547357274    DELPHI DELCO ELECTRO   LORENSON MANUFACTU          1        41
601 JOAQUIN CAVAZOS RD            C        IN   SD-08/12      AGT CHGS
LOS INDIOS          TX 78567              TIME    :    RCVD BY                 9
REF                 CMT

FREIGHT RCVD                              TOTAL AGENT CHARGES

MONIES AND                               APPROVED
RECEIPTS BY                              DATE APPROVED  8/16/05

MAY/11/2007/FRI 05:58 PM                                                    P. 003



**CENTRAL TRANSPORT**
Pro Number
**856-129075-8**

Ship Date
08/12/05

| Pieces | Weight |
|--------|--------|
| 1 | 140 |

Reference Number

| Org | DC |
|-----|-----|
| 856 | 799 |

Freight Terms
**Freight Charges Are Collect**

SCAC:   CTII

Consignee:
DELPHI E-C CHIHUAHUA
32 CELERITY WAGON ST
EL PASO, TX 79906

Shipper:
ITT AUTOMOTIVE FLUID HAND
645 E OHIO ST
TUCSON, AZ 85714

Special Instructions
Delivery Trailer: 47-2158
Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

CONSIGNED TO DESTINATION:
DELPHI E & C CHIHUAHUA #1

32 CELERITY WAGON
Chihuahua Plant 67
EL PASO          TX          79906

SOLD TO
DELPH
ATTN:
P.O. BI
FLINT

Carrier Pro Number :   280758

850035478          28367624
BEND TUBE

Pro Number          **856-129075-8**

Additional Delivery Services Requested

| | | |
|---|---|---|
| Inside Delivery | $70.00 | Sort · Segregate $90.00 | Driver Delay | $75.00 |
| Residential Delivery $50.00 | | Liftgate | $90.00 | Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed
and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature_____Date_____

Internal Use Only
# And Type of Container_____
Part #_____
Qty. of Pcs Affected_____
Dead:_____
Skids_____
Date_____  Log#_____

Stamp / Sign Here

Firm_____
By   m milly
Shipment received in good order
Pieces Received   /8YC
Driver_____  Date 1/15/05
Arrive Time     Depart Time

Packing Slip # 32055322 (3/8)

MAY/11/2007/FRI 06:00 PM                                                                P. 004

**CENTRAL TRANSPORT**

**Pro Number**
856-129076-6

Ship Date
08/16/05

| Pieces | Weight |
|--------|--------|
| 1 | 240 |

Reference Number

| Org | DC |
|-----|-----|
| 856 | 799 |

Freight Terms:
**Freight Charges Are Collect**

SCAC:    CTII

Consignee:
DELPHI PLANT 67
32 CELEBITY WAGON RT
EL PASO, TX 79908

Shipper:
ITT AUTOMOTIVE FLUID HAND.
845 E OHIO ST
TUCSON, AZ 85714

**Special Instructions**
Delivery Trailer: 47-0621
Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

Stamp / Sign Here

Firm _____
By _____
Shipment received in good order
Pieces Received ___
Driver _____ Date _____
Arrive Time ____ Depart Time ____

---

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**
NOT TO BE USED FOR ORDER NOTIFY SHIPMENTS
CENTRAL TRANSPORT - CTII

ITT INDUSTRIES
321374741202
845 EAST OHIO STREET    SUITE #107
TUCSON,    AZ    85714 - 3313
(520) 434-6680

☐ PREPAID (SHIPPER)    ☒ COLLECT (CONSIGNEE)    ☐ OTHER (THIRD PARTY)

**C.O.D.**

ALWAYS LIST HAZARDOUS MATERIALS FIRST IN DESCRIPTION OF ARTICLES COLUMN

| NO. PKGS | KIND OF PACKAGES, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | CLASS |
|----------|-------------------------------------------------------------------------|--------|-------|
| 1 SKID | Automobile Parts    7 pcs | 61130 | 77.5 |

**Pro Number    856-129076-6**

**Additional Delivery Services Requested**

| | | | | | |
|--|--|--|--|--|--|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the retails listed above.

