**From:** Todd, Guy W. [GWTodd@cooperstandard.com]
**Sent:** Tuesday, October 02, 2007 2:53 PM
**To:** Petko, Thomas E.
**Subject:** FW: Paid Invoices

FYI!

*Guy Todd*
*International Credit & Risk Manager*
*Cooper Standard Automotive Inc.*
*(248) 596-6167 Office*
*(248) 596-6590 Fax*
*(248) 231-5983 Mobile*
*gwtodd@cooperstandard.com*

**From:** Todd, Guy W.
**Sent:** Wednesday, September 19, 2007 12:42 PM
**To:** 'Vanderberg, George'
**Subject:** RE: Paid Invoices

Hi George,
Hope all is well. Have not heard any feedback from you on this matter? Awaiting your response.

Thanks and regards,

*Guy Todd*
*International Credit & Risk Manager*
*Cooper Standard Automotive Inc.*
*(248) 596-6167 Office*
*(248) 596-6590 Fax*
*(248) 231-5983 Mobile*
*gwtodd@cooperstandard.com*

**From:** Todd, Guy W.
**Sent:** Friday, September 07, 2007 10:50 AM
**To:** 'Vanderberg, George'
**Subject:** FW: Paid Invoices

George,
This is the email I was referring to regarding those items we provided shipping documentation for that were originally disputed. I attached a spreadsheet reflecting these items that you requested documentation on. Of the total of $281,272.71, we were able to provide documentation to substantiate $260,857.47 of this total.

Our total proof of claim was filed in the amount of $2,624,997.09. Originally Delphi acknowledged $1,958,507.44 of this amount. We worked through another $260,857.47 that you have acknowledged and added to our claim, which leaves $405,632.18 in dispute.

The $405,632.18 I am proposing that we split. Rather than chase documentation that goes back to 2004 and 2005 we split 50/50. Delphi would add another $203K to our acknowledged claim, bringing the total to $2,422,364.91 and we would drop the remaining $203K.

I believe this would same much time and costs incurred to research these items, as we have been already able to substantiate previously disputed items. Also, in my preliminary analysis it would appear we would be able to substantiate most of our claim of the remaining $405K.

Please let me know your thoughts on this so we can wrap this up!

Thanks for all your help on this mater.  Best regards.

*Guy Todd*
*International Credit & Risk Manager*
*Cooper Standard Automotive Inc.*
*(248) 596-6167 Office*
*(248) 596-6590 Fax*
*(248) 231-5983 Mobile*
*gwtodd@cooperstandard.com*

**From:** Vanderberg, George [mailto:george.vanderberg@delphi.com]
**Sent:** Thursday, June 28, 2007 3:00 PM
**To:** Todd, Guy W.
**Subject:** RE: Paid Invoices

That is correct to the extent that the 2 divisions whom I spoke with, say they will or have entered the invoices for payment as presented by you with the shipping documentation as is. Those divisions being Packard Electric, and Saginaw and Delphi E & C. These amounts will be added to the scheduled claim amount and in the Delphi payables system. The next step is for me to follow-Up with the A/P reps. at the other divisions to assure they follow suit.


Thanks,

M. George Vanderberg

Proof of Claims Analyst

PH: 248-265-4291

Fax: 248-265-4276


**From:** Todd, Guy W. [mailto:GWTodd@cooperstandard.com]
**Sent:** Thursday, June 28, 2007 1:47 PM
**To:** Vanderberg, George
**Subject:** RE: Paid Invoices

George,
Thank you for the information.

Just to confirm our previous conversation, you stated that you don't see any problems with the $260,837.47 in invoicing and shipping documentation that I provided earlier.  Will this amount be added to the scheduled claim amount or what is the next step in the process to have these invoices recognized and due to Cooper Standard Automotive?

Your help is appreciated.

Regards,

*Guy Todd* _____
*Corporate Credit Manager*
*Cooper Standard Automotive Inc.*

(248) 596-6167 Office
(248) 596-6590 Fax
(248) 231-5983 Mobile
gwtodd@cooperstandard.com

**From:** Vanderberg, George [mailto:george.vanderberg@delphi.com]
**Sent:** Thursday, June 28, 2007 12:54 PM
**To:** Todd, Guy W.
**Subject:** Paid Invoices

The file we spoke of in our conversation. Please advise.


Thanks,

M. George Vanderberg

Proof of Claims Analyst

PH: 248-265-4291

Fax: 248-265-4276


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for
delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu
or copying of this communication is strictly prohibited. If you have received this communication in error
please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for
delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu
or copying of this communication is strictly prohibited. If you have received this communication in error
please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*