TRANSAM   FHS.auto.cooperintra.c1b   Remote Desktop

File   Edit   Connection   Setup   Script   Window   Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display     23 Jul 2007

CUSTOMER :    1570        INVOICE :   39011343      BILLED :        22,866.56
CURRENCY :    USD         DATE    :   07/27/05      PAID    :       22,866.56
                                                    OPEN    :            0.00
                                                          Page 1 of 2
TRACE #                        DETAIL #    DATE       AMOUNT PAID
--------------------------------------------------------------------------
C0019863                       0000000319 02/28/06         174.42

AC8090675909                   0000000169 10/04/05       3,876.56
     PART : 52494583
AC8090675909                   0000000170 10/04/05       4,125.60
     PART : 52494223
AC8090675909                   0000000171 10/04/05       2,037.96
     PART : 52494727
AC8090675909                   0000000172 10/04/05       4,087.20
     PART : 52494180
AC8090675909                   0000000173 10/04/05       3,789.60
     PART : 52494162
AC8090675909                   0000000174 10/04/05       1,530.80
     PART : 52481835
Enter Help, Page, Void                                   ACTION : P.....

TRANSAM   FHS.auto.cooperintra.c1b   Remote Desktop

File   Edit   Connection   Setup   Script   Window   Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display     23 Jul 2007

CUSTOMER :    1570        INVOICE :   39011343      BILLED :        22,866.56
CURRENCY :    USD         DATE    :   07/27/05      PAID    :       22,866.56
                                                    OPEN    :            0.00
                                                          Page 2 of 2
TRACE #                        DETAIL #    DATE       AMOUNT PAID
--------------------------------------------------------------------------
AC8090675909                   0000000174 10/04/05       1,530.80
     PART : 52481835
AC8090675909                   0000000175 10/04/05       3,144.42
     PART : 52403016




Enter Help, Page, Void                                   ACTION : P.....

# Invoice

 ITT Industries

Page: 1

**GST#:**
BOL#:  39011351
SID#:  0000010949

| | |
|---|---|
| Invoice No: | 39011351 |
| Date: | 07/28/2005 |
| Customer No: | 1570 |
| Supplier No: | DUMMY |
| Sales Agent: | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

**Bill To:**
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT  MI 48501-1550
United States

**Ship To:**
DELPHI LOCKPORT
ATTN:
200 UPPER MOUNTAIN ROAD
Plant 5, BLDG. 8
LOCKPORT NY 14094
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 39011351 | See Below | HARE | 07/28/2005 | 2ND DAY 2ND Month |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 1080 | 52494583 | TUBE & BLOCK ASM INTL/OUTLET<br>Customer  PO.      PO Amendment No.<br>0550036304<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>   288000 | C62 | 1080 | 1.84100 | 1,988.28 | USD |
| 2160 | 52494223 | SLIMLINE ASSY<br>Customer  PO.      PO Amendment No.<br>0550036305<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>   248580 | C62 | 2160 | 1.91000 | 4,125.60 | USD |
| 1080 | 52494727 | TUBE & BLOCK ASM INLT/OUTLET<br>Customer  PO.      PO Amendment No.<br>0550037016<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>   126900 | C62 | 1080 | 1.94500 | 2,100.60 | USD |
| 1440 | 52494160 | TUBE AND MINI BLOCK FTG<br>Customer  PO.      PO Amendment No.<br>0550038777 | C62 | 1440 | 1.70300 | 2,452.32 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| | | | | | |

Invoice Total

Page: 2

# Invoice

ITT Industries

| | |
|---|---|
| GST#: | |
| BOL#: | 39011351 |
| SID#: | 0000010949 |
| **Invoice No:** | 39011351 |
| **Date:** | 07/28/2005 |
| **Customer No:** | 1570 |
| **Supplier No:** | DUMMY |
| **Sales Agent:** | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

**Bill To:**
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT MI 48501-1550
United States

**Ship To:**
DELPHI LOCKPORT
ATTN:
200 UPPER MOUNTAIN ROAD
Plant 5, BLDG. 8
LOCKPORT NY 14094
United States

| VAT#: | | | | F.O.B./Terms | |
|---|---|---|---|---|---|
| **Our Order No.** | **Customer Purchase Order No.** | **Shipped Via** | **Date Shipped** | | |
| 39011351 | See Below | HARE | 07/28/2005 | 2ND DAY 2ND Month | |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| | | CUMS: | | | | | |
| | | (Cum including this shipment) | | | | | |
| | | CUM QUANTITY: | | | | | |
| | | 225340 | | | | | |
| 1920 | 52494162 | TUBE AND MINI BLOCK FTG | C62 | 1920 | 1.57900 | 3,031.68 | USD |
| | | Customer    PO.        PO Amendment No. | | | | | |
| | | 0550038778 | | | | | |
| | | CUMS: | | | | | |
| | | (Cum including this shipment) | | | | | |
| | | CUM QUANTITY: | | | | | |
| | | 226240 | | | | | |
| 150 | 52481835 | TUBE AND BLK FTG ASM-INLET | C62 | 150 | 4.37370 | 656.06 | USD |
| | | Customer    PO.        PO Amendment No. | | | | | |
| | | 0550048886 | | | | | |
| | | CUMS: | | | | | |
| | | (Cum including this shipment) | | | | | |
| | | CUM QUANTITY: | | | | | |
| | | 22250 | | | | | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 14,354.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 14,354.54 |

```
TRANS4M  FHS.auto.cooperintra.ctb  Remote Desktop                    [_][□][X]
File  Edit  Connection  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

CUSTOMER :    1570        INVOICE :    39011351      BILLED :        14,354.54
CURRENCY :    USD         DATE    :    07/28/05      PAID   :        14,354.54
                                                     OPEN   :             0.00
                                                          Page 1 of 2
TRACE #                       DETAIL #    DATE        AMOUNT PAID
---------------------------   ---------  --------    ------------------
C0019863                      0000000403 02/28/06              62.64

AC8090875909                  0000000176 10/04/05           1,988.28
     PART : 52494503
AC8090875909                  0000000177 10/04/05           4,125.60
     PART : 52494223
AC8090875909                  0000000178 10/04/05           2,037.98
     PART : 52494727
AC8090875909                  0000000179 10/04/05           2,452.32
     PART : 52494160
AC8090875909                  0000000180 10/04/05           3,031.68
     PART : 52494162
AC8090875909                  0000000181 10/04/05             656.06
     PART : 52481835
Enter Help, Page, Void                               ACTION : P.....
```

```
TRANS4M  FHS.auto.cooperintra.ctb  Remote Desktop                    [_][□][X]
File  Edit  Connection  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

CUSTOMER :    1570        INVOICE :    39011351      BILLED :        14,354.54
CURRENCY :    USD         DATE    :    07/28/05      PAID   :        14,354.54
                                                     OPEN   :             0.00
                                                          Page 2 of 2
TRACE #                       DETAIL #    DATE        AMOUNT PAID
---------------------------   ---------  --------    ------------------
AC8090675909                  0000000181 10/04/05             656.06
     PART : 52481835




Enter Help, Page, Void                               ACTION : P.....
```

