

```
TRANSAM - F(US.auto.cooperintra.ctl) - Remote Desktop

File  Edit  Connection  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display     29 Jul 2007

CUSTOMER :    1010        INVOICE :   29060637     BILLED :           711.50
CURRENCY :    USD         DATE    :   05/27/05     PAID   :           711.50
                                                   OPEN   :             0.00
                                                        Page 1 of 1
TRACE #                          DETAIL #   DATE       AMOUNT PAID
----------------------------     --------- --------   -----------------
C0019863                         0000000093 02/28/08       835.07

AC8060859347                     0000000013 07/01/05        78.43
     PART : 25028643




Enter Help, Page, Void                                   ACTION : P....
```

# Invoice

 ITT Industries

Page: 1

| | |
|---|---|
| GST#: | |
| BOL#: | 29060887 |
| SID#: | 0000054252 |
| Invoice No: | 29060887 |
| Date: | 06/13/2005 |
| Customer No: | 1010 |
| Supplier No: | BLP |
| Sales Agent: | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
DELPHI E & C FLINT EAST
ATTN:
2926 DAVISON RD
DOCK 087 DEPT 60-88
FLINT MI 48556
United States

VAT#:

F.O.B./Terms
OSCODA, MICHIGAN

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 29060887 | 0550013596 | UPSN | 06/13/2005 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr |
|---|---|---|---|---|---|---|---|
| 100 | 25027943 | 5/16 VAPOR LINE<br>Customer  PO.       PO Amendment No.<br>0550013596<br>CUMS:<br>  (Cum including this shipment)<br>CUM QUANTITY:<br>      200<br>(1 CTN) SHIPPED AS 1 CTN | E62 | 100 | 15.00000 | 1,500.00 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total
1,500.00



# Invoice

ITT Industries

Page: 1

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

| | |
|---|---|
| GST#: | |
| BOL#: | 29060888 |
| SID#: | 0000054253 |
| Invoice No: | 29060888 |
| Date: | 06/13/2005 |
| Customer No: | 1010 |
| Supplier No: | BLP |
| Sales Agent: | |

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
DELPHI AUTOMOTIVE
ATTN:
2926 DAVISON ROAD
DOCK 087   DEPT 60-88
FLINT MI 48556
United States

**VAT#:**

**F.O.B./Terms**
OSCODA, MICHIGAN
2ND DAY 2ND Month

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped |
|---|---|---|---|
| 29060888 | GL40000H | UPSN | 06/13/2005 |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 100 | 25028403 | FUEL JUMPER LINE<br>Customer   PO.        PO Amendment No.<br>GL40000H<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>· 100<br>(1 CTN) SHIPPED AS 1 CTN | EA | 100 | 14.63000 | 1,463.00 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 1,463.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 1,463.00 |



```
TRANS4M  FHS.auto.cooperintra.ctb - Remote Desktop

M8TInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display   23 Jul 2007

CUSTOMER :   1010        INVOICE :   29060888     BILLED :        1,463.00
CURRENCY :   USD         DATE    :   06/13/05     PAID    :        1,463.00
                                                  OPEN    :            0.00
                                                         Page 1 of 1
TRACE #                              DETAIL #   DATE      AMOUNT PAID
----------------------------------   --------   --------  ----------------
C0019863                             000000017 7 02/28/06        1,301.03

AC9070663572                         000000005 08/02/05           161.97
        PART : 25028403




Enter Help, Page, Void                                    ACTION : V.....
```

# Invoice

⬧ ITT Industries

Page: 1

| | |
|---|---|
| GST#: | |
| BOL#: | 29061132 |
| SID#: | 0000054619 |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

| | |
|---|---|
| Invoice No: | 29061132 |
| Date: | 06/27/2005 |
| Customer No: | 1010 |
| Supplier No: | BLP |
| Sales Agent: | |

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT  MI 48501-1550
United States

**Ship To:**
DELPHI E & C FLINT EAST
ATTN:
2926 DAVISON RD
DOCK 087 DEPT 60-88
FLINT MI 48556
United States

**VAT#:**

**F.O.B./Terms**
OSCODA, MICHIGAN

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 29061132 | 0550015406 | UPSN | 06/27/2005 | 2ND DAY 2ND Month |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 50 | 25028643 | TUBE ASSEMBLY RETURN<br>Customer  PO.      PO Amendment No.<br>0550015406<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>     100<br>(1 CTN) SHIPPED AS 1 CTN | C62 | 50 | 14.23000 | 711.50 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 711.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total
711.50



```
TRANSM  FHS.auto.cooperintra.clu  Remote Desktop

File  Edit  Connection  Setup  Script  Window  Help

MBTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

CUSTOMER :   1010       INVOICE :   29061132     BILLED :        711.50
CURRENCY :   USD        DATE    :   06/27/05     PAID   :        711.50
                                                 OPEN   :          0.00
                                                       Page 1 of 1
TRACE #                          DETAIL #    DATE      AMOUNT PAID
----------------------------------------------------------------------------
C0019883                         0000000051 02/28/06       635.07

ACS070883572                     0000000008 08/02/05        76.43
      PART : 25028643




Enter Help, Page, Void                              ACTION : P.....
```

# Invoice

 COOPER STANDARD™ Page: 1
AUTOMOTIVE

GST#:
BOL#: 22064216
SID#: 0000049072

| Invoice No: | 22064216 |
| Date: | 10/06/2005 |
| Customer No: | 1010 |
| Supplier No: | IHM |
| Sales Agent: | |

**Remit to:**
Cooper-Standard Automotive FHS Inc
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344
Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
WRIGHT BORTHERS AERO
ATTN: DOUG RODGERS
WAREHOUSE FACILITY
3620 LIGHTNER ROAD
VANDALIA OH 45377
United States

VAT#:

F.O.B./Terms: NEWLEXINGTON OH

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 22064216 | See Below | PJXI | 10/06/2005 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 2800 | 22164979 | 3/16 BRAKELINE, REAR, L-HAND<br>Customer PO.        PO Amendment No.<br>0550076313<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>121450 | C62 | 2800 | 1.62890 | 4,560.92 | USD |
| 2800 | 22164978 | 3/16 BRAKELINE, REAR, R-HAND<br>Customer PO.        PO Amendment No.<br>0550076314<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>112525 | C62 | 2800 | 1.78073 | 4,986.04 | USD |
| 100 | 22164981 | 3/16 BRAKELINE ASSEMBLY<br>Customer PO.        PO Amendment No.<br>0550076311<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>1775 | C62 | 100 | 3.49650 | 349.65 | USD |
| 100 | 22164980 | 3/16 BRAKELINE ASSEMBLY<br>Customer PO.        PO Amendment No.<br>0550076312<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>2000 | C62 | 100 | 3.76560 | 376.56 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 10,273.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

