**Index of Exhibits
to Supplemental Response of
Freudenberg - NOK**

| | | |
|---|---|---|
| Exhibit A | – | Affidavit of Leesa A. Smith |
| Exhibit B | – | Letter to Debtors |
| Exhibit C | – | Georgia Statute |
| Exhibit 1 to Affidavit | – | Application of Wire Payment |
| Exhibit 2 to Affidavit | – | Emails re Tooling Agreement |
| Exhibit 3 to Affidavit | – | FNGP Invoices |
| Exhibit 4 to Affidavit | – | FNOK Invoices |

Detroit_814288_1