| Bill-To | Invoice | Invoice Date | AR Amount | Amount to Apply |
|---------|---------|--------------|-----------|-----------------|
| 3006900 | x4091467 | 1/10/2005 | 163.20 | 163.20 |
| 3006900 | x4092572 | 2/2/2005 | 816.00 | 816.00 |
| 3006900 | x1021370 | 3/3/2005 | 590.17 | 590.17 |
| 3006900 | x52debit | 3/3/2005 | 16,964.36 | 16,964.36 |
| 3006900 | x1027728 | 4/1/2005 | 307.00 | 307.00 |
| 3006900 | x4093523 | 4/1/2005 | 308.69 | 308.69 |
| 3006900 | x5250 | 4/1/2005 | 1,213.80 | 1,213.80 |
| 3006900 | x172619 | 4/29/2005 | 550.00 | 550.00 |
| 3006900 | x525019 | 4/29/2005 | 555.94 | 555.94 |
| 3006900 | V5220544 | 5/2/2005 | 5,313.84 | 0.00 |
| 3006900 | V1037473 | 5/6/2005 | 5,358.59 | 5,358.59 |
| 3006900 | V1037694 | 5/9/2005 | 2,000.00 | 0.00 |
| 3006900 | V1039765 | 5/27/2005 | 144.00 | 144.00 |
| 3006900 | V1040034 | 6/1/2005 | 1,000.00 | 0.00 |
| 3006900 | V1040085 | 6/1/2005 | (269.50) | (269.50) |
| 3006900 | x443037 | 6/3/2005 | 1,625.00 | 1,625.00 |
| 3006900 | xdba252 | 6/3/2005 | 18,235.00 | 18,235.00 |
| 3006900 | V5221544 | 6/14/2005 | 2,333.08 | 0.00 |
| 3006900 | V5221724 | 6/21/2005 | 595.20 | 0.00 |
| 3006900 | V4097341 | 6/28/2005 | 2,560.00 | 0.00 |
| 3006900 | V4097341 | 6/28/2005 | 2,166.00 | 0.00 |
| 3006900 | V4097341 | 6/28/2005 | 5,835.00 | 0.00 |
| 3006900 | V4097341 | 6/28/2005 | 974.00 | 0.00 |
| 3006900 | V4097341 | 6/28/2005 | 384.00 | 0.00 |
| 3006900 | V4097341 | 6/28/2005 | 424.90 | 0.00 |
| 3006900 | V4097341 | 6/28/2005 | 378.30 | 0.00 |
| 3006900 | V4097341 | 6/28/2005 | 795.50 | 0.50 |
| 3006900 | V4097341 | 6/28/2005 | 17,250.00 | 0.00 |
| 3006900 | V4097341 | 6/28/2005 | 985.40 | 893.10 |
| 3006900 | V1371936 | 6/29/2005 | 10,797.12 | 324.00 |
| 3006900 | V4097373 | 6/29/2005 | 2,334.00 | 0.00 |
| 3006900 | V4097373 | 6/29/2005 | 384.00 | 0.00 |
| 3006900 | V4097373 | 6/29/2005 | 432.00 | 81.00 |
| 3006900 | V4097387 | 6/29/2005 | 1,167.00 | 0.00 |
| 3006900 | V4097387 | 6/29/2005 | 487.00 | 0.00 |
| 3006900 | V4097387 | 6/29/2005 | 384.00 | 0.00 |
| 3006900 | V4097387 | 6/29/2005 | 628.60 | 0.00 |
| 3006900 | V4097387 | 6/29/2005 | 424.90 | 0.00 |
| 3006900 | V4097387 | 6/29/2005 | 1,970.80 | 119.20 |
| 3006900 | V1372015 | 6/30/2005 | 2,699.28 | 81.00 |
| 3006900 | V1372068 | 6/30/2005 | 76,079.52 | 0.00 |
| 3006900 | V1372068 | 6/30/2005 | 4,144.00 | 0.00 |
| 3006900 | V1372068 | 6/30/2005 | 21,450.60 | 0.00 |
| 3006900 | V1372068 | 6/30/2005 | 493.50 | 124.00 |
| 3006900 | V4097421 | 6/30/2005 | 6,400.00 | 0.00 |
| 3006900 | V4097421 | 6/30/2005 | 7,220.00 | 0.00 |
| 3006900 | V4097421 | 6/30/2005 | 12,837.00 | 0.00 |
| 3006900 | V4097421 | 6/30/2005 | 384.00 | 0.00 |
| 3006900 | V4097421 | 6/30/2005 | 793.20 | 0.00 |
| 3006900 | V4097421 | 6/30/2005 | 2,974.30 | 0.00 |
| 3006900 | V4097421 | 6/30/2005 | 378.30 | 0.00 |
| 3006900 | V4097421 | 6/30/2005 | 8,868.60 | 1,042.40 |
| 3006900 | W4096290 | 7/1/2005 | (31.00) | (31.00) |
| 3006900 | w852741 | 7/1/2005 | (58,415.35) | (58,415.35) |
| 3006900 | V5222098 | 7/14/2005 | 1,059.12 | 0.00 |
| 3006900 | V5222098 | 7/14/2005 | 1,808.45 | 86.14 |

| | | | | |
|---|---|---|---|---|
| 3006900 | V1045650 | 7/27/2005 | 2,706.41 | 2,706.41 |
| 3006900 | V1373516 | 7/29/2005 | 39,192.48 | 1,175.04 |
| 3006900 | V1373516 | 7/29/2005 | 804.00 | 0.00 |
| 3006900 | V1373516 | 7/29/2005 | 6,309.00 | 0.00 |
| 3006900 | V1373516 | 7/29/2005 | 493.50 | 0.00 |
| 3006900 | x865205 | 8/4/2005 | 933.34 | 933.34 |
| 3006900 | C1052352 | 8/15/2005 | 1,000.00 | 1,000.00 |
| 3006900 | C1052352 | 8/15/2005 | 8,000.00 | 0.00 |
| 3006900 | V1048043 | 8/17/2005 | 307.00 | 0.00 |
| 3006900 | V1048043 | 8/17/2005 | 1,500.00 | 0.00 |
| 3006900 | V1048206 | 8/18/2005 | 2,000.00 | 0.00 |
| 3006900 | V1048296 | 8/19/2005 | 5,713.54 | 5,713.54 |
| 3006900 | V5222970 | 8/19/2005 | 2,438.91 | 2,438.91 |
| 3006900 | V5222979 | 8/19/2005 | 952.00 | 0.00 |
| 3006900 | v4098790 | 8/23/2005 | (432.00) | (432.00) |
| 3006900 | V7071094 | 8/24/2005 | 7,848.00 | 181.81 |
| 3006900 | V1048933 | 8/25/2005 | 2,706.41 | 33.83 |
| 3006900 | V1049046 | 8/25/2005 | 2,000.00 | 0.00 |
| 3006900 | V1049095 | 8/26/2005 | 269.50 | 0.00 |
| 3006900 | V1049098 | 8/26/2005 | 300.71 | 3.76 |
| 3006900 | V1049164 | 8/26/2005 | 500.00 | 0.00 |
| 3006900 | V1049166 | 8/26/2005 | 307.00 | 0.00 |
| 3006900 | V1049166 | 8/26/2005 | 1,000.00 | 0.00 |
| 3006900 | V1049263 | 8/29/2005 | 5,112.11 | 63.90 |
| 3006900 | V1049330 | 8/29/2005 | 539.00 | 0.00 |
| 3006900 | V1049331 | 8/29/2005 | 307.00 | 0.00 |
| 3006900 | V1049331 | 8/29/2005 | 1,000.00 | 0.00 |
| 3006900 | V1049415 | 8/30/2005 | 269.50 | 0.00 |
| 3006900 | V1049417 | 8/30/2005 | 2,706.41 | 33.83 |
| 3006900 | V1049483 | 8/30/2005 | 500.00 | 0.00 |
| 3006900 | V1049484 | 8/30/2005 | 269.50 | 0.00 |
| 3006900 | V1049485 | 8/30/2005 | 307.00 | 0.00 |
| 3006900 | V1049485 | 8/30/2005 | 1,500.00 | 0.00 |
| 3006900 | V5073636 | 8/30/2005 | 4,305.60 | 0.00 |
| 3006900 | V5073636 | 8/30/2005 | 5,112.00 | 0.00 |
| 3006900 | V5073636 | 8/30/2005 | 6,739.20 | 0.00 |
| 3006900 | V5073636 | 8/30/2005 | 820.00 | 0.00 |
| 3006900 | V5111433 | 8/30/2005 | 809.76 | 0.00 |
| 3006900 | V1049580 | 8/31/2005 | 269.50 | 0.00 |
| 3006900 | V1049582 | 8/31/2005 | 2,706.41 | 33.83 |
| 3006900 | V1049649 | 8/31/2005 | 500.00 | 0.00 |
| 3006900 | V1049650 | 8/31/2005 | 269.50 | 0.00 |
| 3006900 | V1049694 | 8/31/2005 | 460.50 | 0.00 |
| 3006900 | V1049694 | 8/31/2005 | 1,500.00 | 0.00 |
| 3006900 | V5111449 | 8/31/2005 | 809.76 | 0.00 |
| 3006900 | V5111450 | 8/31/2005 | 809.76 | 0.00 |
| 3006900 | x520470 | 10/18/2005 | 6,653.60 | 6,653.60 |
| 3006900 | V1049731 | 9/1/2005 | 269.50 | 0.00 |
| 3006900 | V1049733 | 9/1/2005 | 2,706.41 | 33.83 |
| 3006900 | V1049795 | 9/1/2005 | 1,500.00 | 0.00 |
| 3006900 | V1049796 | 9/1/2005 | 500.00 | 0.00 |
| 3006900 | V1049797 | 9/1/2005 | 808.50 | 0.00 |
| 3006900 | V1375756 | 9/1/2005 | 784.00 | 203.35 |
