

| | |
|---|---|
| SOLD FROM | FREUDENBERG - NOK INC.<br>65 SPRUCE STREET<br>TILLSONBURG, ON N4G 5C4 |
| PLEASE REMIT TO: | Freudenberg-NOK Inc.<br>65 Spruce Street<br>TILLSONBURG, ON N4G 5C4 |

Pg: 1

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| INVOICE DATE | INVOICE NO. | TERMS | PROV. SALES TAX | DUNS NO. |
|---|---|---|---|---|
| 09/28/05 | V9070334 | 30 Day Net | | |

| BILL TO | SHIP TO |
|---|---|
| DELPHI CORPORATION<br>ACCOUNTS PAYABLE<br>BOX 1550<br>DO-NOT-MAIL-INVOICE<br>FLINT, MI UNITED STATES 48501-1550 | DELPHI ENERGY AND ENGINE<br>MANAGEMENT SYSTEMS<br>1000 LEXINGTON AVENUE<br>ROCHESTER, NY UNITED STATES 14606 |

| CUSTOMER'S PURCHASE ORDER | SUPPLIER CODE | ASN ID | CUSTOMER CODE | SALES | OUR ORDER NO. |
|---|---|---|---|---|---|
| See Below | | V9070334 | 3006900 | | SS10035 |

| STATUS | F.O.B. | SHIP VIA | PACKING LIST NO. | BILL OF LADING | GEOGRAPHIC CODE |
|---|---|---|---|---|---|
| | TILLSONBURG | BNAF | V9070334 | V9070334 | 3222 |

| ITEM | CUSTOMER PART NO./REF. | OUR PART NO. | FORMULA | QUANTITY | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|

SHIP VIA CENTRAL TRANSPORT    DUTY FREE UNDER AUTOMOTIVE TRADE PACT
BROKERAGE PAID BY CONSIGNEE    FORWARD THROUGH C.J. TOWERS PREMIUM MODE
THOMPSON EMERGENCY 1-800-265-7332
LTL (150 LBS) SHIP BAX GLOBAL -866-229-7877 EXT 23 SECOND DAY acct#152481862
IF CARRIER FAILS TO PICK UP PLEASE CALL LINC IMMEDIATELY 1-800-221-9602

```
45  17091689              052376                              900    1.03 EA      927.00
    PO:  0550005543                   GASKET,SR  (17091689)
                                      4.3.L PLENUM
       Authorization Number    Pegged Qty   UM   Date
       -------------------     ----------   --   ----
       0000003                    150.0     EA   09/28/05
       0000019                    150.0     EA   09/28/05
       0000020                    150.0     EA   09/28/05
       0000034                    150.0     EA   09/28/05
       0000037                    150.0     EA   09/28/05
       0000042                    150.0     EA   09/28/05
```

```
Non-Taxable:         0.00    Currency:  USD           Line Total:       927.00
    Taxable:       927.00               0.00%           Discount:         0.00
    Tax Date: 09/28/05                                 :                  0.00
                                                       :                  0.00
                                                       :                  0.00
   1      0.00%     2     0.00%     3     0.00%       Total Tax:          0.00
        927.00          927.00          927.00           Total:        927.00
          0.00            0.00            0.00
```

**DISCLAIMER OF WARRANTIES:** There are no warranties which extend beyond the description on the face hereof. Unless endorsed hereon in writing all other warranties or guarantees, whether express or implied, including, but not limited to, warranties of merchantability or fitness for a particular purpose, are without authority from Freudenberg-NOK General Partnership and are hereby disclaimed by it. **LIMITATION OF LIABILITY:** Freudenberg-NOK General Partnership guarantees that any product of its manufacture, which upon examination is found by a Freudenberg-NOK General Partnership representative to be defective either in workmanship or material whereby it is not suitable under proper usage and service for the purpose for which designed, will be replaced free of charge including transportation charges but excluding the cost of installation. This shall be the maximum liability of Freudenberg-NOK General Partnership for all claims whether in tort, contract or otherwise.

ORIGINAL INVOICE







**Freudenberg NOK**

SOLD FROM:
FREUDENBERG - NOK INC.
65 SPRUCE STREET
TILLSONBURG, ON N4G 5C4

PLEASE REMIT TO:
Freudenberg-NOK Inc.
65 Spruce Street
TILLSONBURG, ON N4G 5C4

Pg: 1

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| INVOICE DATE | INVOICE NO. | TERMS | PROV. SALES TAX | DUNS NO. |
|---|---|---|---|---|
| 10/04/05 | V9070410 | 30 Day Net | | |

BILL TO:
DELPHI CORPORATION
ACCOUNTS PAYABLE
BOX 1550
DO-NOT-MAIL-INVOICE
FLINT, MI UNITED STATES 48501-1550

SHIP TO:
DELPHI ENERGY AND ENGINE
MANAGEMENT SYSTEMS
1000 LEXINGTON AVENUE
ROCHESTER, NY UNITED STATES 14606

| CUSTOMER'S PURCHASE ORDER | SUPPLIER CODE | ASN ID | CUSTOMER CODE | SALES | OUR ORDER NO. |
|---|---|---|---|---|---|
| See Below | | V9070410 | 3006900 | | SS10035 |

| STATUS | F.O.B. | SHIP VIA | PACKING LIST NO. | BILL OF LADING | GEOGRAPHIC CODE |
|---|---|---|---|---|---|
| | TILLSONBURG | BNAF | V9070410 | V9070410 | 3222 |

| ITEM | CUSTOMER PART NO./REF. | OUR PART NO. | FORMULA | QUANTITY | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|

