UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
    In re                      :   Chapter 11
                               :
DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)
                               :
                    Debtors.   :   (Jointly Administered)
                               :
------------------------------ x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

                                    )
DISTRICT OF COLUMBIA                ) ss:
                                    )

Benjamin H. Flowe, Jr., being duly sworn, deposes and says:

1. I am a principal of Berliner, Corcoran & Rowe L.L.P. ("BCR") which firm maintains offices at 1101 17th Street, N.W., Suite 1100, Washington D.C. 20036.

2. Neither I, BCR, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. BCR has represented and advised the Debtors with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and BCR has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and BCR proposes, to render the following services to the Debtors: advice, counsel, and representation on export controls, sanctions, and other international trade compliance matters as needed.

5. BCR's current fees arrangement is hourly rates from $200 to $500, per attorney, based on experience.

6. Except as set forth herein, no promises have been received by BCR or any partner, auditor or other member thereof as to compensation in connection with these chapter 11

cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. BCR has no agreement with any entity to share with such entity any compensation received by BCR.

8. BCR and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. BCR does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, Ben H. Flowe, Jr., nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which BCR is to be engaged.

10. The foregoing constitutes the statement of Delphi pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
Benjamin H. Flowe, Jr.

Subscribed and sworn before me
this 5th day of December, 2007

_____
Notary Public

Bonnie V. Jones
Notary Public, District of Columbia
My Commission Expires 5/14/2012

2

## CERTIFICATE OF SERVICE

Benjamin H. Flowe Jr., Partner, hereby certifies that on December 5th 2007, served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and
Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

December 5th 2007

Benjamin H. Flowe, Jr.
1101 17th Street NW
Suite 1100
Washington D.C. 20036
202-293-5555

Subscribed and sworn before me this
5th day of December 2007.

_____
Notary Public

Bonnie V. Jones
Notary Public, District of Columbia
My Commission Expires 5/14/2012