UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11 Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**SUMMARY SHEET ACCOMPANYING SIXTH INTERIM APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD FROM JUNE 1, 2007 THROUGH SEPTEMBER 30, 2007**

Name of Applicant:  Deloitte & Touche LLP

Time Period for Current Interim Application:  June 1, 2007 through September 30, 2007

Authorized to Provide Services to:  Delphi Corporation, et al.

Current Interim Application:

Fees Incurred: $53,157.06

Expenses Requested: $0

Previous Interim Applications:

Fees Requested: $13,349,475.90

Fees Allowed: $13,204,599.90

Expenses Requested: $4,660.98

Expenses Allowed: $4,660.98