# Delphi Corporation, et al.
## Chapter 11 Case 05-44481 (RDD)
## Deloitte and Touche LLP
## Sixth Interim Fee Application
## For the Period of 06/01/07 to 09/30/07
## Exhibit A - Summary of Fees, Expenses, and Adjustments

| | | |
|---|---|---:|
| Total Fees [1] | $ | 82,011.00 |
| Discount [2] | | (16,402.20) |
| Fee Application Adjustment [3] | | (12,451.74) |
| Total Adjusted Fees | $ | 53,157.06 |
| Total Expenses [4] | | - |
| **Total Due** | **$** | **53,157.06** |

(1) The $82,011.00 in total fees listed above consists of $81,700.50 as detailed in the monthly statements filed for the period encompassed by this interim fee application, and also detailed in Exhibit E attached, plus $310.50 for a rate correction, as explained in Exhibit C, footnote (2) attached.

(2) Discount reflects a reduction in fees for this interim fee application consistent with the engagement letter dated August 29, 2005, and the retention affidavit of Brock E. Plumb.

(3) The fee application adjustment represents a current voluntary reduction by Deloitte & Touche for certain fee application preparation services detailed in this interim fee application. For purposes of reconciliation, please note that adjustments for fee application fees within the monthly statements filed by Deloitte & Touche for the period encompassed by this interim period were ($11,882.79). The actual amount of adjustments that Deloitte & Touche has made for fee application fees during the period encompassed by this interim period is ($12,451.74). This amount represents an additional downward adjustment in fees of ($568.95), relative to Deloitte & Touche monthly statements. Deloitte & Touche reserves the right to seek the fees associated with these services in future fee applications.

(4) This interim fee application excludes expenses incurred by Deloitte & Touche LLP personnel while providing professional services to Delphi, during the period encompassed by this interim fee application. Deloitte & Touche LLP is voluntarily waiving the collection of the expenses for the period encompassed by this interim fee application.