**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**Sixth Interim Fee Application**
**For the Period of 06/01/07 to 09/30/07**
**Exhibit C - Time and Fees By Professional**

| Names Of Professionals/ Paraprofessionals[1] | Rates | Hours | Total |
|---|---|---|---|
| **Partner/Principal/Director** | | | |
| Coulter, Stephen J | 670.00 | 4.0 | 2,680.00 |
| Crowley, Mark J | 650.00 | 36.0 | 23,400.00 |
| Garrett, George N | 670.00 | 2.5 | 1,675.00 |
| Plumb, Brock E | 650.00 | 12.0 | 7,800.00 |
| **Senior Manager** | | | |
| Fleming, Katherine Evelyn | 525.00 | 3.4 | 1,785.00 |
| Moyer, Denny L | 490.00 | 2.5 | 1,225.00 |
| **Manager** | | | |
| Alsager, Christina C | 450.00 | 7.0 | 3,150.00 |
| Fleming, Katherine Evelyn | 390.00 | 21.2 | 8,268.00 |
| Peterson, John D G | 500.00 | 33.6 | 16,800.00 |
| Ralbusky, Deanna M | 450.00 | 2.1 | 945.00 |
| **Senior Staff** | | | |
| Alsager, Christina C | 270.00 | 22.0 | 5,940.00 |
| Ralbusky, Deanna M | 270.00 | 30.9 | 8,343.00 |
| **Total[2]** | | **177.2** | **$ 82,011.00** |

(1) Please note, in instances where an individual is listed more than once in the above exhibit, that individual was promoted during the period encompassed by this interim fee application. Deloitte & Touche LLP has listed the data in this manner to provide visibility to services rendered at each level.

(2) In certain entries within Deloitte & Touche LLP's monthly statement submissions for the period encompassed by this interim period, Katherine Fleming was inadvertently billed at her historic hourly manager rate despite promotion to senior manager, and the rendering of services at a senior manager level. While the time detail in this interim filing has not been modified, an adjustment has been made on a summary level (Exhibit A) to correct this error and allow third parties to reconcile Deloitte & Touche LLP's total sixth interim application fees to our monthly statements for the same period. Please note, the net impact of this adjustment is an increase in our billings of $310.50.