# Delphi Corporation, et al.
## Chapter 11 Case 05-44481 (RDD)
## Deloitte and Touche LLP
## Sixth Interim Fee Application
## For the Period of 06/01/07 to 09/30/07
## Exhibit D - Time By Category

| CATEGORY DESCRIPTION | HOURS |
|---|---|
| 8-K CONSENT | 127.4 |
| PREPARATION OF FEE/EXPENSE APPLICATIONS | 36.1 |
| TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | 13.7 |
| Grand Total | 177.2 |