Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Sixth Interim Fee Application
For the Period of 06/01/07 to 09/30/07
Exhibit E - Time Detail

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 06/04/07 | MOYER, DENNY L | SENIOR MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Prepared billing and engagement economic analysis | 2.0 | 490.00 | 980.00 |
| 06/05/07 | FLEMING, KATHERINE EVELYN | MANAGER | 8-K CONSENT | Planned procedures for 8-K consent | 1.6 | 390.00 | 624.00 |
| 06/05/07 | GARRETT, GEORGE N | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Read material and discussed the Mothershead allegations with S. Simpson and B. Plumb | 2.5 | 670.00 | 1,675.00 |
| 06/05/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Performed uploads of invoice and dataset to LCC website | 0.4 | 500.00 | 200.00 |
| 06/11/07 | FLEMING, KATHERINE EVELYN | MANAGER | 8-K CONSENT | Initiated procedures on the Delphi 8-K | 3.1 | 390.00 | 1,209.00 |
| 06/11/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | 8-K CONSENT | Tied out opening and ending balances to old 10-K and draft of new version of 10-K | 2.8 | 270.00 | 756.00 |
| 06/11/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Participated in meeting with K. Fleming, C. Alsager, and D. Ralbusky and planned procedures for Delphi's Form 8-K | 2.5 | 650.00 | 1,625.00 |
| 06/11/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Agreed the current draft of the financial information to the prior year financial information | 3.7 | 270.00 | 999.00 |
| 06/11/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Reviewed the company prepared supporting documents | 1.6 | 270.00 | 432.00 |
| 06/11/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | 8-K CONSENT | Reviewed memorandum and supporting documentation on segment breakout of pension, other post employment benefits, and workers' compensation | 2.1 | 270.00 | 567.00 |
| 06/11/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | 8-K CONSENT | Reviewed breakout of pension, other post employment, and workers' compensation methodology for breakout | 3.1 | 270.00 | 837.00 |
| 06/11/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Reviewed company prepared memorandum document procedures for the segment realignment | 1.7 | 270.00 | 459.00 |
| 06/12/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Prepared planning memo for procedures performed by Deloitte | 0.7 | 270.00 | 189.00 |
| 06/12/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Completed model audit program detailing procedures to be performed | 1.7 | 270.00 | 459.00 |
| 06/12/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Reviewed the company prepared supporting documents for the other post employment cost realignment | 2.8 | 270.00 | 756.00 |
| 06/12/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Reviewed the company prepared supporting documents for the pension cost realignment | 2.3 | 270.00 | 621.00 |
| 06/13/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Documented client consideration for worker compensation expenses | 1.4 | 270.00 | 378.00 |
| 06/13/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Prepared summary memorandum detailing Deloitte procedures performed | 2.1 | 270.00 | 567.00 |
| 06/13/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Reviewed divisional support for the pension and other post employment benefit costs | 1.9 | 270.00 | 513.00 |
| 06/13/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Prepared for and met with J. Williams re: employee benefit realignment for segment reporting | 0.9 | 270.00 | 243.00 |
| 06/13/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Documented detail testing procedures performed | 1.7 | 270.00 | 459.00 |
| 06/13/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Participated in conference call with R.Young re: update on 6-11-07 session and findings | 0.2 | 500.00 | 100.00 |
| 06/14/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Reviewed the segment footnote to determine if consistent methodology was applied | 1.4 | 270.00 | 378.00 |
| 06/14/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Reviewed out of period adjustments noted during the first quarter of 2007 | 1.8 | 270.00 | 486.00 |

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Sixth Interim Fee Application
For the Period of 06/01/07 to 09/30/07
Exhibit E - Time Detail

