# EXHIBIT B-2

# MobileAria

## Account/Garage Information

**Note regarding the information below:**
1) Billing Contact will be the person billed for the service usage of all vehicles in that Account (MobileAria and Verizon Wireless service usage)
2) The Primary Contact will be the first person to contact for installations and ongoing support of vehicles belonging to the Garage
3) The Secondary Contact will be used as a backup contact in case the Primary Contact is unavailable for that Garage
4) Use the tab key to navigate from cell to cell.

**PLEASE COMPLETE SOAF AND CLICK HERE TO EMAIL:**   vz_install@mobilearia.com

### Billing Information

| Market Area | Account Name | Account# | Street | City | State | Zip |
|---|---|---|---|---|---|---|
| Southeast | Florida Inland | 5654S | 3712 W Walnut | Tampa | FL | 33607 |

### Contact Information

| Contact Type | Contact Preference | First Name | Last Name | Work Phone | Mobile # | E-Mail | BAID |
|---|---|---|---|---|---|---|---|
| Billing Contact | Billing | Regis | Foster | (813) 984-6777 | (813) 892-0889 | regis.foster@core.verizon.com | BFRLG9Y |
| GPS Admin/Analyst | Primary | Noel | Rivera | (813) 626-2352 | (813) 404-0035 | rivera.noel@core.verizon.com | |
| Other | Secondary | Brian | Turner | (813) 874-4820 | (813) 431-9206 | brian.turner@core.verizon.com | |
| ROS / MAS | Escalation | Alex | Hunter | (813) 483-2395 | (813) 416-4860 | alexander.hunter@core.verizon.com | |

**Wireless Plan**  Unlimited    Click cell to change between Limited ( CDMA / 2 Mb) or Unlimited

### List Installation Locations Only

| Work Center/Garage Name | Area Code | Days/Hours of Operation | Street | City | State | Zip | Contact | First Name | Last Name | Work Phone | Mobile # | E-Mail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carrollwood | 813 | 7:00-16:00 | 14917 Zambito Rd | Tampa | FL | 33624 | Primary | Curt | Arnold | 813-969-0053 | 813-404-2226 | curt.arnold@verizon.com |
| Causeway | 813 | 7:00-16:00 | 3044 S 78th Street | Tampa | FL | 33610 | Primary | Carlos | Oliveros | 813-839-3336 | 813-486-9732 | carlos.a.oliveros@verizon.com |
| Orient | 813 | 7:00-16:00 | 3403 N Orient Rd | Tampa | FL | 33610 | Primary | Noel | Rivera | 813-626-2352 | 813-404-0035 | rivera.noel@verizon.com |
| WestSide | 813 | 7:00-16:00 | 3712 W Walnut St | Tampa | FL | 33607 | Primary | Andy | Houdyshell | 813-877-2429 | 813-486-9758 | andy.houdyshell@verizon.com |
| Lakeland Main | 863 | 7:00-16:00 | 120 E Lime St | Lakeland | FL | 33801 | Primary | Pat | Neff | 863-682-6835 | 863-221-0115 | pat.neff@verizon.com |
| Bartow Work Center | 863 | 7:00-16:00 | 3050 State Rd 60 E | Bartow | FL | 33830 | Primary | Cecil | Willaford | 863-533-3563 | 863-221-2392 | cecil.willaford@verizon.com |
| Plant City Work Center | 813 | 7:00-16:00 | 1002 S Alexander | Plant City | FL | 33566 | Primary | Pat | Neff | 863-682-6835 | 863-221-0115 | pat.neff@verizon.com |

# Vehicle Information

**MobileAria**

Please provide information for each of the vehicles
For faster processing, please follow these procedures:
1) Please fill in all fields highlighted in blue for each Vehicle
2) Please use the same Garage Name as listed in the Garage Information tab
3) Please make sure that each Vehicle# is only entered once

