## Account/Garage Information

MobileAria

**Note regarding the information below:**
**1) Billing Contact will be the person billed for the service usage of all vehicles in that Account (MobileAria and Verizon Wireless service usage)**
**2) The Primary Contact will be the first person to contact for installations and ongoing support of vehicles belonging to the Garage**
**3) The Secondary Contact will be used as a backup contact in case the Primary Contact is unavailable for that Garage**
**4) Use the tab key to navigate from cell to cell.**

**PLEASE COMPLETE SOAF AND CLICK HERE TO EMAIL:** vz_install@mobilearia.com

### Billing Information

| Market Area | Account Name | Account# | Address | | | |
|---|---|---|---|---|---|---|
| | | | Street | City | State | Zip |
| Southeast | Florida Inland | 5654 | 10402 N 56th St | Temple Tererace | FL | 33617 |

### Contact Information

| Contact Type | Contact Preference | First Name | Last Name | Work Phone | Mobile # | E-Mail | BAID |
|---|---|---|---|---|---|---|---|
| Billing Contact | Billing | Regis | Foster | 813-984-6777 | 813-892-0889 | regis.foster@verizon.com | BFRLG9Y |
| GPS Admin/Analyst | Primary | Lisa | Cobb | 863-683-3888 | 863-514-0473 | lisa.m.cobb@verizon.com | |
| Other | Secondary | Scott | Smith | 863-688-5333 | 813-545-8872 | smith.scott@verizon.com | |
| ROS / MAS | Escalation | Alex | Hunter | 813-483-2395 | 813-416-4860 | alexander.hunter@verizon.com | |

| Wireless Plan | Unlimited |
|---|---|

**Click cell to change between Limited ( CDMA / 2 Mb) or Unlimited**

### List Installation Locations Only

| Work Center/Garage Name | Area Code | Days/Hours of Operation | Address | | | | Garage Contact Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Street | City | State | Zip | Contact | First Name | Last Name | Work Phone | Mobile # | E-Mail |
| Bartow | 863 | 7:00-16:00 | 3050 State Rd 60 E | Bartow | FL | 33830 | Primary | Jeff | Spotswood | 863-533-0391 | 863-221-7047 | jeff.spotswood@verizon.com |
| Haines City | 863 | 7:00-16:00 | 300 Lily Ave | Haines City | FL | 33844 | Primary | Bob | Harless | 863-422-2044 | 863-370-8661 | robert.e.harless@verizon.com |
| Haines City | 863 | 7:00-16:00 | 300 Lily Ave | Haines City | FL | 33844 | Secondary | Chris | Lewellen | 863-422-3010 | 863-221-7948 | chris.lewellen@verizon.com |
| Lake Wales | 863 | 7:00-16:00 | 240 E Burnes Ave | Lake Wales | FL | 33853 | Primary | Dusty | Daniels | 863-676-5412 | 863-221-9374 | randall.d.daniels@verizon.com |
| Lakeland Main | 863 | 7:00-16:00 | 1011 E Lemon St | Lakeland | FL | 33801 | Primary | Shawn | Stevenson | 863-688-5758 | 863-370-1496 | drashea.stevenson@verizon.com |
| Lakeland North | 863 | 7:00-16:00 | 5844 US HWY 98 N | Lakeland | FL | 33809 | Primary | Liz | Jenkins | 863-858-3841 | 863-255-6619 | liz.b.jenkins@verizon.com |
| Plant City | 813 | 7:00-16:00 | 1002 S Alexander St | Plant City | FL | 33566 | Primary | Natalie | Neff | 813-752-3567 | 863-514-0470 | natalie.g.neff@verizon.com |
| Winter Haven | 863 | 7:00-16:00 | 350 Ave K SW | Winter Haven | FL | 33880 | Primary | Carl | Reiter | 863-298-9404 | 863-221-5012 | carl.reiter@verizon.com |
| Winter Haven | 863 | 7:00-16:00 | 351 Ave K SW | Winter Haven | FL | 33880 | Secondary | Vicki | Adams | 863-294-5475 | 863-370-8561 | vicki.adams@verizon.com |
| Winter Haven | 863 | 7:00-16:00 | 352 Ave K SW | Winter Haven | FL | 33880 | Secondary | Lisa | Batchelor | 863-298-0621 | 863-514-0457 | lisa.batchelor@verizon.com |
| Zephyrhills | 813 | 7:00-16:00 | 38508 A Ave | Zephyrhills | FL | 33540 | Primary | Rob | Johnson | 813-782-7215 | 863-255-5043 | robert2.e.johnson@verizon.com |
| Airport | 813 | 7:00-16:00 | 5301 W. Sligh Avenue, Tampa FL 33634 | Tampa | FL | 33618 | Primary | Christopher R. | Collins | 813-884-2576 | 813-486-5674 | christopher.r.collins@core.verizon.com |
| Airport | 813 | 7:00-16:00 | 5302 W. Sligh Avenue, Tampa FL 33634 | Tampa | FL | 33618 | Secondary | Charles D. | Gunn | 813-884-2576 | 813-486-4616 | charles.gunn@core.verizon.com |
| Airport | 813 | 7:00-16:00 | 5303 W. Sligh Avenue, Tampa FL 33634 | Tampa | FL | 33618 | Secondary | Marcus W. | Dosal | 813-884-2576 | 813-486-5680 | mark.dosal@core.verizon.com |
| Carrollowood | 813 | 7:00-16:00 | 14917 Zambito Road, Tampa, FL 33618 | Tampa | FL | 33618 | Primary | Gregory S. | Pryor | 813-968-4474 | 813-486-4558 | gregory.s.pryor@verizon.com |
| Carrollowood | 813 | 7:00-16:00 | 14918 Zambito Road, Tampa, FL 33618 | Tampa | FL | 33618 | Secondary | Charles M. | Brantley | 813-968-4474 | 813-486-4617 | charles.m.brantley@verizon.com |
| Carrollowood | 813 | 7:00-16:00 | 14919 Zambito Road, Tampa, FL 33618 | Tampa | FL | 33618 | Secondary | Glyssel X. | Santiago | 813-968-4474 | 813-486-5692 | Glyssel.Santiago@verizon.com |
| Unversity | 813 | 7:00-16:00 | 1410 East 131st Ave, Tampa, FL 33612 | Tampa | FL | 33617 | Primary | Scott S. | Kenna | 813-971-3161 | 813-486-5685 | scott.kenna@verizon.com |
| Unversity | 813 | 7:00-16:00 | 1410 East 131st Ave, Tampa, FL 33612 | Tampa | FL | 33617 | Secondary | Jimmy D. | Chancey | 813-971-3162 | 813-486-5687 | j.chancey@verizon.com |
| Unversity | 813 | 7:00-16:00 | 1410 East 131st Ave, Tampa, FL 33612 | Tampa | FL | 33617 | Secondary | Micheal A. | May | 813-971-3163 | 813-486-4579 | micheal.a.may@verizon.com |
| Causeway | 813 | 7:00-16:00 | 7855 Causeway Blvd. | Tampa | FL | 33619 | Primary | Frederick | White | 813-626-1151 | 813-957-2228 | frederick.m.white@verizon.com |
| Causeway | 813 | 7:00-16:00 | 7855 Causeway Blvd. | Tampa | FL | 33619 | Secondary | Scott | Cassidy | 813-626-1151 | 813-486-4640 | scott.cassidy@verizon.com |
| Causeway | 813 | 7:00-16:00 | 7855 Causeway Blvd. | Tampa | FL | 33619 | Secondary | Anthony | D'Aliso | 813-626-1151 | 813-486-4645 | anthony.daliso@verizon.com |
| Ybor | 813 | 7:00-16:00 | 3704 East Third Ave. | Tampa | FL | 33605 | Primary | Coretta | Myles | 813-247-2184 | 813-486-4659 | corettamyles@verizon.com |
| Ybor | 813 | 7:00-16:00 | 3704 East Third Ave. | Tampa | FL | 33605 | Secondary | Doug | Ahrens | 813-247-2184 | 813-486-4632 | doug.ahrens@verizon.com |
| Manhattan | 813 | 7:00-16:00 | 5110 S. Manhattan | Tampa | FL | 33611 | Primary | John | Mercedes | 813-837-6462 | 813-486-4729 | john.m.mercedes@verizon.com |
| Manhattan | 813 | 7:00-16:00 | 5110 S. Manhattan | Tampa | FL | 33611 | Secondary | Ron | Caldwell | 813-837-6462 | 813-486-4637 | ronald.caldwell@verizon.com |
| Southbay | 813 | 7:00-16:00 | 15499 US Hwy. 301 S. | Wimauma | FL | 33598 | Primary | Edward (Buddy) | Wisham | 813-645-2713 | 813-486-4635 | ed.wisham@verizon.com |
| Southbay | 813 | 7:00-16:00 | 15499 US Hwy. 301 S. | Wimauma | FL | 33598 | Secondary | Carol | Chipman | 813-626-9188 | 813-486-4571 | carol.chipman@verizon.com |

