# MobileAria

## Account/Garage Information

**Note regarding the information below:**
1) Billing Contact will be the person billed for the service usage of all vehicles in that Account (MobileAria and Verizon Wireless service usage)
2) The Primary Contact will be the first person to contact for installations and ongoing support of vehicles belonging to the Garage
3) The Secondary Contact will be used as a backup contact in case the Primary Contact is unavailable for that Garage
4) Use the tab key to navigate from cell to cell.

**PLEASE COMPLETE SOAF AND CLICK HERE TO EMAIL:** vz_install@mobilearia.com

### Billing Information

| Market Area | Account Name | Account# | Address |||
|---|---|---|---|---|---|
| | | | Street | City | State | Zip |
| Island Metro | Queens | 8941 | 137-34 Northern Blvd Floor 1 | Flushing | NY | 11354 |

### Contact Information

| Contact Type | Contact Preference | First Name | Last Name | Work Phone | Mobile # | E-Mail | BAID |
|---|---|---|---|---|---|---|---|
| Billing Contact | Billing | Harun | Sahin | 718-460-7619 | 917-597-3754 | harun.h.sahin@verizon.com | 8084275 |
| GPS Admin/Analyst | Primary | Vivian | Lin | 718-460-7674 | | vivian.a.lin@verizon.com | |
| Other | Secondary | Stacy | Morgan | 718-460-7603 | | Stacy.l.morgan@verizon.com | |
| ROS / MAS | Escalation | Floyd | Khemai | 516-832-4857 | 917-620-4298 | | |

**Wireless Plan** Limited    Click cell to change between Limited ( CDMA / 2 Mb) or Unlimited

### List Installation Locations Only

| Work Center/Garage Name | Area Code | Days/Hours of Operation | Address ||||| Garage Contact Information ||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Street | City | State | Zip | Contact | First Name | Last Name | Work Phone | Mobile # | E-Mail |
| Bayside | 718 | 7am-4pm | 215-01 42nd Avenue | Bayside | NY | 11361 | Primary | Pat | Russo | 718-423-9981 | 917-842-5536 | patrick.a.russo@verizon.com |
| Maspeth | 718 | 7am-4pm | 78-11 57th Avenue | Maspeth | NY | 11373 | Primary | Joe | Schneider | 718-476-9947 | 516-729-6013 | joseph.f.schneider@verizon.com |
| St. Albans | 718 | 7am-4pm | 179-45 110th Avenue | St. Albans | NY | 11433 | Primary | Jerry | Kulikowski | 718-297-9980 | 917-974-3191 | gerard.2.kulikowski@verizon.com |
| Laurelton | 718 | 7am-4pm | 147-10 Guy R. Brewer Blvd | Laurelton | NY | 11434 | Primary | David | Groce | 718-732-9920 | 917-881-5838 | david.j.groce@verizon.com |
| Astoria | 718 | 7am-4pm | 19-19 46 Street | Astoria | NY | 11105 | Primary | Jill | Tableman | 718-626-1905 | | jill.m.tableman@verizon.com |

Please provide information for each of the vehicles
For faster processing, please follow these procedures:
1) Please fill in all fields highlighted in blue for each Vehicle
2) Please use the same Garage Name as listed in the Garage Information tab
3) Please make sure that each Vehicle# is only entered once

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| BAYSIDE | 1100014 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1101852 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102714 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102715 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102716 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102717 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102718 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102719 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102720 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102721 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102723 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102724 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102725 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102726 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102727 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102728 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102730 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102731 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102732 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102733 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1102734 | DODGE | B1500 | 2000 | Replacement |
| BAYSIDE | 1112230 | DODGE | B1500 | 2001 | Replacement |
| BAYSIDE | 1112231 | DODGE | B1500 | 2001 | Replacement |
| BAYSIDE | 1112232 | DODGE | B1500 | 2001 | Replacement |
| BAYSIDE | 1112233 | DODGE | B1500 | 2001 | Replacement |
| BAYSIDE | 1119962 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1125485 | DODGE | B1500 | 2002 | Replacement |
| BAYSIDE | 1125486 | DODGE | B1500 | 2002 | Replacement |
| BAYSIDE | 1146835 | DODGE | B250 | 1994 | Replacement |
| BAYSIDE | 1154563 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154604 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154633 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154660 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154666 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154667 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154679 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154681 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154690 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154709 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154713 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154719 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154720 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154729 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154768 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154769 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154790 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154853 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154861 | DODGE | B250 | 1995 | Replacement |

