# **EXHIBIT C-1**

**verizon** wireless

**NATIONAL ACCOUNTS BILLING SYSTEM AGING - 10/15/07**

3 Accounts — $407,228.36

| ACCOUNT# | COMPANY | LINES | TOTAL | CITY | STATE | ZIP | CACS LOCATION | CACS QUEUE | GROUP ID | ECPD ID |
|---|---|---|---|---|---|---|---|---|---|---|
| 022034410100002 | M/W MI | 47 | $66,082.42 | NORWALK | OH | 44857 | 406000 | N18 | VWCST | 607919 |
| 022034410100003 | M/W OHIO | 77 | $220,139.71 | NORWALK | OH | 44857 | 101000 | N18 | VWCST | 607919 |
| 022034410100004 | MW IN | 91 | $121,006.23 | FORT WAYNE | IN | 46804 | 101000 | N18 | VWCST | 607919 |

AR 10-15

| ECPD PROFILE NAME | MAC CODE | TEAM ID | CENTER ID | TEAM NAME | MANAGER NAME | CENTER NAME | AREA CODE |
|---|---|---|---|---|---|---|---|
| VERIZON COMMUNICATIONS - MOBILEARIA | VA1VCWST | 5032 | 667 | Verizon Team | SHARON LINSKEY | NE-Hanover BSC | Northeast |
| VERIZON COMMUNICATIONS - MOBILEARIA | VA1VCWST | 5032 | 667 | Verizon Team | SHARON LINSKEY | NE-Hanover BSC | Northeast |
| VERIZON COMMUNICATIONS - MOBILEARIA | VA1VCWST | 5032 | 667 | Verizon Team | SHARON LINSKEY | NE-Hanover BSC | Northeast |

AR 10-15

| Verizon Wireless Account #0220344101-00002 | | | | |
|---|---|---|---|---|
| **Invoice Date** | **Payments Received** | **Balance Forward** | **Current Charges** | **Total Due** |
| 7/16/2006 | 3,144.23 | 62,529.10 | 9,557.65 | 72,086.75 |
| 6/16/2006 | 0.00 | 47,873.83 | 17,799.50 | 65,673.33 |
| 5/16/2006 | 0 | 36,018.83 | 11,855.00 | 47,873.83 |
| 4/16/2006 | 6,358.59 | 16,711.14 | 19,307.69 | 36,018.83 |
| 3/16/2006 | 0 | 6,358.59 | 16,711.14 | 23,069.73 |
| 2/16/2006 | 0 | 0.00 | 6,358.59 | 6,358.59 |

|  |  |
|---|---|
|  | 81,589.57 |
| 47 lines@59.99 = 2819.53 x 5.5 months = 15507.42 | 15,507.15 |
|  | **66,082.42** |

220344101-2

| Verizon Wireless Account #0220344101-00003 ||||
|---|---|---|---|---|
| Invoice Date | Payments Received | Balance Forward | Current Charges | Total Due |
| 7/16/2006 | 0.00 | 203,772.88 | 41,583.28 | 245,356.16 |
| 6/16/2006 | 0.00 | 138,720.08 | 65,052.80 | 203,772.88 |
| 5/16/2006 | 0 | 105,704.90 | 33,015.18 | 138,720.08 |
| 4/16/2006 | 0 | 42,185.80 | 63,519.10 | 105,704.90 |
| 3/16/2006 | 0 | 8,281.72 | 33,904.08 | 42,185.80 |
| 2/16/2006 | 0 | -189.31 | 8,471.03 | 8,281.72 |

77 lines @ 59.99 = 4619.23 x 5.5 months = 25,405.76        245,545.47
                                                                                        25,405.76
                                                                                **220,139.71**

220344101-3

| Verizon Wireless Account #0220344101-00004 | | | | |
|---|---|---|---|---|
| Invoice Date | Payments Received | Balance Forward | Current Charges | Total Due |
| 7/16/2006 | 0 | 126,151.00 | 22,527.81 | 148,678.81 |
| 6/16/2006 | 0 | 89,922.07 | 36,228.93 | 126,151.00 |
| 5/16/2006 | 0 | 64,054.05 | 25,868.02 | 89,922.07 |
| 4/16/2006 | 5,082.64 | 24,610.68 | 39,443.37 | 64,054.05 |
| 3/16/2006 | 0 | 5,082.64 | 24,610.68 | 29,693.32 |
| 2/16/2006 | 0 | 0 | 5,082.64 | 5,082.64 |

|  |  |
|---|---:|
|  | 153,761.45 |
| 91 lines @ 59.99= 5459.09x5.5 months | 30,024.99 |
|  | **121,006.23** |

0220344101-4