# **EXHIBIT C-2**

## Account/Garage Information

**Note regarding the information below:**
1) Billing Contact will be the person billed for the service usage of all vehicles in that Account (MobileAria and Verizon Wireless service usage)
2) The Primary Contact will be the first person to contact for installations and ongoing support of vehicles belonging to the Garage
3) The Secondary Contact will be used as a backup contact in case the Primary Contact is unavailable for that Garage
4) Use the tab key to navigate from cell to cell.

**PLEASE COMPLETE SOAF AND CLICK HERE TO EMAIL:** vz_install@mobilearia.com

### Billing Information

| Market Area | Account Name | Account# | Address | | | |
|---|---|---|---|---|---|---|
| | | | Street | City | State | Zip |
| North Central | Ohio | 9293 | 14 Gibbs Rd | Norwalk | OH | 44857 |

### Contact Information

| Contact Type | Contact Preference | First Name | Last Name | Work Phone | Mobile # | E-Mail | BAID |
|---|---|---|---|---|---|---|---|
| Billing Contact | Billing | Pat | Schaefer | (419) 744-3461 | na | patricia.schaefer@verizon.com | BDMMJJN |
| GPS Admin/Analyst | Primary | Lori | Lacy | (419) 744-3461 | (419) 706-2121 | lori.lacy@verizon.com | |
| GPS Admin/Analyst | Secondary | Peggy | Jacobson | (231) 727-1027 | na | lori.lacy@verizon.com | |
| Other | Escalation | Leanna | Rhodes | (740) 383-0455 | (419) 565-7169 | leanna.rhodes@verizon.com | |

**Wireless Plan** Unlimited  Click cell to change between Limited ( CDMA / 2 Mb) or Unlimited

### List Installation Locations Only

| Work Center/Garage Name | Area Code | Days/Hours of Operation | Address | | | | Garage Contact Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Street | City | State | Zip | Contact | First Name | Last Name | Work Phone | Mobile # | E-Mail |
| Medina | 330 | 6:00a-3:30p | 6223 Norwalk Rd | Medina | OH | 44256 | Primary | Carl | Horton | (330) 722-9568 | na | karl.horton@verizon.com |
| Medina -Secondary Contact | | | | | | | Secondary | Rick | Creps | (740) 383-0790 | (419) 345-1092 | rick.creps@verizon.com |
| Dover | 330 | 5:30a-4:00p | 715 Commercial Parkway | Dover | OH | 44622 | Primary | James | First | (330) 364-0388 | na | james.l.first@verizon.com |
| Dover -Secondary Contact | | | | | | | Secondary | Randy | Hill | (740) 354-0455 | (740) 398-0540 | randy.hill@verizon.com |
| Cambridge | 730 | 8a-5p | 921 Steubenville Ave | Cambridge | OH | 43725 | Primary | Jay | Waligura | (740) 942-4208 | (740) 283-0626 | jacob.waligura@verizon.com |
| Cadiz | 740 | 8a-5p | 994 E. Market St | Cadiz | OH | 43907 | Primary | Jay | Waligura | (740) 942-4208 | (740) 283-0626 | jacob.waligura@verizon.com |

ACCOUNT GARAGE INFO

## Vehicle Information

MobileAria

Please provide information for each of the vehicles

For faster processing, please follow these procedures:

1) Please fill in all fields highlighted in blue for each Vehicle
2) Please use the same Garage Name as listed in the Garage Information tab
3) Please make sure that each Vehicle# is only entered once

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| Medina | 22410073 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 200340163 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 220230091 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 22476076 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 35298043 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 210230144 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 210230143 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 22410074 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 200430053 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 220330164 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 220230090 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 22481885 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 22410068 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 200340166 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 22410072 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 22490163 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 22482399 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 200430058 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 22410981 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 35273087 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 200340159 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 22481886 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 200340164 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 35297775 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 200340165 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 22401879 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 210230143 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 200240101 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 35273089 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 22490124 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 22410387 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 22401937 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 200340162 | Dodge | Van | 1997-2005 | Replacement |
| Medina | 22477135 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 22476099 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 220230094 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 200240065 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 200240068 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 35298041 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 200240067 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 22482491 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 200240061 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 200240060 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 22410651 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 200530042 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 200530046 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 200530035 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 22481895 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 15210110 | Dodge | Van | 1997-2005 | Replacement |
| Dover | 220330004 | Dodge | Van | 1997-2005 | Replacement |

