**MobileAria**

**Account/Garage Information**

Note regarding the information below:
1) **Billing Contact** will be the person billed for the service usage of all vehicles in that Account (MobileAria and Verizon Wireless service usage)
2) The Primary Contact will be the first person to contact for installations and ongoing support of vehicles belonging to the Garage
3) The Secondary Contact will be used as a backup contact in case the Primary Contact is unavailable for that Garage
4) Use the tab key to navigate from cell to cell.

PLEASE COMPLETE SOAF AND CLICK HERE TO EMAIL:    vz_install@mobilearia.com

### Billing Information

| Market Area | Account Name | Account# | Address | | | |
|---|---|---|---|---|---|---|
| | | | Street | City | State | Zip |
| North Central | Michigan | 11256 | 14 Gibbs Rd | Norwalk | OH | 44857 |

### Contact Information

| Contact Type | Contact Preference | First Name | Last Name | Work Phone | Mobile # | E-Mail | BAID |
|---|---|---|---|---|---|---|---|
| Billing Contact | Billing | Pat | Schaefer | (419) 744-3461 | na | patricia.schaefer@verizon.com | 8DMMJJN |
| GPS Admin/Analyst | Primary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com | |
| GPS Admin/Analyst | Secondary | Lori | Lacy | (419) 744-3461 | (419) 706-2121 | lori.lacy@verizon.com | |
| Other | Escalation | Leanna | Rhodes | (740) 383-0455 | (419) 569-5175 | leanna.rhodes@verizon.com | |

Wireless Plan: Unlimited    Click cell to change between Limited ( CDMA / 2 Mb) or Unlimited
Please see Column P for Wireless Coverage differences

**List Installation Locations Only**    *****ATTN:  VERIFY COVERAGE OPTIONS WE HAVE IN EACH AREA BEFORE INSTALL***

| Work Center/Garage Name | Area Code | Days/Hours of Operation | Address | | | | Garage Contact Information | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Street | City | State | Zip | Contact | First Name | Last Name | Work Phone | Mobile # | E-Mail |
| Tecumseh | 517 | 8a-5p | 606 S Maumee st | Tecumseh | MI | 49286 | Primary | Jack | Pressler | (517) 423-6922 | (517) 403-0934 | sylvester.byarski@verizon.com |
| Tecumseh | 517 | 8a-5p | 606 S Maumee st | Tecumseh | MI | 49286 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com |
| Lambertville | 734 | 8a-5p | 3905 Consear Rd. | Lambertville | MI | 48144 | Primary | Stan | Walentowski | (734) 854-6155 | (734) 777-7706 | stanley.a.walentowski@verizon.com |
| Lambertville | 734 | 8a-5p | 3905 Consear Rd. | Lambertville | MI | 48144 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com |
| Dowagiac | 269 | 8a-5p | 700 Percy St. | Dowagiac | MI | 49047 | Primary | Kevin | Kingscott | 269-657-0192 | (269) 757-1122 | kevin.l.kingscott@verizon.com |
| Dowagiac | 269 | 8a-5p | 700 Percy St. | Dowagiac | MI | 49047 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com |
| Coldwater | 517 | 8a-5p | 500 Race Rd | Coldwater | MI | 49036 | Primary | Shawn | Ware | (517) 273-0220 | (2695) 069-2350 | shwan.ware@verizon.com |
| Coldwater | 517 | 8a-5p | 500 Race Rd | Coldwater | MI | 49036 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com |
| Three Rivers | 269 | 8a-5p | 601 N. US 131 | Three Rivers | MI | 49093 | Primary | Shawn | Ware | (517) 273-0220 | (2695) 069-2350 | shwan.ware@verizon.com |
| Three Rivers | 269 | 8a-5p | 601 N. US 131 | Three Rivers | MI | 49093 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com |
| South Haven | 269 | 8a-5p | 351 School St. | South Haven | MI | 49090 | Primary | Dave | Cunningham | (269) 637-4200 | (269) 214-0244 | david.cunningham@verizon.com |
| South Haven | 269 | 8a-5p | 352 School St. | South Haven | MI | 49090 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com |
| Stockbridge | 517 | 8a-5p | 954 S. Clinton st | Stockbridge | MI | 49285 | Primary | Bruce | Grabert | (517) 851-6303 | (517) 403-0569 | bruce.grabert@verizon.com |
| Stockbridge | 517 | 8a-5p | 955 S. Clinton st | Stockbridge | MI | 49285 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com |

