# MobileAria

## Account/Garage Information

**Note regarding the information below:**
1) Billing Contact will be the person billed for the service usage of all vehicles in that Account (MobileAria and Verizon Wireless service usage)
2) The Primary Contact will be the first person to contact for installations and ongoing support of vehicles belonging to the Garage
3) The Secondary Contact will be used as a backup contact in case the Primary Contact is unavailable for that Garage
4) Use the tab key to navigate from cell to cell.

**PLEASE COMPLETE SOAF AND CLICK HERE TO EMAIL:** vz_install@mobilearia.com

### Billing Information

| Market Area | Account Name | Account# | Address | | | |
|---|---|---|---|---|---|---|
| | | | Street | City | State | Zip |
| North Central | Michigan | 11256 | 14 Gibbs Rd | Norwalk | OH | 44857 |

### Contact Information

| Contact Type | Contact Preference | First Name | Last Name | Work Phone | Mobile # | E-Mail | BAID |
|---|---|---|---|---|---|---|---|
| Billing Contact | Billing | Pat | Schaefer | (419) 744-3461 | na | patricia.schaefer@verizon.com | 8DMMJJN |
| GPS Admin/Analyst | Primary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com | |
| GPS Admin/Analyst | Secondary | Lori | Lacy | (419) 744-3461 | (419) 706-2121 | lori.lacy@verizon.com | |
| Other | Escalation | Leanna | Rhodes | (740) 383-0455 | (419) 569-5175 | leanna.rhodes@verizon.com | |

**Wireless Plan** Unlimited    Click cell to change between Limited ( CDMA / 2 Mb) or Unlimited
Please see Column P for Wireless Coverage differences

**List Installation Locations Only**   *****ATTN:  VERIFY COVERAGE OPTIONS WE HAVE IN EACH AREA BEFORE INSTALL***

| Work Center/Garage Name | Area Code | Days/Hours of Operation | Address | | | | Garage Contact Information | | | | | | INITIAL WIRELESS PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Street | City | State | Zip | Contact | First Name | Last Name | Work Phone | Mobile # | E-Mail | |
| St Johns | 989 | 8a-5p | 806 W. State | St Johns | MI | 48879 | Primary | Terry | Wooley | (989) 224-7314 | (517) 881-0750 | sylvester.byarski@verizon.com | UNLIMITED |
| St Johns | 989 | 8a-5p | 806 W. State | St Johns | MI | 48879 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com | UNLIMITED |
| Alma | 989 | 8a-5p | 1285 N. Bridge | Alma | MI | 48801 | Primary | Lois | Korzecke | 989-723-0363 | 517-881-0746 | lois.korzecke@verizon.com | LIMITED |
| Alma | 989 | 8a-5p | 1285 N. Bridge | Alma | MI | 48801 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com | LIMITED |
| Davison | 810 | 8a-5p | 375 Rising St | Davison | MI | 48423 | Primary | Rick | Carpenter | 810-653-0591 | 810-845-1989 | r.carpenter@verizon.com | UNLIMITED |
| Davison | 810 | 8a-5p | 375 Rising St | Davison | MI | 48423 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com | UNLIMITED |
| Imlay City | 810 | 8a-5p | 311 S Cedar St | Imlay City | MI | 48444 | Primary | Gerry | Hittle | 810-721-9300 | 989-284-6517 | gerry.hittle@verizon.com | UNLIMITED |
| Imlay City | 810 | 8a-5p | 311 S Cedar St | Imlay City | MI | 48444 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com | UNLIMITED |

Please provide information for each of the vehicles

**For faster processing, please follow these procedures:**

1) **Please fill in all fields highlighted in blue for each Vehicle**
2) **Please use the same Garage Name as listed in the Garage Information tab**
3) **Please make sure that each Vehicle# is only entered once**

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type | | |
|---|---|---|---|---|---|---|---|
| Alma | 22410406 | 2001 Dodge Van | | | New | byarski | Breidinger |
