**MobileAria**

**Account/Garage Information**

Note regarding the information below:
1) Billing Contact will be the person billed for the service usage of all vehicles in that Account (MobileAria and Verizon Wireless service usage)
2) The Primary Contact will be the first person to contact for installations and ongoing support of vehicles belonging to the Garage
3) The Secondary Contact will be used as a backup contact in case the Primary Contact is unavailable for that Garage
4) Use the tab key to navigate from cell to cell.

PLEASE COMPLETE SOAF AND CLICK HERE TO EMAIL:    vz_install@mobilearia.com

**Billing Information**

| Market Area | Account Name | Account# | Address | | | |
|---|---|---|---|---|---|---|
| | | | Street | City | State | Zip |
| North Central | Michigan | 11256 | 14 Gibbs Rd | Norwalk | OH | 44857 |

**Contact Information**

| Contact Type | Contact Preference | First Name | Last Name | Work Phone | Mobile # | E-Mail | BAID |
|---|---|---|---|---|---|---|---|
| Billing Contact | Billing | Pat | Schaefer | (419) 744-3461 | na | patricia.schaefer@verizon.com | BDMMJJN |
| GPS Admin/Analyst | Primary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com | |
| GPS Admin/Analyst | Secondary | Lori | Lacy | (419) 744-3461 | (419) 706-2121 | lori.lacy@verizon.com | |
| Other | Escalation | Leanna | Rhodes | (740) 383-0455 | (419) 569-5175 | leanna.rhodes@verizon.com | |

Wireless Plan: Unlimited    Click cell to change between Limited ( CDMA / 2 Mb) or Unlimited

Please see Column P for Wireless Coverage differences

**List Installation Locations Only**    *****ATTN: VERIFY COVERAGE OPTIONS WE HAVE IN EACH AREA BEFORE INSTALL***

| Work Center/Garage Name | Area Code | Days/Hours of Operation | Address | | | | Garage Contact Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Street | City | State | Zip | Contact | First Name | Last Name | Work Phone | Mobile # | E-Mail |
| Roscommon | 989 | 8a-5p | 103 North Main | Roscommon | MI | 48653 | Primary | Mike | Adams | (989) 275-2003 | (989) 350-0095 | sylvester.byarski@verizon.com |
| Roscommon | 989 | 8a-5p | 103 North Main | Roscommon | MI | 48653 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com |
| Alpena | 989 | 8a-5p | 3840 US 23 N | Alpena | MI | 49707 | Primary | Javier | Barajas | (989) 732-8501 | (989) 350-1802 | javier.barajas@verizon.com |
| Alpena | 898 | 8a-5p | 3840 US 23 N | Alpena | MI | 49707 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com |
| Gaylord | 989 | 8a-5p | 3249 Forest Rd | Gaylord | MI | 49735 | Primary | Javier | Barajas | (989) 732-8501 | (989) 350-1802 | javier.barajas@verizon.com |
| Gaylord | 989 | 8a-5p | 3249 Forest Rd | Gaylord | MI | 49735 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com |
| Muskegon | 231 | 8a-5p | 2441 Olthoff | Muskegon | MI | 49442 | Primary | Mike | Hoppe | (231) 777-5493 | (231) 557-6402 | michael.e.hoppe@verizon.com |
| Muskegon | 231 | 8a-5p | 2441 Olthoff | Muskegon | MI | 49442 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com |
| Whitehall | 231 | 8a-5p | 2740 Holton Whitehall Rd | Whitehall | MI | 49461 | Primary | Dave | Heylmun | (231) 727-1301 | (231) 557-6341 | david.heylmun@verizon.com |
| Whitehall | 231 | 8a-5p | 2740 Holton Whitehall Rd | Whitehall | MI | 49461 | Secondary | Juan | Ramirez | (231) 727-1255 | (231) 670-0440 | juan.c.ramirez@verizon.com |

Please provide information for each of the vehicles

For faster processing, please follow these procedures:

