**Account/Garage Information**

**MobileAria**

Note regarding the information below:
1) Billing Contact will be the person billed for the service usage of all vehicles in that Account (MobileAria and Verizon Wireless service usage)
2) The Primary Contact will be the first person to contact for installations and ongoing support of vehicles belonging to the Garage
3) The Secondary Contact will be used as a backup contact in case the Primary Contact is unavailable for that Garage
4) Use the tab key to navigate from cell to cell.

PLEASE COMPLETE SOAF AND CLICK HERE TO EMAIL:      vz_install@mobilearia.com

**Billing Information**

| Market Area | Account Name | Account# | Address | | | |
|---|---|---|---|---|---|---|
| | | | Street | City | State | Zip |
| North Central | Ohio | 9293 | 14 Gibbs Rd | Norwalk | OH | 44857 |

**Contact Information**

| Contact Type | Contact Preference | First Name | Last Name | Work Phone | Mobile # | E-Mail | BAID |
|---|---|---|---|---|---|---|---|
| Billing Contact | Billing | Pat | Schaefer | (419) 744-3461 | na | patricia.schaefer@verizon.com | BDMMJJN |
| GPS Admin/Analyst | Primary | Lori | Lacy | (419) 744-3461 | (419) 706-2121 | lori.lacy@verizon.com | |
| GPS Admin/Analyst | Secondary | Juan | Ramirez | (231) 727-1255 | na | juan.c.ramirez@verizon.com | |
| Other | Escalation | Leanna | Rhodes | (740) 383-0455 | (419) 569-5175 | leanna.rhodes@verizon.com | |

| Wireless Plan | Unlimited | Click cell to change between Limited ( CDMA / 2 Mb) or Unlimited |
|---|---|---|

**List Installation Locations Only**

| Work Center/Garage Name | Area Code | Days/Hours of Operation | Address | | | | Garage Contact Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Street | City | State | Zip | Contact | First Name | Last Name | Work Phone | Mobile # | E-Mail |
| Marion | 740 | 8a-5p | 550 LEADER ST | Marion | OH | 43302 | Primary | Mike | Murphy | 740-383-0774 | 740-360-7656 | michael.e.murphy@verizon.com |
| Marion | 740 | 8a-5p | 550 LEADER ST | Marion | OH | 43302 | Secondary | Lori | Lacy | 419-744-3407 | 419-706-2121 | lori.lacy@verizon..com |
| Delaware | 740 | 8a-5p | 2780 Liberty Rd. | Delaware | OH | 43015 | Primary | Damon | Wallace | 740-369-1347 | 937-477-5139 | damon.l.wallace@verizon.com |
| Delaware | 740 | 8a-5p | 2780 Liberty Rd. | Delaware | OH | 43015 | Secondary | Lori | Lacy | 419-744-3407 | 419-706-2121 | lori.lacy@verizon.com |
| Troy | 937 | 8a-5p | 2444 ST RTE 55 W | Troy | OH | 45373 | Primary | Art | Eckl | 937-335-1171 | 937-477-4763 | arthur.eckl@verizon.com |
| Troy | 937 | 8a-5p | 2444 ST RTE 55 W | Troy | OH | 45373 | Secondary | Lori | Lacy | 419-744-3407 | 419-706-2121 | lori.lacy@verizon.com |
| Brookville | 937 | 8a-5p | 6464 WESTBROOK RD | Clayton | OH | 45315 | Primary | Mike | Petrock | 937-837-9341 | 937-477-5139 | michael.a.petrock@verizon.com |
| Brookville | 937 | 8a-5p | 6464 WESTBROOK RD | Clayton | OH | 45315 | Secondary | Lori | Lacy | 419-744-3407 | 419-706-2121 | lori.lacy@verizon.com |

# Vehicle Information

MobileAria

**Please provide information for each of the vehicles**

**For faster processing, please follow these procedures:**

1) Please fill in all fields highlighted in blue for each Vehicle
2) Please use the same Garage Name as listed in the Garage Information tab
3) Please make sure that each Vehicle# is only entered once

