**Account/Garage Information**

**MobileAria**

Note regarding the information below:
1) Billing Contact  will be the person billed for the service usage of all vehicles in that Account (MobileAria and Verizon Wireless service usage)
2) The Primary Contact will be the first person to contact for installations and ongoing support of vehicles belonging to the Garage
3) The Secondary Contact will be used as a backup contact in case the Primary Contact is unavailable for that Garage
4) Use the tab key to navigate from cell to cell.

PLEASE COMPLETE SOAF AND CLICK HERE TO EMAIL:          vz_install@mobilearia.com

**Billing Information**

| Market Area | Account Name | Account# | Address | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Street | City | State | Zip |
| North Central - IN | Nth-Central IN | 31618 | 8001 W. Jefferson Blvd. | Fort Wayne | IN | 46804 |

**Contact Information**

| Contact Type | Contact Preference | First Name | Last Name | Work Phone | Mobile # | E-Mail | BAID |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Billing Contact | Billing | Ami | Cook | 260-461-2613 | n/a | ami.cook@verizon.com | B4OBH64 |
| GPS Admin/Analyst | Primary | Ami | Cook | 260-461-2613 | n/a | ami.cook@verizon.com | |
| Local Manager | Secondary | Roger | Holaway | 219-763-8532 | 219-363-4450 | roger.d.holaway.verizon.com | |
| ROS / MAS | Escalation | Leanna | Rhodes | 740-383-0455 | 419-569-5175 | leanna.rhodes@verizon.com | |

**Wireless Plan**  Unlimited   Click cell to change between Limited ( CDMA / 2 Mb) or Unlimited

**List Installation Locations Only**

| Work Center/Garage Name | Area Code | Days/Hours of Operation | Address | | | | Garage Contact Information | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Street | City | State | Zip | Contact | First Name | Last Name | Work Phone | Mobile # | E-Mail |
| Portage/Valpo Garage | 219 | M-F/6a-230p CST | 1041 SR 149 N | Valporaiso | IN | 46385 | Primary | Howard | Freeland | (219) 763-8427 | (219) 763-8427 | howard.w.freeland@verizon.com |
| Laporte Garage | 219 | Unmanned | 2104 Ohio Street | Laporte | IN | 46350 | Primary | Howard | Freeland | (219) 763-8427 | 219-763-8427 | howard.w.freeland@verizon.com |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

