# Exhibit B

McCarter & English, LLP
245 Park Avenue
New York, NY 10167
tel 212.609.6800
fax 212.609.6921
www.mccarter.com

Brian F. Moore

Tel     (212) 609-6818
Fax    (212) 609-6921
bmoore@mccarter.com

**M<sup>c</sup>CARTER
ENGLISH**

ATTORNEYS AT LAW

April 27, 2006

**Via Federal Express**

Christopher D. Lagow, Esq.          Mark A. Broude, Esq.
Togut Segal & Segal, LLP            Latham & Watkins
One Penn Plaza                      885 Third Avenue
New York, New York 10019            New York, New York 10022-4802

Re:    *In re Delphi Corporation., et al.*
       Chapter 11 Case No.:05 – 44481 (RDD)

Dear Christopher and Mark,

    McCarter & English LP is counsel to Automodular Assemblies Inc. and its wholly-owned subbsidiaries TecMar Distribution Services and Automodular Assemblies Inc. (Ohio) (collectively, the "Automodular Entities"), which are creditors in the above-referenced chapter 11 case of *In re Delphi Corporation., et al.* ("Delphi" which along with its affiliates are collectively referred to as the "Debtor"). Pursuant to paragraph 18 of the Final DIP Financing Order dated on October 28, 2005 (the "Order"), the Automodular Entities are writing to enforce its "Setoff Right" as defined therein.

    As a threshold matter, we believe your client will confirm that Automodular Entities have provided essential services to the Debtor in the past, and that the Automodular Entities intend to remain a committed partner of the Debtor going forward as part of its restructuring efforts. To that end, we believe that parties would better served reaching a resolution of the legal issues as to all pre-petition claims between the Automodular Entities and the Debtor.

    a. The Automodular Entities Pre-petition Claims Against the Debtor

    Delphi and Automodular Assemblies Inc.'s relationship is governed under the "Delphi Automotive System Long Term Contract," dated June 24, 2005 (the "Contract"), a copy of which is attached hereto as Exhibit A.    At Section 3 of the Contract, Automodular and its affiliates and subsidiaries, *i.e.*, the Automodular Entities, have reserved set-off and recoupment rights against any "amounts owing to Delphi and affiliates and subsidiaries."

    A review of the Automodular Entities' books and records show that as of October 9, 2005, (the "Petition Date") the Debtor had accrued $645,291.48 (Canadian) due the Automodular Entities (the "Delphi Obligations"). This figure is comprised of outstanding invoices, as well as amounts due under work orders accruing through the Petition Date and which had yet to be invoiced to the Debtor. The breakdown of the Delphi Obligations is as follows:

Christopher D. Lagow, Esq.
Mark Broude, Esq.
April 27, 2006
Page 2

**M<sup>c</sup>CARTER ENGLISH**

$378,578.25 (Canadian) or $350,260.60 (US)[1] Automodular Assemblies Inc.;
$93,657.82 (Canadian) or $79,722.35 (US) to TecMar Distribution Services; and
$173,055.41 (Canadian) or $147,306.27 (US) to Automodular Assemblies Inc. (Ohio)

The supporting accounts receivable schedules are attached hereto as <u>Exhibit B</u>. To date, the Automodular Entities have not filed proofs of claims in the Debtor's bankruptcy case on account of the Delphi Obligations in (i) deference to the Debtor's immediate and pressing tasks facing it as a debtor-in-possession and (ii) anticipation of good faith negotiations between representatives of the Debtor and Automodular Entities.

### b. The Debtor's Demand for Payment

By correspondence dated, March 22, 2006 to Christopher Nutt, Chief Financial Office of Automodular Assemblies Inc., (the "<u>Demand</u>"), the Debtor demanded $645,130.16 from Automodular Entities in connection with accounts payable to Delphi. A copy of Demand is attached hereto as <u>Exhibit C</u>.

### c. Set-off of the Parties Mutual Claims

In response to the Demand, the Automodular Entities are seeking to enforce its rights of set-off and recoupment under the Contract to "net" all pre-petition claims between Debtor and the Automodular Entities consistent with the procedures set forth in the Order.

