EXHIBIT F

Primary Supplier Compliance with Minority, Woman-owned, Disabled and Vietnam era Veteran Business Enterprises (MWDVBE) Utilization

♦    ATTACHMENT F-1  MWDVBE CONTRACT COMPLIANCE

MobileAria, Inc.
C0505851

**EXHIBIT F**
**To Agreement No. C0505851**
**Primary Supplier Commitment**
**Compliance with Minority, Woman-owned, Disabled and Vietnam Era Veteran Business Enterprises**
**(MWDVBE) Utilization**

The supplier completes all manufacturing overseas and currently does not have the opportunity to utilize any MWDVBE companies. If an opportunity arises, the supplier shall follow the following requirements:

**1. Supplier Commitment.**
The Primary Supplier (Seller) agrees to provide opportunities for Certified [1] Suppliers identified as Minority [2], Woman [3] -owned [4], Business Enterprises ("MWDVBE") [5], Disabled, Service Disabled and Vietnam Era Veteran [6] Business Enterprises ("DVBE"), (hereinafter "Diversified Suppliers") in accordance, at a minimum, with the terms and conditions of this Section.

**2. Primary Supplier Commitments.**

**A. Supplier Diversity Utilization Plan.**
The Primary Supplier must submit an approved Supplier Diversity Utilization Plan ("Plan") within sixty (60) days after execution of this Agreement, if not already supplied in the RFP response. The Plan must include a statement that the Primary Supplier will achieve MWDVBE and PC Percent Commitments specified in this section, and a commitment to report results utilizing the reporting method described below:

> **Contract Specific Reporting.**
> The Primary Supplier must relate MWDVBE expenditures to specific Verizon contracts and track them by using the Contract Specific method of reporting of the Prime Supplier MWDVBE Quarterly Report found on line at http://www.verizon.com/supplierdiversity. In this case, the Primary Supplier will also provide:

---

[1] Currently certified as MWDVBE by an authorized certifying body, such as NMSDC, WBENC, or other similar local, state, or federal certifying body, among others.
[2] "Minority" is defined as a business of which at least 51% of the ownership and control is held by individuals who are members of a minority group, and of which at least 51% of the net profits accrue to members of a minority group. Such persons include, but are not limited to Black Americans, Hispanic Americans, Asian Pacific Americans, Native Americans; "Control" is defined as having overall fiscal/legal responsibility and exercising the power to make policy decisions; Asian Pacific Americans (persons with origins from Japan, China, the Philippines, Vietnam, Korea, Samoa, Guam, U.S. Trust Territory of the Pacific Islands (Republic of Palau), the Commonwealth of the Northern Mariana Islands, Laos, Cambodia (Kampuchea), Taiwan; Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Republic of the Marshall Islands, Federated States of Micronesia., Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru; Subcontinent Asian Americans (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands or Nepal; and Native Americans (American Indians, Eskimos, Aleuts, and Native Hawaiians). Members of other groups designated by the U. S. Small Business Administration.
[3] "Women-owned" is defined as a business that is at least 51% owned and controlled by a woman or women. Such women's business enterprise shall further be classified as either minority or non-minority women-owned business, depending upon the greater portion of ownership; "Owned" is defined as at least 51% of the business or in the case of a publicly owned business, at least 51% of the stock is owned either by a minority or women; "Control" is defined as having overall fiscal/legal responsibility and exercising the power to make policy decisions.
[4] "Owned" is defined as at least 51% of the business or in the case of a publicly owned business, at least 51% of the stock owned either by a minority or women. Transfer of ownership or purchase of an existing business by a minority (or non-minority women) from a non-minority (or non-minority male), that remains actively involved in the operation of the business, does not qualify as a minority-owned or women-owned business.
[5] A "minority business" or "women-owned business" may be an individual partnership, a joint venture or a corporation, other than an employee of a Verizon company.
[6] A business that is at least 51% owned and controlled by an owner or owners who are Veterans or Disabled Veterans who are veterans of the military, naval, or air service of the United States with a service-connected disability or who are disabled as defined by the Americans With Disabilities Act. This classification can also include agencies that employ 51% or more disabled persons.

Rev. 1

ATTACHMENT F-1                                    1

NOTICE
CONFIDENTIAL - Not for use or disclosure outside of Verizon except with Verizon's written permission

(1) A list of the name(s) and address(s) of any Diverse Suppliers the Primary Supplier has identified to use in support of this Agreement,

(2) A description of the products/services or scope of work to be performed by Diverse Suppliers and,

(3) The percentage or volume of contract work to be performed by each such firm.
The list of Diverse Suppliers by the Primary Supplier in its (Contract-Specific) Suppler Diversity Utilization Plan form shall constitute:

• A representation by the Primary Supplier to Verizon in regard to the Diverse Supplier(s) that: (a) it intends to use the firm for the work specified in the Supplier Diversity Utilization Plan; (b) on the basis of information known to it and after reasonable inquiry, it believes such Diverse Supplier(s) to be technically and financially qualified to perform the work specified, and that the firm is available to perform the work; and (c) the Diversified Supplier(s) identified is currently certified as MWDVBE by an authorized certifying body.
• A commitment that the Primary Supplier will enter into a contract with each such Diverse Supplier (or approved substitutes) in accordance with its Supplier Diversity Utilization Plan.
• A commitment by the Primary Supplier that it will not substitute a Diverse Supplier listed in its Supplier Diversity Utilization Plan without notifying Verizon.  Unless the Primary Supplier has a reasonable belief that use of a designated Diverse Supplier will potentially cause personal injury or damage to property, or that such Diverse Supplier has engaged in illegal or unethical behavior, no substitution(s) of Diverse Supplier(s) designated on the Primary Supplier's Utilization Plan Form may be made without notifying Verizon in writing, citing the specific reason(s) for substitution.

