Darryl S. Laddin (DL-5130)                  Return Date:  January 25, 2008
Frank N. White (Ga. Bar No. 753377)                  Time:  10:00 a.m.
ARNALL GOLDEN GREGORY LLP         Objection Deadline:  January 18, 2008
171 17th Street NW, Suite 2100                         Time:  4:00 p.m.
Atlanta, Georgia  30363-1031
(404) 873-8500

Attorneys for Verizon Services Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                     :
In re                                                :         Chapter 11
                                                     :
DELPHI CORPORATION, et al.,          :         Case No. 05-44481 (rdd)
                                                     :
                          Debtors.           :         (Jointly Administered)
---------------------------------------------------------------X

**NOTICE OF HEARING ON AMENDED MOTION OF VERIZON SERVICES CORP.
FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM
PURSUANT TO MOBILEARIA SALE ORDER**

     PLEASE TAKE NOTICE, that upon the attached Amended Motion of Verizon Services Corp. for Payment of Administrative Expense Claim Pursuant to MobileAria Sale Order (the "Motion"), Verizon Services Corp. ("Verizon") will move before the Honorable Robert D. Drain, in his courtroom located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Room 610, at 10:00 a.m. on January 25, 2008, or as soon as counsel may be heard (the "Hearing"), for the entry of an Order directing MobileAria, Inc. to pay to Verizon the sum of $497,532.61, together with pre-judgment interest allowable under applicable law, and awarding such other and further relief as the Court deems just and proper.

     PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion (a) must be in writing, (b) shall conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Court for the Southern District of New York, and the Amended Eighth

2278393v1                                          1

Supplemental Order Under 11 U.S.C. §§102(1) and 105 and Fed.R.Bankr.P.2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered by this Court on October 26, 2006 (the "Amended Eighth Supplemental Case Management Order") (Docket No. 5418), (c) shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (as amended), by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format, (d) shall be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) shall be served upon (i) Arnall Golden Gregory LLP, 171 17th Street NW, Suite 2100, Atlanta, Georgia 30363 (Attn: Darryl S. Laddin), (ii) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General Counsel); (iii) counsel to the Debtors, Togut, Segal & Segal LLP, One Penn Plaza, New York, New York 10119 (Attn: Albert Togut and Neil Berger), (iv) counsel for the agent under the post-petition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn: Donald Bernstein and Brian Resnick), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: Robert J. Rosenberg and Mark A. Broude), (vi) counsel for the Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Attn: Bonnie Steingart) and (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Alicia M. Leonhard) in each case so as to be received no later than 4:00 p.m. (Prevailing Eastern Time) on January 18, 2008 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Amended Eighth Supplemental Case Management Order will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein and in the Amended Eighth Supplemental Case Management Order, the Bankruptcy Court may enter an order granting the Motion without further notice.

DATED:   December 18, 2007

        Respectfully submitted,

        ARNALL GOLDEN GREGORY LLP

By: /s/Darryl S. Laddin
    Darryl S. Laddin (DL-5130)
    Frank N. White (Ga. Bar. No. 753377)
    171 17th Street, NW, Suite 2100
    Atlanta, Georgia  30363
    (404) 873-8500

    Attorneys for Verizon

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing document by causing a true and correct copy to be sent by Federal Express overnight delivery service, addressed as follows:

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, Michigan  48098 | Albert Togut<br>Neil Berger<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>New York, New York  10119 |
| Donald Bernstein, Esq.<br>Brian Resnick, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York  10017 | Robert J. Rosenberg, Esq.<br>Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York  10022 |
| Bonnie Steingart, Esq.<br>Fried, Frank, Harris, Shriver<br>   & Jacobson LLP<br>One New York Plaza<br>New York, New York  10004 | Alicia M. Leonhard, Esq.<br>Office of the U.S. Trustee for the<br>   Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York  10004 |

Dated:  December 18, 2007

/s/Darryl S. Laddin
Darryl S. Laddin

2278393v1