SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

　　- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
　　　　　　　　　　　　　　　　　　　　　　　　:
　　In re　　　　　　　　　　　　　　　　　　　　: 　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　:
DELPHI CORPORATION, et al.,　　　　　　　　　　: 　　Case No. 05-44481 (RDD)
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　Debtor.　　　　: 　　(Jointly Administered)
　　　　　　　　　　　　　　　　　　　　　　　　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SUPPLEMENTAL NOTICE OF NON-ASSUMPTION AND ASSIGNMENT
OF EXECUTORY CONTRACT IN CONNECTION WITH
<u>THE SALE OF INTERIORS AND CLOSURES BUSINESSES</u>

PLEASE TAKE NOTICE THAT:

　　　　　　1.　　　　Pursuant to the Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P.

2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections,

(III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In

Connection With Sale Of Interiors And Closures Businesses (the "Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on October 26, 2006, Delphi Corporation ("Delphi") and certain of its affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement (the "Selling Debtor Entities"),[1] have entered into a Master Sale And Purchase Agreement ("Agreement") with Inteva Products, LLC and certain of its affiliates (the "Buyers") for the sale of substantially all of the assets primarily used in the cockpits and interior systems and integrated closure systems businesses of Delphi (the "Interiors and Closures Businesses"). In November, 2007, the Selling Debtor Entities provided you (i) notice of their intent to assume and assign your prepetition contracts or assign your postpetition contracts (the "Assumption/Assignment Notice") and, if applicable, (ii) notice of the amount the Selling Debtor Entities propose to pay to cure any defaults under your prepetition contracts (the "Cure Notice").

2. The Selling Debtor Entities hereby provide this supplemental notice (the "Supplemental Notice") to inform you that certain of the contracts listed on the prior notice(s) sent to you will not be assumed and assigned in connection with the sale of the Interiors and Closures Businesses. This Supplemental Notice amends and supersedes the Assumption/Assignment Notice and the Cure Notice with respect to the contracts listed on Exhibit 1 hereto.

3. The contracts listed on Exhibit 1 hereto have expired or will expire prior to the sale of the Interiors and Closures Businesses. Thus, the Selling Debtor Entities will not seek to assume and assign such contracts to the Buyers in connection with the sale of

---

[1] Under the Agreement, the Selling Debtor Entities include Delphi, Delphi Automotive Systems LLC, Delphi Automotive Systems (Holdings) Inc., and Delphi Technologies, Inc. Certain assets will be sold under the Agreement by non-debtor affiliates of the Selling Debtor Entities listed on Schedule 1 to the Agreement. The Selling Debtor Entities and the selling non-Debtor affiliates are collectively referred to as the "Sellers."

2

the Interiors and Closures Businesses. Additionally, by this Supplemental Notice, the Selling Debtor Entities hereby withdraw any cure amounts previously asserted on the Cure Notice.

Dated: New York, New York
       December 18, 2007

                SKADDEN, ARPS, SLATE, MEAGHER
                  & FLOM LLP

                By:   /s/ John Wm. Butler, Jr.
                     John Wm. Butler, Jr. (JB 4711)
                     John K. Lyons (JL 4951)
                     Ron E. Meisler (RM 3026)
                333 West Wacker Drive, Suite 2100
                Chicago, Illinois 60606
                (312) 407-0700

                        - and -

                By:   /s/ Kayalyn A. Marafioti
                     Kayalyn A. Marafioti (KM 9632)
                     Thomas J. Matz (TM 5986)
                Four Times Square
                New York, New York 10036
                (212) 735-3000

                Attorneys for Delphi Corporation, et al.,
                  Debtors and Debtors-in-Possession

# EXHIBIT 1

Lunt Manufacturing Co., Inc.
816 E. 4th St.
Royal Oak MI 48067

| Expired Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550024113 | $1,444,369.62 |

# EXHIBIT 1

Lunt Manufacturing Co., Inc.
816 E. 4th St.
Royal Oak MI 48067

| Expired Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550036018 | $0.00 |

# EXHIBIT 1

Lunt Manufacturing Co., Inc.
816 E. 4th St.
Royal Oak MI 48067

| Expired Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550036043 | $0.00 |