SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
      In re                               :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                          Debtor.         :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SUPPLEMENTAL NOTICE WITH RESPECT TO CERTAIN
POSTPETITION CONTRACTS IN CONNECTION WITH
THE SALE OF INTERIORS AND CLOSURES BUSINESSES

PLEASE TAKE NOTICE THAT:

        1.        Pursuant to the Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P.

2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections,

(III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In

Connection With Sale Of Interiors And Closures Businesses (the "Bidding Procedures

Order") entered by the United States Bankruptcy Court for the Southern District of New York

(the "Bankruptcy Court") on October 26, 2006, Delphi Corporation ("Delphi") and certain of

its affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement (the

"Selling Debtor Entities"),[1] have entered into a Master Sale And Purchase Agreement

("Agreement") with Inteva Products, LLC and certain of its affiliates (the "Buyers") for the

sale of substantially all of the assets primarily used in the cockpits and interior systems and

integrated closure systems businesses of Delphi (the "Interiors and Closures Businesses").  In

November, 2007, the Selling Debtor Entities provided you (i) notice of their intent to assume

and assign your prepetition contracts or assign your postpetition contracts (the

"Assumption/Assignment Notice") and, if applicable, (ii) notice of the amount the Selling

Debtor Entities propose to pay to cure any defaults under your prepetition contracts (the

"Cure Notice").

2.      The Selling Debtor Entities hereby provide this supplemental notice

(the "Supplemental Notice") with respect to certain postpetition contracts in connection with

the sale of the Interiors and Closures Businesses.  The Supplemental Notice amends and

supersedes the Assumption/Assignment Notice and the Cure Notice with respect to the

contracts listed on Exhibit 1 hereto.

3.      The contracts listed on Exhibit 1 hereto are postpetition contracts.

Accordingly, the contracts listed on Exhibit 1 hereto are not subject to assumption under

section 365 of the Bankruptcy Code.  Therefore, the Selling Debtor Entities intend to assign

such contracts to the Buyers under section 363 of the Bankruptcy Code and the terms of the

applicable contract.

---

[1]      Under the Agreement, the Selling Debtor Entities include Delphi, Delphi Automotive Systems LLC,
Delphi Automotive Systems (Holdings) Inc., and Delphi Technologies, Inc. Certain assets will be sold
under the Agreement by non-debtor affiliates of the Selling Debtor Entities listed on Schedule 1 to the
Agreement.  The Selling Debtor Entities and the selling non-Debtor affiliates are collectively referred
to as the "Sellers."

4.        The Selling Debtor Entities' records reflect that all postpetition amounts owing under the contracts listed on Exhibit 1 have been paid and will continue to be paid until the assignment of such contracts.  By this Supplemental Notice, the Selling Debtor Entities hereby withdraw any amounts previously asserted on the Cure Notice sent to you in November 2007 (the "Claim Amount").  The Claim Amount shall be treated as a prepetition general unsecured claim, which is subject to the Debtors' Claim Reconciliation Procedures (Docket No. 6089).

5.        Prior to the Closing Date, the Selling Debtor Entities may amend their decision with respect to the assignment of the contracts listed on Exhibit 1 and provide a new notice amending the information provided in this Notice.

Dated:  New York, New York
             December 18, 2007

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:    /s/ John Wm. Butler, Jr.
          John Wm. Butler, Jr. (JB 4711)
          John K. Lyons (JL 4951)
          Ron E. Meisler (RM 3026)
       333 West Wacker Drive, Suite 2100
       Chicago, Illinois 60606
       (312) 407-0700

- and -

By:    /s/ Kayalyn A. Marafioti
          Kayalyn A. Marafioti (KM 9632)
          Thomas J. Matz (TM 5986)
       Four Times Square
       New York, New York 10036
       (212) 735-3000

       Attorneys for Delphi Corporation, et al.,
        Debtors and Debtors-in-Possession

# EXHIBIT 1

Ashland Inc
Ashland Distribution CO
P.O. Box 2219
Columbus OH 43216-2219

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550078831 | $37,517.72 |

# EXHIBIT 1

Bayer Meterial Science LLC
Newark Industrial Park
Hebron OH 43025-9660

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550074744 | $34,374.00 |

# EXHIBIT 1

Behr Hella Thermocontrol GMBH, Behr-Hella
Hansastr 40
Lippstadt - -
Germany

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550054507 | $67,282.84 |

# EXHIBIT 1

Behr-Gella Thermcontrol Inc
43811 Plymouth Oaks Blvd
Plymouth MI 48170

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550069745 | $491,298.90 |

# EXHIBIT 1

Chicago Rivet & Machine Co.
901 Frontenac Rd.
Naperville IL 60563-1744

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550037897 | $1,553.52 |

# EXHIBIT 1

D&R Technology LLC
450 Windy Point Dr
Glendale Heights IL 60139

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550026176 | $1,519.20 |

# EXHIBIT 1

Dekalab Metal Finishing
P.O. Box 70
Auburn IN 46706

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550022506 | $73,785.03 |

# EXHIBIT 1

Foster Electric (USA), Inc.
1000 E. State Pky
Ste. G
Schaumburg IL 60173

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550056746 | $650.40 |

# EXHIBIT 1

Hella Kgaa Hueck & Co.
Rixbecker Str. 75
Lippstadt - 59552
Germany

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550055866 | $59,754.24 |

# EXHIBIT 1

IMS Gear
1234 Palmour Dr.
Ste. B
Gainesville GA 30501

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550076636 | $994.08 |

# EXHIBIT 1

Industrial Paint & Strip Inc
47036 Black Walnut PKY
Woodsfield OH 43793

| Postpetition Contract: | Withdrawn Cure amount: |
| --- | --- |
| Purchase Order No. 550022508 | $877.18 |

