KUTAK ROCK LLP
1010 Grand Blvd., Suite 500
Kansas City, MO 64106
(816) 502-4617
Jay Selanders (2483)
Attorneys for Chrysler LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    In re:                                                :    Chapter 11

DELPHI CORPORATION, et al.,          :    Case no. 05-44481-RDD

                      Debtors.      :
------------------------------------------------------------X

## WITHDRAWAL OF OBJECTION OF CHRYSLER LLC TO ASSUMPTION AND/OR ASSIGNMENT OF CONTRACTS IN CONNECTION WITH THE SALE OF DEBTOR'S INTERIORS AND CLOSURES BUSINESS

Chrysler LLC, formerly DaimlerChrysler Corporation ("Chrysler"), through its undersigned attorneys, withdraws its Objection to the Debtor's Assumption and/or Assignment of certain executory contracts between Chrysler and Delphi Corporation and certain of its affiliates ("Delphi"), in connection with the sale of its interiors and closures business and states as follows:

1. Chrysler filed an Objection to the Debtor's Assumption and/or Assignment of certain executory contracts in connection with the sale of its interiors and closures business so that it could determine if all related contracts were properly identified and included.

2. Chrysler and Delphi have identified additional contracts that should be included in the transaction. Delphi has represented to Chrysler that it will add the additional contracts to the schedule of agreements that it intends to assume and/or assign in connection with the sale of its interiors and closures business.

3. Based on the representation of Delphi above, Chrysler hereby withdraws its Objection.

4831-0518-7842.1

                                         Respectfully submitted,

                                         KUTAK ROCK LLP

                                         /s/ Jay Selanders_____
                                         Jay Selanders
                                         1010 Grand Blvd., Suite 500
                                       Kansas City MO 64106-2220
Dated: December 19, 2007               Counsel to Chrysler LLC

4831-0518-7842.1

## Certificate of Service

I hereby certify that on the 19th day of December, 2007, I filed the above pleading electronically with the United States Bankruptcy Court for the Southern District of New York, which will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. The parties on the Service List below were served at the addresses set forth herein as indicated by overnight delivery.

/s/ Jay N. Selanders

## SERVICE LIST

Via Overnight Delivery

| | |
|---|---|
| Delphi Automotive Systems LLC<br>Attn: Legal Staff<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Skadden, Arps, Slate, Meagher & Flom<br>Attn: Ron Meisler and Brian Fern<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606 |
| Delphi Corporation<br>Attn: Deputy General Counsel Transactions and Restructuring<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Davis Polk & Wardel<br>Attn: Donald Bernstein and Brian Resnick<br>450 Lexington Avenue<br>New York, New York 10017 |
| Latham & Watkins LLP<br>Attn: Robert S. Rosenberg and Mark A. Broude<br>885 Third Avenue<br>New York, New York 10022 | Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, New York 10004 |
| Offices of the US Trustee for the Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004 | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281 |

4831-0518-7842.1