UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al                    Case No. 05-44481 (RDD)
                                             Chapter 11 proceeding

        Debtor.                              [Jointly Administered]
_____/

### WITHDRAWAL OF MACARTHUR CORPORATION'S OBJECTION TO DEBTOR'S NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE SALE OF INTERIORS AND CLOSURES BUSINESS

NOW COMES MacArthur Corporation and it hereby withdraws its Objection to Debtor's Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with the Sale of Interiors and Closures Business [Docket No. 11377].

Dated: December 18, 2007                     /s/ Thomas Barrett
                                             Thomas Barrett
                                             MacArthur Corporation
                                             3190 Tri-Park Drive
                                             Grand Blanc MI 48439
                                             (810) 606-1777

F:\APPS\DMH\M\MacArthur Corp\Delphi\Pleadings\Withdrawal of Objection to Cure Amount.wpd