**Hearing Date: December 20, 2007**
                                          **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                       :
   In re                             :   Chapter 11
                                         :
DELPHI CORPORATION, et al.,        :   Case No. 05-44481 (RDD)
                                       :
                       Debtors.     :   (Jointly Administered)
                                         :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED TWENTY-SIXTH OMNIBUS HEARING AGENDA</u>

Location Of Hearing:        United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Or Settled Matters (2 Matters)

    D.    Contested Matters (3 Matters)

    E.    Adversary Proceedings (1 Matter)

**B.**    **Continued Or Adjourned Matters**[*]

    1.    **"Automodular Motion To Compel Assumption Or Rejection Of Executory Contracts And To Allow Payment Of Administrative Expense Claim"** – Notice Of Motion Of Automodular Assemblies, Inc., Tec-Mar Distribution Services, Inc., And Automodular Assemblies (Ohio) Inc. To Compel Assumption Or Rejection Of Executory Contracts And Motion To Allow And Direct Payment Of Administrative Expense Claim (Docket No. 11180)

    *Responses filed:*    *Debtors' Objection To Motion Of Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc., And Automodular Assemblies (Ohio) Inc. To Compel Assumption Or Rejection Of Executory Contracts And Allow And Direct Payment Of Administrative Expense Claim (Docket No. 11447)*

    *Reply filed:*    None.

    *Related filings:*    *Order Granting Motion Of Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc., And*

---

[*] Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4718, 4689, 4778, 4912, 5153, 6723, and 6690 (KECP Emergence Incentive Program, STN Motion, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, and ATEL Leasing Corporation's Motion To Allow Administrative Claim respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

2

>   *Automodular Assemblies (Ohio) Inc. To Compel Assumption Or Rejection Of Executory Contracts And Motion To Allow And Direct Payment Of Administrative Expense Claim (Docket No. 11196)*
>
>   *Notice Of Adjournment Of Hearing On The Motion Of Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc., And Automodular Assemblies (Ohio) Inc. To Compel Assumption Or Rejection Of Executory Contracts And Motion To Allow And Direct Payment Of Administrative Expense Claim (Docket No. 11482)*
>
> *Status:*   *At the request of Automodular Assemblies, Inc., the parties have agreed to adjourn this matter to the January 25, 2008 omnibus hearing.*

C.   **Uncontested, Agreed, Or Settled Matters**

2.   **"Motion For Authority To Continue Claims Objection Procedures"** – Motion Under New Bankruptcy Rule 3007(c) And 11 U.S.C. § 105(a) For Order Authorizing Debtors To Continue Claims Objection Procedures Under Order Dated December 7, 2006 Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims (Docket No. 11187)

>   *Responses filed:*   None.
>
>   *Reply filed:*   None.
>
>   *Related filings:*   None.
>
>   *Status:*   *The hearing with respect to this matter will be proceeding.*

3.   **"Fifth § 1121(d) Exclusivity Extension Motion"** – Motion For Order Under 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods Within Which To File And Solicit Acceptances Of Reorganization Plan (Docket No. 11188)

>   *Responses filed:*   None.
>
>   *Reply filed:*   None.

|   |   |
|---|---|
| *Related filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**D.    Contested Matters**

4.  **"Interiors And Closures Businesses Sale Motion"** – Expedited Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All The Assets Primarily Used In Debtors' Cockpits And Interior Systems And Integrated Closure Systems Businesses Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 10606)

|   |   |
|---|---|
| *Responses filed:* | *Objection Of SABIC Innovative Plastics US LLC To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Interiors And Closures Business (Docket No. 11010)* |
| | *Objection Of SABIC Innovative Plastics US LLC To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Interiors And Closures Business (Docket No. 11011)* |
| | *Objection Of Valeo Climate Control Corporation To Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11026)* |
| | *Objection Of Decatur Plastic Products, Inc., To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Interiors And Closures Businesses And Response To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection* |

4

*With The Sale Of Interiors And Closures Businesses (Docket No. 11060)*

*Objection Of Lorentson Manufacturing Company To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11061)*

*Objection Of Chrysler LLC To Assumption And/Or Assignment Of Contracts In Connection With The Sale Of Debtors' Interiors And Closures Business (Docket No. 11062)*

*Limited Objection Of Armada Rubber Manufacturing Company To Debtors' (A) Interiors And Closures Businesses Sale Motion, And (B) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Interiors And Closures Businesses (Docket No. 11065)*

*Objection Of Johnson Controls Interiors LLC And Johnson Controls GmbH & Co. KG To Proposed Assignment Of Executory Contracts (Docket No. 11070)*

*Objection Of Siemens VDO Automotive AG To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Sale Of Its Interiors And Closures Businesses (Docket No. 11085)*

*Objection Of Siemens VDO Automotive Corp. To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses (Docket No. 11086)*

