BOSE MCKINNEY & EVANS LLP
Michael A. Trentadue
Attorney No. 12037-49
Carina M. de la Torre
Attorney No. 24849-49
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 (FAX)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | CASE NO. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Chapter 11 |

**<u>CONDITIONAL WITHDRAWAL OF OBJECTIONS OF LORENTSON
MANUFACTURING COMPANY TO NOTICE OF CURE AMOUNT
WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED
LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION
WITH THE SALE OF INTERIORS AND CLOSURES BUSINESSES</u>**

Lorentson Manufacturing Company ("Lorentson"), by counsel, hereby files this Conditional Withdrawal of its (1) Objection of Lorentson Manufacturing Company to Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with the Sale of Interiors and Closures Businesses, filed herein on November 23, 2007 as Docket No. 11061; and (2) Limited Objection of Lorentson Manufacturing Company to Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with the Sale of Interiors and Closures Businesses; filed herein on December 7, 2007 as Docket No. 11353 (collectively the "Objections").  Lorentson is withdrawing its Objections (and will not appear at the hearing on Thursday, December 20, 2007), at the request of Delphi, based on representations by Delphi's

1042569/maw  (18126-1)

counsel that Lorentson retains the right to assert a general unsecured claim for prepetition amounts with respect to the purchase orders. Lorentson reserves all rights to renew its Objections if the Response that Delphi files does not recognize such rights.

DATED: December 19, 2007

Respectfully submitted,

/s/ Michael A. Trentadue
Michael A. Trentadue
Attorney No. 12037-49
Carina M. de la Torre
Attorney No. 24849-49
BOSE MCKINNEY & EVANS LLP
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 684-5000 / (317) 684-5173 (FAX)
mtrentadue@boselaw.com
cdelatorre@boselaw.com

Attorneys for Lorentson Manufacturing Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties, via first class United States mail, postage pre-paid, on the 19th day of December, 2007:

The Honorable Robert D. Drain
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
Room 610
New York, NY 10004

Delphi Automotive Systems LLC
ATTN: Legal Staff
5725 Delphi Drive
Troy, MI 48098

Latham & Watkins LLP
ATTN: Robert J. Rosenberg and
Mark A. Broude
885 Third Avenue
New York, NY 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
ATTN: Bonnie Steingart
One New York Plaza
New York, NY 10004

| | |
|---|---|
| Delphi Corporation<br>ATTN: Deputy General Counsel,<br>Transactions & Restructuring<br>5725 Delphi Drive<br>Troy, MI  48098 | Cadwalader, Wickersham & Taft LLP<br>ATTN:  Mike Ryan<br>One World Financial Center<br>New York, NY  10281 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>ATTN:  Ron E. Meisler and Brian M. Fern<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 | Office of the U.S. Trustee<br>for the Southern District of New York<br>ATTN:  Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 |
| Davis Polk & Wardwell<br>ATTN:  Donald Bernstein and Brian Resnick<br>450 Lexington Avenue<br>New York, NY  10017 | |

/s/ Michael A. Trentadue
Michael A. Trentadue