Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2185 phone
(616) 222-2185 fax
gtoering@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)

and

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4085 phone
(202) 408-4400 fax

Thomas W. Winland

Attorneys for Robert Bosch LLC
and Robert Bosch GmbH

Hearing Date: February 7, 2008
Hearing Time: TBD

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
          In re                           :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                                          :    (Jointly Administered)
          Debtors.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ROBERT BOSCH LLC'S AND ROBERT BOSCH GmbH'S STATEMENT
IDENTIFYING PATENTS AND PATENT CLAIMS AT ISSUE
(Claim No. 16220)**

Robert Bosch LLC and Robert Bosch GmbH (collectively "Bosch") hereby submit this Statement Identifying Patents and Patent Claims at Issue (the "Statement") in regards

to the patent infringement claims asserted by Bosch in Proof of Claim No. 16220[1] and in connection with Debtors Third Omnibus Objection to Claims dated October 31, 2006. Debtors and Bosch have reached an understanding as to the procedures for resolving the Debtors' objections to Bosch's patent infringement claims. The Statement is being submitted pursuant to the parties' agreed upon procedures.

Bosch's pre-petition patent infringement claims are based on Debtors' infringement of the following United States, German and European patents:

| | |
|---|---|
| US 5,482,314 | AUTOMOTIVE OCCUPANT SENSOR SYSTEM AND METHOD OF OPERATION BY SENSOR FUSION<br>Claim 1 and Claim 65 |
| EP 0 757 635 | AUTOMOTIVE OCCUPANT SENSOR SYSTEM AND METHOD OF OPERATION BY SENSOR FUSION<br>Claim 1 and Claim 65 |
| EP 0 434 679 | APPARATUS FOR TRIPPING A SYSTEM FOR THE PROTECTION OF OCCUPANTS OF A VEHICLE<br>Claim 1 |
| EP 0 458 796 | PROCESS FOR RELEASING RESTRAINING MEANS<br>Claims 1, 2, 3, 4 |
| DE 40 40 927 | VERFAHREN UND VORRICHTUNG ZUR FEHLERSPEICHERUNG IN EINER STEUEREINRICHTUNG EINES KRAFTFAHRZEUGS<br>Claims 1, 9, 10, 11, 13, 17, 18, 19 |
| DE 19 651 452 | AIRBAGSYSTEM<br>Claim 1 |
| DE 3 729 785 | VERFAHREN ZUM BETRIEB EINER SICHERHEITSEINRICHTUNG FÜR FAHRZEUGINSASSEN<br>Claim 1 |

---

[1] On July 20, 2007, the Court entered the Joint Stipulation And Agreed Order Adjourning Hearing, Administratively Consolidating Claims, Disallowing And Expunging Proof Of Claim Number 16467 For Administrative Purposes, And Capping Proof Of Claim 16220 (Docket No. 8710), which administratively consolidated the patent infringement claims of Robert Bosch GmbH and Robert Bosch LLC, among other things. Claim Number 16220 was the resulting claim.

2

The patents and infringement listed above refer only to pre-petition claims. Bosch reserves all of its rights as to post-petition infringement claims and post-emergence infringement claims against the Debtors.

| | |
|---|---|
| Dated: December 19, 2007 | WARNER NORCROSS & JUDD LLP |
| | By  /s/ Gordon J. Toering |
| | Gordon J. Toering (GT-3738) |
| | (Admitted *Pro Hac Vice*) |
| | Warner Norcross & Judd LLP |
| | 900 Fifth Third Center |
| | 111 Lyon Street, NW |
| | Grand Rapids, MI  49503-2487 |
| | Ph:  (616) 752-2185 |
| | Fax:  (616) 222-2185 |
| | gtoering@wnj.com |
| | Attorneys for Robert Bosch LLC f/k/a Robert Bosch Corporation and Robert Bosch GmbH |
| | and |
| | Thomas W. Winland |
| | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| | 901 New York Avenue, NW |
| | Washington, DC 20001-4413 |
| | Ph:  (202) 408-4085 |
| | Fax:  (202) 408-4400 |

1490403.3