BOSE MCKINNEY & EVANS LLP
Michael A. Trentadue
Attorney No. 12037-49
Carina M. de la Torre
Attorney No. 24849-49
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 (FAX)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DELPHI CORPORATION, *et al.*, | ) CASE NO. 05-44481 (RDD) |
| | ) (Jointly Administered) |
| Debtors. | ) Chapter 11 |

**CONDITIONAL WITHDRAWAL OF OBJECTION OF DECATUR PLASTIC PRODUCTS, INC. TO NOTICE ASSIGNMENT/ASSUMPTION OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE SALE OF INTERIORS AND CLOSURES BUSINESSES**

Decatur Plastic Products, Inc. ("Decatur"), by counsel, hereby files this Conditional Withdrawal of its Objection of Decatur Plastic Products, Inc. to Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with the Sale of Interiors and Closures Businesses, filed herein on November 23, 2007 as Docket No. 11060 (the "Objection"). Decatur is withdrawing its Objection (and will not appear at the hearing on Thursday, December 20, 2007), at the request of Delphi, based on specific representations by Delphi's counsel that the following language will be included in the Response it files to the Objection on Wednesday, December 19, 2007:

> Decatur Plastic Products, Inc. ("Decatur Plastics") filed an objection (the "Decatur Plastics Objection") (Docket No. 11060) to the Notice of Assumption and/or Assignment (Docket No. 10963) and the Notice of Cure Amount with Respect to Executory

Contract or Unexpired Lease to be Assumed and Assigned in Connection with the Sale of Interiors and Closures Businesses (Docket No. 10962). In the Decatur Plastics Objection, Decatur Plastics argued that a certain long term contract (the "Decatur Long Term Contract") and related Purchase Orders (the "POs") 501799177, 550194157, and 550164782 should be assumed and/or assigned, and requested assurance of payment of outstanding post-petition obligations. In addition, Decatur Plastics asserted that the certain POs had expired. The Decatur Plastics Objection has been resolved. Subsequent to the filing of the Decatur Plastics Objection, the Debtors filed an additional Notice of Assumption and/or Assignment Notice seeking to assume and/or assign the Decatur Long Term Contract. The Debtors confirmed that Purchase Orders 550049066, 550055334, 550056063, 550056154, 550059575 and 550070434 will not be assumed and/or assigned. In addition, the Debtors and Decatur Plastics agreed that Purchase Orders 550199177, 550194157, 550164782, 550127304, 550127305, and 50127310, issued to implement the Decatur Long Term Contract, will be assumed and/or assigned and amounts outstanding thereunder will be paid at closing or thereafter in the ordinary course of business.

Decatur reserves all rights to renew its Objection if the foregoing language is not included in the Response.

DATED: December 19, 2007

Respectfully submitted,

/s/ Michael A. Trentadue
Michael A. Trentadue
Attorney No. 12037-49
Carina M. de la Torre
Attorney No. 24849-49
BOSE MCKINNEY & EVANS LLP
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 684-5000 / (317) 684-5173 (FAX)
mtrentadue@boselaw.com
cdelatorre@boselaw.com

Attorneys for Decatur Plastic Products, Inc.

1042598/maw (12212-1)                    2

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties, via first class United States Mail, postage pre-paid, on the 19th day of December, 2007:

The Honorable Robert D. Drain
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
Room 610
New York, NY  10004

Delphi Automotive Systems LLC
ATTN:  Legal Staff
5725 Delphi Drive
Troy, MI  48098

Delphi Corporation
ATTN: Deputy General Counsel,
Transactions & Restructuring
5725 Delphi Drive
Troy, MI  48098

Skadden, Arps, Slate, Meagher & Flom LLP
ATTN:  Ron E. Meisler and Brian M. Fern
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Davis Polk & Wardwell
ATTN:  Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY  10017

Latham & Watkins LLP
ATTN:  Robert J. Rosenberg and
Mark A. Broude
885 Third Avenue
New York, NY  10022

Fried, Frank, Harris, Shriver & Jacobson LLP
ATTN:  Bonnie Steingart
One New York Plaza
New York, NY  10004

Cadwalader, Wickersham & Taft LLP
ATTN:  Mike Ryan
One World Financial Center
New York, NY  10281

Office of the U.S. Trustee
for the Southern District of New York
ATTN:  Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY  10004

/s/ Michael A. Trentadue
Michael A. Trentadue