**MORGAN, LEWIS & BOCKIUS LLP**
**Attorneys for Steering Holding, LLC**
**101 Park Avenue**
**New York, New York  10178-0060**
**(212) 309-6000**
**Neil E. Herman (NH-2513)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **DELPHI CORPORATION, et al.** | : | **Case No.  05-44481 (RDD)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |

------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Neil E. Herman, hereby certify that on December 19, 2007 I served the annexed *Notice of Filing of Proposed Alternative Form of Order with Exhibits* upon the parties on the attached list in the manner set forth therein.

                                              /s/ Neil E. Herman
                                              Neil E. Herman

1-NY/2258531.1

SERVICE LIST:

| | |
|---|---|
| Ron E. Meisler, Esq.<br>John Wm. Butler, Esq.<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP<br>333 West Wacker Drive<br>Chicago, IL  60601-1285 | VIA EMAIL<br>Rmeisler@skadden.com<br>Jbutler@skadden.com |
| Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP<br>4 Times Square<br>New York, NY  10036 | VIA EMAIL<br>Kmarafioti@skadden.com<br>Tmatz@skadden.com |
| Mr. Steven Daniels<br>Director, Mergers & Acquisitions<br>DELPHI AUTOMOTIVE SYSTEMS LLC<br>5725 Delphi Drive<br>Troy, MI  48098 | VIA OVERNIGHT MAIL |
| DELPHI CORPORATION<br>5725 Delphi Drive<br>Troy, MI  48098<br>Attn: Deputy General Counsel,<br>    Transactional & Restructuring | VIA OVERNIGHT MAIL |
| Mr. William Shaw<br>ROTHSCHILD, INC.<br>1251 Avenue of the Americas<br>New York, NY  10020 | BY HAND |
| Robert J. Rosenberg, Esq.<br>Mark A. Roude, Esq.<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY  10022 | VIA EMAIL<br>Mark.broude@lw.com<br>Robert.rosenberg@lw.com |
| Donald S. Bernstein, Esq.<br>Brian Resnick, Esq.<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY  10017 | VIA EMAIL<br>donald.bernstein@davispolk.com<br>brian.resnick@davispolk.com |
| Alicia M. Leonhard, Esq.<br>UNITED STATES TRUSTEE<br>33 Whitehall Street - Ste. 2100<br>New York, NY  10004 | BY HAND |

1-NY/2258531.1