Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2185 phone
(616) 222-2185 fax
gtoering@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)

and

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4085 phone
(202) 408-4400 fax

Thomas W. Winland

Attorneys for Robert Bosch LLC
and Robert Bosch GmbH

**Hearing Date:  February 7, 2008**
**Hearing Time: TBD**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
            In re                           :        Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :        Case No. 05-44481 (RDD)
                                            :
                                            :        (Jointly Administered)
                    Debtors.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CERTIFICATE OF SERVICE

        The undersigned certifies that on December 19, 2007, Robert Bosch LLC's and
Robert Bosch GmbH's Statement Identifying Patents and Patent Claims at Issue (Claim No.
16220) was sent by Federal Express, overnight delivery (scheduled for Thursday, December 20,
2007):

| | |
|---|---|
| Honorable Robert D. Drain<br>U.S. Bankruptcy Court for the Southern<br>District of New York<br>One Bowling Green, Room 610<br>New York, NY  10004 | General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098 |
| Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 | Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 |
| Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 | Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 |
| Kenneth S. Ziman<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017 | Alicia M. Leonhard<br>Office of the United States Trustee, Southern<br>District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 |
| Bonnie Steingart<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004 | John William Butler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 |

and by electronic delivery upon the following:

Anne Marie Aaronson    aaronsoa@pepperlaw.com
David B. Aaronson    david.aaronson@dbr.com
Elizabeth Abdelmasieh    elizabeth@regencap.com
Franklin C. Adams    franklin.adams@bbklaw.com
Jason R. Adams    jadams@torys.com
Jennifer L. Adamy    bankruptcy@goodwin.com
David J. Adler    dadler@mccarter.com
Michael J. Alerding    malerding@binghammchale.com
Joseph W. Allen    jallen@jaeckle.com
Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com
Philip D. Anker    philip.anker@wilmerhale.com
Joel D. Applebaum    japplebaum@clarkhill.com
Allison R. Bach    abach@dickinsonwright.com
Stephen M. Bales    sbales@zieglermetzger.com
C. David Bargamian    dbargamian@bsdd.com

William J. Barrett    william.barrett@bfkn.com
David S. Barritt    barritt@chapman.com
Joseph M. Barry    jbarry@ycst.com
Douglas P. Bartner    dbartner@shearman.com,
bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan
@shearman.com,henry.nguyen@shearman.com,gabriella.illyes@shearman.com;cherie.spraggs
@shearman;yuichi.haraguchi@shearman.com
Donald F. Baty    dbaty@honigman.com
Douglas P. Baumstein    dbaumstein@whitecase.com
Peter Nils Baylor    pnb@nutter.com, pacton@nutter.com
Ronald Scott Beacher    rbeacher@daypitney.com
W. Robinson Beard    jkirk@stites.com
Thomas M. Beeman    tom@beemanlawoffice.com
Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
Ryan B. Bennett    rbennett@kirkland.com,
asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkla
nd.com
Timothy C. Bennett    tbennett@klng.com
Neil Matthew Berger    neilberger@teamtogut.com,
dgeoghan@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut
.com;scurrie@teamtogut.com;awinchell@teamtogut.com;echafetz@teamtogut.com;sskelly@tea
mtogut.com;jfalco@teamtogut.com;jwisnia@teamtogut.com
Leslie Ann Berkoff    lberkoff@moritthock.com
Jeffrey Bernstein    jbernstein@mdmc-law.com
Brendan G. Best    Bbest@dykema.com, ssalinas@dykema.com
Ann Bivona    bbivona@damonmorey.com,
wsavino@damonmorey.com;mbrennan@damonmorey.com
Monica Susan Blacker    monicablacker@akllp.com
Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com
Charles E. Boulbol    rtrack@msn.com
Eliza K. Bradley    ebradley@robergelaw.com
William M. Braman    wmbraman@binghammchale.com
Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com
Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com
Timothy W. Brink    tbrink@lordbissell.com
Peter D. Broitman    broitman.peter@dol.gov, sol-chi@dol.gov
James L. Bromley    maofiling@cgsh.com;soneal@cgsh.com
Mark A. Broude    mark.broude@lw.com
Dewitt Brown    dewitt.brown@bipc.com
J. Michael Brown    mbrown@gwblawfirm.com
Lee B. Brumitt    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com
Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com
Tamika A. Bryant    tab@h2law.com
Deborah M. Buell    maofiling@cgsh.com
Kevin J. Burke    kburke@cahill.com
Noel C. Burnham    nburnham@mmwr.com

Michael G. Busenkell    mbusenkell@eckertseamans.com
John Wm. Butler    jbutler@skadden.com, achavali@skadden.com
Aaron R. Cahn    cahn@clm.com
Judy B. Calton    jcalton@honigman.com
Scott Cargill    scargill@lowenstein.com
Roberto Carrillo    rcarrillo@gsblaw.com
D. Christopher Carson    ccarson@burr.com
Michelle Carter    mcarter@kslaw.com
Linda J. Casey    caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.c
om;kistlerb@pepperlaw.com
Michael Cassell    mcassell@lefkowitzhogan.com
Ben T. Caughey    ben.caughey@icemiller.com
George B. Cauthen    george.cauthen@nelsonmullins.com
Babette A. Ceccotti    bceccotti@cwsny.com
Sarah B. Chapman Carter    scarter@pselaw.com
Erik G. Chappell    egc@lydenlaw.com
Eric J. Charlton    echarlton@hiscockbarclay.com
Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com
Conrad Chiu    cchiu@daypitney.com
R. John Clark    rjclark@hancocklaw.com,
jmccarthy@hancocklaw.com;ssagert@hancocklaw.com
David D. Cleary    david.cleary@dl.com, mkhambat@dl.com
Marvin E. Clements    icnewyork@state.tn.us
Tiffany Strelow Cobb    tscobb@vorys.com, eplitfin@vorys.com
Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com
Mark B. Conlan    mconlan@gibbonslaw.com
Dennis J. Connolly    dconnolly@alston.com
Susan M. Cook    smcook@lambertleser.com
Patrick M. Costello    pcostello@bbslaw.com

Thomas W. Cranmer    cranmer@millercanfield.com,
rouman@millercanfield.com;christenson@millercanfield.com
David N. Crapo    dcrapo@gibbonslaw.com
Tyson A. Crist    tcrist@szd.com
Michael G. Cruse    mcruse@wnj.com
Gary H. Cunningham    gcunningham@gmhlaw.com
Louis A. Curcio    lcurcio@tpwlaw.com
Vincent D'Agostino    vdagostino@lowenstein.com
Jeannine D'Amico    jeannine.damico@cwt.com
Douglas R. Davis    ddavis@paulweiss.com
Jeffry A. Davis    jadavis@mintz.com
Michael S. Davis    mdavis@zeklaw.com,
mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com
Carina M. De La Torre    cdelatorre@boselaw.com
James J. DeCristofaro    james.decristofaro@lovells.com

Karen Veronica DeFio    kdefio@bsk.com
Robert Dehney    rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.c
om;jcincilla@mnat.com;wlamotte@mnat.com
Christopher M. Desiderio    cdesiderio@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com
Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com
John P. Dillman    houston_bankruptcy@publicans.com
Karen Dine    karen.dine@pillsburylaw.com
Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com
J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com
William E. Dornbos    william.dornbos@oag.state.ny.us
David G. Dragich    ddragich@foley.com
David B. Draper    ddraper@terra-law.com
Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Robert W. Dremluk    rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,ajeffrey@seyfarth.co
m,
Seth A. Drucker    sdrucker@hongman.com
David F. DuMouchel    dumouchd@butzel.com
David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com
Frank L. Eaton    featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com
Weston T. Eguchi    weguchi@mayerbrownrowe.com, cwilliams-pugh@mayerbrown.com
Gayle Ehrlich    gehrlich@sandw.com
Robert L. Eisenbach    reisenbach@cooley.com
Judith Elkin    judith.elkin@haynesboone.com
David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com
Paige Leigh Ellerman    ellerman@taftlaw.com
Bruce N. Elliott    elliott@cmplaw.com
Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com
Barbara Ellis-Monro    bellis-monro@sgrlaw.com
Alyssa Englund    aenglund@orrick.com
Michael R. Enright    menright@rc.com
Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
Margot Erlich    margot.erlich@pillsburylaw.com
Earle I. Erman    eerman@ermanteicher.com
Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
Stephen Vincent Falanga    sfalanga@connellfoley.com,
porr@connellfoley.com;jbarrow@connellfoley.com
Eugene I. Farber    efarber747@aol.com
Kathleen A. Farinas    kf@lgrslaw.com
Robert Michael Farquhar    mfarquhar@winstead.com
Bonnie Glantz Fatell    fatell@blankrome.com

Oscar B. Fears     bfears@law.ga.gov, 02bf@law.ga.gov
Benjamin D. Feder     ben.feder@thompsonhine.com
Robert J. Feinstein     rfeinstein@pszyj.com, dharris@pszyjw.com
Hermann Ferre     hferre@thelenreid.com
Richard L. Ferrell     Ferrell@taftlaw.com
Charles J. Filardi     charles@filardi-law.com, abothwell@filardi-law.com
Andrea Fischer     afischer@olshanlaw.com,
cwilliamspugh@olshanlaw.com;rsalnave@olshanlaw.com;jdesrosiers@olshanlaw.com
Jonathan D. Forstot     jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com
Mateo Fowler     mateofowler@quinnemanuel.com
Mateo Z. Fowler     leticiabustinduy@quinnemanuel.com
Edward M. Fox     efox@klng.com
Joseph D. Frank     jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com
Mark S. Frankel     mfrankel@couzens.com
Thomas M. Franklin     tmflaw@swbell.net
David H. Freedman     dfreedman@ermanteicher.com
Michael Friedman     mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com
Scott J. Friedman     sjfriedman@jonesday.com,
sdignomirello@jonesday.com;ChicagoBRR@jonesday.com
Patricia B. Fugee     pfugee@ralaw.com, mtroendle@ralaw.com
Lars H. Fuller     lfuller@rothgerber.com
Timothy A. Fusco     fusco@millercanfield.com
Thomas M. Gaa     tgaa@bbslaw.com
James Gadsden     bankruptcy@clm.com
James M. Garner     jgarner@shergarner.com, jchocheles@shergarner.com
Victoria D. Garry     vgarry@ag.state.oh.us
Joanne Gelfand     joanne.gelfand@akerman.com
Yann Geron     ygeron@foxrothschild.com
Philip J. Giacinti     pjg@procopio.com, caw@procopio.com
Karen Giannelli     kgiannelli@gibbonslaw.com
Leo J. Gibson     lgibson@bsdd.com
Celeste R. Gill     gillcr@michigan.gov, sherwoodj@michigan.com
Eduardo J. Glas     eglas@mccarter.com
Jeffrey R. Gleit     jgleit@kasowitz.com, ffigueroa@kasowitz.com;cciuffani@kasowitz.com
Larry Ivan Glick     larryglick@erols.com
Matthew Alexander Gold     courts@argopartners.net
Scott R. Goldberg     sgoldber@quarles.com
Scott A. Golden     sagolden@hhlaw.com, khseal@hhlaw.com
Robert C. Goodrich     nashvillebankruptcyfilings@stites.com
Robert D. Gordon     rgordon@clarkhill.com
Gary A. Gotto     ggotto@krplc.com
Garry M. Graber     ggraber@hodgsonruss.com, bomalley@hodgsonruss.com
David S. Gragg     dgragg@langleybanack.com, cjohnston@langleybanack.com
Warren R. Graham     wrg@dmlegal.com
Gary E. Green     ggreen@fagelhaber.com
Jonathan S. Green     greenj@millercanfield.com

Wendy B. Green    wgreen@formanlaw.com
John T. Gregg    jgregg@btlaw.com
Lisa S. Gretchko    lgretchko@howardandhoward.com, dbrandon@howardandhoward.com
Stephen H. Gross    sgross@hodgsonruss.com
Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
Janice Beth Grubin    janice.grubin@dbr.com, daniel.northrop@dbr.com
Kevin Grzelak    phcdelphi@priceheneveld.com
Peter J. Gurfein    pgurfein@akingump.com
Dennis M. Haley    dhaley@winegarden-law.com
Michael Leo Hall    mhall@burr.com
Timothy C. Hall    tch@previant.com
Alan D. Halperin    ahalperin@halperinlaw.net,
cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinl
aw.net
Matthew W. Hamilton    electronicnotice@fulcruminv.com
William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com
Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com
Jill M. Hartley    jh@previant.com
Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
Lonie A. Hassel    lah@groom.com
William M. Hawkins    whawkins@loeb.com
Nava Hazan    nhazan@mwe.com
Ryan D. Heilman    rheilman@schaferandweiner.com
Ira L. Herman    ira.herman@tklaw.com, bankr.nyc@tklaw.com;suhailah.sallie@tklaw.com
Neil E. Herman    Nherman@morganlewis.com
Brian S. Hermann    bhermann@paulweiss.com
William Heuer    wheuer@dl.com
David M. Hillman    david.hillman@srz.com
Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, kmcintosh@boselaw.com
Robert M. Hirsh    hirsh.robert@arentfox.com
Shannon E. Hoff    Shannon.Hoff@hmw.com, mstinson@burr.com
Michelle R. Holl    mholl@mayerbrownrowe.com
Stephanie K. Hoos    stephanie.hoos@bingham.com
John R. Humphrey    jhumphrey@sbalawyers.com,
jhumphrey@sbalawyers.com;ecfclerk@sommerbarnard.com
John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
Jay W. Hurst    jay.hurst@oag.state.tx.us
Donald J. Hutchinson    hutchinson@millercanfield.com
Roland Hwang    hwangr@michigan.gov
Michael G. Insalaco    minsalaco@zeklaw.com
Peter Janovsky    PJanovsky@ZEKlaw.com
Susan Jennik    sjennik@kjmlabor.com
Hilary Jewett    hjewett@foley.com
Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com
Roger G. Jones    rjones@bccb.com
Gregory J. Jordan    gjordan@dykema.com

Richard Josephson      rcjosephson@stoel.com, basargent@stoel.com
John E. Jureller      jjureller@klestadt.com, jjureller@klestadt.com
Andrew C. Kassner      andrew.kassner@dbr.com
Jessica Kastin      jkastin@omm.com, #nymanagingattorney@omm.com
William M. Katich      wkatich@atg.state.il.us
Kristi A. Katsma      kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com
Patrick J. Keating      pkeating@bdblaw.com
David Kennedy      david.kennedy2@usdoj.gov
Thomas M. Kennedy      tkennedy@kjmlabor.com
Karen L. Kirshenbaum      kkirshenbaum@lynchrowin.com
Tracy L. Klestadt      tklestadt@klestadt.com, tklestadt@gmail.com
Brandi P. Klineberg      bklineberg@moritthock.com
Jonathan Koevary      jkoevary@kramerlevin.com,
dcates@kramerlevin.com;rwagner@kramerlevin.com
Howard Koh      hkoh@meisterseelig.com
Seth F. Kornbluth      skornbluth@herrick.com
Alan M. Koschik      akoschik@brouse.com
Lawrence J. Kotler      ljkotler@duanemorris.com
Stuart A. Krause      skrause@zeklaw.com
Duane Kumagai      dkumagai@rutterhobbs.com
David R. Kuney      dkuney@sidley.com,
nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujaws
ki@sidley.com;emcdonnell@sidley.com
Glenn M. Kurtz      gkurtz@whitecase.com
Randall D. LaTour      rdlatour@vssp.com, cdfricke@vssp.com
Darryl S. Laddin      bkrfilings@agg.com
Stuart A. Laven      slaven@bfca.com
James N. Lawlor      jlawlor@wmd-law.com, gbenaur@wmd-law.com
Elena Lazarou      elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com
David S. Lefere      davidl@bolhouselaw.com
Harris Donald Leinwand      hleinwand@aol.com, hleinwand@aol.com
David E. Lemke      david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;w
allerbankruptcy@wallerlaw.com
Joseph H. Lemkin      jhlemkin@duanemorris.com, vmarchello@duanemorris.com
Ira M. Levee      ilevee@lowenstein.com, akowalski@lowenstein.com
Jill Levi      jlevi@toddlevi.com, drosenberg@toddlevi.com
Jeffrey M. Levinson      jml@ml-legal.com
Kenneth M. Lewis      klewis@rosenpc.com, srosen@rosenpc.com
Kim Martin Lewis      brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com
Mark S. Lichtenstein      mlichtenstein@crowell.com, mlichtenstein@crowell.com
Eric Lopez Schnabel      schnabel.eric@dorsey.com
Dennis W. Loughlin      dloughlin@stroblpc.com, sfraser@stroblpc.com
Daniel A. Lowenthal      dlowenthal@thelen.com
A. Peter Lubitz      plubitz@schiffhardin.com, bneff@schiffhardin.com
Donald K. Ludman      dludman@brownconnery.com

Matthew J. Lund     kovskyd@pepperlaw.com
Sara Klettke MacWilliams     skm@h2law.com
Amina Maddox     amina.maddox@law.dol.lps.state.nj.us
John S. Mairo     jsmairo@pbnlaw.com,
jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnla
w.com;jcbasner@pbnlaw.com;daamedeo@pbnlaw.com
Donald W. Mallory     donald.mallory@dinslaw.com
Amy Wood Malone     amalone@colwinlaw.com
Jacob A. Manheimer     mpottle@pierceatwood.com
Nauni Manty     ecfb@felhaber.com
Kayalyn A. Marafioti     kmarafio@skadden.com, jharring@skadden.com
Andrew L. Margulis     amargulis@ropers.com
Dorothy H. Marinis-Riggio     demarinis@candklaw.com
Jeffrey A. Marks     jemarks@ssd.com, rlandwehr@ssd.com
Ilan Markus     imarkus@tylercooper.com
John J. Marquess     jjm@legalcost.com
Madison L. Martin     nashvillebankruptcyfilings@stites.com
Richard Gary Mason     rgmason@wlrk.com
Victor J. Mastromarco     vmastromar@aol.com
Thomas J. Matz     tmatz@skadden.com
Kristin B. Mayhew     abothwell@pepehazard.com
Daniel P. Mazo     dpm@curtinheefner.com
Aaron G. McCollough     amccollough@mcguirewoods.com
Michael K. McCrory     michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com
Ralph E. McDowell     rmcdowell@bodmanllp.com
Douglas J. McGill     douglas.mcgill@dbr.com
Frank McGinn     ffm@bostonbusinesslaw.com
Scott S. McKessy     smckessy@reedsmith.com
Michelle McMahon     michelle.mcmahon@bryancave.com, dortiz@bryancave.com
Greta A. McMorris     gmcmorris@stinsonmoheck.com
Austin L. McMullen     amcmulle@bccb.com
Patrick E. Mears     patrick.mears@btlaw.com
Derek F. Meek     dmeek@burr.com
Barbara S Mehlsack     bmehlsack@gkllaw.com
Timothy Mehok     timothy.mehok@hellerehrman.com
Richard M. Meth     msteen@daypitney.com, rmmnybankruptcy@daypitney.com
Sally Meyer     smeyer@madisonliquidity.com
Merle C. Meyers     mmeyers@mlg-pc.com
Robert N. Michaelson     rmichaelson@kl.com
Laurie J. Michelson     michelso@butzel.com
Angela Z. Miller     amiller@phillipslytle.com, jhahn@phillipslytle.com
Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com
W. Timothy Miller     miller@taftlaw.com
Alan K. Mills     amills@btlaw.com, bankruptcyindy@btlaw.com
Robert K. Minkoff     lsi@liquiditysolutions.com,
rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com,
mdallago@morrisoncohen.com;ny76@ecfcbis.com
James P. Moloy    jmoloy@dannpecar.com
Michael C. Moody    mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com
Audrey E. Moog    amoog@hhlaw.com
Brett S. Moore    bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnla
w.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com
Brian F. Moore    bmoore@mccarter.com
Gene T. Moore    gtmlaw@bellsouth.net
Thomas R. Morris    morris@silvermanmorris.com, morris@silvermanmorris.com
Andrew L. Morrison    amorrison@reedsmith.com, rmarino@reedsmith.com
Sarah E. Morrison    sarah.morrison@doj.ca.gov
Whitney L. Mosby    wmosby@binghammchale.com
Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com
Alisa Mumola    alisa@contrariancapital.com
Jill L. Murch    jmurch@foley.com, khall@foley.com
James P. Murphy    murph@berrymoorman.com
Robert D. Nachman    rnachman@scgk.com
Bruce S. Nathan    bnathan@lowenstein.com
Michael R. Nestor    bankruptcy@ycst.com
Lauren Newman    inewman@fagelhaber.com
Marie L. Nienhuis    mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
Richard P. Norton    rnorton@hunton.com
Gordon Z. Novod    gnovod@kramerlevin.com
Kasey C. Nye    knye@quarles.com
Michael P. O'Connor    mpolaw@aol.com
Michael O'Hayer    mkohayer@aol.com
Martin P. Ochs    martin@oglaw.net
Sean A. Okeefe    sokeefe@winthropcouchot.com
Patrick J. Orr    porr@klestadt.com, rgargiulo@klestadt.com
Karen Ostad    kostad@mofo.com
Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com
Nicholas R. Pagliari    npagliari@quinnfirm.com, dalford@quinnfirm.com
Charles Palella    cpalella@kurzman.com
Ingrid S. Palermo    ipalermo@hselaw.com
Charles N. Panzer    cpanzer@sillscummis.com
Richard J. Parks    rjp@pbandg.com, kas2@pbandg.com
Felton E. Parrish    fparrish@kslaw.com
Susan P. Persichilli    persichillisp@bipc.com, fiedleram@bipc.com
Geoffrey J. Peters    gpeters@weltman.com
Lowell Peterson    lpeterson@msek.com
Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com
Ed Phillips    ephillips@thurman-phillips.com
Christine A.M. Pierpont    cpierpont@ssd.com

Alex Pirogovsky      apirogovsky@uhlaw.com
Thomas A. Pitta      tpitta@lowenstein.com
Leslie A. Plaskon      leslieplaskon@paulhastings.com
David M. Posner      dmposner@hhlaw.com,
dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com
Constantine Pourakis      cp@stevenslee.com
Mark T. Power
MPower@HahnHessen.com;kgreenspan@hahnhessen.com;jcerbone@hahnhessen.com;kcraner
@hahnhessen.com;eschnitzer@hahnhessen.com;jzawadzki@hahnhessen.com
Susan Power-Johnston      sjohnston@cov.com
Paul A. Rachmuth      prachmuth@andersonkill.com, bfiling@andersonkill.com
Thomas B. Radom      radom@butzel.com
Dennis Jay Raterink      raterinkd@michigan.gov
Eric T. Ray      eray@balch.com
Steven J. Reisman      sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-
p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-
p.com;sbeyer@cm-p.com
Kenneth A. Reynolds      kar@pryormandelup.com
Geoffrey A. Richards      grichards@kirkland.com
Marc E. Richards      mrichards@blankrome.com
Tracy E. Richardson      tracy.richardson@dol.lps.state.nj.us
Craig Philip Rieders      crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-
law.com;bamron@gjb-law.com
Sandra A. Riemer      sriemer@phillipsnizer.com, mfay@phillipsnizer.com
Marianne Goldstein Robbins      mgr@previant.com, em@previant.com
Matthew R. Robbins      mrr@previant.com
Elizabeth A. Roberge      eroberge@robergelaw.com
Jean R. Robertson      jrobertson@calfee.com, jrobertson@calfee.com
Scott D. Rosen      srosen@cb-shea.com
Heath D. Rosenblat      hrosenblat@kayscholer.com
Paul M. Rosenblatt      prosenblatt@kilpatrickstockton.com
David A. Rosenzweig      DRosenzweig@Fulbright.com
David S. Rosner      ffigueroa@kasowitz.com;dfliman@kasowitz.com
Ira Rubin      irarubin265@aol.com, norma@bizwoh.rr.com
Robert B. Rubin      brubin@burr.com
E. Todd Sable      tsable@honigman.com
Chester B. Salomon      cs@stevenslee.com
Brian D. Salwowski      bsalwowski@atg.state.in.us
Diane W. Sanders      austin.bankruptcy@publicans.com
William A. Sankbeil      was@krwlaw.com
Thomas P. Sarb      ecfsarbt@millerjohnson.com
Robert V. Sartin      rsartin@fbtlaw.com
William F. Savino      wsavino@damonmorey.com
Thomas J. Schank      tomschank@hunterschank.com
Ilan D. Scharf      ischarf@pszyjw.com
Michael L. Schein      mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com
William H. Schorling    william.schorling@bipc.com
Christopher P. Schueller    christopher.schueller@bipc.com, darcy.drons@bipc.com
Charles P. Schulman    cschulman@sachnoff.com
Bryan I. Schwartz    bschwartz@lplegal.com
Jay A. Schwartz    jschwartz@schwartzlawfirmpc.com
Matthew L. Schwartz    matthew.schwartz@usdoj.gov
Mark S. Scott    mscott@riemerlaw.com
Lon J. Seidman    mail@rsmllp.com, mail@rsmllp.com
Howard Seife    andrew.rosenblatt@chadbourne.com
Jay Selanders    jay.selanders@kutakrock.com
Gary I. Selinger    gselinger@hodgsonruss.com
Mark A. Shaiken    mshaiken@stinson.com,
jgant@stinson.com;amurdock@stinsonmoheck.com
Mark H. Shapiro    shapiro@steinbergshapiro.com
Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com
Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com
Mark Sherrill    mark.sherrill@sablaw.com
Joseph E. Shickich    jshickich@riddellwilliams.com
Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com
Wallace A. Showman    was@showmanlaw.com
Robert J. Sidman    rjsidman@vorys.com, cdfricke@vorys.com;bkbowers@vorys.com
Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com
John A. Simon    jsimon@foley.com
Joseph E. Simpson    jsimpson@hselaw.com
Thomas R. Slome    mail@rsmllp.com
Wendy W. Smith    wendy@bindermalter.com
Richard G. Smolev    rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com
Jesse L. Snyder    jsnyder@tpwlaw.com,
jforstot@tpwlaw.com;mmuller@tpwlaw.com;cgraham@tpwlaw.com
Marc P. Solomon    msolomon@burr.com
Robyn J. Spalter    notice@regencap.com
Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com
Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com
Douglas E. Spelfogel    dspelfogel@bakerlaw.com
Michael A. Spero    jspecf@sternslaw.com
Byron C. Starcher    byron.starcher@nelsonmullins.com
Robert J. Stark    claukamg@brownrudnick.com;cennis@brownrudnick.com
Catherine Steege    csteege@jenner.com
Matthew B. Stein    mstein@sonnenschein.com
Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
Malani Sternstein    msternstein@sheppardmullin.com
Alexander Stotland    axs@maddinhauser.com,
msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland     bstrickland@wtplaw.com
Joseph G. Strines     joseph.strines@dplinc.com
James M. Sullivan     jmsullivan@mwe.com
Michelle T. Sutter     msutter@ag.state.oh.us
Paul Sweeney     psweeney@linowes-law.com
Robert Szwajkos     rsz@curtinheefner.com
Douglas T. Tabachnik     dtabachnik@dttlaw.com, info@dttlaw.com
Jeffrey L. Tanenbaum
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com
m
Roger L. Tarbutton     roger.tarbutton@jocogov.org
John E. Taylor     jtaylor@binghammchale.com
Samuel Jason Teele     jteele@lowenstein.com
Zakarij O. Thomas     zothomas@klettrooney.com
Janice L. Thompson     Thompson.Janice@dol.gov
Melinda S. Thornton     cao.bkc@miamidade.gov
Douglas M. Tisdale     doug@tisdalelaw.com, maxx@tisdalelaw.com
Gordon J. Toering     gtoering@wnj.com
Albert Togut     alcourt@teamtogut.com, kackerman@teamtogut.com
Sheldon S. Toll     lawtoll@comcast.net
Laura L. Torrado     ltorrado@bear.com, msussman@bear.com
Michael A. Trentadue     mtrentadue@boselaw.com
Martin B. Tucker     mtucker@fbtlaw.com
Raymond J. Urbanik     rurbanik@munsch.com
Philip Urofsky     philip.urofsky@cwt.com, purofsky@yahoo.com
Robert Usadi     rusadi@cahill.com
Shmuel Vasser     svasser@eapdlaw.com
Lori V. Vaughan     lvaughan@foley.com
Frank F. Velocci     frank.velocci@dbr.com, steven.alfred@dbr.com
Joseph J. Vitale     jvitale@cwsny.com
Arthur T. Walsh     rkirby@omclaw.com
Sean M. Walsh     swalsh@gmhlaw.com, jmahar@gmhlaw.com
Michael D. Warner     bankruptcy@warnerstevens.com
W. Clark Watson     cwatson@balch.com
Robert K. Weiler     rweiler@greenseifter.com, lellis@greenseifter.com
William P. Weintraub     wweintraub@fklaw.com
Jay Welford     jwelford@jaffelaw.com,
dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com
Robert J. Welhoelter     robert.welhoelter@wallerlaw.com,
darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
Elizabeth Weller     dallas.bankruptcy@publicans.com
David A. Wender     david.wender@alston.com
Michael R. Wernette     mwernette@schaferandweiner.com
Robert A White     rwhite@murthalaw.com
Amy Williams-Derry     awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com
Stephen F. Willig     swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-

lynch.com
Eric R. Wilson
BankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com
W. Joe Wilson      jwilson@tylercooper.com
Jeffrey C. Wisler      jcw@cblhlaw.com
Douglas Wolfe      dwolfe@asmcapital.com
Robert D. Wolford      ecfwolfordr@millerjohnson.com
Zhiyuan Xu      mxu@schiffhardin.com
David Farrington Yates      fyates@sonnenschein.com
Stephen L. Yonaty      syonaty@chwattys.com
German Yusufov      pcaocvbk@pcao.pima.gov
Helen A. Zamboni      hzamboni@underbergkessler.com
Menachem O. Zelmanovitz      mzelmanovitz@morganlewis.com
Peter Alan Zisser      nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com


Date: December 19, 2007      Signature:           /s/ Gordon J. Toering
                             Print Name:          Gordon J. Toering
                             Business Address:    Warner Norcross & Judd LLP
                                                  111 Lyon, NW
                                                  900 Fifth Third Center
                                                  Grand Rapids, MI  49503


1344396-2