UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                         :

      In re                     :        Chapter 11

                         :

DELPHI CORPORATION, et al.,     :        Case No. 05-44481 (RDD)

                         :

               Debtors.     :        (Jointly Administered)

                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 DISALLOWING
AND EXPUNGING (A) DUPLICATE CLAIM, (B) CERTAIN EQUITY CLAIMS, (C)
INSUFFICIENTLY DOCUMENTED CLAIM, (D) CERTAIN CLAIMS NOT REFLECTED
ON DEBTORS' BOOKS AND RECORDS, AND (E) CERTAIN CLAIMS SUBJECT TO
MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, CLAIM SUBJECT
TO MODIFICATION THAT IS SUBJECT TO PRIOR ORDER, AND MODIFIED CLAIM
ASSERTING RECLAMATION THAT IS SUBJECT TO PRIOR ORDER IDENTIFIED
IN TWENTY-THIRD OMNIBUS CLAIMS OBJECTION

("TWENTY-THIRD OMNIBUS CLAIMS OBJECTION ORDER")

         Upon the Twenty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 To (A) Duplicate Claim, (B) Certain Equity Claims, (C) Insufficiently

Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books And Records, And (E)

Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject

To Modification That Is Subject To Prior Order, And Modified Claim Asserting Reclamation

That Is Subject To Prior Order, dated November 19, 2007 (the "Twenty-Third Omnibus Claims

Objection"),[1] of Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and

---

[1]   Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Twenty-Third Omnibus Claims Objection.

upon the record of the hearing held on the Twenty-Third Omnibus Claims Objection; and after

due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.      Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim"), listed on Exhibits A, B-1, B-2, C, D-1, D-2, E-1, E-2, and E-3 hereto was

properly and timely served with a copy of the Twenty-Third Omnibus Claims Objection, a

personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates

For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"),

the proposed order granting the Twenty-Third Omnibus Claims Objection, and notice of the

deadline for responding to the Twenty-Third Omnibus Claims Objection.  No other or further

notice of the Twenty-Third Omnibus Claims Objection is necessary.

B.      This Court has jurisdiction over the Twenty-Third Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Third Omnibus Claims

Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the

Twenty-Third Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and

1409.

C.      The Claim listed on Exhibit A hereto under the column heading "Claim To

Be Expunged" is a duplicate of another Claim filed with this Court (the "Duplicate Claim").

---

[2]     Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

D.      The Claims listed on Exhibit B-1 hereto were filed by holders of Delphi

common stock solely on account of their stock holdings (the "Equity Claims").

E.      The Claim listed on Exhibit B-2 hereto was filed by a holder of Delphi

common stock solely on account of its stock holdings and was untimely filed pursuant to the Bar

Date Order (the "Untimely Equity Claim").

F.      The Claim listed on Exhibit C contains insufficient documentation to

support the Claim asserted (the "Insufficiently Documented Claim").

G.      The Claims listed on Exhibit D-1 hereto contain liabilities or dollar

amounts that are not reflected on the Debtors' books and records (the "Books And Records

Claims").

H.      The Claims listed on Exhibit D-2 hereto were modified pursuant to a prior

order and contain liabilities or dollar amounts that are not reflected on the Debtors' books and

records (the "Books And Records Claims That Are Subject To Prior Orders").

I.      The Claims listed on Exhibit E-1 hereto (a) state the incorrect amount or

are overstated, and/or (b) were filed and docketed against the wrong Debtors, and/or (c)

incorrectly assert secured or priority status (the "Claims Subject To Modification").

J.      The Claims listed on Exhibit E-2 hereto (a) (i) state the incorrect amount

or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii)

were filed and docketed against the wrong Debtor, and/or (iii) incorrectly assert secured or

priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant

have entered into a letter agreement pursuant to which the Debtors and the Claimant agreed upon

the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to

the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i)

3

and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and

notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to

the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

   K. The Claim listed on Exhibit E-3 hereto was modified pursuant to a prior

order and (a) was filed and docketed against the wrong Debtor and (b) asserts a reclamation

demand with respect to which the Debtors and the Claimant have entered into, or the Claimant

has consented to, a Reclamation Agreement that establishes the valid amount of the reclamation

demand, subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's

agreement to the amount pursuant to the relevant Reclamation Agreement, a judicial

determination that certain reserved defenses with respect to the reclamation demand are valid

(the "Modified Claim Asserting Reclamation That Is Subject To Prior Order").

   L. The relief requested in the Twenty-Third Omnibus Claims Objection and

granted herein is in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest.

   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

   1. The "Claim To Be Expunged" listed on Exhibit A hereto is hereby

disallowed and expunged in its entirety.  The Claim identified on Exhibit A hereto as the

"Surviving Claim" shall remain on the Debtors' claims register, but shall remain subject to future

objection by the Debtors and other parties-in-interest.

   2. Each Equity Claim listed on Exhibit B-1 hereto is hereby disallowed and

expunged in its entirety.

3.      The Untimely Equity Claim listed on <u>Exhibit B-2</u> hereto is hereby disallowed and expunged in its entirety.

4.      The Insufficiently Documented Claim listed on <u>Exhibit C</u> hereto is hereby disallowed and expunged in its entirety.

5.      Each Books And Records Claim listed on <u>Exhibit D-1</u> hereto is hereby disallowed and expunged in its entirety.

6.      Each Books And Records Claim That Is Subject To Prior Orders listed on <u>Exhibit D-2</u> hereto is hereby disallowed and expunged in its entirety.

7.      Each "Claim As Docketed" amount, classification, and Debtor listed on <u>Exhibit E-1</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit E-1</u> hereto shall be entitled to (a) recover for any Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on <u>Exhibit E-1</u> hereto, subject to the Debtors' right to further object to each such Claim Subject To Modification.  The Claims Subject To Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

8.      Each "Claim As Docketed" amount, classification, and Debtor listed on <u>Exhibit E-2</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on <u>Exhibit E-2</u> shall be entitled to (a) recover for any Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that

any Reserved Defense is valid and denying priority status to such Claimant's reclamation

demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As

Modified" column on Exhibit E-2 hereto, and/or (c) assert a Claim against a Debtor whose case

number is not listed in the "Claim As Modified" column on Exhibit E-2 hereto, subject to the

Debtors' right to further object to each such Modified Claim Asserting Reclamation.  The

Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain

subject to future objection by the Debtors and other parties-in-interest.

9.      The "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit E-3 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

"Claim As Modified."  The Claimant listed on Exhibit E-3 shall be entitled to (a) recover for the

Modified Claim Asserting Reclamation That Is Subject To Prior Order in an amount exceeding

the dollar value listed as the "Modified Total" of the Claim, unless the Debtors obtain an order of

this Court providing that any Reserved Defense is valid and denying priority status to such

Claimant's reclamation demand, and/or (b) assert a classification that is inconsistent with that

listed in the "Claim As Modified" column on Exhibit E-3 hereto, and/or (c) assert the Claim

against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit

E-3 hereto, subject to the Debtors' right to further object to each such Modified Claim Asserting

Reclamation That Is Subject To Prior Order.  The Modified Claim Asserting Reclamation That Is

Subject To Prior Order shall remain on the claims register, and shall remain subject to future

objection by the Debtors and other parties-in-interest.

10.     For clarity, Exhibit G hereto displays the formal name of each of the

Debtor entities and their associated bankruptcy case numbers referenced on Exhibits E-1, E-2,

and E-3.

6

11.     With respect to each Claim for which a Response to the Twenty-Third Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on Exhibits F-1, F-2, F-3, F-4, and F-5 hereto, the hearing regarding the objection to such Claims shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely or otherwise deficient under the Claims Objection Procedures Order.

12.     Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Third Omnibus Claims Objection.

13.     Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

14.     This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twenty-Third Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

15.     Each of the objections by the Debtors to each Claim addressed in the Twenty-Third Omnibus Claims Objection and attached hereto as Exhibits A, B-1, B-2, C, D-1, D-2, E-1, E-2, E-3, F-1, F-2, F-3, F-4, and F-5 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Twenty-Third Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall

not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

16.     Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

17.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Twenty-Third Omnibus Claims Objection.


Dated: New York, New York
        December ___, 2007


_____
        UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11542-2    Filed 12/19/07    Entered 12/19/07 15:34:41    Exhibit B
Pg 9 of 36

Twenty-Third Omnibus Claims Objection

## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|

| | | | |
|---|---|---|---|
| Claim Number:   16714 | Debtor:   DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim Number:   10016 | Debtor:   DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed:      09/24/2007 | Secured:          $173,842.00 | Date Filed:      07/20/2006 | Secured:          $347,605.98 |
| Creditor's Name and Address: | Priority | Creditor's Name and Address: | Priority: |
| VENTURE PLASTICS INC | Administrative: | VENTURE PLASTICS INC | Administrative |
| MARGULIES & LEVINSON LLP | Unsecured: | MARGULIES & LEVINSON LLP | Unsecured: |
| 30100 CHAGRIN BLVD NO 250 | | 30100 CHAGRIN BLVD NO 250 | |
| CLEVELAND, OH 44124 | | CLEVELAND, OH 44124 | |
| | Total:             $173,842.00 | | Total:             $347,605.98 |

Total Claims to be Expunged:                1
Total Asserted Amount to be Expunged:    $173,842.00

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twenty-Third Omnibus Claims Objection

## EXHIBIT B-1 - EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DEPOSITORY TRUST COMPANY TREASURERS DEPT 255 N 1100 E ZIONSVILLE, IN 46077-9444 | 6995 | Secured: Priority: Administrative: Unsecured: Total: | $164.58 $164.58 | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| LUTZ RICHARD 1921 ATLANTIC AVE SANDUSKY, OH 44870 | 4797 | Secured: Priority: Administrative: Unsecured: Total: | $23,000.00 $23,000.00 | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| RIEGEL CHARLES 9491 BYERS RD MIAMISBURG, OH 45342 | 10559 | Secured: Priority: Administrative: Unsecured: Total: | $62,883.08 $62,883.08 | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| WALLING JOHN F 4201 CORINTH BLVD DAYTON, OH 45410-3411 | 9243 | Secured: Priority: Administrative: Unsecured: Total: | $38,805.09 $38,805.09 | 07/10/2006 | DELPHI CORPORATION (05-44481) |

Total:    4                $124,852.75

**In re Delphi Corporation, et al.**                      **Twenty-Third Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

### EXHIBIT B-2 - UNTIMELY EQUITY CLAIMS

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DEPOSITORY TRUST COMPANY TREASURERS DEPT 9209 S 89TH E AVE TULSA, OK 74133 | 16290 | Secured: Priority: Administrative: Unsecured: Total: | UNL $9,310.00 $9,310.00 | 09/08/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$9,310.00** | | |

**In re Delphi Corporation, et al.**                         **Twenty-Third Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| FIDELITY INVESTMENTS INC TR<br>FBO DONNA K HETZEL IRA<br>22667 REVERE ST<br>ST CLAIR SHORES, MI 48080-2883 | 4101 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:                     UNL<br>Total:                     UNL | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | UNL | | |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                  Twenty-Third Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMHERST SOLUTIONS LTD<br>30505 BAINBRIDGE RD STE 100<br>SOLON, OH 44139 | 5821 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$50,000.00<br>$50,000.00 | 05/15/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLUE CROSS BLUE SHIELD OF MICHIGAN<br>600 LAFAYETTE EAST STE 1925<br>DETROIT, MI 48226 | 8001 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/15/2006 | DELPHI CORPORATION (05-44481) |
| MACOMB COUNTY FOC ACT OF B<br>CZARNOWCZAN P95 22210<br>40 N MAIN<br>MT CLEMENS, MI 48043 | 7716 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,430.67<br><br><br>$4,430.67 | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| MAXWELL EMMA J<br>PO BOX 533<br>ORRVILLE, AL 36767-0533 | 4477 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$289,000.00<br><br><br>$289,000.00 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| PRIORITY HEALTH<br>1231 E BELTLINE NE<br>GRAND RAPIDS, MI 49525 | 2813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$1,181,675.59<br><br><br>$1,181,675.59 | 04/26/2006 | DELPHI CORPORATION (05-44481) |
| RATLIFF LARRY G<br>2836 STATE ROUTE 571 WEST<br>GREENVILLE, OH 45331 | 5843 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$40,000.00<br><br><br>$40,000.00 | 05/15/2006 | DELPHI CORPORATION (05-44481) |
| SKELTON GLORIA<br>PO BOX 498<br>COTTONDALE, AL 35453 | 8750 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$8,500.00<br>$8,500.00 | 06/29/2006 | DELPHI CORPORATION (05-44481) |
| TREVA DANIELS CARLSON<br>409 SIXTH ST<br>FENTON, MI 48430 | 5565 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$933.20<br><br>$462.80<br>$1,396.00 | 05/10/2006 | DELPHI CORPORATION (05-44481) |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**                    **Twenty-Third Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| Total: | 8 | $1,575,002.26 | | |

*UNL denotes an unliquidated claim

**In re Delphi Corporation, et al.**    Twenty-Third Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT D-2 - BOOKS AND RECORDS CLAIMS THAT ARE SUBJECT TO PRIOR ORDERS *

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICLERK INC DBA CONTRACT COUNSEL<br>1025 N CAMPBELL RD<br>ROYAL OAK, MI 48067 | 2416 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,658.83<br>$9,658.83 | 03/27/2006 | DELPHI CORPORATION (05-44481) |
| RELATS S A<br>POL IND LA BORDA<br>CALDES DE MONTBUI, 08140<br>SPAIN | 1268 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$8,016.23<br>$8,016.23 | 12/27/2005 | DELPHI CORPORATION (05-44481) |
| **Total:** | **2** | **$17,675.06** | | | |

Page 1 of 1

*The asserted and docketed debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**Twenty-Third Omnibus Claims Objection**

### EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2142**
Date Filed: 02/27/2006
Docketed Total: $252,194.22
Filing Creditor Name and Address:
ASM CAPITAL AS ASSIGNEE FOR
ROBINSON INDUSTRIES INC
7600 JERICHO TPKE STE 302
WOODBURY, NY 11566

Claim Holder Name and Address
ASM CAPITAL AS ASSIGNEE FOR
ROBINSON INDUSTRIES INC
7600 JERICHO TPKE STE 302
WOODBURY, NY 11566

Docketed Total: $252,194.22

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $252,194.22 |
| | | | $252,194.22 |

Modified Total: $232,962.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $232,962.95 |
| | | | $232,962.95 |

---

**Claim: 5453**
Date Filed: 05/10/2006
Docketed Total: $154,424.36
Filing Creditor Name and Address:
AVERY DENNINSON
CORPORATION
AVERY DENNISON
CORPORATION
7590 AUBURN RD
PAINESVILLE, OH 44077

Claim Holder Name and Address
AVERY DENNISON CORPORATION
AVERY DENNISON CORPORATION
7590 AUBURN RD
PAINESVILLE, OH 44077

Docketed Total: $154,424.36

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $154,424.36 |
| | | | $154,424.36 |

Modified Total: $101,744.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $101,744.58 |
| | | | $101,744.58 |

---

**Claim: 13883**
Date Filed: 07/31/2006
Docketed Total: $54,027.22
Filing Creditor Name and Address:
BP PRODUCTS NORTH AMERICA
INC
ATTN TOM W STRATTAN
28100 TORCH PKWY STE 300
WARRENVILLE, IL 60555

Claim Holder Name and Address
BP PRODUCTS NORTH AMERICA
INC
ATTN TOM W STRATTAN
28100 TORCH PKWY STE 300
WARRENVILLE, IL 60555

Docketed Total: $54,027.22

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $54,027.22 |
| | | | $54,027.22 |

Modified Total: $49,285.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $49,285.67 |
| | | | $49,285.67 |

---

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 11542-2   Filed 12/19/07   Entered 12/19/07 15:34:41   Exhibit B
Pg 17 of 36

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12701<br>Date Filed: 07/28/2006<br>Docketed Total: $90,000.68<br>Filing Creditor Name and Address:<br>CANON USA INC<br>1 CANON PLZ<br>LAKE SUCCESS, NY 11042-1198 | Claim Holder Name and Address<br><br>CANON USA INC<br>1 CANON PLZ<br>LAKE SUCCESS, NY 11042-1198 | | Docketed Total: | **$90,000.68** | | | Modified Total: | **$87,914.84** |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $90,000.68 | 05-44640 | | | $87,914.84 |
| | | | | **$90,000.68** | | | | **$87,914.84** |
| Claim: 4770<br>Date Filed: 05/04/2006<br>Docketed Total: $44,637.41<br>Filing Creditor Name and Address:<br>CAUCHO METAL PRODUCTS II S<br>L<br>PI CANTABRIA<br>C NAVAL 7<br>LOGRONO, 26006<br>SPAIN | Claim Holder Name and Address<br><br>CAUCHO METAL PRODUCTS II S L<br>PI CANTABRIA<br>C NAVAL 7<br>LOGRONO, 26006<br>SPAIN | | Docketed Total: | **$44,637.41** | | | Modified Total: | **$32,170.98** |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $44,637.41 | 05-44640 | | | $32,170.98 |
| | | | | **$44,637.41** | | | | **$32,170.98** |
| Claim: 14580<br>Date Filed: 07/31/2006<br>Docketed Total: $190,241.45<br>Filing Creditor Name and Address:<br>KOSTAL KONTAKT SYSTEME<br>GMBH<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br><br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | | Docketed Total: | **$190,241.45** | | | Modified Total: | **$120,665.22** |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $190,241.45 | 05-44640 | | | $120,665.22 |
| | | | | **$190,241.45** | | | | **$120,665.22** |

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11542-2    Filed 12/19/07    Entered 12/19/07 15:34:41    Exhibit B
Pg 18 of 36

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1372<br>Date Filed: 12/29/2005<br>Docketed Total: $1,144,684.57<br>Filing Creditor Name and Address:<br>LUNT MANUFACTURING COMPANY INC<br>601 605 LUNT AVE<br>SCHAUMBURG, IL 60193 | Claim Holder Name and Address<br><br>STONEHILL INSTITUTIONAL PARTNERS LP<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $1,144,684.57 | | Modified Total: | | $1,142,129.02 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,144,684.57<br><br>$1,144,684.57 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,142,129.02<br><br>$1,142,129.02 |
| Claim: 1753<br>Date Filed: 02/02/2006<br>Docketed Total: $17,602.50<br>Filing Creditor Name and Address:<br>MAGNECO METREL INC<br>223 INTERSTATE RD<br>ADDISON, IL 60101 | Claim Holder Name and Address<br><br>MAGNECO METREL INC<br>223 INTERSTATE RD<br>ADDISON, IL 60101 | Docketed Total: | | $17,602.50 | | Modified Total: | | $9,902.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,602.50<br><br>$17,602.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,902.50<br><br>$9,902.50 |
| Claim: 7339<br>Date Filed: 06/02/2006<br>Docketed Total: $16,288.93<br>Filing Creditor Name and Address:<br>MULTIBASE INC<br>C O DOW CORNING CORPORATION<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686 | Claim Holder Name and Address<br><br>MULTIBASE INC<br>C O DOW CORNING CORPORATION<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686 | Docketed Total: | | $16,288.93 | | Modified Total: | | $16,288.93 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$16,288.93<br><br>$16,288.93 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$16,288.93<br><br>$16,288.93 |

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11290<br>Date Filed:  07/27/2006<br>Docketed Total:  $28,550.00<br>Filing Creditor Name and Address:<br>PACER GLOBAL LOGISTICS INC<br>6805 PERIMETER DR<br>PO BOX 8104<br>DUBLIN, OH 43016 | Claim Holder Name and Address<br><br>PACER GLOBAL LOGISTICS INC    Docketed Total:  **$28,550.00**<br>6805 PERIMETER DR<br>PO BOX 8104<br>DUBLIN, OH 43016 | Modified Total:  **$25,390.00** |

| Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$28,550.00<br><br>**$28,550.00** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$25,390.00<br><br>**$25,390.00** |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11287<br>Date Filed:  07/27/2006<br>Docketed Total:  $66,118.80<br>Filing Creditor Name and Address:<br>PRINCE MANUFACTURING<br>OXFORD EF<br>PO BOX 2519<br>HOLLAND, MI 49422 | Claim Holder Name and Address<br><br>PRINCE MANUFACTURING OXFORD<br>EF    Docketed Total:  **$66,118.80**<br>PO BOX 2519<br>HOLLAND, MI 49422 | Modified Total:  **$9,811.27** |

| Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$66,118.80<br><br>**$66,118.80** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,811.27<br><br>**$9,811.27** |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8866<br>Date Filed:  06/30/2006<br>Docketed Total:  $166,503.06<br>Filing Creditor Name and Address:<br>RIVERSIDE CLAIMS LLC AS<br>ASSIGNEE FOR METPROTECH<br>PO BOX 626 PLANETARIUM<br>STATION<br>NEW YORK, NY 10024 | Claim Holder Name and Address<br><br>RIVERSIDE CLAIMS LLC AS<br>ASSIGNEE FOR METPROTECH    Docketed Total:  **$166,503.06**<br>PO BOX 626 PLANETARIUM<br>STATION<br>NEW YORK, NY 10024 | Modified Total:  **$91,479.41** |

| Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$166,503.06<br><br>**$166,503.06** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$91,479.41<br><br>**$91,479.41** |
|---|---|---|---|---|---|---|---|

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11542-2    Filed 12/19/07    Entered 12/19/07 15:34:41    Exhibit B
Pg 20 of 36

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14267<br>Date Filed:   07/31/2006<br>Docketed Total:    $113,416.75<br>Filing Creditor Name and Address:<br>ROBIN INDUSTRIES INC<br>  TECHNICAL SERVICES GROUP<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br><br>ROBIN INDUSTRIES INC TECHNICAL<br>SERVICES GROUP<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102      Docketed Total:      **$113,416.75** | Modified Total:      **$97,345.56** |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $113,416.75 | | 05-44640 | | | $97,345.56 |
| | | | **$113,416.75** | | | | | **$97,345.56** |

**Total Claims to be Modified: 13**

**Total Amount as Docketed:**    **$2,338,689.95**

**Total Amount as Modified:**    **$2,017,090.93**

*See Exhibit G for a listing of debtor entities by case number.

Page 5 of 5

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Third Omnibus Claims Objection

## EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15139**
Date Filed:   07/31/2006
Docketed Total:   $59,414.30
Filing Creditor Name and Address:
AMERICAN COIL SPRING
COMPANY
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Claim Holder Name and Address

AMERICAN COIL SPRING COMPANY
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Docketed Total:   **$59,414.30**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $59,414.30 |
| | | | **$59,414.30** |

Modified Total:   **$51,678.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,798.05 | $44,880.05 |
| | | **$6,798.05** | **$44,880.05** |

---

**Claim: 16733**
Date Filed:   10/17/2005
Docketed Total:   $15,181.24
Filing Creditor Name and Address:
DAISHINKU AMERICA CORP DBA
KDS AMERICA
GOLDMAN SACHS CREDIT
PARTNERS LP
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Claim Holder Name and Address

DAISHINKU AMERICA CORP DBA
KDS AMERICA
GOLDMAN SACHS CREDIT
PARTNERS LP
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total:   **$15,181.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $15,181.24 | |
| | | **$15,181.24** | |

Modified Total:   **$15,181.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $15,181.24 | |
| | | **$15,181.24** | |

---

**Claim: 2350**
Date Filed:   03/21/2006
Docketed Total:   $222,736.28
Filing Creditor Name and Address:
FEDERAL SCREW WORKS
20229 9 MILE RD
SAINT CLAIR SHORES, MI
48080-1775

Claim Holder Name and Address

FEDERAL SCREW WORKS
20229 9 MILE RD
SAINT CLAIR SHORES, MI 48080-1775

Docketed Total:   **$222,736.28**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $4,013.35 | $218,722.93 |
| | | **$4,013.35** | **$218,722.93** |

Modified Total:   **$216,117.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,013.35 | $212,103.91 |
| | | **$4,013.35** | **$212,103.91** |

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11542-2    Filed 12/19/07    Entered 12/19/07 15:34:41    Exhibit B
Pg 22 of 36

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12366**
Date Filed: 07/28/2006
Docketed Total: $279,597.43
Filing Creditor Name and Address:
GKN SINTER METALS INC
ATTEN GENERAL COUNSEL
3300 UNIVERSITY DR
AUBURN HILLS, MI 48326

Claim Holder Name and Address
DEUTSCHE BANK SECURITIES INC
60 WALL ST 3RD FL
NEW YORK, NY 10005

Docketed Total: $279,597.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $279,597.43 |
| | | | $279,597.43 |

Modified Total: $279,597.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $43,913.00 | $235,684.43 |
| | | $43,913.00 | $235,684.43 |

---

**Claim: 16731**
Date Filed: 10/12/2005
Docketed Total: $13,494.00
Filing Creditor Name and Address:
JOHNSON BATTERY COMPANY INC
PO BOX 909
9840 US HWY 19
ZEBULON, GA 30295

Claim Holder Name and Address
JOHNSON BATTERY COMPANY INC
PO BOX 909
9840 US HWY 19
ZEBULON, GA 30295

Docketed Total: $13,494.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $13,494.00 | |
| | | $13,494.00 | |

Modified Total: $13,494.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $13,494.00 | |
| | | $13,494.00 | |

---

**Claim: 14404**
Date Filed: 07/31/2006
Docketed Total: $1,204,920.60
Filing Creditor Name and Address:
KOSTAL OF MEXICANA S A DE C V
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $1,204,920.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,204,920.60 |
| | | | $1,204,920.60 |

Modified Total: $1,201,739.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $11,188.73 | $1,190,550.71 |
| | | $11,188.73 | $1,190,550.71 |

---

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 11542-2   Filed 12/19/07   Entered 12/19/07 15:34:41   Exhibit B
Pg 23 of 36

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 1371
Date Filed:   12/29/2005
Docketed Total:   $298,662.43
Filing Creditor Name and Address:
   LUNT MANUFACTURING
   COMPANY INC
   601 605 LUNT AVE
   SCHAUMBURG, IL 60193

**CLAIM AS DOCKETED**

Claim Holder Name and Address

STONEHILL INSTITUTIONAL
PARTNERS LP
885 THIRD AVE 30TH FL
NEW YORK, NY 10022     Docketed Total:     **$298,662.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $298,662.43 |
| | | | **$298,662.43** |

**CLAIM AS MODIFIED**

Modified Total:     **$292,051.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $10,000.00 | $282,051.84 |
| | | **$10,000.00** | **$282,051.84** |

---

**CLAIM TO BE MODIFIED**

Claim: 16732
Date Filed:   10/20/2005
Docketed Total:   $25,974.39
Filing Creditor Name and Address:
   OPTREX AMERICA INC
   BERRY & MORRMAN
   PROFESSIONAL CORPORATION
   ATTORNEYS AT LAW
   THE BUHL BUILDING
   535 GRISWOLD STE 1900
   DETROIT, MI 48226

**CLAIM AS DOCKETED**

Claim Holder Name and Address

OPTREX AMERICA INC
BERRY & MORRMAN PROFESSIONAL
CORPORATION ATTORNEYS AT
LAW
THE BUHL BUILDING
535 GRISWOLD STE 1900
DETROIT, MI 48226     Docketed Total:     **$25,974.39**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $25,974.39 | |
| | | **$25,974.39** | |

**CLAIM AS MODIFIED**

Modified Total:     **$25,974.39**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $25,974.39 | |
| | | **$25,974.39** | |

---

**CLAIM TO BE MODIFIED**

Claim: 9647
Date Filed:   07/12/2006
Docketed Total:   $618,507.09
Filing Creditor Name and Address:
   PARK ENTERPRISES OF
   ROCHESTER INC
   ATTN JERRY GREENFIELD ESQ
   2 STATE ST STE1600
   ROCHESTER, NY 14614

**CLAIM AS DOCKETED**

Claim Holder Name and Address

PARK ENTERPRISES OF ROCHESTER
INC
ATTN JERRY GREENFIELD ESQ
2 STATE ST STE1600
ROCHESTER, NY 14614     Docketed Total:     **$618,507.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $618,507.09 |
| | | | **$618,507.09** |

**CLAIM AS MODIFIED**

Modified Total:     **$618,507.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $29,174.77 | $589,332.32 |
| | | **$29,174.77** | **$589,332.32** |

---

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 11542-2   Filed 12/19/07   Entered 12/19/07 15:34:41   Exhibit B
Pg 24 of 36

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14262**
Date Filed: 07/31/2006
Docketed Total: $168,006.39
Filing Creditor Name and Address:
ROBIN INDUSTRIES INC BERLIN DIVISION
ROBIN INDUSTRIES INC
1265 W 65 ST
CLEVELAND, OH 44102

Claim Holder Name and Address
ROBIN INDUSTRIES INC BERLIN DIVISION
ROBIN INDUSTRIES INC
1265 W 65 ST
CLEVELAND, OH 44102

Docketed Total: $168,006.39

Modified Total: $149,243.27

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $27,814.26 | | $140,192.13 | 05-44640 | | $27,814.26 | $121,429.01 |
| | **$27,814.26** | | **$140,192.13** | | | **$27,814.26** | **$121,429.01** |

**Claim: 14265**
Date Filed: 07/31/2006
Docketed Total: $43,152.38
Filing Creditor Name and Address:
ROBIN INDUSTRIES INC
CLEVELAND DIVISION
ROBIN INDUSTRIES INC
1265 W 65 ST
CLEVELAND, OH 44102

Claim Holder Name and Address
ROBIN INDUSTRIES INC
CLEVELAND DIVISION
ROBIN INDUSTRIES INC
1265 W 65 ST
CLEVELAND, OH 44102

Docketed Total: $43,152.38

Modified Total: $34,892.38

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $4,266.38 | | $38,886.00 | 05-44640 | | $4,266.38 | $30,626.00 |
| | **$4,266.38** | | **$38,886.00** | | | **$4,266.38** | **$30,626.00** |

**Claim: 14264**
Date Filed: 07/31/2006
Docketed Total: $273,074.52
Filing Creditor Name and Address:
ROBIN INDUSTRIES INC ELASTO
TEC DIVISION
ROBIN INDUSTRIES INC
1265 W 65 ST
CLEVELAND, OH 44102

Claim Holder Name and Address
ROBIN INDUSTRIES INC ELASTO TEC DIVISION
ROBIN INDUSTRIES INC
1265 W 65 ST
CLEVELAND, OH 44102

Docketed Total: $273,074.52

Modified Total: $213,235.86

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $20,668.09 | | $252,406.43 | 05-44640 | | $20,668.09 | $192,567.77 |
| | **$20,668.09** | | **$252,406.43** | | | **$20,668.09** | **$192,567.77** |

*See Exhibit G for a listing of debtor entities by case number.

Page 4 of 6

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11542-2    Filed 12/19/07    Entered 12/19/07 15:34:41    Exhibit B
Pg 25 of 36

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14271**
Date Filed:    07/31/2006
Docketed Total:    $863,539.71
Filing Creditor Name and Address:
 ROBIN INDUSTRIES INC
 FREDERICKSBURG FACILITY
 ROBIN INDUSTRIES INC
 1265 W 65 ST
 CLEVELAND, OH 44102

Claim Holder Name and Address

ROBIN INDUSTRIES INC
FREDERICKSBURG FACILITY       Docketed Total:       $863,539.71
ROBIN INDUSTRIES INC
1265 W 65 ST
CLEVELAND, OH 44102

Modified Total:       $468,241.57

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | $81,341.20 | | $782,198.51 | | 05-44640 | | $81,341.20 | $386,900.37 |
| | **$81,341.20** | | **$782,198.51** | | | | **$81,341.20** | **$386,900.37** |

**Claim: 14274**
Date Filed:    07/31/2006
Docketed Total:    $686,589.88
Filing Creditor Name and Address:
 ROBIN INDUSTRIES INC HOLMCO
 DIVISION
 ROBIN INDUSTRIES INC
 1265 W 65 ST
 CLEVELAND, OH 44102

Claim Holder Name and Address

ROBIN INDUSTRIES INC HOLMCO
DIVISION                      Docketed Total:       $686,589.88
ROBIN INDUSTRIES INC
1265 W 65 ST
CLEVELAND, OH 44102

Modified Total:       $412,536.02

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | $58,220.01 | | $628,369.87 | | 05-44640 | | $58,220.01 | $354,316.01 |
| | **$58,220.01** | | **$628,369.87** | | | | **$58,220.01** | **$354,316.01** |

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11542-2    Filed 12/19/07    Entered 12/19/07 15:34:41    Exhibit B
Pg 26 of 36

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10682**
Date Filed:   07/26/2006
Docketed Total:   $1,569,568.55
Filing Creditor Name and Address:
STMICROELECTRONICS INC FKA
SGS THOMPSON
MICROELECTRONICS
THOMPSON & KNIGHT LLP
333 CLAY ST STE 3300
HOUSTON, TX 77002

**CLAIM AS DOCKETED**

Claim Holder Name and Address

LONGACRE MASTER FUND LTD    Docketed Total:    $1,454,529.30
C O US BANK NATIONAL
ASSOCIATION
CORPORATE TRUST SERVICES
1420 FIFTH AVE 7TH FL
SEATTLE, WA 98101

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,454,529.30 |
| | | | **$1,454,529.30** |

**CLAIM AS MODIFIED**

Modified Total:    $1,454,529.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $153,204.95 | $1,301,324.35 |
| | | **$153,204.95** | **$1,301,324.35** |

Claim Holder Name and Address

STMICROELECTRONICS INC FKA    Docketed Total:    $115,039.25
SGS THOMPSON
MICROELECTRONICS
THOMPSON & KNIGHT LLP
333 CLAY ST STE 3300
HOUSTON, TX 77002

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $115,039.25 |
| | | | **$115,039.25** |

Modified Total:    $115,039.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $115,039.25 |
| | | | **$115,039.25** |

**Claim: 16730**
Date Filed:   10/10/2005
Docketed Total:   $28,575.50
Filing Creditor Name and Address:
WELLMAN INC
SHUMAKER LOOP & KENDRICK
LLP
128 S TRYON ST STE 1800
CHARLOTTE, NC 28202

Claim Holder Name and Address

WELLMAN INC    Docketed Total:    $28,575.50
SHUMAKER LOOP & KENDRICK LLP
128 S TRYON ST STE 1800
CHARLOTTE, NC 28202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $28,575.50 | |
| | | **$28,575.50** | |

Modified Total:    $28,575.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $28,575.50 | |
| | | **$28,575.50** | |

**Total Claims to be Modified: 16**

**Total Amount as Docketed:**    $6,370,994.69

**Total Amount as Modified:**    $5,590,633.94

*See Exhibit G for a listing of debtor entities by case number.

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS \*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16684<br>Date Filed: 10/13/2005<br>Docketed Total: $ 14,880.00<br>Filing Creditor Name and Address:<br>  TESSIER MACHINE CO<br>  526 MAIN ST<br>  HUDSON, MA 01749 | Claim Holder Name and Address<br><br>TESSIER MACHINE CO<br>526 MAIN ST<br>HUDSON, MA 01749 | Docketed Total: | | **$14,880.00** | | Modified Total: | | **$14,880.00** |
| | Case Number*<br>05-44481 | Secured | Priority<br>$14,880.00 | Unsecured | Case Number*<br>05-44511 | Secured | Priority<br>$14,880.00 | Unsecured |
| | | | **$14,880.00** | | | | **$14,880.00** | |

Total Claims to be Modified: 1

Total Amount as Docketed:  $14,880.00

Total Amount as Modified:  $ 14,880.00

*See Exhibit G for a listing of debtor entities by case number.

Page 1 of 1

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**            Twenty-Third Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT F-1 - ADJOURNED EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PENNEY JAMES<br>445 N KING ST<br>XENIA, OH 45385-2207 | 11395 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$115,276.00<br>$115,276.00 | 07/27/2006 | DELPHI CORPORATION (05-44481) |

Total:        1                    $115,276.00

**In re Delphi Corporation, et al.**      Twenty-Third Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT F-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PREFERRED SOURCING LLC ONE INDIANA SQ STE 3500 INDIANAPOLIS, IN 46204 | 11531 | Secured: Priority: Administrative: Unsecured: Total: | $97,416.63<br><br><br><br>$97,416.63 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| US DEPT OF HEALTH AND HUMAN SERVICES SOUTHERN DISTRICT OF NEW YORK 86 CHAMBERS ST NEW YORK, NY 10007 | 2578 | Secured: Priority: Administrative: Unsecured: Total: | <br><br><br>$65,799.34<br>$65,799.34 | 04/06/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| Total: | 2 | $163,215.97 | | | |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11542-2    Filed 12/19/07    Entered 12/19/07 15:34:41    Exhibit B
Pg 30 of 36

Twenty-Third Omnibus Claims Objection

**EXHIBIT F-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 6844**
Date Filed: 05/25/2006
Docketed Total: $2,773,276.88
Filing Creditor Name and Address:
AMBRAKE CORPORATION
DICKINSON WRIGHT PLLC
301 LIBERTY STE 500
ANN ARBOR, MI 48204-2266

Claim Holder Name and Address
SPECIAL SITUATIONS INVESTING GROUP INC
C O GOLDMAN SACHS & CO
85 BROAD ST 27TH FL
NEW YORK, NY 10004

Docketed Total: $2,773,276.88
Modified Total: $2,768,486.44

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,773,276.88 | 05-44640 | | | $2,768,486.44 |
| | | | **$2,773,276.88** | | | | **$2,768,486.44** |

**Claim: 1406**
Date Filed: 12/30/2005
Docketed Total: $314,170.07
Filing Creditor Name and Address:
AUTOPARTES DE PRECISION A DIV OF MINIATURE PRECISION COMPONENTS
100 WISCONSIN ST
PO BOX 1901
WALWORTH, WI 53184

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: $314,170.07
Modified Total: $261,685.90

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $66,206.62 | $247,963.45 | 05-44640 | | | $261,685.90 |
| | | **$66,206.62** | **$247,963.45** | | | | **$261,685.90** |

**Claim: 10386**
Date Filed: 07/24/2006
Docketed Total: $315,699.49
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS ASSIGNEE OF COLUMBIA INDUSTRIAL SALES CORP
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS ASSIGNEE OF COLUMBIA INDUSTRIAL SALES CORP
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $315,699.49
Modified Total: $156,742.12

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $315,699.49 | 05-44640 | | | $156,742.12 |
| | | | **$315,699.49** | | | | **$156,742.12** |

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11542-2    Filed 12/19/07    Entered 12/19/07 15:34:41    Exhibit B
Pg 31 of 36

Twenty-Third Omnibus Claims Objection

**EXHIBIT F-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10598**
Date Filed: 07/25/2006
Docketed Total: $172,287.79
Filing Creditor Name and Address:
E I DU PONT DE NEMOURS AND
COMPANY DUPONT
DUPONT LEGAL D 4026
1007 MARKET ST
WILMINGTON, DE 19898

Claim Holder Name and Address
LATIGO MASTER FUND LTD
590 MADISON AVE 9TH FL
NEW YORK, NY 10022

Docketed Total: $172,287.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $172,287.79 |
| | | | $172,287.79 |

Modified Total: $172,287.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $15,808.68 |
| 05-44640 | | | $156,479.11 |
| | | | $172,287.79 |

---

**Claim: 1407**
Date Filed: 12/30/2005
Docketed Total: $948,811.79
Filing Creditor Name and Address:
MINIATURE PRECISION
COMPONENTS
100 WISCONSIN ST
PO BOX 1901
WALWORTH, WI 53184

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: $948,811.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $239,745.37 | $709,066.42 |
| | | $239,745.37 | $709,066.42 |

Modified Total: $824,986.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $824,986.00 |
| | | | $824,986.00 |

---

**Claim: 15423**
Date Filed: 07/31/2006
Docketed Total: $6,153,413.36
Filing Creditor Name and Address:
SPECIAL SITUATIONS INVESTING
GROUP INC
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Claim Holder Name and Address
SPECIAL SITUATIONS INVESTING
GROUP INC
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $6,153,413.36

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,153,413.36 |
| | | | $6,153,413.36 |

Modified Total: $5,858,665.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,858,665.54 |
| | | | $5,858,665.54 |

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 11542-2   Filed 12/19/07   Entered 12/19/07 15:34:41   Exhibit B
Pg 32 of 36

Twenty-Third Omnibus Claims Objection

**EXHIBIT F-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 12223
Date Filed:   07/28/2006
Docketed Total:   $59,964.21
Filing Creditor Name and Address:
   WESCO DISTRIBUTION INC
   225 W STATION SQUARE DR STE
   700
   PITTSBURGH, PA 15219

**CLAIM AS DOCKETED**

Claim Holder Name and Address

WESCO DISTRIBUTION INC
225 W STATION SQUARE DR STE 700
PITTSBURGH, PA 15219

Docketed Total:   **$59,964.21**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $59,964.21 |
| | | | **$59,964.21** |

**CLAIM AS MODIFIED**

Modified Total:   **$28,828.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,828.75 |
| | | | **$28,828.75** |

**Total Claims to be Modified: 7**

**Total Amount as Docketed:**   **$10,737,623.59**

**Total Amount as Modified:**   **$10,071,682.54**

*See Exhibit G for a listing of debtor entities by case number.

Page 3 of 3

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11542-2    Filed 12/19/07    Entered 12/19/07 15:34:41    Exhibit B
Pg 33 of 36

Twenty-Third Omnibus Claims Objection

**EXHIBIT F-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12688**
Date Filed: 07/28/2006
Docketed Total: $878,079.89
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS ASSIGNEE OF AVON RUBBER & PLASTICS INC
411 WEST PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS ASSIGNEE OF AVON RUBBER & PLASTICS INC
411 WEST PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $878,079.89     Modified Total: $790,350.09

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $229,002.33 | $649,077.56 | 05-44640 | | $16,813.28 | $773,536.81 |
| | | **$229,002.33** | **$649,077.56** | | | **$16,813.28** | **$773,536.81** |

**Claim: 12687**
Date Filed: 07/28/2006
Docketed Total: $1,510,230.74
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Docketed Total: $1,510,230.74     Modified Total: $1,036,820.55

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $486,583.11 | $1,023,647.63 | 05-44640 | | $82,200.00 | $954,620.55 |
| | | **$486,583.11** | **$1,023,647.63** | | | **$82,200.00** | **$954,620.55** |

**Claim: 10596**
Date Filed: 07/25/2006
Docketed Total: $123,481.26
Filing Creditor Name and Address:
E I DU PONT DE NEMOURS AND COMPANY DUPONT
DUPONT LEGAL D 4026
1007 MARKET ST
WILMINGTON, DE 19898

Claim Holder Name and Address
LATIGO MASTER FUND LTD
590 MADISON AVE 9TH FL
NEW YORK, NY 10022

Docketed Total: $123,481.26     Modified Total: $74,857.26

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $123,481.26 | 05-44567 | | $1,332.42 | $73,524.84 |
| | | | **$123,481.26** | | | **$1,332.42** | **$73,524.84** |

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11542-2    Filed 12/19/07    Entered 12/19/07 15:34:41    Exhibit B
Pg 34 of 36

Twenty-Third Omnibus Claims Objection

**EXHIBIT F-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 15140**
Date Filed: 07/31/2006
Docketed Total: $230,129.45
Filing Creditor Name and Address:
GMD INDUSTRIES LLC DBA
PRODUCTION SCREW MACHINE
COOLIGE WALL CO LPA
33 W 1ST ST STE 600
DAYTON, OH 45402

Claim Holder Name and Address
GMD INDUSTRIES LLC DBA
PRODUCTION SCREW MACHINE
COOLIGE WALL CO LPA
33 W 1ST ST STE 600
DAYTON, OH 45402

Docketed Total: **$230,129.45**

Modified Total: **$115,518.21**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $136,420.72 | $93,708.73 | 05-44640 | | $21,809.48 | $93,708.73 |
| | | **$136,420.72** | **$93,708.73** | | | **$21,809.48** | **$93,708.73** |

**Claim: 14270**
Date Filed: 07/31/2006
Docketed Total: $844,833.40
Filing Creditor Name and Address:
ROBIN MEXICANA S DE RL DE CV
C O ROBIN INDUSTRIES INC
1265 W 65 ST
CLEVELAND, OH 44102

Claim Holder Name and Address
ROBIN MEXICANA S DE RL DE CV
C O ROBIN INDUSTRIES INC
1265 W 65 ST
CLEVELAND, OH 44102

Docketed Total: **$844,833.40**

Modified Total: **$225,729.18**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $47,982.69 | | $796,850.71 | 05-44640 | $47,982.69 | | $177,746.49 |
| | **$47,982.69** | | **$796,850.71** | | **$47,982.69** | | **$177,746.49** |

**Total Claims to be Modified: 5**

**Total Amount as Docketed:**  **$3,586,754.74**

**Total Amount as Modified:**  **$2,243,275.29**

*See Exhibit G for a listing of debtor entities by case number.

Page 2 of 2

**EXHIBIT F-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS \*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10257<br>Date Filed: 07/21/2006<br>Docketed Total: $ 819,654.23<br>Filing Creditor Name and Address:<br>QUAKER CHEMICAL<br>CORPORATION<br>DRINKER BIDDLE & REATH LLP<br>ONE LOGAN SQUARE<br>18TH & CHERRY ST<br>PHILADELPHIA, PA 19103 | Claim Holder Name and Address<br><br>JPMORGAN CHASE BANK NA<br>4 NEW YORK PLAZA FL 16<br>NEW YORK, NY 10004-2413 | Docketed Total:    **$819,654.23** | | | Modified Total:    **$762,473.00** | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$819,654.23 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$762,473.00 |
| | | | | **$819,654.23** | | | | **$762,473.00** |

Total Claims to be Modified: 1

Total Amount as Docketed: $819,654.23

Total Amount as Modified: $ 762,473.00

*See Exhibit G for a listing of debtor entities by case number.

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.

**In re Delphi Corporation, et al.**                              **Twenty-Third Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

### Exhibit G - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |