# Exhibit B

**REDACTED**

## Delphi Corporation & Subsidiaries
### F.E.I.N. 38-3430473
### 2002 Adjustment to Federal Taxable Income

This return reflects an adjustment to the 2002 Delphi Corporation & Subsidiaries Federal pro-forma return included in the 2002 Delphi Corporation and Subsidiaries Consolidated Federal income tax return as filed. The adjustment reflects the reversal of the 2002 election to capitalize R & E expenditures under I.R.C. Section 59(e). This election reverses the net R & E capitalization reported by Delphi Corporation and Subsidiaries on its separate Federal pro-forma return and also adds back the prior year amortized amounts.

RECONCILIATION

|  | Delphi | Delco | DTI | Exhaust |
|---|---|---|---|---|
| Fed. Tax. Inc.(loss) | | REDACTED | | |
| Current Yr. Net 59(e) adj. *| | | | |
| **REDACTED** | ———— | ———— | ———— | ———— |
| Business Income | ———— | ———— | ———— | ———— |
| Gross Sec. 59(e) Adj. | | REDACTED | | |
| 2002 Sec. 59(e) Amort.(1/10th) | ———— | ———— | ———— | ———— |
| *Net Current Yr. 59(e) | ———— | ———— | ———— | ———— |

Further details available upon audit.

**REDACTED**

## Delphi Corporation & Subsidiaries
## F.E.I.N. 38-3430473
## 2003 Adjustment to Federal Taxable Income

This return reflects an adjustment to the 2003 Delphi Corporation & Subsidiaries Federal pro-forma return included in the 2003 Delphi Corporation and Subsidiaries Consolidated Federal income tax return as filed. The adjustment reflects the reversal of the 2003 election to capitalize R & E expenditures under I.R.C. Section 59(e). This election reverses the net R & E capitalization reported by Delphi Corporation & Subsidiaries on its separate Federal pro-forma return and also adds back the prior year amortized amounts.

RECONCILIATION

|  | Delphi | Delco | DTI | Exhaust |
|---|---|---|---|---|
| Fed. Tax. Inc.(loss) | | REDACTED | | |
| 2003 Net 59(e) adj * | | | | |
| REDACTED | | | | |
| 2002 Amortization (1/10th) | | | | |
| Business Income | | | | |
| Gross Sec. 59(e) Adj. | | REDACTED | | |
| 2003 Sec. 59(e) Amort.(1/10th) | | | | |
| *Net Current Yr. 59(e) | | | | |

Further details available upon audit.

REDACTED

**Delphi Corporation & Subsidiaries**
**F.E.I.N. 38-3430473**
**2004 Adjustment to Federal Taxable Income**

This return reflects an adjustment to the 2004 Delphi Corporation & Subsidiaries Federal pro-forma return included in the 2004 Delphi Corporation and Subsidiaries Consolidated Federal income tax return as filed. The adjustment reflects the reversal of the 2004 election to capitalize R & E expenditures under I.R.C. Section 59(e). This election reverses the net R & E capitalization reported by Delphi Corporation & Subsidiaries on its separate Federal pro-forma return and also adds back the prior year amortized amounts.

RECONCILIATION

|  | Delphi | DTI | Exhaust |
|---|---|---|---|
| Fed. Tax. Inc.(loss) | | REDACTED | |
| 2004 Net 59(e) adj | * | | |
| REDACTED | | | |
| 2002 Amortization (1/10th) | | | |
| 2003 Amortization (1/10th) | _____ | _____ | _____ |
| Business Income | _____ | _____ | _____ |
| Gross Sec. 59(e) Adj. | | REDACTED | |
| 2004 Sec. 59(e) Amort.(1/10th) | _____ | _____ | |
| *Net Current Yr. 59(e) | _____ | _____ | |

Further details available upon audit.