**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York  10178
Tel:  (212) 309-6000
Fax:  (212) 309-6001
Neil E. Herman (NH-2513)
Menachem O. Zelmanovitz (MZ-0706)
Andrew D. Gottfried (AG-1699)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :        Chapter 11
DELPHI CORPORATION, *et al.,*                                :
                                                             :        Case No. 05-444-81 (RDD)
                        Debtors.                             :
                                                             :        (Jointly Administered)
-------------------------------------------------------------x

## AMENDED VERIFIED STATEMENT OF
## MORGAN, LEWIS & BOCKIUS LLP PURSUANT TO
## RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Morgan, Lewis & Bockius LLP ("ML&B") submits this verified statement (the

"Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure and states

as follows:

1.      ML&B represents the following creditors and parties in interest (the "Clients") in

connection with the above-captioned cases:

| Name | Address |
|------|---------|
| Hitachi Chemical (Singapore) Pte. Ltd. | 32 Loyang Way<br>Singapore 508730 |
| Sumitomo Corporation | 8-11 Harumi 1-Chome, Chuo-ku<br>Tokyo 104-8610, Japan |
| ITT Industries, Inc. | 4 West Red Oak Lane<br>White Plains, NY 10604 |
| Intercall, Inc. | 11808 Miracle Hills Drive<br>Omaha, Nebraska 68154 |

1-NY/2259787.1

| Name | Address |
|------|---------|
| Steering Holding, LLC | 375 Park Avenue<br>New York, NY  10152 |

2.        Each of the Clients (except Steering Holding, LLC) is a supplier of automotive parts or other goods or equipment to one or more of the Debtors pursuant to various purchase orders and/or agreements.  Steering Holding, LLC is a potential bidder for the "steering business" portion of the Debtors' assets.

3.        ML&B's representations of the Clients are separate and concern claims and interests of different origins of different creditors.

4.        ML&B does not hold any claim against or interest in the Debtors, and has not done so since its engagement by each of the Clients in connection with these cases.

5.        ML&B reserves the right to amend or supplement this Statement.

6.        The undersigned verifies that he is a member of ML&B, that he has read the foregoing statement and that it is true and correct to the best of his knowledge, information and belief.

Dated:  New York, New York
          December 20, 2007

**MORGAN, LEWIS & BOCKIUS LLP**


By:____/s/ Neil E. Herman_____
      Neil E. Herman (NH-2513)
      Menachem O. Zelmanovitz (MZ-0706)
      Andrew D. Gottfried (AG-1699)

      101 Park Avenue
      New York, New York  10178
      (212) 309-6000

Attorneys for Hitachi Chemical (Singapore) Pte. Ltd., Sumitomo Corporation, ITT Industries, Inc., Intercall, Inc. and Steering Holding, LLC