**MORGAN, LEWIS & BOCKIUS LLP**
**Attorneys for Steering Holding, LLC**
**101 Park Avenue**
**New York, New York  10178-0060**
**(212) 309-6000**
**Neil E. Herman (NH-2513)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al. | : | Case No.  05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Neil E. Herman, hereby certify that on December 20, 2007 I served the annexed *AMENDED VERIFIED STATEMENT OF MORGAN, LEWIS & BOCKIUS LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE* upon the parties on the attached list via overnight mail.

                                                                             /s/ Neil E. Herman
                                                                              Neil E. Herman

SERVICE LIST:

Andrew Currie, Esq.
Caroline Rogus, Esq.
**WilmerHale, LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006

David S. Gragg, Esq.
**Langley & Banack, Incorporated**
745 E. Mulberry - Suite 900
San Antonio, TX 78212

Dennis J. Connolly, Esq.
**Alston & Bird LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424

Douglas P. Bartner, Esq.
**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069

Jessica Kastin, Esq.
**O'Melveny & Myers**
7 Times Square
New York, NY 10036

John Wm. Butler, Jr., Esq.
**Skadden Arps Slate Meagher & Flom LLP**
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square
New York, NY 10036

Lowell Peterson, Esq.
**Meyer, Suozzi, English & Klein**
1350 Broadway, Suite 501
New York, NY 10018

Mark S. Lichtenstein, Esq.
**Crowell & Moring LLP**
153 East 53rd Street  - 31st Floor
New York, NY 10022

1-NY/2260215.1

Mateo Fowler, Esq.
**Quinn Emanuel Urquhardt Oliver & Hedges**
865 S. Figueroa Street - 10th Floor
Los Angeles, CA 90017

Michael O'Hayer, Esq.
22 North Walnut Street
West Chester, PA 19380

Paul J.N. Roy, Esq.
**Mayer, Brown, LLP**
71 S. Wacker Drive
Chicago, IL 60606

Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
**Latham & Watkins**
885 Third Avenue
New York, NY 10022-4802

Michael D. Warner, Esq.
**Warner Stevens, LLP**
301 Commerce Street  - Suite 1700
Fort Worth, TX 76102

Alicia M. Leonhard, Esq.
**Office of the United States Trustee**
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

1-NY/2260215.1