

**Iowa Department of Revenue**

Director: Mark R. Schuling
Hoover State Office Building
Des Moines, Iowa 50319
www.state.ia.us/tax

December 12, 2007

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
Bowling Green Station
P.O. Box 5058
New York, New York 10274-5058

Re: Delphi Automotive Systems Human Resources LLC; Chapter 11; Case No. 05-44639

Dear Sir or Madam:

The Iowa Department of Revenue withdraws the following claim with this letter as evidence:
Claim No. 16750 dated 11/26/07 in the amount of $6,984.34

*Adam Floyd*

Adam Floyd
Iowa Department of Revenue
Revenue Examiner
Bankruptcy Unit
Hoover State Office Building
Des Moines, IA  50319

Copy to:
Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

