In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11560-1    Filed 12/20/07    Entered 12/20/07 14:20:06    Exhibit A
Pg 1 of 1

Twenty-Third Omnibus Claims Objection

## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number:   16714 | Claim Number:   10016 |
| Date Filed:       09/24/2007 | Date Filed:       07/20/2006 |
| Creditor's Name and Address: | Creditor's Name and Address: |
| Debtor:   DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Debtor:   DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Secured:                $173,842.00 | Secured:                $347,605.98 |
| Priority | Priority |
| Administrative: | Administrative |
| Unsecured: | Unsecured: |
| VENTURE PLASTICS INC MARGULIES & LEVINSON LLP 30100 CHAGRIN BLVD NO 250 CLEVELAND, OH 44124 | VENTURE PLASTICS INC MARGULIES & LEVINSON LLP 30100 CHAGRIN BLVD NO 250 CLEVELAND, OH 44124 |
| Total:           $173,842.00 | Total:           $347,605.98 |

Total Claims to be Expunged:                    1

Total Asserted Amount to be Expunged:     $173,842.00