**In re Delphi Corporation, et al.**  **Twenty-Third Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT B-1 - EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DEPOSITORY TRUST COMPANY<br>TREASURERS DEPT<br>255 N 1100 E<br>ZIONSVILLE, IN 46077-9444 | 6995 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $164.58<br>Total: $164.58 | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| LUTZ RICHARD<br>1921 ATLANTIC AVE<br>SANDUSKY, OH 44870 | 4797 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $23,000.00<br>Total: $23,000.00 | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| RIEGEL CHARLES<br>9491 BYERS RD<br>MIAMISBURG, OH 45342 | 10559 | Secured:<br>Priority: $62,883.08<br>Administrative:<br>Unsecured:<br>Total: $62,883.08 | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| WALLING JOHN F<br>4201 CORINTH BLVD<br>DAYTON, OH 45410-3411 | 9243 | Secured:<br>Priority: $38,805.09<br>Administrative:<br>Unsecured:<br>Total: $38,805.09 | 07/10/2006 | DELPHI CORPORATION (05-44481) |

**Total:** 4   $124,852.75