**In re Delphi Corporation, et al.**  Twenty-Third Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

### EXHIBIT B-2 - UNTIMELY EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DEPOSITORY TRUST COMPANY TREASURERS DEPT 9209 S 89TH E AVE TULSA, OK 74133 | 16290 | Secured: Priority: Administrative: Unsecured: Total: | UNL $9,310.00 $9,310.00 | 09/08/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$9,310.00** | | |

*UNL denotes an unliquidated claim