**In re Delphi Corporation, et al.**  **Twenty-Third Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT C - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| FIDELITY INVESTMENTS INC TR<br>FBO DONNA K HETZEL IRA<br>22667 REVERE ST<br>ST CLAIR SHORES, MI 48080-2883 | 4101 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |

**Total:** 1                          UNL

*UNL denotes an unliquidated claim

Page 1 of 1