**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AMHERST SOLUTIONS LTD<br>30505 BAINBRIDGE RD STE 100<br>SOLON, OH 44139 | 5821 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,000.00<br>Total: $50,000.00 | 05/15/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLUE CROSS BLUE SHIELD OF MICHIGAN<br>600 LAFAYETTE EAST STE 1925<br>DETROIT, MI 48226 | 8001 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/15/2006 | DELPHI CORPORATION (05-44481) |
| MACOMB COUNTY FOC ACT OF B CZARNOWCZAN P95 22210<br>40 N MAIN<br>MT CLEMENS, MI 48043 | 7716 | Secured:<br>Priority: $4,430.67<br>Administrative:<br>Unsecured:<br>Total: $4,430.67 | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| MAXWELL EMMA J<br>PO BOX 533<br>ORRVILLE, AL 36767-0533 | 4477 | Secured:<br>Priority: $289,000.00<br>Administrative:<br>Unsecured:<br>Total: $289,000.00 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| PRIORITY HEALTH<br>1231 E BELTLINE NE<br>GRAND RAPIDS, MI 49525 | 2813 | Secured:<br>Priority: $1,181,675.59<br>Administrative:<br>Unsecured:<br>Total: $1,181,675.59 | 04/26/2006 | DELPHI CORPORATION (05-44481) |
| RATLIFF LARRY G<br>2836 STATE ROUTE 571 WEST<br>GREENVILLE, OH 45331 | 5843 | Secured:<br>Priority: $40,000.00<br>Administrative:<br>Unsecured:<br>Total: $40,000.00 | 05/15/2006 | DELPHI CORPORATION (05-44481) |
| SKELTON GLORIA<br>PO BOX 498<br>COTTONDALE, AL 35453 | 8750 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,500.00<br>Total: $8,500.00 | 06/29/2006 | DELPHI CORPORATION (05-44481) |
| TREVA DANIELS CARLSON<br>409 SIXTH ST<br>FENTON, MI 48430 | 5565 | Secured:<br>Priority: $933.20<br>Administrative:<br>Unsecured: $462.80<br>Total: $1,396.00 | 05/10/2006 | DELPHI CORPORATION (05-44481) |

*UNL denotes an unliquidated claim

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| Total: | 8 | $1,575,002.26 | | |

*UNL denotes an unliquidated claim