In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11560-7    Filed 12/20/07    Entered 12/20/07 14:20:06    Exhibit E1
Pg 1 of 5

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2142<br>Date Filed: 02/27/2006<br>Docketed Total: $252,194.22<br>Filing Creditor Name and Address:<br>ASM CAPITAL AS ASSIGNEE FOR<br>ROBINSON INDUSTRIES INC<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11566 | Claim Holder Name and Address<br>ASM CAPITAL AS ASSIGNEE FOR<br>ROBINSON INDUSTRIES INC<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11566<br><br>Docketed Total: $252,194.22<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $252,194.22<br>                                                         $252,194.22 | Modified Total: $232,962.95<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $232,962.95<br>                                                         $232,962.95 |
| Claim: 5453<br>Date Filed: 05/10/2006<br>Docketed Total: $154,424.36<br>Filing Creditor Name and Address:<br>AVERY DENNINSON<br>CORPORATION<br>AVERY DENNISON<br>CORPORATION<br>7590 AUBURN RD<br>PAINESVILLE, OH 44077 | Claim Holder Name and Address<br>AVERY DENNINSON CORPORATION<br>AVERY DENNISON CORPORATION<br>7590 AUBURN RD<br>PAINESVILLE, OH 44077<br><br>Docketed Total: $154,424.36<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $154,424.36<br>                                                         $154,424.36 | Modified Total: $101,744.58<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $101,744.58<br>                                                         $101,744.58 |
| Claim: 13883<br>Date Filed: 07/31/2006<br>Docketed Total: $54,027.22<br>Filing Creditor Name and Address:<br>BP PRODUCTS NORTH AMERICA<br>INC<br>ATTN TOM W STRATTAN<br>28100 TORCH PKWY STE 300<br>WARRENVILLE, IL 60555 | Claim Holder Name and Address<br>BP PRODUCTS NORTH AMERICA<br>INC<br>ATTN TOM W STRATTAN<br>28100 TORCH PKWY STE 300<br>WARRENVILLE, IL 60555<br><br>Docketed Total: $54,027.22<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $54,027.22<br>                                                         $54,027.22 | Modified Total: $49,285.67<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $49,285.67<br>                                                         $49,285.67 |

*See Exhibit G for a listing of debtor entities by case number.

Page 1 of 5

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11560-7    Filed 12/20/07    Entered 12/20/07 14:20:06    Exhibit E1
Pg 2 of 5

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12701<br>Date Filed: 07/28/2006<br>Docketed Total: $90,000.68<br>Filing Creditor Name and Address:<br>CANON USA INC<br>1 CANON PLZ<br>LAKE SUCCESS, NY 11042-1198 | Claim Holder Name and Address<br>CANON USA INC　　　　Docketed Total:　$90,000.68<br>1 CANON PLZ<br>LAKE SUCCESS, NY 11042-1198<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44481　　　　　　　　　　　　　$90,000.68<br>　　　　　　　　　　　　　　　　　$90,000.68 | Modified Total: $87,914.84<br><br><br><br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　$87,914.84<br>　　　　　　　　　　　　　　　　$87,914.84 |
| Claim: 4770<br>Date Filed: 05/04/2006<br>Docketed Total: $44,637.41<br>Filing Creditor Name and Address:<br>CAUCHO METAL PRODUCTS II S L<br>PI CANTABRIA<br>C NAVAL 7<br>LOGRONO, 26006<br>SPAIN | Claim Holder Name and Address<br>CAUCHO METAL PRODUCTS II S L　　Docketed Total:　$44,637.41<br>PI CANTABRIA<br>C NAVAL 7<br>LOGRONO, 26006<br>SPAIN<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　　$44,637.41<br>　　　　　　　　　　　　　　　　　$44,637.41 | Modified Total: $32,170.98<br><br><br><br><br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　$32,170.98<br>　　　　　　　　　　　　　　　　$32,170.98 |
| Claim: 14580<br>Date Filed: 07/31/2006<br>Docketed Total: $190,241.45<br>Filing Creditor Name and Address:<br>KOSTAL KONTAKT SYSTEME GMBH<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR　Docketed Total:　$190,241.45<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　$190,241.45<br>　　　　　　　　　　　　　　　　$190,241.45 | Modified Total: $120,665.22<br><br><br><br><br><br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　$120,665.22<br>　　　　　　　　　　　　　　　$120,665.22 |

*See Exhibit G for a listing of debtor entities by case number.

Page 2 of 5

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11560-7    Filed 12/20/07    Entered 12/20/07 14:20:06    Exhibit E1
Pg 3 of 5

Twenty-Third Omnibus Claims Objection

EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1372<br>Date Filed: 12/29/2005<br>Docketed Total: $1,144,684.57<br>Filing Creditor Name and Address:<br>LUNT MANUFACTURING COMPANY INC<br>601 605 LUNT AVE<br>SCHAUMBURG, IL 60193 | Claim Holder Name and Address<br>STONEHILL INSTITUTIONAL PARTNERS LP<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $1,144,684.57<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                              $1,144,684.57<br>                                                      $1,144,684.57 | Modified Total: $1,142,129.02<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                              $1,142,129.02<br>                                                      $1,142,129.02 |
| Claim: 1753<br>Date Filed: 02/02/2006<br>Docketed Total: $17,602.50<br>Filing Creditor Name and Address:<br>MAGNECO METREL INC<br>223 INTERSTATE RD<br>ADDISON, IL 60101 | Claim Holder Name and Address<br>MAGNECO METREL INC<br>223 INTERSTATE RD<br>ADDISON, IL 60101<br><br>Docketed Total: $17,602.50<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                              $17,602.50<br>                                                      $17,602.50 | Modified Total: $9,902.50<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                              $9,902.50<br>                                                      $9,902.50 |
| Claim: 7339<br>Date Filed: 06/02/2006<br>Docketed Total: $16,288.93<br>Filing Creditor Name and Address:<br>MULTIBASE INC<br>C O DOW CORNING CORPORATION<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686 | Claim Holder Name and Address<br>MULTIBASE INC<br>C O DOW CORNING CORPORATION<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686<br><br>Docketed Total: $16,288.93<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                              $16,288.93<br>                                                      $16,288.93 | Modified Total: $16,288.93<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                              $16,288.93<br>                                                      $16,288.93 |

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11560-7    Filed 12/20/07    Entered 12/20/07 14:20:06    Exhibit E1
Pg 4 of 5

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11290<br>Date Filed: 07/27/2006<br>Docketed Total: $28,550.00<br>Filing Creditor Name and Address:<br>PACER GLOBAL LOGISTICS INC<br>6805 PERIMETER DR<br>PO BOX 8104<br>DUBLIN, OH 43016 | Claim Holder Name and Address<br>PACER GLOBAL LOGISTICS INC<br>6805 PERIMETER DR<br>PO BOX 8104<br>DUBLIN, OH 43016<br><br>Docketed Total: $28,550.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                       $28,550.00<br>                                                          $28,550.00 | Modified Total: $25,390.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                       $25,390.00<br>                                                          $25,390.00 |
| Claim: 11287<br>Date Filed: 07/27/2006<br>Docketed Total: $66,118.80<br>Filing Creditor Name and Address:<br>PRINCE MANUFACTURING<br>OXFORD EF<br>PO BOX 2519<br>HOLLAND, MI 49422 | Claim Holder Name and Address<br>PRINCE MANUFACTURING OXFORD EF<br>PO BOX 2519<br>HOLLAND, MI 49422<br><br>Docketed Total: $66,118.80<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                       $66,118.80<br>                                                          $66,118.80 | Modified Total: $9,811.27<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                       $9,811.27<br>                                                          $9,811.27 |
| Claim: 8866<br>Date Filed: 06/30/2006<br>Docketed Total: $166,503.06<br>Filing Creditor Name and Address:<br>RIVERSIDE CLAIMS LLC AS<br>ASSIGNEE FOR METPROTECH<br>PO BOX 626 PLANETARIUM<br>STATION<br>NEW YORK, NY 10024 | Claim Holder Name and Address<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR METPROTECH<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK, NY 10024<br><br>Docketed Total: $166,503.06<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                       $166,503.06<br>                                                          $166,503.06 | Modified Total: $91,479.41<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                       $91,479.41<br>                                                          $91,479.41 |

*See Exhibit G for a listing of debtor entities by case number.

Page 4 of 5

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11560-7    Filed 12/20/07    Entered 12/20/07 14:20:06    Exhibit E1
Pg 5 of 5

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14267<br>Date Filed: 07/31/2006<br>Docketed Total: $113,416.75<br>Filing Creditor Name and Address:<br>ROBIN INDUSTRIES INC<br>TECHNICAL SERVICES GROUP<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>ROBIN INDUSTRIES INC TECHNICAL SERVICES GROUP<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102<br><br>Docketed Total: $113,416.75<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                      $113,416.75<br>                                                        $113,416.75 | Modified Total: $97,345.56<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                      $97,345.56<br>                                                        $97,345.56 |
| | | **Total Claims to be Modified: 13**<br>**Total Amount as Docketed:** $2,338,689.95<br>**Total Amount as Modified:** $2,017,090.93 |

*See Exhibit G for a listing of debtor entities by case number.