In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11560-8    Filed 12/20/07    Entered 12/20/07 14:20:06    Exhibit E2
Pg 1 of 6

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15139<br>Date Filed: 07/31/2006<br>Docketed Total: $59,414.30<br>Filing Creditor Name and Address:<br>AMERICAN COIL SPRING COMPANY<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | Claim Holder Name and Address<br>AMERICAN COIL SPRING COMPANY<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306<br><br>Docketed Total: $59,414.30<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $59,414.30<br>                                                        $59,414.30 | Modified Total: $51,678.10<br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                      $6,798.05   $44,880.05<br>                              $6,798.05   $44,880.05 |
| Claim: 16733<br>Date Filed: 10/17/2005<br>Docketed Total: $15,181.24<br>Filing Creditor Name and Address:<br>DAISHINKU AMERICA CORP DBA<br>KDS AMERICA<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | Claim Holder Name and Address<br>DAISHINKU AMERICA CORP DBA<br>KDS AMERICA<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302<br><br>Docketed Total: $15,181.24<br><br>Case Number*  Secured  Priority    Unsecured<br>05-44481                      $15,181.24<br>                              $15,181.24 | Modified Total: $15,181.24<br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                      $15,181.24<br>                              $15,181.24 |
| Claim: 2350<br>Date Filed: 03/21/2006<br>Docketed Total: $222,736.28<br>Filing Creditor Name and Address:<br>FEDERAL SCREW WORKS<br>20229 9 MILE RD<br>SAINT CLAIR SHORES, MI 48080-1775 | Claim Holder Name and Address<br>FEDERAL SCREW WORKS<br>20229 9 MILE RD<br>SAINT CLAIR SHORES, MI 48080-1775<br><br>Docketed Total: $222,736.28<br><br>Case Number*  Secured  Priority    Unsecured<br>05-44481                      $4,013.35   $218,722.93<br>                              $4,013.35   $218,722.93 | Modified Total: $216,117.26<br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                      $4,013.35   $212,103.91<br>                              $4,013.35   $212,103.91 |

*See Exhibit G for a listing of debtor entities by case number.

Page 1 of 6

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 11560-8   Filed 12/20/07   Entered 12/20/07 14:20:06   Exhibit E2
Pg 2 of 6

Twenty-Third Omnibus Claims Objection

EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12366<br>Date Filed: 07/28/2006<br>Docketed Total: $279,597.43<br>Filing Creditor Name and Address:<br>GKN SINTER METALS INC<br>ATTEN GENERAL COUNSEL<br>3300 UNIVERSITY DR<br>AUBURN HILLS, MI 48326 | Claim Holder Name and Address<br>DEUTSCHE BANK SECURITIES INC    Docketed Total: $279,597.43<br>60 WALL ST 3RD FL<br>NEW YORK, NY 10005<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $279,597.43<br>                                             $279,597.43 | Modified Total: $279,597.43<br><br>Case Number*   Secured   Priority     Unsecured<br>05-44640                  $43,913.00   $235,684.43<br>                          $43,913.00   $235,684.43 |
| Claim: 16731<br>Date Filed: 10/12/2005<br>Docketed Total: $13,494.00<br>Filing Creditor Name and Address:<br>JOHNSON BATTERY COMPANY INC<br>PO BOX 909<br>9840 US HWY 19<br>ZEBULON, GA 30295 | Claim Holder Name and Address<br>JOHNSON BATTERY COMPANY INC    Docketed Total: $13,494.00<br>PO BOX 909<br>9840 US HWY 19<br>ZEBULON, GA 30295<br><br>Case Number*   Secured   Priority     Unsecured<br>05-44481                          $13,494.00<br>                                  $13,494.00 | Modified Total: $13,494.00<br><br>Case Number*   Secured   Priority     Unsecured<br>05-44640                          $13,494.00<br>                                  $13,494.00 |
| Claim: 14404<br>Date Filed: 07/31/2006<br>Docketed Total: $1,204,920.60<br>Filing Creditor Name and Address:<br>KOSTAL OF MEXICANA S A DE C V<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR    Docketed Total: $1,204,920.60<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $1,204,920.60<br>                                             $1,204,920.60 | Modified Total: $1,201,739.44<br><br>Case Number*   Secured   Priority     Unsecured<br>05-44640                  $11,188.73   $1,190,550.71<br>                          $11,188.73   $1,190,550.71 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11560-8    Filed 12/20/07    Entered 12/20/07 14:20:06    Exhibit E2
Pg 3 of 6

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1371<br>Date Filed: 12/29/2005<br>Docketed Total: $298,662.43<br>Filing Creditor Name and Address:<br>LUNT MANUFACTURING COMPANY INC<br>601 605 LUNT AVE<br>SCHAUMBURG, IL 60193 | Claim Holder Name and Address<br>STONEHILL INSTITUTIONAL PARTNERS LP<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $298,662.43<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                              $298,662.43<br>                                              $298,662.43 | Modified Total: $292,051.84<br><br>Case Number*  Secured  Priority     Unsecured<br>05-44640                  $10,000.00  $282,051.84<br>                              $10,000.00  $282,051.84 |
| Claim: 16732<br>Date Filed: 10/20/2005<br>Docketed Total: $25,974.39<br>Filing Creditor Name and Address:<br>OPTREX AMERICA INC<br>BERRY & MORRMAN PROFESSIONAL CORPORATION<br>ATTORNEYS AT LAW<br>THE BUHL BUILDING<br>535 GRISWOLD STE 1900<br>DETROIT, MI 48226 | Claim Holder Name and Address<br>OPTREX AMERICA INC<br>BERRY & MORRMAN PROFESSIONAL CORPORATION ATTORNEYS AT LAW<br>THE BUHL BUILDING<br>535 GRISWOLD STE 1900<br>DETROIT, MI 48226<br><br>Docketed Total: $25,974.39<br><br>Case Number*  Secured  Priority     Unsecured<br>05-44481                  $25,974.39<br>                              $25,974.39 | Modified Total: $25,974.39<br><br>Case Number*  Secured  Priority     Unsecured<br>05-44640                  $25,974.39<br>                              $25,974.39 |
| Claim: 9647<br>Date Filed: 07/12/2006<br>Docketed Total: $618,507.09<br>Filing Creditor Name and Address:<br>PARK ENTERPRISES OF ROCHESTER INC<br>ATTN JERRY GREENFIELD ESQ<br>2 STATE ST STE1600<br>ROCHESTER, NY 14614 | Claim Holder Name and Address<br>PARK ENTERPRISES OF ROCHESTER INC<br>ATTN JERRY GREENFIELD ESQ<br>2 STATE ST STE1600<br>ROCHESTER, NY 14614<br><br>Docketed Total: $618,507.09<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                              $618,507.09<br>                                              $618,507.09 | Modified Total: $618,507.09<br><br>Case Number*  Secured  Priority     Unsecured<br>05-44640                  $29,174.77  $589,332.32<br>                              $29,174.77  $589,332.32 |

*See Exhibit G for a listing of debtor entities by case number.

Page 3 of 6

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11560-8    Filed 12/20/07    Entered 12/20/07 14:20:06    Exhibit E2
Pg 4 of 6

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14262<br>Date Filed: 07/31/2006<br>Docketed Total: $168,006.39<br>Filing Creditor Name and Address:<br>ROBIN INDUSTRIES INC BERLIN DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>ROBIN INDUSTRIES INC BERLIN DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Docketed Total: | | $168,006.39 | | Modified Total: | | $149,243.27 |
| | Case Number*<br>05-44640 | Secured<br>$27,814.26<br>$27,814.26 | Priority | Unsecured<br>$140,192.13<br>$140,192.13 | Case Number*<br>05-44640 | Secured<br>$27,814.26<br>$27,814.26 | Priority | Unsecured<br>$121,429.01<br>$121,429.01 |
| Claim: 14265<br>Date Filed: 07/31/2006<br>Docketed Total: $43,152.38<br>Filing Creditor Name and Address:<br>ROBIN INDUSTRIES INC CLEVELAND DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>ROBIN INDUSTRIES INC CLEVELAND DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Docketed Total: | | $43,152.38 | | Modified Total: | | $34,892.38 |
| | Case Number*<br>05-44640 | Secured<br>$4,266.38<br>$4,266.38 | Priority | Unsecured<br>$38,886.00<br>$38,886.00 | Case Number*<br>05-44640 | Secured<br>$4,266.38<br>$4,266.38 | Priority | Unsecured<br>$30,626.00<br>$30,626.00 |
| Claim: 14264<br>Date Filed: 07/31/2006<br>Docketed Total: $273,074.52<br>Filing Creditor Name and Address:<br>ROBIN INDUSTRIES INC ELASTO TEC DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>ROBIN INDUSTRIES INC ELASTO TEC DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Docketed Total: | | $273,074.52 | | Modified Total: | | $213,235.86 |
| | Case Number*<br>05-44640 | Secured<br>$20,668.09<br>$20,668.09 | Priority | Unsecured<br>$252,406.43<br>$252,406.43 | Case Number*<br>05-44640 | Secured<br>$20,668.09<br>$20,668.09 | Priority | Unsecured<br>$192,567.77<br>$192,567.77 |

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 11560-8   Filed 12/20/07   Entered 12/20/07 14:20:06   Exhibit E2
Pg 5 of 6

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14271<br>Date Filed: 07/31/2006<br>Docketed Total: $863,539.71<br>Filing Creditor Name and Address:<br>ROBIN INDUSTRIES INC<br>FREDERICKSBURG FACILITY<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>ROBIN INDUSTRIES INC<br>FREDERICKSBURG FACILITY<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102<br><br>Docketed Total: $863,539.71<br><br>Case Number*    Secured        Priority       Unsecured<br>05-44640        $81,341.20                    $782,198.51<br>                 $81,341.20                    $782,198.51 | Modified Total: $468,241.57<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                    $81,341.20    $386,900.37<br>                             $81,341.20    $386,900.37 |
| Claim: 14274<br>Date Filed: 07/31/2006<br>Docketed Total: $686,589.88<br>Filing Creditor Name and Address:<br>ROBIN INDUSTRIES INC HOLMCO<br>DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>ROBIN INDUSTRIES INC HOLMCO<br>DIVISION<br>ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102<br><br>Docketed Total: $686,589.88<br><br>Case Number*    Secured        Priority       Unsecured<br>05-44640        $58,220.01                    $628,369.87<br>                 $58,220.01                    $628,369.87 | Modified Total: $412,536.02<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                    $58,220.01    $354,316.01<br>                             $58,220.01    $354,316.01 |

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 11560-8   Filed 12/20/07   Entered 12/20/07 14:20:06   Exhibit E2
Pg 6 of 6

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10682<br>Date Filed: 07/26/2006<br>Docketed Total: $1,569,568.55<br>Filing Creditor Name and Address:<br>STMICROELECTRONICS INC FKA<br>SGS THOMPSON<br>MICROELECTRONICS<br>THOMPSON & KNIGHT LLP<br>333 CLAY ST STE 3300<br>HOUSTON, TX 77002 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>C O US BANK NATIONAL<br>ASSOCIATION<br>CORPORATE TRUST SERVICES<br>1420 FIFTH AVE 7TH FL<br>SEATTLE, WA 98101<br><br>Docketed Total: $1,454,529.30<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $1,454,529.30<br><br>                                         $1,454,529.30 | Modified Total: $1,454,529.30<br><br><br><br><br><br><br><br>Case Number*   Secured   Priority         Unsecured<br>05-44640                    $153,204.95   $1,301,324.35<br><br>                            $153,204.95   $1,301,324.35 |
| | Claim Holder Name and Address<br><br>STMICROELECTRONICS INC FKA<br>SGS THOMPSON<br>MICROELECTRONICS<br>THOMPSON & KNIGHT LLP<br>333 CLAY ST STE 3300<br>HOUSTON, TX 77002<br><br>Docketed Total: $115,039.25<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $115,039.25<br><br>                                         $115,039.25 | Modified Total: $115,039.25<br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $115,039.25<br><br>                                         $115,039.25 |
| Claim: 16730<br>Date Filed: 10/10/2005<br>Docketed Total: $28,575.50<br>Filing Creditor Name and Address:<br>WELLMAN INC<br>SHUMAKER LOOP & KENDRICK LLP<br>128 S TRYON ST STE 1800<br>CHARLOTTE, NC 28202 | Claim Holder Name and Address<br><br>WELLMAN INC<br>SHUMAKER LOOP & KENDRICK LLP<br>128 S TRYON ST STE 1800<br>CHARLOTTE, NC 28202<br><br>Docketed Total: $28,575.50<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481               $28,575.50<br><br>                       $28,575.50 | Modified Total: $28,575.50<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567               $28,575.50<br><br>                       $28,575.50 |
| | | **Total Claims to be Modified: 16**<br>**Total Amount as Docketed:** $6,370,994.69<br>**Total Amount as Modified:** $5,590,633.94 |

*See Exhibit G for a listing of debtor entities by case number.