In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11560-9    Filed 12/20/07    Entered 12/20/07 14:20:06    Exhibit E3
Pg 1 of 1

Twenty-Third Omnibus Claims Objection

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS \*\***

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16684<br>Date Filed: 10/13/2005<br>Docketed Total: $ 14,880.00<br>Filing Creditor Name and Address:<br>　TESSIER MACHINE CO<br>　526 MAIN ST<br>　HUDSON, MA 01749 | Claim Holder Name and Address<br>　TESSIER MACHINE CO　　Docketed Total: $14,880.00<br>　526 MAIN ST<br>　HUDSON, MA 01749<br><br>Case Number*    Secured    Priority        Unsecured<br>05-44481                         $14,880.00<br>　　　　　　　　　　　　　　$14,880.00 | Modified Total: $14,880.00<br><br>Case Number*    Secured    Priority        Unsecured<br>05-44511                         $14,880.00<br>　　　　　　　　　　　　　　$14,880.00 |
| | | **Total Claims to be Modified: 1**<br>**Total Amount as Docketed:  $14,880.00**<br>**Total Amount as Modified:  $ 14,880.00** |

\*See Exhibit G for a listing of debtor entities by case number.　　　　　Page 1 of 1

\*\*The asserted and docketed debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, all of the proofs of claim on this Exhibit have been ordered modified with respect to the debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the debtor, classification, and amount as modified in prior omnibus claims objections orders.