**In re Delphi Corporation, et al.**  **Twenty-Third Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT F-1 - ADJOURNED EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PENNEY JAMES<br>445 N KING ST<br>XENIA, OH 45385-2207 | 11395 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$115,276.00<br>$115,276.00 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$115,276.00** | | |

Page 1 of 1