**In re Delphi Corporation, et al.**  Twenty-Third Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

### EXHIBIT F-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PREFERRED SOURCING LLC<br>ONE INDIANA SQ STE 3500<br>INDIANAPOLIS, IN 46204 | 11531 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $97,416.63<br><br><br><br>$97,416.63 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| US DEPT OF HEALTH AND HUMAN SERVICES<br>SOUTHERN DISTRICT OF NEW YORK<br>86 CHAMBERS ST<br>NEW YORK, NY 10007 | 2578 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$65,799.34<br>$65,799.34 | 04/06/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| **Total:** | **2** | | **$163,215.97** | | |