05-44481-rdd    Doc 11560-12    Filed 12/20/07    Entered 12/20/07 14:20:06    Exhibit F3
Pg 1 of 3

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Third Omnibus Claims Objection

**EXHIBIT F-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6844<br>Date Filed: 05/25/2006<br>Docketed Total: $2,773,276.88<br>Filing Creditor Name and Address:<br>AMBRAKE CORPORATION<br>DICKINSON WRIGHT PLLC<br>301 LIBERTY STE 500<br>ANN ARBOR, MI 48204-2266 | Claim Holder Name and Address<br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004<br><br>Docketed Total: $2,773,276.88<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $2,773,276.88<br>                                             $2,773,276.88 | Modified Total: $2,768,486.44<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $2,768,486.44<br>                                             $2,768,486.44 |
| Claim: 1406<br>Date Filed: 12/30/2005<br>Docketed Total: $314,170.07<br>Filing Creditor Name and Address:<br>AUTOPARTES DE PRECISION A DIV OF MINIATURE PRECISION COMPONENTS<br>100 WISCONSIN ST<br>PO BOX 1901<br>WALWORTH, WI 53184 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Docketed Total: $314,170.07<br><br>Case Number*  Secured  Priority      Unsecured<br>05-44481                  $66,206.62     $247,963.45<br>                                  $66,206.62     $247,963.45 | Modified Total: $261,685.90<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $261,685.90<br>                                             $261,685.90 |
| Claim: 10386<br>Date Filed: 07/24/2006<br>Docketed Total: $315,699.49<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF COLUMBIA INDUSTRIAL SALES CORP<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF COLUMBIA INDUSTRIAL SALES CORP<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $315,699.49<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $315,699.49<br>                                             $315,699.49 | Modified Total: $156,742.12<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $156,742.12<br>                                             $156,742.12 |

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11560-12    Filed 12/20/07    Entered 12/20/07 14:20:06    Exhibit F3
Pg 2 of 3

Twenty-Third Omnibus Claims Objection

**EXHIBIT F-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10598<br>Date Filed: 07/25/2006<br>Docketed Total: $172,287.79<br>Filing Creditor Name and Address:<br>E I DU PONT DE NEMOURS AND COMPANY DUPONT<br>DUPONT LEGAL D 4026<br>1007 MARKET ST<br>WILMINGTON, DE 19898 | Claim Holder Name and Address<br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $172,287.79<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44624                                    $172,287.79<br>                                                    $172,287.79 | Modified Total: $172,287.79<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44624                                    $15,808.68<br>05-44640                                    $156,479.11<br>                                                    $172,287.79 |
| Claim: 1407<br>Date Filed: 12/30/2005<br>Docketed Total: $948,811.79<br>Filing Creditor Name and Address:<br>MINIATURE PRECISION COMPONENTS<br>100 WISCONSIN ST<br>PO BOX 1901<br>WALWORTH, WI 53184 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Docketed Total: $948,811.79<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481              $239,745.37  $709,066.42<br>                           $239,745.37  $709,066.42 | Modified Total: $824,986.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $824,986.00<br>                                                    $824,986.00 |
| Claim: 15423<br>Date Filed: 07/31/2006<br>Docketed Total: $6,153,413.36<br>Filing Creditor Name and Address:<br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | Claim Holder Name and Address<br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302<br><br>Docketed Total: $6,153,413.36<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $6,153,413.36<br>                                                    $6,153,413.36 | Modified Total: $5,858,665.54<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $5,858,665.54<br>                                                    $5,858,665.54 |

*See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 11560-12   Filed 12/20/07   Entered 12/20/07 14:20:06   Exhibit F3
Pg 3 of 3

Twenty-Third Omnibus Claims Objection

**EXHIBIT F-3 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12223<br>Date Filed: 07/28/2006<br>Docketed Total: $59,964.21<br>Filing Creditor Name and Address:<br>WESCO DISTRIBUTION INC<br>225 W STATION SQUARE DR STE 700<br>PITTSBURGH, PA 15219 | Claim Holder Name and Address<br>WESCO DISTRIBUTION INC<br>225 W STATION SQUARE DR STE 700<br>PITTSBURGH, PA 15219 | Docketed Total: | | $59,964.21 | | Modified Total: | | $28,828.75 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $59,964.21 | 05-44640 | | | $28,828.75 |
| | | | | $59,964.21 | | | | $28,828.75 |

**Total Claims to be Modified: 7**

**Total Amount as Docketed:** $10,737,623.59

**Total Amount as Modified:** $10,071,682.54