In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11560-13    Filed 12/20/07    Entered 12/20/07 14:20:06    Exhibit F4
Pg 1 of 2

Twenty-Third Omnibus Claims Objection

**EXHIBIT F-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12688<br>Date Filed: 07/28/2006<br>Docketed Total: $878,079.89<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF AVON RUBBER & PLASTICS INC<br>411 WEST PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF AVON RUBBER & PLASTICS INC<br>411 WEST PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $878,079.89<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                $229,002.33  $649,077.56<br>                              $229,002.33  $649,077.56 | Modified Total: $790,350.09<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                $16,813.28  $773,536.81<br>                              $16,813.28  $773,536.81 |
| Claim: 12687<br>Date Filed: 07/28/2006<br>Docketed Total: $1,510,230.74<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $1,510,230.74<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                $486,583.11  $1,023,647.63<br>                              $486,583.11  $1,023,647.63 | Modified Total: $1,036,820.55<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                $82,200.00  $954,620.55<br>                              $82,200.00  $954,620.55 |
| Claim: 10596<br>Date Filed: 07/25/2006<br>Docketed Total: $123,481.26<br>Filing Creditor Name and Address:<br>E I DU PONT DE NEMOURS AND COMPANY DUPONT<br>DUPONT LEGAL D 4026<br>1007 MARKET ST<br>WILMINGTON, DE 19898 | Claim Holder Name and Address<br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $123,481.26<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                              $123,481.26<br>                                             $123,481.26 | Modified Total: $74,857.26<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                $1,332.42  $73,524.84<br>                              $1,332.42  $73,524.84 |

*See Exhibit G for a listing of debtor entities by case number.

EXHIBIT F-4 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15140<br>Date Filed: 07/31/2006<br>Docketed Total: $230,129.45<br>Filing Creditor Name and Address:<br>GMD INDUSTRIES LLC DBA<br>PRODUCTION SCREW MACHINE<br>COOLIGE WALL CO LPA<br>33 W 1ST ST STE 600<br>DAYTON, OH 45402 | Claim Holder Name and Address<br>GMD INDUSTRIES LLC DBA<br>PRODUCTION SCREW MACHINE<br>COOLIGE WALL CO LPA<br>33 W 1ST ST STE 600<br>DAYTON, OH 45402<br><br>Docketed Total: $230,129.45<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640     $136,420.72   $93,708.73<br>     $136,420.72   $93,708.73 | Modified Total: $115,518.21<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640     $21,809.48   $93,708.73<br>     $21,809.48   $93,708.73 |
| Claim: 14270<br>Date Filed: 07/31/2006<br>Docketed Total: $844,833.40<br>Filing Creditor Name and Address:<br>ROBIN MEXICANA S DE RL DE CV<br>C O ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>ROBIN MEXICANA S DE RL DE CV<br>C O ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102<br><br>Docketed Total: $844,833.40<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $47,982.69    $796,850.71<br>   $47,982.69    $796,850.71 | Modified Total: $225,729.18<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $47,982.69    $177,746.49<br>   $47,982.69    $177,746.49 |
| | | **Total Claims to be Modified: 5**<br>**Total Amount as Docketed:** $3,586,754.74<br>**Total Amount as Modified:** $2,243,275.29 |

*See Exhibit G for a listing of debtor entities by case number.