DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 988-2700
David B. Aaronson (DA-8387)

Attorneys for Henkel Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re:                                    :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
    Debtors.                              :    (Jointly Administered)
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS        )
                         ) ss.:
COUNTY OF COOK           )

    I, **Daniel Northrop**, having been duly sworn according to law, depose, and say:

    1.    The Affiant is not a party to the action, is over 18 years of age, and is a paralegal with the law firm of Drinker Biddle & Reath LLP, 191 N. Wacker Drive, Suite 3700, Chicago, Illinois 60606.

    2.    On December 20, 2007, I caused a true and correct copy of the SUPPLEMENTAL RESPONSE OF HENKEL CORPORATION IN SUPPORT OF CLAIMS to be served (i) via the Court's ECF System and (ii) via First Class U.S. Mail, postage prepaid, upon the parties listed on the attached Service List.

    /s/ Daniel Northrop_____
    **Daniel Northrop**

Sworn to before me this 20th
day of December 2007.

1

_/s/ Shauna West_____
Notary Public

My commission expires: 05/05/08

## SERVICE LIST

| | |
|---|---|
| Skadden, Arps, Sale, Meagher & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606<br>Attention: John Wm. Butler, Jr., Esq.<br>         John K. Lyons, Esq.<br>         Joseph N. Wharton, Esq. | Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attention: General Counsel |
| Donald Bernstein, Esq.<br>Brian Resnick, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY  10017 | Kayalyn A. Marafioti, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 |
| Bonnie Steingart, Esq.<br>Fried, Frank, Harris, Shriver et al.<br>One New York Plaza<br>New York, NY  10004 | Robert J. Rosenberg, Esq.<br>Mark A. Broude, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022-4834 |
| Office of the United States Trustee<br>Southern District of New York<br>Attn:  Alicia M. Leohard<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 | |

NY01/ 6010251.1

2