**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

Judy A. O'Neill (admitted *Pro Hac Vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                          )
In re:                                     )
                                                          )      Chapter 11
DELPHI CORPORATION, et al.,         )      Case No. 05-44481 (RDD)
                                                          )      Jointly Administered
              Debtors.                 )
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL AS COUNSEL

      PLEASE TAKE NOTICE that Foley & Lardner LLP hereby withdraws its appearance as counsel for Yazaki North America, Inc. in connection with the above-captioned matter.

                                                Respectfully submitted,

                                                FOLEY & LARDNER LLP

                                                By:     /s/ Judy A. O'Neill
                                                     Judy A. O'Neill (admitted *Pro Hac Vice*)
                                                     David G. Dragich (admitted *Pro Hac Vice*)
                                                500 Woodward Ave., Suite 2700
                                                Detroit, MI 48226
                                                Telephone: (313) 234-7100
                                                Facsimile: (313) 234-2800

Dated: December 20, 2007

DETR_493878.1