IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :

In re                            :     Chapter 11
                                   :

DELPHI CORPORATION, et al.,      :     Case No. 05-44481 (RDD)
                                   :

                Debtors.    :     (Jointly Administered)
                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On December 4, 2007, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, (ii) upon the parties listed on Exhibit B hereto electronic notification and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

1) Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 11566, 11567 And 11568 (Semi-Conductor Components Industries LLC And SPCP Group LLC) (Docket No. 11222) [a copy of which is attached hereto as Exhibit D]

2) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 2377 (Fujitsu Ten Corp. Of America) ("Statement Of Disputed Issues - Fujitsu Ten Corp. Of America") (Docket No. 11223) [a copy of which is attached hereto as Exhibit E]

3) Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 1771, 1772 And 1773 (Castwell Products, Inc., Citation Foundry Corp.,And Texas Foundries, Ltd./Jpmorgan Chase Bank, As Assignee) ("Statement Of Disputed Issues - Castwell Products, Inc., Citation Foundry Corp., And Texas Foundries, Ltd./Jpmorgan Chase, N.A.") (Docket No. 11224) [a copy of which is attached hereto as Exhibit F]

4) Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Number 14347 (Philips Semiconductors, Inc./NXP Semi-Conductors USA, Inc./SPCP Group, L.L.C.) ("Statement Of Disputed Issues - Philips Semiconductors, Inc./NXP Semi-Conductors USA, Inc./SPCP Group, L.L.C.") (Docket No. 11225) [a copy of which is attached hereto as Exhibit G]

5) Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Number 14141 (SPCP Group, L.L.C. As Assignee Of Parker Hannifin Corporation/Contrarian Funds, LLC) ("Statement Of Disputed Issues - SPCP Group, L.L.C. As Assignee Of Parker Hannifin Corporation/Contrarian Funds, LLC") (Docket No. 11226) [a copy of which is attached hereto as Exhibit H]

6) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 2468 (3M Company) ("Statement Of Disputed Issues - 3M Company") (Docket No. 11227) [a copy of which is attached hereto as Exhibit I]

7) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 12181 (Ohio Edison Company) ("Statement Of Disputed Issues - Ohio Edison Company") (Docket No. 11228) [a copy of which is attached hereto as Exhibit J]

8) Debtor's Statement Of Disputed Issues With Respect To Proof Of Claim Number 11530 (Essex Group, Inc.) ("Statement Of Disputed Issues - Essex Group, Inc.") (Docket No. 11229) [a copy of which is attached hereto as Exhibit K]

9) Debtor's Statement Of Disputed Issues With Respect To Proof Of Claim Number 10490 (Donaldson Company Inc.) ("Statement Of Disputed Issues - Donaldson Company") (Docket No. 11231) [a copy of which is attached hereto as Exhibit L]

10) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 8657 (United States Steel Corp./SPCP Group L.L.C.) ("Statement Of Disputed Issues - United States Steel Corp./SPCP Group L.L.C.") (Docket No. 11238) [a copy of which is attached hereto as Exhibit M]

11) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 10574 (Furukawa Electric North America APD, Inc. And Furukawa Electric Company) ("Statement Of Disputed Issues - Furukawa Electric North America APD, Inc. And Furukawa Electric Company") (Docket No. 11239) [a copy of which is attached hereto as Exhibit N]

12) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 14664 (Cooper Standard Automotive F/K/A ITT Automotive Fluid Hdg. Syst./Deutsche Bank Securities Inc.) ("Statement Of Disputed Issues - Cooper Standard Automotive F/K/A ITT Automotive Fluid Hdg. Syst./Deutsche Bank Securities Inc.") (Docket No. 11240) [a copy of which is attached hereto as Exhibit O]

13) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Numbers 15299 And 14645 (Al-Shreveport, LLC And Android Industries,

LLC) ("Statement Of Disputed Issues - Al-Shreveport, LLC And Android Industries, LLC") (Docket No. 11241) [a copy of which is attached hereto as Exhibit P]

14) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 15018 (Automodular Assemblies Inc.) ("Statement Of Disputed Issues - Automodular Assemblies Inc.") (Docket No. 11242) [a copy of which is attached hereto as Exhibit Q]

15) Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 563, 912, 1125, 1126, 1578, 1579, 1582, 1583, 1584, 1585, 2102, 2103, 2529, 16636, 16637 And 7506 (SBC Yellow Pages, SBC Advanced Solutions Inc., SBC Datacom, SBC Global, SBC Long Distance Distance Inc., AT&T Global Services (F/K/A SBC Global) And AT&T Corp.) ("Statement Of Dispute Issues - SBC Yellow Pages, SBC Advanced Solutions Inc., SBC Datacom, SBC Global, SBC Long Distance Distance Inc., AT&T Global Services (F/K/A SBC Global) And AT&T Corp") (Docket No. 11243) [a copy of which is attached hereto as Exhibit R]

16) Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 14125, 14126, 14127, 14128, 14129, 14130 And 14042, (FCI Automotive Deutschland GMBH, FCI Italia SPA, FCI Electronics Mexico S. De R.L. De C.V., FCI Automotive France S.A., FCI USA Inc., FCI Austria GMBH And FCI Canada Inc.) ("Statement Of Disputed Issues - FCI Automotive Deutschland GMBH, FCI Italia SPA, FCI Electronics Mexico S. De R.L. De C.V., FCI Automotive France S.A., FCI USA Inc., FCI Austria GMBH And FCI Canada Inc.") (Docket No. 11244) [a copy of which is attached hereto as Exhibit S]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on Exhibit T hereto via overnight mail:

17) Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 11566, 11567 And 11568 (Semi-Conductor Components Industries LLC And SPCP Group LLC) (Docket No. 11222) [a copy of which is attached hereto as Exhibit D]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on Exhibit U hereto via overnight mail:

18) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 2377 (Fujitsu Ten Corp. Of America) ("Statement Of Disputed Issues - Fujitsu Ten Corp. Of America") (Docket No. 11223) [a copy of which is attached hereto as Exhibit E]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit V</u> hereto via overnight mail:

19) Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 1771, 1772 And 1773 (Castwell Products, Inc., Citation Foundry Corp.,And Texas Foundries, Ltd./Jpmorgan Chase Bank, As Assignee) ("Statement Of Disputed Issues - Castwell Products, Inc., Citation Foundry Corp., And Texas Foundries, Ltd./Jpmorgan Chase, N.A.") (Docket No. 11224) [a copy of which is attached hereto as <u>Exhibit F</u>]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit W</u> hereto via overnight mail:

20) Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Number 14347 (Philips Semiconductors, Inc./NXP Semi-Conductors USA, Inc./SPCP Group, L.L.C.) ("Statement Of Disputed Issues - Philips Semiconductors, Inc./NXP Semi-Conductors USA, Inc./SPCP Group, L.L.C.") (Docket No. 11225) [a copy of which is attached hereto as <u>Exhibit G</u>]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit X</u> hereto via overnight mail:

21) Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Number 14141 (SPCP Group, L.L.C. As Assignee Of Parker Hannifin Corporation/Contrarian Funds, LLC) ("Statement Of Disputed Issues - SPCP Group, L.L.C. As Assignee Of Parker Hannifin Corporation/Contrarian Funds, LLC") (Docket No. 11226) [a copy of which is attached hereto as <u>Exhibit H</u>]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit Y</u> hereto via overnight mail:

22) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 2468 (3M Company) ("Statement Of Disputed Issues - 3M Company") (Docket No. 11227) [a copy of which is attached hereto as <u>Exhibit I</u>]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit Z</u> hereto via overnight mail:

23) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 12181 (Ohio Edison Company) ("Statement Of Disputed Issues - Ohio Edison Company") (Docket No. 11228) [a copy of which is attached hereto as <u>Exhibit J</u>]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit AA</u> hereto via overnight mail:

24) Debtor's Statement Of Disputed Issues With Respect To Proof Of Claim Number 11530 (Essex Group, Inc.) ("Statement Of Disputed Issues - Essex Group, Inc.") (Docket No. 11229) [a copy of which is attached hereto as <u>Exhibit K</u>]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit BB</u> hereto via overnight mail:

25) Debtor's Statement Of Disputed Issues With Respect To Proof Of Claim Number 10490 (Donaldson Company Inc.) ("Statement Of Disputed Issues - Donaldson Company") (Docket No. 11231) [a copy of which is attached hereto as <u>Exhibit L</u>]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit CC</u> hereto via overnight mail:

26) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 8657 (United States Steel Corp./SPCP Group L.L.C.) ("Statement Of Disputed Issues - United States Steel Corp./SPCP Group L.L.C.") (Docket No. 11238) [a copy of which is attached hereto as <u>Exhibit M</u>]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit DD</u> hereto via overnight mail:

27) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 10574 (Furukawa Electric North America APD, Inc. And Furukawa Electric Company) ("Statement Of Disputed Issues - Furukawa Electric North America APD, Inc. And Furukawa Electric Company") (Docket No. 11239) [a copy of which is attached hereto as <u>Exhibit N</u>]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit EE</u> hereto via overnight mail:

28) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 14664 (Cooper Standard Automotive F/K/A ITT Automotive Fluid Hdg. Syst./Deutsche Bank Securities Inc.) ("Statement Of Disputed Issues - Cooper Standard Automotive F/K/A ITT Automotive Fluid Hdg. Syst./Deutsche Bank Securities Inc.") (Docket No. 11240) [a copy of which is attached hereto as <u>Exhibit O</u>]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit FF</u> hereto via overnight mail:

29) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Numbers 15299 And 14645 (Al-Shreveport, LLC And Android Industries, LLC) ("Statement Of Disputed Issues - Al-Shreveport, LLC And Android Industries, LLC") (Docket No. 11241) [a copy of which is attached hereto as <u>Exhibit P</u>]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit GG</u> hereto via overnight mail:

30) Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 15018 (Automodular Assemblies Inc.) ("Statement Of Disputed Issues - Automodular Assemblies Inc.") (Docket No. 11242) [a copy of which is attached hereto as <u>Exhibit Q</u>]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit HH</u> hereto via overnight mail:

31) Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 563, 912, 1125, 1126, 1578, 1579, 1582, 1583, 1584, 1585, 2102, 2103, 2529, 16636, 16637 And 7506 (SBC Yellow Pages, SBC Advanced Solutions Inc., SBC Datacom, SBC Global, SBC Long Distance Distance Inc., AT&T Global Services (F/K/A SBC Global) And AT&T Corp.) ("Statement Of Dispute Issues - SBC Yellow Pages, SBC Advanced Solutions Inc., SBC Datacom, SBC Global, SBC Long Distance Distance Inc., AT&T Global Services (F/K/A SBC Global) And AT&T Corp") (Docket No. 11243) [a copy of which is attached hereto as <u>Exhibit R</u>]

On December 4, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit II</u> hereto via overnight mail:

32) Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 14125, 14126, 14127, 14128, 14129, 14130 And 14042, (FCI Automotive Deutschland GMBH, FCI Italia SPA, FCI Electronics Mexico S. De R.L. De C.V., FCI Automotive France S.A., FCI USA Inc., FCI Austria GMBH And FCI Canada Inc.) ("Statement Of Disputed Issues - FCI Automotive Deutschland GMBH, FCI Italia SPA, FCI Electronics Mexico S. De R.L. De C.V., FCI Automotive France S.A., FCI USA Inc., FCI Austria GMBH And FCI Canada Inc.") (Docket No. 11244) [a copy of which is attached hereto as <u>Exhibit S</u>]

Dated: December 20, 2007

_____/s/ Elizabeth Adam_____
Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th day of December, 2007, by
Elizabeth Adam, personally known to me or proved to me on the basis of satisfactory
evidence to be the person who appeared before me.

Signature: _____/s/ Leanne V. Rehder_____

Commission Expires:__3/2/08_____

# EXHIBIT A

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

12/20/2007 6:20 PM
Master Service List Overnight Mail

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

12/20/2007 6:20 PM
Master Service List Overnight Mail

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | | | Creditor Committee Member |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

12/20/2007 6:20 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain | 34 956 226 311 | | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | 401-751-0604 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | 202-887-4288 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | 590 Madison Ave | | New York | NY | 10022-2524 | | 212-872-1000 | 212-872-1002 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Companay, Ltd., and Furukawa Electric North America APD, Inc. |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Anthony Ostlund & Baer PA | John B Orenstein | 3600 Wells Fargo Ctr | 90 S 7th St | Minneapolis | MN | 55402 | | 612-349-6969 | 612-349-6996 | jorenstein@aoblaw.com | Attorneys for Whitebox Hedged High Yield Partners, LP |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | 205-226-8799 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 20

12/20/2007 6:19 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S. A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

12/20/2007 6:19 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue Carina M de la Torre | 2700 First Indiana Plz | 135 N Pennsylvania St | Indianapolis | IN | 46204 | | 317-684-5000 | 317-684-5173 | mtrentadue@boselaw.com cdelatorre@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605 529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | 202-862-2400 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-5123 | driggio@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Enhart Technologies LLL and Adell Plastics, Inc. |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

12/20/2007 6:19 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A. de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Aereospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 20

12/20/2007 6:19 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | 212-248-3141 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute
Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Garvey Schubert Barer | Roberto Carrillo | 100 Wall St 20th Fl | | New York | NY | 10005 | | 212-965-4511 | 212-334-1278 | rcarrillo@gsblaw.com | Attorney's for Tecnomec S.r.l. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Merle C. Meyers | 44 Montgomery Street | Suite 2900 | San Francisco | CA | 94104 | | 415-362-5045 | 415-362-2392 | mmeyers@gsmdlaw.com | Counsel to Alps Automotive, Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

12/20/2007 6:19 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation; Co Counsel for Yazaki North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 20

12/20/2007 6:19 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | 212-972-1677 | sgross@hodgsonruss.com | Co-Counsel for Yazaki North America, Inc. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

12/20/2007 6:19 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com bdimos@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

12/20/2007 6:19 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 20

12/20/2007 6:19 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuireWoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

12/20/2007 6:19 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | jdonahue@miheritage.com | Counsel to  Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Inc. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 20

12/20/2007 6:19 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | 609-777-3055 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | 614-752-2441 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302- 652-4400 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | Rfeinstein@pszjlaw.com Ischarf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin B. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | 724-981-1398 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | 608-294-4920 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty. com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. Counsel for Pamela Gellar |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher F. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 20

12/20/2007 6:19 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | 609-227-4646 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 20

12/20/2007 6:19 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pabutler@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang, Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | 502-779-8274 502-587-6391 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebona Corporation (North America) |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 20

12/20/2007 6:19 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | 81-3-3286-3919 | niizeki.tetsuhiro@furukawa.co.jp | The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | 440-930-8098 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

12/20/2007 6:19 PM
Email

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | Counsel to Airgas, Inc. |
| Akebono Corporation North America | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | 212-826-8800 | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dykema Gossett PLLC | Brendan G Best Esq | 39577 Woodward Ave Ste 300 | | Bloomfield Hills | MI | 48304 | 248-203-0523 | Attorneys for Tremond City Barrel Fill PRP Group |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 4

12/20/2007 6:19 PM
US Mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | Counsel to Aluminum International, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | Counsel to @Road, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | (302) 552-4200 | Counsel to Entergy |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | UCC Professional |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | 410-385-3418 | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | 212-935-3000 | Counsel of Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423 | | |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | 973-621-3200 | Counsel to Jason Incorporated, Sackner Products Division |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to  Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | Attorneys for Sanders Lead Co., Inc. |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 4

12/20/2007 6:19 PM
US Mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | 714-966-1000 | Counsel to Toshiba America Electronic Components, Inc. |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | Counsel to National Instruments Corporation |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 4

12/20/2007 6:19 PM
US Mail

# EXHIBIT D

TOGUT, SEGAL & SEGAL LLP                                    HEARING DATE: December 11, 2007
Bankruptcy Conflicts-Counsel for Delphi Corporation, et al.,              AT: 10:00 AM
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
In re                                                   :   Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :   Case No. 05-44481 (RDD)
                                                        :
                        Debtors.   :   (Jointly Administered)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING PROOFS OF CLAIM NUMBERS 11566, 11567 AND 11568 (SEMI-CONDUCTOR COMPONENTS INDUSTRIES LLC AND SPCP GROUP LLC)

PLEASE TAKE NOTICE that on June 15, 2007, Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors") objected to proof of claim number 11566

("Claim 11566") filed by Semiconductor Components Industries LLC and SPCP Group

LLC (together, the "Claimant") pursuant to the Debtors' (i) Seventeenth Omnibus

Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To

Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors'

Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And

Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To

Modification, Tax Claims Subject To Modification, And Modified Claims Asserting

Reclamation (Docket No. 8270) ("Seventeenth Omnibus Claims Objection");

PLEASE TAKE FURTHER NOTICE that, on July 10, 2007, Claimant filed

its Response Of ON Semiconductor Industries LLC To Debtors Seventeenth Omnibus

Objection To Claims (Docket No. 8513) (the "Response");

PLEASE TAKE FURTHER NOTICE that, the Debtors agreed with the

amounts asserted in Claim 11567 and Claim 11568 (together with Claim 11566, the

"Claims") as filed by Claimant;

PLEASE TAKE FURTHER NOTICE that on October 17, 2005, Claimant

submitted a demand to the Debtors asserting a reclamation claim in the amount of

$1,648,599.77 (the "Reclamation Demand");

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant

have agreed to settle the Seventeenth Omnibus Claims Objection and the Response with

respect to the Claims, the Reclamation Demand and the Claims and, either because the

Claims involve an ordinary course controversy or pursuant to the Order Under 11

U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To

Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without

Further Court Approval (Docket No. 4414), have (i) entered into a Settlement

Agreement, dated as of October 31, 2007 (the "Settlement Agreement"), and (ii)

executed a Joint Stipulation and Agreed Order Compromising and Allowing Proofs of

Claim Numbers 11566, 11567, and 11568 (Semiconductor Components Industries LLC

and SPCP Group LLC) (the "Joint Stipulation");

PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement

Agreement and the Joint Stipulation, the Debtors and the Claimant have agreed to (i)

the allowance of (a) Claim No. 11566 as a general unsecured non-priority claim against

2

Delphi Automotive Systems LLC in the amount of $5,764,040.00;  (b) Claim No. 11567 as

a general unsecured non-priority claim against Delco Electronic Overseas Corporation

in the amount of $24,141.71;  and (c) Claim 11568 as a general unsecured non-priority

claim against Delphi Mechatronic Systems, Inc. in the amount of $30,102.47;  (ii) the

withdrawal of the Reclamation Demand with prejudice; and (iii) the withdrawal of the

Response to the Seventeenth Omnibus Claim Objection with prejudice;

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint

Stipulation for consideration at the hearing scheduled for December 11, 2007, at 10:00

a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern

District of New York.

Dated:  New York, New York           DELPHI CORPORATION, *et al.*
          December 4, 2007            By their attorneys,
                                      TOGUT, SEGAL & SEGAL LLP
                                      By:
                                      /s/ Neil Berger
                                      NEIL BERGER (NB-3599)
                                      A Member of the Firm
                                      One Penn Plaza
                                      New York, New York 10119
                                      (212) 594-5000

3

# EXHIBIT E

**Hearing Date:  January 31, 2008**
**Hearing Time:  10:00 a.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO
## PROOF OF CLAIM NUMBER 2377  (FUJITSU TEN CORP. OF AMERICA)

("STATEMENT OF DISPUTED ISSUES – FUJITSU TEN CORP. OF AMERICA")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DS LLC"), debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this

Statement Of Disputed Issues (the "Statement Of Disputed Issues") With Respect To

Proof Of Claim Number 2377 (the "Proof Of Claim") filed by Fujitsu Ten Corp. of

America ("Claimant") and partially transferred to JPMorgan Chase Bank, N.A.

("Transferee," and collectively with Claimant, the "Claimants") and respectfully

represent as follows:

## Background

      1.      On October 8 and 14, 2005 (the "Petition Date"), the Debtors, filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

      2.      On March 22, 2006, Claimant filed proof of claim number 2377 ("Proof Of Claim No. 2377") against DAS LLC**.** The Proof Of Claim asserts an unsecured non-priority claim in the amount of $5,504,674.99 for goods sold. (the "Claim").

      3.      On, April 4, 2007, Claimant partially transferred Proof Of Claim No. 2377 to Transferee pursuant to a notice of transfer (Docket No. 7571).

      4.      On August 24, 2007, the Debtors objected to Proof of Claim No. 2377 pursuant to the Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9151) (the "Twentieth Omnibus Claims Objection").

      5.      On September 19, 2007, Claimant filed Fujitsu Ten Corp. of America's Response To Debtors' Twentieth Omnibus Claims Objection (Docket No. 9403) (the "Response").

<u>Disputed Issues</u>

A.    <u>DAS LLC Does Not Owe Claimant The Amount Asserted In Proof Of Claim
Number 2377</u>

6.      Claimant asserts in Proof Of Claim No. 2377 that DAS LLC owes
Claimant a total of $5,504,674.99 for goods sold.  DAS LLC has reviewed the
information attached to the Proof Of Claim and the Response and disputes that it owes
the amount asserted in the Proof of Claim.

7.      Based upon DAS LLC various accounts payable records, a portion
of the invoices reflected in the Proof of Claim have been paid.  Therefore, $219,503.14
should be subtracted from the amount claimed.

8.       The prices detailed on certain purchase orders are lower than the
prices detailed on the Claimant's invoices.  The purchase orders reflect the contractual
pricing.  Therefore, $28,958.19 should be subtracted from the amount of the Proof of
Claim.

9.      Certain of the products supplied by Claimant to DAS LLC were of
inferior quality and failed to meet he contractual specifications.  Such products were
rejected by Delphi and, therefore, $52,828,48 should be subtracted from the amount
claimed.

10.      After taking into account the above-referenced deductions to the
Proof of Claim, the Debtors reconciled the Proof of Claim as illustrated in the following
chart:

3

| Claimant's Asserted Amount | | $5,504,674.99 |
|---|---|---|
| Modifications | Claimed items paid | $219,503.14 |
| | Price Discrepancies | $28,958.19 |
| | Quality debits by Delphi | $52,828.48 |
| Reconciled Amount | | $5,203,385.28 |

11.    DAS LLC does not dispute that the remaining $5,203,385.28 of Proof Of Claim No. 2377 should be allowed as an unsecured non-priority claim against DAS LLC.

<u>Reservation Of Rights</u>

12.    This Statement Of Disputed Issues is submitted by the Debtors pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order").  Consistent with the provisions of the Claims Objection Procedures Order, the Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the Debtors' right to later identify and assert additional legal and factual bases for disallowance, expungement, reduction, or reclassification of the Claim(s) and (b) the Debtors' right to later identify additional documentation supporting the disallowance, expungement, reduction, or reclassification of the Claim(s).

4

**WHEREFORE** the Debtors respectfully request that this Court enter an order (a) allowing Proof Of Claim No. 2377 in the amount of $5,203,385.28 as a general unsecured non-priority claim against the estate of DAS LLC and (c) granting the Debtors such other and further relief as is just.

Dated:   New York, New York
          December 4, 2007

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000

# EXHIBIT F

**Hearing Date:  January 31, 2008**
**Hearing Time:  10:00 a.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.,*
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
In re                                                   :        Chapter 11
                                                        :
DELPHI CORPORATION, <u>et al.</u>,                      :        Case No. 05-44481 (RDD)
                                                        :
                    Debtors.                            :        (Jointly Administered)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO  PROOFS OF CLAIM NUMBERS 1771, 1772 AND 1773 (CASTWELL PRODUCTS, INC., CITATION FOUNDRY CORP., <u>AND TEXAS  FOUNDRIES, LTD./JPMORGAN CHASE BANK, AS ASSIGNEE</u>)

("STATEMENT OF DISPUTED ISSUES –CASTWELL PRODUCTS, INC., CITATION FOUNDRY CORP., AND TEXAS FOUNDARIES, LTD/JPMORGAN CHASE, N.A.")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this Statement Of Disputed Issues (the "Statement Of Disputed Issues") With Respect To Proofs Of Claim Numbers 1771, 1772 and 1773 (the "Proofs Of Claim") filed by Castwell Products, Inc., Citation Foundry Corp., and Texas Foundaries, Ltd. (together, "Citation")

and subsequently transferred to JPMorgan Chase Bank, N.A., as Assignee ("Transferee," and together with Citation, the "Claimants") and respectfully represent as follows:

<u>Background</u>

1.    On October 8 and 14, 2005  (the "Petition Date"), the Debtors, filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

2.    On February 3, 2006, Castwell Products, Inc. filed proof of claim number 1771 ("Claim No. 1771") against DAS LLC.  Claim No. 1771 asserts an unsecured non-priority claim in the amount of $153,047.70 and an unsecured priority/reclamation claim in the amount of $47,4991.91, for a total claim in the amount of $200,547.61.

3.    On February 3, 2006, Citation Foundry Corp. filed proof of claim number 1772 ("Claim No. 1772") against DAS LLC.  Claim No. 1772 asserts an unsecured non-priority claim in the amount of $268,664.72 and an unsecured priority/reclamation claim in the amount of $341,532.88, for a total claim in the amount of $610,197.60.

4.    On February 3, 2006, Texas Foundries, Ltd. filed proof of claim number 1773 ("Claim No. 1773") against DAS LLC.  Claim No. 1773 asserts an unsecured non-priority claim in the amount of $435,170.30 and an unsecured priority/reclamation claim in the amount of $80,962.22, for a total claim in the amount of $516,132.52, (Claim No. 1773 with Claim No. 1771 and Claim No. 1772, the "Claims").

5.    On February 3, 2006, Citation transferred the Claims to JPMorgan Chase Bank, N.A., as Assignee pursuant to a notices of transfer (Docket Nos. 2053, 2052 and 2055).

6.      On September 21, 2007, the Debtors objected to the Claims pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535) (the "Twenty-First Omnibus Claims Objection").

7.      On October 16, 2007, Citation filed their Response To Debtors' Twenty-First Omnibus Objection Pursuant to 11 U.S.C. § 502(b) And Fed.R.Bankr.P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation.  (Docket No. 10610) (the "Response").

<u>Disputed Issues</u>

A.      <u>DAS LLC Does Not Owe Claimant The Amounts Asserted In The Claims</u>

8.      The Claims seek a total of $1,326,877.73 for goods sold.  DAS LLC has reviewed the information attached to the Claims and the Response, and it disputes that it owes the amounts asserted in the Claims.

9.      The prices detailed on certain purchase orders are lower than the prices detailed in Claimants' invoices.  Specifically, Claimants have failed to provide information to support steel price surcharges, paid invoices, pricing discrepancies, invalid proofs of delivery and unrecognized debits; and the purchase orders reflect contractual pricing.  Consequently, the following amounts should be subtracted from the Claims:

3

| Claim No. | Amount to be Subtracted |
|---|---|
| 1771 | $ 45,517.07 comprised of:<br><br>- Undocumented invoices of $42,118.35; and<br>- Paid invoices of $3,398.72 |
| 1772 | - undocumented surcharges of $3,113.81 |
| 1773 | $354,074.13 comprised of:<br><br>- paid invoices of $55,695.87;<br>- price adjustments of $19,403.27;<br>- undocumented pricing discrepancies of $27,863.05; surcharges of $59,911;<br>- undocumented charges of $227,171.64;<br>- invalid PO/PPAP of $11,170.91; and<br>- Claimant debits of $44,161.61 |

10.     After taking into account the above-referenced deductions to the

Proof of Claim, the Debtors reconciled the Proof of Claim as illustrated in the following

chart:

| Claimant's Asserted Amount | | $1,326,877.73 |
|---|---|---|
| Modifications | (Claim No. 1771) | $45,517.07 |
| | (Claim No. 1772) | $3,113.81 |
| | (Claim No. 1773) | $354,074.13 |
| | Total Discrepancies for Claims 1771, 1772 and 1773 | $402,705.01 |
| Reconciled Amount | | $924,172.72 |

11.     DAS LLC does not dispute that the remaining $924,172.72 of

Proofs Of Claim Nos. 1771, 1772 and 1773 should be allowed as an unsecured non-

priority claim against DAS LLC.

4

<u>Reservation Of Rights</u>

12.    This Statement Of Disputed Issues is submitted by the Debtors

pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures

Order").  Consistent with the provisions of the Claims Objection Procedures Order, the

Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the

Debtors' right to later identify and assert additional legal and factual bases for

disallowance, expungement, reduction, or reclassification of the Claim(s) and (b) the

Debtors' right to later identify additional documentation supporting the disallowance,

expungement, reduction, or reclassification of the Claim(s).

WHEREFORE the Debtors respectfully request that this Court enter an

order (a) allowing Proofs Of Claim Nos. 1771, 1772 and 1773 in the amount of

$915,131.77 as a general unsecured non-priority claim against the estate of DAS LLC,

reduced as described above and (c) granting the Debtors such other and further relief as

is just.

Dated:  New York, New York          DELPHI CORPORATION, *et al.*
        December 4, 2007             By their attorneys,
                                     TOGUT, SEGAL & SEGAL LLP
                                     By:


                                     /s/ Neil Berger
                                     NEIL BERGER (NB-3599)
                                     A Member of the Firm
                                     One Penn Plaza
                                     New York, New York 10119
                                     (212) 594-5000

5

# EXHIBIT G

**Hearing Date:  January 31, 2008**
**Hearing Time:  10:00 a.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
        In re                                               :        Chapter 11
                                                            :
DELPHI CORPORATION, <u>et al.</u>,                          :        Case No. 05-44481 (RDD)
                                                            :
                            Debtors.      :        (Jointly Administered)
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO PROOF OF CLAIM NUMBER 14347 (PHILIPS SEMICONDUCTORS, INC./NXP <u>SEMI-CONDUCTORS USA, INC./SPCP GROUP, L.L.C.)</u>

("STATEMENT OF DISPUTED ISSUES – PHILIPS SEMICONDUCTORS, INC./NXP
SEMI-CONDUCTORS USA, INC./SPCP GROUP, L.L.C.")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"), hereby submit this Statement Of Disputed Issues (the "Statement Of

Disputed Issues") With Respect To Proof Of Claim Number 14347 (the "Proof Of Claim")

filed by Philips Semiconductors, Inc. ("Claimant"), which was transferred to NXP

Semiconductors USA, Inc. and subsequently transferred to SPCP Group, L.L.C., as

agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.

("Transferees," and collectively with Philips Semiconductors, Inc., the "Claimants") and respectfully represent as follows:

<u>Background</u>

1.      On October 8 and 14, 2005  (the "Petition Date"), the Debtors, filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

2.      On July 31, 2006, Claimant filed proof of claim number 14347 ("Proof Of Claim No. 14347") against Delphi Corporation.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $5,486,881.18 for good sold (the "Claim").

3.      On, March 2, 2007, Philips Semiconductors transferred Proof Of Claim No. 14347 to NXP Semiconductors USA, Inc. pursuant to a notice of transfer (Docket No. 7100).

4.      On, August 14, 2007, NXP Semiconductors USA, Inc. transferred Proof Of Claim No. 14347 to SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P.  and Silver Point Capital Offshore Fund, Ltd. pursuant to a notice of transfer (Docket No. 9056).

5.      On July 13, 2007, the Debtors objected to Proof of Claim No. 14347 pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified

2

Claims Asserting Reclamation, And Consensually Modified And Reduced Claims

(Docket No. 8617) (the "Nineteenth Omnibus Claims Objection").

6.    The Nineteenth Omnibus Claims Objection seeks to reduce Proof of

Claim No. 14347 to a total claim of $5,171,725.92 comprised of a $34,544.50 general

unsecured claim against Delphi Mechatronic Systems, Inc. and a reclamation claim in

the amount of $194,274.52 and a general unsecured claim in the amount of $4,942,906.90

against Delphi Automotive Systems, LLC ("DAS LLC").

7.    On August 8, 2007, Claimant filed its Response To Debtors'

Nineteenth Omnibus Objection (Docket No. 8935) (the "Response").  The Response

asserts that Proof of Claim No. 14347 should be allowed in the amount asserted.

<u>Disputed Issues</u>

A.    <u>Delphi Corporation Does Not Owe Claimant The Amount Asserted In Proof Of
Claim Number 14347</u>

8.    Claimant asserts in Proof Of Claim No. 14347 that Delphi owes

Claimant a total of $5,486,881.18 for goods sold.  Delphi has reviewed the information

attached to the Proof Of Claim and the Response and disputes that it owes the amount

asserted in the Proof of Claim.

9.     The prices detailed on certain purchase orders are lower than the

price detailed on the Claimant's invoice(s).  The purchase orders reflect the contractual

pricing.  Furthermore, the Debtors were unable to match the Claimant's reconciliation

of its Proof of Claim against the Debtors' books and records.  Accordingly, the Debtors

have relied on the amounts reflected in the Debtors' books and records as owing to

Claimant.  Based on the foregoing, $315,155.26 should be subtracted from the amount of

the Proof of Claim.

3

10.    After taking into account the above-referenced deductions to the

Proof of Claim, the Debtors reconciled the Proof of Claim as illustrated in the following

chart:

| Claimant's Asserted Amount | | $5,486,881.18 |
|---|---|---|
| Modifications | Price Discrepancies and Unmatched and Variant Documents | $315,155.26 |
| Reconciled Amount | | $5,171,725.92 |

11.    Delphi does not dispute that the remaining $5,171,725.92 of Proof

Of Claim No. 14347 should be allowed as a $34,544.50 general unsecured claim against

Delphi Mechatronic Systems, Inc. and a reclamation claim in the amount of $194,274.52

and a general unsecured claim in the amount of $4,942,906.90 against DAS LLC.

## Reservation Of Rights

12.    This Statement Of Disputed Issues is submitted by the Debtors

pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures

Order").  Consistent with the provisions of the Claims Objection Procedures Order, the

Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the

Debtors' right to later identify and assert additional legal and factual bases for

disallowance, expungement, reduction, or reclassification of the Claim(s) and (b) the

4

Debtors' right to later identify additional documentation supporting the disallowance,
expungement, reduction, or reclassification of the Claim(s).

WHEREFORE the Debtors respectfully request that this Court enter an
order (a) allowing Proof Of Claim No. 14347 in the amount of $5,171,725.92 comprised
of a $34,544.50 general unsecured claim against Delphi Mechatronic Systems, Inc. and a
reclamation claim in the amount of $194,274.52 and a general unsecured claim in the
amount of $4,942,906.90 against DAS LLC and (c) granting the Debtors such other and
further relief as is just.


Dated:  New York, New York          DELPHI CORPORATION, *et al.*
        December 4, 2007            By their attorneys,
                                    TOGUT, SEGAL & SEGAL LLP
                                    By:


                                    /s/ Neil Berger
                                    NEIL BERGER (NB-3599)
                                    A Member of the Firm
                                    One Penn Plaza
                                    New York, New York 10119
                                    (212) 594-5000

5

# EXHIBIT H

**Hearing Date:  January 31, 2008**
**Hearing Time:  10:00 a.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
        In re                                 :        Chapter 11
                                              :
DELPHI CORPORATION, <u>et al.</u>,            :        Case No. 05-44481 (RDD)
                                              :
                        Debtors.              :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO PROOF OF CLAIM NUMBER 14141 (SPCP GROUP, L.L.C. AS ASSIGNEE OF PARKER HANNIFIN CORPORATION/CONTRARIAN FUNDS, LLC)

("STATEMENT OF DISPUTED ISSUES – SPCP GROUP, L.L.C. AS ASSIGNEE OF PARKER HANNIFIN CORPORATION/CONTRARIAN FUNDS, LLC")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this

Statement Of Disputed Issues (the "Statement Of Disputed Issues") With Respect To

Proof Of Claim Number 14141 (the "Proof Of Claim") filed by SPCP Group, L.L.C., as

Assignee of Parker Hannifin Corporation ("Claimant") and transferred to JPMorgan

Chase Bank, N.A., and subsequently transferred to Contrarian Funds, LLC

("Transferee," and together with SPCP Group, L.L.C., as Assignee of Parker Hannifin

Corporation, the "Claimants") and respectfully represent as follows:

Background

1.    On October 8 and 14, 2005  (the "Petition Date"), the Debtors, filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330, as then amended, in the United States Bankruptcy Court for the Southern

District of New York.

2.    On July 31, 2006, Claimant filed proof of claim number 14141

("Proof Of Claim No. 14141") against DAS LLC.  The Proof Of Claim asserts an

unsecured non-priority claim in the amount of $2,492,426.58 and a priority/reclamation

claim of $73,045.69 for goods sold and delivered (the "Claim").

3.    On November 7, 2006, SPCP Group, L.L.C., as Assignee of Parker

Hannifin transferred Proof Of Claim No. 14141 to JPMorgan Chase Bank, N.A.,

pursuant to a notice of transfer (Docket No. 5489).

4.    On December 13, 2006, JPMorgan Chase Bank, N.A., transferred

Proof Of Claim No. 14141 to Contrarian Fund, LLC, pursuant to a notice of transfer

(Docket No. 6159).

5.    On June 15, 2007, the Debtors objected to Proof of Claim No. 14141

pursuant to the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11

U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented

Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim

Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax

2

Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification,

And Modified Claims Asserting Reclamation (Docket No. 8270) (the " Seventeenth

Omnibus Claims Objection").

6.      On July 10, 2007, Claimant filed the Response Of Contrarian Funds,

LLC, To Debtors' Seventeenth Omnibus Claims Objections. (Docket No. **8508**) (the

"Response").

Disputed Issues

A.      <u>DAS LLC Does Not Owe Claimant The Amount Asserted In Proof Of Claim
Number 14141</u>

7.      Claimant asserts in Proof Of Claim No. 14141 that DAS LLC owes

Claimant a total of $2,492,426.58 as a general unsecured claim and a

priority/reclamation claim of $73,045.69.  DAS LLC has reviewed the information

attached to the Proof Of Claim and the Response and disputes that it owes the amount

asserted in the Proof of Claim.

8.       Based upon Delphi's various accounts payable records, a portion of

the invoices reflected in the Proof of Claim have been paid by wire transfers.  Therefore,

$223,533.88 should be subtracted from the amount claimed.

9.      The Debtors records reflect debit memos of $76,281.17 which are

not reflected on the Proof of Claim.  Therefore, $76,281.17 should be subtracted from the

amount claimed.

10.       The prices detailed on certain purchase orders were lower than the

price detailed on the Claimant's invoices.  The purchase orders reflect the contractual

pricing.  Therefore, $25,092.08 should be subtracted from the amount of the Proof of

Claim.

3

11.     The Debtors recognize a credit in favor of Claimant in the amount of $125,248.56 on account of unapplied balances due to Claimant, which resulted from an inability to match payments to invoices.

12.     After taking into account the above-referenced deductions to the Proof of Claim, the Debtors reconciled the Proof of Claim as illustrated in the following chart:

| Claimant's Asserted Amount | | $2,565,472.27 |
|---|---|---|
| Modifications | Price Discrepancies | $25,092.08 |
| | Paid Invoices | $223,533.88 |
| | Debit Memos | $76,281.17 |
| | Net Adjustment For Cash Applications | ($125,248.56) |
| Reconciled Amount | | $2,365,813.70 |

13.     Debtors do not dispute that the remaining $2,365,813.70 of Proof Of Claim No. 14141 should be allowed as an unsecured non-priority claim against DAS LLC.

<u>Reservation Of Rights</u>

14.     This Statement Of Disputed Issues is submitted by the Debtors pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"). Consistent with the provisions of the Claims Objection Procedures Order, the

4

Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the

Debtors' right to later identify and assert additional legal and factual bases for

disallowance, expungement, reduction, or reclassification of the Claim(s) and (b) the

Debtors' right to later identify additional documentation supporting the disallowance,

expungement, reduction, or reclassification of the Claim(s).

WHEREFORE the Debtors respectfully request that this Court enter an

order (a) allowing Proof Of Claim No. 14141 in the amount of $2,365,813.70 as a general

unsecured non-priority claim against the estate of DAS LLC, and (c) granting the

Debtors such other and further relief as is just.

Dated:  New York, New York          DELPHI CORPORATION, *et al.*
        December 4, 2007             By their attorneys,
                                     TOGUT, SEGAL & SEGAL LLP
                                     By:


                                     /s/ Neil Berger
                                     NEIL BERGER (NB-3599)
                                     A Member of the Firm
                                     One Penn Plaza
                                     New York, New York 10119
                                     (212) 594-5000

5

# EXHIBIT I

**Hearing Date:  January 31, 2008**
**Hearing Time:  10:00 a.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re                                                     :        Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :        Case No. 05-44481 (RDD)
                                                          :
                              Debtors.                    :        (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO PROOF OF CLAIM NUMBER 2468 (3M COMPANY)

("STATEMENT OF DISPUTED ISSUES – 3M COMPANY")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this Statement Of Disputed Issues (the "Statement Of Disputed Issues") With Respect To Proof Of Claim Number 2468 (the "Proof Of Claim") filed by 3M Company ("Claimant") and respectfully represent as follows:

### Background

1.      On October 8 and 14, 2005  (the "Petition Date"), the Debtors, filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330, as then amended, in the United States Bankruptcy Court for the Southern
District of New York.

2.      On April 3, 2006, Claimant filed proof of claim number 2468 ("Proof
Of Claim No. 2468") against Delphi.  The Proof Of Claim asserts an unsecured non-
priority claim in the amount of $517,747.63 for goods sold. (the "Claim").

3.      On September 21, 2007, the Debtors objected to Proof of Claim No.
2468 pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C.
Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended
Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims
Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims
Subject To Modification, Tax Claim Subject To Modification, And Modified Claims
Asserting Reclamation (Docket No. 9535) (the "Twenty-First Omnibus Claims
Objection").

4.      The Twenty-First Omnibus Claims Objection seeks to reduce Proof
of Claim No. 2468 to a total claim of $500,289.01 against Delphi Automotive Systems
LLC ("DAS LLC") comprised of a reclamation claim in the amount of $34,337.94 and a
general unsecured claim in the amount of $465,951.07.

5.      On October 17, 2007, Claimant filed its Response To Debtors'
Twenty-First Omnibus Objection (Docket No. 10628) (the "Response").  The Response
asserts that Proof of Claim No. 2468 should not be reduced in amount and that the
general unsecured portion of the claim should be $483,403.68.

2

<u>Disputed Issues</u>

A.  <u>Delphi Corporation Does Not Owe Claimant The Amount Asserted In Proof Of
Claim Number 2468</u>

6.  Claimant asserts in Proof Of Claim No. 2468 that Delphi owes Claimant a total of $517,747.63 for goods sold.  Delphi has reviewed the information attached to the Proof Of Claim and the Response and disputes that it owes the amount asserted in the Proof of Claim.

7.  A portion of the Proof of Claim is based on allegedly outstanding postpetition invoices.  Those postpetition invoices have been paid in the ordinary course of business and therefore $5,957.33 should be subtracted from the amount claimed.

8.  The prices detailed on certain purchase orders are lower than the price detailed on the Claimant's invoices.  The purchase orders reflect the contractual pricing.  Therefore, $3,015.26 should be subtracted from the amount of the Proof of Claim.

9.  The Proof of Claim includes invoices for materials that have been returned by the Debtors in the ordinary course of business, including materials returned due to defects.  Therefore, $8,486.03 should be subtracted from the amount claimed.

10.  After taking into account the above-referenced deductions to the Proof of Claim, the Debtors reconciled the Proof of Claim as illustrated in the following chart:

3

| Claimant's Asserted Amount | | $517,747.63 |
|---|---|---|
| Modifications | Returned Materials | $8,486.03 |
| | Post Petition Invoices Paid | $5,957.33 |
| | Price Discrepancies | $3,015.26 |
| Reconciled Amount | | $500,289.01 |

11.     Delphi does not dispute that the remaining $500,289.01 of Proof of Claim No. 2468 should be allowed as an unsecured non-priority claim in the amount of $465,951.07 and as a reclamation claim in the amount of $34,337.94 against DAS LLC.

Reservation Of Rights

12.     This Statement Of Disputed Issues is submitted by the Debtors pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order").  Consistent with the provisions of the Claims Objection Procedures Order, the Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the Debtors' right to later identify and assert additional legal and factual bases for disallowance, expungement, reduction, or reclassification of the Claim(s) and (b) the Debtors' right to later identify additional documentation supporting the disallowance, expungement, reduction, or reclassification of the Claim(s).

**WHEREFORE** the Debtors respectfully request that this Court enter an order (a) allowing Proof of Claim No. 2468 in the amount of $500,289.01 comprised of

4

an unsecured non-priority claim in the amount of $465,951.07 and a reclamation claim

in the amount of $34,337.94 against DAS LLC and (b) granting the Debtors such other

and further relief as is just.

Dated:   New York, New York          DELPHI CORPORATION, *et al.*
         December 4, 2007             By their attorneys,
                                      TOGUT, SEGAL & SEGAL LLP
                                      By:


                                      /s/ Neil Berger
                                      NEIL BERGER (NB-3599)
                                      A Member of the Firm
                                      One Penn Plaza
                                      New York, New York 10119
                                      (212) 594-5000

5

# EXHIBIT J

**Hearing Date:  January 31, 2008**
**Hearing Time:  10:00 a.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
     In re                               :        Chapter 11
                                              :
DELPHI CORPORATION, <u>et al.</u>,            :        Case No. 05-44481 (RDD)
                                              :
              Debtors.        :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO PROOF OF CLAIM NUMBER 12181 (OHIO EDISON COMPANY)

### ("STATEMENT OF DISPUTED ISSUES – OHIO EDISON COMPANY")

        Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems, LLC ("DAS LLC") debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this Statement Of Disputed Issues (the "Statement Of Disputed Issues") With Respect To Proof Of Claim Number 12181 (the "Proof Of Claim") filed by Ohio Edison Company ("Claimant") and respectfully represent as follows:

<u>Background</u>

1.       On October 8 and 14, 2005  (the "Petition Date"), the Debtors, filed
voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§
101-1330, as then amended, in the United States Bankruptcy Court for the Southern
District of New York.

2.       On July 28, 2006, Claimant filed proof of claim number 12181
("Proof Of Claim No. 12181") against Delphi Corporation.  The Proof Of Claim asserts
an unsecured non-priority claim in the amount of $774,413.31 for electric service and
amounts allegedly due under a substation lease agreement (the "Claim").

3.       On June 15, 2007, the Debtors objected to Proof of Claim No. 12181
pursuant to the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11
U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C)
Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims
And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject
To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270) (the
"Seventeenth Omnibus Claims Objection").

4.       On July 16, 2007, Claimant filed its Response To Debtors'
Seventeenth Omnibus Objection (Docket No. 8631) (the "Response").  The Response
asserts that Proof of Clam No. 12181 should be allowed as filed based on a post-petition
agreement fixing Claimant's pre-petition clams.  The Response does not annex the
alleged post-petition agreement.

2

Disputed Issues

A.    Delphi Does Not Owe Claimant The Amount Asserted In Proof Of Claim
      Number 12181

      5.      Claimant asserts in Proof Of Claim No. 12181 that Delphi owes

Claimant a total of $774,413.31 for electrical service and amounts due under a substation

lease agreement.  Delphi has reviewed the information attached to the Proof Of Claim

and the Response and disputes that it owes the amount asserted in the Proof of Claim.

      6.      A portion of the Proof of Claim is based on allegedly outstanding

postpetition invoices.  Those postpetition invoices have been paid in the ordinary

course of business and therefore $14,759.70 should be subtracted from the amount

claimed.

      7.      The price detailed on certain purchase order is lower than the price

detailed on the Claimant's invoices.  The purchase orders reflect the contractual pricing.

Therefore, $2.16 should be subtracted from the amount of the Proof of Claim.

      8.      The Proof of Claim includes amounts due under an electrical

substation lease agreement that have been satisfied pursuant to § 6.1 of that certain

Substation Lease Agreement, by and between Claimant and Delphi, dated March 12,

2007, a true copy of which is attached hereto as Exhibit "1."  Therefore, $169,737.17

should be subtracted from the amount claimed as satisfied.

      9.      The Proof of Claim includes a mathematical error in the calculation

of the claim.  Therefore, $.02 should be subtracted from the amount claimed.

      10.     Finally, the claims should be reduced on account of a bank charge

for a voided check in the amount of $7.00.

3

11.    After taking into account the above-referenced deductions to the

Proof of Claim, the Debtors reconciled the Proof of Claim as illustrated in the following

chart:

| Claimant's Asserted Amount | | $774,413.31 |
|---|---|---|
| Modifications | **Post Petition Payments** | **$14,759.70** |
| | **Price Discrepancy** | **$2.16** |
| | **Satisfied Pursuant to Post-Petition Substation Lease Agreement** | **$169,737.17** |
| | **Voided Check** | **$7.00** |
| | **Mathematical Error** | **($.02)** |
| Reconciled Amount | | $589,907.30 |

12.    DAS LLC does not dispute that the remaining $589,907.30 of Proof

Of Claim No. 12181 should be allowed as an unsecured non-priority claim against DAS

LLC.

<u>Reservation Of Rights</u>

13.    This Statement Of Disputed Issues is submitted by the Debtors

pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures

Order").  Consistent with the provisions of the Claims Objection Procedures Order, the

Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the

4

Debtors' right to later identify and assert additional legal and factual bases for disallowance, expungement, reduction, or reclassification of the Claim(s) and (b) the Debtors' right to later identify additional documentation supporting the disallowance, expungement, reduction, or reclassification of the Claim(s).

   **WHEREFORE** the Debtors respectfully request that this Court enter an order (a) allowing Proof Of Claim No. 12181 in the amount of $589,907.30 as a general unsecured non-priority claim against the estate of DAS LLC and (b) granting the Debtors such other and further relief as is just.

Dated: New York, New York   DELPHI CORPORATION, *et al.*
    December 4, 2007    By their attorneys,
               TOGUT, SEGAL & SEGAL LLP
               By:


               /s/ Neil Berger
               NEIL BERGER (NB-3599)
               A Member of the Firm
               One Penn Plaza
               New York, New York 10119
               (212) 594-5000

5

## SUBSTATION LEASE AGREEMENT

This Substation Lease Agreement (this "Agreement"), is executed by and between Ohio Edison Company, an Ohio corporation with its principal place of business at 76 South Main Street, Akron, Ohio, 44308 ("Lessor"), and Delphi Corporation, a Delaware corporation, its successors and assigns, with its chief executive office at 5725 Delphi Drive, Troy, Michigan 48098 ("Lessee").

### WITNESSETH

WHEREAS, Lessor owns, operates, and maintains an electric utility system and is a regulated electric utility company under the laws of the State of Ohio, and

WHEREAS, on October 8, 2005 (the "Petition Date"), Lessee and certain of its U.S. subsidiaries filed voluntary petitions for reorganization (the "Cases") under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). Lessee continues to operate its business as "debtors-in-possession" under the jurisdiction of the Bankruptcy Court and in accordance with the applicable provisions of the Bankruptcy Code and orders of the Bankruptcy Court, and

WHEREAS, Lessee owns and operates a business facility within Lessor's service area with electric service requirements such that service from Lessor's transmission system through an electrical substation is possible and practicable, and

WHEREAS, Lessee desires to continue to lease said substation facilities from Lessor for the purpose of obtaining retail electric service from Lessor, and

WHEREAS, Lessee further agrees that Lessor will operate and maintain such electrical substation facilities in accordance with Lessor's standard practices and procedures.

NOW, THEREFORE, in consideration of the mutual promises and covenants contained herein and intending to be legally bound thereby, Lessor hereby leases to Lessee the following described electrical substation facilities, subject to the terms and conditions hereinafter set forth:

### ARTICLE 1 - ELECTRICAL SUBSTATION DESCRIPTION

1.1.     Lessor will operate and maintain one electrical distribution substation situated at 209 Hayes Avenue, Sandusky, Ohio, and more fully described on the attached one line drawing (the "Substation"), marked as Attachment A, which shall be used for the sole purpose of Lessee obtaining retail electric service from Lessor pursuant to that certain Contract for Electric Service, dated January 26, 2006, as the same may from time to time be amended or otherwise modified (the "Electric Service Contract"); failure of Lessee to do so during any term of this Agreement shall constitute an event of default, and shall be governed by Section 2.2 hereof.

1

## ARTICLE 2 - TERM

2.1.    The effective date of this Agreement shall be March 1, 2005 (the "Effective Date"). The term under this Agreement shall commence upon the Effective Date and shall expire on September 30, 2008 (the "Basic Lease Term") unless such Basic Lease Term is terminated pursuant to Section 2.3 hereof. Upon the expiration of the Basic Lease Term, this Agreement shall automatically renew on a month to month basis under similar terms and conditions (each month representing one "Renewal Term") until that certain date in which a new contract is executed and delivered, or the date set forth in a written notification sent by either party (the "Termination Notice") to the other party expressing its intent to terminate this Agreement in thirty (30) days (the "Termination Date"). The Termination Date shall be a date at least thirty (30) days after the date in which the Termination Notice is sent.

2.2.    In the event that Lessee fails to obtain retail electric service from Lessor pursuant to the Electric Service Contract during any term of this Agreement, the Monthly Rental Payment(s) (as defined in Section 6.2 hereof) remaining in such term shall become automatically and immediately due and payable.

2.3    In the event that Lessor in Lessor's sole discretion determines that the Substation requires maintenance, repair or replacement to major Substation equipment, which includes but is not limited to the Substation's power transformers, circuit breakers and voltage regulators ("Significant Expenditure") and such Significant Expenditure exceeds the Negotiated Value of this Agreement, Lessor will provide Lessee written notice that such a Significant Expenditure is required. Upon such notice, the Lessee will have fourteen (14) days ("Amendment Period") to either to negotiate a new substation agreement with Lessor with an adjusted monthly rental payment that reflects certain costs associated with the Significant Expenditure or to terminate the Agreement. If the Agreement is terminated, Lessor shall have the rights upon termination set forth in Section 3.2 hereof. Lessee agrees that as long as Lessee continues to receive any electric utility service from the Substation during the Amendment Period, Lessee shall pay an amount equivalent to the Monthly Rental Payment (as defined in Section 6.2 hereof). If the Agreement is terminated and no substation lease exists, then the current tariff rate shall apply.

## ARTICLE 3 - DESIGN AND CONSTRUCTION OF SUBSTATION

3.1.    Lessee shall provide to Lessor, at no cost to Lessor, a suitable site of sufficient size and nature to site the Substation, as determined by Lessor, and otherwise fulfill Lessor's obligations under this Agreement, including but not limited to, all necessary exclusive and non-exclusive real estate easements and rights of way for the Substation site and the transmission and distribution lines connected to the Substation, as well as suitable driveways providing ready access to the Substation, transmission, and distribution facilities by Lessor and Lessor's mechanized equipment necessary to construct, operate, repair, and maintain these facilities. Lessor agrees that Lessee shall meet its obligations herein by continuing to permit Lessor to occupy and use the property that Lessor has historically used and occupied since the installation of the Substation and not unreasonably withholding consent to such future use and occupancy

2

modifications as Lessor may reasonably request for the purpose of meeting electricity service needs. The easement agreement will be in substantially the same form as Attachment B of this Agreement.

3.2.    Upon termination of this Agreement, the concrete foundations, and all subsurface equipment and facilities, including the ground grid, shall become the sole property of Lessee.  Lessor shall retain ownership and exclusive control over all above-ground Substation structures, equipment, related components, and the security fence, notwithstanding the physical attachment of all or any part thereof to Lessee's real estate and shall have the right to enter the property and remove the same, but shall be under no obligation to remove any foundations or subsurface structures or equipment. In addition, Lessor shall have the right to take such actions necessary to reroute and reconnect the transmission and distribution lines connected to the Substation to insure adequate and proper operation and reliability to meet the electric utility system needs, provided such actions do not interfere with Lessee's use and enjoyment of its property, damage Lessee's property or unreasonably expose Lessee, its agents or suppliers to the risk of injury to person or property.  Lessor shall, within reason, provide Lessee with reasonable notice prior to taking any such actions and such notice shall describe the actions which Lessor intends to take to reroute and reconnect its lines.

ARTICLE 4 - SUBSTATION OPERATION AND MAINTENANCE

4.1.    Lessor agrees during its normal working hours to routinely inspect, test, calibrate, operate, maintain, and repair the Substation equipment, structure, and security fencing in accordance with the schedules and procedures generally used by Lessor for similar facilities. Lessee may request that such work be performed outside Lessor's normal working hours, provided that Lessee reimburse Lessor for the difference in costs incurred.  Lessor shall, within reason, attempt to provide Lessee notice prior to engaging in the routine activities referenced in this Section 4.1.    It is understood that no such notice is required prior to Lessor taking actions to respond to emergency conditions, to restore service or in such other circumstances when such notice is impractical.

4.2.    It is mutually understood and agreed that upon reasonable notice, Lessee shall provide any required electrical outage to Lessee's plant or business facility necessary to facilitate routine maintenance activities on electrical equipment that must be de-energized to safely perform the work.  Lessor agrees to notify Lessee in advance of the necessity for an outage to perform routine maintenance activities and provide a tentative annual schedule for performing the work, except under emergency conditions.

4.3.    If Lessee's business operation cannot accept planned electric service interruptions to facilitate Substation maintenance activities, Lessor will use its best efforts to schedule emergency mobile substation capacity, if available, at Lessor's sole discretion, to temporarily replace the permanent Substation, and complete necessary maintenance functions while maintaining electric service to Lessee's plant or business facility.  Lessee shall pay the total costs Lessor incurs for the installation, removal, transportation, and the daily rental charge of the

3

use of the mobile substation equipment utilized to effect routine maintenance activities in addition to Lessee's rental payment obligations otherwise set forth in this Agreement.

        4.4.    Lessor agrees to stand ready to perform both routine and emergency switching operations, and make necessary repairs to the Substation, except as provided in Section 4.2, as required by Lessor's standard practices and procedures, in a timely manner. Lessor agrees to correct any condition on Lessor's electric utility system which materially impairs the operation or reliability of the Substation, or which may pose an immediate hazard to such facilities or the public. Emergency repairs required to be performed shall be prioritized, in Lessor's sole discretion, with other emergency work needed to be performed on Lessor's electric utility system. Lessor agrees to provide emergency replacement transformer capacity for the Substation, up to the Negotiated Value, at no additional cost to Lessee, to the extent such capacity is available from Lessor's spare equipment and emergency mobile substation equipment.

        4.5.    Should Lessee's electrical demand requirements exceed such service capacity provided pursuant to the Electric Service Contract and Lessee is required to negotiate a revised electric service contract, Lessor may unilaterally replace components of the Substation with equipment of adequate capacity provided that such replacement shall be treated as a Significant Expenditure pursuant to Section 4.2 of this Agreement..

        4.6.    Lessee shall maintain the driveways to and areas adjacent to, the Substation to permit suitable access at all times to the site by Lessor.

        4.7.    Should Lessee request changes, modifications, replacements to, or relocation of, the Substation for its convenience, Lessee shall pay for such changes, modifications, replacements, or relocation and provide additional land if required at Lessor's then current standard charges for such work. Lessor agrees to schedule the work as soon as reasonably practicable.

## ARTICLE 5 - INGRESS AND EGRESS

The right of ingress or egress to Lessee's property is hereby granted to Lessor, its contractors and agents, at any and all times, for the purpose of performing construction, inspection, operation, maintenance, and removal activities at the Substation, and for the purpose of allowing Lessor to perform switching, operating, maintenance and all other functions necessary to maintain the integrity of both Lessee's and Lessor's electrical systems. Nothing herein shall be interpreted or applied to relieve Lessor of responsibility for any damage or injury caused by the negligence of Lessor, its contractors and agents, while representatives of same are entering on, exiting from, or residing on Lessee's property. Rights and responsibilities of both Lessor and Lessee are detailed in the Easement attached hereto as Exhibit A.

## ARTICLE 6 - RENTAL AND OTHER PAYMENTS

        6.1.    Lessee hereby agrees to pay Lessor a total of One Hundred Eighty-One Thousand Seven Hundred and no/100 Dollars ($181,700.00) in two equal payments for the use of the Substation from the Petition Date to the Execution Date. The first payment of Ninety Thousand

Eight Hundred Fifty and no/100 Dollars ($90,850.00) shall be paid no later than on February 1, 2007 (the "Execution Date"). The remaining payment of Ninety Thousand Eight Hundred Fifty and no/100 Dollars ($90,850.00) shall be paid no later than April 1, 2007. In consideration of the Lessee's obligations under this Agreement, Lessor hereby expressly waives any and all claims it has or may have against Lessee arising prior to the Petition Date which relate to the Substation or Lessee's use of the Substation, not including the charges incurred for electric service.

6.2.    Lessee hereby agrees to pay Lessor a rental payment for the use of the Substation in the amount of Seven Thousand Nine Hundred and no/100 Dollars ($ 7,900.00) per month on the first of each month (the "Due Date") with the first payment due on February 1, 2007 ("Monthly Rental Payment") and the last payment due on September 1, 2008.

6.3.    Lessor shall be responsible for the installation and monthly costs associated with a direct telephone line or other communication facilities required between the Substation and Lessor's service area dispatching office as specified by Lessor and as Lessor deems necessary for adequate operation of the Substation.

6.4.    Lessor shall invoice Lessee for the Monthly Rental Payment on or about twenty-five (25) days prior to the rental payment Due Date. If payment is not received within thirty (30) calendar days after the rental payment Due Date, a late payment fee of one and one-half (1-1/2) percent of the outstanding balance will become due and payable by Lessee in addition to the outstanding balance. Payments should be sent to Ohio Edison Company, PO Box 3687, Akron, Ohio, 44309-3687 and should include the remittance stub provided on the invoice.

6.5.    Lessor shall separately, until otherwise notified in writing by Lessee, invoice Lessee for: (A) the total costs, including overhead, installation, removal, transportation, and a daily rental charge for mobile substation facilities utilized at the written request of Lessee to facilitate routine maintenance activities in the Substation to avoid requiring an electrical outage to the facility; and (B) work done at the request of Lessee for the convenience of the Lessee.

## ARTICLE 7 - TAXES

7.1.    Lessor shall only be responsible for the filing of the property tax returns and paying the property taxes associated with the Substation unless one or both of these is prohibited by law. Lessee shall pay all real and personal property taxes on such property as it existed prior to the construction of the Substation. Generally, each Party shall be responsible for its own property taxes.

## ARTICLE 8 - INDEMNIFICATION

8.1.    Indemnity.    Each Party, for itself, its successors, assigns, subcontractors and employees, agree to , indemnify, defend, and hold harmless the other Party  its successors and assigns, from and against any and all court costs and litigation expenses, including legal fees, incurred or related to the defense of any action asserted by any person or persons for bodily

5

injuries, personal injury, death, or property damage, to the extent of the indemnifying party's negligence.

8.2. <u>Waiver of Immunity</u>. Each Party, for itself, its successors, assigns and subcontractors, does hereby waive the immunity provided by the applicable Worker's Compensation laws only to the extent necessary to enforce Section 8.1.

## ARTICLE 9 - LIMITATION OF LIABILITY

9.1.    Neither Party, its affiliated companies, its subcontractors, nor its employees shall be liable to the other Party, whether arising out of contract, tort (including negligence), strict liability, or any other cause or form of action whatsoever, for loss of anticipated profits, loss by reason of plant or other facility shutdown, non-operation or increased expense of operation, service interruption, claims of either Party's customers, subcontractors, vendors or suppliers, cost of money, loss of use of capital or revenue, fines or penalties assessed or levied against said Party by any governmental agency or arising out of the Party's construction, operation or maintenance of service or out of or in connection with the Party's use, or inability to use, the Substation, or for any special, incidental or consequential loss or damage of any nature, whether similar to those enumerated above, arising at any time or from any cause whatsoever.

9.2.    The total liability of Lessor, its affiliated companies, its subcontractors and employees, whether arising out of contract, tort (including negligence), strict liability, or any other cause or form of action, shall not exceed the amount of rental payments for one year under this Agreement.    The total liability of Lessee, its affiliated companies, its subcontractors and employees, whether arising out of contract, tort (including negligence), strict liability, or any other cause or form of action, shall not exceed the amount of rental payments due and payable for one year under this Agreement.

## ARTICLE 10 - WARRANTIES AND DISCLAIMERS

10.1.    Lessor will provide a Substation and will use reasonable efforts to operate, and maintain said Substation in accordance with Lessor's standard practices and procedures. However, the Substation as furnished and the operation and maintenance practices followed do not imply any warranty on the part of Lessor.

10.2.    LESSOR DOES NOT WARRANT AGAINST NOR DOES IT ASSUME ANY LIABILITY WITH RESPECT TO: (A) THE FAILURE OF EQUIPMENT PURCHASED FROM THIRD PARTIES; (B) THE IMPROPER USE OF, OR FOR DAMAGES RESULTING FROM THE IMPROPER USE OF, ANY ELECTRICAL EQUIPMENT, OR ANY ASSOCIATED OPERATION OR MAINTENANCE PRACTICE, LEASED UNDER THIS AGREEMENT, (C) REPAIRS OR OTHER WORK PERFORMED BY THIRD PARTIES NOT AUTHORIZED BY LESSOR, OR (D) DAMAGES ARISING FROM ACTS OF GOD OR OTHER EVENTS BEYOND THE REASONABLE CONTROL OF LESSOR.

## ARTICLE 11- FORCE MAJEURE

11.1.   Lessor shall not be liable for loss or damage resulting from (a) any electrical equipment failure or (b) failure to perform its contractual obligations in whole or in part, insofar as such delay or nonperformance is caused by Force Majeure as defined in Section 11.2 below, provided that Lessor provides written notice as promptly as reasonably possible of the Force Majeure event to Lessee of the circumstances giving rise to such delay or nonperformance.

11.2.   "Force Majeure" means the occurrence of an unforeseen event beyond reasonable control of Lessor which disrupts, hinders, or otherwise delays the performance of its contractual obligations, including but not limited to the following: acts of God, war, act of public enemy, acts of civil or military authorities, riots, civil commotion, sabotage, strikes, floods, fires or other violent natural disasters, epidemics, quarantine restrictions, embargoes, unavoidable delays in procuring necessary materials, labor, equipment, services or facilities, act(s) by any government, governmental body or instrumentality, or regulatory agency (including delay or failure to act in the issuance of approvals, permits or licenses), and acts, including delays or failure to act, of Lessee.

11.3.   In the event of a delay in performance caused by Force Majeure, the time for performance shall be extended by such length of time as may be reasonably necessary to compensate for any such delay.  Lessor will make every reasonable effort to keep delays in performance to a minimum, except that settlements of labor disputes shall be within its sole discretion.

## ARTICLE 12 - INSURANCE

12.1.   Lessor shall maintain comprehensive property and casualty insurance coverage for its equipment, materials and/or other property placed at or near the Substation site at Lessee's facility.

## ARTICLE 13 - NOTICES AND CORRESPONDENCE

13.1.   Notices to Lessor:

All notices under this Agreement, but not rental payments, shall be sent to:

Customer Support                    Legal Department
Ohio Edison Company                 FirstEnergy Corp.
2508 West Perkins Avenue            76 South Main Street
Sandusky, OH 44870                  Akron, Ohio  44308

and shall be effective upon receipt.

7

13.2.   Notices to Lessee:

All notices under this Agreement shall be sent to Lessee at the following addresses:

David Munson                          Donald S. Poole
Delphi Corporation                    Delphi Corporation
2509 Hayes Avenue                     M/C 3-09, P.O. Box 1042
Sandusky, OH 44870                    2000 Forrer Blvd.
(419) 627-7169                        Dayton, OH 45401-1042
(419) 627-7105 (fax)                  (937) 455-9633
Email: david.a.munson@delphi.com      (937) 455-7686 (fax)
                                      Email: donald.s.poole@delphi.com

and shall be effective upon receipt.

13.3.   Each party shall notify the other party in writing of any address changes.


## ARTICLE 14 - MISCELLANEOUS

14.1.   On January 6, 2006, the Bankruptcy Court entered an Order Under 11 U.S.C. §§ 363, 1107, and 1108 Approving Procedures To Enter Into Or Renew Real Property Leases Without Further Court Approval (the "Order") (Docket #1777). The Order authorized Lessee to enter into real property leases and deliver notice to the Notice Parties (as defined in the Order) without further Court approval. This Lease shall not be effective until: (i) Lessee obtains approval by the Bankruptcy Court or (ii) the terms of the Order are meet allowing Lessee to enter into this Agreement.

14.2.   This Agreement shall be constructed in accordance with, and its performance shall be governed by, applicable laws in effect in the State of Ohio. Any cause of action arising hereunder shall be brought in an appropriate forum within Summit County in the State of Ohio. Notwithstanding the foregoing, Lessor and Lessee shall be subject to the jurisdiction of the Bankruptcy Court.

14.3.   This Agreement constitutes the entire Agreement of the parties with respect to the subject matter hereof and supersedes all prior or collateral representations, negotiations, writings, memoranda and agreements. Any prior or collateral representation, warranty, promise or condition relating hereto but not incorporated in this Agreement will not be binding on either party.

14.4.   This Agreement and all of its provisions shall inure to and be binding upon the respective parties hereto, their successors and assigns; provided, that neither party hereto may assign this Agreement or any part hereof without the prior written consent of the other party hereto which shall not be unreasonably withheld, but this provision shall not prohibit Lessor and Lessee from utilizing the services of or making assignments to their respective affiliated companies, or, in Lessor's case, specifically assigning the rental stream arising from this Agreement to third parties.

8

14.5.    All amendments to this Agreement shall be in writing and shall be executed by an authorized agent of each part, except for address changes pursuant to Sections 13.1 and 13.2. No waiver, alteration, or modification of any of the provisions of this Agreement shall be binding unless such is written and signed by a duly authorized agent of each party.

14.6.    The failure of either party to insist upon strict performance of any provision of this Agreement or to exercise any right under or pursuant to the Agreement shall not be construed as a waiver of such provision or relinquishment of such right included in this Agreement.

14.7.    If any term or condition of this Agreement is determined by a court of competent jurisdiction to be violative of law or otherwise unenforceable, the remainder of the Agreement shall remain in full force and effect as though the stricken clause was not present.  The parties acknowledge that this Agreement is not being filed with the Public Utilities Commission of Ohio.  If it is subsequently determined that such filing is required, the parties agree that such requirement will not affect the validity of this Agreement, and that they will cooperate to make such filing and obtain all necessary approvals.

IN WITNESS WHEREOF, the parties hereto, by and through their authorized agents, have executed this Agreement effective as of the day and year first written above.

OHIO EDISON COMPANY (Lessor)          DELPHI CORPORATION (Lessee)

By: _Steven E Strah_                  By: _Donald S Poole_

Name: _STEVEN E. STRAH_               Name: _DONALD S. POOLE_

Title: _PRESIDENT_                    Title: _MGR.- UTILITIES SUPPLY_

## FORM OF
## EASEMENT

**KNOW ALL MEN BY THESE PRESENTS,** That DELPHI CORPORATION, a Delaware corporation (the "Grantor"), claiming title by virtue of instruments recorded in Volume ___, Page _____ of the _____ County Deed Records, for and in consideration of the sum of One Dollar ($1.00) and other good and valuable considerations, the receipt of which is hereby acknowledged, does hereby grant unto OHIO EDISON COMPANY, an Ohio corporation, its successors and assigns (the "Grantee"), an exclusive easement and right of way with the rights and privileges hereinafter set forth, for a substation and for the transmission and distribution of electric current, including communication facilities, upon, over, under, across and within the following described premises:

Situated in the Township of Perkins, County of Erie, State of Ohio, and being a part of Section 3, Mitchell 1369 Acre Tract.

Crossing No. 1

The center line of right of way is described as follows:

The center line enters Grantor's premises from the land of Grantee at a point on Grantor's upper northwesterly property line approximately 104 feet northeasterly from Grantor's upper southwest corner, said corner being common with the southeast corner of Grantee's Greenfield Substation property; thence from this point in a general easterly direction across Grantor's premises a distance of approximately 1,266 feet to a point on Grantor's substation structure where the center line herein described terminates.

Crossing 2

The center line of right of way is described as follows:

The center line enters Grantor's premises from the land of Grantee at a point on Grantor's upper northwesterly property line approximately 94 feet northeasterly from Grantor's upper southwest corner, said corner being common with the southeast corner of Grantee's Greenfield Substation property; thence from this point in a general southeasterly direction across Grantor's premises a distance of approximately 1,281 feet to a point on Grantor's substation structure where the center line herein described terminates.

Grantor further agrees that, except for the substation structure, no building or structure will be located or constructed within 30 feet of either of the above-described center lines.

The easement and right of way described above shall be in accordance with Ohio Edison Company Drawing No. TZ-1342-E, by reference made a part hereof, copies of which are on file with the Grantor and Grantee herein.

The easement and rights herein granted shall include the right to construct, erect, install, inspect, replace, patrol, relocate, operate, maintain, secure and repair upon, over, under, along and within the above described premises all necessary structures, apparatus, fixtures and appurtenances of whatever kind or description used for or in connection with the operation of an electric substation, and the right of reasonable ingress and egress upon, over and across Grantor's land adjoining the herein above described premises.

The easement herein granted shall include the right to trim, cut, remove or control by any other means at any and all times such trees, limbs, roots, underbrush or other obstructions which may in the judgment of the Grantee interfere with, limit access to or endanger said structures, wires, or appurtenances or their operation.

The Grantee will repair or replace all fences, gates, lanes, driveways, tiles, drains and ditches damaged or destroyed by it on said premises or pay Grantor for all damages to fences, gates, lanes, driveways, tiles, drains and ditches on said premises caused by the construction or maintenance of said lines. Nothing herein shall be interpreted or applied to relieve Grantee of responsibility for any damage or injury caused by the negligence of Grantee, its contractors and agents, while representatives of same are entering on, exiting from, or residing on Grantor's property. The Grantor reserves for itself and for any successor fee owner of the within described premises, the right to grant an easement to the Grantee in substitution of the rights herein granted, in which event this instrument shall terminate and be of no further force or effect; provided however that (i) any substitute easement premises shall be adequate so as to permit the substitute premises to be used for the same purposes as the Grantee had used the within described premises prior to such substitution and (ii) the party providing the substitute premises shall reimburse the Grantee for its reasonable expenses associated with such substitution and relocation.

This easement shall be in effect so long as the Substation Lease Agreement is effective or successor lease agreement shall be in effect between the parties. It is understood that the termination of this easement shall not operate to interfere with Grantee's ability to render service from or through such facilities as may be located on or in Grantor's property.

TO HAVE AND TO HOLD such easement, rights and right of way and its appurtenances unto said Grantee, its successors and assigns, and the Grantor represents that it is the owner of the above-mentioned premises herein described. IN WITNESS WHEREOF, Delphi Corporation has executed this easement by its duly authorized officers and has caused its corporate seal to be affixed this _____12TH_____ day of _MARCH___, 2007.

Signed and acknowledged
in the presence of:

_Marcia Jordan_

_Michael E Hall_

DELPHI CORPORATION

By: _Ronald Shoale_

Title: MGR. - UTILITIES SUPPLY

Signed and acknowledged
in the presence of:

_Elizabeth Scott_

_Debra J Knowles_

OHIO EDISON COMPANY

By: _Stan E Strah_

Title: PRESIDENT

(This Space Intentionally Left Blank)

STATE OF _OHIO_ )
COUNTY OF _MONTGOMERY_ )
) SS:

The foregoing instrument was acknowledged before me this day _12th_ of
_MARCH_ , 2007 by _Donald Poole_ , _Mgr.-Utilities Supply_ and
_____, _____ of Delphi Corporation, a
Delaware corporation, on behalf of the corporation.

SEAL

_Marcia Jordan_
Notary Public
_Commission Expires: 1-2-08_

STATE OF OHIO )
COUNTY OF _MONTGOMERY_ )
) SS:

The foregoing instrument was acknowledged before me, this _2_ day of
_March_ , 2007 by _Steve Strah_ , _President_ of Ohio
Edison Company, an Ohio corporation, on behalf of the corporation.

SEAL

Notary Public
_Debra J. Knowles_

**Debra J. Knowles**
**Notary Public, State of Ohio**
**My Commission Expires August 19, 2008**

This instrument was prepared by
Ohio Edison Company
76 South Main Street
Akron, Ohio 44308

# EXHIBIT K

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :       Chapter 11
DELPHI CORPORATION, *et al.*,                                :       Case No. 05-44481 [RDD]
                                                             :
                                  Debtors.                   :       Jointly Administered
                                                             :
-------------------------------------------------------------x

### DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO PROOF OF CLAIM NUMBER 11530 (ESSEX GROUP, INC.)

("STATEMENT OF DISPUTED ISSUES – ESSEX GROUP, INC.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"), hereby submit this Statement Of Disputed Issues (the "Statement Of

Disputed Issues") With Respect To Proof Of Claim Number 11530 (the "Proof Of

Claim") filed by Essex Group, Inc. ("Claimant") and respectfully represent as follows:

Background

1.      On October 8 and 14, 2005  (the "Petition Date"), the Debtors, filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

2.    On July 27, 2006, Claimant filed proof of claim number 11530 ("Proof Of Claim No. 11530") against Delphi.  The Proof Of Claim asserts a claim in the amount of $795,196.61 for the sale of goods secured by a right of setoff (the "Claim").

3.    On August 9, 2006, Claimant asserted rights of setoff with respect to claims.  The Claimant and the Debtors are attempting to reconcile the Claim and the amount that Claimant allegedly owes the Debtors (the "Receivable").  The Claimant has asserted that it owes the Debtors approximately $2.4 million.  Effectuating a setoff of the Receivable might result in a substantial reduction of the Claim.

4.    On August 24, 2007, the Debtors objected to Proof of Claim No. 11530 pursuant to the Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9151) (the "Twentieth Omnibus Claims Objection").

5.    On September 19, 2007, Claimant filed the Response and Limited Opposition of Essex Group, Inc. To Debtors' Twentieth Omnibus Claims Objection (Docket No. 9419) (the "Response").

<u>Disputed Issues</u>

A.    <u>Delphi Does Not Owe Claimant The Amount Asserted In Proof Of Claim
      Number 11530</u>

      6.    Claimant asserts in Proof Of Claim No. 11530 that Delphi owes

Claimant a total of $795,196.61 for goods sold.  Delphi has reviewed the information

attached to the Proof Of Claim and the Response and disputes that it owes the amount

asserted in the Proof of Claim.

      7.    Because the Claimant has asserted its right to setoff, the Debtors

and Claimant must reconcile both the Receivable and Claim.  Although the Debtors

have endeavored to do so, the reconciliation is not complete because, among other

reasons, information concerning the Claim is not complete.  Based upon information

available to date, the Claim should be disallowed in its entirety because Claimant owes

the Debtors approximately $1,275,942.25, which is more than the Proof of Claim.  The

Debtors have objected to the Claim to preserve their rights if the Debtors and Claimant

cannot come to a resolution of the Claim and Receivable.

<u>Reservation Of Rights</u>

      8.    This Statement Of Disputed Issues is submitted by the Debtors

pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures

Order").  Consistent with the provisions of the Claims Objection Procedures Order, the

Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the

Debtors' right to later identify and assert additional legal and factual bases for

disallowance, expungement, reduction, or reclassification of the Claim and (b) the

Debtors' right to later identify additional documentation supporting the disallowance, expungement, reduction, or reclassification of the Claim.

WHEREFORE the Debtors respectfully request that this Court enter an order (a) disallowing and expunging the Claim, and (b) granting the Debtors such other and further relief as is just.

Dated:   New York, New York          DELPHI CORPORATION, *et al.*
         December 4, 2007            By their attorneys,
                                     TOGUT, SEGAL & SEGAL LLP
                                     By:


                                     /s/ Neil Berger
                                     NEIL BERGER (NB-3599)
                                     A Member of the Firm
                                     One Penn Plaza
                                     New York, New York 10119
                                     (212) 594-5000

# EXHIBIT L

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                              :
In re:                                        :
                                              :       Chapter 11
DELPHI CORPORATION, *et al.*,                 :       Case No. 05-44481 [RDD]
                                              :
                        Debtors.              :       Jointly Administered
                                              :
-------------------------------------------------------------x

## DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO PROOF OF CLAIM NUMBER 10490 (DONALDSON COMPANY INC.)

## ("STATEMENT OF DISPUTED ISSUES – DONALDSON COMPANY INC.")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this Statement Of Disputed Issues (the "Statement Of Disputed Issues") With Respect To Proof Of Claim Number 10490 (the "Proof Of Claim") filed by Donaldson Company Inc. ("Claimant") and respectfully represent as follows:

## Background

     1.     On October 8 and 14, 2005 (the "Petition Date"), the Debtors, filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

     2.     On July 24, 2006, Claimant filed proof of claim number 10490 ("Proof Of Claim No. 10490") against Delphi. The Proof Of Claim asserts an unsecured non-priority claim in the amount of $561,223.87 for the sale of goods and performance of services (the "Claim").

     3.     In October 2006, Claimant asserted rights of setoff with respect to claims. The Claimant and the Debtors are attempting to reconcile the Claim and the amount that Claimant allegedly owes the Debtors (the "Receivable"). The Claimant has asserted that it owes the Debtors approximately $222,098. Effectuating a setoff of the Receivable might result in a substantial reduction of the Claim.

     4.     On September 21, 2007, the Debtors objected to Proof of Claim No. 10490 pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535) (the "Twenty-First Omnibus Claims Objection").

Disputed Issues

A.    Delphi And DAS LLC Do Not Owe Claimant The Amount Asserted In Proof Of
Claim Number 10490

5.    Claimant asserts in Proof Of Claim No. 10490 that Delphi owes

Claimant a total of $561,223.87 for goods sold and services performed.  Delphi and DAS

LLC have reviewed the information attached to the Proof Of Claim and the Response

and dispute that they owe the amount asserted in the Proof of Claim.

6.    Because the Claimant has asserted its right to setoff, the Debtors

and Claimant must reconcile both the Receivable and Claim.  Although the Debtors

have endeavored to do so, the reconciliation is not complete because, among other

reasons, information concerning the Claim is not complete.  Based upon information

available to date, the Claim totals $557,853.  The Debtors have objected to the Claim to

preserve their rights if the Debtors and Claimant cannot come to a resolution of the

Claim and Receivable.

Reservation Of Rights

7.    This Statement Of Disputed Issues is submitted by the Debtors

pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures

Order").  Consistent with the provisions of the Claims Objection Procedures Order, the

Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the

Debtors' right to later identify and assert additional legal and factual bases for

disallowance, expungement, reduction, or reclassification of the Claim and (b) the

Debtors' right to later identify additional documentation supporting the disallowance, expungement, reduction, or reclassification of the Claim.

WHEREFORE the Debtors respectfully request that this Court enter an order (a) disallowing and expunging the Claim, and (b) granting the Debtors such other and further relief as is just.

Dated:  New York, New York           DELPHI CORPORATION, *et al.*
        December 4, 2007              By their attorneys,
                                      TOGUT, SEGAL & SEGAL LLP
                                      By:


                                      /s/ Neil Berger
                                      NEIL BERGER (NB-3599)
                                      A Member of the Firm
                                      One Penn Plaza
                                      New York, New York 10119
                                      (212) 594-5000

# EXHIBIT M

**Hearing Date:  January 31, 2008**
**Hearing Time:  10:00 a.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
      In re                                 :        Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :        Case No. 05-44481 (RDD)
                                            :
                     Debtors.               :        (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO PROOF OF CLAIM NUMBER 8657 (UNITED STATES STEEL CORP./SPCP GROUP L.L.C.)

### ("STATEMENT OF DISPUTED ISSUES – UNITED STATES STEEL CORP./SPCP GROUP L.L.C.")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC") debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this

Statement Of Disputed Issues (the "Statement Of Disputed Issues") With Respect To

Proof Of Claim Number 8657 (the "Proof Of Claim") filed by United States Steel Corp.

("Claimant") and subsequently transferred to SPCP Group, L.L.C. as agent for Silver

Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. ("Transferee," and

together with United States Steel Corp. the "Claimants") and respectfully represent as follows:

<u>Background</u>

1.      On October 8 and 14, 2005  (the "Petition Date"), the Debtors, filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

2.      On June 27, 2006, Claimant filed proof of claim number 8657 ("Proof Of Claim No. 8657") against Delphi.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $399,548.00 for goods sold (the "Claim").

3.       On August 14, 2007, United States Steel Corp., transferred Proof Of Claim No. 8657 to SPCP Group, L.L.C., as Agent Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., pursuant to a notice of transfer (Docket No. 9067).

4.      On July 13, 2007, the Debtors objected to Proof of Claim No. 8657 pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617) (the "Nineteenth Omnibus Claims Objection").

5.      On August 7, 2007, Claimant filed the Response Of United States Steel Corporation To Debtors' Nineteenth Omnibus Nineteenth Omnibus Claims Objection (Substantive) Pursuant To 11 U.S.C. 502(B) And Fed. R. Bankr. P. 3007 To

2

Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected (B) On

Debtors' Books And Records, (C) Untimely Claims, And (D) (C) Claims Subject To

Modification, Tax Claims Subject To Modification, Modified Claims Asserting

Reclamation, (D) And Consensually Modified And Reduced Claims Response To

Debtors' Nineteenth Omnibus Objection (Docket No. 8921) (the "Response").

Disputed Issues

A.    <u>Debtors Do Not Owe Claimant The Amount Asserted In Proof Of Claim Number
8657</u>

6.    Claimant asserts in Proof Of Claim No. 8657 that Debtors owe

Claimant a total of $399,548.00 for goods sold.  The Debtors have reviewed the

information attached to the Proof Of Claim and the Response and disputes that they

owe the amount asserted in the Proof of Claim.

7.    Based upon Debtors various accounts payable records, a portion of

the invoices reflected in the Proof of Claim have been paid.  Therefore, $6,101.35 should

be subtracted from the amount claimed.

8.    United States Steel Corp. claimed $226,416.57 based upon the sale

of goods for which it did not provide proofs of deliveries and for which the Debtors

have no proof of receipt of those goods.  Delphi's General Terms And Conditions

governing its dealings with suppliers require that suppliers "promptly forward the

original bill of lading or other shipping receipt with respect to each shipment as Buyer

instructs."  <u>See</u> General Terms And Conditions at 2.1.  Because United States Steel Corp.,

has not provided these proofs of deliveries Delphi does not have a record of receiving

the goods associated with Invoice Nos. 161-02824T, 161-04394T, 161-051980, 161-051981,

161-051982, 161-184150, 161-184151, 161-227158, 161-227159, 161-343136, 161-507594,

161-507595, 161-507596, 161-539847, 161-539848, 161-757118, 161-778190, 161-864765,

3

161-864766, 161-864770, 161-867798, 161-873412 and 161-875035 (the "Invoices") and therefore the $226,416.57 asserted with respect to the Invoices should not be included in the claim.

9.      The Proof of Claim includes invoices of $131,003.67 for materials that were shipped by Claimant directly to Eagle Steel and for which payment was made to Claimant by Eagle Steel.  Therefore, $131,003.67 should be subtracted from the amount claimed.

10.     The prices detailed on certain purchase orders are lower than the prices detailed on Claimant's invoices.  Specifically, adjusted freight price and surcharge amounts are included in invoice nos. 161-207361 and 170-431827.  However, the purchase orders for these items reflect contractual pricing.  Therefore, $3,266.98 should be subtracted from the amount of the Proof of Claim.

11.     In addition, Claimant asserted in Proof Of Claim No. 8657 that Debtors' owe Claimant $399,548.00.  However, the sum of the amounts listed on Claimant's invoices is $399,547.33.  Therefore $0.67 should be subtracted from the amount of the claim.

12.     After taking into account the above-referenced deductions to the Proof of Claim, the Debtors reconciled the Proof of Claim as illustrated in the following chart:

4

| Claimant's Asserted Amount | | $399,548.67 |
|---|---|---|
| Modifications | Paid Invoices | $6,101.35 |
| | Invoices without Proof of Delivery | $226,416.57 |
| | Invoices shipped to Eagle Steel | $131,003.67 |
| | Price Discrepancies | $3,266.98 |
| | Error on Proof Of Claim | $.67 |
| Reconciled Amount | | $32,760.10 |

13.     Debtors do not dispute that the remaining $32,760.10 of Proof Of

Claim No. 8657 should be allowed as an unsecured non-priority claim against DAS LLC.

### Reservation Of Rights

14.     This Statement Of Disputed Issues is submitted by the Debtors

pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures

Order").  Consistent with the provisions of the Claims Objection Procedures Order, the

Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the

Debtors' right to later identify and assert additional legal and factual bases for

disallowance, expungement, reduction, or reclassification of the Claim(s) and (b) the

Debtors' right to later identify additional documentation supporting the disallowance,

expungement, reduction, or reclassification of the Claim(s).

5

WHEREFORE the Debtors respectfully request that this Court enter an order (a) allowing Proof Of Claim No. 8657 in the amount of $32,760.10 as a general unsecured non-priority claim against the estate of DAS LLC, and (c) granting the Debtors such other and further relief as is just.

Dated:  New York, New York
        December 4, 2007

DELPHI CORPORATION, et al.
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:


/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000

6

# EXHIBIT N

Hearing Date:  **January 31, 2008**
Hearing Time:  **10:00 a.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Sean McGrath (SM-4676)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :

In re                  :       Chapter 11
                      :

DELPHI CORPORATION, <u>et al.</u>,   :       Case No. 05-44481 (RDD)
                      :

            Debtors.  :      (Jointly Administered)
                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO PROOF OF CLAIM NUMBER 10574 (FURUKAWA ELECTRIC NORTH AMERICA APD, INC. AND FURUKAWA ELECTRIC COMPANY)

("STATEMENT OF DISPUTED ISSUES – FURUKAWA ELECTRIC NORTH AMERICA APD, INC. AND FURUKAWA ELECTRIC COMPANY")

        Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this Statement Of Disputed Issues (the "Statement Of Disputed Issues") With Respect To Proof Of Claim Number 10574 (the "Proof Of Claim") filed by Furukawa Electric North America APD, Inc., and Furukawa Electric Company (jointly "Claimant") and

subsequently transferred to SPCP Group, L.L.C., as Agent for Silver Point Capital Fund,

L.P. and Silver Point Capital Offshore Fund, Ltd. ("Transferee," and together with

Claimant, the "Claimants") and respectfully represent as follows:

<u>Background</u>

1.    On October 8 and 14, 2005 (the "Petition Date"), the Debtors, filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330, as then amended, in the United States Bankruptcy Court for the Southern

District of New York.

2.    On July 25, 2006, Claimant filed proof of claim number 10574

("Proof Of Claim No. 10574") against DAS LLC. The Proof Of Claim asserts an

unsecured non-priority claim in the amount of $5,069,133.35 for the sale of goods (the

"Claim").

3.    On January 31, 2007, Claimant transferred Proof Of Claim No.

10574 to Transferee pursuant to a notice of transfer (Docket No. 6766).

4.    On July 13, 2007, the Debtors objected to Proof of Claim No. 10574

pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To

11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented

Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim,

And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified

Claims Asserting Reclamation, And Consensually Modified And Reduced Claims

(Docket No. 8617) (the "Nineteenth Omnibus Claims Objection").

5.    On August 9, 2007, Claimant filed its Response of Furukawa

Electric North America APD and Furukawa Electric Co., Ltd. To Debtors' Nineteenth

2

Omnibus Claims Objection (Regarding Claim No. 10574).  (Docket No. 8986) (the "Response").

Disputed Issues

A.    DAS LLC Does Not Owe Claimant The Amount Asserted In Proof Of Claim Number 10574

6.    Claimant asserts in Proof Of Claim No. 10574 that DAS LLC owes Claimant a total of $5,069,133.35 for goods sold.  DAS LLC has reviewed the information attached to the Proof Of Claim and the Response and disputes that it owes the amount asserted in the Proof of Claim.

7.    Based upon DAS LLC's various accounts payable records, a portion of the invoices reflected in the Proof of Claim have been paid.  Therefore, $36,230.40 should be subtracted from the amount claimed.

8.    Claimant seeks $702,550.47 in amounts owed based on the sale of goods for which it did not provide proofs of deliveries deliveries and for which the Debtors have no proof of receipt of those goods.  Delphi's General Terms And Conditions governing its dealings with suppliers require that suppliers "promptly forward the original bill of lading or other shipping receipt with respect to each shipment as Buyer instructs."  See General Terms And Conditions at 2.1.  Because Claimant has not provided these proofs of delivery, DAS LLC does not have a record of receiving the goods associated with Invoice Nos. 41713, 42292, 42316, 44014, 44172, 45158, 45823, 49130, 51063, 51064, 51069, 50921, 50925, 51614, 51799, 52520, 52603, 53033/12615, 54179, 54443, 13498, 10201pp, 882, 13915, 57052, 57603, 58428, 58569, 58595, 60009, 60701, 60905, 62189, 62672, 63949, 65509, 65859, 66275, 68210, 68261, 68314, cmr2967, 69856, 71084, 71712, 71897, 71976, 72100, 72120, 72160, 72161, 72402, 72593,

3

72679, 72766, 72787 and 72869 (the "Invoices") and therefore the $702,550.47 asserted

with respect to the Invoices should not be included in the claim.

9.      After taking into account the above-referenced deductions to the

Proof of Claim, the Debtors reconciled the Proof of Claim as illustrated in the following

chart:

| Claimant's Asserted Amount | | $5,069,133.35 |
|---|---|---|
| Modifications | Paid Invoices | $36,230.40 |
| | Invoices Without Proof of Delivery | $702,550.47 |
| Reconciled Amount | | $4,330,352.48 |

10.      DAS LLC does not dispute that the remaining $4,330,352.48 of

Proof Of Claim No. 10574 should be allowed as an unsecured non-priority claim against

DAS LLC.

<u>Reservation Of Rights</u>

11.      This Statement Of Disputed Issues is submitted by the Debtors

pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures

Order").  Consistent with the provisions of the Claims Objection Procedures Order, the

Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the

Debtors' right to later identify and assert additional legal and factual bases for

disallowance, expungement, reduction, or reclassification of the Claim(s) and (b) the

4

Debtors' right to later identify additional documentation supporting the disallowance, expungement, reduction, or reclassification of the Claim(s).

WHEREFORE the Debtors respectfully request that this Court enter an order (a) allowing Proof Of Claim No. 10574 in the amount of $4,330,352.48 as a general unsecured non-priority claim against the estate of DAS LLC, and (b) granting the Debtors such other and further relief as is just.


Dated:   New York, New York             DELPHI CORPORATION, *et al.*
         December 4, 2007                By their attorneys,
                                         TOGUT, SEGAL & SEGAL LLP
                                         By:


                                         /s/ Neil Berger
                                         NEIL BERGER (NB-3599)
                                         A Member of the Firm
                                         One Penn Plaza
                                         New York, New York 10119
                                         (212) 594-5000

5

# EXHIBIT O

**Hearing Date:  January 31, 2008**
**Hearing Time:  10:00 a.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
        In re                                             :        Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :        Case No. 05-44481 (RDD)
                                                          :
                           Debtors.                       :        (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO
PROOF OF CLAIM NUMBER 14664 (COOPER STANDARD AUTOMOTIVE F/K/A
ITT AUTOMOTIVE FLUID HDG. SYST./DEUTSCHE BANK SECURITIES INC.)**

("STATEMENT OF DISPUTED ISSUES – COOPER STANDARD AUTOMOTIVE F/K/A
ITT AUTOMOTIVE FLUID HDG. SYST./DEUTSCHE BANK SECURITIES INC.")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"), hereby submit this Statement Of Disputed Issues (the "Statement Of

Disputed Issues") With Respect To Proof Of Claim Number 14664 (the "Proof Of Claim")

filed by Cooper Standard Automotive f/k/a ITT Automotive Fluid Hdg. Syst.

("Claimant") and subsequently transferred to Deutsche Bank Securities Inc., (the

"Transferee," and together with Claimant, the "Claimants") and respectfully represent as follows:

Background

1.      On October 8 and 14, 2005  (the "Petition Date"), the Debtors, filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

2.      On July 31, 2006, Claimant filed proof of claim number 14644 ("the Proof Of Claim") against Delphi.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $2,624,997.09 for sale of goods (the "Claim").

3.       On June 16, 2007, Claimant transferred the Proof Of Claim to the Transferee pursuant to a notice of transfer (Docket No. 8274).

4.      On September 21, 2007, the Debtors objected to Proof of Claim No. 14664 pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535) (the "Twenty-First Omnibus Claims Objection").

5.      On October 18, 2007, Claimant filed its Response Of Cooper-Standard Automotive Inc. To Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims; (B) Untimely Equity Claim; (C) Insufficiently Documented Claims; (D) Claims

2

Not Reflected On Debtors' Books And Records, (E) Untimely Claim, And (F) Claims Subject To Modification, Tax Claim Subject To Modification And Modified Claims Asserting Reclamation (Docket No. 9535) (the "Response").

Disputed Issues

A.    <u>Delphi Does Not Owe Claimant The Amount Asserted In Proof Of Claim Number 14664</u>

6.    Claimant asserts in Proof Of Claim No. 14664 that Debtors owe Claimant a total of $2,624,997.09 for goods sold.  The Debtors have reviewed the information attached to the Proof Of Claim and the Response and disputes that they owe the amount asserted in the Proof of Claim.

7.    Based upon Delphi's various accounts payable records, a portion of the invoices reflected in the Proof of Claim have been paid.  Therefore, $391,502.76 should be subtracted from the amount claimed.

8.    The prices detailed on certain purchase orders are lower than the prices detailed on the Claimant's invoices.  The purchase orders reflect the contractual pricing.  Therefore, $84,265.40 should be subtracted from the amount of the Proof of Claim.

9.    Claimant seeks $56,110.06 in amounts owed based on the sale of goods for which it did not provide proofs of deliveries and for which the Debtors have no proof of receipt of those goods.  Delphi's General Terms And Conditions governing its dealings with suppliers require that suppliers "promptly forward the original bill of lading or other shipping receipt with respect to each shipment as Buyer instructs."  <u>See</u> General Terms And Conditions at 2.1.  Because Claimant has not provided these proofs of delivery, Delphi does not have a record of receiving the goods associated with

3

Invoice No. 33030919, 33030921, 33031352, 33031492, 33031896, 33032510, 33032991, 33033887, 33033994, 33034196, 33034197, 33030609, 33035201, 22063638, 22063675, 22063740, 33035947 and 22063883 (the "Invoices") and therefore the $56,110.06 asserted in the Invoices should not be included in the claim.

10.    After taking into account the above-referenced deductions to the Proof of Claim, the Debtors reconciled the Proof of Claim as illustrated in the following chart:

| Claimant's Asserted Amount | | **$2,624,997.09** |
|---|---|---|
| Modifications | **Paid Invoices** | $391,502.76 |
| | **Price Discrepancies** | $84,265.40 |
| | **Proofs Of Delivery** | $56,110.06 |
| Reconciled Amount | | **$2,093,118.87** |

11.    Debtors do not dispute that the remaining $2,093,118.87 of Proof Of Claim No. 14664 should be allowed as an unsecured non-priority claim against Delphi.

<u>Reservation Of Rights</u>

12.    This Statement Of Disputed Issues is submitted by the Debtors pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures

4

Order").  Consistent with the provisions of the Claims Objection Procedures Order, the

Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the

Debtors' right to later identify and assert additional legal and factual bases for

disallowance, expungement, reduction, or reclassification of the Claim(s) and (b) the

Debtors' right to later identify additional documentation supporting the disallowance,

expungement, reduction, or reclassification of the Claim(s).

WHEREFORE the Debtors respectfully request that this Court enter an

order (a) allowing Proof Of Claim No. 14664 in the amount of $2,093,118.87 as a general

unsecured non-priority claim against the estate of Delphi, and (c) granting the Debtors

such other and further relief as is just.


Dated:   New York, New York                     DELPHI CORPORATION, *et al.*
         December 4, 2007                       By their attorneys,
                                                TOGUT, SEGAL & SEGAL LLP
                                                By:


                                                /s/ Neil Berger
                                                NEIL BERGER (NB-3599)
                                                A Member of the Firm
                                                One Penn Plaza
                                                New York, New York 10119
                                                (212) 594-5000

5

# EXHIBIT P

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :        Chapter 11
DELPHI CORPORATION, *et al.*,                                :        Case No. 05-44481 [RDD]
                                                             :
                               Debtors.                      :        Jointly Administered
                                                             :
-------------------------------------------------------------x

DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO
PROOFS OF CLAIM NUMBERS 15299 AND 14645
(AI-SHREVEPORT, LLC AND ANDROID INDUSTRIES, LLC)

("STATEMENT OF DISPUTED ISSUES – AI-SHREVEPORT,
LLC AND ANDROID INDUSTRIES, LLC ")


           Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this

Statement Of Disputed Issues (the "Statement Of Disputed Issues") With Respect To

Proofs Of Claim Numbers 15299 and 14645 (collectively, the "Proofs Of Claim") filed by

AI-Shreveport, LLC ("Shreveport") and Android Industries, LLC ("Android," and

collectively, with Shreveport, the "Claimants")[1] respectively, and respectfully represent as follows:

<u>Background</u>

1.        On October 8 and 14, 2005  (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

2.        On July 31, 2006, Shreveport filed proof of claim number 15299 ("Proof Of Claim No. 15299") and Android filed proof of claim number 14645 ("Proof Of Claim Number 14645") against DAS LLC.  Proof Of Claim Number 15299 asserts a claim in the amount of $389,277 for the sale of goods secured by a right of setoff.  Proof Of Claim Number 14645 asserts a claim in the amount of $3,184,562 for the sale of goods secured by a right of setoff.  (Proof Of Claim Number 15299 and Proof Of Claim Number 14645, together the "Claims").

3.        On or about January 30, 2006, the Claimants asserted rights of setoff with respect to the Claims.  From July 2006 through approximately June 2007, the Claimants largely cooperated with the Debtors in reconciling the Claims and the amounts that Claimants allegedly owe the Debtors (the "Receivable").  The Claimants have asserted that they owe the Debtors approximately $3,398,938.23.  Effectuating a setoff of the Receivable might result in a substantial reduction of one or both of the Claims.

4.        At least since June 2007, however, the Claimants have ceased cooperating with the reconciliation of the Receivable and the Claims.  The Claimants

---

[1] Although the Claimants are two separate but related entities, the issues described herein involving reconciling their claims are identical.

2

have not responded to repeated requests for information and documentation, including proofs of delivery in support of all of their invoices. Because the documentation attached to the Proofs of Claim is insufficient for the Debtors to reconcile the Claims, and because the Debtors must reconcile the amount of the Receivable to evaluate the Claimants' right of setoff, the Claimants' cooperation in the reconciliation process is essential to determine the amount of the Claims. Consequently, the Debtors had no alternative but to object to the Claims and they will seek discovery, if necessary, from Claimants.

5.      On August 24, 2007, the Debtors objected to the Claims pursuant to the Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9151) (the "Twentieth Omnibus Claims Objection"). The Debtors maintain that the Claims are unsubstantiated.

6.      On September 20, 2007, AI-Shreveport, LLC filed its Objection to Debtors' Twentieth Omnibus Objection Pursuant to 11 USC Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9485) (the "AI-Shreveport Response").

3

7.      On September 20, 2007, Android Industries, LLC filed its Objection to Debtors' Twentieth Omnibus Objection Pursuant to 11 USC Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9486) (together with the AI-Shreveport Response, the "Responses").

Disputed Issues

A.      <u>DAS LLC Does Not Owe Claimants The Amount Asserted In Proofs Of Claim Numbers 15299 And 14645</u>

8.      The Claimants assert in the Claims No. 15299 and 14645 that DAS LLC owes the Claimants a total of $3,573,839 for goods sold.  The Claims should be disallowed in their entirety because the total amount of the Claims is less than the amounts that the Claimants owe the Debtors.  DAS LLC has reviewed the information attached to the Proofs Of Claim and the Responses and disputes that it owes the amount asserted in the Proofs of Claim.  Based upon information available to date, the Claimants owe the Debtors amounts in excess of the total of the Claims: the Claims total approximately $1,694,618.15 and the Claimants owe the Debtors approximately $1,840,614.83.

Reservation Of Rights

9.      This Statement Of Disputed Issues is submitted by the Debtors pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

4

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order").  Consistent with the provisions of the Claims Objection Procedures Order, the Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the Debtors' right to later identify and assert additional legal and factual bases for disallowance, expungement, reduction, or reclassification of the Claims and (b) the Debtors' right to later identify additional documentation supporting the disallowance, expungement, reduction, or reclassification of the Claims.

WHEREFORE the Debtors respectfully request that this Court enter an order (a) disallowing and expunging the Claims, and (b) granting the Debtors such other and further relief as is just.

Dated:  New York, New York
        December 4, 2007

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000

# EXHIBIT Q

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :         Chapter 11
DELPHI CORPORATION, *et al.*,                                :         Case No. 05-44481 [RDD]
                                                             :
                          Debtors.                           :         Jointly Administered
                                                             :
-------------------------------------------------------------x

DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO
PROOF OF CLAIM NUMBER 15018 (AUTOMODULAR ASSEMBLIES INC.)

("STATEMENT OF DISPUTED ISSUES – AUTOMODULAR ASSEMBLIES INC.")


        Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this

Statement Of Disputed Issues (the "Statement Of Disputed Issues") With Respect To

Proof Of Claim Number 15018 (the "Proof Of Claim") filed by Automodular Assemblies

Inc. ("Claimant") and respectfully represent as follows:

<u>Background</u>

1.      On October 8 and 14, 2005  (the "Petition Date"), the Debtors, filed
voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§
101-1330, as then amended, in the United States Bankruptcy Court for the Southern
District of New York.

2.      On July 31, 2006, Claimant filed proof of claim number 15018
("Proof Of Claim No. 15018") against DAS LLC.  The Proof Of Claim asserts an
unsecured non-priority claim in the amount of $549,277.73 for the sale of goods and
services performed (the "Claim").

3.      On or about April 27, 2006, Claimant asserted rights of setoff with
respect to claims.  The Claimant and the Debtors are attempting to reconcile the Claim
and the amount that Claimant allegedly owes the Debtors (the "Receivable").  The
Claimant has asserted that it owes the Debtors approximately $458,300.60, and
effectuating a setoff of the Receivable might result in a substantial reduction of the
Claim.

4.      On October 31, 2006, the Debtors objected to Proof of Claim No.
15018 pursuant to the Debtors' (I) Third Omnibus Objection (Substantive) Pursuant to
11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Claims with Insufficient
Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C)
Claims Subject to Modification and (II) Motion to Estimate Contingent and
Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third
Omnibus Claims Objection").

5.      On November 22, 2006, Claimant filed the Response of
Automodular Assemblies, Inc., Tec-Mar Distribution Services, Inc. and Automodular

Assemblies (Ohio) Inc. to the Debtor's Third Omnibus Objection to Proof of Claim 15018

(Docket No. 5688) (the "Response").

Disputed Issues

A.    <u>DAS LLC Does Not Owe Claimant The Amount Asserted In Proof Of Claim
Number 15018</u>

6.    Claimant asserts in Proof Of Claim No. 15018 that DAS LLC owes

Claimant a total of $549,277.73 for goods sold.  DAS LLC has reviewed the information

attached to the Proof Of Claim and the Response and disputes that it owes the amount

asserted in the Proof of Claim.

7.    Because the Claimant has asserted its right to setoff, the Debtors

and Claimant must reconcile both the Receivable and Claim.  Although the Debtors

have endeavored to do so, the reconciliation is not complete because, among other

reasons, information concerning the Claim is not complete. Based upon information

available to date, the Claim should be disallowed in its entirety because Claimant owes

the Debtors approximately $549,918.39, which is more than the Proof of Claim.  The

Debtors have objected to the Claim to preserve their rights if the Debtors and Claimant

cannot come to a resolution of the Claim and Receivable.

Reservation Of Rights

8.    This Statement Of Disputed Issues is submitted by the Debtors

pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures

Order").  Consistent with the provisions of the Claims Objection Procedures Order, the

Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the

Debtors' right to later identify and assert additional legal and factual bases for

disallowance, expungement, reduction, or reclassification of the Claim and (b) the

Debtors' right to later identify additional documentation supporting the disallowance,

expungement, reduction, or reclassification of the Claim.

        WHEREFORE the Debtors respectfully request that this Court enter an

order (a) disallowing and expunging the Claim, and (b) granting the Debtors such other

and further relief as is just.


Dated:  New York, New York       DELPHI CORPORATION, *et al.*
       December 4, 2007           By their attorneys,
                               TOGUT, SEGAL & SEGAL LLP
                               By:


                               /S/ Neil Berger
                               NEIL BERGER (NB-3599)
                               A Member of the Firm
                               One Penn Plaza
                               New York, New York 10119
                               (212) 594-5000

# EXHIBIT R

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                             :
In re:                          :
                             :      Chapter 11
DELPHI CORPORATION, *et al.*,      :      Case No. 05-44481 [RDD]
                             :
                Debtors.    :      Jointly Administered
                             :
------------------------------------------------------------------x

DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO
PROOFS OF CLAIM NUMBERS 563, 912, 1125, 1126, 1578, 1579, 1582, 1583, 1584, 1585,
2102, 2103, 2529, 16636, 16637 AND 7506 (SBC YELLOW PAGES, SBC ADVANCED
SOLUTIONS INC., SBC DATACOMM, SBC GLOBAL, SBC LONG DISTANCE INC.,
AT&T GLOBAL SERVICES (F/K/A SBC GLOBAL) AND AT&T CORP.)

("STATEMENT OF DISPUTED ISSUES – SBC YELLOW PAGES, SBC ADVANCED
SOLUTIONS INC., SBC DATACOMM, SBC GLOBAL, SBC LONG DISTANCE INC.,
AT&T GLOBAL SERVICES (F/K/A SBC GLOBAL) AND AT&T CORP.")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), Delphi Automotive Systems

Global (Holding), Inc. ("DAS LLC Global (Holding), Inc."), Delphi Automotive Systems

(Holding), Inc. ("DAS (Holding), Inc."), Delphi Diesel Systems Corporation ("Delphi

Diesel"), Delphi International Holdings Corporation ("Delphi Int'l Holdings Corp."),

Delphi Automotive Systems Thailand, Inc. ("DAS Thailand, Inc."), Delphi Mechatronic

Systems, Inc. ("Mechatronics"), and Delphi NY Holdings Corporation ("Delphi NY

Holdings Corp."), debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), hereby submit this Statement Of Disputed Issues (the

"Statement Of Disputed Issues") With Respect To Proofs Of Claim Numbers 563, 912,

1125, 1126, 1578, 1579, 1582, 1583, 1584, 1585, 2102, 2103, 2529, 16636, 16637 and 7506

(the "Proofs Of Claim") filed by SBC Yellow Pages, SBC Advanced Solutions Inc., SBC

Datacomm, SBC Global, SBC Long Distance Inc., AT&T Global Services (f/k/a SBC

Global) And AT&T Corp. ("Claimants") and respectfully represent as follows:

<u>Background</u>

1.      On October 8 and 14, 2005  (the "Petition Date"), the Debtors, filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330, as then amended, in the United States Bankruptcy Court for the Southern

District of New York.

2.      On November 14, 2005, SBC Yellow Pages filed proof of claim

number 563 ("Proof Of Claim No. 563") against Delphi.  The Proof Of Claim asserts an

unsecured non-priority claim in the amount of $103.31 for the performance of services.

3.      On November 28, 2005, SBC Advanced Solutions, Inc. filed proof of

claim number 912 ("Proof Of Claim No. 912") against Delphi Automotive Systems, Inc.

The Proof Of Claim asserts an unsecured non-priority claim in the amount of $3,841.74

for the sale of goods.

4.      On December 12, 2005, SBC Datacomm filed proof of claim number

1125 ("Proof Of Claim No. 1125") against Delphi.  The Proof Of Claim asserts an

unsecured non-priority claim in the amount of $7,661.10 for the sale of goods and the

performance of services.

5.      On December 12, 2005, SBC Advanced Solutions filed proof of claim number 1126 ("Proof Of Claim No. 1126") against Delphi.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $3,236,025.11 for the sale of goods and the performance of services.

6.      On January 17, 2006, SBC Global filed proof of claim number 1578 ("Proof Of Claim No. 1578") against DAS LLC Global (Holding), Inc.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $373,508.42 for the performance of services.

7.      On January 17, 2006, SBC Long Distance Inc. filed proof of claim number 1579 ("Proof Of Claim No. 1579") against DAS (Holding), Inc.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $1,000 for the performance of services.

8.      On January 17, 2006, SBC Global filed proof of claim number 1582 ("Proof Of Claim No. 1582") against Delphi Diesel.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $110.32 for the performance of services.

9.      On January 17, 2006, SBC Global filed proof of claim number 1583 ("Proof Of Claim No. 1583") against Delphi Int'l Holdings Corp.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $21.91 for the performance of services.

10.      On January 17, 2006, SBC Global filed proof of claim number 1584 ("Proof Of Claim No. 1584") against DAS Thailand, Inc.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $368.59 for the performance of services.

11.      On January 17, 2006, SBC Global filed proof of claim number 1585 ("Proof Of Claim No. 1585") against Mechatronics.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $602.51 for the performance of services.

12.     On February 21, 2006, SBC Long Distance Inc. filed proof of claim number 2102 ("Proof Of Claim No. 2102") against Delphi.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $29.60 for the performance of services.

13.     On February 23, 2006, SBC Global filed proof of claim number 2103 ("Proof Of Claim No. 2103") against Delphi.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $691,047.51 for the performance of services.

14.     On April 3, 2006, SBC Global filed proof of claim number 2529 ("Proof Of Claim No. 2529") against Delphi NY Holdings Corp.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $195.10 for the sale of goods and the performance of services.

15.     On August 6, 2007, AT&T Global Services f/k/a SBC Global filed proof of claim number 16636 ("Proof Of Claim No. 16636") against Delphi.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $751,745.35 for the performance of services.

16.     On August 6, 2007. AT&T Global Services f/k/a SBC Global filed proof of claim number 16637 ("Proof Of Claim No. 16637") against DAS LLC Global (Holding), Inc.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $647,310.88 for the performance of services.

17.     On June 5, 2006, AT&T Corp. filed proof of claim number 7506 ("Proof Of Claim No. 7506") against Delphi.  The Proof Of Claim asserts an unsecured non-priority claim in the amount of $4,424,985.53.

18.     Collectively, Proofs of Claim Nos. 563, 912, 1125, 1126, 1578, 1579, 1582, 1583, 1584, 1585, 2102, 2103, 2529, 16636, 16637 and 7506 constitute the "Proofs Of Claim" or the "Claims".

19.      On September 21, 2007, the Debtors objected to the Proofs of Claim

pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. Section

502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B)

Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not

Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject

To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting

Reclamation (Docket No. 9535) (the "Twenty-First Omnibus Claims Objection").

20.      On October 18, 2007, Claimants filed the Response of AT&T and Its

Related Entities to Debtors' Twenty-First Omnibus Objection Pursuant to 11 U.S.C.

Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended

Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims

Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims

Subject To Modification, Tax Claim Subject To Modification, And Modified Claims

Asserting Reclamation (Docket No. 10643) (the "Response").

<u>Disputed Issues</u>

A.      <u>Delphi, DAS LLC, DAS LLC Global (Holding), Inc., DAS (Holding), Inc., Delphi
Diesel, Delphi Int'l Holdings Corp., DAS Thailand, Inc., Mechatronics and
Delphi NY Holdings Corp. Do Not Owe Claimants The Amount Asserted In
Proofs Of Claim Numbers 563, 912, 1125, 1126, 1578, 1579, 1582, 1583, 1584, 1585,
2102, 2103, 2529, 16636, 16637 and 7506</u>

21.      Claimants assert in the Proofs Of Claim that Delphi, DAS LLC,

DAS LLC Global (Holding), Inc., DAS (Holding), Inc., Delphi Diesel, Delphi Int'l

Holdings Corp., DAS Thailand, Inc., Mechatronics and Delphi NY Holdings Corp. owe

Claimants a total of $10,138,556.98 for goods sold and services provided.  Delphi, DAS

LLC, DAS LLC Global (Holding), Inc., DAS (Holding), Inc., Delphi Diesel, Delphi Int'l

Holdings Corp., DAS Thailand, Inc., Mechatronics, and Delphi NY Holdings Corp. have

reviewed the information attached to the Proofs Of Claim and the Response and dispute that they owe the amounts asserted in the Proofs Of Claim.

22.    Proofs Of Claim Nos. 563 and 7506 are based on allegedly outstanding postpetition invoices. Those postpetition invoices have been paid in the ordinary course of business and therefore $2,442.44 should be subtracted from the aggregate amount claimed by Proofs Of Claim Nos. 563 and 7506.

23.    Claimants have not provided sufficient information and documentation in support of Proofs Of Claim Nos. 912, 1125, 1126, 1578, 1579, 1582, 2102, 2103 and 7506 despite repeated requests by the Debtors. Therefore, $1,427,580.88 should be subtracted from the aggregate amount claimed by Proofs Of Claim Nos. 912, 1125, 1126, 1578, 1579, 1582, 2102, 2103 and 7506.

24.    Based upon Delphi's various accounts payable records, a portion of the invoices reflected in Proof Of Claim No. 1126 have been paid. Therefore, $238,355.06 should be subtracted from the amount claimed by Proof Of Claim No. 1126.

25.    The Debtors are unable to determine against which entity portions of Proofs Of Claim Nos. 1583 and 7506 were filed due to deficient descriptions in those claims. Therefore, $2,714.49 should be subtracted from the aggregate amount claimed by Proofs Of Claim Nos. 1583 and 7506.

26.    The prices detailed on certain purchase orders are lower than the prices detailed on the Claimants' invoices. The purchase orders reflect the contractual pricing. Therefore, $1,764.52 should be subtracted from the aggregate amount claimed by Proofs Of Claim Nos. 1125, 1584, 1585, 2529 and 7506.

27.    Calculations with respect to finance charges are inconsistent with the Debtors' books and records and are unsupported. Therefore, $147.77 should be subtracted from the aggregate amount claimed by Proofs Of Claim Nos. 1585 and 2529.

28.    Proofs Of Claim Nos. 16636 and 16637, which amend proofs of claim nos. 2103 and 1578, respectively, were filed after the bar date set by the Order Under 11 U.S.C. §§ 107(b), 501, 502, and 1111(a) And Fed. R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates for Filing Proofs of Claim and Approving Form And Manner Of Notice Thereof (Docket No. 3206), entered on April 12, 2006. Therefore, $1,399,056.23 should be subtracted from the aggregate amount claimed by Proofs Of Claim Nos. 16636 and 16637.

29.    After taking into account the above-referenced deductions to the Proofs Of Claim, the Debtors reconciled the Proofs Of Claim as illustrated in the following chart:

| Claimants' Asserted Amount | | $10,138,556.98 |
|---|---|---|
| Modifications | Postpetition Invoices | $2,442.44 |
| | Insufficient Documentation | $1,427,580.88 |
| | Price Discrepancies | $1,764.52 |
| | Paid Invoices | $238,355.06 |
| | Unable To Identify Legal Entity | $2,714.49 |
| | Finance Charges | $147.77 |
| | Late Amendment | $1,399,056.23 |
| Reconciled Amount | | $7,066,615.28 |

30.    Delphi, DAS LLC, DAS LLC Global (Holding), Inc., DAS (Holding), Inc., Delphi Diesel, Delphi Int'l Holdings Corp., DAS Thailand, Inc., Mechatronics and Delphi NY Holdings Corp. do not dispute that the remaining $7,066,615.28 of Proofs Of

Claim Nos. 563, 912, 1125, 1126, 1578, 1579, 1582, 1583, 1584, 1585, 2102, 2103, 2529, 16636, 16637 and 7506 should be allowed as unsecured non-priority claims against Delphi, DAS LLC, DAS LLC Global (Holding), Inc., DAS (Holding), Inc., Delphi Diesel, Delphi Int'l Holdings Corp., DAS Thailand, Inc., Mechatronics and Delphi NY Holdings Corp.

<u>Reservation Of Rights</u>

31.    This Statement Of Disputed Issues is submitted by the Debtors pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order").  Consistent with the provisions of the Claims Objection Procedures Order, the Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the Debtors' right to later identify and assert additional legal and factual bases for disallowance, expungement, reduction, or reclassification of the Claims and (b) the Debtors' right to later identify additional documentation supporting the disallowance, expungement, reduction, or reclassification of the Claims.

WHEREFORE the Debtors respectfully request that this Court enter an order (a) allowing Proofs Of Claim Nos. 563, 912, 1125, 1126, 1578, 1579, 1582, 1583, 1584, 1585, 2102, 2103, 2529, 16636, 16637 and 7506 in the aggregate amount of $7,066,615.28 as general unsecured non-priority claims against the estates of Delphi, DAS LLC, DAS LLC Global (Holding), Inc., DAS (Holding), Inc., Delphi Diesel, Delphi

Int'l Holdings Corp., DAS Thailand, Inc., Mechatronics, and Delphi NY Holdings Corp.,

and (b) granting the Debtors such other and further relief as is just.

Dated:  New York, New York                DELPHI CORPORATION, *et al.*
        December 4, 2007                   By their attorneys,
                                           TOGUT, SEGAL & SEGAL LLP
                                           By:


                                           /s/ Neil Berger
                                           NEIL BERGER (NB-3599)
                                           A Member of the Firm
                                           One Penn Plaza
                                           New York, New York 10119
                                           (212) 594-5000

# EXHIBIT S

Hearing Date:  January 31, 2008
Hearing Time:  10:00 a.m. (Prevailing Eastern Time)

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
     In re                          :          Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :          Case No. 05-44481 (RDD)
                                              :
                Debtors.           :          (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO PROOFS OF CLAIM NUMBERS 14125, 14126, 14127, 14128, 14129, 14130 AND 14042, (FCI AUTOMOTIVE DEUTSCHLAND GMBH, FCI ITALIA SPA, FCI ELECTRONICS MEXICO S. DE R.L. DE C.V., FCI AUTOMOTIVE FRANCE S.A., FCI USA INC., FCI AUSTRIA GMBH AND FCI CANADA INC.)

("STATEMENT OF DISPUTED ISSUES – (FCI
AUTOMOTIVE DEUTSCHLAND GMBH, FCI ITALIA SPA, FCI ELECTRONICS
MEXICO S. DE R.L. DE C.V., FCI AUTOMOTIVE FRANCE S.A.,
FCI USA INC. AND FCI AUSTRIA GMBH AND FCI CANADA INC.")

        Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this

Statement Of Disputed Issues (the "Statement Of Disputed Issues") With Respect To

Proofs Of Claim Numbers 14125, 14126, 14127, 14128, 14129, 14130 and 14042 (the

"Proofs Of Claim") filed by FCI Automotive Deutschland GmbH, FCI Italia SpA, FCI

Electronics Mexico S. de R.L. de C.V., FCI Automotive France S.A., FCI USA Inc., FCI

Austria GmbH and FCI Canada Inc., ("Claimants") and respectfully represent as follows:

<u>Background</u>

1.      On October 8 and 14, 2005  (the "Petition Date"), the Debtors, filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330, as then amended, in the United States Bankruptcy Court for the Southern

District of New York.

2.      On July 31, 2006, FCI Canada Inc. filed proof of claim number 14125,

("Proof Of Claim No. 14125") against DAS LLC.  The proof of claim asserted an

unsecured non-priority claim in the amount of $76,964.21 for the sale of goods ("Claim

No. 14125").  On July 31, 2006, FCI Automotive Deutschland GmbH filed proof of claim

number 14126 ("Proof Of Claim No. 14126") against DAS LLC.  The proof of claim

asserted an unsecured non-priority claim in the amount of $376,357.61 for the sale of

goods ("Claim No. 14126").  On July 31, 2006, FCI Italia S.p.A. filed proof of claim

number 14127, ("Proof Of Claim No. 14127") against DAS LLC.  The proof of claim

asserted an unsecured non-priority claim in the amount of $361.40 for the sale of goods

("Claim No. 14127").  On July 31, 2006, FCI Electronics Mexico, S. de R.L. de C.V. filed

proof of claim number 14128 ("Proof Of Claim No. 14128") against DAS LLC.  The proof

of claim asserted an unsecured non-priority claim in the amount of $294,001.77 for the

sale of goods ("Claim No. 14128").  On July 31, 2006, FCI Automotive France, S.A. filed

proof of claim number 14129 ("Proof Of Claim No. 14129") against DAS LLC.  The proof

of claim asserted an unsecured non-priority claim in the amount of $15,945.87 for the

sale of goods ("Claim No. 14129").  On July 31, 2006, FCI USA, Inc., filed proof of claim

2

number 14130 ("Proof Of Claim No. 14130") against DAS LLC. The proof of claim asserted an unsecured non-priority claim in the amount of $407,299.95 for the sale of goods ("Claim No. 14130"). On July 31, 2006, FCI Austria GmbH filed proof of claim number 14042 ("Proof Of Claim No. 14042") against DAS LLC. The Proof Of Claim asserted an unsecured non-priority claim in the amount of $711.42 for sale of goods ("Claim No. 14042" and collectively with Claims Nos. 14125, 14126, 14127, 14128, 14129 and 14130 the "Proofs of Claims").

3.    On August 24, 2007, the Debtors objected to the Proofs of Claims pursuant to the Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9151) (the "Twentieth Omnibus Claims Objection").

4.    On September 20, 2007, Claimants filed their Response To Debtors' Twentieth Omnibus Objection To Claim Nos. 14125, 14126, 14127, 14128, 14129, 14130 and 14042 (Docket No. 9446) (the "Response").

<u>Disputed Issues</u>

A.    DAS LLC Does Not Owe Claimants The Amount Asserted In Proofs Of Claim Nos. 14042, 14125, 14126, 14127, 14128, 14129 and 14130

5.    Claimants assert in the Proofs Of Claims that DAS LLC owes Claimant a total of $1,171,642.23 for goods sold. DAS LLC has reviewed the

3

information attached to the Proofs Of Claims and the Response and disputes that it owes the amount asserted in the Proofs of Claims.

6.       Based upon Delphi's various accounts payable records, a portion of the invoices reflected in the Proofs of Claims have been paid.  Therefore, $131,516.49 should be subtracted from the amount claimed.

7.       The prices detailed on certain purchase orders are lower than the prices detailed on the Claimants' invoices.  The purchase orders reflect the contractual pricing.  Therefore, $212,673.60 should be subtracted from the amount of the Proofs of Claims.

8.       Claimants claimed $83,394.44 in amounts owed based on the sale of goods for which they did not provide proofs of deliveries and for which the Debtors have no record of delivery.  DAS LLC's General Terms And Conditions governing its dealings with suppliers require that suppliers "promptly forward the original bill of lading or other shipping receipt with respect to each shipment as Buyer instructs."  See General Terms And Conditions at 2.1.  Because Claimants have not provided these proofs of delivery, DAS LLC does not have a record of receiving the goods associated with Invoice Nos. VB512143, VB513002, 043052, 043052, 043731, 044292, 044420, 042810, 043420, 044230, 044734, S128907, S129257, T145079, T145801, T148506, T148616, T148615, S130143, S130396, T152998, T179742, T195104, 529880, 523985, 523575, 523573, 523571, 523282, 523280, 520401, 520163, 513602, 511475, 510569, 509987, 507811, 505498, 505352, 501398, 500326, 496363, 14067, 14065, 14064, 14063, 14054, 14038, 13994, 13931, 13930, 13928, 1044615, 33002066, 20024716, 1046381, 506325, 510639, 510876, 511310, 512043, 512044, 513723, 516067, 516730, 522578, 524169, 526529, 545663, MX100904, 038768,

4

039124, 039669, 043990, 21822, 25959, 26286, 26290, 034676, 035437, 036208, 036334,
037176, 037938, 038076, 38104, MX100962, 041979, 043084, 043209, 043347, 045145,
038934, 039085, 042828, 044758 and 045747,  therefore the $83,394.44 asserted with
respect to Invoice Nos. VB512143, VB513002, 043052, 043052, 043731, 044292, 044420,
042810, 043420, 044230, 044734, S128907, S129257, T145079, T145801, T148506, T148616,
T148615, S130143, S130396, T152998, T179742, T195104, 529880, 523985, 523575, 523573,
523571, 523282, 523280, 520401, 520163, 513602, 511475, 510569, 509987, 507811, 505498,
505352, 501398, 500326, 496363, 14067, 14065, 14064, 14063, 14054, 14038, 13994, 13931,
13930, 13928, 1044615, 33002066, 20024716, 1046381, 506325, 510639, 510876, 511310,
512043, 512044, 513723, 516067, 516730, 522578, 524169, 526529, 545663, MX100904,
038768, 039124, 039669, 043990, 21822, 25959, 26286, 26290, 034676, 035437, 036208,
036334, 037176, 037938, 038076, 38104, MX100962, 041979, 043084, 043209, 043347,
045145, 038934, 039085, 042828, 044758 and 045747 should not be included in the claim.

9.    Claimants claimed $6,467.22 in amounts owed based on the sale of
goods for which they did not provide sufficient documentation and for which the
Debtors do not have sufficient documentation.  Therefore, $6,467.22 should not be
included in the claim.

10.    The Proofs of Claims include invoices for defective materials that
have been returned by the Debtors in the ordinary course of business, invoice number
FV04DMP3Y30075011019 – 513091, EW04VCM044835 – 044835 and BoL # 00611585 &
00629592.  Therefore, $5,151.37 should be subtracted from the amount claimed.

11.     Proofs of Claim Nos. 14126 and 14129 include invoices in which monetary exchange rates have been erroneously calculated.  Therefore, $13.21 should be subtracted from the amount claimed.

12.     Proof of Claim Nos. 041085 includes an improper charge for the provision of a prototype for which the Debtors do not have a valid purchase order. Therefore, $550.00 should be subtracted from the amount claimed.

13.     Proof of Claim Nos. 14130 includes invoiced materials that were never actually delivered. Therefore, $55,205.57 should be subtracted from the amount claimed.

14.      Proof of Claim No.14130 fails to reflect that Claimant is contractually obligated to reimburse Debtors for assembly disruptions for which it was responsible.  Therefore, $23,251.40 should be subtracted from the amount claimed.

15.     After taking into account the above-referenced deductions to the Proof of Claim, the Debtors reconciled the Proof of Claim as illustrated in the following chart:

| Claimant's Asserted Amount | | $1,171,642.16 |
|---|---|---|
| Modifications | Paid Invoices | $131,516.49 |
| | Price Discrepancies | $212,673.60 |
| | Invoices Without Proof of Delivery | $83,394.44 |
| | Insufficient Documentation | $6,467.22 |
| | Returned Materials | $5,151.37 |
| | Exchange Rate Conversion | $13.21 |
| | Prototype | $550.00 |

6

| | Receiving Issues | $55,205.57 |
|---|---|---|
| | Need Rec'd | $5,905.87 |
| | Cost Recovery | $23,251.40 |
| Reconciled Amount | | $647,512.92 |

16.      DAS LLC does not dispute that the remaining $647,512.92 of Proof

Of Claim Nos. 14125, 14126, 14127, 14128, 14129, 14130 and 14042 should be allowed as

an unsecured non-priority claim against DAS LLC.

<u>Reservation Of Rights</u>

17.      This Statement Of Disputed Issues is submitted by the Debtors

pursuant to paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures

Order").  Consistent with the provisions of the Claims Objection Procedures Order, the

Debtors' submission of this Statement Of Disputed Issues is without prejudice to (a) the

Debtors' right to later identify and assert additional legal and factual bases for

disallowance, expungement, reduction, or reclassification of the Claim(s) and (b) the

Debtors' right to later identify additional documentation supporting the disallowance,

expungement, reduction, or reclassification of the Claim(s).

7

**WHEREFORE** the Debtors respectfully request that this Court enter an order (a) allowing Proof Of Claim Nos. 14125, 14126, 14127, 14128, 14129, 14130 and 14042 in the amount of $647,512.92  as a general unsecured non-priority claim against the estate of DAS LLC, and (c) granting the Debtors such other and further relief as is just.

Dated:  New York, New York
            December 4, 2007

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000

8

# EXHIBIT T

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| DREIER LLP | Anthony B. Stumbo, Esq. | 499 Park Avenue | | New York | NY | 10022 |
| Quarles & Brady LLP | Scott R. Goldberg | One Renaissance Square | Two North Central Avenue | Phoenix | AZ | 85004-2391 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/20/2007 6:09 PM
Notices of Presentment Special Parties

# EXHIBIT U

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| CARSON FISCHER, P.L.C. | Attention:  Christopher A. Grosman, Esq. | 4111 Andover Road | Bloomfield Hills | MI | 48302-1924 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/20/2007 6:09 PM
Notices of Presentment Special Parties

# EXHIBIT V

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Burr & Forman, LLP | Attention:  D. Christopher Carson, Esq. Marc P. Solomon, Esq. | 420 20th Street North | Suite 3400 | Birmingham | AL | |
| Kilpatrick Lockhart Preston Gates Ellis, LLP | Attention:  Marc Pifko, Esq. | 599 Lexington Avenue | | New York | NY | 10022 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/20/2007 6:11 PM
Notices of Presentment Special Parties

# EXHIBIT W

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| K&L Gates | Attention:  Michelle R. McCreery, Esq. | Henry W. Oliver Building | 535 Smithfield Street | Pittsburgh | PA | 15222 |
| SPCP Group, LLC | Attention: Brian Jarmin | Two Greenwich Plaza, 1st Floor | | Greenwich | CT | 06830 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/20/2007 6:11 PM
Notices of Presentment Special Parties

# EXHIBIT X

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Contrarian Funds, LLC | Attention: Alpa Jimenez | 411 West Putnam Avenue, Ste 225 | | Greenwich | CT | 06830 |
| SPCP Group, LLC, | as Assignee of Parker Hannifin Corporation | Attention: Brian Jarmin | Two Greenwich Plaza, 1st Floor | Greenwich | CT | 06830 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/20/2007 6:12 PM
Notices of Presentment Special Parties

# EXHIBIT Y

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| 3M Company, 220-9E-02 | Attention:   Alpha B. Khaldi, Esq. | P.O. Box 33428 | St Paul | MN | 55133 |
| Klestadt & Winters, LLP | Attention:  Patrick J. Orr, Esq. | 292 Madison Avenue, 17th Floor | New York | NY | 10017-6314 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/20/2007 6:13 PM
Notices of Presentment Special Parties

# EXHIBIT Z

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Brouse McDowell | Attention:  Jessica E. Price, Esq. | 1001 Lakeside Avenue, Suite 1600 | Cleveland | OH | 44114-1151 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/20/2007 6:13 PM
Notices of Presentment Special Parties

# EXHIBIT AA

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Michael R. Seidl | Pachulski Stang Ziehl & Jones | 919 North Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/20/2007 6:14 PM
Notices of Presentment Special Parties

# EXHIBIT BB

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| James M. Infanger, Esq | Donaldson Company, Inc. | 1400 W. 94th Street | Minneapolis | MN | 55431 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/20/2007 6:14 PM
Notices of Presentment Special Parties

# EXHIBIT CC

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Taft Stettiius & Hollister, LLP | Attention:  Sharon I. Shanley, Esq. | 425 Walnut Street, Suite 1800 | Cinncinnati | OH | 45202-3957 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                    Page 1 of 1

12/20/2007 6:15 PM
Notices of Presentment Special Parties

# EXHIBIT DD

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| Alston & Bird LLP | Dennis J. Connolly, Esq. David A. Wender, Esq. | 1201 West Peachtree Street | Atlanta | GA | 30309-3424 |
| Varnum Riddering Schmidt & Howlett | Attention: Michael S. McElwee, Esq. | P.O. Box 352 | Grand Rapids | MI | 49502-0352 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/20/2007 6:15 PM
Notices of Presentment Special Parties

# EXHIBIT EE

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bodman LLP | Attention:  Ralph E. McDowell, Esq. | 1901 St. Antoine St. | 6th Floor at Ford Field | Detroit | MI | 48226 |
| Cooper Standard Automotive | Attention:  J.L. Winslow, Guy Todd, Esq. Timothy Griffith, Esq | 39950 Orchard Hill Place | | Novi | MI | 48376 |
| Deutsche Bank Securities Inc. | Attention:  Vikas Madan, Esq. Matthew Doheny, Esq. | 60 Wall Street, 3rd Floor | | New York | NY | 10005 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/20/2007 6:16 PM
Notices of Presentment Special Parties

# EXHIBIT FF

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| Schafer & Weiner, PLLC | Attention: Daniel J. Weiner, Esq. | 40950 Woodward Ave Suite 100 | Bloomfield Hills | MI | 48304 |

# EXHIBIT GG

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| McCarter & English | David Adler | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/20/2007 6:17 PM
Notices of Presentment Special Parties

# EXHIBIT HH

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| Lowenstein Sandler P.C. | Attention:  Vincent A. D'Agostino, Esq. | 65 Livingston Avenue | Roseland | NJ | 07068 |

# EXHIBIT II

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Pierce Atwood LLP | Attention:  Keith J. Cunningham, Esq. | One Monument Square | Portland | ME | 04101-1110 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/20/2007 6:18 PM
Notices of Presentment Special Parties