# Schedule 1*

| Non-Debtor Counterparty | Agreement(s) | Cure Amount |
|---|---|---:|
| Alps Automotive Inc. | D0550069252<br>D0550076309<br>D0550069250 | $868,036.59 |
| Armada Rubber Manufacturing Co. | D0550058113 | $1,020.00 |
| Atf Inc. | D0550059167<br>D0550054548 | $177,946.80 |
| Columbia Industrial Sales Corp. | D0550037646 | $475.83 |
| Creative Foam Corporation | D0550059648 | $10,970.40 |
| Derby & Inex | D0550022718 | $1,951.57 |
| Derby Fabricating Inc. | D0550057348<br>D0550023549 | $35,571.21 |
| Emhart Fastening | D0550023047<br>D0550022039 | $9,870.92 |
| Hella Innenleuchten-Systeme Gmbh | D0550059423 | $12,893.76 |
| Jacobson Mfg | D0550064672 | $13,949.93 |
| Jasper Rubber Products Inc. | D0550022468 | $9,393.60 |
| Jsp International | D0550074311 | $78,874.55 |
| Keats Manufacturing Co. Inc. | D0550057303<br>D0550022784 | $1,645.53 |
| Kostal Mexicana Sa De Cv | D0550074107<br>D0550059573 | $27,671.31 |
| L&W Inc. | D0550022312<br>D0550052139 | $316,024.06 |
| Medalist Industries Inc. | D0550074346<br>D0550037527<br>D0550074562 | $2,994.90 |
| Meridian Technologies Inc. | D0550050960 | $1,427,654.68 |
| Micro Craft Inc. | D0550022878 | $542.40 |
| Olson International Ltd. | D0550076885 | $1,620.00 |
| Omron | D0550037018 | $161,273.64 |
| Pelzer, Hp Automotive Systems Inc. | D0550037794 | $113,480.90 |
| Plastomer Corp | D0550079979 | $71.88 |
| Port City Cast Co. | D0550055772 | $90,638.09 |
| Precision Products Group Inc. | D0550023522<br>D0550022914 | $84,627.74 |
| Radolid Thiel Gmbh | D0550071876 | $193.01 |
| Semblex Corp. | D0550022051<br>D0550022052 | $5,187.25 |
| Societe En Commandite Ifastgroupe | D0550024122<br>D0550037530 | $2,428.80 |
| Textron Fastening Systems Inc. | D0550060281 | $5,223.71 |
| Tinnerman Palnut Engineered Product | D0550023049<br>D0550022863<br>D0550035742<br>D0550037529<br>D0550037655 | $5,248.74 |
| Totoku Electric Co. Ltd. | D0550064079 | $12,492.00 |
| Tyco Electronics Corp. | D0550054945<br>D0550026429 | $5,875.20 |

| | | |
|---|---|---|
| Universal Polymer & Rubber Inc. | D0550023136 | $15,990.00 |
| Victory Packaging Inc. | D0550054407<br>D0550054418<br>D0550054415 | $25,481.12 |
| Weastec Inc. | D0550050633 | $197,824.95 |
| Yuhshin Usa Ltd. | D0550038544 | $771,756.32 |

*For any contract that is being assumed by the Selling Debtor Entities under this order and not listed on this Schedule 1 (excluding contracts related to adjourned objections), the Cure Amount owed by the Selling Debtor Entities to the non-Debtor counterparty to such contracts shall be $0.00.