## AFFIDAVIT OF SERVICE

State of New York    )
                     ) ss.:
County of New York   )

Joan Esposito, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York. On December 21, 2007 I served the within Preliminary Limited Objection of IUE-CWA to Debtors' Proposed Management Compensation Plan and Salaried Employee Compensation Program by mailing a copy via overnight mail to the following:

>   Robert J. Rosenberg, Esq.
>   Latham & Watkins LLP
>   885 Third Avenue, Suite 1000
>   New York, New York 10022-4834
>
>   Alicia Leonhard, Esq.
>   U.S. Department of Justice
>   Office of the United States Trustee
>   33 Whitehall Street, 21st Floor
>   New York, New York 10004-2111
>
>   Kayalan A. Marafioti, Esq.
>   Thomas J. Matz, Esq.
>   Skadden, Arps, Slate, Meagher & Flom, LLP
>   4 Times Square
>   New York, New York 10036
>
>   Delphi Corporation
>   c/o Sean Corcoran and Karen Craft
>   5725 Delphi Drive
>   Troy, MI 48098-2815
>
>   John W. Butler, Jr.
>   John K. Lyons
>   Ron E. Meisler
>   Nick D. Campanario
>   Skadden, Arps, Slate, Meagher & Flom, LLP
>   333 West Wacker Drive, Suite 2100
>   Chicago, Illinois 60606

Jessica Kastin
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Peter DeChiara
Cohen, Weiss & Simon
330 West 42nd Street
New York, NY 10036

Jeffrey L. Tanenbaum
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

_____
JOAN ESPOSITO

Sworn to before me this
21st day of December, 2007.

_____
Notary Public

**LARRY MAGARIK**
**NOTARY PUBLIC, State of New York**
**No. 02MA5082506**
**Qualified in Kings County**
**Certificate Filed in Kings County**
**Commission Expires July 28, 2009**