BODMAN LLP
Ralph E. McDowell (P39235) (Admitted Pro Hac Vice)
rmcdowell@bodmanllp.com
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7592
Attorneys for Freudenberg-NOK General Partnership and
Freudenberg-NOK, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF MICHIGAN   )
                                      )   ss:
COUNTY OF WAYNE   )

      LAVERNE STEWART, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Michigan, and having been duly sworn, deposes and states as follows:

      1.    I am not a party to this action, am over 18 years of age, and am employed by Bodman LLP, 6th Floor at Ford Field, 1901 St. Antoine Street, Detroit, MI 48226

      1.    On the 21st day of December 2007, I caused true and correct copies of the **Freudenberg-NOK General Partnership and Freudenberg-NOK, Inc.'s Request for**

-2-

**Production of Documents, Request for Admission and Interrogatories** to be delivered via

Federal Express to the parties listed on the Service List attached hereto as Exhibit "A."

FURTHER AFFIANT SAYETH NOT.

By: /s/ LaVerne Stewart<br>
LaVerne Stewart<br>
Legal Secretary

Sworn to and subscribed before me
This 21st day of December 2007


/s/ Claudia Bylicki
NOTARY PUBLIC

Commission Expires:


December 8, 2012

Detroit_815599_1

## EXHIBIT A

Delphi Corp.
5725 Delphi Drive
(Attn: General Counsel)
Troy, Michigan 48098

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
(Attn: John Wm. Butler, Jr.; John K. Lyons, Joseph N. Wharton)
Chicago, Illinois 60606

Detroit_815599_1