**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case Nos. 05-44481 (RDD) |
| DELPHI CORPORATION INC., et al. | (Jointly Administered) |
| Debtors. |  |

### NOTICE OF SERVICE

I, Eduardo J. Glas, Esquire, do hereby certify that on this 21st day of December, 2007, I caused to be served two (2) true and correct copies of Automodular Assemblies, Inc., Tec-Mar Distribution Services, Inc., and Automodular Assemblies (Ohio) Inc.'s (collectively "Automodular") First Set of Requests for Admission, Interrogatories and Requests for Production Directed to the Debtors upon the persons listed below as indicated:

**VIA OVERNIGHT MAIL**

John Wm. Butler, Jr., Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

**McCARTER & ENGLISH, LLP**

/s/ Eduardo J. Glas
Eduardo J. Glas, Esquire (# EG7027)
McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York 10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile

Dated: December 21, 2007

1

ME1 7004121v.1