In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16735<br>Date Filed: 10/25/2007<br>Creditor's Name and Address:<br>CAPSONIC AUTOMOTIVE INC<br>460 S SECOND ST<br>ELGIN, IL 60123<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $778,532.62<br>Total: $778,532.62 | Claim Number: 8373<br>Date Filed: 06/22/2006<br>Creditor's Name and Address:<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $778,532.62<br>Total: $778,532.62 |
| Claim Number: 1672<br>Date Filed: 01/26/2006<br>Creditor's Name and Address:<br>FIRST TECHNOLOGY HOLDINGS INC AND<br>AFFILIATES AND SUBSIDIARIES<br>30150 TELEGRAPH RD STE 444<br>BINGHAM FARMS, MI 48025<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $175,000.00<br>Administrative:<br>Unsecured: $458,258.00<br>Total: $633,258.00 | Claim Number: 16739<br>Date Filed: 11/06/2007<br>Creditor's Name and Address:<br>FIRST TECHNOLOGY HOLDINGS INC AND<br>AFFILIATES AND SUBSIDIARIES AND<br>CONTROL DEVICES INC AND FIRST INERTIA<br>SWITCH LIMITED<br>CONTROL DEVICES INC AND FIRST INERTIA<br>SWITCH<br>C O SENSATA TECHNOLOGIES INC<br>529 PLEASANT ST MS B 1<br>ATTLEBORO, MA 02703<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $633,258.00<br>Total: $633,258.00 |
| Claim Number: 2187<br>Date Filed: 03/06/2006<br>Creditor's Name and Address:<br>TENNESSEE VALLEY AUTHORITY TVA<br>400 W SUMMITT HILL DR<br>KNOXVILLE, TN 37902-1401<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,268,394.16<br>Total: $1,268,394.16 | Claim Number: 1695<br>Date Filed: 01/30/2006<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $1,268,394.16<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,268,394.16 |
| Claim Number: 16695<br>Date Filed: 10/24/2005<br>Creditor's Name and Address:<br>UNITED STARS INDUSTRIES INC<br>MAYER BROWN ROWE & MAW<br>190 S LASALLE ST<br>CHICAGO, IL 60603-3441<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $13,238.61<br>Administrative:<br>Unsecured:<br>Total: $13,238.61 | Claim Number: 16745<br>Date Filed: 11/13/2007<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC AS TRANSFEREE<br>OF UNITED STARS INDUSTRIES INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $13,238.61<br>Administrative:<br>Unsecured:<br>Total: $13,238.61 |

**Total Claims to be Expunged:** 4  
**Total Asserted Amount to be Expunged:** $2,693,423.39