**EXHIBIT B - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 2088343 ONTARIO LIMITED<br>2125 WYECROFT RD<br>OAKVILLE, ON L6L 5L7<br>CANADA | 4769 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$297,095.72<br>$297,095.72 | 05/04/2006 | DELPHI CORPORATION<br>(05-44481) |
| AGFA<br>200 BALLARDVALE ST<br>WILMINGTON, MA 01887 | 8719 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$90,518.74<br>$90,518.74 | 06/28/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION<br>(05-44507) |
| ALCOA EXTRUSIONS INC<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | 12009 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$77,872.57<br>$77,872.57 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBRA A SMITH<br>1116 BAY HILL DR<br>GIBSONIA, PA 15044 | 16063 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,157.52<br>$1,157.52 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| EATON YALE LTD<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | 10970 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$14,019.41<br>$14,019.41 | 07/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| FEDERAL EXPRESS CORPORATION<br>FILARDI LAW OFFICES LLC<br>65 TRUMBULL ST 2ND FL<br>NEW HAVEN, CT 06510 | 15604 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,000.00<br>$1,000.00 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| GW PLASTICS INC<br>HISCOCK & BARCLAY LLP<br>FINANCIAL PLAZA<br>221 S WARREN ST<br>SYRACUSE, NY 13202 | 72 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$107,785.70<br><br><br>$107,785.70 | 10/22/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GW PLASTICS INC<br>HISCOCK & BARCLAY LLP<br>FINANCIAL PLAZA<br>221 S WARREN ST<br>SYRACUSE, NY 13202 | 70 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$40,364.77<br><br>$235,648.50<br>$276,013.27 | 10/21/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*UNL denotes an unliquidated claim

05-44481-rdd    Doc 11588-2    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit B
                               Pg 2 of 2

In re Delphi Corporation, et al.                Twenty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GW PLASTICS INC<br>HISCOCK & BARCLAY LLP<br>FINANCIAL PLAZA<br>221 S WARREN ST<br>SYRACUSE, NY 13202 | 68 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$58,734.92<br><br>$120,455.83<br>$179,190.75 | 10/21/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GW PLASTICS INC<br>HISCOCK & BARCLAY LLP<br>FINANCIAL PLAZA<br>221 S WARREN ST<br>SYRACUSE, NY 13202 | 69 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$75,093.37<br>$75,093.37 | 10/21/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HEALTHPLUS OF MICHIGAN INC<br>2050 S LINDEN RD<br>FLINT, MI 48532 | 13453 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| MOTOR CITY ELECTRIC CO<br>9440 GRINNELL ST<br>DETROIT, MI 48213-1151 | 13591 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,487.41<br><br><br><br>$10,487.41 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| TRICON INDUSTRIES INC<br>UNGARETTI & HARRIS LLP<br>3500 THREE FIRST NATIONAL PLZ<br>CHICAGO, IL 60602 | 8937 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $627,184.19<br><br><br>$17,492.82<br>$644,677.01 | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **13** | | **$1,774,911.47** | | |

*UNL denotes an unliquidated claim