**In re Delphi Corporation, et al.** — Twenty-Fourth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

**EXHIBIT C - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ARTHUR ANDERSEN LLP<br>PO BOX 390<br>ST CHARLES, IL 60174 | 16748 | Secured:<br>Priority: $29,559.00<br>Administrative:<br>Unsecured:<br>Total: $29,559.00 | 10/15/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>1240 E NINTH ST STE 3001<br>CLEVELAND, OH 44199 | 16747 | Secured:<br>Priority: $30,000.00<br>Administrative:<br>Unsecured:<br>Total: $30,000.00 | 11/14/2007 | DELPHI CORPORATION (05-44481) |

**Total:** 2    **$59,559.00**