## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14280**
Date Filed: 07/31/2006
Docketed Total: $ 13,930.66
Filing Creditor Name and Address:
  AIRGAS EAST INC
  AIRGAS INC
  259 N RADNOR CHESTER ROAD
  STE 100
  RADNOR, PA 19087

Claim Holder Name and Address

ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total:   **$13,930.66**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,930.66 |
| | | | **$13,930.66** |

Modified Total:   **$12,484.64**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,484.64 |
| | | | **$12,484.64** |

**Claim: 14281**
Date Filed: 07/31/2006
Docketed Total: $ 40,160.57
Filing Creditor Name and Address:
  AIRGAS SOUTH INC
  AIRGAS INC
  259 N RADNOR CHESTER ROAD
  STE 100
  RADNOR, PA 19087

Claim Holder Name and Address

ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total:   **$40,160.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $40,160.57 |
| | | | **$40,160.57** |

Modified Total:   **$40,160.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40,160.57 |
| | | | **$40,160.57** |

*See Exhibit E for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12007<br>Date Filed: 07/28/2006<br>Docketed Total: $ 752,684.74<br>Filing Creditor Name and Address:<br>ALCOA AUTOMOTIVE CASTINGS<br>A MICHIGAN PARTNERSHIP<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Claim Holder Name and Address<br><br>ALCOA AUTOMOTIVE CASTINGS A<br>MICHIGAN PARTNERSHIP<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | |

| CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Docketed Total: | **$484,338.38** | | | Modified Total: | **$8,967.88** |
| Case Number* | Secured | Priority | | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44640 | | | | $484,338.38 | 05-44640 | | | $8,967.88 |
| | | | | **$484,338.38** | | | | **$8,967.88** |

Claim Holder Name and Address

SPCP GROUP LLC
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

| | | | Docketed Total: | **$268,346.36** | | | Modified Total: | **$268,346.36** |
|---|---|---|---|---|---|---|---|---|
| Case Number* | Secured | Priority | | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44640 | | | | $268,346.36 | 05-44640 | | | $268,346.36 |
| | | | | **$268,346.36** | | | | **$268,346.36** |

Claim: 1741
Date Filed: 02/01/2006
Docketed Total: $ 1,669,714.54
Filing Creditor Name and Address:
ALLEGRO MICRO SYSTEMS INC
115 NORTHEAST CUTOFF
WORCESTER, MA 01615

Claim Holder Name and Address

ALLEGRO MICRO SYSTEMS INC
115 NORTHEAST CUTOFF
WORCESTER, MA 01615

| | | | Docketed Total: | **$1,669,714.54** | | | Modified Total: | **$1,410,167.30** |
|---|---|---|---|---|---|---|---|---|
| Case Number* | Secured | Priority | | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | | $1,669,714.54 | 05-44640 | | | $1,410,167.30 |
| | | | | **$1,669,714.54** | | | | **$1,410,167.30** |

*See Exhibit E for a listing of debtor entities by case number.

Page 2 of 29

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12006<br>Date Filed: 07/28/2006<br>Docketed Total: $ 713,498.23<br>Filing Creditor Name and Address:<br>ALUMAX MILL PRODUCTS INC<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | **Claim Holder Name and Address**<br><br>ALUMAX MILL PRODUCTS INC<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Docketed Total: | | **$384,260.21** | Modified Total: | | | **$17,288.98** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$384,260.21 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,288.98 |
| | | | | **$384,260.21** | | | | **$17,288.98** |
| | **Claim Holder Name and Address**<br><br>SPCP GROUP LLC<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | | **$329,238.02** | Modified Total: | | | **$329,238.02** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$329,238.02 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$329,238.02 |
| | | | | **$329,238.02** | | | | **$329,238.02** |
| Claim: 8581<br>Date Filed: 06/26/2006<br>Docketed Total: $ 550,087.00<br>Filing Creditor Name and Address:<br>AMROC INVESTMENT LLC AS<br>ASSIGNEE OF FLEXLINK SYSTEMS<br>INC<br>AMROC INVESTMENT LLC AS<br>ASSIGNEE OF FLEXLINK SYSTEMS<br>INC<br>535 MADISON AVE 15TH PL<br>NEW YORK, NY 10022 | **Claim Holder Name and Address**<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | **$550,087.00** | Modified Total: | | | **$470,871.00** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$550,087.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$470,871.00 |
| | | | | **$550,087.00** | | | | **$470,871.00** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 11588-4   Filed 12/21/07   Entered 12/21/07 18:05:48   Exhibit D-1
Pg 4 of 29

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8584**
Date Filed: 06/26/2006
Docketed Total: $ 76,448.98
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS ASSIGNEE OF AAA COOPER TRANSPORTATION
AMROC INVESTMENTS LLC AS ASSIGNEE OF AAA COOPER TRANSPORTATION
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: **$76,448.98**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $76,448.98 |
| | | | **$76,448.98** |

Modified Total: **$75,549.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $75,549.82 |
| | | | **$75,549.82** |

---

**Claim: 206**
Date Filed: 10/31/2005
Docketed Total: $ 27,371.53
Filing Creditor Name and Address:
ARBON EQUIP CORP RITE HITE CORP
8900 N ARBOR DR
MILWAUKEE, WI 53223

Claim Holder Name and Address
ARBON EQUIP CORP RITE HITE CORP
8900 N ARBOR DR
MILWAUKEE, WI 53223

Docketed Total: **$27,371.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $27,371.53 |
| | | | **$27,371.53** |

Modified Total: **$13,065.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,065.09 |
| | | | **$13,065.09** |

---

**Claim: 16749**
Date Filed: 11/09/2007
Docketed Total: $ 15,197.55
Filing Creditor Name and Address:
ARGO PARTNERS AS ASSIGNEE OF KEMPER PRODUCTS
12 WEST 37TH ST 9TH FL
NEW YORK, NY 10018

Claim Holder Name and Address
ARGO PARTNERS AS ASSIGNEE OF KEMPER PRODUCTS
12 WEST 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: **$15,197.55**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $15,197.55 |
| | | | **$15,197.55** |

Modified Total: **$14,600.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $14,600.67 |
| | | | **$14,600.67** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 5 of 29

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2760**
Date Filed: 04/25/2006
Docketed Total: $ 262,636.04
Filing Creditor Name and Address:
ASHLAND INCORPORATED
COLLECTION DEPARTMENT DS 3
PO BOX 2219
COLUMBUS, OH 43216

Claim Holder Name and Address
ASHLAND INCORPORATED
COLLECTION DEPARTMENT DS 3
PO BOX 2219
COLUMBUS, OH 43216

Docketed Total: **$262,636.04**

Modified Total: **$211,679.07**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $262,636.04 |
| | | | **$262,636.04** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $208,922.21 |
| 05-44615 | | | $1,672.00 |
| 05-44624 | | | $1,084.86 |
| | | | **$211,679.07** |

---

**Claim: 14058**
Date Filed: 07/31/2006
Docketed Total: $ 34,109.64
Filing Creditor Name and Address:
BEHR HELLA THERMOCONTROL
GMBH
BEHR HELLA
HANSASTR 40
LIPPSTADT, 59557
GERMANY

Claim Holder Name and Address
BEHR HELLA THERMOCONTROL
GMBH
BEHR HELLA
HANSASTR 40
LIPPSTADT, 59557
GERMANY

Docketed Total: **$34,109.64**

Modified Total: **$12,336.64**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $34,109.64 |
| | | | **$34,109.64** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,336.64 |
| | | | **$12,336.64** |

---

**Claim: 15197**
Date Filed: 07/31/2006
Docketed Total: $ 141,105.88
Filing Creditor Name and Address:
BEHR HELLA THERMOCONTROL
GMBH
HANSASTRABE 40
LIPPSTADT, 59557
GERMANY

Claim Holder Name and Address
BEHR HELLA THERMOCONTROL
GMBH
HANSASTRABE 40
LIPPSTADT, 59557
GERMANY

Docketed Total: **$141,105.88**

Modified Total: **$62,299.54**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $141,105.88 |
| | | | **$141,105.88** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $62,299.54 |
| | | | **$62,299.54** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 6 of 29

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2610**
Date Filed: 04/11/2006
Docketed Total: $ 178,955.76
Filing Creditor Name and Address:
BUCKHORN INC
55 W TECHNECENTER DR
MILFORD, OH 45150-9779

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total: **$178,955.76**

Modified Total: **$21,275.60**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $178,955.76 | 05-44640 | | | $21,275.60 |
| | | | **$178,955.76** | | | | **$21,275.60** |

**Claim: 16247**
Date Filed: 08/18/2006
Docketed Total: $ 579,130.61
Filing Creditor Name and Address:
C THORREZ INDUSTRIES INC
4909 W MICHIGAN AVE
JACKSON, MI 49201

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$579,130.61**

Modified Total: **$567,576.33**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $579,130.61 | 05-44640 | | | $567,576.33 |
| | | | **$579,130.61** | | | | **$567,576.33** |

**Claim: 9462**
Date Filed: 07/13/2006
Docketed Total: $ 14,995.98
Filing Creditor Name and Address:
CARRIER CORP
PO BOX 4808 BLDG TR S
SYRACUSE, NY 13221

Claim Holder Name and Address
CARRIER CORP
PO BOX 4808 BLDG TR S
SYRACUSE, NY 13221

Docketed Total: **$14,995.98**

Modified Total: **$4,311.33**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $14,995.98 | 05-44640 | | | $4,311.33 |
| | | | **$14,995.98** | | | | **$4,311.33** |

**Claim: 2693**
Date Filed: 04/19/2006
Docketed Total: $ 245,952.74
Filing Creditor Name and Address:
CERAMTEC NORTH AMERICA &
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name and Address
CERAMTEC NORTH AMERICA &
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: **$245,952.74**

Modified Total: **$232,341.07**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $245,952.74 | 05-44640 | | | $232,341.07 |
| | | | **$245,952.74** | | | | **$232,341.07** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 7 of 29

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11777<br>Date Filed: 07/27/2006<br>Docketed Total: $ 516,441.65<br>Filing Creditor Name and Address:<br>CF SPECIAL SITUATION FUND I LP<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>2300 BP TOWER<br>200 PUBLIC SQUARE<br>CLEVELAND, OH 44114-2378 | Claim Holder Name and Address<br><br>CF SPECIAL SITUATION FUND I LP BENESCH FRIEDLANDER COPLAN & ARONOFF LLP 2300 BP TOWER 200 PUBLIC SQUARE CLEVELAND, OH 44114-2378 | Docketed Total: | | **$516,441.65** | | Modified Total: | | **$194,475.66** |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$516,441.65<br><br>**$516,441.65** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$194,475.66<br><br>**$194,475.66** |
| Claim: 10390<br>Date Filed: 07/24/2006<br>Docketed Total: $ 367,359.35<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC  AS ASSIGNEE OF ARAMARK UNIFORM & CAREER APPAREL INC DBA ARAMARK UNIFORM SERVICES AND ARAMARK C O STAR S<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC  AS ASSIGNEE OF ARAMARK UNIFORM & CAREER APPAREL INC DBA ARAMARK UNIFORM SERVICES AND ARAMARK C O STAR S 411 W PUTNAM AVE STE 225 GREENWICH, CT 06830 | Docketed Total: | | **$367,359.35** | | Modified Total: | | **$246,837.18** |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$367,359.35<br><br>**$367,359.35** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$246,837.18<br><br>**$246,837.18** |
| Claim: 9111<br>Date Filed: 07/07/2006<br>Docketed Total: $ 603,421.56<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC CONTRARIAN FUNDS LLC 411 W PUTNAM AVE STE 225 GREENWICH, CT 06830 | Docketed Total: | | **$603,421.56** | | Modified Total: | | **$533,760.05** |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$603,421.56<br><br>**$603,421.56** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$533,760.05<br><br>**$533,760.05** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 8 of 29

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 5423**
Date Filed: 05/10/2006
Docketed Total: $ 645,056.53
Filing Creditor Name and Address:
CORUS LP
HOLME ROBERTS & OWEN LLP
1700 LINCOLN ST STE 4100
DENVER, CO 80203

Claim Holder Name and Address
BANK OF AMERICA N A
40 W 57TH ST
NEW YORK, NY 10019

Docketed Total: **$645,056.53**
Modified Total: **$412,536.60**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $645,056.53 | | 05-44640 | | | $412,536.60 |
| | | | **$645,056.53** | | | | | **$412,536.60** |

**Claim: 6594**
Date Filed: 05/22/2006
Docketed Total: $ 103,809.40
Filing Creditor Name and Address:
CROWN EG INC
CROWN ENVIRONMENTAL
GROUP
945 S BROWN SCHOOL RD
VANDALIA, OH 45377

Claim Holder Name and Address
LONGACRE MASTER FUND LTD AS
ASSIGNEE/TRANSFEREE OF SHARP
ELECTRONICS CORP
810 SEVENTH AVE 22ND FLOOR
NEW YORK, NY 10019

Docketed Total: **$103,809.40**
Modified Total: **$89,177.14**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $103,809.40 | | 05-44640 | | | $89,177.14 |
| | | | **$103,809.40** | | | | | **$89,177.14** |

**Claim: 6593**
Date Filed: 05/22/2006
Docketed Total: $ 10,593.33
Filing Creditor Name and Address:
CROWN SOLUTIONS INC
945 S BROWNSCHOOL RD
VANDALIA, OH 45377-963

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$10,593.33**
Modified Total: **$10,593.33**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $10,593.33 | | 05-44640 | | | $10,593.33 |
| | | | **$10,593.33** | | | | | **$10,593.33** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 9 of 29

Twenty-Fourth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 9118**
Date Filed: 07/07/2006
Docketed Total: $ 37,197.78
Filing Creditor Name and Address:
CSI LEASING INC FKA
COMPUTER SALES
INTERNATIONAL INC
9990 OLIVE STREET ROAD STE 101
ST LOUIS, MO 63141

Claim Holder Name and Address

CSI LEASING INC FKA COMPUTER SALES INTERNATIONAL INC
9990 OLIVE STREET ROAD STE 101
ST LOUIS, MO 63141

Docketed Total: **$37,197.78**          Modified Total: **$35,948.33**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $37,197.78 | 05-44640 | | | $35,948.33 |
| | | | **$37,197.78** | | | | **$35,948.33** |

**Claim: 9470**
Date Filed: 07/13/2006
Docketed Total: $ 1,347,828.94
Filing Creditor Name and Address:
D & R TECHNOLOGY LLC
400 FULLERTON
CAROL STREAM, IL 60188

Claim Holder Name and Address

TPG CREDIT OPPORTUNITIES FUND LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total: **$1,347,828.94**          Modified Total: **$1,244,861.71**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,347,828.94 | 05-44640 | | | $1,244,861.71 |
| | | | **$1,347,828.94** | | | | **$1,244,861.71** |

**Claim: 8980**
Date Filed: 07/05/2006
Docketed Total: $ 65,898.50
Filing Creditor Name and Address:
DAVALOR MOLD CORPORATION
46480 CONTINENTAL DR
CHESTERFIELD, MI 48047

Claim Holder Name and Address

DAVALOR MOLD CORPORATION
46480 CONTINENTAL DR
CHESTERFIELD, MI 48047

Docketed Total: **$65,898.50**          Modified Total: **$61,898.50**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $65,898.50 | 05-44640 | | | $61,898.50 |
| | | | **$65,898.50** | | | | **$61,898.50** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 10 of 29

Twenty-Fourth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 13612<br>Date Filed: 07/31/2006<br>Docketed Total: $ 31,393.49<br>Filing Creditor Name and Address:<br>DAY PAK INC EFT<br>PO BOX 363<br>DAYTON, OH 45409 | Claim Holder Name and Address<br><br>DAY PAK INC EFT<br>PO BOX 363<br>DAYTON, OH 45409 | Docketed Total: | | $31,393.49 | | Modified Total: | | $28,110.23 |
| | **Case Number*** <br>05-44640 | Secured | Priority | Unsecured<br>$31,393.49<br><br>**$31,393.49** | **Case Number*** <br>05-44640 | Secured | Priority | Unsecured<br>$28,110.23<br><br>**$28,110.23** |
| Claim: 14260<br>Date Filed: 07/31/2006<br>Docketed Total: $ 660,698.51<br>Filing Creditor Name and Address:<br>DIRECT SOURCING SOLUTIONS<br>INC<br>DSSI<br>9300 SHELBYVILLE RD STE 402<br>LOUISVILLE, KY 40222 | Claim Holder Name and Address<br><br>DIRECT SOURCING SOLUTIONS INC<br>DSSI<br>9300 SHELBYVILLE RD STE 402<br>LOUISVILLE, KY 40222 | Docketed Total: | | $660,698.51 | | Modified Total: | | $150,913.15 |
| | **Case Number*** <br>05-44481 | Secured | Priority | Unsecured<br>$660,698.51<br><br>**$660,698.51** | **Case Number*** <br>05-44624<br>05-44640 | Secured | Priority | Unsecured<br>$25,888.15<br>$125,025.00<br><br>**$150,913.15** |
| Claim: 10685<br>Date Filed: 07/26/2006<br>Docketed Total: $ 11,400.00<br>Filing Creditor Name and Address:<br>E R WAGNER MANUFACTURING<br>CO<br>LOCK BOX 53100<br>MILWAUKEE, WI 53288 | Claim Holder Name and Address<br><br>E R WAGNER MANUFACTURING CO<br>LOCK BOX 53100<br>MILWAUKEE, WI 53288 | Docketed Total: | | $11,400.00 | | Modified Total: | | $10,944.00 |
| | **Case Number*** <br>05-44640 | Secured | Priority<br>$11,400.00<br><br>**$11,400.00** | Unsecured | **Case Number*** <br>05-44640 | Secured | Priority | Unsecured<br>$10,944.00<br><br>**$10,944.00** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 11 of 29

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10969**
Date Filed: 07/26/2006
Docketed Total: $ 6,996.16
Filing Creditor Name and Address:
EATON POWER QUALITY
CORPORATION
1111 SUPERIOR AVE
CLEVELAND, OH 44114-2584

Claim Holder Name and Address

EATON POWER QUALITY CORPORATION
1111 SUPERIOR AVE
CLEVELAND, OH 44114-2584

Docketed Total: **$6,996.16**

Modified Total: **$6,996.16**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,996.16 | 05-44640 | | | $6,996.16 |
| | | | **$6,996.16** | | | | **$6,996.16** |

---

**Claim: 9924**
Date Filed: 07/19/2006
Docketed Total: $ 11,820.81
Filing Creditor Name and Address:
EIS INC
BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
200 W MADISON ST STE 3900
CHICAGO, IL 60606

Claim Holder Name and Address

EIS INC
BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
200 W MADISON ST STE 3900
CHICAGO, IL 60606

Docketed Total: **$11,820.81**

Modified Total: **$11,820.81**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44593 | | | $11,820.81 | 05-44640 | | | $11,820.81 |
| | | | **$11,820.81** | | | | **$11,820.81** |

---

**Claim: 11025**
Date Filed: 07/26/2006
Docketed Total: $ 177,519.59
Filing Creditor Name and Address:
FAISON OFFICE PRODUCTS LLC
3251 REVERE ST STE 200
AURORA, CO 80011

Claim Holder Name and Address

FAISON OFFICE PRODUCTS LLC
3251 REVERE ST STE 200
AURORA, CO 80011

Docketed Total: **$177,519.59**

Modified Total: **$110,914.53**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $177,519.59 | 05-44640 | | | $110,914.53 |
| | | | **$177,519.59** | | | | **$110,914.53** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 11588-4   Filed 12/21/07   Entered 12/21/07 18:05:48   Exhibit D-1
Pg 12 of 29

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6601**
Date Filed: 05/22/2006
Docketed Total: $ 50,414.05
Filing Creditor Name and Address:
  FAST TEK GROUP LLC
  9850 E 30TH ST
  INDIANAPOLIS, IN 46229

Claim Holder Name and Address

FAST TEK GROUP LLC
9850 E 30TH ST
INDIANAPOLIS, IN 46229

Docketed Total:  $50,414.05

Modified Total:  $48,289.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $50,414.05 |
| | | | **$50,414.05** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,289.85 |
| | | | **$48,289.85** |

---

**Claim: 747**
Date Filed: 11/21/2005
Docketed Total: $ 1,941.46
Filing Creditor Name and Address:
  FEDEX CUSTOM CRITICAL
  PO BOX 5126
  TIMONIUM, MD 21094

Claim Holder Name and Address

FEDEX CUSTOM CRITICAL
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total:  $1,941.46

Modified Total:  $1,941.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,941.46 |
| | | | **$1,941.46** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,941.46 |
| | | | **$1,941.46** |

---

**Claim: 749**
Date Filed: 11/21/2005
Docketed Total: $ 67,998.47
Filing Creditor Name and Address:
  FEDEX CUSTOM CRITICAL
  PO BOX 5126
  TIMONIUM, MD 21094

Claim Holder Name and Address

FEDEX CUSTOM CRITICAL
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total:  $67,998.47

Modified Total:  $67,998.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $67,998.47 |
| | | | **$67,998.47** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $67,998.47 |
| | | | **$67,998.47** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 13 of 29

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6934<br>Date Filed: 05/26/2006<br>Docketed Total: $ 17,219.26<br>Filing Creditor Name and Address:<br>FEDEX FREIGHT<br>DELIVERY CODE 2259<br>PO BOX 840<br>HARRISON, AR 72602-0840 | Claim Holder Name and Address<br><br>FEDEX FREIGHT<br>DELIVERY CODE 2259<br>PO BOX 840<br>HARRISON, AR 72602-0840 | | Docketed Total: | $17,219.26 | | | Modified Total: | $17,219.26 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,219.26<br><br>$17,219.26 | Case Number*<br>05-44511<br>05-44640<br>05-44482 | Secured | Priority | Unsecured<br>$1,709.19<br>$12,507.67<br>$3,002.40<br><br>$17,219.26 |
| Claim: 10199<br>Date Filed: 07/21/2006<br>Docketed Total: $ 341,525.93<br>Filing Creditor Name and Address:<br>GE CONSUMER & INDUSTRIAL F<br>K A GE SUPPLY<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242 | Claim Holder Name and Address<br><br>GE CONSUMER & INDUSTRIAL F K A<br>GE SUPPLY<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242 | | Docketed Total: | $341,525.93 | | | Modified Total: | $287,000.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$341,525.93<br><br>$341,525.93 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$287,000.00<br><br>$287,000.00 |
| Claim: 15229<br>Date Filed: 07/31/2006<br>Docketed Total: $ 21,267.84<br>Filing Creditor Name and Address:<br>GRIFFCO QUALITY SOLUTIONS<br>INC<br>12300 OLD TESSON RD STE 400A<br>SAINT LOUIS, MO 63128 | Claim Holder Name and Address<br><br>GRIFFCO QUALITY SOLUTIONS INC<br>12300 OLD TESSON RD STE 400A<br>SAINT LOUIS, MO 63128 | | Docketed Total: | $21,267.84 | | | Modified Total: | $18,798.22 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$21,267.84<br><br>$21,267.84 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$18,798.22<br><br>$18,798.22 |

*See Exhibit E for a listing of debtor entities by case number.

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16746<br>Date Filed: 11/13/2007<br>Docketed Total: $ 41,723.84<br>Filing Creditor Name and Address:<br>H & L TOOL COMPANY INC<br>32701 DEQUINDRE RD<br>MADISON HEIGHTS, MI 48071 | Claim Holder Name and Address<br><br>H & L TOOL COMPANY INC<br>32701 DEQUINDRE RD<br>MADISON HEIGHTS, MI 48071 | Docketed Total: | | **$41,723.84** | | Modified Total: | | **$34,379.19** |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | $7,002.35 | $34,721.49 | 05-44640 | | $0.00 | $34,379.19 |
| | | | **$7,002.35** | **$34,721.49** | | | **$0.00** | **$34,379.19** |
| Claim: 12016<br>Date Filed: 07/28/2006<br>Docketed Total: $ 331,469.00<br>Filing Creditor Name and Address:<br>HTC GLOBAL SERVICES INC<br>3270 W BIG BEAVER RD<br>TROY, MI 48084 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | | **$303,621.92** | | Modified Total: | | **$316,917.71** |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $303,621.92 | 05-44640 | | | $316,917.71 |
| | | | | **$303,621.92** | | | | **$316,917.71** |
| | Claim Holder Name and Address<br><br>HTC GLOBAL SERVICES INC<br>3270 W BIG BEAVER RD<br>TROY, MI 48084 | Docketed Total: | | **$27,847.08** | | Modified Total: | | **$0.00** |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $27,847.08 | 05-44640 | | | $0.00 |
| | | | | **$27,847.08** | | | | **$0.00** |

\*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 15 of 29

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12010**
Date Filed: 07/28/2006
Docketed Total: $ 36,850.32
Filing Creditor Name and Address:
HUCK INTERNATIONAL A
DELAWARE CORPORATION
ALCOA
8550 W BRYN MAWR AVE 10TH FL
CHICAGO, IL 60631

Claim Holder Name and Address

HUCK INTERNATIONAL A
DELAWARE CORPORATION
ALCOA
8550 W BRYN MAWR AVE 10TH FL
CHICAGO, IL 60631

Docketed Total: **$36,850.32**

Modified Total: **$27,527.41**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $36,850.32 | 05-44640 | | | $27,527.41 |
| | | | **$36,850.32** | | | | **$27,527.41** |

**Claim: 1699**
Date Filed: 01/30/2006
Docketed Total: $ 117,572.06
Filing Creditor Name and Address:
INDUSTRIAL DIELECTRICS INC
PO BOX 357
NOBLESVILLE, IN 46060

Claim Holder Name and Address

ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total: **$117,572.06**

Modified Total: **$117,438.86**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $117,572.06 | 05-44640 | | | $117,438.86 |
| | | | **$117,572.06** | | | | **$117,438.86** |

**Claim: 1042**
Date Filed: 12/05/2005
Docketed Total: $ 41,516.60
Filing Creditor Name and Address:
INGERSOLL RAND CO AIR
SOLUTIONS
800 D BEATY ST
DAVIDSON, NC 28036

Claim Holder Name and Address

INGERSOLL RAND CO AIR
SOLUTIONS
800 D BEATY ST
DAVIDSON, NC 28036

Docketed Total: **$41,516.60**

Modified Total: **$25,789.42**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $41,516.60 | 05-44640 | | | $25,789.42 |
| | | | **$41,516.60** | | | | **$25,789.42** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 16 of 29

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1688**
Date Filed: 01/27/2006
Docketed Total: $ 65,530.04
Filing Creditor Name and Address:
ITW SHAKEPROOF INDUSTRIAL
PRODUCTS
2550 S 27TH AVE
BROADVIEW, IL 60155

Claim Holder Name and Address
ITW SHAKEPROOF INDUSTRIAL PRODUCTS
2550 S 27TH AVE
BROADVIEW, IL 60155

Docketed Total: $65,530.04

Modified Total: $34,119.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $65,530.04 |
| | | | $65,530.04 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,119.63 |
| | | | $34,119.63 |

---

**Claim: 4466**
Date Filed: 05/02/2006
Docketed Total: $ 42,445.10
Filing Creditor Name and Address:
JDC LOGISTICS INC
9809 S FRANKLIN DR
FRANKLIN, WI 53132

Claim Holder Name and Address
JDC LOGISTICS INC
9809 S FRANKLIN DR
FRANKLIN, WI 53132

Docketed Total: $42,445.10

Modified Total: $41,835.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $42,445.10 |
| | | | $42,445.10 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,835.10 |
| | | | $41,835.10 |

---

**Claim: 9880**
Date Filed: 07/19/2006
Docketed Total: $ 2,897,316.33
Filing Creditor Name and Address:
JOHNSON ELECTRIC NORTH
AMERICA INC
ROBINSON & COLE LLP
280 TRUMBULL ST
HARTFORD, CT 06103

Claim Holder Name and Address
SPCP GROUP LLC
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $2,897,316.33

Modified Total: $2,553,527.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,897,316.33 |
| | | | $2,897,316.33 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,553,527.50 |
| | | | $2,553,527.50 |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 11588-4   Filed 12/21/07   Entered 12/21/07 18:05:48   Exhibit D-1
Pg 17 of 29

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10983**
Date Filed: 07/26/2006
Docketed Total: $ 702,263.09
Filing Creditor Name and Address:
KUSS CORPORATION
FOLEY & LARDNER LLP
321 N CLARK ST STE 2800
CHICAGO, IL 60610

Claim Holder Name and Address
KUSS CORPORATION
FOLEY & LARDNER LLP
321 N CLARK ST STE 2800
CHICAGO, IL 60610

Docketed Total: **$702,263.09**

Modified Total: **$302,218.95**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $702,263.09 | 05-44640 | | | $302,218.95 |
| | | | **$702,263.09** | | | | **$302,218.95** |

**Claim: 1994**
Date Filed: 02/14/2006
Docketed Total: $ 35,738.64
Filing Creditor Name and Address:
LIFETIME INDUSTRIES INC
BURCH PORTER & JOHNSON
PLLC
130 N COURT AVE
MEMPHIS, TN 38103

Claim Holder Name and Address
LIFETIME INDUSTRIES INC
BURCH PORTER & JOHNSON PLLC
130 N COURT AVE
MEMPHIS, TN 38103

Docketed Total: **$35,738.64**

Modified Total: **$15,358.44**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $35,738.64 | 05-44640 | | | $15,358.44 |
| | | | **$35,738.64** | | | | **$15,358.44** |

**Claim: 16307**
Date Filed: 09/12/2006
Docketed Total: $ 362,371.05
Filing Creditor Name and Address:
LORD CORPORATION
2000 W GRANDVIEW BLVD
ERIE, PA 16514

Claim Holder Name and Address
LORD CORPORATION
2000 W GRANDVIEW BLVD
ERIE, PA 16514

Docketed Total: **$362,371.05**

Modified Total: **$331,047.89**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $362,371.05 | 05-44640 | | | $331,047.89 |
| | | | **$362,371.05** | | | | **$331,047.89** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 18 of 29

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9680<br>Date Filed: 07/17/2006<br>Docketed Total: $ 261,479.00<br>Filing Creditor Name and Address:<br>LTX CORPORATION<br>825 UNIVERSITY AVE<br>NORWOOD, MA 02062 | Claim Holder Name and Address<br><br>LTX CORPORATION<br>825 UNIVERSITY AVE<br>NORWOOD, MA 02062 | Docketed Total: | | **$261,479.00** | | Modified Total: | | **$231,439.00** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$261,479.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$231,439.00 |
| | | | | **$261,479.00** | | | | **$231,439.00** |
| Claim: 16741<br>Date Filed: 11/09/2007<br>Docketed Total: $ 10,576.32<br>Filing Creditor Name and Address:<br>MADISON INVESTMENT TRUST<br>SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | Claim Holder Name and Address<br><br>MADISON INVESTMENT TRUST<br>SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | Docketed Total: | | **$10,576.32** | | Modified Total: | | **$10,576.32** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$10,576.32 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,576.32 |
| | | | | **$10,576.32** | | | | **$10,576.32** |
| Claim: 16742<br>Date Filed: 11/09/2007<br>Docketed Total: $ 54,140.04<br>Filing Creditor Name and Address:<br>MADISON INVESTMENT TRUST<br>SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | Claim Holder Name and Address<br><br>MADISON INVESTMENT TRUST<br>SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | Docketed Total: | | **$54,140.04** | | Modified Total: | | **$48,846.35** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$54,140.04 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$48,846.35 |
| | | | | **$54,140.04** | | | | **$48,846.35** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 19 of 29

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5734**
Date Filed: 05/12/2006
Docketed Total: $ 5,967.84
Filing Creditor Name and Address:
  METROCAL INC
  4700 BARDEN COURT SE
  REMIT UPDT PER LTR 8 28 04 AM
  KENTWOOD, MI 49512

Claim Holder Name and Address
MADISON NICHE OPPORTUNITIES LLC
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total: **$5,967.84**

Modified Total: **$4,427.84**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,967.84 | 05-44640 | | | $4,427.84 |
| | | | **$5,967.84** | | | | **$4,427.84** |

---

**Claim: 6632**
Date Filed: 05/23/2006
Docketed Total: $ 35,369.12
Filing Creditor Name and Address:
  MEUNIER ELECTRONIC SUPPLY INC
  3409 E WASHINGTON ST
  INDIANAPOLIS, IN 46201

Claim Holder Name and Address
MEUNIER ELECTRONIC SUPPLY INC
3409 E WASHINGTON ST
INDIANAPOLIS, IN 46201

Docketed Total: **$35,369.12**

Modified Total: **$28,710.20**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $35,369.12 | 05-44640 | | | $28,710.20 |
| | | | **$35,369.12** | | | | **$28,710.20** |

---

**Claim: 2679**
Date Filed: 04/18/2006
Docketed Total: $ 128,067.32
Filing Creditor Name and Address:
  MILACRON MARKETING COMPANY
  4165 HALFACRE RD
  BATAVIA, OH 45103

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total: **$128,067.32**

Modified Total: **$120,574.55**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $128,067.32 | 05-44640 | | | $120,574.55 |
| | | | **$128,067.32** | | | | **$120,574.55** |

---

**Claim: 6637**
Date Filed: 05/23/2006
Docketed Total: $ 13,487.61
Filing Creditor Name and Address:
  MISSOURI SEA & AIR MSA
  7900 TANNERS GATE STE 310
  FLORENCE, KY 41042

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: **$13,487.61**

Modified Total: **$12,967.93**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $13,487.61 | 05-44640 | | | $12,967.93 |
| | | | **$13,487.61** | | | | **$12,967.93** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 5778**<br>Date Filed: 05/12/2006<br>Docketed Total: $ 14,196.24<br>Filing Creditor Name and Address:<br>MITSUI AND CO USA INC<br>200 PARK AVE<br>NEW YORK, NY 10166 | Claim Holder Name and Address<br><br>MITSUI AND CO USA INC<br>200 PARK AVE<br>NEW YORK, NY 10166 | Docketed Total: | | **$14,196.24** | | Modified Total: | | **$14,196.24** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$14,196.24<br><br>**$14,196.24** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$14,196.24<br><br>**$14,196.24** |
| **Claim: 13590**<br>Date Filed: 07/31/2006<br>Docketed Total: $ 62,435.12<br>Filing Creditor Name and Address:<br>MOTOR CITY ELECTRIC<br>9440 GRINNELL<br>DETROIT, MI 48213-1151 | Claim Holder Name and Address<br><br>MOTOR CITY ELECTRIC<br>9440 GRINNELL<br>DETROIT, MI 48213-1151 | Docketed Total: | | **$62,435.12** | | Modified Total: | | **$12,842.07** |
| | Case Number*<br>05-44481 | Secured<br>$62,435.12<br><br>**$62,435.12** | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,842.07<br><br>**$12,842.07** |
| **Claim: 13592**<br>Date Filed: 07/31/2006<br>Docketed Total: $ 1,901.51<br>Filing Creditor Name and Address:<br>MOTOR CITY ELECTRIC<br>9440 GRINNELL<br>DETROIT, MI 48213-1151 | Claim Holder Name and Address<br><br>MOTOR CITY ELECTRIC<br>9440 GRINNELL<br>DETROIT, MI 48213-1151 | Docketed Total: | | **$1,901.51** | | Modified Total: | | **$993.92** |
| | Case Number*<br>05-44612 | Secured<br>$1,901.51<br><br>**$1,901.51** | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$993.92<br><br>**$993.92** |
| **Claim: 16418**<br>Date Filed: 11/17/2006<br>Docketed Total: $ 107,272.55<br>Filing Creditor Name and Address:<br>NATIONAL MOLDING<br>CORPORATION<br>5 DUBON COURT<br>FARMINGDALE, NY 11735 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | **$107,272.55** | | Modified Total: | | **$45,326.40** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$107,272.55<br><br>**$107,272.55** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$45,326.40<br><br>**$45,326.40** |

*See Exhibit E for a listing of debtor entities by case number.

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7550**
Date Filed: 06/06/2006
Docketed Total: $ 185,979.44
Filing Creditor Name and Address:
NEWARK ELECTRONICS
PO BOX 94151
PALENTINE, IL 60094-4151

Claim Holder Name and Address

NEWARK ELECTRONICS
PO BOX 94151
PALENTINE, IL 60094-4151

Docketed Total: **$185,979.44**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $185,979.44 |
| | | | **$185,979.44** |

Modified Total: **$106,691.28**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $646.52 |
| 05-44612 | | | $6,037.59 |
| 05-44567 | | | $555.84 |
| 05-44624 | | | $70.97 |
| 05-44507 | | | $10,470.92 |
| 05-44640 | | | $88,909.44 |
| | | | **$106,691.28** |

---

**Claim: 811**
Date Filed: 11/22/2005
Docketed Total: $ 239,472.32
Filing Creditor Name and Address:
ORBIS CORPORATION
PO BOX 389
OCONOMOWOC, WI 53066-0389

Claim Holder Name and Address

LIQUIDITY SOLUTIONS DBA
REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total: **$239,472.32**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $239,472.32 |
| | | | **$239,472.32** |

Modified Total: **$179,513.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $179,513.53 |
| | | | **$179,513.53** |

---

**Claim: 15447**
Date Filed: 07/31/2006
Docketed Total: $ 104,135.00
Filing Creditor Name and Address:
PHOTOCIRCUITS CORPORATION
45 SEACLIFF AVE
GLEN COVE, NY 11542

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: **$104,135.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $104,135.00 |
| | | | **$104,135.00** |

Modified Total: **$87,932.64**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $87,932.64 |
| | | | **$87,932.64** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 22 of 29

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10119**
Date Filed: 07/21/2006
Docketed Total: $ 191,003.63
Filing Creditor Name and Address:
PITNEY BOWES INC FASCIMILE DIV
PO BOX 856037
LOUISVILLE, KY 40285-6037

Claim Holder Name and Address
PITNEY BOWES INC FASCIMILE DIV
PO BOX 856037
LOUISVILLE, KY 40285-6037

Docketed Total: $191,003.63

Modified Total: $55,280.37

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $191,003.63 | 05-44640 | | | $55,280.37 |
| | | | **$191,003.63** | | | | **$55,280.37** |

**Claim: 12437**
Date Filed: 07/28/2006
Docketed Total: $ 7,092.91
Filing Creditor Name and Address:
PLAINFIELD STAMPING TEXAS INC
PO BOX 265
PLAINFIELD, IL 60544

Claim Holder Name and Address
PLAINFIELD STAMPING TEXAS INC
PO BOX 265
PLAINFIELD, IL 60544

Docketed Total: $7,092.91

Modified Total: $7,092.91

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44547 | | | $7,092.91 | 05-44640 | | | $7,092.91 |
| | | | **$7,092.91** | | | | **$7,092.91** |

**Claim: 12441**
Date Filed: 07/28/2006
Docketed Total: $ 48,770.59
Filing Creditor Name and Address:
PLAINFIELD TOOL & ENGINEERING
PLAINFIELD STAMPING ILLINOIS
24035 RIVERWALK CT
PLAINFIELD, IL 60544-8145

Claim Holder Name and Address
PLAINFIELD TOOL & ENGINEERING
PLAINFIELD STAMPING ILLINOIS
24035 RIVERWALK CT
PLAINFIELD, IL 60544-8145

Docketed Total: $48,770.59

Modified Total: $1,727.84

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $48,770.59 | 05-44640 | | | $1,727.84 |
| | | | **$48,770.59** | | | | **$1,727.84** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2639<br>Date Filed: 04/13/2006<br>Docketed Total: $ 1,179,772.10<br>Filing Creditor Name and Address:<br>PREMIER MANUFACTURING<br>SUPPORT SERVICES INC<br>2828 HIGHLAND AVE<br>CINCINNATI, OH 45212 | Claim Holder Name and Address<br><br>GOLDMAN SACHS CREDIT<br>PARTNERS LP<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | Docketed Total: | | $1,179,772.10 | | Modified Total: | | $1,047,594.58 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,179,772.10<br><br>$1,179,772.10 | Case Number*<br>05-44640<br>05-44482 | Secured | Priority | Unsecured<br>$1,046,698.81<br>$895.77<br><br>$1,047,594.58 |
| Claim: 16740<br>Date Filed: 11/06/2007<br>Docketed Total: $ 16,532.05<br>Filing Creditor Name and Address:<br>R & L SPRING CO EFT<br>1097 GENEVA PKWY<br>REMIT UPDT 7 99 LETTER<br>LAKE GENEVA, WI 53147 | Claim Holder Name and Address<br><br>R & L SPRING CO EFT<br>1097 GENEVA PKWY<br>REMIT UPDT 7 99 LETTER<br>LAKE GENEVA, WI 53147 | Docketed Total: | | $16,532.05 | | Modified Total: | | $15,282.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$16,532.05<br><br>$16,532.05 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$15,282.00<br><br>$15,282.00 |
| Claim: 2612<br>Date Filed: 04/11/2006<br>Docketed Total: $ 504,876.99<br>Filing Creditor Name and Address:<br>ROYAL DIE STAMPING CO<br>CHUHAK & TECSON PC<br>30 S WACKER DR 2600<br>CHICAGO, IL 60604 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $504,876.99 | | Modified Total: | | $446,271.20 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$504,876.99<br><br>$504,876.99 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$446,271.20<br><br>$446,271.20 |

*See Exhibit E for a listing of debtor entities by case number.

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 11284<br>Date Filed: 07/27/2006<br>Docketed Total: $ 114,112.12<br>Filing Creditor Name and Address:<br>SCHRADER BRIDGEPORT INTL<br>INC<br>ALTAVISTA EPD<br>PO BOX 102133<br>ATLANTA, GA 30368-2133 | Claim Holder Name and Address<br><br>SCHRADER BRIDGEPORT INTL INC<br>ALTAVISTA EPD<br>PO BOX 102133<br>ATLANTA, GA 30368-2133 | Docketed Total:  **$114,112.12** | | Modified Total:  **$3,886.35** |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $114,112.12 | | 05-44640 | | | $3,886.35 |
| | | | **$114,112.12** | | | | | **$3,886.35** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 16104<br>Date Filed: 08/09/2006<br>Docketed Total: $ 12,730.27<br>Filing Creditor Name and Address:<br>SCOTT SPECIALTY GASES INC<br>6141 EASTON RD<br>PLUMSTEADVILLE, PA 18949 | Claim Holder Name and Address<br><br>SCOTT SPECIALTY GASES INC<br>6141 EASTON RD<br>PLUMSTEADVILLE, PA 18949 | Docketed Total:  **$12,730.27** | | Modified Total:  **$4,547.40** |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $12,730.27 | | 05-44640 | | | $4,547.40 |
| | | | **$12,730.27** | | | | | **$4,547.40** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 11272<br>Date Filed: 07/27/2006<br>Docketed Total: $ 64,795.10<br>Filing Creditor Name and Address:<br>SMALL PARTS DE MEXICO S DE<br>RL CV JUAREZ MX<br>PO BOX 7002<br>LOGANSPORT, IN 46947 | Claim Holder Name and Address<br><br>SMALL PARTS DE MEXICO S DE RL<br>CV JUAREZ MX<br>PO BOX 7002<br>LOGANSPORT, IN 46947 | Docketed Total:  **$64,795.10** | | Modified Total:  **$62,213.04** |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $64,795.10 | | 05-44640 | | | $62,213.04 |
| | | | **$64,795.10** | | | | | **$62,213.04** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 25 of 29

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 14140<br>Date Filed: 07/31/2006<br>Docketed Total: $ 1,641,742.91<br>Filing Creditor Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE<br>OF JABIL CIRCUIT INC<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLAZA 1ST FL<br>GREENWICH, CT 00683 | Docketed Total: | **$1,641,742.91** | | Modified Total: | | **$1,608,841.43** |
| | **Case Number\*** 05-44640 | Secured | Priority | **Unsecured** $1,641,742.91<br><br>**$1,641,742.91** | **Case Number\*** 05-44612<br>05-44640 | Secured | Priority | **Unsecured** $1,407,641.55<br>$201,199.88<br><br>**$1,608,841.43** |
| Claim: 9601<br>Date Filed: 07/17/2006<br>Docketed Total: $ 25,211.74<br>Filing Creditor Name and Address:<br>SPECIAL ELECTRIC<br>2121 S 116TH ST<br>WEST ALLIS, WI 53227 | Claim Holder Name and Address<br><br>SPECIAL ELECTRIC<br>2121 S 116TH ST<br>WEST ALLIS, WI 53227 | Docketed Total: | **$25,211.74** | | Modified Total: | | **$25,211.74** |
| | **Case Number\*** 05-44481 | Secured | Priority | **Unsecured** $25,211.74<br><br>**$25,211.74** | **Case Number\*** 05-44640 | Secured | Priority | **Unsecured** $25,211.74<br><br>**$25,211.74** |
| Claim: 474<br>Date Filed: 11/10/2005<br>Docketed Total: $ 319,224.11<br>Filing Creditor Name and Address:<br>SPRINT NEXTEL CORP<br>NEXTEL COMMUNICATIONS INC<br>PO BOX 172408<br>DENVER, CO 80217-2408 | Claim Holder Name and Address<br><br>SPRINT NEXTEL CORP<br>NEXTEL COMMUNICATIONS INC<br>PO BOX 172408<br>DENVER, CO 80217-2408 | Docketed Total: | **$319,224.11** | | Modified Total: | | **$182,628.93** |
| | **Case Number\*** 05-44481 | Secured | Priority | **Unsecured** $319,224.11<br><br>**$319,224.11** | **Case Number\*** 05-44481 | Secured | Priority | **Unsecured** $182,628.93<br><br>**$182,628.93** |

\*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 26 of 29

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5069**
Date Filed: 05/08/2006
Docketed Total: $ 3,890.28
Filing Creditor Name and Address:
STAGECOACH CARTAGE
PO BOX 26517
EL PASO, TX 79926

Claim Holder Name and Address
STAGECOACH CARTAGE
PO BOX 26517
EL PASO, TX 79926
Docketed Total: **$3,890.28**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,890.28 |
| | | | **$3,890.28** |

Modified Total: **$2,990.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $610.00 |
| 05-44567 | | | $2,380.24 |
| | | | **$2,990.24** |

---

**Claim: 12350**
Date Filed: 07/28/2006
Docketed Total: $ 65,511.81
Filing Creditor Name and Address:
SUPERIOR PLASTIC INC
200 E BIG BEAVER RD
SUITE 112
TROY, MI 48083

Claim Holder Name and Address
SUPERIOR PLASTIC INC
200 E BIG BEAVER RD
SUITE 112
TROY, MI 48083
Docketed Total: **$65,511.81**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $65,511.81 |
| | | | **$65,511.81** |

Modified Total: **$62,986.06**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $62,986.06 |
| | | | **$62,986.06** |

---

**Claim: 2426**
Date Filed: 03/27/2006
Docketed Total: $ 103,832.09
Filing Creditor Name and Address:
SUPPLIER INSPECTION SERVICES
INC
2941 S GETTYSBURG AVE
DAYTON, OH 45418

Claim Holder Name and Address
SUPPLIER INSPECTION SERVICES
INC
2941 S GETTYSBURG AVE
DAYTON, OH 45418
Docketed Total: **$103,832.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $103,832.09 |
| | | | **$103,832.09** |

Modified Total: **$98,138.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $98,138.09 |
| | | | **$98,138.09** |

---

*See Exhibit E for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Fourth Omnibus Claims Objection**

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1695<br>Date Filed: 01/30/2006<br>Docketed Total: $ 1,268,394.16<br>Filing Creditor Name and Address:<br>TENNESSEE VALLEY AUTHORITY<br>400 W SUMMIT HILL DR<br>KNOXVILLE, TN 37902-1401 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | | Docketed Total: | **$1,268,394.16** | | | Modified Total: | **$1,264,485.98** |
| | **Case Number\***<br>05-44640 | **Secured**<br>$1,268,394.16 | **Priority** | **Unsecured** | **Case Number\***<br>05-44640 | **Secured**<br>$1,264,485.98 | **Priority** | **Unsecured** |
| | | **$1,268,394.16** | | | | **$1,264,485.98** | | |
| Claim: 8929<br>Date Filed: 07/05/2006<br>Docketed Total: $ 68,364.68<br>Filing Creditor Name and Address:<br>TGI DIRECT INC<br>5365 HILL 23 DR<br>FLINT, MI 48507 | Claim Holder Name and Address<br><br>TGI DIRECT INC<br>5365 HILL 23 DR<br>FLINT, MI 48507 | | Docketed Total: | **$68,364.68** | | | Modified Total: | **$45,159.62** |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$68,364.68 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$45,159.62 |
| | | | | **$68,364.68** | | | | **$45,159.62** |
| Claim: 8927<br>Date Filed: 07/05/2006<br>Docketed Total: $ 10,119.17<br>Filing Creditor Name and Address:<br>TGI DIRECT INC<br>5365 HILL 23 DR<br>FLINT, MI 48507-390 | Claim Holder Name and Address<br><br>TGI DIRECT INC<br>5365 HILL 23 DR<br>FLINT, MI 48507-390 | | Docketed Total: | **$10,119.17** | | | Modified Total: | **$6,227.10** |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$10,119.17 | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$6,227.10 |
| | | | | **$10,119.17** | | | | **$6,227.10** |
| Claim: 8935<br>Date Filed: 07/05/2006<br>Docketed Total: $ 71,548.68<br>Filing Creditor Name and Address:<br>TRICON INDUSTRIES INC<br>UNGARETTI & HARRIS LLP<br>3500 THREE FIRST NATIONAL PLZ<br>CHICAGO, IL 60602 | Claim Holder Name and Address<br><br>TRICON INDUSTRIES INC<br>UNGARETTI & HARRIS LLP<br>3500 THREE FIRST NATIONAL PLZ<br>CHICAGO, IL 60602 | | Docketed Total: | **$71,548.68** | | | Modified Total: | **$18,166.21** |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$71,548.68 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$18,166.21 |
| | | | | **$71,548.68** | | | | **$18,166.21** |

*See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-4    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-1
Pg 28 of 29

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11229**
Date Filed: 07/26/2006
Docketed Total: $ 78,757.21
Filing Creditor Name and Address:
  TRITON INDUSTRIES INC
  135 S LASALLE ST DEPT 4492
  CHICAGO, IL 60674-4492

Claim Holder Name and Address

TRITON INDUSTRIES INC
135 S LASALLE ST DEPT 4492
CHICAGO, IL 60674-4492

Docketed Total: $78,757.21

Modified Total: $46,587.40

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $78,757.21 | 05-44640 | | | $46,587.40 |
| | | | $78,757.21 | | | | $46,587.40 |

**Claim: 2174**
Date Filed: 03/03/2006
Docketed Total: $ 234,500.00
Filing Creditor Name and Address:
  UNIVERSAL TOOL AND
  ENGINEERING COMPANY INC
  BARNES & THORNBURG LLP
  11 S MERIDIAN ST
  INDIANAPOLIS, IN 46204

Claim Holder Name and Address

UNIVERSAL TOOL AND
ENGINEERING COMPANY INC
BARNES & THORNBURG LLP
11 S MERIDIAN ST
INDIANAPOLIS, IN 46204

Docketed Total: $234,500.00

Modified Total: $234,499.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $234,500.00 | 05-44640 | | | $234,499.00 |
| | | | $234,500.00 | | | | $234,499.00 |

**Claim: 14660**
Date Filed: 07/31/2006
Docketed Total: $ 52,448.27
Filing Creditor Name and Address:
  VOLLAND ELECTRIC
  75 INNSBRUCK DR
  CHEEKTOWAGA, NY 14227

Claim Holder Name and Address

VOLLAND ELECTRIC
75 INNSBRUCK DR
CHEEKTOWAGA, NY 14227

Docketed Total: $52,448.27

Modified Total: $25,901.84

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $52,448.27 | 05-44640 | | | $25,901.84 |
| | | | $52,448.27 | | | | $25,901.84 |

*See Exhibit E for a listing of debtor entities by case number.

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2906**
Date Filed: 04/27/2006
Docketed Total: $ 126,323.97
Filing Creditor Name and Address:
  WRIGHT STATE UNIVERSITY
  356 UNIVERSITY HALL
  DAYTON, OH 45435

Claim Holder Name and Address

WRIGHT STATE UNIVERSITY
356 UNIVERSITY HALL
DAYTON, OH 45435        Docketed Total:        $126,323.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $126,323.97 |
| | | | $126,323.97 |

Modified Total:        $82,394.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $82,394.31 |
| | | | $82,394.31 |

**Claim: 10882**
Date Filed: 07/25/2006
Docketed Total: $ 76,784.27
Filing Creditor Name and Address:
  ZEISS CARL IMT CORP
  6250 SYCAMORE LN N
  MAPLE GROVE, MN 55369

Claim Holder Name and Address

ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018        Docketed Total:        $76,784.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $76,784.27 |
| | | | $76,784.27 |

Modified Total:        $76,784.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $76,784.27 |
| | | | $76,784.27 |

**Total Claims to be Modified: 86**

**Total Amount as Docketed:  $22,599,397.67**

**Total Amount as Modified:  $ 17,493,690.83**

*See Exhibit E for a listing of debtor entities by case number.