**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11413<br>Date Filed: 07/27/2006<br>Docketed Total: $617,679.20<br>Filing Creditor Name and Address:<br>ACCURATE THREADED<br>FASTENERS INC ATF INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR<br>CHICAGO, IL 60606-7507 | Claim Holder Name and Address<br>ACCURATE THREADED FASTENERS<br>INC ATF INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR<br>CHICAGO, IL 60606-7507 | Docketed Total: | | $617,679.20 | | Modified Total: | | $550,000.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$617,679.20 | Case Number*<br>05-44640 | Secured | Priority<br>$71,376.60 | Unsecured<br>$478,623.40 |
| | | | | $617,679.20 | | | $71,376.60 | $478,623.40 |
| Claim: 11099<br>Date Filed: 07/26/2006<br>Docketed Total: $173,734.07<br>Filing Creditor Name and Address:<br>AFFINIA CANADA CORP EFT<br>ATTN C MENDELTIAN<br>C O AFFINIA GROUP INC<br>1101 TECHNOLOGY DR NO 100<br>ANN ARBOR, MI 48108 | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | | $173,734.07 | | Modified Total: | | $44,511.79 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$173,734.07 | Case Number*<br>05-44640 | Secured | Priority<br>$10,000.00 | Unsecured<br>$34,511.79 |
| | | | | $173,734.07 | | | $10,000.00 | $34,511.79 |
| Claim: 12193<br>Date Filed: 07/28/2006<br>Docketed Total: $2,382,040.18<br>Filing Creditor Name and Address:<br>ALEGRE INC<br>3103 W TECH RD<br>MIAMISBURG, OH 45342 | Claim Holder Name and Address<br>ALEGRE INC<br>3103 W TECH RD<br>MIAMISBURG, OH 45342 | Docketed Total: | | $2,382,040.18 | | Modified Total: | | $351,963.62 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$190,941.72 | Unsecured<br>$2,191,098.46 | Case Number*<br>05-44640 | Secured | Priority<br>$20,154.39 | Unsecured<br>$331,809.23 |
| | | | $190,941.72 | $2,191,098.46 | | | $20,154.39 | $331,809.23 |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-5    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-2
Pg 2 of 11

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7995<br>Date Filed: 06/14/2006<br>Docketed Total: $896,187.82<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF FEINTOOL CINCINATTI INC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | $896,187.82 | | | Modified Total: | $853,290.62 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$86,216.71 | Unsecured<br>$809,971.11 | Case Number*<br>05-44640 | Secured | Priority<br>$86,216.72 | Unsecured<br>$767,073.90 |
| | | | $86,216.71 | $809,971.11 | | | $86,216.72 | $767,073.90 |
| Claim: 12840<br>Date Filed: 07/28/2006<br>Docketed Total: $662,721.49<br>Filing Creditor Name and Address:<br>BARNES GROUP INC<br>TYLER COOPER & ALCORN LLP<br>185 ASYLUM ST<br>CITY PLACE I 35TH FL<br>HARTFORD, CT 06103-3488 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | | Docketed Total: | $662,721.49 | | | Modified Total: | $545,615.53 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$662,721.49 | Case Number*<br>05-44640 | Secured | Priority<br>$37,650.77 | Unsecured<br>$507,964.76 |
| | | | | $662,721.49 | | | $37,650.77 | $507,964.76 |
| Claim: 10558<br>Date Filed: 07/24/2006<br>Docketed Total: $620,518.73<br>Filing Creditor Name and Address:<br>BATESVILLE TOOL & DIE INC<br>177 SIX PINE RANCH RD<br>BATESVILLE, IN 47006 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | | Docketed Total: | $620,518.73 | | | Modified Total: | $604,039.84 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$620,518.73 | Case Number*<br>05-44640 | Secured | Priority<br>$20,647.07 | Unsecured<br>$583,392.77 |
| | | | | $620,518.73 | | | $20,647.07 | $583,392.77 |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-5    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-2

Pg 3 of 11

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14174<br>Date Filed: 07/31/2006<br>Docketed Total: $11,505.71<br>Filing Creditor Name and Address:<br>BREEN COLOR CONCENTRATES INC<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK, NJ 07102-5310 | Claim Holder Name and Address<br>BREEN COLOR CONCENTRATES INC<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK, NJ 07102-5310<br><br>Docketed Total: $11,505.71<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $11,505.71<br>                                              $11,505.71 | Modified Total: $11,505.71<br><br>Case Number*  Secured  Priority      Unsecured<br>05-44640                      $5,107.39   $6,398.32<br>                                $5,107.39   $6,398.32 |
| Claim: 10155<br>Date Filed: 07/21/2006<br>Docketed Total: $266,081.47<br>Filing Creditor Name and Address:<br>COMMODITY MGMT SVCS GBS<br>PRINTED PRODS & SYS<br>PO BOX 2340<br>NORTH CANTON, OH 44720-0340 | Claim Holder Name and Address<br>COMMODITY MGMT SVCS GBS<br>PRINTED PRODS & SYS<br>PO BOX 2340<br>NORTH CANTON, OH 44720-0340<br><br>Docketed Total: $266,081.47<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $266,081.47<br>                                              $266,081.47 | Modified Total: $94,880.10<br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                      $511.95     $94,368.15<br>                                $511.95     $94,368.15 |
| Claim: 12672<br>Date Filed: 07/28/2006<br>Docketed Total: $1,613,757.04<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF STONERIDGE INC<br>FOR ITSELF AND ET AL<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF STONERIDGE INC FOR<br>ITSELF AND ET AL<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $1,613,757.04<br><br>Case Number*  Secured  Priority      Unsecured<br>05-44640                      $693,774.59   $919,982.45<br>                                $693,774.59   $919,982.45 | Modified Total: $1,509,409.84<br><br>Case Number*  Secured  Priority       Unsecured<br>05-44640                      $12,103.66    $1,497,306.18<br>                                $12,103.66    $1,497,306.18 |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

Page 3 of 11

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-5    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-2
Pg 4 of 11

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16745<br>Date Filed: 11/13/2007<br>Docketed Total: $13,238.61<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS TRANSFEREE OF UNITED STARS INDUSTRIES INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS TRANSFEREE OF UNITED STARS INDUSTRIES INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $13,238.61<br><br>Case Number*: 05-44640  Secured: —  Priority: $13,238.61  Unsecured: —<br>Total: $13,238.61 | Modified Total: $11,853.70<br><br>Case Number*: 05-44640  Secured: —  Priority: $11,853.70  Unsecured: —<br>Total: $11,853.70 |
| Claim: 675<br>Date Filed: 11/18/2005<br>Docketed Total: $544,824.79<br>Filing Creditor Name and Address:<br>DIEMOLDING CORPORATION<br>125 RASBACH ST<br>CANASTOTA, NY 13032 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Docketed Total: $544,824.79<br><br>Case Number*: 05-44481  Secured: —  Priority: —  Unsecured: $544,824.79<br>Total: $544,824.79 | Modified Total: $486,027.95<br><br>Case Number*: 05-44640  Secured: —  Priority: $941.46  Unsecured: $485,086.49<br>Total: $941.46  $485,086.49 |
| Claim: 10971<br>Date Filed: 07/26/2006<br>Docketed Total: $332,442.44<br>Filing Creditor Name and Address:<br>EATON AEROQUIP DE MEXICO SA DE CV<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | Claim Holder Name and Address<br>EATON AEROQUIP DE MEXICO SA DE CV<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584<br><br>Docketed Total: $332,442.44<br><br>Case Number*: 05-44481  Secured: —  Priority: —  Unsecured: $332,442.44<br>Total: $332,442.44 | Modified Total: $130,456.87<br><br>Case Number*: 05-44481  Secured: —  Priority: —  Unsecured: $124,643.55<br>Case Number*: 05-44640  Secured: —  Priority: $5,813.32  Unsecured: —<br>Total: $5,813.32  $124,643.55 |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-5    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit D-2
Pg 5 of 11

Twenty-Fourth Omnibus Claims Objection

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6809<br>Date Filed: 05/25/2006<br>Docketed Total: $740,224.29<br>Filing Creditor Name and Address:<br>EATON CORPORATION<br>REVENUE MANAGEMENT<br>1 UNIVERSITY PLAZA NO 312<br>HACKENSACK, NJ 07601 | Claim Holder Name and Address<br>EATON CORPORATION<br>REVENUE MANAGEMENT<br>1 UNIVERSITY PLAZA NO 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $740,224.29 | | | | | | Modified Total: | $522,778.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$740,224.29 | Case Number*<br>05-44640 | Secured | Priority<br>$107,257.28 | Unsecured<br>$415,520.72 |
| | | | | **$740,224.29** | | | **$107,257.28** | **$415,520.72** |
| Claim: 15141<br>Date Filed: 07/31/2006<br>Docketed Total: $438,605.19<br>Filing Creditor Name and Address:<br>EIKENBERRY & ASSOCIATES INC<br>PO BOX 2676<br>KOKOMO, IN 46904-2676 | Claim Holder Name and Address<br>EIKENBERRY & ASSOCIATES INC<br>PO BOX 2676<br>KOKOMO, IN 46904-2676<br><br>Docketed Total: $438,605.19 | | | | | | Modified Total: | $45,245.33 |
| | Case Number*<br>05-44640 | Secured<br>$204,708.80 | Priority | Unsecured<br>$233,896.39 | Case Number*<br>05-44640 | Secured | Priority<br>$1,530.60 | Unsecured<br>$43,714.73 |
| | | **$204,708.80** | | **$233,896.39** | | | **$1,530.60** | **$43,714.73** |
| Claim: 16739<br>Date Filed: 11/06/2007<br>Docketed Total: $633,258.00<br>Filing Creditor Name and Address:<br>FIRST TECHNOLOGY HOLDINGS<br>INC AND AFFILIATES AND<br>SUBSIDIARIES AND CONTROL<br>DEVICES INC AND FIRST INERTIA<br>SWITCH LIMITED<br>CONTROL DEVICES INC AND<br>FIRST INERTIA SWITCH<br>C O SENSATA TECHNOLOGIES<br>INC<br>529 PLEASANT ST MS B 1<br>ATTLEBORO, MA 02703 | Claim Holder Name and Address<br>FIRST TECHNOLOGY HOLDINGS INC<br>AND AFFILIATES AND SUBSIDIARIES<br>AND CONTROL DEVICES INC AND<br>FIRST INERTIA SWITCH LIMITED<br>CONTROL DEVICES INC AND FIRST<br>INERTIA SWITCH<br>C O SENSATA TECHNOLOGIES INC<br>529 PLEASANT ST MS B 1<br>ATTLEBORO, MA 02703<br><br>Docketed Total: $633,258.00 | | | | | | Modified Total: | $566,254.64 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$633,258.00 | Case Number*<br>05-44640 | Secured | Priority<br>$23,525.65 | Unsecured<br>$542,728.99 |
| | | | | **$633,258.00** | | | **$23,525.65** | **$542,728.99** |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9261<br>Date Filed: 07/11/2006<br>Docketed Total: $4,251,232.51<br>Filing Creditor Name and Address:<br>FUTABA CORPORATION OF AMERICA<br>711 E STATE PKY<br>SCHAUMBURG, IL 60173 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>383 MADISON AVE<br>NEW YORK, NY 10179 | Docketed Total: | | $4,145,064.91 | | Modified Total: | | $4,030,495.73 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$856,790.09 | Unsecured<br>$3,288,274.82 | Case Number*<br>05-44640 | Secured | Priority<br>$197,369.77 | Unsecured<br>$3,833,125.96 |
| | | | **$856,790.09** | **$3,288,274.82** | | | **$197,369.77** | **$3,833,125.96** |
| | Claim Holder Name and Address<br>FUTABA CORPORATION OF AMERICA<br>711 E STATE PKY<br>SCHAUMBURG, IL 60173 | Docketed Total: | | $106,167.60 | | Modified Total: | | $0.00 |
| | Case Number*<br>05-44481 | Secured | Priority<br>UNL | Unsecured<br>$106,167.60 | Case Number*<br>05-44640 | Secured | Priority<br>$0.00 | Unsecured<br>$0.00 |
| | | | **UNL** | **$106,167.60** | | | **$0.00** | **$0.00** |
| Claim: 11310<br>Date Filed: 07/27/2006<br>Docketed Total: $1,206,987.71<br>Filing Creditor Name and Address:<br>GE COMMERCIAL MATERIALS SA DE CV<br>C O GE PLASTICS<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078 | Claim Holder Name and Address<br>SABIC INNOVATIVE PLASTICS US LLC<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078 | Docketed Total: | | $1,206,987.71 | | Modified Total: | | $730,233.20 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,206,987.71 | Case Number*<br>05-44640 | Secured | Priority<br>$43,573.28 | Unsecured<br>$686,659.92 |
| | | | | **$1,206,987.71** | | | **$43,573.28** | **$686,659.92** |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10734<br>Date Filed: 07/25/2006<br>Docketed Total: $755,003.52<br>Filing Creditor Name and Address:<br>GE INFRASTRUCTURE SENSING<br>C O GE PLASTICS<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078 | Claim Holder Name and Address<br>GE INFRASTRUCTURE SENSING  Docketed Total: $755,003.52<br>C O GE PLASTICS<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                              $755,003.52<br>                                                               $755,003.52 | Modified Total: $746,745.11<br><br>Case Number*     Secured     Priority          Unsecured<br>05-44640                         $42,903.31      $703,841.80<br>                                         $42,903.31      $703,841.80 |
| Claim: 11473<br>Date Filed: 07/27/2006<br>Docketed Total: $5,256,752.18<br>Filing Creditor Name and Address:<br>GE PLASTICS<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078 | Claim Holder Name and Address<br>GE PLASTICS     Docketed Total: $1,162,115.70<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                              $1,162,115.70<br>                                                               $1,162,115.70<br><br>Claim Holder Name and Address<br>SABIC INNOVATIVE PLASTICS US    Docketed Total: $4,094,636.48<br>LLC<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                              $4,094,636.48<br>                                                               $4,094,636.48 | Modified Total: $3,524,425.79<br><br>Case Number*     Secured     Priority       Unsecured<br>05-44539                                            $60,280.00<br>05-44624                                            $3,805.45<br>05-44567                         $9,728.00         $89,119.40<br>05-44640                                            $3,361,492.94<br>                                        $9,728.00       $3,514,697.79<br><br>Modified Total: $199,218.25<br><br>Case Number*     Secured     Priority       Unsecured<br>05-44640                         $199,218.25<br>                                         $199,218.25 |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15540<br>Date Filed: 07/31/2006<br>Docketed Total: $651,800.43<br>Filing Creditor Name and Address:<br>GE SILICONES<br>C O GE PLASTICS<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078 | Claim Holder Name and Address<br>GE SILICONES<br>C O GE PLASTICS<br>9930 KINCEY AVE<br>HUNTERSVILLE, NC 28078 | Docketed Total: | | $651,800.43 | | Modified Total: | | $525,026.29 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$651,800.43<br>$651,800.43 | Case Number*<br>05-44640 | Secured | Priority<br>$37,338.82<br>$37,338.82 | Unsecured<br>$487,687.47<br>$487,687.47 |
| Claim: 9569<br>Date Filed: 07/17/2006<br>Docketed Total: $72,359.10<br>Filing Creditor Name and Address:<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR TEKFAST<br>21555 S HARLEM AVE<br>FRANKFORT, IL 60423 | Claim Holder Name and Address<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR TEKFAST<br>21555 S HARLEM AVE<br>FRANKFORT, IL 60423 | Docketed Total: | | $72,359.10 | | Modified Total: | | $62,612.77 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$44,411.35<br>$44,411.35 | Unsecured<br>$27,947.75<br>$27,947.75 | Case Number*<br>05-44640 | Secured | Priority<br>$9,319.21<br>$9,319.21 | Unsecured<br>$53,293.56<br>$53,293.56 |
| Claim: 11453<br>Date Filed: 07/27/2006<br>Docketed Total: $236,298.73<br>Filing Creditor Name and Address:<br>MARIAN INC FKA MARIAN<br>RUBBER PRODUCTS<br>MARIAN INC<br>1011 E ST CLAIR ST<br>INDIANAPOLIS, IN 46202 | Claim Holder Name and Address<br>MARIAN INC FKA MARIAN RUBBER<br>PRODUCTS<br>MARIAN INC<br>1011 E ST CLAIR ST<br>INDIANAPOLIS, IN 46202 | Docketed Total: | | $236,298.73 | | Modified Total: | | $233,484.89 |
| | Case Number*<br>05-44640 | Secured<br>$25,605.91<br>$25,605.91 | Priority | Unsecured<br>$210,692.82<br>$210,692.82 | Case Number*<br>05-44640 | Secured<br>$25,605.91<br>$25,605.91 | Priority | Unsecured<br>$207,878.98<br>$207,878.98 |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

Page 8 of 11

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9576<br>Date Filed: 07/17/2006<br>Docketed Total: $64,897.96<br>Filing Creditor Name and Address:<br>MEDALIST INDUSTRIES INC<br>MEDALIST INDL FASTENER DIV<br>2700 YORK RD<br>ELK GROVE VILLAGE, IL 60007 | Claim Holder Name and Address<br>MEDALIST INDUSTRIES INC<br>MEDALIST INDL FASTENER DIV<br>2700 YORK RD<br>ELK GROVE VILLAGE, IL 60007<br><br>Docketed Total: $64,897.96 | | | | | | Modified Total: | $47,948.54 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$53,088.55<br>**$53,088.55** | Unsecured<br>$11,809.41<br>**$11,809.41** | Case Number*<br>05-44640 | Secured | Priority<br>$33,896.44<br>**$33,896.44** | Unsecured<br>$14,052.10<br>**$14,052.10** |
| Claim: 14200<br>Date Filed: 07/24/2006<br>Docketed Total: $1,444,823.68<br>Filing Creditor Name and Address:<br>N D K AMERICA INC<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262 | Claim Holder Name and Address<br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $1,403,132.21 | | | | | | Modified Total: | $1,297,786.54 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,403,132.21<br>**$1,403,132.21** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,297,786.54<br>**$1,297,786.54** |
| | Claim Holder Name and Address<br>N D K AMERICA INC<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262<br><br>Docketed Total: $41,691.47 | | | | | | Modified Total: | $145,267.57 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$41,691.47<br>**$41,691.47** | Case Number*<br>05-44640 | Secured | Priority<br>$145,267.57<br>**$145,267.57** | Unsecured |
| Claim: 15134<br>Date Filed: 07/31/2006<br>Docketed Total: $355,290.19<br>Filing Creditor Name and Address:<br>PARK OHIO PRODUCTS INC<br>7000 DENISON AVE<br>CLEVELAND, OH 44102 | Claim Holder Name and Address<br>PARK OHIO PRODUCTS INC<br>7000 DENISON AVE<br>CLEVELAND, OH 44102<br><br>Docketed Total: $355,290.19 | | | | | | Modified Total: | $199,402.98 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$355,290.19<br>**$355,290.19** | Case Number*<br>05-44640 | Secured | Priority<br>$45,060.80<br>**$45,060.80** | Unsecured<br>$154,342.18<br>**$154,342.18** |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2036<br>Date Filed: 02/15/2006<br>Docketed Total: $1,288,259.67<br>Filing Creditor Name and Address:<br>S & Z TOOL & DIE CO INC<br>3180 BEREA RD<br>CLEVELAND, OH 44111-1595 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA<br>STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $1,288,259.67<br><br>Case Number*  Secured           Priority   Unsecured<br>05-44640      $1,288,259.67<br>              $1,288,259.67 | Modified Total: $925,384.66<br><br>Case Number*  Secured   Priority      Unsecured<br>05-44640                $111,882.90    $813,501.76<br>                        $111,882.90    $813,501.76 |
| Claim: 11274<br>Date Filed: 07/27/2006<br>Docketed Total: $176,158.38<br>Filing Creditor Name and Address:<br>SMALL PARTS INC<br>PO BOX 7002<br>LOGANSPORT, IN 46947 | Claim Holder Name and Address<br>SMALL PARTS INC<br>PO BOX 7002<br>LOGANSPORT, IN 46947<br><br>Docketed Total: $176,158.38<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44481                          $176,158.38<br>                                  $176,158.38 | Modified Total: $58,876.97<br><br>Case Number*  Secured   Priority      Unsecured<br>05-44640                $32,169.54     $26,707.43<br>                        $32,169.54     $26,707.43 |
| Claim: 2028<br>Date Filed: 02/15/2006<br>Docketed Total: $41,742.27<br>Filing Creditor Name and Address:<br>SYZ ROLMEX S DE RL DE CV<br>ATTN DAVID N RUTILA<br>PRESIDENT<br>3180 BEREA RD<br>CLEVELAND, OH 44111-1595 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA<br>STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $41,742.27<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44640      $41,742.27<br>              $41,742.27 | Modified Total: $33,441.59<br><br>Case Number*  Secured   Priority    Unsecured<br>05-44640                $4,000.00   $29,441.59<br>                        $4,000.00   $29,441.59 |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim

**EXHIBIT D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13546<br>Date Filed: 07/31/2006<br>Docketed Total: $42,827.19<br>Filing Creditor Name and Address:<br>UPG DE MEXICO S DE RL DE CV<br>UNITED PLASTICS GROUP INC<br>1420 KENSINGTON RD STE 209<br>OAK BROOK, IL 60523 | Claim Holder Name and Address<br>UPG DE MEXICO S DE RL DE CV<br>UNITED PLASTICS GROUP INC<br>1420 KENSINGTON RD STE 209<br>OAK BROOK, IL 60523<br><br>Docketed Total: $42,827.19<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44640       $42,827.19<br>                $42,827.19 | Modified Total: $42,827.19<br><br>Case Number*  Secured   Priority    Unsecured<br>05-44640               $9,226.10   $33,601.09<br>                       $9,226.10   $33,601.09 |
| Claim: 16460<br>Date Filed: 12/19/2006<br>Docketed Total: $83,839.32<br>Filing Creditor Name and Address:<br>VJ TECHNOLOGIES INC<br>89 CARLOUGH RD<br>BOHEMIA, NY 11716 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Docketed Total: $83,839.32<br><br>Case Number*  Secured   Priority      Unsecured<br>05-44640                $60,000.00   $23,839.32<br>                        $60,000.00   $23,839.32 | Modified Total: $60,880.00<br><br>Case Number*  Secured   Priority     Unsecured<br>05-44640                $60,000.00   $880.00<br>                        $60,000.00   $880.00 |
| | | **Total Claims to be Modified: 30**<br>**Total Amount as Docketed:** $25,875,091.87<br>**Total Amount as Modified:** $19,191,891.61 |

*See Exhibit F for a listing of debtor entities by case number.

**UNL denotes an unliquidated claim