In re Delphi Corporation, et al.     Twenty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)     05-44481-rdd    Doc 11588-8    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit F
Pg 1 of 4

Exhibit F - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 2088343 ONTARIO LIMITED | 4769 | Exhibit B - BOOKS AND RECORDS CLAIMS |
| ACCURATE THREADED FASTENERS INC ATF INC | 11413 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| AGFA | 8719 | Exhibit B - BOOKS AND RECORDS CLAIMS |
| ALCOA AUTOMOTIVE CASTINGS A MICHIGAN PARTNERSHIP | 12007 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ALCOA EXTRUSIONS INC | 12009 | Exhibit B - BOOKS AND RECORDS CLAIMS |
| ALEGRE INC | 12193 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| ALLEGRO MICRO SYSTEMS INC | 1741 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ALUMAX MILL PRODUCTS INC | 12006 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC | 7995 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| AMROC INVESTMENTS LLC | 8581 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC | 8584 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ARBON EQUIP CORP RITE HITE CORP | 206 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 6637 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 10882 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 14280 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 14281 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS AS ASSIGNEE OF KEMPER PRODUCTS | 16749 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ARTHUR ANDERSEN LLP | 16748 | Exhibit C - UNTIMELY CLAIMS |
| ASHLAND INCORPORATED | 2760 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ASM CAPITAL LP | 1699 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| BANK OF AMERICA N A | 5423 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9261 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| BEHR HELLA THERMOCONTROL GMBH | 14058 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| BEHR HELLA THERMOCONTROL GMBH | 15197 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| BREEN COLOR CONCENTRATES INC | 14174 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| CAPSONIC AUTOMOTIVE INC | 16735 | Exhibit A - DUPLICATE OR AMENDED CLAIMS |
| CARRIER CORP | 9462 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CERAMTEC NORTH AMERICA & SIERRA LIQUIDITY FUND | 2693 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CF SPECIAL SITUATION FUND I LP | 11777 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| COMMODITY MGMT SVCS GBS PRINTED PRODS & SYS | 10155 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| CONTRARIAN FUNDS LLC | 15447 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF ARAMARK UNIFORM & CAREER APPAREL INC DBA ARAMARK UNIFORM SERVICES AND ARAMARK C O STAR S | 10390 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC | 9111 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF STONERIDGE INC FOR ITSELF AND ET AL | 12672 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| CONTRARIAN FUNDS LLC AS TRANSFEREE OF UNITED STARS INDUSTRIES INC | 16745 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| CSI LEASING INC FKA COMPUTER SALES INTERNATIONAL INC | 9118 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| DAVALOR MOLD CORPORATION | 8980 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| DAY PAK INC EFT | 13612 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| DEBRA A SMITH | 16063 | Exhibit B - BOOKS AND RECORDS CLAIMS |
| DIRECT SOURCING SOLUTIONS INC | 14260 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| E R WAGNER MANUFACTURING CO | 10685 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| EATON AEROQUIP DE MEXICO SA DE CV | 10971 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |

In re Delphi Corporation, et al.  Twenty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-8    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit F
Pg 2 of 4

Exhibit F - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---:|---|
| EATON CORPORATION | 6809 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| EATON POWER QUALITY CORPORATION | 10969 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| EATON YALE LTD | 10970 | Exhibit B - BOOKS AND RECORDS CLAIMS |
| EIKENBERRY & ASSOCIATES INC | 15141 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| EIS INC | 9924 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FAISON OFFICE PRODUCTS LLC | 11025 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FAST TEK GROUP LLC | 6601 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FEDERAL EXPRESS CORPORATION | 15604 | Exhibit B - BOOKS AND RECORDS CLAIMS |
| FEDEX CUSTOM CRITICAL | 747 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FEDEX CUSTOM CRITICAL | 749 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FEDEX FREIGHT | 6934 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES | 1672 | Exhibit A - DUPLICATE OR AMENDED CLAIMS |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | 16739 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| FUTABA CORPORATION OF AMERICA | 9261 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| GE CONSUMER & INDUSTRIAL F K A GE SUPPLY | 10199 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| GE INFRASTRUCTURE SENSING | 10734 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| GE PLASTICS | 11473 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| GE SILICONES | 15540 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| GOLDMAN SACHS CREDIT PARTNERS LP | 2639 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| GRIFFCO QUALITY SOLUTIONS INC | 15229 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| GW PLASTICS INC | 68 | Exhibit B - BOOKS AND RECORDS CLAIMS |
| GW PLASTICS INC | 69 | Exhibit B - BOOKS AND RECORDS CLAIMS |
| GW PLASTICS INC | 70 | Exhibit B - BOOKS AND RECORDS CLAIMS |
| GW PLASTICS INC | 72 | Exhibit B - BOOKS AND RECORDS CLAIMS |
| H & L TOOL COMPANY INC | 16746 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| HAIN CAPITAL HOLDINGS LLC | 675 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| HAIN CAPITAL HOLDINGS LLC | 12016 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| HEALTHPLUS OF MICHIGAN INC | 13453 | Exhibit B - BOOKS AND RECORDS CLAIMS |
| HTC GLOBAL SERVICES INC | 12016 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| HUCK INTERNATIONAL A DELAWARE CORPORATION | 12010 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ILLINOIS TOOL WORKS INC | 9569 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| INGERSOLL RAND CO AIR SOLUTIONS | 1042 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| ITW SHAKEPROOF INDUSTRIAL PRODUCTS | 1688 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| JDC LOGISTICS INC | 4466 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| KUSS CORPORATION | 10983 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LATIGO MASTER FUND LTD | 14200 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| LIFETIME INDUSTRIES INC | 1994 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LIQUIDITY SOLUTIONS DBA REVENUE MANAGEMENT | 811 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LIQUIDITY SOLUTIONS INC | 2028 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| LIQUIDITY SOLUTIONS INC | 2036 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| LIQUIDITY SOLUTIONS INC | 2610 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LIQUIDITY SOLUTIONS INC | 2679 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |

In re Delphi Corporation, et al.  Twenty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 11588-8    Filed 12/21/07    Entered 12/21/07 18:05:48    Exhibit F
Pg 3 of 4

Exhibit F - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---:|---|
| LONGACRE MASTER FUND LTD | 1695 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 2612 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 6593 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 10558 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| LONGACRE MASTER FUND LTD | 12840 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| LONGACRE MASTER FUND LTD | 16247 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 16418 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 16460 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| LONGACRE MASTER FUND LTD AS ASSIGNEE/TRANSFEREE OF SHARP ELECTRONICS CORP | 6594 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LORD CORPORATION | 16307 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| LTX CORPORATION | 9680 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MADISON INVESTMENT TRUST SERIES 38 | 16741 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MADISON INVESTMENT TRUST SERIES 38 | 16742 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MADISON NICHE OPPORTUNITIES LLC | 5734 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MARIAN INC FKA MARIAN RUBBER PRODUCTS | 11453 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| MEDALIST INDUSTRIES INC | 9576 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| MEUNIER ELECTRONIC SUPPLY INC | 6632 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MITSUI AND CO USA INC | 5778 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MOTOR CITY ELECTRIC | 13590 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MOTOR CITY ELECTRIC | 13592 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| MOTOR CITY ELECTRIC CO | 13591 | Exhibit B - BOOKS AND RECORDS CLAIMS |
| N D K AMERICA INC | 14200 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| NEWARK ELECTRONICS | 7550 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PARK OHIO PRODUCTS INC | 15134 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| PITNEY BOWES INC FASCIMILE DIV | 10119 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PLAINFIELD STAMPING TEXAS INC | 12437 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| PLAINFIELD TOOL & ENGINEERING | 12441 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| R & L SPRING CO EFT | 16740 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SABIC INNOVATIVE PLASTICS US LLC | 11310 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| SABIC INNOVATIVE PLASTICS US LLC | 11473 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| SCHRADER BRIDGEPORT INTL INC | 11284 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SCOTT SPECIALTY GASES INC | 16104 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SMALL PARTS DE MEXICO S DE RL CV JUAREZ MX | 11272 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SMALL PARTS INC | 11274 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| SPCP GROUP LLC | 9880 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC | 12006 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC | 12007 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11099 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14140 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SPECIAL ELECTRIC | 9601 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SPRINT NEXTEL CORP | 474 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |

Exhibit F - Claimants And Related Claims Subject To Twenty-Fourth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
| --- | --- | --- |
| STAGECOACH CARTAGE | 5069 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SUPERIOR PLASTIC INC | 12350 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| SUPPLIER INSPECTION SERVICES INC | 2426 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| TENNESSEE VALLEY AUTHORITY TVA | 2187 | Exhibit A - DUPLICATE OR AMENDED CLAIMS |
| TGI DIRECT INC | 8927 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| TGI DIRECT INC | 8929 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| TPG CREDIT OPPORTUNITIES FUND LP | 9470 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| TRICON INDUSTRIES INC | 8935 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| TRICON INDUSTRIES INC | 8937 | Exhibit B - BOOKS AND RECORDS CLAIMS |
| TRITON INDUSTRIES INC | 11229 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| UNISEAL INC | 1916 | Exhibit D-3 - CLAIMS SUBJECT TO MODIFICATION THAT ARE SUBJECT TO PRIOR ORDERS |
| UNITED STARS INDUSTRIES INC | 16695 | Exhibit A - DUPLICATE OR AMENDED CLAIMS |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC | 2174 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| UPG DE MEXICO S DE RL DE CV | 13546 | Exhibit D-2 - MODIFIED CLAIMS ASSERTING RECLAMATION |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | 16747 | Exhibit C - UNTIMELY CLAIMS |
| VOLLAND ELECTRIC | 14660 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |
| WRIGHT STATE UNIVERSITY | 2906 | Exhibit D-1 - CLAIMS SUBJECT TO MODIFICATION |