UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI, et al

                Debtors.
_____/

Case No. 05-44481
Chapter 11 - Jointly Administered
Hon. Robert E. Drain

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Peggy A. Housner, a member in good standing of the bar in the State of Michigan and the United States District Court for the Eastern and Western Districts of Michigan, respectfully request admission, *pro hac vice*, before the Honorable Robert E. Drain, to represent the State of Michigan Department of Treasury in the above captioned Chapter 11 cases and any related adversary proceedings that may be commenced. The filing fee of $25 has been submitted with this motion for *pro hac vice* admission.

| | |
|---|---|
| Mailing address: | Revenue & Collections Division<br>3030 W. Grand Blvd<br>10th Floor Suite 200<br>Detroit, MI 48202 |
| E-mail address: | housnerp@michigan.gov |
| Telephone number: | (313) 456-0140<br>Fax: (313) 456-0141 |

Dated: December 14, 2007
New York, New York

Peggy A. Housner