IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                    :
    In re                           :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                      Debtors.      :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On December 19, 2007, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

Debtors' Omnibus Reply To Objections To (A) Notices Of Assumption And/Or Assignment And (B) Cure Notices In Connection With Interiors And Closures Businesses Sale (Docket No. 11545)

Dated: December 27, 2007

                 _/s/ Elizabeth Adam_
                 Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 27th day of December, 2007, by Elizabeth Adam, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/ Leanne V. Rehder_

Commission Expires: _3/2/08_

# EXHIBIT A

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | 212-450-3092<br>212-450-3213 | donald.bernstein@dpw.com<br>brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com<br>karen.j.craft@delphi.com | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com<br>sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com<br>susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com<br>rtrust@stblaw.com<br>wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com<br>jlyonsch@skadden.com<br>rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com<br>tmatz@skadden.com | Counsel to the Debtor |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/21/2007 2:43 PM
Response Service List 070530

Delphi Corporation
Special Parties

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| American Industrial Acquisition Corporation | Rich Dupuis | 1465 E Putnam Ave | Ste 229 | Greenwich | CT | 06870 | |
| Automotive Acquisition Corporation Rudy Wilson | | 401 South Old Woodward | Ste 450 | | | | |
| Berkshire Partners Llc | Jeanine Neumann | 1 Boston Pl | Ste 3300 | Boston | MA | 02108 | |
| Blue Wolf Capital Management Llc | Josh Wolf Powers | 1 Liberty Plaza | 23rd Fl | New York | NY | 01006 | |
| Brose North America Inc | Jan Kowal | 3933 Automotion Ave | | Auburn Hills | MI | 48326 | |
| Cadence Innovation Llc | Russell Chick | 977 East 14 Mile | | Troy | MI | 48083 | |
| Carlyle Investment Management | Llc Bulent Kozlu | 1001 Pennsylvania Ave | Nw | Washington | DC | 20004-2505 | |
| Castle Harlan | Inc Howard Weiss | 150 East 58th St 37th Fl | | New York | NY | 10155 | |
| Cerberus Capital Management | Lp Dev Kapadia | 299 Pk Ave | | New York | NY | 10171 | |
| Cj Exports | Christopher Pung | 8369 N Seymour Rd | | Flushing | MI | 48433 | |
| Clayton | Dubilier & Rice Inc Stephen Shapiro | 375 Pk Ave | Fl 18 | New York | NY | 10152 | |
| Clear Bid | Inc Cat Harshman | 295 Madison Ave | | New York | NY | 10017 | |
| Consolidated Metco | Inc Ed Oeltjen | 13940 North Rivergate Blvd | | Portland | OR | 97203 | |
| Doshi Group Llc | Shailesh Doshi | 1607 E Big Beaver Rd | Ste 200 | Troy | MI | 48083 | |
| Ewing Management Group Acquisition | Llc Steve Johnson | 712 5th Ave | | New York | NY | 10019 | |
| Fenway Partners | Mac Lafollette | 152 W 57th St | 59th Fl | New York | NY | 10019 | |
| Graham Partners | Inc Joshua Wilson | 3811 Est Chester Pike | Bldg 2 Ste 200 | Newton Square | PA | 19073 | |
| Hig Capital Management | Inc John Bolduc | 1001 Brickell Bay Dr | 27th Fl | Miami | FL | 33131 | |
| Industrial Opportunity Partners | Llc Robert M Vedra | 203 North Lasalle | Ste 1350 | Chicago | IL | 60601 | |
| James A Rohde Company | Jim Rohde | 2711 East Jefferson Ave | | Detroit | MI | 48207 | |
| Jms Plastics Inc | David Martinez | 3535 Route 66 | Building 4 | Neptune | NJ | 07753-2625 | |
| Keykert Usa Inc | Mike Hietbrink | 46941 Liberty Dr | | Wixom | MI | 48393 | |
| Klesch & Company Limited | Geoffrey Geiger | 105 Wigmore St | | London | | W1U 1QY | Uk |
| Kohlberg & Company | Llc Prescott Romeyn | 111 Radio Cir | | Mt Kisco | NY | 10549 | |
| Kps Special Situations Funds | Ilya Koffman | 200 Pk Ave | 58th Fl | New York | NY | 10166 | |
| Ldi Incorporated | Steve Lankfer | 4311 Patterson Se | | Grand Rapids | MI | 49512 | |
| Lear Corporation | Jay Nowak | 21557 Telegraph Rd | PO Box 5008 | Southfield | MI | 48086 | |
| Magneti Marelli Holding Spa | James Rosseau | 37484 Interchange Dr | | Farmington Hills | MI | 48335 | |
| Manufacturers Industrial Group | André Gist | 450 Mig Dr | | Lexington | TN | 38351 | |
| Marathon Private Equity Fund I | Llc Wray Thorn | 461 5th Ave | 10th Fl | New York | NY | 10017 | |
| Marlin Equity Partners | Llc Peter Spasov | 2121 Rosecrans Ave | Ste 2370 | El Segundo | CA | 90245 | |
| Mgi Coutier Sa Andre Coutier | | 975 Route Des Burgondes | 33 4 50 56 95 33 | Champfromier | | 01410 | France |
| Minda Huf Ltd | | Vinit Bansal D 6 11 Sector 59 | Noida | Uttar Pradesh | | 201301 | India |
| Moser Baer India Limited | Gagan Vermani 43 B | Phase 3 | Okhla Industrial Estate | New Delhi | | 110020 | India |
| Oak Hill Advisors | Lp Bhavin Shah | 65 E 55th St | 32nd Fl | New York | NY | 10022 | |
| Performance Holdings Group | Jim Bardia | 71 North Greenwich St | | Armonke | NY | 10504 | |
| Plastech Engineered Products | Inc Rich Miller | 835 Mason Ave | | Dearborn | MI | 48124 | |
| Polytec Group | Friedrich Huemer | Linzer Strasse 50 | Hoersching | | | 04063 | Austria |
| Siemens Vdo Automotive Corporation | David J Royce | 2400 Executive Hills Blvd | | Auburn Hills | MI | 48326 | |
| Sumitomo Corporation Europe Ltd | | Kimihiko Sato Vintners Place | 68 Upper Thames St | London | | EC4V 3BJ 44 | UK |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

12/21/2007 2:43 PM
New Integrated Closures special parties

Delphi Corporation
Special Parties

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Sun Capital Partners Group Iv | Inc Gary M Talarico | 375 Pk Ave | Ste 1302 | New York | NY | 10152 | |
| Supplier Development Systems | Jeannie Thrower | 138 Mtn Brook Dr Ste 2 | | Springville | AL | 35146 | |
| Tata Motors Ltd Mp Chugh Bombay House | | 24 Homi Mody St | Mumbai | Maharashtra | | 400001 | India |
| Texas Pacific Group | Marshall Haines | 301 Commerce St | Ste 3300 | Fort Worth | TX | 76102 | |
| The Intec Group | Inc Steve Perlman | 666 South Vermont St | | Palatine | IL | 60067 | |
| Thomas H Lee Partners | Lp Tony Dinovi | 100 Federal St 35th Fl | Ste 3500 | Boston | MA | 02110 | |
| Tmb Industries | Tim Masek | 980 N Michigan Ave | Ste 1900 | Chicago | IL | 60611 | |
| Wl Ross & Co Llc | Stephen J Toy | 600 Lexington Ave | | New York | NY | 10022 | |
| Yazaki North America | Inc Nigel Thomson | 6801 Haggerty Rd | | Canton | MI | 48187 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

12/21/2007 2:43 PM
New Integrated Closures special parties