**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------
                                        )
In re                                   ) Chapter 11
                                        )
DELPHI CORPORATION, et al               ) Case No. 05-44481 (RDD)
                                        )
Debtors.                                ) Jointly Administered
                                        )
---------------------------------------------------------

**SUMMARY OF FIFTH INTERIM FEE APPLICATION FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED BY PRICEWATERHOUSECOOPERS LLP TO PROVIDE CERTAIN SARBANES-OXLEY COMPLIANCE, TAX AND FINANCIAL PLANNING, AND OTHER GENERAL TAX CONSULTING SERVICES TO DELPHI CORPORATION, et al., FOR THE PERIOD JUNE 1, 2007 THROUGH SEPTEMBER 30, 2007**

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | The above captioned debtors and debtors in possession |
| Date of Retention: | June 21, 2006 (nunc pro tunc as of January 1, 2006) |
| Period for which compensation and reimbursement is sought: | June 1, 2007 through September 30, 2007 (the "Sixth Interim Fee Period") |
| Amount of Compensation requested: | $3,912,929.40 |
| Amount of Expense Reimbursement requested: | $457,247.37 |
| Total Compensation and Expense Reimbursement requested: | $4,370,176.77 |
| Blended Hourly Rate during this period:[1] | $152.72 |
| Compensation previously requested: | $18,830,904.50 |
| Compensation previously awarded: | $18,464,904.50 |
| Expenses previously requested: | $1,747,845.92 |
| Expenses previously awarded: | $1,747,845.92 |

This is a:   __X__ interim  __ final Application.

---

[1] Blended hourly rate calculated for hourly professional services: Sarbanes-Oxley 404 Services, Tax Compliance-Foreign Affiliate Reporting, Project Giant, Project Rock, Project Zip, Other Tax Consulting Services, Delphi Divestiture Assistance, Delphi Customs Review Assistance, Delphi SALT Loan Staff, Tax Provision Services, and Tax Basis Services.

The total time expended for fee application preparation is 1,409.60 hours and the corresponding compensation requested is $334,532.50 or 8.56% of total compensation.

## PRIOR INTERIM APPLICATIONS FILED

| Date | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 03/15/07 | 02/01/06 - 05/31/06 | $2,344,167.75 | $298,544.27 | $2,222,167.75 | $298,544.27 |
| 03/21/07 | 06/01/06 - 09/30/06 | $7,929,282.75 | $906,500.55 | $7,807,282.75 | $906,500.55 |
| 04/27/07 | 10/01/06 - 01/31/07 | $8,557,454.00 | $542,801.10 | $8,435,454.00 | $542,801.10 |
| 08/09/07 | 02/01/07 - 05/31/07 | $11,580,442.20 | $909,799.69 | $11,472,671.00 | $890,243.69 |
| | Total | **$30,411,346.70** | **$2,657,645.61** | **$29,937,575.50** | **$2,638,089.61** |

## MONTHLY INVOICES SUBMITTED

The fees and expenses requested during the Sixth Interim Fee Period are shown below, as well as adjustments requested in prior Interim Fee Applications, combined total is the *Total Compensation and Expense Reimbursement* requested.

| | **FEES** | **EXPENSES** | **TOTAL** |
|---|---|---|---|
| **FEES AND EXPENSES REQUESTED IN INTERIM PERIOD'S MONTHLY APPLICATIONS:** | | | |
| **MONTHLY FEES - TOTAL** | **$3,912,929.40** | **$457,247.37** | **$4,370,176.77** |
| Jun-2007 | $733,268.00 | $70,849.01 | $804,117.01 |
| Jul-2007 | $537,362.00 | $71,945.16 | $609,307.16 |
| Aug-2007 | $624,620.90 | $141,884.86 | $766,505.76 |
| Sep-2007 | $2,017,678.50 | $172,568.34 | $2,190,246.84 |

## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY

| Project | Hours | Fees |
|---|---|---|
| Sarbanes-Oxley 404 Services[2] | 22,183.7 | $3,186,593.50 |
| Tax Compliance - Foreign Affiliate Reporting[3] | 412.1 | $50,907.50 |
| Project Giant | 183.0 | $52,811.50 |
| Project Rock[4] | 185.7 | $61,379.00 |
| Project Zip[5] | 229.1 | $78,471.50 |
| Other Tax Consulting Services | 24.0 | $12,274.40 |
| Delphi Divestiture Assistance | 674.0 | $176,964.00 |
| Delphi Customs Review Assistance | 57.9 | $29,133.00 |
| Delphi SALT Loan Staff[6] | 1,290.2 | $174,774.00 |
| Tax Provision Services[6] | 58.1 | $21,234.50 |
| Tax Basis Services[6] | 107.7 | $35,386.50 |
| Executive Financial Planning Services | | $9,000.00 |
| WNTS Advisory Services[7] | | $24,000.00 |
| **Grand Total** | **25,405.5** | **$3,912,929.40** |

---

[2] Currently, the Debtors and PwC are defining the objections, deliverables and fee structure for services subsequent to the original estimated completion date of March 31, 2007. These services represent a continuation of the approved services and will be finalized within new statement of work ("Expanded SOW Services") documents and filed with the Court upon completion. PwC and the Debtors are currently negotiating the revised billing rate structure, effective April 1, 2007. PwC will submit rate adjustments in a future fee statement period once finalized.

[3] The Debtors and PwC agreed to a new rate structure for 2007 services. These increased rates will be filed with the Court within the Expanded SOW Services affidavit. The rate structure by position: Director/Sr Manager $320; Sr Associate $160; Associate $115; Administrative $75.

[4] The Debtors and PwC agreed to assist the Debtors with advisory services associated with one of its suppliers. The Statement of Work (attached to the May 2007 fee statement) will be filed with the Court within the Expanded SOW Services affidavit.

[5] The Debtors and PwC agreed to assist the Debtors with advisory services associated with a second supplier.

[6] The Debtors and PwC agreed to new tax advisory services during 2007. These new Statement of Work documents will be filed with the Court within the Expanded SOW Services affidavit (attached herein as Exhibit J).

[7] The Debtors and PwC agreed to increase the monthly fixed fee from $5,000 per month to $6,000 per month beginning with January 1, 2007. The Statement of Work (attached to the April 2007 Fee Statement) will be filed with the Court within the Expanded SOW Services affidavit.

## **FIXED FEE SERVICES - $33,000.00**

**EXECUTIVE FINANCIAL PLANNING STATEMENT OF WORK, $9,000.00**

As stated in PricewaterhouseCoopers' retention application, these services are Fixed Fee by Delphi Executive. Listed below are the total fees for the Third Quarter of 2007. The quarterly invoice is annexed hereto as **Exhibit C.**

| Participant | Total Fees |
|---|---|
| **2007 3rd Quarter Fees** | |
| Mark Weber | $ 2,000 |
| Karen Healy | $ 2,000 |
| John Sheehan | $ 2,000 |
| David Knill | $ 1,500 |
| William Lloyd | $ 1,500 |
| **Total Fees for the 3rd Quarter** | **$ 9,000** |

**WNTS (WASHINGTON NATIONAL TAX SERVICES) ADVISORY SERVICES, $24,000.00**

As stated in PricewaterhouseCoopers' retention application[7], these services are Fixed Fee advisory services billed to the Debtors through a monthly fixed fee, $6,000 per month, and the monthly invoices are annexed hereto as **Exhibit D**.

| Project Category | Fees |
|---|---|
| WNTS Advisory Services | $24,000.00 |
| **Grand Total** | **$24,000.00** |

## HOURLY FEE SERVICES - 25,405.55 HOURS, $3,879,929.40

PricewaterhouseCoopers professionals provided hourly advisory services associated with the various tax advisory services and other professional services associated with the bankruptcy. The professionals who performed these services are listed below:

### PROJECT CATEGORY

| Project | Hours | Fees |
|---|---:|---:|
| Sarbanes-Oxley 404 Services | 22,183.7 | $3,186,593.50 |
| Tax Compliance - Foreign Affiliate Reporting | 412.1 | $50,907.50 |
| Project Giant | 183.0 | $52,811.50 |
| Project Rock | 185.7 | $61,379.00 |
| Project Zip | 229.1 | $78,471.50 |
| Other Tax Consulting Services | 24.0 | $12,274.40 |
| Delphi Divestiture Assistance | 674.0 | $176,964.00 |
| Delphi Customs Review Assistance | 57.9 | $29,133.00 |
| Delphi SALT Loan Staff | 1,290.2 | $174,774.00 |
| Tax Provision Services | 58.1 | $21,234.50 |
| Tax Basis Services | 107.7 | $35,386.50 |
| **Grand Total** | **25,405.5** | **$3,879,929.40** |

# SUMMARY OF PROFESSIONALS

**SARBANES-OXLEY 404 SERVICES - HOURS AND COMPENSATION**

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Partner | | | | | | |
| | Belkasmi, Aziz | Morocco | Standard | $250 | 1.0 | $250.00 |
| | Cenko, Michael | United States | Tax Specialist | $470 | 4.5 | $2,115.00 |
| | Decker, Brian | United States | Standard | $390 | 65.0 | $25,350.00 |
| | Erickson, Dave | United States | Standard | $390 | 83.7 | $32,643.00 |
| | Erickson, Dave | United States | Technology Specialist | $430 | 22.0 | $9,460.00 |
| | Gollo, Rogerio | Brazil | Standard | $350 | 17.4 | $6,090.00 |
| **Partner Total** | | | | | **193.6** | **$75,908.00** |
| Director | | | | | | |
| | Brown, Anastasia | United States | Standard | $260 | 74.4 | $19,344.00 |
| | Brown, Stasi | United States | Standard | $260 | 48.4 | $12,584.00 |
| | Herbst, Shannon | United States | Standard | $260 | 220.2 | $57,252.00 |
| | Lane, Christopher | United States | Technology Specialist | $360 | 52.5 | $18,900.00 |
| | Osterman, Scott | United States | Standard | $260 | 4.7 | $1,222.00 |
| | Osterman, Scott | United States | Technology Specialist | $360 | 99.1 | $35,676.00 |
| | Perkins, Daniel | United States | Treasury Specialist | $360 | 10.0 | $3,600.00 |
| | Peterson, Michael | United States | Project Mgmt Specialist | $320 | 20.9 | $6,688.00 |
| | Schmitz, Karin | United States | Tax Specialist | $330 | 1.6 | $528.00 |
| | Signor, Melissa | France | Tax Specialist | $330 | 24.0 | $7,920.00 |
| | VanGorder, Kimberly | United States | Standard | $260 | 313.5 | $81,510.00 |
| | Vanham, Bart | Belgium | Tax Specialist | $330 | 44.0 | $14,520.00 |
| | Wojdyla, Dennis | United States | Standard | $260 | 139.0 | $36,140.00 |
| **Director Total** | | | | | **1,052.3** | **$295,884.00** |
| Sr Manager | | | | | | |
| | Ricardez, Elvira | Mexico | Standard | $225 | 26.3 | $5,917.50 |
| | Sayah, Kamal | Morocco | Standard | $180 | 8.0 | $1,440.00 |
| | Siqueira, Luiz (SR) | Brazil | Standard | $250 | 395.2 | $98,800.00 |
| **Sr Manager Total** | | | | | **429.5** | **$106,157.50** |
| Manager | | | | | | |
| | Barrios, Joaquin | United States | Standard | $280 | 24.0 | $6,720.00 |
| | Brackx, Wouter | Belgium | Tax Specialist | $230 | 184.0 | $42,320.00 |

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Manager *(continued)* | | | | | | |
| | Braman, Brandon | United States | Standard | $165 | 161.8 | $26,688.75 |
| | Delaunay, Helene | France | Standard | $200 | 59.5 | $11,900.00 |
| | Fisher, Tamara | United States | Project Mgmt Specialist | $280 | 35.0 | $9,800.00 |
| | Kus, Vitezslav | Czech Republic | Standard | $175 | 35.3 | $6,177.50 |
| | Laforest, Randy | United States | Standard | $165 | 381.0 | $62,865.00 |
| | Lakshman, Chandrasekar | India | Standard | $120 | 44.0 | $5,280.00 |
| | Leiger, Steven | United States | Standard | $165 | 74.7 | $12,325.50 |
| | Liz, Cynthia | Brazil | Tax Specialist | $230 | 95.9 | $22,057.00 |
| | Malmonte, Stephane | Belgium | Tax Specialist | $230 | 15.0 | $3,450.00 |
| | Navarro, Paola | United States | Standard | $165 | 137.3 | $22,654.50 |
| | Orf, Darren | United States | Project Mgmt Specialist | $280 | 242.4 | $67,872.00 |
| | Parakh, Siddarth | United States | Standard | $165 | 424.2 | $69,993.00 |
| | Reed, Brian | United States | Standard | $165 | 32.4 | $5,346.00 |
| | Rogge, Horst | Germany | Standard | $200 | 174.2 | $34,830.00 |
| | Rohrbach, Hans-Dirk | Germany | Standard | $200 | 62.4 | $12,480.00 |
| | Sadaghiyani, Jamshid | United States | Standard | $165 | 315.6 | $52,074.00 |
| | Scalbert, Jean-max | France | Standard | $200 | 65.0 | $13,000.00 |
| | Siqueira, Luiz | Brazil | Standard | $175 | 99.3 | $17,368.75 |
| | Smith, Andrea | United States | Bankruptcy Specialist | $360 | 234.4 | $84,384.00 |
| | Tee, Alvin | China | Standard | $175 | 60.0 | $10,500.00 |
| | VanGorder, Kimberly | United States | Standard | $165 | 127.9 | $21,103.50 |
| | Weir, Diane | United States | Standard | $165 | 66.9 | $11,038.50 |
| **Manager Total** | | | | | **3,152.1** | **$632,228.00** |
| Sr Associate | | | | | | |
| | Bailey, Jonafel | United States | Standard | $130 | 485.6 | $63,121.50 |
| | Bailey, Jonafel | United States | Technology Specialist | $200 | 12.0 | $2,400.00 |
| | Bhushan, Amitesh | United States | Standard | $120 | 7.7 | $924.00 |
| | Boudiaf, Aouatif | Morocco | Standard | $100 | 57.0 | $5,700.00 |
| | Braman, Brandon | United States | Standard | $130 | 159.9 | $20,780.50 |
| | Colpo, Gustavo | Brazil | Tax Specialist | $155 | 112.0 | $17,360.00 |
| | Dada, Kolade | United States | Standard | $120 | 382.7 | $45,924.00 |
| | Dlouhy, Tomas | Czech Republic | Standard | $135 | 193.0 | $26,055.00 |
| | Escandon, Leopoldo | Mexico | Standard | $95 | 94.3 | $8,958.50 |

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Sr Associate *(continued)* | | | | | | |
| | Fabre, Frederic | France | Standard | $160 | 154.0 | $24,640.00 |
| | Fernandes, William | Brazil | Tax Specialist | $155 | 56.5 | $8,757.50 |
| | Franklin, Stephanie | United States | Standard | $130 | 602.5 | $78,318.50 |
| | Gutierrez, Gildardo | Mexico | Standard | $95 | 78.2 | $7,429.00 |
| | King, Langdon | United States | Technology Specialist | $200 | 137.3 | $27,450.00 |
| | Laforest, Randy | United States | Standard | $120 | 40.8 | $4,896.00 |
| | Lakrissa, Mehdi | Morocco | Standard | $100 | 54.0 | $5,400.00 |
| | MacKenzie, Nicole | United States | Bankruptcy Specialist | $260 | 206.2 | $53,612.00 |
| | Manjarrez, Brian | Mexico | Standard | $95 | 78.9 | $7,490.75 |
| | Marcondes, Sergio | Brazil | Tax Specialist | $155 | 90.0 | $13,950.00 |
| | Martin, Arnaud | France | Standard | $160 | 140.0 | $22,400.00 |
| | Mayr, Christian | Germany | Standard | $160 | 37.1 | $5,936.00 |
| | Midoux, Marcelo | Brazil | Standard | $100 | 110.2 | $11,015.00 |
| | Navarro, Paola | United States | Standard | $120 | 301.4 | $36,168.00 |
| | Nogueira, Henri | Brazil | Standard | $100 | 40.2 | $4,015.00 |
| | Oliveira, Luiz | Brazil | Standard | $100 | 822.8 | $82,280.00 |
| | Orf, Anne | United States | Standard | $120 | 27.1 | $3,252.00 |
| | Parulekar, Bharat | India | Standard | $60 | 159.0 | $9,540.00 |
| | Razo, Sergio | Czech Republic | Standard | $135 | 208.5 | $28,147.50 |
| | Reimondini, Sandro | Brazil | Standard | $100 | 62.9 | $6,285.00 |
| | Rivera, Jose | Mexico | Standard | $95 | 32.1 | $3,044.75 |
| | Roberto, Jose | Brazil | Tax Specialist | $155 | 151.9 | $23,544.50 |
| | Salato, Nicolas | France | Standard | $160 | 141.0 | $22,560.00 |
| | Siansi, Cleberson | United States | Standard | $130 | 581.6 | $75,608.00 |
| | Skarpa, Radim | Czech Republic | Standard | $135 | 94.2 | $12,717.00 |
| | Stefanik, Peter | Czech Republic | Standard | $135 | 146.4 | $19,764.00 |
| | Thomas, Rance | United States | Standard | $120 | 388.6 | $46,632.00 |
| | Trajano, Barbara (SR) | Brazil | Standard | $100 | 156.5 | $15,650.00 |
| | Weigt, Bjoern | Germany | Standard | $160 | 102.8 | $16,440.00 |
| | Woods, Kristy | United States | Bankruptcy Specialist | $260 | 574.2 | $149,279.00 |
| | Yoshiyasu, Enio | Brazil | Standard | $100 | 614.6 | $61,460.00 |
| **Sr Associate Total** | | | | | **7,895.2** | **$1,078,905.00** |

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Associate | | | | | | |
| | Abrman, Tomas | Czech Republic | Standard | $105 | 219.2 | $23,016.00 |
| | Agarwal, Manish | India | Standard | $50 | 182.0 | $9,100.00 |
| | Alencar, Casemiro | Brazil | Tax Specialist | $120 | 32.0 | $3,840.00 |
| | Amaral, Thais | Brazil | Tax Specialist | $120 | 88.0 | $10,560.00 |
| | Bann, Courtney | United States | Standard | $110 | 221.1 | $24,321.00 |
| | Beasley, Rashida | United States | Standard | $110 | 73.1 | $8,035.50 |
| | Bhandari, Chirag | United States | Standard | $95 | 32.2 | $3,059.00 |
| | Bouquillon, Joke | Belgium | Tax Specialist | $120 | 41.8 | $5,010.00 |
| | Candido, Paulo | Brazil | Standard | $60 | 79.7 | $4,782.00 |
| | Cummins, Nathan | United States | Technology Specialist | $165 | 251.0 | $41,406.75 |
| | Davis, Danielle | United States | Standard | $95 | 58.9 | $5,590.75 |
| | DiCicco, Jaclyn | United States | Standard | $95 | 72.8 | $6,916.00 |
| | Eckroth, Jenae | United States | Project Mgmt Specialist | $180 | 299.8 | $53,955.00 |
| | Eyman, Genevieve | United States | Standard | $95 | 200.6 | $19,057.00 |
| | Farkas, Szabolcs | United States | Standard | $95 | 11.3 | $1,073.50 |
| | Fatima, Subia | United States | Standard | $110 | 546.9 | $60,159.00 |
| | Feknous, Izem | France | Standard | $130 | 40.0 | $5,200.00 |
| | Fitoussi, Emmanuel | France | Standard | $130 | 33.5 | $4,355.00 |
| | Flores, Vitor | Brazil | Tax Specialist | $120 | 251.5 | $30,180.00 |
| | Franco, Roberta | Brazil | Tax Specialist | $120 | 40.0 | $4,800.00 |
| | Gamito, Marcelo | Brazil | Standard | $60 | 368.5 | $22,110.00 |
| | Garcia Vega, Guadalupe | United States | Standard | $110 | 145.1 | $15,955.50 |
| | Goerl, Sophie-Luise | Germany | Standard | $130 | 200.1 | $26,013.00 |
| | Goubil, Julien | France | Standard | $130 | 65.5 | $8,515.00 |
| | Guissi, Livia | Brazil | Tax Specialist | $120 | 50.0 | $6,000.00 |
| | Haque, Sakia | United States | Standard | $95 | 205.3 | $19,503.50 |
| | Haselhof, Joachim | Germany | Standard | $130 | 162.5 | $21,125.00 |
| | Herring, Chevonne | United States | Bankruptcy Specialist | $205 | 452.7 | $92,803.50 |
| | Jakubik, Stefan | Germany | Standard | $130 | 70.5 | $9,165.00 |
| | Job, Jarrod | United States | Bankruptcy Specialist | $205 | 32.0 | $6,560.00 |
| | Keener, Stuart | United States | Standard | $95 | 32.9 | $3,125.50 |
| | Kennedy, John | United States | Standard | $95 | 92.0 | $8,740.00 |
| | Kroll, Sabrina | Germany | Standard | $130 | 130.2 | $16,926.00 |

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---:|---:|---:|
| Associate *(continued)* | | | | | | |
| | Lim, Jay | United States | Standard | $95 | 268.8 | $25,536.00 |
| | Ludovico, Fernanda | Brazil | Tax Specialist | $120 | 16.0 | $1,920.00 |
| | Mahillet, Christelle | France | Standard | $130 | 84.0 | $10,920.00 |
| | Melo, Rodrigo | Brazil | Standard | $60 | 212.9 | $12,774.00 |
| | Morato, Lucas | Brazil | Standard | $60 | 165.4 | $9,924.00 |
| | Moreno, Manuel | Spain | Standard | $80 | 35.0 | $2,800.00 |
| | Motti, Lais | Brazil | Standard | $60 | 347.4 | $20,844.00 |
| | Murray, Brandon | United States | Standard | $95 | 18.5 | $1,757.50 |
| | Nebo, Myrtes | Brazil | Standard | $60 | 11.0 | $660.00 |
| | Nicolosi, Manuela | France | Standard | $130 | 134.0 | $17,420.00 |
| | Oliy, Lina | United States | Standard | $110 | 16.3 | $1,793.00 |
| | Regina, Andrea | Brazil | Standard | $60 | 147.3 | $8,835.00 |
| | Reichl, Jakub | Czech Republic | Standard | $105 | 183.6 | $19,278.00 |
| | Rotthaus, Maike | Germany | Standard | $130 | 232.8 | $30,257.50 |
| | Shehi, Renis | United States | Standard | $110 | 613.3 | $67,463.00 |
| | Soulier, Stephanie | France | Standard | $130 | 134.0 | $17,420.00 |
| | Thomas, Rance | United States | Standard | $95 | 102.2 | $9,709.00 |
| | Tiemann, Claudia | Germany | Standard | $130 | 223.3 | $29,022.50 |
| | Trajano, Barbara | Brazil | Standard | $60 | 108.1 | $6,483.00 |
| | Tsai, Debby | United States | Standard | $95 | 145.2 | $13,794.00 |
| | Vargas, Erika | Mexico | Standard | $75 | 82.3 | $6,172.50 |
| | Verma, Siddhant | United States | Standard | $95 | 455.7 | $43,291.50 |
| | Vidal, Amandine | France | Standard | $130 | 257.0 | $33,410.00 |
| | Vieira, Danilo | Brazil | Standard | $60 | 351.9 | $21,114.00 |
| | Voytsekhivskyy, Igor | United States | Standard | $95 | 163.9 | $15,570.50 |
| | Weiss, Matthew | United States | Standard | $120 | 97.5 | $11,700.00 |
| **Associate Total** | | | | | **9,389.6** | **$1,020,827.50** |
| Paraprofessional | | | | | | |
| | Stendahl, Subashi | United States | Bankruptcy Specialist | $135 | 71.5 | $9,652.50 |
| **Paraprofessional Total** | | | | | **71.5** | **$9,652.50** |
| Voluntary Reduction | | Brazil | Voluntary Reduction | | | ($32,969.00) |
| **Voluntary Reduction Total** | | | | | | **($32,969.00)** |
| **Grand Total** | | | | | **22,183.7** | **$3,186,593.50** |

**TAX COMPLIANCE - FOREIGN AFFILIATE REPORTING - HOURS AND COMPENSATION**

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Sr Associate | | | | | | |
| | MacKenzie, Nicole | United States | Bankruptcy Specialist | $260 | 0.3 | $78.00 |
| | Van Arsdalen, Donald | United States | ITS Compliance | $160 | 67.5 | $10,800.00 |
| | Woods, Kristy | United States | Bankruptcy Specialist | $260 | 3.0 | $780.00 |
| **Sr Associate Total** | | | | | **70.8** | **$11,658.00** |
| Associate | | | | | | |
| | Battin, Matthew | United States | ITS Compliance | $115 | 45.5 | $5,232.50 |
| | Shuler, Michael | United States | ITS Compliance | $115 | 101.1 | $11,626.50 |
| | Wood, Jarrod | United States | ITS Compliance | $115 | 194.7 | $22,390.50 |
| **Associate Total** | | | | | **341.3** | **$39,249.50** |
| **Grand Total** | | | | | **412.1** | **$50,907.50** |

**PROJECT GIANT - HOURS AND COMPENSATION**

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Partner | | | | | | |
| | Wittmer, Colin | United States | Project Giant | $775 | 4.0 | $3,100.00 |
| **Partner Total** | | | | | **4.0** | **$3,100.00** |
| Director | | | | | | |
| | Smidt, Peter | United States | Project Giant | $515 | 28.0 | $14,420.00 |
| **Director Total** | | | | | **28.0** | **$14,420.00** |
| Manager | | | | | | |
| | Bao, Haifeng | United States | Project Giant | $390 | 6.5 | $2,535.00 |
| | Smith, Andrea | United States | Bankruptcy Specialist | $360 | 20.2 | $7,272.00 |
| **Manager Total** | | | | | **26.7** | **$9,807.00** |
| Sr Associate | | | | | | |
| | MacKenzie, Nicole | United States | Bankruptcy Specialist | $260 | 5.0 | $1,300.00 |
| | Woods, Kristy | United States | Bankruptcy Specialist | $260 | 46.6 | $12,116.00 |
| **Sr Associate Total** | | | | | **51.6** | **$13,416.00** |
| Associate | | | | | | |
| | Herring, Chevonne | United States | Bankruptcy Specialist | $205 | 32.2 | $6,601.00 |
| **Associate Total** | | | | | **32.2** | **$6,601.00** |

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Paraprofessional | | | | | | |
| | Stendahl, Subashi | United States | Bankruptcy Specialist | $135 | 40.5 | $5,467.50 |
| **Paraprofessional Total** | | | | | **40.5** | **$5,467.50** |
| **Grand Total** | | | | | **183.0** | **$52,811.50** |

## PROJECT ROCK - HOURS AND COMPENSATION

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Partner | | | | | | |
| | Semple, Calum | Canada | Project Rock | $500 | 10.8 | $5,400.00 |
| **Partner Total** | | | | | **10.8** | **$5,400.00** |
| Managing Director | | | | | | |
| | Pardiwala, Cyrus | United States | Project Rock | $500 | 2.0 | $1,000.00 |
| **Managing Director Total** | | | | | **2.0** | **$1,000.00** |
| Director | | | | | | |
| | Herbst, Shannon | United States | Standard | $260 | 0.2 | $52.00 |
| **Director Total** | | | | | **0.2** | **$52.00** |
| Manager | | | | | | |
| | Hoesley, Martin | United States | Project Rock | $325 | 32.0 | $10,400.00 |
| | Marshall, Alastair | United States | Project Rock | $325 | 115.0 | $37,375.00 |
| | Smith, Andrea | United States | Bankruptcy Specialist | $360 | 4.7 | $1,692.00 |
| **Manager Total** | | | | | **151.7** | **$49,467.00** |
| Sr Associate | | | | | | |
| | MacKenzie, Nicole | United States | Bankruptcy Specialist | $260 | 0.7 | $182.00 |
| | Woods, Kristy | United States | Bankruptcy Specialist | $260 | 20.3 | $5,278.00 |
| **Sr Associate Total** | | | | | **21.0** | **$5,460.00** |
| **Grand Total** | | | | | **185.7** | **$61,379.00** |

## PROJECT ZIP - HOURS AND COMPENSATION

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Partner | | | | | | |
| | Semple, Calum | Canada | Project Zip | $500 | 21.7 | $10,850.00 |
| **Partner Total** | | | | | **21.7** | **$10,850.00** |

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Managing Director | | | | | | |
| | Pardiwala, Cyrus | United States | Project Zip | $500 | 2.5 | $1,250.00 |
| **Managing Director Total** | | | | | **2.5** | **$1,250.00** |
| Manager | | | | | | |
| | Hoesley, Martin | United States | Project Zip | $325 | 72.7 | $23,627.50 |
| | Porepa, Jodi | Canada | Project Zip | $325 | 62.6 | $20,345.00 |
| | Thompson, Patrick | Canada | Project Zip | $325 | 66.2 | $21,515.00 |
| **Manager Total** | | | | | **201.5** | **$65,487.50** |
| Sr Associate | | | | | | |
| | Woods, Kristy | United States | Bankruptcy Specialist | $260 | 3.4 | $884.00 |
| **Sr Associate Total** | | | | | **3.4** | **$884.00** |
| **Grand Total** | | | | | **229.1** | **$78,471.50** |

**OTHER TAX CONSULTING SERVICES - HOURS AND COMPENSATION**

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Partner | | | | | | |
| | Diamant, Audrey | Canada | Other Tax Services | $714 | 6.1 | $4,355.40 |
| | Klassen, David | Canada | Other Tax Services | $714 | 6.1 | $4,355.40 |
| **Partner Total** | | | | | **12.2** | **$8,710.80** |
| Sr Manager | | | | | | |
| | Freiheit, Adam | Canada | Other Tax Services | $547 | 1.6 | $875.20 |
| | Szubzda, Yola | Canada | Other Tax Services | $428 | 0.8 | $342.40 |
| **Sr Manager Total** | | | | | **2.4** | **$1,217.60** |
| Manager | | | | | | |
| | Smith, Andrea | United States | Bankruptcy Specialist | $360 | 2.4 | $864.00 |
| **Manager Total** | | | | | **2.4** | **$864.00** |
| Sr Associate | | | | | | |
| | Woods, Kristy | United States | Bankruptcy Specialist | $260 | 3.4 | $884.00 |
| **Sr Associate Total** | | | | | **3.4** | **$884.00** |
| Associate | | | | | | |
| | Herring, Chevonne | United States | Bankruptcy Specialist | $205 | 1.6 | $328.00 |
| **Associate Total** | | | | | **1.6** | **$328.00** |

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Paraprofessional | | | | | | |
| | Stendahl, Subashi | United States | Bankruptcy Specialist | $135 | 2.0 | $270.00 |
| **Paraprofessional Total** | | | | | **2.0** | **$270.00** |
| **Grand Total** | | | | | **24.0** | **$12,274.40** |

**DELPHI DIVESTITURE ASSISTANCE - HOURS AND COMPENSATION**

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Partner | | | | | | |
| | Decker, Brian | United States | Standard | $390 | 66.5 | $25,935.00 |
| **Partner Total** | | | | | **66.5** | **$25,935.00** |
| Director | | | | | | |
| | Brown, Stasi | United States | Standard | $260 | 101.3 | $26,338.00 |
| | Herbst, Shannon | United States | Standard | $260 | 137.0 | $35,620.00 |
| | Osterman, Scott | United States | Standard | $260 | 49.2 | $12,792.00 |
| | Peterson, Michael | United States | Project Mgmt Specialist | $320 | 138.6 | $44,352.00 |
| | VanGorder, Kimberly | United States | Standard | $260 | 63.3 | $16,458.00 |
| **Director Total** | | | | | **489.4** | **$135,560.00** |
| Manager | | | | | | |
| | Orf, Darren | United States | Project Mgmt Specialist | $280 | 5.5 | $1,540.00 |
| | VanGorder, Kimberly | United States | Standard | $165 | 0.0 | $0.00 |
| **Manager Total** | | | | | **5.5** | **$1,540.00** |
| Sr Associate | | | | | | |
| | Navarro, Paola | United States | Standard | $120 | 73.8 | $8,856.00 |
| | Thomas, Rance | United States | Standard | $120 | 20.5 | $2,460.00 |
| | Woods, Kristy | United States | Bankruptcy Specialist | $260 | 5.3 | $1,378.00 |
| **Sr Associate Total** | | | | | **99.6** | **$12,694.00** |
| Associate | | | | | | |
| | DiCicco, Jaclyn | United States | Standard | $95 | 2.1 | $199.50 |
| | Lim, Jay | United States | Standard | $95 | 6.2 | $589.00 |
| | Thomas, Rance | United States | Standard | $95 | 0.0 | $0.00 |
| | Verma, Siddhant | United States | Standard | $95 | 4.7 | $446.50 |
| **Associate Total** | | | | | **13.0** | **$1,235.00** |
| **Grand Total** | | | | | **674.0** | **$176,964.00** |

## DELPHI CUSTOMS REVIEW ASSISTANCE - HOURS AND COMPENSATION

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Partner | | | | | | |
| | Gambardella, Domenick | United States | Customs Review Assistance | $650 | 8.0 | $5,200.00 |
| | Gambardella, Domenick | United States | Customs Review Assistance | $650 | 6.0 | $3,900.00 |
| | Garza, Oscar | Mexico | Customs Review Assistance | $650 | 11.7 | $7,605.00 |
| **Partner Total** | | | | | **25.7** | **$16,705.00** |
| Director | | | | | | |
| | Luttermoser, Shannon | United States | Customs Review Assistance | $500 | 1.0 | $500.00 |
| **Director Total** | | | | | **1.0** | **$500.00** |
| Manager | | | | | | |
| | Saborío, Alejandro | Mexico | Customs Review Assistance | $400 | 14.0 | $5,600.00 |
| | Turner, Gail | United States | Customs Review Assistance | $400 | 11.5 | $4,600.00 |
| | | United States | Customs Review Assistance | $400 | 2.7 | $1,080.00 |
| **Manager Total** | | | | | **28.2** | **$11,280.00** |
| Sr Associate | | | | | | |
| | Woods, Kristy | United States | Bankruptcy Specialist | $260 | 0.6 | $156.00 |
| **Sr Associate Total** | | | | | **0.6** | **$156.00** |
| Associate | | | | | | |
| | Herring, Chevonne | United States | Bankruptcy Specialist | $205 | 2.4 | $492.00 |
| **Associate Total** | | | | | **2.4** | **$492.00** |
| **Grand Total** | | | | | **57.9** | **$29,133.00** |

## DELPHI SALT LOAN STAFF - HOURS AND COMPENSATION

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Sr Associate | | | | | | |
| | Ferguson, Lisa (SR) | United States | SALT Compliance | $135 | 129.2 | $17,442.00 |
| | Woods, Kristy | United States | Bankruptcy Specialist | $260 | 0.8 | $208.00 |
| **Sr Associate Total** | | | | | **130.0** | **$17,650.00** |
| Associate | | | | | | |
| | Campbell, Bryan | United States | SALT Compliance | $135 | 174.9 | $23,611.50 |
| | Ferguson, Lisa | United States | SALT Compliance | $135 | 647.0 | $87,345.00 |
| | Herring, Chevonne | United States | Bankruptcy Specialist | $205 | 7.1 | $1,455.50 |

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Associate *(continued)* | | | | | | |
| | Whitaker, Eric | United States | SALT Compliance | $135 | 331.2 | $44,712.00 |
| **Associate Total** | | | | | **1,160.2** | **$157,124.00** |
| **Grand Total** | | | | | **1,290.2** | **$174,774.00** |

TAX PROVISION SERVICES - HOURS AND COMPENSATION

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Partner | | | | | | |
| | Cenko, Michael | United States | Tax Provision | $620 | 9.1 | $5,642.00 |
| **Partner Total** | | | | | **9.1** | **$5,642.00** |
| Director | | | | | | |
| | Schmitz, Karin | United States | Tax Provision | $420 | 31.5 | $13,230.00 |
| **Director Total** | | | | | **31.5** | **$13,230.00** |
| Associate | | | | | | |
| | Wood, Jarrod | United States | Tax Provision | $135 | 17.5 | $2,362.50 |
| **Associate Total** | | | | | **17.5** | **$2,362.50** |
| **Grand Total** | | | | | **58.1** | **$21,234.50** |

TAX BASIS SERVICES - HOURS AND COMPENSATION

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Partner | | | | | | |
| | Cenko, Michael | United States | Tax Basis Study | $620 | 15.6 | $9,672.00 |
| **Partner Total** | | | | | **15.6** | **$9,672.00** |
| Director | | | | | | |
| | Reiff, Christopher | United States | Tax Basis Study | $420 | 20.8 | $8,736.00 |
| | Schmitz, Karin | United States | Tax Basis Study | $420 | 4.8 | $2,016.00 |
| **Director Total** | | | | | **25.6** | **$10,752.00** |
| Sr Associate | | | | | | |
| | Punch, Janelle | United States | Tax Basis Study | $225 | 41.2 | $9,270.00 |
| **Sr Associate Total** | | | | | **41.2** | **$9,270.00** |

| Position | Professional Name | Work Country | Area | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Associate | | | | | | |
| | Wood, Jarrod | United States | Tax Basis Study | $225 | 25.3 | $5,692.50 |
| **Associate Total** | | | | | **25.3** | **$5,692.50** |
| **Grand Total** | | | | | **107.7** | **$35,386.50** |

## SUMMARY OF EXPENDITURES

The disbursements of PwC for the Compensation Period are as follows:

### SARBANES-OXLEY 404 SERVICES - EXPENDITURES

| Disbursement | Amount |
|---|---|
| Airfare | $117,094.01 |
| Lodging | $146,603.27 |
| Meals while Traveling | $46,501.71 |
| Mileage Allowance | $30,919.29 |
| Parking | $4,180.33 |
| Photocopy | $434.86 |
| Public/Ground Transportation | $28,463.33 |
| Rental Car | $28,562.22 |
| Sundry - Other *(e.g. computer equipment while at client location, telecommunications, copies)* | $27,297.44 |
| Telephone Tolls | $1,207.55 |
| **TOTAL** | **$431,264.01** |

### PROJECT GIANT - EXPENDITURES

| Disbursement | Amount |
|---|---|
| Airfare | $1,108.24 |
| Lodging | $10,163.79 |
| Meals while Traveling | $456.90 |
| Public/Ground Transportation | $134.36 |
| Rental Car | $614.25 |
| **TOTAL** | **$12,477.54** |

### PROJECT ROCK - EXPENDITURES

| Disbursement | Amount |
|---|---:|
| Airfare | $1,416.17 |
| Lodging | $975.10 |
| Meals while Traveling | $417.39 |
| Public/Ground Transportation | $259.20 |
| Rental Car | $1,514.48 |
| **TOTAL** | **$4,582.34** |

### PROJECT ZIP - EXPENDITURES

| Disbursement | Amount |
|---|---:|
| Airfare | $2,985.59 |
| Lodging | $1,419.22 |
| Meals while Traveling | $279.17 |
| Parking | $146.25 |
| Public/Ground Transportation | $546.15 |
| Rental Car | $412.44 |
| Sundry - Other *(e.g. computer equipment while at client location, telecommunications, copies)* | $20.51 |
| **TOTAL** | **$5,809.33** |

### OTHER TAX CONSULTING SERVICES - EXPENDITURES

| Disbursement | Amount |
|---|---:|
| Photocopy | $59.97 |
| Sundry - Other *(e.g. computer equipment while at client location, telecommunications, copies)* | $65.13 |
| **TOTAL** | **$ 125.10** |

### DELPHI DIVESTITURE ASSISTANCE - EXPENDITURES

| Disbursement | Amount |
|---|---:|
| Airfare | $405.99 |
| Lodging | $572.91 |
| Meals while Traveling | $157.29 |
| Public/Ground Transportation | $70.00 |
| **TOTAL** | **$1,206.19** |

**DELPHI SALT LOAN STAFF - EXPENDITURES**

| Disbursement | Amount |
|---|---:|
| Mileage Allowance | $1,782.86 |
| **TOTAL** | **$1,782.86** |