# EXHIBIT C

# INVOICE AND SUMMARY SCHEDULE FOR THE FIXED FEE -

# EXECUTIVE PERSONAL FINANCIAL PLANNING SERVICES

# PricewaterhouseCoopers

July 19, 2007

Ms Debra Alexander  
Delphi Automotive  
World Headquarters  
5725 Delphi Drive  
Troy, MI  48098-2815  
USA

**PAYMENT DUE UPON RECEIPT**  
**INVOICE NUMBER : 1030876804-2**

PwC TAX ID #: 134008324  
PwC D&B #: 00-186-37-94

**SEND CHECK PAYMENT TO:**  
PricewaterhouseCoopers LLP  
P.O. Box 75647  
Chicago, IL  60675-5647

**WIRE TRANSFER INSTRUCTIONS:**  
Citibank NA, New York, NY  
Account #: 30408437  
ABA #: 021000089 or Swift #: CITIUS33  
**To Credit: PricewaterhouseCoopers LLP**

| | |
|---|---:|
| 2007 3rd Quarter invoice in accordance with our "Executive Financial Planning Engagement". Please see the attached statement. | $  9,000.00 |
| **Total Invoice** | $  9,000.00 |

For questions, contact: Larry Brown at (312) 298-2214, larry.brown@us.pwc.com

**TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE INDICATE ON YOUR PAYMENT:**

**Invoice Number: 1030876804**  
**Client Account Number: 3858**

**Delphi Corporation**

**Executive Financial Planning Program**
**2007 3rd Quarter Fees**

| Participant | Total Fees | Initial Year Installment |
|---|---|---|
| Mark Weber | $ 2,000 | |
| Karen Healy | $ 2,000 | |
| John Sheehan | $ 2,000 | |
| David Knill | $ 1,500 | |
| William Lloyd | $ 1,500 | |
| Current Fees | $ 9,000 | |