# EXHIBIT E

# SUMMARY OF HOURS, BILLING RATE AND FEES BY PROFESSIONAL

**Delphi Corporation (Case No. 05-44481)**                                                                       Exhibit E
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Sixth Interim Period (June 1, 2007 through September 30, 2007)**

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Sarbanes-Oxley 404 Services** | | | | | | | |
| Partner | Belkasmi, Aziz | Morocco | Standard | Mo6 | 1.0 | $250 | $250.00 |
| | Cenko, Michael | United States | Tax Specialist | Tx6 | 4.5 | $470 | $2,115.00 |
| | Decker, Brian | United States | Standard | | 65.0 | $390 | $25,350.00 |
| | Erickson, Dave | United States | Standard | | 83.7 | $390 | $32,643.00 |
| | Erickson, Dave | United States | Technology Specialist | Tn6 | 22.0 | $430 | $9,460.00 |
| | Gollo, Rogerio | Brazil | Standard | Bz6 | 17.4 | $350 | $6,090.00 |
| **Total - Partner** | | | | | **193.6** | | **$75,908.00** |
| Director | Brown, Anastasia | United States | Standard | | 74.4 | $260 | $19,344.00 |
| | Brown, Stasi | United States | Standard | | 48.4 | $260 | $12,584.00 |
| | Herbst, Shannon | United States | Standard | | 220.2 | $260 | $57,252.00 |
| | Lane, Christopher | United States | Technology Specialist | Tn5 | 52.5 | $360 | $18,900.00 |
| | Osterman, Scott | United States | Standard | | 4.7 | $260 | $1,222.00 |
| | Osterman, Scott | United States | Technology Specialist | Tn5 | 99.1 | $360 | $35,676.00 |
| | Perkins, Daniel | United States | Treasury Specialist | Ts5 | 10.0 | $360 | $3,600.00 |
| | Peterson, Michael | United States | Project Mgmt Specialist | Pm5 | 20.9 | $320 | $6,688.00 |
| | Schmitz, Karin | United States | Tax Specialist | Tx5 | 1.6 | $330 | $528.00 |
| | Signor, Melissa | France | Tax Specialist | Tx5 | 24.0 | $330 | $7,920.00 |
| | VanGorder, Kimberly | United States | Standard | | 313.5 | $260 | $81,510.00 |
| | Vanham, Bart | Belgium | Tax Specialist | Tx5 | 44.0 | $330 | $14,520.00 |
| | Wojdyla, Dennis | United States | Standard | | 139.0 | $260 | $36,140.00 |
| **Total - Director** | | | | | **1,052.3** | | **$295,884.00** |
| Sr Manager | Ricardez, Elvira | Mexico | Standard | Mx5 | 26.3 | $225 | $5,917.50 |
| | Sayah, Kamal | Morocco | Standard | Mo5 | 8.0 | $180 | $1,440.00 |
| | Siqueira, Luiz (SR) | Brazil | Standard | Bz5 | 395.2 | $250 | $98,800.00 |
| **Total - Sr Manager** | | | | | **429.5** | | **$106,157.50** |
| Manager | Barrios, Joaquin | United States | Standard | Ts4 | 24.0 | $280 | $6,720.00 |
| | Brackx, Wouter | Belgium | Tax Specialist | Tx4 | 184.0 | $230 | $42,320.00 |
| | Braman, Brandon | United States | Standard | | 161.8 | $165 | $26,688.75 |
| | Delaunay, Helene | France | Standard | Fr4 | 59.5 | $200 | $11,900.00 |
| | Fisher, Tamara | United States | Project Mgmt Specialist | Pm4 | 35.0 | $280 | $9,800.00 |
| | Kus, Vitezslav | Czech Republic | Standard | Cz4 | 35.3 | $175 | $6,177.50 |
| | Laforest, Randy | United States | Standard | | 381.0 | $165 | $62,865.00 |
| | Lakshman, Chandrasekar | India | Standard | In4 | 44.0 | $120 | $5,280.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Manager | Leiger, Steven | United States | Standard | | 74.7 | $165 | $12,325.50 |
| | Liz, Cynthia | Brazil | Tax Specialist | Tx4 | 95.9 | $230 | $22,057.00 |
| | Malmonte, Stephane | Belgium | Tax Specialist | Tx4 | 15.0 | $230 | $3,450.00 |
| | Navarro, Paola | United States | Standard | | 137.3 | $165 | $22,654.50 |
| | Orf, Darren | United States | Project Mgmt Specialist | Pm4 | 242.4 | $280 | $67,872.00 |
| | Parakh, Siddarth | United States | Standard | | 424.2 | $165 | $69,993.00 |
| | Reed, Brian | United States | Standard | | 32.4 | $165 | $5,346.00 |
| | Rogge, Horst | Germany | Standard | Ge4 | 174.2 | $200 | $34,830.00 |
| | Rohrbach, Hans-Dirk | Germany | Standard | Ge4 | 62.4 | $200 | $12,480.00 |
| | Sadaghiyani, Jamshid | United States | Standard | | 315.6 | $165 | $52,074.00 |
| | Scalbert, Jean-max | France | Standard | Fr4 | 65.0 | $200 | $13,000.00 |
| | Siqueira, Luiz | Brazil | Standard | Bz4 | 99.3 | $175 | $17,368.75 |
| | Smith, Andrea | United States | Bankruptcy Specialist | Bnkr4 | 234.4 | $360 | $84,384.00 |
| | Tee, Alvin | China | Standard | Ch4 | 60.0 | $175 | $10,500.00 |
| | VanGorder, Kimberly | United States | Standard | | 127.9 | $165 | $21,103.50 |
| | Weir, Diane | United States | Standard | | 66.9 | $165 | $11,038.50 |
| **Total - Manager** | | | | | **3,152.1** | | **$632,228.00** |
| Sr Associate | Bailey, Jonafel | United States | Standard | 3B | 485.6 | $130 | $63,121.50 |
| | Bailey, Jonafel | United States | Technology Specialist | Tn3 | 12.0 | $200 | $2,400.00 |
| | Bhushan, Amitesh | United States | Standard | 3A | 7.7 | $120 | $924.00 |
| | Boudiaf, Aouatif | Morocco | Standard | Mo3 | 57.0 | $100 | $5,700.00 |
| | Braman, Brandon | United States | Standard | 3B | 159.9 | $130 | $20,780.50 |
| | Colpo, Gustavo | Brazil | Tax Specialist | Tx3 | 112.0 | $155 | $17,360.00 |
| | Dada, Kolade | United States | Standard | 3A | 382.7 | $120 | $45,924.00 |
| | Dlouhy, Tomas | Czech Republic | Standard | Cz3 | 193.0 | $135 | $26,055.00 |
| | Escandon, Leopoldo | Mexico | Standard | Mx3 | 94.3 | $95 | $8,958.50 |
| | Fabre, Frederic | France | Standard | Fr3 | 154.0 | $160 | $24,640.00 |
| | Fernandes, William | Brazil | Tax Specialist | Tx3 | 56.5 | $155 | $8,757.50 |
| | Franklin, Stephanie | United States | Standard | 3B | 602.5 | $130 | $78,318.50 |
| | Gutierrez, Gildardo | Mexico | Standard | Mx3 | 78.2 | $95 | $7,429.00 |
| | King, Langdon | United States | Technology Specialist | Tn3 | 137.3 | $200 | $27,450.00 |
| | Laforest, Randy | United States | Standard | 3A | 40.8 | $120 | $4,896.00 |
| | Lakrissa, Mehdi | Morocco | Standard | Mo3 | 54.0 | $100 | $5,400.00 |
| | MacKenzie, Nicole | United States | Bankruptcy Specialist | Bnkr3 | 206.2 | $260 | $53,612.00 |
| | Manjarrez, Brian | Mexico | Standard | Mx3 | 78.9 | $95 | $7,490.75 |
| | Marcondes, Sergio | Brazil | Tax Specialist | Tx3 | 90.0 | $155 | $13,950.00 |
| | Martin, Arnaud | France | Standard | Fr3 | 140.0 | $160 | $22,400.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Sr Associate | Mayr, Christian | Germany | Standard | Ge3 | 37.1 | $160 | $5,936.00 |
| | Midoux, Marcelo | Brazil | Standard | Bz3 | 110.2 | $100 | $11,015.00 |
| | Navarro, Paola | United States | Standard | 3A | 301.4 | $120 | $36,168.00 |
| | Nogueira, Henri | Brazil | Standard | Bz3 | 40.2 | $100 | $4,015.00 |
| | Oliveira, Luiz | Brazil | Standard | Bz3 | 822.8 | $100 | $82,280.00 |
| | Orf, Anne | United States | Standard | 3A | 27.1 | $120 | $3,252.00 |
| | Parulekar, Bharat | India | Standard | In3 | 159.0 | $60 | $9,540.00 |
| | Razo, Sergio | Czech Republic | Standard | Cz3 | 208.5 | $135 | $28,147.50 |
| | Reimondini, Sandro | Brazil | Standard | Bz3 | 62.9 | $100 | $6,285.00 |
| | Rivera, Jose | Mexico | Standard | Mx3 | 32.1 | $95 | $3,044.75 |
| | Roberto, Jose | Brazil | Tax Specialist | Tx3 | 151.9 | $155 | $23,544.50 |
| | Salato, Nicolas | France | Standard | Fr3 | 141.0 | $160 | $22,560.00 |
| | Siansi, Cleberson | United States | Standard | 3B | 581.6 | $130 | $75,608.00 |
| | Skarpa, Radim | Czech Republic | Standard | Cz3 | 94.2 | $135 | $12,717.00 |
| | Stefanik, Peter | Czech Republic | Standard | Cz3 | 146.4 | $135 | $19,764.00 |
| | Thomas, Rance | United States | Standard | 3A | 388.6 | $120 | $46,632.00 |
| | Trajano, Barbara (SR) | Brazil | Standard | Bz3 | 156.5 | $100 | $15,650.00 |
| | Weigt, Bjoern | Germany | Standard | Ge3 | 102.8 | $160 | $16,440.00 |
| | Woods, Kristy | United States | Bankruptcy Specialist | Bnkr3 | 574.2 | $260 | $149,279.00 |
| | Yoshiyasu, Enio | Brazil | Standard | Bz3 | 614.6 | $100 | $61,460.00 |
| **Total - Sr Associate** | | | | | **7,895.2** | | **$1,078,905.00** |
| Associate | Abrman, Tomas | Czech Republic | Standard | Cz2 | 219.2 | $105 | $23,016.00 |
| | Agarwal, Manish | India | Standard | In2 | 182.0 | $50 | $9,100.00 |
| | Alencar, Casemiro | Brazil | Tax Specialist | Tx2 | 32.0 | $120 | $3,840.00 |
| | Amaral, Thais | Brazil | Tax Specialist | Tx2 | 88.0 | $120 | $10,560.00 |
| | Bann, Courtney | United States | Standard | 2B | 221.1 | $110 | $24,321.00 |
| | Beasley, Rashida | United States | Standard | 2B | 73.1 | $110 | $8,035.50 |
| | Bhandari, Chirag | United States | Standard | 2A | 32.2 | $95 | $3,059.00 |
| | Bouquillon, Joke | Belgium | Tax Specialist | Tx2 | 41.8 | $120 | $5,010.00 |
| | Candido, Paulo | Brazil | Standard | Bz2 | 79.7 | $60 | $4,782.00 |
| | Cummins, Nathan | United States | Technology Specialist | Tn2 | 251.0 | $165 | $41,406.75 |
| | Davis, Danielle | United States | Standard | 2A | 58.9 | $95 | $5,590.75 |
| | DiCicco, Jaclyn | United States | Standard | 2A | 72.8 | $95 | $6,916.00 |
| | Eckroth, Jenae | United States | Project Mgmt Specialist | Pm2 | 299.8 | $180 | $53,955.00 |
| | Eyman, Genevieve | United States | Standard | 2A | 200.6 | $95 | $19,057.00 |
| | Farkas, Szabolcs | United States | Standard | 2A | 11.3 | $95 | $1,073.50 |
| | Fatima, Subia | United States | Standard | 2B | 546.9 | $110 | $60,159.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Associate | Feknous, Izem | France | Standard | Fr2 | 40.0 | $130 | $5,200.00 |
| | Fitoussi, Emmanuel | France | Standard | Fr2 | 33.5 | $130 | $4,355.00 |
| | Flores, Vitor | Brazil | Tax Specialist | Tx2 | 251.5 | $120 | $30,180.00 |
| | Franco, Roberta | Brazil | Tax Specialist | Tx2 | 40.0 | $120 | $4,800.00 |
| | Gamito, Marcelo | Brazil | Standard | Bz2 | 368.5 | $60 | $22,110.00 |
| | Garcia Vega, Guadalupe | United States | Standard | 2B | 145.1 | $110 | $15,955.50 |
| | Goerl, Sophie-Luise | Germany | Standard | Ge2 | 200.1 | $130 | $26,013.00 |
| | Goubil, Julien | France | Standard | Fr2 | 65.5 | $130 | $8,515.00 |
| | Guissi, Livia | Brazil | Tax Specialist | Tx2 | 50.0 | $120 | $6,000.00 |
| | Haque, Sakia | United States | Standard | 2A | 205.3 | $95 | $19,503.50 |
| | Haselhof, Joachim | Germany | Standard | Ge2 | 162.5 | $130 | $21,125.00 |
| | Herring, Chevonne | United States | Bankruptcy Specialist | Bnkr2 | 452.7 | $205 | $92,803.50 |
| | Jakubik, Stefan | Germany | Standard | Ge2 | 70.5 | $130 | $9,165.00 |
| | Job, Jarrod | United States | Bankruptcy Specialist | Bnkr2 | 32.0 | $205 | $6,560.00 |
| | Keener, Stuart | United States | Standard | 2A | 32.9 | $95 | $3,125.50 |
| | Kennedy, John | United States | Standard | 2A | 92.0 | $95 | $8,740.00 |
| | Kroll, Sabrina | Germany | Standard | Ge2 | 130.2 | $130 | $16,926.00 |
| | Lim, Jay | United States | Standard | 2A | 268.8 | $95 | $25,536.00 |
| | Ludovico, Fernanda | Brazil | Tax Specialist | Tx2 | 16.0 | $120 | $1,920.00 |
| | Mahillet, Christelle | France | Standard | Fr2 | 84.0 | $130 | $10,920.00 |
| | Melo, Rodrigo | Brazil | Standard | Bz2 | 212.9 | $60 | $12,774.00 |
| | Morato, Lucas | Brazil | Standard | Bz2 | 165.4 | $60 | $9,924.00 |
| | Moreno, Manuel | Spain | Standard | Sp2 | 35.0 | $80 | $2,800.00 |
| | Motti, Lais | Brazil | Standard | Bz2 | 347.4 | $60 | $20,844.00 |
| | Murray, Brandon | United States | Standard | 2A | 18.5 | $95 | $1,757.50 |
| | Nebo, Myrtes | Brazil | Standard | Bz2 | 11.0 | $60 | $660.00 |
| | Nicolosi, Manuela | France | Standard | Fr2 | 134.0 | $130 | $17,420.00 |
| | Oliy, Lina | United States | Standard | 2B | 16.3 | $110 | $1,793.00 |
| | Regina, Andrea | Brazil | Standard | Bz2 | 147.3 | $60 | $8,835.00 |
| | Reichl, Jakub | Czech Republic | Standard | Cz2 | 183.6 | $105 | $19,278.00 |
| | Rotthaus, Maike | Germany | Standard | Ge2 | 232.8 | $130 | $30,257.50 |
| | Shehi, Renis | United States | Standard | 2B | 613.3 | $110 | $67,463.00 |
| | Soulier, Stephanie | France | Standard | Fr2 | 134.0 | $130 | $17,420.00 |
| | Thomas, Rance | United States | Standard | 2A | 102.2 | $95 | $9,709.00 |
| | Tiemann, Claudia | Germany | Standard | Ge2 | 223.3 | $130 | $29,022.50 |
| | Trajano, Barbara | Brazil | Standard | Bz2 | 108.1 | $60 | $6,483.00 |
| | Tsai, Debby | United States | Standard | 2A | 145.2 | $95 | $13,794.00 |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Associate | Vargas, Erika | Mexico | Standard | Mx2 | 82.3 | $75 | $6,172.50 |
| | Verma, Siddhant | United States | Standard | 2A | 455.7 | $95 | $43,291.50 |
| | Vidal, Amandine | France | Standard | Fr2 | 257.0 | $130 | $33,410.00 |
| | Vieira, Danilo | Brazil | Standard | Bz2 | 351.9 | $60 | $21,114.00 |
| | Voytsekhivskyy, Igor | United States | Standard | 2A | 163.9 | $95 | $15,570.50 |
| | Weiss, Matthew | United States | Standard | 3A | 97.5 | $120 | $11,700.00 |
| **Total - Associate** | | | | | **9,389.6** | | **$1,020,827.50** |
| Paraprofessional | Stendahl, Subashi | United States | Bankruptcy Specialist | Bnkr1 | 71.5 | $135 | $9,652.50 |
| **Total - Paraprofessional** | | | | | **71.5** | | **$9,652.50** |
| Voluntary Reduction | Voluntary Reduction | Brazil | Voluntary Reduction | n/a | 0.0 | $0 | ($32,969.00) |
| **Total - Voluntary Reduction** | | | | | **0.0** | | **($32,969.00)** |
| **Total - Sarbanes-Oxley 404 Services for the Sixth Interim Period** | | | | | **22,183.7** | | **$3,186,593.50** |
| | | | | **Blended Rate for the Sixth Interim Period** | | | **$143.65** |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Tax Compliance - Foreign Affiliate Reporting** | | | | | | | |
| Sr Associate | MacKenzie, Nicole | United States | Bankruptcy Specialist | Bnkr3 | 0.3 | $260 | $78.00 |
| | Van Arsdalen, Donald | United States | ITS Compliance | ITS3 | 67.5 | $160 | $10,800.00 |
| | Woods, Kristy | United States | Bankruptcy Specialist | Bnkr3 | 3.0 | $260 | $780.00 |
| **Total - Sr Associate** | | | | | **70.8** | | **$11,658.00** |
| Associate | Battin, Matthew | United States | ITS Compliance | ITS2 | 45.5 | $115 | $5,232.50 |
| | Shuler, Michael | United States | ITS Compliance | ITS2 | 101.1 | $115 | $11,626.50 |
| | Wood, Jarrod | United States | ITS Compliance | ITS2 | 194.7 | $115 | $22,390.50 |
| **Total - Associate** | | | | | **341.3** | | **$39,249.50** |
| **Total - Tax Compliance - Foreign Affiliate Reporting for the Sixth In** | | | | | **412.1** | | **$50,907.50** |
| | | | | Blended Rate for the Sixth Interim Period | | | **$123.53** |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Project Giant** | | | | | | | |
| Partner | Wittmer, Colin | United States | Project Giant | Gi6 | 4.0 | $775 | $3,100.00 |
| **Total - Partner** | | | | | **4.0** | | **$3,100.00** |
| Director | Smidt, Peter | United States | Project Giant | Gi5 | 28.0 | $515 | $14,420.00 |
| **Total - Director** | | | | | **28.0** | | **$14,420.00** |
| Manager | Bao, Haifeng | United States | Project Giant | Gi4 | 6.5 | $390 | $2,535.00 |
| | Smith, Andrea | United States | Bankruptcy Specialist | Bnkr4 | 20.2 | $360 | $7,272.00 |
| **Total - Manager** | | | | | **26.7** | | **$9,807.00** |
| Sr Associate | MacKenzie, Nicole | United States | Bankruptcy Specialist | Bnkr3 | 5.0 | $260 | $1,300.00 |
| | Woods, Kristy | United States | Bankruptcy Specialist | Bnkr3 | 46.6 | $260 | $12,116.00 |
| **Total - Sr Associate** | | | | | **51.6** | | **$13,416.00** |
| Associate | Herring, Chevonne | United States | Bankruptcy Specialist | Bnkr2 | 32.2 | $205 | $6,601.00 |
| **Total - Associate** | | | | | **32.2** | | **$6,601.00** |
| Paraprofessional | Stendahl, Subashi | United States | Bankruptcy Specialist | Bnkr1 | 40.5 | $135 | $5,467.50 |
| **Total - Paraprofessional** | | | | | **40.5** | | **$5,467.50** |
| **Total - Project Giant for the Sixth Interim Period** | | | | | **183.0** | | **$52,811.50** |
| | | | | **Blended Rate for the Sixth Interim Period** | | | **$288.59** |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Project Rock** | | | | | | | |
| Partner | Semple, Calum | Canada | Project Rock | Rk6 | 10.8 | $500 | $5,400.00 |
| **Total - Partner** | | | | | **10.8** | | **$5,400.00** |
| Managing Director | Pardiwala, Cyrus | United States | Project Rock | Rk5a | 2.0 | $500 | $1,000.00 |
| **Total - Managing Director** | | | | | **2.0** | | **$1,000.00** |
| Director | Herbst, Shannon | United States | Standard | | 0.2 | $260 | $52.00 |
| **Total - Director** | | | | | **0.2** | | **$52.00** |
| Manager | Hoesley, Martin | United States | Project Rock | Rk4 | 32.0 | $325 | $10,400.00 |
| | Marshall, Alastair | United States | Project Rock | Rk4 | 115.0 | $325 | $37,375.00 |
| | Smith, Andrea | United States | Bankruptcy Specialist | Bnkr4 | 4.7 | $360 | $1,692.00 |
| **Total - Manager** | | | | | **151.7** | | **$49,467.00** |
| Sr Associate | MacKenzie, Nicole | United States | Bankruptcy Specialist | Bnkr3 | 0.7 | $260 | $182.00 |
| | Woods, Kristy | United States | Bankruptcy Specialist | Bnkr3 | 20.3 | $260 | $5,278.00 |
| **Total - Sr Associate** | | | | | **21.0** | | **$5,460.00** |
| **Total - Project Rock for the Sixth Interim Period** | | | | | **185.7** | | **$61,379.00** |
| | | | **Blended Rate for the Sixth Interim Period** | | | | **$330.53** |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Project Zip** | | | | | | | |
| Partner | Semple, Calum | Canada | Project Zip | Rk6 | 21.7 | $500 | $10,850.00 |
| **Total - Partner** | | | | | **21.7** | | **$10,850.00** |
| Managing Director | Pardiwala, Cyrus | United States | Project Zip | Rk5a | 2.5 | $500 | $1,250.00 |
| **Total - Managing Director** | | | | | **2.5** | | **$1,250.00** |
| Manager | Hoesley, Martin | United States | Project Zip | Rk4 | 72.7 | $325 | $23,627.50 |
| | Porepa, Jodi | Canada | Project Zip | Rk4 | 62.6 | $325 | $20,345.00 |
| | Thompson, Patrick | Canada | Project Zip | Rk4 | 66.2 | $325 | $21,515.00 |
| **Total - Manager** | | | | | **201.5** | | **$65,487.50** |
| Sr Associate | Woods, Kristy | United States | Bankruptcy Specialist | Bnkr3 | 3.4 | $260 | $884.00 |
| **Total - Sr Associate** | | | | | **3.4** | | **$884.00** |
| **Total - Project Zip for the Sixth Interim Period** | | | | | **229.1** | | **$78,471.50** |
| | | | | **Blended Rate for the Sixth Interim Period** | | | **$342.52** |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Other Tax Consulting Services** | | | | | | | |
| Partner | Diamant, Audrey | Canada | Other Tax Services | OTS6 | 6.1 | $714 | $4,355.40 |
| | Klassen, David | Canada | Other Tax Services | OTS6 | 6.1 | $714 | $4,355.40 |
| **Total - Partner** | | | | | **12.2** | | **$8,710.80** |
| Sr Manager | Freiheit, Adam | Canada | Other Tax Services | OTS5 | 1.6 | $547 | $875.20 |
| | Szubzda, Yola | Canada | Other Tax Services | OTS4 | 0.8 | $428 | $342.40 |
| **Total - Sr Manager** | | | | | **2.4** | | **$1,217.60** |
| Manager | Smith, Andrea | United States | Bankruptcy Specialist | Bnkr4 | 2.4 | $360 | $864.00 |
| **Total - Manager** | | | | | **2.4** | | **$864.00** |
| Sr Associate | Woods, Kristy | United States | Bankruptcy Specialist | Bnkr3 | 3.4 | $260 | $884.00 |
| **Total - Sr Associate** | | | | | **3.4** | | **$884.00** |
| Associate | Herring, Chevonne | United States | Bankruptcy Specialist | Bnkr2 | 1.6 | $205 | $328.00 |
| **Total - Associate** | | | | | **1.6** | | **$328.00** |
| Paraprofessional | Stendahl, Subashi | United States | Bankruptcy Specialist | Bnkr1 | 2.0 | $135 | $270.00 |
| **Total - Paraprofessional** | | | | | **2.0** | | **$270.00** |
| **Total - Other Tax Consulting Services for the Sixth Interim Period** | | | | | **24.0** | | **$12,274.40** |
| | | | | **Blended Rate for the Sixth Interim Period** | | | **$511.43** |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Delphi Divestiture Assistance** | | | | | | | |
| Partner | Decker, Brian | United States | Standard | | 66.5 | $390 | $25,935.00 |
| **Total - Partner** | | | | | **66.5** | | **$25,935.00** |
| Director | Brown, Stasi | United States | Standard | | 101.3 | $260 | $26,338.00 |
| | Herbst, Shannon | United States | Standard | | 137.0 | $260 | $35,620.00 |
| | Osterman, Scott | United States | Standard | | 49.2 | $260 | $12,792.00 |
| | Peterson, Michael | United States | Project Mgmt Specialist | Pm5 | 138.6 | $320 | $44,352.00 |
| | VanGorder, Kimberly | United States | Standard | | 63.3 | $260 | $16,458.00 |
| **Total - Director** | | | | | **489.4** | | **$135,560.00** |
| Manager | Orf, Darren | United States | Project Mgmt Specialist | Pm4 | 5.5 | $280 | $1,540.00 |
| | VanGorder, Kimberly | United States | Standard | | 0.0 | $165 | $0.00 |
| **Total - Manager** | | | | | **5.5** | | **$1,540.00** |
| Sr Associate | Navarro, Paola | United States | Standard | 3A | 73.8 | $120 | $8,856.00 |
| | Thomas, Rance | United States | Standard | 3A | 20.5 | $120 | $2,460.00 |
| | Woods, Kristy | United States | Bankruptcy Specialist | Bnkr3 | 5.3 | $260 | $1,378.00 |
| **Total - Sr Associate** | | | | | **99.6** | | **$12,694.00** |
| Associate | DiCicco, Jaclyn | United States | Standard | 2A | 2.1 | $95 | $199.50 |
| | Lim, Jay | United States | Standard | 2A | 6.2 | $95 | $589.00 |
| | Thomas, Rance | United States | Standard | 2A | 0.0 | $95 | $0.00 |
| | Verma, Siddhant | United States | Standard | 2A | 4.7 | $95 | $446.50 |
| **Total - Associate** | | | | | **13.0** | | **$1,235.00** |
| **Total - Delphi Divestiture Assistance for the Sixth Interim Period** | | | | | **674.0** | | **$176,964.00** |
| | | | | **Blended Rate for the Sixth Interim Period** | | | **$262.56** |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Delphi Customs Review Assistance** | | | | | | | |
| Partner | Gambardella, Domenick | United States | Customs Review Assistance | CRA6 | 14.0 | $650 | $9,100.00 |
|  | Garza, Oscar | Mexico | Customs Review Assistance | CRA6 | 11.7 | $650 | $7,605.00 |
| **Total - Partner** | | | | | **25.7** | | **$16,705.00** |
| Director | Luttermoser, Shannon | United States | Customs Review Assistance | CRA5 | 1.0 | $500 | $500.00 |
| **Total - Director** | | | | | **1.0** | | **$500.00** |
| Manager | Saborío, Alejandro | Mexico | Customs Review Assistance | CRA4 | 14.0 | $400 | $5,600.00 |
|  | Turner, Gail | United States | Customs Review Assistance | CRA4 | 14.2 | $400 | $5,680.00 |
| **Total - Manager** | | | | | **28.2** | | **$11,280.00** |
| Sr Associate | Woods, Kristy | United States | Bankruptcy Specialist | Bnkr3 | 0.6 | $260 | $156.00 |
| **Total - Sr Associate** | | | | | **0.6** | | **$156.00** |
| Associate | Herring, Chevonne | United States | Bankruptcy Specialist | Bnkr2 | 2.4 | $205 | $492.00 |
| **Total - Associate** | | | | | **2.4** | | **$492.00** |
| **Total - Delphi Customs Review Assistance for the Sixth Interim Peri** | | | | | **57.9** | | **$29,133.00** |
| | | | **Blended Rate for the Sixth Interim Period** | | | | **$503.16** |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **<u>Delphi SALT Loan Staff</u>** | | | | | | | |
| Sr Associate | Ferguson, Lisa (SR) | United States | SALT Compliance | SALT2 | 129.2 | $135 | $17,442.00 |
| | Woods, Kristy | United States | Bankruptcy Specialist | Bnkr3 | 0.8 | $260 | $208.00 |
| **Total - Sr Associate** | | | | | **130.0** | | **$17,650.00** |
| Associate | Campbell, Bryan | United States | SALT Compliance | SALT2 | 174.9 | $135 | $23,611.50 |
| | Ferguson, Lisa | United States | SALT Compliance | SALT2 | 647.0 | $135 | $87,345.00 |
| | Herring, Chevonne | United States | Bankruptcy Specialist | Bnkr2 | 7.1 | $205 | $1,455.50 |
| | Whitaker, Eric | United States | SALT Compliance | SALT2 | 331.2 | $135 | $44,712.00 |
| **Total - Associate** | | | | | **1,160.2** | | **$157,124.00** |
| **Total - Delphi SALT Loan Staff for the Sixth Interim Period** | | | | | **1,290.2** | | **$174,774.00** |
| | | | | **Blended Rate for the Sixth Interim Period** | | | **$135.46** |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Tax Provision Services** | | | | | | | |
| Partner | Cenko, Michael | United States | Tax Provision | TAXP0 | 9.1 | $620 | $5,642.00 |
| **Total - Partner** | | | | | **9.1** | | **$5,642.00** |
| Director | Schmitz, Karin | United States | Tax Provision | TAXP5 | 31.5 | $420 | $13,230.00 |
| **Total - Director** | | | | | **31.5** | | **$13,230.00** |
| Associate | Wood, Jarrod | United States | Tax Provision | TAXP2 | 17.5 | $135 | $2,362.50 |
| **Total - Associate** | | | | | **17.5** | | **$2,362.50** |
| **Total - Tax Provision Services for the Sixth Interim Period** | | | | | **58.1** | | **$21,234.50** |
| | | | | **Blended Rate for the Sixth Interim Period** | | | **$365.48** |

| Position | Name | Work Country | Area | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| **Tax Basis Services** | | | | | | | |
| Partner | Cenko, Michael | United States | Tax Basis Study | TAXB6 | 15.6 | $620 | $9,672.00 |
| **Total - Partner** | | | | | **15.6** | | **$9,672.00** |
| Director | Reiff, Christopher | United States | Tax Basis Study | TAXB3 | 20.8 | $420 | $8,736.00 |
| | Schmitz, Karin | United States | Tax Basis Study | TAXB3 | 4.8 | $420 | $2,016.00 |
| **Total - Director** | | | | | **25.6** | | **$10,752.00** |
| Sr Associate | Punch, Janelle | United States | Tax Basis Study | TAXB4 | 41.2 | $225 | $9,270.00 |
| **Total - Sr Associate** | | | | | **41.2** | | **$9,270.00** |
| Associate | Wood, Jarrod | United States | Tax Basis Study | TAXB4 | 25.3 | $225 | $5,692.50 |
| **Total - Associate** | | | | | **25.3** | | **$5,692.50** |
| **Total - Tax Basis Services for the Sixth Interim Period** | | | | | **107.7** | | **$35,386.50** |
| | | | | **Blended Rate for the Sixth Interim Period** | | | **$328.57** |
| **Grand Totals for the Sixth Interim Period** | | | | | **25,405.5** | | **$3,879,929.40** |
| | | | | **Blended Rate for the Sixth Interim Period** | | | **$152.72** |