# EXHIBIT F

# PROJECT CATEGORY FEES, SUBCATEGORIES AND TASK CODES

Delphi Corporation (Case No. 05-44481) — Exhibit F

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Category and Task Code for the Sixth Interim Period (June 1, 2007 through September 30, 2007)**

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| *Sarbanes-Oxley 404 Services* | | | |
| **Monthly and Interim Fee Applications** | | | |
| Documentation of time detail | United States | 28.6 | $3,413.50 |
| Fee Auditor Analysis and Response | United States | 48.3 | $8,353.00 |
| Manage foreign billing (US use only) | United States | 227.2 | $67,358.00 |
| Monthly and Interim Fee Applications | United States | 0.0 | $0.00 |
| Preparation of fee application | United States | 978.5 | $221,328.00 |
| Project Admin - Managers and above | United States | 0.0 | $0.00 |
| **Total - Monthly and Interim Fee Applications** | | **1,282.6** | **$300,452.50** |
| **Non-Working Travel Time** | | | |
| Delphi - Travel | Belgium | 7.5 | $1,725.00 |
| Delphi - Travel | Brazil | 99.0 | $9,707.25 |
| Delphi - Travel | Czech Republic | 2.5 | $291.75 |
| Delphi - Travel | France | 74.0 | $10,760.00 |
| Delphi - Travel | Germany | 86.3 | $12,714.00 |
| Delphi - Travel | Mexico | 11.8 | $1,079.00 |
| Delphi - Travel | Morocco | 15.0 | $1,500.00 |
| Delphi - Travel | Spain | 4.0 | $320.00 |
| Delphi - Travel | United States | 332.0 | $57,084.75 |
| **Total - Non-Working Travel Time** | | **632.0** | **$95,181.75** |
| **Validation and Remediation Services** | | | |
| DTI - Validation (US staff use only) | United States | 15.9 | $1,510.50 |
| Engagement management (US staff use only) | United States | 290.6 | $47,589.00 |
| Foreign coordination (US use only) | United States | 45.6 | $12,590.00 |
| Other  (US use only) | United States | 207.6 | $24,668.50 |
| Other (US staff use only) | United States | 57.5 | $8,692.00 |
| Planning (Foreign staff use only) | Brazil | 208.7 | $30,209.50 |
| Planning (Foreign staff use only) | Mexico | 3.7 | $832.50 |
| Planning (Foreign staff use only) | India | 13.7 | $920.83 |
| Planning (Foreign staff use only) | Czech Republic | 59.5 | $7,527.00 |
| Planning (Foreign staff use only) | Germany | 31.7 | $5,157.00 |
| Planning (Foreign staff use only) | France | 143.5 | $22,455.00 |
| Planning (US staff use only) | United States | 302.2 | $47,210.00 |
| Project management (US use only) | United States | 2,759.6 | $533,226.50 |
| Remediation (US staff use only) | United States | 1.1 | $104.50 |

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| Review of B process documentation (US staff use only) | United States | 10.0 | $950.00 |
| Roll forward testing (Foreign staff use only) | Mexico | 27.5 | $2,820.50 |
| Roll forward testing (Foreign staff use only) | France | 202.5 | $26,400.00 |
| Roll forward testing (Foreign staff use only) | Brazil | 20.6 | $1,674.00 |
| Roll forward testing (US staff use only) | United States | 2.0 | $240.00 |
| SOX 404 Sales and Use (Tax) | United States | 1.6 | $528.00 |
| Tax Specialist Assistance for Corporate | United States | 4.5 | $2,115.00 |
| Tooling | United States | 121.0 | $17,465.00 |
| Validation (Foreign staff use only) | Spain | 31.0 | $2,480.00 |
| Validation (Foreign staff use only) | Brazil | 3,558.9 | $336,562.00 |
| Validation (Foreign staff use only) | Belgium | 277.3 | $63,575.00 |
| Validation (Foreign staff use only) | Czech Republic | 1,018.3 | $127,336.25 |
| Validation (Foreign staff use only) | France | 647.5 | $101,525.00 |
| Validation (Foreign staff use only) | Germany | 1,277.7 | $184,324.00 |
| Validation (Foreign staff use only) | India | 371.3 | $22,999.17 |
| Validation (Foreign staff use only) | Mexico | 349.0 | $34,281.00 |
| Validation (Foreign staff use only) | Morocco | 105.0 | $11,290.00 |
| Validation (Foreign staff use only) | China | 60.0 | $10,500.00 |
| Validation (US staff use only) | United States | 1,104.0 | $118,625.00 |
| **Total - Validation and Remediation Services** | | **13,330.5** | **$1,808,382.75** |

**Process Walkthroughs**

| | | | |
|---|---|---|---|
| Walkthroughs (Foreign staff use only) | Brazil | 1,207.6 | $142,337.00 |
| Walkthroughs (US staff use only) | United States | 0.0 | $0.00 |
| **Total - Process Walkthroughs** | | **1,207.6** | **$142,337.00** |

**IT Validation and Remediation Services**

| | | | |
|---|---|---|---|
| Expenditure | United States | 780.3 | $102,003.50 |
| Financial Reporting | United States | 242.4 | $29,818.00 |
| Fixed Assets | United States | 229.4 | $30,637.50 |
| Grundig Manager Review | United States | 56.1 | $9,256.50 |
| Grundig Testing | United States | 368.9 | $43,957.00 |
| Inventory | United States | 211.3 | $28,529.50 |
| IT Administration | United States | 11.6 | $1,611.50 |
| ITGC Framework | United States | 4.7 | $446.50 |
| ITGC Testing | France | 264.0 | $38,520.00 |
| ITGC Testing - General | United States | 234.8 | $36,793.00 |
| Other | United States | 161.2 | $20,956.00 |
| Packard Manager Review | United States | 1.2 | $198.00 |
| Packard Testing | United States | 221.8 | $27,593.00 |
| Paris Testing | United States | 5.4 | $702.00 |

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| Project Administration (IT) | United States | 327.9 | $65,075.50 |
| Project Management | United States | 306.0 | $91,391.00 |
| QA | United States | 30.3 | $4,999.50 |
| Revenue | United States | 709.8 | $98,806.50 |
| Review 2005 Work | United States | 19.2 | $2,288.00 |
| Role Redesign | United States | 382.4 | $74,296.00 |
| Security Analysis & Testing | United States | 32.0 | $6,400.00 |
| Special Requests | United States | 0.8 | $88.00 |
| Test Planning | United States | 23.1 | $2,590.50 |
| **Total - IT Validation and Remediation Services** | | **4,624.6** | **$716,957.00** |
| **Material Weakness Remediation** | | | |
| Account Reconciliation MW (US use only) | United States | 1.1 | $121.00 |
| Certus/CARS Program (US use only) | United States | 428.9 | $52,848.00 |
| Contract Management - MW Remediation Assistance | United States | 2.0 | $190.00 |
| **Total - Material Weakness Remediation** | | **432.0** | **$53,159.00** |
| **Contract Administration** | | | |
| Other (Foreign staff use only) | China | 0.0 | $0.00 |
| Other (Foreign staff use only) | Belgium | 0.0 | $0.00 |
| Other (Foreign staff use only) | Czech Republic | 0.0 | $0.00 |
| Other (Foreign staff use only) | France | 0.0 | $0.00 |
| Other (Foreign staff use only) | Germany | 0.0 | $0.00 |
| **Total - Contract Administration** | | **0.0** | **$0.00** |
| **HR/Pension Assistance** | | | |
| HR/Pension Assistance (US use only) | United States | 671.6 | $69,857.50 |
| **Total - HR/Pension Assistance** | | **671.6** | **$69,857.50** |
| **Certus Assistance** | | | |
| Certus Testing | United States | 0.0 | $0.00 |
| **Total - Certus Assistance** | | **0.0** | **$0.00** |
| **Monthly and Interim Fee Applications** | | | |
| Monthly and Interim Fee Applications | United States | 2.8 | $266.00 |
| **Total - Monthly and Interim Fee Applications** | | **2.8** | **$266.00** |
| **Divestiture Assistance** | | | |
| Managers and above | United States | 0.0 | $0.00 |
| Seniors and Staff | United States | 0.0 | $0.00 |
| **Total - Divestiture Assistance** | | **0.0** | **$0.00** |
| **Total - Sarbanes-Oxley 404 Services** | | **22,183.7** | **$3,186,593.50** |

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| *Tax Compliance - Foreign Affiliate Reporting* | | | |
| **Tax Compliance - Foreign Affiliate Reporting** | | | |
| ITS Compliance Assistance | United States | 408.8 | $50,049.50 |
| Preparation of fee application | United States | 3.3 | $858.00 |
| **Total - Tax Compliance - Foreign Affiliate Reporting** | | **412.1** | **$50,907.50** |
| **Total - Tax Compliance - Foreign Affiliate Reporting** | | **412.1** | **$50,907.50** |

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| *Project Giant* | | | |
| **Bankruptcy Employment Application and Other Court** | | | |
| Bankruptcy Court Application | United States | 32.2 | $6,601.00 |
| **Total - Bankruptcy Employment Application and Other Court** | | **32.2** | **$6,601.00** |
| **Monthly and Interim Fee Applications** | | | |
| Manage foreign billing (US use only) | United States | 8.1 | $2,916.00 |
| Monthly and Interim Fee Applications | United States | 106.2 | $24,269.50 |
| **Total - Monthly and Interim Fee Applications** | | **114.3** | **$27,185.50** |
| **Tax Due Diligence** | | | |
| Tax | United States | 4.0 | $3,100.00 |
| **Total - Tax Due Diligence** | | **4.0** | **$3,100.00** |
| **Financial Due Diligence** | | | |
| Corporate | United States | 32.5 | $15,925.00 |
| **Total - Financial Due Diligence** | | **32.5** | **$15,925.00** |
| **Total - Project Giant** | | **183.0** | **$52,811.50** |

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| *Project Rock* | | | |
| **Project Rock** | | | |
| (b) Business Operations | Canada | 10.8 | $5,400.00 |
| (b) Business Operations | United States | 149.0 | $48,775.00 |
| (k) Fee Application | United States | 24.2 | $6,602.00 |
| (n) Manage foreign billing | United States | 1.7 | $602.00 |
| **Total - Project Rock** | | **185.7** | **$61,379.00** |
| **Total - Project Rock** | | **185.7** | **$61,379.00** |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| *Project Zip* | | | |
| **Project Zip** | | | |
| (b) Business Operations | Canada | 128.2 | $44,587.50 |
| (b) Business Operations | United States | 75.2 | $24,877.50 |
| (n) Manage foreign billing | United States | 3.4 | $884.00 |
| Non-Working Travel Time | Canada | 22.3 | $8,122.50 |
| **Total - Project Zip** | | **229.1** | **$78,471.50** |
| **Total - Project Zip** | | **229.1** | **$78,471.50** |

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| *Other Tax Consulting Services* | | | |
| **Other Tax Consulting** | | | |
| Canada | Canada | 14.6 | $9,928.40 |
| Fee Application | United States | 4.0 | $952.00 |
| Manage foreign billing (US use only) | United States | 5.4 | $1,394.00 |
| **Total - Other Tax Consulting** | | **24.0** | **$12,274.40** |
| **Total - Other Tax Consulting Services** | | **24.0** | **$12,274.40** |

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| *Delphi Divestiture Assistance* | | | |
| **Divestiture Assistance** | | | |
| Managers and above | United States | 635.2 | $171,891.00 |
| Preparation of fee application | United States | 5.3 | $1,378.00 |
| Seniors and Staff | United States | 33.5 | $3,695.00 |
| **Total - Divestiture Assistance** | | **674.0** | **$176,964.00** |
| **Total - Delphi Divestiture Assistance** | | **674.0** | **$176,964.00** |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|

*Delphi Customs Review Assistance*

**Customs Review Assistance**

| | | | |
|---|---|---:|---:|
| Business Operations | Mexico | 25.7 | $13,205.00 |
| Business Operations | United States | 29.2 | $15,280.00 |
| Preparation of fee application | United States | 3.0 | $648.00 |
| **Total - Customs Review Assistance** | | **57.9** | **$29,133.00** |
| | | | |
| **Total - Delphi Customs Review Assistance** | | **57.9** | **$29,133.00** |

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| *Delphi SALT Loan Staff* | | | |
| **SALT Loan Staff** | | | |
| Non-Working Travel Time | United States | 60.6 | $8,181.00 |
| Preparation of fee application | United States | 7.9 | $1,663.50 |
| State Tax | United States | 1,221.7 | $164,929.50 |
| **Total - SALT Loan Staff** | | **1,290.2** | **$174,774.00** |
| **Total - Delphi SALT Loan Staff** | | **1,290.2** | **$174,774.00** |

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| *Tax Provision Services* | | | |
| **Tax Provision** | | | |
| Tax Provision | United States | 58.1 | $21,234.50 |
| **Total - Tax Provision** | | **58.1** | **$21,234.50** |
| **Total - Tax Provision Services** | | **58.1** | **$21,234.50** |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| *Tax Basis Services* | | | |
| **Tax Basis** | | | |
| Tax Basis | United States | 107.7 | $35,386.50 |
| **Total - Tax Basis** | | **107.7** | **$35,386.50** |
| **Total - Tax Basis Services** | | **107.7** | **$35,386.50** |
| **Grand Totals for the Sixth Interim Period** | | **25,405.5** | **$3,879,929.40** |

**Blended Rate for the Sixth Interim Period   $152.72**