# **EXHIBIT I**

# **RATE SCHEDULE**

Delphi Corporation (Case No. 05-44481) — Exhibit I
Rate Schedule for PricewaterhouseCoopers LLP

| Area | Country | Level | Code | Rate '06 |
|---|---|---|---|---|
| Standard | Australia | Partner | Au6 | $ 400 |
| Standard | Australia | Director/Sr Manager | Au5 | $ 300 |
| Standard | Australia | Manager | Au4 | $ 200 |
| Standard | Australia | Sr Associate | Au3 | $ 160 |
| Standard | Australia | Associate | Au2 | $ 130 |
| Standard | Austria | Partner | As6 | $ 400 |
| Standard | Austria | Director/Sr Manager | As5 | $ 300 |
| Standard | Austria | Manager | As4 | $ 200 |
| Standard | Austria | Sr Associate | As3 | $ 160 |
| Standard | Austria | Associate | As2 | $ 130 |
| Standard | Belgium | Partner | Bl6 | $ 400 |
| Standard | Belgium | Director/Sr Manager | Bl5 | $ 300 |
| Standard | Belgium | Manager | Bl4 | $ 200 |
| Standard | Belgium | Sr Associate | Bl3 | $ 160 |
| Standard | Belgium | Associate | Bl2 | $ 130 |
| Standard | Brazil | Partner | Bz6 | $ 350 |
| Standard | Brazil | Director/Sr Manager | Bz5 | $ 250 |
| Standard | Brazil | Manager | Bz4 | $ 175 |
| Standard | Brazil | Sr Associate | Bz3 | $ 100 |
| Standard | Brazil | Associate | Bz2 | $ 60 |
| Standard | China | Partner | Ch6 | $ 400 |
| Standard | China | Director/Sr Manager | Ch5 | $ 300 |
| Standard | China | Manager | Ch4 | $ 175 |
| Standard | China | Sr Associate | Ch3 | $ 160 |
| Standard | China | Associate | Ch2 | $ 130 |
| Standard | Czech Republic | Partner | Cz6 | $ 350 |
| Standard | Czech Republic | Director/Sr Manager | Cz5 | $ 250 |
| Standard | Czech Republic | Manager | Cz4 | $ 175 |
| Standard | Czech Republic | Sr Associate | Cz3 | $ 135 |
| Standard | Czech Republic | Associate | Cz2 | $ 105 |
| Standard | France | Partner | Fr6 | $ 400 |
| Standard | France | Director/Sr Manager | Fr5 | $ 300 |
| Standard | France | Manager | Fr4 | $ 200 |
| Standard | France | Sr Associate | Fr3 | $ 160 |
| Standard | France | Associate | Fr2 | $ 130 |
| Standard | Germany | Partner | Ge6 | $ 400 |
| Standard | Germany | Director/Sr Manager | Ge5 | $ 300 |
| Standard | Germany | Manager | Ge4 | $ 200 |
| Standard | Germany | Sr Associate | Ge3 | $ 160 |
| Standard | Germany | Associate | Ge2 | $ 130 |
| Standard | Hungary | Partner | Hu6 | $ 350 |
| Standard | Hungary | Director/Sr Manager | Hu5 | $ 250 |
| Standard | Hungary | Manager | Hu4 | $ 175 |
| Standard | Hungary | Sr Associate | Hu3 | $ 135 |
| Standard | Hungary | Associate | Hu2 | $ 105 |
| Standard | India | Partner | In6 | $ 250 |
| Standard | India | Director/Sr Manager | In5 | $ 200 |
| Standard | India | Manager | In4 | $ 120 |
| Standard | India | Sr Associate | In3 | $ 60 |
| Standard | India | Associate | In2 | $ 50 |
| Standard | Italy | Partner | It6 | $ 400 |
| Standard | Italy | Director/Sr Manager | It5 | $ 300 |
| Standard | Italy | Manager | It4 | $ 200 |
| Standard | Italy | Sr Associate | It3 | $ 160 |
| Standard | Italy | Associate | It2 | $ 130 |
| Standard | Korea | Partner | Ko6 | $ 400 |
| Standard | Korea | Director/Sr Manager | Ko5 | $ 300 |
| Standard | Korea | Manager | Ko4 | $ 200 |
| Standard | Korea | Sr Associate | Ko3 | $ 160 |
| Standard | Korea | Associate | Ko2 | $ 130 |
| Standard | Mexico | Partner | Mx6 | $ 325 |
| Standard | Mexico | Director/Sr Manager | Mx5 | $ 225 |
| Standard | Mexico | Manager | Mx4 | $ 150 |
| Standard | Mexico | Sr Associate | Mx3 | $ 95 |
| Standard | Mexico | Associate | Mx2 | $ 75 |
| Standard | Morocco | Partner | Mo6 | $ 250 |
| Standard | Morocco | Director/Sr Manager | Mo5 | $ 180 |
| Standard | Morocco | Manager | Mo4 | $ 175 |
| Standard | Morocco | Sr Associate | Mo3 | $ 100 |
| Standard | Morocco | Associate | Mo2 | $ 75 |
| Standard | Poland | Partner | Po6 | $ 350 |
| Standard | Poland | Director/Sr Manager | Po5 | $ 250 |
| Standard | Poland | Manager | Po4 | $ 175 |
| Standard | Poland | Sr Associate | Po3 | $ 135 |
| Standard | Poland | Associate | Po2 | $ 105 |
| Standard | Portugal | Partner | Pg6 | $ 350 |
| Standard | Portugal | Director/Sr Manager | Pg5 | $ 250 |
| Standard | Portugal | Manager | Pg4 | $ 175 |
| Standard | Portugal | Sr Associate | Pg3 | $ 135 |
| Standard | Portugal | Associate | Pg2 | $ 105 |
| Standard | Romania | Partner | Ro6 | $ 350 |
| Standard | Romania | Director/Sr Manager | Ro5 | $ 250 |
| Standard | Romania | Manager | Ro4 | $ 175 |
| Standard | Romania | Sr Associate | Ro3 | $ 90 |
| Standard | Romania | Associate | Ro2 | $ 60 |
| Standard | Singapore | Partner | Si6 | $ 400 |
| Standard | Singapore | Director/Sr Manager | Si5 | $ 300 |
| Standard | Singapore | Manager | Si4 | $ 200 |
| Standard | Singapore | Sr Associate | Si3 | $ 160 |
| Standard | Singapore | Associate | Si2 | $ 130 |
| Standard | Spain | Partner | Sp6 | $ 400 |
| Standard | Spain | Director/Sr Manager | Sp5 | $ 300 |
| Standard | Spain | Manager | Sp4 | $ 200 |
| Standard | Spain | Sr Associate | Sp3 | $ 125 |
| Standard | Spain | Associate | Sp2 | $ 80 |
| Standard | Turkey | Partner | Tr6 | $ 350 |
| Standard | Turkey | Director/Sr Manager | Tr5 | $ 250 |
| Standard | Turkey | Manager | Tr4 | $ 175 |
| Standard | Turkey | Sr Associate | Tr3 | $ 135 |
| Standard | Turkey | Associate | Tr2 | $ 100 |
| Standard | United Kingdom | Partner | Uk6 | $ 400 |
| Standard | United Kingdom | Director/Sr Manager | Uk5 | $ 300 |
| Standard | United Kingdom | Manager | Uk4 | $ 200 |
| Standard | United Kingdom | Sr Associate | Uk3 | $ 140 |
| Standard | United Kingdom | Associate | Uk2 | $ 95 |
| Standard | United States | Partner | 6 | $ 390 |
| Standard | United States | Director/Sr Manager | 5 | $ 260 |
| Standard | United States | Manager | 4 | $ 165 |
| Standard | United States | Sr Associate | 3B[2] | $ 130 |
| Standard | United States | Sr Associate | 3A[1] | $ 120 |
| Standard | United States | Associate | 2B[2] | $ 110 |
| Standard | United States | Associate | 2A[1] | $ 95 |
| Standard | United States | Administrative | 1 | $ 80 |

[1] A is for unexperienced.
[2] B is for experienced.

Delphi Corporation (Case No. 05-44481)  Exhibit I
Rate Schedule for PricewaterhouseCoopers LLP

| Area | Country | Level | Code | Rate | Area | Country | Level | Code | Rate |
|---|---|---|---|---|---|---|---|---|---|
| **Specialists** | | | | | **Projects and Other** | | | | |
| Bankruptcy | United States | Partner | Bnkr6 | $ 570 | Project Giant | United States | Partner | Gi6 | $ 775 |
| Bankruptcy | United States | Director/Sr Manager | Bnkr5 | $ 500 | Project Giant | United States | Managing Director | Gi5a | $ 775 |
| Bankruptcy | United States | Manager | Bnkr4 | $ 360 | Project Giant | United States | Director/Sr Manager | Gi5 | $ 515 |
| Bankruptcy | United States | Sr Associate | Bnkr3 | $ 260 | Project Giant | United States | Manager | Gi4 | $ 390 |
| Bankruptcy | United States | Associate | Bnkr2 | $ 205 | Project Giant | United States | Sr Associate | Gi3 | $ 325 |
| Bankruptcy | United States | Paraprofessional | Bnkr1 | $ 135 | Project Giant | United States | Associate | Gi2 | $ 290 |
| | | | | | Project Giant | United States | Administrative | Gi1 | $ 100 |
| Contract Admin | United States | Partner | Ca6 | $ 540 | | | | | |
| Contract Admin | United States | Director/Sr Manager | Ca5 | $ 475 | ITS Compliance | United States | Director/Sr Manager | ITS5 | $ 320 |
| Contract Admin | United States | Manager | Ca4 | $ 340 | ITS Compliance | United States | Sr Associate | ITS3 | $ 160 |
| Contract Admin | United States | Sr Associate | Ca3 | $ 250 | ITS Compliance | United States | Associate | ITS2 | $ 115 |
| Contract Admin | United States | Associate | Ca2 | $ 195 | ITS Compliance | United States | Administrative | ITS1 | $ 85 |
| Human Resources | United States | Partner | Hr6 | $ 610 | Project Rock/Zip | US/Canada | Partner | Rk6 | $ 500 |
| Human Resources | United States | Managing Director | Hr5 | $ 590 | Project Rock/Zip | US/Canada | Managing Director | Rk5a | $ 500 |
| Human Resources | United States | Director/Sr Manager | Hr4 | $ 390 | Project Rock/Zip | US/Canada | Director/Sr Manager | Rk5 | $ 380 |
| Human Resources | United States | Manager | Hr3 | $ 265 | Project Rock/Zip | US/Canada | Manager | Rk4 | $ 325 |
| Human Resources | United States | Sr Associate | Hr2 | $ 195 | Project Rock/Zip | US/Canada | Sr Associate | Rk3 | $ 230 |
| | | | | | Project Rock/Zip | US/Canada | Associate | Rk2 | $ 220 |
| Project Mgmt | United States | Partner | Pm6 | $ 525 | | | | | |
| Project Mgmt | United States | Managing Director | Pm5a | $ 390 | SALT Loan Staff | United States | Sr Associate | SALT3 | $ 185 |
| Project Mgmt | United States | Director/Sr Manager | Pm5 | $ 320 | SALT Loan Staff | United States | Associate | SALT2 | $ 135 |
| Project Mgmt | United States | Manager | Pm4 | $ 280 | | | | | |
| Project Mgmt | United States | Sr Associate | Pm3 | $ 215 | Tax Provision | United States | Partner | TAXP6 | $ 620 |
| Project Mgmt | United States | Associate | Pm2 | $ 180 | Tax Provision | United States | Director/Sr Manager | TAXP5 | $ 420 |
| | | | | | Tax Provision | United States | Sr Associate | TAXP3 | $ 185 |
| Technology | United States | Partner | Tn6 | $ 430 | Tax Provision | United States | Associate | TAXP2 | $ 135 |
| Technology | United States | Director/Sr Manager | Tn5 | $ 360 | | | | | |
| Technology | United States | Manager | Tn4 | $ 260 | Tax Basis | United States | Partner | TAXB6 | $ 620 |
| Technology | United States | Sr Associate | Tn3 | $ 200 | Tax Basis | United States | Director/Sr Manager | TAXB5 | $ 420 |
| Technology | United States | Associate | Tn2 | $ 165 | Tax Basis | United States | Sr Associate | TAXB4 | $ 225 |
| | | | | | Tax Basis | United States | Associate | TAXB4 | $ 225 |
| Treasury | United States | Partner | Ts6 | $ 500 | | | | | |
| Treasury | United States | Managing Director | Ts5a | $ 370 | **Tax Consulting Services** | | | | |
| Treasury | United States | Director/Sr Manager | Ts5 | $ 360 | Other Tax Services | ALL | Partner | OTS6 | $ 580 |
| Treasury | United States | Manager | Ts4 | $ 280 | Other Tax Services | ALL | Director/Sr Manager | OTS5 | $ 496 |
| Treasury | United States | Sr Associate | Ts3 | $ 220 | Other Tax Services | ALL | Manager | OTS4 | $ 380 |
| Treasury | United States | Associate | Ts2 | $ 175 | | | | | |
| | | | | | Drop Ship & Whse | ALL | Partner | OTS-DSW6 | $ 512 |
| Tax | ALL | Partner | Tx6 | $ 470 | Drop Ship & Whse | ALL | Director/Sr Manager | OTS-DSW5 | $ 438 |
| Tax | ALL | Director/Sr Manager | Tx5 | $ 330 | Drop Ship & Whse | ALL | Manager | OTS-DSW4 | $ 380 |
| Tax | ALL | Manager | Tx4 | $ 230 | | | | | |
| Tax | ALL | Sr Associate | Tx3 | $ 155 | ENA Korea | Korea | Partner | Ks6 | $ 650 |
| Tax | ALL | Associate | Tx2 | $ 120 | ENA Korea | Korea | Director/Sr Manager | Ks5 | $ 505 |

**Fixed Fees**
**Executive Financial Planning Services**

| Customs Review | United States | Partner | CRA 6 | $ 650 |
| Customs Review | United States | Managing Director | CRA 5 | $ 500 |
| Customs Review | United States | Director/Sr Manager | CRA 4 | $ 400 |

As stated in PricewaterhouseCoopers retention application, these services are fixed fee by Delphi Executive and billed to the Debtors on a quarterly basis.

**WNTS Advisory Services**

As stated in PricewaterhouseCoopers retention application, these services are fixed fee advisory services billed to the Debtors through a monthly fixed fee.

2