**Hearing Date And Time: January 17, 2008 at 10:00 a.m.**
**Objection Deadline: January 11, 2008 at 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
George N. Panagakis (GP 0770)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |

DECEMBER 28, 2007 NOTICE OF FILING OF EXHIBITS WITH RESPECT TO FIRST
AMENDED JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND
CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION

("DECEMBER 28, 2007 NOTICE OF FILING PLAN EXHIBITS")

1.  On December 10, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), filed their First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors and Debtors-In-Possession (the "Plan") (Docket No. 11386).

2.  On the same date, the Debtors also filed the First Amended Disclosure Statement with respect to the Plan (Docket No. 11388).

3.  Also on December 10, 2007, the Court entered the Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 11389) (the "Solicitation Procedures Order").

4.  Paragraph 40 of the Solicitation Procedures Order requires that the Debtors file all exhibits and schedules to the Plan with the Court on or before December 28, 2007. In compliance with paragraph 40 of the Solicitation Procedures Order, the Debtors have today filed the following Plan Exhibits:

| PLAN EXHIBIT | DESCRIPTION |
|---|---|
| 7.3 | Restructuring Transactions Notice (Attachment A) |
| 7.4(a) | Certificate Of Incorporation For Reorganized Delphi (Attachment B) |
| 7.4(b) | Bylaws Of Reorganized Delphi (Attachment C) |
| 7.8 | Supplement To Management Compensation Plan (Attachment D) |
| 7.16(a) | Summary Of Terms Of New Common Stock (Attachment E) |
| 7.16(b) | Registration Rights Agreement (Attachment F) |
| 7.18(a) | Seven-Year Warrant Agreement (Attachment G) |
| 7.18(b) | Sixth-Month Warrant Agreement (Attachment H) |
| 7.18(c) | Ten-Year Warrant Agreement (Attachment I) |
| 7.21(a) | Supplement To UAW 1113/1114 Settlement Approval Order (Attachment J) |
| 7.24 | Retained Actions (Attachment K) |
| 8.1(a) | Executory Contracts And Unexpired Leases To Be Rejected (Supersedes Exhibit 8.1(a) Filed On December 10, 2007) (Attachment L) |
| 10.4 | Indenture Trustees' Prepetition Fees And Expenses (Attachment M) |

5.   All Plan Exhibits are subject to all of the provisions of the Plan including, without limitation, Article 14.3, under which the Debtors have reserved the right to alter, amend, or modify the Plan or any Exhibits thereto under section 1127(a) of the Bankruptcy Code at any time prior to the Confirmation Date.

6.   Copies of the Plan Exhibits can be obtained at http://www.nysb.uscourts.gov or free of charge at http://www.delphidocket.com or, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carlson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

Dated:   New York, New York
          December 28, 2007

                      SKADDEN, ARPS, SLATE, MEAGHER
                        & FLOM LLP

                      By:   /s/ John Wm. Butler, Jr.
                           John Wm. Butler, Jr. (JB 4711)
                           George N. Panagakis (GP 0770)
                           Ron E. Meisler (RM 3026)
                      333 West Wacker Drive, Suite 2100
                      Chicago, Illinois 60606
                      (312) 407-0700

                              - and -

                      By:   /s/ Kayalyn A. Marafioti
                           Kayalyn A. Marafioti (KM 9632)
                           Thomas J. Matz (TM 5986)
                      Four Times Square
                      New York, New York 10036
                      (212) 735-3000

                      Attorneys for Delphi Corporation, et al.,
                        Debtors and Debtors-in-Possession