Exhibit 7.18(b)

Six-Month Warrant Agreement

Please refer to Exhibit 7.18(a), which includes one consolidated agreement
regarding the six-month, seven-year, and ten-year warrants.

All Plan Exhibits are subject to all of the provisions of the First Amended Joint Plan Of
Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-
Possession (Docket No. 11386) (as subsequently modified or amended, the "Plan"),
including, without limitation, Article 14.3, under which the Debtors have reserved the right
to alter, amend, or modify the Plan or any Exhibits thereto under section 1127(a) of the
Bankruptcy Code at any time prior to the Confirmation Date.