# **EXHIBIT "B"**

# DELPHI CORPORATION
## Summary of Unpaid Contributions – with interest as of October 15, 2007
### Results Ignore Conditional Waivers Granted for Plan Years Ending 9/30/06 and 9/30/07 (HPP Only)

**Hourly-Rate Employees Pension Plan (38-3430473/003)**

| Date | Plan Year | Required | Paid | Unpaid | Interest to 10/15/2007 | Unpaid Balance Including Interest |
|---|---|---|---|---|---|---|
| 9/30/2005 | 2004 | 116,174,000 | - | 116,174,000 | 21,055,000 | 137,229,000 |
| 1/13/2006 | 2005 | 205,861,000 | 26,132,000 | 179,729,000 | 27,581,000 | 207,310,000 |
| 4/14/2006 | 2005 | 205,861,000 | 26,674,000 | 179,187,000 | 23,325,000 | 202,512,000 |
| 7/14/2006 | 2005 | 205,861,000 | 27,216,000 | 178,645,000 | 19,179,000 | 197,824,000 |
| 10/12/2006 | 2005 | 205,861,000 | 27,758,000 | 178,103,000 | 15,139,000 | 193,242,000 |
| 1/11/2007 | 2006 | 253,419,000 | 16,879,000 | 236,540,000 | 14,925,000 | 251,465,000 |
| 4/12/2007 | 2006 | 253,419,000 | 17,121,000 | 236,298,000 | 9,838,000 | 246,136,000 |
| 6/15/2007 | 2005 | 145,204,000 | - | 145,204,000 | 4,003,000 | 149,207,000 |
| 7/11/2007 | 2006 | 253,419,000 | 17,361,000 | 236,058,000 | 4,864,000 | 240,922,000 |
| 10/15/2007 | 2006 | 253,419,000 | 17,601,000 | 235,818,000 | - | 235,818,000 |
| | | | | | | **2,061,665,000** |

**Retirement Program for Salaried Employees (38-3430473/001)**

| Date | Plan Year | Required | Paid | Unpaid | Interest to 10/15/2007 | Unpaid Balance Including Interest |
|---|---|---|---|---|---|---|
| 9/30/2005 | 2004 | 56,660,000 | - | 56,660,000 | 10,269,000 | 66,929,000 |
| 1/13/2006 | 2005 | 91,269,000 | 30,763,000 | 60,506,000 | 9,285,000 | 69,791,000 |
| 4/14/2006 | 2005 | 91,269,000 | 31,202,000 | 60,067,000 | 7,819,000 | 67,886,000 |
| 7/14/2006 | 2005 | 91,269,000 | 31,641,000 | 59,628,000 | 6,401,000 | 66,029,000 |
| 10/12/2006 | 2005 | 91,269,000 | 32,081,000 | 59,188,000 | 5,031,000 | 64,219,000 |
| 1/11/2007 | 2006 | 110,932,000 | 31,827,000 | 79,105,000 | 4,991,000 | 84,096,000 |
| 4/12/2007 | 2006 | 110,932,000 | 32,282,000 | 78,650,000 | 3,274,000 | 81,924,000 |
| 6/15/2007 | 2005 | 71,612,000 | - | 71,612,000 | 1,974,000 | 73,586,000 |
| 7/11/2007 | 2006 | 110,932,000 | 30,225,000 | 80,707,000 | 1,663,000 | 82,370,000 |
| 10/15/2007 | 2006 | 110,932,000 | 30,643,000 | 80,289,000 | - | 80,289,000 |
| | | | | | | **737,119,000** |

**Notes:**
1. Interest is credited to 10/15/2007 based on the plan rate, 8.50%. Interest was credited on a compound basis for each 1/2 month increment.

# DELPHI CORPORATION
## Summary of Missed Quarterly Contributions with Interest as of January 17, 2008

### ASEC Pension Plan

| Date | Plan Year | Contributions Required | Contributions Paid | Contributions Unpaid | Interest to 12/31/2007 | Unpaid Balance Including Interest |
|---|---|---|---|---|---|---|
| 1/13/2006 | 2005 | 330,000 | 330,000 | - | - | - |
| 4/14/2006 | 2005 | 330,000 | 330,000 | - | - | - |
| 7/14/2006 | 2005 | 330,000 | 330,000 | - | - | - |
| 10/12/2006 | 2005 | 330,000 | 330,000 | - | - | - |
| 1/11/2007 | 2005 | 330,000 | 330,000 | - | - | - |
| 4/12/2007 | 2006 | 656,059 | 330,000 | 326,059 | 20,175 | 346,234 |
| 7/11/2007 | 2006 | 656,059 | 330,000 | 326,059 | 13,450 | 339,509 |
| 9/15/2007 | 2005 | 1,146,738 | 1,146,738 | - | - | - |
| 10/11/2007 | 2006 | 656,059 | 330,000 | 326,059 | 6,725 | 332,784 |
| 1/17/2008 | 2006 | 656,059 | 330,000 | 326,059 | - | 326,059 |
|  |  |  |  |  |  | **1,344,586** |

1. Interest is credited to 1/18/2008 based on the plan rate. Interest was credited on a compound basis for each 1/2 month increment.

Watson Wyatt Worldwide
Page 1 of 1

C:\Documents and Settings\caloway1\Local Settings\Temporary Internet Files\OLK3A\Unpaid Quarterly Contributions template 01 17 2008

## Delphi Mechatronic Systems
### Retirement Program (38-3589834/001)
### Summary of Unpaid Contributions - with interest - as of January 15, 2008

| Date Due | Date Paid | Plan Year | Contributions Required | Paid | Unpaid | Interest to 12/31/2007 | Unpaid Balance Including Interest |
|---|---|---|---|---|---|---|---|
| 4/13/2007 | 4/11/2007 | 2007 | 278,660 | 216,000 | 62,660 | 3,608 | 66,268 |
| 7/13/2007 | 7/11/2007 | 2007 | 278,660 | 215,444 | 63,216 | 2,404 | 65,620 |
| 10/15/2007 | 10/11/2007 | 2007 | 278,660 | 218,462 | 60,198 | 1,134 | 61,332 |
| 1/15/2008 | 1/15/2008 | 2007 | 278,660 | 221,481 | 57,179 | - | 57,179 |
| | | | | | | | **250,399** |

**Notes:**

1. Interest is credited to 1/15/2008 based on the plan rate in effect for 2007 of 7.75%. Interest was credited on a compound basis for each 1/2 month increment.

2. The 2006 ERISA minimum required contribution was paid in full effective September 14, 2007.

3. The January 15, 2008 amount "Paid" is based on our current understanding of the amount Delphi intends to pay.