Lawrence J. Murphy, Esq. (P47129)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI  48226
Telephone:  (313) 465-7488
Facsimile:  (313) 465-7489
lmurphy@honigman.com

Attorneys for Guide Corporation and Lightsource Parent Corporation

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
|  | : |  |
| **DELPHI CORPORATION, *et al.*,** | : | Case No. 05-44481 |
|  | : | (Jointly Administered |
| Debtors. | : |  |
|  | : | Hon. Robert D. Drain |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lawrence J. Murphy, a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Courts for the Eastern and Western Districts of Michigan, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent:  Guide Corporation and Lightsource Parent Corporation in the above referenced case.

My address is:    Lawrence J. Murphy, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
Telephone:  (313) 465-7488
Facsimile:  (313) 465-7489
Email:  lmurphy@honigman.com

The filing fee of $25.00 has been submitted with this motion for ***pro hac vice*** admission.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Guide Corporation and Lightsource Parent Corporation

Dated:  January 2, 2008

By:   /s/ Lawrence J. Murphy
Lawrence J. Murphy, Esq. (P47129)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
Telephone:  (313) 465-7488
Facsimile:  (313) 465-7489
Email:  lmurphy@honigman.com

DETROIT.2812545.1

Lawrence J. Murphy, Esq. (P47129)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI  48226
Telephone:  (313) 465-7488
Facsimile:  (313) 465-7489
lmurphy@honigman.com

Attorneys for Guide Corporation and Lightsource Parent Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| **DELPHI CORPORATION,** *et al.*, | : | Case No. 05-44481 |
| | : | (Jointly Administered |
| Debtors. | : | |
| | : | Hon. Robert D. Drain |

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

**ORDERED**, that Lawrence J. Murphy, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

DETROIT.2812547.1