**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                          Chapter 11

                                                       Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                    Jointly Administered

                 Debtors

------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Margaret Bartindale, *Esq.* for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Margaret Bartindale, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  January 2, 2008
        New York, New York

                                         /s/Robert D. Drain_____
                                         UNITED STATES BANKRUPTCY JUDGE