Hearing Date and Time: January 17, 2008 at 10:00 a.m.
Objection Deadline: January 11, 2008 at 4:00 p.m.

BUCHANAN INGERSOLL & ROONEY PC
Counsel for Fiduciary Counselors, Inc.
1 Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile
William H. Schorling, Esquire (WS-6322)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008 I caused to be served the Motion For Order Estimating Claims For Purposes Of Voting On Plan Of Reorganization upon the persons and entities listed on Exhibit A annexed hereto by causing copies of same to be delivered via hand delivery as addressed as indicated on Exhibit A, and via electronic mail upon the persons and entities listed on Exhibit B.

Dated: January 2, 2008
Philadelphia, PA

BUCHANAN INGERSOLL & ROONEY PC

_____
Donna S. Curcio
Legal Assistant
1835 Market Street
Philadelphia, PA 19103
Tel: (215) 665-8700
Fax: (215) 665-8760