# EXHIBIT A

**Via Hand Delivery:**

| Offices of the US Trustee for the Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Judge Robert D. Drain<br>United States Bankruptcy Court for the Southern District of New York<br>One Bowling Green<br>New York, NY 100004-1408 |