# EXHIBIT B

'brian.resnick@dpw.com'; 'donald.bernstein@dpw.com'; 'gpanagakis@skadden.com'; 'jbutler@skadden.com'; 'nstuart@skadden.com'; 'mitchell.seider@lw.com'; 'kmarafioti@skadden.com'; 'mark.broude@lw.com'; 'jeff.tanenbaum@weil.com'; 'rmeisler@skadden.com'; 'robert.rosenberg@lw.com'; 'michael.kessler@weil.com'; 'robert.lemons@weil.com'; 'tmatz@skadden.com'; 'brad.eric.scheler@friedfrank.com'; 'bonnie.steingart@friedfrank.com'; 'melwavi@friedfrank.com'; 'tlauria@whitecase.com'; 'mshepherd@whitecase.com'; 'guzzi@whitecase.com'; 'gkurtz@whitecase.com'; 'dbaumstein@whitecase.com';