**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                                          Chapter 11

                                                                                                      Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                       Jointly Administered

                                 Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

      UPON the motion of Lawrence J. Murphy, *Esq.* for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that Lawrence J. Murphy, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  January 2, 2008
        New York, New York

                                               /s/Robert D. Drain_____
                                             UNITED STATES BANKRUPTCY JUDGE