**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

DELPHI CORPORATION,

                             Debtor.

In re: Case No. 05-44481 (RDD)
Chapter 11
(Jointly Administered)

------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF RESPONSE OF CITY OF VANDALIA, OHIO TO DEBTORS' NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. §502(b) AND FED.R.BANKR.P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX, CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

      The City of Vandalia, Ohio, by and through its counsel, hereby withdraws its RESPONSE TO DEBTORS' NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) pursuant to 11 U.S.C. §502(B) and FED.R.BANKR.P. 3007, TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODFICIATION, TAX, CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS (Docket No. 8987) as this matter has been settled as provided in the JOINT STIPULATION AND AGREED ORDER SIGNED ON 12/12/2007 (I) COMPROMISING PROOF OF CLAIM NUMBER 16396 AND (II) DISALLOWING AND EXPUNGING PROOF OF CLAIM NUMBER 7219 (CITY OF VANDALIA, OHIO) (Docket No. 11432).

Dated: January 2, 2008

Respectfully Submitted,

*/s/ Sarah B. Chapman Carter*
Sarah B. Chapman Carter (0079889, OH)
Pickrel, Schaeffer & Ebeling Co., LPA
2700 Kettering Tower
Dayton, Ohio  45423
Telephone:  (937) 223-1130
Email: scarter@pselaw.com
Attorney for Creditor City of Vandalia, Ohio