SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | |
|---|---|
| In Re: | **Chapter 11** |
| **DELPHI CORPORATION,** | **Case No. 05-44481-rdd**<br>**Judge Robert D. Drain**<br>**(Jointly Administered)** |
| Debtor. | |

----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )

               ) ss.:

COUNTY OF NASSAU )

DAWN MIGLIORE, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides at MASSAPEQUA, New York. On December 31, 2007, deponent served the within **NOTICE OF MOTION TO VACATE STAY TO PERMIT COMMENCEMENT OF ACTION TO RE-TRANSFER PROPOSED PLAINTIFF'S BACK TO HOURLY EMPLOYEE STATUS** dated December 31, 2007, to each of the creditors of the above-named Debtor, as appears from the annexed list.

That the above was securely enclosed in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

The parties served herein constitute all creditors, parties in interest, and entities Otherwise entitled to notice.

*Dawn Migliore*

DAWN MIGLIORE

Sworn to before me this
2nd day of January, 2008

_____

Notary Public

ANDREW M. THALER
Notary Public, State of New York
No. 30-4700402
Qualified in Nassau County
Commission Expires on April 30, 20 11

W:\Clients A-Z\Clients K-N\Martin.David\AffofServ 001dmm - Notice of Motion to Vacate.wpd

Adalberto Cañadas Castillo
Avda Ramon de Carranza10-1º
Cadiz11006

Adler Pollock & Sheehan PC
Joseph Avanzato
One Citizens Plz 8th Fl
Providence, RI 02903

Airgas, Inc. Attn:  David Boyle
259 Radnor-Chester Road, Suite 100P.O. Box 6675
Radnor,PA19087-8675

Akebono Corporation (North America)
Alan Swiech
34385 Twelve Mile Road
Farminton Hills,MI48331

Akin Gump Strauss Hauer & Feld, LLP
David M Dunn
1333 New Hampshire Ave NW
Washington,DC20036

Akin Gump Strauss Hauer & Feld, LLP
Ira S Dizengoff
590 Madison Ave
New York,NY10022-2524

Akin Gump Strauss Hauer & Feld, LLP
Peter J. Gurfein
2029 Centure Park EastSuite 2400
Los Angeles,CA90067

Allen Matkins Leck Gamble & Mallory LLP
Michael S. Greger
1900 Main StreetFifth Floor
Irvine,CA92614-7321

Alston & Bird, LLP
Craig E. Freeman
90 Park Avenue
New York,NY10016

Alston & Bird, LLP
Dennis J. Connolly; David A. Wender
1201 West Peachtree Street
Atlanta,GA30309

Ambrake Corporation
Brandon J. Kessinger
300 Ring Road
Elizabethtown,KY42701

American Axle & Manufacturing, Inc.
Steven R. Keyes
One Dauch Drive, Mail Code 6E-2-42
Detroit,MI48243

Andrews Kurth LLP
Gogi Malik
1717 Main StreetSuite 3700
Dallas,TX75201

Andrews Kurth LLP
Monica S. Blacker
1717 Main StreetSuite 3700
Dallas,TX75201

Angelo, Gordon & Co.
Leigh Walzer
245 Park Avenue26th Floor
New York,NY10167

Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP, Attn:  Mark T. Flewelling
199 South Los Robles AvenueSuite 600
Pasadena,CA91101-2459

Anthony Ostlund & Baer PA
John B Orenstein
3600 Wells Fargo Ctr90 S 7th St
Minneapolis,MN 55402

APS Clearing, Inc.
Andy Leinhoff & Matthew Hamilton
1301 S. Capital of Texas HwySuite B-220
Austin,TX78746

Arent Fox PLLC
Mitchell D. Cohen
1675 Broadway
New York,NY10019

Arent Fox PLLC
Robert M. Hirsh
1675 Broadway
New York,NY10019

Arnall Golden Gregory LLP
Darryl S. Laddin
171 17th Street NWSuite 2100
Atlanta,GA30363-1031

Arnold & Porter LLP
Joel M. Gross
555 Twelfth Street, N.W.
WashingtonD.C.20004-1206

ATS Automation Tooling Systems Inc.
Carl Galloway
250 Royal Oak Road
CambridgeOntarioN3H 4R6

Balch & Bingham LLP
Eric T. Ray
PO Box 306
BirminghamAL35201

Barack, Ferrazzano, Kirschbaum & Nagelberg LLP  Attn:  Kimberly J. Robinson
200 W Madison St Ste 3900
ChicagoIL60606

Barack, Ferrazzano, Kirschbaum & Nagelberg LLP Attn:  William J. Barrett
200 W Madison St Ste 3900
ChicagoIL60606

Barnes & Thornburg LLP
Alan K. Mills
11 S. Meridian Street
IndianapolisIN46204

Barnes & Thornburg LLP
John T. Gregg
300 Ottawa Avenue, NWSuite 500
Grand Rapids,MI49503

Barnes & Thornburg LLP
Mark R. Owens
11 S. Meridian Street
Indianapolis,IN46204

Barnes & Thornburg LLP
Michael K. McCrory
11 S. Meridian Street
Indianapolis,IN46204

Barnes & Thornburg LLP
Patrick E. Mears
300 Ottawa Avenue, NWSuite 500
Grand Rapids,MI49503

Barnes & Thornburg LLP
Wendy D. Brewer
11 S. Meridian Street
Indianapolis,IN46204

Bartlett Hackett Feinberg P.C.
Frank F. McGinn
155 Federal Street9th Floor
Boston,MA02110

Beeman Law Office
Thomas M Beeman
33 West 10th StreetSuite 200
Anderson,IN46016

Bernstein Litowitz Berger & Grossman
Hannah E. Greenwald
1285 Avenue of the Americas
New York,NY10019

Bernstein Litowitz Berger & Grossman
John P. Coffey
1285 Avenue of the Americas
New York,NY10019

Bernstein Litowitz Berger & Grossman
Wallace A. Showman
1285 Avenue of the Americas
New York,NY10019

Berry Moorman P.C.
James P. Murphy
535 GriswoldSuite 1900
Detroit,MI48226

Bialson, Bergen & Schwab
Kenneth T. Law, Esq.
2600 El Camino RealSuite 300
Palo Alto,CA94306

Bialson, Bergen & Schwab
Lawrence M. Schwab, Esq.
2600 El Camino RealSuite 300
Palo Alto,CA94306

Bialson, Bergen & Schwab
Patrick M. Costello, Esq.
2600 El Camino RealSuite 300
Palo Alto,CA94306

Bialson, Bergen & Schwab
Thomas M. Gaa
2600 El Camino RealSuite 300
Palo Alto,CA94306

Bingham McHale LLP
Michael J Alerding
10 West Market StreetSuite 2700
IndianapolisIN46204

Bingham McHale LLP
John E Taylor & Whitney L Mosby
10 West Market StreetSuite 2700
IndianapolisIN46204

Blank Rome LLP
Marc E. Richards
The Chrysler Building405 Lexington Avenue
New YorkNY10174

Bodman LLP
Ralph E. McDowell
100 Renaissance Center34th Floor
Detroit,MI48243

Bond, Schoeneck & King, PLLC
Camille W. Hill
One Lincoln Center18th Floor
Syracuse,NY13202

Bond, Schoeneck & King, PLLC
Charles J. Sullivan
One Lincoln Center18th Floor
Syracuse,NY13202

Bond, Schoeneck & King, PLLC
Stephen A. Donato
One Lincoln Center18th Floor
Syracuse,NY13202

Bose McKinney & Evans LLP
Michael A Trentadue & Carina M de la Torre
2700 First Indiana Plz135 N Pennsylvania St
Indianapolis,IN46204

Boult, Cummings, Conners & Berry, PLC
Austin L. McMullen
1600 Division St, Suite 700PO Box 34005
Nashville,TN37203

Boult, Cummings, Conners & Berry, PLC
Roger G. Jones
1600 Division Street, Suite 700PO Box 34005
NashvilleTN37203

Brembo S.p.A. Attn:  Massimilliano Cini
Administration Department via Brembo
2524035 Curno BG
Bergamo, Italy

Brown & Connery, LLP
Donald K. Ludman
6 North Broad Street
WoodburyNJ08096

Buchalter Nemer, A Profesional  Corp.
Shawn M. Christianson
333 Market Street25th Floor
San Francisco,CA94105-2126

Burr & Forman LLP
Michael Leo Hall
420 North Twentieth StreetSuite 3100
Birmingham,AL35203

Cadwalader Wickersham & Taft LLP
Jeannine D'Amico
1201 F St NW Ste 1100
Washington,DC20004

Cage Williams & Abelman, P.C.
Steven E. Abelman
1433 Seventeenth Street
Denver,CO 80202

Cahill Gordon & Reindel LLP
Jonathan Greenberg
80 Pine Street
New York,NY10005

Cahill Gordon & Reindel LLP
Robert Usadi
80 Pine Street
New York,NY10005

Calfee, Halter & Griswold LLC
Jean R. Robertson, Esq.
1400 McDonald Investment Ctr800 Superior Ave
Cleveland, OH44114

Carter Ledyard & Milburn LLP
Aaron R. Cahn
2 Wall Street
New York,NY10005

Clark Hill PLC
Shannon Deeby
500 Woodward AvenueSuite 3500
Detroit,MI48226-3435

Cleary, Gottlieb, Steen & Hamilton LLP
James L. Bromley
One Liberty Plaza
New YorkNY10006

Cohn Birnbaum & Shea P.C.
Scott D. Rosen, Esq.
100 Pearl Street, 12th Floor
Hartford,CT06103

Connolly Bove Lodge & Hutz LLP
Jeffrey C. Wisler, Esq.
1007 N. Orange StreetP.O. Box 2207
Wilmington,DE19899

Coolidge, Wall, Womsley & Lombard Co. LPA
Steven M. Wachstein
33 West First StreetSuite 600
DaytonOH45402

Covington & Burling
Susan Power Johnston & Aaron R. Marcu
620 Eighth Ave
New YorkNY10018

Curtin & Heefner, LLP
Robert  Szwajkos
250 N. Pennslyvania Avenue
MorrisvillePA19067

DaimlerChrysler Corporation
Kim Kolb
CIMS 485-13-321000 Chrysler Drive
Auburn HillsMI48326-2766

Calinoff & Katz, Llp
Dorothy H. Marinis-Riggio
140 East 45th Street17th Floor
New York,NY10017

Chadbourne & Parke LLP
Douglas Deutsch, Esq.
30 Rockefeller Plaza
New York,NY10112

Clark Hill PLLC
Robert D. Gordon
500 Woodward AvenueSuite 3500
Detroit,MI48226-3435

Cohen & Grigsby, P.C.
Thomas D. Maxson
11 Stanwix Street15th Floor
PittsburghPA15222-1319

Colbert & Winstead, P.C.
Amy Wood Malone
1812 Broadway
Nashville,TN37203

Contrarian Capital Management, L.L.C.
Mark Lee, Janice Stanton, Bill Raine, Seth Lax
411 West Putnam AvenueSuite 225
Greenwich,CT06830

Coolidge, Wall, Womsley & Lombard Co. LPA
Sylvie J. Derrien
33 West First StreetSuite 600
DaytonOH45402

Cox, Hodgman & Giarmarco, P.C.
Sean M. Walsh, Esq.
Tenth Fl Columbia Center101 W. Big Beaver Rd
TroyMI48084-5280

Curtis, Mallet-Prevost, Colt & Mosle LLP
Andrew M. Thau
101 Park Avenue
New YorkNY10178-0061

Damon & Morey LLP
William F. Savino
1000 Cathedral Place298 Main Street
BuffaloNY14202-4096

Carson Fischer, P.L.C.
Robert A. Weisberg
300 East Maple RoadThird Floor
Birmingham,MI48009-6317

Clark Hill PLC
Joel D. Applebaum
500 Woodward AvenueSuite 3500
Detroit,MI48226-3435

Cleary Gottlieb Steen & Hamilton LLP
Deborah M. Buell
One Liberty Plaza
New York,NY10006

Cohen, Weiss & Simon LLP
Joseph J. Vitale & Babette Ceccotti
330 West 42nd Street
New YorkNY10036

Conlin, McKenney & Philbrick, P.C.
Bruce N. Elliott
350 South Main StreetSuite 400
Ann Arbor,MI48104

Coolidge, Wall, Womsley & Lombard Co. LPA
Ronald S. Pretekin
33 West First StreetSuite 600
Dayton,OH45402

Cornell University Attn:  Nancy H. Pagliaro
Office of University Counsel300 CCC Building, Garden Avenue
Ithaca, NY14853-2601

Curtin & Heefner, LLP
Daniel P. Mazo
250 N. Pennslyvania Avenue
MorrisvillePA19067

Curtis, Mallet-Prevost, Colt & Mosle LLP
David S. Karp
101 Park Avenue
New YorkNY10178-0061

Day Pitney LLP
Richard M. Meth
P.O. Box 1945
MorristownNJ07962-1945

Day Pitney LLP
Ronald S. Beacher & Conrad K. Chiu
7 Times Square
New YorkNY10036

Dinsmore & Shohl LLP
John Persiani
1900 Chemed Center255 East Fifth Street
CincinnatiOH45202

Drinker Biddle & Reath LLP
Andrew C. Kassner
18th and Cherry Streets
PhiladelphiaPA19103

Duane Morris LLP
Joseph H. Lemkin
744 Broad StreetSuite 1200
NewarkNJ07102

Dykema Gossett PLLC
Brendan G Best Esq
39577 Woodward Ave Ste 300
Bloomfield HillsMI48304

Electronic Data Systems Corporation
Ayala Hassell
5400 Legacy Dr.Mail Stop H3-3A-05
PlanoTX75024

Ettelman & Hochheiser, P.C.
Gary Ettelman
c/o Premium Cadillac77 Main Street
New RochelleNY10801

Filardi Law Offices LLC
Charles J. Filardi, Jr., Esq.
65 Trumbull StreetSecond Floor
New HavenCT06510

Foley & Lardner LLP
Jill L. Murch
321 North Clark StreetSuite 2800
ChicagoIL60610-4764

Fox Rothschild LLP
Fred Stevens
13 East 37th StreetSuite 800
New YorkNY10016

Denso International America, Inc.
Carol Sowa
24777 Denso Drive
SouthfieldMI48086

DLA Piper Rudnick Gray Cary US LLP
Richard M. Kremen & Maria Ellena Chavez-Ruark
The Marbury Building6225 Smith Avenue
BaltimoreMaryland21209-3600

Drinker Biddle & Reath LLP
David B. Aaronson
18th and Cherry Streets
PhiladelphiaPA19103

Duane Morris LLP
Margery N. Reed, Esq.
30 South 17th Street
PhiladelphiaPA19103-4196

Dykema Gossett PLLC
Gregory J. Jordan
10 WackerSuite 2300
ChicagoIL60606

Entergy Services, Inc.
Alan H. Katz
639 Loyola Ave 26th Fl
New OrleansLA70113

Fagel Haber LLC
Gary E. Green
55 East Monroe40th Floor
ChicagoIL60603

Finkel Goldstein Rosenbloom & Nash LLP
Ted J. Donovan
26 BroadwaySuite 711
New YorkNY10004

Foley & Lardner LLP  Attn: John A. Simon
One Detroit Center
500 Woodward Ave Suite 2700
DetroitMI48226-3489

Fox Rothschild LLP
Michael J. Viscount, Jr.
1301 Atlantic AvenueSuite 400
Atlantic CityNJ08401-7212

DiConza Law, P.C.
Gerard DiConza, Esq.
630 Third Avenue, 7th Floor
New YorkNY10017

Dreier LLP
Maura I. Russell & Wendy G. Marcari
499 Park Ave14th Fl
New YorkNY10022

Drinker Biddle & Reath LLP
Janice B. Grubin
140 Broadway 39th Fl
New YorkNY10005-1116

Duane Morris LLP
Wendy M. Simkulak, Esq.
30 South 17th Street
PhiladelphiaPA19103-4196

Eckert Seamans Cherin & Mellott LLC
Michael G. Busenkell
300 Delaware AvenueSuite 1360
WilmingtonDE19801

Erman, Teicher, Miller, Zucker & Freedman, P.C.
David H. Freedman
400 Galleria OfficentreSte. 444
SouthfieldMI48034

Fagel Haber LLC
Lauren Newman
55 East Monroe40th Floor
ChicagoIL60603

Foley & Lardner LLP
David G Dragich
500 Woodward Ave Suite 2700
DetroitMI48226-3489

Foley & Lardner LLP
Michael P. Richman
90 Park Avenue37th Floor
New YorkNY10016-1314

Frederick T. Rikkers
419 Venture CourtP.O. Box 930555
VeronaWI53593

| | | |
|---|---|---|
| Fulbright & Jaworski LLP | Fulbright & Jaworski LLP | Garvey Schubert Barer |
| David A Rosenzweig | Michael M Parker | Roberto Carrillo |
| 666 Fifth Avenue | 300 Convent St Ste 2200 | 100 Wall St 20th Fl |
| New YorkNY10103-3198 | San AntonioTX78205 | New YorkNY10005 |
| Genovese Joblove & Battista, P.A. | Gibbons P.C. | Goldberg, Stinnett, Meyers & Davis |
| Craig P. Rieders, Esq. | David N. Crapo | Merle C. Meyers |
| 100 S.E. 2nd StreetSuite 4400 | One Gateway Center | 44 Montgomery StreetSuite 2900 |
| MiamiFL33131 | NewarkNJ07102-5310 | San FranciscoCA94104 |
| Goodwin Proctor LLP | Goodwin Proctor LLP | Gorlick, Kravitz & Listhaus, P.C. |
| Allan S. Brilliant | Craig P. Druehl | Barbara S. Mehlsack |
| 599 Lexington Avenue | 599 Lexington Avenue | 17 State Street4th Floor |
| New YorkNY10022 | New YorkNY10022 | New YorkNY10004 |
| Goulston & Storrs, P.C. | Grant & Eisenhofer P.A. | Grant & Eisenhofer P.A. |
| Peter D. Bilowz | Geoffrey C. Jarvis | Jay W. Eisenhofer |
| 400 Atlantic Avenue | 1201 North Market StreetSuite 2100 | 45 Rockefeller Center650 Fifth Avenue |
| BostonMA02110-333 | WilmingtonDE19801 | New YorkNY10111 |
| Grant & Eisenhofer P.A. | Gratz, Miller & Brueggeman, S.C. | Gratz, Miller & Brueggeman, S.C. |
| Sharan Nirmul | Matthew R. Robbins | Timothy C. Hall |
| 1201 North Market StreetSuite 2100 | 1555 N. RiverCenter DriveSuite 202 | 1555 N. RiverCenter DriveSuite 202 |
| WilmingtonDE19801 | MilwaukeeWI53212 | MilwaukeeWI53212 |
| Graydon Head & Ritchey LLP | Greenberg Traurig, LLP | Greenberg Traurig, LLP |
| J. Michael Debbler, Susan M. Argo | Maria J. DiConza | Shari L. Heyen |
| 1900 Fifth Third Center511 Walnut Street | MetLife Bldg200 Park Avenue | 1000 LouisianaSuite 1800 |
| CincinnatiOH45202 | New YorkNY10166 | HoustonTX77002 |
| Greensfelder, Hemker & Gale, P.C. | Guaranty Bank | Halperin Battaglia Raicht, LLP  Attn:  Alan D. Halperin & Christopher J.Battaglia & Julie D. Dyas |
| Cherie Macdonald & Patrick Bradley | Herb Reiner | |
| 10 S. BroadwaySuite 200 | 8333 Douglas Avenue | 555 Madison Avenue9th Floor |
| St. LouisMO63102 | DallasTX75225 | New York, NY10022 |
| Hancock & Estabrook LLP | Harris D. Leinwand | Haynes and Boone, LLP |
| R John Clark Esq | Harris D. Leinwand | Judith Elkin |
| 1500 Tower IPO Box 4976 | 350 Fifth AvenueSuite 2418 | 153 East 53rd StreetSuite 4900 |
| SyracuseNY13221-4976 | New YorkNY10118 | New YorkNY10022 |
| Haynes and Boone, LLP | Heller Ehrman LLP | Heller Ehrman LLP |
| Lenard M. Parkins & Kenric D. Kattner | Carren Shulman | Timothy Mehok |
| 1 Houston Center1221 McKinney, Suite 2100 | Times Square TowerSeven Times Square | Times Square TowerSeven Times Square |
| HoustonTX77010 | New YorkNY10036 | New YorkNY10036 |
| Herrick, Feinstein LLP | Hewlett-Packard Company | Hewlett-Packard Company |
| Paul Rubin | Anne Marie Kennelly | Kenneth F. Higman |
| 2 Park Avenue | 3000 Hanover St., M/S 1050 | 2125 E. Katella AvenueSuite 400 |
| New YorkNY10016 | Palo AltoCA94304 | AnaheimCA92806 |

Hewlett-Packard Company
Sharon Petrosino
420 Mountain Avenue
Murray HillNJ07974

Hodgson Russ LLP
Stephen H. Gross, Esq.
230 Park Avenue17th Floor
New YorkNY10169

Hogan & Hartson L.L.P.
Edward C. Dolan
Columbia Square555 Thirteenth St, N.W.
WashingtonD.C.20004-1109

Honigman, Miller, Schwartz and Cohn, LLP
Donald T. Baty, Jr.
2290 First National Bldng660 Woodward Ave
DetroitMI48226

Howard & Howard Attorneys PC
Lisa S Gretchko
39400 Woodward AveSte 101
Bloomfield HillsMI48304-5151

Hunter & Schank Co. LPA
Thomas J. Schank
One Canton Square1700 Canton Avenue
ToledoOH43624

Hurwitz & Fine P.C.
Ann E. Evanko
1300 Liberty Building
BuffaloNY14202

Infineon Technologies North America Corp
Jeff Gillespie
2529 Commerce DriveSuite H
KokomoIN46902

Jaffe, Raitt, Heuer & Weiss, P.C.
Paige E. Barr
27777 Franklin RoadSuite 2500
SouthfieldMI48034

Jenner & Block LLP
Ronald R. Peterson
One IBM Plaza
ChicagoIL60611

Hiscock & Barclay, LLP
J. Eric Charlton
300 South Salina StreetPO Box 4878
SyracuseNY13221-4878

Hodgson Russ LLP
Stephen H. Gross, Esq.
60 E 42nd St 37th Fl
New YorkNY10165-0150

Hogan & Hartson L.L.P.
Scott A. Golden
875 Third Avenue
New YorkNY10022

Honigman, Miller, Schwartz and Cohn, LLP
E. Todd Sable
2290 First National Bldng660 Woodward Ave
DetroitMI48226

Howick, Westfall, McBryan & Kaplan, LLP
Louis G. McBryan
3101 Tower Creek PkwySte 600 One Tower Creek
AtlantaGA30339

Hunton & Wiliams LLP
Michael P. Massad, Jr.
Energy Plaza, 30th Floor1601 Bryan Street
DallasTX75201

Ice Miller
Ben T. Caughey
One American SquareBox 82001
IndianapolisIN46282-0200

InPlay Technologies Inc
Heather Beshears
234 South Extension Road
MesaAZ85201

James R Scheuerle
Parmenter O'Toole
601 Terrace StreetPO Box 786
MuskegonMI49443-0786

Johnston, Harris Gerde & Komarek, P.A.
Jerry W. Gerde, Esq.
239 E. 4th St.
Panama CityFL32401

Hodgson Russ LLP
Julia S. Kreher
One M&T PlazaSuite 2000
BuffaloNY14203

Hogan & Hartson L.L.P.
Audrey Moog
Columbia Square555 Thirteenth St, N.W.
WashingtonD.C.20004-1109

Holme Roberts & Owen, LLP
Elizabeth K. Flaagan
1700 LincolnSuite 4100
DenverCO80203

Honigman, Miller, Schwartz and Cohn, LLP
Seth A Drucker
2290 First National Bldng660 Woodward Ave Ste 2290
DetroitMI48226

Hunter & Schank Co. LPA
John J. Hunter
One Canton Square1700 Canton Avenue
ToledoOH43624

Hunton & Wiliams LLP
Steven T. Holmes
Energy Plaza, 30th Floor1601 Bryan Street
DallasTX75201

Infineon Technologies North America Corp
Greg Bibbes
1730 North First StreetM/S 11305
San JoseCA95112

International Union of Operating Engineers
Richard Griffin
1125-17th Avenue, N.W.
WashingtonDC20036

Jason, Inc.
Beth Klimczak, General Counsel
411 E. Wisconsin AveSuite 2120
MilwaukeeWI53202

Jones Day
Scott J. Friedman
222 East 41st Street
New YorkNY10017

Katten Muchin Rosenman LLP

John P. Sieger, Esq.

525 West Monroe Street

ChicagoIL60661

Keller Rohrback L.L.P. Attn: Lynn Lincoln Sarko,Cari Campen Laufenberg & Erin M. Rily

1201 Third AvenueSuite 3200

SeattleWA98101

Kelley Drye & Warren, LLP

Mark. R. Somerstein

101 Park Avenue

New YorkNY10178

Kennedy, Jennick & Murray

Thomas Kennedy

113 University Place7th Floor

New YorkNY10003

Kirkpatrick & Lockhart Nicholson Graham LLP

Edward M. Fox

599 Lexington Avenue

New YorkNY10022

Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A.

Sam O. Simmerman

4775 Munson Street N.W.P.O. Box 36963

CantonOH44735-6963

Kutchin & Rufo, P.C.

Kerry R. Northrup

Two Center PlazaSuite 620

BostonMA02108-1906

Latham & Watkins

Henry P. Baer, Jr.

885 Third Avenue

New YorkNY10022

Latham & Watkins

Michael J. Riela

885 Third Avenue

New YorkNY10022

Lewis and Roca LLP

Rob Charles, Esq.

One South Church StreetSuite 700

TucsonAZ85701

Kaye Scholer LLP

Richard G Smolev

425 Park Avenue

New YorkNY10022-3598

Keller Rohrback P.L.C.

Gary A. Gotto

National Bank Plaza3101 North Central Ave, Suite 900

PhoenixAZ85012

Kennedy, Jennick & Murray

Larry Magarik

113 University Place7th Floor

New YorkNY10003

King & Spalding, LLP

H. Slayton Dabney, Jr. & Bill Dimos

1185 Avenue of the Americas

New YorkNY10036

Klett Rooney Lieber & Schorling

DeWitt Brown

The Brandywine Bldng1000 West St, Ste 1410

WilmingtonDE19801

Kutak Rock LLP

Jay Selanders

1010 Grand Blvd Ste 500

Kansas CityMO64106

Lambert. Leser, Isackson, Cook & Guinta, P.C.

Susan M. Cook

309 Davidson BuildingPO Box 835

Bay CityMI48707-0835

Latham & Watkins

John W. Weiss

885 Third Avenue

New YorkNY10022

Latham & Watkins

Mitchell A. Seider

885 Third Avenue

New YorkNY10022

Lewis and Roca LLP

Susan M. Freeman, Esq.

40 North Central AvenueSuite 1900

PhoenixAZ85004-4429

Kegler, Brown, Hill & Ritter Co., LPA

Kenneth R. Cookson

65 East State StreetSuite 1800

ColumbusOH43215

Kelley Drye & Warren, LLP

Mark I. Bane

101 Park Avenue

New YorkNY10178

Kennedy, Jennick & Murray

Susan M. Jennik

113 University Place7th Floor

New YorkNY10003

Kirkland & Ellis LLP

Jim Stempel

200 East Randolph Drive

ChicagoIL60601

Klett Rooney Lieber & Schorling

Eric L. Schnabel

The Brandywine Bldng1000 West St, Ste 1410

WilmingtonDE19801

Kutchin & Rufo, P.C.

Edward D. Kutchin

Two Center PlazaSuite 620

BostonMA02108-1906

Latham & Watkins

Erika Ruiz

885 Third Avenue

New YorkNY10022

Latham & Watkins

Mark A. Broude

885 Third Avenue

New YorkNY10022

Law Offices of Michael O'Hayer

Michael O'Hayer Esq

22 N Walnut Street

West ChesterPA19380

Linear Technology Corporation

John England, Esq.

General Counsel for Linear Technology Corp 1630 McCarthy Blvd.

MilpitasCA95035-7417

| | | |
|---|---|---|
| Linebarger Goggan Blair & Sampson, LLP | Linebarger Goggan Blair & Sampson, LLP | Linebarger Goggan Blair & Sampson, LLP |
| Diane W. Sanders | Elizabeth Weller | John P. Dillman |
| 1949 South IH 35 (78741)P.O. Box 17428 | 2323 Bryan StreetSuite 1600 | P.O. Box 3064 |
| AustinTX78760-7428 | DallasTX75201 | HoustonTX77253-3064 |
| Loeb & Loeb LLP | Loeb & Loeb LLP | Lord, Bissel & Brook |
| P. Gregory Schwed | William M. Hawkins | Timothy S. McFadden |
| 345 Park Avenue | 345 Park Avenue | 115 South LaSalle Street |
| New YorkNY10154-0037 | New YorkNY10154 | ChicagoIL60603 |
| Lord, Bissel & Brook | Lord, Bissel & Brook LLP | Lord, Bissel & Brook LLP |
| Timothy W. Brink | Kevin J. Walsh | Rocco N. Covino |
| 115 South LaSalle Street | 885 Third Avenue26th Floor | 885 Third Avenue26th Floor |
| ChicagoIL60603 | New YorkNY10022-4802 | New YorkNY10022-4802 |
| Lowenstein Sandler PC | Lowenstein Sandler PC | Lowenstein Sandler PC |
| Bruce S. Nathan | Ira M. Levee | Kenneth A. Rosen |
| 1251 Avenue of the Americas | 1251 Avenue of the Americas18th Floor | 65 Livingston Avenue |
| New YorkNY10020 | New YorkNY10020 | RoselandNJ07068 |
| Lowenstein Sandler PC | Lowenstein Sandler PC | Lowenstein Sandler PC |
| Michael S. Etikin | Scott Cargill | Vincent A. D'Agostino |
| 1251 Avenue of the Americas18th Floor | 65 Livingston Avenue | 65 Livingston Avenue |
| New YorkNY10020 | RoselandNJ07068 | RoselandNJ07068 |
| Lyden, Liebenthal & Chappell, Ltd. | Maddin, Hauser, Wartell, Roth & Heller PC | Madison Capital Management |
| Erik G. Chappell | Alexander Stotland Esq | Joe Landen |
| 5565 Airport HighwaySuite 101 | 28400 Northwestern HwyThird Floor | 6143 South Willow DriveSuite 200 |
| ToledoOH43615 | SouthfieldMI48034 | Greenwood VillageCO80111 |
| Margulies & Levinson, LLP | Mastromarco & Jahn, P.C. | Masuda Funai Eifert & Mitchell, Ltd. |
| Jeffrey M. Levinson, Esq. & Leah M. Caplan, Esq. | Victor J. Mastromarco, Jr. | Gary D. Santella |
| 30100 Chagrin BoulevardSuite 250 | 1024 North Michigan AvenueP.O. Box 3197 | 203 North LaSalle StreetSuite 2500 |
| Pepper PikeOH44124 | SaginawMI48605-3197 | ChicagoIL60601-1262 |
| Mayer Brown | Mayer Brown | McCarter & English, LLP |
| Jeffrey G. Tougas | Raniero D'Aversa, Jr. | David J. Adler, Jr. Esq. |
| 1675 Broadway | 1675 Broadway | 245 Park Avenue, 27th Floor |
| New YorkNY10019 | New YorkNY10019 | New YorkNY10167 |
| McCarter & English, LLP | McCarthy Tetrault LLP | McDermott Will & Emery LLP |
| Eduardo J. Glas, Esq. | John J. Salmas & Lorne P. Salzman | James M. Sullivan |
| Four Gateway Center100 Mulberry Street | 66 Wellington Street WestSuite 4700 | 340 Madison Avenue |
| NewarkNJ07102-4096 | TorontoOntarioM5K 1E6 | New YorkNY10017 |
| McDermott Will & Emery LLP | McDonald Hopkins Co., LPA | McDonald Hopkins Co., LPA |
| Stephen B. Selbst | Scott N. Opincar, Esq. | Shawn M. Riley, Esq. |
| 340 Madison Avenue | 600 Superior Avenue, E.Suite 2100 | 600 Superior Avenue, E.Suite 2100 |
| New YorkNY10017 | ClevelandOH44114 | ClevelandOH44114 |

McElroy, Deutsch, Mulvaney & Carpenter, LLP
Jeffrey Bernstein, Esq.
Three Gateway Center100 Mulberry Street
NewarkNJ07102-4079

Meyer, Suozzi, English & Klein, P.C.
Hanan Kolko
1350 BroadwaySuite 501
New YorkNY10018

Meyers, Rodbell & Rosenbaum, P.A.
Robert H. Rosenbaum
Berkshire Building6801 Kenilworth Avenue, Suite 400
Riverdale ParkMD20737-1385

Michigan Department of Labor and Economic Growth,
Worker's Compensation Agency
Dennis J. Raterink
PO Box 30736
LansingMI48909-7717

Miles & Stockbridge, P.C.
Kerry Hopkins
10 Light Street
BaltimoreMD21202

Miller, Canfield, Paddock and Stone, P.L.C.
Jonathan S. Green
150 W. Jefferson AvenueSuite 2500
DetroitMI48226

Molex Connector Corp
Jeff Ott
2222 Wellington Ct.
LisleIL60532

Morgan, Lewis & Bockius LLP
Richard W. Esterkin, Esq.
300 South Grand Avenue
Los AngelesCA90017

Munsch Hardt Kopf & Harr, P.C.
Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq.
and Davor Rukavina, Esq.
3800 Lincoln Plaza500 North Akard Street
DallasRX75201-6659

National City Commercial Capital
Lisa M. Moore
995 Dalton Avenue
CincinnatiOH45203

McGuirewoods LLP
Aaron G McCollough Esq
One James Center901 East Cary Street
RichmondVA23219-4030

Meyer, Suozzi, English & Klein, P.C.
Lowell Peterson, Esq.
1350 BroadwaySuite 501
New YorkNY10018

Miami-Dade County Tax Collector
Metro-Dade Paralegal Unit
140 West Flagler StreetSuite 1403
MiamiFL33130

Michigan Department of Labor and Economic Growth,
Worker's Compensation Agency
Michael Cox
PO Box 30736
LansingMI48909-7717

Miles & Stockbridge, P.C.
Thomas D. Renda
10 Light Street
BaltimoreMD21202

Miller, Canfield, Paddock and Stone, P.L.C.
Timothy A. Fusco
150 W. Jefferson AvenueSuite 2500
DetroitMI48226

Morgan, Lewis & Bockius LLP
Andrew D. Gottfried
101 Park Avenue
New YorkNY10178-0060

Moritt Hock Hamroff & Horowitz LLP
Leslie Ann Berkoff
400 Garden City Plaza
Garden CityNY11530

Nantz, Litowich, Smith, Girard & Hamilton, P.C.
Sandra S. Hamilton
2025 East Beltline, S.E.Suite 600
Grand RapidsMI49546

Nelson Mullins Riley & Scarborough
George B. Cauthen
1320 Main Street, 17th FloorPO Box 11070
ColumbiaSC29201

McGuirewoods LLP
Elizabeth L. Gunn
One James Center901 East Cary Street
RichmondVA23219-4030

Meyers, Rodbell & Rosenbaum, P.A.
M. Evan Meyers
Berkshire Bldng6801 Kenilworth Ave, Ste 400
Riverdale ParkMD20737-1385

Michael Cox
Cadillac Place3030 W. Grand Blvd., Suite 10-200
DetroitMI48202

Michigan Heritage Bank
Janice M. Donahue
28300 Orchard Lake RdSte 200
Farmington HillsMI48334

Miller Johnson & Thomas P. Sarb
Robert D. Wolford
250 Monroe Ave, N.W.Suite 800, POB 306
Grand RapidsMI49501-0306

Mintz, Levin, Cohn, Ferris Glovsky and
Pepco, P.C.  Attn:  Paul J. Ricotta
One Financial Center
BostonMA02111

Morgan, Lewis & Bockius LLP
Menachem O. Zelmanovitz
101 Park Avenue
New YorkNY10178

Morrison Cohen LLP
Michael R. Dal Lago
909 Third Avenue
New YorkNY10022

Nathan, Neuman & Nathan, P.C.
Kenneth A. Nathan
29100 Northwestern HighwaySuite 260
SouthfieldMI48034

NJ Attorney General's Office Division of Law
Tracy E Richardson, Deputy Attorney General
R.J. Hughes Justice Complex25 Market St P.O. Box 106
TrentonNJ08628-0106

Nix, Patterson & Roach, L.L.P.
Bradley E. Beckworth
205 Linda Drive
DaingerfieldTX75638

Norris, McLaughlin & Marcus
Elizabeth L. Abdelmasieh, Esq
721 Route 202-206P.O. Box 1018
SomervilleNJ08876

Office of the Chapter 13 Trustee
Camille Hope
P.O. Box 954
MaconGA31202

Orbotech, Inc.
Michael M. Zizza, Legal Manager
44 Manning Road
BillericaMA01821

Orrick, Herrington & Sutcliffe LLP
Frederick D. Holden, Jr., Esq.
405 Howard Street
San FranciscoCA94105

Pachulski Stang Ziehl & Jones LLP
Michael R. Seidl
919 N. Market St, 17th Fl P.O. Box 8705
WilmingtonDE19899-8705

Paul, Weiss, Rifkind, Wharton & Garrison
Andrew N. Rosenberg & Justin G. Brass
1285 Avenue of the Americas
New YorkNY10019-6064

Paul, Weiss, Rifkind, Wharton & Garrison
Elizabeth R. McColm
1285 Avenue of the Americas
New YorkNY10019-6064

Pepe & Hazard LLP
Kristin B. Mayhew
30 Jelliff Lane
SouthportCT06890-1436

Pepper, Hamilton LLP
Henry Jaffe
1313 Market StreetPO Box 1709
WilmingtonDE19899-1709

Nix, Patterson & Roach, L.L.P.
Jeffrey J. Angelovich
205 Linda Drive
DaingerfieldTX75638

North Point
David G. Heiman
901 Lakeside Avenue
ClevelandOH44114

Office of the Texas Attorney General
Jay W. Hurst
P.O. Box 12548
AustinTX78711-2548

O'Rourke Katten & Moody
Michael C. Moody
161 N. Clark StreetSuite 2230
ChicagoIL60601

Orrick, Herrington & Sutcliffe LLP
Jonathan P. Guy
Columbia Center1152 15th St NW
WashingtonDC20005-1706

Pachulski Stang Ziehl & Jones LLP
Robert J. Feinstein & Ilan D. Scharf
780 Third Avenue, 36th Floor
New YorkNY10017-2024

Paul, Weiss, Rifkind, Wharton & Garrison
Curtis J. Weidler
1285 Avenue of the Americas
New YorkNY10019-6064

Paul, Weiss, Rifkind, Wharton & Garrison
Stephen J. Shimshak
1285 Avenue of the Americas
New YorkNY10019-6064

Pepper, Hamilton LLP
Anne Marie Aaronson
3000 Two logan Square Eighteenth & Arch Streets
PhiladelphiaPA19103-2799

Pepper, Hamilton LLP
Linda J. Casey
3000 Two logan SquareEighteenth & Arch Streets
PhiladelphiaPA19103-2799

Nix, Patterson & Roach, L.L.P.
Susan Whatley
205 Linda Drive
DaingerfieldTX75638

North Point
Michelle M. Harner
901 Lakeside Avenue
ClevelandOH44114

Ohio Environmental Protection Agency
c/o Michelle T. Sutter
Principal Assistant Attorney General Environmental Enforcement Section30 E Broad St 25th Fl
ColumbusOH43215

Orrick, Herrington & Sutcliffe LLP
Alyssa Englund, Esq.
666 Fifth Avenue
New YorkNY10103

Orrick, Herrington & Sutcliffe LLP
Richard H. Wyron
Columbia Center1152 15th St NW
WashingtonDC20005-1706

Patterson Belknap Webb & Tyler LLP
David W. Dykhouse & Phyllis S. Wallitt
1133 Avenue of the Americas
New YorkNY10036-6710

Paul, Weiss, Rifkind, Wharton & Garrison
Douglas R. Davis
1285 Avenue of the Americas
New YorkNY10019-6064

Peggy Housner
Cadillac Place3030 W. Grand Blvd.,
Suite 10-200
DetroitMI48202

Pepper, Hamilton LLP
Francis J. Lawall
3000 Two logan SquareEighteenth & Arch Streets
PhiladelphiaPA19103-2799

Pickrel Shaeffer & Ebeling
Sarah B. Carter Esq
2700 Kettering Tower
DaytonOH45423

Pierce Atwood LLP

Jacob A. Manheimer

One Monument Square

PortlandME04101

Pillsbury Winthrop Shaw Pittman LLP

Karen B. Dine

1540 Broadway

New YorkNY10036-4039

Pillsbury Winthrop Shaw Pittman LLP

Richard L. Epling

1540 Broadway

New YorkNY10036-4039

Porzio, Bromberg & Newman, P.C.

John S. Mairo, Esq.

100 Southgate ParkwayP.O. Box 1997

MorristownNJ07960

Professional Technologies Services

John V. Gorman

P.O. Box #304

FrankenmuthMI48734

Quadrangle Group LLC

Patrick Bartels

375 Park Avenue, 14th Floor

New YorkNY10152

Quarles & Brady Streich Lang LLP

Roy Prange

33 E Main St Ste 900

MadisonWI53703-3095

Reed Smith

Richard P. Norton

One Riverfront Plaza1st Floor

NewarkNJ07102

Rieck and Crotty PC

Jerome F Crotty

55 West Monroe StreetSuite 3390

ChicagoIL60603

Robinson, McFadden & Moore, P.C.

Annemarie B. Mathews

P.O. Box 944

ColumbiaSC29202

Pierce Atwood LLP

Keith J. Cunningham

One Monument Square

PortlandME04101

Pillsbury Winthrop Shaw Pittman LLP

Margot P. Erlich

1540 Broadway

New YorkNY10036-4039

Pillsbury Winthrop Shaw Pittman LLP

Robin L. Spear

1540 Broadway

New YorkNY10036-4039

Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C.

Jill M. Hartley and Marianne G. Robbins

1555 N. RiverCenter DriveSuite 202

MilwaukeeWI53212

QAD, Inc.

Jason Pickering, Esq.

10,000 Midlantic Drive

Mt. LaurelNJ08054

Quarles & Brady Streich Lang LLP

John A. Harris

Renaissance OneTwo North Central Avenue

PhoenixAZ85004-2391

Quarles & Brady Streich Lang LLP

Scott R. Goldberg

Renaissance OneTwo North Central Avenue

PhoenixAZ85004-2391

Republic Engineered Products, Inc.

Joseph Lapinsky

3770 Embassy Parkway

AkronOH44333

Riemer & Braunstein LLP

Mark S. Scott

Three Center Plaza

BostonMA02108

Ropers, Majeski, Kohn & Bentley

Christopher Norgaard

515 South Flower StreetSuite 1100

Los AngelesCA90071

Pietragallo Bosick & Gordon LLP

Richard J. Parks

54 Buhl Blvd

SharonPA16146

Pillsbury Winthrop Shaw Pittman LLP

Mark D. Houle

650 Town Center DriveSte 550

Costa MesaCA92626-7122

Porzio, Bromberg & Newman, P.C.

Brett S. Moore, Esq.

100 Southgate ParkwayP.O. Box 1997

MorristownNJ07960

PriceWaterHouseCoopers

Enrique Bujidos

Almagro40

Madrid28010

Quadrangle Debt Recovery Advisors LLC

Andrew Herenstein

375 Park Avenue, 14th Floor

New YorkNY10152

Quarles & Brady Streich Lang LLP

Kasey C. Nye

One South Church Street

TucsonAZ85701

Reed Smith

Elena Lazarou

599 Lexington Avenue29th Street

New YorkNY10022

Riddell Williams P.S.

Joseph E. Shickich, Jr.

1001 4th Ave.Suite 4500

SeattleWA98154-1195

Riverside Claims LLC

Holly Rogers

2109 BroadwaySuite 206

New YorkNY10023

Ropes & Gray LLP

Gregory O. Kaden

One International Place

BostonMA02110-2624

| | | |
|---|---|---|
| Ropes & Gray LLP | Rosen Slome Marder LLP | Russell Reynolds Associates, Inc. |
| Marc E. Hirschfield | Thomas R. Slome | Charles E. Boulbol, P.C. |
| 45 Rockefeller Plaza | 333 Earle Ovington BoulevardSuite 901 | 26 Broadway, 17th Floor |
| New YorkNY10111-0087 | UniondaleNY11533 | New YorkNY10004 |
| Sachnoff & Weaver, Ltd | Sachnoff & Weaver, Ltd | Satterlee Stephens Burke & Burke LLP |
| Charles S. Schulman | Charles S. Schulman | Christopher R. Belmonte |
| 10 South Wacker Drive40th Floor | 10 South Wacker Drive40th Floor | 230 Park Avenue |
| ChicagoIL60606 | ChicagoIL60606 | New YorkNY10169 |
| Satterlee Stephens Burke & Burke LLP | Schafer and Weiner PLLC | Schafer and Weiner PLLC |
| Pamela A. Bosswick | Daniel Weiner | Howard Borin |
| 230 Park Avenue | 40950 Woodward Ave.Suite 100 | 40950 Woodward Ave.Suite 100 |
| New YorkNY10169 | Bloomfield HillsMI48304 | Bloomfield HillsMI48304 |
| Schafer and Weiner PLLC | Schafer and Weiner PLLC | Schiff Hardin LLP |
| Max Newman | Ryan Heilman | Eugene J. Geekie, Jr. |
| 40950 Woodward Ave.Suite 100 | 40950 Woodward Ave.Suite 100 | 7500 Sears Tower |
| Bloomfield HillsMI48304 | Bloomfield HillsMI48304 | ChicagoIL60606 |
| Schiff Hardin LLP | Schiffrin & Barroway, LLP | Schiffrin & Barroway, LLP |
| William I. Kohn | Michael Yarnoff | Sean M. Handler |
| 6600 Sears Tower | 280 King of Prussia Road | 280 King of Prussia Road |
| ChicagoIL60066 | RadnorPA19087 | RadnorPA19087 |
| Schulte Roth & Sabel LLP | Schulte Roth & Sabel LLP | Schulte Roth & Zabel LLP |
| James T. Bentley | Michael L. Cook | Carol Weiner Levy |
| 919 Third Avenue | 919 Third Avenue | 919 Third Avenue |
| New YorkNY10022 | New YorkNY10022 | New YorkNY10022 |
| Seyfarth Shaw LLP | Seyfarth Shaw LLP | Seyfarth Shaw LLP |
| Paul M. Baisier, Esq. | Robert W. Dremluk | William J. Hanlon |
| 1545 Peachtree Street, N.E.Suite 700 | 620 Eighth Ave | World Trade Center EastTwo Seaport Lane, Suite 300 |
| AtlantaGA30309-2401 | New YorkNY10018-1405 | BostonMA02210 |
| Sheehan Phinney Bass + Green Professional Ass. | Sheldon S. Toll PLLC | Sheppard Mullin Richter & Hampton LLP |
| Bruce A. Harwood | Sheldon S. Toll | Eric Waters |
| 1000 Elm StreetP.O. Box 3701 | 2000 Town CenterSuite 2550 | 30 Rockefeller Plaza24th Floor |
| ManchesterNH03105-3701 | SouthfieldMI48075 | New YorkNY10112 |
| Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP | Sheppard Mullin Richter & Hampton LLP |
| Malani J. Sternstein | Theodore A. Cohen | Theresa Wardle |
| 30 Rockefeller Plaza24th Floor | 333 South Hope Street48th Floor | 333 South Hope Street48th Floor |
| New YorkNY10112 | Los AngelesCA90071 | Los AngelesCA90071 |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Shipman & Goodwin LLP |
| Robert P. Thibeaux | Robert P. Thibeaux | Jennifer L. Adamy |
| 5353 Essen LaneSuite 650 | 909 Poydras Street28th Floor | One Constitution Plaza |
| Baton RougeLA70809 | New OrleansLA70112-1033 | HartfordCT06103-1919 |

Sills, Cummis Epstein & Gross, P.C.
Andrew H. Sherman
30 Rockefeller Plaza
New YorkNY10112

Silver Point Capital, L.P.
Chaim J. Fortgang
Two Greenwich Plaza1st Floor
GreenwichCT06830

Sonnenschein Nath & Rosenthal LLP
D. Farrington Yates
1221 Avenue of the Americas24th Floor
New YorkNY10020

Sony Electronics Inc.
Lloyd B. Sarakin -Chief Counsel, Finance & Credit
1 Sony DriveMD #1 E-4
Park RidgeNJ07656

State of California Office of the Attorney General
Sarah E. Morrison
Deputy Attorney General300 South Spring Street Ste 1702
Los AngelesCA90013

Stein, Rudser, Cohen & Magid LLP
Robert F. Kidd
825 Washington StreetSuite 200
OaklandCA94607

Stevens & Lee, P.C.
Chester B. Salomon, & Constantine D. Pourakis
485 Madison Avenue20th Floor
New YorkNY10022

Stites & Harbison PLLC
Robert C. Goodrich, Jr.
424 Church StreetSuite 1800
NashvilleTN37219

Stroock & Stroock & Lavan, LLP
Kristopher M. Hansen
180 Maiden Lane
New YorkNY10038

Taft, Stettinius & Hollister LLP
W Timothy Miller Esq
425 Walnut StreetSuite 1800
CincinnatiOH45202

Sills, Cummis Epstein & Gross, P.C.
Jack M. Zackin
30 Rockefeller Plaza
New YorkNY10112

Smith, Gambrell & Russell, LLP
Barbara Ellis-Monro
1230 Peachtree Street, N.E.Suite 3100
AtlantaGA30309

Sonnenschein Nath & Rosenthal LLP
Monika J. Machen
8000 Sears Tower233 South Wacker Drive
ChicagoIL60606

Squire, Sanders & Dempsey L.L.P.
Eric Marcks
One Maritime PlazaSuite 300
San FranciscoCA94111-3492

State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency
Roland Hwang -Assistant Attorney General
3030 W. Grand BoulevardSuite 9-600
DetroitMI48202

Steinberg Shapiro & Clark
Mark H. Shapiro
24901 Northwestern HighwaySuite 611
SouthfieldMI48075

Stinson Morrison Hecker LLP
Mark A. Shaiken
1201 Walnut Street
Kansas CityMO64106

Stites & Harbison, PLLC
W. Robinson Beard, Esq.
400 West Market Street
LouisvilleKY40202

Swidler Berlin LLP
Robert N. Steinwurtzel
The Washington Harbour3000 K Street, N.W. Suite 300
WashingtonDC20007

Tennessee Department of Revenue
Marvin E. Clements, Jr.
c/o TN Attorney General's Office, Bankruptcy DivisionPO Box 20207
NashvilleTN37202-0207

Sills, Cummis Epstein & Gross, P.C.
Valerie A Hamilton & Simon Kimmelman
650 College Rd E
PrincetonNJ08540

Smith, Katzenstein & Furlow LLP
Kathleen M. Miller
800 Delaware Ave, 7th FloorP.O. Box 410
WilmingtonDE19899

Sonnenschein Nath & Rosenthal LLP
Robert E. Richards
8000 Sears Tower233 South Wacker Drive
ChicagoIL60606

Squire, Sanders & Dempsey L.L.P.
Penn Ayers Butler
600 Hansen Way
Palo AltoCA94304

Steel Technologies, Inc.
John M. Baumann
15415 Shelbyville Road
LouisvilleKY40245

Sterns & Weinroth, P.C.
Jeffrey S. Posta & Michael A Spero
Simon Kimmelman & Valerie A Hamilton
50 West State Street, Suite 1400PO Box 1298
TrentonNJ08607-1298

Stites & Harbison PLLC
Madison L.Cashman
424 Church StreetSuite 1800
NashvilleTN37219

Stroock & Stroock & Lavan, LLP
Joseph G. Minias
180 Maiden Lane
New YorkNY10038

Taft, Stettinius & Hollister LLP
Richard L .Ferrell
425 Walnut StreetSuite 1800
CincinnatiOH45202-3957

Terra Law LLP
David B. Draper
60 S. Market StreetSuite 200
San JoseCA95113

| | | |
|---|---|---|
| Thacher Proffitt & Wood LLP | Thacher Proffitt & Wood LLP | The Furukawa Electric Co., Ltd. |
| Jonathan D. Forstot | Louis A. Curcio | Mr. Tetsuhiro Niizeki |
| Two World Financial Center | Two World Financial Center | 6-1 Marunouchi2-Chrome, Chiyoda-ku |
| New YorkNY10281 | New YorkNY10281 | TokyoJapan100-8322 |
| The Timpken Corporation BIC - 08 | Thelen Reid Brown Raysman & Steiner LLP | Thompson & Knight |
| Robert Morris | David A. Lowenthal | Rhett G. Cambell |
| 1835 Dueber Ave. SWPO Box 6927 | 875 Third Avenue | 333 Clay StreetSuite 3300 |
| CantonOH44706-0927 | New YorkNY10022 | HoustonTX77002 |
| Thompson & Knight LLP | Thompson & Knight LLP | Thurman & Phillips, P.C. |
| Ira L. Herman | John S. Brannon | Ed Phillips, Jr. |
| 919 Third Avenue39th Floor | 1700 Pacific AvenueSuite 3300 | 8000 IH 10 WestSuite 1000 |
| New YorkNY10022-3915 | DallasTX75201-4693 | San AntonioTX78230 |
| Todd & Levi, LLP | Togut, Segal & Segal LLP | Tyler, Cooper & Alcorn, LLP |
| Jill Levi, Esq. | Albert Togut, Esq. | W. Joe Wilson |
| 444 Madison AvenueSuite 1202 | One Penn PlazaSuite 3335 | City Place35th Floor |
| New YorkNY10022 | New YorkNY10119 | HartfordCT06103-3488 |
| Underberg & Kessler, LLP | Union Pacific Railroad Company | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy |
| Helen Zamboni | Mary Ann Kilgore | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO , David Jury, Esq.Five Gateway Center Suite 807 |
| 300 Bausch & Lomb Place | 1400 Douglas StreetMC 1580 | PittsburghPA15222 |
| RochesterNY14604 | OmahaNE68179 | |
| Varnum, Riddering, Schmidt & Howlett LLP | Vorys, Sater, Seymour and Pease LLP | Vorys, Sater, Seymour and Pease LLP |
| Michael S. McElwee | Robert J. Sidman, Esq. | Tiffany Strelow Cobb |
| Bridgewater PlaceP.O. Box 352 | 52 East Gay StreetP.O. Box 1008 | 52 East Gay Street |
| Grand RapidsMI49501-0352 | ColumbusOH43216-1008 | ColumbusOH43215 |
| Wachtell, Lipton, Rosen & Katz | Wachtell, Lipton, Rosen & Katz | Waller Lansden Dortch & Davis, PLLC |
| Emil A. Kleinhaus | Richard G. Mason | David E. Lemke, Esq. |
| 51 West 52nd Street | 51 West 52nd Street | 511 Union StreetSuite 2700 |
| New YorkNY10019-6150 | New YorkNY10019-6150 | NashvilleTN37219 |
| Waller Lansden Dortch & Davis, PLLC | Warner Norcross & Judd LLP | Warner Norcross & Judd LLP |
| Robert J. Welhoelter, Esq. | Gordon J. Toering | Michael G. Cruse |
| 511 Union StreetSuite 2700 | 900 Fifth Third Center111 Lyon Street, N.W. | 2000 Town CenterSuite 2700 |
| NashvilleTN37219 | Grand RapidsMI49503 | SouthfieldMI48075 |
| Warner Norcross & Judd LLP | Warner Stevens, L.L.P. | Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP |
| Stephen B. Grow | Michael D. Warner | Lei Lei Wang Ekvall |
| 900 Fifth Third Center111 Lyon Street, N.W. | 301 Commerce StreetSuite 1700 | 650 Town Center DriveSuite 950 |
| Grand RapidsMI49503 | Fort WorthTX76102 | Costa MesaCA92626 |
| Weinstein, Eisen & Weiss LLP | Weltman, Weinberg & Reis Co., L.P.A. | White & Case LLP |
| Aram Ordubegian | Geoffrey J. Peters | Glenn Kurtz & Gerard Uzzi & Douglas Baumstein |
| 1925 Century Park East#1150 | 175 South Third StreetSuite 900 | 1155 Avenue of the Americas |
| Los AngelesCA90067 | ColumbusOH43215 | New YorkNY10036-2787 |

White & Case LLP

Thomas Lauria & Frank Eaton

Wachovia Financial Center200 South Biscayne Blvd., Suite 4900

MiamiFL33131

Winstead Sechrest & Minick P.C.

Berry D. Spears

401 Congress AvenueSuite 2100

AustinTX78701

Winthrop Couchot Professional Corp

Sean A. O'Keefe

660 Newport Center Drive4th Floor

Newport BeachCA92660

Zeichner Ellman & Krause LLP

Peter Janovsky

575 Lexington Avenue

New YorkNY10022

Whyte, Hirschboeck Dudek S.C.

Bruce G. Arnold

555 East Wells StreetSuite 1900

MilwaukeeWI53202-4894

Winstead Sechrest & Minick P.C.

R. Michael Farquhar

5400 Renaissance Tower1201 Elm Street

DallasTX75270

WL Ross & Co., LLC

Stephen Toy

600 Lexington Avenue19th Floor

New YorkNY10022

Zeichner Ellman & Krause LLP

Stuart Krause

575 Lexington Avenue

New YorkNY10022

Wickens Herzer Panza Cook & Batista Co

James W Moennich Esq

35765 Chester Rd

AvonOH44011-1262

Winthrop Couchot Professional Corp

Marc. J. Winthrop

660 Newport Center Drive4th Floor

Newport BeachCA92660

Womble Carlyle Sandridge & Rice, PLLC

Lillian H. Pinto

300 North Greene StreetSuite 1900

GreensboroNC27402