# UNITED STATES BANKRUPTCY COURT
**Southern District of New York**
(Manhattan)

|  |  |
|---|---|
| In Re: ) | Case No. 05-44481-rdd |
| ) |  |
| DELPHI CORP., ) |  |
| ) | Chapter 11 |
| Debtor. ) |  |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On January 2, 2007, a true and correct copy of the *Motion to Allow Claims /Motion of SPCP Group, LLC Pursuant to Bankruptcy Rule 3018(a) Requesting Temporarily Allowance of Claims for Purposes of Voting to Accept or Reject the Plan filed by Maura I. Russell on behalf of SPCP Group L.L.C.. (Russell, Maura)* **[DI.- #11625],** which was filed today in the above captioned proceeding, has been caused to be served on the parties listed on the attached Service List: Exhibit A by Facsimile, Exhibit B by Hand Delivery, and Exhibit C by Electronic Mail.

                                                **Dreier LLP**

                                                By: _/s/Jean L. Guerrier____
                                                    **Jean L. Guerrier**

**Sworn to before me this**
**2nd day of January, 2008.**

 */s/ Lori Rudolph*
**Notary Public**

**Lori Rudolph - Notary Public, State of New York**
**No. 01RU4883588**
**Qualified in Richmond County**
**Commission Expires January 26, 2010**

{00316512.DOC;}

# Service List Exhibit A
## - via Facsimile

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

## Service List Exhibit B
## - via Hand Delivery

**United States Bankruptcy Court**
**for the Southern District of New York**
One Bowling Green, Room 632
New York, NY 10004
Attn: The Chambers of the Honorable Robert D. Drain
 United States Bankruptcy Judge


**The Office of the United States Trustee**
**for the Southern District of New York**
33 Whitehall Street, Suite 2100
New York, New York 10004
(Attn: Alicia M. Leonhard)

{00316512.DOC;}

**Service List Exhibit B
- via Electronic Mail**

Counsel to the Debtors-
**Skadden, Arps, Slate, Meagher & Flom LLP**,
333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606
(Attnn: John Wm. Butler, Jr.)
jack.butler@skadden.com


Counsel for the agent under the postpetition credit facility-
**Davis Polk & Wardwell**
450 Lexington AvenueNew York, New York 10017
(Attn: Donald Bernstein and Brian Resnick)
donald.bernstein@dpw.com ; brian.resnick@dpw.com


Counsel for the official committee of unsecured creditors-
**Latham & Watkins LLP**
885 Third Avenue, New York, New York 10022
(Attn: Robert J. Rosenberg and Mark A. Broude)
robert.rosenberg@lw.com  ; mark.broude@lw.com


Counsel for the official committee of equity security holders-
**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza, New York, New York 10004
(Att'n: Bonnie Steingart)
bonnie.steingart@friedfrank.com


Counsel for A-D Acquisition Holdings, LLC c/o Appaloosa Management L.P.,
**White & Case LLP**
Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131
(Att'n: Thomas E. Lauria)
tlauria@whitecase.com

**White & Case LLP**
1155 Avenue of the Americas, New York, New York 10036
(Attn: Glenn M. Kurtz and Gregory Pryor)
gkurtz@whitecase.com ; gpryor@whitecase.com

Counsel for Harbinger Del-Auto Investment Company, Ltd.-
**White & Case LLP,**
Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131
(Att'n: Thomas E. Lauria)
tlauria@whitecase.com

**White & Case LLP**
1155 Avenue of the Americas, New York, New York 10036
(Attn: John M. Reiss and Gregory Pryor)
jreiss@whitecase.com ; gpryor@whitecase.com


Counsel for General Motors Corporation-
**Weil, Gotshal & Manges LLP**
767 Fifth Avenue New York, New York 10153
(Attn: Jeffrey L. Tanenbaum, Michael P. Kessler, and Robert J. Lemons)
jeff.tanenbaum@weil.com ;  michael.kessler@weil.com ; robert.lemons@weil.com

{00316512.DOC;}