-----------------------------------------------------------x

In Re:                                              Chapter 11

DELPHI CORPORATION,                                 Case No. 05-44481-rdd
                                                    Judge Robert D. Drain
                                                    (Jointly Administered)

                    Debtor.

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NASSAU     )

    DAWN MIGLIORE, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age, and resides at MASSAPEQUA, New York. On December 31, 2007, deponent served the within **NOTICE OF MOTION and APPLICATION together with Exhibit "A", and MEMORANDUM OF LAW**, to each of the creditors of the above-named Debtor, as appears from the annexed list.

    That the above was securely enclosed in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

    The parties served herein constitute all creditors, parties in interest, and entities Otherwise entitled to notice.

                                                     */s/ Dawn Migliore*
                                                     DAWN MIGLIORE

Sworn to before me this
2nd day of January, 2008

*/s/ Andrew M. Thaler*
                                        ANDREW M. THALER
Notary Public                            Notary Public, State of New York
                                                        No. 30-4700402
                                                           Qualified in Nassau County
                                                  Commission Expires on April 30, 20 11

W:\Clients A-Z\Clients K-N\Martin.David\AffofServ 002dmm - Notice of Motion & MOL.wpd

| | | |
|---|---|---|
| Brown Rudnick Berlack Israels LLP | Cohen, Weiss & Simon | Curtis, Mallet-Prevost, Colt & mosle LLP |
| Robert J. Stark | Bruce Simon | Steven J. Reisman |
| Seven Times Square | 330 W. 42nd Street | 101 Park Avenue |
| New YorkNY10036 | New YorkNY10036 | New YorkNY10178-0061 |
| Davis, Polk & Wardwell | Delphi Corporation | Electronic Data Systems Corp. |
| Donald Bernstein & Brian Resnick | Sean Corcoran, Karen Craft | Michael Nefkens |
| 450 Lexington Avenue | 5725 Delphi Drive | 5505 Corporate Drive MSIA |
| New YorkNY10017 | TroyMI48098 | TroyMI48098 |
| Flextronics International | Flextronics International USA, Inc. | Freescale Semiconductor, Inc. |
| Carrie L. Schiff | Paul W. Anderson | Richard Lee Chambers, III |
| 305 Interlocken Parkway | 2090 Fortune Drive | 6501 William Cannon Drive |
| BroomfieldCO80021 | San JoseCA95131 | WestMD: OE16 |
| Fried, Frank, Harris, Shriver & Jacobson | FTI Consulting, Inc. | General Electric Company |
| Brad Eric Sheler & Bonnie Steingart & Vivek Melwani & Jennifer L Rodburg & Richard J Slivinski & | Randall S. Eisenberg | Valerie Venable |
| One New York Plaza | 3 Times Square11th Floor | 9930 Kincey Avenue |
| New YorkNY10004 | New YorkNY10036 | HuntersvilleNC28078 |
| Groom Law Group | Hodgson Russ LLP | Honigman Miller Schwartz and Cohn LLP |
| Lonie A. Hassel | Stephen H. Gross | Frank L. Gorman, Esq. |
| 1701 Pennsylvania Avenue, NW | 1540 Broadway24th Fl | 2290 First National Building 660 Woodward Avenue |
| WashingtonDC20006 | New YorkNY10036 | DetroitMI48226-3583 |
| Honigman Miller Schwartz and Cohn LLP | Internal Revenue Service | Internal Revenue Service |
| Robert B. Weiss, Esq. | Attn: Insolvency Department | Attn: Insolvency Dept, Maria Valerio |
| 2290 First National Building; 660 Woodward Avenue | 477 Michigan AveMail Stop 15 | 290 Broadway5th Floor |
| DetroitMI48226-3583 | DetroitMI48226 | New YorkNY10007 |
| IUE-CWA | Jefferies & Company, Inc, | JPMorgan Chase Bank, N.A. |
| Conference Board Chairman | William Q. Derrough | Richard Duker |
| 2360 W. Dorothy LaneSuite 201 | 520 Madison Avenue12th Floor | 270 Park Avenue |
| DaytonOH45439 | New YorkNY10022 | New YorkNY10017 |
| JPMorgan Chase Bank, N.A. | Kramer Levin Naftalis & Frankel LLP | Kramer Levin Naftalis & Frankel LLP |
| Susan Atkins, Gianni Russello | Gordon Z. Novod | Thomas Moers Mayer |
| 277 Park Ave 8th Fl | 1177 Avenue of the Americas | 1177 Avenue of the Americas |
| New YorkNY10172 | New YorkNY10036 | New YorkNY10036 |
| Kurtzman Carson Consultants | Latham & Watkins LLP | Law Debenture Trust of New York |
| Sheryl Betance | Robert J. Rosenberg | Daniel R. Fisher |
| 2335 Alaska Ave | 885 Third Avenue | 400 Madison AveFourth Floor |
| El SegundoCA90245 | New YorkNY10022 | New YorkNY10017 |
| Law Debenture Trust of New York | McDermott Will & Emery LLP | McDermott Will & Emery LLP |
| Patrick J. Healy | David D. Cleary | Jason J. DeJonker |
| 400 Madison AveFourth Floor | 227 West Monroe StreetSuite 5400 | 227 West Monroe StreetSuite 5400 |
| New YorkNY10017 | ChicagoIL60606 | ChicagoIL60606 |

| | | |
|---|---|---|
| McDermott Will & Emery LLP<br>Mohsin N. Khambati<br>227 West Monroe StreetSuite 5400<br>ChicagoIL60606 | McDermott Will & Emery LLP<br>Peter A. Clark<br>227 West Monroe StreetSuite 5400<br>ChicagoIL60606 | McTigue Law Firm<br>Cornish F. Hitchcock<br>5301 Wisconsin Ave. N.W.Suite 350<br>WashingtonDC20015 |
| McTigue Law Firm<br>J. Brian McTigue<br>5301 Wisconsin Ave. N.W.Suite 350<br>WashingtonDC20015 | Mesirow Financial<br>Leon Szlezinger<br>666 Third Ave21st Floor<br>New YorkNY10017 | Milbank Tweed Hadley & McCloy LLP<br>Gregory A Bray Esq & Thomas R Kreller Esq & James E Till Esq<br>601 South Figueroa Street30th Floor<br>Los AngelesCA90017 |
| Morrison Cohen LLP<br>Joseph T. Moldovan, Esq.<br>909 Third Avenue<br>New YorkNY10022 | Northeast Regional Office<br>Mark Schonfeld, Regional Director<br>3 World Financial CenterRoom 4300<br>New YorkNY10281 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York CityNY10271 |
| O'Melveny & Myers LLP<br>Robert Siegel<br>400 South Hope Street<br>Los AngelesCA90071 | O'Melveny & Myers LLP<br>Tom A. Jerman, Rachel Janger<br>1625 Eye Street, NW<br>WashingtonDC20006 | Pension Benefit Guaranty Corporation<br>Jeffrey Cohen<br>1200 K Street, N.W.Suite 340<br>WashingtonDC20005 |
| Pension Benefit Guaranty Corporation<br>Ralph L. Landy<br>1200 K Street, N.W.Suite 340<br>WashingtonDC20005-4026 | Phillips Nizer LLP<br>Sandra A. Riemer<br>666 Fifth Avenue<br>New YorkNY10103 | Rothchild Inc.<br>David L. Resnick<br>1251 Avenue of the Americas<br>New YorkNY10020 |
| Seyfarth Shaw LLP<br>Robert W. Dremluk<br>620 Eighth Ave<br>New YorkNY10018-1405 | Shearman & Sterling LLP<br>Douglas Bartner, Jill Frizzley<br>599 Lexington Avenue<br>New YorkNY10022 | Simpson Thatcher & Bartlett LLP<br>Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.<br>425 Lexington Avenue<br>New YorkNY10017 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>John Wm. Butler, John K. Lyons, Ron E. Meisler<br>333 W. Wacker Dr.Suite 2100<br>ChicagoIL60606 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Kayalyn A. Marafioti, Thomas J. Matz<br>4 Times SquareP.O. Box 300<br>New YorkNY10036 | Spencer Fane Britt & Browne LLP<br>Daniel D. Doyle<br>1 North Brentwood BoulevardTenth Floor<br>St. LouisMO63105 |
| Spencer Fane Britt & Browne LLP<br>Nicholas Franke<br>1 North Brentwood BoulevardTenth Floor<br>St. LouisMO63105 | Stevens & Lee, P.C.<br>Chester B. Salomon, Constantine D. Pourakis<br>485 Madison Avenue20th Floor<br>New YorkNY10022 | Togut, Segal & Segal LLP<br>Albert Togut<br>One Penn PlazaSuite 3335<br>New YorkNY10119 |
| Tyco Electronics Corporation<br>MaryAnn Brereton, Assistant General Counsel<br>60 Columbia Road<br>MorristownNJ7960 | United States Trustee<br>Alicia M. Leonhard<br>33 Whitehall Street21st Floor<br>New YorkNY10004-2112 | Warner Stevens, L.L.P.<br>Michael D. Warner<br>1700 City Center Tower II301 Commerce Street<br>Fort WorthTX76102 |
| Weil, Gotshal & Manges LLP<br>Harvey R. Miller<br>767 Fifth Avenue<br>New YorkNY10153 | Weil, Gotshal & Manges LLP<br>Jeffrey L. Tanenbaum, Esq.<br>767 Fifth Avenue<br>New YorkNY10153 | Weil, Gotshal & Manges LLP<br>Martin J. Bienenstock, Esq.<br>767 Fifth Avenue<br>New YorkNY10153 |

| | |
|---|---|
| Weil, Gotshal & Manges LLP | Wilmington Trust Company |
| Michael P. Kessler, Esq. | Steven M. Cimalore |
| 767 Fifth Avenue | Rodney Square North; 1100 North Market Street |
| New York NY 10153 | Wilmington DE 19890 |