Timothy W. Walsh (TW-7409)
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 335-4500

Attorneys for Constellation NewEnergy, Inc.,
PEC of America, Silicon Laboratories, Inc.,
Salion, Inc. and XM Satellite Radio, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | * | |
| DELPHI CORPORATION, *et al.*, | * | Case Nos. 05-44481 *et al.* |
| | | (Jointly Administered) |
| Debtors. | * | Chapter 11 |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## SUPPLEMENTAL VERIFIED STATEMENT OF
## DLA PIPER US LLP PURSUANT TO RULE 2019 OF THE
## FEDERAL RULES OF BANKRUPTCY PROCEDURE
## REGARDING REPRESENTATION OF MULTIPLE PARTIES

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the law firm of DLA Piper US LLP[1] ("DLA Piper") files this verified statement of multiple representation (the "Statement"), and respectfully states as follows:

---

[1] Formerly known as DLA Piper Rudnick Gray Cary US LLP.

LOSA2\336420.1

1. DLA Piper represents or has represented the following parties in interest with the following claim amounts, in the above captioned Chapter 11 bankruptcy cases:

| | **Creditor** | **Amount of Claim** |
|---|---|---|
| a. | Constellation NewEnergy, Inc.<br>John D. Corse, Esq.<br>Chief Litigation Counsel<br>750 East Pratt Street<br>Fifth Floor<br>Baltimore, Maryland 21202 | General unsecured claim of $93,001.07<br><br>General unsecured claim of $793,411.29 |
| b. | PEC of America Corp.<br>Hisashi Ishiguro<br>General Manager<br>2297 Niels Bohr Court #100<br>San Diego, CA 92154 | General unsecured claim of $3,579.00 |
| c. | Silicon Laboratories, Inc.<br>Nestor Ho, Esq.<br>Chief Legal and IP Counsel<br>7000 W. William Cannon<br>Building 1, Suite 200<br>Austin, Texas 78735 | Priority claim of $9,726.81<br><br>General unsecured claim of $102,681.24 |
| d. | Salion, Inc. & Sierra Liquidity Fund<br>Sierra Liquidity Fund<br>2699 White Road, Suite 255<br>Irvine, CA 92614 | General unsecured claim of $55,050.00 |
| e. | XM Satellite Radio, Inc.<br>Scott A. Golden, Esq.<br>Hogan & Hartson, LP<br>875 Third Avenue<br>New York, NY 10022 | General unsecured claim of $1,017,448.00 |

2. Each of the foregoing representations are separate and are not representations under which DLA Piper's clients are acting or have acted together pursuant to a deposit agreement, proxy, trust mortgage, trust indenture, deed of trust or committee arrangement. Information about the claims held by DLA Piper's clients are or will be set forth in their respective proofs of claim or requests for payment of claims, if any.

3. DLA Piper may also represent other clients in matters pertaining to the above-captioned Debtors and in the future may undertake other engagements. Those representations may or may not result in representations in these bankruptcy cases. If they come to involve representations in these bankruptcy cases, this Statement shall be supplemented.

Dated: New York, New York
December 19, 2007

**DLA PIPER US LLP**

*/s/ Timothy W. Walsh*

Timothy W. Walsh (TW-7409)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 884-8516

I, Timothy W. Walsh, Esq., declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

*/s/ Timothy W. Walsh*

Timothy W. Walsh (TW-7409)

LOSA2\336420.1