# EXHIBIT C

# EXHIBIT C

| REGION N | TRACTOR | TERMINAL_NAME | ORACLE NUMBER | ACTIVITY CODE |
|---|---|---|---|---|
| 128 | H09409 | Salt Lake City UT | 588925 | 3210 |
| 128 | H09415 | Salt Lake City UT | 588925 | 3210 |
| 128 | H26245 | Salt Lake City UT | 588925 | 3210 |
| 128 | U94102 | Salt Lake City UT | 588925 | 3210 |
| 128 | H85972 | Salt Lake City UT | 588925 | 3210 |
| 128 | 619384 | Salt Lake City UT | 588925 | 3210 |
| 128 | R08354 | Salt Lake City UT | 588925 | 3210 |
| 128 | R08356 | Salt Lake City UT | 588925 | 3210 |

| REGION N | TRACTOR | TERMINAL_NAME | | |
|---|---|---|---|---|
| 128 | M77276 | Houston TX | 8967 | 3210 |
| 128 | M77297 | Houston TX | 8967 | 3210 |
| 128 | M77300 | Houston TX | 8967 | 3210 |
| 128 | K78196 | Houston TX | 8967 | 3210 |
| 128 | K78197 | Houston TX | 8967 | 3210 |
| 128 | M77269 | Houston TX | 8967 | 3210 |
| 128 | M77271 | Houston TX | 8967 | 3210 |
| 128 | M42795 | Houston TX | 8967 | 3210 |

| VEHICLE_VIN | VEHICLE_ | VEHICLE_MAKE | VEHICLE_MODEL | VEHI |
|---|---|---|---|---|
| 1FUJAPAV41PH09409 | Dry ice | Freightliner | FLD120 | 2002 |
| 1FUJAPVX1PH09415 | Dry ice | Freightliner | FLD120 | 2002 |
| 1FUYPDZB01PH26245 | Dry ice | Freightliner | CL120 | 2001 |
| 1FUJF0CV55DU94102 | Dry ice | Freightliner | CL112 | 2005 |
| 1FVHBXAK51HH85972 | Dry ice | Freightliner | FL80 | 2001 |
| 1HTSCAAC2YH309421 | Dry ice | International | 4700 | 2000 |
| 1FV6HLBA9YHB03464 | Dry ice | Freightliner | FL70 | 1999 |
| 1FV6HLBAOYHB03465 | Dry ice | Freightliner | FL70 | 1999 |

| VEHICLE_VIN | VEHICLE_ | VEHICLE_MAKE | VEHICLE_MODEL | VEHI |
|---|---|---|---|---|
| 1FUJBBAS24LM77276 | Bulk | Freightliner | | 2004 |
| 1FUJBBASX4LM77297 | Dry ice | Freightliner | | 2004 |
| 1FUJBBAS64LM77300 | Dry ice | Freightliner | | 2004 |
| 1FUJA6AS53LK78196 | Bulk | Freightliner | | 2003 |
| 1FUJA6AS53LK78197 | Bulk | Freightliner | | 2003 |
| 1FUJBBAS54LM77269 | Bulk | Freightliner | | 2004 |
| 1FUJBBAS34LM77271 | Bulk | Freightliner | | 2004 |
| 1FUJBBAS54LM42795 | Bulk | Freightliner | | 2004 |

| ENGINE_MANU | ENGINE | FUEL_TY | REGION | DEVICE_ID | CDMA_PHON | ORBCOMM_SN |
|---|---|---|---|---|---|---|
| CAT | C 15 | Diesel | Dry Ice | 1897 | 6502489219 | DQ0000004401X1 |
| CAT | C 15 | Diesel | Dry Ice | 1898 | 6505209142 | DQ0000005785X1 |
| Cummins | N 14 | Diesel | Dry Ice | 1899 | 6502184953 | DQ0000007234X1 |
| MBE | 4000 | Diesel | Dry Ice | 1900 | 6505203452 | DQ0000007353X1 |
| CAT | 3126 | Diesel | Dry Ice | 1903 | 6505203261 | DQ0000005779X1 |
| International | Dt 466 E | Diesel | Dry Ice | 1904 | 6505206914 | DQ0000004334X1 |
| Cummins | ISC | Diesel | Dry Ice | 1901 | 6505205575 | DQ0000004466X1 |
| Cummins | ISC | Diesel | Dry Ice | 1902 | 6502481287 | DQ0000007237X1 |

| ENGINE_MANU | ENGINE | FUEL_TY | REGION | DEVICE_ID | CDMA_PHON | ORBCOMM_SN |
|---|---|---|---|---|---|---|
| CAT | C12 | Diesel | Dry Ice | 1994 | 6502481735 | DQ0000005372X1 |
| CAT |  | Diesel | Dry Ice | 1995 | 6502489565 | DQ0000004540X1 |
| CAT |  | Diesel | Dry Ice | 1996 | 6502489941 | DQ0000005784X1 |
| CAT |  | Diesel | Dry Ice | 1997 | 6505203359 | DQ0000005705X1 |
| CAT |  | Diesel | Dry Ice | 1998 | 6502481771 | DQ0000006928X1 |
| CAT | C12 | Diesel | Dry Ice | 1999 | 6502184099 | DQ0000007107X1 |
| CAT |  | Diesel | Dry Ice | 2000 | 6502481708 | DQ0000007322X1 |
| CAT | C12 | Diesel | Dry Ice | 2001 | 6502489415 | DQ0000006999X1 |

| TRUCK PC SERIAL |
|---|
| 992704C141381159 |
| 992704C141381160 |
| 992704C141380574 |
| 992704C141380096 |
| 992704C141380511 |
| 992704C141380734 |
| 992704C141380733 |
| 992704C141380735 |

| TRUCK PC SERIAL |
|---|
| 992704C141381446 |
| 992704C141381445 |
| 992704C141381448 |
| 992704C141381447 |
| 992704C141381450 |
| 992704C141381439 |
| 992704C141381419 |
| 992704C141381478 |