# EXHIBIT D

# EXHIBIT D

# MobileAria

## MobileAria Sales Order Activation Form

### Instructions
(Please follow the instructions below for completing the form)

**Note:** This form requires that Excel macros be enabled. To enable macros, go to Tools --> Macro --> Security --> Medium. Then close and reopen Excel and you will be prompted to enable macros.

1. This form will allow MobileAria to create your company fleet portal on our secure website.

2. The fleet portal will be completed in two weeks or less after this form is submitted. The portal can be accessed by logging onto the customer login section at www.mobilearia.com

3. Please complete a sheet for each region. You can insert a new sheet and copy the template from the region information sheet onto new sheet.

4. Vehicle, Driver and Web User forms contain the required fields only. Additional information needs to be updated at the portal. Refer to MobileAria online web user guide for accessing vehicle, driver and web users sections on the portal.

5. Passwords for the Web Users section do not have to be assigned at this time - MobileAria will assign the initial passwords and the users will be prompted to change them when they first log in.

6. The Drivers' PINs, which let them log-in to the TruckPC, should be assigned by the person completing this form. If they are not assigned, MobileAria will assign one.

7. If there are any issues in filling out the form, please contact your MobileAria sales representative or call MobileAria customer support at 800-781-8838

8. You can submit the form electronically to your MobileAria sales representative or to ealcoff@mobilearia.com

# MobileAria

## Company Information

### Company

| | |
|---|---|
| Company Name | Airgas |
| Address | 259 North Radnor-Chester Road |
| City | Radnor |
| State | PA |
| Zip | 19087-5283 |
| Phone | 800 255-2165 |
| US DOT Number | |
| IRP Account Number | |
| IFTA Account Number | |
| Federal Tax Number | |

### Contact Info

| | |
|---|---|
| Contact Name | Tuffy Baum |
| Address | 9 Snowstar Lane |
| City | Sandy |
| State | UT |
| Zip | 84092 |
| Phone | 801-619-6069 |

# MobileAria

## Regional/Terminal Information

**Region** (please copy this sheet for each region)

| | | |
|---|---|---|
| Regional Company Name | Airgas Dry Ice | Airgas Dry Ice |
| Region Company ID | Western Region | Central Region |
| Address | 9810 Jordan Circle | 1211 S pioneer Rd. | 1350 Boyles Street |
| City | Santa fe Springs | Salt Lake City | Houston |
| State | Ca | UT | TX |
| Zip | 90670 | 84104 | 77020 |
| Phone | 562-946-8394 | 8019779215 | 713-676-1156 or 832-689-3837 |
| US DOT Number | 097586 & CA 44387 | O97586 | 97586 |
| IRP Account Number | UT08603 | UT08603-01 | UT08603 |
| IFTA Account Number | 582298979 | 582298979 | 582298979 |
| Federal Tax Number | 58-2298979 | 58-2298979 | 58-2298979 |

## Contact Info

| | | |
|---|---|---|
| Contact Name | Rafiq Huq | Ken Robinson | Shawn Schulte |
| Address | 9810 Jordan Circle | 1211 S pioneer Rd. | 1350 Boyles street |
| City | Santa fe Springs | Salt Lake City | Houston |
| State | Ca | UT | TX |
| Zip | 90670 | 84104 | 77020 |
| Phone | 562-946-8394 | 8019779215 | 713-676-1156 or 832-689-3837 |
| E-mail address | Rafiq.Huq.@Airgas.com | ken.d.robinson@airgas.com | shawn.schulte@airgas.com |

## Terminals

| Terminal Name (Location + Oracle #) | Terminal Address | City | State | Zip | Contact Name | Phone | Email Address |
|---|---|---|---|---|---|---|---|
| Santa Fe Springs,Ca- 8932 | 9810 Jordan Circle | Santa fe Springs | Ca | 90670 | Rafiq Huq | 562-946-8394 | rafiq.huq@airgas.com |
| 588925 | 1211 S Pioneer Rd. | Salt Lake City | UT | 84104 | Ken Robinson | 8019779215 | ken.d.robinson@airgas.com |
| Houston, TX 8967 | 1350 Boyles St. | Houston | Texas | 77020 | Shawn Schulte | 713-676-1156 | shawn.schulte.@airgas.com |

# Vehicle Informati

| Truck N | Truck Typ | PTO |
|---|---|---|
| Truck | Cylinder | Yes |
| Tractor | Bulk | No |
| Trailer | Dry ice | ? |
| ? | Other | |
| | ? | |

Please enter the vehicle information in repective columns

| Vehicle VIN | Desired Install Date | Truck # | Asset Name | Truck Type | PTO (Y/N) | Truck Make | Truck Model | Truck Year |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

on

# MobileAria

| Fuel Type | | 1XRTT | Orbcomm |
|---|---|---|---|
| Diesel | | Yes | Yes |
| Gasoline | | No | No |
| Gasohol | | | |
| Compressed Natural Gas | | | |
| Liquified Natural Gas | | | |
| Ethanol | | | |
| Mehtanol | | | |
| Propane | | | |
| ? | | | |

| Engine Mfg | Engine Model | IRP Fleet number | Fuel Type | Terminal Name (Oracle # + Location) | 1XRTT Reqd. | Orbcomm Reqd. |
|---|---|---|---|---|---|---|
| | | | | | | |

# Driver Information

## MobileAria

Please enter list of drivers and the vehicle(s) assigned to each driver.

| Driver First Name | Driver Last Name | PIN (up to 8 numeric) | Driver Terminal | Truck # | Comments |
|---|---|---|---|---|---|
| Joe | Pedrosa | 12345678 | Santa fe Sprg, Ca | 1FUJA6ASX3LK77870 | Ryder#712607 |
| Max | Rodriquez | 23456781 | Santa fe Sprg, Ca | 1FUJA6AS13LK77871 | Ryder#712608 |
| Jose | Megallanous | 345678912 | Santa fe Sprg, Ca | 4V4MD2UG1YN249306 | Ryder#700930 |
| Eric | Ivan | 45678123 | Santa fe Sprg, Ca | 4V4MD2UG3YN249307 | Ryder#700931 |
| Marc | Cardenas | 56781234 | Santa fe Sprg, Ca | 1FVXJLBBOYHB03581 | Ryder#702770 |
| Art | Deleon | 67812345 | Santa fe Sprg, Ca | 4V4MD2UG5YN249308 | Ryder#700932 |
| Henry | Corona | 78123456 | Santa fe Sprg, Ca | 1HTSCAABM1YH310972 | 701037 |
| Rogelio | Negrete | 812345678 | Santa fe Sprg, Ca | 1FV6HLBA2YHB03578 | 702764 |
| | | | | | |
| Jerry | Edwards | 112345678 | Santa fe Sprg, Ca | 1FV6HLBA4YHB03579 | 702766 |
| Hector | Gracia | 222345678 | Santa fe Sprg, Ca | 1FUBBUAK62HH90205 | Y6900 |
| Ron | Hendricson | 333345678 | Santa fe Sprg, Ca | 1FUBBUAK82HH90206 | y6902 |
| | | | | | |
| Curtis | Allen | 5585323 | Salt Lake City | All | |
| Trevor | Curran | 588215 | Salt Lake City | All | |
| Cory | Curtis | 582781 | Salt Lake City | All | |
| Robert | Hansen | 582761 | Salt Lake City | All | |
| James | Johnson | 587036 | Salt Lake City | All | |
| Shay | Mccormick | 587976 | Salt Lake City | All | |
| Eddie | Smith | 588734 | Salt Lake City | All | |
| Mike | Sorrels | 586632 | Salt Lake City | All | |
| James | Wachter | 584002 | Salt Lake City | All | |
| Dallas | Hamilton | 587585 | Salt Lake City | All | |
| Ken | Robinson | 584242 | Salt Lake City | All | |
| Warner Fleet services | | 580001 | Salt Lake City | All | |
| Precision T&T | | 580002 | Salt Lake City | All | |
| AAA Diesel | | 580003 | Salt Lake City | All | |
| Jack's Tire & Oil | | 580004 | Salt Lake City | All | |
| Penske | | 580005 | Salt Lake City | All | |
| Ryder | | 580006 | Salt Lake City | All | |
| Signature Equipment | | 580007 | Salt Lake City | All | |
| | | | | | |
| Brad | Sanders | 20097179 | Houston | All | |

# MobileAria

## Driver Information

Please enter list of drivers and the vehicle(s) assigned to each driver.

| Driver First Name | Driver Last Name | PIN (up to 8 numeric) | Driver Terminal | Truck # | Comments |
|---|---|---|---|---|---|
| Shawn | Schulte | 16307258 | Houston | All | |
| Chris | Arnold | 10978555 | Houston | All | |
| John | Johnson | 075244463 | Houston | All | |
| Danny | Fox | 06556772 | Houston | All | |
| Jimmie | Furst | 131124974 | Houston | All | |
| Alan | Samford | 139055645 | Houston | All | |
| George | Ybarra | 051111537 | Houston | All | |
| Randy | Meadows | 036744040 | Houston | All | |
| Danny | Thomason | 059556962 | Houston | All | |
| Warner Fleet Services | | 8967 | Houston | All | |
| Bright Truck Leaseing | | 18967 | Houston | All | |
| other | | 28967 | Houston | All | |
| other | | 38967 | Houston | All | |

# MobileAria

## Web Users

National Manager
Regional Manager
Terminal Manager
Dispatcher
Driver
?

Please provide information for each of the web users

| First Name | Last Name | User Email | Password | Role | Terminal Name (Location + Oracle #) | Comments |
|---|---|---|---|---|---|---|
| Rafiq | Huq | Rafiq.Huq@Airgas.com | 1921 | Terminal Manager | Santa fe Sprg- 8932 | Cell- 310-617-9039 |
| Dave | Clapp | Dave.Clapp@Airgas.com | 1000 | Regional Manager | Santa fe Sprg- 8932 | Cell-213-200-7745 |
| Ken | Robinson | ken.d.robinson@airgas.com | | Terminal Manager | 588925 | |
| Dallas | Hamilton | Dallas.hamilton@airgas.com | | Terminal Manager | 588925 | |
| Warner Fleet Services | | sp@warnerfleetservices.com | | ? | 588925 | |
| Brad | Sanders | Brad.Sanders@airgas.com | | Regional Manager | Dallas | |

| Truck # | Device ID | TPC # | CDMA ESN | CDMA SN | CDMA # | Orbcomm # | Status Installed / Not Installed / Issues | Throttle Disabler (Y or N) | Training Date | Go Live Date | Notes Concerning Issues |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Santa Fe Springs** | | | | | | | | | | | |
| 700930 | 1887 | 992704c141381131 | 9900629465 | 41358188 | 650-520-3994 | DQ0000007368 | Not Installed | N | | | Not Installed / will need power filter cable / no keyboard extension cable |
| 700931 | 1888 | 992704c141381147 | 9900911261 | 43380877 | 650-248-1312 | DQ00000005668 | Issues | N | | | Volvo / No Throttle disabler installed / no keyboard extension cable |
| 700932 | 1890 | 992704c141381176 | 9900630520 | 41358163 | 650-520-6460 | DQ0000007221 | Issues | N | | | Volvo / No Throttle disabler installed / no keyboard extension cable |
| 701037 | 1891 | 992704c141381070 | 9900630061 | 41358261 | 650-520-3274 | DQ0000007332 | Issues | Y | | | Completed / need keyboard extension cable |
| 702764 | 1893 | 992704c141381073 | 9900491617 | 41359054 | 650-520-5430 | DQ0000007301 | Issues | N | | | ISC Cummins throttle cable / no throttle disabler / no keyboard cable |
| 702766 | 1894 | 992704c141381116 | 9900494211 | 41358218 | 650-520-5728 | DQ0000004269 | Issues | N | | | ISC Cummins throttle cable / no throttle disabler / no keyboard cable |
| 702770 | 1889 | 992704c141381220 | 9900911268 | 43388017 | 650-248-9619 | DQ0000006970 | Issues | N | | | ISC Cummins throttle cable / no throttle disabler / no keyboard cable |
| 712607 | 1885 | 992704c141381173 | 9900911043 | 43380927 | 650-248-1742 | DQ0000004275 | Issues | Y | | | Completed no keyboard cable / blown speaker |
| 712608 | 1886 | 992704c141381221 | 9900630063 | 41358201 | 650-520-3480 | DQ0000007044 | Issues | N | | | Bad Throttle Disabler / no keyboard extension cable |
| Y6900 | 1895 | 992704c141381117 | 9900626917 | 41157959 | 650-218-5037 | DQ0000007116 | Issues | Y | | | Completed / need keyboard extension cable / visor on driver broke |
| Y6902 | 1896 | 992704c141381166 | 9900626928 | 41157899 | 650-218-4761 | DQ0000005871 | Issues | Y | | | Completed / need keyboard extension cable / broken A pillar |
| Y6904 | 1892 | 992704c141381168 | 9900630279 | 41358244 | 650-520-3761 | DQ0000005961 | Issues | Y | | | no keyboard cable |
| **Salt Lake City** | | | | | | | | | | | |
| 619384 | 1904 | 992704c141380734 | 9900630289 | 41358266 | 650-520-6914 | dq0000004334 | Installed | Y | | | Completed |
| H09409 | 1897 | 992704c141381159 | 9900911235 | 43388014 | 650-248-9219 | dq0000004401 | Installed | Y | | | Completed |
| H09415 | 1898 | 992704c141381160 | 9900630065 | 41358166 | 650-520-9142 | dq0000005785 | Installed | Y | | | Completed |
| H26245 | 1899 | 992704c141380574 | 9900627088 | 41157951 | 650-218-4953 | dq0000007234 | Not Installed | N | | | Not Installed / Old radio power harness was damaged also the wrong throttle disabler |
| H85972 | 1903 | 992704c141380511 | 9900630102 | 41358161 | 650-520-3261 | dq0000005779 | Installed | Y | | | Completed |
| R08354 | 1901 | 992704c141380733 | 9900494210 | 41358200 | 650-520-5575 | dq0000004466 | Issues | N | | | ISC Cummins throttle cable |
| R08356 | 1902 | 992704c141380735 | 9900911236 | 43380856 | 650-248-1287 | dq0000007237 | Issues | N | | | ISC Cummins throttle cable |
| U94102 | 1900 | 992704c141380096 | 9900630527 | 41358192 | 650-520-3452 | dq0000007353 | Installed | Y | | | Completed |
| **Houston** | | | | | | | | | | | |
| K78196 | 1997 | 992704C141381447 | 9900630060 | 41358212 | 650-520-3359 | DQ0000005705 | Installed | Y | | | |
| K78197 | 1998 | 992704C141381450 | 9900911062 | 43380880 | 650-248-1771 | DQ0000006928 | Installed | Y | | | |
| M42795 | 2001 | 992704C141381478 | 9900911240 | 43388019 | 650-248-9415 | DQ0000006999 | Installed | Y | | | |
| M77269 | 1999 | 992704C141381439 | 9900626924 | 41157981 | 650-218-4099 | DQ0000007107 | Installed | Y | | | |
| M77271 | 2000 | 992704C141381419 | 9900911116 | 43380924 | 650-248-1708 | DQ0000007322 | Installed | Y | | | |
| M77276 | 1994 | 992704C141381446 | 9900911232 | 43380895 | 650-248-1735 | DQ0000005372 | Installed | Y | | | |
| M77297 | 1995 | 992704C141381445 | 9900911105 | 43380952 | 650-248-9565 | DQ0000004540 | Installed | Y | | | |
| M77300 | 1996 | 992704C141381448 | 9900911264 | 43380889 | 650-248-9941 | DQ0000005784 | Installed | Y | | | |