# EXHIBIT E

# EXHIBIT E

# MobileAria

## MobileAria Sales Order Activation Form

### Instructions
(Please follow the instructions below for completing the form)

**Note:** This form requires that Excel macros be enabled. To enable macros, go to Tools --> Macro --> Security --> Medium. Then close and reopen Excel and you will be prompted to enable macros.

1. This form will allow MobileAria to create your company fleet portal on our secure website.

2. The fleet portal will be completed in two weeks or less after this form is submitted. The portal can be accessed by logging onto the customer login section at www.mobilearia.com

3. Please complete a sheet for each region. You can insert a new sheet and copy the template from the region information sheet onto new sheet.

4. Vehicle, Driver and Web User forms contain the required fields only. Additional information needs to be updated at the portal. Refer to MobileAria online web user guide for accessing vehicle, driver and web users sections on the portal.

5. Passwords for the Web Users section do not have to be assigned at this time - MobileAria will assign the initial passwords and the users will be prompted to change them when they first log in.

6. The Drivers' PINs, which let them log-in to the TruckPC, should be assigned by the person completing this form. If they are not assigned, MobileAria will assign one. If your group uses FuelMan, other Airgas groups use that same PIN number.

7. If there are any issues in filling out the form, please contact your MobileAria sales representative or call MobileAria customer support at 800-781-8838

8. You can submit the form electronically to your MobileAria sales representative or to ealcoff@mobilearia.com

# MobileÄria

## Company Information

### Company

| Company Name | Airgas |
|---|---|
| Address | 259 North Radnor-Chester Road |
| City | Radnor |
| State | PA |
| Zip | 19087-5283 |
| Phone | 800 255-2165 |
| US DOT Number | |
| IRP Account Number | |
| IFTA Account Number | |
| Federal Tax Number | |

### Contact Info

| Contact Name | Tuffy Baum |
|---|---|
| Address | 9 Snowstar Lane |
| City | Sandy |
| State | UT |
| Zip | 84092 |
| Phone | 801-619-6069 |

# MobileAria

## Regional/Terminal Information

**Region (please copy this sheet for each region)**

| Regional Company Name | Airgas Carbonic |
|---|---|
| Region Company ID | |
| Address | 1407 Columbia Nitrogen Dr. |
| City | Augusta |
| State | Georgia |
| Zip | 30901 |
| Phone | 706-724-3360 |
| US DOT Number | |
| IRP Account Number | |
| IFTA Account Number | |
| Federal Tax Number | |

**Contact Info**

| Contact Name | |
|---|---|
| Address | |
| City | |
| State | |
| Zip | |
| Phone | |
| E-mail address | |

**Terminals**

| Terminal Name (Location + Oracle #) | Terminal Address | City | State | Zip | Contact Name | Phone | Email Address |
|---|---|---|---|---|---|---|---|
| Augusta GA | 1407 Columbia Nitrogen Dr. | Augusta | GA | 30901 | Mike Weis | 706-724-3360 | mike.weis@airgas.com |
| Star MS | | | | | | | |
| Richmond VA | | | | | | | |

| Vehicle VIN | Desired Install Date | Truck # | Asset Name | Truck Type | PTO (Y/N) | Truck Make | Truck Model | Truck Year | Engine Mfg | Engine Model | IRP Fleet number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1FUYDSEB3YMG75238 | | 1112 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 1999 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUYDSEB3YMG75239 | | 1113 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 1999 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUYDSEBXYMG75240 | | 1114 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 1999 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUYDSEB4YMG75248 | | 1115 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 1999 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUYDSEB6YMG75249 | | 1116 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 1999 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUYDSEB2YMG75250 | | 1117 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 1999 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUYDSEB4YMG75251 | | 1118 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 1999 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUYDDYB3YDF45436 | | 1119 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 1999 | CUMMINS | N14 370/435ESP+ | GA IRP #762 fleet 908 |
| 1FUYDSEB5YMG80801 | | 1125 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 1999 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUYDYDYBXYDG90389 | | 1126 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 1999 | CUMMINS | N14 370/435 ESP+ | GA IRP #762 fleet 908 |
| 1FUYDSEB81LH36547 | | 1128 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 2000 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUJAHCG91LH78480 | | 1129 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 2000 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUJAHBD71L29443 | | 1130 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 2000 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUJAHBD91L29444 | | 1132 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 2000 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUJAHCG33LK31110 | | 1133 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 2000 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUJAHCG53LK31111 | | 1148 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 2002 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUJAHCG33LL04122 | | 1149 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 2002 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUJAHCG53LL04123 | | 1167 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 2002 | DETROIT | SR60-12.7 430/470 | GA IRP #762 fleet 908 |
| 1FUJAHBD33LL12955 | | 1168 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 2002 | CUMMINS | N14 435E | GA IRP #762 fleet 908 |
| 1FUJAHBD53LL12956 | | 1169 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 2002 | CUMMINS | N14 435E | GA IRP #762 fleet 908 |
| | | 1170 | Tractor | Bulk | Yes | FREIGHTLINER | FLD12064ST | 2002 | CUMMINS | N14 435E | GA IRP #762 fleet 908 |
| 1FUF0DE54LN26132 | | 1158 | Tractor | Dry cargo | No | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUF0DE64LN29605 | | 1189 | Tractor | Dry cargo | No | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUF0DE84LN29606 | | 1190 | Tractor | Dry cargo | No | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUF0DEX4LN29607 | | 1191 | Tractor | Dry cargo | No | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUF0DE14LN29608 | | 1192 | Tractor | Dry cargo | No | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUF0DE34LN29609 | | 1193 | Tractor | Dry cargo | No | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUF0DEX4LN29610 | | 1194 | Tractor | Dry cargo | No | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUF0DE14LN29611 | | 1195 | Tractor | Dry cargo | No | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUF0DE35LN29613 | | 1196 | Tractor | Bulk | Yes | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUF0DE55LN29614 | | 1197 | Tractor | Bulk | Yes | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUF0DE75LN29615 | | 1198 | Tractor | Bulk | Yes | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUF0DE95LN29616 | | 1199 | Tractor | Bulk | Yes | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUF0DE05LN29617 | | 1200 | Tractor | Bulk | Yes | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUF0DE05LN29620 | | 1201 | Tractor | Bulk | Yes | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUF0DE25LN29618 | | 1202 | Tractor | Bulk | Yes | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1FUJFODE25LN29621 | 1205 | Tractor | Bulk | Yes | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUJFODE45LN29622 | 1206 | Tractor | Bulk | Yes | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUJFODE65LN29623 | 1207 | Tractor | Bulk | Yes | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUJFODE85LN29624 | 1208 | Tractor | Bulk | Yes | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |
| 1FUJFODE65DU94107 | 1209 | Tractor | Bulk | Yes | FREIGHTLINER | CL11264ST | 2004 | CAT | C13 | GA IRP #762 fleet 908 |

| Fuel Type | Terminal Name (Oracle # + Location) | 1XRTT Reqd. | Orbcomm Reqd. |
|---|---|---|---|
| Diesel | 9670 AUGUSTA GA | Yes | Yes |
| Diesel | 9670 AUGUSTA GA | Yes | Yes |
| Diesel | 9670 AUGUSTA GA | Yes | Yes |
| Diesel | 9670 AUGUSTA GA | Yes | Yes |
| Diesel | 9670 AUGUSTA GA | Yes | Yes |
| Diesel | 9670 AUGUSTA GA | Yes | Yes |
| Diesel | 9670 AUGUSTA GA | Yes | Yes |
| Diesel | 9670 AUGUSTA GA | Yes | Yes |
| Diesel | 9670 AUGUSTA GA | Yes | Yes |
| Diesel | 9670 AUGUSTA GA | Yes | Yes |
| Diesel | 9670 AUGUSTA GA | Yes | Yes |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |
| Diesel | 9670 AUGUSTA GA | | |

| | |
|---|---|
| | |
| | |
| Diesel | 9670 AUGUSTA GA |
| Diesel | 9670 AUGUSTA GA |
| Diesel | 9670 AUGUSTA GA |
| Diesel | 9670 AUGUSTA GA |
| Diesel | 9670 AUGUSTA GA |

# Driver Information

**MobileAria**

Please enter list of drivers and the vehicle(s) assigned to each driver.

| Driver First Name | Driver Last Name | PIN (up to 8 numeric) | Driver Terminal | Truck # | Comments |
|---|---|---|---|---|---|
| Danny | Angel | 72547 | Augusta GA | unassigned | |
| Rex | Barrett | 1212249 | Augusta GA | unassigned | |
| Kenneth | Britt | 21053 | Augusta GA | unassigned | |
| Kenneth | Burke | 61960 | Augusta GA | unassigned | |
| Jimmie | Burley | 11266 | Augusta GA | unassigned | |
| Carl | Burrow | 82954 | Augusta GA | unassigned | |
| Roger | Cassidy | 10553 | Jacksonville FL | unassigned | |
| Harold | Conley | 4647 | Augusta GA | unassigned | |
| Jerry | Cooper | 101946 | Augusta GA | unassigned | |
| Darrell | Demary | 32767 | Augusta GA | unassigned | |
| Will | Dorsey | 82359 | Augusta GA | unassigned | |
| Charles | Edwards | 92252 | Augusta GA | unassigned | |
| James | Everett | 4769 | Augusta GA | unassigned | |
| John | Fitzpatrick | 82853 | Augusta GA | unassigned | |
| Jimmie | Flakes | 73172 | Augusta GA | unassigned | |
| Ernie | Glover | 82044 | Augusta GA | unassigned | |
| Tony | Gross | 1111269 | Stockbridge GA | unassigned | |
| Steve | Hale | 21864 | Augusta GA | unassigned | |
| Jerry | Hatfield | 4943 | Augusta GA | unassigned | |
| Ron | Lanier | 73059 | Augusta GA | unassigned | |
| Donald | Lemack | 72357 | Augusta GA | unassigned | |
| Tom | Lemack | 91852 | Augusta GA | unassigned | |
| Robert | Letbetter | 101242 | Augusta GA | unassigned | |
| Marvin | Luke | 82348 | Augusta GA | unassigned | |
| Andrew | Martin | 122950 | Augusta GA | unassigned | |
| Tony | Masone | 61349 | Augusta GA | unassigned | |
| Tapeira | McBride | 31175 | Augusta GA | unassigned | |
| Jeff | McLendon | 83165 | Augusta GA | unassigned | |
| Danny | McRoberts | 31650 | Augusta GA | unassigned | |
| Kevin | Miller | 82771 | Augusta GA | unassigned | |
| Morris | Miller | 11352 | Augusta GA | unassigned | |
| Torain | Walker | 51976 | Stockbridge GA | unassigned | |
| Jake | Munson | 81149 | Augusta GA | unassigned | |
| Genie | Neely | 122600 | Augusta GA | unassigned | |
| Larry | Parham | 10358 | Jacksonville FL | unassigned | |
| Kenneth | Parks | 11249 | Augusta GA | unassigned | |
| Tom | Poss | 4240 | Augusta GA | unassigned | |
| Jeff | Quarles | 11867 | Augusta GA | unassigned | |
| Troy | Quick | 11372 | Augusta GA | unassigned | |
| John | Robinson | 1852 | Augusta GA | unassigned | |
| John | Royal | 83160 | Augusta GA | unassigned | |
| Keith | Ryans | 71667 | Augusta GA | unassigned | |
| Charles | Savoy | 12661 | Augusta GA | unassigned | |
| Keith | Sims | 9856 | Augusta GA | unassigned | |
| Al | Skinner | 1028656 | Augusta GA | unassigned | |
| Charles | Smith | 91651 | Augusta GA | unassigned | |
| Jerry | Spence | 82040 | Jacksonville FL | unassigned | |
| John | Stanford | 12247 | Augusta GA | unassigned | |
| Albert | Wilson | 32755 | Augusta GA | unassigned | |
| Craig | Wilkerson | 62469 | Stockbridge GA | unassigned | |
| Zabireal | Washington | 61475 | Augusta GA | unassigned | |
| Chris | Williams | 7566 | Augusta GA | unassigned | |
| Dickerson | Gambriel | 42968 | Augusta GA | unassigned | |
| Airgas Shop | | 1125 | Augusta GA | unassigned | |
| Ryder Shop | | 2511 | Augusta GA | unassigned | |

# MobileAria

## Web Users

Please provide information for each of the web users

National Manager
Regional Manager
Terminal Manager
Dispatcher
Driver
?

| First Name | Last Name | User Email | Password | Role | Terminal Name (Location + Oracle #) | Comments |
|---|---|---|---|---|---|---|
| Mike | Weis | mike.weis@airgas.com | | Terminal Manager | Augusta GA    9670 | |
| Diane | Brown | diane.brown@airgas.com | | Dispatcher | Augusta GA    9670 | |
| Christopher | Nappier | christopher.nappier@airgas.com | | Dispatcher | Augusta GA    9670 | |
| Linda | Burch | linda.burch@airgas.com | | Dispatcher | Augusta GA    9670 | |
| Sandra | Britt | sandra.britt@airgas.com | | Dispatcher | Augusta GA    9670 | |
| Cindy | Steffens | cindy.steffens@airgas.com | | ? | Augusta GA    9670 | |
| Florence | Creasy | florence.creasy@airgas.com | | ? | Augusta GA    9670 | |
| Steve | O'Pry | steve.opry@airgas.com | | | Augusta GA    9670 | |
| Bob | Hurt | bob.hurt@airgas.com | | Regional Manager | Duluth  GA | |

| Truck # | Device ID | TPC # | CDMA ESN | CDMA SN | CDMA # | Orbcomm # | Status Installed / Not Installed / Issues | Throttle Disabler (Y or N) | Training Date | Go Live Date | Notes Concerning Issues |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1112 | 1719 | 992704C141381639 | 9900911120 | 43388020 | 650-248-9169 | DQ0000007330 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1113 | 1776 | 992704C141380013 | 9900911267 | 43380859 | 650-248-1190 | DQ0000010886 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1114 | 1720 | 992704c141381660 | 9900629452 | 41157725 | 650-218-0228 | DQ0000011874 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1115 | 1721 | 992704c141381659 | 9900628400 | 41157639 | 650-218-0298 | DQ0000011852 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1116 | 1722 | 992704C141381604 | 9900490276 | 41058397 | 650-218-3814 | DQ0000011827 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1117 | 1723 | 992704C141381605 | 9900494264 | 41058390 | 650-218-3623 | DQ0000011897 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1118 | 1724 | 992704C141380028 | 9900491545 | 40452389 | 650-520-3751 | DQ0000006995 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1119 | 1725 | 992704C141380330 | 9900628374 | 41157823 | 650-218-0988 | DQ0000011816 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1125 | 1726 | 992704C141380092 | 9900911077 | 43380082 | 650-248-1945 | DQ0000011894 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1126 | 1727 | 992704c141381164 | 9900911270 | 43388064 | 650-248-9383 | DQ0000011878 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1128 | 1760 | 992704C141380454 | 9900911110 | 43380926 | 650-218-1102 | DQ0000011842 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1129 | 1728 | 992704c141381923 | 9900911241 | 43388015 | 650-248-9935 | DQ0000005827 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1130 | 1761 | 992704c141381587 | 9900494266 | 41058398 | 650-218-3130 | DQ0000011896 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1132 | 1729 | 992704c141381928 | 9900490275 | 41058387 | 650-218-3302 | DQ0000010856 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1133 | 1730 | 992704c141381559 | 9900490284 | 41058359 | 650-218-3318 | DQ0000011895 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1148 | 1762 | 992704c141381583 | 9900628370 | 41157773 | 650-218-0530 | DQ0000011849 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1149 | 1731 | 992704c141381570 | 9900491941 | 40552549 | 650-218-8050 | DQ0000011830 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1167 | 1732 | 992704c141381162 | 9900490380 | 41058276 | 650-218-3066 | DQ0000011891 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1168 | 1763 | 992704C141380381 | 9900490381 | 41058396 | 650-218-3607 | DQ0000011814 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1169 | 1733 | 992704C141380996 | 9900490373 | 41057704 | 650-218-3409 | DQ0000011838 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1170 | 1764 | 992704c141381109 | 9900491857 | 40552305 | 650-218-8592 | DQ0000011844 | Issues | No | 3/9/2005 ? | | No Throttle Disabler |
| 1188 | | | | | | | Not Installe | | | | Dry Ice Truck |
| 1189 | | | | | | | Not Installe | | | | Dry Ice Truck |
| 1190 | | | | | | | Not Installe | | | | Dry Ice Truck |
| 1191 | | | | | | | Not Installe | | | | Dry Ice Truck |
| 1192 | | | | | | | Not Installe | | | | Dry Ice Truck |
| 1193 | | | | | | | Not Installe | | | | Dry Ice Truck |
| 1194 | | | | | | | Not Installe | | | | Dry Ice Truck |
| 1195 | | | | | | | Not Installe | | | | Dry Ice Truck |
| 1196 | 1739 | 992704C141381765 | 9900628397 | 41157634 | 6502180955 | DQ0000011884 | Installed | Yes | 3/9/2005 | | |
| 1197 | 1768 | 992704c141381161 | 9900495233 | 40548273 | 6505207129 | DQ0000011853 | Installed | Yes | 3/9/2005 ? | | |
| 1198 | 2003 | 992704c141381421 | 9900627117 | 41358193 | 6505205221 | DQ0000004537 | Installed | Yes | 3/9/2005 ? | | |
| 1199 | 2004 | 992704c141381476 | 9900629461 | 41358187 | 6505205603 | DQ0000006918 | Installed | Yes | 3/9/2005 ? | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1200 | 2006 | 992704C141381475 | 9900630110 | 41358194 | 6505203039 | DQ00000007256 | Installed | Yes | 3/9/2005 | ? | |
| 1201 | 2007 | 992704C141381400 | 9900911260 | 43378465 | 6502489934 | DQ00000005717 | Installed | Yes | 3/9/2005 | ? | |
| 1202 | 2008 | 992704C141381661 | 9900640908 | 43892518 | 6502749825 | DQ00000004369 | Issues | Yes | 3/9/2005 | ? | Needs new CDMA modem |
| 1205 | 2009 | 992704C141381966 | 9900630103 | 41358269 | 6505203069 | DQ00000007228 | Installed | Yes | 3/9/2005 | ? | |
| 1206 | 2010 | 992704C141382108 | 9900634609 | 41759611 | 6505337013 | DQ00000007115 | Installed | Yes | 3/9/2005 | ? | |
| 1207 | 2011 | 992704C141382096 | 9900491540 | 41358185 | 6505203302 | DQ00000004281 | Installed | Yes | 3/9/2005 | ? | |
| 1208 | 2012 | 992704C141380995 | 9900627130 | 41158040 | 6502184129 | DQ00000006040 | Installed | Yes | 3/9/2005 | ? | |
| 1209 | | | | | | | Not Installed | | | | Transferred to another site |
| 1210 | | | | | | | Not Installed | | | | Transferred to another site |
| 1211 | | | | | | | Not Installed | | | | Transferred to another site |
| 1212 | | | | | | | Not Installed | | | | Transferred to another site |
| 1213 | 2017 | 992704C141381252 | 9900626958 | 41157898 | 6502185062 | DQ00000005661 | Installed | Yes | 3/9/2005 | ? | |
| 1219 | 2042 | 992704C141381262 | 9900911092 | 43380925 | 6502481955 | DQ00000007198 | Issues | No | 3/9/2005 | ? | No Throttle Disabler |