# EXHIBIT F

# EXHIBIT F

# MobileAria Sales Order Activation Form

**MobileAria**

## Instructions
(Please follow the instructions below for completing the form)

**Note:** This form requires that Excel macros be enabled. To enable macros, go to Tools --> Macro --> Security --> Medium. Then close and reopen Excel and you will be prompted to enable macros.

1. This form will allow MobileAria to create your company fleet portal on our secure website.

2. The fleet portal will be completed in two weeks or less after this form is submitted. The portal can be accessed by logging onto the customer login section at www.mobilearia.com

3. Please complete a sheet for each region. You can insert a new sheet and copy the template from the region information sheet onto new sheet.

4. Vehicle, Driver and Web User forms contain the required fields only. Additional information needs to be updated at the portal. Refer to MobileAria online web user guide for accessing vehicle, driver and web users sections on the portal.

5. Passwords for the Web Users section do not have to be assigned at this time - MobileAria will assign the initial passwords and the users will be prompted to change them when they first log in.

6. The Drivers' PINs, which let them log-in to the TruckPC, should be assigned by the person completing this form. If they are not assigned, MobileAria will assign one. If your group uses FuelMan, other Airgas groups use that same PIN number.

7. If there are any issues in filling out the form, please contact your MobileAria sales representative or call MobileAria customer support at 800-781-8838

8. You can submit the form electronically to your MobileAria sales representative or to ealcoff@mobilearia.com

# MobileAria

## Company Information

### Company

| | |
|---|---|
| Company Name | Airgas |
| Address | 259 North Radnor-Chester Road |
| City | Radnor |
| State | PA |
| Zip | 19087-5283 |
| Phone | 800 255-2165 |
| US DOT Number | |
| IRP Account Number | |
| IFTA Account Number | |
| Federal Tax Number | |

### Contact Info

| | |
|---|---|
| Contact Name | Tuffy Baum |
| Address | 9 Snowstar Lane |
| City | Sandy |
| State | UT |
| Zip | 84092 |
| Phone | 801-619-6069 |

# MobileAria

## Regional/Terminal Information

### Region (please copy this sheet for each region)

| Field | Value |
|---|---|
| Regional Company Name | Airgas Carbonic |
| Region Company ID | |
| Address | 1300 Bellwood Rd. |
| City | Richmond |
| State | Virginia |
| Zip | 23237 |
| Phone | 804-271-2520 |
| US DOT Number | 97586 |
| IRP Account Number | |
| IFTA Account Number | |
| Federal Tax Number | |

### Contact Info

| Field | Value |
|---|---|
| Contact Name | Jamie Warner |
| Address | same as above |
| City | |
| State | |
| Zip | |
| Phone | |
| E-mail address | Jamie Warner |

### Terminals

| Terminal Name (Location + Oracle #) | Terminal Address | City | State | Zip | Contact Name | Phone | Email Address |
|---|---|---|---|---|---|---|---|
| Augusta GA | 1407 Columbia Nitrogen Dr. | Augusta | GA | 30901 | Mike Weis | 706-724-3360 | mike.weis@airgas.com |
| Star MS | | Star | MS | | Benjie Nelson | 601-845-3842 | |
| Richmond VA | 1300 Bellwood Rd. | Richmond | VA | 23237 | Jamie Warner | 804-271-2520 | Jamie.Warner@Airgas.com |
| Hopewell, VA | 103 Industrial St. | Hopewell | VA | 23860 | Dennis Harris | 804-458-9971 | Dennis.Harris@Airgas.com |

| Vehicle VIN | Desired Install Date | Truck # | Asset Name | Truck Type | PTO (Y/N) |
|---|---|---|---|---|---|
| 1FUYDSEB8YLG80264 | | T1121 | Tractor | Dry Ice | No |
| 1FUJA6AV12LJ69789 | | T1139 | Tractor | Bulk | Yes |
| 1FUJA6AV82LJ69790 | | T1140 | Tractor | Dry Ice | No |
| 1FUJA6AVX2LJ69791 | | T1146 | Tractor | Bulk | Yes |
| 1FUJA6AVX2LJ74196 | | T1147 | Tractor | Bulk | Yes |
| 1FUYDXYB6XLA39413 | | T1161 | Tractor | Dry Ice | No |
| 4V4NC9RH01N312466 | | T1162 | Tractor | Bulk | Yes |
| 4V4NC9RH81N312229 | | T1163 | Tractor | Bulk | Yes |
| 4V4NC9RH61N312228 | | T1164 | Tractor | Dry Ice | No |
| 1FUJA6AS33LK77872 | | T1173 | Tractor | Bulk | Yes |
| 4V4NC9RHX1N312457 | | T1174 | Tractor | Bulk | Yes |
| 4V4NC9RH31N312462 | | T1175 | Tractor | Bulk | Yes |
| 4V4NC9RH41N312485 | | T1176 | Tractor | Bulk | Yes |
| 4V4NC9RH41N312499 | | T1177 | Tractor | Bulk | Yes |
| 1FUYSSEB0YLG35177 | | T1179 | Tractor | Bulk | Yes |
| 1FUYNWEB7YLF49587 | | T1180 | Tractor | Bulk | Yes |
| 1FUYNWEB0YLF49589 | | T1181 | Tractor | Dry Ice | No |
| 4V4ND2JJ1YN258088 | | T1182 | Tractor | Bulk | Yes |
| 4V4NC9JJ61N311658 | | T1183 | Tractor | Bulk | Yes |
| 4V4ND1JJ3YN256532 | | T1184 | Tractor | Bulk | Yes |
| 1FUJF0DE15LV08744 | | T1216 | Tractor | Bulk | Yes |

| Truck Make | Truck Model | Truck Year | Engine Mfg | Engine Model |
|---|---|---|---|---|
| FREIGHTLINER | D12064ST | 2000 | DETROIT | SR60 12.7 |
| FREIGHTLINER | CL12064S | 2002 | CAT | C15 |
| FREIGHTLINER | CL12064S | 2002 | CAT | C15 |
| FREIGHTLINER | CL12064S | 2002 | CAT | C15 |
| FREIGHTLINER | CL12064S | 2002 | CAT | C15 |
| FREIGHTLINER | D12064ST | 1999 | CAT | C14 |
| VOLVO | VNL64660 | 2001 | DETROIT | SR60 12.7 |
| VOLVO | VNL64660 | 2001 | DETROIT | SR60 12.7 |
| VOLVO | VNL64660 | 2001 | DETROIT | SR60 12.7 |
| FREIGHTLINER | CL12064S | 2003 | CAT | C12 |
| VOLVO | VNL64660 | 2001 | DETROIT | SR60 12.7 |
| VOLVO | VNL64660 | 2001 | DETROIT | SR60 12.7 |
| VOLVO | VNL64660 | 2001 | DETROIT | SR60 12.7 |
| VOLVO | VNL64660 | 2001 | DETROIT | SR60 12.7 |
| FREIGHTLINER | CC2064ST | 2000 | CAT | C12 |
| FREIGHTLINER | CC1264ST | 2000 | CAT | C12 |
| FREIGHTLINER | CC1264ST | 2000 | CUMMINS | N14E |
| VOLVO | VNL64T | 2001 | CUMMINS | N14E |
| VOLVO | VNL64T | 2000 | CUMMINS | N14E |
| FREIGHTLINER | CL11264ST | 2005 | CAT | C13 |

| IRP Fleet number | Fuel Type | Terminal Name (Oracle # + Location) | 1XRTT Reqd. | Orbcomm Reqd. |
|---|---|---|---|---|
| IRP #762 fleet 908 | Diesel | 8952 Hopewell, VA | | |
| IRP #762 fleet 909 | Diesel | 9679 Richmond, VA | | |
| IRP #762 fleet 910 | Diesel | 8952 Hopewell, VA | | |
| IRP #762 fleet 911 | Diesel | 9679 Richmond, VA | | |
| IRP #762 fleet 912 | Diesel | 9679 Richmond, VA | | |
| IRP #762 fleet 913 | Diesel | 8952 Hopewell, VA | | |
| IRP #762 fleet 914 | Diesel | 9679 Richmond, VA | | |
| IRP #762 fleet 915 | Diesel | 9679 Richmond, VA | | |
| IRP #762 fleet 916 | Diesel | 8952 Hopewell, VA | | |
| IRP #762 fleet 917 | Diesel | 9679 Richmond, VA | | |
| IRP #762 fleet 918 | Diesel | 9679 Richmond, VA | | |
| IRP #762 fleet 919 | Diesel | 9679 Richmond, VA | | |
| IRP #762 fleet 920 | Diesel | 9679 Richmond, VA | | |
| IRP #762 fleet 921 | Diesel | 9679 Richmond, VA | | |
| IRP #762 fleet 922 | Diesel | 9679 Richmond, VA | | |
| IRP #762 fleet 923 | Diesel | 9679 Richmond, VA | | |
| IRP #762 fleet 924 | Diesel | 8952 Hopewell, VA | | |
| IRP #762 fleet 925 | Diesel | 9679 Richmond, VA | | |
| IRP #762 fleet 926 | Diesel | 9679 Richmond, VA | | |
| IRP #762 fleet 927 | Diesel | 9679 Richmond, VA | | |
| IRP #762 fleet 928 | Diesel | 9679 Richmond, VA | | |

| Driver Information | | | | MobileAria | |
|---|---|---|---|---|---|
| Please enter list of drivers and the vehicle(s) assigned to each driver. | | | | | |
| Driver First Name | Driver Last Name | PIN (up to 8 numeric) | Driver Terminal | Truck # | Comments |
| DAVID | BARRATT | 113995 | Richmond, VA | unassigned | |
| TOM | BEACH | 104589 | Richmond, VA | unassigned | |
| RONNIE | BEALE | 101985 | Richmond, VA | unassigned | |
| BOB | BOURA | 113645 | Richmond, VA | unassigned | |
| ROY | CARNEAL | 113839 | Richmond, VA | unassigned | |
| CARL | CARVILE | 113584 | Richmond, VA | unassigned | |
| EARL | DANTZLER | 113709 | Richmond, VA | unassigned | |
| BILL | DOUGHERTY | 113485 | Richmond, VA | unassigned | |
| JAY | FRAZIER | 102413 | Richmond, VA | unassigned | |
| DAVID | HENSLEY | 102269 | Richmond, VA | unassigned | |
| OZELA | HICKS | 114441 | Richmond, VA | unassigned | |
| STEVE | HOLMES | 116533 | Richmond, VA | unassigned | |
| BRIAN | LUSK | 102330 | Richmond, VA | unassigned | |
| MELISSA | MCLAUGHLIN | 112928 | Richmond, VA | unassigned | |
| MIKE | MINTER | 116283 | Richmond, VA | unassigned | |
| BILL | PATCH | 102107 | Richmond, VA | unassigned | |
| JAMAL | RAMADAN | 113838 | Richmond, VA | unassigned | |
| ROBERT | RHODES | 116143 | Richmond, VA | unassigned | |
| DEAN | RUSSUM | 101936 | Richmond, VA | unassigned | |
| JIM | SCHERMERHORN | 114710 | Richmond, VA | unassigned | |
| JAMES | SMITH | 102316 | Richmond, VA | unassigned | |
| DAVID | SWEENEY | 114646 | Richmond, VA | unassigned | |
| DON | SWEENEY | 102057 | Richmond, VA | unassigned | |
| JIM | WARNER | 102275 | Richmond, VA | unassigned | |
| LARRY | WEST | 102005 | Richmond, VA | unassigned | |
| WADE | STONNELL | 102081 | Richmond, VA | unassigned | |
| ED | SPAULDING | 102273 | Richmond, VA | unassigned | |
| JAMIE | WARNER | 102160 | Richmond, VA | unassigned | |
| DAVID | DOSS | 102007 | Hopewell, VA | unassigned | |
| WESLEY | HARVEY | 102019 | Hopewell, VA | unassigned | |
| RICHARD | MACCAULEY | 102060 | Hopewell, VA | unassigned | |
| MILTON | MICKIE | 101988 | Hopewell, VA | unassigned | |
| TERRY | MOORE | 101813 | Hopewell, VA | unassigned | |
| GERALD | PFEIFFER | 102016 | Hopewell, VA | unassigned | |

# Web Users

# MobileAria

National Manager
Regional Manager
Terminal Manager
Dispatcher
Driver
?

Please provide information for each of the web users

| First Name | Last Name | User Email | Password | Role | Terminal Name (Location + Oracle #) | Comments |
|---|---|---|---|---|---|---|
| Jamie | Warner | Jamie.Warner@Airgas.com | | Terminal Manager | Richmond, VA    9679 | |
| Ed | Spaulding | Ed.Spaulding@Airgas.com | | Dispatcher | Richmond, VA    9679 | |
| Wade | Stonnell | Wade.Stonnell@Airgas.com | | ? | Richmond, VA    9679 | |
| Lindsey | Tuckwiller | Lindsey.Tuckwiller@Airgas.com | | ? | Richmond, VA    9679 | |
| Dennis | Harris | Dennis.Harris@Airgas.com | | Terminal Manager | Hopewell, VA    8952 | |
| Flo | Femiani | Flo.Femiani@Airgas.com | | Dispatcher | Hopewell, VA    8952 | |

| Truck # | Device ID | TPC # | CDMA ESN | CDMA SN | CDMA # | Orbcomm # | Status Installed / Not Installed / Issues | Throttle Disabler (Y or N) | Training Date | Go Live Date | Notes Concerning Issues |
|---|---|---|---|---|---|---|---|---|---|---|---|
| T1121 | | | | | | | Not Installed | | | | |
| T1139 | 2018 | 381878 | 9900627223 | 41158044 | 650-218-4353 | DQ0000010846 | Installed | Yes | | | |
| T1140 | | | | | | | Not Installed | | | | |
| T1146 | 2019 | 381934 | 9900911265 | 43388016 | 650-248-9146 | DQ0000012038 | Installed | Yes | | | |
| T1147 | 2020 | 380120 | 9900626913 | 41157910 | 650-218-5135 | DQ0000009544 | Installed | Yes | | | |
| T1161 | | | | | | | Not Installed | | | | |
| T1162 | 2021 | 380012 | 9900490542 | 40752520 | 650-346-1553 | DQ0000009509 | Installed | No | | | |
| T1163 | 2022 | 380123 | 9900911257 | 43380896 | 650-248-1364 | DQ0000004263 | Installed | No | | | |
| T1164 | | | | | | | Not Installed | | | | |
| T1173 | 2023 | 380131 | 9900627090 | 41158088 | 650-218-4133 | DQ0000005812 | Installed | Yes | | | |
| T1174 | 2024 | 381879 | 9900627093 | 41158046 | 650-218-4363 | DQ0000010874 | Installed | No | | | |
| T1175 | 2025 | 382116 | 9900911084 | 43380898 | 650-248-1418 | DQ0000012048 | Installed | No | | | |
| T1176 | 2026 | 381589 | 9900627221 | 41158052 | 650-218-4807 | DQ0000007070 | Installed | No | | | |
| T1177 | 2027 | 381511 | 9900627087 | 41158059 | 650-218-4991 | DQ0000010876 | Installed | No | | | |
| T1179 | 2028 | 380237 | 9900626920 | 41157858 | 650-218-4198 | DQ0000010870 | Installed | Yes | | | staged unit was replaced |
| T1180 | 2029 | 381900 | 9900484181 | 40348066 | 650-906-1953 | DQ0000010852 | Installed | Yes | | | |
| T1181 | | | | | | | Not Installed | | | | |
| T1182 | 2030 | 381891 | 9900627220 | 41158061 | 650-218-4787 | DQ0000010881 | Installed | No | | | |
| T1183 | 2031 | 381890 | 9900630392 | 41358228 | 650-520-3212 | DQ0000010877 | Installed | No | | | |
| T1184 | 2032 | 381924 | 9900640846 | 43892545 | 650-274-9930 | DQ0000010837 | Installed | No | | | |
| T1216 | 2033 | 381933 | 9900641025 | 43892524 | 650-274-9548 | DQ0000007389 | Installed | Yes | | | |