# EXHIBIT G

# EXHIBIT G

| Truck N | Truck Typ |
|---|---|
| Truck | Cylinder |
| Tractor | Bulk |
| Trailer | Dry ice |
| ? | Other |
| | ? |

Please enter the vehicle information in repective columns

| Region Name | Region number | Vehicle VIN | Activity Code | Truck # | Asset Name | Truck Type |
|---|---|---|---|---|---|---|
| Airgas Carbonic | 122 | 1FUJA6AV12LJ69789 | 3210 | T1139 | Tractor | Bulk |
| Airgas Carbonic | 122 | 1FUJA6AVX2LJ69791 | 3210 | T1146 | Tractor | Bulk |
| Airgas Carbonic | 122 | 1FUJA6AVX2LJ74196 | 3210 | T1147 | Tractor | Bulk |
| Airgas Carbonic | 122 | 4V4NC9RH01N312466 | 3210 | T1162 | Tractor | Bulk |
| Airgas Carbonic | 122 | 4V4NC9RH81N312229 | 3210 | T1163 | Tractor | Bulk |
| Airgas Carbonic | 122 | 1FUJA6AS33LK77872 | 3210 | T1173 | Tractor | Bulk |
| Airgas Carbonic | 122 | 4V4NC9RHX1N312457 | 3210 | T1174 | Tractor | Bulk |
| Airgas Carbonic | 122 | 4V4NC9RH31N312462 | 3210 | T1175 | Tractor | Bulk |
| Airgas Carbonic | 122 | 4V4NC9RH41N312485 | 3210 | T1176 | Tractor | Bulk |
| Airgas Carbonic | 122 | 4V4NC9RH41N312499 | 3210 | T1177 | Tractor | Bulk |
| Airgas Carbonic | 122 | 1FUYSSEB0YLG35177 | 3210 | T1179 | Tractor | Bulk |
| Airgas Carbonic | 122 | 1FUYNWEB7YLF49587 | 3210 | T1180 | Tractor | Bulk |
| Airgas Carbonic | 122 | 4V4ND2JJ1YN258088 | 3210 | T1182 | Tractor | Bulk |
| Airgas Carbonic | 122 | 4V4NC9JJ61N311658 | 3210 | T1183 | Tractor | Bulk |
| Airgas Carbonic | 122 | 4V4ND1JJ3YN256532 | 3210 | T1184 | Tractor | Bulk |
| Airgas Carbonic | 122 | 1FUJF0DE15LV08744 | 3210 | T1216 | Tractor | Bulk |

# Vehicle Information

PTO
Yes
No
?

| PTO (Y/N) | Truck Make | Truck Model | Truck Year | Engine Mfg | Engine Model | IRP Fleet number |
|---|---|---|---|---|---|---|
| Yes | FREIGHTLINER | CL12064S | 2002 | CAT | C15 | IRP #762 fleet 909 |
| Yes | FREIGHTLINER | CL12064S | 2002 | CAT | C15 | IRP #762 fleet 911 |
| Yes | FREIGHTLINER | CL12064S | 2002 | CAT | C15 | IRP #762 fleet 912 |
| Yes | VOLVO | VNL64660 | 2001 | DETROIT | SR60 12.7 | IRP #762 fleet 914 |
| Yes | VOLVO | VNL64660 | 2001 | DETROIT | SR60 12.7 | IRP #762 fleet 915 |
| Yes | FREIGHTLINER | CL12064S | 2003 | CAT | C12 | IRP #762 fleet 917 |
| Yes | VOLVO | VNL64660 | 2001 | DETROIT | SR60 12.7 | IRP #762 fleet 918 |
| Yes | VOLVO | VNL64660 | 2001 | DETROIT | SR60 12.7 | IRP #762 fleet 919 |
| Yes | VOLVO | VNL64660 | 2001 | DETROIT | SR60 12.7 | IRP #762 fleet 920 |
| Yes | VOLVO | VNL64660 | 2001 | DETROIT | SR60 12.7 | IRP #762 fleet 921 |
| Yes | FREIGHTLINER | CC2064ST | 2000 | DETROIT | SR60 12.7 | IRP #762 fleet 922 |
| Yes | FREIGHTLINER | CC1264ST | 2000 | CAT | C12 | IRP #762 fleet 923 |
| Yes | VOLVO | VNL64T | 2000 | CUMMINS | N14E | IRP #762 fleet 925 |
| Yes | VOLVO | VNL64T | 2001 | CUMMINS | N14E | IRP #762 fleet 926 |
| Yes | VOLVO | VNL64T | 2000 | CUMMINS | N14E | IRP #762 fleet 927 |
| Yes | FREIGHTLINER | CL11264ST | 2005 | CAT | C13 | IRP #762 fleet 928 |

**Fuel Type**
Diesel
Gasoline
Gasohol
Compressed Natural Gas
Liquified Natural Gas
Ethanol
Mehtanol
Propane
?

| Fuel Type | Terminal Name (Oracle # + Location) | Actual Installation Schedule (updated regularly) | Truck # | Device ID | TPC # | CDMA ESN |
|---|---|---|---|---|---|---|
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1139 | 2018 | 381878 | 9900627223 |
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1146 | 2019 | 381934 | 9900911265 |
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1147 | 2020 | 380120 | 9900626913 |
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1162 | 2021 | 380012 | 9900490542 |
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1163 | 2022 | 380123 | 9900911257 |
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1173 | 2023 | 380131 | 9900627090 |
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1174 | 2024 | 381879 | 9900627093 |
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1175 | 2025 | 382116 | 9900911084 |
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1176 | 2026 | 381589 | 9900627221 |
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1177 | 2027 | 381511 | 9900627087 |
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1179 | 2028 | 380237 | 9900626920 |
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1180 | 2029 | 381900 | 9900484181 |
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1182 | 2030 | 381891 | 9900627220 |
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1183 | 2031 | 381890 | 9900630392 |
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1184 | 2032 | 381924 | 9900640846 |
| Diesel | 9679 Richmond, VA | Wednesday, March 16, 2005 | T1216 | 2033 | 381933 | 9900641025 |

**Status**
Installed
Not Installed
Issues

| CDMA SN | CDMA # | Orbcomm # | Status Installed / Not Installed / Issues |
|---|---|---|---|
| 41158044 | 650-218-4353 | DQ0000010846 | Installed |
| 43388016 | 650-248-9146 | DQ0000012038 | Installed |
| 41157910 | 650-218-5135 | DQ0000009544 | Installed |
| 40752520 | 650-346-1553 | DQ0000009509 | Installed |
| 43380896 | 650-248-1364 | DQ0000004263 | Installed |
| 41158088 | 650-218-4133 | DQ0000005812 | Installed |
| 41158046 | 650-218-4363 | DQ0000010874 | Installed |
| 43380898 | 650-248-1418 | DQ0000012048 | Installed |
| 41158052 | 650-218-4807 | DQ0000007070 | Installed |
| 41158059 | 650-218-4991 | DQ0000010876 | Installed |
| 41157858 | 650-218-4198 | DQ0000010870 | Installed |
| 40348066 | 650-906-1953 | DQ0000010852 | Installed |
| 41158061 | 650-218-4787 | DQ0000010881 | Installed |
| 41358228 | 650-520-3212 | DQ0000010877 | Installed |
| 43892545 | 650-274-9930 | DQ0000010837 | Installed |
| 43892524 | 650-274-9548 | DQ0000007389 | Installed |