# EXHIBIT H

# EXHIBIT H

## Quintanilla, Nelly

| | |
|---|---|
| **From:** | Tim Kats [tkats@velociti.us] |
| **Sent:** | Friday, March 05, 2004 9:19 AM |
| **To:** | Deborah Cameron; Derik Toy |
| **Cc:** | Deryk Powell |
| **Subject:** | Airgas 49 Truck Pilot Install Proposal |
| **Attachments:** | TSK-1065 Pana-Pacific Airgas 49 Vehicle Install Pilot Proposal 030504.doc; Gulf States SOAF - 03 04 04.xls |

Deborah & Derik,

Attached is the proposed pricing and schedule for the 49 trucks left in the Gulf States Region Pilot. Deryk Powell and I will call you to review.

Thanks,
Tim Kats
Velociti
816.516.2619 m
<<...>> <<...>>

12/21/2007


solutions at every turn

# Pana-Pacific - Airgas
# Vehicle Installation Proposal
# March 5, 2004

## OVERVIEW

Velociti is pleased to offer Pana-Pacific the following proposal for a pilot mobile installation of forty-nine (49) vehicles in twenty-three (23) locations. Airgas is open to consolidating the vehicles into fewer locations to improve efficiency; the proposed schedule takes advantage of all opportunities to consolidate vehicles.

As part of the pilot, Velociti will provide the following...

    Project Manager and 1 technicians at the initial install site
    One technician completing all remaining sites
    Pre-Installation Checklist
    Post-Installation Checklist
    Hardware Kit
    Staging of the TruckPC
    Bench testing the TruckPC

## PILOT PRICING

- Install Labor per Truck - $200.00 ($9,800.00 total)

- Staging & Testing per TruckPC - $25.00

- Total Cost per Truck - $225.00

    1) Pricing assumes 49 unit minimum as scheduled.
    2) Pricing assumes scheduling and geographical control by Velociti
    3) Pricing assumes all TruckPC's are fully staged and bench tested before arriving on site
    4) Pricing assumes all components are at Velociti Atlanta prior to 03/16/04
    5) Delay fees will be billed accordingly at $100 per hour, maximum of $700 per day

**STATEMENT OF WORK**

- Install one (1) TruckPC System per truck according to supplied MobileAria Installation Guide.
- Perform System Test
- Provide As Built Documentation.

**TERMS AND CONDITIONS**

- Price based on Non-Union Labor.
- TruckPC's and required accessories will be onsite prior to installation start.
- Components will be installed, labeled and tested by Velociti.
- Price based on quantities and sites attached. Changes in Scope of Work to be performed will be an additional charge and will be addressed with a change order that will be agreed on by Velociti and Pana-Pacific.
- Price based on scheduling and geographic responsibility by Velociti.
- Price is based on 1 technician completing all pilot installations from March 13 through March 27, per attached schedule.
- Price assumes 7 day access.
- Price assumes minimum 12-hour access daily.
- Any delays in access to site, inventory or trucks beyond Velociti's control will result in delay charges if additional time on location is required.
- Minimum of 1-day will be required to perform each location.
- Any return visit requests for reasons beyond Velociti's control, will be billed accordingly.
- Sales tax may be applicable.
- Standard Rate for any documented delay is $ 100.00/HR per technician.
- Price is valid for Ninety (90) days.



# MobileAria Sales Order Activation Form

## Instructions
(Please follow the instructions below for completing the form)

**Note:** This form requires that Excel macros be enabled. To enable macros, go to Tools --> Macro --> Security --> Medium. Then close and reopen Excel and you will be prompted to enable macros.

1. This form will allow MobileAria to create your company fleet portal.
2. The fleet portal will be completed in two weeks after this form is submitted. The portal can be accessed by logging onto the customer login section at www.mobilearia.com
3. Please complete a sheet for each region. You can insert a new sheet and copy the template from the region information sheet onto new sheet.
4. Vehicle, Driver and Web User forms contain the required fields only. Additional information needs to be updated at the portal. Refer to MobileAria online web user guide for accessing vehicle, driver and web users sections on the portal.
5. If there are any issues in filling out the form, please contact your MobileAria sales representative or call MobileAria customer support at 800-781-8838
6. You can submit the form electronically to your MobileAria sales representative or to support@mobilearia.com

# MobileAria

## Company Information

### Project

| | |
|---|---|
| Project Name | Gulf States Region Installation |
| Installation Date | 2/28 - 3/27 |
| Installation Location | Gulf States Terminals |

### Company

| | |
|---|---|
| Company Name | Airgas |
| Address | 259 North Radnor-Chester Road |
| City | Radnor |
| State | PA |
| Zip | 19087-5283 |
| Phone | 800 255-2165 |
| US DOT Number | |
| IRP Account Number | |
| IFTA Account Number | |
| Federal Tax Number | |

### Contact Info

| | |
|---|---|
| Contact Name | Tuffy Baum |
| Address | 9 Snowstar Lane |
| City | Sandy |
| State | UT |
| Zip | 84092 |
| Phone | 801-619-6069 |

# MobileAria

## Regional/Terminal Information

Region (please copy this sheet for each region)

| | |
|---|---|
| Region Name | Airgas Gulf States |
| Address | 5480 Hamilton Blvd |
| City | Theodore |
| State | Alabama |
| Zip | 36582 |
| Phone | 251-653-2500 |
| US DOT Number | 449958 |
| IRP Account Number | Florida 61101 |
| IFTA Account Number | 1 |
| Federal Tax Number | 52-1633106 |

## Terminals

| Terminal Name | Terminal Address | City | State | Zip | Phone |
|---|---|---|---|---|---|
| 1701 Moss Point MS | 3837 Hwy 63 | Moss Point | Mississippi | 39563 | (228) 475-3537 |
| 1702 Meridian MS | 136 Bonita Rd | Meridian | Mississippi | 39301 | (601) 483-4846 |
| 1703 Theodore AL | 5480 Hamilton Blvd | Theodore | Alabama | 36582 | (251) 653-8743 |
| 1704 Bayou La Batre MS | 13255 N Wintzell Ave | BAYOU LA BATRE | MS | 36509 | |
| 1705 Robertsdale AL | 24335 Hwy 59 N | ROBERTSDALE | AL | 36567 | |
| 1706 Hattiesburg MS | 5706 A Hwy 49 South | Hattiesburg | Mississippi | 39401 | (601) 544-5252 |
| 1707 Gulf Port MS | 109 E. 34th Street | GULFPORT | MS | 39507 | |
| 1708 Slidell LA | 2104 Highway 190 W | SLIDELL | LA | 70460 | |
| 1709 Laurel MS | 2945 Ellisville | LAUREL | MS | 39440 | |
| 1711 Chalmette LA | 3014 Paris Road | CHALMETTE | LA | 70043 | |
| 1712 Geismar LA | 35114 Hwy 30 | Geismar | Louisiana | 70734 | (225) 673-5538 |
| 1713 Buras LA | 36228 Highway 11 | BURAS | LA | 70041 | |
| 1715 Marrero LA | 610 Cohen St | MARRERO | LA | 70072 | |
| 1716 Pensacola FL | 200 E. Lurton Street | PENSACOLA | FL | 32505 | |
| 1717 Jackson AL | 3124 College Ave | JACKSON | AL | 36545 | |
| 1718 Baton Rouge LA | 1931 Plank Road | BATON ROUGE | LA | 70802 | |
| 1721 Saint Rose LA | 1900 James Dr. E. Suite 150 | ST. ROSE | LA | 70087 | |
| 1724 New Iberia LA | 6001 Hwy 90 West | Lafayette/New Iberia | Louisiana | 70560 | (337) 365-4181 |

| | | | | | |
|---|---|---|---|---|---|
| 1727 Morgan City | 9841 Highway 90 E | MORGAN CITY | LA | 70380 | |
| 1728 Houma LA | 308 Grand Calloiu Road | HOUMA | LA | 70361 | |
| 1729 Galliano LA | 17953 Highway 3235 | GALLIANO | LA | 70354 | |
| 1734 Lake Charles LA | 2210 Swisco Road | LAKE CHARLES | LA | 70663 | |
| 1747 Brewton AL | 1641 South Blvd | BREWTON | AL | 36426 | |
| 1748 Monroeville AL | 219 Winston Ave | MONROEVILLE | AL | 36461 | |
| 1761 Jennings LA | 102 S. Church Street | JENNINGS | LA | 70546 | |
| 1790 Beaumont TX | 1520 Industrial Park Dr. | BEAUMONT | TX | 77627 | |
| 6520 Theodore Plant AL | 5480 Hamilton Blvd | Theodore | Alabama | 36582 | (251) 653-8743 |
| 6530 Geismar Plant LA | 35114 Hwy 30 | Geismar | Louisiana | 70734 | (225) 673-5553 |
| 6536 New Orleans | 14700 INTERCOSTAL DR. | NEW ORLEANS | LA | 70069 | |
| Plus Mid South Terminals… | | | | | |

## Vehicle Information

**MobileAria**

Please enter the vehicle information in respective columns

11 Trucks (09/15/03 Installation):

| Vehicle VIN | Truck # | Truck Name | Truck Type | PTO (Y/N) | Truck Make | Truck Model | Truck Year | Engine Mfg | Engine Model | Fuel Type | Terminal Name | 1XRTT Reqd. | Orbcomm Reqd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1FVHBXAK01HH85944 | 136 | Truck | Cylinder | No | Freightliner | FL80 | 2001 | CAT | 3126 | Diesel | 1712 Geismar LA | Yes | Yes |
| 1FUYDZYB8XLA82548 | 115 | Tractor | Cylinder | No | Freightliner | FLD120 | 1999 | Detroit | 6067TK60 | Diesel | 6530 Geismar Plant LA | Yes | Yes |
| 1M1AA08Y11W021580 | 313174 | Tractor | Bulk | No | Mack | CH612 | 2002 | Mack | EM-7-300 | Diesel | 6530 Geismar Plant LA | Yes | Yes |
| 1FVABTAK21HH81498 | 130 | Truck | Cylinder | No | Freightliner | FL70 | 2001 | CAT | 3126 | Diesel | 1703 Theodore AL | Yes | Yes |
| 1GCGC24U61Z102995 | 143 | Truck | Cylinder | No | Chevy | C2500 | 2001 | Chevy | V8 SFI | Gasoline | 1703 Theodore AL | Yes | Yes |
| 1FUTS2YBXXLF66355 | 120 | Tractor | Bulk | No | Freightliner | CC2064ST | 1999 | Detroit | G60 | Diesel | 6520 Theodore Plant AL | Yes | Yes |
| 1FVABPAK41HH90081 | 128 | Truck | Cylinder | No | Freightliner | FL60 | 2001 | CAT | 3126 | Diesel | 1706 Hattiesburg MS | Yes | Yes |
| 1FVACWCS13HK20902 | K20902 | Truck | Cylinder | No | Freightliner | M2 | 2003 | Mercedes Benz | | Diesel | 1706 Hattiesburg MS | Yes | Yes |
| 1HTSCAAN3XH604978 | 114 | Truck | Cylinder | No | International | 4700 | 1999 | Detroit | 466e | Diesel | 1724 New Iberia LA | Yes | Yes |
| 1HTHCAHRTYH257560 | 122 | Truck | Cylinder | No | International | 5400 | 2000 | Cummins ISM28 | 3491119 | Diesel | 1701 Moss Point MS | Yes | Yes |

# Driver Information

# MobileAria

Please enter list of drivers and the vehicle(s) assigned to each driver.

| Driver First Name | Driver Last Name | PIN (up to 8 Numeric) | Driver Terminal | Truck # | Comments |
|---|---|---|---|---|---|
| Roger | Dees | | 1701 Moss Point MS | All in terminal | |
| Bob | Walker | | 1701 Moss Point MS | All in terminal | |
| Kevin | Taggard | | 1701 Moss Point MS | All in terminal | |
| Josh | FITZGERALD | 78197 | 1702 Meridian MS | All in terminal | |
| David | Davis | 64413 | 1702 Meridian MS | All in terminal | |
| G | DANIELS | 75383 | 1702 Meridian MS | All in terminal | |
| Mike | HOPKINS | 93099 | 1702 Meridian MS | All in terminal | |
| Darrin | SANDERS | 32472 | 1703 Theodore AL | All in terminal + (6520 Theodore- 120) | |
| Jeff | Casper | | 1703 Theodore AL | All in terminal + (6520 Theodore- 120) | |
| Robert | HELTON | 94346 | 1703 Theodore AL | All in terminal + (6520 Theodore- 120) | |
| Terry | GLEN | 65614 | 1703 Theodore AL | All in terminal + (6520 Theodore- 120) | |
| Bill | STEWART | 74467 | 1703 Theodore AL | All in terminal + (6520 Theodore- 120) | |
| Lenn | HOLLSTEIN | 86381 | 1703 Theodore AL | All in terminal + (6520 Theodore- 120) | |
| Gene | JONES | 19147 | 1703 Theodore AL | All in terminal + (6520 Theodore- 120) | |
| Ray | ADAM | 20815 | 1703 Theodore AL | All in terminal | |
| Mike | EUBANKS | 94144 | 1706 Hattiesburg MS | All in terminal | |
| David | DAUGHRILL | 1449 | 1706 Hattiesburg MS | All in terminal | |
| Brad | CUMMINS | 10605 | 1706 Hattiesburg MS | All in terminal | |
| Larry | GRAHAM | 29458 | 1706 Hattiesburg MS | All in terminal | |
| Danny | MCANDREWS | 38311 | 1706 Hattiesburg MS | All in terminal | |
| Roger | BULLOCK | 47164 | 1706 Hattiesburg MS | All in terminal | |
| Harry | LANE | 63221 | 1706 Hattiesburg MS | All in terminal | |
| Auther | CANNON | 16791 | 1712 Geismar LA | All in terminal | |
| Victor | DIAZ | 55624 | 1712 Geismar LA | All in terminal | |
| Alfred | MIMS | 65366 | 1712 Geismar LA | All in terminal | |
| Charles | DAVIS | 11439 | 1712 Geismar LA | All in terminal | |
| Kyle | GUDERY | 12447 | 1712 Geismar LA | All in terminal | |
| Curtis | LANDRY | 4419 | 1724 New Iberia LA | All in terminal | |
| Manuel | AMOS | 22125 | 1724 New Iberia LA | All in terminal | |
| Bryan | CAMOUCHE | 31978 | 1724 New Iberia LA | All in terminal | |
| Derrick | PHILLIPS | 40381 | 1724 New Iberia LA | All in terminal | |
| Vance | JOLIVETTE | 68097 | 1724 New Iberia LA | All in terminal | |
| P | SCOTT | 41885 | 1724 New Iberia LA | All in terminal | |
| Rusty | BARNETT | 46431 | 6530 Geismar Plant LA | All in terminal + (6530 - 115 and 313174) | |
| B. G. | COLLEY | 55394 | 6530 Geismar Plant LA | All in terminal + (6530 - 115 and 313174) | |

# MobileAria

## Driver Information

Please enter list of drivers and the vehicle(s) assigned to each driver.

| Driver First Name | Driver Last Name | PIN (up to 8 Numeric) | Driver Terminal | Truck # | Comments |
|---|---|---|---|---|---|
| Rock | TEMP | 64147 | 6530 Geismar Plant LA | All in terminal + (6530 - 115 and 313174) | |
| Keith | DAVIS | 18212 | 6530 Geismar Plant LA | All in terminal + (6530 - 115 and 313174) | |
| Bernard | Blake | | 6530 Geismar Plant LA | All in terminal + (6530 - 115 and 313174) | |
| Terry | Jones | 94713 | 6530 Geismar Plant LA | All in terminal + (6530 - 115 and 313174) | |
| Shawn | LEWIS | 27065 | 6530 Geismar Plant LA | All in terminal + (6530 - 115 and 313174) | |
| Kevin | Wise | 44819 | 6530 Geismar Plant LA | All in terminal + (6530 - 115 and 313174) | |
| Ernest | Tassaint | 75879 | 6530 Geismar Plant LA | All in terminal + (6530 - 115 and 313174) | |
| Kevin | Ricks | 47375 | 6530 Geismar Plant LA | All in terminal + (6530 - 115 and 313174) | |
| Kevin | Shaw | 58456 | | | |
| | England | 96481 | | | |

# Web Users

**MobileAria**

Please provide information for each of the web users

| First Name | Last Name | User Email | Password | Role | Terminal Name | Comments |
|---|---|---|---|---|---|---|
| Lee | Bailey | lee.bailey@airgas.com | lee | Manager | 1701 Moss Point MS | |
| Tim | Trammell | tim.trammell@airgas.com | tim | Manager | 1702 Meridian MS | |
| Terry | Adams | terry.adams@airgas.com | terry | Manager | 1703 Theodore AL | Added access to 6520 Theodore as well |
| Ken | Barnett | ken.barnett@airgas.com | ken | Manager | 1703 Theodore AL | Added access to 6520 Theodore as well |
| Roger | Bullock | roger.bullock@airgas.com | roger | Manager | 1706 Hattiesburg MS | |
| Jason | Favre | jason.favre@airgas.com | jason | Manager | 1712 Geismar LA | |
| Randy | Welter | randy.welter@airgas.com | randy | Manager | 6530 Geismar Plant LA | Added access to 6530 Geismar as well. |
| Terry | Lewis | terry.lewis@airgas.com | terry | Manager | 6530 Geismar Plant LA | |
| Gene | Rodrigue | gene.rodrigue@airgas.com | gene | Manager | 1724 New Iberia LA | |

| Vehicle VIN | Truck # | Truck Name | Truck Type | PTO (Y/N) | Truck Make | Truck Model | Truck Year |
|---|---|---|---|---|---|---|---|
| 1FTHF25M5KNA48737 | 1339 | Truck | Cylinder | No | Ford | F250 Pickup | 1989 |
| 1FTDF15YOPNA22081 | 26 | Truck | Cylinder | No | Ford | Pickup | 1993 |
| 1FVACWDC04HM48088 | M48088 | Truck | Cylinder | No | ? | ? | New |
| 1FVABTAK32HJ45039 | J45039 | Truck | Cylinder | No | Freightliner | FL70 | 2002 |
| 1FVABTAKX2HJ45040 | J45040 | Truck | Cylinder | No | Freightliner | FL70 | 2002 |
| 1FVABTAK92HJ45045 | J45045 | Truck | Cylinder | No | Freightliner | FL70 | 2002 |
| 1FVHBXAKX1HH85949 | 139 | Truck | Cylinder | No | Freightliner | FL80 | 2001 |
| 1FVHBXAK61HH85950 | 140 | Truck | Cylinder | No | Freightliner | FL80 | 2001 |
| 1FVHBXAK81HH85951 | 141 | Truck | Cylinder | No | Freightliner | FL80 | 2001 |
| 1HTSCAAN8TH308039 | 50 | Truck | Cylinder | No | International | 4900 | 1996 |
| 1FVACXDC04HM48047 | M48047 | Truck | Cylinder | No | Freightliner | ? | 2004 |
| 1FVABPAK61HH90082 | 127 | Truck | Cylinder | No | Freightliner | FL60 | 2001 |
| 1FVA8PAK43DK20900 | K20900 | Truck | Cylinder | No | Freightliner | FL60 | ? |
| 1FVACXAK24HM42746 | M42746 | Truck | Cylinder | No | Freightliner | M2 | 2004 |
| 1B7JC26ZIRS705100 | 112 | Truck | Cylinder | No | Dodge | D2500 | 1994 |
| 1FTHX25H7VEC78669 | 206732 | Truck | Cylinder | No | Ford | F250 HD | 1997 |
| GDJG31R621227779 | 27779 | Truck | Cylinder | No | GMC | Service Van | 2002 |
| 1HTSDAANOTH308162 | 65 | Truck | Cylinder | No | International | 4900 | 1996 |
| 1FVHBXAK71HH85942 | 132 | Truck | Cylinder | No | Freightliner | FL80 | 2001 |
| 1FVACXDC34HM48110 | M48110 | Truck | Cylinder | No | Freightliner | M2 | 2004 |
| 1FVACXAK24HM42746 | M42746 | Truck | Cylinder | No | Freightliner | M2 | 2004 |
| 1FVACWDC44HM48031 | M48031 | Truck | Cylinder | No | Freightliner | ? | 2004 |
| 1FVHBXAK21HH85945 | 137 | Truck | Cylinder | No | Freightliner | FL80 | 2001 |
| 1FUJBGASX3DK90468 | K90468 | Truck | Cylinder | No | Freightliner | ? | 2002 |
| 1FVABPAK13DK20899 | K20899 | Truck | Cylinder | No | Freightliner | FL60 | ? |
| 1FVNBHAK41HH81539 | 142 | Truck | Cylinder | No | Freightliner | FL80 | 2001 |
| 1HTSHAARXYH263049 | 124 | Truck | Cylinder | No | International | 4900 | 2000 |
| 1FVABPAK63DK20901 | K20901 | Truck | Cylinder | No | Freightliner | FL60 | ? |
| 1HTSDAANX7H335482 | 35 | Truck | Cylinder | No | International | 4900 | 1996 |
| 1HTSONUN8NH399025 | 56 | Truck | Cylinder | No | International | 4900 | 1991 |
| 1B6MC36C1TJ69605 | 8 | Truck | Cylinder | No | Dodge | 350 | 1996 |
| 1FTEF25Y6KNB63644 | 94 | Truck | Cylinder | No | Ford | 3/4 Ton Pickup | 1989 |
| 1FVACWDC14HM48097 | M48097 | Truck | Cylinder | No | International | F4900 | 1999 |
| 1FVABPAK73HK20897 | K20897 | Truck | Cylinder | No | Freightliner | ? | 2002 |
| 1FVHBXAK81HH85948 | 134 | Truck | Cylinder | No | Freightliner | FL80 | 2001 |
| 1FVACXAK24HM38731 | M38731 | Truck | Cylinder | No | Freightliner | ? | 2004 |
| 1FVABTAK12HJ45038 | J45038 | Truck | Cylinder | No | Freightliner | FL70 | 2002 |
| 1FVHBXAK61HH85947 | 138 | Truck | Cylinder | No | Freightliner | FL80 | 2001 |
| 4LN39102 | N39102 | Truck | Cylinder | No | ? | ? | ? |
| 4LN39103 | N39103 | Truck | Cylinder | No | ? | ? | ? |
| 1FTHF25H7SNA95139 | 20 | Truck | Cylinder | No | Ford | F250 | 1995 |
| 1FTHF25F9TEA27103 | 14 | Truck | Cylinder | No | Ford | F250XL | 1996 |
| 1FVABPAK21HH90080 | 126 | Truck | Cylinder | No | Freightliner | FL60 | 2001 |
| 1FVABPAK72HH90111 | 145 | Truck | Cylinder | No | Freightliner | FL60 | 2001 |
| 1FVABTAK91HH81496 | 129 | Truck | Cylinder | No | Freightliner | FL70 | 2001 |
| 1FVABPAK01HH81497 | 131 | Truck | Cylinder | No | Freightliner | FL70 | 2001 |
| 1FVABTAK02HJ45046 | J45046 | Truck | Cylinder | No | Freightliner | FL70 | 2002 |
| 1GDJG31R321226752 | 26752 | Truck | Cylinder | No | GMC | Service Van | 2002 |
| 1HTSHAAR4YH263046 | 125 | Truck | Cylinder | No | International | 4900 | 2000 |

| Engine Mfg | Engine Model | Fuel Type | Terminal Name | Address |
|---|---|---|---|---|
| International | A166HA | Diesel | Buras LA | 36228 Highway 11 |
| Ford | V8 | Gasoline | Chalmette LA | 3014 Paris Road |
| Caterpillar | 3126E | Diesel | Slidell LA | 2104 Highway 190 W |
| Caterpillar | 3126 | Diesel | Buras LA | 36228 Highway 11 |
| ? | ? | Diesel | Marrero LA | 610 Cohen St |
| Caterpillar | 3126-7.2LT | Diesel | Saint Rose LA | 1900 James Dr. E. Suite 150 |
| Caterpillar | 3126 | Diesel | Marrero LA | 610 Cohen St |
| Caterpillar | 3126 | Diesel | Marrero LA | 610 Cohen St |
| Caterpillar | 3126 | Diesel | Marrero LA | 610 Cohen St |
| ? | ? | Diesel | Saint Rose LA | 1900 James Dr. E. Suite 150 |
| Caterpillar | 3126E | Diesel | Houma LA | 308 Grand Calloiu Road |
| Caterpillar | 3126 | Diesel | Galliano LA | 17953 Highway 3235 |
| ? | ? | Diesel | Houma LA | 308 Grand Calloiu Road |
| Caterpillar | 3126E | Diesel | Houma LA | 308 Grand Calloiu Road |
| Dodge | V8 | Gasoline | Geismar Plant LA | 35114 Hwy 30 |
| Ford | V8 | Diesel | Geismar LA | 35114 Hwy 30 |
| Vortec 5700 | V8 SFI | Gasoline | Geismar Plant LA | 35114 Hwy 30 |
| ? | ? | Diesel | Geismar Plant LA | 35114 Hwy 30 |
| Caterpillar | 3126 | Diesel | Baton Rouge LA | 1931 Plank Road |
| Caterpillar | 3126E | Diesel | Baton Rouge LA | 1931 Plank Road |
| Caterpillar | 3126E | Diesel | Baton Rouge LA | 1931 Plank Road |
| CATERPILLAR | 3126E | Diesel | Lafayette/New Iberia LA | 6001 Hwy 90 West |
| Caterpillar | 3126 | Diesel | Lafayette/New Iberia LA | 6001 Hwy 90 West |
| ? | ? | Diesel | Sulphur LA | 2210 Swisco Road |
| ? | ? | Diesel | Sulphur LA | 2210 Swisco Road |
| Caterpillar | 3126 | Diesel | Sulphur LA | 2210 Swisco Road |
| Caterpillar | 3126 | Diesel | Sulphur LA | 2210 Swisco Road |
| ? | ? | Diesel | Nederland TX | 1520 Industrial Park Dr. |
| International | DT466 | Diesel | Jennings LA | 102 S. Church Street |
| International | DT466 | Diesel | Jennings LA | 102 S. Church Street |
| Dodge | 350 | Gasoline | Meridian MS | 136 Bonita Rd |
| Ford | V8 | Gasoline | Meridian MS | 136 Bonita Rd |
| Caterpillar | 3126E | Diesel | Meridian MS | 136 Bonita Rd |
| Caterpillar | 3126 | Diesel | Laurel MS | 2945 Ellisville |
| Caterpillar | 3126 | Diesel | Hattiesburg MS | 5706 A Hwy 49 South |
| Caterpillar | 3126E | Diesel | Gulf Port MS | 109 E. 34th Street |
| ? | ? | Diesel | Gulf Port MS | 109 E. 34th Street |
| International | 34961119 | Diesel | Moss Point MS | 3837 Hwy 63 |
| ? | ? | Diesel | Theodore Plant AL | 5480 Hamilton Blvd |
| ? | ? | Diesel | Theodore Plant AL | 5480 Hamilton Blvd |
| Ford | V8 | Gasoline | Theodore AL | 5480 Hamilton Blvd |
| Ford | V8 | Diesel | Theodore Plant AL | 5480 Hamilton Blvd |
| Caterpillar | 3126 | Diesel | Pensacola FL | 200 E. Lurton Street |
| Caterpillar | 3126 | Diesel | Robertsdale AL | 24335 Hwy 59 N |
| Caterpillar | 3126 | Diesel | Pensacola FL | 200 E. Lurton Street |
| Caterpillar | 3126 | Diesel | Pensacola FL | 200 E. Lurton Street |
| ? | ? | Diesel | Robertsdale AL | 24335 Hwy 59 N |
| Vortec 5700 | V8 SFI | Gasoline | Theodore AL | 5480 Hamilton Blvd |
| ? | ? | Diesel | Jackson AL | 3124 College Ave |

| City | ST | Zip | Consolidation | Date | Crew | 1XRTT Reqd. | Orbcomm Reqd. | Comments |
|---|---|---|---|---|---|---|---|---|
| BURAS | LA | 70041 | 1 | 12-Mar | A | Yes | Yes | |
| CHALMETTE | LA | 70043 | 1 | 12-Mar | A | Yes | Yes | |
| SLIDELL | LA | 70460 | 1 | 13-Mar | A | Yes | Yes | |
| BURAS | LA | 70041 | 1 | 13-Mar | A | Yes | Yes | |
| MARRERO | LA | 70072 | 1 | 13-Mar | A | Yes | Yes | |
| ST. ROSE | LA | 70087 | 1 | 14-Mar | A | Yes | Yes | |
| MARRERO | LA | 70072 | 1 | 14-Mar | A | Yes | Yes | |
| MARRERO | LA | 70072 | 1 | 14-Mar | A | Yes | Yes | |
| MARRERO | LA | 70072 | 1 | 14-Mar | A | Yes | Yes | |
| ST. ROSE | LA | 70087 | 1 | 14-Mar | A | Yes | Yes | |
| HOUMA | LA | 70361 | 2 | 15-Mar | A | Yes | Yes | |
| GALLIANO | LA | 70354 | 2 | 15-Mar | A | Yes | Yes | |
| HOUMA | LA | 70361 | 2 | 15-Mar | A | Yes | Yes | |
| HOUMA | LA | 70361 | 2 | 15-Mar | A | Yes | Yes | |
| Geismar | LA | 70734 | 7 | 16-Mar | A | Yes | Yes | |
| Geismar | LA | 70734 | 7 | 16-Mar | A | Yes | Yes | |
| Geismar | LA | 70734 | 7 | 16-Mar | A | Yes | Yes | |
| Geismar | LA | 70734 | 7 | 16-Mar | A | Yes | Yes | |
| BATON ROUGE | LA | 70802 | 7 | 17-Mar | A | Yes | Yes | |
| BATON ROUGE | LA | 70802 | 7 | 17-Mar | A | Yes | Yes | |
| BATON ROUGE | LA | 70802 | 7 | 17-Mar | A | Yes | Yes | |
| Lafayette/New Iberia | LA | 70560 | 8 | 18-Mar | A | Yes | Yes | |
| Lafayette/New Iberia | LA | 70560 | 8 | 18-Mar | A | Yes | Yes | |
| Sulphur | LA | 70663 | 3 | 19-Mar | A | Yes | Yes | |
| Sulphur | LA | 70663 | 3 | 19-Mar | A | Yes | Yes | |
| Sulphur | LA | 70663 | 3 | 19-Mar | A | Yes | Yes | |
| Sulphur | LA | 70663 | 3 | 19-Mar | A | Yes | Yes | |
| BEAUMONT | TX | 77627 | 3 | 20-Mar | A | Yes | Yes | |
| JENNINGS | LA | 70546 | 3 | 20-Mar | A | Yes | Yes | |
| JENNINGS | LA | 70546 | 3 | 20-Mar | A | Yes | Yes | |
| Meridian | MS | 39301 | 4 | 22-Mar | A | Yes | Yes | |
| Meridian | MS | 39301 | 4 | 22-Mar | A | Yes | Yes | |
| Meridian | MS | 39301 | 4 | 22-Mar | A | Yes | Yes | |
| LAUREL | MS | 39440 | 4 | 23-Mar | A | Yes | Yes | |
| Hattiesburg | MS | 39401 | 4 | 23-Mar | A | Yes | Yes | |
| GULFPORT | MS | 39507 | 5 | 24-Mar | A | Yes | Yes | |
| GULFPORT | MS | 39507 | 5 | 24-Mar | A | Yes | Yes | |
| Moss Point | MS | 39563 | 5 | 24-Mar | A | Yes | Yes | |
| Theodore | AL | 36582 | 6 | 25-Mar | A | Yes | Yes | |
| Theodore | AL | 36582 | 6 | 25-Mar | A | Yes | Yes | |
| Theodore | AL | 36582 | 6 | 25-Mar | A | Yes | Yes | |
| Theodore | AL | 36582 | 6 | 25-Mar | A | Yes | Yes | |
| PENSACOLA | FL | 32505 | 6 | 26-Mar | A | Yes | Yes | |
| ROBERTSDALE | AL | 36567 | 6 | 26-Mar | A | Yes | Yes | |
| PENSACOLA | FL | 32505 | 6 | 26-Mar | A | Yes | Yes | |
| PENSACOLA | FL | 32505 | 6 | 26-Mar | A | Yes | Yes | |
| ROBERTSDALE | AL | 36567 | 6 | 27-Mar | A | Yes | Yes | |
| Theodore | AL | 36582 | 6 | 27-Mar | A | Yes | Yes | |
| JACKSON | AL | 36545 | 6 | 27-Mar | A | Yes | Yes | |