# EXHIBIT I

# EXHIBIT I

## Quintanilla, Nelly

| | |
|---|---|
| **From:** | Maninder Chhabra [mchhabra@MobileAria.com] |
| **Sent:** | Wednesday, February 18, 2004 9:53 PM |
| **To:** | Derik Toy |
| **Subject:** | FW: Truck list for 10-truck Airgas install next weekend |
| **Attachments:** | SOAF for 10 Additional Airgas Trucks.xls |

Derik,

Here is the vehicle information for the 10 trucks. Let's discuss this tomorrow.

Thx.,

Mani

> -----Original Message-----
> From:     Adam Wegel
> Sent: Wednesday, February 18, 2004 6:44 PM
> To:   Maninder Chhabra
> Cc:   Peter Thayer; Victor Shao; Pablo Riviere; Daniel Jester
> Subject:     Truck list for 10-truck Airgas install next weekend
>
> Hi Mani,
>
> Attached is the updated SOAF for the 10-truck install next weekend
> (including truck descriptions). Please forward this SOAF to Pana,
> Velociti, the leasing company, etc per your order entry process flow.
> Also, please save this updated template to use for future orders -
>
> Thanks! -
>
> - atw
>
> <<SOAF for 10 Additional Airgas Trucks.xls>>

==============================================

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

12/21/2007

# MobileAria

## MobileAria Sales Order Activation Form

### Instructions
(Please follow the instructions below for completing the form)

**Note:** This form requires that Excel macros be enabled. To enable macros, go to Tools --> Macro --> Security --> Medium. Then close and reopen Excel and you will be prompted to enable macros.

1. This form will allow MobileAria to create your company fleet portal.
2. The fleet portal will be completed in two weeks after this form is submitted. The portal can be accessed by logging onto the customer login section at www.mobilearia.com
3. Please complete a sheet for each region. You can insert a new sheet and copy the template from the region information sheet onto new sheet.
4. Vehicle, Driver and Web User forms contain the required fields only. Additional information needs to be updated at the portal. Refer to MobileAria online web user guide for accessing vehicle, driver and web users sections on the portal.
5. If there are any issues in filling out the form, please contact your MobileAria sales representative or call MobileAria customer support at 800-781-8838
6. You can submit the form electronically to your MobileAria sales representative or to support@mobilearia.com

# MobileAria

## Company Information

### Project

| Project Name | 10 truck installation in Gulf States Region |
|---|---|
| Installation Date | Weekend of 02/28/04 |
| Installation Location | 6 Gulf States terminals - Geismar, Theodore, Hattiesburg, New Iberia, Moss Point, Meridian |

### Company

| Company Name | Airgas |
|---|---|
| Address | 1211 South Pioneer Road |
| City | Salt Lake City |
| State | UT |
| Zip | 84104 |
| Phone | (801) 619-6069 |
| US DOT Number | |
| IRP Account Number | |
| IFTA Account Number | |
| Federal Tax Number | |

### Contact Info

| Contact Name | Tuffy Baum |
|---|---|
| Address | 9 Snowstar Lane |
| City | Sandy |
| State | UT |
| Zip | 84092 |
| Phone | 801-619-6069 |

# MobileAria

## Regional/Terminal Information

**Region** (please copy this sheet for each region)

| Region Name | Airgas Gulf States |
|---|---|
| Address | 5480 Hamilton Blvd |
| City | Theodore |
| State | Alabama |
| Zip | 36582 |
| Phone | 251-653-2500 |
| US DOT Number | 449958 |
| IRP Account Number | Florida 61101 |
| IFTA Account Number | 1 |
| Federal Tax Number | 52-1633106 |

### Terminals

| Terminal Name | Terminal Address | City | State | Zip | Phone |
|---|---|---|---|---|---|
| 1701 Moss Point MS | 3837 Hwy 63 | Moss Point | Mississippi | 39563 | (228) 475-3537 |
| 1702 Meridian MS | 136 Bonita Rd | Meridian | Mississippi | 39301 | (601) 483-4846 |
| 1703 Theodore AL | 5480 Hamilton Blvd | Theodore | Alabama | 36582 | (251) 653-8743 |
| 1706 Hattiesburg MS | 5706 A Hwy 49 South | Hattiesburg | Mississippi | 39401 | (601) 544-5252 |
| 1712 Geismar LA | 35114 Hwy 30 | Geismar | Louisiana | 70734 | (225) 673-5538 |
| 6530 Geismar Plant LA | 35114 Hwy 30 | Geismar | Louisiana | 70734 | (225) 673-5553 |
| 1724 New Iberia LA | 6001 Hwy 90 West | Lafayette/New Iberia | Louisiana | 70560 | (337) 365-4181 |

# MobileAria

## Vehicle Information

Please enter the vehicle information in repective columns

| Vehicle VIN | Truck # | Truck Type | Truck Make | Truck Model | Truck Year | Engine Mfg | Engine Model | Fuel Type | Terminal Name | 1XRTT Reqd. | Orbcomm Reqd. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1FVACXDC84HM48085 | M48085 | Truck | Freightliner | FL70 | 2004 | CAT? | | Diesel | 1703 Theodore AL | ☑ | ☑ |
| 1FVHBXAK41HH85946 | 133 | Truck | Freightliner | FL70 | 2001 | CAT? | | Diesel | 1703 Theodore AL | ☑ | ☑ |
| 1FVABPAK82HK20888 | 146 | Truck | Freightliner | FL60 | 2001 | CAT? | | Diesel | 1703 Theodore AL | ☑ | ☑ |
| GDJG31R621227779 | 27779 | Automobile | GMC | Service Van | 2002 | Vortec 5700 | V8 SFI | Gasoline | 6530 Geismar Plant LA | ☑ | ☑ |
| 1FVHBXAK91HH85943 | 135 | Truck | Freightliner | FL80 | 2001 | CAT | 3126 | Diesel | 1712 Geismar LA | ☑ | ☑ |
| 1FVHBXAK21HH85945 | 137 | Truck | Freightliner | FL80 | 2001 | CAT? | | Diesel | 1724 New Iberia LA | ☑ | ☑ |
| 1GTEC14R6VZ524929 | 108 | Automobile | GMC | 1500 Pickup | 1997 | Chevy | V8 | Gasoline | 1724 New Iberia LA | ☑ | ☑ |
| 1FVHBXAK81HH85948 | 134 | Truck | Freightliner | FL80 | 2001 | CAT? | | Diesel | 1706 Hattiesburg MS | ☐ | ☐ |
| 1FVACWDC14HM48097 | M48097 | Truck | Freightliner | M2 | 2004 | Mercedes? | | Diesel | 1702 Meridian MS | ☐ | ☐ |
| 1FVHBXAK61HH85947 | 138 | Truck | Freightliner | FL80 | 2001 | CAT? | | Diesel | 1701 Moss Point MS | ☐ | ☐ |

# Driver Information

# MobileAria

Please enter list of drivers and the vehicle(s) assigned to each driver.

| Driver First Name | Driver Last Name | PIN (up to 8 Numeric) | Driver Terminal | Truck # |
|---|---|---|---|---|
| Roger | Dees | | 1701 Moss Point MS | All in terminal |
| Bob | Walker | | 1701 Moss Point MS | All in terminal |
| Kevin | Taggard | | 1701 Moss Point MS | All in terminal |
| Josh | FITZGERALD | 78197 | 1702 Meridian MS | All in terminal |
| David | Davis | 64413 | 1702 Meridian MS | All in terminal |
| G | DANIELS | 75383 | 1702 Meridian MS | All in terminal |
| Mike | HOPKINS | 93099 | 1702 Meridian MS | All in terminal |
| Darrin | SANDERS | 32472 | 1703 Theodore AL | All in terminal |
| Jeff | Casper | | 1703 Theodore AL | All in terminal |
| Robert | HELTON | 94346 | 1703 Theodore AL | All in terminal |
| Terry | GLEN | 65614 | 1703 Theodore AL | All in terminal |
| Bill | STEWART | 74467 | 1703 Theodore AL | All in terminal |
| Lenn | HOLLSTEIN | 86381 | 1703 Theodore AL | All in terminal |
| Gene | JONES | 19147 | 1703 Theodore AL | All in terminal |
| Ray | ADAM | 20815 | 1703 Theodore AL | All in terminal |
| Mike | EUBANKS | 94144 | 1706 Hattiesburg MS | All in terminal |
| David | DAUGHRILL | 1449 | 1706 Hattiesburg MS | All in terminal |
| Brad | CUMMINS | 10605 | 1706 Hattiesburg MS | All in terminal |
| Larry | GRAHAM | 29458 | 1706 Hattiesburg MS | All in terminal |
| Danny | MCANDREWS | 38311 | 1706 Hattiesburg MS | All in terminal |
| Roger | BULLOCK | 47164 | 1706 Hattiesburg MS | All in terminal |
| Harry | LANE | 63221 | 1706 Hattiesburg MS | All in terminal |
| Auther | CANNON | 16791 | 1712 Geismar LA | All in terminal |
| Victor | DIAZ | 55624 | 1712 Geismar LA | All in terminal |
| Alfred | MIMS | 65366 | 1712 Geismar LA | All in terminal |
| Charles | DAVIS | 11439 | 1712 Geismar LA | All in terminal |
| Kyle | GUDERY | 12447 | 1712 Geismar LA | All in terminal |
| Curtis | LANDRY | 4419 | 1724 New Iberia LA | All in terminal |
| Manuel | AMOS | 22125 | 1724 New Iberia LA | All in terminal |
| Bryan | CAMOUCHE | 31978 | 1724 New Iberia LA | All in terminal |
| Derrick | PHILLIPS | 40381 | 1724 New Iberia LA | All in terminal |

# Driver Information

**MobileAria**

Please enter list of drivers and the vehicle(s) assigned to each driver.

| Driver First Name | Driver Last Name | PIN (up to 8 Numeric) | Driver Terminal | Truck # |
|---|---|---|---|---|
| Vance | JOLIVETTE | 68097 | 1724 New Iberia LA | All in terminal |
| P | SCOTT | 41885 | 1724 New Iberia LA | All in terminal |
| Rusty | BARNETT | 46431 | 6530 Geismar Plant LA | All in terminal |
| B. G. | COLLEY | 55394 | 6530 Geismar Plant LA | All in terminal |
| | TEMP | 64147 | 6530 Geismar Plant LA | All in terminal |
| Rock | DAVIS | 18212 | 6530 Geismar Plant LA | All in terminal |
| Keith | Blake | | 6530 Geismar Plant LA | All in terminal |
| Bernard | Jones | 94713 | 6530 Geismar Plant LA | All in terminal |
| Terry | LEWIS | 27065 | 6530 Geismar Plant LA | All in terminal |
| Shawn | Wise | 44819 | 6530 Geismar Plant LA | All in terminal |
| Kevin | Tassaint | 75879 | 6530 Geismar Plant LA | All in terminal |
| Ernest | Ricks | 47375 | 6530 Geismar Plant LA | All in terminal |
| Kevin | Shaw | 58456 | 6530 Geismar Plant LA | All in terminal |
| Kevin | England | 96481 | 6530 Geismar Plant LA | All in terminal |

# Web Users                                                                    MobileAria

Please provide information for each of the web users

| First Name | Last Name | User Email | Password | Role | Terminal Name |
|---|---|---|---|---|---|
| Lee | Bailey | lee.bailey@airgas.com | lee | Manager | 1701 Moss Point MS |
| Tim | Trammell | tim.trammell@airgas.com | tim | Manager | 1702 Meridian MS |
| Terry | Adams | terry.adams@airgas.com | terry | Manager | 1703 Theodore MS |
| Ken | Barnett | ken.barnett@airgas.com | ken | Manager | 1703 Theodore MS |
| Roger | Bullock | roger.bullock@airgas.com | roger | Manager | 1706 Hattiesburg MS |
| Jason | Favre | jason.favre@airgas.com | jason | Manager | 1712 Geismar LA |
| Randy | Welter | randy.welter@airgas.com | randy | Manager | 6530 Geismar Plant LA |
| Terry | Lewis | terry.lewis@airgas.com | terry | Manager | 6530 Geismar Plant LA |
| Gene | Rodrigue | gene.rodrigue@airgas.com | gene | Manager | 1724 New Iberia LA |