# EXHIBIT J

# EXHIBIT J

## Quintanilla, Nelly

**From:** Maninder Chhabra [mchhabra@MobileAria.com]
**Sent:** Friday, February 20, 2004 1:18 PM
**To:** Derik Toy
**Subject:** FW: TriuckPC Components

Derik,

Please let me know where we stand on the status of the all the components to velociti for 10 truck install next week.

Thx.,

Mani

> -----Original Message-----
> From:    Maninder Chhabra
> Sent: Thursday, February 19, 2004 10:36 AM
> To:   'Derik Toy'
> Subject:    TriuckPC Components
>
> Derik,
>
> As we discussed on the phone, please send the information on the components that you wil be shipping to velociti to be delivered on Monday.

>
> Thx.,
>
> Maninder S Chhabra
> Vice President, Service Delivery and Operation
> MobileAria
> 650-346-5788
>
==================================
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

12/21/2007