# EXHIBIT K

# EXHIBIT K

**Quintanilla, Nelly**

**From:** Maninder Chhabra [mchhabra@MobileAria.com]
**Sent:** Friday, February 27, 2004 10:13 AM
**To:** Derik Toy; Adam Wegel

Derik,

As a process with Wolco for invoicing, Pana can bill after the TruckPC is installed. It will not be possible to bill them today, but come monday after installations you can send them invoice.

Thx.,

Man

===========================================
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

12/21/2007