UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :

      In re                                     :        Chapter 11
                                         :
DELPHI CORPORATION, et al.,        :        Case No. 05-44481 (RDD)
                                       :
                       Debtors.     :        (Jointly Administered)
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER SCHEDULING HEARING ON DEBTORS' EXPEDITED MOTION TO PERMIT
OPPORTUNITY FOR STATUTORY COMMITTEE MEMBERS TO
PARTICIPATE IN EXIT FINANCING SYNDICATION

        Upon the above-captioned debtors' Motion To Permit Opportunity For Statutory Committee Members To Participate In Exit Financing Syndication (the "Exit Financing Participation Motion"), dated December 28, 2007; and upon the affidavit of Kayalyn A. Marafioti, sworn to December 28, 2007, in support of the application for an expedited hearing on the Exit Financing Participation Motion; and good cause having been shown, and sufficient cause appearing therefor, it is hereby

        ORDERED that a hearing on the Exit Financing Participation Motion shall be held before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, on January 10, 2008 at 2:00 p.m. (prevailing Eastern time); and it is further

        ORDERED that service of this order and the pleadings on which it is based shall be made by hand or overnight delivery AND by electronic mail (except with respect to the office of the United States Trustee) as soon as practicable after the entry hereof but in any event so as to be RECEIVED no later than January 4, 2008 at 12:00 noon (prevailing Eastern time) upon: (i)

the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), (ii) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (iii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald S. Bernstein and Brian Resnick), and (iv) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart); and it is further

ORDERED that Notice of the Exit Financing Participation Motion also shall be provided in accordance with the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order") and the Ninth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered October 19, 2007 (Docket No. 10661); and it is further

ORDERED that answering papers, if any, shall be served upon the above-mentioned parties and upon counsel to the above-captioned debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.) and Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 (Att'n: Kayalyn A. Marafioti and Thomas J. Matz) (with a hard copy to Chambers and the Office of the United States Trustee (Att'n: Alicia M. Leonhard)) by hand delivery AND by electronic mail (except with respect to the office of the United States

Trustee) so as to be RECEIVED no later that January 9, 2008 at 5:00 p.m. (prevailing Eastern time).

Dated: New York, New York
       January 3, 2008

                                       /s/ Robert D. Drain
                                   UNITED STATES BANKRUPTCY JUDGE