Michael A. Isaacs, CSBN 99782
Diana L. Donabedian, CSBN 191384
LUCE, FORWARD,
HAMILTON & SCRIPPS, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105
Telephone: 415.356.4600
Fax: 415.356.3895
E-mail:  misaacs@luce.com
E-mail:  ddonabedian@luce.com

Attorneys for The Brix Group Inc.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et. al., | Chapter 11 |
| Debtors | (Jointly Administered) |
| | **DECLARATION OF JOHN TRENBERTH IN SUPPORT OF SUPPLEMENTAL RESPONSE** |
| | **Claimant:  The Brix Group, Inc.** <br> **Claim Number 8229** |
| | **Hearing Date: February 8, 2008** <br> **Hearing Time: 10:00 a.m. (Prevailing Eastern Time)** |

I, John Trenberth, declare.

1.      I am President of Pana-Pacific, a division of The Brix Group, Inc., Claimant in these proceedings. I have personal knowledge of the facts set forth below except those stated on information and belief, and as to those facts, I believe them to be true. If called upon to testify as a witness, I could and would testify to those facts.

2.      I have been with The Brix Group, Inc. for approximately 30 years. Currently, I run the OEM Division of The Brix Group, Inc. The OEM Division of The Brix Group, Inc. serves as a wholesale original equipment supplier of audio, video, security, communication, telematics and dashboard electronics equipment to the truck industry.

3.      In my various capacities with The Brix Group, Inc. over the past 30 years, I have interfaced with Delphi on various projects and business ventures.

4.      I have reviewed the Declaration of Harry Brix in Support of Supplemental Response filed herewith ("Brix Declaration"). All references in the Brix Declaration that involve meetings with The Brix Group and Delphi in which I was in attendance are true and correct and I adopt as my testimony.

5.      In addition, the peripheral equipment referenced in the Brix Declaration consisted of: custom made wire harnesses, specific modems, unique antenna systems, keypads and mounting brackets. All of these parts were specified by MobileAria, as referenced in Exhibits C-K attached to the Brix Declaration. The parts were further all of a proprietary nature and therefore have little or no value on the open market. I am informed and believe that the peripheral equipment was all integrated to work as a system for the TruckPC program only and does not have any other application in our core business nor other comparable industries.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on this _28_ day of December 2007, in _Fresno_, California.

                                    John Trenberth

301025989.1