Michael A. Isaacs, CSBN 99782
Diana L. Donabedian, CSBN 191384
LUCE, FORWARD,
HAMILTON & SCRIPPS, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105
Telephone: 415.356.4600
Fax: 415.356.3895
E-mail: misaacs@luce.com
E-mail: ddonabedian@luce.com

Attorneys for The Brix Group Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et. al.,

Debtors.

Case No. 05-44481 (RDD)

Chapter 11

**Claimant: The Brix Group, Inc.**
**Claim Number 8229**

Hearing Date: February 8, 2008
Hearing Time: 10:00 a.m. (Prevailing Eastern Time)

## CERTIFICATE OF SERVICE

I, Nelly M. Quintanilla, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is Luce, Forward, Hamilton & Scripps LLP, Rincon Center Two, 121 Spear Street, Suite 200, San Francisco, California 94105.

On the date of execution hereof, at my place of business, I served true and correct copies of the following:

**SUPPLEMENTAL RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS AND UNTIMELY TAX CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, AND MODIFIED CLAIMS ASSERTING RECLAMATION**

05-44481-rdd    Doc 11649    Filed 01/03/08    Entered 01/03/08 15:35:05    Main Document
Pg 2 of 2

1  **DECLARATION OF JOHN TRENBERTH IN SUPPORT OF SUPPLEMENTAL RESPONSE**

2  **DECLARATION OF HARRY BRIX IN SUPPORT OF SUPPLEMENTAL RESPONSE**

on the parties listed below:

☒    **BY FEDERAL EXPRESS**: By placing a true copy in an envelope addressed as shown to the parties below, sealing the envelope and placing it for collection by Federal Express with instructions for delivery on the next business day.

Parties Served

| Delphi Corporation | Skadden, Arps, Slate, Meagher & Flom LLP |
| Attn: General Counsel | Attn: John Wm. Butler |
| 5725 Delphi Drive | John K. Lyons |
| Troy, MI 48098 | Randall G. Reese |
| | 333 West Wacker Drive, Suite 1200 |
| | Chicago, IL 60606 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on January 2, 2008, in San Francisco, California.

_____
Nelly M. Quintanilla

301026369.1