| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,<br>Debtors and Debtors-in-Possession,<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Neil Berger (NB-3599) | Hearing Date: 1/10/2008<br>at 10:00 AM |

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
In re                                                                      :          Chapter 11
                                                                               :
    DELPHI CORPORATION, et al.,               :          Case No. 05-44481 [RDD]
                                                                               :
                                 Debtors.            :          (Jointly Administered)
                                                                               :
-------------------------------------------------------------X

**NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER
BETWEEN DEBTORS' AND SPCP GROUP, L.L.C. AS ASSIGNEE OF KEY PLASTICS
<u>COMPROMISING AND ALLOWING PROOF CLAIM NUMBER 14134</u>**

       PLEASE TAKE NOTICE that on July 13, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 14134 (the "Proof of Claim" or the "Claim") filed by SPCP Group, L.L.C. As Assignee of Key Plastics ("SPCP-Key Plastics" or "Claimant") pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617) (the

"Objection").

    PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant have agreed to settle the Objection with respect to the Proof of Claim and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Settlement Agreement, Joint Stipulation and Agreed Order Between Delphi Corporation and SPCP Group, L.L.C., As Assignee of Key Plastics To Compromise And Allow Claim Number 14134 (the "Joint Stipulation").

    PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation and Agreed Order for consideration at the hearing scheduled for January 10, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York  
       January 3, 2008

DELPHI CORPORATION, *et al.*  
By their attorneys,  
TOGUT, SEGAL & SEGAL LLP  
By:

/s/ Neil Berger  
NEIL BERGER (NB-3599)  
A Member of the Firm  
One Penn Plaza  
New York, New York 10119  
(212) 594-5000