SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
    In re                            :       Chapter 11
:
DELPHI CORPORATION, et al.,     :       Case No. 05-44481 (RDD)
:
                     Debtors.   :       (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER
COMPROMISING AND ALLOWING PROOFS OF CLAIM NUMBERS 8535, 8537, 8540,
8541, 8542, 8543, 8544, 8545, 8546, 8547, 8548, 8549, 8550, 8551, 8552, 8553, 8554, 8555,
8557, 8558, 8559, 8560, 8561, 8562, AND 8563
<u>(MONTGOMERY COUNTY TREASURER)</u>

PLEASE TAKE NOTICE that on June 15, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proofs of claim numbers 8535, 8537, 8540, 8541, 8542, 8543, 8545, 8546, 8547, 8548, 8549, 8550, 8551, 8552, 8553, 8554, 8555, 8557, 8558, 8559, 8560, 8561, 8562, and 8563 (together with Claim No. 8544 (as defined below), the "Proofs of Claim") filed by Montgomery County Treasurer (the "Claimant") pursuant to the Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270) (the "Seventeenth Omnibus Claims Objection").

PLEASE TAKE FURTHER NOTICE on July 13, 2007, the Debtors objected to proof of claim number 8544 ("Claim No. 8544") pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617).

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant have agreed to settle the Seventeenth Omnibus Claims Objection with respect to the Proofs of Claim, and because the claims (the "Claims") asserted in the Proofs of Claim involve an ordinary course

controversy and pursuant to the Amended And Restated Order Under 11 U.S.C. §§ 363, 502 And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401), the Debtors and the Claimant have (i) entered into a Settlement Agreement dated as of December 14, 2007 (the "Settlement Agreement") and (ii) executed a Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 8535, 8537, 8540, 8541, 8542, 8543, 8544, 8545, 8546, 8547, 8548, 8549, 8550, 8551, 8552, 8553, 8554, 8555, 8557, 8558, 8559, 8560, 8561, 8562, And 8563 (Montgomery County Treasurer) (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimant have agreed (i) that the Claimant shall withdraw its response to the Seventeenth Omnibus Claims Objection with prejudice and (ii) to allow the Claims in the amounts set forth below as secured claims against the estate of DAS LLC:

| **Proof of Claim** | **Claim Amount As Modified And Allowed** |
|---|---|
| 8535 | $3,600.61 |
| 8537 | $4,787.82 |
| 8540 | $13.71 |
| 8541 | $209,844.35 |
| 8542 | $1,059.72 |
| 8543 | $3,367.94 |
| 8544 | $32,423.82 |
| 8545 | $65,719.34 |
| 8546 | $944.88 |
| 8547 | $207,900.92 |
| 8548 | $12,816.60 |
| 8549 | $444,646.98 |
| 8550 | $28,084.71 |
| 8551 | $391.74 |
| 8552 | $337.21 |
| 8553 | $26,224.18 |
| 8554 | $23,129.72 |

3

| | |
|---|---|
| 8555 | $85.35 |
| 8557 | $549.17 |
| 8558 | $319.10 |
| 8559 | $285.63 |
| 8560 | $343.59 |
| 8561 | $9,820.72 |
| 8562 | $35.13 |
| 8563 | $100,363.00 |

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for January 10, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York
        January 3, 2008

                      SKADDEN, ARPS, SLATE, MEAGHER
                         & FLOM LLP

                      By:  /s/ John Wm. Butler, Jr.
                           John Wm. Butler, Jr. (JB 4711)
                           John K. Lyons (JL 9331)
                           Ron E. Meisler (RM 3026)
                      333 West Wacker Drive, Suite 2100
                      Chicago, Illinois 60606

                      - and -

                      By:  /s/ Kayalyn A. Marafioti
                           Kayalyn A. Marafioti (KM 9632)
                           Thomas J. Matz (TM 5986)
                      Four Times Square
                      New York, New York 10036

                      Attorneys for Delphi Corporation, et al.,
                         Debtors and Debtors-in-Possession