**Metalforming Technologies**
**Paid Invoices**

| Invoice Number | Invoice Date | Amount | Date Paid | EFT Number |
|---|---|---|---|---|
| 129621 | 4/14/2004 | (12,513.78) | 3/23/2005 | 642221 |
| 542806 | 7/1/2005 | (6,149.63) | 10/4/2005 | 662018 |
| Grand Total | | (18,663.41) | | |