IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                   :

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| DELPHI CORPORATION, et al., | : Case No. 05-44481 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On December 19, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit A hereto via postage pre-paid U.S. mail:

1) Notice Of Treatment Of Reclamation Claim Under Plan Of Reorganization [a copy of which is attached hereto as Exhibit B]

2) Postage pre-paid return envelope

Dated: January 3, 2008

                               /s/ Evan Gershbein
                          Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 3rd day of January, 2008, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature:    /s/ Leanne V. Rehder

Commission Expires:   3/2/08

# EXHIBIT A

Delphi Corporation
Reclamation Election Notice Service List

| Reclamation Claim Owner Name | Creditor Notice Name | Address1 | Address2 | City | State | Country | Zip |
|---|---|---|---|---|---|---|---|
| 3M Company | Alpha Khaldi & Christopher W Myers | 3M Ctr Building 220 9E 02 | | St Paul | MN | | 55114-1000 |
| A 1 Specialized Services & Supplies Inc | Ashok Kumar | PO Box 270 | | Croydon | PA | | 19021 |
| A Schulman Inc | Carrie Mae Caldwell | Vorys Sater Seymour And Pease LLP | 2100 One Cleveland Ctr 1375 East Ninth St | Cleveland | OH | | 44114-1724 |
| AB Automotive Electronics Ltd | G D Orr Financial Director | Longwood Dr | Forest Farm | Cardiff | Wales | UK | 0CF14- 7YS |
| AB Automotive Inc | Steve Weddle | PO Box 2240 | 2500 Business Hwy 70 E | Smithfield | NC | | 27577 |
| Acushnet Rubber Co Inc | Lynne M Mastera | Acushnet Rubber Co Inc dba Precix | 744 Belleville Ave | New Bedford | MA | | 02745 |
| Affinia Canada Corp | Michelle Bignell Group Controller | 6601 A Goreway Dr | | Mississauga | ON | | L4V 1V6 |
| Affinia Group Inc | Charles H Mendeljian | 1101 Technology Dr Ste 100 | | Ann Arbor | MI | | 48108 |
| AFL Automotive LP | Mark Pawzun | 12746 Cimarron Path Ste 116 | | San Antonio | TX | | 78249 |
| AG Machining | Larry D Harvey Esq | 5290 DTC Parkway Suite 150 | | Englewood | CO | | 80111 |
| Akebono Corporation | Dave Condon | Akebono Corporation | 34385 W Twelve Mile Rd | Farmington Hills | MI | | 48331 |
| Alcan Rolled Products Ravenswood LLC | Ronald R Peterson Esq | Jenner & Block LLP | One IBM Plaza | Chicago | IL | | 60611 |
| Alcoa Inc | Paul D Kopatich | 8550 W Bryn Mawr Ave, 10th Floor | | Chicago | IL | | 60631 |
| Aleaciones De Metales Sinterizados S.A. | Henry Trabal, Director | Ctra Laurea Miro 388 | San Feliu de Llobregat | Barcelona | | Spain | 08090 |
| Alegre Inc | Walter Reynolds | Porter Wright Morris & Arthur LLP | One South Main St Ste 1600 | Dayton | OH | | 45402-2028 |
| Alexander Manufacturing | J Patrick Bradley | Greensfelder Hemker & Gale Pc | 2000 Equitable Bldg 10 S Broadway | St Louis | MO | | 63102 |
| All-Rite Industries | Kathy Muncer | 470 Oakwood Rd | | Lake Zurich | IL | | 60047 |
| Alps Automotive Inc | Ryan D Heilman | Schafer And Weiner PLLC | 40950 Woodward Ave Ste 100 | Bloomfield Hills | MI | | 48304 |
| American & Efird Inc | Sallie C Howell | PO Box 507 | | Mount Holly | NC | | 28120 |
| American Aikoku Alpha Inc | Gary Vist | Masuda Funai Eifert & Mitchell Ltd | 203 North LaSalle St Ste 2500 | Chicago | IL | | 60601 |
| American Coil Spring Company Inc | Mark Litke President | 1041 E Keating Ave | PO Box 388 | Muskegon | MI | | 49443-0388 |
| American Electronic Components Inc | Ronald N Cerny | American Electronic Components Inc | 23590 County Rd 6 | Elkhart | IN | | 46514 |
| American Molded Products | Michael Aiuto | Operations | 51490 Celeste Dr | Shelby Township | MI | | 48315 |
| Americhem Inc | Marc B Merklin | 388 S Main St Ste 500 | | Akron | OH | | 44311-4407 |
| AMI Industries Inc | AMI Industries Inc | 5093 N Red Oak Rd | | Lewiston | MI | | 49759 |
| Android Ind | Ryan D Heilman | Schafer And Weiner PLLC | 40950 Woodward Ave Ste 100 | Bloomfield Hills | MI | | 48304 |
| Angell Demmel North America Inc | John S Turner | 1516 Stanley Ave | | Dayton | OH | | 45404 |
| Arc Automotive Inc | Timothy Murray | 1729 Milpark Rd, Suite 100 | | Knoxville | TN | | 37921 |
| Armada Rubber Mfg Co | Robert Bova Controller | 24586 Armada Ridge Rd | PO Box 579 | Armada | MI | | 48005 |
| Arrow Sheet Metal Products Co | Christine J Jobin Esq | The Jobin Law Firm PC | 1900 Grant St Ste 815 | Denver | CO | | 80203 |
| Assembleon America Inc | Robert N Michaelson Esq | Kirkpatrick & Lockhart Nicholson Graham LLP | 599 Lexington Ave | New York | NY | | 10022 |
| Associated Spring Barnes Group Inc | Barnes Group Inc | PO Box 489 | 123 Main St | Bristol | CT | | 06011-0489 |
| ATF Incorporated | Steven T Bobo | Sachnoff & Weaver Ltd | 10 S Wacker Dr | Chicago | IL | | 60606 |
| Autoliv ASP Inc | Anthony J Nellis Associate General Counsel | American Technical Ctr | 1320 Pacific Dr | Auburn Hills | MI | | 48326 |
| Automotive Electronic Controls | Timothy S McFadden | Lord Bissell & Brook LLP | 111 S Wacker Dr | Chicago | IL | | 60606 |
| AVM Inc | Donald J Hutchinson | Miller Canfield Paddock And Stone PLC | 150 West Jefferson Ste 2500 | Detroit | MI | | 48226 |
| Avnet Inc | Mary S Pacini | 2211 S 47th St | | Phoenix | AZ | | 85034 |
| Avon Automotive Inc | Leland J Richards | 805 W Thirteenth St | | Cadillac | MI | | 49601-9282 |
| AVX Corporation | Dorothy David Sr Mgr Credit & Collections | PO Box 867 | | Myrtle Beach | SC | | 29578 |

Delphi Corporation
Reclamation Election Notice Service List

| Reclamation Claim Owner Name | Creditor Notice Name | Address1 | Address2 | City | State | Country | Zip |
|---|---|---|---|---|---|---|---|
| AW Transmission Eng USA | Guy Edwards | Navigation Systems Division Awtec / Aisin Aw | 14993 Keel St | Plymouth | MI | | 48170 |
| BASF Corp | Frank J De Angelis | 3000 Continental Dr N | | Mount Olive | NJ | | 07828-1234 |
| Batesville Tool & Die Inc | Jerry Kretschmann | 177 Six Pine Ranch Rd | | Batesville | IN | | 47006 |
| Bayer Materialscience LLC | Linda Vesci Division Credit Mgr | 100 Bayer Rd | | Pittsburgh | PA | | 15205-9741 |
| BEI Technologies Inc/BEI Sensors & Systems Company | Robert L Eisenbach III Esq | Cooley Godward LLP | 101 California St 5th Fl | San Francisco | CA | | 94111-5800 |
| BI Technologies Corporation | Brad Turner | 4200 Bonita Pl | | Fullerton | CA | | 92835 |
| Boyd Corporation | Jim Menard | 600 S McClure Rd | | Modesto | CA | | 95357 |
| Brazeway Inc | Bruce N Elliott | Conlin McKenney & Philbrick PC | 350 South Main St Ste 400 | Ann Arbor | MI | | 48104-2131 |
| Breen Color Concentrates Inc | Mark B Conlon | Gibbons Del Deo Dolan Griffinger & Vecchione | One Riverfront Plaza | Newark | NJ | | 07102-5496 |
| Brush Engineered Materials | Jean R Robertson Esq | McDonald Hopkins Co LPA | 600 Superior Ave East Ste 2100 | Cleveland | OH | | 44114 |
| Buell Automatics Inc | Jerry R Greenfield Esq | Chamberlain D'Amanda Oppenheimer & Greenfield LLP | 2 State St Suite 1600 | Rochester | NY | | 14614 |
| Cable Technologies Inc | Martha O'Brien | 3209 Ave East | | Arlington | TX | | 76011 |
| Camoplast Thermoplastic Group | Stephane Tremblay | Business Development Director | 2995 Industrial Blvd | Sherbrooke | Quebec | Canada | J1L 2T9 |
| Capsonic Automotive Inc | Gregory G Liautaud President | 495 Renner Dr | | Elgin | IL | | 60123 |
| Capsonic Group LLC | Gregory G Liautaud President | 460 S Second | | Elgin | IL | | 60123 |
| Cardone Industries Inc | Frank Travaline Director Of Credit | 5501 Whitaker Ave | | Philadelphia | PA | | 19124-1799 |
| Carlisle Engineered Products Inc | Robert K Weiler | Green & Seifter PLLC | 110 West Fayette St One Lincoln Ctr Ste 900 | Syracuse | NY | | 13202 |
| Carlton Bates Company | Sean Nacey | 3600 W 69th St | | Little Rock | AK | | 72209 |
| Carolina Forge Company LLC | Edward B Loccisano VP Finance | 15309 Balkan St Ext. | PO Box 459 | Meadville | PA | | 16335 |
| Cascade Die Casting Group | Patrick J Greene Vice President Finance | 7441 S Division | Suite A1 | Grand Rapids | MI | | 49548 |
| Casco Products Corporation | John N Spratta | Vice President Global Finance | One Waterview Dr | Shelton | CT | | 06484-7367 |
| Cataler North America Corp | Kiah T Ford | Parker Poe | 401 South Tryon St Ste 3000 | Charlotte | NC | | 28202-1935 |
| Catalytic Solutions | Gordon Imazu | Reicker Pfau Pyle & Mcroy LLP | 1421 State St Ste B | Santa Barbara | CA | | 93102 |
| Century Mold & Tool | Ira Goldberg Esq | Di Monte & Lizak LLC | 216 West Higgins Rd | Park Ridge | IL | | 60066-5736 |
| Cherry Electrical Products | Richard C Peterson | Cherry Electrical Products | 11200 88th Ave | Pleasant Prairie | WI | | 53158 |
| Cherry GmBH | Peter B Cherry | Cherry GmBH | 10411 Corporate Dr Ste 102 | Pleasant Prairie | WI | | 53158 |
| Chicago Rivet & Machine Co | John C Osterman President | 901 Frontenac Rd | Box 3061 | Naperville | IL | | 60566-7061 |
| Chicago Rivet & Machine Co. | John C Osterman, President | PO Box 3061 | 901 Frontenac Rd | Naperville | IL | | 60566-7061 |
| Chicago Rivet & Machine Co. | John C Osterman, President | PO Box 3061 | 901 Frontenac Rd | Naperville | IL | | 60566-7061 |
| Chicago Rivet & Machine Co. | John C Osterman, President | PO Box 3061 | 901 Frontenac Rd | Naperville | IL | | 60566-7061 |
| Chicago Rivet & Machine Co. | John C Osterman, President | PO Box 3061 | 901 Frontenac Rd | Naperville | IL | | 60566-7061 |
| Chicago Rivet & Machine Co. | John C Osterman, President | 901 Frontenac Rd | Box 3061 | Naperville | IL | | 60566-7061 |
| Citation Corporation | Marc P Solomon | Burr & Forman LLP | 420 North Twentieth St Ste 3100 | Birmingham | AL | | 35203-5206 |
| Clarion Corp Of America | Howard Nista | 661 W Redondo Beach Blvd | | Gardena | CA | | 90247-4201 |
| Coats American Inc | David Helms | Coats North America | 3430 Torington Way Ste 301 | Charlotte | NC | | 28277 |
| Coherent Inc | Patrick M Costello | Bialsen Bergen & Schwab | 2600 El Camino Real Ste 300 | Palo Alto | CA | | 94306 |
| Coilcraft Inc | Alan Mansho | Coilcraft Inc | 1102 Silvert Lake Rd | Cary | IL | | 60013 |
| Commodity Management Services Ltd | James M Mchugh | Tzangas Plakas Mannos & Raies | 220 Market Ave South Eighth Fl | Canton | OH | | 44702 |
| Continental/Midland LLC | William S Hackney | Much Shelist | 191 N Wacker Dr Ste 1800 | Chicago | IL | | 60606-1615 |
| Contrarian Capital Management LLC | Laura Reddock | 411 West Putnam Ave Ste 225 | | Greenwich | CT | | 06830 |
| Contrarian Capital Management LLC | Laura Reddock | 411 West Putnam Ave Ste 225 | | Greenwich | CT | | 06830 |
| Coorstek Inc | Elizabeth Flaagan | Holme Roberts & Owen LLP | 1700 Lincoln St Ste 4100 | Denver | CO | | 80203-4541 |
| CTS Automotive Products | Henry Schmidt | CTS Corporation | 171 Covington Drive | Bloomingdale | IL | | 60108 |

Delphi Corporation
Reclamation Election Notice Service List

| Reclamation Claim Owner Name | Creditor Notice Name | Address1 | Address2 | City | State | Country | Zip |
|---|---|---|---|---|---|---|---|
| CTS Automotive Products | Henry Schmidt | CTS Corporation | 171 Covington Dr | Bloomingdale | IL | | 60108 |
| CTS Corporation | Henry Schmidt | CTS Corporation | 171 Covington Dr | Bloomingdale | IL | | 60108 |
| CTS Corporation | Henry Schmidt | CTS Corporation | 171 Covington Drive | Bloomingdale | IL | | 60108 |
| CTS Corporation | Henry Schmidt, Corporate Credit Mgr | CTS Corporation | 171 Covington Drive | Bloomingdale | IL | | 60108 |
| CTS Of Canada | Henry Schmidt | CTS Corporation | 171 Covington Dr | Bloomingdale | IL | | 60108 |
| Curtis Screw Company LLC | Stephen L Yonaty | Hodgson Russ LLP | One M&T Plaza Ste 2000 | Buffalo | NY | | 14203-2391 |
| Cyro Industries | Megan T Severinsen | Cyro Industries | 100 Enterprise Dr Po 5055 | Rockaway | NJ | | 07866-5055 |
| Daewoo International America Corp | Gi Yoon Lynn | Daewoo International America Corp | 85 Challenger Rd | Ridgefield Pk | NJ | | 07660 |
| Daishinku America Corp d/b/a KDS America | Darryl S Laddin | Arnall Golden & Gregory LLP | 171 17th St Nw Ste 2100 | Atlanta | GA | | 30363 |
| Decatur Plastic Products Inc | Jeannette Eisan Hinshaw Esq | Bose McKinney & Evans LLP | 2700 First Indiana Plaza 135 North Pennsylvania Ave | Indianapolis | IN | | 46004 |
| Dell Receivables LP | G James Landon | Hughes & Luce LLP | 111 Congress Ave Ste 900 | Austin | TX | | 78701 |
| Delta Products Corporation | Lovee D Sarenas | Murray & Murray | 19400 Stevens Creek Blvd Ste 200 | Cupertino | CA | | 95014-2548 |
| Denso International America | Carol Sowa | Denso International America Inc | 24777 Denso Dr | Southfield | MI | | 48086 |
| Deringer Nay Inc | Lee Trimble | 1250 Townline Rd | | Mundelein | IL | | 60060 |
| Deringer-Ney Inc. | Lee Trimble | 1250 Townline Rd | | Mundelein | IL | | 60060 |
| Dickey-Grabler Company | | 10302 Madison Ave | | Cleveland | OH | | 44102 |
| Diodes Incorporated | Darlene James | Diodes Incorporated | 3050 East Hillcrest Dr Ste 200 | Westlake Village | CA | | 91362 |
| Donaldson Company | Diana Kugler CBA | 1400 W 94th St | | Bloomington | MN | | 55431 |
| Doshi Prettl International LLC | David H Freedman | Erman Teicher Miller Zucker & Freedman | 400 Galleria Officentre Ste 444 | Southfield | MI | | 48034-2162 |
| Dow Corning Corporation | Cindy Ferrio | Dow Corning Corporation | 2200 West Salzburg Rd | Midland | MI | | 48686-0994 |
| Dow Corning Corporation | Cindy Ferrio | Dow Corning Corporation | 2200 West Salzburg Road | Midland | MI | | 48686-0994 |
| Dupont Powder Coatings LLC | Susan F Herr | 1007 Market St | | Wilmington | DE | | 19898 |
| E I Du Pont de Nemours | Susan F Herr | E I Du Pont de Nemours and Company | 1007 Market St | Wilmington | DE | | 19898 |
| Eagle Picher Automotive | Colleen M Hitchins Corporate Mgr | 263 Industrial Dr | | Hillsdale | MI | | 49242 |
| Eagle Picher Automotive Wolverine Gasket Division | Colleen M Hitchins Corporate Mgr | 2424 John Daly Rd | | Inkster | MI | | 48141 |
| Eaton Corp | William T Reiff Corporate Credit Mgr | 1111 Superior Ave | | Cleveland | OH | | 44114-2584 |
| Eaton Corporation | William T Reiff Corporate Credit Mgr | Eaton Ctr | 1111 Superior Ave | Cleveland | OH | | 44114 |
| Eftec North America | Greg Walters | 2900 Granada Ln | | Oakdale | MN | | 55128 |
| Eikenberry & Associates Inc | Jeannette Eisan Hinshaw Esq | Bose Mckinney & Evans LLP | 135 N Pennsylvania St Ste 2700 | Indianapolis | IN | | 46004 |
| EIS Inc | Kimberly J Robinson | Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLP | 333 West Wacker Dr Ste 2700 | Chicago | IL | | 60606 |
| Electro Dynamics Crystal Corporation | Tim Abbott President | 9075 Cody St | | Overland Pk | KS | | 66214 |
| Electronic Services LLC d/b/a CSI Electronics | Shep Beyland | 4108 Cartwright Dr | | Kokomo | IN | | 46902 |
| Elgin Die Mold Company | John A Sapiente President | 14002 Prairie St | | Pingree Grove | IL | | 60140-6314 |
| Emhart Teknologies | Ryan Masterson | PO Box 868 | | Mt Clemens | MI | | 48046 |
| Engelhard Corporation | James L Chirombole | 101 Wood Ave PO Box 770 | | Iselin | NJ | | 08830-0770 |
| Engineered Materials Solutions | Eric J Olson | Engineered Materials Solutions Inc | 39 Perry Ave | Attleboro | MA | | 02703-2410 |
| Engineered Sintered Components | Judy D Thompson | Poyner & Sprull LLP | 301 South College St Ste 2300 | Charlotte | NC | | 28202 |
| Epcos Inc | David N Crapo | Gibbons del Deo Dolan Griffinger & Vecchione | One Riverfront Plaza | Newark | NJ | | 07102-5497 |
| ER Wagner | Gary Torke | ER Wagner | 4611 North 32nd St | Milwaukee | WI | | 53209-6023 |
| Essex Group Inc | Michael Frazier | 1601 Wall St | PO Box 1601 | Fort Wayne | IN | | 46801-1601 |
| Etco Automotive Products | Paul F Odonnell III | Hinckley Allen Snyder LLP | 28 State St | Boston | MA | | 02109-1775 |
| Export Corporation | Len Chapp Controller | 6060 Whitmore Lake Rd | | Brighton | MI | | 48116-1995 |

1/2/2008 9:23 PM
Reclamation Notice Service List

Delphi Corporation
Reclamation Election Notice Service List

| Reclamation Claim Owner Name | Creditor Notice Name | Address1 | Address2 | City | State | Country | Zip |
|---|---|---|---|---|---|---|---|
| FAG Automotive | Gregory S Papp | 1750 E Big Beaver Rd | | Troy | MI | | 48083 |
| Fawn Industries | Raymond Fioravante | 1920 Greenspring Dr Ste 140 | | Timonium | MD | | 21093 |
| FCI Canada Inc | Keith J Cunningham | Pierce Atwood | One Monument Square | Portland | ME | | 04101 |
| Federal Mogul Corporation | Chavanda Cenance | 26555 Northwestern Hwy | | Southfield | MI | | 48034-2199 |
| Federal Screw Works | Wade C Plaskey | Federal Screw Works | 20229 Nine Mile Rd | St Clair Shores | MI | | 48080-1775 |
| Feintool Of Cincinnati Inc | John Schmidt | Dinsmore & Shohl LLP | 255 East Fifth St Ste 1900 | Cincinnati | OH | | 45202 |
| First Technology Holdings Inc | John D Hertzberg | Hertzberg PC | 30150 Telegraph Rd Ste 444 | Bingham Farms | MI | | 48025 |
| Fittings Products Co LLC d/b/a Lake Erie Products Livonia | Scott N Opincar | McDonald Hopkins Co LPA | 600 Superior Ave E Ste 2100 | Cleveland | OH | | 44114 |
| Flextronics International Asia Pacific Ltd | Steven J Reisman Esq | Curtis Mallet Prevost Colt & Mosle LLP | 101 Park Ave | New York | NY | | 10178-0061 |
| Flow Dry Technology Ltd | Douglas Leconey | Flow Dry Technology Ltd | 379 Albert Rd PO Box 190 | Brookville | OH | | 45309 |
| Floyd Manufacturing Co Inc | Scott D Rosen | Cohn Birnbaum & Shea PC | 100 Pearl St 12th Fl | Hartford | CT | | 06103 |
| Foreman Tool & Mold Corporation | Richard W Foreman | Foreman Tool & Mold Corporation | 3850 Swenson Ave | Saint Charles | IL | | 60174 |
| Forest City Technologies Inc | Charles E Schillig VP Finance | 299 Clay St | PO Box 86 | Wellington | OH | | 44090 |
| Fortune Plastics Of Illinois Inc/Parade Packaging Inc | Jennifer L Adamy | Shipman & Goodwin LLP | One Constitution Plaza | Hartford | CT | | 06103-1919 |
| Foster Electric USA Inc | Laurence P Becker | Masuda Funai Eifert & Mitchell Ltd | 203 North LaSalle St Ste 2500 | Chicago | IL | | 60601-1262 |
| Freudenberg NOK | Dr Ralf Kreiger | Freudenberg NOK General Partnership | 47690 East Anchor Court | Plymouth | MI | | 48170 |
| Fujikoki America Inc | Donnie J Anderson | Fujikoki America Inc | 4040 Bronze Way | Dallas | TX | | 75237 |
| Fujikura America Inc | Robert W Dremluk | Seyfarth Shaw LLP | 1270 Ave Of The Americas Suite 2500 | New York | NY | | 10020-1801 |
| Fujitsu Components America Inc | Michael M Moore | 250 E Caribbean Dr | | Sunnyvale | CA | | 94089 |
| Fulton Industries Inc | Kenneth C Baker Esq | Eastman & Smith Ltd | One Seagate 24th Fl | Toledo | OH | | 43604 |
| Futaba Corporation Of America | D Christopher Carson | Burr & Forman LLP | 420 North Twentieth St Ste 3100 | Birmingham | AL | | 35203-5206 |
| Future Electronics | Diane Svensden Recovery Mgr | 41 Main St | | Bolton | MA | | 01740 |
| GCI Technologies | R Michael Farquhar Phillip L Lamberson | Winstead Sechrest & Minick PC | 5400 Renaissance Tower 1201 Elm Tower | Dallas | TX | | 75270 |
| GE Polymerland | Val Venable | 9930 Kincey Ave | | Huntersville | NC | | 28078 |
| GE Silicones | Mary Ellen Martin | 260 Hudson River Rd | | Waterford | NY | | 12188 |
| GE Thermometrics Inc | Andrew J Cring | 967 Windfall Rd | | St Marys | PA | | 15857-3397 |
| Gemini Group Inc | Linda Janks | 175 Thompson Rd | Box 100 | Bad Axe | MI | | 48413 |
| General Chemical Performance Products LLC | James Imbriace | 90 E Halsey Rd | | Parsippany | NJ | | 07054 |
| GKN Sinter Metals | Chhay Sak Bun | 3300 University Dr | | Auburn Hills | MI | | 48326-2362 |
| GKN Sinter Metals Limited | Mr Prafulla Diwan | Executive Vice President Sales & Marketing | 146 Mumbai Pune Rd | Pimpri | Pune | India | 411018 |
| Gobar Systems | Steven M Wachstein | Coolidge Wall Womsley & Lombard Co LPA | 33 West First St Ste 600 | Dayton | OH | | 45402 |
| Graber-Rogg, Inc. | Arthur Zampella, President | 22 Jackson Dr | | Cranford | NJ | | 07016 |
| Graber-Rogg, Inc. | Arthur Zampella, President | 22 Jackson Dr | | Cranford | NJ | | 07016 |
| Graber-Rogg, Inc. | Arthur Zampella, President | 22 Jackson Dr | | Cranford | NJ | | 07016 |
| GW Plastics Inc | J Eric Charlton | Hiscock & Barclay LLP | One Pk Pl 300 South State St | Syracuse | NY | | 13221-4878 |
| H & L Tool Company Inc | Nirendu Dhar | 32701 Dequindre | | Madison Heights | MI | | 48071-1595 |
| Hain Capital Holdings LLC | Robert Kaltai | 301 Rte 17 6th Fl | | Rutherford | NJ | | 07070 |
| Hammond Group Inc | Janice Wenckus Credit Mgr | 1414 Field St | | Hammond | IN | | 46320 |
| Hatch Stamping Company | Bruce N Elliott | Conlin McKenney & Philbrick PC | 350 South Main St Ste 400 | Ann Arbor | MI | | 48104-2131 |

Delphi Corporation
Reclamation Election Notice Service List

| Reclamation Claim Owner Name | Creditor Notice Name | Address1 | Address2 | City | State | Country | Zip |
|---|---|---|---|---|---|---|---|
| Hayes Lemmerz International Inc | Steven Esau | Hayes Lemmerz | 15300 Centennial Dr | Northville | MI | | 48167 |
| Hayes Lemmerz International Wabash Inc | Steven Esau | Hayes Lemmerz | 15300 Centennial Dr | Northville | MI | | 48167 |
| Henkel Loctite | Henkel Loctite | 1001 Trout Brook Xing | | Rocky Hill | CT | | 06067 |
| Heraeus Metal Processing Inc | Uli Blankenstein | Heraeus Metal Processing Inc | 13429 Alondra Blvd | Sante Fe | CA | | 90670 |
| Hewitt Tool & Die Inc | George E Hewitt | Hewitt Tool & Die Inc | 1138 E 400 S, PO Box 47 | Oakford | IN | | 46965-0047 |
| Hexcel Corporation | Stephen H Gross | Hodgson Russ LLP | 152 West 57th St 35th Fl | New York | NY | | 10019 |
| HiLite International Inc | Michael T Kestner | Terminal Tower | 50 Public Sq Ste 3200 | Cleveland | OH | | 44113 |
| Hitachi Automotive Products | Stephanie K Hoos | Mintz Levin Cohn Ferris Glovsky and Popeo PC | 666 Third Ave | New York | NY | | 10017 |
| Hitachi Chemical Singapore PTE Ltd | Menachem O Zelmanovitz | Morgan Lewis & Bockius LLP | 101 Park Ave | New York | NY | | 10178-0060 |
| Hitchiner Manufacturing Co Inc | Roland Olivier | Hitchiner Manufacturing Co Inc Of Milford | Elm St | Milford | NH | | 03055 |
| HK Metal Craft Manufacturing Corp. | Maria Alen | 35 Industrial Rd | PO Box 775 | Lodi | NJ | | 07645 |
| HK Metal Craft Manufacturing Corp. | Maria Alen | 35 Industrial Rd | PO Box 775 | Lodi | NJ | | 07645 |
| HK Metalcraft Mfg Corp | Maria Alen | 35 Industrial Rd | PO Box 775 | Lodi | NJ | | 07645 |
| Hollingsworth & Vose Company | Earl Branch | 112 Washington St | | East Walpole | MA | | 02032 |
| Hoover Precision Products Inc | James W Brandon | PO Box 899 | | Cumming | GA | | 30028 |
| Hosiden America Corporation | Laurence P Becker | Masuda Funai Eifert & Mitchell Ltd | 203 North LaSalle St Ste 2500 | Chicago | IL | | 60601-1262 |
| Hydro Aluminum Adrian Inc | Thomas Renda | 10 Light St | | Baltimore | MD | | 21202-1487 |
| Hydro Aluminum North America Inc | Thomas Renda | 10 Light St | | Baltimore | MD | | 21202-1487 |
| Hydro Aluminum Rockledge Inc | Thomas D Renda | 10 Light St | | Baltimore | MD | | 21202-1487 |
| Ideal Tool Co Inc | Joseph L Caretti | Ideal Tool Co Inc | 150 Baldwin St PO Box 1147 | Meadville | PA | | 16335 |
| IER Industries Inc | Matthew C Mueller | 8271 Bavaria Rd | | Macedonia | OH | | 44056 |
| Illinois Tool Works Inc | Gregory J Mancuso | | 3600 West Lake Ave | Glenview | IL | | 60025-5811 |
| INA USA Corporation | Gregory S Papp | 1750 E Big Beaver Rd | | Troy | MI | | 48083 |
| INA USA Corporation | Gregory S Papp | 1750 E Big Beaver Rd | | Troy | MI | | 48083 |
| Industrial Molding Corp | Industrial Molding Corporation | 616 E Slaton Rd | | Lubbock | TX | | 79404 |
| Industrias Fronterizas HLI SA de CV | Steven Esau | World Headquarters | 15300 Centennial Dr | Northville | MI | | 48167 |
| Integrated Cable Systems Inc | Christine J Jobin Esq | The Jobin Law Firm PC | 1900 Grant St Ste 815 | Denver | CO | | 80203 |
| Integrated Logistics Solutions | Linda Kold | 23000 Euclid Ave | | Cleveland | OH | | 44117 |
| Internet Corporation | James S Harrington | Foley & Lardner LLP | One Detroit Ctr 500 Woodward Ave Ste 2700 | Detroit | MI | | 48226-3489 |
| International Rectifier | Richard W Brunette | Sheppard Mullin Richter & Hampton LLP | 333 South Hope St 48th Floor | Los Angeles | CA | | 90071-1448 |
| International Resistive Company Advanced Film Division | Richard J Sentz Director Of Finance | 4222 S Staples St | | Corpus Christi | TX | | 78411 |
| International Resistive Company Inc Wire And Film Technologies Division | Gary W Dickson | 736 Greenway Rd PO Box 1860 | | Boone | NC | | 28607 |
| Iriso USA Inc | Satoru Fujimori | 34405 W Twelve Mile Rd | | Farmington Hills | MI | | 48331 |
| ITT Industries Inc | Daniel S Kelly | 4 W Red Oak Ln | | White Plains | NY | | 10604 |
| J&F Steel LLC/Ryerson Tull | Mike Vercimak | 310 Tech Dr | | Burns Harbor | IN | | 46304 |
| J&L Industrial Supply | Magdeline D Coleman | Buchanan Ingersoll PC | 1835 Market St 14th Fl | Philadelphia | PA | | 19103-2985 |
| J.O. Galloup Co | Gary Longman | 130 N Helmer Rd | | Battle Creek | MI | | 49015 |
| Jacobson Manufacturing LLC | William S Hackney | Much Shelist | 191 N Wacker Dr Ste 1800 | Chicago | IL | | 60606-1615 |
| Jideco Of Bardstown Inc | Kenneth W Shelver | Jideco Of Bardstown Inc | 901 Withrow Court | Bardstown | KY | | 40004 |
| Johnson Battery Company Inc | Jack L Park Jr | 9840 Us Hwy 19 | PO Box 909 | Zebulon | GA | | 30295 |

1/2/2008 9:23 PM
Reclamation Notice Service List

Delphi Corporation
Reclamation Election Notice Service List

| Reclamation Claim Owner Name | Creditor Notice Name | Address1 | Address2 | City | State | Country | Zip |
|---|---|---|---|---|---|---|---|
| Judd Wire Inc | Michael R Enright | Robinson & Cole LLP | 280 Trumbull St | Hartford | CT | | 06103 |
| K Tube Corporation | Terry McCune | K Tube Corporation | 13400 Kirkham Way | Poway | CA | | 92064 |
| Kamax SAU | Erich Cornella | Emperador 4 | | Museros | | Spain | E 46136 |
| Karl Kuefner KG | Stanley H McGuffin | Haynsworth Sinkler Boyd PA | 1201 Main St 22nd Fl PO Box 11889 | Columbia | SC | | 28211-1889 |
| Ken-Mac Metals | Stephen J Burns | Ken-Mac Metals | 17901 Englewood Dr | Cleveland | OH | | 44130 |
| Key Plastics LLC | Lou Ann Counihan | 21700 Haggerty Rd Ste 100N | | Northville | MI | | 48167 |
| Key Safety Systems Inc | Tom Ford | Key Safety Systems Inc | 7000 Nineteen Mile Rd | Sterling Heights | MI | | 48314 |
| Kickhaefer Manufacturing Company | Stephen P Anderson | Kickhaefer Manufacturing Company | 1221 South Park St PO Box 348 | Port Washington | WI | | 53074-5030 |
| KL Industries Inc | James G Martignon | Levenfeld Pearlstein LLC | 2 North LaSalle St Ste 1300 | Chicago | IL | | 60602 |
| KOA Speer Electronics Inc | Scott W Rice Chairman & President | Bolivar Dr | PO Box 547 | Bradford | PA | | 16701 |
| KOA Speer Electronics, Inc. | Scott W Rice, Chairman & President | Bolivar Dr | PO Box 547 | Bradford | PA | | 16701 |
| KOA Speer Electronics, Inc. | Scott W Rice, Chairman & President | Bolivar Dr | PO Box 547 | Bradford | PA | | 16701 |
| Kostal Mexicana SA de CV | David G Kielczewski | Abbott Nicholson Quilter Esshaki & Youngblood PC | 300 River Place, Suite 3000 | Detroit | MI | | 48207-4225 |
| Kostal Of America Inc | Daniel G Kielczewski | Abbott Nicholson PC | 300 River Pl Ste 3000 | Detroit | MI | | 48207-4225 |
| Koyo Corporation Of USA | William J Stavole | Taft Stettinius & Hollister LLP | 3500 BP Tower 200 Public Square | Cleveland | OH | | 44114-2302 |
| Kurz Kasch Inc | Michael L Schmitz | Kurz Kasch Inc | 2271 Arbor Blvd PO Box 1246 | Dayton | OH | | 45401-1246 |
| L&W Engineering Inc | Ryan D Heilman | Schafer And Weiner PLLC | 40950 Woodward Ave Ste 100 | Bloomfield Hills | MI | | 48304 |
| Lake Erie Products Inc | Scott N Opincar | McDonald Hopkins Co LPA | 600 Superior Ave E Ste 2100 | Cleveland | OH | | 44114 |
| Lankfer Diversified Industries Incorporated | Sandra S Hamilton | Nantz Litowich Smith Girard & Hamilton | 2025 E Beltline Se Ste 600 | Grand Rapids | MI | | 49546 |
| Leggett & Platt Inc | Rick Katzfey | PO Box 757 | No 1 Leggett Rd | Carthage | MO | | 64836-0757 |
| Lexington Connector Seals | Keith G Blockinger | 1510 Ridge Rd | | Vienna | OH | | 44473 |
| Lexington Connector Seals | Keith G Blockinger | 1510 Ridge Rd | | Vienna | OH | | 44473 |
| Lexington Connector Seals | Keith G Blockinger President | 1510 Ridge Rd | | Vienna | OH | | 44473 |
| Linear Technology Corporation | James M Sullivan | McDermott Will & Emery | 50 Rockefeller Plaza | New York | NY | | 10020-1605 |
| Lord Corporation | Bruce R Bullock Sr Counsel | 111 Lord Dr | PO Box 8012 | Cary | NC | | 27512-8012 |
| LTC Roll & Engineering | Gary H Cunningham | Strobl Cunningham & Sharp PC | 300 East Long Lake 200 | Bloomfield Hills | MI | | 48304 |
| Lunt Manufacturing Company | James Stempel | Kirkland & Ellis LLP | 200 East Randolph Rd | Chicago | IL | | 60601 |
| M & Q Plastic Products | Michael J Viscount Jr | Fox Rothschild LLP | 1301 Atlantic Ave Ste 400 | Atlantic City | NJ | | 08401-7212 |
| M&S Manufacturing | Bruce N Elliott | Conlin McKenney & Philbrick PC | 350 South Main St Ste 400 | Ann Arbor | MI | | 48104-2131 |
| M/A Com Inc | Maryann Brereton | 60 Columbia Rd | | Morristown | NJ | | 07960 |
| Mabuchi Motor America Corp | Fran Chiu Treasurer | 3001 W Big Beaver Rd Ste 520 | | Troy | MI | | 48084 |
| Macarthur Corporation | Dennis M Haley | Winegarden Lindholme & Robertson PLC | 9460 S Saginaw St Suite A | Grand Blanc | MI | | 48439 |
| Magnesium Aluminum Corporation | Patrick J Keating | Buckingham Doolittle & Burroughs LLP | 50 S Main St PO Box 1500 | Akron | OH | | 44309-1500 |
| Marco Manufacturing Co Inc | Patrick J Keating | Buckingham Doolittle & Burroughs LLP | 50 S Main St PO Box 1500 | Akron | OH | | 44309-1500 |
| Marian Inc | AE Leighton | Marian Inc | 1101 East St Clair St | Indianapolis | IN | | 46202 |
| Markel Corporation | Michael J Hynes | Cozen O'Connor | 1900 Market St | Philadelphia | PA | | 19103-3508 |
| Master Molded Products Corporation | Larry J Ferguson | 1000 Davis Rd | | Elgin | IL | | 60123-1383 |
| Material Sciences Corporation | Samuel R Grafton | Popper & Grafton | 225 West 34th St Ste 1609 | New York | NY | | 10122-1600 |
| Maxim Integrated Products LLC | Mark Casper | Maxim Integrated Products Inc | 120 San Gabriel Dr | Sunnyvale | CA | | 94086 |
| Mcnaughton Mckay Electric Company | Michael G Mimnaugh | McNaughton McKay Electric Company | 2255 Citygate Dr | Columbus | OH | | 43219 |
| Mead West Vaco | Henry J Hirsch Sr Business Mgr Credit | 9080 Springboro Pike | | Miamisburg | OH | | 45342 |

1/2/2008 9:23 PM
Reclamation Notice Service List

Delphi Corporation
Reclamation Election Notice Service List

| Reclamation Claim Owner Name | Creditor Notice Name | Address1 | Address2 | City | State | Country | Zip |
|---|---|---|---|---|---|---|---|
| Meadville Forging Co LP | Edward B Loccisano VP Finance | 15309 Baldwin St Ext. | PO Box 459 | Meadville | PA | | 16335 |
| Metal Cladding Inc | Stephen L Yonty | Hodgson Russ LLP | One M&T Plaza Ste 2000 | Buffalo | NY | | 14203-2391 |
| Metal Powder Products Mexico S de RL de CV | Chaman Lall PhD, VP Applications Development | Acceso Ii Manzana 3 No 38 | Cd Industrial Benito Juarez Cp | Queretaro | C.P. | | 76130 |
| Metal Powder Products Mexico S de RL de CV | Chaman Lall PhD, VP Applications Development | Metal Powder Products Mexico, S de RL de CV | Acceso II Manzana 3 No. 38/CD. Industrial Benito Juarez | Queretaro | C.P. | | 76130 |
| Metal Surfaces Inc | Marc J Winthrop | Winthrop Couchot | 660 Newport Ctr Dr Fourth Fl | Newport Beach | CA | | 92660 |
| Metalforming Technologies Inc | Judy Brown and John Ziegler | Engineered Systems Group | 3271 Five Points Dr Suite 102 | Auburn Hills | MI | | 48326 |
| Micro Motion Inc | Mike Maina | Customer Financial Services | 120001 Technology Dr Ms Ab03 | Eden Prairie | MN | | 55344 |
| Micronas | Alfred Berner | Micronas GmBH | Hans Bunte Strasse 19 PO Box 840 | Freiburg | | Germany | |
| Midtown Claims LLC | Aileen Watson | 65 East 55th St | 19th Fl | New York | NY | | 10022 |
| Midwest Stamping Inc | Larry E Parres | Lewis Rice & Fingersh LC | 500 N Broadway Ste 2000 | St Louis | MO | | 63102-2147 |
| Millennium Industries ASI | Bryant K Murphy | 6285 Garfield Ave | | Cass City | MI | | 48726 |
| Millennium Industries Corporation Cass City | Gary L Vollmar | 6285 Garfield Ave | | Cass City | MI | | 48726 |
| Milliken & Company | Stanley L Lane Jr | Otterbourg Steindler Houston & Rosen PC | 230 Park Ave | New York | NY | | 10169-0075 |
| Millwood Inc | Sam O Simmerman Esq | Krugliak Wilkins Griffiths & Dougherty Co LPA | 4775 Munson St Nw PO Box 36963 | Canton | OH | | 44735-6963 |
| Millwood, Inc. | Sam O Simmerman, Esq | Krugliak Wilkins Griffiths & Dougherty Co LPA | 4775 Munson St NW PO Box 36963 | Canton | OH | | 44735-6963 |
| Millwood, Inc. | Sam O Simmerman, Esq | Krugliak Wilkins Griffiths & Dougherty Co LPA | 4775 Munson St NW PO Box 36963 | Canton | OH | | 44735-6963 |
| Millwood, Inc. | Sam O Simmerman, Esq | Krugliak Wilkins Griffiths & Dougherty Co LPA | 4775 Munson St NW PO Box 36963 | Canton | OH | | 44735-6963 |
| MNP Corporation | Richard Kruger | Jaffe Raitt Heuer & Weiss | 27777 Franklin Rd Ste 2500 | Southfield | MI | | 48034-8214 |
| Mobile Display Systems | Robert N Michaelson | Kirkpatrick & Lockhart Nicholson Graham LLP | 599 Lexington Ave | New York | NY | | 10022 |
| Molex Connector Corporation | Martha Evans Credit Mgr | 2222 Wellington Ct | | Lisle | IL | | 60532-1682 |
| Monroe Inc | Michael J Schuitema | 4707 40th St SE | | Grand Rapids | MI | | 49512 |
| Motorola | Robert J Patton | | 21440 West Lake Cook Rd | Deer Park | IL | | 60010 |
| MTD Technologies Inc | J Ronald Moore | 5201 102nd Ave N | | Pinellas Park | FL | | 33782 |
| Mubea | Dr Christopher Schneider VP Finance | 6800 Industrial Rd | | Florence | KY | | 41091 |
| Multek Flexible Circuits Inc | Steven J Reisman Esq | Curtis Mallet Prevost Colt & Mosle LLP | 101 Park Ave | New York | NY | | 10178-0061 |
| Multibase Inc | Cindy Ferrio | Dow Corning Corporation/Multibase Inc | 2200 West Salzburg Rd | Midland | MI | | 48686-0994 |
| Murata Electronics North America Inc | Robert W Dremluk | Seyfarth Shaw LLP | 1270 Ave Of The Americas Ste 2500 | New York | NY | | 10020-1801 |
| Muskegon Casting Corp | Dale Keyser CFO | 2325 S Sheridan Dr | | Muskegon | MI | | 49442 |
| National Paper & Packaging Corp | Thomas C Pavlik & Scott H Scharf | Novak Robenalt Pavlik & Scharf LLC | Skylight Office Tower 270 1660 West Second St | Cleveland | OH | | 44113 |
| NDK America Inc | Gary D Santella | Masuda Funai Eifert & Mitchell Ltd | 203 North LaSalle St Ste 2500 | Chicago | IL | | 60601 |
| NEC Electronics America Inc | David Weigland VP Finance | 2880 Scott Blvd | | Santa Clara | CA | | 95050 |
| Neff Perkins Company | Andrew Budd Jr | Corporate Headquarters | 2950 Industrial Park Dr PO Box 219 | Austinburg | OH | | 44010 |
| Neuman Aluminum Inc | John S Mairo | Porzio Bromberg & Newman PC | 100 Southgate Pkwy PO Box 1997 | Morristown | NJ | | 07962-1997 |
| NGK Automotive Ceramics USA Inc | Michael Oneal | Warner Norcross & Judd LLP | 900 Fifth Third Ctr 111 Lyon St NW | Grand Rapids | MI | | 49503 |
| Nichicon America Corporation | Laurence P Becker | Masuda Funai Eifert & Mitchell Ltd | 203 North LaSalle St Ste 2500 | Chicago | IL | | 60601-1262 |
| Nisshinbo Automotive Corporation | Sean M Walsh | Cox Hodgman & Giarmarco PC | Tenth Fl Columbia Ctr 101 West Big Beaver Rd | Troy | MI | | 48084-5280 |
| NMB Technologies Corporation | Duane Kumagai | Rutter Hobbs & Davidoff Inc | 1901 Avenue Of The Stars Ste 1700 | Los Angeles | CA | | 90067-6018 |
| Noble USA Inc | Yoshihide Honda | Noble USA Inc | 5450 Meadowbrook Industrial Court | Rolling Meadows | IL | | 60008 |

1/2/2008 9:23 PM
Reclamation Notice Service List

Delphi Corporation
Reclamation Election Notice Service List

| Reclamation Claim Owner Name | Creditor Notice Name | Address1 | Address2 | City | State | Country | Zip |
|---|---|---|---|---|---|---|---|
| Noma Company | James Imbriaco | Gentek | 90 East Halsey Rd | Parsippany | NJ | | 07054 |
| Northern Engraving Corporation | Richard Kruger | Jaffe Raitt Heuer & Weiss | 27777 Franklin Rd Ste 2500 | Southfield | MI | | 48034-8214 |
| Novelis Corporation | Mark Kindt Counsel | 6060 Pkland Blvd | | Cleveland | OH | | 44121-4185 |
| NSK Corporation | Donald J Hutchinson | Miller Canfield Paddock And Stone PLC | 150 West Jefferson Ste 2500 | Detroit | MI | | 48226 |
| Nu Horizons Electronics Corp | Cipriano J Salazar | Nu Horizons Electronics Corporation | 2070 Ringwood Ave | San Jose | CA | | 95131 |
| Nypro Inc | James W Peck VP & General Counsel | 101 Union St | | Clinton | MA | | 01510 |
| OKI America Inc | Keiji Hirai | OKI America Inc | 785 N Mary Ave | Sunnyvale | CA | | 94085 |
| Olin Corp | Jeffrey G Tougas | Mayer Brown Rowe & Maw LLP | 1675 Broadway | New York | NY | | 10019-5820 |
| Olson International Ltd | David M Sherbin | 50 W North Ave | | Lombard | IL | | 60148 |
| Olson International, Ltd. | David M Sherbin | 50 W North Ave | | Lombard | IL | | 60148 |
| OMG Americas Inc | Joe Dolan | 811 Sharon Dr | | Westlake | OH | | 44145 |
| Omron Dualtec Automotive | Laura J Eisele | Foley & Lardner LLP | 500 Woodward Ave Ste 2700 | Detroit | MI | | 48226-3489 |
| Optrex America Inc | JP Murphy | Berry Moorman | The Buhl Building 535 Griswold Ste 1900 | Detroit | MI | | 48226 |
| Osram Opto Semiconductors Inc | Ron Terry | Osram Opto Semiconductor Inc | 3870 North First St | San Jose | CA | | 95134 |
| Osram Sylvania Inc | William Donaldson | Osram Sylvania Inc | 100 Endicott St | Danvers | MA | | 01923 |
| Otto Bock Polyurethane Technologies Inc | John W Vins Managing Director | 3 Penn Ctr W Ste 406 | | Pittsburgh | PA | | 15276 |
| Outokumpu Copper Nippert Inc | Stephen L Yonaty | Hodgson Russ LLP | One M&T Plaza Ste 2000 | Buffalo | NY | | 14203-2391 |
| P&R Industries Inc | Joseph E Simpson | Harter Secrest & Emery LLP | 1600 Bausch & Lomb Pl | Rochester | NY | | 14604-2711 |
| Panasonic Automotive Systems Company Of America | Vince Sarrecchia | Panasonic Automotive Systems Of Company Of America | 776 Hwy 74 South | Peachtree City | GA | | 30269 |
| Park Enterprises of Rochester Inc | Jerry R Greenfield | Chamberlain D'Amanda Oppenheimer & Greenfield LLP | 2 State St Suite 1600 | Rochester | NY | | 14614 |
| Park Ohio Products Inc | Linda Kold | Park Ohio Products Inc | 23000 Euclid Ave | Cleveland | OH | | 44117 |
| Parker Hannifin Corporation | Mike Strainak, Joanne Miller | 6035 Parkland Blvd | | Cleveland | OH | | 44124 |
| Parker Hannifin Corporation | Mike Strainak, Joanne Miller | 6035 Parkland Blvd | | Cleveland | OH | | 44124 |
| Parker Hannifin Corporation | Mike Strainak, Joanne Miller | 6035 Parkland Blvd | | Cleveland | OH | | 44124 |
| Parker Hannifin Corporation | Sheri Workman | 7928 Collection Center Dr | | Chicago | IL | | 60693 |
| Parker Hannifin Corporation Parker Seals | Mike Strainak, Joanne Miller | 6035 Parkland Blvd | | Cleveland | OH | | 44124 |
| Parker Hannifin Engseals Division | Mike Strainak, Joanne Miller | 6035 Parkland Blvd | | Cleveland | OH | | 44124 |
| Parker Seals | Mike Strainak, Joanne Miller | 6035 Parkland Blvd | | Cleveland | OH | | 44124 |
| Parker-Hannifin Corporation | Mike Strainak, Joanne Miller | 6035 Parkland Blvd | | Cleveland | OH | | 44124 |
| Parker-Hannifin Corporation | Mike Strainak, Joanne Miller | 6035 Parkland Blvd | | Cleveland | OH | | 44124 |
| Parker-Hannifin Corporation | Mike Strainak, Joanne Miller | 6035 Parkland Blvd | | Cleveland | OH | | 44124 |
| Parker-Hannifin Corporation | Mike Strainak, Joanne Miller | 6035 Parkland Blvd | | Cleveland | OH | | 44124 |
| Parker-Hannifin Corporation | Mike Strainak, Joanne Miller | 6035 Parkland Blvd | | Cleveland | OH | | 44124 |
| Parker-Hannifin Corporation | Mike Strainak, Joanne Miller | 6035 Parkland Blvd | | Cleveland | OH | | 44124 |
| Parker-Hannifin Corporation | Mike Strainak, Joanne Miller | 6035 Parkland Blvd | | Cleveland | OH | | 44124 |
| Parker-Hannifin Corporation | Mike Strainak, Joanne Miller | 6035 Parkland Blvd | | Cleveland | OH | | 44124 |
| Parker-Hannifin Corporation | Mike Strainak, Joanne Miller | 6035 Parkland Blvd | | Cleveland | OH | | 44124 |
| Parkview Metal Products Inc | David W Sindelar | Parkview Metal Products | 1275 Ensell Rd | Lake Zurich | IL | | 60047 |
| PBR Columbia LLC | David K Wheeler Gen Mgr | 201 Metropolitan Dr | | West Columbia | SC | | 29170 |
| PBR Knoxville LLC | PBR Knoxville | 10215 Caneel Dr | | Knoxville | TN | | 37931 |
| PD George Co | Stephen Tuckwell | 5200 N Second St | | St Louis | MO | | 63147 |
| PEC Of America Corporation | Hisashi Ishiguro | PEC Of America Corp | 2297 Niels Bohr Ct Ste 100 | San Diego | CA | | 92154 |
| PEI/Genesis Inc | Michael G Menkowitz | Fox Rothschild LLP | 2000 Market St Tenth Fl | Philadelphia | PA | | 19103-3291 |

Delphi Corporation
Reclamation Election Notice Service List

| Reclamation Claim Owner Name | Creditor Notice Name | Address1 | Address2 | City | State | Country | Zip |
|---|---|---|---|---|---|---|---|
| Penn Aluminum International Inc | Lauren Newrman | Fagel Haber LLP | 55 East Monroe St 40th Fl | Chicago | IL | | 60603 |
| Phelps Dodge Corporation | Ira Schwarzwald Director Of Credit | One North Central Ave | | Phoenix | AZ | | 85004 |
| Philips Optical Storage | Robert N Michaelson Esq | Kirkpatrick & Lockhart Nicholson Graham LLP | 599 Lexington Ave | New York | NY | | 10022 |
| Philips Semiconductors Inc | Robert N Michaelson | Kirkpatrick & Lockhart Nicholson Graham LLP | 599 Lexington Ave | New York | NY | | 10022 |
| Phillips & Temro Industries Inc | David J Hawkins | 9700 W 74th St | | Eden Prairie | MN | | 55344 |
| Phillips Plastics Corporation | John C Johnson | Phillips Plastics Corporation | Technology Ctr N4660 1165th St | Prescott | WI | | 54021-7644 |
| Photo Stencil LLC | Lars H Fuller | Rothgerber Johnson & Lyons LLP | One Tabor Ctr Ste 3000 1200 Seventeenth St | Denver | CO | | 80202-5855 |
| Pioneer NA Inc | Gary Hickman & Gregory R Pierson | 2265 E 220th St | PO Box 1720 | Long Beach | CA | | 90801-1720 |
| Plastic Moldings Company LLC | Dale Turner | Plastic Moldings Company LLC | 2181 Grand Ave | Cincinnati | OH | | 45214-1593 |
| Plasticert Inc | Markian R Slobodian | The Law Offices Of Markian R Slobodian | 801 North Second St | Harrisburg | PA | | 17102 |
| Potters Industries Inc | Jennifer A Bellwoar | Corporate Headquarters | PO Box 840 | Valley Forge | PA | | 19482-0840 |
| PPG Industries Inc | Christopher J Canham Sr Credit Mgr Automotive | One PPG Place | | Pittsburgh | PA | | 15272 |
| PPG Industries, Inc. | Christopher J Canham, Sr Credit Mgr Automotive | One PPG Place | | Pittsburgh | PA | | 15272 |
| PPG Industries, Inc. | Christopher J Canham, Sr Credit Mgr Automotive | One PPG Place | | Pittsburgh | PA | | 15272 |
| Precision Fitting And Gauge Co | Randy Williams | 1214 S Joplin Ave | | Tulsa | OK | | 74112-5487 |
| Precision Resource Inc | Joseph Tristine | Precision Resource Inc | 25 Forest Pkwy | Shelton | CT | | 06484 |
| Precision Stamping | Steve Morgan President | 500 Egan Ave | | Beaumont | CA | | 92223 |
| Premier Products Inc | Vern J Steffel Jr | Steffel & Steffel | 332 E Columbia Ave | Battle Creek | MI | | 49015 |
| Prestolite Wire Corporation | Greg Ulewicz | 200 Galleria Officentre Suite 212 | | Southfield | MI | | 48034 |
| Pridgeon & Clay Inc | Bruce Penno | 50 Cottage Grove SW | | Grand Rapids | MI | | 49507 |
| Production Screw Machine Company | Ronald S Pretekin | Coolidge Wall Womsley & Lombard Co LPA | 33 West First St Ste 600 | Dayton | OH | | 45402 |
| PTI Engineered Plastics Inc | Kurt Nerva | 44850 Centre Court East | | Clinton Township | MI | | 48038 |
| Quality Synthetic Rubber Inc | Patrick J Keating | 50 S Main St | PO Box 1500 | Akron | OH | | 44309-1500 |
| Raetech Corporation | David A Finch President | 4750 Venture Dr Ste 100 | | Ann Arbor | MI | | 48108 |
| Ralco Industries Inc | Thomas R Morris | Silverman & Morris PLLC | 7115 Orchard Lake Rd Ste 500 | West Bloomfield | MI | | 48322 |
| RBC Bearings | Bruce Owen Mgr Credit & Collections | One Technology Ctr | | Oxford | CT | | 06478 |
| Rectical North America Inc | Mohsin N Khambati | McDermott Will & Emery | 227 W Monroe St Fl 47 | Chicago | IL | | 60606 |
| Reliable Castings Corporation | J Michael Debbeler | PO Box 6464 | | Cincinnati | OH | | 45201-6464 |
| Republic Engineered Products Inc | Scott Opincar Shawn M Riley | McDonald Hopkins Co LPA | 600 Superior Ave E Ste 2100 | Cleveland | OH | | 44114 |
| RF Monolithics | Steven T Holmes | Hunton & Williams LLP | 1601 Bryan St 30th Fl | Dallas | TX | | 75201-3402 |
| Robin Industries Inc | Camila Estrada | 1265 W 65th St | | Cleveland | OH | | 44102 |
| Robin Industries Inc | Doug McCracken | 1265 W 65th St | | Cleveland | OH | | 44102 |
| Robin Industries, Inc. | Doug McCracken | 1265 West 65th St | | Cleveland | OH | | 44102 |
| Robin Industries, Inc. | Doug McCracken | 1265 West 65th St | | Cleveland | OH | | 44102 |
| Robin Industries, Inc. | Doug McCracken | 1265 West 65th St | | Cleveland | OH | | 44102 |
| Robin Mexicana S de RL de CV | Doug McCracken | Robin Mexicana Division | 1256 West 65th St | Cleveland | OH | | 44102 |
| Rohm and Haas Company | John C Foster | 100 Independence Mall W | | Philadelphia | PA | | 19106-2399 |
| Rohm Electronics USA LLC | Takayuki Hara | 10145 Pacific Heights Blvd Ste 1000 | | San Diego | CA | | 92121 |
| Rosemount Analytical | Mike Maina | Rosemount Analytical | 12001 Technology Dr MS AB03 | Eden Prairie | MN | | 55344 |
| Rotor Clip Company Inc | Elizabeth L Abdelmasieh Esq | Norris McLaughlin & Marcus | 721 Route 202 206 PO Box 1018 | Somerville | NJ | | 08876 |
| S&Z Tool and Die Co Inc | Daniel A Demarco | 3300 BP Tower | 200 Public Square | Cleveland | OH | | 44114 |
| Sabo USA | Paul R Gilleran | Dean & Fulkerson PC | 801 W Big Beaver 5th Fl | Troy | MI | | 48084-4767 |
| Sagami America Ltd | Gary Vist | Masuda Funai Eifert & Mitchell Ltd | 203 North LaSalle St Ste 2500 | Chicago | IL | | 60601 |

1/2/2008 9:23 PM
Reclamation Notice Service List

Delphi Corporation
Reclamation Election Notice Service List

| Reclamation Claim Owner Name | Creditor Notice Name | Address1 | Address2 | City | State | Country | Zip |
|---|---|---|---|---|---|---|---|
| Sanders Lead Co Inc | Jonathan P Guy Esq | Swidler Berlin LLP | 3000 K St Nw Ste 300 | Washington | DC | | 20007 |
| Schlemmer GmbH | Danilo Rausi | Gruber Strasse 48 | | Poing | | Germany | 85586 |
| Schleuniger | Sean Matulonis | 87 Colin Dr | | Manchester | NH | | 03103 |
| Schleuniger Inc | Sean Matulonis | 87 Colin Dr | | Manchester | NH | | 03103 |
| Scientific Tube Inc | Ira Goldberg Esq | Di Monte & Lizak LLC | 216 West Higgins Rd | Park Ridge | IL | | 60068-5736 |
| Seal & Design Inc | Anne M Peterson Esq | Phillips Lytle LLP | 3400 HSBC Ctr | Buffalo | NY | | 14203 |
| Security Plastics Division/nmc LLC | Kenneth A Reynolds Esq | Pryor & Mandelup LLP | 675 Old Country Rd | Westbury | NY | | 11590 |
| Select Industries Corp | Steven M Wachstein | Coolidge Wall Womsley & Lombard Co LPA | 33 West First St Ste 600 | Dayton | OH | | 45402 |
| Semiconductor Conductor Components Industries LLC | Scott Goldberg | Quarles & Brady Streich Lang LLP | Renaissance One Two North Central Ave | Phoenix | AZ | | 85004-2391 |
| Sensus Precision Die Casting Inc | George M Cheever | Kirkpatrick & Lockhart Nicholson Graham LLP | 535 Smithfield St | Pittsburgh | PA | | 15222-2312 |
| SEPR Ceramic Beads And Powders | Mark E Golman | Strasburger & Price LLP | 901 Main St Ste 4300 | Dallas | TX | | 75202-3794 |
| Serigraph Inc | Ray Werhand | 3801 E Decorah Rd | | West Bend | WI | | 53095-9597 |
| Sharp Electronics Corporation | Mr Mario Zinicola Dir Credit And Treasury Service | 1 Sharp Plaza | | Mahwah | NJ | | 07430 |
| Sherwin Williams Company | Sam Schirripa | 101 Prospect Ave NW | 625 Republic Bldg | Cleveland | OH | | 44115 |
| Siemens VDO Auto Inc | Arlene N Gelman | Sachnoff & Weaver Ltd | 10 S Wacker Dr | Chicago | IL | | 60606-7507 |
| Siemens VDO Automotive Corporation | Arlene N Gelman | Sachnoff & Weaver Ltd | 10 S Wacker Dr | Chicago | IL | | 60606-7507 |
| Silicon Laboratories Inc | Jeffry A Davis Esq | DLA Piper Rudnick Gray Cary US LLP | 401 B St Ste 1700 | San Diego | CA | | 92101-4297 |
| Silver Point Capital | Brian A Jarmain | Two Greenwich Plaza | | Greenwich | CT | | 06830 |
| Silver Point Capital | Brian A Jarmain | Two Greenwich Plaza | | Greenwich | CT | | 06830 |
| Silver Point Capital | Brian A Jarmain | Two Greenwich Plaza | | Greenwich | CT | | 06830 |
| Sinclair And Rush Inc | Peter D Kerth | Gallop Johnson & Neuman LC | 101 South Hanley Rd Ste 1700 | St Louis | MO | | 63105 |
| SKF USA Inc | Henry Jaffe | Pepper Hamilton LLP | 1313 Market St Ste 5100 | Wilmington | DE | | 19899 |
| Small Parts | Jeffrey J Graham | Sommer Barnard | One Indiana Square Ste 3500 | Indianapolis | IN | | 46204-2023 |
| Sokymat Automotive GmbH | Robin E Keller | Stroock & Stroock & Lavan LLP | 180 Madison Ln | New York | NY | | 10038-4982 |
| Solectron Corporation | Richard Schwalbe | Treasury Department | 847 Gibraltar Dr | Milpitas | CA | | 95036 |
| Solectron Manufactura de Mexico de CV | Patrick Costello Esq | Bialsen Bergen & Schwab | 2600 El Camino Real Ste 300 | Palo Alto | CA | | 94306 |
| Sony Electronics Inc | Ian K Campbell Portfolio Manager | 16450 W Bernardo Dr | Mz 4205 | San Diego | CA | | 92127 |
| Special Electric | Robert Karius | 2121 S 116 St | | West Allis | WI | | 53227 |
| Speedline Technologies | Shmuel Vasser Esq | Edwards & Angell LLP | 750 Lexington Ave | New York | NY | | 10022 |
| Spring Engineering & Manufacturing Corporation | Brian K Sherwood | Spring Engineering & Manufacturing | 7820 N Lilley Rd | Canton | MI | | 48187 |
| SPX Contech | Earl R Lietzau | SPX Corporation | 8001 Angling Rd Ste 2c | Portage | MI | | 49024 |
| SPX Contech | Ronald R Peterson Esq | Jenner & Block LLP | One IBM Plaza | Chicago | IL | | 60611 |
| St Clair Plastics Co | William Lianoz | St Clair Plastics Co | 30855 Teton Place | Chesterfield Twp | MI | | 48047 |
| ST Microelectronics Inc | Wayne Steele | 1000 E Bell Rd | | Phoenix | AZ | | 85022 |
| Standard Microsystems Corporation | Larry Moore | 1120 S Capital Of Texas Hwy | Building 2 Ste 100 | Austin | TX | | 78746 |
| Stanley Electric Sales of America Inc | Mark T Flewelling | Anglin Flewelling Rasmussen Campbell & Trytten LLP | 199 South Los Robles Ste 600 | Pasadena | CA | | 91101 |
| Steel Technologies Inc | John M Baumann Jr | 15415 Shelbyville Rd | PO Box 433939 | Louisville | KY | | 40253-0339 |
| Stoneridge Inc | Jeffrey Baddeley | Baker & Hostetler LLP | 3200 National City Ctr 1900 East 9th St | Cleveland | OH | | 44114-3485 |
| Strattec Security Corp | Thomas J O'Brien | Reinhart Boerner Van Deuren Sc | 1000 North Water St Ste 2100 | Milwaukee | WI | | 53202 |
| Stueken LLC | Stanley H McGuffin | Haynsworth Sinkler Boyd PA | 1201 Main St 22nd Fl | Columbia | SC | | 29201-3226 |
| Superior Essex | Richard L Fradette | 1601 Wall St | PO Box 1601 | Fort Wayne | IN | | 46801-1601 |

1/2/2008 9:23 PM
Reclamation Notice Service List

Delphi Corporation
Reclamation Election Notice Service List

| Reclamation Claim Owner Name | Creditor Notice Name | Address1 | Address2 | City | State | Country | Zip |
|---|---|---|---|---|---|---|---|
| SyZ Rolmex S de RL de CV | Daniel A Demarco | 3300 BP Tower | 200 Public Square | Cleveland | OH | | 44114 |
| Tadiran Batteries | Lou M Agosto Esq | Moore & Van Allen | 100 N Tryon St Ste 4700 | Charlotte | NC | | 28202-4003 |
| Taiho Corporation of America | Gary D Santella | Masuda Funai Eifert & Mitchell Ltd | 203 North LaSalle St Ste 2500 | Chicago | IL | | 60601-1262 |
| Tal Port Industries LLC | Warren R Graham Esq | Davidoff Malito & Hutcher LLP | 605 Third Ave | New York | NY | | 10158 |
| Taurus International Corporation | Harold Ritvo Esq | Law Offices Of Harold Ritvo | One University Plaza | Hackensack | NJ | | 07601 |
| TDK Corporation Of America | John P Sieger | Katten Muchin Rosenman LLP | 525 W Monroe St | Chicago | IL | | 60661-3693 |
| Tech Tool & Mold Inc | Scott M Hanaway | 1045 French St | | Meadville | PA | | 16335 |
| Teleflex Inc | James K Leyden | Teleflex Inc | 155 South Limerick Rd | Limerick | PA | | 19468 |
| Teleflex, Incorporated | James K. Leyden | Teleflex | 155 South Limerick Road | Limerick | PA | | 19468 |
| Tenneco Automotive Operating Company Inc | Steve Linn | 1 International Dr | | Monroe | MI | | 48161 |
| Tesa AG | Karen Ostad Esq | Lovells | 900 Third Ave | New York | NY | | 10022 |
| Tessier Machine Co | Stephen Woodworth | 526 Main St | | Hudson | MA | | 01749 |
| Tessy Plastics Corporation | Camille W Hill Esq | Bond Schoeneck & King PLLC | One Lincoln Ctr | Syracuse | NY | | 13202-1355 |
| Texas Instruments | Raymond J Urbanik Esq | Munsch Hardt Kopf & Harr PC | 4000 Fountain 1445 Ross Ave | Dallas | TX | | 75202-2790 |

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
:
In re                                          :       Chapter 11
:
DELPHI CORPORATION, et al.,                    :       Case No. 05-44481 (RDD)
:
Debtors.              :       (Jointly Administered)
:
------------------------------------ x

NOTICE OF TREATMENT OF RECLAMATION CLAIM UNDER PLAN OF REORGANIZATION

PLEASE TAKE NOTICE that on December 10, 2007 the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Solicitation Procedures Order") (Docket No. 11389) (i) approving the disclosure statement (the "Disclosure Statement") with respect to the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (the "Plan"), filed by Delphi Corporation and its affiliated debtors and debtors-in-possession (the "Debtors") and (ii) authorizing the Debtors to solicit votes on the Plan.

In accordance with the Second Amended and Restated Final Reclamation Order and the Solicitation Procedures Order, the Debtors hereby provide notice of the proposed treatment of the reclamation claim listed on Schedule 1 attached hereto.

---

**You must return this form in the envelope provided to Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Reclamation Claims, so as to be received by 7:00 p.m. (prevailing Eastern time) on January 11, 2008. If you fail to return this form timely, you will receive a distribution for your reclamation claim, to the extent allowed, in the currency afforded to allowed general unsecured claims as set forth in the Plan and you shall be deemed to have waived any right to seek administrative priority status for your reclamation claim.**

---

The Debtors' records reflect that you are the holder of the reclamation claim identified on Schedule 1 (the "Reclamation Claim "). **Please follow the three steps below and sign this notice to ensure that you receive the desired treatment for your Reclamation Claim.**

**Step 1**

**Review the Plan in its entirety, including Article 5.3 of the Plan governing treatment of general unsecured claims ("General Unsecured Claims"), and check one of the boxes below:**

☐       I request that my Reclamation Claim, to the extent Allowed (as defined in the Plan), be given administrative priority status pursuant to section 503(b) of the Bankruptcy Code.

☐       I request that my Reclamation Claim be treated, to the extent Allowed and for purposes of distribution, as a General Unsecured Claim, including postpetition interest as set forth more fully below and in the Plan. I acknowledge and agree that I have no accompanying voting rights on account of this election or any Reclamation Claim.

---

[1] The date shall coincide with the deadline to be established by the Bankruptcy Court pursuant to the Solicitation Procedures Order for the submission of votes on the Plan.

**Step 2**

　　If you checked the box indicating that you request that your Reclamation Claim, to the extent Allowed, be given administrative priority status pursuant to section 503(b) of the Bankruptcy Code, the treatment of your Reclamation Claim will be determined at a contested hearing before the Bankruptcy Court on a date following the effective date of the Plan.  At this hearing, the Debtors will assert that your claim is not entitled to administrative priority status on the grounds that, among other things, the goods and/or the proceeds from the sale of the goods for which you are seeking a reclamation claim are, or were, subject to a valid and perfected security interest.  The Debtors will retain all other reserved defenses (the "Reserved Defenses") regarding your Reclamation Claim, as set forth in the Second Amended and Restated Final Reclamation Order.  If the Debtors prevail at this hearing, then, subject to the Bankruptcy Court's ruling, your Reclamation Claim will be disallowed.  The underlying claim will then be subject to further reconciliation to determine the amount in which you may still have a valid General Unsecured Claim.

　　If you checked the box indicating that you request your Reclamation Claim be treated for purposes of distribution, to the extent Allowed, as a General Unsecured Claim, including postpetition interest from the Petition Date through the earlier of the Confirmation Date or January 31, 2008 at the Michigan Statutory Rate in effect as of the Petition Date (4.845%) (the "Interest Rate") as set forth in the Plan (subject to the procedures described in the Solicitation Procedures Order), then you will be deemed to have waived any right to seek administrative priority status for your Reclamation Claim; provided however that to the extent that the Debtors resolicit acceptances or rejections of the Plan (or any alternative plan of reorganization), such resolicitation shall include a provision allowing any holder of a reclamation claim that made any election pursuant to this notice to amend such election by filing a duly executed copy of a rescission notice (which shall be in a form reasonably acceptable to the Creditors' Committee) on or before the deadline for voting on such amended plan.  The Debtors will retain all Reserved Defenses regarding your Reclamation Claim.

　　In either event, you must return this form in accordance with Step 3 below.

**Step 3**

　　Sign and return this form in the envelope provided to Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Cure Claims, so that it is received by **7:00 p.m. (prevailing Eastern time) on January 11, 2008.**  If you fail to return a signed and completed form timely, you will receive a distribution on account of your Reclamation Claim, to the extent Allowed, in the plan currency afforded General Unsecured Claims, including postpetition interest from the Petition Date through the earlier of the Confirmation Date or January 31, 2008 at the Interest Rate set forth in the Plan (subject to the procedures described in the Solicitation Procedures Order) and you will be deemed to have waived any right to seek administrative priority for your Reclamation Claim.  The Debtors will retain all Reserved Defenses regarding your Reclamation Claim.

Company Name: _____

By: _____

Print Name:

Title:

2

Delphi Legal Information Hotline:             Delphi Legal Information Website:
Toll Free:  (800) 718-5305                    http://www.delphidocket.com
International:  (248) 813-2698


Dated:    New York, New York
          December 10, 2007

                                          SKADDEN, ARPS, SLATE, MEAGHER
                                            & FLOM LLP
                                              John Wm. Butler, Jr. (JB 4711)
                                              George N. Panagakis (GP 0770)
                                              Ron E. Meisler (RM 3026)
                                          333 West Wacker Drive, Suite 2100
                                          Chicago, Illinois 60606

                                                       - and -
                                              Kayalyn A. Marafioti (KM 9632)
                                              Thomas J. Matz (TM 5986)
                                          Four Times Square
                                          New York, New York 10036

                                             Attorneys for Delphi Corporation, et al.,
                                               Debtors and Debtors-in-Possession

3

# __SCHEDULE 1__

**[Reclamation Claimant]**
**[Contact Information of Reclamation Claimant]**
**[Reclamation Claim Number]**
**[Reclamation Claim Amount]**[2]

---

[2]    The Reclamation Claim Amount may be reduced by payments made by the Debtors subsequent to your entry into or consent to a letter agreement establishing the amount of your Reclamation Claim (subject to the Reserved Defenses), a subsequently filed proof of claim, or for other reasons.