Hearing Date: January 17, 2008 at 10:00 A.M.
Objection Deadline: January 11, 2008 at 4:00 P.M.

BUCHANAN INGERSOLL & ROONEY PC
Counsel for Fiduciary Counselors, Inc.
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
William H. Schorling, Esq. (WS-6322)
DeWitt C. Brown, Esq. (DB-5720)

*Attorneys for Arkema Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :    Chapter 11
In re                                                        :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                  :
                                                             :    (Jointly Administered)
                        Debtors.                             :
------------------------------------------------------------ X

## CERTIFICATE OF SERVICE OF NOTICE
## OR OTHER DOCUMENT TO PARTIES IN INTEREST

I, Craig A. Parrish, certify that under penalty of perjury that I served an electronic copy of NOTICE OF HEARING ON MOTION FOR ESTIMATING CLAIMS FOR PURPOSES OF VOTING ON PLAN OF REORGANIZATION and said Motion, with associated attachments to the parties at the associated email addresses on the electronic matrix attached as Exhibit "A", and that I served physical copied documents of same to the parties on Exhibit "B" via UPS (United Parcel Service) overnight delivery on:

Wednesday, January 2, 2008.
The total number of electronic copies sent was 461.
The total number of physical copies sent was 63.

Executed on the 3rd day of January, 2008

Signature: *[signature]*
Name: Craig A. Parrish
Address: Digital Legal
1760 Market Street
Philadelphia, PA  19103

#2058555-v1