KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Robert N. Michaelson (RM-5925)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for NXP Semiconductors USA, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :    Chapter 11
                                                                  :
DELPHI CORPORATION, et al.,                                       :    Case No. 05-44481 (RDD)
                                                                  :
                                                                  :
                    Debtors.                                      :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Nathanael F. Meyers, being duly sworn, deposes and says:

1.   I am an employee of the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

2.   On January 3, 2008 I caused to be served a true copy of the **NXP Semiconductors USA, Inc.'s Supplemental Response to the Debtors' Nineteenth Omnibus Objection** by Federal Express overnight delivery, upon the parties listed below:

> Delphi Corporation
> 5725 Delphi Drive
> Troy, Michigan 49098
> Attn: General Counsel

NY-577044 v1

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr., Esq.
     John K. Lyons, Esq.
     Joseph N. Wharton, Esq.

Togut, Segal & Segal, LLP
One Penn Plaza
New York, New York 10119
Attn: Neil Berger, Esq.
     Laura R. Sheikh, Esq.

                   Nathanael F. Meyers

Sworn to before me this
4th day of January, 2008

_____
Notary Public, State of New York

ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20 10