| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,<br>Debtors and Debtors-in-Possession,<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Neil Berger (NB-3599) | Hearing Date: 1/11/2008<br>at 10:00 AM |

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re                                                            :    Chapter 11
                                                                 :
    DELPHI CORPORATION, et al.,                                  :    Case No. 05-44481 [RDD]
                                                                 :
                                        Debtors.                 :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER BETWEEN DEBTORS' AND 3M COMPANY COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 2468

PLEASE TAKE NOTICE that on September 21, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 2468 (the "Proof of Claim" or the "Claim") filed by 3M Company ("3M" or "Claimant") pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535) (the "Objection").

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant have agreed to settle the Objection with respect to the Proof of Claim and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Settlement Agreement, Joint Stipulation and Agreed Order Between Delphi Corporation and 3M Compromising and Allowing Proof of Claim Number 2468 (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimant have agreed to allow the Claim against Delphi Automotive Systems LLC in the amount of $502,777.20 as: (i) a general unsecured non-priority claim in the amount of $468,439.26 and; (ii) a reclamation claim in the amount of $34,337.94, subject to the Reserved Defenses (as defined by the Twenty-First Omnibus Claims Objection).

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation and Agreed Order for consideration at the hearing scheduled for January 11, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
       January 4, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:
/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000