| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,<br>Debtors and Debtors-in-Possession,<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Neil Berger (NB-3599) | Hearing Date: 1/11/2008<br>at 10:00 AM |

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
In re                                                         :    Chapter 11
                                                              :
   DELPHI CORPORATION, et al.,            :    Case No. 05-44481 [RDD]
                                                              :
                                 Debtors.   :    (Jointly Administered)
                                                              :
-------------------------------------------------------------X

**NOTICE OF PRESENTMENT OF STIPULATION AND AGREED ORDER BETWEEN DEBTORS' AND AMERICAN INTERNATIONAL GROUP, INC. COMPROMISING AND ESTIMATING PROOFS CLAIM NUMBERS 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386 AND 1387**

      PLEASE TAKE NOTICE that on June 15, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proofs of claim numbers 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386 and 1387 (the "Proofs of Claim" or the "Claims") filed by American International Group, Inc. ("AIG" or "Claimant") pursuant to the Debtors' Sixteenth Omnibus Claims Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate or Amended Claims And (B) Protective Claims (Docket No. 8271) (the "Objection").

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant have agreed to settle the Objection with respect to the Proofs of Claim and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Stipulation of Settlement, Joint Stipulation and Agreed Order Between Delphi Corporation and AIG Compromising and Estimating Proofs of Claim Numbers 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386 and 1387 (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that, subject to the Joint Stipulation and Order, the Claims will be estimated at $0.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation and Agreed Order for consideration at the hearing scheduled for January 11, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York
        January 4, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000

2