DAY PITNEY LLP
(MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ  07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM7791)(ADMITTED PRO HAC VICE)
AMISH R. DOSHI, ESQ. (AD5996)
- and -
7 Times Square
New York, NY 10036-7311
(212) 297-5800

- and -

ARMSTRONG TEASDALE, LLP
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
(314) 621-5070
DAVID L. GOING, ESQ.

ATTORNEYS FOR SPARTECH CORPORATION
AND SPARTECH POLYCOM

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE REGARDING OBJECTION
OF SPARTECH CORPORATION AND SPARTECH POLYCOM
TO NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN
CONNECTION WITH THE SALE OF INTERIORS AND CLOSURES BUSINESS**

MARCIA L. STEEN, of full age, hereby certifies as follows:

1. I am a paralegal employed by the firm of Day Pitney LLP, with an office located at 200 Campus Drive, Florham Park, New Jersey. Day Pitney is local counsel for Spartech Corporation and Spartech Polycom in connection with the above-referenced matter.

83006974A01010408

2. On December 10, 2007, I electronically filed the Objection of Spartech Corporation and Spartech Polycom to Notice of Cure Amount With Respect to Executory Contract or Unexpired Leases to be Assumed and Assigned in Connection With the Sale of Interiors and Closures Business with the United States Bankruptcy Court for the Southern District of New York and thereafter served same upon all parties on the annexed service list as noted thereon.

3. I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated: January 4, 2008
Florham Park, New Jersey

83006974A01010408

## Service List

### Served Via Overnight Mail On 12/10/2007:

**Debtors**

Delphi Automotive Systems, LLC
5725 Delphi Drive
Troy Michigan 48098
Attn: Legal Staff

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: Deputy General Counsel, Transactional & Restructuring

### Served via Email, Facsimile and Overnight Mail on 12/10/2007:

**Counsel to the Debtors**

Ron E. Meisler, Esq.
Brian M. Fern, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Facsimile: 312-407-8641, 312-407-0411
Email: rmeisler@skadden.com, brfern@skadden.com

**Counsel For Agent Under Post Petition Credit Facility**

Donald Bernstein, Esq.
Brian Resnick, Esq.
David Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Facsimile: 212-450-3092, 212-450-3213
Email: Donald.bernstein@dpw.com, brian.resnick@dpw.com

**Counsel for Official Committee of Unsecured Creditors**

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Facsimile: 212-751-4864
Email: mark.broude@lw.com, Robert.rosenberg@lw.com

**Counsel for Official Committee of Equity Security Holders**

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Facsimile: 212-859-4000
Email: bonnie.steingart@friedfrank.com

**Served via Facsimile and Overnight Mail on 12/10/2007:**

**Office of the United States Trustee**

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004
Attn: Alicia M. Leonhard, Esq.
Facsimile: 212-668-2255

**Counsel for Buyers**

Michael Ryan, Esq.
Cadwalader, Wickersham & Taft LLP
One Financial Center
New York, NY 10281
Facsimile: 212-504-6666

83006974A01010408