TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re:                                                     :    Chapter 11
                                                           :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,                              :
                                                           :    Jointly Administered
                                          Debtors.         :
                                                           :
-----------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER JOINT
MOTION OF JP MORGAN CHASE, N.A. AND BRAZEWAY, INC. FOR
RELIEF FROM AND RECONSIDERATION OF ORDER MODIFYING
CLAIMS ASSERTING RECLAMATION IDENTIFIED IN DEBTORS'
TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**

PLEASE TAKE NOTICE that on November 26, 2007, JP Morgan Chase,

N.A. and Brazeway, Inc. filed a Joint Motion For Relief From And Reconsideration Of

Order Modifying Claims And Asserting Reclamation Identified In Debtors' Twenty-

First Omnibus Claims Objection. (Docket No. 11069) (the "Joint Motion").

PLEASE TAKE FURTHER NOTICE the hearing to consider the Joint

Motion, originally scheduled for January 10, 2008 at 10:00 a.m., has been adjourned

upon consent to **February 20, 2008 at 10:00 a.m. (prevailing Eastern time).**

PLEASE TAKE FURTHER NOTICE that the Hearing to consider the Joint Motion may be further adjourned.

Dated: New York, New York
January 4, 2008

      DELPHI CORPORATION, *et al.*
      By their attorneys,
      TOGUT, SEGAL & SEGAL LLP
      By:

      /s/ Neil Berger
      ALBERT TOGUT (AT-9759)
      NEIL BERGER (NB-3599)
      Members of the Firm
      One Penn Plaza
      New York, New York 10119
      (212) 594-5000