TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45240
Timothy J. Hurley (OH Bar #0006458)
hurley@taftlaw.com
Richard L. Ferrell (OH Bar #0063176)
ferrell@taftlaw.com
 (513) 381-2838 (Telephone)
(513) 381-0205 (Fax)

**Hearing Date and Time: January 31, 2008 at 10:00 a.m.**

Attorneys for United States Steel Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 05-44481 |
| | : | |
| DELPHI CORPORATION, et al. | : | |
| | : | |
| Debtors. | : | |

**AMENDED CERTIFICATE OF SERVICE
UNITED STATES STEEL CORPORATION'S SUPPLEMENTAL RESPONSE
TO DEBTORS' NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE)
PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIM,
AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO
MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND
CONSENSUALLY MODIFIED AND REDUCED CLAIMS
(UNITED STATES STEEL CORP./SPCP GROUP L.L.C CLAIM NO. 8657**

    I, the undersigned, do hereby certify that a copy of UNITED STATES STEEL CORPORATION'S SUPPLEMENTAL RESPONSE TO DEBTORS' NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS (UNITED STATES STEEL CORP./SPCP GROUP L.L.C CLAIM NO. 8657) was served, via electronic mail, overnight mail or facsimile on the **2nd day of January, 2008** on the following:

| | |
|---|---|
| Delphi Corporation | Skadden, Arps, Slate, Meager & Flom LLP |
| Attn: General Counsel | Attn: John Wm. Butler, Jr. |
| 5725 Delphi Drive | jbutler@skadden.com |
| Troy, MI  48098 | Attn:  Lisa Diaz |

{W1172393.1}

        ldiaz@skadden.com
        Attn:  Melissa Kahn
        mkahn@skadden.com

Togut, Segal & Segal, LLP
Attn:  Neil Berger
nberger@teamtogut.com
Attn:  Tally Wiener
twiener@teamtogut.com


David Kennedy, Esq.
david.kennedy2@usdoj.gov


        <u>/s/Richard L. Ferrell</u>

{W1172393.1}