# EXHIBIT A

| | PF | Wrk | Prime | Invc # | Ship # | Invc dte | Ship Date | Item Amt | Part Num | Cust Order | USS Ordr | Load # | Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | A | 161 | 3327150 | 20736T | 737500 | 03/20/04 | 03/19/04 | $19,873.11 | 3402 | 550011632 | JA51933 | | 71770 |
| | | 170 | | 431827 | 209377 | 08/09/04 | 08/09/04 | $16,153.97 | 3882 | 550011630 | JA51934 | | 39190 |
| | | | | | | | | $36,027.08 | $36,027.08 | | | | |
| | | 161 | 3328280 | 04394T | U10308 | 05/26/01 | 05/25/01 | $10,498.67 | | CAO711160-5 | JA66746 | | 42835 |
| | | 161 | | 184150 | 1465905 | 06/04/02 | 06/03/02 | $10,486.50 | | 06-101103V | JA93002 | | 69910 |
| | | 161 | | 184151 | 1465905 | 06/04/02 | 06/03/02 | $7,147.50 | | 06-101088V | JA57064 | | 47650 |
| | | 161 | | 867279 | F81665 | 06/28/02 | 06/27/02 | $13,581.42 | | 450019411 | JA59250 | | 43405 |
| | | 161 | | 868496 | F81743 | 07/03/02 | 07/03/02 | $3,354.29 | | 450019411 | JA59250 | | 10720 |
| | | 161 | | 870825 | F81960 | 07/26/02 | 07/16/02 | $12,584.84 | | 450019654 | JA61698 | | 40220 |
| | | 161 | | 873412 | U10760 | 07/29/02 | 07/24/02 | $1,908.28 | | 550000420 | JA93267 | | 8440 |
| | | 161 | | 227158 | 1534545 | 09/16/02 | 09/15/02 | $10,579.00 | | 06-102444V | JA69641 | | 71000 |
| | | 161 | | 227159 | 1534545 | 09/16/02 | 09/15/02 | $5,583.00 | | 06-102439V | JA61837 | | 37220 |
| | | 161 | | 343136 | 855386 | 07/23/03 | 07/23/03 | $7,920.05 | | 06-104306 | JA30047 | | 44620 |
| | | 170 | | 423176 | 194105 | 06/30/04 | 06/25/04 | $10,064.89 | 4127 | DCM94145 | JA75181 | | 19330 |
| | | 161 | | 507594 | 113822 | 09/10/04 | 09/09/04 | $7,484.40 | 5-7096-567 | 06-105369V | JA88815 | | 46200 |
| | | 161 | | 507595 | 113822 | 09/10/04 | 09/09/04 | $9,315.20 | 5-2054-123 | 06-105373V | JA88818 | | 52480 |
| | | 161 | | 507596 | 113822 | 09/10/04 | 09/09/04 | $8,888.96 | 5-2054-113 | 06-106842V | JA88527 | | 55040 |
| | | 170 | | 856221 | P230426 | 10/08/04 | 10/08/04 | $2,048.59 | 5-0953-033 | 550000420 | JA94172 | 654510 | 7834 |
| | | 170 | | 858597 | P230425 | 10/21/04 | 10/08/04 | $4,052.76 | 5-0953-033 | 550000420 | JA94172 | 654403 | 15667 |
| | | 161 | | 539847 | 122107 | 12/07/04 | 12/07/04 | $14,374.26 | 5-7096-567 | 06-105369V | JA84440 | | 88730 |
| | | 161 | | 539848 | 122107 | 12/07/04 | 12/07/04 | $7,952.04 | 5-7096-101 | 06-106838V | JA88700 | | 47760 |
| | | 161 | | 864765 | U11548 | 12/28/04 | 12/21/04 | $2,941.36 | 5-2482-052 | CAO711160-5 | JA87890 | 657234 | 11336 |
| | | 161 | | 864770 | U11548 | 12/28/04 | 12/21/04 | $4,498.87 | 5-0953-086 | DCB06810 | JA93047 | 657234 | 17339 |
| | | 161 | | 864766 | U11548 | 12/28/04 | 12/21/04 | $12,771.71 | 5-2482-025 | 550000420 | JA89013 | 657234 | 49223 |
| | | 161 | | 867798 | U11557 | 01/14/05 | 01/12/05 | $15,690.54 | 22222904 | DCB06810 | JA14689 | 657706 | 44830 |
| | | 161 | | 875035 | | 02/16/05 | | $13,030.54 | 22222904 | DCB06810 | JA14689 | | 0 |
| | | 161 | | 571896 | 847476 | 03/07/05 | 03/07/05 | $12,647.74 | 5-2482-058 | DCB06810 | JA14575 | | 35760 |
| | | 161 | | 578335 | 853523 | 03/25/05 | 03/24/05 | $9,813.77 | 5-0953-086 | DCB06810 | JA14577 | | 30520 |
| | | 161 | | 051980 | 134468 | 04/28/05 | 04/28/05 | $14,624.80 | 5-7096-112 | DCB06809 | JA19220 | | 40400 |
| | | 161 | | 051982 | 134468 | 04/28/05 | 04/28/05 | $19,381.48 | 5-7096-926 | DCB06809 | JA23434 | | 53540 |
| | | 161 | | 051981 | 134468 | 04/28/05 | 04/28/05 | $17,223.96 | 5-7096-112 | DCB06809 | JA19225 | | 47580 |
| | | 161 | | 088838 | 882484 | 07/11/05 | 07/11/05 | $17,693.20 | 5-7013-001 | DCB06810 | JA27710 | | 49700 |
| | | 161 | | 088839 | 882493 | 07/11/05 | 07/11/05 | $17,415.52 | 5-7013-001 | DCB06810 | JA27710 | | 48920 |
| | | 161 | | 104439 | 890505 | 08/10/05 | 08/10/05 | $18,512.00 | 5-7013-001 | DCB06810 | JA28048 | | 52000 |
| | | 161 | | 107224 | 891957 | 08/17/05 | 08/16/05 | $15,336.00 | 5-0953-033 | DCB06810 | JA31284 | | 43200 |
| | | | | | | | | $339,406.14 | $339,406.14 | | | | |
| | | 161 | 3329900 | 02824T | N82120 | 03/05/01 | 03/05/01 | $9,915.86 | | SAG9011877 | JF52623 | | 39085 |
| | | 161 | | 757118 | N82473 | 04/02/01 | 04/02/01 | $9,442.71 | | SAG9011877 | JF52623 | | 37220 |
| | | 161 | | 778190 | N83505 | 06/20/01 | 06/20/01 | $4,756.88 | | SAG9011884 | JF51952 | | 18750 |
| | | | | | | | | $24,115.45 | $24,115.45 | | | | |

Total $ 399,548.67

Filed Claim amount $ 399,548.00   Purchase Rate: 103%   Purchase Price: $ 411,534.44