# EXHIBIT C

*[Handwritten at top: JIM - 517-787-0213, COMPUTER RECORD NOT BACK THAT, POD, TRUCK NUMBER 18300]*

# UNITED STATES STEEL — INVOICE COPY

| | |
|---|---|
| MRR 3329900 013 OP-C  03 | PURCHASE ORDER DATE / PURCHASE ORDER NO: SEE BELOW |
| R E M I T  T O: 004989729  PO BOX 77462  DETROIT MI  48277-7462 | USS CONTROL NO: V6550-0655-304  USS ORDER NO: SEE BEL  PAGE: 1  TERMS: GM MNS-2  INVOICE DATE: 03-06-01  INVOICE NO: 161-02824T |

PLEASE REFER TO THE ABOVE INVOICE NO IN YOUR REMITTANCE

**SOLD TO:**
GMC ACG SAGINAW DIVISION
DISBURSEMENTS ANALYSIS DEPT
P O BOX 436040
PONTIAC MI 48343-6040

**SHIP TO:**
GENERAL MOTORS CORP
SAGINAW STEERING GEAR DIV
PLANT NO 6
TOWERLINE RD OFF HOLLAND RD
SAGINAW MI 48605-6040

| SHIPPER'S NO | DATE SHIPPED | FROM | ROUTE/CARRIER |
|---|---|---|---|
| N82120 | 03-05-01 | GARY, INDIANA | GREAT AMERICAN LINES, INC  161 |

| SHIP MODE | MINIMUM WEIGHT | FOB | VEHICLE | PREPAID COLLECT |
|---|---|---|---|---|
| TL | 0040M | | N82120 *(circled)* | PPD |

| Item No. | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | COLD ROLL CARBON SPECIFIED HARDNESS RB 75/85 REGULAR MATTE FINISH C 13/20 MN .60/.90 P 040 MAX S 050 MAX SI 15/30 UNEXPOSED PRIME SIDE OUT OIL MEDIUM NO PICKLE WELDS PT#3388-- | | | |
| | ITEM  DESCRIPTION   FT LENGTH IN | | | |
| 01 | 0610MINX10.83   COIL     ACTWT  ID 24  OD MAX 56.86 | | | |
| | COMP INVC   ORDER    PURCHASE ORDER  161-749959  JF51421   SAG9011884  PRICE NUMBER  JF51421 | | | |
| | WHSE-NO HEAT-NO COIL LIN-FT  ACT-LB  THEO-LB | | CENTS/LB | |
| | A217912 D85219  1  7802  18065  17522 | 18065 | 25.3700 | 4583.09 |
| | MID - 053592  OPEX# 105400-1-0 | | | |
| | COLD ROLL CARBON SPECIFIED HARDNESS RB 75/85 REGULAR MATTE FINISH C 13/.20 MN .60/90 P .040 MAX S .050 MAX SI 15/.30 UNEXPOSED PRIME SIDE OUT OIL MEDIUM NO PICKLE WELDS PT#3261-- | | | |
| | ITEM  DESCRIPTION   FT LENGTH IN | | | |
| 01 | .0650MINX18.91   COIL     ACTWT  ID 24  OD MAX 56.45 | | | |
| | COMP INVC   ORDER    PURCHASE ORDER  161-749960  JF52623   SAG9011877  PRICE NUMBER  JF52623 | | | |
| | WHSE-NO HEAT-NO COIL LIN-FT  ACT-LB  THEO-LB | | CENTS/LB | |
| | A275720 Y00071  1  4880  21020  20391 | 21020 | 25.3700 | 5332.77 |
| | MID - 081182  OPEX# 142356-2-0 | | | |
| | TOTAL | | | 9915.86 |

** THIS INVOICE IS A COMBINATION OF
   THE FOLLOWING COMPONENT INVOICES:

| COMP. INVC | ORDER | PURCHASE ORDER | LOAD |
|---|---|---|---|
| 161-749960 | JF52623 | SAG9011877 | N82120 |
| 161-749959 | JF51421 | SAG9011884 | N82120 |

WORTHINGTON SP&PRO JACKSON MI 49201
PROCESSOR LOAD NUMBER 50-157957

| HEAT NO | C | MN | P | S | SI | CU | NI |
|---|---|---|---|---|---|---|---|
| D85219 | .19 | 0.77 | .028 | .011 | .24 | .03 | .02 |
| Y00071 | .20 | 0.81 | 035 | .007 | .21 | .02 | .01 |
| HEAT NO | CR | MO | SN | AL | N | V | B |
| D85219 | .04 | .00 | .002 | 039 | .007 | .001 | .0001 |

DAYS TO MATURITY OR DISCOUNT DATE RUN FROM DATE OF INVOICE

Goods or services which were produced or rendered in the United States covered by this invoice were produced or rendered in compliance with the requirements of the Fair Labor Standards Act of 1938, as amended

PAYABLE IN U.S. DOLLARS
COUNTRY OF ORIGIN U S A

**Great American Lines Inc.**
P.O. Box 550 • Murrysville, PA 15668-0550

CONTROL NO. 03 06 01 174 883
TERM | DATE | NUMBER

| | |
|---|---|
| SHIPPER: Worthington S.P. | CONSIGNEE: Delphi Saginaw Steering |
| ADDRESS CITY: Jackson Mich | ADDRESS CITY: Saginaw Mich |
| DRIVER'S NAME: Pawel Byrk | INDEP. CONT. NAME: Pyrek S. Transp Inc |
| TRACTOR LICENSE: 4368 AK   TRACTOR UNIT NO.: 18300 | TRAILER LICENSE: 1086163   TRAILER UNIT NO.: 18300A |

**DELIVERY RECEIPT**

PREPAID ☐   COLLECT ☐   OTHER ☐    SHIPPER'S NUMBER: #N 82129

| NO. PACKAGES | DESCRIPTION | WEIGHT |
|---|---|---|
| 4 | Coils | 39085 |

RECEIVED IN GOOD ORDER EXCEPT AS NOTED HEREON — E. Elliott

DATE:    TIME:    COMPANY ____   BY ____    MAR 12 2003

| ADVANCE | DRAFT | ADVANCE | DRAFT | ADVANCE | DRAFT |
|---|---|---|---|---|---|
| RATE QUOTE NO. | | | | CANADIAN PERMIT | |

WHITE: Carrier  GREEN: Billing  CANARY: Driver  PINK: Consignee  GOLDENROD: Terminal

## Worthington Specialty Processing

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible pencil, or in Carbon, and retained by the Agent.

18300  174883  Shipper's No. N82120
GEAL  Carrier's No. 50-157957

CARRIER: GREAT AMERICAN LINES  18300

RECEIVE, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Shipping Order

at JACKSON, MI    03/05, 01    From Worthington Specialty Processing

the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

FREIGHT TERMS: PREPAID

SHIP TO 016198
DELPHI SAGINAW STEERING SYS
PLANT #6
TOWER LINE ROAD OFF HOLLAND RD
SAGINAW    MI 48605

CONSIGNED TO
SOLD TO  015762
U.S. STEEL CORPORATION
P.O. BOX 267
DEPT 161W
PITTSBURGH    PA 15230

CARRIER
VEHICLE IDENT

NUMBER AND DESCRIPTION OF ARTICLES    WEIGHT (Sub. to Cor.)

RT BILL 015762  U.S. STEEL CORPORATION
P.O. BOX 267
DEPT 161W
PITTSBURGH    PA 15230

P/O SAG9011877
70 048471  M/O JF52623-001  PART 3261
MILL 0000039900011  CODE USS
SPEC SAE 1017 MOD
CM COLD ROLLED SHEET
400,000 LBS  .0650 MIN X  18.9100  X COIL

LIFT  MILL-COIL  MILL-HEAT  CLS  LENGTH  WGT-THEO  WGT-ACT
813924  A275720  Y00071    2   4880 FT  20391 LB  21020 LB

P/O TOTAL    PARTIAL    2   20391 LB  21020 LB

39085
/6000
× 79

NOTES:    SHIP CONTROL    03/05/01 0900 PM    (79)
MATERIAL COVERED BY THIS BILL OF LADING HAS BEEN LOADED
AND PLACED ON TRUCK AT CARRIERS DIRECTION AND IN
ACCORDANCE WITH THE DRIVERS INSTRUCTIONS AND THE CONSIGNOR
ASSUMES NO RESPONSIBILITY THEREFOR (APPLIES TO MOTOR
CARRIER ONLY.)
    CONTINUATION OF AN INTERSTATE SHIPMENT.
    USE THE FOLLOWING SHIPPER NUMBER REFERENCE
    AS YOUR PAYMENT REFERENCE NUMBER: N82120

SHIPPER 20064
CONSIGNEE 1750
BILL TO 6713
MISC. CODE

PREPAID

B/L TOTAL    2 ITEMS    37913 LB  39085 LB

REC HOUR: 8AM-3PM    UNLOADING: FLATBED TRK, OVERHEAD C-HOOK
REC DAYS: M-F    UNLDG.

Worthington Specialty Processing, Shipper
Per  W. 3-5-01

Agent must detach and return this Shipping Order and must sign the Original Bill of Lading.

Permanent post office address of shipper: 4905 S MERIDIAN RD, JACKSON, MI 49201

GP-JV3P-03/05-18233 **MATERIAL MUST BE PROPERLY TARPED**

50-157957

# Worthington Specialty Processing

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

18300  174883   Shipper's No. N82120

CARRIER: GREAT AMERICAN LINES   18300   GEAL   Carrier's No. 50-157957

RECEIVE, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Shipping Order

At JACKSON, MI    03/05.  01    From Worthington Specialty Processing

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| T/O | CONSIGNED TO | SOLD TO  015762 | FREIGHT TERMS  PREPAID |
|---|---|---|---|
| SHIP TO 016198 | DELPHI SAGINAW STEERING SYS | U.S. STEEL CORPORATION | |
| | PLANT #6 | P.O. BOX 267 | CARRIER |
| | TOWER LINE ROAD OFF HOLLAND RD | DEPT 161W | |
| | SAGINAW    MI 48605 | PITTSBURGH    PA 15230 | VEHICLE IDENT |

| NUMBER AND DESCRIPTION OF ARTICLES | *WEIGHT (Sub. to Cor.) |
|---|---|

T/O BILL 015762  U.S. STEEL CORPORATION
P.O. BOX 267
DEPT 161W
PITTSBURGH    PA 15230

********************************************************
T/O 046437   M/O  JF51421-001          P/O  SAG9017884
             MILL 0000039900011        PART 3388
             SPEC SAE 1017 MOD         CODE USS
CM COLD ROLLED SHEET
122.000 LBS    .0810 MIN X   10.8300   X COIL

********************************************************

| LIFT | MILL-COIL | MILL-HEAT | CLS | LENGTH | WGT-THED | WGT-ACT |
|---|---|---|---|---|---|---|
| 015214 | A217912 | D85219 | 3 | 7802 FT | 17522 LB | 18065 LB |
| T/O TOTAL | | PARTIAL | 3 | | 17522 LB | 18065 LB |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

By _____
(Signature of Consignor)

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

Per _____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here: "TO BE PREPAID"

PREPAID

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Per _____
(Signature of Agent)
(The signature here acknowledges only the amount prepaid)

Charges Advanced $ _____

---

Worthington Specialty Processing, Shipper
Per _____

☛ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Permanent postoffice address of shipper: 4905 S MERIDIAN RD, JACKSON, MI 49201
CONTINUED

**MATERIAL MUST BE PROPERLY TARPED**

50-157957