# EXHIBIT D

UNITED STATES STEEL

INVOICE COPY

MRR 3328280 039 90

| PURCHASE ORDER DATE | PURCHASE ORDER NO. | | |
|---|---|---|---|
| | DCB06809 | | |
| USS CONTROL NO | USS ORDER NO | PAGE | |
| 11813 - 1185 - 301 | JA19220 | 1 | |
| TERMS | INVOICE DATE | INVOICE NO | |
| GM MNS-2 | 04-28-05 | 161 - 051980 | |

PLEASE REFER TO THE ABOVE INVOICE NO IN YOUR REMITTANCE

REMIT TO:
004989729
PO BOX 77462
DETROIT MI 48277-7462

SOLD TO:
DELPHI AUTOMOTIVE COMPONENTS GRP
DELPHI CHASSIS OPERATIONS DIV.
DISBURSEMENT ANALYSIS DEPT
P O BOX 436040
PONTIAC MI 48343-6040

SHIP TO:
DELCO CHASSIS OPERATIONS DIV GMC
% WORTHINGTON INDUSTRIES
350 LAWTON DR
MONROE OH 45050-1216

| SHIPPER'S NO | DATE SHIPPED | FROM | ROUTE/CARRIER | |
|---|---|---|---|---|
| 134468 | 04-28-05 | GARY, INDIANA 161 | EJE NS | |
| SHIP MODE | MINIMUM WEIGHT | FOB | VEHICLE | PREPAID COLLECT |
| CL | 0140M | DESTINATION | EJE 007022 | COL |

| Item No. / Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| HOT ROLL CARBON DELPHI CHASSI 5-7096 06-FEB-1996<br>APPROVED DS TYPE B C .08 MAX MN .45 MAX P .020 MAX<br>S .030 MAX AL .02/.08 NON-PICKLE NON-TEMPER ROLLED<br>UNEXPOSED BORON ADDITION DRY<br>PT#5-7096-112--100004735 | | | |
| ITEM DESCRIPTION FT LENGTH IN<br>01 .0860MINX56.125ME COIL ACTWT<br>ID 24 TO 30.0<br>OD MAX 72.04<br>CUST ITEM NO 100004735<br>PT#5-7096-112--<br>PRICE NUMBER JA19220<br>WHSE-NO COIL-NO HEAT-NO COIL LIN-FT ACT-LB | | CENTS/LB | |
| A330062 A330062 E02758 1 2307 40400 | 40400 | 36.2000 | 14624.80 |
| MID - 285372 OPEX# 439933-9-0 | | | |
| REFER TO 161-051980 TO 051982 | | | |

| HEAT NO | C | MN | P | S | SI | CU | NI |
|---|---|---|---|---|---|---|---|
| E02758 | .038 | 0.31 | .009 | .011 | .007 | .04 | .02 |
| HEAT NO | CR | MO | SN | AL | N | V | B |
| E02758 | .03 | .006 | .003 | .036 | .003 | .001 | .0037 |
| HEAT NO | TI | CB | SB | | | | |
| E02758 | .001 | .001 | .0010 | | | | |

| COIL | ACT-LB |
|---|---|
| 1 | 40400 |

B/L 141520 DISC AMT 73.12 INVOICE AMT 14624.80

DAYS TO MATURITY OR DISCOUNT DATE RUN FROM DATE OF INVOICE

Goods or services which were produced or rendered in the United States covered by this invoice were produced or rendered in compliance with the requirements of the Fair Labor Standards Act of 1938, as amended.

PAYABLE IN U.S. DOLLARS
COUNTRY OF ORIGIN U.S.A.

We have received your request for Proof of Delivery and will strive to provide this information within 5 to 7 business days. If you have not received the POD after 7 business days, please call 412-433-3019 for assistance:

**U.S. Steel Origin** Gary
**Date Shipped** 04/28/05
**Destination City** Monroe
**Destination State** OH
**Country** us
**Customer** delphi
**Invoice Number** 161-051980
**Load Number** 134468
**Carrier** eje
**Reason for Request** never paid
**Your Name** Linda Nave
**Phone Number** 412-433-4575
**Fax Number** 4583
**E-mail** llnave@uss.com

If any of this information is incorrect, please go back to the feedback form and change it. We thank you for taking the time to help us be a better company.

Sincerely,

Logistics Services

**You may return to the feedback form by using the *Back* button in your browser, or click here.**

**Revised: February 01, 2005 .**

UNITED STATES STEEL

INVOICE COPY

MRR 3328280 039 90

| PURCHASE ORDER DATE | PURCHASE ORDER NO. | | |
|---|---|---|---|
| | DCB06809 | | |
| USS CONTROL NO | USS ORDER NO. | | PAGE |
| 11813 - 1185 - 301 | JA19225 | | 1 |
| TERMS | INVOICE DATE | INVOICE NO | |
| GM MNS-2 | 04-28-05 | 161-051981 | |

PLEASE REFER TO THE ABOVE INVOICE NO. IN YOUR REMITTANCE

REMIT TO:
004989729
PO BOX 77462
DETROIT MI 48277-7462

SOLD TO:
DELPHI AUTOMOTIVE COMPONENTS GRP
DELPHI CHASSIS OPERATIONS DIV.
DISBURSEMENT ANALYSIS DEPT
P O BOX 436040
PONTIAC MI 48343-6040

SHIP TO:
DELCO CHASSIS OPERATIONS DIV GMC
% WORTHINGTON INDUSTRIES
350 LAWTON DR
MONROE OH 45050-1216

| SHIPPER'S NO | DATE SHIPPED | FROM | ROUTE/CARRIER | |
|---|---|---|---|---|
| 134468 | 04-28-05 | GARY, INDIANA 161 | EJE NS | |
| SHIP MODE | MINIMUM WEIGHT | FOB | VEHICLE | PREPAID COLLECT |
| CL | 0140M | DESTINATION | EJE 007022 | COL |

| Item No. / Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| HOT ROLL CARBON DELPHI CHASSI 5-7096 06-FEB-1996 APPROVED DS TYPE B C .08 MAX MN .45 MAX P .020 MAX S .030 MAX AL .02/.08 NON-PICKLE NON-TEMPER ROLLED UNEXPOSED BORON ADDITION DRY PT#5-7096-112--100004735 | | | |
| ITEM DESCRIPTION FT LENGTH IN | | | |
| 01 .0860MINX56.125ME COIL ACTWT | | | |
| ID 24 TO 30.0 | | | |
| OD MAX 72.04 | | | |
| CUST ITEM NO 100004735 | | | |
| PT#5-7096-112-- | | | |
| PRICE NUMBER JA19225 | | | |
| WHSE-NO COIL-NO HEAT-NO COIL LIN-FT ACT-LB | | CENTS/LB | |
| K759929 K759929 D01397 1 2734 47580 | 47580 | 36.2000 | 17223.96 |
| MID - 285372 OPEX# 439933-14-0 | | | |

REFER TO 161-051980 TO 051982

| HEAT NO | C | MN | P | S | SI | CU | NI |
|---|---|---|---|---|---|---|---|
| D01397 | .042 | 0.25 | .008 | .010 | .007 | .02 | .02 |
| HEAT NO | CR | MO | SN | AL | N | V | B |
| D01397 | .02 | .007 | .003 | .036 | .004 | .001 | .0030 |
| HEAT NO | TI | CB | SB | | | | |
| D01397 | .001 | .001 | .0010 | | | | |

| COIL | ACT-LB |
|---|---|
| 1 | 47580 |

B/L 141520 DISC AMT 86.12 INVOICE AMT 17223.96

DAYS TO MATURITY OR DISCOUNT DATE RUN FROM DATE OF INVOICE

Goods or services which were produced or rendered in the United States covered by this invoice were produced or rendered in compliance with the requirements of the Fair Labor Standards Act of 1938, as amended.

PAYABLE IN U.S. DOLLARS
COUNTRY OF ORIGIN U.S.A.

We have received your request for Proof of Delivery and will strive to provide this information within 5 to 7 business days. If you have not received the POD after 7 business days, please call 412-433-3019 for assistance:

**U.S. Steel Origin** Gary
**Date Shipped** 04/28/05
**Destination City** Monroe
**Destination State** OH
**Country** us
**Customer** delphi
**Invoice Number** 161-051981
**Load Number** 134468
**Carrier** eje
**Reason for Request** never paid
**Your Name** Linda Nave
**Phone Number** 412-433-4575
**Fax Number** 4583
**E-mail** llnave@uss.com

If any of this information is incorrect, please go back to the feedback form and change it. We thank you for taking the time to help us be a better company.

Sincerely,

Logistics Services

**You may return to the feedback form by using the *Back* button in your browser, or click here.**

**Revised: February 01, 2005 .**

UNITED STATES STEEL

INVOICE COPY

MRR 3328280 039 90

| PURCHASE ORDER DATE | PURCHASE ORDER NO. |
|---|---|
| | DCB06809 |

REMIT TO: 004989729
PO BOX 77462
DETROIT MI 48277-7462

| USS CONTROL NO. | USS ORDER NO | PAGE |
|---|---|---|
| 11813 - 1185 - 301 | JA23434 | 1 |

| TERMS | INVOICE DATE | INVOICE NO |
|---|---|---|
| GM MNS-2 | 04-28-05 | 161-051982 |

PLEASE REFER TO THE ABOVE INVOICE NO. IN YOUR REMITTANCE

SOLD TO:
DELPHI AUTOMOTIVE COMPONENTS GRP
DELPHI CHASSIS OPERATIONS DIV.
DISBURSEMENT ANALYSIS DEPT
P O BOX 436040
PONTIAC MI 48343-6040

SHIP TO:
DELCO CHASSIS OPERATIONS DIV GMC
% WORTHINGTON INDUSTRIES
350 LAWTON DR
MONROE OH 45050-1216

| SHIPPER'S NO | DATE SHIPPED | FROM | ROUTE/CARRIER | |
|---|---|---|---|---|
| 134468 | 04-28-05 | GARY, INDIANA 161 | EJE NS | |
| **SHIP MODE** | **MINIMUM WEIGHT** | **FOB** | **VEHICLE** | **PREPAID COLLECT** |
| CL | 0140M | DESTINATION | EJE 007022 | COL |

| Item No. / Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| HOT ROLL CARBON DELPHI CHASSI 5-7096 06-FEB-1996<br>APPROVED DS TYPE B C .08 MAX MN .45 MAX P .020 MAX<br>S .030 MAX AL .02/.08 NON-PICKLE NON-TEMPER ROLLED<br>UNEXPOSED BORON ADDITION DRY<br>PT#5-7096-926--100004734 | | | |
| ITEM DESCRIPTION FT LENGTH IN<br>01 .0860MINX56.000ME COIL ACTWT<br>ID 24 TO 30.0<br>OD MAX 71.55<br>CUST ITEM NO 100004734<br>PRICE NUMBER JA23434<br>WHSE-NO COIL-NO HEAT-NO COIL LIN-FT ACT-LB | | CENTS/LB | |
| K759931 K759931 E03293 1 3084 53540 | 53540 | 36.2000 | 19381.48 |
| MID - 276217 OPEX# 423791-167-0 | | | |
| REFER TO 161-051980 TO 051982 | | | |

| HEAT NO | C | MN | P | S | SI | CU | NI |
|---|---|---|---|---|---|---|---|
| E03293 | .05 | 0.28 | .010 | .011 | .008 | .03 | .02 |

| HEAT NO | CR | MO | SN | AL | N | V | B |
|---|---|---|---|---|---|---|---|
| E03293 | .03 | .005 | .008 | .053 | .004 | .001 | .0039 |

| HEAT NO | TI | CB | SB |
|---|---|---|---|
| E03293 | .001 | .001 | .0010 |

| COIL | ACT-LB |
|---|---|
| 1 | 53540 |

B/L 141520 DISC AMT 96.91 INVOICE AMT 19381.48

DAYS TO MATURITY OR DISCOUNT DATE RUN FROM DATE OF INVOICE

Goods or services which were produced or rendered in the United States covered by this invoice were produced or rendered in compliance with the requirements of the Fair Labor Standards Act of 1938, as amended

PAYABLE IN U.S. DOLLARS
COUNTRY OF ORIGIN U.S.A.

Dear



We have received your request for Proof of Delivery and will strive to provide this information within 5 to 7 business days. If you have not received the POD after 7 business days, please call 412-433-3019 for assistance:

**U.S. Steel Origin** Gary
**Date Shipped** 04/28/05
**Destination City** Monroe
**Destination State** OH
**Country** us
**Customer** delphi
**Invoice Number** 161-051982
**Load Number** 134468
**Carrier** eje
**Reason for Request** never paid
**Your Name** Linda Nave
**Phone Number** 412-433-4575
**Fax Number** 4583
**E-mail** llnave@uss.com

If any of this information is incorrect, please go back to the feedback form and change it. We thank you for taking the time to help us be a better company.

Sincerely,

Logistics Services

**You may return to the feedback form by using the *Back* button in your browser, or click here.**

**Revised: February 01, 2005 .**

134468

# Unit History

New Inquiry New History Report Destinations Thu Sep 29 13:52:36 EDT :

**Displaying: 1 to 100 of 164** Page 1 of :

**EJE 007022 90 Day History Ending 2005-05-29**

**Current Sort Order:** Default Order

**Sorting:** ↑ = Ascending (low to high); ↓ = Descending (high to low); [Reset Sort] [Advanced Sorting]

| Serial | City | St | Date | Time | Event | L | E | Trn Trk |
|---|---|---|---|---|---|---|---|---|
| 3548208736 | GARY | IN | 2005-05-11 | 08:51 | PACT | E | | EJE |
| 3548208736 | GARY | IN | 2005-05-11 | 08:50 | ARRI | E | | EJE |
| 3548208736 | GARY | IN | 2005-05-10 | 21:00 | ARRI | E | | EJE |
| 3548208736 | PINE | IN | 2005-05-10 | 20:55 | DFLC | E | | EJE |
| 3548208736 | PINE (CR) | IN | 2005-05-10 | 18:05 | TKMV | E | | PINS |
| 3548208736 | PINE | IN | 2005-05-10 | 17:00 | ICHR | E | | NS |
| 3548208736 | PINE (CR) | IN | 2005-05-10 | 17:00 | ICHD | E | | EJE |
| 3548208736 | PINE (CR) | IN | 2005-05-10 | 16:55 | ARIL | E | | 31GB310 |
| 3548208736 | BURNS HARBOR | IN | 2005-05-10 | 14:45 | DFLC | E | | 31GB310 |
| 3548208736 | BURNS HARBOR | IN | 2005-05-10 | 13:35 | ARIL | E | | 31GB310 |
| 3548208736 | BURNS HARBOR | IN | 2005-05-10 | 13:02 | TKMV | E | | BH1W |
| 3548208736 | BURNS SCANNER | IN | 2005-05-10 | 12:40 | DFLC | E | | 31GB310 |
| 3548208736 | BURDICK SCANNER | IN | 2005-05-10 | 11:40 | DFLC | E | | 31GB310 |
| 3548208736 | LYDICK SCANNER | IN | 2005-05-10 | 10:56 | DFLC | E | | 31GB310 |
| 3548208736 | MISHAWAKA SCANNER | IN | 2005-05-10 | 10:39 | DFLC | E | | 31GB310 |
| 3548208736 | ELKHART | IN | 2005-05-10 | 10:15 | DFLC | E | | 31GB310 |
| 3548208736 | ELKHART | IN | 2005-05-09 | 23:45 | TKMV | E | | WF04 |
| 3548208736 | ELKHART | IN | 2005-05-09 | 16:40 | TKMV | E | | CT50 |
| 3548208736 | ELKHART | IN | 2005-05-09 | 12:55 | ARIL | E | | 11MB208 |
| 3548208736 | GOSHEN SCANNER | IN | 2005-05-09 | 12:40 | DFLC | E | | 11MB208 |
| 3548208736 | ELKHART | IN | 2005-05-09 | 12:29 | TKMV | E | | RT05 |
| 3548208736 | TOLEDO AIRLINE | OH | 2005-05-09 | 11:31 | TKMV | E | | STN1 |
| 3548208736 | SWANTON SCANNER | OH | 2005-05-09 | 09:12 | DFLC | E | | 11MB208 |
| 3548208736 | TOLEDO AIRLINE | OH | 2005-05-09 | 08:57 | DFLC | E | | 11MB208 |
| 3548208736 | TOLEDO AIRLINE | OH | 2005-05-09 | 08:28 | ARIL | E | | 11MB108 |
| 3548208736 | BELLEVUE | OH | 2005-05-09 | 07:29 | TKMV | E | | WY80 |
| 3548208736 | CLYDE SCANNER | OH | 2005-05-09 | 07:09 | DFLC | E | | 11MB108 |
| 3548208736 | BELLEVUE | OH | 2005-05-09 | 06:45 | DFLC | E | | 11MB108 |
| 3548208736 | BELLEVUE | OH | 2005-05-09 | 04:35 | ARIL | E | | 11ML808 |
| 3548208736 | FRANK SCANNER | OH | 2005-05-09 | 03:35 | DFLC | E | | 11ML808 |
| 3548208736 | LEWIS CENTER SCANNE | OH | 2005-05-08 | 21:31 | DFLC | E | | 11ML808 |
| 3548208736 | BUCKEYE HARPER SCAN | OH | 2005-05-08 | 20:26 | DFLC | E | | 11ML808 |
| 3548208736 | BUCKEYE YARD | OH | 2005-05-08 | 20:00 | DFLC | E | | 11ML808 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3548208736 | BUCKEYE YARD | OH | 2005-05-08 | 15:55 | TKMV | E | FT06 |
| 3548208736 | BUCKEYE YARD | OH | 2005-05-08 | 01:10 | TKMV | E | CT38 |
| 3548208736 | BUCKEYE YARD | OH | 2005-05-07 | 22:37 | TKMV | E | RT07 |
| 3548208736 | BUCKEYE YARD | OH | 2005-05-07 | 22:13 | ARIL | E | L28C107 |
| 3548208736 | GLADE RUN SCANNER | OH | 2005-05-07 | 21:40 | DFLC | E | L28 |
| 3548208736 | MIDDLETOWN | OH | 2005-05-07 | 14:14 | DFLC | E | L28C107 |
| 3548208736 | MIDDLETOWN | OH | 2005-05-07 | 09:34 | TKMV | E | MR22 |
| 3548208736 | MIDDLETOWN | OH | 2005-05-07 | 08:30 | ARIL | E | LI40 |
| 3548208736 | MONROE | OH | 2005-05-07 | 04:01 | DFLC | E | LI40 |
| 3548208736 | MONROE | OH | 2005-05-07 | 04:00 | PFPS | E | LI40 |
| released empty | MONROE | OH | 2005-05-06 | 14:46 | RMTY | E | A07 |
| placed 3542845378 | MONROE | OH | 2005-05-06 | 10:30 | PACT | L | A07 |
| ARRIVED 3542845378 | MONROE | OH | 2005-05-06 | 10:15 | ARRI | L | A07 |
| 3542845378 | MIDDLETOWN | OH | 2005-05-06 | 10:00 | DFLC | L | LI02 |
| 3542845378 | MIDDLETOWN | OH | 2005-05-05 | 14:12 | TKMV | L | MR29 |
| 3542845378 | MIDDLETOWN | OH | 2005-05-05 | 11:47 | TKMV | L | MR25 |
| 3542845378 | MIDDLETOWN | OH | 2005-05-04 | 21:19 | TKMV | L | RP05 |
| 3542845378 | MIDDLETOWN | OH | 2005-05-04 | 20:18 | TKMV | L | MR27 |
| 3542845378 | MIDDLETOWN | OH | 2005-05-04 | 10:19 | TKMV | L | MR21 |
| 3542845378 | MONROE | OH | 2005-05-04 | 06:00 | NOPA | L | A07 |
| 3542845378 | MIDDLETOWN | OH | 2005-05-03 | 21:30 | TKMV | L | MISB |
| 3542845378 | MIDDLETOWN | OH | 2005-05-03 | 21:04 | ARIL | L | L23LC03 |
| 3542845378 | MIDDLETOWN | OH | 2005-05-03 | 21:04 | AVPL | L | |
| 3542845378 | MORAINE SCANNER | OH | 2005-05-03 | 20:39 | DFLC | L | L23 |
| 3542845378 | GLADE RUN SCANNER | OH | 2005-05-03 | 17:48 | DFLC | L | L23 |
| 3542845378 | BUCKEYE YARD | OH | 2005-05-03 | 17:00 | DFLC | L | L23LC03 |
| 3542845378 | BUCKEYE YARD | OH | 2005-05-03 | 08:26 | TKMV | L | FTLD |
| 3542845378 | BUCKEYE YARD | OH | 2005-05-02 | 14:18 | TKMV | L | CT33 |
| 3542845378 | BUCKEYE YARD | OH | 2005-05-02 | 09:01 | TKMV | L | RT07 |
| 3542845378 | BUCKEYE YARD | OH | 2005-05-02 | 08:25 | ARIL | L | 10ML801 |
| 3542845378 | BUCKEYE HARPER SCAN | OH | 2005-05-02 | 08:17 | DFLC | L | 10ML801 |
| 3542845378 | LEWIS CENTER SCANNE | OH | 2005-05-02 | 07:40 | DFLC | L | 10ML801 |
| 3542845378 | FRANK SCANNER | OH | 2005-05-02 | 02:59 | DFLC | L | 10ML801 |
| 3542845378 | BELLEVUE | OH | 2005-05-02 | 02:20 | DFLC | L | 10ML801 |
| 3542845378 | BELLEVUE | OH | 2005-05-02 | 01:30 | ARIL | L | 10MB201 |
| 3542845378 | SWANTON SCANNER | OH | 2005-05-01 | 22:29 | DFLC | L | 10MB201 |
| 3542845378 | BRYAN SCANNER | OH | 2005-05-01 | 20:58 | DFLC | L | 10MB201 |
| 3542845378 | GOSHEN SCANNER | IN | 2005-05-01 | 18:52 | DFLC | L | 10MB201 |
| 3542845378 | ELKHART | IN | 2005-05-01 | 18:00 | DFLC | L | 10MB201 |
| 3542845378 | ELKHART | IN | 2005-05-01 | 06:37 | TKMV | L | EF05 |
| 3542845378 | ELKHART | IN | 2005-04-30 | 16:58 | TKMV | L | CT26 |
| 3542845378 | ELKHART | IN | 2005-04-30 | 10:54 | ARIL | L | 30GB330 |
| 3542845378 | MISHAWAKA SCANNER | IN | 2005-04-30 | 10:34 | DFLC | L | 30GB330 |
| 3542845378 | LYDICK SCANNER | IN | 2005-04-30 | 10:16 | DFLC | L | 30GB330 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3542845378 | PINE (CR) | IN | 2005-04-30 | 10:04 | DFLC | L | 30GB330 |
| 3542845378 | ELKHART | IN | 2005-04-30 | 10:01 | TKMV | L | RT12 |
| 3542845378 | BURDICK SCANNER | IN | 2005-04-30 | 09:06 | DFLC | L | 30GB330 |
| 3542845378 | PINE (CR) | IN | 2005-04-29 | 19:15 | ICHR | L | PN01 |
| 3542845378 | PINE | IN | 2005-04-29 | 18:05 | ICHD | L | NS |
| 3542845378 | PINE | IN | 2005-04-29 | 17:55 | ARIL | L | EJE |
| 3542845378 | GARY | IN | 2005-04-29 | 17:45 | DFLC | L | EJE |
| 3542845378 | GARY | IN | 2005-04-28 | 11:49 | ARIL | L | EJE |
| 3542845378 | GARY | IN | 2005-04-28 | 08:13 | RLOD | L | EJE |
| 3516197674 | INDIANA HARBOR | IN | 2005-03-27 | 08:39 | PACT | E | EJE |
| 3516197674 | GARY | IN | 2005-03-27 | 08:35 | PCON | E | EJE |
| 3516197674 | INDIANA HARBOR | IN | 2005-03-27 | 01:05 | PACT | E | EJE |
| 3516197674 | INDIANA HARBOR | IN | 2005-03-27 | 00:59 | ARRI | E | EJE |
| 3516197674 | GARY | IN | 2005-03-27 | 00:30 | DFLC | E | EJE |
| 3516197674 | GARY | IN | 2005-03-25 | 11:29 | PCON | E | EJE |
| 3516197674 | GARY | IN | 2005-03-24 | 15:30 | ARIL | E | EJE |
| 3516197674 | PINE | IN | 2005-03-24 | 15:00 | DFLC | E | EJE |
| 3516197674 | PINE (CR) | IN | 2005-03-23 | 12:35 | ICHD | E | EJE |
| 3516197674 | PINE | IN | 2005-03-23 | 12:30 | ICHR | E | NS |
| 3516197674 | PINE (CR) | IN | 2005-03-23 | 12:25 | ARIL | E | PN01 |
| 3516197674 | BURNS HARBOR | IN | 2005-03-23 | 11:45 | DFLC | E | W1GB322 |
| 3516197674 | BURNS HARBOR | IN | 2005-03-23 | 11:44 | TKMV | E | BH1W |
| 3516197674 | BURNS HARBOR | IN | 2005-03-23 | 11:40 | ARIL | E | W1GB322 |

origin

top

Copyright 2003 - Norfolk Southern Corporation

Comment