# EXHIBIT E

E-mail re 161-507594-596
161-539847-848

Mike A Barker/Headquarters/USS
08/28/2007 11:09 AM

To Arne S Jahn/Headquarters/USS@USS
cc Mark A Frick/Headquarters/USS@USS, Richard A Hodges/Headquarters/USS
bcc
Subject Fw: Proof of Delivery or Receipt

History: This message has been forwarded.

Arne,

Thanks to the efforts of Mark Frick, we have received a POD for invoice 161-02824T. Please come down to pick this up at your earliest convenience.

This leaves us outstanding on only two PODs, the one truck shipment into Worthington Monroe, and the shipment hauled by Precision Transport.

Thanks,
Mike Barker
United States Steel International, Inc.
412-433-2724
----- Forwarded by Mike A Barker/Headquarters/USS on 08/28/2007 11:08 AM -----

Mike A Barker/Headquarters/USS
08/23/2007 04:00 PM

To Arne S Jahn/Headquarters/USS
cc Michael A Tookey/Detroit/USS
Subject Fw: Proof of Delivery or Receipt

Arnie,

Mike Tookey contacted Worthington Monroe and received attached e-mail that states Worthington has all but one of the coils in inventory.

This e-mail from Worthington should serve as a POD for these coils given Worthington Monroe was the ship to on the order.

We will attempt to obtain a POD for the one coil that Worthington Monroe does not have.

If you need additional information, please advise.

Thanks,
Mike Barker
United States Steel International, Inc.
412-433-2724
----- Forwarded by Mike A Barker/Headquarters/USS on 08/23/2007 03:28 PM -----

Michael A Tookey/Headquarters/USS
08/23/2007 02:17 PM

To Mike A Barker/Headquarters/USS@USS
cc
Subject Fw: Proof of Delivery or Receipt

Michael A. Tookey
United States Steel Corporation
Processed Products
(412) 433-2701

----- Forwarded by Michael A Tookey/Headquarters/USS on 08/23/2007 02:17 PM -----

"Brian Bruck" <BLBRUCK@worthingtonindustries.com>
08/23/2007 01:31 PM

To "Michael A Tookey" <MATookey@uss.com>
cc "Jeff Abner" <jdabner@worthingtonindustries.com>
Subject Re: Proof of Delivery or Receipt

I do not think I have any, I am not sure if they have ever been received in our system or not, bu I know the coils are here

>>> Michael A Tookey <MATookey@uss.com> 8/23/2007 1:29 PM >>>

Thank you, Brian. Is there anything you can send such as receiving paperwork?

Michael A. Tookey
United States Steel Corporation
Processed Products
(412) 433-2701

"Brian Bruck" <BLBRUCK@worthingtonindustries.com>

08/23/2007 01:01 PM

from: → To "Michael A Tookey" <MATookey@uss.com>
cc "Jeff Abner" <jdabner@worthingtonindustries.com>
Subject Re: Proof of Delivery or Receipt

USS delivered as requested ✓

Michael, i cannot find anything on the first coil, the other six I show as being here but I am not sure what the deal is with them, they have not shown up in our inventory but they are on our floor.

>>> Michael A Tookey <MATookey@uss.com> 8/23/2007 11:59 AM >>>

Brian,

Per our conversation, please let me know what you can send in terms of showing that you did receive this material. Again, it was shipped to Worthington Monroe in the name of "Delco chassis operations div gmc"

| Coil # | Ship date to you |
|---|---|
| A491530 | 7/23/03 — NO |
| K606500 | 9/10/04 cr 623965 |
| K605010 | 9/10/04 " |
| K605032 | 9/10/04 " |
| A447176 | 12/07/04 eje 7098 |
| K660454 | 12/07/04 " |
| A447172 | 12/07/04 " |

confirmed delivery to work.

Thanks again for your help.

Michael A. Tookey
United States Steel Corporation
Processed Products
(412) 433-2701

USS

UNITED STATES STEEL

INVOICE COPY

MRR 3328280 039 88

| PURCHASE ORDER DATE | PURCHASE ORDER NO | | |
|---|---|---|---|
| | 06-105369V | | |
| USS CONTROL NO | USS ORDER NO | | PAGE |
| 25405 - 2548 - 302 | JA88815 | | 1 |
| TERMS | INVOICE DATE | INVOICE NO | |
| GM MNS-2 | 09-10-04 | 161-507594 | |

PLEASE REFER TO THE ABOVE INVOICE NO IN YOUR REMITTANCE

REMIT TO
004989729
PO BOX 77462
DETROIT MI 48277-7462

SOLD TO
DELPHI AUTOMOTIVE COMPONENTS GRP
DELPHI CHASSIS OPERATIONS DIV.
DISBURSEMENT ANALYSIS DEPT
P O BOX 436040
PONTIAC MI 48343-6040

SHIP TO
DELCO CHASSIS OPERATIONS DIV GMC
% WORTHINGTON INDUSTRIES
350 LAWTON DR
MONROE OH 45050-1216

| SHIPPER'S NO | DATE SHIPPED | FROM | ROUTE/CARRIER | |
|---|---|---|---|---|
| 113822 | 09-09-04 | GARY, INDIANA 161 | EJE NS | |
| SHIP MODE | MINIMUM WEIGHT | FOB | VEHICLE | PREPAID COLLECT |
| CL | 0140M | DESTINATION | CR 623965 | COL |

| Item No. / Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| HOT ROLL CARBON DELPHI CHASSI 5-7096 06-FEB-1996 APPROVED DS TYPE B C .02/.08 MN .45 MAX P .025 MAX S 035 MAX AL .02/ 08 NON-PICKLE NON-TEMPER ROLLED UNEXPOSED BORON ADDITION DRY PT#5-7096-567-- | | | |
| ITEM DESCRIPTION FT LENGTH IN | | | |
| 01 .1010MINX45.750ME COIL ACTWT | | | |
| ID 24 TO 30.0 | | | |
| OD MAX 73.24 | | | |
| PRICE NUMBER JA88815 | | | |
| WHSE-NO COIL-NO HEAT-NO COIL LIN-FT ACT-LB | | CENTS/LB | |
| K606500 K606500 W86756 1 2769 46200 | 46200 | 16.2000 | 7484.40 |
| MID - 307380 OPEX# 506656-1-0 | | | |

REFER TO 161-507594 TO 507596

| HEAT NO | C | MN | P | S | SI | CU | NI |
|---|---|---|---|---|---|---|---|
| W86756 | .040 | 0.26 | .008 | .009 | .010 | .06 | .02 |
| HEAT NO | CR | MO | SN | AL | N | V | B |
| W86756 | .02 | .004 | .003 | .037 | .004 | .001 | .0036 |
| HEAT NO | TI | CB | SB | | | | |
| W86756 | .001 | .001 | 0010 | | | | |

| COIL | ACT-LB |
|---|---|
| 1 | 46200 |

B/L 153720 DISC AMT 37.42 INVOICE AMT 7484.40

DAYS TO MATURITY OR DISCOUNT DATE RUN FROM DATE OF INVOICE

Goods or services which were produced or rendered in the United States covered by this invoice were produced or rendered in compliance with the requirements of the Fair Labor Standards Act of 1938, as amended

PAYABLE IN U.S. DOLLARS
COUNTRY OF ORIGIN U S A

USS

UNITED STATES STEEL

INVOICE COPY

MRR 3328280 039 88

| PURCHASE ORDER DATE | PURCHASE ORDER NO | | |
|---|---|---|---|
| | 06-105373V | | |
| USS CONTROL NO | USS ORDER NO | | PAGE |
| 25405 - 2548 - 302 | JA88818 | | 1 |
| TERMS | INVOICE DATE | INVOICE NO | |
| GM MNS-2 | 09-10-04 | 161-507595 | |

PLEASE REFER TO THE ABOVE INVOICE NO IN YOUR REMITTANCE

REMIT TO
004989729
PO BOX 77462
DETROIT MI 48277-7462

SOLD TO
DELPHI AUTOMOTIVE COMPONENTS GRP
DELPHI CHASSIS OPERATIONS DIV.
DISBURSEMENT ANALYSIS DEPT
P O BOX 436040
PONTIAC MI 48343-6040

SHIP TO
DELCO CHASSIS OPERATIONS DIV GMC
% WORTHINGTON INDUSTRIES
350 LAWTON DR
MONROE OH 45050-1216

| SHIPPER'S NO | DATE SHIPPED | FROM | ROUTE/CARRIER | |
|---|---|---|---|---|
| 113822 | 09-09-04 | GARY, INDIANA 161 | EJE NS | |
| SHIP MODE | MINIMUM WEIGHT | FOB | VEHICLE | PREPAID COLLECT |
| CL | 0140M | DESTINATION | CR 623965 | COL |

| Item No. / Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| HOT ROLL CARBON GMC DELCO 5-2054 02-MAY-1995 | | | |
| APPROVED SPECIFIED HARDNESS RB 60./75. S .40 MAX | | | |
| NON-PICKLE NON-TEMPER ROLLED UNEXPOSED DRY | | | |
| PT#5-2054-123-- | | | |
| ITEM DESCRIPTION FT LENGTH IN | | | |
| 01 .1240MINX58.6250MECOIL ACTWT | | | |
| ID 24 TO 30.0 | | | |
| OD MAX 69.91 | | | |
| PT#5-2054-123-- | | | |
| PRICE NUMBER JA88818 | | | |
| WHSE-NO COIL-NO HEAT-NO COIL LIN-FT ACT-LB | | CENTS/LB | |
| K605010 K605010 T84422 1 2021 52480 | 52480 | 17.7500 | 9315.20 |
| MID - 305488 OPEX# 506659-1-0 | | | |

REFER TO 161-507594 TO 507596

| HEAT NO | C | MN | P | S | SI | CU | NI |
|---|---|---|---|---|---|---|---|
| T84422 | .12 | 0.46 | .014 | .010 | .008 | .05 | .02 |
| HEAT NO | CR | MO | SN | AL | N | V | B |
| T84422 | .04 | .007 | .002 | .028 | .005 | .001 | .0001 |
| HEAT NO | TI | CB | SB | | | | |
| T84422 | .001 | .001 | .0010 | | | | |

| COIL | ACT-LB |
|---|---|
| 1 | 52480 |

B/L 153720 DISC AMT 46.58 INVOICE AMT 9315.20

DAYS TO MATURITY OR DISCOUNT DATE RUN FROM DATE OF INVOICE

Goods or services which were produced or rendered in the United States covered by this invoice were produced or rendered in compliance with the requirements of the Fair Labor Standards Act of 1938, as amended

PAYABLE IN U.S. DOLLARS
COUNTRY OF ORIGIN U S A

UNITED STATES STEEL

INVOICE COPY

MRR 3328280 039 88

| PURCHASE ORDER DATE | PURCHASE ORDER NO |
|---|---|
| | 06-106842V |

| USS CONTROL NO | USS ORDER NO | PAGE |
|---|---|---|
| 25405 - 2548 - 302 | JA88527 | 1 |

| TERMS | INVOICE DATE | INVOICE NO |
|---|---|---|
| GM MNS-2 | 09-10-04 | 161-507596 |

PLEASE REFER TO THE ABOVE INVOICE NO IN YOUR REMITTANCE

REMIT TO
004989729
PO BOX 77462
DETROIT MI 48277-7462

SOLD TO
DELPHI AUTOMOTIVE COMPONENTS GRP
DELPHI CHASSIS OPERATIONS DIV
DISBURSEMENT ANALYSIS DEPT
P O BOX 436040
PONTIAC MI 48343-6040

SHIP TO
DELCO CHASSIS OPERATIONS DIV GMC
% WORTHINGTON INDUSTRIES
350 LAWTON DR
MONROE OH 45050-1216

| SHIPPER'S NO | DATE SHIPPED | FROM | ROUTE/CARRIER |
|---|---|---|---|
| 113822 | 09-09-04 | GARY, INDIANA 161 | EJE NS |

| SHIP MODE | MINIMUM WEIGHT | FOB | VEHICLE | PREPAID COLLECT |
|---|---|---|---|---|
| CL | 0140M | DESTINATION | CR 623965 | COL |

| Item No. Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| HOT ROLL CARBON GMC DELCO 5-2054 02-MAY-1995 APPROVED SPECIFIED HARDNESS RB 60./75. C .11/.13 MN .30/.60 P .035 MAX S 040 MAX SI .10 MAX AL .02/.050 NON-PICKLE NON-TEMPER ROLLED UNEXPOSED DRY PT#5-2054-113-- | | | |
| ITEM DESCRIPTION FT LENGTH IN | | | |
| 01 .1140MINX52.3750MECOIL ACTWT | | | |
| ID 24 TO 30.0 | | | |
| OD MAX 74.37 | | | |
| PRICE NUMBER JA88527 | | | |
| WHSE-NO COIL-NO HEAT-NO COIL LIN-FT ACT-LB | | CENTS/LB | |
| K605032 K605032 T84420 1 2570 55040 | 55040 | 16.1500 | 8888.96 |
| MID - 061160 OPEX# 501508-3-0 | | | |

REFER TO 161-507594 TO 507596

| HEAT NO | C | MN | P | S | SI | CU | NI |
|---|---|---|---|---|---|---|---|
| T84420 | .12 | 0.46 | .011 | .010 | .020 | .06 | .02 |
| HEAT NO | CR | MO | SN | AL | N | V | B |
| T84420 | .03 | .001 | .003 | .033 | .004 | .001 | .0001 |
| HEAT NO | TI | CB | SB | | | | |
| T84420 | .002 | .002 | .0010 | | | | |

| COIL | ACT-LB |
|---|---|
| 1 | 55040 |

B/L 153720 DISC AMT 44.44 INVOICE AMT 8888.96

DAYS TO MATURITY OR DISCOUNT DATE RUN FROM DATE OF INVOICE

Goods or services which were produced or rendered in the United States covered by this Invoice were produced or rendered in compliance with the requirements of the Fair Labor Standards Act of 1938, as amended

PAYABLE IN U.S. DOLLARS
COUNTRY OF ORIGIN U.S.A

USS

UNITED STATES STEEL

INVOICE COPY

MRR 3328280 039 88

| PURCHASE ORDER DATE | PURCHASE ORDER NO |
|---|---|
| | 06-105369V |

REMIT TO
004989729
PO BOX 77462
DETROIT MI 48277-7462

| USS CONTROL NO | USS ORDER NO | PAGE |
|---|---|---|
| 34219 - 3426 - 302 | JA84440 | 1 |

| TERMS | INVOICE DATE | INVOICE NO |
|---|---|---|
| GM MNS-2 | 12-07-04 | 161-539847 |

PLEASE REFER TO THE ABOVE INVOICE NO IN YOUR REMITTANCE

SOLD TO
DELPHI AUTOMOTIVE COMPONENTS GRP
DELPHI CHASSIS OPERATIONS DIV.
DISBURSEMENT ANALYSIS DEPT
P O BOX 436040
PONTIAC MI 48343-6040

SHIP TO
DELCO CHASSIS OPERATIONS DIV GMC
% WORTHINGTON INDUSTRIES
350 LAWTON DR
MONROE OH 45050-1216

| SHIPPER'S NO | DATE SHIPPED | FROM | ROUTE/CARRIER | |
|---|---|---|---|---|
| 122107 | 12-07-04 | GARY, INDIANA 161 | EJE NS | |
| SHIP MODE | MINIMUM WEIGHT | FOB | VEHICLE | PREPAID COLLECT |
| CL | 0140M | DESTINATION | EJE 007098 | COL |

| Item No. Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| HOT ROLL CARBON DELPHI CHASSI 5-7096 06-FEB-1996<br>APPROVED DS TYPE B C .02/.08 MN .45 MAX P .025 MAX<br>S .035 MAX AL .02/.08 NON-PICKLE NON-TEMPER ROLLED<br>UNEXPOSED BORON ADDITION DRY PT#5-7096-567-- | | | |
| ITEM DESCRIPTION FT LENGTH IN<br>01 .1010MINX45.750ME COIL ACTWT<br>ID 24 TO 30.0<br>OD MAX 73.24 | | | |
| PRICE NUMBER JA84440<br>WHSE-NO COIL-NO HEAT-NO COIL LIN-FT ACT-LB<br>A447176 A447176 W87714 1 2507 42750<br>K660454 K660454 W87714 1 2755 45980<br>2 5262 88730 | 88730 | CENTS/LB<br>16.2000 | 14374.26 |
| MID - 307380 OPEX# 470037-47-0 | | | |

REFER TO 161-539847 TO 539849

| HEAT NO | C | MN | P | S | SI | CU | NI |
|---|---|---|---|---|---|---|---|
| W87714 | .044 | 0.28 | .008 | .009 | .013 | .03 | .01 |
| HEAT NO | CR | MO | SN | AL | N | V | B |
| W87714 | .03 | .001 | .001 | .046 | .004 | .001 | .0040 |
| HEAT NO | TI | CB | SB | | | | |
| W87714 | .001 | .001 | .0010 | | | | |

| COIL | ACT-LB |
|---|---|
| 2 | 88730 |

B/L 177870 DISC AMT 71.87 INVOICE AMT 14374.26

DAYS TO MATURITY OR DISCOUNT DATE RUN FROM DATE OF INVOICE

Goods or services which were produced or rendered in the United States covered by this invoice were produced or rendered in compliance with the requirements of the Fair Labor Standards Act of 1938, as amended

PAYABLE IN U.S. DOLLARS
COUNTRY OF ORIGIN U S A

UNITED STATES STEEL

INVOICE COPY

MRR 3328280 039 88

| PURCHASE ORDER DATE | PURCHASE ORDER NO |
|---|---|
| | 06-106838V |

REMIT TO
004989729
PO BOX 77462
DETROIT MI 48277-7462

| USS CONTROL NO | USS ORDER NO | PAGE |
|---|---|---|
| 34219 - 3426 - 302 | JA88700 | 1 |

| TERMS | INVOICE DATE | INVOICE NO |
|---|---|---|
| GM MNS-2 | 12-07-04 | 161-539848 |

PLEASE REFER TO THE ABOVE INVOICE NO IN YOUR REMITTANCE

SOLD TO
DELPHI AUTOMOTIVE COMPONENTS GRP
DELPHI CHASSIS OPERATIONS DIV.
DISBURSEMENT ANALYSIS DEPT
P O BOX 436040
PONTIAC MI 48343-6040

SHIP TO
DELCO CHASSIS OPERATIONS DIV GMC
% WORTHINGTON INDUSTRIES
350 LAWTON DR
MONROE OH 45050-1216

| SHIPPER'S NO | DATE SHIPPED | FROM | ROUTE/CARRIER | |
|---|---|---|---|---|
| 122107 | 12-07-04 | GARY, INDIANA 161 | EJE NS | |
| SHIP MODE | MINIMUM WEIGHT | FOB | VEHICLE | PREPAID COLLECT |
| CL | 0140M | DESTINATION | EJE 007098 | COL |

| Item No. / Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| HOT ROLL CARBON DELPHI CHASSI 5-7096 06-FEB-1996 APPROVED DS TYPE B C .02/.08 MN .45 MAX P .025 MAX S .035 MAX AL .02/.08 NON-PICKLE NON-TEMPER ROLLED UNEXPOSED BORON ADDITION DRY PT#5-7096-101-- | | | |
| ITEM DESCRIPTION FT LENGTH IN<br>01 .0860MINX50.750ME COIL ACTWT<br>ID 24 TO 30.0<br>OD MAX 73.12<br>PT#5-7096-101--<br>PRICE NUMBER JA88700<br>WHSE-NO COIL-NO HEAT-NO COIL LIN-FT ACT-LB<br>A447172 A447172 M88051 1 2975 47760<br>MID - 307405 OPEX# 470066-47-0 | 47760 | CENTS/LB 16.6500 | 7952.04 |

REFER TO 161-539847 TO 539849

| HEAT NO | C | MN | P | S | SI | CU | NI |
|---|---|---|---|---|---|---|---|
| M88051 | .043 | 0.30 | .015 | .011 | .008 | .03 | .01 |
| HEAT NO | CR | MO | SN | AL | N | V | B |
| M88051 | .04 | .003 | .001 | .042 | .004 | .001 | .0036 |
| HEAT NO | TI | CB | SB | | | | |
| M88051 | .001 | .001 | .0020 | | | | |

| COIL | ACT-LB |
|---|---|
| 1 | 47760 |

B/L 177870 DISC AMT 39.76 INVOICE AMT 7952.04

DAYS TO MATURITY OR DISCOUNT DATE RUN FROM DATE OF INVOICE

Goods or services which were produced or rendered in the United States covered by this invoice were produced or rendered in compliance with the requirements of the Fair Labor Standards Act of 1938, as amended

PAYABLE IN U.S. DOLLARS
COUNTRY OF ORIGIN U S A