Customer Signature: _____    Date _____

Internal Use Only
# And Type of Container _____
Port # _____
Qty. of Pcs Affected _____

Packing Slip # 37055369 (4/8)

CONSIGNED TO DESTINATION
Delphi Plant DC 8049

DOCK CODE : 8049
13701 Mines Road

LAREDO          TX          78045          FLINT          MI

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550                    48601-1550

SUPPLIER CODE   81231G735
TUCSON, AZ
FOB
CARRIER NAME   FDEP   FEDERAL EXPRESS
COLLECT   [ x ] PREPAID [ ]

Carrier Pro Number :   677748030634

| CUSTOMER NUMBER | PLANT OR DESTINATION CODE | TRAILER NUMBER | ROUTE CODE | TERMS | ASSEMBLY PLANT | BILL OF LADING NUMBER | ACCUM TOTAL | NO. OF CONTAINERS | MODE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 1601001 | 008000001772 | 677748030634 | | | | | | | Less than carrier load / park |

| OUR PART NUMBER | CUSTOMER ORDER NO. | CUSTOMER KURT NUMBERS AND PART DESCRIPTION | 2ND DAY 7M | MODL YR | BOOK NUMBER | RELEASE NUMBER | | PCS UNITS | QUANTITY SHIPPED |
|---|---|---|---|---|---|---|---|---|---|
| | PED74572061 | 15409989 AIR LEVELING LINE | | 90265392 | | 1641006 | 2995 | CTN 2 | PC 700 |

NO. OF CONTAINERS   2
GROSS WEIGHT   51
TARE   2
NET WEIGHT   47

RICHARD ORUALVA

SUPPLIER CODE   81231G735
SHIPPER NO.
SHIPMENT No.

```
MANIFEST: ELP 05231219          BAX GLOBAL              DATE: 08/19/05
                             DELIVERY MANIFEST          TIME: 1109
CARTAGE CO: 000 STAGECOACH CARTAGE                      PAGE   2 OF  4
   DRIVER: 008 DELPHI - ENERGY            REPRINT

     AIRBILL #      CONSIGNEE         SHIPPER            PIECES  WEIGHT

MSP   691359793   DELPHI E JUAREZ MFG  U F E               1        8 GTD
32 CELERITY WAGON            C         WI   2D 08/16    AGT CHG$
EL PASO             TX 79906
REF PTA NORMAL      CMT                 TIME___ :    RCVD BY           1

BOS   695713104   DELPHI E JUAREZ MFG  PIXLEY RICHARDS    6       72
32 CELERITY WAGON            C         MA   SD-08/17    AGT CHG$
EL PASO             TX 79906
REF PTA NORMAL      CMT                 TIME___ :    RCVD BY           2

BDL   547414582   DELPHI E JUAREZ MFG  STEWART/E F I             12
32 CELERITY WAGON            C         CT   ND-08/18    AGT CHG$
EL PASO             TX 79906
REF PTA NORMAL      CMT                 TIME___ :    RCVD BY           3

ROC   687625444   DELPHI E JUAREZ MFG  JADA PRECISION PLAS  1     8
32 CELERITY WAGON            C         NY   SD-08/18    AGT CHG$
EL PASO             TX 79906
REF PTA NORMAL      CMT                 TIME___ :    RCVD BY           4

ORD   706054565   DELPHI E JUAREZ MFG  YUSEN AIR & SEA SER  4     108
32 CELERITY WAGON            C         IL   ND-08/18    AGT CHG$
EL PASO             TX 79906
REF                 CMT                 TIME___ :    RCVD BY           5

DFW   706774644   DELPHI E JUAREZ MFG  TEXAS INSTRUMENTS    1     178 GTD
32 CELERITY WAGON            C         TX   1D 08/18    AGT CHG$
EL PASO             TX 79906
REF PTA NORMAL      CMT                 TIME___ :    RCVD BY           6

TUS   692822275   DELPHI E CHIHUAHUA C  I T T AUTOMOTIVE    2     40
32 CELERITY WAGON ST         C         AZ   SD-08/17    AGT CHG$
EL PASO             TX 79906
REF NONE            CMT                 TIME___ :    RCVD BY           7

PHL   703958511   DELPHI E CHIHUAHUA C  TOPCRAFT PRECISION  2     33
32 CELERITY WAGON ST         C         PA   SD-08/17    AGT CHG$
EL PASO             TX 79906
REF PTANORMAL       CMT                 TIME___ :    RCVD BY           8

PIT   704135504   DELPHI E CHIHUAHUA C  K O A SPEER ELECTRO  1    18
32 CELERITY WAGON ST         C         PA   SD-08/17    AGT CHG$
EL PASO             TX 79906
REF                 CMT                 TIME___ :    RCVD BY           9

FREIGHT RCVD                 TIME 11:25  TOTAL AGENT CHARGES

                                        APPROVED
MONIES AND
RECEIPTS BY                   TIME        DATE APPROVED
```



National Logistics Management : Premium Freight Management :

Page 1 of 1







CONSIGNED TO DESTINATION
Delphi Plant DC 8049

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1560
FLINT    MI    48501-1560

DOCK CODE : 8049
13701 Mines Road

LAREDO    TX    78045

SUPPLIER CODE    81231 6735
FOB    TUCSON, AZ

CARRIER NO.    FDEP
CARRIER NAME    FEDERAL EXPRESS
COLLECT

Carrier Pro Number :    6777748033080

Hazardous Material Code :

ENG ON LDLV :    001

Carton (Standard)

MAY/11/2007/FRI 06:01 PM                                      P. 005



Packing Slip #32056228  (5/8)

MAY/11/2007/FRI 06:03 PM                                              P. 006

**CENTRAL TRANSPORT**

Central Transport Delivery Receipt

Pro Number
**856-133803-7**

Ship Date
09/20/05

| Pieces | Weight |
|--------|--------|
| 1 | 60 |

Reference Number

| Org | DC |
|-----|-----|
| 856 | 799 |

Freight Terms
**Freight Charges Are Collect**

SCAC:   CTII

Consignee:
DELPHI E-C
22 CELERITY WAGON
EL PASO, TX 79908

Shipper:
ITT AUTOMOTIVE FLUID HAND
846 E OHIO ST
TUCSON, AZ 85714

Special Instructions
Delivery Trailer: 47-0733
Shipper COD Amount
0.0000

---

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE
NOT TO BE USED FOR ORDER NOTIFY SHIPMENTS
**CENTRAL TRANSPORT - CTII**
(800) 334-4663 · (800) A-CENTRAL (454-494)
www.centraltransport.com

FROM SHIPPER (NAME OF ADDRESS)
**ITT INDUSTRIES**
ACCOUNT CODE NUMBER
3213747 1202
STREET
**845 EAST OHIO STREET   SUITE #107**
ORIGIN CITY                        STATE        ZIP
**TUCSON,                          AZ          85714-3313**
TELEPHONE
**(520) 434-8690**

□ PREPAID (SHIPPER)        □ COLLECT (CONSIGNEE)        □ OTHER (THIRD PAR)

C.O.D.

C.O.D. FEE

| RES PKGS | PCS | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKINGS, AND EXCEPTIONS | WEIGHT | CLASS |
|----------|-----|----------------------------------------------------------------------------|--------|-------|
| | | Automotive Parts | 91130 | 77.5 |

Pro Number          **856-133803-7**

Additional Delivery Services Requested

| | | | |
|---|---|---|---|
| □ Inside Delivery | $70.00 | □ Sort - Segregate | $90.00 | □ Driver Delay | $75.00 |
| □ Residential Delivery | $50.00 | □ Liftgate | $90.00 | □ Redelivery | $50.00 |

Stamp / Sign Here

Firm

By

Pieces Received

Driver                    Date

Arrive Time    Depart Time

---

Packing Slip # 3 2 0 5 6 2 6 1 (6/8)





MANIFEST: BRO 05266212          BAX GLOBAL          DATE: 09/23/05
                                DELIVERY MANIFEST    TIME: 1249
CARTAGE CO: 000 BURLINGTON AIR EXPRESS              PAGE  2 OF 15
        DRIVER: 003 DELPHI/RIMIR/COMP/AI

    AIRBILL #      CONSIGNEE          SHIPPER          PIECES   WEIGHT

VNY  605438285    DELPHI ILS COMP MECH J K L COMPONENTS    3      49
702 JOAQUIN CAVAZOS RD              CA   SD-09/21   AGT CHG$
LOS INDIOS          TX 78567    TIME___:___ RCVD BY ____        1
REF PTA NORMAL      CMT

PDX  645211-A    SPAN DE MEXICO S.A. SHARP ELECTRONICS           1540
601 JOAQUIN CAVAZOS              C+FCCOD  WA  SD-09/20   AGT CHG$
LOS INDIOS         TX 7856   $***2392.01CT= $***2392.013X *$****0.00SH FCOD
REF D              CMT              TIME___:___ RCVD BY ____       2

VNY  162747084    DELPHI D DELROSA    SOLTEC                       28 GTD
702 JOAQUIN CAVAZOS              CA   3D 09/20   AGT CHG$
LOS INDIOS         TX 78567    TIME___:___ RCVD BY ____            3
REF 59N15649       CMT

ELP  197580676    DELPHI D DELROSA    DELPHI P FINISHED G    1    320
702 JOAQUIN CAVAZOS              TX   SD-09/21   AGT CHG$
LOS INDIOS         TX 78567    TIME___:___ RCVD BY ____            4
REF NONE           CMT

CLE  222639056    DELPHI D DELROSA    NORTH AMERICAN COAT            88 GTD
702 JOAQUIN CAVAZOS              OH   3D 09/19   AGT CHG$
LOS INDIOS         TX 78567    TIME___:___ RCVD BY ____            5
REF 52007          CMT

ORD  311215063    DELPHI RIMIR        STRANCO PRODUCTS          1
702 JOAQUIN CAVAZOS RD              IL   SD-09/20   AGT CHG$
LOS INDIOS         TX 78567    TIME___:___ RCVD BY ____            6
REF PTA NORMAL     CMT

LRD  457199673    DELPHI RIMIR        BROKERS LOGISTICS         2    72
702 JOAQUIN CAVAZOS RD              TX   SD-09/21   AGT CHG$
LOS INDIOS         TX 78567    TIME___:___ RCVD BY ____            7
REF                CMT

LRD  457203191    DELPHI D DELROSA    DELPHI P                  1
702 JOAQUIN CAVAZOS              TX   SD-09/21   AGT CHG$
LOS INDIOS         TX 78567    TIME___:___ RCVD BY ____            8
REF                CMT

TUS  461895660    DELPHI DELCO ELECTRO I T T AUTOMOTIVE          10
701 JOAQUIN CAVAZOS RD              AZ   SD-09/21   AGT CHG$
LOS INDIOS         TX 78567    TIME___:___ RCVD BY ____            9
REF NONE           CMT

FREIGHT RCVD_____ TIME___:___ TOTAL AGENT CHARGES_____
                                    APPROVED_____
MONIES AND                          DATE APPROVED 9/28/05
RECEIPTS BY_____  TIME___:___

MAY/11/2007/FRI 06:04 PM                                                    P. 007



Packing Slip # 32056414    (7/8)

MAY/11/2007/FRI 06:05 PM                                                    P. 008

**CENTRAL TRANSPORT**

**Central Transport Delivery Receipt**

Pro Number
856-133815-1

| Ship Date | |
|---|---|
| 09/28/05 | |
| Pieces | Weight |
| 1 | 72 |

Reference Number

| Orig | DC |
|---|---|
| 856 | 799 |

Freight Terms
**Freight Charges Are Collect**

SCAC:    CTII

Consignee:
DELPHI PLANT 57
92 CELEBITY WAGON
EL PASO, TX 79906

Shipper:
TT AUTOMOTIVE FLUID HAND
895 E OHIO ST
TUCSON, AZ 85714

Special Instructions
Delivery Trailer: 47-0836
Shipper COD Amount
0.0000

**Stamp / Sign Here**

Firm _____

By _____
Shipment received in good order by

Pieces Received _____

Driver _____    Date _____

Arrive Time _____    Depart Time _____

**Pro Number      856-133815-1**

**Additional Delivery Services Requested**

| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery $50.00 | | ☐ Liftgate | $90.00 | ☐ Redelivery · $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature_____    Date _____

Internal Use Only
# And Type of Container_____    Desc._____
Part #_____    Skids _____
Qty. of Pcs Affected_____    Data _____    Logd_____

Packing Slip # 32056438  (8/8)



```
MANIFEST: FWA 05271025          BAX GLOBAL              DATE: 09/28/05
                             DELIVERY MANIFEST          TIME: 0846
CARTAGE CO: 000 TEMPLE TRUCKING                         PAGE   1 OF  1
   DRIVER: 025 DELPHI VAILE-74-75-9

     AIRBILL #      CONSIGNEE        SHIPPER           PIECES   WEIGHT

BOS   695424870   DELPHI D DPSS CUNEO/ M/A COM           2       60
1125 E VAILE PLT 74              P      MA   SD-09/26   AGT CHG$
KOKOMO            IN 46901
REF NONE          CMT /Larry Mull    TIME 3:15 RCVD BY Larry Mull

TUS   704611736   DELPHI D DPSS CUNEO/ I T T AUTOMOTIVE   1      30
1125 E VAILE PLT 74              C      AZ   SD-09/26   AGT CHG$
KOKOMO            IN 46901
REF NONE          CMT_____  TIME  :___ RCVD BY_____

SYR   693546792   DELPHI D DPSS CUNEO/ MOLD A MATIC       1       8
1125 E VAILE PLT 74              C      NY   SD-09/27   AGT CHGS
KOKOMO            IN 46901
REF PTA NORMAL    CMT_____  TIME  :___ RCVD BY_____
```

```
   TOTAL SHIPMENTS =  3    TOTAL PIECES =   4    TOTAL WEIGHT =  98

FREIGHT RCVD_____ TIME 8:55 TOTAL AGENT CHARGES_____

                                   APPROVED_____
MONIES AND
RECEIPTS BY_____ TIME 13:08  DATE APPROVED_____

START MILEAGE_____    END MILEAGE_____    ELAPSED MILEAGE_____
```

```
MANIFEST: ELP 05272219              BAX GLOBAL .           DATE: 09/29/05
                                  DELIVERY MANIFEST        TIME: 1151
CARTAGE CO:·000 STAGECOACH CARTAGE                         PAGE   3 OF  4
    DRIVER: 008 DELPHI - XNERGY

    AIRBILL #        CONSIGNEE .        SHIPPER          PIECES   WEIGHT
---------------------------------------------------------------------------
TOL.  681904123    DELPHI E & C CHIHUAH ADVANCED ENGINEERIN   1     350
32 CELERITY WAGON ST       P       OH  ND-09/2B       AGT CHGS
EL PASO            TX 79906
REF               CMT               TIME  12 20   RCVD BY             1

DTW   701849934    DELPHI E & C CHIHUAH W F WHELAN           2       7
32 CELERITY WAGON ST       C       MI   SD-09/27       AGT CHGS
EL PASO            TX 79906
REF               CMT               TIME    :   RCVD BY            2

PHX   704557022    DELPHI E & C CHIHUAH TRIUMPH LLC          1      19
32 CELERITY WAGON ST       C       AZ   SD-09/27       AGT CHGS
EL PASO            TX 79906
REF PTA NORMAL     CMT               TIME   :   RCVD BY           3

TUS   704611740    DELPHI E & C CHIHUAH L T T AUTOMOTIVE     2      36
32 CELERITY WAGON ST       C       AZ   SD-09/27       AGT CHGS
EL PASO            TX 79906
REF NONE           CMT               TIME    :   RCVD BY          4

MKE   7453430      DELPHI E & C CHIHUAH SPECIAL ELECTRIC     2      24
32 CELERITY WAGON ST       C       WI   SD-09/28       AGT CHGS
EL PASO            TX 79906
REF               CMT               TIME    :   RCVD BY           5

ORD   690414335    DELPHI E & C CHIHUAH STEVEN S WOLDING     2      30
32 CELERITY WAGON ST       C       IN   SD-09/28       AGT CHGS
EL PASO            TX 79906
REF NA             CMT               TIME    :   RCVD BY          6

YNG   547805510    DELPHI S AUTOMOTIVE  DELPHI P HEADQUARTE  1      56 GTD
32 CELERITY WAGON          C       OH   3D 09/26       AGT CHGS
REF PTA NORMAL     CMT               TIME   :   RCVD BY          7

MKE   605737898    DELPHI S AUTOMOTIVE  EXACTO SPRING        2      56
32 CELERITY WAGON          C       WI   SD-09/27       AGT CHGS
EL PASO            TX 79906
REF PTA NORMAL     CMT               TIME   :   RCVD BY          8

TVC   652934730    DELPHI S AUTOMOTIVE  ACRA               7     235 GTD
32 CELERITY WAGON          C       MI   3D 09/26       AGT CHGS
EL PASO            TX 79906
REF               CMT               TIME   :   RCVD BY          9


FREIGHT RECD              TIME 12:10   TOTAL AGENT CHARGES

                                      APPROVED
MONIES AND
RECEIPTS BY              TIME   :      DATE APPROVED
```

```
MANIFEST: ELP 05273219              BAX GLOBAL              DATE: 09/30/05
                                 DELIVERY MANIFEST          TIME: 1118
CARTAGE CO: 000 STAGECOACH CARTAGE                          PAGE   2 OF   3
    DRIVER: 008 DELPHI - ENERGY

     AIRBILL #      CONSIGNEE            SHIPPER            PIECES    WEIGHT

PIT   704134944   DELPHI E CHIHUAHUA C  K O A SPEER ELECTRO    1        14
32 CELERITY WAGON ST         C.         PA   SD-09/29    AGT CHG$
EL PASO                TX 79906
REF              CMT                     TIME    :    RCVD BY              1

SAN   547821046   DELPHI C- CISCO 3406  TREDLEBORG SEALING    4        20
32 CELERITY WAGON            P          CA   ND-09/29    AGT CHG$
EL PASO                TX 79906
REF              CMT                     TIME    :    RCVD BY              2

BNA   547832950   DELPHI E CHIHUAHUA C  PARKER HANNIFIN O-R   1/3       64
32 CELERITY WAGON ST         C          TN   SD-09/28    AGT CHG$
EL PASO                TX 79906
REF              CMT                     TIME    :    RCVD BY              3

PHL   696585061   DELPHI E CHIHUAHUA C  TOPCRAFT PRECISION     3        33
32 CELERITY WAGON ST         C          PA   SD-09/29    AGT CHG$
EL PASO                TX 79906
REF PTANORMAL    CMT                     TIME    :    RCVD BY              4

BRO   693844266   DELPHI HARRISON  PLT  DELPHI M SYSTEMS       5        42 GTD
32 CELERITY WAGON ST         P          TX   2D 09/27    AGT CHG$
EL PASO                TX 79906
REF              CMT                     TIME    :    RCVD BY              5

DTW   701849853   DELPHI E & C CHIHUAH  W F WHELAN             1         7
32 CELERITY WAGON ST         C          MI   SD-09/28    AGT CHG$
EL PASO                TX 79906
REF              CMT                     TIME    :    RCVD BY              6

TUS   704611751   DELPHI E & C CHIHUAH  I T T AUTOMOTIVE       2        35
32 CELERITY WAGON ST         C          AZ   SD-09/28    AGT CHG$
EL PASO                TX 79906
REF NONE         CMT                     TIME    :    RCVD BY              7

YYZ   243155581   DELPHI E & C CHIHUAH  A BERGER PRECISION     1        10
32 CELERITY WAGON ST         C          ON   SD-09/29    AGT CHG$
EL PASO                TX 79906
REF              CMT                     TIME    :    RCVD BY              8

MKE   547830485   DELPHI E & C CHIHUAH  ASSOCIATED SPRING      4        12
32 CELERITY WAGON ST         C          WI   SD-09/28    AGT CHG$
EL PASO                TX 79906
REF PTA NORMAL   CMT                     TIME    :    RCVD BY              9


FREIGHT RCVD                    TIME  11 50   TOTAL AGENT CHARGES

                                             APPROVED
MONIES AND
RECEIPTS BY               TIME    :          DATE APPROVED
```

```
MANIFEST: ELP 05276219          BAX GLOBAL          DATE: 10/03/05
                             DELIVERY MANIFEST      TIME: 1148
CARTAGE CO: 000 STAGECOACH CARTAGE                  PAGE   4 OF  7
    DRIVER: 008 DELPHI - ENERGY

   AIRBILL #      CONSIGNEE            SHIPPER          PIECES    WEIGHT
------------------------------------------------------------------------
MSP   803134426   DELPHI E JUAREZ MFG  THERMOTECH        1         170
32 CELERITY WAGON          P          MN  ND-09/29   AGT CHG$
EL PASO           TX 79906
REF NONE          CMT               : TIME  :    RCVD BY              1

BNA   547847086   DELPHI E CHIHUAHUA C PARKER HANNIFIN O-R  11       70
32 CELERITY WAGON ST      C          TN  SD-09/29    AGT CHG$
EL PASO           TX 79906
REF               CMT                 TIME  :    RCVD BY              2

LAX   696171464   DELPHI E&C JUAREZ    HUTCHINSON SEAL     7
32 CELERITY WAGON         C*FCCOD* CA  SD-09/29.   AGT CHG$
EL PASO           TX 79906 $*****77.20CT* $*****77.20BX + $******0.00SH FCOD
REF               CMT                 TIME  :    RCVD BY              3

PHL   698650525   DELPHI E CHIHUAHUA C TOPCRAFT PRECISION  2        20
32 CELERITY WAGON ST      C          PA  SD-09/29    AGT CHG$
EL PASO           TX 79906
REF 55002417L     CMT                 TIME  :    RCVD BY              4

ELP   702276293   DELPHI E CHIHUAHUA C AVON AUTOMOTIVE     4        108 GTD
32 CELERITY WAGON ST      C          TX  1D 09/30    AGT CHG$
EL PASO           TX 79906
REF NONE          CMT                 TIME  :    RCVD BY              5

BNA   698028645   DELPHI E CHIHUAHUA C PARKER HANNIFIN O-R 13       65
32 CELERITY WAGON ST      C          TN  SD-09/30    AGT CHG$
EL PASO           TX 79906
REF               CMT                 TIME  :    RCVD BY              6

TUS   704511806   DELPHI E CHIHUAHUA C T T AUTOMOTIVE      2        20
32 CELERITY WAGON ST      C          AZ  SD-09/30    AGT CHG$
EL PASO           TX 79906
REF NONE          CMT                 TIME  :    RCVD BY

LAX   696171442   DELPHI E CHIHUAHUA C HUTCHINSON SEAL     3        247
32 CELERITY WAGON ST      C          CA  SD-09/30    AGT CHG$
EL PASO           TX 79906
REF               CMT                 TIME  :    RCVD BY              8

PIT   704134896   DELPHI E CHIHUAHUA C K O A SPEER ELECTRO  1       14
32 CELERITY WAGON ST      C          PA  SD-09/30    AGT CHG$
EL PASO           TX 79906
REF               CMT                 TIME  :    RCVD BY              9
```

```
FREIGHT R_____ TIME 12:11  TOTAL AGENT CHARGES _____

MONIES AND                       APPROVED_____
RECEIPTS BY_____ TIME :    DATE APPROVED_____
```

```
RECEIPTS BY_____ TIME_____ DATE APPROVED_____
START MILEAGE_____ END MILEAGE_____ ELAPSED MILEAGE_____
```

```
MANIFEST: FWA 05277025          BAX GLOBAL              DATE: 10/04/05
                              DELIVERY MANIFEST         TIME: 0837
CARTAGE CO: 000 TEMPLE TRUCKING                         PAGE   1 OF  1
   DRIVER: 025 DELPHI VAILE-74-75-9

   AIRBILL #      CONSIGNEE           SHIPPER         PIECES   WEIGHT

MFZ   698210520   DELPHI D DPSS CUNEO/ AM-MEX PRODUCTS    1       4
1125 E VAILE PLT 74          C       TX   ND-10/03     AGT CHG$
KOKOMO             IN 46901
REF               CMT                  TIME  13/5  RCVD BY Larry Miller  1

TUS   704611832   DELPHI D DPSS CUNEO/ I T T AUTOMOTIVE    1      30
1125 E VAILE PLT 74          C       AZ   SD-10/03     AGT CHG$
KOKOMO             IN 46901
REF NONE          CMT                  TIME        RCVD BY
```

```
     TOTAL SHIPMENTS =  2    TOTAL PIECES =   2    TOTAL WEIGHT =   34

FREIGHT RCVD                   TIME         TOTAL AGENT CHARGES
                                            APPROVED
MONIES AND
RECEIPTS BY                    TIME         DATE APPROVED

  START MILEAGE          END MILEAGE          ELAPSED MILEAGE
```