Page: 1

# Invoice

ITT Industries

| GST#: | |
|---|---|
| BOL#: | 39011353 |
| SID#: | 0000010951 |
| Invoice No: | 39011353 |
| Date: | 07/28/2005 |
| Customer No: | 1015 |
| Supplier No: | QZW |
| Sales Agent: | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
DELPHI ROCHESTER
ATTN:
1000 LEXINGTON AVE.
ROCHESTER NY 14606
United States

| VAT#: | | | | | F.O.B./Terms |
|---|---|---|---|---|---|
| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | | |
| 39011353 | See Below | CETR | 07/28/2005 | 2ND DAY 2ND Month | |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 14400 | 25358060 | PURGE LINE ASSEMBLY<br>Customer  PO.          PO Amendment No.<br>0550020430<br>DONS:<br>0000029_15684, 0000030_15684, 0000031_15684, 0000032_15684<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>    349200<br>Serials: 581379, 582147, 578570, 579062. | C62 | 14400 | 2.18140 | 31,412.16 | USD |
| 12240 | 25358061 | 26 GAL CANISTER LINE<br>Customer  PO.          PO Amendment No.<br>0550050405<br>DONS:<br>0000015_15684, 0000016_15684, 0000017_15684, 0000018_15684<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>    252756<br>Serials: 581775, 579585, 582208, 579788. | C62 | 12240 | 2.78550 | 34,094.52 | USD |
| 4860 | 25358062 | 34 GAL CANISTER LINE<br>Customer  PO.          PO Amendment No.<br>0550050406<br>DONS:<br>0000010_15684, 0000011_15684, 0000012_15684 | C62 | 4860 | 3.15340 | 15,325.52 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| | | | | | Invoice Total |

# Invoice

ITT Industries

Page: 2

| | |
|---|---|
| GST#: | |
| BOL#: | 39011353 |
| SID#: | 0000010951 |
| Invoice No: | 39011353 |
| Date: | 07/28/2005 |
| Customer No: | 1015 |
| Supplier No: | QZW |
| Sales Agent: | |

**Remit to:**

ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 08-768-3344

Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
DELPHI ROCHESTER
ATTN:
1000 LEXINGTON AVE.
ROCHESTER NY 14606
United States

VAT#:

F.O.B./Terms

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 39011353 | See Below | CETR | 07/28/2005 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| | | CUMS: | | | | | |
| | | (Cum including this shipment) | | | | | |
| | | CUM QUANTITY: | | | | | |
| | | 105597 | | | | | |
| | | Serials: 577110, 579128, 579727. | | | | | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 80,832.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total
80,832.20



MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

CUSTOMER :    1015        INVOICE :   39011353    BILLED :      80,832.20
CURRENCY :    USD         DATE    :   07/28/05    PAID    :     80,832.20
                                                  OPEN    :          0.00
                                                        Page 1 of 1
TRACE #:                       DETAIL #:    DATE        AMOUNT PAID

C0019883                       0000000237  02/28/06        28,009.18

Enter Help, Page, Void                              ACTION : P.....

# Invoice

 COOPER STANDARD™ Page: 1
AUTOMOTIVE

**Remit to:**

Cooper-Standard Automotive FHS Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344
Tax ID 222772953

| | |
|---|---|
| GST#: | |
| BOL#: | 22057855 |
| SID#: | 0000040899 |
| Invoice No: | 22057855 |
| Date: | 01/20/2005 |
| Customer No: | 1010 |
| Supplier No: | IHM |
| Sales Agent: | |

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**

WRIGHT BROTHERS AERO
ATTN: DOUG ROGERS
WAREHOUSE FACILITY
3620 LIGHTNER ROAD
VANDALIA OH 45377
United States

**VAT#:**

| | | | | F.O.B./Terms |
|---|---|---|---|---|
| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | NEWLEXINGTON OH |
| 22057855 | See Below | CTII | 01/19/2005 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 875 | 22164444 | 3/16 BRAKELINE,  REAR,  R-HAND<br>Customer    PO.          PO Amendment No.<br>0550005968<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>   16275 | C62 | 875 | 1.79550 | 1,571.06 *Like Item not Paid* | USD |
| 2100 | 22164445 | 3/16 BRAKELINE,  REAR,  L-HAND<br>Customer    PO.          PO Amendment No.<br>0550005968<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>   17150 | C62 | 2100 | 1.65234 | 3,469.91 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 5,040.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 5,040.97 |

TRANS4M - FHS.auto.cooper.intra.clb - Remote Desktop
IT TA04 - Reflection for UNIX and Digital

File  Edit  Connection  Setup  Script  Window  Help

```
MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display   18 Jul 2007

CUSTOMER :   1010        INVOICE  :   22057855      BILLED :     5,040.97
CURRENCY :   USD         DATE     :   01/20/05      PAID   :     5,040.97
                                                    OPEN   :         0.00
                                                          Page 1 of 1
TRACE #                      DETAIL #    DATE        AMOUNT PAID
--------------------------------------------------------------------
C0019863                     0000000001 02/28/06        1,571.06

ACS020640234                 0000000089 03/02/05        1,571.06
    PART : 22164444
ACS030649B5                  0000000142 04/01/05       -1,571.06
    PART : 22164444
ACS020640234                 0000000090 03/02/05        3,469.91
    PART : 22164445




Enter Help, Page, Void                                    ACTION : P.....
```

# Invoice



COOPER STANDARD™ Page: 1
AUTOMOTIVE

**Remit to:**
Cooper-Standard Automotive FHS Inc
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344
Tax ID 222772953

| GST#: | |
|---|---|
| BOL#: | 22058778 |
| SID#: | 0000041982 |
| Invoice No: | 22058778 |
| Date: | 02/22/2005 |
| Customer No: | 1010 |
| Supplier No: | IHM |
| Sales Agent: | |

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
WRIGHT BROTHERS AERO
ATTN: DOUG ROGERS
WAREHOUSE FACILITY
3620 LIGHTNER ROAD
VANDALIA OH 45377
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | NEWLEXINGTON OH |
|---|---|---|---|---|
| 22058778 | See Below | CTII | 02/21/2005 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 3500 | 22164444 | 3/16 BRAKELINE,  REAR,  R-HAND<br>Customer   PO.          PO Amendment No.<br>0550005968<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>84175 | C62 | 3500 | 1.79550 | 6,284.25 | USD |
| 2800 | 22164445 | 3/16 BRAKELINE,  REAR,  L-HAND<br>Customer   PO.          PO Amendment No.<br>0550005968<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>81375 | C62 | 2800 | 1.65234 | 4,626.55 | USD |
| 400 | 22164927 | 3/16 BRAKELINE ASSEMBLY<br>Customer   PO.          PO Amendment No.<br>0550069287<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>1100 | C62 | 400 | 3.53970 | 1,415.88 | USD |
| 400 | 22164928 | 3/16 BRAKELINE ASSEMBLY<br>Customer   PO.          PO Amendment No.<br>0550069288<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>1100 | C62 | 400 | 3.76250 | 1,505.00 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 13,831.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total
13,831.68

```
TRANS4M - FHS auto copper intra.ctb - Remote Desktop
1T7A04 - Reflection for UNIX and Digital
File  Edit  Connection  Setup  Script  Window  Help
```

```
MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    18 Jul 2007

CUSTOMER :    1010         INVOICE :   22058778     BILLED  :       13,831.88
CURRENCY :    USD          DATE    :   02/22/05     PAID    :       13,831.88
                                                    OPEN    :            0.00
                                                         Page 1 of 2
TRACE #                              DETAIL #   DATE      AMOUNT PAID
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~      ~~~~~~~~~~ ~~~~~~~~   ~~~~~~~~~~~~~~~~~~~
C0019863                             0000000002 02/28/06       2,544.63

ACS030644985                         0000000126 04/01/05       8,284.25
     PART : 22164444
ACS030644985                         0000000127 04/01/05       4,626.55
     PART : 22164445
ACS030644985                         0000000128 04/01/05       1,415.88
     PART : 22164927
ACS040849686                         0000000157 04/28/05      -1,415.88
     PART : 22164927
ACS030644985                         0000000129 04/01/05       1,505.00
     PART : 22164928
ACS040849686                         0000000158 04/28/05      -1,128.75
     PART : 22164928
Enter Help, Page, Void                                    ACTION : R.....
```

# Invoice

ITT Industries

Page: 1

| | |
|---|---|
| GST#: | |
| BOL#: | 22059889 |
| SID#: | 0000043401 |

| | |
|---|---|
| Invoice No: | 22059889 |
| Date: | 04/06/2005 |
| Customer No: | 1010 |
| Supplier No: | IHM |
| Sales Agent: | |

**Remit to:**

ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT  MI 48501-1550
United States

**Ship To:**

WRIGHT BROTHERS AERO
ATTN: DOUG ROGERS
WAREHOUSE FACILITY
3620 LIGHTNER ROAD
VANDALIA OH 45377
United States

**VAT#:**

**F.O.B./Terms**

NEWLEXINGTON OH

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped |
|---|---|---|---|
| 22059889 | See Below | CONQ | 04/05/2005 |

2ND DAY 2ND Month

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 2800 | 22164444 | 3/16 BRAKELINE,  REAR,  R-HAND  Customer  PO.          PO Amendment No.  0550005968  CUMS:  (Cum including this shipment)  CUM QUANTITY:  124775 | C62 | 2800 | 1.79550 | 5,027.40 | USD |
| 2800 | 22164445 | 3/16 BRAKELINE,  REAR,  L-HAND  Customer  PO.          PO Amendment No.  0550005968  CUMS:  (Cum including this shipment)  CUM QUANTITY:  123025 | C62 | 2800 | 1.65234 | 4,626.55 | USD |

*only P.O. owes $450.* (handwritten)
*still owes 576.32* (handwritten)

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 9,653.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| | 9,653.95 |

```
TRANS4M - FHS auto.copperinfra.ctb - Remote Desktop

Edit  Connection  Setup  Script  Window  Help

M8TInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

CUSTOMER :    1010       INVOICE :    22059889    BILLED :         9,853.95
CURRENCY :    USD        DATE    :    04/06/05    PAID   :         9,853.95
                                                  OPEN   :             0.00
                                                        Page 1 of 1
TRACE #                              DETAIL #    DATE     AMOUNT PAID
---------------------------------- ----------- ------- -----------------
AC8050854911                       0000000383 06/02/05        9,853.95

C0019883                           0000000336 02/28/06          578.32

AC8060859347                       0000000172 07/01/05         -578.32
      PART : 22164445




Enter Help, Page, Void                                    ACTION : V.....
```

Page: 1

# Invoice

ITT Industries

| | |
|---|---|
| **Remit to:** | |
| ITT Industries, Inc. | |
| Drawer #67-399 | |
| Detroit, Michigan 48267 | |
| Duns No. 05-768-3344 | |
| Tax ID 222772953 | |

| GST#: | |
|---|---|
| BOL#: | 22062131 |
| SID#: | 0000046314 |
| Invoice No: | 22062131 |
| Date: | 07/01/2005 |
| Customer No: | 1010 |
| Supplier No: | IHM |
| Sales Agent: | |

| Bill To: | | Ship To: | |
|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | | WRIGHT BROTHERS AERO | |
| ATTN: | | ATTN: DOUG ROGERS | |
| P.O. BOX 1550 | | WAREHOUSE FACILITY | |
| FLINT   MI 48501-1550 | | 3620 LIGHTNER ROAD | |
| United States | | VANDALIA OH 45377 | |
| | | United States | |

| VAT#: | | | | | F.O.B./Terms |
|---|---|---|---|---|---|
| | | | | | NEWLEXINGTON OH |
| **Our Order No.** | **Customer Purchase Order No.** | **Shipped Via** | **Date Shipped** | | 2ND DAY 2ND Month |
| 22062131 | See Below | CTII | 08/30/2005 | | |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 1750 | 22164444 | 3/16 BRAKELINE,  REAR,  R-HAND<br>Customer   PO.              PO Amendment No.<br>0550005968<br>CUMS:<br>  (Cum including this shipment)<br>CUM QUANTITY:<br>    268450 | C62 | 1750 | 1.79550 | 3,142.13 | USD |
| 200 | 22164928 | 3/16 BRAKELINE ASSEMBLY<br>Customer   PO.              PO Amendment No.<br>0550069288<br>CUMS:<br>  (Cum including this shipment)<br>CUM QUANTITY:<br>    4700 | C62 | 200 | 3.76250 | 752.50 | USD |

*(handwritten: short paid  2,985.03     752.50     157.?     $... paid)*

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 3,894.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 3,894.63 |



```
TRANS4M - EHS auto cooperintra.ctb - Remote Desktop
TTTA04 - Reflection for UNIX and Digital
File  Edit  Connection  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    18 Jul 2007

CUSTOMER :    1010         INVOICE :    22062131      BILLED :        3,894.63
CURRENCY :    USD          DATE    :    07/01/05      PAID   :        3,894.63
                                                      OPEN   :            0.00
                                                          Page 1 of 1
TRACE #                    DETAIL #     DATE          AMOUNT PAID
--------------------       ---------    --------      -----------
C0019063                   0000000044   02/28/06           157.10

ACS080669186               0000000078   09/02/05         2,985.03
    PART : 22164444
ACS080669186               0000000077   09/02/05           752.50
    PART : 22164920




Enter Help, Page, Void .                              ACTION : R.
```

# Invoice

 ITT Industries

Page: 1

| | |
|---|---|
| **GST#:** | |
| **BOL#:** | 22062837 |
| **SID#:** | 0000047298 |
| **Invoice No:** | 22062837 |
| **Date:** | 08/11/2005 |
| **Customer No:** | 1010 |
| **Supplier No:** | IHM |
| **Sales Agent:** | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 06-788-3344

Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
WRIGHT BORTHERS AERO
ATTN: DOUG RODGERS
WAREHOUSE FACILITY
3620 LIGHTNER ROAD
VANDALIA OH 45377
United States

**VAT#:**

**F.O.B./Terms**
NEWLEXINGTON OH

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 22062837 | See Below | WBEX | 08/11/2005 | 2ND DAY 2ND Month |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 2800 | 22164979 | 3/16 BRAKELINE, REAR, L-HAND<br>Customer P.O.        PO Amendment No.<br>0550076313<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>      13825 | C62 | 2800 | 1.62890 | 4,560.92 | USD |
| 2800 | 22164978 | 3/16 BRAKELINE, REAR, R-HAND<br>Customer P.O.        PO Amendment No.<br>0550076314<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>      15575 | C62 | 2800 | 1.78073 | 4,986.04 | USD |
| 400 | 22164981 | 3/16 BRAKELINE ASSEMBLY<br>Customer P.O.        PO Amendment No.<br>0550076311<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>      400 | C62 | 400 | 3.49650 | 1,398.60 | USD |
| 200 | 22164980 | 3/16 BRAKELINE ASSEMBLY<br>Customer P.O.        PO Amendment No.<br>0550076312 | C62 | 200 | 3.76560 | 753.12 | USD |

| Product Total | Discount. | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| | | | | | |

Page: 2

# Invoice

ITT Industries

**Remit to:**

ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 06-768-3344

Tax ID 222772953

| | |
|---|---|
| GST#: | |
| BOL#: | 22062837 |
| SID#: | 0000047298 |
| Invoice No: | 22062837 |
| Date: | 08/11/2005 |
| Customer No: | 1010 |
| Supplier No: | IHM |
| Sales Agent: | |

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**

WRIGHT BORTHERS AERO
ATTN: DOUG RODGERS
WAREHOUSE FACILITY
3620 LIGHTNER ROAD
VANDALIA OH 45377
United States

| VAT#: | | | | F.O.B./Terms | |
|---|---|---|---|---|---|
| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | NEWLEXINGTON OH | |
| 22062837 | See Below | WBEX | 08/11/2005 | 2ND DAY 2ND Month | |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| | | CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>200 | | | | | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 11,698.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total

11,698.68

```
TRANS4M - FHS auto.cooperintra.ctb - Remote Desktop

File  Connection  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

CUSTOMER :    1010        INVOICE :   22062037     BILLED :       11,898.88
CURRENCY :    USD         DATE    :   08/11/05     PAID    :      11,898.88
                                                   OPEN    :           0.00
                                                          Page 1 of 1
TRACE #                         DETAIL #    DATE       AMOUNT PAID
------------------------------------------------------------------------
C0019863                      0000000378 02/28/06          201.80

ACS090675909                  0000000131 10/04/05        4,560.92
     PART : 22164979
ACS090675909                  0000000132 10/04/05        4,784.44
     PART : 22164978
ACS090675909                  0000000129 10/04/05        1,398.60
     PART : 22164981
ACS090675909                  0000000130 10/04/05          753.12
     PART : 22164980




Enter Help, Page, Void                                 ACTION : P.....
```

Page: 1

# Invoice

ITT Industries

| | |
|---|---|
| GST#: | |
| BOL#: | 22062877 |
| SID#: | 0000047348 |
| Invoice No: | 22062877 |
| Date: | 08/12/2005 |
| Customer No: | 1010 |
| Supplier No: | IHM |
| Sales Agent: | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT  MI 48601-1550
United States

**Ship To:**
WRIGHT BORTHERS AERO
ATTN: DOUG RODGERS
WAREHOUSE FACILITY
3620 LIGHTNER ROAD
VANDALIA OH 45377
United States

VAT#:

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | F.O.B./Terms |
|---|---|---|---|---|
| | | | | NEWLEXINGTON OH |
| 22062877 | See Below | CTII | 08/12/2005 | 2ND DAY 2ND Month |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 2450 | 22164979 | 3/16 BRAKELINE, REAR, L-HAND<br>Customer  PO.       PO Amendment No.<br>0550076313<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>16275 | C62 | 2450 | 1.62890 | 3,990.81 | USD |
| 4200 | 22164978 | 3/16 BRAKELINE, REAR, R-HAND<br>Customer  PO.       PO Amendment No.<br>0550076314<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>19775 | C62 | 4200 | 1.78073 | 7,479.07 | USD |
| 200 | 22164980 | 3/16 BRAKELINE ASSEMBLY<br>Customer  PO.       PO Amendment No.<br>0550076312<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>400 | C62 | 200 | 3.76560 | 753.12 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 12,223.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Invoice Total | 12,223.00 |

TRANS4M  FHS.auto.cooperinfra.clb  Remote Desktop

File  Edit  Connection  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    29 Jul 2007

CUSTOMER :    1010          INVOICE :    22062877      BILLED :        12,223.00
CURRENCY :    USD           DATE    :    08/12/05      PAID   :        12,223.00
                                                       OPEN   :             0.00
                                                            Page 1 of 1
TRACE #                          DETAIL #    DATE      AMOUNT PAID

C0019863                       0000000212  02/28/06        302.40

AC8090875909                   0000000118  10/04/05      3,990.81
     PART : 22164979
AC8090875909                   0000000119  10/04/05      7,176.67
     PART : 22164978
AC8090875909                   0000000117  10/04/05        753.12
     PART : 22164980

Enter Help, Page, Void                                ACTION : P.....

# Invoice

ITT Industries

Page: 1

| | |
|---|---|
| **GST#:** | |
| **BOL#:** | 22062923 |
| **SID#:** | 0000047396 |
| Invoice No: | 22062923 |
| Date: | 08/16/2005 |
| Customer No: | 1010 |
| Supplier No: | IHM |
| Sales Agent: | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344
Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT  MI 48501-1550
United States

**Ship To:**
WRIGHT BORTHERS AERO
ATTN: DOUG RODGERS
WAREHOUSE FACILITY
3620 LIGHTNER ROAD
VANDALIA OH 45377
United States

**VAT#:**

**F.O.B./Terms**
NEWLEXINGTON OH

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 22062923 | See Below | CTll | 08/15/2005 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 4200 | 22164979 | 3/16 BRAKELINE,  REAR,  L-HAND<br>Customer  PO.     PO Amendment No.<br>0550076313<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>   20475 | E62 | 4200 | 1.62890 | 6,841.38 | USD |
| 1400 | 22164978 | 3/16 BRAKELINE,  REAR,  R-HAND<br>Customer  PO.     PO Amendment No.<br>0550076314<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>   21175 | E62 | 1400 | 1.78073 | 2,493.02 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 9,334.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total
9,334.40

```
TRANS4M  FHS auto.cooperintra.ctb  Remote Desktop

File  Edit  Connection  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

CUSTOMER :    1010        INVOICE :    22082923      BILLED :        9,334.40
CURRENCY :    USD         DATE    :    08/16/05      PAID    :        9,334.40
                                                     OPEN    :            0.00
                                                            Page 1 of 1
TRACE #                              DETAIL #    DATE       AMOUNT PAID
------------------------------       -------- --------- ---------------------
C0019863                             0000000023 02/28/06          100.80

ACS090675909                         0000000120 10/04/05        6,841.38
        PART : 22164978
ACS090675909                         0000000121 10/04/05        2,392.22
        PART : 22164978




Enter Help, Page, Void                                    ACTION : P.....
```

Page: 1

# Invoice

 ITT Industries

| | |
|---|---|
| **GST#:** | |
| **BOL#:** | 22062953 |
| **SID#:** | 0000047444 |
| **Invoice No:** | 22062953 |
| **Date:** | 08/16/2005 |
| **Customer No:** | 1010 |
| **Supplier No:** | IHM |
| **Sales Agent:** | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
WRIGHT BORTHERS AERO
ATTN: DOUG RODGERS
WAREHOUSE FACILITY
3620 LIGHTNER ROAD
VANDALIA OH 45377
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | NEWLEXINGTON OH |
|---|---|---|---|---|
| 22062953 | See Below | CTII | 08/16/2005 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 2800 | 22164979 | 3/16 BRAKELINE, REAR, L-HAND<br>Customer PO.  PO Amendment No.:<br>0550076313<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>23275 | C62 | 2800 | 1.62890 | 4,560.92 | USD |
| 2800 | 22164978 | 3/16 BRAKELINE, REAR, R-HAND<br>Customer PO.  PO Amendment No.:<br>0550076314<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>23975 | C62 | 2800 | 1.78073 | 4,986.04 | USD |
| 200 | 22164980 | 3/16 BRAKELINE ASSEMBLY<br>Customer PO.  PO Amendment No.:<br>0550076312<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>600 | C62 | 200 | 3.76560 | 753.12 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 10,300.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total

10,300.08

```
TRANS4M - FHS auto cooperinfra.ctb - Remote Desktop

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

CUSTOMER :    1010        INVOICE :   22062953      BILLED :        10,300.08
CURRENCY :    USD         DATE    :   08/16/05      PAID   :        10,300.08
                                                    OPEN   :             0.00
                                                           Page 1 of 1
TRACE #                              DETAIL #   DATE      AMOUNT PAID
══════════════════════════════════  ════════   ════════  ════════════════════
CD019863                             0000000273 02/28/06        201.60

ACS090675909                         0000000127 10/04/05      4,560.92
     PART : 22164979
ACS090675909                         0000000128 10/04/05      4,784.44
     PART : 22164979
ACS090675909                         0000000126 10/04/05        753.12
     PART : 22164980




Enter Help, Page, Void                              ACTION : P.....
```

Page: 1

# Invoice

ITT Industries

**Remit to:**

ITT Industries, Inc.
Drawer #87-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

| | |
|---|---|
| GST#: | |
| BOL#: | 22063000 |
| SID#: | 0000047511 |
| Invoice No: | 22063000 |
| Date: | 08/18/2005 |
| Customer No: | 1010 |
| Supplier No: | IHM |
| Sales Agent: | |

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
HARCO BROTHERS
ATTN: DOUG RODGERS
600 HARCO DRIVE
ENGLEWOOD OH 45322
United States

VAT#:

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | NEWLEXINGTON OH |
|---|---|---|---|---|
| 22063000 | See Below | WBEX | 08/18/2005 | 2ND DAY 2ND Month |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 2800 | 22164979 | 3/16 BRAKELINE,  REAR,  L-HAND<br>Customer  PO.         PO Amendment No.<br>0550076313<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>   26075 | C62 | 2800 | 1.62890 | 4,560.92 | USD |
| 2800 | 22164978 | 3/16 BRAKELINE,  REAR,  R-HAND<br>Customer  PO.         PO Amendment No.<br>0550076314<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>   26775 | C62 | 2800 | 1.78073 | 4,986.04 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 9,546.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total

9,546.96

```
TRANS4M  FHS.auto.cooperinfra.clb  Remote Desktop              [_][□][X]
File  Edit  Connection  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display   29 Jul 2007

CUSTOMER :    1010        INVOICE :   22083000      BILLED :        9,546.96
CURRENCY :    USD         DATE    :   08/18/05      PAID   :        9,546.96
                                                    OPEN   :            0.00
                                                          Page 1 of 1
TRACE #                             DETAIL #   DATE        AMOUNT PAID
―――――――――――――――――――――――――――――――――   ――――――――   ――――――――    ――――――――――――――
C0019863                            0000000107 02/28/06         201.60

ACS090675909                        0000000122 10/04/05       4,560.92
     PART : 22164979
ACS090675909                        0000000123 10/04/05       4,784.44
     PART : 22164978




Enter Help, Page, Void                              ACTION : R.....
```

# Invoice

ITT Industries

Page: 1

| | |
|---|---|
| **GST#:** | |
| **BOL#:** | 22063044 |
| **SID#:** | 0000047558 |
| **Invoice No:** | 22063044 |
| **Date:** | 08/19/2005 |
| **Customer No:** | 1010 |
| **Supplier No:** | IHM |
| **Sales Agent:** | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-788-3344

Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT  MI 48501-1550
United States

**Ship To:**
HARCO BROTHERS
ATTN:
600 HARCO DRIVE
ENGLEWOOD OH 45322
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | NEWLEXINGTON OH |
|---|---|---|---|---|
| 22063044 | See Below | WBEX | 08/19/2005 | 2ND DAY 2ND Month |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 2800 | 22164979 | 3/16 BRAKELINE,  REAR,  L-HAND<br>Customer  PO.          PO Amendment No.<br>0550076313<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>      28875 | C62 | 2800 | 1.62890 | 4,560.92 | USD |
| 2800 | 22164978 | 3/16 BRAKELINE,  REAR,  R-HAND<br>Customer  PO.          PO Amendment No.<br>0550076314<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>      29575 | C62 | 2800 | 1.78073 | 4,986.04 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 9,546.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total

9,546.96

TRANS4M - FHS.auto.cooperintra.clb - Remote Desktop

File Edit Connection Setup Script Window Help

MBTInvoiceHIG COOPER-STANDARD AUTOMOTIV  Invoice Payments Display      23 Jul 2007

```
CUSTOMER  :    1010         INVOICE :    22063044       BILLED  :         9,546.96
CURRENCY  :    USD          DATE    :    08/19/05       PAID    :         9,546.96
                                                        OPEN    :             0.00
                                                              Page 1 of 1
TRACE #                           DETAIL #    DATE      AMOUNT PAID
-------------------------------------------------------------------------------
C0019883                          0000000357  02/28/06        201.60

ACS090675909                      0000000124  10/04/05      4,560.92
     PART : 22164979
ACS090675909                      0000000125  10/04/05      4,784.44
     PART : 22164978
```

Enter Help, Page, Void                                    ACTION : P.....

Page: 1

# Invoice

ITT Industries

| | |
|---|---|
| GST#: | |
| BOL#: | 22063087 |
| SID#: | 0000047615 |
| Invoice No: | 22063087 |
| Date: | 08/22/2005 |
| Customer No: | 1010 |
| Supplier No: | IHM |
| Sales Agent: | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
HARCO BRAKES
ATTN:
600 HARCO DRIVE
ENGLEWOOD OH 45322
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | NEWLEXINGTON OH |
|---|---|---|---|---|
| 22063087 | See Below | WBEX | 08/22/2005 | 2ND DAY 2ND Month |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 2800 | 22164972 | 3/16 BRAKELINE, REAR, L-HAND<br>Customer PO.       PO Amendment No.<br>0550076313<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>     31675 | C62 | 2800 | 1.62890 | 4,560.92 | USD |
| 2800 | 22164970 | 3/16 BRAKELINE, REAR, R-HAND<br>Customer PO.       PO Amendment No.<br>0550076314<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>     32375 | C62 | 2800 | 1.78073 | 4,986.04 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 9,546.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total   9,546.96

```
TRANS4M - FHS auto.cooperintra.ctb - Remote Desktop

File Edit Correction Setup Serial Window Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

CUSTOMER :    1010        INVOICE :    22063087      BILLED :        9,546.96
CURRENCY :    USD         DATE    :    09/22/05      PAID    :        9,546.96
                                                     OPEN    :            0.00
                                                           Page 1 of 1
TRACE #                          DETAIL #    DATE      AMOUNT PAID
-------------------------------------------------------------------------
C0019063                         0000000191  02/28/06         201.60

AC8090675909                     0000000139  10/04/05       4,580.92
     PART : 22164978
AC8090675909                     0000000140  10/04/05       4,784.44
     PART : 22164978




Enter Help, Page, Void                              ACTION : P.....
```

# Invoice

ITT Industries

Page: 1

| | |
|---|---|
| GST#: | |
| BOL#: | 22063104 |
| SID#: | 0000047628 |
| Invoice No: | 22063104 |
| Date: | 08/22/2005 |
| Customer No: | 1010 |
| Supplier No: | IHM |
| Sales Agent: | |

**Remit to:**

ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
WRIGHT BORTHERS AERO
ATTN: DOUG RODGERS
WAREHOUSE FACILITY
3620 LIGHTNER ROAD
VANDALIA OH 45377
United States

VAT#:

F.O.B./Terms: NEWLEXINGTON OH

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | 2ND DAY 2ND Month |
|---|---|---|---|---|
| 22063104 | See Below | CTII | 08/22/2005 | |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 2275 | 22164979 | 3/16 BRAKELINE, REAR, L-HAND<br>Customer   PO.        PO Amendment No.<br>0550076313<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>33950 | C62 | 2275 | 1.62890 | 3,705.75 | USD |
| 2450 | 22164978 | 3/16 BRAKELINE, REAR, R-HAND<br>Customer   PO.        PO Amendment No.<br>0550076314<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>34825 | C62 | 2450 | 1.78073 | 4,362.79 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 8,068.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total

8,068.54

```
TRANS4M  FHS.auto.cooperintra.cib  Remote Desktop                    _ □ ×
File  Edit  Connection  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display   23 Jul 2007

CUSTOMER :    1010       INVOICE :   22063104     BILLED  :        8,068.54
CURRENCY :    USD        DATE    :   08/22/05     PAID    :        8,068.54
                                                 OPEN    :            0.00
                                                        Page 1 of 1
TRACE #                          DETAIL #    DATE       AMOUNT PAID
─────────────────────────────── ────────── ───────── ─────────────────────
C0019883                         0000000085 02/28/06         178.40

AC8090675909                     0000000133 10/04/05       3,705.75
     PART : 22164979
AC8090675909                     0000000134 10/04/05       4,186.39
     PART : 22164978




Enter Help, Page, Void                               ACTION : P.....

```

# Invoice

ITT Industries

Page: 1

| | |
|---|---|
| GST#: | |
| BOL#: | 22063147 |
| SID#: | 0000047684 |
| Invoice No: | 22063147 |
| Date: | 08/23/2005 |
| Customer No: | 1010 |
| Supplier No: | IHM |
| Sales Agent: | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
WRIGHT BORTHERS AERO
ATTN: DOUG RODGERS
WAREHOUSE FACILITY
3620 LIGHTNER ROAD
VANDALIA OH 45377
United States

| VAT#: | | | | F.O.B./Terms |
|---|---|---|---|---|
| **Our Order No.** | **Customer Purchase Order No.** | **Shipped Via** | **Date Shipped** | NEWLEXINGTON OH |
| 22063147 | See Below | CTII | 08/23/2005 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 1750 | 22164979 | 3/16 BRAKELINE,  REAR,  L-HAND<br>Customer   PO.         PO Amendment No.<br>0550076313<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>    35700 | C62 | 1750 | 1.62890 | 2,850.58 | USD |
| 1575 | 22164978 | 3/16 BRAKELINE,  REAR,  R-HAND<br>Customer   PO.         PO Amendment No.<br>0550076314<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>    36400 | C62 | 1575 | 1.78073 | 2,804.65 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 5,655.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Invoice Total | 5,655.23 |

```
TRANS-IM   FHS auto cooperinTra.ctb   Remote Desktop                    [_][□][X]

Edit Correction Save Scan Window Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display   23 Jul 2007

CUSTOMER :    1010       INVOICE :   22063147     BILLED :        5,655.23
CURRENCY :    USD        DATE    :   08/23/05     PAID    :        5,655.23
                                                  OPEN    :            0.00
                                                         Page 1 of 1
TRACE #                             DETAIL #    DATE      AMOUNT PAID
─────────────────────────────────────────────────────────────────────
C0019883                            0000000315 02/28/06       113.40

AC8090675909                        0000000137 10/04/05     2,850.58
      PART : 22164979
AC8090675909                        0000000138 10/04/05     2,691.25
      PART : 22164978




Enter Help, Page, Void                               ACTION : P.....
```

Page: 1

# Invoice  ITT Industries

| | |
|---|---|
| **GST#:** | |
| **BOL#:** | 22063168 |
| **SID#:** | 0000047718 |
| **Invoice No:** | 22063168 |
| **Date:** | 08/24/2005 |
| **Customer No:** | 1010 |
| **Supplier No:** | IHM |
| **Sales Agent:** | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344
Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
WRIGHT BORTHERS AERO
ATTN: DOUG RODGERS
WAREHOUSE FACILITY
3620 LIGHTNER ROAD
VANDALIA OH 45377
United States

**VAT#:**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | F.O.B./Terms |
|---|---|---|---|---|
| 22063168 | See Below | CTII | 08/24/2005 | NEWLEXINGTON OH 2ND DAY 2ND Month |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 3325 | 22164979 | 3/16 BRAKELINE, REAR, L-HAND<br>Customer  PO.        PO Amendment No.<br>0550076313<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>39025 | C62 | 3325 | 1.62890 | 5,416.09 | USD |
| 2100 | 22164978 | 3/16 BRAKELINE, REAR, R-HAND<br>Customer  PO.        PO Amendment No.<br>0550076314<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>38500 | C62 | 2100 | 1.78073 | 3,739.53 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 9,155.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 9,155.62 |



Page: 1

# Invoice

ITT Industries

| | |
|---|---|
| GST#: | |
| BOL#: | 22063241 |
| SID#: | 0000047804 |
| Invoice No: | 22063241 |
| Date: | 08/26/2005 |
| Customer No: | 1010 |
| Supplier No: | IHM |
| Sales Agent: | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344
Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
WRIGHT BORTHERS AERO
ATTN: DOUG RODGERS
WAREHOUSE FACILITY
3620 LIGHTNER ROAD
VANDALIA OH 45377
United States

VAT#:

**F.O.B./Terms**
NEWLEXINGTON OH

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | 2ND DAY 2ND Month |
|---|---|---|---|---|
| 22063241 | See Below | CTII | 08/26/2005 | |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 2625 | 22164979 | 3/16 BRAKELINE, REAR, L-HAND  Customer PO.      PO Amendment No.  0550076313  CUMS:  (Cum including this shipment)  CUM QUANTITY:  43925 | C62 | 2625 | 1.62890 | 4,275.86 | USD |
| 2800 | 22164978 | 3/16 BRAKELINE, REAR, R-HAND  Customer PO.      PO Amendment No.  0550076314  CUMS:  (Cum including this shipment)  CUM QUANTITY:  43225 | C62 | 2800 | 1.78073 | 4,986.04 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 9,261.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

9,261.90



```
TRANS4M - FHS.auto.cooperintra.ctb - Remote Desktop

File  Edit  Connection  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

CUSTOMER :   1010        INVOICE :   22083241       BILLED :        9,261.90
CURRENCY :   USD         DATE    :   08/26/05       PAID    :        9,261.90
                                                    OPEN    :            0.00
                                                              Page 1 of 1
TRACE #                              DETAIL #    DATE         AMOUNT PAID
----------------------------------   --------  --------      -----------
C0019883                             0000000233 02/28/06          201.60

ACS090875909                         0000000143 10/04/05        4,275.86
     PART : 22164979
ACS090875909                         0000000144 10/04/05        4,784.44
     PART : 22164978




Enter Help, Page, Void                                      ACTION : P.....
```

Page: 1

# Invoice

ITT Industries

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-788-3344

Tax ID 222772953

| | |
|---|---|
| GST#: | |
| BOL#: | 22063281 |
| SID#: | 0000047858 |
| Invoice No: | 22063281 |
| Date: | 08/31/2005 |
| Customer No: | 1010 |
| Supplier No: | IHM |
| Sales Agent: | |

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1650
FLINT    MI 48501-1550
United States

**Ship To:**
WRIGHT BORTHERS AERO
ATTN: DOUG RODGERS
WAREHOUSE FACILITY
3620 LIGHTNER ROAD
VANDALIA OH 45377
United States

VAT#:

**F.O.B./Terms**
NEWLEXINGTON OH

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | 2ND DAY 2ND Month |
|---|---|---|---|---|
| 22063281 | See Below | CTII | 08/29/2005 | |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 2800 | 22164979 | 3/16 BRAKELINE,  REAR,  L-HAND<br>Customer    PO.          PO Amendment No.<br>0550076313<br>CUMS:<br>  (Cum including this shipment)<br>CUM QUANTITY:<br>    46725 | 062 | 2800 | 1.62820 | 4,560.92 | USD |
| 1400 | 22164978 | 3/16 BRAKELINE,  REAR,  R-HAND<br>Customer    PO.          PO Amendment No.<br>0550076314<br>CUMS:<br>  (Cum including this shipment)<br>CUM QUANTITY:<br>    44625 | 062 | 1400 | 1.78073 | 2,493.02 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 7,053.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total
7,053.94



MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display     23 Jul 2007

CUSTOMER :     1010        INVOICE :     22063281      BILLED :         7,053.94
CURRENCY :     USD         DATE    :     08/31/05      PAID    :         7,053.94
                                                       OPEN    :             0.00
                                                                   Page 1 of 1
TRACE #                           DETAIL #    DATE       AMOUNT PAID
--------------------------------  ----------  --------  --------------
C0019863                          0000000005  02/28/06          100.80

ACS090875909                      0000000145  10/04/05        4,560.92
     PART : 22164979
ACS090875909                      0000000146  10/04/05        2,392.22
     PART : 22184978




Enter Help, Page, Void                                      ACTION : P.....

# Invoice

ITT Industries

Page: 1

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

| | |
|---|---|
| GST#: | |
| BOL#: | 29057826 |
| SID#: | 0000049216 |
| Invoice No: | 29057826 |
| Date: | 12/17/2004 |
| Customer No: | 1010 |
| Supplier No: | BLP |
| Sales Agent: | |

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT  MI 48501-1550
United States

**Ship To:**
DELPHI AUTOMOTIVE
ATTN:
2926 DAVISON ROAD
DOCK 087   DEPT 60-88
FLINT MI 48556
United States

**VAT#:**

**F.O.B./Terms** OSCODA, MICHIGAN

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 29057826 | GL40000H | UPSN | 12/17/2004 | 2ND DAY 2ND Month |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 175 | 25028403 | FUEL JUMPER LINE<br>Customer    PO.          PO Amendment No.<br>GL40000H<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>     300<br>(2 CTNS) SHIPPED AS 2 CTNS | EA | 175 | 14.63000 | 2,560.25 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 2,560.25 | 0.00 | 14.70 | 0.00 | 0.00 | 0.00 |

Invoice Total: 2,574.95

TRANS4M  FHS.auto.cooperintra.ctb  Remote Desktop

Edit   Connection   Setup   Setup   Window   Help

```
MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

CUSTOMER :     1010        INVOICE :    29057826       BILLED :      2,574.95
CURRENCY :     USD         DATE    :    12/17/04       PAID    :      2,574.95
                                                       OPEN    :          0.00
                                                               Page 1 of 1
TRACE #                        DETAIL #    DATE         AMOUNT PAID
------------------------------ ---------- ----------    ------------
ACS100621802                   0000000227 11/02/04            839.19

ACS100621802                   0000000247 11/02/04          1,398.65

C0019863                       0000000238 02/28/06             53.66

ACS010835744                   0000000010 02/02/05            283.45
       PART : 25028403




Enter Help, Page, Void                                 ACTION : P.....
```

# Invoice

ITT Industries

Page: 1

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 06-768-3344

Tax ID 222772953

| | |
|---|---|
| GST#: | |
| BOL#: | 29060467 |
| SID#: | 0000053600 |
| Invoice No: | 29060467 |
| Date: | 06/18/2005 |
| Customer No: | 1010 |
| Supplier No: | BLP |
| Sales Agent: | |

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
DELPHI E 7 C FLINT EAST
ATTN:
2926 DAVISON RD
DOCK 087 DEPT 60-88
FLINT MI 48556
United States

**VAT#:**

**F.O.B./Terms**
OSCODA, MICHIGAN

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | 2ND DAY 2ND Month |
|---|---|---|---|---|
| 29060467 | 0550013596 | UPSN | 05/18/2005 | |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 100 | 25027943 | 5/16 VAPOR LINE<br>Customer  PO.         PO Amendment No.<br>0550013596<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>          100<br>1 CTN SHIPPED AS 1 CTN<br>124502270348164101 | C62 | 100 | 15.00000 | 1,500.00 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 1,500.00 | 0.00 | 5.98 | 0.00 | 0.00 | 0.00 |

Invoice Total
1,505.98



TRANS4M  FHS.auto.cooperintra.ctb  Remote Desktop

File  Edit  Connection  Options  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display     23 Jul 2007

CUSTOMER  :    1010          INVOICE  :    29060487       BILLED :           1,505.98
CURRENCY  :    USD           DATE     :    05/18/05       PAID   :           1,505.98
                                                          OPEN   :               0.00
                                                                 Page 1 of 1
TRACE #                                  DETAIL #    DATE       AMOUNT PAID
─────────────────────────────────────   ───────────────────   ──────────────────
C0019863                                 0000000259 02/28/06         1,400.07

ACS080659347                             0000000009 07/01/05           105.91
      PART : 25027943




Enter Help, Page, Void                                          ACTION : P.....

# Invoice

 ITT Industries

Page: 1

**GST#:**
**BOL#:** 29060637
**SID#:** 0000053858

| | |
|---|---|
| Invoice No: | 29060637 |
| Date: | 05/27/2005 |
| Customer No: | 1010 |
| Supplier No: | BLP |
| Sales Agent: | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
DELPHI E 7 C FLINT EAST
ATTN:
2926 DAVISON RD
DOCK 087 DEPT 60-88
FLINT MI 48556
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | OSCODA, MICHIGAN |
|---|---|---|---|---|
| 29060637 | 0550015406 | UPSN | 05/27/2005 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 50 | 25028643 | TUBE ASSEMBLY RETURN<br>Customer   PO.       PO Amendment No.<br>0550015406<br>CUMS:<br>  (Cum including this shipment)<br>CUM QUANTITY:<br>        50<br>(1 CTN) SHIPPED AS 1 CTN | C62 | 50 | 14.23000 | 711.50 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 711.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

711.50