10,273.17

```
TRANS4M - FHS.auto.cooperintra.ctb - Remote Desktop
File  Edit  Connection  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

CUSTOMER :    1010        INVOICE :    22084216     BILLED :       10,273.17
CURRENCY :    USD         DATE    :    10/06/05     PAID   :       10,273.17
                                                    OPEN   :            0.00
                                                         Page 1 of 1
TRACE #                              DETAIL #   DATE      AMOUNT PAID
----------------------------------------------------------------------------
C0019865                          0000000027 02/28/06         201.60

ACS110691383                      0000000095 12/02/05       4,560.92
     PART : 22164979
ACS110691383                      0000000098 12/02/05       4,784.44
     PART : 22164978
ACS110691383                      0000000093 12/02/05         349.65
     PART : 22164981
ACS110691383                      0000000094 12/02/05         376.56
     PART : 22164980


Enter Help, Page, Void                                     ACTION : P....,
```

# Invoice

 COOPER STANDARD™ Page: 1
AUTOMOTIVE

**Remit to:**
Cooper-Standard Automotive FHS Inc
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344
Tax ID 222772953

| | |
|---|---|
| GST#: | |
| BOL#: | 26024964 |
| SID#: | 0000017373 |
| Invoice No: | 26024964 |
| Date: | 06/15/2005 |
| Customer No: | 1010 |
| Supplier No: | |
| Sales Agent: | |

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT  MI 48501-1550
United States

**Ship To:**
DELPHI E & C ROCHESTER
ATTN:
1000 LEXINGTON AVE
ROCHESTER NY 14606
United States

**VAT#:**

| | | | **F.O.B./Terms** |
|---|---|---|---|
| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | LEONARD MI. 48367 |

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 26024964 | 0550071222 | BAX | 06/15/2005 | 2ND DAY 2ND Month |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 900 | 25383225 | 5/8X5/8X90 GEN-II S.T.R. ASSY<br>Customer  PO.         PO Amendment No.<br>0550071222<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>     5910<br>SHIPPED AS 1 CARTON.<br>BAX GLOBAL AIRBILL# 861738356<br>BAR CODE SERIAL# 603837 | C62 | 900 | 0.82000 | 738.00 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 738.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

738.00

```
TRANS4M  EHS auto.cooperintra.ctb - Remote Desktop

File  Edit  Connection  Square  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display   23 Jul 2007

CUSTOMER :   1010        INVOICE :   26024964      BILLED :         738.00
CURRENCY :   USD         DATE    :   06/15/05      PAID   :         738.00
                                                   OPEN   :           0.00
                                                          Page 1 of 1
TRACE #                          DETAIL #   DATE      AMOUNT PAID
-------------------------------  --------------------  ---------------------
C0019863                         0000000383 02/28/06          738.00

AC8070863572                     0000000029 06/02/05          410.00
       PART : 25383225
AC8070863572                     0000000052 06/02/05         -410.00
       PART : 25383225




Enter Help, Page, Void                              ACTION : P.....
```

# Invoice



COOPER STANDARD™ Page: 1
AUTOMOTIVE

| | |
|---|---|
| GST#: | |
| BOL#: | 26025861 |
| SID#: | 0000018292 |
| Invoice No: | 26025861 |
| Date: | 10/05/2005 |
| Customer No: | 1010 |
| Supplier No: | |
| Sales Agent: | |

**Remit to:**

Cooper-Standard Automotive FHS Inc
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344
Tax ID 222772953

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT  MI 48501-1550
United States

**Ship To:**

DELPHI E&C, 34065
ATTN:
c/o CINCINNATI DDC % PJAX
DELPHI C PLANT 5B/CHIHUAHUA
WESTCHESTER OH 45069
United States

**VAT#:**

**F.O.B./Terms** LEONARD MI. 48367

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 26025861 | 0550004857 | BNAF | 10/04/2005 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr |
|---|---|---|---|---|---|---|---|
| 1046 | 25160605 | 5/16  SPIN WELD ASSY<br>Customer  PO.        PO Amendment No.<br>0550004857<br>CUMS:<br>  (Cum including this shipment)<br>CUM QUANTITY:<br>    19046<br>CERTIFIED SUPPLIER.<br>ROUTING PER CHRISTINE NOEKER<br>"THIRD PARTY BILLING"<br>DELPHI E & C, 34065<br>DATA 2 LOGISTICS<br>P.O. BOX 9115<br>NORWOOD, MA 02362<br>ITT DUNS# 613432426<br>ATTN: JUAN GARICA PHONE# 1-915-783-4789<br>P.O.# 05500004857<br>SHIPPED AS 1 CARTON.<br>"CHANGE ALERT" ATTACHED TO CARTON. | C62 | 1046 | 0.42570 | 445.28 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 445.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

445.28



TRANS4M  FHS.auto.cooperintra.cth  Remote Desktop

File  Edit  Connection  Setup  Tools  Window  Help

MBTInvoiceHIG  COOPER-STANDARD AUTOMOTIV  Invoice Payments Display      23 Jul 2007

CUSTOMER :    1010          INVOICE :    28025061      BILLED :              445.28
CURRENCY :    USD           DATE    :    10/05/05      PAID    :             445.28
                                                       OPEN    :               0.00
                                                            Page 1 of 1
TRACE #                                 DETAIL #   DATE      AMOUNT PAID
─────────────────────────────────────────────────────────────────────────
ACS110681383                            0000000088 12/02/05       445.28
      PART : 25160605

Enter Help, Page, Void                                  ACTION : P.....

Page: 1

# Invoice

 ITT Industries

**GST#:**

**BOL#:** 29061402

**SID#:** 0000054999

| Invoice No: | 29061402 |
|---|---|
| Date: | 07/19/2005 |
| Customer No: | 1010 |
| Supplier No: | BLP |
| Sales Agent: | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
DELPHI E & C FLINT EAST
ATTN:
2926 DAVISON RD
DOCK 087 DEPT 60-88
FLINT MI 48556
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | OSCODA, MICHIGAN |
|---|---|---|---|---|
| 29061402 | 0550015406 | UPSN | 07/19/2005 | 2ND DAY 2ND Month |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 50 | 25028643 | TUBE ASSEMBLY RETURN<br>Customer   PO.          PO Amendment No.<br>0550015406<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>       150<br>1 CTN SHIPPED AS 1 CTN<br>124502270346156114 | C62 | 50 | 14.23000 | 711.50 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 711.50 | 0.00 | 7.67 | 0.00 | 0.00 | 0.00 |

Invoice Total
719.17



```
TRANS4M - EIS auto.cooperintra.ctiv - Remote Desktop

File  Edit  Correction  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

CUSTOMER :    1010      INVOICE :   29061402     BILLED :            719.17
CURRENCY :    USD       DATE    :   07/19/05     PAID   :            719.17
                                                 OPEN   :              0.00
                                                         Page 1 of 1
TRACE #                           DETAIL #   DATE         AMOUNT PAID
----------------------------    ----------  --------    ---------------
C0019883                        0000000301 02/28/06           842.74

AC8080669186                    0000000004 09/02/05            78.43
        PART : 25028643




Enter Help, Page, Void                                   ACTION :  P....
```

# Invoice

 ITT Industries

Page: 1

| | |
|---|---|
| **Remit to:** | |
| ITT Industries, Inc. | |
| Drawer #67-399 | |
| Detroit, Michigan 48267 | |
| Duns No. 05-768-3344 | |
| Tax ID 222772953 | |

| | |
|---|---|
| GST#: | |
| BOL#: | 29061722 |
| SID#: | 0000055508 |
| Invoice No: | 29061722 |
| Date: | 08/05/2005 |
| Customer No: | 1500 |
| Supplier No: | BLP |
| Sales Agent: | |

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT MI 48501-1550
United States

**Ship To:**
DELPHI E ROCHESTER
ATTN:
1000 LEXINGTON AVENUE
ROCHESTER NY 14692
United States

| VAT#: | | | | F.O.B./Terms |
|---|---|---|---|---|

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | OSCODA, MICHIGAN |
|---|---|---|---|---|
| 29061722 | See Below | BNAF | 08/05/2005 | 2ND DAY 2ND Month |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 800 | 25336229 | ASSEMBLY HOSE<br>Customer   PO.          PO Amendment No.<br>0550005537<br>DONS:<br>0000010_13732, 0000022_13732<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>   144800 | C62 | 800 | 0.79500 | 636.00 | USD |
| 10 | 25354037 | VAPOR TUBE ASSEMBLY<br>Customer   PO.          PO Amendment No.<br>0550070473<br>DONS:<br>0000001_13722<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>   40<br>(3 CTNS) SHIPPED AS 3 CTNS<br>AIRBILL #461585084<br>CONF #7101438 | C62 | 10 | 30.00000 | 300.00 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 936.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total
936.00



Page: 1

# Invoice

 ITT Industries

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-788-3344

Tax ID 222772953

| GST#: | |
|---|---|
| BOL#: | 29062074 |
| SID#: | 0000056012 |
| Invoice No: | 29062074 |
| Date: | 08/24/2005 |
| Customer No: | 1500 |
| Supplier No: | BLP |
| Sales Agent: | |

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT MI 48501-1550
United States

**Ship To:**
DELPHI E ROCHESTER
ATTN:
1000 LEXINGTON AVENUE
ROCHESTER NY 14692
United States

| VAT#: | | | | | F.O.B./Terms | |
|---|---|---|---|---|---|---|
| Our Order No. | Customer Purchase Order No. | Shipped Via | | Date Shipped | OSCODA, MICHIGAN | |
| 29062074 | 0550016110 | UPSD | | 08/24/2005 | 2ND DAY 2ND Month | |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr |
|---|---|---|---|---|---|---|---|
| 22 | 17085378 | NORTHSTAR FUEL RAIL<br>Customer  PO.          PO Amendment No.:<br>0550016110<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>     104<br>(2 CTNS) SHIPPED AS 2 CTNS | C62 | 22 | 78.00000 | 1,716.00 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 1,716.00 | 0.00 | 172.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 1,888.00 |



```
TRANS4M  FHS.auto.cooperintra.ctb  Remote Desktop
File  Edit  Connection  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

CUSTOMER :    1500        INVOICE :   29082074      BILLED :         1,888.00
CURRENCY :    USD         DATE    :   08/24/05      PAID    :        1,888.00
                                                    OPEN    :            0.00
                                                          Page 1 of 1
TRACE #                             DETAIL #   DATE        AMOUNT PAID
-----------------------------------------------------------------------
C0019863                            0000000385 02/28/06         172.00

AC9090875909                        0000000053 10/04/05       1,716.00
     PART : 17085379




Enter Help, Page, Void                                      ACTION : _.....
```

# Invoice

 COOPER STANDARD™ Page: 1
AUTOMOTIVE

|  |  |
|---|---|
| GST#: | |
| BOL#: | 29062857 |
| SID#: | 0000057202 |
| Invoice No: | 29062857 |
| Date: | 10/07/2005 |
| Customer No: | 1500 |
| Supplier No: | BLP |
| Sales Agent: | |

**Remit to:**

Cooper-Standard Automotive FHS Inc
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344
Tax ID 222772953

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT MI 48501-1550
United States

**Ship To:**

DELPHI E ROCHESTER
ATTN:
1000 LEXINGTON AVENUE
ROCHESTER NY 14692
United States

| VAT#: | | | | | F.O.B./Terms |
|---|---|---|---|---|---|
| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | OSCODA, MICHIGAN | |
| 29062857 | 0550005537 | CTII | 10/07/2005 | 2ND DAY 2ND Month | |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr |
|---|---|---|---|---|---|---|---|
| 3200 | 25336229 | ASSEMBLY HOSE<br>Customer  PO.      PO Amendment No.<br>0550005537<br>DONS:<br>0000025_13793, 0000026_13793, 0000027_13793, 0000008_13794, 0000024_13793<br>DONS:<br>0000009_13793, 0000023_13791, 0000013_13794<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>      210000<br>8 CTNS SHIPPED AS 1 PALLET<br>PRO# 493 075949 8 | C62 | 3200 | 0.79500 | 2,544.00 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 2,544.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Invoice Total |
|---|---|
| | 2,544.00 |



# Invoice

 Page: 1

| | |
|---|---|
| **Remit to:**<br>Cooper-Standard Automotive FHS Inc<br>Drawer #67-399<br>Detroit, Michigan 48267<br>Duns No. 06-768-3344<br>Tax ID 222772953 | GST#:<br>BOL#:  32053733<br>SID#:  0000048068 |

| GST#: | |
|---|---|
| BOL#: | 32053733 |
| SID#: | 0000048068 |
| Invoice No. | 32053733 |
| Date: | 05/24/2005 |
| Customer No: | 1517 |
| Supplier No: | 812316735 |
| Sales Agent: | |

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN: ENERGY & ENGINE MGT.
P.O. BOX 1550
FLINT   MI 48501-1550
United States

**Ship To:**
Delphi Chassis - Chihuahua
ATTN:
Plant 58 CROSS-DOCK-CISCO 34065
C/O EL PASO WAREHOUSE
EL PASO TX 79906
United States

**VAT#:**    **F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | TUCSON, AZ |
|---|---|---|---|---|
| 32053733 | See Below | UPSS | 05/24/2005 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 300 | 25341995 | TUBE (AUX. SIDE COVER)<br>Customer  PO.           PO Amendment No.<br>550005016<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>    9000 | PC | 300 | 0.77972 | 233.92 | USD |
| 450 | 25341996 | TUBE (AUX. SIDE-PRIMARY SIDE)<br>Customer  PO.           PO Amendment No.<br>550005017<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>    8100 | PC | 450 | 1.21348 | 546.07 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 779.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total
779.99

TRANS4M - FHS.auto.cooperintra.club - Remote Desktop

File  Edit  Connection  Setup  Script  Window  Help

MBTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

| CUSTOMER : | 1517 | INVOICE : | 32053733 | BILLED : | 779.99 |
| CURRENCY : | USD | DATE : | 05/24/05 | PAID : | 779.99 |
| | | | | OPEN : | 0.00 |

Page 1 of 2

| TRACE # | DETAIL # | DATE | AMOUNT PAID |
|---------|----------|------|-------------|
| ACS060659347 | 0000000121 | 07/01/05 | 182.03 |
| ACS060659347 | 0000000122 | 07/01/05 | 467.83 |
| ACS060659347 | 0000000123 | 07/01/05 | 182.02 |
| ACS060659347 | 0000000124 | 07/01/05 | -467.83 |
| ACS060659347 | 0000000125 | 07/01/05 | -182.01 |
| C0019863 | 0000000097 | 02/28/06 | -0.01 |
| ACS060659347 | 0000000119 | 07/01/05 | 233.92 |

PART : 25341995

Enter Help, Page, Void                                    ACTION : P.....

---

TRANS4M - FHS.auto.cooperintra.club - Remote Desktop

File  Edit  Connection  Setup  Script  Window  Help

MBTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

| CUSTOMER : | 1517 | INVOICE : | 32053733 | BILLED : | 779.99 |
| CURRENCY : | USD | DATE : | 05/24/05 | PAID : | 779.99 |
| | | | | OPEN : | 0.00 |

Page 2 of 2

| TRACE # | DETAIL # | DATE | AMOUNT PAID |
|---------|----------|------|-------------|
| ACS060659347 | 0000000119 | 07/01/05 | 233.92 |
| PART : 25341995 | | | |
| ACS060659347 | 0000000120 | 07/01/05 | 364.04 |
| PART : 25341996 | | | |

Enter Help, Page, Void                                    ACTION : P.....

# Invoice



COOPER STANDARD™ Page: 1
AUTOMOTIVE

| | |
|---|---|
| GST#: | |
| BOL#: | 32056388 |
| SID#: | 0000051649 |
| Invoice No: | 32056388 |
| Date: | 09/23/2005 |
| Customer No: | 1517 |
| Supplier No: | 812316735 |
| Sales Agent: | |

**Remit to:**
Cooper-Standard Automotive FHS Inc
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344
Tax ID 222772953

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS
ATTN: ENERGY & ENGINE MGT.
P.O. BOX 1550
FLINT  MI 48501-1550
United States

**Ship To:**
Delphi Chassis - Chihuahua
ATTN:
Plant 58 CROSS-DOCK-CISCO 34065
C/O EL PASO WAREHOUSE
EL PASO TX 79906
United States

| VAT#: | | | | F.O.B./Terms | |
|---|---|---|---|---|---|

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | TUCSON, AZ | |
|---|---|---|---|---|---|
| 32056388 | 550005017 | UPSS | 09/23/2005 | 2ND DAY 2ND Month | |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 300 | 25341996 | TUBE (AUX. SIDE-PRIMARY SIDE)<br>Customer  PO.        PO Amendment No.<br>550005017<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>    10450 | PC | 300 | 1.21348 | 364.04 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 364.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 364.04 |



TRANS4M  FHS auto.cooperinfra.ctb  Remote Desktop

File  Edit  Connections Setup  Display  Windows  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display     23 Jul 2007

CUSTOMER :     1517        INVOICE :   32058300      BILLED  :           364.04
CURRENCY :     USD         DATE    :   09/23/05      PAID    :           364.04
                                                     OPEN    :             0.00
                                                           Page 1 of 1
TRACE #                            DETAIL #    DATE       AMOUNT PAID
─────────────────────────────────────────────────────────────────────────────
ACS110891383                     0000000087 12/02/05       364.04
        PART : 25341996

Enter Help, Page, Void                                ACTION : P.....



COOPER STANDARD™ Page: 1
AUTOMOTIVE

# Invoice

|  |  |
|---|---|
| | GST#: |
| | BOL#:  32056859 |
| | SID#:  0000052231 |
| **Remit to:** | Invoice No:  32056859 |
| Cooper-Standard Automotive FHS Inc | Date:  10/08/2005 |
| Drawer #67-399 | Customer No:  1621 |
| Detroit, Michigan 48267 | Supplier No: |
| Duns No. 05-768-3344 | Sales Agent: |
| Tax ID 222772953 | |

| **Bill To:** | **Ship To:** |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | DELPHI PACKARD PLANT 53 - ELPALME |
| ATTN: DELPHI PACKARD OHIO OPER | CARRETERA INTERNACIONAL |
| P. O. BOX 431 | KM 1969 GUADALAJARA-NOGALES |
| WARREN OH 44486 | EMPALME SONORA |
| United States | MEXICO |
| | CP 85340 |
| | Mexico |

VAT#:                                                                  **F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | TUCSON, AZ |
|---|---|---|---|---|
| 32056859 | PEDP4570061 | OURD | 10/08/2005 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 350 | 15416033 | VACUUM HOSE ASSEMBLY<br>Customer PO.          PO Amendment No.<br>PEDP4570061<br>Customer Part:<br>15416033 | PC | 350 | 0.93000 | 325.50 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 325.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Order Total | 325.50 |

```
TRANS4M - FHS.auto.cooperintra.ctb - Remote Desktop                        [_][□][X]
  File  Connection  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

 CUSTOMER  :    1621        INVOICE :    32058859      BILLED :           325.50
 CURRENCY  :    USD         DATE    :    10/06/05      PAID    :           325.50
                                                       OPEN    :             0.00
                                                            Page 1 of 1
 TRACE #                         DETAIL #    DATE       AMOUNT PAID
 ───────────────────────────── ──────────── ─────────  ────────────────────

 AC8110691383                   0000000057  12/02/05          325.50

 Enter Help, Page, Void                              ACTION : P......
```

# Invoice

 Page: 1

| | | |
|---|---|---|
| **Remit to:** | **GST#:** | |
| Cooper-Standard Automotive FHS Inc | **BOL#:** 33031622 | |
| Drawer #67-399 | **SID#:** | |
| Detroit, Michigan 48267 | **Invoice No:** | 33031622 |
| Duns No. 06-768-3344 | **Date:** | 12/08/2004 |
| Tax ID 222772953 | **Customer No:** | 1523 |
| | **Supplier No:** | |
| | **Sales Agent:** | |

**Bill To:**
DELPHI
ATTN:
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094
United States

**Ship To:**
DELPHI THERMAL LOCKPORT
ATTN:
200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | MISSION |
|---|---|---|---|---|
| 33031622 | 450075259 | BEST WAY | 12/07/2004 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 175 | 052450890 | MANIFOLD & FITTING ASM- 1/0<br>Customer   PO.          PO Amendment No.<br>450075259 | PC | 175 | 4.00000 | 700.00 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 700.00 |

TRANS4M  FHS auto.cooperintra.cth  Remote Desktop

File  Connection  Setup  Script  Window  Help

MBTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display       23 Jul 2007

| CUSTOMER : | 1523 | INVOICE : | 33031822 | BILLED : | 700.00 |
| CURRENCY : | USD | DATE : | 12/08/04 | PAID : | 700.00 |
| | | | | OPEN : | 0.00 |

Page 1 of 1

| TRACE # | DETAIL # | DATE | AMOUNT PAID |
| --- | --- | --- | --- |
| AC8010635744 | 0000000203 | 02/02/05 | 1,225.00 |
| CD019863 | 0000000227 | 02/28/06 | -525.00 |

Enter Help, Page, Void                                    ACTION : P.....

# Invoice

 ITT Industries

Page: 1

| | |
|---|---|
| **Remit to:** | |

ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772963

| | |
|---|---|
| GST#: | |
| BOL#: | 33032169 |
| SID#: | |
| Invoice No: | 33032169 |
| Date: | 02/03/2005 |
| Customer No: | 1500 |
| Supplier No: | |
| Sales Agent: | |

**Bill To:** DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT MI 48501-1550
United States

**Ship To:** DELPHI ENERGY & CHASSIS SYSTEM
ATTN:
480 N DIXIE HWY
VANDALIA OH 45377
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | NEW LEXINGTON, |
|---|---|---|---|---|
| 33032169 | See Below | SEE NOTES | 01/25/2005 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 300 | 922164927 | 22164927<br>Customer PO.    PO Amendment No.<br>DCM94276 | PC | 300 | 3.50970 | 1,052.91 | USD |
| 300 | 922164928 | 22164928<br>Customer PO.    PO Amendment No.<br>DCM94276 | PC | 300 | 3.73250 | 1,119.75 | USD |
| 1 | 9OVERTIME CHARGES | OVERTIME CHARGES<br>Customer PO.    PO Amendment No.<br>DCM94276 | LT | 1 | 2640.00000 | 2,640.00 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 4,812.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total
4,812.66

```
TRANS4M  FHS.auto.cooperintra.ctb  Remote Desktop                    [ ][ ][X]

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

CUSTOMER :    1500        INVOICE :   33032169     BILLED :        4,812.66
CURRENCY :    USD         DATE    :   02/03/05     PAID    :        4,812.66
                                                   OPEN    :            0.00
                                                        Page 1 of 1
TRACE #                          DETAIL #   DATE      AMOUNT PAID
--------------------------------------------------------------------------
AC8020640234                     0000000071 03/02/05       1,052.91

AC8020840234                     0000000072 03/02/05       1,119.75

C0019863                         0000000206 02/28/06       2,640.00




Enter Help, Page, Void                             ACTION : P.....
```

Page: 1

# Invoice

ITT Industries

**Remit to:**

ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

| | |
|---|---|
| GST#: | |
| BOL#: | 33035181 |
| SID#: | |
| Invoice No: | 33035181 |
| Date: | 08/05/2005 |
| Customer No: | 1500 |
| Supplier No: | |
| Sales Agent: | |

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS
ATTN:
P.O. BOX 1550
FLINT MI 48501-1550
United States

**Ship To:**

DELPHI ENERGY & CHASSIS SYSTEM
ATTN:
480 N DIXIE HWY
VANDALIA OH 45377
United States

| VAT#: | | | | | F.O.B./Terms |
|---|---|---|---|---|---|
| **Our Order No.** | **Customer Purchase Order No.** | **Shipped Via** | **Date Shipped** | | NEW LEXINGTON, |
| 33035181 | See Below | BEST WAY | 07/27/2005 | | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 700 | @22164978 | 22164978<br>Customer   PO.        PO Amendment No.<br>550076314 | PC | 700 | 1.70870 | 1,196.09 | USD |
| 500 | @22164979 | BRAKE HOSE BENT TUBE AND NUT ASSEMBLY<br>Customer   PO.        PO Amendment No.<br>550076313 | PC | 500 | 1.62890 | 814.45 | USD |
| 400 | @22164980 | BRAKE HOSE BENT TUBE AND NUT ASSEMBLY<br>Customer   PO.        PO Amendment No.<br>550076312 | PC | 400 | 3.76560 | 1,506.24 | USD |
| 200 | @22164981 | BRAKE HOSE BENT TUBE AND NUT ASSEMBLY<br>Customer   PO.        PO Amendment No.<br>550076311 | PC | 200 | 3.49650 | 699.30 | USD |
| 1 | @OVERTIME | OVERTIME<br>Customer   PO.        PO Amendment No.<br>AES36773 | LT | 1 | 500.00000 | 500.00 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 4,716.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total

4,716.08

```
TRANS4M - EHS.auto.cooperintra.clb - Remote Desktop

Session  Commands  Setup  Edit  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display     23 Jul 2007

CUSTOMER :   1500        INVOICE :  33035101      BILLED :         4,718.08
CURRENCY :   USD         DATE    :  08/05/05      PAID   :         4,718.08
                                                  OPEN   :             0.00
                                                        Page 1 of 1
TRACE #                       DETAIL #    DATE      AMOUNT PAID

AC9080869186              0000000086 09/02/05              699.30

AC9080869186              0000000087 09/02/05            1,506.24

AC9080869188              0000000088 09/02/05              814.45

AC9080869188              0000000089 09/02/05            1,248.51

C0019863                  0000000019 02/28/06              449.58



Enter Help, Page, Void                               ACTION : P.....
```

# Invoice

ITT Industries

Page: 1

GST#:
BOL#:  39009754
SID#:  0000009350
Invoice No:    39009754
Date:    01/18/2005
Customer No:    1570
Supplier No:    DUMMY
Sales Agent:

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

**Bill To:**
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT  MI 48601-1550
United States

**Ship To:**
DELPHI RIO BRAVO
ATTN:
HARRISON EL PASO DIST CNT
32 CELERITY WAGON
EL PASO TX 79906
United States

| VAT#: | | | | | F.O.B./Terms | | |
|-------|--|--|--|--|-------------|--|--|
| Our Order No. | Customer Purchase Order No. | | Shipped Via | Date Shipped | | | |
| 39009754 | See Below | | CETR | 01/18/2005 | 2ND DAY 2ND Month | | |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr |
|-------------|-------------|-------------|-----|-------------|------------|-----------|------|
| 1100 | 52498009 | PIPE AND BLK FTG ASM<br>Customer PO.           PO Amendment No.<br>0550038484<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>    17000 | C62 | 1100 | 1.78070 | 1,958.77 | USD |
| 1100 | 52406530 | TUBE AND BLOCK FITTING ASM<br>Customer PO.           PO Amendment No.<br>0550052113<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>    13500 | C62 | 1100 | 2.13100 | 2,344.10 | USD |
| 700 | 52403022 | TUBE AND BLOCK FTG ASM I AND O<br>Customer PO.           PO Amendment No.<br>0550053436<br>CUMS:<br> (Cum including this shipment)<br>CUM QUANTITY:<br>    6300 | C62 | 700 | 2.31000 | 1,617.00 | USD |
| 700 | 52411394 | TUBE INLET, 19.05 DIA<br>Customer PO.           PO Amendment No.<br>550059680 | C62 | 700 | 1.02000 | 714.00 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---------------|----------|---------|----------------|------------|---------------|
| | | | | | |

Page: 2

# Invoice  ITT Industries

|  |  |
|---|---|
| **GST#:** | |
| **BOL#:** | 39009754 |
| **SID#:** | 0000009350 |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

| | |
|---|---|
| **Invoice No:** | 39009754 |
| **Date:** | 01/18/2005 |
| **Customer No:** | 1570 |
| **Supplier No:** | DUMMY |
| **Sales Agent:** | |

**Bill To:**
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT  MI 48501-1550
United States

**Ship To:**
DELPHI RIO BRAVO
ATTN:
HARRISON EL PASO DIST CNT
32 CELERITY WAGON
EL PASO TX 79906
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | 2ND DAY 2ND Month |
|---|---|---|---|---|
| 39009754 | See Below | CETR | 01/18/2005 | |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| | | CUMS: | | | | | |
| | | (Cum including this shipment) | | | | | |
| | | CUM QUANTITY: | | | | | |
| | | 6300 | | | | | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 6,633.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Invoice Total**

6,633.87

```
MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV INVOICE DISPLAY          14 Aug 2007
   INVOICE # C0019863
   CUST#   : 1000                     --------- SHIP TO ---------
   NAME    : GENERAL MOTORS CO
   ATTN    : NAO DISBURSEMENTS
   ADDRESS : P.O. BOX 2000
   CITY    : FLINT
   ST/PRV  : MI
   PSTAL CD: 48501-2000
   COUNTRY : 400

      INVOICE DATE  : 02/28/06        PROJECT  :
      SHIP DATE     : 02/28/06        SUP CD   :
   +1. TEXT TO PRINT : (0 lines)
   +2. INTERNAL TEXT : (0 lines)
      TERMS CODE    : 55
      SHIP VIA      :
   +3. SALESMEN      : (0 on file)    ORIGINAL INVOICE :
      FOB           :                 ORIGINAL INV DATE:
      BOL           :
      CURRENCY      : USD

   Enter 1, 2, 3, Help, PRint, Void, Details, Summary, PAyments   ACTION : S.....
```

```
MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Misc Summary Display      14 Aug 2007

                                           CURRENCY : USD
    CUSTOMER # : 1000        INVOICE # : C0019863    INVOICE DATE : 02/28/06
       PO #    :                                     TOT PROD    2112586.48

  LINE   ITEM NUMBER       QTY    UNIT     PRICE / EXTENDED AMT  TEXT
  -----  ------------------ ------- ----   ---------------------- ----
     1. RESERVE BANKRUPTCY      1 EA              2112586.48000   Y
                                                 2112586.48
     2.

     3.

     4.

     5.

     6.

     7.

  Enter ALL, nnn, Continue, Help, Page, Void, Return      ACTION : C.....
```

```
MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Misc Summary Display        14 Aug 2007

                                                    CURRENCY : USD
     CUSTOMER # : 1000          INVOICE # : C0019863    INVOICE DATE : 02/28/06
        PO #    :                                      TOT PROD     2112586.48

  LINE  ITEM NUMBER          QTY     UNIT    PRICE / EXTENDED AMT  TEXT
  ====  ===========                        ACCOUNTS
     1. RESERVE B          REMAINING TO DISTRIBUTE:         0.00
                            ACCOUNT              AMOUNT
     2.                   1.1200041001531000        2112586.48
                          2.
     3.                   3.
                          4.
     4.                   5.
                          6.
     5.                   7.
                          8.
     6.                   9.
                         10.
     7.
                   Enter Continue, Help, Page, Void           ACTION : C.....
  Enter ALL, nnn,
```

```
MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Misc Summary Display        14 Aug 2007

                                               CURRENCY : USD
     CUSTOMER # : 1000           INVOICE # C0019863    INVOICE DATE : 02/28/06

     TOTAL DETAILS      :     1
     TOTAL PRODUCT      :        2112586.48

         TOTAL DISCOUNT :          0.00
         FREIGHT CHARGE :          0.00
         MIN ORD CHARGE :          0.00
     1. TAXES           :          0.00
     2. OTHER CHARGES   :          0.00




     TOTAL AMOUNT                2112586.48

     A/R ACCOUNT        :     1200034001531000


     Enter Help, Void, Id, Return                        ACTION : I.....
```

TRANSAM - FHS.auto.cooperinfra.cth - Remote Desktop

File Edit Connection Setup Script Window Help

MGTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

| CUSTOMER : | 1570 | INVOICE : | 39009754 | BILLED : | 6,833.87 |
| CURRENCY : | USD | DATE : | 01/18/05 | PAID : | 6,833.87 |
| | | | | OPEN : | 0.00 |

Page 1 of 2

| TRACE # | DETAIL # | DATE | AMOUNT PAID |
|---|---|---|---|
| AC8020640234 | 0000000485 | 03/02/05 | 2,344.10 |
| ACB100621802 | 0000000076 | 11/02/04 | 938.26 |
| AC8100621802 | 0000000077 | 11/02/04 | 538.50 |
| AC8100621802 | 0000000078 | 11/02/04 | 241.15 |
| C0019863 | 0000000145 | 02/28/06 | 240.88 |
| AC8020640234 | 0000000486 | 03/02/05 | 1,817.00 |
| PART : 52403022 | | | |
| AC8020640234 | 0000000487 | 03/02/05 | 714.00 |
| PART : 52411394 | | | |

Enter Help, Page, Void                                    ACTION : P.....

TRANSAM - FHS.auto.cooperinfra.cth - Remote Desktop

File Edit Connection Setup Script Window Help

MGTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

| CUSTOMER : | 1570 | INVOICE : | 39009754 | BILLED : | 6,833.87 |
| CURRENCY : | USD | DATE : | 01/18/05 | PAID : | 6,833.87 |
| | | | | OPEN : | 0.00 |

Page 2 of 2

| TRACE # | DETAIL # | DATE | AMOUNT PAID |
|---|---|---|---|
| AC8020640234 | 0000000487 | 03/02/05 | 714.00 |
| PART : 52411394 | | | |

Enter Help, Page, Void                                    ACTION : P.....

# Invoice

ITT Industries

**GST#:**
**BOL#:** 39009766
**SID#:** 0000009369

| | |
|---|---|
| Invoice No: | 39009766 |
| Date: | 01/19/2005 |
| Customer No: | 1570 |
| Supplier No: | DUMMY |
| Sales Agent: | |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

**Bill To:**
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT MI 48501-1550
United States

**Ship To:**
DELPHI LOCKPORT
ATTN:
200 UPPER MOUNTAIN ROAD
Plant 6, BLDG. 8
LOCKPORT NY 14094
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 39009766 | See Below | HARE | 01/19/2005 | 2ND DAY 2ND Month |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 540 | 52494553 | TUBE & BLOCK ASM INLT/OUTLET<br>Customer  PO.          PO Amendment No.<br>0550036306<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>4860 | C62 | 540 | 2.04500 | 1,104.30 | USD |
| 2700 | 52494583 | TUBE & BLOCK ASM INTL/OUTLET<br>Customer  PO.          PO Amendment No.<br>0550036304<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>38340 | C62 | 2700 | 1.89700 | 5,121.90 | USD |
| 1080 | 52494223 | SLIMLINE ASSY<br>Customer  PO.          PO Amendment No.<br>0550036305<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>18900 | C62 | 1080 | 1.91000 | 2,062.80 | USD |
| 1080 | 52494727 | TUBE & BLOCK ASM INLT/OUTLET<br>Customer  PO.          PO Amendment No.<br>0550037016 | C62 | 1080 | 1.94500 | 2,100.60 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| | | | | | |

# Invoice

ITT Industries

Page: 2

**Remit to:**

ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

| | |
|---|---|
| GST#: | |
| BOL#: | 39009766 |
| SID#: | 0000009369 |
| Invoice No: | 39009766 |
| Date: | 01/19/2005 |
| Customer No: | 1570 |
| Supplier No: | DUMMY |
| Sales Agent: | |

**Bill To:**

DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT MI 48501-1550
United States

**Ship To:**

DELPHI LOCKPORT
ATTN:
200 UPPER MOUNTAIN ROAD
Plant 5, BLDG. 8
LOCKPORT NY 14094
United States

VAT#:

F.O.B./Terms

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 39009766 | See Below | HARE | 01/19/2005 | 2ND DAY 2ND Month |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| | | CUMS: | | | | | |
| | | (Cum including this shipment) | | | | | |
| | | CUM QUANTITY: | | | | | |
| | | 10800 | | | | | |
| 300 | 52455921 | TUBE | C62 | 300 | 0.47550 | 142.65 | USD |
| | | Customer PO.      PO Amendment No. | | | | | |
| | | 0550037556 | | | | | |
| | | CUMS: | | | | | |
| | | (Cum including this shipment) | | | | | |
| | | CUM QUANTITY: | | | | | |
| | | 4200 | | | | | |
| 300 | 52458579 | TUBE - OUTLET | C62 | 300 | 0.36130 | 108.39 | USD |
| | | Customer PO.      PO Amendment No. | | | | | |
| | | 0550037555 | | | | | |
| | | CUMS: | | | | | |
| | | (Cum including this shipment) | | | | | |
| | | CUM QUANTITY: | | | | | |
| | | 5400 | | | | | |
| 1920 | 52494160 | TUBE AND MINI BLOCK FTG | C62 | 1920 | 1.75600 | 3,371.52 | USD |
| | | Customer PO.      PO Amendment No. | | | | | |
| | | 0550038777 | | | | | |
| | | CUMS: | | | | | |
| | | (Cum including this shipment) | | | | | |
| | | CUM QUANTITY: | | | | | |
| | | 21600 | | | | | |
| 1920 | 52494162 | TUBE AND MINI BLOCK FTG | C62 | 1920 | 1.62800 | 3,125.76 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| | | | | | |

Invoice Total

# Invoice

ITT Industries

Page: 3

| | |
|---|---|
| GST#: | |
| BOL#: | 39009766 |
| SID#: | 0000009369 |

**Remit to:**
ITT Industries, Inc.
Drawer #67-399
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

| | |
|---|---|
| Invoice No: | 39009766 |
| Date: | 01/19/2005 |
| Customer No: | 1570 |
| Supplier No: | DUMMY |
| Sales Agent: | |

**Bill To:**
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT  MI 48501-1550
United States

**Ship To:**
DELPHI LOCKPORT
ATTN:
200 UPPER MOUNTAIN ROAD
Plant 5, BLDG. 8
LOCKPORT NY 14094
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | F.O.B./Terms |
|---|---|---|---|---|
| 39009766 | See Below | HARE | 01/19/2005 | 2ND DAY 2ND MONTH |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| | | Customer   PO.        PO Amendment No. | | | | | |
| | | 0550038778 | | | | | |
| | | CUMS: | | | | | |
| | | (Cum including this shipment) | | | | | |
| | | CUM QUANTITY: | | | | | |
| | | 21600 | | | | | |
| 100 | 52470438 | TUBE AND BLK FTG ASM INLET | C62 | 100 | 2.11810 | 211.81 | USD |
| | | Customer   PO.        PO Amendment No. | | | | | |
| | | 0550048839 | | | | | |
| | | CUMS: | | | | | |
| | | (Cum including this shipment) | | | | | |
| | | CUM QUANTITY: | | | | | |
| | | 1450 | | | | | |
| 150 | 52481835 | TUBE AND BLK FTG ASM-INLET | C62 | 150 | 4.37370 | 656.06 | USD |
| | | Customer   PO.        PO Amendment No. | | | | | |
| | | 0550048886 | | | | | |
| | | CUMS: | | | | | |
| | | (Cum including this shipment) | | | | | |
| | | CUM QUANTITY: | | | | | |
| | | 1900 | | | | | |
| 1200 | 52405420 | WCAR MANIFORD | C62 | 1200 | 2.26900 | 2,722.80 | USD |
| | | Customer   PO.        PO Amendment No. | | | | | |
| | | 550052382 | | | | | |
| | | CUMS: | | | | | |
| | | (Cum including this shipment) | | | | | |
| | | CUM QUANTITY: | | | | | |
| | | 31200 | | | | | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| | | | | | |

Invoice Total

Page: 4

# Invoice

 ITT Industries

**Remit to:**
ITT Industries, Inc.
Drawer #67-398
Detroit, Michigan 48267
Duns No. 05-768-3344

Tax ID 222772953

| GST#: | |
|---|---|
| BOL#: | 39009766 |
| SID#: | 0000009369 |
| Invoice No: | 39009766 |
| Date: | 01/19/2005 |
| Customer No: | 1570 |
| Supplier No: | DUMMY |
| Sales Agent: | |

**Bill To:**
DELPHI DISBURSEMENTS
ATTN:
P.O. BOX 1550
FLINT  MI 48501-1550
United States

**Ship To:**
DELPHI LOCKPORT
ATTN:
200 UPPER MOUNTAIN ROAD
Plant 5, BLDG. 8
LOCKPORT NY 14094
United States

VAT#:

F.O.B./Terms

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | |
|---|---|---|---|---|
| 39009766 | See Below | HARE | 01/19/2005 | 2ND DAY 2ND Month |

| Qty. Ordered | Item Number | Description | UOM | Qty. Shipped | Unit Price | Extension | Curr. |
|---|---|---|---|---|---|---|---|
| 540 | 52403016 | TUBE & FTG ASM - INLET<br>Customer  PO.       PO Amendment No.<br>550048974<br>CUMS:<br>(Cum including this shipment)<br>CUM QUANTITY:<br>8100 | C62 | 540 | 2.01000 | 1,085.40 | USD |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 21,813.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Invoice Total
21,813.99

TRANSAM - FHS.auto.cooper.intra.ctfx - Remote Desktop

File  Edit  Connection  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

| CUSTOMER : | 1570 | INVOICE : | 39009766 | BILLED : | 21,813.99 |
| CURRENCY : | USD | DATE : | 01/19/05 | PAID : | 21,813.99 |
| | | | | OPEN : | 0.00 |

Page 1 of 2

| TRACE # | DETAIL # | DATE | AMOUNT PAID |
|---------|----------|------|-------------|
| C0019683 | 0000000395 | 02/28/06 | 3,164.39 |
| AC8020640234 | 0000000315 | 03/02/05 | 5,121.80 |
| PART : 52494583 | | | |
| AC8020640234 | 0000000316 | 03/02/05 | 2,100.60 |
| PART : 52494727 | | | |
| AC8020640234 | 0000000318 | 03/02/05 | 138.36 |
| PART : 52455921 | | | |
| AC8020640234 | 0000000317 | 03/02/05 | 108.39 |
| PART : 52458579 | | | |
| AC8020640234 | 0000000319 | 03/02/05 | 3,371.52 |
| PART : 52494160 | | | |
| AC8020640234 | 0000000320 | 03/02/05 | 3,125.76 |
| PART : 52494162 | | | |

Enter Help, Page, Void                                    ACTION : P...

---

TRANSAM - FHS.auto.cooper.intra.ctfx - Remote Desktop

File  Edit  Connection  Setup  Script  Window  Help

MSTInvoiceHIG COOPER-STANDARD AUTOMOTIV Invoice Payments Display    23 Jul 2007

| CUSTOMER : | 1570 | INVOICE : | 39009766 | BILLED : | 21,813.99 |
| CURRENCY : | USD | DATE : | 01/19/05 | PAID : | 21,813.99 |
| | | | | OPEN : | 0.00 |

Page 2 of 2

| TRACE # | DETAIL # | DATE | AMOUNT PAID |
|---------|----------|------|-------------|
| AC8020640234 | 0000000320 | 03/02/05 | 3,125.76 |
| PART : 52494162 | | | |
| AC8020640234 | 0000000321 | 03/02/05 | 218.81 |
| PART : 52470438 | | | |
| AC8020640234 | 0000000322 | 03/02/05 | 656.06 |
| PART : 52481835 | | | |
| AC8020640234 | 0000000324 | 03/02/05 | 2,722.80 |
| PART : 52405420 | | | |
| AC8020640234 | 0000000323 | 03/02/05 | 1,085.40 |
| PART : 52403016 | | | |

Enter Help, Page, Void                                    ACTION : P...