| 3006900 | V5111470 | 9/1/2005 | 809.76 | 0.00 |
| 3006900 | V1049904 | 9/2/2005 | 269.50 | 0.00 |
| 3006900 | V1049908 | 9/2/2005 | 2,706.41 | 33.83 |
| 3006900 | V1049971 | 9/2/2005 | 539.00 | 0.00 |
| 3006900 | V1049972 | 9/2/2005 | 307.00 | 0.00 |
| 3006900 | V1049972 | 9/2/2005 | 1,500.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 3006900 | V5073692 | 9/2/2005 | 4,305.60 | 0.00 |
| 3006900 | V5073692 | 9/2/2005 | 10,224.00 | 0.00 |
| 3006900 | V5073692 | 9/2/2005 | 6,364.80 | 0.00 |
| 3006900 | V5073692 | 9/2/2005 | 410.00 | 0.00 |
| 3006900 | V5111504 | 9/2/2005 | 809.76 | 0.00 |
| 3006900 | w090205 | 9/2/2005 | (3,374.66) | (3,374.66) |
| 3006900 | W1042723 | 9/2/2005 | (126.56) | (126.56) |
| 3006900 | W4098003 | 9/2/2005 | (45.00) | (45.00) |
| 3006900 | W5222263 | 9/2/2005 | (238.00) | (238.00) |
| 3006900 | w522244 | 9/2/2005 | (1,393.66) | (1,393.66) |
| 3006900 | W5222450 | 9/2/2005 | (31.80) | (31.80) |
| 3006900 | x00005 | 9/2/2005 | 678.00 | 678.00 |
| 3006900 | V1050072 | 9/6/2005 | 269.50 | 0.00 |
| 3006900 | V1050074 | 9/6/2005 | 2,706.41 | 33.83 |
| 3006900 | V1050141 | 9/6/2005 | 500.00 | 0.00 |
| 3006900 | V1050142 | 9/6/2005 | 539.00 | 0.00 |
| 3006900 | V1050143 | 9/6/2005 | 307.00 | 0.00 |
| 3006900 | V1050143 | 9/6/2005 | 1,500.00 | 0.00 |
| 3006900 | V5073704 | 9/6/2005 | 121.77 | 65.42 |
| 3006900 | V5073704 | 9/6/2005 | 5,112.00 | 0.00 |
| 3006900 | V5111527 | 9/6/2005 | 809.76 | 0.00 |
| 3006900 | V5111528 | 9/6/2005 | 809.76 | 0.00 |
| 3006900 | V1050301 | 9/7/2005 | 500.00 | 0.00 |
| 3006900 | V1050302 | 9/7/2005 | 1,617.00 | 0.00 |
| 3006900 | V5073740 | 9/7/2005 | 410.00 | 5.13 |
| 3006900 | V5111546 | 9/7/2005 | 809.76 | 0.00 |
| 3006900 | V1050382 | 9/8/2005 | 2,706.41 | 33.83 |
| 3006900 | V1050448 | 9/8/2005 | 1,500.00 | 0.00 |
| 3006900 | V1050449 | 9/8/2005 | 500.00 | 0.00 |
| 3006900 | V1050451 | 9/8/2005 | 307.00 | 0.00 |
| 3006900 | V5111580 | 9/8/2005 | 809.76 | 0.00 |
| 3006900 | V5223438 | 9/8/2005 | (160.00) | (160.00) |
| 3006900 | V5223440 | 9/8/2005 | (88.20) | (88.20) |
| 3006900 | V5223444 | 9/8/2005 | 290.00 | 290.00 |
| 3006900 | V5223444 | 9/8/2005 | 88.20 | 88.20 |
| 3006900 | V1050605 | 9/9/2005 | 307.00 | 0.00 |
| 3006900 | V5073771 | 9/9/2005 | 10,224.00 | 0.00 |
| 3006900 | V5073771 | 9/9/2005 | 6,739.20 | 0.00 |
| 3006900 | V5073771 | 9/9/2005 | 820.00 | 0.00 |
| 3006900 | V5111604 | 9/9/2005 | 809.76 | 0.00 |
| 3006900 | V5111605 | 9/9/2005 | 809.76 | 0.00 |
| 3006900 | W4099007 | 9/9/2005 | (90.00) | (90.00) |
| 3006900 | V1050702 | 9/12/2005 | 2,706.41 | 33.83 |
| 3006900 | V1050774 | 9/12/2005 | 500.00 | 0.00 |
| 3006900 | V1050776 | 9/12/2005 | 460.50 | 0.00 |
| 3006900 | V1050776 | 9/12/2005 | 2,000.00 | 0.00 |
| 3006900 | V5073802 | 9/12/2005 | 853.20 | 10.67 |
| 3006900 | V5111625 | 9/12/2005 | 539.84 | 0.00 |
| 3006900 | V1050889 | 9/13/2005 | 2,706.41 | 33.83 |
| 3006900 | V1050958 | 9/13/2005 | 500.00 | 0.00 |
| 3006900 | x1050959 | 9/13/2005 | 460.50 | 0.00 |
| 3006900 | V1050959 | 9/13/2005 | 2,000.00 | 0.00 |
| 3006900 | V5073805 | 9/13/2005 | 4,305.60 | 0.00 |
| 3006900 | V5073805 | 9/13/2005 | 10,224.00 | 0.00 |
| 3006900 | V5073827 | 9/13/2005 | 3,128.40 | 39.11 |
| 3006900 | V5111651 | 9/13/2005 | 809.76 | 0.00 |
| 3006900 | V5111652 | 9/13/2005 | 809.76 | 0.00 |
| 3006900 | V7071502 | 9/13/2005 | 5,232.00 | 157.53 |
| 3006900 | V7071505 | 9/13/2005 | 3,706.00 | 325.87 |

| | | | | |
|---|---|---|---|---|
| 3006900 | V7071519 | 9/13/2005 | 2,834.00 | 67.08 |
| 3006900 | V7071525 | 9/13/2005 | 3,270.00 | 65.07 |
| 3006900 | V1051041 | 9/14/2005 | 2,706.41 | 33.83 |
| 3006900 | V1051115 | 9/14/2005 | 500.00 | 0.00 |
| 3006900 | V1051117 | 9/14/2005 | 460.50 | 0.00 |
| 3006900 | V1051117 | 9/14/2005 | 1,500.00 | 0.00 |
| 3006900 | V5111678 | 9/14/2005 | 269.92 | 0.00 |
| 3006900 | V5223577 | 9/14/2005 | 290.00 | 130.00 |
| 3006900 | V5223579 | 9/14/2005 | 1,409.09 | 1,409.09 |
| 3006900 | V5223579 | 9/14/2005 | 1,422.72 | 1,422.72 |
| 3006900 | V5223579 | 9/14/2005 | 1,437.15 | 0.00 |
| 3006900 | V1051217 | 9/15/2005 | 2,706.41 | 33.83 |
| 3006900 | V1051287 | 9/15/2005 | 1,500.00 | 0.00 |
| 3006900 | V1051288 | 9/15/2005 | 500.00 | 0.00 |
| 3006900 | V1051324 | 9/15/2005 | 3,000.00 | 0.00 |
| 3006900 | V1051329 | 9/15/2005 | 460.50 | 0.00 |
| 3006900 | V5111704 | 9/15/2005 | 539.84 | 0.00 |
| 3006900 | V5111705 | 9/15/2005 | 809.76 | 0.00 |
| 3006900 | V5223615 | 9/15/2005 | 290.00 | 0.00 |
| 3006900 | V5223615 | 9/15/2005 | 529.20 | 130.00 |
| 3006900 | V1051388 | 9/16/2005 | 2,706.41 | 33.83 |
| 3006900 | V1051451 | 9/16/2005 | 1,078.00 | 0.00 |
| 3006900 | V1051452 | 9/16/2005 | 460.50 | 0.00 |
| 3006900 | V1051452 | 9/16/2005 | 5,000.00 | 0.00 |
| 3006900 | V5073867 | 9/16/2005 | 4,305.60 | 0.00 |
| 3006900 | V5073867 | 9/16/2005 | 15,336.00 | 0.00 |
| 3006900 | V5073867 | 9/16/2005 | 820.00 | 0.00 |
| 3006900 | V5111730 | 9/16/2005 | 809.76 | 0.00 |
| 3006900 | V5111731 | 9/16/2005 | 809.76 | 0.00 |
| 3006900 | V1051558 | 9/19/2005 | 8,119.24 | 101.49 |
| 3006900 | V1051633 | 9/19/2005 | 307.00 | 0.00 |
| 3006900 | V1051633 | 9/19/2005 | 2,000.00 | 0.00 |
| 3006900 | V1051710 | 9/19/2005 | 539.00 | 0.00 |
| 3006900 | V1051719 | 9/19/2005 | 2,500.00 | 0.00 |
| 3006900 | V5073908 | 9/19/2005 | 121.77 | 65.42 |
| 3006900 | V5073908 | 9/19/2005 | 5,112.00 | 0.00 |
| 3006900 | V5111755 | 9/19/2005 | 809.76 | 0.00 |
| 3006900 | V1051766 | 9/20/2005 | 8,119.24 | 101.49 |
| 3006900 | V1051834 | 9/20/2005 | 500.00 | 0.00 |
| 3006900 | V1051836 | 9/20/2005 | 460.50 | 0.00 |
| 3006900 | V1051836 | 9/20/2005 | 500.00 | 0.00 |
| 3006900 | V5073910 | 9/20/2005 | 5,112.00 | 0.00 |
| 3006900 | V5073910 | 9/20/2005 | 410.00 | 69.03 |
| 3006900 | V5111773 | 9/20/2005 | 1,079.68 | 0.00 |
| 3006900 | V7071726 | 9/20/2005 | 7,848.00 | 7,848.00 |
| 3006900 | V7071758 | 9/20/2005 | 4,142.00 | 4,142.00 |
| 3006900 | V1051954 | 9/21/2005 | 3,608.55 | 45.11 |
| 3006900 | V1052028 | 9/21/2005 | 500.00 | 0.00 |
| 3006900 | V1052030 | 9/21/2005 | 307.00 | 0.00 |
| 3006900 | V1052030 | 9/21/2005 | 3,500.00 | 0.00 |
| 3006900 | V1376842 | 9/21/2005 | 2,270.88 | 2,270.88 |
| 3006900 | V5111795 | 9/21/2005 | 809.76 | 0.00 |
| 3006900 | V5111796 | 9/21/2005 | 809.76 | 0.00 |
| 3006900 | V5223750 | 9/21/2005 | 209.00 | 134.39 |
| 3006900 | V7071760 | 9/21/2005 | 6,223.90 | 6,223.90 |
| 3006900 | V1052120 | 9/22/2005 | 3,608.55 | 45.11 |
| 3006900 | V1052187 | 9/22/2005 | 2,000.00 | 0.00 |
| 3006900 | V1052190 | 9/22/2005 | 460.50 | 0.00 |
| 3006900 | V1052190 | 9/22/2005 | 2,000.00 | 0.00 |

| | | | | |
|---|---|---|---:|---:|
| 3006900 | V5111824 | 9/22/2005 | 809.76 | 0.00 |
| 3006900 | V5111834 | 9/22/2005 | 809.76 | 0.00 |
| 3006900 | V5223767 | 9/22/2005 | 580.00 | 0.00 |
| 3006900 | V5223767 | 9/22/2005 | 352.80 | 260.00 |
| 3006900 | V7071798 | 9/22/2005 | 6,540.00 | 6,540.00 |
| 3006900 | V7071812 | 9/22/2005 | 4,458.10 | 4,458.10 |
| 3006900 | V7071818 | 9/22/2005 | 6,540.00 | 6,540.00 |
| 3006900 | V1052307 | 9/23/2005 | 3,608.55 | 45.11 |
| 3006900 | V1052366 | 9/23/2005 | 1,000.00 | 0.00 |
| 3006900 | V1052368 | 9/23/2005 | 460.50 | 0.00 |
| 3006900 | V1052368 | 9/23/2005 | 2,500.00 | 0.00 |
| 3006900 | V4099755 | 9/23/2005 | 174.60 | 174.60 |
| 3006900 | V5111853 | 9/23/2005 | 1,079.68 | 0.00 |
| 3006900 | V5223795 | 9/23/2005 | 11,307.60 | 11,307.60 |
| 3006900 | V5223795 | 9/23/2005 | 873.60 | 873.60 |
| 3006900 | V5223796 | 9/23/2005 | 1,029.00 | 0.00 |
| 3006900 | V5223796 | 9/23/2005 | 1,617.00 | 0.00 |
| 3006900 | V7071843 | 9/23/2005 | 1,308.00 | 1,308.00 |
| 3006900 | V7071862 | 9/23/2005 | 10,246.00 | 10,246.00 |
| 3006900 | W4099416 | 9/23/2005 | (45.00) | (45.00) |
| 3006900 | V7071864 | 9/25/2005 | 5,450.00 | 5,450.00 |
| 3006900 | V1052469 | 9/26/2005 | 3,608.55 | 45.11 |
| 3006900 | V1052540 | 9/26/2005 | 808.50 | 0.00 |
| 3006900 | V1052541 | 9/26/2005 | 460.50 | 0.00 |
| 3006900 | V1052541 | 9/26/2005 | 2,500.00 | 0.00 |
| 3006900 | V5073995 | 9/26/2005 | 121.77 | 0.00 |
| 3006900 | V5073995 | 9/26/2005 | 4,305.60 | 0.00 |
| 3006900 | V5073995 | 9/26/2005 | 20,448.00 | 0.00 |
| 3006900 | V5073995 | 9/26/2005 | 6,739.20 | 0.00 |
| 3006900 | V5073995 | 9/26/2005 | 410.00 | 0.00 |
| 3006900 | V5111877 | 9/26/2005 | 1,079.68 | 0.00 |
| 3006900 | V5111878 | 9/26/2005 | 809.76 | 0.00 |
| 3006900 | V1052637 | 9/27/2005 | 3,608.55 | 45.11 |
| 3006900 | V1052699 | 9/27/2005 | 500.00 | 0.00 |
| 3006900 | V1052700 | 9/27/2005 | 1,617.00 | 0.00 |
| 3006900 | V1052701 | 9/27/2005 | 460.50 | 0.00 |
| 3006900 | V1052701 | 9/27/2005 | 2,500.00 | 0.00 |
| 3006900 | V5111894 | 9/27/2005 | 809.76 | 0.00 |
| 3006900 | V5111895 | 9/27/2005 | 809.76 | 0.00 |
| 3006900 | w4095266 | 9/27/2005 | (568.36) | (568.36) |
| 3006900 | w7069 | 9/27/2005 | (5,683.41) | (5,683.41) |
| 3006900 | w7070 | 9/27/2005 | (6,950.42) | (6,950.42) |
| 3006900 | w707118 | 9/27/2005 | (3,418.59) | (3,418.59) |
| 3006900 | x00009 | 9/27/2005 | 339.00 | 339.00 |
| 3006900 | x7071180 | 9/27/2005 | 2,709.23 | 2,709.23 |
| 3006900 | V1052790 | 9/28/2005 | 3,608.55 | 3,608.55 |
| 3006900 | V1052862 | 9/28/2005 | 500.00 | 0.00 |
| 3006900 | V1052863 | 9/28/2005 | 539.00 | 0.00 |
| 3006900 | V1052864 | 9/28/2005 | 460.50 | 0.00 |
| 3006900 | V1052864 | 9/28/2005 | 2,000.00 | 0.00 |
| 3006900 | V4099874 | 9/28/2005 | 3,110.00 | 3,110.00 |
| 3006900 | V4099874 | 9/28/2005 | 3,510.00 | 3,510.00 |
| 3006900 | V4099874 | 9/28/2005 | 1,119.00 | 1,119.00 |
| 3006900 | V4099874 | 9/28/2005 | 628.60 | 628.60 |
| 3006900 | V4099874 | 9/28/2005 | 424.90 | 424.90 |
| 3006900 | V4099874 | 9/28/2005 | 378.30 | 0.00 |
| 3006900 | V4099874 | 9/28/2005 | 4,462.00 | 4,462.00 |
| 3006900 | V4099874 | 9/28/2005 | 2,389.50 | 2,389.50 |
| 3006900 | V4099887 | 9/28/2005 | 19,000.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 3006900 | V5111912 | 9/28/2005 | 1,079.68 | 0.00 |
| 3006900 | V1052952 | 9/29/2005 | 3,608.55 | 3,608.55 |
| 3006900 | V1053017 | 9/29/2005 | 1,000.00 | 0.00 |
| 3006900 | V1053018 | 9/29/2005 | 1,000.00 | 0.00 |
| 3006900 | V1053019 | 9/29/2005 | 269.50 | 0.00 |
| 3006900 | V1053020 | 9/29/2005 | 460.50 | 0.00 |
| 3006900 | V1053020 | 9/29/2005 | 2,000.00 | 0.00 |
| 3006900 | V4099907 | 9/29/2005 | 87.30 | 87.30 |
| 3006900 | V4099920 | 9/29/2005 | 5,660.00 | 5,660.00 |
| 3006900 | V4099921 | 9/29/2005 | 2,488.00 | 2,488.00 |
| 3006900 | V4099921 | 9/29/2005 | 2,808.00 | 2,808.00 |
| 3006900 | V4099921 | 9/29/2005 | 746.00 | 746.00 |
| 3006900 | V4099921 | 9/29/2005 | 793.20 | 0.00 |
| 3006900 | V4099921 | 9/29/2005 | 424.90 | 424.90 |
| 3006900 | V4099921 | 9/29/2005 | 4,462.00 | 4,462.00 |
| 3006900 | V4099921 | 9/29/2005 | 1,911.60 | 1,911.60 |
| 3006900 | V4099921 | 9/29/2005 | 514.00 | 514.00 |
| 3006900 | V4099939 | 9/29/2005 | 6,792.00 | 6,792.00 |
| 3006900 | V5111948 | 9/29/2005 | 809.76 | 0.00 |
| 3006900 | V5223941 | 9/29/2005 | 290.00 | 0.00 |
| 3006900 | V5223941 | 9/29/2005 | 264.60 | 130.00 |
| 3006900 | w5858181 | 9/29/2005 | (374.40) | (374.40) |
| 3006900 | V1053122 | 9/30/2005 | 3,608.55 | 3,608.55 |
| 3006900 | V1053189 | 9/30/2005 | 500.00 | 0.00 |
| 3006900 | V1053190 | 9/30/2005 | 269.50 | 0.00 |
| 3006900 | V1053191 | 9/30/2005 | 460.50 | 0.00 |
| 3006900 | V1053191 | 9/30/2005 | 2,000.00 | 0.00 |
| 3006900 | V1377415 | 9/30/2005 | 5,236.56 | 5,236.56 |
| 3006900 | V1377416 | 9/30/2005 | 44,726.40 | 44,726.40 |
| 3006900 | V1377416 | 9/30/2005 | 804.00 | 804.00 |
| 3006900 | V1377416 | 9/30/2005 | 2,523.60 | 2,523.60 |
| 3006900 | V1377416 | 9/30/2005 | 493.50 | 493.50 |
| 3006900 | V4099954 | 9/30/2005 | 1,132.00 | 1,132.00 |
| 3006900 | V4099955 | 9/30/2005 | 87.30 | 87.30 |
| 3006900 | V4099976 | 9/30/2005 | 7,924.00 | 7,924.00 |
| 3006900 | V4099977 | 9/30/2005 | 4,354.00 | 4,354.00 |
| 3006900 | V4099977 | 9/30/2005 | 7,020.00 | 7,020.00 |
| 3006900 | V4099977 | 9/30/2005 | 1,865.00 | 1,865.00 |
| 3006900 | V4099977 | 9/30/2005 | 795.50 | 795.50 |
| 3006900 | V4099977 | 9/30/2005 | 8,124.30 | 8,124.30 |
| 3006900 | V4099992 | 9/30/2005 | 2,264.00 | 2,264.00 |
| 3006900 | V5074067 | 9/30/2005 | 15,336.00 | 0.00 |
| 3006900 | V5074067 | 9/30/2005 | 6,739.20 | 0.00 |
| 3006900 | V5074067 | 9/30/2005 | 410.00 | 410.00 |
| 3006900 | V5111972 | 9/30/2005 | 539.84 | 0.00 |
| 3006900 | V5111973 | 9/30/2005 | 809.76 | 0.00 |
| 3006900 | V5223986 | 9/30/2005 | 999.00 | 999.00 |
| 3006900 | V5223986 | 9/30/2005 | 1,852.88 | 1,852.88 |
| 3006900 | V7072016 | 9/30/2005 | 7,848.00 | 7,848.00 |
| 3006900 | w092305 | 9/30/2005 | (651.81) | (651.81) |
| 3006900 | W4099635 | 9/30/2005 | (45.00) | (45.00) |
| 3006900 | x521493 | 10/18/2005 | 515.00 | 515.00 |
| 3006900 | x521619 | 10/18/2005 | 515.00 | 515.00 |
| 3006900 | x521731 | 10/18/2005 | 1,045.40 | 1,045.40 |
| 3006900 | w0673208 | 10/2/2005 | (5,902.57) | (5,902.57) |
| 3006900 | V1053281 | 10/3/2005 | 3,608.55 | 3,608.55 |
| 3006900 | V1053352 | 10/3/2005 | 1,000.00 | 0.00 |
| 3006900 | V1053353 | 10/3/2005 | 269.50 | 0.00 |
| 3006900 | V1053354 | 10/3/2005 | 2,500.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 3006900 | V1377502 | 10/3/2005 | 10,473.12 | 10,473.12 |
| 3006900 | V1377503 | 10/3/2005 | 46,962.72 | 46,962.72 |
| 3006900 | V1377503 | 10/3/2005 | 1,206.00 | 1,206.00 |
| 3006900 | V1377503 | 10/3/2005 | 3,746.52 | 3,746.52 |
| 3006900 | V1377503 | 10/3/2005 | 493.50 | 493.50 |
| 3006900 | V4000013 | 10/3/2005 | 341.60 | 0.00 |
| 3006900 | V4000014 | 10/3/2005 | 87.30 | 87.30 |
| 3006900 | V4000036 | 10/3/2005 | 2,264.00 | 2,264.00 |
| 3006900 | V4000037 | 10/3/2005 | 2,488.00 | 2,488.00 |
| 3006900 | V4000037 | 10/3/2005 | 2,106.00 | 2,106.00 |
| 3006900 | V4000037 | 10/3/2005 | 373.00 | 373.00 |
| 3006900 | V4000037 | 10/3/2005 | 793.20 | 0.00 |
| 3006900 | V4000037 | 10/3/2005 | 75.86 | 0.00 |
| 3006900 | V4000037 | 10/3/2005 | 2,549.40 | 2,549.40 |
| 3006900 | V4000037 | 10/3/2005 | 378.30 | 0.00 |
| 3006900 | V4000037 | 10/3/2005 | 2,389.50 | 2,389.50 |
| 3006900 | V4000041 | 10/3/2005 | 14,716.00 | 14,716.00 |
| 3006900 | V5074098 | 10/3/2005 | 4,305.60 | 0.00 |
| 3006900 | V5074098 | 10/3/2005 | 5,112.00 | 0.00 |
| 3006900 | V5111997 | 10/3/2005 | 809.76 | 0.00 |
| 3006900 | V5224010 | 10/3/2005 | 264.60 | 264.60 |
| 3006900 | V5224011 | 10/3/2005 | 1,555.39 | 0.00 |
| 3006900 | V5224012 | 10/3/2005 | 571.26 | 571.26 |
| 3006900 | V5224012 | 10/3/2005 | 670.80 | 670.80 |
| 3006900 | V5224012 | 10/3/2005 | 1,859.98 | 1,859.98 |
| 3006900 | V5224012 | 10/3/2005 | 2,066.47 | 2,066.47 |
| 3006900 | V5224013 | 10/3/2005 | 1,409.09 | 1,409.09 |
| 3006900 | V5224013 | 10/3/2005 | 1,896.96 | 1,896.96 |
| 3006900 | V5224013 | 10/3/2005 | 877.06 | 877.06 |
| 3006900 | V5224013 | 10/3/2005 | 1,216.05 | 1,216.05 |
| 3006900 | V5864136 | 10/3/2005 | 374.40 | 0.00 |
| 3006900 | V5864136 | 10/3/2005 | 1,030.00 | 1,030.00 |
| 3006900 | V7072065 | 10/3/2005 | 7,848.00 | 7,848.00 |
| 3006900 | V1053443 | 10/4/2005 | 3,608.55 | 3,608.55 |
| 3006900 | V1053511 | 10/4/2005 | 500.00 | 0.00 |
| 3006900 | V1053512 | 10/4/2005 | 808.50 | 0.00 |
| 3006900 | V1377593 | 10/4/2005 | 1,960.80 | 1,960.80 |
| 3006900 | V1377594 | 10/4/2005 | 5,236.56 | 5,236.56 |
| 3006900 | V1377595 | 10/4/2005 | 29,072.16 | 29,072.16 |
| 3006900 | V1377595 | 10/4/2005 | 804.00 | 804.00 |
| 3006900 | V1377595 | 10/4/2005 | 493.50 | 493.50 |
| 3006900 | V1377641 | 10/4/2005 | 444.00 | 444.00 |
| 3006900 | V1377641 | 10/4/2005 | 592.20 | 592.20 |
| 3006900 | V4000061 | 10/4/2005 | 552.60 | 0.00 |
| 3006900 | V4000061 | 10/4/2005 | 432.00 | 432.00 |
| 3006900 | V4000062 | 10/4/2005 | 87.30 | 87.30 |
| 3006900 | V4000081 | 10/4/2005 | 4,354.00 | 4,354.00 |
| 3006900 | V4000081 | 10/4/2005 | 4,212.00 | 4,212.00 |
| 3006900 | V4000081 | 10/4/2005 | 6,792.00 | 6,792.00 |
| 3006900 | V4000081 | 10/4/2005 | 746.00 | 746.00 |
| 3006900 | V4000081 | 10/4/2005 | 628.60 | 628.60 |
| 3006900 | V4000081 | 10/4/2005 | 849.80 | 849.80 |
| 3006900 | V4000081 | 10/4/2005 | 6,693.00 | 6,693.00 |
| 3006900 | V4000081 | 10/4/2005 | 3,823.20 | 3,823.20 |
| 3006900 | V4000081 | 10/4/2005 | 530.00 | 530.00 |
| 3006900 | V5074106 | 10/4/2005 | 5,112.00 | 0.00 |
| 3006900 | V5074106 | 10/4/2005 | 820.00 | 820.00 |
| 3006900 | V5112017 | 10/4/2005 | 539.84 | 0.00 |
| 3006900 | V5112018 | 10/4/2005 | 809.76 | 0.00 |

| | | | | |
|---|---|---|---:|---:|
| 3006900 | V5224044 | 10/4/2005 | 176.40 | 176.40 |
| 3006900 | V5224045 | 10/4/2005 | 510.00 | 0.00 |
| 3006900 | V5224045 | 10/4/2005 | 1,341.60 | 1,341.60 |
| 3006900 | V5224045 | 10/4/2005 | 2,789.96 | 2,789.96 |
| 3006900 | V5224045 | 10/4/2005 | 2,755.30 | 2,755.30 |
| 3006900 | V5224046 | 10/4/2005 | 1,027.32 | 1,027.32 |
| 3006900 | V5224046 | 10/4/2005 | 1,754.11 | 1,754.11 |
| 3006900 | V5224046 | 10/4/2005 | 1,437.15 | 1,437.15 |
| 3006900 | V5224052 | 10/4/2005 | 799.20 | 799.20 |
| 3006900 | V5224052 | 10/4/2005 | 1,158.05 | 1,158.05 |
| 3006900 | V5864169 | 10/4/2005 | 374.40 | 0.00 |
| 3006900 | V5864169 | 10/4/2005 | 515.00 | 515.00 |
| 3006900 | V7072077 | 10/4/2005 | 15,696.00 | 15,696.00 |
| 3006900 | w100405 | 10/4/2005 | (1,979.70) | (1,979.70) |
| 3006900 | W1047229 | 10/4/2005 | (70.47) | (70.47) |
| 3006900 | W1048041 | 10/4/2005 | (23.49) | (23.49) |
| 3006900 | W1048207 | 10/4/2005 | (500.00) | (500.00) |
| 3006900 | W1048360 | 10/4/2005 | (23.49) | (23.49) |
| 3006900 | W1052347 | 10/4/2005 | (0.50) | (0.50) |
| 3006900 | W4098241 | 10/4/2005 | (45.00) | (45.00) |
| 3006900 | W5222436 | 10/4/2005 | (238.00) | (238.00) |
| 3006900 | W5222605 | 10/4/2005 | (238.00) | (238.00) |
| 3006900 | W5222707 | 10/4/2005 | (1,045.25) | (1,045.25) |
| 3006900 | W5222735 | 10/4/2005 | (238.00) | (238.00) |
| 3006900 | V1053600 | 10/5/2005 | 3,608.55 | 45.11 |
| 3006900 | V1053674 | 10/5/2005 | 1,000.00 | 0.00 |
| 3006900 | V1053675 | 10/5/2005 | 539.00 | 0.00 |
| 3006900 | V1053676 | 10/5/2005 | 460.50 | 0.00 |
| 3006900 | V1053676 | 10/5/2005 | 2,500.00 | 0.00 |
| 3006900 | V1377679 | 10/5/2005 | 7,854.84 | 7,854.84 |
| 3006900 | V1377680 | 10/5/2005 | 42,490.08 | 42,490.08 |
| 3006900 | V1377680 | 10/5/2005 | 493.50 | 493.50 |
| 3006900 | V4000104 | 10/5/2005 | 1,132.00 | 1,132.00 |
| 3006900 | V4000125 | 10/5/2005 | 261.90 | 261.90 |
| 3006900 | V5112038 | 10/5/2005 | 809.76 | 0.00 |
| 3006900 | V5224070 | 10/5/2005 | 176.40 | 176.40 |
| 3006900 | V5224071 | 10/5/2005 | 777.69 | 0.00 |
| 3006900 | V5224073 | 10/5/2005 | 1,409.09 | 1,409.09 |
| 3006900 | V5224073 | 10/5/2005 | 948.48 | 948.48 |
| 3006900 | V5224073 | 10/5/2005 | 165.83 | 165.83 |
| 3006900 | V5864204 | 10/5/2005 | 486.00 | 0.00 |
| 3006900 | V5864204 | 10/5/2005 | 515.00 | 515.00 |
| 3006900 | V7072108 | 10/5/2005 | 7,848.00 | 7,848.00 |
| 3006900 | w0673968 | 10/5/2005 | (4,064.10) | (4,064.10) |
| 3006900 | w0676042 | 10/5/2005 | (2,139.00) | (2,139.00) |
| 3006900 | V1053769 | 10/6/2005 | 3,608.55 | 45.11 |
| 3006900 | V1053838 | 10/6/2005 | 1,500.00 | 0.00 |
| 3006900 | V1053839 | 10/6/2005 | 500.00 | 0.00 |
| 3006900 | V1053840 | 10/6/2005 | 460.50 | 0.00 |
| 3006900 | V1053840 | 10/6/2005 | 2,500.00 | 0.00 |
| 3006900 | V1377766 | 10/6/2005 | 1,960.80 | 1,960.80 |
| 3006900 | V1377767 | 10/6/2005 | 10,473.12 | |
| 3006900 | V1377768 | 10/6/2005 | 44,726.40 | |
| 3006900 | V1377768 | 10/6/2005 | 402.00 | |
| 3006900 | V1377768 | 10/6/2005 | 4,995.36 | |
| 3006900 | V5112062 | 10/6/2005 | 539.84 | |
| 3006900 | V5112063 | 10/6/2005 | 809.76 | |
| 3006900 | V5224108 | 10/6/2005 | 290.00 | |
| 3006900 | V5224108 | 10/6/2005 | 264.60 | |

| | | | | | |
|---|---|---|---|---|---|
| 3006900 | V5224109 | 10/6/2005 | 2,198.88 | | |
| 3006900 | V5224109 | 10/6/2005 | 2,674.46 | | |
| 3006900 | V5224110 | 10/6/2005 | 1,555.39 | | |
| 3006900 | V5224111 | 10/6/2005 | 1,785.00 | | |
| 3006900 | V5224111 | 10/6/2005 | 571.26 | | |
| 3006900 | V5224111 | 10/6/2005 | 670.80 | 183.66 | |
| 3006900 | V5224111 | 10/6/2005 | 1,859.98 | 1,859.98 | |
| 3006900 | V5224111 | 10/6/2005 | 2,066.47 | | |
| 3006900 | V5224112 | 10/6/2005 | 1,409.09 | | |
| 3006900 | V5224112 | 10/6/2005 | 1,896.96 | | |
| 3006900 | V5224112 | 10/6/2005 | 1,768.80 | | |
| 3006900 | V1053927 | 10/7/2005 | 3,608.55 | | |
| 3006900 | V1053993 | 10/7/2005 | 1,000.00 | | |
| 3006900 | V1053994 | 10/7/2005 | 460.50 | | |
| 3006900 | V1053994 | 10/7/2005 | 2,500.00 | | |
| 3006900 | V5074151 | 10/7/2005 | 121.77 | | |
| 3006900 | V5074151 | 10/7/2005 | 15,336.00 | | |
| 3006900 | V5074151 | 10/7/2005 | 410.00 | | |
| 3006900 | V5112091 | 10/7/2005 | 809.76 | | |
| 3006900 | V7072152 | 10/7/2005 | 7,848.00 | | |
| 3006900 | V5074159 | 10/10/2005 | 201.96 | | 74,826.13 |
| 3006900 | w5860731 | 10/13/2005 | (608.40) | (608.40) | |
| **3006900** | | | **1,303,119.35** | | |
| | | | | | |
| 3013170 | V1363008 | 1/24/2005 | 2,340.00 | 2,340.00 | |
| 3013170 | V4093503 | 1/27/2005 | 1,790.00 | 1,790.00 | |
| 3013170 | V4093911 | 2/11/2005 | 2,864.00 | 152.00 | |
| 3013170 | V4093943 | 2/14/2005 | 1,074.00 | 57.00 | |
| 3013170 | V4096634 | 6/1/2005 | (339.00) | (339.00) | |
| 3013170 | | 6/6/2005 | (352.56) | (352.56) | |
| 3013170 | V1372530 | 7/13/2005 | 19,200.00 | 0.00 | |
| 3013170 | V1372531 | 7/13/2005 | 19,200.00 | 0.00 | |
| 3013170 | V1044595 | 7/15/2005 | 8,316.00 | 0.00 | |
| 3013170 | V1373472 | 7/28/2005 | 4,482.80 | 134.40 | |
| 3013170 | V1373580 | 7/29/2005 | 6,404.00 | 192.00 | |
| 3013170 | V1376454 | 9/14/2005 | 4,500.00 | 4,500.00 | |
| 3013170 | V1376454 | 9/14/2005 | 400.00 | 400.00 | |
| 3013170 | V1376939 | 9/22/2005 | 5,280.20 | 5,280.20 | |
| 3013170 | V1376995 | 9/23/2005 | 2,174.20 | 2,174.20 | |
| 3013170 | V4099719 | 9/23/2005 | 1,695.00 | 1,695.00 | |
| 3013170 | V1377068 | 9/26/2005 | 6,212.00 | 6,212.00 | |
| 3013170 | V1377215 | 9/27/2005 | 4,348.40 | 4,348.40 | |
| 3013170 | W40LAGR | 9/27/2005 | (303.16) | (303.16) | |
| 3013170 | X1375921 | 9/27/2005 | 24.51 | 24.51 | |
| 3013170 | V1052853 | 9/28/2005 | 4,158.00 | 0.00 | |
| 3013170 | V1377266 | 9/28/2005 | 5,590.80 | 5,590.80 | |
| 3013170 | V4099848 | 9/28/2005 | 1,017.00 | 1,017.00 | |
| 3013170 | V4099905 | 9/29/2005 | 678.00 | 678.00 | |
| 3013170 | V1053180 | 9/30/2005 | 4,158.00 | 0.00 | |
| 3013170 | V4099952 | 9/30/2005 | 1,017.00 | 1,017.00 | |
| 3013170 | V1053343 | 10/3/2005 | 4,158.00 | 0.00 | |
| 3013170 | W4097879 | 10/4/2005 | (678.00) | (678.00) | |
| 3013170 | W4097905 | 10/4/2005 | (339.00) | (339.00) | |
| 3013170 | W5073349 | 10/4/2005 | (0.88) | (0.88) | |
| 3013170 | V5112037 | 10/5/2005 | 744.00 | 0.00 | |
| 3013170 | V5112037 | 10/5/2005 | 882.00 | 0.00 | |
| 3013170 | V5112037 | 10/5/2005 | 1,750.00 | 0.00 | |
| 3013170 | V5112049 | 10/6/2005 | 264.80 | 0.00 | |
| 3013170 | W00022 | 11/23/2005 | (339.00) | (339.00) | |

| | | | | |
|---|---|---|---|---|
| 3013170 | W05708 | 11/23/2005 | (284.40) | (284.40) |
| 3013170 | W2611 | 11/23/2005 | (6,826.00) | (6,826.00) |
| **3013170** | | | **105,260.71** | |
| | | | | |
| 3006097 | W17451 | 2/2/2005 | (30.22) | (30.22) |
| 3006097 | XCM4427 | 3/24/2005 | 274.50 | 274.50 |
| 3006097 | V1375219 | 8/24/2005 | 3,106.00 | 0.00 |
| 3006097 | V1375219 | 8/24/2005 | 500.00 | 500.00 |
| 3006097 | V1375307 | 8/25/2005 | 16,926.00 | 0.00 |
| **3006097** | | | **20,776.28** | |
| | | | | |
| 3016905 | XNOINFOR | 1/7/2005 | 10,072.50 | 10,072.50 |
| 3016905 | V1375216 | 8/24/2005 | 6,000.00 | 0.00 |
| 3016905 | V1375216 | 8/24/2005 | 111,600.00 | 0.00 |
| 3016905 | V1375216 | 8/24/2005 | 115,000.00 | 0.00 |
| 3016905 | V1375216 | 8/24/2005 | 44,925.00 | 0.00 |
| 3016905 | V1375911 | 9/2/2005 | 3,106.00 | 3,106.00 |
| **3016905** | | | **290,703.50** | |
| | | | | |
| 3013180 | C1052031 | 1/15/2004 | 750.00 | 104.67 |
| 3013180 | C1052032 | 1/15/2004 | 750.00 | 750.00 |
| 3013180 | C1052033 | 1/15/2004 | 750.00 | 750.00 |
| 3013180 | V3057235 | 5/11/2004 | 250.00 | 250.00 |
| 3013180 | V3057235 | 5/11/2004 | 1,575.00 | 1,575.00 |
| 3013180 | V3057235 | 5/11/2004 | 250.00 | 250.00 |
| 3013180 | V3057235 | 5/11/2004 | 1,575.00 | 1,575.00 |
| 3013180 | V5212173 | 5/17/2004 | 450.00 | 450.00 |
| 3013180 | V5212174 | 5/17/2004 | 450.00 | 450.00 |
| 3013180 | V5212175 | 5/17/2004 | 450.00 | 450.00 |
| 3013180 | V5069057 | 8/11/2004 | 16,156.80 | 324.00 |
| 3013180 | V5069216 | 8/20/2004 | 10,995.60 | 220.50 |
| 3013180 | V5214523 | 8/24/2004 | 2,700.00 | 2,700.00 |
| 3013180 | V1358666 | 10/26/2004 | 300.00 | 300.00 |
| 3013180 | V1358666 | 10/26/2004 | 500.00 | 0.00 |
| 3013180 | V3060260 | 10/29/2004 | 225.00 | 225.00 |
| 3013180 | V3060260 | 10/29/2004 | 225.00 | 225.00 |
| 3013180 | C1052248 | 12/6/2004 | 1,250.00 | 1,250.00 |
| 3013180 | C1052248 | 12/6/2004 | 3,000.00 | 0.00 |
| 3013180 | C1052249 | 12/6/2004 | 1,250.00 | 50.00 |
| 3013180 | C1052249 | 12/6/2004 | 1,800.00 | 0.00 |
| 3013180 | C1052250 | 12/6/2004 | 1,250.00 | 1,250.00 |
| 3013180 | C1052250 | 12/6/2004 | 3,000.00 | 0.00 |
| 3013180 | C1052251 | 12/6/2004 | 1,250.00 | 50.00 |
| 3013180 | C1052251 | 12/6/2004 | 1,800.00 | 0.00 |
| 3013180 | V1362424 | 1/13/2005 | 900.00 | 900.00 |
| 3013180 | V3062351 | 3/7/2005 | 2,000.00 | 0.00 |
| 3013180 | V3062351 | 3/7/2005 | 2,000.00 | 0.00 |
| 3013180 | V3062393 | 3/9/2005 | 56.10 | 0.00 |
| 3013180 | V3062393 | 3/9/2005 | 68.94 | 68.94 |
| 3013180 | V1366037 | 3/15/2005 | 700.00 | 700.00 |
| 3013180 | V3062587 | 3/21/2005 | 37.40 | 0.00 |
| 3013180 | V3062587 | 3/21/2005 | 129.21 | 129.21 |
| 3013180 | V1367367 | 4/8/2005 | 225.00 | 225.00 |
| 3013180 | V1367926 | 4/19/2005 | 3,000.00 | 3,000.00 |
| 3013180 | V1367926 | 4/19/2005 | 3,000.00 | 0.00 |
| 3013180 | V1375585 | 8/30/2005 | 750.00 | 750.00 |
| **3013180** | | | **65,819.05** | |
| | | | | |
| 3063125 | X44229 | 9/2/2005 | 676.20 | 676.20 |

| | | | | |
|---|---|---|---:|---:|
| 3063125 | X44322 | 9/2/2005 | 608.30 | 608.30 |
| 3063125 | V3129397 | 9/30/2005 | 1,427.20 | 1,427.20 |
| 3063125 | V3129397 | 9/30/2005 | 239.20 | 239.20 |
| **3063125** | | | **2,950.90** | |
| | | | | |
| 3063120 | V3128719 | 8/26/2005 | 256.66 | 256.66 |
| 3063120 | V3128719 | 8/26/2005 | 298.13 | 298.13 |
| **3063120** | | | **554.79** | |
| | | | | |
| 3063130 | V3055041 | 1/8/2004 | 1,452.19 | 0.00 |
| 3063130 | V3055385 | 1/28/2004 | 1,452.19 | 0.00 |
| 3063130 | V3056234 | 3/17/2004 | (506.03) | (506.03) |
| 3063130 | V3057347 | 5/17/2004 | 1,452.19 | 0.00 |
| 3063130 | V3060741 | 11/30/2004 | 1,452.19 | 0.00 |
| 3063130 | V3060858 | 12/7/2004 | 1,452.19 | 0.00 |
| 3063130 | V3055449 | 1/30/2005 | (168.77) | (168.77) |
| 3063130 | W3126886 | 7/1/2005 | (20.10) | (20.10) |
| 3063130 | W3126900 | 7/1/2005 | (20.10) | (20.10) |
| 3063130 | W3126957 | 7/1/2005 | (20.10) | (20.10) |
| 3063130 | W3127110 | 8/2/2005 | (20.10) | (20.10) |
| 3063130 | W3127157 | 8/2/2005 | (40.19) | (40.19) |
| 3063130 | W3128638 | 8/31/2005 | (18.90) | (18.90) |
| 3063130 | V3065941 | 10/4/2005 | 253.01 | 0.00 |
| 3063130 | V3065941 | 10/4/2005 | 413.70 | 0.00 |
| 3063130 | V3065991 | 10/6/2005 | 177.30 | 0.00 |
| **3063130** | | | **7,290.68** | |
| | | | | |
| 3013175 | W5207657 | 6/29/2005 | (600.00) | (600.00) |
| 3013175 | V1377862 | 10/7/2005 | 95,806.00 | 95,806.00 |
| **3013175** | | | **95,206.00** | |
| | | | | |
| 3063150 | W3122953 | 1/10/2005 | (462.34) | (462.34) |
| 3063150 | V3127195 | 6/6/2005 | 374.42 | 56.36 |
| 3063150 | V3129429 | 10/3/2005 | 374.42 | 374.42 |
| 3063150 | V3129455 | 10/4/2005 | 379.20 | 379.20 |
| 3063150 | V3129455 | 10/4/2005 | 748.84 | 748.84 |
| 3063150 | V3129477 | 10/5/2005 | 374.42 | 374.42 |
| 3063150 | V3129508 | 10/6/2005 | 379.20 | 379.20 |
| **3063150** | | | **2,168.15** | |
| | | | | |
| 3063185 | V3122677 | 10/13/2004 | 361.09 | (462.34) |
| 3063185 | V3122677 | 10/13/2004 | 558.91 | 56.36 |
| 3063185 | V3123081 | 11/5/2004 | 361.09 | 374.42 |
| 3063185 | V3123140 | 11/9/2004 | 361.09 | 379.20 |
| 3063185 | V3123524 | 12/1/2004 | 361.09 | 748.84 |
| 3063185 | V3123524 | 12/1/2004 | 558.91 | 374.42 |
| 3063185 | V3126163 | 4/15/2005 | 361.09 | 379.20 |
| 3063185 | V3126215 | 4/19/2005 | 361.09 | 361.09 |
| 3063185 | X44288 | 4/29/2005 | 390.50 | 390.50 |
| 3063185 | V3126758 | 5/13/2005 | 361.09 | 361.09 |
| 3063185 | W3126785 | 7/1/2005 | (335.11) | (335.11) |
| 3063185 | V3128033 | 7/20/2005 | 361.09 | 7.48 |
| 3063185 | V3128075 | 7/22/2005 | 361.09 | 7.48 |
| 3063185 | V3128127 | 7/25/2005 | 558.91 | 11.02 |
| 3063185 | V3128170 | 7/26/2005 | 361.09 | 7.48 |
| 3063185 | V3128189 | 7/27/2005 | 558.91 | 11.02 |
| 3063185 | V3128215 | 7/28/2005 | 361.09 | 7.48 |
| 3063185 | V3128235 | 7/29/2005 | 361.09 | 7.48 |
| 3063185 | V3128257 | 8/1/2005 | 558.91 | 11.02 |

| | | | | |
|---|---|---|---|---|
| 3063185 | V3128282 | 8/2/2005 | 361.09 | 7.48 |
| 3063185 | V3128301 | 8/3/2005 | 361.09 | 7.48 |
| 3063185 | V3128330 | 8/4/2005 | 558.91 | 11.02 |
| 3063185 | V3128371 | 8/8/2005 | 361.09 | 0.00 |
| 3063185 | V3128371 | 8/8/2005 | 558.91 | 18.50 |
| 3063185 | V3128415 | 8/10/2005 | 361.09 | 0.00 |
| 3063185 | V3128415 | 8/10/2005 | 558.91 | 18.50 |
| 3063185 | V3128432 | 8/11/2005 | 361.09 | 7.48 |
| 3063185 | V3128484 | 8/15/2005 | 361.09 | 0.00 |
| 3063185 | V3128484 | 8/15/2005 | 558.91 | 18.50 |
| 3063185 | V3128554 | 8/17/2005 | 361.09 | 0.00 |
| 3063185 | V3128554 | 8/17/2005 | 558.91 | 18.50 |
| 3063185 | V3128598 | 8/19/2005 | 361.09 | 7.48 |
| 3063185 | V3128621 | 8/22/2005 | 361.09 | 7.48 |
| 3063185 | V3128658 | 8/23/2005 | 558.91 | 11.02 |
| 3063185 | V3128677 | 8/24/2005 | 361.09 | 7.48 |
| 3063185 | V3128698 | 8/25/2005 | 361.09 | 7.48 |
| 3063185 | V3128752 | 8/29/2005 | 361.09 | 11.90 |
| 3063185 | V3128786 | 8/30/2005 | 558.91 | 17.87 |
| 3063185 | V3128803 | 8/31/2005 | 361.09 | 11.90 |
| 3063185 | V3128830 | 9/1/2005 | 361.09 | 11.90 |
| 3063185 | V3128859 | 9/2/2005 | 361.09 | 0.00 |
| 3063185 | V3128859 | 9/2/2005 | 558.91 | 29.77 |
| 3063185 | V3128892 | 9/6/2005 | 361.09 | 11.90 |
| 3063185 | V3128937 | 9/8/2005 | 361.09 | 11.90 |
| 3063185 | V3128963 | 9/9/2005 | 361.09 | 11.90 |
| 3063185 | V3128983 | 9/12/2005 | 361.09 | 11.90 |
| 3063185 | V3129013 | 9/13/2005 | 361.09 | 11.90 |
| 3063185 | V3129096 | 9/16/2005 | 722.18 | 23.79 |
| 3063185 | V3129117 | 9/19/2005 | 361.09 | 11.90 |
| 3063185 | V3129179 | 9/21/2005 | 361.09 | 11.90 |
| 3063185 | V3129203 | 9/22/2005 | 361.09 | 11.90 |
| 3063185 | V3129287 | 9/27/2005 | 361.09 | 11.90 |
| 3063185 | V3129332 | 9/28/2005 | 361.09 | 11.90 |
| 3063185 | V3129370 | 9/29/2005 | 558.91 | 558.91 |
| 3063185 | V3129458 | 10/4/2005 | 558.91 | 558.91 |
| 3063185 | V3129480 | 10/5/2005 | 361.09 | 361.09 |
| 3063185 | V3129511 | 10/6/2005 | 361.09 | 11.90 |
| 3063185 | V3129534 | 10/7/2005 | 361.09 | 11.90 |
| **3063185** | | | **23,604.88** | |
| | | | | |
| 3063190 | X31ADJ | 11/10/2004 | 4,080.00 | 4,080.00 |
| 3063190 | X31DEBIT | 11/10/2004 | 6,725.74 | 6,725.74 |
| 3063190 | V3125674 | 3/23/2005 | (365.86) | (365.86) |
| 3063190 | V3128047 | 7/20/2005 | (387.10) | (387.10) |
| 3063190 | V3128753 | 8/29/2005 | 387.10 | 4.84 |
| 3063190 | V3128882 | 9/2/2005 | 387.10 | 0.00 |
| 3063190 | V3128882 | 9/2/2005 | 395.50 | 9.78 |
| 3063190 | W0905 | 9/2/2005 | (387.10) | (387.10) |
| 3063190 | V3128984 | 9/12/2005 | 338.10 | 4.23 |
| 3063190 | V3129118 | 9/19/2005 | 338.10 | 0.00 |
| 3063190 | V3129118 | 9/19/2005 | 395.50 | 9.17 |
| 3063190 | V3129255 | 9/26/2005 | 387.10 | 387.10 |
| 3063190 | V3129288 | 9/27/2005 | 395.50 | 395.50 |
| 3063190 | V3129432 | 10/3/2005 | 387.10 | 4.84 |
| 3063190 | V3129459 | 10/4/2005 | 338.10 | 4.23 |
| **3063190** | | | **13,414.88** | |
| | | | | |
| 3063195 | V4099202 | 9/6/2005 | 305.00 | 3.81 |

| | | | | |
|---|---|---|---|---|
| 3063195 | V4099265 | 9/9/2005 | 305.00 | 3.81 |
| **3063195** | | | **610.00** | |
| | | | | |
| 3063180 | V3128777 | 8/30/2005 | 429.21 | 0.00 |
| 3063180 | V3128777 | 8/30/2005 | 1,459.50 | 0.00 |
| 3063180 | V3128777 | 8/30/2005 | 329.40 | 0.00 |
| 3063180 | V3128777 | 8/30/2005 | 320.40 | 31.73 |
| 3063180 | V3128815 | 8/31/2005 | 395.50 | 17.11 |
| 3063180 | V3128815 | 8/31/2005 | 973.00 | 0.00 |
| 3063180 | V3128829 | 9/1/2005 | 429.21 | 0.00 |
| 3063180 | V3128829 | 9/1/2005 | 1,459.50 | 0.00 |
| 3063180 | V3128829 | 9/1/2005 | 508.20 | 0.00 |
| 3063180 | V3128829 | 9/1/2005 | 329.40 | 0.00 |
| 3063180 | V3128829 | 9/1/2005 | 320.40 | 38.08 |
| 3063180 | V3128858 | 9/2/2005 | 429.21 | 0.00 |
| 3063180 | V3128858 | 9/2/2005 | 486.50 | 0.00 |
| 3063180 | V3128858 | 9/2/2005 | 494.10 | 0.00 |
| 3063180 | V3128858 | 9/2/2005 | 320.40 | 21.63 |
| 3063180 | V3128891 | 9/6/2005 | 643.82 | (0.00) |
| 3063180 | V3128891 | 9/6/2005 | 1,946.00 | 0.00 |
| 3063180 | V3128891 | 9/6/2005 | 508.20 | 0.00 |
| 3063180 | V3128891 | 9/6/2005 | 494.10 | 44.90 |
| 3063180 | V3128915 | 9/7/2005 | 429.21 | 0.00 |
| 3063180 | V3128915 | 9/7/2005 | 1,946.00 | 0.00 |
| 3063180 | V3128915 | 9/7/2005 | 508.20 | 36.04 |
| 3063180 | V3128936 | 9/8/2005 | 643.82 | (0.00) |
| 3063180 | V3128936 | 9/8/2005 | 1,946.00 | 0.00 |
| 3063180 | V3128936 | 9/8/2005 | 508.20 | 0.00 |
| 3063180 | V3128936 | 9/8/2005 | 658.80 | 46.96 |
| 3063180 | V3128962 | 9/9/2005 | 429.21 | 0.00 |
| 3063180 | V3128962 | 9/9/2005 | 2,432.50 | 0.00 |
| 3063180 | V3128962 | 9/9/2005 | 508.20 | 42.12 |
| 3063180 | V3128982 | 9/12/2005 | 643.82 | (0.00) |
| 3063180 | V3128982 | 9/12/2005 | 1,946.00 | 0.00 |
| 3063180 | V3128982 | 9/12/2005 | 508.20 | 38.73 |
| 3063180 | V3129012 | 9/13/2005 | 429.21 | 35.77 |
| 3063180 | V3129012 | 9/13/2005 | 2,432.50 | 0.00 |
| 3063180 | V3129047 | 9/14/2005 | 643.82 | (0.00) |
| 3063180 | V3129047 | 9/14/2005 | 395.50 | 0.00 |
| 3063180 | V3129047 | 9/14/2005 | 1,459.50 | 0.00 |
| 3063180 | V3129047 | 9/14/2005 | 508.20 | 0.00 |
| 3063180 | V3129047 | 9/14/2005 | 329.40 | 0.00 |
| 3063180 | V3129047 | 9/14/2005 | 320.40 | 45.71 |
| 3063180 | V3129074 | 9/15/2005 | 429.21 | 0.00 |
| 3063180 | V3129074 | 9/15/2005 | 395.50 | 0.00 |
| 3063180 | V3129074 | 9/15/2005 | 2,432.50 | 0.00 |
| 3063180 | V3129074 | 9/15/2005 | 508.20 | 0.00 |
| 3063180 | V3129074 | 9/15/2005 | 320.40 | 51.07 |
| 3063180 | V3129095 | 9/16/2005 | 643.82 | (0.00) |
| 3063180 | V3129095 | 9/16/2005 | 395.50 | 0.00 |
| 3063180 | V3129095 | 9/16/2005 | 2,432.50 | 0.00 |
| 3063180 | V3129095 | 9/16/2005 | 329.40 | 0.00 |
| 3063180 | V3129095 | 9/16/2005 | 320.40 | 51.52 |
| 3063180 | V3129116 | 9/19/2005 | 429.21 | 0.00 |
| 3063180 | V3129116 | 9/19/2005 | 508.20 | 0.00 |
| 3063180 | V3129116 | 9/19/2005 | 329.40 | 0.00 |
| 3063180 | V3129116 | 9/19/2005 | 320.40 | 19.84 |
| 3063180 | V3129143 | 9/20/2005 | 643.82 | (0.00) |
| 3063180 | V3129143 | 9/20/2005 | 2,432.50 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 3063180 | V3129143 | 9/20/2005 | 508.20 | 0.00 |
| 3063180 | V3129143 | 9/20/2005 | 160.20 | 46.81 |
| 3063180 | V3129178 | 9/21/2005 | 429.21 | 0.00 |
| 3063180 | V3129178 | 9/21/2005 | 1,946.00 | 0.00 |
| 3063180 | V3129178 | 9/21/2005 | 508.20 | 0.00 |
| 3063180 | V3129178 | 9/21/2005 | 329.40 | 0.00 |
| 3063180 | V3129178 | 9/21/2005 | 160.20 | 42.16 |
| 3063180 | V3129202 | 9/22/2005 | 643.82 | (0.00) |
| 3063180 | V3129202 | 9/22/2005 | 791.00 | 0.00 |
| 3063180 | V3129202 | 9/22/2005 | 2,432.50 | 0.00 |
| 3063180 | V3129202 | 9/22/2005 | 508.20 | 0.00 |
| 3063180 | V3129202 | 9/22/2005 | 320.40 | 58.70 |
| 3063180 | V3129230 | 9/23/2005 | 429.21 | 0.00 |
| 3063180 | V3129230 | 9/23/2005 | 395.50 | 0.00 |
| 3063180 | V3129230 | 9/23/2005 | 1,946.00 | 0.00 |
| 3063180 | V3129230 | 9/23/2005 | 508.20 | 0.00 |
| 3063180 | V3129230 | 9/23/2005 | 329.40 | 0.00 |
| 3063180 | V3129230 | 9/23/2005 | 320.40 | 49.11 |
| 3063180 | V3129253 | 9/26/2005 | 2,919.00 | 0.00 |
| 3063180 | V3129253 | 9/26/2005 | 508.20 | 0.00 |
| 3063180 | V3129253 | 9/26/2005 | 329.40 | 0.00 |
| 3063180 | V3129253 | 9/26/2005 | 320.40 | 50.96 |
| 3063180 | V3129286 | 9/27/2005 | 429.21 | 0.00 |
| 3063180 | V3129286 | 9/27/2005 | 395.50 | 0.00 |
| 3063180 | V3129286 | 9/27/2005 | 1,946.00 | 0.00 |
| 3063180 | V3129286 | 9/27/2005 | 508.20 | 0.00 |
| 3063180 | V3129286 | 9/27/2005 | 320.40 | 44.99 |
| 3063180 | V3129331 | 9/28/2005 | 643.82 | (0.00) |
| 3063180 | V3129331 | 9/28/2005 | 791.00 | 0.00 |
| 3063180 | V3129331 | 9/28/2005 | 2,919.00 | 0.00 |
| 3063180 | V3129331 | 9/28/2005 | 508.20 | 0.00 |
| 3063180 | V3129331 | 9/28/2005 | 329.40 | 0.00 |
| 3063180 | V3129331 | 9/28/2005 | 320.40 | 68.90 |
| 3063180 | V3129369 | 9/29/2005 | 429.21 | 0.00 |
| 3063180 | V3129369 | 9/29/2005 | 1,459.50 | 0.00 |
| 3063180 | V3129369 | 9/29/2005 | 508.20 | 0.00 |
| 3063180 | V3129369 | 9/29/2005 | 320.40 | 33.97 |
| 3063180 | V3129402 | 9/30/2005 | 643.82 | 643.82 |
| 3063180 | V3129402 | 9/30/2005 | 1,459.50 | 1,459.50 |
| 3063180 | V3129402 | 9/30/2005 | 508.20 | 508.20 |
| 3063180 | V3129402 | 9/30/2005 | 329.40 | 329.40 |
| 3063180 | V3129402 | 9/30/2005 | 320.40 | 320.40 |
| 3063180 | V3129431 | 10/3/2005 | 429.21 | 429.21 |
| 3063180 | V3129431 | 10/3/2005 | 1,459.50 | 1,459.50 |
| 3063180 | V3129431 | 10/3/2005 | 508.20 | 508.20 |
| 3063180 | V3129431 | 10/3/2005 | 329.40 | 329.40 |
| 3063180 | V3129431 | 10/3/2005 | 320.40 | 320.40 |
| 3063180 | V3129457 | 10/4/2005 | 791.00 | 791.00 |
| 3063180 | V3129457 | 10/4/2005 | 508.20 | 508.20 |
| 3063180 | V3129457 | 10/4/2005 | 494.10 | 494.10 |
| 3063180 | V3129457 | 10/4/2005 | 320.40 | 320.40 |
| 3063180 | V3129479 | 10/5/2005 | 643.82 | 643.82 |
| 3063180 | V3129479 | 10/5/2005 | 395.50 | 395.50 |
| 3063180 | V3129479 | 10/5/2005 | 1,459.50 | 1,459.50 |
| 3063180 | V3129479 | 10/5/2005 | 508.20 | 508.20 |
| 3063180 | V3129479 | 10/5/2005 | 320.40 | 320.40 |
| 3063180 | V3129479 | 10/5/2005 | 338.10 | 338.10 |
| 3063180 | V3129510 | 10/6/2005 | 429.21 | 429.21 |
| 3063180 | V3129510 | 10/6/2005 | 1,459.50 | 1,459.50 |

| Account | Ref | Date | Amount | Amount 2 | Total |
|---|---|---|---:|---:|---:|
| 3063180 | V3129510 | 10/6/2005 | 508.20 | 508.20 | |
| 3063180 | V3129510 | 10/6/2005 | 320.40 | 320.40 | |
| 3063180 | V3129533 | 10/7/2005 | 429.21 | 0.00 | |
| 3063180 | V3129533 | 10/7/2005 | 1,459.50 | 0.00 | |
| 3063180 | V3129533 | 10/7/2005 | 508.20 | 0.00 | |
| 3063180 | V3129533 | 10/7/2005 | 1,152.90 | 0.00 | |
| 3063180 | V3129533 | 10/7/2005 | 320.40 | 48.38 | |
| **3063180** | | | **92,019.90** | | |
| | | | | | |
| 3013150 | W5199766 | 7/1/2005 | (15.00) | (15.00) | |
| 3013150 | W5199901 | 7/1/2005 | (15.00) | (15.00) | |
| 3013150 | W5110222 | 8/2/2005 | (15.00) | (15.00) | |
| 3013150 | W5110412 | 8/2/2005 | (15.00) | (15.00) | |
| 3013150 | W5110490 | 9/2/2005 | (15.00) | (15.00) | |
| 3013150 | W5111272 | 9/12/2005 | (216.28) | (216.28) | |
| 3013150 | W5111748 | 9/27/2005 | (15.00) | (15.00) | |
| 3013150 | W5111070 | 10/4/2005 | (15.00) | (15.00) | |
| 3013150 | W5111306 | 10/4/2005 | (15.00) | (15.00) | |
| **3013150** | | | **(336.28)** | | |
| **FNGP TOTAL OUTSTANDING** | | | **2,023,162.80** | | **674,293.44** |
| | | | | | |
| 3015470 | V363706 | 3/9/2005 | 132.73 | 132.73 | |
| 3015470 | V363706 | 3/9/2005 | 3,000.00 | 3,000.00 | |
| 3015470 | V36HCF02 | 3/17/2005 | 86.91 | 86.91 | |
| 3015470 | V36HCF02 | 3/17/2005 | 84.93 | 84.93 | |
| 3015470 | V363712 | 3/30/2005 | 87.00 | 87.00 | |
| 3015470 | V363713 | 3/30/2005 | 38.63 | 38.63 | |
| 3015470 | V363714 | 3/30/2005 | 4.27 | 4.27 | |
| 3015470 | V363715 | 3/30/2005 | 4.38 | 4.38 | |
| 3015470 | XR520954 | 10/18/2005 | 80,219.50 | 80,219.50 | |
| 3015470 | XR521650 | 10/18/2005 | 3,818.66 | 3,818.66 | |
| 3015470 | XR521771 | 10/18/2005 | 8,174.07 | 8,174.07 | |
| 3015470 | XR521905 | 10/24/2005 | 14,379.37 | 14,379.37 | |
| 3015470 | V3619527 | 10/3/2005 | 853.86 | 853.86 | |
| 3015470 | V3619527 | 10/3/2005 | 876.22 | 876.22 | |
| 3015470 | V3619527 | 10/3/2005 | 1,887.34 | 1,887.34 | |
| 3015470 | V3619527 | 10/3/2005 | 1,931.32 | 1,931.32 | |
| 3015470 | V3619543 | 10/4/2005 | 853.86 | 853.86 | |
| 3015470 | V3619543 | 10/4/2005 | 876.22 | 876.22 | |
| 3015470 | W3619381 | 10/17/2005 | (200.00) | (200.00) | |
| **3015470** | | | **117,109.25** | | |
| **FLEXITECH, INC TOTAL EXPOSURE** | | | **117,109.25** | | **117,109.25** |
| | | | | | |
| 300691 | V9700032 | 5/23/2005 | 40,948.23 | 40,948.23 | |
| 300691 | V9700044 | 6/6/2005 | 4,098.24 | 2,335.48 | |
| 300691 | V9700127 | 9/5/2005 | 93,660.00 | 0.00 | |
| 300691 | V9700127 | 9/5/2005 | 4,098.24 | 162.91 | |
| 300691 | V9700138 | 9/12/2005 | 93,660.00 | 0.00 | |
| 300691 | V9700138 | 9/12/2005 | 4,098.24 | 164.16 | |
| 300691 | V9700152 | 9/21/2005 | 93,660.00 | 0.00 | |
| 300691 | V9700152 | 9/21/2005 | 4,098.24 | 164.16 | |
| 300691 | V9700161 | 9/26/2005 | 66,900.00 | 66,900.00 | |
| 300691 | V9700161 | 9/26/2005 | 4,098.24 | 4,098.24 | |
| 300691 | W00139 | 10/2/2005 | (3,934.08) | (3,934.08) | |
| 300691 | V9700172 | 10/3/2005 | 93,660.00 | 93,660.00 | |
| 300691 | V9700172 | 10/3/2005 | 4,098.21 | 4,098.21 | |
| **300691** | | | **503,143.56** | | |
| **V DE MEXICO TOTAL EXPOSURE** | | | **503,143.56** | | **208,597.31** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3006900 | V9070334 | 9/28/2005 | 959.62 | 0.00 | | |
| 3006900 | V9070346 | 9/29/2005 | 1,119.56 | 0.00 | | |
| 3006900 | V9070363 | 9/30/2005 | 799.68 | 0.00 | | |
| 3006900 | V9070410 | 10/4/2005 | 1,759.31 | 0.00 | | |
| **3006900** | | | **4,638.17** | | | |
| **FNOK TOTAL EXPOSURE** | | | **4,638.17** | | | **0.00** |
| | | | 2,648,053.78 | 1,000,000.00 | 74826.134 | 1,000,000.00 |

| | |
|---|---|
| **Tooling** | **369,851.00** |