SHIP VIA CENTRAL TRANSPORT      DUTY FREE UNDER AUTOMOTIVE TRADE PACT
BROKERAGE PAID BY CONSIGNEE   FORWARD THROUGH C.J. TOWERS PREMIUM MODE
THOMPSON EMERGENCY 1-800-265-7332
LTL (150 LBS) SHIP BAX GLOBAL -866-229-7877 EXT 23 SECOND DAY acct#152481862
IF CARRIER FAILS TO PICK UP PLEASE CALL LINC IMMEDIATELY 1-800-221-9602

```
45  17091689              052376                        1650   1.03 EA    1,699.50
    PO: 0550005543                    GASKET,SR (17091689)
                                      4.3.L PLENUM
    Authorization Number              Pegged Qty  UM   Date
    --------------------              ----------  --   ----
    0000006                              150.0    EA   10/04/05
    0000007                              150.0    EA   10/04/05
    0000010                              150.0    EA   10/04/05
    0000014                              150.0    EA   10/04/05
    0000017                              150.0    EA   10/04/05
    0000023                              150.0    EA   10/04/05
    0000025                              150.0    EA   10/04/05
    0000030                              150.0    EA   10/04/05
    0000031                              150.0    EA   10/04/05
    0000033                              150.0    EA   10/04/05
    0000038
```

DISCLAIMER OF WARRANTIES: There are no warranties which extend beyond the description on the face hereof. Unless endorsed hereon in writing all other warranties or guarantees, whether express or implied, including, but not limited to, warranties of merchantability or fitness for a particular purpose, are without authority from Freudenberg-NOK General Partnership and are hereby disclaimed by it. LIMITATION OF LIABILITY: Freudenberg-NOK General Partnership guarantees that any product of its manufacture, which upon examination is found by a Freudenberg-NOK General Partnership representative to be defective either in workmanship or material whereby it is not suitable under proper usage and service for the purpose for which designed, will be replaced free of charge including transportation charges but excluding the cost of installation. This shall be the maximum liability of Freudenberg-NOK General Partnership for all claims whether in tort, contract or otherwise.

ORIGINAL INVOICE



Pg: 2

**Freudenberg NOK** ™

**SOLD FROM:** FREUDENBERG - NOK INC.
65 SPRUCE STREET
TILLSONBURG, ON N4G 5C4

**PLEASE REMIT TO:**
Freudenberg-NOK Inc.
65 Spruce Street
TILLSONBURG, ON N4G 5C4

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| INVOICE DATE | INVOICE NO. | TERMS | PROV. SALES TAX | DUNS NO. |
|---|---|---|---|---|
| 10/04/05 | V9070410 | 30 Day Net | | |

**BILL TO:**
DELPHI CORPORATION
ACCOUNTS PAYABLE
BOX 1550
DO-NOT-MAIL-INVOICE
FLINT, MI UNITED STATES 48501-1550

**SHIP TO:**
DELPHI ENERGY AND ENGINE
MANAGEMENT SYSTEMS
1000 LEXINGTON AVENUE
ROCHESTER, NY UNITED STATES 14606

| CUSTOMER'S PURCHASE ORDER | SUPPLIER CODE | ASN ID | CUSTOMER CODE | SALES | OUR ORDER NO. |
|---|---|---|---|---|---|
| See Below | | V9070410 | 3006900 | | SS10035 |

| STATUS | F.O.B. | SHIP VIA | PACKING LIST NO. | BILL OF LADING | GEOGRAPHIC CODE |
|---|---|---|---|---|---|
| | TILLSONBURG | BNAF | V9070410 | V9070410 | 3222 |

| ITEM | CUSTOMER PART NO./REF. | OUR PART NO. | FORMULA | QUANTITY | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|

```
Non-Taxable:        0.00    Currency: USD        Line Total:     1,699.50
    Taxable:    1,699.50              0.00%      Discount:           0.00
   Tax Date: 10/04/05                                                 0.00
                                                                      0.00
                                                                      0.00
    1     0.00%    2    0.00%    3     0.00%    Total Tax:            0.00
       1699.50        1699.50          1699.50  Total:            1,699.50
          0.00           0.00             0.00
```

**DISCLAIMER OF WARRANTIES:** There are no warranties which extend beyond the description on the face hereof. Unless endorsed hereon in writing all other warranties or guarantees, whether express or implied, including, but not limited to, warranties of merchantability or fitness for a particular purpose, are without authority from Freudenberg-NOK General Partnership and are hereby disclaimed by it. **LIMITATION OF LIABILITY:** Freudenberg-NOK General Partnership guarantees that any product of its manufacture, which upon examination is found by a Freudenberg-NOK General Partnership representative to be defective either in workmanship or material whereby it is not suitable under proper usage and service for the purpose for which designed, will be replaced free of charge including transportation charges but excluding the cost of installation. This shall be the maximum liability of Freudenberg-NOK General Partnership for all claims whether in tort, contract or otherwise.

ORIGINAL INVOICE