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 06/14/07 | FLEMING, KATHERINE EVELYN | MANAGER | 8-K CONSENT | Reviewed planning memorandum on segment realignment documentation | 4.1 | 390.00 | 1,599.00 |
| 06/14/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Discussed company considerations for workers compensation with J. Williams | 0.7 | 270.00 | 189.00 |
| 06/14/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Documented procedures performed re: divisional summary for the pension costs allocation | 2.6 | 270.00 | 702.00 |
| 06/18/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Responded to D.Moyer email and counsel re: February timing | 0.2 | 500.00 | 100.00 |
| 06/18/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Reviewed manager review notes on summary memorandum and detailed procedures performed | 1.1 | 270.00 | 297.00 |
| 06/19/07 | FLEMING, KATHERINE EVELYN | MANAGER | 8-K CONSENT | Reviewed updated memorandum on recast of segments | 0.5 | 390.00 | 195.00 |
| 06/21/07 | FLEMING, KATHERINE EVELYN | MANAGER | 8-K CONSENT | Reviewed emails concerning errors found in selections | 0.5 | 390.00 | 195.00 |
| 06/25/07 | FLEMING, KATHERINE EVELYN | MANAGER | 8-K CONSENT | Reviewed and discussed with M. Crowley segment documentation | 0.6 | 390.00 | 234.00 |
| 06/26/07 | FLEMING, KATHERINE EVELYN | MANAGER | 8-K CONSENT | Reviewed status of all areas on the consent procedures and updated as necessary | 3.3 | 390.00 | 1,287.00 |
| 06/26/07 | FLEMING, KATHERINE EVELYN | MANAGER | 8-K CONSENT | Updated the Appendix A with the first quarter findings | 2.9 | 390.00 | 1,131.00 |
| 06/27/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Reviewed summary of passed adjustments and client memoranda re: segment realignment | 3.5 | 650.00 | 2,275.00 |
| 06/28/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Prepared for and discussed open items and issues with K. Fleming re: segment realignment | 1.5 | 650.00 | 975.00 |
| 07/10/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Researched accounting for changes in segments specific to Delphi's situations and updated status of procedures for consent | 1.5 | 650.00 | 975.00 |
| 07/13/07 | COULTER, STEPHEN J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Read material and discussed the Mothershead allegations with S. Simpson and B. Plumb | 1.0 | 670.00 | 670.00 |
| 07/13/07 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Read Mothershead presentation and discussed same with S. Simpson | 2.0 | 650.00 | 1,300.00 |
| 07/17/07 | COULTER, STEPHEN J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Read material and discussed the Mothershead allegations with S. Simpson and B. Plumb | 1.0 | 670.00 | 670.00 |
| 07/24/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Participated in conference call with S. Travejo in response to email request re: Delphi monthly statements and 5th Interim Fee Application | 0.1 | 500.00 | 50.00 |
| 07/25/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Ran initial DPS queries for March, April, and May 2007 monthly statements and began compiling initial query results | 1.2 | 500.00 | 600.00 |
| 07/26/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Incorporated additional query results for datasets | 2.6 | 500.00 | 1,300.00 |
| 07/27/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Compiled group 1 and 2 of March, April, and May time datasets | 2.9 | 500.00 | 1,450.00 |
| 07/29/07 | MOYER, DENNY L | SENIOR MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed fee application for accuracy and completeness | 0.5 | 490.00 | 245.00 |
| 07/30/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Compiled balance of datasets for Fifth Interim Application and drafted pleadings | 3.2 | 500.00 | 1,600.00 |
| 07/31/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Incorporated R.Young comments and revisions to Fifth Interim Application documents | 1.9 | 500.00 | 950.00 |

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Sixth Interim Fee Application
For the Period of 06/01/07 to 09/30/07
Exhibit E - Time Detail

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 08/01/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Prepped March-April-May datasets for LLC and prepped and served 5th Interim Application on parties in interest | 1.7 | 500.00 | 850.00 |
| 08/03/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Confirmed service of 5th Interim on P-I-I | 0.2 | 500.00 | 100.00 |
| 08/10/07 | RALBUSKY, DEANNA M | SENIOR ASSOCIATE | 8-K CONSENT | Reviewed workpaper status for the 2007 consent and addressed manager review notes | 0.8 | 270.00 | 216.00 |
| 08/10/07 | FLEMING, KATHERINE EVELYN | MANAGER | 8-K CONSENT | Updated and communicated open items related to consent | 0.6 | 390.00 | 234.00 |
| 08/15/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | 8-K CONSENT | Reviewed workpapers from the prior consent to gain an understanding of the work to be performed | 3.9 | 270.00 | 1,053.00 |
| 08/15/07 | FLEMING, KATHERINE EVELYN | MANAGER | 8-K CONSENT | Met with J. Williams and R. Remink re: updates to documentation | 1.4 | 390.00 | 546.00 |
| 08/15/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | 8-K CONSENT | Reviewed information provided by Assistant Controller and set up workpapers re: consent | 2.9 | 270.00 | 783.00 |
| 08/15/07 | FLEMING, KATHERINE EVELYN | MANAGER | 8-K CONSENT | Reviewed updated schedules prepared by Delphi management | 2.6 | 390.00 | 1,014.00 |
| 08/15/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | 8-K CONSENT | Met with Assistant Controller and Financial Reporting Manager to obtain information and discuss expectations for consent | 1.2 | 270.00 | 324.00 |
| 08/17/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Discussed accounting for segment changes with B. Plumb | 0.5 | 650.00 | 325.00 |
| 08/17/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | 8-K CONSENT | Discussed questions on support provided for pension expense with Financial Reporting Manager | 1.2 | 270.00 | 324.00 |
| 08/17/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Researched appropriate accounting for change to workers compensation allocation for segment reporting | 2.5 | 650.00 | 1,625.00 |
| 08/17/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | 8-K CONSENT | Updated consent, opinion and related GEN forms to prepare for issuance | 1.4 | 270.00 | 378.00 |
| 08/17/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Reviewed workers compensation memorandum prepared by Delphi's accounting department | 3.5 | 650.00 | 2,275.00 |
| 08/17/07 | ALSAGER, CHRISTINA C | SENIOR ASSOCIATE | 8-K CONSENT | Tied out information provided to prior year workpapers and audited changes in pension expense for salary and hourly | 3.4 | 270.00 | 918.00 |
| 08/27/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Discussed status of audit work related to Delphi's filing of Form 8-K with K. Fleming | 0.5 | 650.00 | 325.00 |
| 08/27/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed DPS, 5th Interim, February 2007 monthly, and calculated outstanding amounts, adjusted for discounts, confirmed expiration of objections, drafted update on same to team lead | 1.7 | 500.00 | 850.00 |
| 08/27/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Reviewed audit working papers related to Delphi's filing of Form 8-K | 1.5 | 650.00 | 975.00 |
| 08/27/07 | FLEMING, KATHERINE EVELYN | SENIOR MANAGER | 8-K CONSENT | Updated and reviewed the status of the 8-K procedures | 1.2 | 390.00 | 468.00 |
| 08/28/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Researched accounting for changes to workers compensation allocations | 3.5 | 650.00 | 2,275.00 |
| 08/28/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Discussed workers compensation accounting with B. Plumb | 0.5 | 650.00 | 325.00 |

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Sixth Interim Fee Application
For the Period of 06/01/07 to 09/30/07
Exhibit E - Time Detail

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 08/28/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Reviewed accounting memoranda and other documents included in the working papers related to Delphi's filing of Form 8-K | 2.8 | 650.00 | 1,820.00 |
| 08/29/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Reviewed summary of past adjustments related to Delphi's filing of Form 8-K | 2.5 | 650.00 | 1,625.00 |
| 08/29/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Reviewed and provided suggested modification for segment footnote disclosure for Delphi's Form 8-K | 2.5 | 650.00 | 1,625.00 |
| 08/29/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Reviewed and edited draft management representation letter related to Delphi's filing of Form 8-K | 1.5 | 650.00 | 975.00 |
| 08/29/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Prepared and responded to emails related to the workers compensation footnote disclosures with B. Plumb | 0.5 | 650.00 | 325.00 |
| 08/30/07 | PLUMB, BROCK E | PARTNER | 8-K CONSENT | Performed review of 2004 and 2005 segment working papers | 4.0 | 650.00 | 2,600.00 |
| 08/30/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Reviewed changes to proposed segment footnote disclosures and discussed with B. Plumb | 1.2 | 650.00 | 780.00 |
| 08/30/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Updated workpapers for issuance date and remaining open items related to Delphi's Form 8-K filing | 1.5 | 650.00 | 975.00 |
| 08/30/07 | FLEMING, KATHERINE EVELYN | SENIOR MANAGER | 8-K CONSENT | Updated workpapers to address partner notes | 1.1 | 390.00 | 429.00 |
| 09/04/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed LCC sourced datasets; 5th Interim fee committee report; and contacted counsel re: same | 1.7 | 500.00 | 850.00 |
| 09/04/07 | ALSAGER, CHRISTINA C | MANAGER | 8-K CONSENT | Obtained workers compensation analysis from financial analyst and discussed comments on analysis with analyst | 1.1 | 450.00 | 495.00 |
| 09/04/07 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Read binder from D. Sherbin re: Mothershead allegations and discussed same with S. Coulter and L. Ellerbrock | 2.0 | 650.00 | 1,300.00 |
| 09/04/07 | COULTER, STEPHEN J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Discussed Mothershead allegations with B. Plumb and L. Ellerbrock | 1.0 | 670.00 | 670.00 |
| 09/05/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Ran initial set of DPS queries for life-to-date data for June and July 2007 monthly statements | 3.2 | 500.00 | 1,600.00 |
| 09/05/07 | RALBUSKY, DEANNA M | MANAGER | 8-K CONSENT | Reviewed company prepared disclosure support for the impact of worker compensation expense on the segment footnote | 0.4 | 450.00 | 180.00 |
| 09/05/07 | ALSAGER, CHRISTINA C | MANAGER | 8-K CONSENT | Reviewed workers compensation expense analysis and compared to prior year work papers | 0.9 | 450.00 | 405.00 |
| 09/05/07 | COULTER, STEPHEN J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Discussed Mothershead allegations and company's investigation with B. Plumb and L. Ellerbrock | 1.0 | 670.00 | 670.00 |
| 09/05/07 | CROWLEY, MARK J | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Reviewed revised summary of passed adjustments as modified by Delphi | 1.2 | 650.00 | 780.00 |
| 09/05/07 | PLUMB, BROCK E | PARTNER | 8-K CONSENT | Discussed Mothershead allegations and company's investigation with S. Coulter and L. Ellerbrock | 1.0 | 650.00 | 650.00 |
| 09/05/07 | PLUMB, BROCK E | PARTNER | 8-K CONSENT | Coordinated issuance of our consent re: filing with the Delphi 8-K | 1.0 | 650.00 | 650.00 |
| 09/05/07 | CROWLEY, MARK J | PARTNER | 8-K CONSENT | Reviewed and responded to emails related to the issuance of our consent and opinion related to Delphi's Form 8-K filing | 0.8 | 650.00 | 520.00 |

Delphi Corporation, et al.
Chapter 11 Case 05-44481 (RDD)
Deloitte and Touche LLP
Sixth Interim Fee Application
For the Period of 06/01/07 to 09/30/07
Exhibit E - Time Detail

| DATE | NAME | TITLE | CATEGORY | DESCRIPTION OF ACTIVITY | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 09/05/07 | PLUMB, BROCK E | PARTNER | TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | Discussed Mothershead allegations and company's investigation with A. Vondra of PWAC | 1.0 | 650.00 | 650.00 |
| 09/05/07 | FLEMING, KATHERINE EVELYN | SENIOR MANAGER | 8-K CONSENT | Finalized audit procedures of workers' compensation disclosure amounts | 1.1 | 525.00 | 577.50 |
| 09/06/07 | PLUMB, BROCK E | PARTNER | 8-K CONSENT | Reviewed final 8-K and related working papers | 1.0 | 650.00 | 650.00 |
| 09/06/07 | ALSAGER, CHRISTINA C | MANAGER | 8-K CONSENT | Delivered opinion and consent to Delphi | 2.1 | 450.00 | 945.00 |
| 09/06/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Extended and incorporated life-to-date DPS queries for August 2007 time datasets and began compilations | 2.8 | 500.00 | 1,400.00 |
| 09/10/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed email from D.Moyer and conference called re: billing; left voicemail for counsel re: same | 0.4 | 500.00 | 200.00 |
| 09/12/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Participated in conference call with counsel re: fee committee report and datasets; call to D.Moyer re: same | 0.4 | 500.00 | 200.00 |
| 09/12/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Compiled datasets, group 2, June, July, and August 2007 monthly statements | 1.4 | 500.00 | 700.00 |
| 09/12/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Downloaded DPS invoicing and uploaded Mar-Apr-May07 datasets | 1.1 | 500.00 | 550.00 |
| 09/12/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Uploaded datasets to SIMS | 0.6 | 500.00 | 300.00 |
| 09/14/07 | RALBUSKY, DEANNA M | MANAGER | 8-K CONSENT | Reviewed company prepared supporting schedule for the workers compensation disclosure | 1.2 | 450.00 | 540.00 |
| 09/17/07 | RALBUSKY, DEANNA M | MANAGER | 8-K CONSENT | Reviewed prior year workpapers to support the calculation performed by the company for the workers compensation disclosure | 0.5 | 450.00 | 225.00 |
| 09/17/07 | ALSAGER, CHRISTINA C | MANAGER | 8-K CONSENT | Closed review notes related to the pension expense testing for 2007 consent | 2.9 | 450.00 | 1,305.00 |
| 09/24/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Responded to case emails and G. Schwed call | 0.4 | 500.00 | 200.00 |
| 09/24/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Researched and responded to R.Young re: issues from LCC | 1.2 | 500.00 | 600.00 |
| 09/26/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Compiled datasets, group 3, June, July, and August 2007 monthly statements | 1.4 | 500.00 | 700.00 |
| 09/27/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Compiled datasets, group 4, June, July, and August 2007 monthly statements | 0.7 | 500.00 | 350.00 |
| 09/28/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Reviewed Pacer, notes, and responded to D.Moyer email re: 5th Interim, timing, and Order | 0.6 | 500.00 | 300.00 |
| 09/28/07 | PETERSON, JOHN D G | MANAGER | PREPARATION OF FEE/EXPENSE APPLICATIONS | Compiled datasets, group 5, June, July, and August 2007 monthly statements | 1.4 | 500.00 | 700.00 |
| | | | | | 177.2 | | $ 81,700.50 |