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| Bartow | 22490711 | DODGE | B3500 | 1999 | Replacement |
| Bartow | 22475834 | DODGE | B2500 | 1997 | Replacement |
| Carrollwood | 200240149 | DODGE | B3500 | 2002 | Replacement |
| Carrollwood | 200240150 | DODGE | B3500 | 2002 | Replacement |
| Carrollwood | 22490402 | DODGE | B3500 | 1999 | Replacement |
| Carrollwood | 22490630 | DODGE | B3500 | 1999 | Replacement |
| Carrollwood | 22490631 | DODGE | B3500 | 1999 | Replacement |
| Carrollwood | 22490639 | DODGE | B3500 | 1999 | Replacement |
| Carrollwood | 22490645 | DODGE | B3500 | 1999 | Replacement |
| Carrollwood | 22490646 | DODGE | B3500 | 1999 | Replacement |
| Carrollwood | 22490699 | DODGE | B3500 | 1999 | Replacement |
| Carrollwood | 22490981 | DODGE | B3500 | 1999 | Replacement |
| Carrollwood | 22490984 | DODGE | B3500 | 1999 | Replacement |
| Carrollwood | 22490998 | DODGE | B3500 | 1999 | Replacement |
| Carrollwood | 22491000 | DODGE | B3500 | 1999 | Replacement |
| Carrollwood | 22491002 | DODGE | B3500 | 1999 | Replacement |
| Carrollwood | 32480308 | FORD | E250 | 1998 | Replacement |
| Carrollwood | 22475851 | DODGE | B2500 | 1997 | Replacement |
| Carrollwood | 22465060 | DODGE | B2500 | 1996 | Replacement |
| Carrollwood | 22455003 | DODGE | B150 | 1995 | Replacement |
| Carrollwood | C355394 | DODGE | B150 | 1994 | Replacement |
| Causeway | 110240139 | DODGE | B2500 | 2002 | Replacement |
| Causeway | 110240140 | DODGE | B2500 | 2002 | Replacement |
| Causeway | 22410161 | DODGE | B2500 | 2001 | Replacement |
| Causeway | 22410223 | DODGE | B2500 | 2001 | Replacement |
| Causeway | 22410224 | DODGE | B2500 | 2001 | Replacement |
| Causeway | 22410226 | DODGE | B2500 | 2001 | Replacement |
| Causeway | 22490627 | DODGE | B3500 | 1999 | Replacement |
| Causeway | 22490633 | DODGE | B3500 | 1999 | Replacement |
| Causeway | 22490978 | DODGE | B3500 | 1999 | Replacement |
| Causeway | 32480311 | FORD | E250 | 1998 | Replacement |
| Causeway | 22455037 | DODGE | B150 | 1995 | Replacement |
| Causeway | C358294 | DODGE | B150 | 1994 | Replacement |
| Causeway | C358994 | DODGE | B150 | 1994 | Replacement |
| Lakeland | 100430040 | CHEV | C2500 | 2004 | Replacement |
| Lakeland | 22410160 | DODGE | B2500 | 2001 | Replacement |
| Lakeland | 22410229 | DODGE | B2500 | 2001 | Replacement |
| Lakeland | 22410235 | DODGE | B2500 | 2001 | Replacement |
| Lakeland | 22410238 | DODGE | B2500 | 2001 | Replacement |
| Lakeland | 22490635 | DODGE | B3500 | 1999 | Replacement |
| Lakeland | 22490714 | DODGE | B3500 | 1999 | Replacement |
| Lakeland | 22490716 | DODGE | B3500 | 1999 | Replacement |
| Lakeland | 22490721 | DODGE | B3500 | 1999 | Replacement |
| Lakeland | 22491005 | DODGE | B3500 | 1999 | Replacement |
| Lakeland | 22491007 | DODGE | B3500 | 1999 | Replacement |

EXH. B-2
Vehicle Information

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| Lakeland | 22491013 | DODGE | B3500 | 1999 | Replacement |
| Lakeland | 22475840 | DODGE | B2500 | 1997 | Replacement |
| Lakeland | 22475846 | DODGE | B2500 | 1997 | Replacement |
| Lakeland | 22465071 | DODGE | B2500 | 1996 | Replacement |
| Lakeland | 22465503 | DODGE | B2500 | 1996 | Replacement |
| Lakeland | 22465508 | DODGE | B2500 | 1996 | Replacement |
| Lakeland | C354193 | DODGE | B150 | 1993 | Replacement |
| Manhattan | 22490636 | DODGE | B3500 | 1999 | Replacement |
| Manhattan | 22490710 | DODGE | B3500 | 1999 | Replacement |
| Manhattan | 22490988 | DODGE | B3500 | 1999 | Replacement |
| Manhattan | C359394 | DODGE | B150 | 1994 | Replacement |
| Manhattan | C360594 | DODGE | B150 | 1994 | Replacement |
| Orient | 22410222 | DODGE | B2500 | 2001 | Replacement |
| Orient | 22490638 | DODGE | B3500 | 1999 | Replacement |
| Orient | 22475868 | DODGE | B2500 | 1997 | Replacement |
| Orient | 22455021 | DODGE | B150 | 1995 | Replacement |
| Plant City | 22410227 | DODGE | B2500 | 2001 | Replacement |
| Plant City | 22410236 | DODGE | B2500 | 2001 | Replacement |
| Plant City | 22410237 | DODGE | B2500 | 2001 | Replacement |
| Plant City | 22490626 | DODGE | B3500 | 1999 | Replacement |
| Plant City | 22490641 | DODGE | B3500 | 1999 | Replacement |
| Plant City | 22490718 | DODGE | B3500 | 1999 | Replacement |
| WestSide | 200430014 | CHEV | G3500 | 2004 | Replacement |
| WestSide | 200340067 | DODGE | B3500 | 2003 | Replacement |
| WestSide | 22410221 | DODGE | B2500 | 2001 | Replacement |
| WestSide | 23310004 | DODGE | BR1500 | 2001 | Replacement |
| WestSide | 23310005 | DODGE | BR1500 | 2001 | Replacement |
| WestSide | 22490623 | DODGE | B3500 | 1999 | Replacement |
| WestSide | 22490625 | DODGE | B3500 | 1999 | Replacement |
| WestSide | 22490628 | DODGE | B3500 | 1999 | Replacement |
| WestSide | 22490634 | DODGE | B3500 | 1999 | Replacement |
| WestSide | 22490992 | DODGE | B3500 | 1999 | Replacement |
| WestSide | 22490999 | DODGE | B3500 | 1999 | Replacement |
| WestSide | 22465063 | DODGE | B2500 | 1996 | Replacement |
| WestSide | C356694 | DODGE | B150 | 1994 | Replacement |
|  |  |  |  |  | Replacement |

EXH. B-2
Vehicle Information

## Additional Web User Information

**Please fill in all fields highlighted in blue for each web user**
The *User* column should contain the E-mail address the web user will use to log into the MobileAria portal
The *Role* should be either *GPS* or *Local Manager*

| First Name | Last Name | BAID | E-Mail | Role |
|---|---|---|---|---|
| Ron | Corgan | BN418NA | ron.corgan@verizon.com | Local Manager |
| Noel | Rivera | B5LVVKN | rivera.noel@verizon.com | GPS Admin/Analyst |
| Curt | Arnold | BGV5D6S | curt.arnold@verizon.com | Local Manager |
| Andy | Houdyshell | B51BB95 | andy.houdyshell@verizon.com | Local Manager |
| Pat | Neff | BFYGZ25 | pat.neff@verizon.com | Local Manager |
| Carlos | Oliveros | B1GL8XZ | carlos.a.oliveros@verizon.com | Local Manager |
| Brian | Turner | BGXH5SY | brian.turner@verizon.com | Local Manager |
| Cecil | Willaford | BGQWKXX | cecil.willaford@verizon.com | Local Manager |
| Virginia | Kane | BC23KLR | ginger.kane@verizon.com | Local Manager |

EXH. B-2
All Web User Information

## MobileAria

### POI Information

Please fill in all fields highlighted in blue for each Point Of Interest (Landmark)
The *Size* column should contain the POI radius (in ft) for a circle POI and width (ft) x length (ft) in case of a square POI
example 1: Size = 420 would indicate a circle POI of a radius of 420 ft.
example 2: Size = 595x634 would indicate a square POI of a width of 595 ft. and a length of 634 ft. (If currently rectangular)

**Note - This information needs to be downloaded from current Landmark details**

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

EXH. B-2
POI Information

| Market Area | NAME | Account number |
|---|---|---|
| West Coast | California Central | 10747 |
| West Coast | California North | 11286 |
| West Coast | California Southeast | 10909 |
| West Coast | California BTL | 13667 |
| Southeast | Carolinas | 7672 |
| Southeast | Florida Coastal | 9292 |
| Southeast | Florida Inland | 5654 |
| Southeast | Florida ESG | |
| North Central | N Central Ill/Wisc | 9291 |
| North Central | Indiana | 9290 |
| North Central | Michigan | 11256 |
| North Central | Ohio | 9293 |
| Texas | Northeast | 7296 |
| Texas | Southwest | 8561 |
| Texas | FIOS | 7929 |
| Liberty | Brooklyn-SI CM | 8944 |
| Liberty | Brooklyn | 8906 |
| Liberty | Manhattan IR | 8946 |
| Liberty | North Manhattan | 8929 |
| Liberty | Wholesale | 8919 |
| Mid Atlantic | Eastern North | 8942 |
| Mid Atlantic | Eastern South | 9934 |
| Mid Atlantic | Keystone East | 10151 |
| Mid Atlantic | Keystone West | 11957 |
| Mid Atlantic | Tri-State WPA | 10110 |
| Mid Atlantic | Wholesale | 10025 |
| New England | Central | 10929 |
| New England | Metro | 10927 |
| New England | Northeast | 9263 |
| New England | SE-Rhode Island | 10931 |
| New England | Wholesale | 10948 |
| New Jersey | Central | 10758 |
| New Jersey | Hudson Bergen | 8938 |
| New Jersey | Southern | 10757 |
| New Jersey | Highland | 8940 |
| New Jersey | Wholesale | 11408 |
| Capital | Central | 9236 |
| Capital | Midstate | 6542 |
| Capital | Northeast | 9234 |
| Capital | Western | 10907 |
| Island Metro | Queens | 8941 |
| Island Metro | Bronx | 8939 |
| Island Metro | Nassua | 8943 |
| Island Metro | Suffolk | |
| Potomac | Balt/ES | 11001 |
| Potomac | DC Region | 10645 |
| Potomac | North VA | 11217 |
| Potomac | Patuxent | 8948 |
| Potomac | Richmond VA | 5948 |
| Potomac | South VA | 11537 |
| Potomac | Wholesale | 8949 |
| Southeast | Verizon Construction-Southeast | 13193 |
| Mid Atlantic | Verizon Construction- Western | 13566 |
| Mid Atlantic | Verizon Construction- Eastern | 13586 |
| Potomac | Verizon Construction-Potomac M | 14395 |

EXH. B-2
Account Lookup