## Account/Garage Information

MobileAria

**Note regarding the information below:**
**1) Billing Contact will be the person billed for the service usage of all vehicles in that Account (MobileAria and Verizon Wireless service usage)**
**2) The Primary Contact will be the first person to contact for installations and ongoing support of vehicles belonging to the Garage**
**3) The Secondary Contact will be used as a backup contact in case the Primary Contact is unavailable for that Garage**
**4) Use the tab key to navigate from cell to cell.**

**PLEASE COMPLETE SOAF AND CLICK HERE TO EMAIL:** vz_install@mobilearia.com

### Billing Information

| Market Area | Account Name | Account# | Address | | | |
|---|---|---|---|---|---|---|
| | | | Street | City | State | Zip |
| Southeast | Florida Inland | 5654 | 10402 N. 56th Street | Temple Terrace | FL | 33617 |

### Contact Information

| Contact Type | Contact Preference | First Name | Last Name | Work Phone | Mobile # | E-Mail | BAID |
|---|---|---|---|---|---|---|---|
| Billing Contact | Billing | Regis | Foster | (813) 984-6777 | (813) 892-0889 | Regis.Foster@verizon.com | BFRLG9Y |
| GPS Admin/Analyst | Primary | Lynn | Hamby | (919) 560-1844 | (919) 270-9280 | Lynn.Hamby@verizon.com | |
| Other | Secondary | Drew | Gascoigne | (919) 560-1800 | (919) 270-6386 | Andrew.N.Gascoigne@verizon.com | |
| ROS / MAS | Escalation | Alex | Hunter | (813) 483-2395 | (813) 416-4860 | Alexander.Hunter@verizon.cor | |

| Wireless Plan | Limited | Click cell to change between Limited ( CDMA / 2 Mb) or Unlimited |
|---|---|---|

### List Installation Locations Only

| Work Center/Garage Name | Area Code | Days/Hours of Operation | Address | | | | Garage Contact Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Street | City | State | Zip | Contact | First Name | Last Name | Work Phone | Mobile # | E-Mail |
| Sumter Reporting Center | 803 | Sun-Sat/8a-5p | 400 South Pike Road West | Sumter | SC | 29150 | Primary | Fred | Miner | (803) 773-4664 | (803) 840-0118 | Frederick.Miner@verizon.com |
| Sumter Reporting Center | 803 | Sun-Sat/8a-5p | 400 South Pike Road West | Sumter | SC | 29150 | Secondary | Frank | Holloway | (803) 840-1504 | (803) 840-1504 | Frank.P.Holloway@verizon.com |
| Winnsboro Reporting Ctr | 803 | Sun-Sat/8a-5p | 117 West Liberty Street | Winnsboro | SC | 29180 | Primary | Fred | Miner | (803) 773-4664 | (803) 840-0118 | Frederick.Miner@verizon.com |
| Winnsboro Reporting Ctr | 803 | Sun-Sat/8a-5p | 117 West Liberty Street | Winnsboro | SC | 29180 | Secondary | Frank | Holloway | (803) 840-1504 | (803) 840-1504 | Frank.P.Holloway@verizon.com |
| Kingstree Reporting Center | | Sun-Sat/8a-5p | 113 Mill Street | Kingstree | SC | 29566 | Primary | John | Wilson | | | John.H.Wilson2@verizon.com |
| Kingstree Reporting Center | | Sun-Sat/8a-5p | 113 Mill Street | Kingstree | SC | 29566 | Secondary | Chris | Owens | | | |
| Johnsville Reporting Center | | Sun-Sat/8a-5p | 1145 Seaboard Avenue | Johnsonville | SC | 29555 | Primary | John | Wilson | | | John.H.Wilson2@verizon.com |
| Johnsville Reporting Center | | Sun-Sat/8a-5p | 1145 Seaboard Avenue | Johnsonville | SC | 29555 | Secondary | Chris | Owens | | | |
| Pamplico Reporting Center | | Sun-Sat/8a-5p | 115 5th Avenue | Pamplico | SC | 29583 | Primary | John | Wilson | | | John.H.Wilson2@verizon.com |
| Pamplico Reporting Center | | Sun-Sat/8a-5p | 115 5th Avenue | Pamplico | SC | 29583 | Secondary | Chris | Owens | | | |
| Lake City Reporting Center | | Sun-Sat/8a-5p | 158 South Church Street | Lake City | SC | 29560 | Primary | John | Wilson | | | John.H.Wilson2@verizon.com |
| Lake City Reporting Center | | Sun-Sat/8a-5p | 158 South Church Street | Lake City | SC | 29560 | Secondary | Chris | Owens | | | |
| Hemingway Reporting Center | | Sun-Sat/8a-5p | 201 E. George Street | Hemingway | SC | 29554 | Primary | John | Wilson | | | John.H.Wilson2@verizon.com |
| Hemingway Reporting Center | | Sun-Sat/8a-5p | 201 E. George Street | Hemingway | SC | 29554 | Secondary | Chris | Owens | | | |
| Santee Reporting Center | | Sun-Sat/8a-5p | 971 Bonner Avenue | Santee | SC | 29142 | Primary | John | Wilson | | | John.H.Wilson2@verizon.com |
| Santee Reporting Center | | Sun-Sat/8a-5p | 971 Bonner Avenue | Santee | SC | 29142 | Secondary | Chris | Owens | | | |

# Vehicle Information

MobileAria

**Please provide information for each of the vehicles**
**For faster processing, please follow these procedures:**
**1) Please fill in all fields highlighted in blue for each Vehicle**
**2) Please use the same Garage Name as listed in the Garage Information tab**
**3) Please make sure that each Vehicle# is only entered once**

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| Bartow | 22491010 | Dodge | B3500 | 1999 | Replacement |
| Bartow | 22476033 | Dodge | Van | 1997 | Replacement |
| Bartow | 22490238 | Dodge | B3500 | 1999 | Replacement |
| Bartow | 210530374 | Dodge | B2500 | 1997 | Replacement |
| Bartow | 22490234 | Dodge | B3500 | 1999 | Replacement |
| Bartow | 35297907 | Ford | F350 | 1999 | Replacement |
| Bartow | 32480118 | Ford | Van | 1998 | Replacement |
| Bartow | 22490233 | Dodge | B3500 | 1999 | Replacement |
| Bartow | 22476032 | Dodge | 3500 | 1997 | Replacement |
| Bartow | 32480120 | Ford | E250 | 1997 | Replacement |
| Bartow | 22477020 | Dodge | B3500 | 1997 | Replacement |
| Bartow | 22476015 | Dodge | B3500 | 1997 | Replacement |
| Bartow | 210530368 | Chevy | C2500 | 2005 | Replacement |
| Hanies City | 22476034 | Dodge | B3500 | 1997 | Replacement |
| Hanies City | 22475914 | Dodge | B2500 | 1997 | Replacement |
| Hanies City | 22490478 | Dodge | B3500 | 1999 | Replacement |
| Hanies City | 22475918 | Dodge | B2500 | 1997 | Replacement |
| Hanies City | 210530375 | Chevy | C2500 | 2005 | Replacement |
| Hanies City | 210530372 | Chevy | C2500 | 2005 | Replacement |
| Hanies City | 210530353 | Chevy | C2500 | 2005 | Replacement |
| Hanies City | 35207733 | Ford | F450SD | 2000 | Replacement |
| Hanies City | 22490477 | Dodge | B3500 | 1999 | Replacement |
| Hanies City | 22482383 | Dodge | B3501 | 1998 | Replacement |
| Hanies City | 22477076 | Dodge | B3500 | 1997 | Replacement |
| Hanies City | 22490235 | Dodge | B3500 | 1999 | Replacement |
| Hanies City | 110240142 | Dodge | B2500 | 2002 | Replacement |
| Hanies City | 22482133 | Dodge | B3500 | 1998 | Replacement |
| Hanies City | 22476009 | Dodge | B3500 | 1997 | Replacement |
| Hanies City | 200240152 | Dodge | B3500 | 2002 | Replacement |
| Hanies City | 210530338 | Chevy | C2500 | 2005 | Replacement |
| Hanies City | 22476012 | Dodge Ram | Van | 1996 | Replacement |
| Hanies City | 210530321 | Chevy | C2500 | 2005 | Replacement |
| Hanies City | 32480155 | Ford | E250 | 1998 | Replacement |
| Hanies City | 22477102 | Dodge | B3500 | 1997 | Replacement |
| Hanies City | 22476013 | Dodge | B3500 | 1997 | Replacement |
| Hanies City | 22475908 | Dodge | B2500 | 1997 | Replacement |
| Hanies City | 32480127 | Ford | E250 | 1998 | Replacement |
| Hanies City | 22475906 | Dodge | B2500 | 1997 | Replacement |
| Hanies City | 22482142 | Dodge | B3500 | 1998 | Replacement |
| Hanies City | 22490479 | Dodge | B3500 | 1999 | Replacement |
| Hanies City | 22477012 | Dodge | B3500 | 1997 | Replacement |
| Hanies City | 22475905 | Dodge | B2500 | 1997 | Replacement |
| Lake Wales | 22475915 | Dodge | B2500 | 1997 | Replacement |
| Lake Wales | 32480122 | Ford | E250 | 1998 | Replacement |
| Lake Wales | 22476011 | Dodge | B3500 | 1997 | Replacement |
| Lake Wales | 220330043 | Chevy | C4500 | 2003 | Replacement |
| Lake Wales | 22476025 | Dodge | B3500 | 1997 | Replacement |
| Lake Wales | 22476027 | Dodge | B3500 | 1997 | Replacement |
| Lake Wales | 22476036 | Dodge | B3500 | 1997 | Replacement |
| Lake Wales | 210530367 | Chevy | C2500 | 2005 | Replacement |

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| Lake Wales | 22476008 | Dodge | B3500 | 1997 | Replacement |
| Lake Wales | 22476022 | Dodge | B3500 | 1997 | Replacement |
| Lake Wales | 1154096 | Dodge | B250 | 1997 | Replacement |
| Lake Wales | 22410158 | Dodge | B2500 | 2001 | Replacement |
| Lake Wales | 1153386 | Dodge | B150 | 1999 | Replacement |
| Lake Wales | 210530334 | Chevy | C2500 | 2005 | Replacement |
| Lake Wales | 22477075 | Dodge | B3500 | 1997 | Replacement |
| Lake Wales | 32480121 | Ford | E250 | 1998 | Replacement |
| Lake Wales | 22477077 | Dodge | B3500 | 1997 | Replacement |
| Lake Wales | 22476035 | Dodge | B3500 | 1997 | Replacement |
| Lake Wales | 22477079 | Dodge | B3500 | 1997 | Replacement |
| Lake Wales | 22482386 | Dodge | B3500 | 1998 | Replacement |
| Lakeland Main | 22490245 | Dodge | B3500 | 1999 | Replacement |
| Lakeland Main | 22490473 | Dodge | B3500 | 1999 | Replacement |
| Lakeland Main | 895201 | Dodge | B350 | 1989 | Replacement |
| Lakeland Main | 22490247 | Dodge | B3500 | 1999 | Replacement |
| Lakeland Main | 22475913 | Dodge | B2500 | 1997 | Replacement |
| Lakeland Main | 22482118 | Dodge | B3500 | 1998 | Replacement |
| Lakeland Main | 22482387 | Dodge | B3500 | 1998 | Replacement |
| Lakeland Main | 22410149 | Dodge | B2500 | 2001 | Replacement |
| Lakeland Main | 22476014 | Dodge | B3500 | 1997 | Replacement |
| Lakeland Main | 22477097 | Dodge | B3500 | 1997 | Replacement |
| Lakeland Main | 22477092 | Dodge | B3500 | 1997 | Replacement |
| Lakeland Main | 22477098 | Dodge | B3500 | 1997 | Replacement |
| Lakeland Main | 22477093 | Dodge | B3500 | 1997 | Replacement |
| Lakeland Main | 22490240 | Dodge | B3500 | 1999 | Replacement |
| Lakeland Main | 22490481 | Dodge | B3500 | 1999 | Replacement |
| Lakeland Main | 22482135 | Dodge | B3500 | 1998 | Replacement |
| Lakeland Main | 22475917 | Dodge | B2500 | 1997 | Replacement |
| Lakeland Main | 916601 | Ford | Super Duty | 1991 | Replacement |
| Lakeland Main | 110240145 | Dodge | B2500 | 2002 | Replacement |
| Lakeland Main | 22491012 | Dodge | B3500 | 1999 | Replacement |
| Lakeland Main | 22490241 | Dodge | B3500 | 1999 | Replacement |
| Lakeland Main | 22490720 | Dodge | B3500 | 1999 | Replacement |
| Lakeland Main | 22482138 | Dodge | B3500 | 1998 | Replacement |
| Lakeland Main | 22477100 | Dodge | B3500 | 1997 | Replacement |
| Lakeland Main | 22490467 | Dodge | B3500 | 1999 | Replacement |
| Lakeland Main | 22482128 | Dodge | B3500 | 1998 | Replacement |
| Lakeland Main | 22476534 | Dodge | B2500 | 1997 | Replacement |
| Lakeland Main | 22477094 | Dodge | B3500 | 1997 | Replacement |
| Lakeland Main | 32480119 | Ford | E250 | 1998 | Replacement |
| Lakeland Main | 22476018 | Dodge | B3500 | 1997 | Replacement |
| Lakeland Main | 22482127 | Dodge | B3500 | 1998 | Replacement |
| Lakeland Main | 22455026 | Dodge | B150 | 1995 | Replacement |
| Lakeland Main | 22410154 | Dodge | B2500 | 2001 | Replacement |
| Lakeland Main | 22410150 | Dodge | B2500 | 2001 | Replacement |
| Lakeland Main | 22475909 | Dodge | B2500 | 1997 | Replacement |
| Lakeland Main | 22475922 | Dodge | B3500 | 1997 | Replacement |
| Lakeland North | 22490243 | Dodge | B3500 | 1999 | Replacement |
| Lakeland North | 22482388 | Dodge | B3500 | 1998 | Replacement |
| Lakeland North | 22482119 | Dodge | B3500 | 1998 | Replacement |
| Lakeland North | 22475911 | Dodge | B2500 | 1997 | Replacement |
| Lakeland North | 22491011 | Dodge | B3500 | 1999 | Replacement |
| Lakeland North | 22477104 | Dodge | B3500 | 1997 | Replacement |
| Lakeland North | 22482123 | Dodge | B3500 | 1998 | Replacement |
| Lakeland North | 22477095 | Dodge | B3500 | 1997 | Replacement |
| Lakeland North | 22476019 | Dodge | B3500 | 1997 | Replacement |
| Lakeland North | 22A0028976 | Dodge | B3500 | 1997 | Replacement |
| Lakeland North | 22477091 | Dodge | B3500 | 1997 | Replacement |

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| Lakeland North | 22490474 | Dodge | B3500 | 1999 | Replacement |
| Lakeland North | 22477103 | Dodge | B3500 | 1997 | Replacement |
| Lakeland North | 22482122 | Dodge | B3500 | 1998 | Replacement |
| Lakeland North | 22477101 | Dodge | B3500 | 1997 | Replacement |
| Lakeland North | 200240147 | Dodge | B3500 | 2002 | Replacement |
| Plant City | 22482131 | Dodge | B3500 | 1998 | Replacement |
| Plant City | 200240151 | Dodge | B3500 | 2002 | Replacement |
| Plant City | 22482124 | Dodge | B3500 | 1998 | Replacement |
| Plant City | 22491006 | Dodge | B3500 | 1999 | Replacement |
| Plant City | 22476016 | Dodge | B3500 | 1997 | Replacement |
| Plant City | 22477071 | Dodge | B3500 | 1997 | Replacement |
| Plant City | 220330042 | Chevy | C4500 | 2003 | Replacement |
| Plant City | 200340070 | Dodge | B3500 | 2003 | Replacement |
| Plant City | 22490469 | Dodge | B3500 | 1999 | Replacement |
| Plant City | 22482130 | Dodge | B3500 | 1998 | Replacement |
| Plant City | 22490717 | Dodge | B3500 | 1999 | Replacement |
| Plant City | 22482134 | Dodge | B3500 | 1998 | Replacement |
| Plant City | 22490242 | Dodge | B3500 | 1999 | Replacement |
| Plant City | 22477070 | Dodge | B3500 | 1999 | Replacement |
| Plant City | 22482132 | Dodge | B3500 | 1998 | Replacement |
| Plant City | 22482129 | Dodge | B3500 | 1998 | Replacement |
| Plant City | 22410146 | Dodge | B2500 | 2001 | Replacement |
| Plant City | 22482125 | Dodge | B3500 | 1998 | Replacement |
| Winter Haven | 11-53909-953 | Ford | E250 | 1998 | Replacement |
| Winter Haven | 22490231 | Dodge | B3500 | 1999 | Replacement |
| Winter Haven | 22465072 | Dodge | B2500 | 1996 | Replacement |
| Winter Haven | 22491009 | Dodge | B3500 | 1999 | Replacement |
| Winter Haven | 32480128 | Ford | E250 | 1998 | Replacement |
| Winter Haven | 32480129 | Ford | E251 | 1999 | Replacement |
| Winter Haven | 22490715 | Dodge | B3500 | 1999 | Replacement |
| Winter Haven | 22475910 | Dodge | B2500 | 1997 | Replacement |
| Winter Haven | 22475912 | Dodge | B2500 | 1997 | Replacement |
| Winter Haven | 22476037 | Dodge | B3500 | 1997 | Replacement |
| Winter Haven | 22477081 | Dodge | B3500 | 1997 | Replacement |
| Winter Haven | 32480126 | Ford | E250 | 1998 | Replacement |
| Winter Haven | 21530323 | Dodge | B3500 | 1999 | Replacement |
| Winter Haven | 22482140 | Dodge | B3500 | 1998 | Replacement |
| Winter Haven | 22477074 | Dodge | B3500 | 1997 | Replacement |
| Winter Haven | 22482384 | Dodge | B3500 | 1998 | Replacement |
| Winter Haven | 210530362 | Chevy | C2500 | 2005 | Replacement |
| Winter Haven | 22477082 | Dodge | B3500 | 1997 | Replacement |
| Winter Haven | 22A0005 | Ford | F450 | 1996 | Replacement |
| Winter Haven | 22490239 | Dodge | B3500 | 1999 | Replacement |
| Winter Haven | 22490480 | Dodge | B3500 | 1999 | Replacement |
| Winter Haven | 22477080 | Dodge | B3500 | 1997 | Replacement |
| Winter Haven | 22475916 | Dodge | B2500 | 1997 | Replacement |
| Winter Haven | 22490237 | Dodge | B3500 | 1999 | Replacement |
| Winter Haven | 22477089 | Dodge | B3500 | 1997 | Replacement |
| Winter Haven | 32480125 | Ford | E250 | 1998 | Replacement |
| Winter Haven | 22476026 | Dodge | B3500 | 1997 | Replacement |
| Winter Haven | 210530363 | Chevy | C2500 | 2005 | Replacement |
| Winter Haven | 22477085 | Dodge | B3500 | 1997 | Replacement |
| Winter Haven | 210530366 | Chevy | C2500 | 2005 | Replacement |
| Winter Haven | 22490236 | Dodge | B3500 | 1999 | Replacement |
| Winter Haven | 22465069 | Dodge | B2500 | 1996 | Replacement |
| Winter Haven | 210530340 | Chevy | C2500 | 2005 | Replacement |
| Winter Haven | 22477088 | Dodge | B3500 | 1997 | Replacement |
| Zephyrhills | 22490246 | Dodge | B3500 | 1999 | Replacement |
| Zephyrhills | 22490471 | Dodge | B3500 | 1999 | Replacement |

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| Zephyrhills | 22482139 | Dodge | B3500 | 1998 | Replacement |
| Zephyrhills | 22490476 | Dodge | B3500 | 1999 | Replacement |
| Zephyrhills | 22476038 | Dodge | B3500 | 1997 | Replacement |
| Zephyrhills | 22490475 | Dodge | B3500 | 1999 | Replacement |
| Zephyrhills | 22490244 | Dodge | B3500 | 1999 | Replacement |
| Zephyrhills | 15210018 | Chevy | C3500 | 2001 | Replacement |
| Zephyrhills | 22490470 | Dodge | B3500 | 1999 | Replacement |
| Zephyrhills | 22476017 | Dodge | B3500 | 1997 | Replacement |
| Zephyrhills | 22490722 | Dodge | B3500 | 1999 | Replacement |
| Zephyrhills | 22482136 | Dodge | B3500 | 1998 | Replacement |
| Zephyrhills | 22477050 | Dodge | B3500 | 1997 | Replacement |
| Airport | 22482093 | Dodge | B3500 | 1998 | Replacement |
| Airport | 22482084 | Dodge | B3500 | 1998 | Replacement |
| Airport | 22475872 | Dodge | B2500 | 1997 | Replacement |
| Airport | 22452101 | Dodge | B3500 | 1995 | New |
| Airport | 22482094 | Dodge | B3500 | 1998 | Replacement |
| Airport | 200240145 | Dodge | B3500 | 2002 | Replacement |
| Airport | 22482082 | Dodge | B3500 | 1998 | Replacement |
| Airport | 200430016 | Dodge | G3500 | 2004 | New |
| Airport | 22475944 | Dodge | B3500 | 1997 | Replacement |
| Airport | 22475870 | Dodge | B2500 | 1997 | Replacement |
| Airport | 22477004 | Dodge | B3500 | 1997 | Replacement |
| Airport | 22490706 | Dodge | B3500 | 1999 | Replacement |
| Airport | 22482112 | Dodge | B3500 | 1998 | Replacement |
| Airport | 200240146 | Dodge | B3500 | 2002 | Replacement |
| Airport | 22482087 | Dodge | B3500 | 1998 | Replacement |
| Airport | 22490464 | Dodge | B3500 | 1999 | Replacement |
| Airport | 22490462 | Dodge | B3500 | 1999 | Replacement |
| Airport | 895014 | Dodge | B3500 | 1989 | Replacement |
| Airport | 22482085 | Dodge | B3500 | 1998 | Replacement |
| Airport | 22477010 | Dodge | B3500 | 1997 | Replacement |
| Airport | 22482090 | Dodge | B3500 | 1998 | Replacement |
| Airport | 22475946 | Dodge | B3500 | 1997 | Replacement |
| Airport | 22475942 | Dodge | B3500 | 1997 | Replacement |
| Airport | 22477015 | Dodge | B3500 | 1997 | Replacement |
| Airport | 22477016 | Dodge | B3500 | 1997 | Replacement |
| Airport | 22477072 | Dodge | B3500 | 1997 | Replacement |
| Airport | 22475873 | Dodge | B2500 | 1997 | Replacement |
| Airport | 22475951 | Dodge | B3500 | 1997 | Replacement |
| Airport | 22490191 | Dodge | B3500 | 1999 | Replacement |
| Airport | 906601 | Ford | BK Truck | 1990 | Replacement |
| Airport | 22476529 | Dodge | B2500 | 1997 | Replacement |
| Airport | 22475871 | Dodge | B2500 | 1997 | Replacement |
| Airport | 22475943 | Dodge | B3500 | 1997 | Replacement |
| Airport | 22482092 | Dodge | B3500 | 1998 | Replacement |
| Airport | 22490465 | Dodge | B3500 | 1999 | Replacement |
| Carrollwood | 22475875 | Dodge | B2500 | 1997 | Replacement |
| Carrollwood | 22490698 | Dodge | B3500 | 1999 | Replacement |
| Carrollwood | 22475957 | Dodge | B3500 | 1997 | Replacement |
| Carrollwood | 22482113 | Dodge | B3500 | 1998 | Replacement |
| Carrollwood | 22490403 | Dodge | B3500 | 1999 | Replacement |
| Carrollwood | 22490183 | Dodge | B3500 | 1999 | Replacement |
| Carrollwood | 22482102 | Dodge | B3500 | 1998 | Replacement |
| Carrollwood | 22482104 | Dodge | B3500 | 1998 | Replacement |
| Carrollwood | 905210 | Dodge | B3500 | 1990 | New |
| Carrollwood | 200240144 | Dodge | B3500 | 2002 | Replacement |
| Carrollwood | 22490401 | Dodge | B3500 | 1999 | Replacement |
| Carrollwood | 32480151 | Dodge | E250 | 1998 | Replacement |
| Carrollwood | 1153325 | Dodge | B2500 | 1996 | New |

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| Carrollwood | 1154460 | Dodge | B2500 | 1997 | New |
| Carrollwood | 22452158 | Dodge | B3500 | 1995 | Replacement |
| Carrollwood | 32480172 | Ford | E250 | 1998 | Replacement |
| Carrollwood | 22410164 | Dodge | B2500 | 2001 | Replacement |
| Carrollwood | 22482115 | Dodge | B3500 | 1998 | Replacement |
| Carrollwood | 903068 | Dodge | B2500 | 1990 | New |
| Carrollwood | 22482365 | Dodge | B3500 | 1998 | Replacement |
| Carrollwood | 22490702 | Dodge | B3500 | 1989 | Replacement |
| Carrollwood | 22475945 | Dodge | B3500 | 1997 | Replacement |
| Carrollwood | 22477037 | Dodge | B3500 | 1997 | Replacement |
| Carrollwood | 22476532 | Dodge | B2500 | 1997 | Replacement |
| Carrollwood | 200240143 | Dodge | B3500 | 2002 | Replacement |
| Carrollwood | 22490184 | Dodge | B3500 | 1999 | Replacement |
| Carrollwood | 22490399 | Dodge | B3500 | 1999 | Replacement |
| Carrollwood | 22490182 | Dodge | B3500 | 1999 | Replacement |
| Carrollwood | 22477006 | Dodge | B3500 | 1997 | Replacement |
| Carrollwood | 22477021 | Dodge | B3500 | 1997 | Replacement |
| Carrollwood | 916602 | Dodge | BK Truck | 1991 | Replacement |
| Carrollwood | 22490187 | Dodge | B3500 | 1999 | Replacement |
| Carrollwood | 22475858 | Dodge | B2500 | 1997 | Replacement |
| Carrollwood | 22490700 | Dodge | B3500 | 1999 | Replacement |
| Carrollwood | 22452151 | Dodge | B3500 | 1995 | Replacement |
| Carrollwood | 905147 | Dodge | B3500 | 1990 | New |
| Carrollwood | 22475956 | Dodge | B3500 | 1997 | Replacement |
| Carrollwood | 22490405 | Dodge | B3500 | 1999 | Replacement |
| Carrollwood | 32480169 | Ford | E250 | 1998 | Replacement |
| Carrollwood | 11A2056 | Dodge | B2500 | 1997 | Replacement |
| Carrollwood | 22452114 | Dodge | B3500 | 1995 | Replacement |
| Carrollwood | 32480168 | Ford | E250 | 1998 | Replacement |
| Carrollwood | 1153392 | Dodge | B150 | 1999 | New |
| Carrollwood | 1154143 | Dodge | B2500 | 1997 | New |
| University | 22482086 | Dodge | B3500 | 1998 | Replacement |
| University | 22490396 | Dodge | B3500 | 1999 | Replacement |
| University | 22475948 | Dodge | B3500 | 1997 | Replacement |
| University | 22482368 | Dodge | B3500 | 1998 | Replacement |
| University | 22482117 | Dodge | B3500 | 1998 | Replacement |
| University | 22490398 | Dodge | B3500 | 1999 | Replacement |
| University | 32480150 | Ford | E250 | 1998 | Replacement |
| University | 22482114 | Dodge | B3500 | 1998 | Replacement |
| University | 22476531 | Dodge | B2500 | 1997 | Replacement |
| University | 22490991 | Dodge | B3500 | 1999 | Replacement |
| University | 22476528 | Dodge | B3500 | 1997 | Replacement |
| University | 22475953 | Dodge | B2500 | 1997 | Replacement |
| University | 22490392 | Dodge | B3500 | 1999 | Replacement |
| University | 22490989 | Dodge | B3500 | 1999 | Replacement |
| University | 22475861 | Dodge | B2500 | 1997 | Replacement |
| University | 22490629 | Dodge | B3500 | 1999 | Replacement |
| University | 22490995 | Dodge | B3500 | 1999 | Replacement |
| University | 22490701 | Dodge | B3500 | 1999 | Replacement |
| University | 22475879 | Dodge | B2500 | 1997 | Replacement |
| University | 22477013 | Dodge | B3500 | 1997 | Replacement |
| University | 22490983 | Dodge | B3500 | 1999 | Replacement |
| University | 22477014 | Dodge | B3500 | 1997 | Replacement |
| University | 22475877 | Dodge | B2500 | 1997 | Replacement |
| University | 22482366 | Dodge | B3500 | 1999 | Replacement |
| University | 22477003 | Dodge | B3500 | 1997 | Replacement |
| University | 22490166 | Dodge | B3500 | 1999 | Replacement |
| University | 32480170 | Ford | E250 | 1998 | Replacement |
| University | 22490186 | Dodge | B3500 | 1999 | Replacement |

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| University | 220430020 | GMC | C4500 | 2004 | Replacement |
| University | 32480182 | Ford | E250 | 1998 | Replacement |
| University | 22482083 | Dodge | B3500 | 1998 | Replacement |
| University | 22475867 | Dodge | B2500 | 1997 | Replacement |
| University | 22410162 | Dodge | B2500 | 2001 | Replacement |
| University | 22490986 | Dodge | B3500 | 1999 | Replacement |
| University | 22490644 | Dodge | B3500 | 1999 | Replacement |
| University | 22482091 | Dodge | B3500 | 1998 | Replacement |
| University | 22482116 | Dodge | B3500 | 1998 | Replacement |
| University | 22475878 | Dodge | B2500 | 1997 | Replacement |
| University | 22482076 | Dodge | B3500 | 1998 | Replacement |
| University | 32480166 | Ford | E250 | 1998 | Replacement |
| University | 22482111 | Dodge | B3500 | 1998 | Replacement |
| University | 22477002 | Dodge | B3500 | 1997 | Replacement |
| University | 22476526 | Dodge | B2500 | 1997 | Replacement |
| University | 32480167 | Ford | E250 | 1998 | Replacement |
| University | 22476524 | Dodge | B2500 | 1997 | Replacement |
| University | 22482108 | Dodge | B3500 | 1998 | Replacement |
| University | 22490181 | Dodge | B3500 | 1999 | Replacement |
| University | 22410156 | Dodge | B3500 | 2001 | Replacement |
| University | 22490995 | Dodge | B3500 | 1999 | Replacement |
| University | 22490397 | Dodge | B3500 | 1999 | Replacement |
| University | C347494 | Dodge | B150 | 1994 | New |
| University | 22490637 | Dodge | B3500 | 1999 | Replacement |
| University | 22490189 | Dodge | B3500 | 1999 | Replacement |
| University | 22490189 | Dodge | B3500 | 1999 | Replacement |
| Causeway | 22452093 | Dodge | B3500 | 1995 | New |
| Causeway | 22475926 | Dodge | B3500 | 1997 | Replacement |
| Causeway | 22455054 | Dodge | B150 | 1995 | Replacement |
| Causeway | 22490391 | Dodge | B3500 | 1999 | Replacement |
| Causeway | 22482078 | Dodge | B3500 | 1998 | Replacement |
| Causeway | 22452084 | Dodge | B3500 | 1995 | Replacement |
| Causeway | 22475930 | Dodge | B3500 | 1997 | Replacement |
| Causeway | 903070 | Dodge | B250 | 1990 | New |
| Causeway | 22482074 | Dodge | B3500 | 1998 | Replacement |
| Causeway | 22475921 | Dodge | B3500 | 1997 | Replacement |
| Causeway | 1151718 | Chevy | G20 Van | 1994 | New |
| Causeway | 22475971 | Dodge | B3500 | 1997 | Replacement |
| Causeway | 1151847 | Chevy | G20 Van | 1995 | New |
| Causeway | 22490168 | Dodge | B3500 | 1999 | Replacement |
| Causeway | 22452143 | Dodge | B3500 | 1995 | Replacement |
| Causeway | 22476550 | Dodge | B2500 | 1997 | Replacement |
| Causeway | 22482077 | Dodge | B3500 | 1998 | Replacement |
| Causeway | 22490982 | Dodge | B3500 | 1999 | Replacement |
| Causeway | 22455007 | Dodge | B150 | 1995 | Replacement |
| Causeway | 22491003 | Dodge | B3500 | 1999 | Replacement |
| Causeway | 22482358 | Dodge | B3500 | 1998 | Replacement |
| Causeway | 22490176 | Dodge | B3500 | 1999 | Replacement |
| Causeway | 22452135 | Dodge | B3500 | 1995 | New |
| Causeway | 22490384 | Dodge | B3500 | 1999 | Replacement |
| Causeway | 22490993 | Dodge | B3500 | 1999 | Replacement |
| Causeway | 22475937 | Dodge | B3500 | 1997 | Replacement |
| Causeway | C348591 | Dodge | B150 | 1991 | New |
| Causeway | 22490174 | Dodge | B3500 | 1999 | Replacement |
| Causeway | 22476549 | Dodge | B2500 | 1997 | Replacement |
| Causeway | 22476543 | Dodge | B2500 | 1997 | Replacement |
| Causeway | 905110 | Dodge | B350 | 1990 | Replacement |
| Causeway | C361494 | Dodge | B150 | 1994 | Replacement |
| Causeway | 22475920 | Dodge | B3500 | 1997 | Replacement |

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| Causeway | 22476547 | Dodge | B2500 | 1997 | Replacement |
| Causeway | 22452053 | Dodge | B3500 | 1995 | Replacement |
| Causeway | 22475938 | Dodge | B3500 | 1997 | Replacement |
| Causeway | 22476536 | Dodge | B2500 | 1997 | Replacement |
| Causeway | 22490390 | Dodge | B3500 | 1999 | Replacement |
| Causeway | 22490383 | Dodge | B3500 | 1999 | Replacement |
| Causeway | 22477042 | Dodge | B3500 | 1997 | Replacement |
| Causeway | 22476544 | Dodge | B2500 | 1997 | Replacement |
| Causeway | 22490173 | Dodge | B3500 | 1999 | Replacement |
| Causeway | 22482100 | Dodge | B3500 | 1998 | Replacement |
| Causeway | 22475857 | Dodge | B2500 | 1997 | Replacement |
| Causeway | 22476546 | Dodge | B2500 | 1997 | Replacement |
| Causeway | 22477048 | Dodge | B3500 | 1997 | Replacement |
| Causeway | 22475935 | Dodge | B3500 | 1997 | Replacement |
| Manhattan | 22482098 | Dodge | B3500 | 1998 | Replacement |
| Manhattan | 22490704 | Dodge | B3500 | 1999 | Replacement |
| Manhattan | 22490382 | Dodge | B3500 | 1999 | Replacement |
| Manhattan | 22475866 | Dodge | B2500 | 1997 | Replacement |
| Manhattan | 22490197 | Dodge | B3500 | 1999 | Replacement |
| Manhattan | 22477023 | Dodge | B3500 | 1997 | Replacement |
| Manhattan | 22490196 | Dodge | B3500 | 1999 | Replacement |
| Manhattan | 22490708 | Dodge | B3500 | 1999 | Replacement |
| Manhattan | 22482362 | Dodge | B3500 | 1998 | Replacement |
| Manhattan | 22490192 | Dodge | B3500 | 1999 | Replacement |
| Manhattan | 22482364 | Dodge | B3500 | 1998 | Replacement |
| Manhattan | 22482361 | Dodge | B3500 | 1998 | Replacement |
| Manhattan | 22490195 | Dodge | B3500 | 1999 | Replacement |
| Manhattan | 22490400 | Dodge | B3500 | 1999 | Replacement |
| Manhattan | 22490703 | Dodge | B3500 | 1999 | Replacement |
| Manhattan | 22475862 | Dodge | B2500 | 1997 | Replacement |
| Manhattan | 220230144 | Chev | C3500 | 2002 | Replacement |
| Manhattan | 22477019 | Dodge | B3500 | 1997 | Replacement |
| Manhattan | 22490193 | Dodge | B3500 | 1999 | Replacement |
| Manhattan | 22476552 | Dodge | B2500 | 1997 | Replacement |
| Manhattan | 24170035 | Dodge | B3500 | 1997 | Replacement |
| Manhattan | 22482360 | Dodge | B3500 | 1998 | Replacement |
| Manhattan | 22490190 | Dodge | B3500 | 1999 | Replacement |
| Manhattan | 22482363 | Dodge | B3500 | 1998 | Replacement |
| Manhattan | 22482097 | Dodge | B3500 | 1998 | Replacement |
| Manhattan | 22482099 | Dodge | B3500 | 1998 | Replacement |
| Manhattan | 22475932 | Dodge | B3500 | 1997 | Replacement |
| Manhattan | 22475869 | Dodge | B2500 | 1997 | Replacement |
| Southbay | 22475928 | Dodge | B3500 | 1997 | Replacement |
| Southbay | 22490180 | Dodge | B3500 | 1999 | Replacement |
| Southbay | 22475934 | Dodge | B3500 | 1997 | Replacement |
| Southbay | 22452154 | Dodge | B3500 | 1995 | Replacement |
| Southbay | 22477044 | Dodge | B3500 | 1997 | Replacement |
| Southbay | 22490394 | Dodge | B3500 | 1999 | Replacement |
| Southbay | 22452113 | Dodge | B3500 | 1995 | Replacement |
| Southbay | 22465076 | Dodge | B2500 | 1996 | Replacement |
| Southbay | 22490171 | Dodge | B3500 | 1999 | Replacement |
| Southbay | 22490170 | Dodge | B3500 | 1999 | Replacement |
| Southbay | 22477022 | Dodge | B3500 | 1997 | Replacement |
| Southbay | 22452168 | Dodge | B3500 | 1995 | Replacement |
| Southbay | 22475863 | Dodge | B2500 | 1997 | Replacement |
| Southbay | 22475940 | Dodge | B3500 | 1997 | Replacement |
| Southbay | 22475860 | Dodge | B2500 | 1997 | Replacement |
| Southbay | 22A0029 | Ford | F450 | 1997 | New |
| Ybor | 22476535 | Dodge | B2500 | 1997 | Replacement |

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| Ybor | 22475899 | Dodge | B2500 | 1997 | Replacement |
| Ybor | 22A0002 | Ford | F450 | 1996 | New |
| Ybor | 22475859 | Dodge | B2500 | 1997 | Replacement |
| Ybor | 22475865 | Dodge | B2500 | 1997 | Replacement |
| Ybor | 22475952 | Dodge | B3500 | 1997 | Replacement |
| Ybor | 22490164 | Dodge | B3500 | 1999 | Replacement |
| Ybor | 22477096 | Dodge | B3500 | 1997 | Replacement |
| Ybor | 22482080 | Dodge | B3500 | 1998 | Replacement |
| Ybor | 22476540 | Dodge | B2500 | 1997 | Replacement |
| Ybor | 22475936 | Dodge | B3500 | 1997 | Replacement |
| Ybor | 22475856 | Dodge | B2500 | 1997 | Replacement |
| Ybor | 22410144 | Dodge | B2500 | 2001 | Replacement |
| Ybor | 22490387 | Dodge | B3500 | 1999 | Replacement |
| Ybor | 22476533 | Dodge | B2500 | 1997 | Replacement |
| Ybor | 22490177 | Dodge | B3500 | 1999 | Replacement |
| Ybor | 22476554 | Dodge | B2500 | 1997 | Replacement |
| Ybor | 22490385 | Dodge | B3500 | 1999 | Replacement |
| Ybor | 22475929 | Dodge | B3500 | 1997 | Replacement |
| Ybor | 22482079 | Dodge | B3500 | 1998 | Replacement |
| Ybor | 22476542 | Dodge | B2500 | 1997 | Replacement |
| Ybor | 22410147 | Dodge | B2500 | 2001 | Replacement |
| Ybor | 22475856 | Dodge | B150 | 1994 | Replacement |
| Ybor | 22475941 | Dodge | B3500 | 1997 | Replacement |
| Ybor | 22476537 | Dodge | B2500 | 1997 | Replacement |
| Sumter Reporting Center | 110430200 | CHEV | G2500 | 2004 | New |
| Sumter Reporting Center | 22490075 | DODGE | B2500 | 1999 | New |
| Sumter Reporting Center | 35297668 | FORD | F350 | 1999 | New |
| Winnsboro Reporting Center | 22490077 | DODGE | B2500 | 1999 | New |
| Sumter Reporting Center | 22402153 | DODGE | B2500 | 2000 | New |
| Sumter Reporting Center | 220330050 | CHEV | C4500 | 2003 | New |
| Sumter Reporting Center | 22410021 | DODGE | B2500 | 2001 | New |
| Sumter Reporting Center | 22402152 | DODGE | B2500 | 2000 | New |
| Sumter Reporting Center | 22490080 | DODGE | B2500 | 1999 | New |
| Sumter Reporting Center | 34197590 | FORD | F250 | 1999 | New |
| Sumter Reporting Center | 35273168 | FORD | F350 | 1997 | New |
| Sumter Reporting Center | 110530968 | Chev | G2500 | 2005 | New |
| Winnsboro Reporting Center | 22402105 | DODGE | B3500 | 2000 | New |
| Sumter Reporting Center | 35273525 | FORD | F350 | 1997 | New |
| Winnsboro Reporting Center | 220230121 | CHEV | C3500HD | 2002 | New |
| Winnsboro Reporting Center | 22401960 | DODGE | B2500 | 2000 | New |
| Sumter Reporting Center | 110430199 | CHEV | G2500 | 2004 | New |
| Kingstree Reporting Center | 34197465 | FORD | F250 | 1999 | New |
| Kingstree Reporting Center | C241221 | FORD | SUPER DUTY | 1991 | New |
| Johnsville Reporting Center | 35298018 | FORD | F350 | 1999 | New |
| Pamplico Reporting Center | 35298129 | FORD | F350 | 1999 | New |
| Lake City Reporting Center | 22476236 | DODGE | B3500 | 1997 | New |
| Lake City Reporting Center | 22476232 | DODGE | B3500 | 1997 | New |
| Lake City Reporting Center | 22476237 | DODGE | B3500 | 1997 | New |
| Hemingway Reporting Center | 34197466 | FORD | F250 | 1999 | New |
| Hemingway Reporting Center | 22476234 | DODGE | B3500 | 1997 | New |
| Santee Reporting Center | 35297669 | FORD | F350 | 1999 | New |
| Santee Reporting Center | 22476235 | DODGE | B3500 | 1997 | New |
| Santee Reporting Center | 110530967 | DODGE | B3500 | 1995 | New |
| | | | | | Replacement |

# Additional Web User Information



**Please fill in all fields highlighted in blue for each web user**
**The *User* column should contain the E-mail address the web user will use to log into the MobileAria portal**
**The *Role* should be either *GPS* or *Local Manager***

| First Name | Last Name | BAID | E-Mail | Role |
|---|---|---|---|---|
| Lisa | Cobb | B5TK0L0 | lisa.m.cobb@verizon.com | GPS Admin/Analyst |
| Kenneth | Soule | BGYYZ8Y | kenneth.soule@verizon.com | Local Manager |
| Carol | Chipman | B2VAP9F | carol.chipman@verizon.com | GPS Admin/Analyst |
| Doug | Ahrens | BMBHVZB | doug.ahrens@verizon.com | Local Manager |
| Ron | Caldwell | BL84K27 | ron.caldwell@verizon.com | Local Manager |
| Scott | Cassidy | BGXGDH6 | scott.cassidy@verizon.com | Local Manager |
| Anthony | D'Aliso | BCSRBLA | anthony.daliso@verizon.com | Local Manager |
| John | Mercedes | BG9673R | john.m.mercedes@verizon.com | Local Manager |
| Coretta | Myles | B5PKJTA | coretta.myles@verizon.com | Local Manager |
| Ed | Wisham | BG94BQ7 | ed.wisham@verizon.com | Local Manager |
| Frederick | White | BJ3QF2M | frederick.m.white@verizon.com | Local Manager |
| Lynn | Hamby | BF8SFFB | Lynn.Hamby@verizon.com | GPS Admin/Analyst |
| Fred | Miner | BCL0WS3 | Frederick.Miner@verizon.com | Local Manager |
| John | Wilson | BGLSB4T | John.H.Wilson2@verizon.com | Local Manager |
| | | | | |

# POI Information

MobileAria

**Please fill in all fields highlighted in blue for each Point Of Interest (Landmark)**
**The *Size* column should contain the POI radius (in ft) for a circle POI and width (ft) x length (ft) in case of a square POI**
**example 1: Size = 420 would indicate a circle POI of a radius of 420 ft.**
**example 2: Size = 595x634 would indicate a square POI of a width of 595 ft. and a length of 634 ft. (If currently rectangular)**

**Note - This information needs to be downloaded from current Landmark details**

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| POI INFORMATION | | | | | | | | |

| Market Area | NAME | Account numbe |
|---|---|---|
| West Coast | California Central | 10747 |
| West Coast | California North | 11286 |
| West Coast | California Southeast | 10909 |
| West Coast | California BTL | 13667 |
| Southeast | Carolinas | 7672 |
| Southeast | Florida Coastal | 9292 |
| Southeast | Florida Inland | 5654 |
| Southeast | Florida ESG | |
| North Central | N Central Ill/Wisc | 9291 |
| North Central | Indiana | 9290 |
| North Central | Michigan | 11256 |
| North Central | Ohio | 9293 |
| Texas | Northeast | 7296 |
| Texas | Southwest | 8561 |
| Texas | FIOS | 7929 |
| Liberty | Brooklyn-SI CM | 8944 |
| Liberty | Brooklyn | 8906 |
| Liberty | Manhattan IR | 8946 |
| Liberty | North Manhattan | 8929 |
| Liberty | Wholesale | 8919 |
| Mid Atlantic | Eastern North | 8942 |
| Mid Atlantic | Eastern South | 9934 |
| Mid Atlantic | Keystone East | 10151 |
| Mid Atlantic | Keystone West | 11957 |
| Mid Atlantic | Tri-State WPA | 10110 |
| Mid Atlantic | Wholesale | 10025 |
| New England | Central | 10929 |
| New England | Metro | 10927 |
| New England | Northeast | 9263 |
| New England | SE-Rhode Island | 10931 |
| New England | Wholesale | 10948 |
| New Jersey | Central | 10758 |
| New Jersey | Hudson Bergen | 8938 |
| New Jersey | Southern | 10757 |
| New Jersey | Highland | 8940 |
| New Jersey | Wholesale | 11408 |
| Capital | Central | 9236 |
| Capital | Midstate | 6542 |
| Capital | Northeast | 9234 |
| Capital | Western | 10907 |
| Island Metro | Queens | 8941 |
| Island Metro | Bronx | 8939 |
| Island Metro | Nassua | 8943 |
| Island Metro | Suffolk | |
| Potomac | Balt/ES | 11001 |
| Potomac | DC Region | 10645 |
| Potomac | North VA | 11217 |
| Potomac | Patuxent | 8948 |
| Potomac | Richmond VA | 5948 |
| Potomac | South VA | 11537 |
| Potomac | Wholesale | 8949 |

| | | |
|---|---|---|
| Southeast | Verizon Construction-Southeast | 13193 |
| Mid Atlantic | Verizon Construction- Western | 13566 |
| Mid Atlantic | Verizon Construction- Eastern | 13586 |
| Potomac | Verizon Construction-Potomac M | 14395 |