EXH. B-2
QUEENS / VEHICLE INFORMATION

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| BAYSIDE | 1154873 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154886 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154893 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154926 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154928 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154947 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154980 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1154984 | DODGE | B250 | 1995 | Replacement |
| BAYSIDE | 1164024 | DODGE | B2500 | 1996 | Replacement |
| BAYSIDE | 1164036 | DODGE | B2500 | 1996 | Replacement |
| BAYSIDE | 1164038 | DODGE | B2500 | 1996 | Replacement |
| BAYSIDE | 1164047 | DODGE | B2500 | 1996 | Replacement |
| BAYSIDE | 1164072 | DODGE | B2500 | 1996 | Replacement |
| BAYSIDE | 1164227 | DODGE | B2500 | 1996 | Replacement |
| BAYSIDE | 1164241 | DODGE | B2500 | 1996 | Replacement |
| BAYSIDE | 1164423 | DODGE | B2500 | 1996 | Replacement |
| BAYSIDE | 1164427 | DODGE | B2500 | 1996 | Replacement |
| BAYSIDE | 1164449 | DODGE | B2501 | 1996 | Replacement |
| BAYSIDE | 3029002 | GMC | C3500 | 2002 | Replacement |
| BAYSIDE | 3058400 | GMC | C3500 | 1995 | Replacement |
| BAYSIDE | 3068441 | FORD | F450 | 1996 | New |
| BAYSIDE | 220530209 | GMC | C4500 | 2005 | New |
| MASPETH | 1100010 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1100019 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1100025 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1101535 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102451 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102452 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102713 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102722 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102729 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102754 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102756 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102757 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102758 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102759 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102760 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102761 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102762 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102763 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102764 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1102765 | DODGE | B1500 | 2000 | Replacement |
| MASPETH | 1112228 | DODGE | B1500 | 2001 | Replacement |
| MASPETH | 1112229 | DODGE | B1500 | 2001 | Replacement |
| MASPETH | 1114565 | DODGE | B1500 | 2001 | Replacement |
| MASPETH | 1116193 | DODGE | B1500 | 2001 | Replacement |
| MASPETH | 1120099 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1132595 | DODGE | B150 | 1994 | Replacement |
| MASPETH | 1146675 | DODGE | B250 | 1994 | Replacement |
| MASPETH | 1147235 | DODGE | B250 | 1994 | Replacement |
| MASPETH | 1150601 | FORD | E250 | 1995 | Replacement |
| MASPETH | 1150605 | FORD | E250 | 1995 | Replacement |
| MASPETH | 1150636 | FORD | E250 | 1995 | Replacement |
| MASPETH | 1150637 | FORD | E250 | 1995 | Replacement |

EXH. B-2
QUEENS / VEHICLE INFORMATION

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| MASPETH | 1150640 | FORD | E250 | 1995 | Replacement |
| MASPETH | 1154553 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154556 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154571 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154577 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154578 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154588 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154601 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154607 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154608 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154609 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154610 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154617 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154620 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154638 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154646 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154659 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154669 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154673 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154696 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154697 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154707 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154723 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154731 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154763 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154783 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154786 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154787 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154798 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154841 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154869 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154878 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154897 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154908 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154909 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154936 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154938 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1154949 | DODGE | B250 | 1995 | Replacement |
| MASPETH | 1163481 | DODGE | B250 | 1996 | Replacement |
| MASPETH | 1163500 | DODGE | B250 | 1996 | Replacement |
| MASPETH | 1163519 | DODGE | B250 | 1996 | Replacement |
| MASPETH | 1163536 | DODGE | B250 | 1996 | Replacement |
| MASPETH | 1164251 | DODGE | B2500 | 1996 | Replacement |
| MASPETH | 1164253 | DODGE | B2500 | 1996 | Replacement |
| MASPETH | 1164272 | DODGE | B2500 | 1996 | Replacement |
| MASPETH | 1170007 | DODGE | B250 | 1997 | Replacement |
| MASPETH | 1173463 | DODGE | B250 | 1996 | Replacement |
| MASPETH | 1173464 | DODGE | B250 | 1997 | Replacement |
| MASPETH | 1182339 | DODGE | B1500 | 1998 | Replacement |
| MASPETH | 3016626 | GMC | C3500 | 1991 | Replacement |
| MASPETH | 3016836 | GMC | C3500 | 1991 | Replacement |
| MASPETH | 3016976 | GMC | C3500 | 1991 | Replacement |
| MASPETH | 3020976 | GMC | C3500 | 1992 | Replacement |
| MASPETH | 110430255 | CHEVY | G1500 | 2004 | Replacement |

EXH. B-2
QUEENS / VEHICLE INFORMATION

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| ST. ALBANS | 1100020 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1101349 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1101575 | DODGE | B1500 | 2000 | Replacement |
| ST. ALBANS | 1101603 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1102244 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1102433 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1102434 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1102437 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1102443 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1102630 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1102633 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1102634 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1102635 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1102637 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1102638 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1102639 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1102640 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1102641 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1102642 | DODGE | B1500 | 2000 | Replacement |
| ST. ALBANS | 1102643 | DODGE | B150 | 00 | Replacement |
| ST. ALBANS | 1110879 | DODGE | B150 | 95 | Replacement |
| ST. ALBANS | 1111996 | DODGE | B150 | 94 | Replacement |
| ST. ALBANS | 1112368 | DODGE | B150 | 94 | Replacement |
| ST. ALBANS | 1112510 | DODGE | B150 | 94 | Replacement |
| ST. ALBANS | 1112517 | DODGE | B150 | 94 | Replacement |
| ST. ALBANS | 1112519 | DODGE | B150 | 94 | Replacement |
| ST. ALBANS | 1114930 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1118805 | DODGE | B150 | 91 | Replacement |
| ST. ALBANS | 1119956 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1119964 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1119967 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1120102 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1125491 | DODGE | B150 | 02 | Replacement |
| ST. ALBANS | 1125492 | DODGE | B150 | 02 | Replacement |
| ST. ALBANS | 1125493 | DODGE | B150 | 03 | Replacement |
| ST. ALBANS | 1125494 | DODGE | B150 | 02 | Replacement |
| ST. ALBANS | 1125495 | DODGE | B150 | 02 | Replacement |
| ST. ALBANS | 1125498 | DODGE | B150 | 02 | Replacement |
| ST. ALBANS | 1132525 | DODGE | B150 | 94 | Replacement |
| ST. ALBANS | 1132535 | DODGE | B150 | 94 | Replacement |
| ST. ALBANS | 1132675 | DODGE | B150 | 94 | Replacement |
| ST. ALBANS | 1132975 | DODGE | B150 | 94 | Replacement |
| ST. ALBANS | 1133165 | DODGE | B150 | 94 | Replacement |
| ST. ALBANS | 1133585 | DODGE | B150 | 94 | Replacement |
| ST. ALBANS | 1133605 | DODGE | B150 | 94 | Replacement |
| ST. ALBANS | 1133675 | DODGE | B150 | 94 | Replacement |
| ST. ALBANS | 1133835 | DODGE | B150 | 94 | Replacement |
| ST. ALBANS | 1133945 | DODGE | B150 | 1994 | Replacement |
| ST. ALBANS | 1133975 | DODGE | B150 | 94 | Replacement |
| ST. ALBANS | 1141235 | DODGE | B250 | 94 | Replacement |
| ST. ALBANS | 1146665 | DODGE | B250 | 1994 | Replacement |
| ST. ALBANS | 1146725 | DODGE | B250 | 94 | Replacement |
| ST. ALBANS | 1146735 | DODGE | B250 | 94 | Replacement |
| ST. ALBANS | 1146925 | DODGE | B250 | 94 | Replacement |

EXH. B-2
QUEENS / VEHICLE INFORMATION

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| ST. ALBANS | 1147015 | DODGE | B250 | 94 | Replacement |
| ST. ALBANS | 1147025 | DODGE | B250 | 94 | Replacement |
| ST. ALBANS | 1147055 | DODGE | B250 | 94 | Replacement |
| ST. ALBANS | 1147205 | DODGE | B250 | 1994 | Replacement |
| ST. ALBANS | 1147375 | DODGE | B250 | 1994 | Replacement |
| ST. ALBANS | 1154554 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154564 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154579 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154591 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154606 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154616 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154653 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154654 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154657 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154670 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154671 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154684 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154711 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154717 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154726 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154758 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154767 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154779 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154797 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154849 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154856 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154868 | DODGE | B250 | 1995 | Replacement |
| ST. ALBANS | 1154876 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154887 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154890 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154891 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154896 | DODGE | B150 | 01 | Replacement |
| ST. ALBANS | 1154898 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154916 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154919 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154921 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154924 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154930 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154931 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154939 | DODGE | B250 | 1995 | Replacement |
| ST. ALBANS | 1154940 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154943 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154944 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154953 | DODGE | B250 | 1995 | Replacement |
| ST. ALBANS | 1154967 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154978 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1154989 | DODGE | B250 | 95 | Replacement |
| ST. ALBANS | 1164017 | DODGE | B250 | 96 | Replacement |
| ST. ALBANS | 1164048 | DODGE | B250 | 96 | Replacement |
| ST. ALBANS | 1164230 | DODGE | B250 | 96 | Replacement |
| ST. ALBANS | 1164249 | DODGE | B250 | 96 | Replacement |
| ST. ALBANS | 1164254 | DODGE | B2500 | 1996 | Replacement |
| ST. ALBANS | 1164258 | DODGE | B250 | 96 | Replacement |
| ST. ALBANS | 1164260 | DODGE | B250 | 96 | Replacement |

EXH. B-2
QUEENS / VEHICLE INFORMATION

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| ST. ALBANS | 1164267 | DODGE | B250 | 96 | Replacement |
| ST. ALBANS | 1164270 | DODGE | B250 | 96 | Replacement |
| ST. ALBANS | 1182232 | DODGE | B1500 | 1998 | Replacement |
| ST. ALBANS | 1182236 | DODGE | B150 | 98 | Replacement |
| ST. ALBANS | 1182382 | DODGE | B150 | 98 | Replacement |
| ST. ALBANS | 1182383 | DODGE | B150 | 98 | Replacement |
| ST. ALBANS | 3019320 | GMC | C3500 | 01 | Replacement |
| ST. ALBANS | 3068198 | FORD | F450 | 1996 | Replacement |
| ST. ALBANS | 3068199 | FORD | F450 | 96 | Replacement |
| ST. ALBANS | 3071668 | FORD | F450 | 97 | Replacement |
| ST. ALBANS | 110340291 | DODGE | B1500 | 2003 | Replacement |
| ST. ALBANS | 1140340288 | DODGE | B150 | 03 | Replacement |
| ST. ALBANS | 1140340289 | DODGE | B150 | 03 | Replacement |
| ST. ALBANS | 1140340290 | DODGE | B150 | 03 | Replacement |
| LAURELTON | 1102574 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1101508 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1150615 | FORD | E250 | 1995 | Replacement |
| LAURELTON | 1154789 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1154648 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1146955 | DODGE | B250 | 1994 | Replacement |
| LAURELTON | 1146985 | DODGE | B250 | 1994 | Replacement |
| LAURELTON | 1154917 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1163539 | DODGE | B250 | 1996 | Replacement |
| LAURELTON | 1125489 | DODGE | B1500 | 2002 | Replacement |
| LAURELTON | 1133525 | DODGE | B150 | 1994 | New |
| LAURELTON | 1154716 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 3029001 | GMC | C3500 | 2002 | New |
| LAURELTON | 1102584 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1100023 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1133275 | DODGE | B150 | 1994 | Replacement |
| LAURELTON | 1154680 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1146425 | DODGE | B250 | 1994 | Replacement |
| LAURELTON | 1115554 | CHEVY | ASTRO | 1991 | Replacement |
| LAURELTON | 1154647 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1154906 | DODGE | B250 | 1995 | New |
| LAURELTON | 1146715 | DODGE | B250 | 1994 | Replacement |
| LAURELTON | 1101608 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1154649 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1154618 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1123402 | CHEVY | G20 | 1995 | Replacement |
| LAURELTON | 1102586 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1102590 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1115934 | CHEVY | ASTRO | 1991 | Replacement |
| LAURELTON | 3071570 | FORD | F450 | 1997 | New |
| LAURELTON | 1154937 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1154973 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1102582 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1154964 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1133055 | DODGE | B150 | 1994 | Replacement |
| LAURELTON | 1182230 | DODGE | B1500 | 1998 | New |
| LAURELTON | 1102581 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1154991 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1112499 | DODGE | B150 | 1994 | Replacement |
| LAURELTON | 1146745 | DODGE | B250 | 1994 | Replacement |

EXH. B-2
QUEENS / VEHICLE INFORMATION

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| LAURELTON | 1146835 | DODGE | B250 | 1994 | Replacement |
| LAURELTON | 1154904 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1182235 | DODGE | B1500 | 1998 | Replacement |
| LAURELTON | 1101631 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1102583 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1154894 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1163534 | DODGE | B250 | 1996 | Replacement |
| LAURELTON | 1101459 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1134025 | DODGE | B150 | 1994 | Replacement |
| LAURELTON | 1132465 | DODGE | B150 | 1994 | Replacement |
| LAURELTON | 1147045 | DODGE | B250 | 1994 | Replacement |
| LAURELTON | 1119959 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1119969 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1117733 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1102575 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1154704 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1154587 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1154708 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1112502 | DODGE | B150 | 1994 | New |
| LAURELTON | 1163477 | DODGE | B250 | 1996 | Replacement |
| LAURELTON | 1147245 | DODGE | B250 | 1994 | Replacement |
| LAURELTON | 1154860 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1163460 | DODGE | B250 | 1996 | Replacement |
| LAURELTON | 1101584 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1120506 | GMC | SAFARI | 1992 | New |
| LAURELTON | 1154599 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1154559 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1132905 | DODGE | B150 | 1994 | Replacement |
| LAURELTON | 1154918 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1163526 | DODGE | B250 | 1996 | Replacement |
| LAURELTON | 1154718 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1133685 | DODGE | B150 | 1994 | Replacement |
| LAURELTON | 1132485 | DODGE | B150 | 1994 | Replacement |
| LAURELTON | 1102577 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1147035 | DODGE | B250 | 1994 | Replacement |
| LAURELTON | 1154557 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1146905 | DODGE | B250 | 1994 | Replacement |
| LAURELTON | 1154570 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1133635 | DODGE | B150 | 1994 | Replacement |
| LAURELTON | 1154867 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1154619 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 110340292 | DODGE | B1500 | 2003 | New |
| LAURELTON | 1154710 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1102589 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1102587 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1133995 | DODGE | B150 | 1994 | Replacement |
| LAURELTON | 1101403 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1133855 | DODGE | B150 | 1994 | Replacement |
| LAURELTON | 1154683 | DODGE | B250 | 1995 | New |
| LAURELTON | 1154781 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1102578 | DODGE | B1500 | 2000 | New |
| LAURELTON | 1102580 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1125490 | DODGE | B1500 | 2002 | New |
| LAURELTON | 1199850 | DODGE | B1500 | 1999 | Replacement |

EXH. B-2
QUEENS / VEHICLE INFORMATION

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| LAURELTON | 1146695 | DODGE | B250 | 1994 | Replacement |
| LAURELTON | 1146995 | DODGE | B250 | 1994 | Replacement |
| LAURELTON | 1154678 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1102579 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1147005 | DODGE | B250 | 1994 | Replacement |
| LAURELTON | 1102591 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1154567 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1133515 | DODGE | B150 | 1994 | Replacement |
| LAURELTON | 1154613 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1132725 | DODGE | B150 | 1994 | Replacement |
| LAURELTON | 1118895 | DODGE | B150 | 1991 | Replacement |
| LAURELTON | 1134015 | DODGE | B150 | 1994 | Replacement |
| LAURELTON | 3068194 | FORD | F450 | 1996 | New |
| LAURELTON | 1102588 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1154954 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1154574 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1154637 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1154597 | DODGE | B250 | 1995 | Replacement |
| LAURELTON | 1182234 | DODGE | B1500 | 1998 | Replacement |
| LAURELTON | 1102585 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1125505 | DODGE | B1500 | 2002 | New |
| LAURELTON | 1125504 | DODGE | B1500 | 2002 | New |
| LAURELTON | 1146915 | DODGE | B250 | 1994 | Replacement |
| LAURELTON | 1154766 | DODGE | B251 | 1995 | Replacement |
| LAURELTON | 1101468 | DODGE | B1500 | 2000 | Replacement |
| LAURELTON | 1150612 | FORD | E250 | 1995 | Replacement |
| LAURELTON | 1146755 | DODGE | B250 | 1994 | Replacement |
| LAURELTON | 1111964 | DODGE | B150 | 1992 | Replacement |
| ASTORIA | 1100009 | DODGE | B250 | 1994 | Replacement |
| ASTORIA | 1100016 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1101470 | DODGE | B1500 | 2000 | Replacement |
| ASTORIA | 1101590 | DODGE | B1500 | 2000 | Replacement |
| ASTORIA | 1101609 | DODGE | B1500 | 2000 | Replacement |
| ASTORIA | 1102698 | DODGE | B1500 | 2000 | Replacement |
| ASTORIA | 1102699 | DODGE | B1500 | 2000 | Replacement |
| ASTORIA | 1102700 | DODGE | B1500 | 2000 | Replacement |
| ASTORIA | 1102701 | DODGE | B1500 | 2000 | Replacement |
| ASTORIA | 1102702 | DODGE | B1500 | 2000 | Replacement |
| ASTORIA | 1102703 | DODGE | B1500 | 2000 | Replacement |
| ASTORIA | 1102704 | DODGE | B1500 | 2000 | Replacement |
| ASTORIA | 1102705 | DODGE | B1500 | 2000 | New |
| ASTORIA | 1102706 | DODGE | B1500 | 2000 | New |
| ASTORIA | 1102707 | DODGE | B1500 | 2000 | Replacement |
| ASTORIA | 1112225 | DODGE | B1500 | 2001 | Replacement |
| ASTORIA | 1112226 | DODGE | B1500 | 2001 | Replacement |
| ASTORIA | 1112227 | DODGE | B1500 | 2001 | Replacement |
| ASTORIA | 1112357 | DODGE | B150 | 1994 | Replacement |
| ASTORIA | 1112522 | DODGE | B150 | 1994 | Replacement |
| ASTORIA | 1113909 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1115744 | CHEVY | ASTRO | 1991 | New |
| ASTORIA | 1119953 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1119961 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1120336 | GMC | SAFARI | 1992 | New |
| ASTORIA | 1122345 | DODGE | B150 | 1992 | New |

EXH. B-2
QUEENS / VEHICLE INFORMATION

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| ASTORIA | 1123935 | DODGE | B150 | 1992 | Replacement |
| ASTORIA | 1124045 | DODGE | B150 | 1992 | Replacement |
| ASTORIA | 1133145 | DODGE | B150 | 1994 | Replacement |
| ASTORIA | 1133595 | DODGE | B150 | 1994 | Replacement |
| ASTORIA | 1133985 | DODGE | B150 | 1994 | Replacement |
| ASTORIA | 1146775 | DODGE | B250 | 1994 | Replacement |
| ASTORIA | 1147065 | DODGE | B250 | 1994 | Replacement |
| ASTORIA | 1147145 | DODGE | B250 | 1994 | Replacement |
| ASTORIA | 1147175 | DODGE | B250 | 1994 | New |
| ASTORIA | 1147285 | DODGE | B250 | 1994 | Replacement |
| ASTORIA | 1147315 | DODGE | B250 | 1994 | Replacement |
| ASTORIA | 1147355 | DODGE | B250 | 1994 | Replacement |
| ASTORIA | 1150624 | FORD | E250 | 1995 | Replacement |
| ASTORIA | 1154561 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154566 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154573 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154584 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154614 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154639 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154641 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154658 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154701 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154727 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154733 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154761 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154771 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154784 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154793 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154850 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154914 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154920 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154927 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154951 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154974 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154979 | DODGE | B250 | 1995 | New |
| ASTORIA | 1154987 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1154988 | DODGE | B250 | 1995 | Replacement |
| ASTORIA | 1163520 | DODGE | B250 | 1996 | Replacement |
| ASTORIA | 1163530 | DODGE | B250 | 1996 | Replacement |
| ASTORIA | 1164266 | DODGE | B2500 | 1996 | Replacement |
| ASTORIA | 1173466 | DODGE | B250 | 1997 | Replacement |
| ASTORIA | 1182337 | DODGE | B1500 | 1998 | Replacement |
| ASTORIA | 1182459 | DODGE | B1500 | 1998 | New |
| ASTORIA | 1197693 | DODGE | B1500 | 1999 | Replacement |
| ASTORIA | 2080442 | DODGE | B3500 | 1998 | Replacement |
| ASTORIA | 110340284 | DODGE | B1500 | 2003 | New |
| ASTORIA | 110340286 | DODGE | B1500 | 2003 | Replacement |
| ASTORIA | 110340287 | DODGE | B1500 | 2003 | New |

EXH. B-2
QUEENS / VEHICLE INFORMATION



## Additional Web User Information

Please fill in all fields highlighted in blue for each web user
The *User* column should contain the E-mail address the web user will use to log into the MobileAria portal
The *Role* should be either *GPS* or *Local Manager*

| First Name | Last Name | BAID | E-Mail | Role |
|---|---|---|---|---|
| Vivian | Lin | BCZ54NS | Vivian.A.Lin@verizon.com | GPS Admin/Analyst |
| Craig | Lambright | BC6YSXC | craig.n.lambright@verizon.com | Local Manager |
| Robert | Oven | BBWNP2M | robert.f.oven@verizon.com | Local Manager |
| Patrick | Russo | B0JV9MK | patrick.a.russo@verizon.com | Local Manager |
| Lou | Torres | BC4B9KV | louis.a.torres@verizon.com | Local Manager |
| Romeo | DiGiallonardo | BC6TB9K | romeo.g.digiallonardo@verizon.com | Local Manager |
| Norbert | Grant | BBR0H5B | norbert.j.grant.jr@verizon.com | Local Manager |
| Bob | Hilsby | BCMA9ZF | robert.c.hilsby.iii@verizon.com | Local Manager |
| Donna | McCullough | BCN17J0 | donna.a.mccullough@verizon.com | Local Manager |
| Joe | Schneider | BBY6A8A | joseph.f.schneider@verizon.com | Local Manager |
| Tom | Goetz | B0TJTL9 | thomas.a.goetz@verizon.com | Local Manager |
| Kathy | Hernandez | B0N56RC | kathy.hernandez@verizon.com | Local Manager |
| Jerry | Kulikowski | BCV53HD | gerard.2.kulikowski@verizon.com | Local Manager |
| Bill | Morrone | B0650Z2 | william.morrone@verizon.com | Local Manager |
| Phil | Simone | BBNGBA9 | philip.g.simone@verizon.com | Local Manager |
| Harry | Tsassis | B0X97AL | haralambos.tsassis@verizon.com | Local Manager |
| Richard | Daniel | BBPGHC8 | richard.v.daniel@verizon.com | Local Manager |
| Patricia | Durecko | BC3JA2N | patricia.a.durecko@verizon.com | Local Manager |
| David | Groce | B0394LB | david.j.groce@verizon.com | Local Manager |
| Bill | Haas | B06NSJ5 | william.m.haas@verizon.com | Local Manager |
| Rudy | Nitschke | B0M5GT4 | rudolph.j.nitschke@verizon.com | Local Manager |
| Daniela | Singer | B0SN6FN | daniela.singer@verizon.com | Local Manager |
| Kenneth | Wade | BBPDAGV | kenneth.j.wade@verizon.com | Local Manager |
| Mark | Dorah | BBZ79FM | royan.m.dorah@verizon.com | Local Manager |
| Lamar | Jeffries | BCBYGWV | lamar.jeffries@verizon.com | Local Manager |
| Dennis | Miller | BCCWMQL | dennis.w.miller@verizon.com | Local Manager |
| John | Shields | B0MRSXW | john.c.shields@verizon.com | Local Manager |
| Jill | Tableman | BC5CN9C | jill.m.tableman@verizon.com | Local Manager |

EXH. B-2
QUEENS / ALL WEB USER INFORMATION

## MobileAria

## POI Information

Please fill in all fields highlighted in blue for each Point Of Interest (Landmark)
The *Size* column should contain the POI radius (in ft) for a circle POI and width (ft) x length (ft) in case of a square POI
example 1: Size = 420 would indicate a circle POI of a radius of 420 ft.
example 2: Size = 595x634 would indicate a square POI of a width of 595 ft. and a length of 634 ft. (If currently rectangular)
Note - This information needs to be downloaded from current Landmark details

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **EXAMPLE** |
| | | | | | | | | | **Delete or copy over example!** |
| 115 AV CO | 40.695421 | -73.838613 | 8728 109TH ST | RICHMOND HL | NY | 11418 | 250 | 14 | |
| 115 C.O | 40.676806 | -73.820088 | 11836 115TH AVE | SOUTH OZONE PARK | NY | 11420 | 600 | 14 | |
| 150 Frame | 40.816981 | -73.918649 | 370 E 150TH ST | BRONX | NY | 10455 | 250 | 14 | |
| 167 Frame | 40.834941 | -73.918874 | 117 E 167TH ST | BRONX | NY | 10452 | 250 | 14 | |
| 175st Frame | 40.846973 | -73.909099 | 1775 GRAND CONC | BRONX | NY | 10453 | 250 | 14 | |
| 2300 Randall | 40.81944 | -73.844694 | 2300 RANDALL AVE | BRONX | NY | 10473 | 620x60 | 15 | |
| Arthur avenue | 40.85552 | -73.887427 | 602 E 187TH ST | BRONX | NY | 10458 | 250 | 3 | |
| Astoria Frame | 40.768143 | -73.921472 | 2827 30TH ST | ASTORIA | NY | 11102 | 250 | 14 | |
| Astoria Garage | 40.775006 | -73.896147 | 1919 46TH ST | ASTORIA | NY | 11105 | 744x81 | 14 | |
| Atlantic Av Garage | 40.689242 | -73.84368 | 10002 ATLANTIC AVE | RICHMOND HL | NY | 11418 | 250 | 14 | |
| Bagel shop | 40.777964 | -73.912585 | 2191 27TH ST | ASTORIA | NY | 11105 | 350 | 15 | |
| Bay Plaza Shopping Center | 40.868431 | -73.829452 | 2252 BARTOW AVE | BRONX | NY | 10475 | 250 | 7 | |
| Bayside Garage | 40.762761 | -73.767915 | 21501 42ND AVE | BAYSIDE | NY | 11361 | 350 | 14 | |
| Bayside/Flushing CXR | 40.761594 | -73.769153 | 21420 43RD AVE | BAYSIDE | NY | 11361 | 300 | 14 | |
| Bronx River Garage | 40.838448 | -73.871885 | 1541 BRONX RIVER AVE | BRONX | NY | 10460 | 250 | 14 | |
| C.E.V. | 40.872284 | -73.833539 | 620 BAYCHESTER AVE | BRONX | NY | 10475 | 250 | 5 | |
| C.E.V. | 40.878022 | -73.833223 | 920 BAYCHESTER AVE | BRONX | NY | 10475 | 250 | 5 | |
| C.E.V. | 40.872348 | -73.82477 | 100 BELLAMY LOOP | BRONX | NY | 10475 | 250 | 5 | |
| C.E.V. | 40.879168 | -73.825281 | 100 CARVER LOOP | BRONX | NY | 10475 | 250 | 5 | |
| C.E.V. | 40.871111 | -73.825236 | 100 CO OP CITY BLVD | BRONX | NY | 10475 | 250 | 5 | |
| C.E.V. | 40.86279 | -73.826078 | 4120 HUTCHINSON RIVER PKY E | BRONX | NY | 10475 | 250 | 5 | |
| C.E.V. | 40.864985 | -73.824037 | 4180 HUTCHINSON RIVER PKY E | BRONX | NY | 10475 | 250 | 5 | |
| C.E.V. | 40.870073 | -73.832231 | 100 ALDRICH ST | BRONX | NY | 10475 | 250 | 15 | |
| CEV | 40.785983 | -73.807768 | 15418 CROSS ISLAND PKY | WHITESTONE | NY | 11357 | 250 | 5 | |
| CEV  (Bartow & Grace) | 40.868378 | -73.834261 | 1947 BARTOW AVE | BRONX | NY | 10469 | 250 | 5 | |
| CEV F/O 55 East 208TH ST. | 40.879462 | -73.88222 | 55 E 208TH ST | BRONX | NY | 10467 | 250 | 5 | |
| Chinese Buffet | 40.83595 | -73.833211 | 3219 E TREMONT AVE | BRONX | NY | 10461 | 250 | 7 | |
| City Island Central Office | 40.845329 | -73.784691 | 146 SCHOFIELD ST | BRONX | NY | 10464 | 400 | 14 | |
| Corona Garage | 40.741032 | -73.865064 | 9715 CHRISTIE AVE | CORONA | NY | 11368 | 250 | 14 | |
| Cruger Frame | 40.871397 | -73.866111 | 3050 CRUGER AVE | BRONX | NY | 10467 | 300 | 14 | |
| DRC--Dispatch | 40.839233 | -73.843794 | 2510 WESTCHESTER AVE | BRONX | NY | 10461 | 613 | 14 | |
| DRC/Flushing CO | 40.763675 | -73.828597 | 13734 NORTHERN BLVD | FLUSHING | NY | 11354 | 350 | 14 | |
| Dyre Avenue Garage | 40.886111 | -73.830706 | 3664 DYRE AVE | BRONX | NY | 10466 | 533x60 | 14 | |
| Exterrior Street Garage | 40.813149 | -73.931616 | 325 EXTERIOR ST | BRONX | NY | 10451 | 250 | 14 | |
| Forest Hills Frame | 40.722116 | -73.844811 | 10715 70TH RD | FRST HLS | NY | 11375 | 350 | 14 | |
| HOLLERS/TILLOTSON UNDR I95 N | 40.885697 | -73.821037 | 2490 HOLLERS AVE | BRONX | NY | 10475 | 250 | 7 | |
| Hoe Ave Central Office | 40.825508 | -73.890772 | 1106 HOE AVE | BRONX | NY | 10459 | 250 | 14 | |
| Hollis Frame | 40.714478 | -73.759883 | 19906 93RD AVE | HOLLIS | NY | 11423 | 300 | 14 | |
| Hollis Garage | 40.70946 | -73.76844 | 9920 189TH ST | HOLLIS | NY | 11423 | 644x58 | 15 | |
| J.C. Penny parking lot | 40.86443 | -73.826795 | HUTCHINSON RIVER PKY | BRONX | NY | 10475 | 250 | 7 | |
| Jamaica Business Office | 40.708721 | -73.797996 | 8808 164TH ST | JAMAICA | NY | 11432 | 250 | 14 | |

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type |
|---|---|---|---|---|---|---|---|---|
| Jamaica Frame | 40.70655 | -73.797949 | 8963 163RD ST | JAMAICA | NY | 11432 | 350 | 14 |
| KMART/BARNES&NOBLE | 40.865539 | -73.828513 | MALL UNIT STORE | BRONX | NY | 10475 | 250 | 15 |
| Kingsbridge Frame | 40.878451 | -73.907885 | 3001 KINGSBRIDGE AVE | BRONX | NY | 10463 | 350 | 14 |
| LOT PCRICH/MRSHLL/OLDNAV/TO | 40.86786 | -73.830208 | MALL UNIT STORE | BRONX | NY | 10475 | 250 | 15 |
| LOT R/3645 ROMB. R/4063-75 B R | 40.885862 | -73.829142 | 4073 BOSTON RD | BRONX | NY | 10466 | 250 | 1 |
| Laurelton CO | 40.671923 | -73.761128 | 14010 183RD ST | SPRINGFIELD GARDN | NY | 11413 | 300 | 14 |
| Laurelton Garage | 40.659935 | -73.76864 | 14710 GUY R BREWER BLVD | JAMAICA | NY | 11434 | 250 | 14 |
| Lincoln Ave Garage | 40.806984 | -73.930286 | LINCOLN AVE | BRONX | NY | 10454 | 250 | 14 |
| Local 1106 | 40.719621 | -73.732886 | 22110 JAMAICA AVE | QUEENS VLG | NY | 11428 | 250 | 16 |
| Long Island City Frame | 40.745696 | -73.950393 | 1131 46TH RD | LONG IS CITY | NY | 11101 | 250 | 14 |
| MALL | 40.869367 | -73.825679 | 2100 BARTOW AVE | BRONX | NY | 10475 | 250 | 15 |
| MALL | 40.888886 | -73.84324 | 1215A E 233RD ST | BRONX | NY | 10466 | 250 | 15 |
| Maspeth Garage | 40.729505 | -73.883729 | 7811 57TH AVE | ELMHURST | NY | 11373 | 651x67 | 14 |
| NORTH PED DYRE AVENUE AND I | 40.887818 | -73.830974 | 2230 LIGHT ST | BRONX | NY | 10466 | 250 | 5 |
| Newtown Central Office | 40.742517 | -73.882036 | 8223 BROADWAY | ELMHURST | NY | 11373 | 300 | 14 |
| Newtown Frame | 40.74252 | -73.882145 | 8223 BROADWAY | ELMHURST | NY | 11373 | 250 | 14 |
| Norman ave Garage | 40.728407 | -73.940651 | 293 NORMAN AVE | BROOKLYN | NY | 11222 | 500 | 15 |
| PARKING LOT 2100 BARTOW AVE | 40.868431 | -73.822742 | 2018 BARTOW AVE PARKING LOT | BRONX | NY | 10475 | 250 | 15 |
| Pilot Rd JFK | 40.655577 | -73.793026 | PILOT RD | JAMAICA | NY | 11430 | 250 | 14 |
| R & W garage | 40.872416 | -73.890085 | 2885 JEROME AVE | BRONX | NY | 10468 | 534x64 | 14 |
| RANCH DINNER | 40.829443 | -73.874665 | WESTCHESTER AVE | BRONX | NY | 10472 | 250 | 7 |
| REAR OF PEARTREE MALL | 40.88118 | -73.825099 | GIVAN AVE | BRONX | NY | 10475 | 250 | 7 |
| Richmond Hill Frame | 40.695421 | -73.838613 | 8728 109TH ST | RICHMOND HL | NY | 11418 | 300 | 14 |
| Rockaway CO | 40.605992 | -73.751207 | 1311 BAYPORT PL | FAR ROCKAWAY | NY | 11691 | 820 | 14 |
| Rombouts Garage | 40.886285 | -73.830848 | 3630 ROMBOUTS AVE | BRONX | NY | 10466 | 250 | 14 |
| SIDE PARKING LOT 2100 BARTOW | 40.868676 | -73.824501 | MALL 2100 BARTOW OFFICE BLDG | BRONX | NY | 10475 | 250 | 15 |
| Specials Garage | 40.814104 | -73.931283 | 325 EXTERIOR ST | BRONX | NY | 10451 | 250 | 14 |
| St Albans Garage | 40.699285 | -73.776084 | 17945 110TH AVE | JAMAICA | NY | 11433 | 275 | 14 |
| TRI COUNTY REPAIRS | 40.834259 | -73.845303 | 1261 ZEREGA AVE | BRONX | NY | 10462 | 250 | 15 |
| Taft Ave Garage | 40.624184 | -73.743836 | 180 W BROADWAY | INWOOD | NY | 11096 | 250 | 14 |
| Tiebout Frame | 40.858647 | -73.89625 | 2373 TIEBOUT AVE | BRONX | NY | 10458 | 250 | 14 |
| Tratman Frame | 40.839402 | -73.845288 | 2511 TRATMAN AVE | BRONX | NY | 10461 | 275 | 14 |
| UNDER BRDG BOST RD/233/PINKI | 40.887672 | -73.824833 | 1698 E 233RD ST | BRONX | NY | 10466 | 250 | 5 |
| Union Hall | 40.839937 | -73.852943 | CASTLE HILL AVE | BRONX | NY | 10462 | 250 | 6 |
| Wyatt Garage | 40.83819 | -73.875399 | 1208 WYATT ST | BRONX | NY | 10460 | 250 | 14 |
| Zerega Garage | 40.830963 | -73.844993 | 1101 ZEREGA AVE | BRONX | NY | 10462 | 250 | 14 |
| hi tech and pressure garage | 40.885522 | -73.830252 | 3630 ROMBOUTS AVE | BRONX | NY | 10466 | 250 | 14 |
| nybs | 40.883133 | -73.82097 | NYBS OFFICE 3320 HUTCHNSN AV | BRONX | NY | 10475 | 250 | 15 |
| verizon coin/business office | 40.90539 | -73.849409 | 4770 WHITE PLAINS RD | BRONX | NY | 10470 | 250 | 14 |

| Market Area | NAME | Account number |
|---|---|---|
| West Coast | California Central | 10747 |
| West Coast | California North | 11286 |
| West Coast | California Southeast | 10909 |
| West Coast | California BTL | 13667 |
| Southeast | Carolinas | 7672 |
| Southeast | Florida Coastal | 9292 |
| Southeast | Florida Inland | 5654 |
| Southeast | Florida ESG | |
| North Central | N Central Ill/Wisc | 9291 |
| North Central | Indiana | 9290 |
| North Central | Michigan | 11256 |
| North Central | Ohio | 9293 |
| Texas | Northeast | 7296 |
| Texas | Southwest | 8561 |
| Texas | FIOS | 7929 |
| Liberty | Brooklyn-SI CM | 8944 |
| Liberty | Brooklyn | 8906 |
| Liberty | Manhattan IR | 8946 |
| Liberty | North Manhattan | 8929 |
| Liberty | Wholesale | 8919 |
| Mid Atlantic | Eastern North | 8942 |
| Mid Atlantic | Eastern South | 9934 |
| Mid Atlantic | Keystone East | 10151 |
| Mid Atlantic | Keystone West | 11957 |
| Mid Atlantic | Tri-State WPA | 10110 |
| Mid Atlantic | Wholesale | 10025 |
| New England | Central | 10929 |
| New England | Metro | 10927 |
| New England | Northeast | 9263 |
| New England | SE-Rhode Island | 10931 |
| New England | Wholesale | 10948 |
| New Jersey | Central | 10758 |
| New Jersey | Hudson Bergen | 8938 |
| New Jersey | Southern | 10757 |
| New Jersey | Highland | 8940 |
| New Jersey | Wholesale | 11408 |
| Capital | Central | 9236 |
| Capital | Midstate | 6542 |
| Capital | Northeast | 9234 |
| Capital | Western | 10907 |
| Island Metro | Queens | 8941 |
| Island Metro | Bronx | 8939 |
| Island Metro | Nassua | 8943 |
| Island Metro | Suffolk | |
| Potomac | Balt/ES | 11001 |
| Potomac | DC Region | 10645 |
| Potomac | North VA | 11217 |
| Potomac | Patuxent | 8948 |
| Potomac | Richmond VA | 5948 |
| Potomac | South VA | 11537 |

EXH. B-2
QUEENS / ACCOUNT LOOKUP

| Potomac | Wholesale | 8949 |
| Southeast | Verizon Construction-Southeast | 13193 |
| Mid Atlantic | Verizon Construction- Western | 13566 |
| Mid Atlantic | Verizon Construction- Eastern | 13586 |
| Potomac | Verizon Construction-Potomac M | 14395 |

EXH. B-2
QUEENS / ACCOUNT LOOKUP