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| Dover | 22481851 | Dodge | Van | 1997-2005 | Replacement |
| Cambridge | 200240058 | Dodge | Van | 1997-2005 | Replacement |
| Cambridge | 200340185 | Dodge | Van | 1997-2005 | Replacement |
| Cambridge | 22410639 | Dodge | Van | 1997-2005 | Replacement |
| Cambridge | 200240066 | Dodge | Van | 1997-2005 | Replacement |
| Cambridge | 200240063 | Dodge | Van | 1997-2005 | Replacement |
| Cambridge | 200530043 | Dodge | Van | 1997-2005 | Replacement |
| Cambridge | 35273075 | Dodge | Van | 1997-2005 | Replacement |
| Cambridge | 200340183 | Dodge | Van | 1997-2005 | Replacement |
| Cambridge | 220430008 | Dodge | Van | 1997-2005 | Replacement |
| Cambridge | 22401918 | Dodge | Van | 1997-2005 | Replacement |
| Cambridge | 22476684 | Dodge | Van | 1997-2005 | Replacement |
| Cambridge | 22476092 | Dodge | Van | 1997-2005 | Replacement |
| Cadiz | 200530037 | Dodge | Van | 1997-2005 | New |
| Cadiz | 22410640 | Dodge | Van | 1997-2005 | New |
| Cadiz | 22410381 | Dodge | Van | 1997-2005 | New |
| Cadiz | 200240064 | Dodge | Van | 1997-2005 | New |
| Cadiz | 35273076 | Dodge | Van | 1997-2005 | New |
| Cadiz | 220230078 | Dodge | Van | 1997-2005 | New |
| Cadiz | 22441064 | Dodge | Van | 1997-2005 | New |
| Cadiz | 200430056 | Dodge | Van | 1997-2005 | New |
| Cadiz | 200240070 | Dodge | Van | 1997-2005 | New |
| Cadiz | 15210109 | Dodge | Van | 1997-2005 | New |
| Cadiz | 22482322 | Dodge | Van | 1997-2005 | New |
| Cadiz | 200340137 | Dodge | Van | 1997-2005 | New |
| Cadiz | 200240069 | Dodge | Van | 1997-2005 | Replacement |
| Cadiz | 22490817 | Dodge | Van | 1997-2005 | New |
| Cadiz | 22490289 | Dodge | Van | 1997-2005 | New |
| Cadiz | 22477116 | Dodge | Van | 1997-2005 | New |

VEHICLE INFORMATION

## Additional Web User Information

**Please fill in all fields highlighted in blue for each web user**
The *User* column should contain the E-mail address the web user will use to log into the MobileAria portal
The *Role* should be either *GPS* or *Local Manager*

| First Name | Last Name | BAID | E-Mail | Role |
|---|---|---|---|---|
| Lori | Lacy | B237V82 | lori.lacy@verizon.com | GPS Admin/Analyst |
| Peggy | Jacobson | B3D33PF | peggy.jacobson@verizon.com | GPS Admin/Analyst |
| Juan | Ramirez | BJZ5058 | juan,c,ramirez@verizon.com | GPS Admin/Analyst |
| Adam | Ousley | B2ZZJ5P | adam.r.ousley@verizon.com | Local Manager |
| Daryl | Croley | B2NG6F4 | daryl.w.croley@verizon.com | Local Manager |
| Jay | Waligura | B226BPQ | jacob.waligura@verizon.com | Local Manager |
| Lee | Hlas | B2F9J73 | lee.e.hlas@verizon.com | Local Manager |
| Tom | Anderson | B4LLXA9 | thomas.anderson@verizon.com | Local Manager |
|  |  |  |  |  |
|  |  |  |  |  |

ALL WEB USER INFORMATION

# POI Information

MobileAria

Please fill in all fields highlighted in blue for each Point Of Interest (Landmark)
The *Size* column should contain the POI radius (in ft) for a circle POI and width (ft) x length (ft) in case of a square POI
example 1: Size = 420 would indicate a circle POI of a radius of 420 ft.
example 2: Size = 595x634 would indicate a square POI of a width of 595 ft. and a length of 634 ft. (If currently rectangular)
**Note - This information needs to be downloaded from current Landmark details**

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type | |
|---|---|---|---|---|---|---|---|---|---|
| ARLINGTON CO | 42.414731 | -71.155801 | 67 PLEASANT ST | ARLINGTON | MA | 02476 | 450 | 14 | EXAMPLE |
| ARLINGTON GTD5EAX CO | 40.892454 | -83.649876 | 122 UNION ST | ARLINGTON | OH | 45814 | 250 | 14 | Delete or co |
| ASHLEY AE-RSU-2 | 40.409896 | -82.957199 | 14 WALL ST | ASHLEY | OH | 43003 | 250 | 14 | |
| Adena RSM | 40.21832 | -80.87243 | E MAIN ST | ADENA | OH | 43901 | 250 | 14 | |
| Amsterdam CO | 40.470677 | -80.92334 | 260 S MAIN ST | AMSTERDAM | OH | 43903 | 250 | 14 | |
| BROOKVILLE AE-RSU-1 | 39.836074 | -84.411807 | 10 MULBERRY ST | BROOKVILLE | OH | 45309 | 250 | 14 | |
| Baltic RSU | 40.443126 | -81.708583 | 211 SUNSET DR | BALTIC | OH | 43804 | 250 | 14 | |
| Barlow RSU | 39.417581 | -81.659526 | 10020 N STATE HWY 339 | BARLOW | OH | 45712 | 250 | 14 | |
| Bath LSC | 41.186267 | -81.5887 | 2435 IRA RD | PENINSULA | OH | 44264 | 250 | 14 | |
| Bergholz 5ESS | 40.520619 | -80.884931 | 465 4TH ST | BERGHOLZ | OH | 43908 | 250 | 14 | |
| Berlin RSU | 40.561065 | -81.798021 | 4884 OAK ST | MILLERSBURG | OH | 44654 | 250 | 14 | |
| Beverly RSU | 39.550169 | -81.628389 | 500 5TH ST | BEVERLY | OH | 45715 | 250 | 14 | |
| Bolivar RSU | 40.650245 | -81.45092 | CENTRAL AVE | BOLIVAR | OH | 44612 | 250 | 14 | |
| Bowerston RSU | 40.424906 | -81.186809 | 304 MAIN ST | BOWERSTON | OH | 44695 | 250 | 14 | |
| Brewster RSU | 40.69091 | -81.5992 | 8515 MANCHESTER AVE SW | NAVARRE | OH | 44662 | 250 | 14 | |
| Brilliant CO/GARAGE | 40.263435 | -80.631738 | 917 3RD ST | BRILLIANT | OH | 43913 | 250 | 14 | |
| Brunswick CO | 41.239083 | -81.840235 | 4295 CENTER RD | BRUNSWICK | OH | 44212 | 300 | 14 | |
| Brunswick East RSU1 | 41.237981 | -81.766729 | 2234 CENTER RD | HINCKLEY | OH | 44233 | 250 | 14 | |
| Brunswick LSC 2030-1 | 41.266605 | -81.807851 | 335 N CARPENTER RD | BRUNSWICK | OH | 44212 | 250 | 14 | |
| Brunswick LSC 2030-2 | 41.220968 | -81.801299 | 2010 S CARPENTER RD | BRUNSWICK | OH | 44212 | 250 | 14 | |
| Brunswick North RSU | 41.270537 | -81.784927 | 217 W 130TH ST | BRUNSWICK | OH | 44212 | 250 | 14 | |
| Burbank RSU | 40.988995 | -81.995387 | W MIDDLE ST | BURBANK | OH | 44214 | 250 | 14 | |
| Byesville RSU | 39.959887 | -81.540715 | 365 S 2ND ST | BYESVILLE | OH | 43723 | 250 | 14 | |
| CAREY RSU | 40.952791 | -83.382623 | 115 N VANCE ST | CAREY | OH | 43316 | 300 | 14 | |
| CASSTOWN SLC | 40.051474 | -84.127032 | 212 CROSS ST | CASSTOWN | OH | 45312 | 250 | 14 | |
| CATAWBA ISLAND AE-RSU 2 | 41.556582 | -82.843141 | 4997 E CEMETERY RD | PORT CLINTON | OH | 43452 | 300 | 14 | |
| CATAWBA RSU | 39.998563 | -83.620774 | 254 S CHAMPAIGN ST | MECHANICSBURG | OH | 43044 | 250 | 14 | |
| CELINA GTD5-EAX | 40.550787 | -84.569847 | 157 E FULTON ST | CELINA | OH | 45822 | 250 | 14 | |
| CELINA RCF | 40.551919 | -84.552638 | 370 GRAND LAKE RD | CELINA | OH | 45822 | 400 | 14 | |
| CHESHIRE CENTER AE-RSU CO | 40.189606 | -83.025501 | 7161 COLUMBUS PIKE | LEWIS CENTER | OH | 43035 | 250 | 14 | |
| CHESHIRE CENTER SOUTH RSU | 40.161652 | -83.016975 | 94 MEADOW PARK AVE | LEWIS CENTER | OH | 43035 | 250 | 14 | |
| CLAYTON RPT CENTER | 39.831486 | -84.320975 | 6528 WESTBROOK RD | CLAYTON | OH | 45315 | 1176x9 | 14 | |
| COLDWATER RSU 4 | 40.473138 | -84.628988 | 600 S  2ND ST | COLDWATER | OH | 45828 | 250 | 14 | |
| COLLEGE CORNER RSU | 39.565198 | -84.81164 | 296 MONFORT ST | COLLEGE CORNER | OH | 45003 | 250 | 14 | |
| CONVOY 5ESS-RSM* | 40.917454 | -84.706732 | 200 FRANKLIN ST | CONVOY | OH | 45832 | 250 | 14 | |
| Cadiz GTD5 CO | 40.273476 | -80.996202 | 140 N MAIN ST | CADIZ | OH | 43907 | 250 | 14 | |
| Cadiz Reporting Center | 40.254642 | -80.97708 | 994 E MARKET ST | CADIZ | OH | 43907 | 400 | 14 | |
| Caldwell CO | 39.748054 | -81.515273 | 310 NORTH ST | CALDWELL | OH | 43724 | 250 | 14 | |
| Cambridge CO | 40.026487 | -81.587495 | 921 STEUBENVILLE AVE | CAMBRIDGE | OH | 43725 | 250 | 14 | |
| Cambridge RSU | 39.979833 | -81.571274 | GUERNSEY INDUSTRIAL BLVD | CAMBRIDGE | OH | 43725 | 250 | 14 | |
| Cambridge Rpt Ctr. | 40.011387 | -81.564437 | 9444 CAMPBELL ST | CAMBRIDGE | OH | 43725 | 250 | 14 | |

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type |
|---|---|---|---|---|---|---|---|---|
| Carey RSU | 40.953269 | -83.382159 | 156 N VANCE ST | CAREY | OH | 43316 | 250 | 14 |
| Carrollton CO | 40.572826 | -81.08745 | 112 2ND ST SW | CARROLLTON | OH | 44615 | 250 | 14 |
| Chatham RSU | 41.09956 | -82.023914 | 6395 AVON LAKE RD | MEDINA | OH | 44256 | 250 | 14 |
| Cooperdale RSU | 40.21892 | -82.064542 | 18362 STATE ROUTE 60 | WARSAW | OH | 43844 | 250 | 14 |
| Copley LSC 2001 | 41.081097 | -81.667853 | 2005 S HAMETOWN RD | AKRON | OH | 44321 | 250 | 14 |
| Copley LSC 2030 | 41.12485 | -81.66804 | 406 S HAMETOWN RD | AKRON | OH | 44321 | 250 | 14 |
| Creston CO | 40.983642 | -81.894556 | E ERIE ST | CRESTON | OH | 44217 | 250 | 14 |
| DARRTOWN RSU | 39.497253 | -84.662146 | 3156 NORTH ST | OXFORD | OH | 45056 | 250 | 14 |
| DELAWARE GTD5EAX | 40.301699 | -83.066477 | 19 E CENTRAL AVE | DELAWARE | OH | 43015 | 250 | 14 |
| DELAWARE REPORTING CENTER | 40.26119 | -83.082673 | 2780 LIBERTY RD | DELAWARE | OH | 43015 | 696x93 | 14 |
| DELAWARE RSU 7 (STRATFORD) | 40.253091 | -83.064677 | 210 BUNTY STATION RD | DELAWARE | OH | 43015 | 250 | 14 |
| DELAWARE RSU 9 | 40.310979 | -83.113498 | 2260 WARRENSBURG RD | DELAWARE | OH | 43015 | 250 | 14 |
| Dellroy RSU | 40.555316 | -81.199602 | 8 ARCH ST | DELLROY | OH | 44620 | 250 | 14 |
| Dexter City RSU | 39.658304 | -81.471937 | 106 JEFFERSON ST | DEXTER CITY | OH | 45727 | 250 | 14 |
| Dillonvale RSM | 40.192129 | -80.779423 | 375 LIBERTY ST | DILLONVALE | OH | 43917 | 250 | 14 |
| Dover RSU | 40.537131 | -81.48766 | 116 W 17TH ST | DOVER | OH | 44622 | 250 | 14 |
| Dover Rpt Ctr/Garage | 40.520475 | -81.488337 | 715 COMMERCIAL PKY | DOVER | OH | 44622 | 718x59 | 14 |
| ENGLEWOOD 5ESS-ORM | 39.87563 | -84.301878 | 23 OVERLOOK ST | ENGLEWOOD | OH | 45322 | 250 | 14 |
| ENGLEWOOD AE RSU | 39.871649 | -84.367093 | 5938 NATIONAL RD | CLAYTON | OH | 45315 | 250 | 14 |
| East Rochester 5ESS | 40.746961 | -81.035328 | CANAL ST | E ROCHESTER | OH | 44625 | 250 | 14 |
| FARMERSVILLE RSU | 39.676829 | -84.420071 | 4629 FARMERSVILLE GERMANTN R | FARMERSVILLE | OH | 45325 | 250 | 14 |
| FORT RECOVERY AE-RSU 5 | 40.411504 | -84.780902 | GWENDOLIN ST | FORT RECOVERY | OH | 45846 | 250 | 14 |
| Flushing RSU | 40.148374 | -81.06834 | 375 MORRISTOWN ST | FLUSHING | OH | 43977 | 250 | 14 |
| Forest AE-RSU 4 | 40.800954 | -83.510752 | 172 S GORMLEY ST | FOREST | OH | 45843 | 250 | 14 |
| Freeport CO | 40.210743 | -81.266988 | 126 N PHILADELPHIA ST | FREEPORT | OH | 43973 | 250 | 14 |
| GRATIS-WEST ELKTON RSM | 39.603401 | -84.553197 | 9816 STATE ROUTE 503 S | CAMDEN | OH | 45311 | 250 | 14 |
| GREEN CAMP SLC-5 | 40.532138 | -83.209255 | 110 MILL ST | MARION | OH | 43302 | 250 | 14 |
| Garrettsville 5ESS | 41.283664 | -81.098131 | 10696 SOUTH ST | GARRETTSVILLE | OH | 44231 | 250 | 14 |
| HUBER HEIGHTS RSU | 39.891265 | -84.135759 | 9634 S STATE ROUTE 202 | TIPP CITY | OH | 45371 | 250 | 14 |
| Hanoverton 5ESS | 40.755317 | -80.937165 | 10047 1ST ST | HANOVERTON | OH | 44423 | 250 | 14 |
| Harlem Springs RSU | 40.520546 | -81.00224 | 4368 VAN JACK ST SE | CARROLLTON | OH | 44615 | 250 | 14 |
| Harpster SLC-5 | 40.738152 | -83.24556 | 7120 WYANDOT ST | HARPSTER | OH | 43323 | 250 | 14 |
| Homerville MXU | 41.027222 | -82.126802 | 12102 GREENWICH RD | HOMERVILLE | OH | 44235 | 250 | 14 |
| Indian Camp CO Carrier | 40.09624 | -81.643562 | 68249 MT HERMON RD | CAMBRIDGE | OH | 43725 | 250 | 14 |
| JENERA AE-RSU | 40.892286 | -83.726931 | 18997 ST HWY 698 | JENERA | OH | 45841 | 250 | 14 |
| Jewett SLC | 40.367175 | -81.00318 | 108 WATER ST | JEWETT | OH | 43986 | 250 | 14 |
| Knoxville 5ESS | 40.492538 | -80.681399 | 15448 ST RT 152 | TORONTO | OH | 43964 | 250 | 14 |
| LA RUE 5ESS-RSM | 40.576754 | -83.384991 | 41 VINE ST | LA RUE | OH | 43332 | 250 | 14 |
| LAURA RSU | 39.996575 | -84.408474 | 61 MAIN ST | LAURA | OH | 45337 | 250 | 14 |
| LEWISBURG RSM | 39.847932 | -84.540282 | 622 N MAIN ST | LEWISBURG | OH | 45338 | 250 | 14 |
| LIBERTY RSM | 39.725729 | -84.309203 | 1338 S UNION RD | DAYTON | OH | 45427 | 250 | 14 |
| Litchfield RLU | 41.168436 | -82.023342 | 3870 VANDEMARK RD | LITCHFIELD | OH | 44253 | 250 | 14 |
| Lodi CO | 41.033501 | -82.011247 | 113 CHURCH ST | LODI | OH | 44254 | 250 | 14 |
| Lowell RSU | 39.530509 | -81.501982 | ST RT 530 N | LOWELL | OH | 45744 | 250 | 14 |
| Lower Salem RSU | 39.561694 | -81.396703 | 2ND ST | LOWER SALEM | OH | 45745 | 250 | 14 |
| MARION 5ESS CO | 40.586154 | -83.129532 | 222 S PROSPECT ST | MARION | OH | 43302 | 300 | 14 |
| MARION CUST CONTACT CENTER | 40.611905 | -83.028651 | 1736 COLUMBUS SANDUSKY RD N | MARION | OH | 43302 | 1000 | 15 |
| MARION GARAGE | 40.598822 | -83.136186 | 617 CATHERINE AVE | MARION | OH | 43302 | 569x54 | 14 |
| MARION GTD5 | 40.563183 | -83.096475 | 1341 WILSON DR | MARION | OH | 43302 | 250 | 14 |
| MARION MARION PHONE MART | 40.582978 | -83.085725 | 1632 MARION MT GILEAD RD | MARION | OH | 43302 | 250 | 15 |

POI INFORMATION

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type |
|---|---|---|---|---|---|---|---|---|
| MARION MARION REPORTING CTR | 40.597413 | -83.137071 | 550 LEADER ST | MARION | OH | 43302 | 578x62 | 14 |
| MARION STATE HEADQUARTERS | 40.571605 | -83.125318 | 100 EXECUTIVE DR | MARION | OH | 43302 | 750 | 15 |
| MECHANICSBURG GTD5 CO | 40.072439 | -83.555536 | 24 E SANDUSKY ST | MECHANICSBURG | OH | 43044 | 250 | 14 |
| MENDON AE-RSU1 | 40.671341 | -84.518075 | 359 S MAIN ST | MENDON | OH | 45862 | 250 | 14 |
| MINSTER AE-RSU 1 | 40.392424 | -84.379361 | 51 E 4TH ST | MINSTER | OH | 45865 | 250 | 14 |
| MORNING SUN RSU | 39.596297 | -84.738195 | 12159 STATE ROUTE 177 | COLLEGE CORNER | OH | 45003 | 250 | 14 |
| MORRAL SLC-5 | 40.686631 | -83.213089 | 124 SOUTH ST | MORRAL | OH | 43337 | 250 | 14 |
| MT BLANCHARD AE-RSU 1 | 40.899164 | -83.557346 | 100 CLAY ST | MOUNT BLANCHARD | OH | 45867 | 250 | 14 |
| Malvern RSU | 40.688561 | -81.183045 | 317 W GRANT ST | MALVERN | OH | 44644 | 250 | 14 |
| Mechanicstown AE-RSU 1 | 40.618755 | -80.952748 | 7451 SALINEVILLE RD NE | MECHANICSTOWN | OH | 44651 | 250 | 14 |
| Medina CO | 41.138695 | -81.866396 | 148 S ELMWOOD ST | MEDINA | OH | 44256 | 250 | 14 |
| Medina Pearl Rd RSU | 41.191225 | -81.847863 | 2809 1/2 PEARL RD | MEDINA | OH | 44256 | 250 | 14 |
| Medina PhoneMart | 41.150222 | -81.864077 | 871 N COURT ST | MEDINA | OH | 44256 | 549x63 | 15 |
| Medina Rep Ctr/Garage | 41.160732 | -81.909966 | 6107 NORWALK RD | MEDINA | OH | 44256 | 400 | 14 |
| Mineral City RSU | 40.600836 | -81.359558 | 4915 MINERS | MINERAL CITY | OH | 44656 | 250 | 14 |
| Minerva Rpt Ctr | 40.717282 | -81.11525 | KENNEL RD | MINERVA | OH | 44657 | 546x61 | 14 |
| Minevera CO | 40.728202 | -81.104493 | 100 N MAIN ST | MINERVA | OH | 44657 | 250 | 14 |
| Montrose CO | 41.137541 | -81.635896 | 53 N CLEVELAND MASSILLION RD | AKRON | OH | 44333 | 250 | 14 |
| Montrose Embassy Park RSU | 41.142552 | -81.648532 | 3871 EMBASSY PKY | AKRON | OH | 44333 | 250 | 14 |
| N Georgetown 5ESS | 40.843356 | -81.031431 | KNOX SCHOOL RD | HOMEWORTH | OH | 44634 | 250 | 14 |
| N Phil GTD5 | 40.504436 | -81.466615 | 1121 TUSCARAWAS AVE NW | NEW PHILADELPHIA | OH | 44663 | 250 | 14 |
| NEW BREMEN AE-RSU | 40.43649 | -84.38495 | 105 HERMAN ST | NEW BREMEN | OH | 45869 | 250 | 14 |
| NEW LEBANON RSU 8 | 39.744796 | -84.391806 | 25 MILLS PL | NEW LEBANON | OH | 45345 | 300 | 14 |
| NORTH STAR AE-RSU3 | 40.32502 | -84.570839 | 14110 STATE HWY 127 | NEW WESTON | OH | 45348 | 250 | 14 |
| Nevada 5ESS-RSM | 40.822281 | -83.131609 | 487 MORRISON | NEVADA | OH | 44849 | 250 | 14 |
| New Concord RSU | 39.994397 | -81.733876 | 9 COLLEGE PL | NEW CONCORD | OH | 43762 | 250 | 14 |
| New Phila 5ESS | 40.488656 | -81.451031 | 320 FRONT AVE SW | NEW PHILADELPHIA | OH | 44663 | 250 | 14 |
| North Georgetown 5ESS RSM | 40.843357 | -81.031427 | 24970 BOWMAN RD | HOMEWORTH | OH | 44634 | 250 | 14 |
| OHIO CITY 5ESS-RSM | 40.771772 | -84.614678 | 109 E CARMEAN ST | OHIO CITY | OH | 45874 | 250 | 14 |
| OSTRANDER RSU | 40.26535 | -83.212115 | 116 S MAIN ST | OSTRANDER | OH | 43061 | 250 | 14 |
| OXFORD GTD-5 CO | 39.511566 | -84.74465 | 136 W WITHROW ST | OXFORD | OH | 45056 | 250 | 14 |
| PARIS 5ESS RSM | 40.798807 | -81.144399 | 1855 BAIRD AVE NE | PARIS | OH | 44669 | 250 | 14 |
| PHILLIPSBURG RSM | 39.903563 | -84.407316 | 10928 BROOKVILLE PHILLIPSBG RD | BROOKVILLE | OH | 45309 | 250 | 14 |
| PLAIN CITY GTD5 CO | 40.107967 | -83.264748 | 222 E MAIN ST | PLAIN CITY | OH | 43064 | 250 | 14 |
| PLUMWOOD RSU | 40.006919 | -83.415586 | 5856 STATE ROUTE 38 NW | LONDON | OH | 43140 | 250 | 14 |
| PROSPECT RLU | 40.45015 | -83.189283 | 140 MAIN ST S | PROSPECT | OH | 43342 | 250 | 14 |
| RADNOR SLC-5 | 40.383471 | -83.15109 | 4398 MAIN ST | RADNOR | OH | 43066 | 250 | 14 |
| RATHBONE RSU | 40.197222 | -83.134185 | 5743 HOME RD | POWELL | OH | 43065 | 250 | 14 |
| RAWSON AE-RSU 2 | 40.956779 | -83.784591 | 102 PARK LN | RAWSON | OH | 45881 | 250 | 14 |
| RICHWOOD 5ESS-RSM | 40.427412 | -83.295596 | 5 N CLINTON ST | RICHWOOD | OH | 43344 | 250 | 14 |
| Richmond CO | 40.433649 | -80.77427 | W LEGION ST | RICHMOND | OH | 43944 | 250 | 14 |
| SAINT SEBASTIAN RSU | 40.445175 | -84.517408 | 3079 STATE ROUTE 716 | CELINA | OH | 45822 | 250 | 14 |
| ST MARYS GTD5EAX | 40.542582 | -84.390995 | 115 N MAIN ST | SAINT MARYS | OH | 45885 | 250 | 14 |
| Scio RSM | 40.39545 | -81.084188 | 104 1/2 MAIN ST | SCIO | OH | 43988 | 250 | 14 |
| Senecaville RSU | 39.933033 | -81.461746 | 7345 MILL ST E | SENECAVILLE | OH | 43780 | 250 | 14 |
| Seville Garage | 41.010664 | -81.865206 | 7 ELECTRIC ST | SEVILLE | OH | 44273 | 250 | 14 |
| Seville LSC 2001 | 41.044422 | -81.864472 | 8400 WOOSTER PIKE | SEVILLE | OH | 44273 | 250 | 14 |
| Seville RSU | 41.026742 | -81.908046 | 6041 GREENWICH RD | SEVILLE | OH | 44273 | 250 | 14 |
| Sharon Center RSU | 41.134023 | -81.735339 | 5198 RIDGE RD | WADSWORTH | OH | 44281 | 250 | 14 |
| Smithfield 5ESS | 40.268252 | -80.782406 | SOUTH ST | SMITHFIELD | OH | 43948 | 250 | 14 |

POI INFORMATION

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type |
|---|---|---|---|---|---|---|---|---|
| Spencer RSU | 41.100708 | -82.124679 | WASHINGTON ST | SPENCER | OH | 44275 | 250 | 14 |
| Spencerville 5ESS | 40.705999 | -84.355918 | 248 S CANAL ST | SPENCERVILLE | OH | 45887 | 250 | 14 |
| St Marys AE RSU - Church Camp | 40.51444 | -84.424677 | 11351 CENTER DR | SAINT MARYS | OH | 45885 | 250 | 14 |
| Strasburg RSU | 40.595957 | -81.527817 | S KAPITSY DR | STRASBURG | OH | 44680 | 250 | 14 |
| Sugarcreek Garage | 40.50346 | -81.641461 | 210 3RD ST SW | SUGARCREEK | OH | 44681 | 250 | 14 |
| Sugarcreek RSU | 40.506906 | -81.646501 | 623 W MAIN ST | SUGARCREEK | OH | 44681 | 250 | 14 |
| Summerfield RSU | 39.797048 | -81.336881 | W CROSS ST | SUMMERFIELD | OH | 43788 | 250 | 14 |
| TIPP CITY GTD5EAX | 39.960463 | -84.172439 | 18 S 4TH ST | TIPP CITY | OH | 45371 | 250 | 14 |
| TROTWOOD AE-RSU | 39.820635 | -84.27412 | 5085 DENLINGER RD | DAYTON | OH | 45426 | 250 | 14 |
| TROTWOOD GTD5EAX | 39.799943 | -84.311693 | 107 N BROADWAY ST | DAYTON | OH | 45426 | 250 | 14 |
| TROY 5ESS | 40.038631 | -84.203618 | 17-19 S MARKET ST | TROY | OH | 45373 | 250 | 14 |
| TROY AE-RSU (SLC5) | 40.077972 | -84.221599 | ELDEAN RD | TROY | OH | 45373 | 250 | 14 |
| TROY ORM 1 | 40.057873 | -84.240553 | 1323 EXPERIMENT FARM RD | TROY | OH | 45373 | 250 | 14 |
| TROY ORM2 | 39.995721 | -84.202159 | 150 TRADER CT | TROY | OH | 45373 | 250 | 14 |
| TROY RPT CENTER | 40.018495 | -84.246818 | 2984 W STATE ROUTE 55 | TROY | OH | 45373 | 820x52 | 14 |
| Tiltonsville CO/GARAGE | 40.166868 | -80.698986 | 304 GRANDVIEW AVE | TILTONSVILLE | OH | 43963 | 250 | 14 |
| Valley City RSU | 41.238033 | -81.929332 | 1334 MAPLE ST | VLY CITY | OH | 44280 | 250 | 14 |
| WALDO RSM | 40.459829 | -83.078217 | UNNAMED STREET | WALDO | OH | 43356 | 250 | 14 |
| WEST ALEXANDRIA AE-RSU 4 | 39.745211 | -84.532092 | 17 N MAIN ST | WEST ALEXANDRIA | OH | 45381 | 250 | 14 |
| WEST MILTON RSU | 39.96188 | -84.327943 | 45 S MIAMI ST | WEST MILTON | OH | 45383 | 250 | 14 |
| WEST SALEM AE-RSU 5 | 40.970701 | -82.112006 | 100 W BUCKEYE ST | WEST SALEM | OH | 44287 | 300 | 14 |
| WILLSHIRE CO | 40.74609 | -84.790535 | 152 SOUTH ST | WILLSHIRE | OH | 45898 | 250 | 14 |
| WOODSTOCK 914 METRO | 40.171616 | -83.529658 | 299 INDIANAPOLIS ST | WOODSTOCK | OH | 43084 | 250 | 14 |
| Wadsworth CO | 41.026274 | -81.728182 | 124 N LYMAN ST | WADSWORTH | OH | 44281 | 250 | 14 |
| Warsaw CO | 40.335925 | -82.006352 | BRIDGE ST | WARSAW | OH | 43844 | 250 | 14 |
| Wellington CO | 41.169039 | -82.214519 | 167 E HERRICK AVE | WELLINGTON | OH | 44090 | 250 | 14 |
| Wharton AE-MUX | 40.860901 | -83.462253 | 412 CASS ST | WHARTON | OH | 43359 | 250 | 14 |
| Winona 5ESS-RSM | 40.834511 | -80.895624 | 4548 WHINNERY RD | SALEM | OH | 44460 | 250 | 14 |
| YORKSHIRE AE-RSU2 | 40.324744 | -84.495993 | 238 YORK ST | YORKSHIRE | OH | 45388 | 250 | 14 |
| Zoar Lightspan | 40.618965 | -81.420931 | 1777 DOVER ZOAR RD NE | BOLIVAR | OH | 44612 | 250 | 14 |

POI INFORMATION

| Market Area | NAME | Account number |
|---|---|---|
| West Coast | California  Central | 10747 |
| West Coast | California  North | 11286 |
| West Coast | California  Southeast | 10909 |
| West Coast | California BTL | 13667 |
| Southeast | Carolinas | 7672 |
| Southeast | Florida  Coastal | 9292 |
| Southeast | Florida  Inland | 5654 |
| Southeast | Florida ESG | |
| North Central | N Central  Ill/Wisc | 9291 |
| North Central | Indiana | 9290 |
| North Central | Michigan | 11256 |
| North Central | Ohio | 9293 |
| Texas | Northeast | 7296 |
| Texas | Southwest | 8561 |
| Texas | FIOS | 7929 |
| Liberty | Brooklyn-SI CM | 8944 |
| Liberty | Brooklyn | 8906 |
| Liberty | Manhattan IR | 8946 |
| Liberty | North Manhattan | 8929 |
| Liberty | Wholesale | 8919 |
| Mid Atlantic | Eastern North | 8942 |
| Mid Atlantic | Eastern South | 9934 |
| Mid Atlantic | Keystone East | 10151 |
| Mid Atlantic | Keystone West | 11957 |
| Mid Atlantic | Tri-State WPA | 10110 |
| Mid Atlantic | Wholesale | 10025 |
| New England | Central | 10929 |
| New England | Metro | 10927 |
| New England | Northeast | 9263 |
| New England | SE-Rhode Island | 10931 |
| New England | Wholesale | 10948 |
| New Jersey | Central | 10758 |
| New Jersey | Hudson Bergen | 8938 |
| New Jersey | Southern | 10757 |
| New Jersey | Highland | 8940 |
| New Jersey | Wholesale | 11408 |
| Capital | Central | 9236 |
| Capital | Midstate | 6542 |
| Capital | Northeast | 9234 |
| Capital | Western | 10907 |
| Island Metro | Queens | 8941 |
| Island Metro | Bronx | 8939 |
| Island Metro | Nassua | 8943 |
| Island Metro | Suffolk | |
| Potomac | Balt/ES | 11001 |
| Potomac | DC Region | 10645 |
| Potomac | North VA | 11217 |
| Potomac | Patuxent | 8948 |
| Potomac | Richmond VA | 5948 |
| Potomac | South VA | 11537 |
| Potomac | Wholesale | 8949 |

ACCOUNT LOOKUP

| Southeast | Verizon Construction-Southeast | 13193 |
| --- | --- | --- |
| Mid Atlantic | Verizon Construction- Western | 13566 |
| Mid Atlantic | Verizon Construction- Eastern | 13586 |
| Potomac | Verizon Construction-Potomac M | 14395 |

ACCOUNT LOOKUP