**Account/Garage Information**

Note regarding the information below:
1) Billing Contact will be the person billed for the service usage of all vehicles in that Account (MobileAria and Verizon Wireless service usage)
2) The Primary Contact will be the first person to contact for installations and ongoing support of vehicles belonging to the Garage
3) The Secondary Contact will be used as a backup contact in case the Primary Contact is unavailable for that Garage
4) Use the tab key to navigate from cell to cell.

**PLEASE COMPLETE SOAF AND CLICK HERE TO EMAIL:**    vz_install@mobilearia.com

**Billing Information**

| | | | Address | | | |
|---|---|---|---|---|---|---|
| Market Area | Account Name | Account# | Street | City | State | Zip |
| North Central | Michigan | 11256 | 14 Gibbs Rd | Norwalk | OH | 44857 |

**Contact Information**

| Contact Type | Contact Preference | First Name | Last Name | Work Phone | Mobile # | E-Mail | BAID |
|---|---|---|---|---|---|---|---|
| Billing Contact | Billing | Pat | Schaefer | (419) 744-3461 | na | patricia.schaefer@verizon.com | 8DMMJJN |
| GPS Admin/Analyst | Primary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com | |
| GPS Admin/Analyst | Secondary | Lori | Lacy | (419) 744-3461 | (419) 706-2121 | lori.lacy@verizon.com | |
| Other | Escalation | Leanna | Rhodes | (740) 383-0455 | (419) 569-5175 | leanna.rhodes@verizon.com | |

| Wireless Plan | Unlimited | Click cell to change between Limited ( CDMA / 2 Mb) or Unlimited |
|---|---|---|
| | Please see Column P | for Wireless Coverage differences |
| List Installation Locations Only | | *****ATTN:  VERIFY COVERAGE OPTIONS WE HAVE IN EACH AREA BEFORE INSTALL*** |

**Please provide information for each of the vehicles**

**For faster processing, please follow these procedures:**

**1) Please fill in all fields highlighted in blue for each Vehicle**

**2) Please use the same Garage Name as listed in the Garage Information tab**

**3) Please make sure that each Vehicle# is only entered once**

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type | | |
|---|---|---|---|---|---|---|---|
| Tecumseh | 200340133 | van | | | New | Pressler | mcmillen |
| Tecumseh | 35273107 | bucket | | | New | Pressler | klotz |
| Tecumseh | 35298047 | bucket | | | New | Pressler | brooket |
| Tecumseh | 220530620 | bucket | | | New | Pressler | stewart |
| Tecumseh | 35297793 | bucket | | | New | Pressler | foster |
| Tecumseh | 200530051 | van | | | New | Pressler | chinavare |
| Tecumseh | 220530083 | bucket | | | New | Pressler | rice |
| Tecumseh | 15210130 | bucket | | | New | Pressler | vernier |
| Tecumseh | 15210129 | bucket | | | New | Pressler | taphouse |
| Tecumseh | 32480023 | van | | | New | Pressler | betz |
| Tecumseh | 200430042 | van | | | New | Corby | doan |
| Tecumseh | 35207747 | bucket | | | New | Pressler | miller |
| Tecumseh | 22490523 | | | | New | Pressler | Warman |
| Tecumseh | 22490126 | 1999 Dodge Van | | | New | Corby | FURGSON |
| Tecumseh | 32480021 | 1998 Ford E250 | | | New | Corby | TAPHOUSE |
| Tecumseh | 22110020 | 2001 Dodge Van | | | New | Corby | DOAN |
| Tecumseh | 200240127 | 2002 Dodge Van | | | New | Corby | BLASIUS |
| Lambertville | 35297905 | 1999 Ford Bucket | | | New | Walentowski | Seger |
| Lambertville | 22441239 | 1994 Dodge Van | | | New | Walentowski | Calkins |
| Lambertville | 35273104 | 1997 Ford Bucket | | | New | Walentowski | Hall |
| Lambertville | 35297792 | 1999 Ford Bucket | | | New | Walentowski | Henry |
| Lambertville | 11-0240102 | 2002 Dodge Van | | | New | Walentowski | Doan |
| Lambertville | 35298096 | 1999 Ford Bucket | | | New | Walentowski | Montie |
| Lambertville | 35297795 | 1999 Ford Bucket | | | New | Walentowski | Brancheau |
| Lambertville | 22476095 | 1997 Dodge Van | | | New | Walentowski | Spear |
| Lambertville | 22451186 | 1995 Dodge Van | | | New | Walentowski | Scharf |
| Lambertville | 220330140 | 2003 Chevrolet Bucket | | | New | Walentowski | Nelson |
| Lambertville | 200530058 | 2005 Chevrolet Van | | | New | Walentowski | Proudfoot |
| Lambertville | 200430044 | 2004 Chevrolet Van | | | New | Walentowski | Hess |
| Lambertville | 22477120 | 1997 Dodge Van | | | New | Walentowski | **Vacant** |
| Dowagiac | 22410060 | 2001 Dodge Van | | | New | Kingscott | JOHNSON |
| Dowagiac | 110240106 | 2002 Dodge Van | | | New | Kingscott | TURSKE |
| Dowagiac | 22410399 | 2001 Dodge van | | | New | Kingscott | SCOTT |
| Dowagiac | 200530053 | 2005 Chevy Van | | | New | Kingscott | SHINGLEDECKER |
| Dowagiac | 200430045 | 2004 Chevy Van | | | New | Kingscott | RIFE |
| Dowagiac | 22411092 | 2001 Dodge Van | | | New | Kingscott | MUNSON |
| Dowagiac | 15210126 | 2001 Chevy C3500 | | | New | Kingscott | SOLOMON |
| Dowagiac | 35273105 | 1997 Ford F350 | | | New | Kingscott | MAIER |
| Dowagiac | 35273115 | 1997 Ford F350 | | | New | Kingscott | PARKER |
| Dowagiac | 35297796 | 1999 Ford F350 | | | New | Kingscott | PHILLIPS |
| Dowagiac | 15210127 | 2001 Chevy C3500 | | | New | Kingscott | PHILLIPS |
| Dowagiac | 35207749 | 2000 Ford F450SD | | | New | Kingscott | EMMONS |
| Dowagiac | 110240108 | 2002 Dodge Van | | | New | Corby | ROBERTS |
| Coldwater | 22410390 | 2001, Dodge, Van | | | New | Ware | Woods |
| Coldwater | 110430187 | 2004, Chevy, Van | | | New | Ware | Crandall |
| Coldwater | 110240105 | 2002, Dodge, Van | | | New | Ware | Cox |
| Coldwater | 22477123 | 1997, Dodge, Van | | | New | Ware | Littman |
| Coldwater | 210230147 | 2002, Chevy, Utility | | | New | Ware | Etchey |
| Coldwater | 35297797 | 1999, Ford, Bucket | | | New | Ware | McDonald |
| Coldwater | 35297798 | 1999, Ford, Bucket | | | New | Ware | Reynolds |

VEHICLE INFORMATION

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type | | |
|---|---|---|---|---|---|---|---|
| Coldwater | 220430006 | 2004, GMC, Bucket | | | New | Ware | Weinberg |
| Coldwater | 35207638 | 2000, Ford, Bucket | | | New | Ware | Morrill |
| Coldwater | 22482485 | 1998, Dodge, Van | | | New | Ware | Bright |
| Coldwater | 22481857 | 1998 Dodge Van | | | New | Corby | PAUL |
| Three Rivers | 22482484 | 1998, Dodge, Van | | | New | Ware | Furey |
| Three Rivers | 200530054 | 2005, Chevy, Van | | | New | Ware | Rice |
| Three Rivers | 200340136 | 2003, Dodge, Van | | | New | Ware | Troxell |
| Three Rivers | 22401866 | 2000, Dodge, Van | | | New | Ware | Hewitt |
| Three Rivers | 35273088 | 1997, Ford, Bucket | | | New | Ware | Kutz |
| Three Rivers | 220330146 | 2003, GMC, Bucket | | | New | Ware | Dahl |
| Three Rivers | 22410036 | 2001 Dodge Van | | | New | Kingscott | MALSCH |
| Three Rivers | 110430188 | 2004 Chevy Van | | | New | Kingscott | HANCHON |
| Three Rivers | 35273112 | 1997 Ford F350 | | | New | Kingscott | WARE, Joe |
| Three Rivers | 22490121 | 1999 Dodge Van | | | New | Corby | BENNITT |
| Three Rivers | 22481863 | 1998 Dodge Van | | | New | Corby | RENTFROW |
| Three Rivers | 110340080 | 2003 Dodge Van | | | New | Corby | SHELINE |
| South Haven | 22410394 | 2001 Dodge Van | | | New | Cunningham | ALEMAN |
| South Haven | 110240107 | 2002 Dodge Van | | | New | Cunningham | COUTURIER |
| South Haven | 22410101 | 2001 Dodge Van | | | New | Cunningham | SALTER |
| South Haven | 200340137 | 2003 Dodge Van | | | New | Cunningham | CORBETT |
| South Haven | 200340134 | 2003 Dodge Van | | | New | Cunningham | PHILLIPS |
| South Haven | 200340135 | 2003 Dodge Van | | | New | Cunningham | DENT |
| South Haven | 200430043 | 2004 Chevy Van | | | New | Cunningham | HEYMAN |
| South Haven | 35298078 | 1999 Ford F350 | | | New | Cunningham | FRANCISCO |
| South Haven | 35298124 | 1999 Ford F350 | | | New | Cunningham | CRAFT |
| South Haven | 15210132 | 2001 Chevy C3500 | | | New | Cunningham | KROEPEL |
| South Haven | 220330143 | 2003 GMC C3400 | | | New | Cunningham | GORSKE |
| South Haven | 35273114 | 1997 Ford F350 | | | New | Cunningham | GREGORY |
| South Haven | 22402022 | 2000 Dodge van | | | New | Cunningham | COULSON |
| South Haven | 15210136 | 2001Chevy C3500 | | | New | Cunningham | TUCKER |
| South Haven | 22410398 | 2001 Dodge Van | | | New | Corby | NEUENDORf |
| South Haven | 22482485 | 1998 Dodge Van | | | New | Corby | GROENEWOUD |
| South Haven | 22482483 | 1998 Dodge Van | | | New | Corby | SPREITZER |
| South Haven | 22481864 | 1998 Dodge Van | | | New | Corby | METZ |
| Stockbridge | 110240089 | 2002, Dodge, Van | | | New | Grabert | Redmond |
| Stockbridge | 110240091 | 2002, Dodge, Van | | | New | Grabert | Ivory |
| Stockbridge | 15210128 | 2001, Chevy, Bucket | | | New | Grabert | Neifert |
| Stockbridge | 220230104 | 2002, Chevy, Bucket | | | New | Grabert | Sullivan |
| Stockbridge | 22410986 | 2001, Dodge, Van | | | New | Grabert | Meyer |
| Stockbridge | 22410986 | 2001, Dodge, Van | | | New | Grabert | Davis |
| Stockbridge | 110240090 | 2002, Dodge, Van | | | New | Grabert | Phillips |
| Stockbridge | 22481878 | 1998, Dodge, Van | | | New | Grabert | Pellman |
| Stockbridge | 35207718 | 2000, Ford, Bucket | | | New | Grabert | Boyer |
| Stockbridge | 110430186 | 2004, Chevy, Van | | | New | Grabert | Debruler |
| Stockbridge | 200240109 | 2002, Dodge, Van | | | New | Grabert | Lindquist |
| Stockbridge | 200240123 | 2002, Dodge, Van | | | New | Grabert | Stewart |
| Stockbridge | 220230148 | 2002, Chevy, Bucket | | | New | Grabert | Grime |
| Stockbridge | 35207746 | 2000, Ford, Bucket | | | New | Grabert | Greening |
| Stockbridge | 35273098 | 1997, Ford, Bucket | | | New | Grabert | Marry |
| Stockbridge | 22481856 | 1998, Chevy Van | | | New | Grabert | Tryon |
| Stockbridge | 110240103 | 2002 Dodge Van | | | New | Corby | CHAPEL |
| Stockbridge | 22482490 | 1998 Dodge Van | | | New | Corby | LEGATO |
| | | | | | Replacement | | |

VEHICLE INFORMATION

## Additional Web User Information

**Please fill in all fields highlighted in blue for each web user**
The *User* column should contain the E-mail address the web user will use to log into the MobileAria portal
The *Role* should be either *GPS* or *Local Manager*

| First Name | Last Name | BAID | E-Mail | Role |
|---|---|---|---|---|
| Lori | Lacy | B237V82 | lori.lacy@verizon.com | GPS Admin/Analyst |
| Peggy | Jacobson | B3D33PF | peggy.jacobson@verizon.com | GPS Admin/Analyst |
| Juan | Ramirez | BJZ5058 | juan,c,ramirez@verizon.com | GPS Admin/Analyst |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

ALL WEB USER INFORMATION

**POI Information**

MobileAria

**Please fill in all fields highlighted in blue for each Point Of Interest (Landmark)**
**The *Size* column should contain the POI radius (in ft) for a circle POI and width (ft) x length (ft) in case of a square POI**
**example 1: Size = 420 would indicate a circle POI of a radius of 420 ft.**
**example 2: Size = 595x634 would indicate a square POI of a width of 595 ft. and a length of 634 ft. (If currently rectangular)**
**Note - This information needs to be downloaded from current Landmark details**

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

POI INFORMATION

| Market Area | NAME | Account number |
|---|---|---|
| West Coast | California Central | 10747 |
| West Coast | California North | 11286 |
| West Coast | California Southeast | 10909 |
| West Coast | California BTL | 13667 |
| Southeast | Carolinas | 7672 |
| Southeast | Florida Coastal | 9292 |
| Southeast | Florida Inland | 5654 |
| Southeast | Florida ESG | |
| North Central | N Central Ill/Wisc | 9291 |
| North Central | Indiana | 9290 |
| North Central | Michigan | 11256 |
| North Central | Ohio | 9293 |
| Texas | Northeast | 7296 |
| Texas | Southwest | 8561 |
| Texas | FIOS | 7929 |
| Liberty | Brooklyn-SI CM | 8944 |
| Liberty | Brooklyn | 8906 |
| Liberty | Manhattan IR | 8946 |
| Liberty | North Manhattan | 8929 |
| Liberty | Wholesale | 8919 |
| Mid Atlantic | Eastern North | 8942 |
| Mid Atlantic | Eastern South | 9934 |
| Mid Atlantic | Keystone East | 10151 |
| Mid Atlantic | Keystone West | 11957 |
| Mid Atlantic | Tri-State WPA | 10110 |
| Mid Atlantic | Wholesale | 10025 |
| New England | Central | 10929 |
| New England | Metro | 10927 |
| New England | Northeast | 9263 |
| New England | SE-Rhode Island | 10931 |
| New England | Wholesale | 10948 |
| New Jersey | Central | 10758 |
| New Jersey | Hudson Bergen | 8938 |
| New Jersey | Southern | 10757 |
| New Jersey | Highland | 8940 |
| New Jersey | Wholesale | 11408 |
| Capital | Central | 9236 |
| Capital | Midstate | 6542 |
| Capital | Northeast | 9234 |
| Capital | Western | 10907 |
| Island Metro | Queens | 8941 |
| Island Metro | Bronx | 8939 |
| Island Metro | Nassua | 8943 |
| Island Metro | Suffolk | |
| Potomac | Balt/ES | 11001 |
| Potomac | DC Region | 10645 |
| Potomac | North VA | 11217 |
| Potomac | Patuxent | 8948 |
| Potomac | Richmond VA | 5948 |
| Potomac | South VA | 11537 |
| Potomac | Wholesale | 8949 |

ACCOUNT LOOKUP

| Southeast | Verizon Construction-Southeast | 13193 |
| Mid Atlantic | Verizon Construction-  Western | 13566 |
| Mid Atlantic | Verizon Construction-  Eastern | 13586 |
| Potomac | Verizon Construction-Potomac  M | 14395 |

ACCOUNT LOOKUP