| Alma | 22410649 | 2001 Dodge Van | | | New | byarski | Ericksen |
| Alma | 22451192 | 1995 Dodge Van | | | New | byarski | Koutz |
| Alma | 110340063 | 2004 Dodge Van | | | Replacement | byarski | Spaulding |
| Alma | 110340064 | 2003 Dodge Van | | | Replacement | church | Gilroy |
| Alma | 22410985 | 2001 Dodge Van | | | Replacement | church | Dennis |
| Alma | 22482489 | 1998 Dodge Van | | | Replacement | church | Dan |
| Alma | 35297800 | 1999 Ford Bucket | | | Replacement | church | Bernie |
| Alma | 35273100 | 1997 Ford Bucket | | | Replacement | church | Ed |
| Alma | 22410647 | 2001 Dodge Van | | | Replacement | church | Dan |
| Alma | 110240097 | 2002 Dodge Van | | | Replacement | church | Eddie |
| Alma | 35273532 | 1997 Ford Bucket | | | Replacement | church | Darcy |
| Alma | 200340139 | 2003 Dodge Van | | | Replacement | church | John |
| Alma | 220330137 | 2003 Chevy Bucket | | | Replacement | church | Doug |
| Alma | 35298093 | 1999 Ford Bucket | | | Replacement | church | Larry |
| Alma | 210230152 | 2002 Chevy Utility | | | Replacement | church | Matt |
| Alma | 280330015 | 2003 Chevy Utility | | | Replacement | church | Tim |
| Alma | 35273113 | 1997 Ford Bucket | | | Replacement | church | Adam |
| Alma | 35297801 | 1999 Ford Bucket | | | Replacement | church | Steve |
| Alma | 15210131 | 1991, Chevy, 1 Ton | | | Replacement | korzecke | Gorte |
| Alma | 220130012 | 2001, Chevy, 3500 | | | Replacement | korzecke | Cadena |
| Alma | 35273101 | 1997, Ford, 350 | | | Replacement | korzecke | Buschle |
| Alma | 220230098 | 2002, Chevy, 3500 | | | Replacement | korzecke | Kirby |
| Alma | 110340004 | 2003, Dodge Van | | | Replacement | korzecke | Craig |
| Davison | 22476087 | 1997 Dodge Van | | | Replacement | byarski | Osborne |
| Davison | 11043019 | 2004 Chevy Van | | | Replacement | byarski | Williams |
| Davison | 22476107 | 1997 Dodge Van | | | Replacement | byarski | Doyle |
| Davison | 15210138 | CHEVY BUCKET | | | Replacement | carpenter | TRAVER |
| Davison | 22476081 | DODGE VAN | | | Replacement | carpenter | KIRBY |
| Davison | 22481871 | DODGE VAN | | | Replacement | carpenter | IRBY |
| Davison | 22023099 | CHEVY BUCKET | | | Replacement | carpenter | DONOVAN |
| Davison | 22482487 | DODGE VAN | | | Replacement | carpenter | GEISLER |
| Davison | 110240094 | DODGE VAN | | | Replacement | carpenter | BRACE |
| Davison | 110240092 | DODGE VAN | | | Replacement | carpenter | VANDERFORD |
| Davison | 32480018 | FORD VAN | | | Replacement | carpenter | CLEAR |
| Davison | 22410987 | DODGE VAN | | | Replacement | carpenter | LUFT |
| Davison | 200530056 | CHEVY VAN | | | New | carpenter | KARDOS |
| Davison | 220230102 | CHEVY BUCKET | | | Replacement | carpenter | LEYDIG |
| Imlay City | 22410404 | 2003 Dodge Van | | | Replacement | byarski | Klause |
| Imlay City | 22481880 | 1998 Dodge Van | | | Replacement | byarski | Buckland |
| Imlay City | 220230151 | 2003 Chevy Bucket | | | Replacement | hittle | Bombard |
| Imlay City | 22481872 | 1998 Dodge Van | | | Replacement | hittle | Burk |
| Imlay City | 24110061 | 2001 Dodge Utility | | | Replacement | hittle | Collins |
| Imlay City | 110240109 | 2002 Dodge Van | | | Replacement | hittle | Kowalski |
| Imlay City | 35298120 | 1999 Ford Bucket | | | Replacement | hittle | Krum |
| Imlay City | 22410407 | 2001 Dodge Van | | | Replacement | hittle | Laming |
| Imlay City | 24110059 | 2001 Dodge Utility | | | Replacement | hittle | Loggans |
| Imlay City | 220230150 | 2002 Chevy Bucket | | | Replacement | hittle | Maitland |
| Imlay City | 22481879 | 1998 Dodge Van | | | Replacement | hittle | Maxfield |
| Imlay City | 24110062 | 2001 Dodge Utility | | | Replacement | hittle | Peasley |

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type | | |
|---|---|---|---|---|---|---|---|
| Imlay City | 22476106 | 1997 Dodge Van | | | Replacement | hittle | Schulz |
| Imlay City | 24110060 | 2001 Dodge Utility | | | Replacement | hittle | Shipman |
| Imlay City | 22481872 | 1998 Dodge Van | | | Replacement | hittle | Ulatowski |
| Imlay City | 220330139 | 2003 Chevy Bucket | | | Replacement | hittle | Vandenberg |
| Imlay City | 24110110 | 2002 Dodge Van | | | Replacement | hittle | Westbrook |
| Imlay City | 35273110 | 1997 Ford Bucket | | | Replacement | hittle | Gillies |
| St Johns | 20240015 | 2002 Dodge Mini | | | New | byarski | Woodworth |
| St Johns | 22410405 | 2001 Dodge Van | | | New | byarski | Cullimore |
| St Johns | 22481876 | 1998 Dodge Van | | | Replacement | byarski | Miller |
| St Johns | 22441344 | 1994 Dodge Van | | | Replacement | byarski | Holzhausen |
| St Johns | 35273529 | 1997, Ford, 350 | | | Replacement | korzecke | Code |
| St Johns | 35273108 | 1997, Ford, 350 | | | Replacement | korzecke | Truesdell |
| St Johns | 220330134 | 2003, Chevy, 4500 | | | Replacement | korzecke | Gamelin |
| St Johns | 35273099 | 1997, Ford, 350 | | | Replacement | korzecke | Hittle |
| St Johns | 220330133 | 2003, Chevy, 4500 | | | Replacement | korzecke | Schneider |
| St Johns | 22482502 | 1998, Dodge, 3500 | | | Replacement | korzecke | Bur |
| St Johns | 35273109 | 97,   FORD  F350 | | | Replacement | wooley | WITGEN |
| St Johns | 22476103 | 97,   DODGE 250 | | | Replacement | wooley | SCHMOEKEL |
| St Johns | 35298080 | 99  FORD   F350 | | | Replacement | wooley | WILLARD |
| St Johns | 22481873 | 98, DODGE  350 | | | Replacement | wooley | STEBBINS |
| St Johns | 35273102 | 97  FORD    F350 | | | Replacement | wooley | HALL |
| St Johns | 22481869 | 98,  DODGE  350 | | | Replacement | wooley | BUNCE |
| St Johns | 110340062 | 03,  DODGE  2500 | | | Replacement | wooley | CHILDS |
| St Johns | 200340138 | 99,  DODGE  350 | | | Replacement | wooley | PHILLIPS |
| St Johns | 35298094 | 99,    FORD  F350 | | | Replacement | wooley | MCCLENITHAN |
| St Johns | TBD | | | | New | wooley | WENZLICK |
| St Johns | 22482504 | 98 DODGE  2500 | | | New | wooley | DAMAN |
| | | | | | Replacement | | |

VEHICLE INFORMATION

## Additional Web User Information



**Please fill in all fields highlighted in blue for each web user**
The *User* column should contain the E-mail address the web user will use to log into the MobileAria portal
The *Role* should be either *GPS* or *Local Manager*

| First Name | Last Name | BAID | E-Mail | Role |
|---|---|---|---|---|
| Lori | Lacy | B237V82 | lori.lacy@verizon.com | GPS Admin/Analyst |
| Peggy | Jacobson | B3D33PF | peggy.jacobson@verizon.com | GPS Admin/Analyst |
| Juan | Ramirez | BJZ5058 | juan,c,ramirez@verizon.com | GPS Admin/Analyst |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  |  |

ALL WEB USER INFORMATION

# POI Information

MobileAria

**Please fill in all fields highlighted in blue for each Point Of Interest (Landmark)**
The *Size* column should contain the POI radius (in ft) for a circle POI and width (ft) x length (ft) in case of a square POI
example 1: Size = 420 would indicate a circle POI of a radius of 420 ft.
example 2: Size = 595x634 would indicate a square POI of a width of 595 ft. and a length of 634 ft. (If currently rectangular)
**Note - This information needs to be downloaded from current Landmark details**

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type | |
|---|---|---|---|---|---|---|---|---|---|
| Masar's | 43.187492 | -86.226971 | 3531 WAYNE RD | MUSKEGON | MI | 49444 | 250 | 12 | **EXAMPLE** |
| ALMA CO-GTD-5 | 43.378379 | -84.657059 | 345 PINE AVE | ALMA | MI | 48801 | 500 | 14 | Delete or co |
| ALMA RADIO TOWER/MXU | 43.365348 | -84.64632 | 615 S GROVER AVE | ALMA | MI | 48801 | 500 | 14 | |
| ALMA RC | 43.390669 | -84.647029 | 997 BRIDGE AVE | ALMA | MI | 48801 | 869x604 | 14 | |
| ALMONT CO-DMS-10 SSO | 42.919712 | -83.043436 | 216 MILL ST E | ALMONT | MI | 48003 | 500 | 14 | |
| ALPENA CO-GTD-5 BU | 45.062652 | -83.435928 | 223 LOCKWOOD ST | ALPENA | MI | 49707 | 500 | 14 | |
| ALPENA MXU HUT - LONG RAPIDS | 45.084177 | -83.485448 | 1626 LONG RAPIDS RD | ALPENA | MI | 49707 | 500 | 14 | |
| ASHLEY CO-GTD-5 RSU | 43.18547 | -84.475258 | 107 W PINE ST | ASHLEY | MI | 48806 | 500 | 14 | |
| Alma Reporting Center | 43.39056 | -84.646746 | 997 BRIDGE AVE | ALMA | MI | 48801 | 829x531 | 14 | |
| Avoca RSU | 43.060947 | -82.691145 | 8873 WILLOW ST | AVOCA | MI | 48006 | 250 | 14 | |
| BANCROFT CO RSU* | 42.875405 | -84.065995 | 123 WARREN ST | BANCROFT | MI | 48414 | 250 | 14 | |
| BARRYTON CO-RSU | 43.748694 | -85.146052 | STEARNS ST | BARRYTON | MI | 49305 | 500 | 14 | |
| BATH CO-5ESS-ORM* | 42.818196 | -84.573335 | S DEWITT RD | LANSING | MI | 48906 | 250 | 14 | |
| BELLAIRE CO-GTD-5 BU | 44.97558 | -85.210107 | 211 N BRIDGE ST | BELLAIRE | MI | 49615 | 500 | 14 | |
| BP Gas Station | 43.001554 | -84.550815 | 124 N WHITTEMORE ST | SAINT JOHNS | MI | 48879 | 300 | 3 | |
| BRECKENRIDGE CO-GTD-5 RSU | 43.408073 | -84.474205 | 424 SAGINAW ST | BRECKENRIDGE | MI | 48615 | 500 | 14 | |
| BROWN CITY CO-GTD-5 RSU | 43.213047 | -82.990222 | 4271 1ST | BROWN CITY | MI | 48416 | 500 | 14 | |
| Bonicki's Sports Bistro | 43.233565 | -86.19704 | 1017 GORDON | MUSKEGON | MI | 49442 | 250 | 12 | |
| CAPAC CO-DMS-10 | 43.014325 | -82.928478 | 212 N MAIN ST | CAPAC | MI | 48014 | 500 | 14 | |
| CARSON CITY CO-GTD-5 RSU | 43.176107 | -84.847675 | 202 W ELM ST | CARSON CITY | MI | 48811 | 250 | 14 | |
| CASEVILLE CO-DMS-10 | 43.940599 | -83.272458 | MAIN ST | CASEVILLE | MI | 48725 | 500 | 14 | |
| CASEVILLE COCHRAN MXU | 43.980907 | -83.180128 | 4390 COCHRAN RD | CASEVILLE | MI | 48725 | 250 | 14 | |
| CASS CITY CO-GTD-5 BU | 43.600218 | -83.17458 | 4463 SEEGER ST | CASS CITY | MI | 48726 | 250 | 14 | |
| CASS CITY R/C WAREHOUSE | 43.594909 | -83.178634 | 4203 VULCAN ST | CASS CITY | MI | 48726 | 500 | 14 | |
| CLIFFORD CO-GTD-5 RSU | 43.315831 | -83.180444 | WASHINGTON ST | CLIFFORD | MI | 48727 | 250 | 14 | |
| COLUMBIAVILLE BARNES LAKE M | 43.171362 | -83.312009 | 5036 LAPEER RD | COLUMBIAVILLE | MI | 48421 | 250 | 14 | |
| COLUMBIAVILLE CO-GTD-5 BU | 43.154936 | -83.411381 | 4405 3RD ST | COLUMBIAVILLE | MI | 48421 | 500 | 14 | |
| COLUMBIAVILLE GERMAN MXU | 43.101681 | -83.424209 | 2593 GERMAN RD | COLUMBIAVILLE | MI | 48421 | 500 | 14 | |
| COLUMBIAVILLE OTTER MXU | 43.208749 | -83.45604 | 5705 HEMINGWAY LAKE RD | OTTER LAKE | MI | 48464 | 500 | 14 | |
| CONKLIN CO-GTD-5 RSU* | 43.128279 | -85.882542 | MILLER ST | CONKLIN | MI | 49403 | 250 | 14 | |
| COOPERSVILLE CO-GTD-5 RSU* | 43.067151 | -85.935663 | 347 GROVE ST | COOPERSVILLE | MI | 49404 | 250 | 14 | |
| COOPERSVILLE REPEATER HUT* | 43.070991 | -85.873636 | 16543 JUNIPER DR | COOPERSVILLE | MI | 49404 | 250 | 14 | |
| CORUNNA CO-GTD-5 RSU* | 42.982574 | -84.118806 | 165 W MACK ST | CORUNNA | MI | 48817 | 250 | 14 | |
| Celia's Rest | 42.989923 | -84.176735 | 847 S SHIAWASSEE ST | OWOSSO | MI | 48867 | 350 | 3 | |
| DAVISION CO - DMS 100 BU | 43.031734 | -83.517627 | 115 E  2ND ST | DAVISON | MI | 48423 | 250 | 14 | |
| DAVISON R/C & WHSE | 43.029463 | -83.51059 | 375 E RISING ST | DAVISON | MI | 48423 | 654x509 | 14 | |
| DECKERVILLE CO-DMS-10 | 43.526561 | -82.735428 | 2493 BLACK RIVER ST | DECKERVILLE | MI | 48427 | 500 | 14 | |
| DEWITT CO-5ESS BU* | 42.841946 | -84.57015 | 185 W MAIN ST | DEWITT | MI | 48820 | 250 | 14 | |
| DRYDEN CO-DMS-10 | 42.946005 | -83.126477 | UNION | DRYDEN | MI | 48428 | 500 | 14 | |
| DURAND CO-GTD-5 RSU* | 42.913392 | -83.985506 | 102 W GENESEE ST | DURAND | MI | 48429 | 250 | 14 | |
| Deaner Rd R/C | 43.393182 | -85.048851 | 77 DEANER RD NE | EDMORE | MI | 48829 | 250 | 14 | |

POI Information

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type |
|---|---|---|---|---|---|---|---|---|
| EDMORE CO-GTD-5 BU | 43.40725 | -85.039148 | 186 5TH ST | EDMORE | MI | 48829 | 500 | 14 |
| ELKTON CO-DMS-10 | 43.818743 | -83.180905 | 14 MAIN ST | ELKTON | MI | 48731 | 500 | 14 |
| ELLSWORTH CO-GTD-5 BU | 45.165615 | -85.246164 | 9231 MAIN ST | ELLSWORTH | MI | 49729 | 500 | 14 |
| ELSIE CO-GTD-5 RSU* | 43.08921 | -84.385652 | 149 E MAIN ST | ELSIE | MI | 48831 | 250 | 14 |
| EMMETT CO-GTD-5 RSU | 42.989581 | -82.766321 | WASHINGTON ST | EMMETT | MI | 48022 | 500 | 14 |
| Elias Brothers Big Boy | 43.008235 | -83.070425 | 1993 S M 53 | IMLAY CITY | MI | 48444 | 250 | 3 |
| FAIRVIEW CO-DMS-10 | 44.725132 | -84.05139 | 1986 E MILLER RD | FAIRVIEW | MI | 48621 | 500 | 14 |
| FENWICK CO-GTD-5 RSU* | 43.148543 | -85.080376 | 320 W FENWICK RD | FENWICK | MI | 48834 | 250 | 14 |
| FOWLER-PEWAMO R.H. | 42.929351 | -84.799212 | 120 W MAIN ST | FOWLER | MI | 48835 | 500 | 14 |
| FREDERIC MXU | 44.776139 | -84.752612 | MANISTEE ST | FREDERIC | MI | 49733 | 500 | 14 |
| FRUITPORT CO-GTD-5 RSU* | 43.134721 | -86.154312 | IDA ST | FRUITPORT | MI | 49415 | 250 | 14 |
| Fowler RSU | 43.002287 | -84.759471 | 1037 N TALLMAN RD | FOWLER | MI | 48835 | 250 | 14 |
| GAINES CO-GTD-5 RSU* | 42.872055 | -83.913334 | 113 E LORD ST | GAINES | MI | 48436 | 250 | 14 |
| GAYLORD CO-GTD-5 BU | 45.027482 | -84.674413 | 120 W MAIN ST | GAYLORD | MI | 49735 | 500 | 14 |
| GAYLORD REPORTING CTR/GARA | 44.984818 | -84.679229 | 3249 FOREST RD | GAYLORD | MI | 49735 | 500 | 14 |
| GAYLORD WATERS MXU | 44.892729 | -84.697734 | 9602 S OLD 27 | GAYLORD | MI | 49735 | 500 | 14 |
| GOODELLS CO-DMS-10 | 42.982573 | -82.6636 | 8489 COUNTY PARK DR | GOODELLS | MI | 48027 | 500 | 14 |
| GRAND LEDGE - RLU* | 42.726728 | -84.66393 | 7810 W SAINT JOSEPH HWY | LANSING | MI | 48917 | 250 | 14 |
| GRAND LEDGE BROADBENT MXU | 42.741918 | -84.682511 | 12060 BROADBENT | GRAND LEDGE | MI | 48837 | 250 | 14 |
| GRAND LEDGE CO-GTD-5 BU* | 42.752898 | -84.744717 | 162 E RIVER ST | GRAND LEDGE | MI | 48837 | 300 | 14 |
| GRAND LEDGE R/C-Whs* | 42.75211 | -84.763365 | 12780 PARTLOW AVE | GRAND LEDGE | MI | 48837 | 250 | 14 |
| GRAYLING ROSCOMMON SKYLINE | 44.569382 | -84.698686 | 4279 SKYLINE RD | GRAYLING | MI | 49738 | 500 | 14 |
| Gary's Rest | 43.419194 | -86.35288 | 8882 WATER ST | MONTAGUE | MI | 49437 | 250 | 3 |
| Greg and Lou's Rest | 43.015438 | -84.176365 | 1418 N M 52 | OWOSSO | MI | 48867 | 250 | 3 |
| HARBOR BEACH CO-DMS-10 | 43.843893 | -82.652853 | 134 S 1ST ST | HARBOR BEACH | MI | 48441 | 500 | 14 |
| HARRISVILLE CO-GTD-5 RSU | 44.656137 | -83.293712 | 111 3RD | HARRISVILLE | MI | 48740 | 500 | 14 |
| HART CO-GTD-5 RSU* | 43.700429 | -86.358036 | 211 GRISWOLD ST | HART | MI | 49420 | 250 | 14 |
| HART SILVER LAKE CO-GTD5 | 43.671038 | -86.473225 |  | SILVER LAKE | MI | 49436 | 250 | 14 |
| HEMLOCK CO-GTD-5 RSU | 43.413487 | -84.230805 | S ELM ST | HEMLOCK | MI | 48626 | 500 | 14 |
| HESPERIA CO-GTD-5 RSU* | 43.569888 | -86.039148 | 90 N DIVISION ST | HESPERIA | MI | 49421 | 250 | 14 |
| HOLTON CO-GTD-5 RSU | 43.41708 | -86.070739 | HOLTON RD | HOLTON | MI | 49425 | 500 | 14 |
| HOUGHTON LAKE CO-GTD-5 RSU | 44.305091 | -84.754484 | 104 HOUGHTON LAKE DR | HOUGHTON LAKE | MI | 48629 | 500 | 14 |
| HOUGHTON LAKE MW TOWER | 44.278973 | -84.752852 | 2820 TOWER HILL RD | HOUGHTON LAKE | MI | 48629 | 500 | 14 |
| HOWARD CITY CO-GTD-5 BU | 43.397001 | -85.469452 | E EDGERTON ST | HOWARD CITY | MI | 49329 | 500 | 14 |
| HUBBARD LAKE MXU HUT | 44.931812 | -83.588805 | 7055 BEAVER LAKE RD | HUBBARD LAKE | MI | 49747 | 500 | 14 |
| HUBBARDSTON CO-RSU | 43.093378 | -84.841352 | 203 N WASHINGTON ST | HUBBARDSTON | MI | 48845 | 250 | 14 |
| Herbie's | 43.219039 | -86.19425 | KEATING AVE | MUSKEGON | MI | 49442 | 250 | 3 |
| Hitching Post Rest | 43.0604 | -84.562948 | 1956 W FRENCH RD | SAINT JOHNS | MI | 48879 | 500 | 3 |
| Holton CO - RSU | 43.40945 | -86.080806 | 7755 HOLTON RD | HOLTON | MI | 49425 | 500 | 14 |
| Home Cooking Rest | 43.014221 | -84.558696 | 1395 N WHITTEMORE ST | SAINT JOHNS | MI | 48879 | 250 | 3 |
| Home Depot/Topo's lots | 43.203852 | -86.265888 | 913 W SHERMAN BLVD | MUSKEGON | MI | 49441 | 250 | 3 |
| Hooter's | 43.158675 | -86.206214 | 5077 HARVEY ST | MUSKEGON | MI | 49444 | 250 | 12 |
| House of China | 43.2206 | -86.263887 | 860 W LARCH AVE | MUSKEGON | MI | 49441 | 250 | 3 |
| IMLAY CITY CO-GTD-5 BU | 43.025609 | -83.076507 | 155 E 4TH ST | IMLAY CITY | MI | 48444 | 250 | 14 |
| IMLAY CITY LUM MUX | 43.099098 | -83.15833 | 4809 LUM RD | ATTICA | MI | 48412 | 250 | 14 |
| IMLAY CITY R/C-WHSE-GARAGE | 43.020974 | -83.071991 | 311 S CEDAR ST | IMLAY CITY | MI | 48444 | 500 | 14 |
| ITHACA CO-GTD-5 RSU | 43.290769 | -84.606877 | 125 S JEFFERY AVE | ITHACA | MI | 48847 | 250 | 14 |
| Ithaca RSU | 43.290494 | -84.606757 | 139 E NEWARK ST | ITHACA | MI | 48847 | 250 | 14 |
| JEDDO CO-DMS-10 | 43.151749 | -82.585067 | 6030 JEDDO RD | JEDDO | MI | 48032 | 500 | 14 |
| KINGSTON CO-GTD-5 RSU | 43.413238 | -83.18447 | 3491 PINE ST | KINGSTON | MI | 48741 | 500 | 14 |

POI INFORMATION

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type |
|---|---|---|---|---|---|---|---|---|
| Kordecki's Kitchen | 43.175484 | -86.220661 | 4233 GRAND HAVEN RD | MUSKEGON | MI | 49441 | 250 | 3 |
| LACHINE CO-GTD-5 RSU | 45.067118 | -83.716638 | M 32 W & M 65 N | LACHINE | MI | 49753 | 500 | 14 |
| LAINGSBURG CO-5ESS-ORM* | 42.891067 | -84.353783 | 209 CHURCH ST | LAINGSBURG | MI | 48848 | 250 | 14 |
| LAKEVIEW CO-GTD-5 RSU | 43.431665 | -85.265129 | 9098 HOWARD CITY EDMORE RD | LAKEVIEW | MI | 48850 | 500 | 14 |
| LANSING MXU* | 42.770205 | -84.699802 | 8848 W EATON HWY | GRAND LEDGE | MI | 48837 | 250 | 14 |
| LANSING SUPPLY POINT DIST* | 42.703368 | -84.665325 | 7821 RICKLE ST | LANSING | MI | 48917 | 250 | 14 |
| LEWISTON CO-GTD-5 RSU | 44.884027 | -84.308063 | ALEXANDER ST | LEWISTON | MI | 49756 | 500 | 14 |
| LINCOLN CO-GTD-5 RSU | 44.682628 | -83.411369 | 111 E HAWLEY ST | LINCOLN | MI | 48742 | 500 | 14 |
| LINCOLN LOST LAKE R.H. | 44.779998 | -83.426498 | 2740 FOX RD | LINCOLN | MI | 48742 | 500 | 14 |
| LINDEN CO-GTD-5 RSU* | 42.81428 | -83.781961 | 115 S BRIDGE ST | LINDEN | MI | 48451 | 250 | 14 |
| LUDINGTON CO-GTD-5 BU | 43.959301 | -86.445522 | 317 N ROWE ST | LUDINGTON | MI | 49431 | 250 | 14 |
| LUDINGTON HAMLIN LAKE MXU | 44.042122 | -86.439681 | 4784 N LINCOLN RD | LUDINGTON | MI | 49431 | 250 | 14 |
| LUDINGTON REPORTING CTR/WA | 43.962869 | -86.432764 | 916 E TINKHAM AVE | LUDINGTON | MI | 49431 | 250 | 14 |
| LUNA PIER MXU (ERIE) | 41.808239 | -83.444695 | 10545 S HAROLD DR | LUNA PIER | MI | 48157 | 500 | 14 |
| LUPTON CO-DMS-10 | 44.376075 | -83.984369 | 1479 SHADY SHORES RD | LUPTON | MI | 48635 | 500 | 14 |
| Lowes | 43.203345 | -86.194553 | 2760 S QUARTERLINE RD | MUSKEGON | MI | 49444 | 250 | 3 |
| MEMPHIS CO-DMS-10 | 42.895693 | -82.768491 | 35181 POTTER ST | MEMPHIS | MI | 48041 | 250 | 14 |
| MERRILL CO-GTD-5 RSU | 43.409095 | -84.331554 | 204 W ALICE ST | MERRILL | MI | 48637 | 500 | 14 |
| METAMORA CO-DMS-10 | 42.941535 | -83.287443 | 124 E HIGH ST | METAMORA | MI | 48455 | 250 | 14 |
| MIDDLETON CO-RSU | 43.181736 | -84.708306 | 115 ELM ST W | MIDDLETON | MI | 48856 | 250 | 14 |
| MILFORD CO-DMS-100 BU* | 42.590526 | -83.598794 | 324 UNION ST | MILFORD | MI | 48381 | 250 | 14 |
| MILFORD COMMERCE MEADOWS | 42.558997 | -83.543688 | 3541 WIXOM RD | MILFORD | MI | 48381 | 250 | 14 |
| MILFORD R/C-WHSE | 42.624423 | -83.617653 | 100 LONE TREE RD | MILFORD | MI | 48380 | 500 | 14 |
| MINDEN CITY CO-DMS-10 | 43.67168 | -82.770624 | 1704 MAIN ST | MINDEN CITY | MI | 48456 | 500 | 14 |
| MINDEN CITY RUTH MXU | 43.715988 | -82.725443 | 7377 ATWATER RD | RUTH | MI | 48470 | 250 | 14 |
| MIO CO-DMS-10 | 44.649813 | -84.127379 | 310 CASS ST | MIO | MI | 48647 | 500 | 14 |
| MT PLEASANT BASELINE MXU | 43.641244 | -84.668293 | 25 N LOOMIS RD | MOUNT PLEASANT | MI | 48858 | 500 | 14 |
| MT PLEASANT CO-DMS100 BU/ | 43.602532 | -84.776557 | 114 E ILLINOIS ST | MOUNT PLEASANT | MI | 48858 | 500 | 14 |
| MT PLEASANT OIL CITY MXU | 43.610507 | -84.586847 | W ISABELLA RD | MOUNT PLEASANT | MI | 48858 | 250 | 14 |
| MT PLEASANT REPORTING CTR/W | 43.620621 | -84.748631 | 2053 S ISABELLA RD | MOUNT PLEASANT | MI | 48858 | 689x58 | 14 |
| MT PLEASANT WINN ROAD MXU | 43.595087 | -84.907538 | 3180 S WINN RD | MOUNT PLEASANT | MI | 48858 | 250 | 14 |
| MUIR CO-RSU | 42.996056 | -84.943317 | 129 SUPERIOR ST | MUIR | MI | 48860 | 500 | 14 |
| MUSKEGON CO-5ESS BU* | 43.237592 | -86.246181 | 860 TERRACE ST | MUSKEGON | MI | 49440 | 250 | 14 |
| MUSKEGON CO-GTD-5* | 43.199077 | -86.244183 | 2908 PECK ST | MUSKEGON | MI | 49444 | 250 | 14 |
| MUSKEGON DALTON CO-GTD-5* | 43.326435 | -86.266814 | 3850 WHITEHALL RD | MUSKEGON | MI | 49445 | 250 | 14 |
| MUSKEGON EAST CO-GTD-5 BU* | 43.231888 | -86.182354 | 1131 BARLOW ST | MUSKEGON | MI | 49442 | 250 | 14 |
| MUSKEGON LAKESIDE CO-GTD-5* | 43.216755 | -86.288166 | 1831 LAKESHORE DR | MUSKEGON | MI | 49441 | 250 | 14 |
| MUSKEGON NORTH CO-GTD-5 B* | 43.256766 | -86.26813 | 410 FLEMING ST | MUSKEGON | MI | 49445 | 250 | 14 |
| MUSKEGON OLTHOFF-GSC* | 43.206658 | -86.182667 | 2441 OLTHOFF DR | MUSKEGON | MI | 49444 | 450 | 14 |
| MUSKEGON PHONE MART* | 43.234607 | -86.194519 | 1970 E APPLE AVE | MUSKEGON | MI | 49442 | 250 | 14 |
| MUSKEGON PIGEON HILL MXU* | 43.226797 | -86.334495 | 1460 NELSON ST | MUSKEGON | MI | 49441 | 250 | 14 |
| MUSKEGON SEMINOLE CO-GTD-5 | 43.186926 | -86.282628 | 1545 SEMINOLE RD | MUSKEGON | MI | 49441 | 250 | 14 |
| MUSKEGON SOUTH CO-5ESS OR* | 43.158344 | -86.24478 | 5214 MARTIN RD | MUSKEGON | MI | 49441 | 250 | 14 |
| MUSKEGON SOUTH CO-SMART P/ | 43.15865 | -86.232497 | 499 E ELLIS RD | MUSKEGON | MI | 49441 | 250 | 14 |
| Main Street Cafe | 43.00308 | -84.558253 | 264 N CLINTON AVE | SAINT JOHNS | MI | 48879 | 250 | 3 |
| Main Street Cafe | 43.002806 | -84.559102 | 146 W WALKER ST | SAINT JOHNS | MI | 48879 | 300 | 3 |
| Main Street Pub | 43.252846 | -86.271975 | 1168 RUDDIMAN DR | MUSKEGON | MI | 49445 | 250 | 3 |
| Menard's | 43.151724 | -86.206843 | 5267 HARVEY ST | MUSKEGON | MI | 49444 | 350 | 3 |
| Mills Ice Cream | 43.234669 | -86.241236 | 951 SPRING ST | MUSKEGON | MI | 49442 | 250 | 3 |
| Mr Quick's | 43.269135 | -86.25342 | 712 STRALEY ST | MUSKEGON | MI | 49445 | 250 | 3 |

POI INFORMATION

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type |
|---|---|---|---|---|---|---|---|---|
| Muskegon Wolf Lake CO | 43.233147 | -86.10729 | 1321 S WOLF LAKE RD | MUSKEGON | MI | 49442 | 250 | 14 |
| NEW ERA SHELBY MXU* | 43.557973 | -86.344485 | 2600 W GARFIELD RD | NEW ERA | MI | 49446 | 250 | 14 |
| NORTH BRANCH CO-GTD-5 RSU | 43.228636 | -83.194622 | 6716 SAGINAW ST | NORTH BRANCH | MI | 48461 | 500 | 14 |
| Nin0's | 43.204193 | -86.221969 | MAPLE AVE | MUSKEGON | MI | 49444 | 250 | 3 |
| ONAWAY Onaway CO-GTD-5 RSU | 45.360771 | -84.222443 | 110 1ST ST | ONAWAY | MI | 49765 | 500 | 14 |
| ORTONVILLE CO-DMS-10 | 42.851556 | -83.45109 | 113 NARRIN ST | ORTONVILLE | MI | 48462 | 500 | 14 |
| OTISVILLE CO-GTD-5 RSU | 43.166919 | -83.525155 | 146 PINE ST | OTISVILLE | MI | 48463 | 500 | 14 |
| OVID CO-GTD-5 RSU* | 43.006831 | -84.372916 | 128 W WILLIAMS ST | OVID | MI | 48866 | 250 | 14 |
| OWOSSO CO-GTD-5 BU* | 42.9992 | -84.172768 | 224 W EXCHANGE ST | OWOSSO | MI | 48867 | 250 | 14 |
| OWOSSO GARRISON MXU* | 42.921207 | -84.220578 | 2955 W GARRISON RD | OWOSSO | MI | 48867 | 250 | 14 |
| OWOSSO HENDERSON MXU* | 43.086286 | -84.190097 | 471 E MAIN | HENDERSON | MI | 48841 | 250 | 14 |
| OWOSSO RC/WAREHOUSE* | 42.996763 | -84.202625 | 1905 W M 21 | OWOSSO | MI | 48867 | 600 | 14 |
| PALO CO-RSU | 43.110754 | -84.986027 | 4545 DIVISION ST | FENWICK | MI | 48834 | 500 | 14 |
| PENTWATER CO-GTD5* | 43.781574 | -86.429628 | 33 RUTLEDGE | PENTWATER | MI | 49449 | 250 | 14 |
| PRESCOTT CO-DMS-10 | 44.163214 | -84.006971 | 5253 HENDERSON LAKE RD | PRESCOTT | MI | 48756 | 500 | 14 |
| PRESCOTT RIFLE RIVER TRAIL | 44.205967 | -84.072252 | 3179 RIFLE RIVER TRL | PRESCOTT | MI | 48756 | 500 | 14 |
| PRUDENVILLE CO-GTD-5 RSU | 44.301633 | -84.645837 | 108 OAKDALE DR | PRUDENVILLE | MI | 48651 | 500 | 14 |
| Pewamo RSU | 43.001094 | -84.848129 | 164 W MAIN ST | PEWAMO | MI | 48873 | 250 | 14 |
| Polly's Restaurant | 43.023834 | -83.071188 | 106 N CEDAR ST | IMLAY CITY | MI | 48444 | 250 | 3 |
| Pompeii RSU | 43.183895 | -84.600093 | 32 E FULTON ST | PERRINTON | MI | 48871 | 250 | 14 |
| RANKIN CO-GTD-5 RSU | 42.914595 | -83.751302 | 4022 GRAND BLANC RD | SWARTZ CREEK | MI | 48473 | 250 | 14 |
| RAPID CITY CO-GTD-5 RSU | 44.855382 | -85.303803 | 7379 CRYSTAL BEACH RD | RAPID CITY | MI | 49676 | 500 | 14 |
| RAVENNA CO-GTD-5 RSU* | 43.189778 | -85.941252 | 3483 THOMAS ST | RAVENNA | MI | 49451 | 250 | 14 |
| REMUS CO-DMS 100 RSCS | 43.597653 | -85.146754 | 187 W MICHIGAN AVE | REMUS | MI | 49340 | 500 | 14 |
| RICHMOND BIG HAND MXU | 42.841863 | -82.657979 | 8591 BIG HAND RD | COLUMBUS | MI | 48063 | 500 | 14 |
| RICHMOND CO-GTD-5 BU | 42.811127 | -82.758277 | 35641 MONROE ST | RICHMOND | MI | 48062 | 500 | 14 |
| ROSCOMMON CO-GTD-5 RSU | 44.499239 | -84.591684 | 103 N MAIN ST | ROSCOMMON | MI | 48653 | 500 | 14 |
| ROSE CITY WAREHOUSE/GARAGE | 44.423619 | -84.114575 | WARNER ST | ROSE CITY | MI | 48654 | 500 | 14 |
| Riverdale RSU | 43.388369 | -84.835849 | 2475 N LUMBERJACK RD | RIVERDALE | MI | 48877 | 250 | 14 |
| SHELBY CO-GTD-5 RSU* | 43.613959 | -86.361208 | 101 E  5TH ST | SHELBY | MI | 49455 | 250 | 14 |
| SHELBY STONEY LAKE MXU* | 43.569124 | -86.499949 | SCENIC DR & W STONE RD | SHELBY | MI | 49455 | 500 | 14 |
| SHERIDAN CO-DMS 100 RSCS* | 43.21117 | -85.072657 | 115 SMITH ST | SHERIDAN | MI | 48884 | 250 | 14 |
| SIDNEY CO-GTD-5 RSU | 43.249969 | -85.13783 | 3052 W SIDNEY RD | SIDNEY | MI | 48885 | 500 | 14 |
| SMITHS CREEK CO-DMS-10 | 42.916243 | -82.603872 | 430 HENRY ST | SMITHS CREEK | MI | 48074 | 500 | 14 |
| SMITHS CREEK PORT HURON MX | 42.963233 | -82.550707 | 5707 GRISWOLD RD | SMITHS CREEK | MI | 48074 | 250 | 14 |
| SPRUCE LINCOLN-MT. MARIA R.H | 44.756297 | -83.53508 | 232 W MT MARIA RD | SPRUCE | MI | 48762 | 500 | 14 |
| ST JOHNS CO-GTD-5 BU* | 43.000975 | -84.556727 | 236 E STATE ST | SAINT JOHNS | MI | 48879 | 250 | 14 |
| ST JOHNS WAREHOUSE / RC* | 43.003987 | -84.569435 | 806 W STATE ST | SAINT JOHNS | MI | 48879 | 500 | 14 |
| ST LOUIS CO-DMS100-RSCS | 43.411388 | -84.608784 | 361 N MILL ST | SAINT LOUIS | MI | 48880 | 500 | 14 |
| STANTON CO-DMS 100RSCS* | 43.293544 | -85.079386 | 245 E DAY ST | STANTON | MI | 48888 | 250 | 14 |
| STANTON HILLMAN ROAD MXU* | 43.296628 | -85.1792 | 251 N HILLMAN RD | STANTON | MI | 48888 | 250 | 14 |
| STANWOOD CO-GTD-5 RSU | 43.575849 | -85.447073 | 122 FRONT ST | STANWOOD | MI | 49346 | 500 | 14 |
| STERLING CO-DMS-10 | 44.031417 | -84.017658 | LINCOLN ST | STERLING | MI | 48659 | 500 | 14 |
| SWARTZ CREEK CO-GTD-5* | 42.956266 | -83.834284 | 8063 INGALLS ST | SWARTZ CREEK | MI | 48473 | 250 | 14 |
| Shephard RSU | 43.52412 | -84.693957 | 243 E WRIGHT AVE | SHEPHERD | MI | 48883 | 250 | 14 |
| Silver Grill | 43.02928 | -83.071823 | 517 N M 53 | IMLAY CITY | MI | 48444 | 250 | 3 |
| Steak N Egger | 43.265664 | -86.248074 | 2637 CELERY LN | MUSKEGON | MI | 49445 | 250 | 3 |
| TWIN LAKE CO - GTD5 | 43.362983 | -86.162254 | 3208 4TH ST | TWIN LAKE | MI | 49457 | 250 | 14 |
| The Cozy Corner | 43.190797 | -86.166394 | 3183 DANGL RD | MUSKEGON | MI | 49444 | 250 | 3 |
| The Station | 43.201581 | -86.265741 | 916 W BROADWAY AVE | MUSKEGON | MI | 49441 | 250 | 3 |

POI INFORMATION

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type |
|---|---|---|---|---|---|---|---|---|
| The Village Inn | 43.130524 | -86.154507 | 86 OAK ST | FRUITPORT | MI | 49415 | 250 | 3 |
| The Wheel Inn Rest | 42.990147 | -84.543145 | 2516 S SCOTT RD | SAINT JOHNS | MI | 48879 | 300 | 3 |
| Tietz's Restaurant | 43.030434 | -83.073387 | 304 E M 21 | IMLAY CITY | MI | 48444 | 250 | 3 |
| VESTABURG CO RSU | 43.399811 | -84.908666 | 8808 2ND ST | VESTABURG | MI | 48891 | 500 | 14 |
| WACOUSTA CO-GTD-5 RSU* | 42.800334 | -84.700919 | 15841 WACOUSTA RD | GRAND LEDGE | MI | 48837 | 500 | 14 |
| WALKERVILLE RH* | 43.714545 | -86.12679 | 109 N LEAVITT ST | WALKERVILLE | MI | 49459 | 250 | 14 |
| WEIDMAN BEAL CITY MXU | 43.669302 | -84.909026 | BEAL CITY RD | WEIDMAN | MI | 48893 | 500 | 14 |
| WEIDMAN CO DMS 100 RSCS | 43.687266 | -84.968736 | 3312 N WOODRUFF RD | WEIDMAN | MI | 48893 | 500 | 14 |
| WHITE LAKE HIGHLAND MUX | 42.672545 | -83.626721 | 3877 GRANDVIEW | HIGHLAND | MI | 48357 | 250 | 14 |
| WHITEHALL CO - GTD5* | 43.409049 | -86.34843 | 224 1ST ST | WHITEHALL | MI | 49461 | 250 | 14 |
| WHITEHALL REPORTING CTR/WAI | 43.410579 | -86.309824 | 2740 HOLTON WHITEHALL RD | WHITEHALL | MI | 49461 | 350 | 14 |
| WOODLAND CO-RSU* | 42.728049 | -85.130918 | 236 THATCHER ST | WOODLAND | MI | 48897 | 250 | 14 |
| Wheel Inn | 42.989558 | -84.542842 | 2766 S SCOTT RD | SAINT JOHNS | MI | 48879 | 250 | 3 |
| Whitlow's | 43.168261 | -86.199558 | 4722 AIRLINE RD | MUSKEGON | MI | 49444 | 250 | 3 |
| YALE CO-DMS-10 | 43.127974 | -82.799574 | 210 JONES ST | YALE | MI | 48097 | 500 | 14 |

POI INFORMATION

| Market Area | NAME | Account number |
|---|---|---|
| West Coast | California  Central | 10747 |
| West Coast | California  North | 11286 |
| West Coast | California  Southeast | 10909 |
| West Coast | California BTL | 13667 |
| Southeast | Carolinas | 7672 |
| Southeast | Florida  Coastal | 9292 |
| Southeast | Florida  Inland | 5654 |
| Southeast | Florida ESG | |
| North Central | N Central  Ill/Wisc | 9291 |
| North Central | Indiana | 9290 |
| North Central | Michigan | 11256 |
| North Central | Ohio | 9293 |
| Texas | Northeast | 7296 |
| Texas | Southwest | 8561 |
| Texas | FIOS | 7929 |
| Liberty | Brooklyn-SI CM | 8944 |
| Liberty | Brooklyn | 8906 |
| Liberty | Manhattan IR | 8946 |
| Liberty | North Manhattan | 8929 |
| Liberty | Wholesale | 8919 |
| Mid Atlantic | Eastern North | 8942 |
| Mid Atlantic | Eastern South | 9934 |
| Mid Atlantic | Keystone East | 10151 |
| Mid Atlantic | Keystone West | 11957 |
| Mid Atlantic | Tri-State WPA | 10110 |
| Mid Atlantic | Wholesale | 10025 |
| New England | Central | 10929 |
| New England | Metro | 10927 |
| New England | Northeast | 9263 |
| New England | SE-Rhode Island | 10931 |
| New England | Wholesale | 10948 |
| New Jersey | Central | 10758 |
| New Jersey | Hudson Bergen | 8938 |
| New Jersey | Southern | 10757 |
| New Jersey | Highland | 8940 |
| New Jersey | Wholesale | 11408 |

ACCOUNT LOOKUP

| Capital | Central | 9236 |
|---|---|---|
| Capital | Midstate | 6542 |
| Capital | Northeast | 9234 |
| Capital | Western | 10907 |
| Island Metro | Queens | 8941 |
| Island Metro | Bronx | 8939 |
| Island Metro | Nassua | 8943 |
| Island Metro | Suffolk | |
| Potomac | Balt/ES | 11001 |
| Potomac | DC Region | 10645 |
| Potomac | North VA | 11217 |
| Potomac | Patuxent | 8948 |
| Potomac | Richmond VA | 5948 |
| Potomac | South VA | 11537 |
| Potomac | Wholesale | 8949 |
| Southeast | Verizon Construction-Southeast | 13193 |
| Mid Atlantic | Verizon Construction- Western | 13566 |
| Mid Atlantic | Verizon Construction- Eastern | 13586 |
| Potomac | Verizon Construction-Potomac M | 14395 |

ACCOUNT LOOKUP