1) Please fill in all fields highlighted in blue for each Vehicle

2) Please use the same Garage Name as listed in the Garage Information tab

3) Please make sure that each Vehicle# is only entered once

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type | | |
|---|---|---|---|---|---|---|---|
| Roscommon | 35273530 | 1997 Ford 350 | | | New | Adams | Michels, Rich |
| Roscommon | 210230156 | 2002 Chevy C2500 | | | New | Adams | Jennings, Randy |
| Roscommon | 110240104 | 2002 Dodge B2500 | | | New | Adams | Norton, Jim |
| Roscommon | 22451187 | 1995 Dodge B3500 | | | New | Adams | Bindschatel, Ken |
| Roscommon | 35297804 | 1999 Ford 350 | | | New | Adams | Maul, Don |
| Roscommon | 110340065 | 2003 Dodge B2500 | | | New | Adams | Gillie, Roger |
| Roscommon | 35297802 | 1999 Ford 350 | | | New | Adams | Bidoul, Leon |
| Roscommon | 110240099 | 2002 Dodge B2500 | | | New | Adams | Petrykowski, Stan |
| Roscommon | 22401852 | 2000 Dodge B3500 | | | New | Adams | Long, Kabe |
| Roscommon | 22410984 | 2001 Dodge B2500 | | | New | Adams | Miller, Chris |
| Roscommon | 110240095 | 2002 Dodge B2500 | | | New | Adams | Hoy, Leslie |
| Roscommon | 22451179 | 1995 Dodge B350 | | | New | Adams | Muckle, Brent |
| Roscommon | 22451014 | 1995, Dodge Van | | | New | Foster | Warner |
| Roscommon | 22410648 | 2001, Dodge Van | | | New | Foster | Gardner |
| Alpena | 210230157 | 2002 Utility | | | New | Barajas | Wirgau |
| Alpena | 210330296 | 2002 Utility | | | New | Barajas | Prow |
| Alpena | 22410409 | 2001 Dodge 2500 | | | New | Barajas | Wozniak |
| Alpena | 22410662 | 2001 Dodge 2500 | | | New | Barajas | Dobbs |
| Alpena | 22482328 | 1998 Dodge 2500 | | | New | Barajas | Brown |
| Alpena | 22482503 | 1998 Dodge 2500 | | | New | Barajas | Smigelski |
| Alpena | 35273103 | 1997 Aerial Lift | | | New | Barajas | Weir |
| Alpena | 35298125 | 1999 Aerial Lift | | | New | Barajas | Dubey |
| Alpena | 23270017 | 1997, Dodge Dakota | | | New | Foster | Drake |
| Alpena | 331400 | 2004,Dodge Van | | | New | Foster | Gervers |
| Alpena | 11034006 | 2003, Dodge Van | | | New | Foster | Konieczny |
| Alpena | 22401851 | 2000 Dodge B3500 | | | New | Adams | Prow, Kevin |
| Alpena | 110240112 | 2002 Dodge B2500 | | | New | Adams | Weaver, Ralph |
| Gaylord | 110240093 | 2002 Dodge 2500 | | | New | Barajas | Litzner |
| Gaylord | 110240098 | 2002 Dodge 2500 | | | New | Barajas | Lopez |
| Gaylord | 220130013 | 2001 Aerial Lift | | | New | Barajas | Taubitz |
| Gaylord | 220330135 | 2003 Aerial Lift | | | New | Barajas | Bates |
| Gaylord | 22410408 | 2001 Dodge 2500 | | | New | Barajas | Johnston |
| Gaylord | 22476109 | 1997 Dodge 2500 | | | New | Barajas | Beer |

VEHICLE INFORMATION

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type | | |
|---|---|---|---|---|---|---|---|
| Gaylord | 35207719 | 2000 Aerial Lift | | | New | Barajas | Steinmacher |
| Gaylord | 22476082 | 1997, Dodge Van | | | New | Foster | Mitchell |
| Gaylord | 22410648 | 2001 Dodge Van | | | New | Foster | Wesley |
| Gaylord | 22410400 | 2001 Dodge Van | | | New | Foster | Yuill |
| Muskegon | 22490067 | 1999 DODGE VAN | | | Replacement | Hoppe | DAVIES |
| Muskegon | 210230148 | 2002 CHEVY CSU | | | Replacement | Hoppe | PARKS |
| Muskegon | 22410392 | 2001 DODGE VAN | | | Replacement | Hoppe | SMITH |
| Muskegon | 22410396 | 2001 DODGE VAN | | | Replacement | Hoppe | SPENCER |
| Muskegon | 22482486 | 1998 DODGE VAN | | | Replacement | Hoppe | SUMNERS |
| Muskegon | 22410391 | 2001 DODGE VAN | | | Replacement | Hoppe | ROZNOWSKI |
| Muskegon | 35273116 | 1997 FORD BUCKET | | | Replacement | Hoppe | MCDONALD |
| Muskegon | 15210139 | 2001 CHEVY BUCKET | | | Replacement | Hoppe | MOORE |
| Muskegon | 35298119 | 1999 FORD BUCKET | | | Replacement | Hoppe | MONTE |
| Muskegon | 35273535 | 1997 FORD BUCKET | | | Replacement | Hoppe | COVLASKY |
| Muskegon | 35273533 | 1997 FORD BUCKET | | | Replacement | Hoppe | COLBERT |
| Muskegon | 220430007 | 2004 CHEVY BUCKET | | | Replacement | Hoppe | NOVAK |
| Muskegon | 22410037 | 2001 DODGE VAN | | | Replacement | Hoppe | ROGERS |
| Muskegon | 22410395 | 2001 DODGE VAN | | | Replacement | Hoppe | TERWILLEGAR |
| Muskegon | 22481867 | 1998 DODGE VAN | | | Replacement | Hoppe | KISH |
| Muskegon | 22470394 | 1997 DODGE VAN | | | Replacement | Hoppe | MOON |
| Muskegon | 22481832 | 1998 DODGE VAN | | | Replacement | Hoppe | WOODRUM |
| Muskegon | 22490071 | 1999, Dodge Van | | | Replacement | Hoppe | Sprader |
| Muskegon | 22490074 | 1999, Dodge Van | | | Replacement | Hoppe | Gue |
| Muskegon | 22410397 | 2001, Dodge Van | | | Replacement | Hoppe | Barnhart |
| Muskegon | 22411082 | 2001, Dodge Van | | | Replacement | Hoppe | Griffin |
| Muskegon | 22490073 | 1999, Dodge Van | | | Replacement | Hoppe | Smith |
| Muskegon | 110240101 | 2004, Dodge Van | | | Replacement | Hoppe | Beatty |
| Muskegon | 22490070 | 1999, Dodge van | | | Replacement | Hoppe | Brookhouse |
| Muskegon | 22476104 | 1997 Dodge Van | | | Replacement | Heylmun | Selby |
| Whitehall | 110340076 | 2003 Dodge Van | | | Replacement | Heylmun | Schafer |
| Whitehall | 200530059 | 2005 Dodge Van | | | Replacement | Heylmun | Koopmns |
| Whitehall | 110240100 | 2002 Dodge Van | | | Replacement | Heylmun | Holderman |
| Whitehall | 15210133 | 2001 Bucket Truck | | | Replacement | Heylmun | Vandervest |
| Whitehall | 110340074 | 2003 Dodge Van | | | Replacement | Heylmun | Kempf |
| Whitehall | 35273097 | 1997 Bucket Truck | | | Replacement | Heylmun | Henski |
| Whitehall | 22490068 | 1999 Dodge Van | | | Replacement | Heylmun | Wehr |
| Whitehall | 35273534 | 1997 Bucket Truck | | | Replacement | Heylmun | Lundeen |
| Whitehall | 220130014 | 2001 Bucket Truck | | | Replacement | Heylmun | Spence |
| Whitehall | 200530060 | 2005 Dodge Van | | | Replacement | Heylmun | McCarthy |
| Whitehall | 22401860 | 2000 Dodge Van | | | Replacement | Heylmun | Kimball |
| Whitehall | 110340075 | 2003 Dodge Van | | | Replacement | Heylmun | Hommes |
| Whitehall | 22401802 | 2000 Dodge Van | | | Replacement | Heylmun | Bortell |
| Whitehall | 110430185 | 2004 Chevy Van | | | Replacement | Foster | Marble |
| Whitehall | 15210134 | 2001 Chevy Bucket | | | Replacement | Foster | Fleet |
| | | | | | New | | |

VEHICLE INFORMATION

## Additional Web User Information

MobileAria

Please fill in all fields highlighted in blue for each web user
The *User* column should contain the E-mail address the web user will use to log into the MobileAria portal
The *Role* should be either *GPS* or *Local Manager*

| First Name | Last Name | BAID | E-Mail | Role |
|---|---|---|---|---|
| Lori | Lacy | B237V82 | lori.lacy@verizon.com | GPS Admin/Analyst |
| Peggy | Jacobson | B3D33PF | peggy.jacobson@verizon.com | GPS Admin/Analyst |
| Juan | Ramirez | BJZ5058 | juan,c,ramirez@verizon.com | GPS Admin/Analyst |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |

ALL WEB USER INFORMATION

**POI Information**

MobileAria

**Please fill in all fields highlighted in blue for each Point Of Interest (Landmark)**
**The *Size* column should contain the POI radius (in ft) for a circle POI and width (ft) x length (ft) in case of a square POI**
**example 1: Size = 420 would indicate a circle POI of a radius of 420 ft.**
**example 2: Size = 595x634 would indicate a square POI of a width of 595 ft. and a length of 634 ft. (If currently rectangular)**
**Note - This information needs to be downloaded from current Landmark details**

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

POI INFORMATION

| Market Area | NAME | Account number |
|---|---|---|
| West Coast | California Central | 10747 |
| West Coast | California North | 11286 |
| West Coast | California Southeast | 10909 |
| West Coast | California BTL | 13667 |
| Southeast | Carolinas | 7672 |
| Southeast | Florida Coastal | 9292 |
| Southeast | Florida Inland | 5654 |
| Southeast | Florida ESG | |
| North Central | N Central Ill/Wisc | 9291 |
| North Central | Indiana | 9290 |
| North Central | Michigan | 11256 |
| North Central | Ohio | 9293 |
| Texas | Northeast | 7296 |
| Texas | Southwest | 8561 |
| Texas | FIOS | 7929 |
| Liberty | Brooklyn-SI CM | 8944 |
| Liberty | Brooklyn | 8906 |
| Liberty | Manhattan IR | 8946 |
| Liberty | North Manhattan | 8929 |
| Liberty | Wholesale | 8919 |
| Mid Atlantic | Eastern North | 8942 |
| Mid Atlantic | Eastern South | 9934 |
| Mid Atlantic | Keystone East | 10151 |
| Mid Atlantic | Keystone West | 11957 |
| Mid Atlantic | Tri-State WPA | 10110 |
| Mid Atlantic | Wholesale | 10025 |
| New England | Central | 10929 |
| New England | Metro | 10927 |
| New England | Northeast | 9263 |
| New England | SE-Rhode Island | 10931 |
| New England | Wholesale | 10948 |
| New Jersey | Central | 10758 |
| New Jersey | Hudson Bergen | 8938 |
| New Jersey | Southern | 10757 |
| New Jersey | Highland | 8940 |
| New Jersey | Wholesale | 11408 |
| Capital | Central | 9236 |
| Capital | Midstate | 6542 |
| Capital | Northeast | 9234 |
| Capital | Western | 10907 |
| Island Metro | Queens | 8941 |
| Island Metro | Bronx | 8939 |
| Island Metro | Nassua | 8943 |
| Island Metro | Suffolk | |
| Potomac | Balt/ES | 11001 |
| Potomac | DC Region | 10645 |
| Potomac | North VA | 11217 |
| Potomac | Patuxent | 8948 |
| Potomac | Richmond VA | 5948 |
| Potomac | South VA | 11537 |
| Potomac | Wholesale | 8949 |

ACCOUNT LOOKUP

| Southeast | Verizon Construction-Southeast | 13193 |
| Mid Atlantic | Verizon Construction- Western | 13566 |
| Mid Atlantic | Verizon Construction- Eastern | 13586 |
| Potomac | Verizon Construction-Potomac M | 14395 |

ACCOUNT LOOKUP