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type | | | |
|---|---|---|---|---|---|---|---|---|
| MARION | 200240093 | 02 dodge van | | | Replacement | 12406 | BUSINGER | MURPHY |
| MARION | 15210113 | 02 chevy bucket | | | Replacement | 14806 | SPRADLIN | MURPHY |
| MARION | 24410384 | 01 dodge van | | | New | 40406 | CHAMBERLAIN | MURPHY |
| MARION | 22451273 | 95 dodge van | | | Replacement | 15106 | BEATTY | MURPHY |
| MARION | 35273083 | 96 Ford bucket | | | Replacement | 30906 | FERRAND | MURPHY |
| MARION | 15210120 | 02 chevy bucket | | | Replacement | 12006 | DROLLINGER | MURPHY |
| MARION | 35297772 | 97 ford bucket | | | Replacement | 30006 | BAKER | MURPHY |
| MARION | 22476070 | 95 dodge van | | | Replacement | 10905 | CHASE | MURPHY |
| MARION | 35297771 | 97 ford bucket | | | Replacement | 10006 | ELSWICK | MURPHY |
| MARION | 200340156 | 03 dodge van | | | Replacement | 89755 | HENRY | MURPHY |
| MARION | 200240095 | 02 dodge van | | | Replacement | 11205 | PELFREY | MURPHY |
| MARION | 15210118 | 02 chevy bucket | | | Replacement | 10806 | REIDENBAUGH | MURPHY |
| MARION | 22476071 | 97 dodge van | | | Replacement | 10406 | HAUBERT | MURPHY |
| MARION | 22410077 | 00 Dodge Ram | | | Replacement | 15006 | BRADY | STICH R S |
| MARION | 22190007 | 98 Dodge Caravan | | | Replacement | 0 | EIZENSMITS | STICH R S |
| MARION | 200340151 | 03 Dodge B3500 | | | Replacement | 24815 | GARVIN | STICH R S |
| MARION | 22477137 | 97 Dodge Ram 3500 | | | Replacement | 11606 | HALL | STICH R S |
| MARION | 22477136 | 97 Dodge B3500 | | | Replacement | 32233 | KENNEDY | STICH R S |
| MARION | 22482598 | 98 Dodge Ram | | | Replacement | 11006 | MCAFEE | STICH R S |
| MARION | 22410075 | 01 Dodge B2500 | | | Replacement | 11406 | MURDY | STICH R S |
| MARION | 22410063 | 01 Dodge B2500 | | | Replacement | 84135 | ROBERTS | STICH R S |
| MARION | 200340155 | 03 Dodge B3500 | | | Replacement | 01185 | SWARTZ | STICH R S |
| MARION | 32480320 | 98 Ford F250 | | | Replacement | 01195 | THOMAS | STICH R S |
| DELAWARE | 20020098 | 02 dodge van | | | Replacement | 58275 | WEIR | MURPHY |
| DELAWARE | 32480015 | FORD F250 - 97 | | | Replacement | 53075 | CONKLIN | STICH R S |
| DELAWARE | 22477139 | DODGE RAM 97 | | | Replacement | 98325 | STECK | STICH R S |
| DELAWARE | 22476074 | 97 Dodge B3500 | | | New | 20801 | ALEXANDER | WALLACE D |
| DELAWARE | 220230087 | 02 Chevy C3500 | | | Replacement | 34545 | CHANDLER | WALLACE D |
| DELAWARE | 24110208 | 01 Dodge BR2500 | | | Replacement | 21155 | CRUM | WALLACE D |
| DELAWARE | 200340157 | 03 Dodge B3500 | | | Replacement | 14882 | DUBOIS | WALLACE D |
| DELAWARE | 200340158 | 03 Ddoge B3500 | | | Replacement | 34006 | GARNER | WALLACE D |
| DELAWARE | 24110210 | 01 Dodge BR2500 | | | Replacement | 10506 | MARKHAM | WALLACE D |
| DELAWARE | 200340152 | 03 Dodge B3500 | | | Replacement | 11837 | ROLAND | WALLACE D |
| DELAWARE | 35207750 | 00 Ford F450SD | | | Replacement | 10106 | SCHULTZ | WALLACE D |
| DELAWARE | 200240094 | 02 Dodge B3500 | | | Replacement | 23874 | STECK | WALLACE D |
| DELAWARE | 200240056 | 02 Dodge B3500 | | | Replacement | 32321 | WEAVER | WALLACE D |
| DELAWARE | 22410065 | 01 Dodge B2500 | | | Replacement | 12606 | ZELLER | WALLACE D |
| DELAWARE | 35273082 | 97 Ford F350 | | | Replacement | 18406 | EMANS | WALLACE D |
| DELAWARE | 22410383 | 01 Dodge B2500 | | | Replacement | 28182 | HOSKINS | WALLACE D |
| DELAWARE | 22410382 | 01 Dodge B2500 | | | Replacement | 19006 | PERRY | WALLACE D |
| DELAWARE | 22410389 | 01 Dodge B2500 | | | Replacement | 11806 | SHENEFIELD | WALLACE D |
| TROY | 22410385 | 01 dodge van | | | Replacement | 13105 | ELLIS | ECKL A C |
| TROY | 200240088 | 02 dodge van | | | Replacement | 18605 | FENNIG | ECKL A C |
| TROY | 35297774 | 99 ford bucket | | | Replacement | 17604 | JACKSON | ECKL A C |
| TROY | 200340180 | 03 dodge van | | | Replacement | 13005 | KLOSTERMAN | ECKL A C |
| TROY | 22490125 | 02 dodge van | | | Replacement | 18905 | LUEBKE | ECKL A C |
| TROY | 220230085 | 98 ford bucket | | | Replacement | 63205 | MIESSE | ECKL A C |
| TROY | 110240084 | 00 dodge van | | | New | 13505 | STAMBAUGH | ECKL A C |
| TROY | 35297773 | 99 ford bucket | | | Replacement | 63305 | THOMAS | ECKL A C |
| TROY | 35297784 | 00 ford bucket | | | Replacement | 20804 | GIBSON | ECKL A C |
| TROY | 35298039 | 01 ford bucket | | | Replacement | 61504 | KISER | ECKL A C |
| TROY | 35297773 | 01 ford bucket | | | Replacement | 21004 | MCDANIELS | ECKL A C |
| TROY | 210230134 | 02 Chevy utility truck | | | Replacement | 21604 | PHILLIPS | ECKL A C |
| TROY | 200240087 | 02 dodge van | | | Replacement | 17004 | SHELLHAAS | ECKL A C |
| TROY | 200340176 | 03 dodge van | | | Replacement | 16004 | SHORT | ECKL A C |
| TROY | 200340181 | 00 dodge van | | | New | 21404 | VERNON | ECKL A C |
| TROY | 22481899 | 02 dodge van | | | New | 20704 | TURNER | ECKL A C |

VEHICLE INFORMATION

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type | | | |
|---|---|---|---|---|---|---|---|---|
| TROY | 22476061 | 97 Dodge Van | | | New | 21504 | SMITH | ECKL A C |
| TROY | 200240084 | 02 Dodge Ram 3500 | | | Replacement | 21704 | BRINKMAN | STICH R S |
| TROY | 110240083 | 02 Dodge B2500 | | | Replacement | 25004 | MARTINO | STICH R S |
| TROY | 22481900 | 98 Dodge Ram | | | Replacement | 01855 | SMITHERS | STICH R S |
| CLAYTON | 35273541 | 97 Ford F350 | | | Replacement | 10304 | BAKER | PETROCK M |
| CLAYTON | 200240090 | 02 dodge van B3500 | | | Replacement | 18004 | BENNETT | PETROCK M |
| CLAYTON | 22451588 | 95 dodge van B3500 | | | Replacement | 14204 | HOKE | PETROCK M |
| CLAYTON | 200240086 | 02 dodge van B3500 | | | Replacement | 17804 | KRUMAL | PETROCK M |
| CLAYTON | 35273080 | 97 Ford F350 | | | Replacement | 61304 | OSSWALD | PETROCK M |
| CLAYTON | 35273081 | 97 Ford F350 | | | Replacement | 14104 | SCHALL | PETROCK M |
| CLAYTON | 200340178 | 03 dodge van B3500 | | | Replacement | 14004 | TRIMBLE | PETROCK M |
| CLAYTON | 35298086 | 97 Ford F350 | | | Replacement | 14904 | WILLIAMSON | PETROCK M |
| CLAYTON | 35273550 | 97 Ford F350 | | | Replacement | 15304 | WILSON | PETROCK M |
| CLAYTON | 200240089 | 02 dodge van B3500 | | | Replacement | 22042 | WRIGHT | PETROCK M |
| CLAYTON | 220230084 | 02 Chevy C3500 | | | Replacement | 15204 | DEISHER | PETROCK M |
| CLAYTON | 200240053 | 02 dodge van B3500 | | | Replacement | 24772 | JERVIS | PETROCK M |
| CLAYTON | 200240054 | 02 dodge van B3500 | | | Replacement | 14704 | MCMURRAY | PETROCK M |

VEHICLE INFORMATION

## Additional Web User Information

**MobileAria**

Please fill in all fields highlighted in blue for each web user
The *User* column should contain the E-mail address the web user will use to log into the MobileAria portal
The *Role* should be either *GPS* or *Local Manager*

| First Name | Last Name | BAID | E-Mail | Role |
|---|---|---|---|---|
| Lori | Lacy | B237V82 | lori.lacy@verizon.com | GPS Admin/Analyst |
| Peggy | Jacobson | B3D33PF | peggy.jacobson@verizon.com | GPS Admin/Analyst |
| Juan | Ramirez | BJZ5058 | juan,c,ramirez@verizon.com | GPS Admin/Analyst |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |
|  |  |  |  | Local Manager |

ALL WEB USER INFORMATION

**POI Information**

Please fill in all fields highlighted in blue for each Point Of Interest (Landmark)
The *Size* column should contain the POI radius (in ft) for a circle POI and width (ft) x length (ft) in case of a square POI
example 1: Size = 420 would indicate a circle POI of a radius of 420 ft.
example 2: Size = 595x634 would indicate a square POI of a width of 595 ft. and a length of 634 ft. (If currently rectangular)
**Note - This information needs to be downloaded from current Landmark details**

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type |
|---|---|---|---|---|---|---|---|---|
| POI INFORMATION | | | | | | | | |

| Market Area | NAME | Account number |
|---|---|---|
| West Coast | California  Central | 10747 |
| West Coast | California  North | 11286 |
| West Coast | California  Southeast | 10909 |
| West Coast | California BTL | 13667 |
| Southeast | Carolinas | 7672 |
| Southeast | Florida  Coastal | 9292 |
| Southeast | Florida  Inland | 5654 |
| Southeast | Florida ESG | |
| North Central | N Central  Ill/Wisc | 9291 |
| North Central | Indiana | 9290 |
| North Central | Michigan | 11256 |
| North Central | Ohio | 9293 |
| Texas | Northeast | 7296 |
| Texas | Southwest | 8561 |
| Texas | FIOS | 7929 |
| Liberty | Brooklyn-SI CM | 8944 |
| Liberty | Brooklyn | 8906 |
| Liberty | Manhattan IR | 8946 |
| Liberty | North Manhattan | 8929 |
| Liberty | Wholesale | 8919 |
| Mid Atlantic | Eastern North | 8942 |
| Mid Atlantic | Eastern South | 9934 |
| Mid Atlantic | Keystone East | 10151 |
| Mid Atlantic | Keystone West | 11957 |
| Mid Atlantic | Tri-State WPA | 10110 |
| Mid Atlantic | Wholesale | 10025 |
| New England | Central | 10929 |
| New England | Metro | 10927 |
| New England | Northeast | 9263 |
| New England | SE-Rhode Island | 10931 |
| New England | Wholesale | 10948 |
| New Jersey | Central | 10758 |
| New Jersey | Hudson Bergen | 8938 |
| New Jersey | Southern | 10757 |
| New Jersey | Highland | 8940 |
| New Jersey | Wholesale | 11408 |
| Capital | Central | 9236 |
| Capital | Midstate | 6542 |
| Capital | Northeast | 9234 |
| Capital | Western | 10907 |
| Island Metro | Queens | 8941 |
| Island Metro | Bronx | 8939 |
| Island Metro | Nassua | 8943 |
| Island Metro | Suffolk | |
| Potomac | Balt/ES | 11001 |
| Potomac | DC Region | 10645 |
| Potomac | North VA | 11217 |
| Potomac | Patuxent | 8948 |
| Potomac | Richmond VA | 5948 |
| Potomac | South VA | 11537 |
| Potomac | Wholesale | 8949 |

ACCOUNT LOOKUP

| Southeast | Verizon Construction-Southeast | 13193 |
| Mid Atlantic | Verizon Construction- Western | 13566 |
| Mid Atlantic | Verizon Construction- Eastern | 13586 |
| Potomac | Verizon Construction-Potomac M | 14395 |

ACCOUNT LOOKUP