ACCOUNT GARAGE INFO

**Vehicle Information**

Claim Litigation   **MobileAria**

**Please provide information for each of the vehicles**

**For faster processing, please follow these procedures:**

**1) Please fill in all fields highlighted in blue for each Vehicle**

**2) Please use the same Garage Name as listed in the Garage Information tab**

**3) Please make sure that each Vehicle# is only entered once**

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|
| Portage/Valpo Garage | 15210146 | GMC | C3500 | 2001 | Replacement |
| Portage/Valpo Garage | 15210148 | GMC | C3500 | 2001 | Replacement |
| Portage/Valpo Garage | 15210169 | GMC | C3500 | 2001 | Replacement |
| Portage/Valpo Garage | 22410487 | DODGE | B3500 | 2001 | Replacement |
| Portage/Valpo Garage | 22410494 | DODGE | B3500 | 2001 | Replacement |
| Portage/Valpo Garage | 22410496 | DODGE | B3500 | 2001 | Replacement |
| Portage/Valpo Garage | 22411007 | DODGE | B2500 | 2001 | Replacement |
| Portage/Valpo Garage | 22441197 | Dodge | B350 | 1994 | Replacement |
| Portage/Valpo Garage | 22451400 | DODGE | B3500 | 1995 | Replacement |
| Portage/Valpo Garage | 22451401 | DODGE | B3500 | 1995 | Replacement |
| Portage/Valpo Garage | 22475598 | DODGE | B3500 | 1997 | Replacement |
| Portage/Valpo Garage | 22475600 | DODGE | B3500 | 1997 | Replacement |
| Portage/Valpo Garage | 22475602 | DODGE | B350 | 1997 | Replacement |
| Portage/Valpo Garage | 22475603 | DODGE | B3500 | 1997 | Replacement |
| Portage/Valpo Garage | 22475604 | DODGE | B3500 | 1997 | Replacement |
| Portage/Valpo Garage | 22475730 | DODGE | B3500 | 1997 | Replacement |
| Portage/Valpo Garage | 22475731 | DODGE | B3500 | 1997 | Replacement |
| Portage/Valpo Garage | 22475736 | DODGE | B3500 | 1997 | Replacement |
| Portage/Valpo Garage | 22476800 | DODGE | B3500 | 1997 | Replacement |
| Portage/Valpo Garage | 22476959 | DODGE | B350 | 1997 | Replacement |
| Portage/Valpo Garage | 22476970 | DODGE | B3500 | 1997 | Replacement |
| Portage/Valpo Garage | 22481814 | DODGE | B3500 | 1998 | Replacement |
| Portage/Valpo Garage | 22481820 | DODGE | B3500 | 1998 | Replacement |
| Portage/Valpo Garage | 22481821 | DODGE | B3500 | 1998 | Replacement |
| Portage/Valpo Garage | 22481839 | DODGE | B3500 | 1998 | Replacement |
| Portage/Valpo Garage | 22481842 | DODGE | B3500 | 1998 | Replacement |
| Portage/Valpo Garage | 22481844 | DODGE | B350 | 1998 | Replacement |
| Portage/Valpo Garage | 22490549 | DODGE | B3500 | 1999 | Replacement |
| Portage/Valpo Garage | 22490971 | DODGE | B3500 | 1999 | Replacement |
| Portage/Valpo Garage | 35273018 | FORD | F350 | 1997 | Replacement |
| Portage/Valpo Garage | 110340072 | DODGE | B2500 | 2003 | Replacement |
| Portage/Valpo Garage | 110340073 | DODGE | B2500 | 2003 | Replacement |
| Portage/Valpo Garage | 110430184 | CHEV | G1500 | 2004 | Replacement |
| Portage/Valpo Garage | 200240114 | DODGE | B3500 | 2002 | Replacement |
| Portage/Valpo Garage | 200240116 | DODGE | B3500 | 2002 | Replacement |
| Portage/Valpo Garage | 200340128 | DODGE | B3500 | 2003 | Replacement |
| Portage/Valpo Garage | 210330280 | CHEV | C2500 | 2003 | Replacement |
| Portage/Valpo Garage | 220230116 | CHEV | C3500 | 2002 | Replacement |
| Portage/Valpo Garage | 220330119 | GMC | C4500 | 2003 | Replacement |
|  |  |  |  |  | Replacement |
| Laporte Garage | 220530624 | GMC | C4500 | 2005 | Replacement |
| Laporte Garage | 22481841 | DODGE | B3500 | 1998 | Replacement |
| Laporte Garage | 22481822 | DODGE | B3500 | 1998 | Replacement |
| Laporte Garage | 22476962 | DODGE | B3500 | 1997 | Replacement |
|  |  |  |  |  | Replacement |

VEHICLE INFORMATION

| Work Center/Garage Name | Vehicle# | Vehicle Make | Vehicle Model | Vehicle Year | Install Type |
|---|---|---|---|---|---|

# Additional Web User Information

**MobileAria**

**Please fill in all fields highlighted in blue for each web user**
**The *User* column should contain the E-mail address the web user will use to log into the MobileAria portal**
**The *Role* should be either *GPS* or *Local Manager***

| First Name | Last Name | BAID | E-Mail | Role |
|---|---|---|---|---|
| Ami | Cook | B40bH64 | ami.cook@verizon.com | GPS Admin/Analyst |
| | | | | |

ALL WEB USER INFORMATION

# POI Information

MobileAria

Please fill in all fields highlighted in blue for each Point Of Interest (Landmark)
The *Size* column should contain the POI radius (in ft) for a circle POI and width (ft) x length (ft) in case of a square POI
example 1: Size = 420 would indicate a circle POI of a radius of 420 ft.
example 2: Size = 595x634 would indicate a square POI of a width of 595 ft. and a length of 634 ft. (If currently rectangular)
**Note - This information needs to be downloaded from current Landmark details**

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 1824 Crisman Rd | 41.597141 | -87.173878 | 1824 CRISMAN RD | PORTAGE | IN | 46368 | 250 | 3 |
| 2424 Joilet Road | 41.469369 | -87.090476 | 2424 JOLIET RD | VALPARAISO | IN | 46385 | 250 | 3 |
| 5 E US Highway 6 | 41.549923 | -87.065325 | 5 E US HWY 6 | VALPARAISO | IN | 46383 | 250 | 3 |
| AKRON RLU | 41.038414 | -86.02833 | 126 S MISHAWAKA ST | AKRON | IN | 46910 | 250 | 14 |
| ALBION CO RSU | 41.395656 | -85.423638 | 122 E MAIN ST | ALBION | IN | 46701 | 250 | 14 |
| ANGOLA CO/RC* | 41.636833 | -85.000061 | 152 W BROAD ST | ANGOLA | IN | 46703 | 250 | 14 |
| ANGOLA CONST/I&M* | 41.636805 | -85.04338 | 376 S 290 W | ANGOLA | IN | 46703 | 823x76 | 14 |
| ANGOLA INDUSTRIAL PARK RSU* | 41.670742 | -84.999384 | 2960 N WAYNE ST | ANGOLA | IN | 46703 | 250 | 14 |
| ANGOLA SILVER LAKE RSU | 41.634499 | -85.060026 | 537 S 360 W | ANGOLA | IN | 46703 | 250 | 15 |
| ANGOLA SILVER LAKE RSU | 41.634542 | -85.059985 | 531 S 360 W | ANGOLA | IN | 46703 | 250 | 14 |
| ARLINGTONRSU | 39.642116 | -85.575854 | CARTHAGE PIKE | ARLINGTON | IN | 46104 | 250 | 14 |
| ATWOOD CO-SXS* | 41.275289 | -85.998577 | 3026 N 800 W | WARSAW | IN | 46582 | 250 | 14 |
| AUSTIN CO-RSC * | 38.744355 | -85.803827 | 8 S CHURCH ST | AUSTIN | IN | 47102 | 250 | 14 |
| Arbys/Cosmos-Calumet | 41.487227 | -87.050439 | 2039 CALUMET AVE | VALPARAISO | IN | 46383 | 250 | 3 |
| Autumn  Apartments | 38.487528 | -87.287377 | 41 AUTUMN APARTMENTS | PETERSBURG | IN | 47567 | 250 | 3 |
| BATESVILLE RSM * | 39.29822 | -85.224829 | 129 S ELM ST | BATESVILLE | IN | 47006 | 250 | 14 |
| BICKNELL CO RSC * | 38.773978 | -87.309325 | 365 N FRANKLIN ST | BICKNELL | IN | 47512 | 250 | 14 |
| BICKNELL CO-D100-RSC | 38.774281 | -87.309404 | 203 W   4TH ST | BICKNELL | IN | 47512 | 300 | 14 |
| BIPPUS RSU | 40.957204 | -85.594208 | 6587 N 750 W | HUNTINGTON | IN | 46750 | 250 | 14 |
| BIRDSEYE RSCS * | 38.322746 | -86.714033 | 3876 S 1025 E | BIRDSEYE | IN | 47513 | 250 | 14 |
| BLOUNTSVILLE RSU | 40.059737 | -85.240496 | 8873 N SMELTZER ST | LOSANTVILLE | IN | 47354 | 250 | 14 |
| BOURBON CO-DCO* | 41.296652 | -86.115922 | 137 E NORTH ST | BOURBON | IN | 46504 | 250 | 14 |
| BRAZIL CO * | 39.52255 | -87.12809 | 47 S WALNUT ST | BRAZIL | IN | 47834 | 250 | 14 |
| BRAZIL REPORTING CENTER * | 39.528299 | -87.104482 | 1849 E NATIONAL AVE | BRAZIL | IN | 47834 | 250 | 14 |
| BRISTOL CO-GTD-5 RSU* | 41.720582 | -85.815666 | 246 E ELKHART ST | BRISTOL | IN | 46507 | 250 | 14 |
| BROOKVILLE GTD-5 RSU | 39.42297 | -85.011444 | 803 FRANKLIN AVE | BROOKVILLE | IN | 47012 | 250 | 14 |
| BROWNSTOWN CO-RSC * | 38.879726 | -86.042732 | 123 N POPLAR ST | BROWNSTOWN | IN | 47220 | 250 | 14 |
| BURKET CO | 41.155651 | -85.9678 | 116 E MAIN ST | BURKET | IN | 46508 | 250 | 14 |
| BURKET YELLOW CREEK RLU | 41.107928 | -85.965511 | 6975 W 850 S | CLAYPOOL | IN | 46510 | 250 | 14 |
| BURNS HARBOR CO/RSU *M | 41.616883 | -87.140486 | SHADYSIDE RD | CHESTERTON | IN | 46304 | 250 | 14 |
| BUTLER CO-GTD-5 RSU* | 41.430644 | -84.875863 | W GREEN ST | BUTLER | IN | 46721 | 250 | 14 |
| BUTLERVILLE RSCS * | 39.033432 | -85.512381 | 5345 E US HIGHWAY 50 | BUTLERVILLE | IN | 47223 | 250 | 14 |
| Big Wheel-Homer Ct | 41.467432 | -87.045637 | 1039 HOMER CT | VALPARAISO | IN | 46383 | 250 | 3 |
| Bob Evans-E Morthland Dr | 41.460313 | -87.033785 | 2519 E MORTHLAND DR | VALPARAISO | IN | 46383 | 400 | 3 |
| Bookstore | 40.393446 | -86.854696 | 1569 SAGAMORE PKY S | LAFAYETTE | IN | 47905 | 820 | 15 |
| Broadway Cafe | 41.460309 | -87.037008 | 2271 E MORTHLAND DR | VALPARAISO | IN | 46383 | 400 | 3 |
| Burger King-Horse Prairie | 41.460185 | -87.067186 | 849 HORSE PRAIRIE AVE | VALPARAISO | IN | 46385 | 250 | 3 |
| CAMBRIDGE CITY RSU* | 39.811991 | -85.17452 | 269 W MAIN ST | CAMBRIDGE CITY | IN | 47327 | 250 | 14 |

| POI Name | Latitude | Longitude | Street Address | City | State | ZIP | Size | Type |
|---|---|---|---|---|---|---|---|---|
| CAMPBELLSBURG CO/RSCS * | 38.622984 | -86.261081 | 1702 N CAMPBELLSBURG LIVONIA F | CAMPBELLSBURG | IN | 47108 | 250 | 14 |

POI INFORMATION

| Market Area | NAME | Account number |
|---|---|---|
| West Coast | California  Central | 10747 |
| West Coast | California  North | 11286 |
| West Coast | California  Southeast | 10909 |
| West Coast | California BTL | 13667 |
| Southeast | Carolinas | 7672 |
| Southeast | Florida  Coastal | 9292 |
| Southeast | Florida  Inland | 5654 |
| Southeast | Florida ESG | |
| North Central | N Central  Ill/Wisc | 9291 |
| North Central | Indiana | 9290 |
| North Central | Michigan | 11256 |
| North Central | Ohio | 9293 |
| Texas | Northeast | 7296 |
| Texas | Southwest | 8561 |
| Liberty | Brooklyn-SI CM | 8944 |
| Liberty | Brooklyn | 8906 |
| Liberty | Manhattan IR | 8946 |
| Liberty | North Manhattan | 8929 |
| Liberty | Wholesale | 8919 |
| Mid Atlantic | Eastern North | 8942 |
| Mid Atlantic | Eastern South | 9934 |
| Mid Atlantic | Keystone East | 10151 |
| Mid Atlantic | Keystone West | 11957 |
| Mid Atlantic | Tri-State WPA | 10110 |
| Mid Atlantic | Wholesale | 10025 |
| New England | Central | 10929 |
| New England | Metro | 10927 |
| New England | Northeast | 9263 |
| New England | SE-Rhode Island | 10931 |
| New England | Wholesale | 10948 |
| New Jersey | Central | 10758 |
| New Jersey | Hudson Bergen | 8938 |
| New Jersey | Southern | 10757 |
| New Jersey | Highland | 8940 |
| New Jersey | Wholesale | 11408 |
| Capital | Central | 9236 |
| Capital | Midstate | 6542 |
| Capital | Northeast | 9234 |
| Capital | Western | 10907 |
| Island Metro | Queens | 8941 |
| Island Metro | Bronx | 8939 |
| Island Metro | Nassua | 8943 |
| Island Metro | Suffolk | |
| Potomac | Balt/ES | 11001 |
| Potomac | DC Region | 10645 |
| Potomac | North VA | 11217 |
| Potomac | Patuxent | 8948 |
| Potomac | Richmond VA | 5948 |
| Potomac | South VA | 11537 |
| Potomac | Wholesale | 8949 |
| Southeast | Verizon Construction-Southeast | 13193 |

| Mid Atlantic | Verizon Construction- Western | 13566 |
| Mid Atlantic | Verizon Construction- Eastern | 13586 |
| Potomac | Verizon Construction-Potomac M | 14395 |