Generally, 11 U.S.C. § 553 preserves a creditor's right to set-off mutual obligations between it and a debtor. In accordance with its rights under the Contract, the Automodular Entities propose to set-off the pre-petition mutual debts such that the amounts owed would be reduced to a *de minimis* amount, pending the parties' confirmation and reconciliation of the amounts due (including the application of the appropriate exchange rates).

Please contact us within ten (10) business days as required under the Order.

Very truly yours,

Brian F. Moore

---

[1] The exchange rate used is 1.1748 which was the Bank of Canada rate on October 7, 2005, the last business day before Delphi's filing for chapter 11 protection.

**EXHIBIT A**

# DELPHI AUTOMOTIVE SYSTEMS
# LONG TERM CONTRACT

## 1. Purchase of Product

Automodular ("Seller") agrees to sell, and Delphi Automotive Systems LLC acting through its Delphi Thermal&Interior ("Buyer") agrees to purchase, approximately one hundred percent (100%) of Buyer's production and service requirements for the following products (each referred to as a "Product" and collectively referred to as the "Products"):

| Part Number | Description | Annual Tool Capacity |
|---|---|---|
| SEE EXHIBIT A ATTACHED | | 83 JOBS/HR |

## 2. Term

With respect to each Product, the current model production term of this Contract is from CY 2005 beginning 01JUL05 through CY2010 ending 30JUN10.

## 3. Prices

Subject to adjustment on account of savings initiatives implemented in accordance with Section 5 below, the per unit price of each Product is set forth below. All pricing is F.O.B. OSHAWA, ONTARIO, CANADA - TTOP.

| Year | Beginning | Price | UOM |
|---|---|---|---|
| SEE EXHIBIT A ATTACHED | | | |

No price increases (including any decrease of the scheduled price reductions) will be made on account of (i) Seller's failure to achieve any expected cost savings or productivity improvements or (ii) any increases in Seller's labor, materials, overhead and other costs. In the event that Buyer agrees to any price increases (or a decrease of any scheduled price reductions) with respect to any Product, then, notwithstanding anything to the contrary set forth in this Contract, the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any subsequent net cost savings achieved by Seller with respect to such Product until aggregate price reductions on account of Seller's cost savings equal any price increases previously agreed to by Buyer.

Price is based on an exchange rate of 1.25. Effective first day of each quarter pricing will be adjusted to reflect the exchange rate as of that date. Bank of Nova

Scotia USD exchange rate will be used as the basis for this adjustment. Automodular reserves the right of setoff or recoupment against any amounts owing to Delphi and its affiliates or subsidiaries.

### 4. Right to Purchase from Others

During the entire term of this Contract, Seller will assure that each Product remains competitive in terms of technology, design, service and quality with any similar product available to Buyer. Following CY 01JUL06, Seller will also assure that each Product remains competitive in terms of price with any similar product available to Buyer. If, in the reasonable opinion of Buyer, a Product does not remain competitive, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which a similar product is more competitive. If (i) Seller does not, within ninety (90) days, present a plan to supply any Product with comparable technology, design, quality, or, if applicable, price which is reasonably determined by Delphi to be feasible or (ii) Seller fails to timely implement and execute any such plan, Buyer may elect to purchase any similar products available to Buyer without any liability to Seller under this Contract.

### 5. Savings Initiatives

Buyer and Seller will work together to implement cost savings and productivity improvements as outlined in the Creative Improvement Plan (**TO BE DEVELOPED**) in order to reduce Seller's costs of supplying each Product. Seller agrees to reduce the per unit price of each Product on account of any savings in accordance with the Creative Improvement Plan.

In addition to the activities and initiatives set forth in the Creative Improvement Plan, Seller agrees to work cooperatively with Buyer on Supplier Development and Cost Management.

In terms of Supplier Development, Seller agrees to allow Buyer's Supplier Development personnel to visit Seller's manufacturing operations to complete lean manufacturing workshops and identify opportunities to improve the value stream of Buyer's products. Seller will work cooperatively with Buyer's Supplier Development personnel in documenting cost savings opportunities and possible timing for implementation of these savings initiatives through the Creative Improvement Plan or Buyer's Supplier Suggestion Program.

In terms of Cost Management, Seller agrees to provide detailed Cost Breakdown Information as requested by Buyer. In addition, Seller agrees to allow Buyer's Cost Management personnel to visit Seller's manufacturing operations to fully develop a robust cost standard (i.e., an ideal cost structure)

for the Products. Seller will provide the necessary resources (Finance, Engineering, Manufacturing, Management, Purchasing, etc.) and data to support Buyer's Cost Management initiatives. Seller and Buyer will work cooperatively to identify areas of cost reduction and Product and process improvements in order to close cost gaps and implement Product and process improvements so as to achieve actual costs that are in line with the applicable cost standard.

### 6.  Purchase Orders

All Products will be ordered by Buyer, and delivered by Seller, in accordance with written purchase orders (including related delivery releases and shipping instructions) issued by Buyer from time to time during the term of this Contract. Buyer's General Terms and Conditions, a copy of which is attached, are hereby incorporated into this Contract by reference, provided, however, that Buyer's right to "terminate for convenience" under the General Terms and Conditions will be inapplicable to this Contract until the end date of 01JUL06. Any amendment to, or revision of, such General Terms and Conditions shall also become a part of this Contract, provided that (i) Buyer provides Seller with a copy of such revised Terms and Conditions and (ii) Seller does not object to such revised Terms and Conditions in writing within thirty (30) days after receipt. The Terms and Conditions (together with any revision made a part of this Contract) shall be construed, to the extent possible, as consistent with the terms and conditions set forth in this Contract and as cumulative, provided, however, that if such construction is unreasonable, the terms and conditions set forth in this Contract shall control.

**EXECUTED** by Buyer and Seller as of **24JUN05.**

| Buyer: | Seller: |
|---|---|
| **Delphi Automotive Systems LLC** acting through its Delphi Thermal&Interior | **AUTOMODULAR** |
| By: _Ca Williams_ 6/25/05 | By: _Winston R Ash_ |
| Name: **Elizabeth A. Williams** | Name: _WINSTON R. ASH_ |
| Title: **Buyer** | Title: _VICE PRESIDENT_ 6/27/05 |

## EXHIBIT A

| | ESTIMATED DEMAND | YEAR 1<br>7/2005 - 6/2006 | YEAR 2<br>7/2006 - 6/2007 | YEAR 3<br>7/2007 - 6/2008 | YEAR 4<br>7/2008 - 6/2009 | YEAR 5<br>7/2009 - 6/2010 | |
|---|---|---|---|---|---|---|---|
| AUTOMODULAR CRFMs (OLD)(NEW) | | | | | | | |
| 52406053 (OLD) | 143938 | | | | | | |
| APV= | | 4.6471 | 4.6471 | 4.6471 | 4.6471 | 4.6471 | |
| 52445808 (NEW) | 143938 | $ 668,892 | $ 668,892 | $ 668,892 | $ 668,892 | $ 668,892 | $ 3,344,460 |
| APV= | | 4.6471 | 4.6471 | 4.6471 | 4.6471 | 4.6471 | |
| 52406299 (OLD) | 143938 | $ 668,892 | $ 668,892 | $ 668,892 | $ 668,892 | $ 668,892 | $ 3,344,460 |
| APV= | | 4.6471 | 4.6471 | 4.6471 | 4.6471 | 4.6471 | |
| 52410855 (NEW) | 143938 | $ 668,892 | $ 668,892 | $ 668,892 | $ 668,892 | $ 668,892 | $ 3,344,460 |
| APV= | | 4.6471 | 4.6471 | 4.6471 | 4.6471 | 4.6471 | |
| SERVICE --> 52445809 | 100 | $ 668,892 | $ 668,892 | $ 668,892 | $ 668,892 | $ 668,892 | $ 3,344,460 |
| APV= | | 36.0035 | 36.0035 | 36.0035 | 36.0035 | 36.0035 | |
| | | $ 3,601 | $ 3,601 | $ 3,601 | $ 3,601 | $ 3,601 | 18,003 |
| | | | | | | | $ 13,395,842 |

NOTES:
TOTAL ESTIMATED DEMAND - 2450/DA
SERVICE ASSEMBLIES INCLUDE COST OF SERVICE PACK (~$33)
ALL PRICES ABOVE SUBJECT TO COST MODEL RESULTS AND SUBSEQUENT ADJUSTMENT
ALL PRICES ABOVE SUBJECT TO ADJUSTMENT FOR CURRENCY EXCHANGE (see LTA for details)

| | |
|---|---|
| 2450 | PC/DA |
| 235 | DA/YR |
| 575750 | PC/YR |
| 4 | PNs |
| 143938 | PC/P/N |

LTA for Automodular assemblies
GMX 211,231
6/27/2005

**EXHIBIT B**

Delphi Corporation Pre-petition receivables
Relating to **Automodular Assemblies Inc.**
As at December 31, 2005

| Invoice # | Delphi Division | Invoice Date | Amount | Purchase order/ Supporting document |
|---|---|---|---|---|
| DA-165-05 | Delphi Harrison Thermal Systems DEP#379 | 5/17/2005 | 300.00 | Work order Authorization form # P3-188-1 |
| DA-166-05 | Delphi Harrison Thermal Systems DEP#332 | 6/20/2005 | 600.00 | Work order Authorization form # M048-05 |
| DA-163-05 | Delphi Harrison Thermal Systems | 10/15/2004 | 1,941.50 | PO# LPS96286 |
| DA-168-05 | Delphi E&S H.Vac operations | 10/31/2005 | 5,100.00 | Work order Authorization form # M081-05 |
| DP-156-05 | Delphi Packard, Loredo, TX | 7/1/2005 | 1,200.00 | PO#P4S08461 Work order#194-2 |
| DC-110-04 | Delphi Chassis, Needmore Operations | 7/26/2004 | 567.47 | Work order Authorization form # P4-079-01 PO#174283 |
| DH-118-05 | Delphi Delco Systems | 11/30/2005 | 300.00 | Work order Authorization form # M088-05 |
| DK-100-05 | Delphi Energy & Chassis, Kettering | 9/30/2005 | 900.00 | Work order Authorization form # 203 |
| DC-111-05 | Delphi Energy & Chassis, Burton | 6/30/2005 | 430.00 | Work order Authorization form # 192-2 |
| **Delphi Automotive Systems - Adrian Operations** | | | | |
| DD-121-05 | Delphi Automotive Systems- Adrian Operations | 10/31/2005 | 600.00 | Work order Authorization form # M084-05 |
| DD-109-05 | Delphi Automotive Systems- Adrian Operations | 5/19/2005 | 1,200.00 | Work order Authorization form # M042-05 |
| DD-114-05 | Delphi Automotive Systems- Adrian Operations | 8/31/2005 | 7,500.00 | Work order Authorization form # M052-05 |
| DD-115-05 | Delphi Automotive Systems- Adrian Operations | 8/31/2005 | 1,200.00 | Work order Authorization form # M058-05 |
| DD-116-05 | Delphi Automotive Systems- Adrian Operations | 8/31/2005 | 1,500.00 | Work order Authorization form # M061-05 |
| DD-117-05 | Delphi Automotive Systems- Adrian Operations | 8/31/2005 | 1,500.00 | Work order Authorization form # M064-05 |
| DD-118-05 | Delphi Automotive Systems- Adrian Operations | 8/31/2005 | 6,000.00 | Work order Authorization form # M070-05 |
| DD-119-05 | Delphi Automotive Systems- Adrian Operations | 8/31/2005 | 4,500.00 | Work order Authorization form # M072-05 |
| DD-120-05 | Delphi Automotive Systems- Adrian Operations | 10/3/2005 | 1,500.00 | Work order Authorization form # M079-05 |
| | **Total Delphi Automotive Systems - Adrian Operations:** | | **25,500.00** | |
| **Delphi Thermal & Interior** | | | | |
| DC-112-05 | Delphi Thermal & Interior | 9/30/2005 | 1,800.00 | Work order Authorization form # 199 |
| DC-113-05 | Delphi Thermal & Interior | 12/23/2005 | 2,817.34 | Work order Authorization form #207 |
| CRFM10-05P | Delphi Thermal & Interior | 10/31/2005 | 62,998.62 | 550074793; 550072058; 550078478; 550060368; 550059352 |
| CRFM09-05 | Delphi Thermal & Interior | 9/30/2005 | 274,123.32 | 550074793; 550072058; 550078478; 550060368; 550059352 |
| | **Total Delphi Thermal & Interior:** | | **341,739.28** | |
| | **Total Delphi Receivables** | | **$ 378,578.25** | |

Delphi Corporation Pre-petition receivables
Relating to **TecMar Distribution Services**
As at December 31, 2005

| Invoice # | Delphi Division | Invoice Date | Amount | Purchase order/ Supporting document |
|---|---|---|---|---|
| **Delphi Delco** | | | | |
| 0007271 | Delphi Delco | 9/30/2005 | 470.00 | repack part log |
| **Delphi El-Paso** | | | | |
| 4940 | Delphi El-Paso | 6/25/2003 | 247.50 | Cost Recovery for Services authorization |
| **Delphi Enery&Chassis** | | | | |
| 5502 | Delphi Enery&Chassis | 1/27/2004 | 75.00 | Cost Recovery for Services authorization |
| 0007079 | Delphi Enery&Chassis | 7/31/2005 | 4,684.50 | 550075038; 550075266 |
| 0007184 | Delphi Enery&Chassis | 8/31/2005 | 94.35 | 550075038; 550075266 |
| 0007239 | Delphi Enery&Chassis | 9/30/2005 | 36,568.50 | 550075038; 550075266 |
| 0007304 | Delphi Enery&Chassis | 10/31/2005 | 24,764.80 | 550075038; 550075266 |
| 0006272 | Delphi Enery&Chassis | 9/21/2004 | 600.00 | Cost Recovery for Services authorization |
| 0007240 | Delphi Enery&Chassis | 9/30/2005 | 2,901.00 | 550071210; 550050288 |
| 0007241 | Delphi Enery&Chassis | 9/30/2005 | 129.20 | 550071210; 550050288 |
| 5714 | Delphi Enery&Chassis | 3/22/2004 | 4,462.50 | Cost Recovery for Services authorization |
| | **Total Delphi Enery&Chassis** | | 74,279.85 | |
| **Delphi Flint** | | | | |
| 5239 | Delphi Flint | 10/28/2003 | 3,075.00 | Cost Recovery for Services authorization |
| **Delphi Interior** | | | | |
| 5196 | Delphi Interior | 10/1/2003 | 375.00 | Cost Recovery for Services authorization |
| **Delphi Packard** | | | | |
| 5735 | Delphi Packard | 3/26/2004 | 225.00 | Cost Recovery for Services authorization |
| **Delphi Ramir** | | | | |
| 5246 | Delphi Ramir | 10/28/2003 | 225.00 | Cost Recovery for Services authorization |
| 5576 | Delphi Ramir | 2/13/2004 | 75.00 | Cost Recovery for Services authorization |
| | **Total Delphi Ramir** | | 300.00 | |
| **Delphi Saginaw** | | | | |
| 0005923 | Delphi Saginaw | 5/25/2004 | 75.00 | Cost Recovery for Services authorization |
| **Delphi Texas** | | | | |
| 0006007 | Delphi Texas | 5/31/2004 | 187.50 | Cost Recovery for Services authorization |
| 5401 | Delphi Texas | 12/12/2003 | 300.00 | Cost Recovery for Services authorization |
| | **Total Delphi Texas** | | 487.50 | |
| **Delphi Thermal** | | | | |
| 5699 | Delphi Thermal | 3/10/2004 | 112.50 | Cost Recovery for Services authorization |
| 0006003 | Delphi Thermal | 5/31/2004 | 75.00 | Cost Recovery for Services authorization |
| | **Total Delphi Thermal** | | 187.50 | |

**Total Delphi Receivables**  $ 79,722.35

Delphi Corporation Pre-petition receivables
Relating to **Automodular Assemblies Inc. (OHIO)**
As at December 31, 2005

| Invoice # | Delphi Division | Invoice Date | Amount | Purchase order/ Supporting document |
|---|---|---|---|---|
| 000146 | Delphi Thermal | 3/10/2005 | 397.74 | Special services authorized G.Conley, Paul Hennessy |
| 000149 | Delphi Thermal | 3/29/2005 | 2,194.00 | Special services authorized G.Conley, Paul Hennessy |
| 000150 | Delphi Thermal | 3/30/2005 | 165.15 | Special services authorized G.Conley, Paul Hennessy |
| 000188 | Delphi Thermal | 9/30/2005 | 19,250.00 | LPS91557 ; Delphi PPAPP Approval documents |
| 000189 | Delphi Thermal | 9/30/2005 | 2,504.00 | LPS94497 ; Delphi PPAPP Approval documents |
| 000191 | Delphi Thermal | 9/30/2005 | 102,522.35 | 55006426; 550073730; 550073758; 550073761; 550073762;  550073763; 550073774 |
| 000195 | Delphi Thermal | 10/31/2005 | 20,273.03 | 550064260; 550073730; 550073758; 550073761; 550073762; 550073763; 550073774; 550079723 |

# EXHIBIT C

# TOGUT, SEGAL & SEGAL LLP
### ATTORNEYS AT LAW

ALBERT TOGUT
FRANK A. OSWALD *
NEIL BERGER *
SCOTT E. RATNER *
SIDNEY SEGAL (1935-1968)
BERNARD SEGAL (1932-1983)

OF COUNSEL
HOWARD P. MAGALIFF °
RICHARD K. MILIN °

DANIEL F.X. GEOGHAN *
JAYME T. GOLDSTEIN
JONATHAN HOOK *
TALLY M. WIENER
SEAN P. McGRATH
ANTHONY M. VASSALLO
RENEE L. RANDAZZO °
CHRISTOPHER D. LAGOW °

*MEMBER NY AND NJ BAR
°MEMBER NY AND CT BAR
§MEMBER NY AND MA BAR
◊MEMBER NY AND VA BAR

ONE PENN PLAZA
NEW YORK, NEW YORK 10119

(212) 594-5000

FACSIMILE
(212) 967-4258

INTERNET
eMail@TeamTogut.com

March 22, 2006

**VIA FEDERAL EXPRESS**

Christopher Nutt
Chief Financial Officer
Automodular Assemblies, Inc.
200 Montecorte Street
Whitby, Ontario
    Canada  L1N 9V8

    Re:    Delphi Corporation, *et al.* ("Debtors")
           Chapter 11 Case No. 05-44481 (RDD)

           <u>Amount Owed:   $645,130.16</u>

Dear Mr. Nutt:

      We are bankruptcy co-counsel for Delphi Corporation and certain of its U.S. affiliates (collectively, "Delphi") in their Chapter 11 cases pending before the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). Delphi continues to operate its business as a debtor-in-possession.

      Delphi's books and records reflect amounts due and payable from your company to Delphi in the amount of $645,130.16 on account of goods or services provided by Delphi to and for the benefit of your company. Requests for payment of this amount have been previously sent to you.

      Be advised that the amount set forth above and the claim to collect it constitute property of Delphi's bankruptcy estate, recoverable pursuant to Bankruptcy Code section 542.

TOGUT, SEGAL & SEGAL LLP

March 22, 2006
Page - 2-

      Please accept this letter as a formal demand for the immediate payment of the full amount set forth above. Absent Delphi's receipt of payment in full within seven (7) days from the date hereof, an action will be commenced against your company in the Bankruptcy Court to compel payment of all sums due and payable by your company to Delphi, and for an award of costs, expenses and interest.

      Delphi values its continued relationship with your company and trusts that these issues will be promptly addressed.

      Nothing contained herein constitutes or should be construed to constitute a waiver of any right, claim or defense in favor of Delphi. All such rights, claims and defenses are expressly preserved.

                        Very truly yours,

                        TOGUT, SEGAL & SEGAL LLP
                        By:
                            Neil Berger
                            Christopher D. Lagow

NB/cr

cc:    Ms. Shaunda Snell