## B. Primary Supplier MWDVBE Percent Commitment.

The Primary Supplier shall engage the services of certified Diversified Supplier(s) to try to achieve for an amount equivalent to at least "sixteen" percent (16%) of dollars spent under this Agreement in 2003, "seven-teen" percent (17%) in 2004 and 2005 and eight-teen percent (18%) in 2005 and thereafter in MWDVBE utilization under the Agreement ("MWDVBE Percent Commitment").

## C. Primary Supplier Compliance; Standards and Remedies.

**I. Compliance Standards.** Verizon has the right to determine compliance by the Primary Supplier with the Supplier Diversity Utilization Plan and the MWDVBE Percent Commitments (hereinafter collectively the "MWDVBE Commitments") established in this Section. Verizon may determine that the Primary Supplier is achieving its MWDVBE Commitments as set forth in this Section by examining reports received from the Primary Supplier, performing on-site inspections, conducting progress meetings regarding work required by the Agreement, contacting involved Diversified Supplier, or through other Verizon actions taken in the ordinary course of administering the Agreement.
**II. Quarterly Compliance Reports.** "Verizon Prime Supplier MWDVBE Quarterly Reports", shall be submitted via the website http://www.verizon.com/supplierdiversity by the Primary Supplier, as required by this agreement, no later than thirty (30) days following the end of each quarter. This document is intended to provide a reporting mechanism to monitor the Primary Supplier's progress in achieving its MWDVBE Commitments as set forth in this Section.
**III. Updates.** An annual update of the Primary Supplier's  Supplier Diversity Utilization Plan will be required to ensure compliance with this Agreement's provision for continuous year over year improvement.
**IV. Commitments Not Achieved.** In the event that the Primary Suppliers MWDVBE Commitments hereunder are not achieved and the Primary Supplier can not demonstrate to the reasonable satisfaction of Verizon that commercially reasonable efforts were made to accomplish such MWDVBE Commitments, such failure shall constitute an occasion of default and Verizon reserves the right and shall have the option to invoke the default and termination provisions of this Agreement. Verizon in addition to Article(s) of this Agreement pertaining to default and termination shall have all other rights and remedies
Rev. 1

NOTICE
CONFIDENTIAL - Not for use or disclosure outside of Verizon except with Verizon's written permission

available at law and in equity and under this Agreement. Verizon may also require that the Primary Supplier, upon request, submit additional documentation and information concerning the Primary Supplier's performance in achieving its MWDVBE Commitments and compliance with its Supplier Diversity Utilization Plan.

**V. Cure Period for Commitments Not Achieved.** Should the Primary Supplier continue to fail in achieving the MWDVBE Commitments of this Agreement or any amendments thereto after having been given notice of such failure to meet its MWDVBE Commitments, and failing to cure such Commitments within thirty (30) days of receiving such notice by achieving its requirements, the Primary Supplier shall be in default and no further cure shall be permitted.

**VI. Supplier Report** Card. In addition, the Primary Supplier's ability to achieve its MWDVBE Commitments shall reflect upon and shall contribute to the Primary Supplier's overall grade on the Supplier Report Card or other performance measurement(s).

Rev. 1

ATTACHMENT F-1                                                          3

NOTICE
CONFIDENTIAL - Not for use or disclosure outside of Verizon except with Verizon's written permission

## EXHIBIT G

### SCOPE OF WORK AND SERVICE LEVEL AGREEMENTS

- ◆ ATTACHMENT G   SCOPE OF WORK

- ◆ ATTACHMENT  G-1   SERVICE LEVEL AGREEMENT

# EXHIBIT G
## to
## Agreement No. C0505851
### between

### Verizon and MobileAria
### Scope of Work
### GPS System Deployment

1.0 Introduction

This document describes features, functionality and performance requirements of MobileAria's GPS System Deployment (hereinafter also referred as "Integrated In-Vehicle Device (IIVD)" or "Product" or "Unit"), to be supplied to Verizon Services Corp. and its Affiliates ("Customer " or "Verizon"). MobileAria shall provide and support for the term of the Agreement, as stated in Exhibit G-1, section 15, entitled "MOBILEARIA RESPONSIBILITIES":

- the GPS collection module,

- the cellular communications support,

- the data collection component,

- processing of the data collected,

- service request submission, pinging, and mapping for creation and management of landmarks.

All Verizon related geospatial data collected by MobileAria shall be provided to Verizon for its internal use by other Verizon systems. MobileAria shall provide a secure, high-speed data interface and support for end-to-end data delivery. End –to-end data delivery is from the Integrated In-Vehicle Device to Software Client running on Verizon servers. The Client software supplied by MobileAria is responsible for pulling data off the Messaging Queue residing on MobileAria servers and writing the data to Verizon data bases. The unit will send all the data on a configurable, periodic basis, as well as under certain specific events. Verizon employees will be able to bridge into the IIVD using 802.11b connectivity or standard Ethernet LAN cabling and gain access to the Verizon Intranet using Virtual Private Network (VPN).  The IIVD will have a built-in configurable firewall for managing access to Internet. Finally, the unit will have proximity reader and over-the-air (OTA) maintenance operational interfaces.

2.0 Service Description

Verizon  will provide certain number of its vehicles to MobileAria to be outfitted with MobileAria supplied IIVD modules, including cabling and antennas, to allow collection and pre-processing of vehicle

positional and status event information by MobileAria and delivering it over the wireless network. MobileAria represents that Verizon may use the system to monitor the location of service vehicles, review driving routes and patterns, and accumulate vehicle mileage. MobileAria also represents that the data collected by the System may be used in a tactical mode to enhance the dispatch of field service personnel and in a strategic mode to allow for review of routes, stops, and related information as required.

The primary interface medium to the data collected by IIVD shall be through a data feed from MobileAria to Verizon. MobileAria shall make the data available to any Verizon operational support system to support non-desktop, web access, and cross-system re-use.

3.0 <u>Scope</u>

### 3.1. Location

MobileAria shall support all Verizon vehicles outfitted with the Unit within the following geographical areas:

<u>Customer Operations – Northeast:</u>
1. New York
2. New England

<u>Customer Operations – South:</u>
1. New Jersey
2. Pennsylvania/ Delaware
3. Maryland
4. Virginia
5. West Virginia
6. Washington D.C.

<u>Customer Operations – West:</u>
1. North Central (Illinois/Wisconsin, Ohio/Michigan)
2. Southeast (Florida, North & South Carolina)
3. Texas
4. West Coast (California)

3.2 Deployment

Deployment of the Units shall be according to a mutually agreed deployment plan, with installations concurrently occurring in multiple physical locations. MobileAria shall meet Verizon's installation requirements and schedule. MobileAria acknowledges that the installation schedule may require MobileAria to install equipment in as many as one thousand (1,000) vehicles per week in multiple locations. Verizon shall respect the lead times in Exhibit B-3, Delivery Intervals, when requesting installations and Verizon reserves the right to revise its deployment plans at any time with a thirty (30) day written notice to MobileAria. MobileAria will install all hardware on-site at the reporting centers where the vehicles are normally located.

### 3.3 Installation Requirements

For each vehicle provided by Verizon, MobileAria shall:

1.    InstallIIVD unit and associated antennas.
2.    An optional separate Ethernet jack for extending the built-in Ethernet port may be installed based on vehicle installation requirements.
3.    De-install of existing (@Road) hardware and antenna(s) only.  Cabling will not be removed. Removed hardware will be given to Verizon manager at the installation location.

### 3.4 Technical Requirements

MobileAria shall provide access to Web-based applications to support the national deployment and maintenance of IIVD telemetry equipment.  The key technical requirements that are to be supported include:

1.   Account Administration includes, but is not limited to:  Landmark management through a Graphic User Interface (GUI) interface, wireless configuration/reconfiguration (access point as well as firewall settings), and GPS device management (assignment by account, time zone, etc. and view by individual account or at national level) through a web based administrative tool.
2.   Hardware Support through a Web Based Maintenance System:  Includes but is not limited to Service Request web based management interface (including status updates and escalation management, as well as a reporting tool).
3.   Collection of GPS information by IIVD in real time and transmit the following location information data points on regular intervals to MobileAria as follows:
- STOP
    - Ignition OFF, or
    - If vehicle travels < 5 MPH for 2 min
    - RULE: Show only stops > 3 min in duration
- MOVING
    - Moving – When first movement is detected after a stop
    - Moving Confirmation – When GPS fix occurs after the moving point
    - Moving Update – Continuous movement for a user-definable time period (set at 15 minutes for Verizon)
4.   Data packets from each vehicle to include IIVD sequence ID, date/time stamps, positional coordinates, address and landmark information, and event types for all tracked vehicles, and other data elements as may be required.
5.   In vehicle device data caching capability.
6.   Ability to import existing Landmarks and custom define new Landmarks of various types, as requested by Verizon.
7.   Ability to change frequency/conditions for collecting Location and status event information, as requested by Verizon.
8.   Ability to specify/change the definition of the location data points (e.g. duration of stops- -), as requested by Verizon.
9.   Ability to query specific information from the IIVD unit.

10. If requested by Verizon, secure high-speed Java Messaging Service interface/client. Upgrades to the JMS software are included in the monthly recurring fee. MobileAria represents that the JMS interface software upgrades will be developed to meet Verizon technical and time requirements. MobileAria reserves the right to notify Verizon about required JMS client upgrades at least sixty (60) days prior to deployment.

11. Multiple data queues.

12. Each data packet transmitted through each independent queue shall have a unique sequence ID.

13. Monitoring of all Queues and notification of planned and unplanned events. Data will be stored for thirty one (31) days for each vehicle and are available for replay. Replay of data will be provided at Verizon request, as needed.

14. IIVD firmware shall support OTA and on-board reprogramming of the business logic used to generate data packets.

15. Over the Air Programming (OTAP) including software configuration and application files upgrade initiated from MobileAria server. Airtime charges incurred during OTAP will be invoiced to the Customer separately, by the Wireless Carrier.

16. MobileAria will give Verizon advanced notification as soon as possible about configuration changes to the data flow to allow necessary steps by Verizon in advance of the changes.

17. MobileAria's scalable datacenter infrastructure and processing resources will support Verizon's needs with no degradation of data management or data processing performance as the number of tracked vehicles increases and the number of users accessing the data increases.

18. MobileAria shall maintain a High availability and Disaster Recovery data management infrastructure in place, throughout the deployment of production IIVD hardware for Verizon.

19. MobileAria's interface to the IIVD hardware shall do the following:

- Software capabilities will be split between the client and server software and will include, but are not limited to:
    - General: get and set odometer, get and set truck id, get and set employee id, get serial number, change password
    - GPS: get signal status, get current co-ordinates, get current time and time-zone
    - WWAN: get VZW ESN, get WWAN signal strength, get WAN IP address, update PRLs, reactivate modem
    - WLAN: current status, turn on and off, show connected clients, get and set ssid, get and set WPA key
    - Firewall: current status, turn on and off, get and set remote IP address list

20. With development guidance for MobileAria Verizon will provide an installable program to run in the windows system tray:

- Verizon will decide which items shall be either protected, hidden, or automated for the end user.
    - Items will fall into one of the following categories:
        i. Available for use only on the vendor web server (at appropriate security levels)
        ii. Available for use only on a PC connected to the device (configuration changes over WiFi will be blocked)
        iii. Available for use on both of the above

iv.  Verizon may request certain rules be enforced or scripted (for example:  ssid should be "vzvan_" plus the truck id)

4.0 MobileAria Responsibilities

MobileAria shall be responsible for:

1.  Provisioning of all necessary hardware, as specified above
2.  Processing Verizon Purchase Orders, shipping, and provisioning of in vehicle devices on the rolling forecast (see section 5.0 of this document) established by Verizon.
3.  Hardware installation and end-to-end functionality testing.
4.  Activation and testing procedures
5.  Equipment maintenance and trouble resolution procedures within the scope of the Warranty and Technical Support described in Exhibit D.
6.  Verizon shall notify MobileAria of any installation or repair issues relating to all IIVD equipment through a Web-based Service Request.  MobileAria will perform all repairs and installations must be performed at the scheduled appointment date and time according to deployment plan and based on service requests .As described in Exhibit B and Exhibit D, Warranty and Technical Support or Exhibit B-3, Delivery Interval.
7.  Providing Technical Support for Verizon via 800# as described in Exhibit D, Warranty and Technical Support. Providing Engineering IT Support for Verizon IT via 800# as described in Exhibit D, Warranty and Technical Support Providing data stream to Verizon of all collected GPS data for internal, warehousing and distribution within a Verizon data center or alternative location, as determined by Verizon.
8.  Any de-installed (removed) MobileAria units shall remain with MobileAria personnel.  Any de-installed legacy units (@Road) shall be turned over to Verizon personnel
9.  Safeguarding and securing data for sixty (60) days should such data not be collected to a repository within the Verizon network or in case a data replay is requested by Verizon.

5.0 Verizon Responsibilities

1.  Place Purchase Orders
2.  Develop rolling forecast for Product installations during the initial deployment period including preferred time and location for each installation.  Promptly update such forecast, confirming installation appointments at the local level. MobileAria shall have geographic and scheduling control of installations for large scale deployments as described in Exhibit B-3, Delivery Interval.
3.  Make locations and vehicles accessible to MobileAria and its agents.
4.   Make arrangements for training classes or training the trainer.

6.0  Reports

MobileAria shall support the following reporting requirements:
1.  Hierarchical secure access to vehicle information.
2.  Ability to select from one vehicle up to all vehicles within a group for all reports.

3. Vehicle status report (where the vehicle is at any point in time) - ping feature.
4. Ability to configure/define the length of time defined as a "stop".
5. Label for each truck with an administrative function to allow administrator to edit the labels.
6. Ability to create Landmarks (e.g. Garage) of various shapes, including virtual "boxes" and polygons around a specific building or work location. Such functionality will allow monitoring of vehicle entering and exiting a zone and frequency of visits to the zone.
7. Search by vehicle number in the Administration window. Ability to list all vehicles by account and at the national level.

MobileAria Inc.

By _Kim Schroeder_

Name _Kim Schroeder_

Title _DIRECTOR_

Date _June 6, 2005_

_George S Dowell_
6/6/05

Verizon Services Corp.

By _Charles L. Goad_

Name _CHARLES L. GOAD_

Title _PRESIDENT_

Date _June 2, 2005_

EXHIBIT G-1
To Agreement  No. C0505851

# *VERIZON NATIONAL OPERATIONS SERVICE DELIVERY – I&M PROCESS MANAGEMENT*

## *Service Level Agreement*

## *with MobileAria, Inc.*



This document is an UNCONTROLLED version when printed.

NOTICE: Not for disclosure outside Verizon Communications or any of its subsidiaries

## Controlled Document Location:

This document is an UNCONTROLLED version when printed. The controlled version of this document is maintained in the GRIT Document Library, a Lotus Notes database in the following location:
    Server:
    Filename:

## Revision History:

| Filename | Version | Date | Revision |
|----------|---------|------|----------|
| SLA_MobileAria_ver 0.1 | 0.1 | 04/18/2005 | Initial first draft version |

## Contact:

| | Name(s) | Phone #(s) |
|---|---------|-----------|
| | Thomas Wainwright | (650) 237-4455 |

## Distribution List:

Name(s)

## Approvals:

| Role | Name | Phone # |
|------|------|---------|
| Project Manager | Victor Shao | 650-237-4447 |
| Network Service Group | | |
| Information Technology | | |

**Note:** The project manager maintains reviewed and approval records.

## Abstract:

This document contains the Service Level Agreements (SLA) for Service and Support to be provided by the MobileAria Project Team to Verizon

Network Services Group Service Delivery Service Level Agreements, ver. 0.1,04/12/2005                    Page ii
This document is an UNCONTROLLED version when printed.
NOTICE: Not for disclosure outside Verizon Communications or any of its subsidiaries except under written agreement.

## *Conventions:*

| Convention | Description |
|---|---|
| **Note:** | Notes appear in bold print aligned with the preceding paragraph.  An example is shown below. |
| | **Note**: If the information in this section is sizeable, you may reference the source material or include as an appendix. |

This document is an UNCONTROLLED version when printed.

NOTICE: Not for disclosure outside Verizon Communications or any of its subsidiaries

# Table of Contents

**1  INTRODUCTION** ...................................................................................................... **6**

  1.1  SCOPE AND PURPOSE ................................................................................................ 6

  1.2  SERVICE LEVEL AGREEMENT REVIEW PROCESS ..................................................... 6

  1.3  SERVICE ASSURANCE ............................................................................................... 6

  1.4  DOCUMENT STRUCTURE .......................................................................................... 7

**2  ORGANIZATIONS & RESPONSIBILITIES** ...................................................... **8**

  2.1  DEFINITION OF MOBILEARIA RESPONSIBILITIES ..................................................... 8

  2.2  MOBILEARIA PROJECT TEAM .................................................................................. 8

  2.3  VERIZON SERVICE DELIVERY .................................................................................. 9

**3  GPS STEERING COMMITTEE** .......................................................................... **10**

  3.1  PURPOSE ................................................................................................................ 10

  3.2  COMPOSITION ........................................................................................................ 10

**4  TROUBLE TRACKING PROCEDURES** ............................................................. **10**

  4.1  TROUBLE TICKET CREATION .................................................................................. 11

  4.2  ESCALATION OF TROUBLE TICKETS ....................................................................... 10

  4.3  LOGGING/CLOSING TROUBLE TICKETS ................................................................... 11

**5  CUSTOMER INQUIRY SYSTEM** ...................................................................... **11**

  5.1  SELF-SERVICE REQUIREMENTS .............................................................................. 11

  5.2  ABILITY TO ENFORCE BUSINESS AND PROCESS RULES PER VERIZON REQUIREMENTS (NOT LIMITED TO ESCALATION)11

  5.3  MULTIPLE PROJECT MANAGEMENT ........................................................................ 12

  5.4  REPORTING ............................................................................................................. 12

  5.5  USER AUTHENTICATION ......................................................................................... 12

  5.6  USER AUTHORIZATION ........................................................................................... 12

**6  REPORTING REQUIREMENTS** ......................................................................... **12**

**7  MINIMUM PERFORMANCE REQUIREMENT** ................................................. **13**

**8  ENGINEERING SUPPORT – SUPPORT FOR INFRASTRUCTURE UPGRADES** ................. **14**

**9  PERFORMANCE COMPENSATION PAYMENTS** ............................................ **14**

**10  CONTINUOUS IMPROVEMENT** ....................................................................... **14**

**11  SYSTEM AVAILABILITY / SCHEDULED MAINTENANCE** ........................... **15**

  11.1  AVAILABILITY ...................................................................................................... 15

  11.2  ONLINE SCHEDULE CHANGES FOR EMERGENCIES ONLY .......................................... 15

  11.3  EMERGENCY CHANGES .......................................................................................... 15

This document is an UNCONTROLLED version when printed.

NOTICE: Not for disclosure outside Verizon Communications or any of its subsidiaries

TABLE OF CONTENTS

**12  SEVERITY LEVELS** ........................................................................................................................**15**

12.1  SEVERITY LEVEL 1 ..................................................................................................................... 15

12.2  SEVERITY LEVEL 2 ..................................................................................................................... 16

12.3  SEVERITY LEVEL 3 ..................................................................................................................... 16

12.4  SEVERITY LEVEL 4 ..................................................................................................................... 17

**13  ESCALATION PROCEDURES** ....................................................................................................**17**

13.1  SEVERITY LEVEL 1 ..................................................................................................................... 17

13.2  SEVERITY LEVEL 2 ..................................................................................................................... 18

13.3  SEVERITY LEVEL 3 ..................................................................................................................... 18

13.4  SEVERITY LEVEL 4 ..................................................................................................................... 18

**14  INCIDENT REVIEW PROCESS/POST- MORTEM** ...................................................................**19**

14.1  PURPOSE ...................................................................................................................................... 19

14.2  LEADERSHIP ................................................................................................................................ 19

14.3  PROCESS....................................................................................................................................... 19

**15  MOBILEARIA RESPONSIBILITIES** .........................................................................................**20**

**16  VERIZON SERVICE DELIVERY RESPONSIBILITIES** ...........................................................**22**

**17  SIGNOFF** ........................................................................................................................................**23**

**APPENDICES**

This document is an UNCONTROLLED version when printed.

NOTICE: Not for disclosure outside Verizon Communications or any of its subsidiaries

VERIZON / MOBILEARIA SERVICE LEVEL AGREEMENT

# 1  Introduction

## 1.1  Scope and Purpose

This document contains the Service Level Agreements (SLA) for  Support to be provided by the Mobile Project Team to Verizon Service Delivery I/M Process Management and Verizon Information Technology and any other Verizon or Verizon Affiliate organization as applicable. The Service Delivery I/M Process group is an organization within Network Services of Verizon Communications ("Customer").  Customer refers to Supplier's Mobile Project Team simply as MobileAria. For clarity, all references to MobileAria in this document will be as Supplier Mobile Project Team, and all references to SD will be as Verizon Service Delivery I/M Process Management. Verizon Information Technology is an organization within the Customer. This SLA is an exhibit to the Agreement between Verizon Services Corp. (here referred to as Verizon Service Delivery I/M Process Management or Verizon) and MobileAria (here referred to as Supplier or Supplier Mobile Project Team), dated June 15, 2005 (the "Agreement"). This formally documents the level of Service and the measurements for Services provided.  This SLA documents the parameters (e.g., response time to analyze trouble reports, report rate, response-time-to-repair, timeliness and accuracy of reports to SD, user support levels, and percentage of new installs reported in trouble within five (5) business days, location and event data feed to Verizon) and identifies the people and processes associated with the support and penalties associated with performance not meeting mutually agreed-upon measures and criteria.

This SLA will be in effect for the term of the Agreement, as it may be amended or extended. The parties will amendmend the Agreement if there are significant changes to the operating environments and/or the supporting organizations make the content of this SLA inapplicable. Minor revisions may be made to this SLA only with the written approval of all associated parties.

## 1.2  Service Level Agreement Review Process

This Service Level Agreement is to be reviewed on a yearly basis by the GPS Steering Committee or a subset of that committee as defined in section 3.0 herein.  The SLA will be updated as deemed necessary to accommodate organizational changes and staffing changes.  The committee may also review the SLA if the committee identifies a more efficient method of providing support for its Application. The Customer, Verizon SD, I/M Process Management may also initiate changes to the Service Level Agreement.

If this Service Level Agreement is changed in any significant manner (*i.e.*, other than contact name changes due to staffing changes), the new release of this agreement must be signed off by authorized representatives of both parties.

## 1.3  Service Assurance

The MobileAria Project Team Systems application and attending infrastructure is covered under this SLA for both "pre-Production" and "Production".

Service assurance will be provided through mechanized detailed activity reports designed for Verizon SD, I/M Process Management, trouble reports submitted, implementation of environmental performance enhancements, and the use of "change control" procedures and processes for installation and maintenance. All **Severity Level I** outages require the use of a "Post Mortem" session. Post Mortems may be applied to **Severity Level II** outages on a case-by-case basis at the request of MobileAria or by request of Verizon SD I/M Process Management or Verizon Information Technology.



This document is an UNCONTROLLED version when printed.

NOTICE: Not for disclosure outside Verizon Communications or any of its subsidiaries

## 1.4 Document Structure

There are two major components of this SLA document.  In addition to this introductory information, the first component contains all information that is common to the supported environment. The second component of this document consists of several attachments of information, such as specific definition of meanings, method of performance measurement, penalty clauses, and contact numbers for companion systems used by Verizon SD I/M Process Management with the MobileAria product.

Specifically referenced in the first component is information about the support organizations and responsibilities associated with the support. This includes the application, trouble tracking procedures, service levels, trouble severity levels, escalation procedures, incident review process, service level agreement review process, and the authorizing signatures.

The second component is a section of reference material. The reference material has information about companion applications with an overview, key contacts for each supporting the application, interfacing systems, availability, response times and performance compensation payments applicability.

This document is an UNCONTROLLED version when printed.

NOTICE: Not for disclosure outside Verizon Communications or any of its subsidiaries

VERIZON / MOBILEARIA SERVICE LEVEL AGREEMENT

## 2    Organizations & Responsibilities

### 2.1    Definition of MobileAria Responsibilities

This document defines support for Verizon Operations Service Delivery. MobileAria in this document represents the support groups that deal directly, interface with the end-user, or are the first point-of-contact for real time production support issues.  MobileAria Project Team is the organization for location data-related issues.

They, i.e., the MobileArea Project Team, will perform such activities as installation, repairs, performance and tuning, determining the need and establishing alerts, implementations, change control, measurements and validation of the architecture. In an outage situation, MobileAria may be directly involved in real time restorals.

### 2.2    MobileAria Project Team

The MobileAria Project Team's primary focus is Location Data MobileAria application development and support for Verizon Network Services Group, Service Delivery database activities, installation of *"Integrated In-Vehicle Device (IIVD)"* units in Verizon motor vehicles, diagnostic testing and repair of units, detailed activity reports, and delivery of location data and events to Verizon Information Technology.

**Summary of Services:**

- Hardware installation and installation support
- Installation of software and update/upgrade support
  - IIVD Unit firmware
  - High-Performance JMS Data Interface
- Software media and documentation
- System, network, and operational documentation
- 24 x 7 Engineering IT Support
- Preventive maintenance
- Assigned GPS support team
- Monthly and yearly statistics on repair rates and installation activity
- Location Data and Event Delivery to Verizon Information Technology
  - Data feeds on multiple queues
  - Data replay
  - Data audits
  - Feed Monitoring
  - Data Feed Event Notification
    - Scheduled
    - Unscheduled



This document is an UNCONTROLLED version when printed.

NOTICE: Not for disclosure outside Verizon Communications or any of its subsidiaries

Application support is the assurance that application functionality and performance meet agreed-upon service levels. Verizon SD and MobileAria support, plan, coordinate, and schedules all activities for enhancement and maintenance of software changes through an assigned Project Manager who, for the purpose of this SLA, will be recognized as MobileAria. MobileAria is the primary point of contact for application activities. The MobileAria Project Manager is responsible for the installation, maintenance, and technical support of the application software in all of the test and production environments.

Systems support for the vehicle hardware is provided by the MobileAria and Verizon Field Support organizations. The systems support team works in conjunction with the application support group. The Systems Support Team ensures that the application is available and operating correctly and efficiently. System Support is responsible for monitoring system utilization at the operating system level and performing application tuning to insure agreed upon levels of performance. System Support is also responsible for ensuring that all application data backups are preformed, "failover" architecture is appropriate for the GPS application, and that all disaster recovery (DR) documentation is complete and correct.

MobileAria Engineering IT Support –The MobileAria Engineering IT Support team will provide technical support to the Verizon Information Technology team as needed. This team serves as the Subject Matter Experts on the hardware and software components of the MobileAria product. This team is to be available to the Verizon IT on a 24x7 basis.

## 2.3  Verizon Service Delivery

The Verizon SD and Information Technology Teams manage operations planning for Verizon SD. They provide direction for the applications, hardware, and networks required to meet business needs. Any planned enhancements to the application environment will be documented by MobileAria and shared with Verizon SD and IT. Requested changes to the operating environment, depending upon the nature and urgency, may be verbal. All verbal requests will be followed up in writing within ten (10) business days and binding on the parties only if agreed upon in writing.  Documentation will be provided by MobileAria in support of the application release process.

### Documentation delivery schedule:

- Within one (1) week of building the release internally for MobileAria integration testing, the "preliminary release notes" will be presented.
- The "final release notes" will be presented no later than such time as MobileAria delivers the new release software to Verizon SD for User Acceptance Testing.
- Updates (when applicable) to the Functional Requirements Specification Document will be delivered to Verizon SD at the same time the software is delivered for User Acceptance Testing.

# 3  GPS Steering Committee

## 3.1  Purpose

A Verizon SD steering committee is set up to evaluate the application and operating environment. The Steering Committee takes a "whole Verizon view" of the application. The committee examines problems associated with the application and supporting infrastructure, identifies new methods of operation, prioritizes work packages associated with new deliverables and ensures consistency throughout Verizon.



This document is an UNCONTROLLED version when printed.

NOTICE: Not for disclosure outside Verizon Communications or any of its subsidiaries

## 3.2 Composition

The Director of Service Delivery I/M Process Management of Verizon , or his/her designee will chair the steering committee. The frequency of meetings will be at the discretion of the chair.

The composition will at a minimum include Verizon representation from I&M Process Mgmt, Dispatch Support, Information Technology, and Remote Operations Support/Market Area Support. Additional representation may be added as deemed appropriate by the chair. The chair has the authority to modify representation as necessary to resolve old issues, identify new issues or to facilitate implementations. They will also perform semiannual compliance reviews relevant to this SLA.

# 4   Trouble Tracking Procedures

## 4.1   Trouble Ticket Creation

MobileAria shall provide a means for end users (Selected SD staff and Information Technology) to enter trouble tickets into a Trouble Management System over the Internet through a web-based application when issues are discovered. Included within the realm of trouble ticket categories (one category for hardware and the other for Data Feed issues) are:

a) Hardware tickets – Associated with field hardware, cabling, antennas, etc.

b) Software (Java Messaging Server (JMS) Data delivery) tickets

> Verizon IT shall utilize the Trouble Management System to enter issues. The area of the system to which IT adds and manages the Tickets shall be separate from the area supporting the field issues.

MobileAria shall provide a live/personal email response to specific events received via email messages sent from Verizon Information Technology to MobileAria support. Within thirty (30) minutes, MobileAria shall transmit a live email response to the originator email address **specific** to the event described in the email. An automatically-generated email reply during any phase of this sequence is unacceptable. Examples of software tickets:

> "Request to turn off monitoring"
>
> "No data delivered to Verizon"
>
> "Data Quality"
>
> "Data Loss" (with associated Replay)
>
> "Data Delay"

c) Software ( *IIVD* ) tickets

d) Automatic Trouble Ticket creation based upon Proactive Monitoring by MobileAria

The Trouble Ticket process should be in place and operable prior to the completion of the first installed units.

## 4.2   Escalation of Trouble Tickets

See Section 13 below



This document is an UNCONTROLLED version when printed.

NOTICE: Not for disclosure outside Verizon Communications or any of its subsidiaries

VERIZON / MOBILEARIA SERVICE LEVEL AGREEMENT

## 4.3  Logging/Closing Trouble Tickets

MobileAria will accept, record, and provide status of trouble ticket reports either by telephone call or electronically via an Incident Request form.  When a trouble ticket is resolved, MobileAria will log the resolution and notify Verizon.

IIVD Unit Issue resolution: Except for delays caused by Verizon, MobileAria shall resolve all trouble ticket reports within the resolution times specified in Section 12 of this document entitled, "SEVERITY LEVELS", and Section 8 of Exhibit D, entitled "TECHNICAL SUPPORT FOR PRODUCT".

# 5  Customer Inquiry System

Verizon requires an automated system to track, escalate, and report on issues from the field.  The system will allow the Verizon user to open an issue via the web without MobileAria interaction.  In addition, the system will have business rules in place to assure the issue gets the visibility required depending on the process flow/business rules.

## 5.1  Self-Service Requirements

The following are required elements of the MobileAria equipment:
- System will automatically detect that the user using the system is a Verizon user.
- Verizon can submit inquiries via web
- Verizon can check inquiry status via web
- Automatic Inquiry number issued.
- Verizon specified form fields (type of inquiry, subject, description, device id, etc)
- Verizon to be notified when inquiry created and resolved.
- Find answers
- Web-based
- Verizon to be able to attach multiple files with inquiries (screenshots, reports, etc)

## 5.2  Ability to enforce business and process rules per Verizon requirements (not limited to escalation)

Enforcement of business and process requires a rule definition system to be able to enforce an enterprise's business rules/processes. These rules can cause notifications to occur or automatic escalation to take place based upon criteria such as record history values.  For example; if a support request with high priority is not attended to within one (1) day, the system will automatically notify the manager via email.  Another example; if a medium priority does not get resolved in three (3) business days, the system will automatically change to high priority. All notifications will be sent to individuals and/or groups. As part of the rule definition, the system will recognize the origin of the request (Capital, West Coast, etc.) and escalate it to the individuals responsible for that region.

## 5.3  Multiple Project Management

The Customer Inquiry system must support multiple user groups, *e.g.*, Verizon support will be different from general customer support. Issues and Users will be assigned to various work groups. These groups are generally regional but can also be functional, *e.g.*, the Installer coordinator can see all install related problems. All data and reports provided to Verizon SD will be available for the Verizon footprint and will be available for all Verizon and MobileAria GPS coordinators.



This document is an UNCONTROLLED version when printed.

NOTICE: Not for disclosure outside Verizon Communications or any of its subsidiaries

VERIZON / MOBILEARIA SERVICE LEVEL AGREEMENT

## 5.4  Reporting

- Open inquiries (include details such as history, origination, escalated, etc)
- Detailed report of inquiries (date opened, closed, resolution, history, etc)
- Total inquiries (by week and/or by month)
- Total escalated inquiries (by week and/or month)
- Summary of Inquiries by type, by resolution (software, HW, FW, training, RMA, defective unit, etc)
- Average open inquiry days
- All reports will be reported by regions and/or national level
- Scheduled delivery of reports to specified users (emailed)
- Authorized users will have the ability to view reports on demand via website.
- Repair rates, causal detail, and average mean time to repair at the account, region, and national level

## 5.5  User Authentication

- All users of the MobileAria Systems will require User IDs and Passwords
- All IDs and passwords will be authenticated by MobileAria server.
- If other servers are used, authentication must be administered by MobileAria.

## 5.6  User Authorization

Users shall be members of Verizon authorized groups with specific access to reports and ticket creation by:

- By Account (separate account for JMS Issues for Verizon IT)
- National Level

# 6  Reporting Requirements

MobileAria at a minimum will provide the following reports monthly, quarterly, and annually.

- Average repair rate by cause and in total
- Average response time
- Average mean time to repair
- Summary of all Severity Levels 1 and 2 Issues (including Data Feed), response time, cause, and remedial action.

# 7  Minimum Performance Requirement

The following section outlines the minimum performance requirements for MobileAria to be considered as having provided minimum service levels to Verizon.

Minimum performance requirements to comply with the specifications in the Agreement include:



This document is an UNCONTROLLED version when printed.

NOTICE: Not for disclosure outside Verizon Communications or any of its subsidiaries

- ▪ Trouble Tickets

  - ▪ JMS Data Feed interruptions – MobileAria shall not drop the communication connection to Verizon for more than fifteen (15) consecutive minutes in an unplanned outage.
    - • Excludes issues with Internet connectivity or in cases of Disaster Recovery
  - ▪ JMS Data Loss – In situations when the IIVD Unit collects data but does not send it (discontinuities in Sequence Ids); Verizon expects MobileAria to provide 100% uninterrupted sequences from each and every vehicle and 100% uninterrupted sequences within the data feed to Verizon.
  - ▪ Landmark/Geocoding interruptions: All GPS (Location) data message sent to Verizon must contain geocoded information and landmark identification if the point is within a pre-defined landmark. This represents one example of expected Data Quality that MobileAria must provide Verizon.

- ▪ MobileAria shall:
  - ▪ Respond/Acknowledge to Trouble Tickets within twenty four (24) hours 100% of the time
  - ▪ Clear all troubles within the assigned restore time of 98% of the time
  - ▪ Clear all troubles within fifteen (15) days 95% of the time if a dispatch is required, less any time waiting to make the vehicle available.
  - ▪ Data Feed Issues: fifteen (15) minute response time in cases of unplanned outage.
  - ▪ Provide Engineering IT Support within the maximum acceptable service delays as described in Section 12 of this document entitled, "SEVERITY LEVELS".
  - ▪ Provide Technical Support within the Maximum acceptable service delays as described in Exhibit D, Section 7 of the Agreement entitled, "TECHNICAL SUPPORT FOR PRODUCT".
  - ▪ Support growth of the deployed vehicle base while maintaining the same level of service and support performance

### Requirements for a Quality Watch

- • Failure to meet any one of the categories above for a period of one month, or any two (2) months within one year will result in a Quality Watch.

- • If a Quality Watch is implemented, failure to correct a trend of reduced quality within sixty (60) days and/or failure to surpass the above results in any of the specified categories for three (3) months may result in Verizon exercising of the Default and Termination provisions under the Agreement, as stated in Section 41 of the Agreement, entitled "TERMINATION". .

# 8  Engineering Support – Support for infrastructure upgrades

MobileAria shall provide timely support for the following customer requests:

- • Expectations for delivery of upgrades
- • Maintaining synchronicity with Verizon infrastructure upgrades (including DB2, Java, OS)
- • 24x7x365 phone access to a member of the MobileAria Engineering Support Team



# 9  Performance Compensation Payments

MobileAria's failure to meet any one of the Minimum Performance Requirements categories contained in Section 7 above for a period of one month may result in Verizon electing, to receive compensation payments as specified in EXHIBIT I, entitled PERFORMANCE COMPENSATION PAYMENTS, Section 2, paragraph c.

# 10 Continuous Improvement

MobileAria shall ensure to Verizon that there is a Continuous Process Improvement plan in place and that they are meeting the expectations contained therein.

MobileAria shall demonstrate to Verizon that they are meeting or exceeding current acceptable performance levels for location-data vendors of similar size and resources.



This document is an UNCONTROLLED version when printed.

NOTICE: Not for disclosure outside Verizon Communications or any of its subsidiaries