# EXHIBIT 1

Industrial Paint & Strip Inc
47063 Black Walnut PKY
Woodsfield OH 43793

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550023157 | $17,910.75 |

# EXHIBIT 1

Industrial Steel Treating Co.
P.O. Box 98
Jackson MI 49204-0098

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550053285 | $181.18 |

# EXHIBIT 1

Industrial Steel Treating Co.
P.O. Box 98
Jackson MI 49204-0098

| Postpetition Contract: | Withdrawn Cure amount: |
| --- | --- |
| Purchase Order No. 550057036 | $27,892.46 |

# EXHIBIT 1

Kostal Mexicana SA DE CV
10400 Technology Dr.
Cottondale AL 35453

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550059574 | $7.63 |

# EXHIBIT 1

Kostal Mexicana SA DE CV
10400 Technology Dr.
Cottondale AL 35453

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550069743 | $20,190.80 |

# EXHIBIT 1

Kostal Mexicana SA DE CV
10400 Technology Dr.
Cottondale AL 35453

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550055108 | $22,321.57 |

# EXHIBIT 1

Kostal Mexicana SA DE CV
10400 Technology Dr.
Cottondale AL 35453

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550057889 | $24,811.59 |

# EXHIBIT 1

Kostal Mexicana SA DE CV
10400 Technology Dr.
Cottondale AL 35453

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550057892 | $26,428.04 |

# EXHIBIT 1

Kostal Mexicana SA DE CV
10400 Technology Dr.
Cottondale AL 35453

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550055107 | $46,338.97 |

# EXHIBIT 1

Kostal Mexicana SA DE CV
10400 Technology Dr.
Cottondale AL 35453

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550079725 | $67,238.16 |

# EXHIBIT 1

Kostal Mexicana SA DE CV
10400 Technology Dr.
Cottondale AL 35453

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550061271 | $102,344.71 |

# EXHIBIT 1

Lacks Industries, Inc
Lacks Trim Systems
4090 Barden Dr
Kentwood MI 49512

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550070370 | $18.83 |

# EXHIBIT 1

Lacks Industries, Inc
Lacks Trim Systems
4090 Barden Dr
Kentwood MI 49512

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550057054 | $114,503.76 |

# EXHIBIT 1

LEM Industries Inc
4852 Frusta Dr.
Obetz OH 43207-4503

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550023116 | $2,164.38 |

# EXHIBIT 1

LEM Industries Inc
4852 Frusta Dr.
Obetz OH 43207-4503

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550037361 | $43,002.77 |

# EXHIBIT 1

LEM Industries, Inc.
4852 Frusta Dr.
Obetz OH 43207-4503

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550056605 | $4,282.56 |

# EXHIBIT 1

Newark Electro Plating Inc
30-32 E Harrison St
Newark OH 43055

| Postpetition Contract: | Withdrawn Cure amount: |
| --- | --- |
| Purchase Order No. 550022542 | $2,357.30 |

# EXHIBIT 1

Poepplemann Kunststoff-Technik GMBH
Postfach POSTFACH 1
Lohne - 49378
Germany

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550072285 | $204.63 |

# EXHIBIT 1

Polyone Corp.
P.O. Box 807
Dyersburg TN 38025

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550057089 | $33,099.75 |

# EXHIBIT 1

PPG Industries Inc.
C/O Dura Automotive
2200 Helton Dr
P.O. Box 746
Lawrenceburg TN 38464

| Postpetition Contract: | Withdrawn Cure amount: |
| --- | --- |
| Purchase Order No. 550023134 | $248,176.40 |

# EXHIBIT 1

PPG Industries Inc.
Coatings & Resins Group
961 Division St
Adrian MI 49221

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550057100 | $25,575.00 |

# EXHIBIT 1

PPG Industries Inc., c/o Dura Automotive
2200 Helton Dr.
P.O. Box 746
Lawrenceburg TN 38464

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550023134 | $248,176.40 |

# EXHIBIT 1

Select Industries Corp PLT 3
P.O. Box 887
Dayton OH 45401

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550036037 | $13,704.95 |

# EXHIBIT 1

Sidler GMBH & Co. KG, Sidler
Mismarckstr 72
Tuebingen - 72072
Germany

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550055869 | $43,620.00 |

# EXHIBIT 1

Siements VDO SA DE CV, CRS Airbags & Restraint Systems
Camino A La Tijera 3 KM 3.5
Tiajomulco de Zuniga - 45640
Mexico

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550024453 | $1,033,178.21 |

# EXHIBIT 1

Victory Packaging, Inc
1597 Westbelt Dr
Columbus OH 43228-3839

| Postpetition Contract: | Withdrawn Cure amount: |
| --- | --- |
| Purchase Order No. 550054460 | $1,116.67 |

# EXHIBIT 1

Victory Packaging, Inc.
1597 Westbelt Dr.
Columbus OH 43228-3839

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550058137 | $12,008.80 |

# EXHIBIT 1

Hella KG Hueck & Co
Beckumer Str130
Lippstadt - 59555
Germany

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550060467 | $105,440.38 |

# EXHIBIT 1

Perkinelmer Optoelectronics
13720 Shoreline Court E
Earth City MO 63045

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550024137 | $38,048.50 |

# EXHIBIT 1

Perkinelmer Optoelectronics
13720 Shoreline Court E
Earth City MO 63045

| Postpetition Contract: | Withdrawn Cure amount: |
| :---: | :---: |
| Purchase Order No. 550036727 | $38,601.50 |

# EXHIBIT 1

Cadon Plating & Coatings LLC
3715 11th Street
Wyandotte MI 48192-6435

| Postpetition Contract: | Withdrawn Cure amount: |
|---|---|
| Purchase Order No. 550037356 | $11,263.13 |