*Objection Of Siemens Electric Ltd And Siemens VDO Automotive Inc. N/k/a Siemens VDO Automotive Canada Inc. To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of*

5

*The Debtors' Interiors And Closures Businesses (Docket No. 11087)*

*Limited Objection Of Contrarian Funds, LLC To Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Interiors And Closures Business (Docket No. 11091)*

*Joinder Of Goldman Sachs Credit Partners, L.P. In (I) The Objection Of Siemens Electric Ltd And Siemens VDO Automotive Inc. N/k/a Siemens VDO Automotive Canada Inc. To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses And (II) Objection Of Siemens VDO Automotive Corp. To The Notices Of (A) Cure Amount And (B) Assumption And/Or Assignment Of Executory Contracts In Connection With The Sale Of The Debtors' Interiors And Closures Businesses (Docket No. 11092)*

*Limited Objection Of Cherry GmbH To Debtors' (A) Interiors And Closures Businesses Sale Motion, And (B) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Interiors And Closures Businesses (Docket No. 11093)*

*Assignee's Response And Limited Objection To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Business (Docket No. 11332)*

*Limited Objection Of Lorentson Manufacturing Company To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11353)*

*Casco Products Corp.'s Objection To Cure Amount Specified In Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With*

6

*The Sale Of Interiors And Closures Businesses (Docket No. 11356)*

*Objection Of Nova Chemicals Inc. And Nova Chemicals Canada Ltd To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11357)*

*Objection Of Akzo Nobel Coatings Inc. And Akzo Nobel Industrial Coatings Mexico, S.A., To Cure Amount Specified In Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11363)*

*Objection Of SABIC Innovative Plastics US LLC To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers And Proposed Cure Amount In Connection With Sale Of Interiors And Closures Business (Docket No. 11368)*

*Objection Of May And Scofield, LLC To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11373)*

*Objection Of Armada Rubber Manufacturing Company To Debtors' (A) Interiors And Closures Businesses Sale Motion, And (B) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11375)*

*Macarthur Corporation's Objection To Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Business (Docket No. 11377)*

*Objection By Lear Corporation To Debtors' (I) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And*

*Assigned In Connection With The Sale Of Interiors And Closures Businesses And (II) Motion For Sale Of Interiors And Closures Businesses (Docket No. 11378)*

*Objection By Cooper-Standard Automotive Inc. To Debtors' (I) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses And (II) Motion For Sale Of Interiors And Closures Businesses (Docket No. 11380)*

*Objection Of Spartech Corporation And Spartech Polycom To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Business (Docket No. 11381)*

*Assignee's Objection To Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11385)*

*Objection Of Siemens VDO Automotive Inc. N/k/a Siemens VDO Automotive Canada Inc. To The Interiors And Closures Businesses Sale Motion (Docket No. 11446)*

| | |
|---|---|
| *Reply filed:* | *An omnibus reply will be filed.* |
| *Related filings:* | *Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Interiors And Closures Businesses (Docket No. 10732)* |
| | *Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 10962)* |

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Interiors And Closures Businesses (Docket No. 10963)*

*Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11164)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Interiors And Closures Businesses (Docket No. 11165)*

*Notice Of Withdrawal Of Limited Objection Of Cherry GmbH (Docket No. 11407)*

*Withdrawal Of Objection Of Johnson Controls Interiors LLC And Johnson Controls GmbH & Co. KG To Proposed Assignment Of Executory Contracts (Docket No. 11417)*

*Withdrawal Of Objection Of Armada Rubber Manufacturing Company To Debtors' (A) Interiors And Closures Businesses Sale Motion, And (B) Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11444)*

*Withdrawal Of Limited Objection Of Contrarian Funds, LLC To Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Interiors And Closures Businesses (Docket No. 11469)*

*Supplemental Notice Of Non-Assumption And Assignment Of Executory Contract In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11514)*

*Supplemental Notice With Respect To Certain Postpetition Contracts In Connection With The Sale Of Interiors And Closures Businesses (Docket No. 11515)*

          *Withdrawal Of Objection Of Chrysler LLC To Assumption And/Or Assignment Of Contracts In Connection With The Sale Of Debtors' Interiors And Closures Business (Docket No. 11518)*

          *Withdrawal Of MacArthur Corporation's Objection To Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Interiors And Closures Business (Docket No. 11521)*

    *Status:*          *The hearing with respect to this matter will be proceeding. Objections that have not been resolved will be adjourned to the January 25, 2008 omnibus hearing.*

5. **"Twenty-Third Omnibus Claims Objection"** – Debtors' Twenty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Claim, (B) Certain Equity Claims, (C) Insufficiently Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books And Records, And (E) Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject To Modification That Is Subject To Prior Order, And Modified Claim Asserting Reclamation That Is Subject To Prior Order (Docket No. 10982)

    *Responses filed:*    *Response Of E.I. Du Pont De Nemours And Company To Debtors' Twenty-Third Omnibus Objection To Claims (Docket No. 11235)*

          *Response Of STMicroelectronics, Inc. To Debtors' Twenty-Third Omnibus Claims Objection (Docket No. 11383)*

          *Response Of GMD Industries LLC D/B/A Production Screw Machine Co. To Debtors' Twenty-Third Omnibus Objection (Docket No. 11392)*

          *Response And Objection Of Quaker Chemical Corporation To Debtors' Twenty-Third Omnibus Claims Objection (Docket No. 11406)*

          *Response Of Ambrake Corporation To Debtors' Twenty-Third Omnibus Claims Objection (Docket No. 11415)*

*Response Of Preferred Sourcing, LLC To Twenty-Third Omnibus Claims Objection (Docket No. 11416)*

*Response Of Robin Mexicana S De RL De CV To The Debtors' Twenty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Claim, (B) Certain Equity Claims, (C) Insufficiently Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books And Records, And (E) Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject To Modification That Is Subject To Prior Order, And Modified Claim Asserting Reclamation That Is Subject To Prior Order (Docket No. 11418)*

*Response Of Contrarian Funds, LLC To Debtors' Twenty-Third Omnibus Claims Objection (Docket No. 11437)*

*Response And Limited Objection Of WESCO Distribution, Inc. To Debtors' Twenty-Third Omnibus Objection (Docket No. 11441)*

*United States Of America's Response To Debtors' Objection To The Claim Of The Department Of Health And Human Services (Docket No. 11442)*

*Response Of Autopartes De Precision And Miniature Precision Components To Debtors' Twenty-Third Omnibus Claims Objection (Docket No. 11445)*

| | |
|---|---|
| *Reply filed:* | *An omnibus reply will be filed.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed. With respect to claims for which responses have been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And* |

          *Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

6. **"Steering Sale Motion"** – Expedited Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date, (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Assets Primarily Used In Debtors' Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities, And (C) Authorizing And Approving Transaction Facilitation Agreement (Docket No. 11390)

    *Responses filed:*    *Limited Response Of Steering Holding, LLC To Expedited Motion For Orders Under 11 U.S.C. §§ 363, 365 And 1146 And Fed R. Bankr. P. 2002, 6004, 6006 And 9014(A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices And (IV) Setting Sale Hearing Date, (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Assets Primarily Used In Debtors' Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities, And (C) Authorizing And Approving Transaction Facilitation Agreement (Docket No. 11480)*

    *Reply filed:*    *A reply will be filed.*

    *Related filings:*    *None.*

    *Status:*    *The hearing with respect to this matter will be proceeding.*

**E.    Adversary Proceedings**

7. **"Debtors' Motion For Default Judgement Against Furukawa"** – Notice Of Debtors' Motion For An Order Granting Default Judgment Against Furukawa Electric North America APD And Furukawa Electric Co., Ltd. (Docket No. 10711)

| | |
|---|---|
| *Responses filed:* | *Furukawa Electric Company, Ltd. And Furukawa Electric North America APD, Inc.'s Memorandum In Opposition To Debtors' Motion For Entry Of Default Judgment (Docket No. 10723)* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Debtors' Claim For Affirmative Relief Against Furukawa Electric North America APD And Furukawa Electric Co., Ltd., Pursuant To Federal Rule Of Bankruptcy Procedure 3007 (Docket No. 9613)* |
| | *Furukawa Electric Company, Ltd. And Furukawa Electric North America APD, Inc.'s Motion To Dismiss Debtors' Claim For Affirmative Relief (Docket No. 10722)* |
| | *Furukawa Electric Company, Ltd. And Furukawa Electric North America APD, Inc.'s Expedited Motion For Status Conference And Adjournment Of The November 29, 2007 Hearing (Docket No. 10735)* |
| | *Notice Of Hearing On Furukawa Electric Company, Ltd. And Furukawa Electric North America APD, Inc.'s Motion To Dismiss Debtors' Claim For Affirmative Relief (Docket No. 10776)* |
| | *Notice Of Adjournment Of Hearing To Consider Debtors' Motion For An Order Granting Default Judgment Against Furukawa Electric North America APD And Furukawa Electric Co., Ltd. (Docket No. 10988)* |
| | *Second Notice Of Adjournment Of Hearing To Consider Debtors' Motion For An Order Granting Default Judgment Against Furukawa Electric North America APD And Furukawa Electric Co., Ltd. (Docket No. 11336)* |

   *Status:*     *By agreement of the parties these matters are being adjourned to the January 25, 2008 omnibus hearing.*

Dated: New York, New York
    December 19, 2007

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

By: /s/ John Wm. Butler, Jr.
  John Wm. Butler, Jr. (JB 4711)
  John K. Lyons (JL 4951)
  Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

    - and -

By: /s/ Kayalyn A. Marafioti
  Kayalyn A. Marafioti (KM 9632)
  Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession