# EXHIBIT F

**UsS** UNITED STATES STEEL

INVOICE COPY

| | | PURCHASE ORDER DATE | PURCHASE ORDER NO |
|---|---|---|---|
| MRR  3329900 013 OP-C      03 | | | SAG9011877 |

| | | |
|---|---|---|
| USS CONTROL NO | USS ORDER NO | PAGE |
| 09318 - 0936 · 302 | JF52623 | 1 |
| TERMS | INVOICE DATE | INVOICE NO |
| GM MNS-2 | 04-03-01 | 161 - 757118 |

PLEASE REFER TO THE ABOVE INVOICE NO IN YOUR REMITTANCE

R 004989729
M PO BOX 77462
I DETROIT MI  48277-7462
T
O

S GMC ACG SAGINAW DIVISION
O DISBURSEMENTS ANALYSIS DEPT
L P O BOX 436040
D PONTIAC MI 48343-6040
T
O

S GENERAL MOTORS CORP
H SAGINAW STEERING GEAR DIV
I PLANT NO 6
T TOWERLINE RD OFF HOLLAND RD
O SAGINAW MI 48605-6040

| SHIPPER'S NO | DATE SHIPPED | FROM | ROUTE/CARRIER |
|---|---|---|---|
| N82473 | 04-02-01 | GARY, INDIANA    161 | JAMES BURG TRUCKING CO  B6JM |

| SHIP MODE | MINIMUM WEIGHT | FOB | VEHICLE | PREPAID COLLECT |
|---|---|---|---|---|
| TL | 0100M | DESTINATION | N82473 | PPD |

| Item No. | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | COLD ROLL CARBON SPECIFIED HARDNESS RB 75/85 | | | |
| | REGULAR MATTE FINISH C .13/.20 MN  60/ 90 P .040 | | | |
| | MAX S  050 MAX SI  15/ 30 UNEXPOSED PRIME SIDE OUT | | | |
| | OIL MEDIUM NO PICKLE WELDS PT#3261-- | | | |

ITEM    DESCRIPTION    FT LENGTH IN
01  .0650MINX18.91   COIL                    ACTWT
                         ID 24
                         OD MAX 56 45

PRICE NUMBER  JF52623

| WHSE-NO | HEAT-NO | COIL | LIN-FT | ACT-LB | THEO-LB |
|---|---|---|---|---|---|
| A275717 | Y00070 | 1 | 3663 | 15780 | 15305 |
| A275720 | Y00071 | 1 | 2427 | 21440 | 21440 |
| | | 2 | 6090 | 37220 | 36745 |

| | | | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | 37220 | CENTS/LB 25.3700 | 9442.71 |

MID - 081182  OPEX# 142356-2-0

WORTHINGTON SP&PROJACKSON MI 49201
PROCESSOR LOAD NUMBER 50-CB8509

| HEAT NO | C | MN | P | S | SI | CU | NI |
|---|---|---|---|---|---|---|---|
| Y00070 | .20 | 0.77 | .035 | .007 | .20 | .02 | .01 |
| Y00071 | .20 | 0.81 | .035 | .007 | .21 | .02 | .01 |

| HEAT NO | CR | MO | SN | AL | N | V | B |
|---|---|---|---|---|---|---|---|
| Y00070 | .04 | .00 | .002 | .042 | .005 | .001 | .0001 |
| Y00071 | .03 | .00 | .002 | .041 | .005 | 001 | 0001 |

| HEAT NO | CB |
|---|---|
| Y00070 | 001 |
| Y00071 | 001 |

| COIL | ACT-LB | THEO-LB |
|---|---|---|
| 2 | 37220 | 36745 |

B/L    103500

INVOICE AMT    9442 71

DAYS TO MATURITY OR DISCOUNT DATE RUN FROM DATE OF INVOICE

Goods or services which were produced or rendered in the United States covered by this invoice were pro-
duced or rendered in compliance with the requirements of the Fair Labor Standards Act of 1938, as amended

PAYABLE IN U.S. DOLLARS
COUNTRY OF ORIGIN U S A



08/22/2007   16:59    5867511367    JAMES BURG TRUCKING



**DELIVERY RECEIPT**

PRO NUMBER

Nº 130983

**JAMES BURG TRUCKING COMPANY**
CORPORATE OFFICE:
1743 LARCHWOOD
TROY, MI 48083
800-541-1289

SHIPPER

W 5 D
Jackson w
IMTC

CONSIGNEE
Town Auto
Elkton M"

TRUCK OWNER'S NAME

TRUCK DRIVER'S NAME
Mark Stofield

NO. PIECES
8

TRACTOR #
27

TRAILER #
A

Blanks

SHIPPER NUMBER
M 82974

DATE
4-2-01

WEIGHT
66,280

| | DATE | TIME | | | DATE | TIME | |
|---|---|---|---|---|---|---|---|
| LOADING RECORD | | | | | | | |
| SCHEDULED PICKUP TIME | | AM PM | | | | | |
| ARRIVED SHIPPER | | AM PM | | | | | |
| DEPARTED SHIPPER | | AM PM | | | | | |
| UNLOADING RECORD | | | | | | | |
| SCHEDULED DELIVERY TIME | | AM PM | | | | | |
| ARRIVED CONSIGNEE | | AM PM | | | | | |
| DEPARTED CONSIGNEE | | AM PM | | | | | |

All Exceptions Must be Noted Before Unloading

MATERIAL RECEIVED IN GOOD CONDITION

CONSIGNEE SIGNATURE

DATE

WHITE COPY - ORIGINAL
YELLOW COPY - CONSIGNEE COPY
PINK COPY - DRIVER COPY

08/22/2007   16:59      5867511367                    BURG TRUCKING



UNITED STATES STEEL                                              INVOICE COPY

| | PURCHASE ORDER DATE | PURCHASE ORDER NO |
|---|---|---|
| MRR 3329900 013 OP-C   03 | | 9AG9011877 |

| USS CONTROL NO | USS ORDER NO | PAGE |
|---|---|---|
| 09318 - 0936  302 | JF52623 | 1 |

| TERMS | INVOICE DATE | INVOICE NO |
|---|---|---|
| GM MNS-2 | 04-03-01 | 161 - 757118 |

PLEASE REFER TO THE ABOVE INVOICE NO IN YOUR REMITTANCE

R 004989729
M PO BOX 77462
T DETROIT MI  48277-7462

S GMC ACG SAGINAW DIVISION
L DISBURSEMENS ANALYSIS DEPT
O P O BOX 436040
T PONTIAC MI 48343-6040

S GENERAL MOTORS CORP
H SAGINAW STEERING GEAR DIV
P PLANT NO 6
T TOWERLINE RD OFF HOLLAND RD
O SAGINAW,MI 48605-6040

| SHIPPERS NO | DATE SHIPPED | FROM | ROUTE/CARRIER |
|---|---|---|---|
| N82473 | 04-02-01 | GARY, INDIANA      161 | JAMES BURG TRUCKING CO   BGJM |

| SHIP MODE | MINIMUM WEIGHT | FOB | VEHICLE | PREPAID COLLECT PPD |
|---|---|---|---|---|
| TL | 0100M | DESTINATION | N82473 | |

| Item No. | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| COLD ROLL CARBON SPECIFIED HARDNESS RB 75/85 | | | | |
| REGULAR MATTE FINISH C .13/.20 MN .60/.90 P .040 | | | | |
| MAX S .050 MAX SI .15/.30 UNEXPOSED PRIME SIDE OUT | | | | |
| OIL MEDIUM NO PICKLE WELDS PT#3261-- | | | | |

ITEM    DESCRIPTION       FT LENGTH IN
01      0650MINX18.91     COIL                         ACTWT
                          ID 24
                          OD MAX 56 45

PRICE NUMBER  JF52623
HSE-NO HEAT-NO COIL   LIN-FT   ACT-LB   THEO-LB
A275717 Y00070    1     3663    15780    15305
A275720 Y00071    1     2427    21440    21440

               2     6090    37220    36745        37220    CENT8/LB    9442 71
                                                             25.3700

MID - 081182  OPEX# 142356-2-0

WORTHINGTON SP&PROJACKSON MI 49201
PROCESSOR LOAD NUMBER 50-CH9509

| HEAT NO | C | MN | P | S | SI | CU | NI |
|---|---|---|---|---|---|---|---|
| Y00070 | .20 | 0 77 | 035 | .007 | .20 | .02 | .0 |
| Y00071 | .20 | 0.81 | 035 | .007 | .21 | 02 | .0 |

| HEAT NO | CR | MO | SN | AL | N | V | B |
|---|---|---|---|---|---|---|---|
| Y00070 | .04 | .00 | .002 | 042 | .005 | .001 | .000 |
| Y00071 | .03 | .00 | .002 | 041 | 005 | .001 | 000 |

| HEAT NO | CB |
|---|---|
| Y00070 | 001 |
| Y00071 | .001 |

COIL   ACT-LB   THEO-LB
  2     37220    36745

B/L   103500

INVOICE AMT    9442 71

DAYS TO MATURITY OR DISCOUNT DATE RUN FROM DATE OF INVOICE

PAYABLE IN U.S. DOLLARS
COUNTRY OF ORIGIN U S A

Goods or services which were produced or rendered in the United States covered by this invoice were pro-
duced or rendered in compliance with the requirements of the Fair Labor Standards Act of 1938, as amended

# Worthington Specialty Processing

THIS SHIPPING ORDER must be legibly filled in, in ink, indelible pencil, or in Carbon, and retained by the Agent.

CONSOLIDATED    Shippers No. 50-CD8569

CARRIER:    JAMES BURG TRUCKING                    Carrier's No.

RECEIVE, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Shipping Order

At    JACKSON, MI    04/03    01    From    Worthington Specialty Processing

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| C/O | CONSIGNED TO | FREIGHT TERMS | PREPAID |
|---|---|---|---|
| JAMES BURG TRUCKING | | CARRIER | 27 |
| | | VEHICLE IDENT. | |

| NUMBER AND DESCRIPTION OF ARTICLES | | *WEIGHT (Sub. to Cor.) |
|---|---|---|

****************************
DELPHI SAGINAW STEERING SYS    REC HOURS:    8AM-3PM
PLANT 36    REC DAYS:    M-F
TOWER LINE ROAD OFF HOLLAND RD

SAGINAW    MI 48605

B/L 50-158674    N82473    2 ITEMS    37,220 LB

****************************
TOWER AUTOMOTIVE - ELKTON    REC HOURS:    JUN 12 01AM-FRI 10PM
01 DRETTMANN    REC DAYS:

ELKTON    MI 48731

B/L 50-158673    N80474    8 ITEMS    66,280 LB

NOTES:    00000 00000

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

By _____
    (Signature of Consignor)

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of this property is hereby specifically stated by the shipper to be not exceeding

Per _____
    (Signature of Consignor)

If charges are to be prepaid, write or stamp here: "TO BE PREPAID"

PREPAID

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Per _____
    (Signature of Agent)

'91 APR 2 PM 1:42
(This signature here acknowledges only the amount prepaid)

Charges
Advanced: $ _____

1. TOTAL    16 ITEMS    103,500 LB

Worthington Specialty Processing, Shipper

_____ 4/3/01 _____

Permanent postoffice address of shipper: 4200 S MERIDIAN RD, JACKSON MI 49201

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

JOYES BURG TRUCKING

# Worthington Specialty Processing

Shipper's No. N82473

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

CARRIER:  JAMES BURG TRUCK INC     27        BGJM    Carrier's No.  5G-15867

RECEIVE, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Shipping Order

At  JACKSON, MI      04/02,  01    From   Worthington Specialty Processing

| TO | CONSIGNED TO | | FREIGHT TERMS | PREPAID |
|---|---|---|---|---|
| SHIP TO 016198 | SOLD TO 015762 | | | |
| DELPHI SAGINAW STEERING SYS | U.S. STEEL CORPORATION | | CARRIER | |
| PLANT #6 | P.O. BOX 267 | | | |
| TOWER LINE ROAD OFF HOLLAND RD | DEPT 161W | | VEHICLE IDENT | |
| SAGINAW      MI 48605 | PITTSBURGH    PA 15230 | | | |

NUMBER AND DESCRIPTION OF ARTICLES      *WEIGHT (Sub. to Cor.)

RT BILL  013762  U.S. STEEL CORPORATION
                 P.O. BOX 267
                 DEPT 161W
                 PITTSBURGH         PA 15230

S/O 048471  M/O JF52623-001       P/O SAG9011877
            MILL 0000039906011    PART 3261
            SPEC SAE 1017 MOD     CODE USS
CM COLD ROLLED SHEET
400,000 LBS    .0650 MIN X  18.9100   X COIL

| LIFT | MILL-COIL | MILL-HEAT | CLS | LENGTH | WGT-THEO | WGT-ACT |
|---|---|---|---|---|---|---|
| 013943 | A275720 | Y00071 | 1 | 2440 FT | 10195 LB | 10510 LB |
|  | A275465 | Y00071 | | 2537 FT | 10602 LB | 10930 LB |
|  |  | * LIFT * | | 4977 FT | 20797 LB | 21440 LB |
| 013927 | A275717 | Y00070 | 2 | 3663 FT | 15305 LB | 15780 LB |
| S/O TOTAL | | PARTIAL | | 4 | 36102 LB | 37220 LB |

WS4765

NOTES:
SHIP CONTROL BY 9PM    04/02/01

MATERIAL COVERED BY THIS BILL OF LADING HAS BEEN LOADED
AND PLACED ON TRUCK AT CARRIERS DIRECTION AND IN
ACCORDANCE WITH THE DRIVERS INSTRUCTIONS AND THE CONSIGNOR
ASSUMES NO RESPONSIBILITY THEREFOR (APPLIES TO MOTOR
CARRIER ONLY.)

        CONTINUATION OF AN INTERSTATE SHIPMENT

        USE THE FOLLOWING SHIPPER NUMBER REFERENCE
        AS YOUR PAYMENT REFERENCE NUMBER: N82473

PREPAID

B/L TOTAL       2 ITEMS           36102 LB  37220 LB

REC HOUR  9AM-3PM          UNLOADING: FLATBED TRK, OVERHEAD C-HOOK
REC DAYS  M-F              UNLDG.

Worthington Specialty Processing, Shipper

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Permanent postoffice address of shipper:  4965 E MERIDIAN RD,  JACKSON, MI  49201

08/22/2007  16:59   5867511367   JAMES BURG TRUCKING   PAGE  09/11

THIS SHIPPING ORDER   must be legibly filled in, in ink, in indelible pencil, or in Carbon, and retained by the Agent.

# Worthington Specialty Processing

| | | | Shipper's No. | N82474 |
|---|---|---|---|---|
| CARRIER: | JAMES BURG TRUCKING | 27 | BGJM | Carrier's No. 50-15867 |

RECEIVE, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Shipping Order

At  JACKSON, MI   04/02   01   From   Worthington Specialty Processing

the property described below, in apparent good order, except as noted (contents and condition of contents unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry in its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| C/O | CONSIGNED TO | | FREIGHT TERMS | PREPAID |
|---|---|---|---|---|
| SHIP TO 021032 | SOLD TO 015762 | | | |
| TOWER AUTOMOTIVE - ELKTON | U.S. STEEL CORPORATION | | CARRIER | |
| 84 DRETZMANN | P.O. BOX 267 | | | |
| | DEPT 161W | | | |
| ELKTON       MI 48731 | PITTSBURGH       PA 15230 | | VEHICLE IDENT | |

| NUMBER AND DESCRIPTION OF ARTICLES | *WEIGHT (Sub. to Cor.) |
|---|---|
| MI BILL  015762   U.S. STEEL CORPORATION | |
| P.O. BOX 267 | |
| DEPT 161W | |
| PITTSBURGH       PA  15230 | |
| | |
| ************************************ | |
| S/O 048805   M/O JK66092-001       P/O 0994800491 | |
| MILL 6600093900001     PART 55345051 5735 | |
| SPEC MS6000-42FAE       CODE USS | |
| CM COATED  AK  DQ ZN   ELECTRO  045A030AE | |
| 59,000 LBS   0330 MIN X   67.3750   X   56,300 | |
| ************************************ | |

| LIFT | MILL-COIL | MILL-HEAT | PIECES | WGT-ACT |
|---|---|---|---|---|
| 818043 | 9005011 | W07413 | 159 | 5560 LB |
| | 9007956 | W07875 | 41 | 1450 LB |
| | * LIFT * | | 200 | 7010 LB |
| 818045 | 9007956 | W07875 | 225 | 7850 LB |
| S/O TOTAL | | PARTIAL | 425 | 14860 LB |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
By (Signature of Consignor)

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight." NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____
Per (Signature of Consignor)

If charges are to be prepaid, write or stamp here: "TO BE PREPAID".

PREPAID

Received $_____
to apply in prepayment of the charges on the property described hereon.

Per _____
(Signature of Agent)

(The signature here acknowledges only the amount prepaid)

Charges Advanced: $_____

Worthington Specialty Processing, Shipper

Per _____

Permanent postoffice address of shipper:   4965 S MERIDIAN RD.   JACKSON, MI  49201

50-15867

08/22/2007  16:59    5867511367    JAMES BURG TRUCKING

THIS SHIPPING ORDER    must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

# Worthington Specialty Processing

| | | Shipper's No. N82474 CONTINUED |
|---|---|---|
| CARRIER: JAMES BURG TRUCKING    37    BGJM | Carrier's No. 56-15867: |

RECEIVE, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Shipping Order

At  JACKSON, MI    04/02,  01  From  Worthington Specialty Processing

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| C/O | CONSIGNED TO | FREIGHT TERMS  PREPAID |
|---|---|---|
| SHIP TO 021032 | SOLD TO  015762 | |
| TOWER AUTOMOTIVE - ELKTON | U.S. STEEL CORPORATION | CARRIER |
| 91 DREISMANN | P.O. BOX 267 | |
| | DEPT 161W | |
| ELKTON    MI 48731 | PITTSBURGH    PA 15230 | VEHICLE IDENT |

| NUMBER AND DESCRIPTION OF ARTICLES | *WEIGHT (Sub. to Cor.) | |
|---|---|---|
| RT BILL  015762  U.S. STEEL CORPORATION | | Subject to Section 7 of Condition |
| P.O. BOX 267 | | of applicable bill of lading, if th |
| DEPT 161W | | shipment is to be delivered to th |
| PITTSBURGH    PA 15230 | | consignee without recourse on the consignor, the consignor shall si |
| | | the following statement: |
| ************************************************* | | The carrier shall not make |
| P/O 049145  M/O  JK67616-001    P/O  G994800691 | | delivery of this shipment without |
| MILL 0600039990011    PART 55345051 5735 | | payment of freight and all other |
| SPEC MS6000-42PAE    CODE USS | | lawful charges. |
| CM COATED AK  DQ ZN  ELECTRO  0454030AE | | By |
| 63.000 LBS  .0330 MIN X    67.3750    X    56.380 | | (Signature of Consignor) |
| ************************************************* | | |

| LIFT | MILL-COIL | MILL-HEAT | PIECES | WGT-ACT |
|---|---|---|---|---|
| 820324 | U007954 | T21135 | 250 | 8560 LB |
| 820323 | U007954 | T21135 | 250 | 8630 LB |
| 820336 | U007954 | T21135 | 250 | 8665 LB |
| 820339 | U007954 | T21135 | 250 | 8615 LB |
| 820343 | U007954 | T21135 | 250 | 8505 LB |
| 820344 | U007954 | T21135 | 250 | 8445 LB |
| T/B TOTAL | | PARTIAL | 1500 | 51420 LB |

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Per _____
(Signature of Consignor)

'01 APR 2 PM 1:42
If charges are to be prepaid write stamp here "TO BE PREPAID"

PREPAID

NOTES:

SHIP CONTROL    04/02/01    N54770

MATERIAL COVERED BY THIS BILL OF LADING HAS BEEN LOADED
AND PLACED ON TRUCK AT CARRIERS DIRECTION AND IN
ACCORDANCE WITH THE DRIVERS INSTRUCTIONS AND THE CONSIGNOR
ASSUMES NO RESPONSIBILITY THEREFOR (APPLIES TO MOTOR
CARRIER ONLY.)

CONTINUATION OF AN INTERSTATE SHIPMENT

USE THE FOLLOWING SHIPPER NUMBER REFERENCE
AS YOUR PAYMENT REFERENCE NUMBER  N82474

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Per _____
(Signature of Agent)

(The signature here acknowledge only the amount prepaid)

Charges
Advanced $ _____

| | ITEMS | GROSS | TARE | |
|---|---|---|---|---|
| TOTAL | 6 | 67400 LB | 1200 LB | 66200 LB |

| REC HOUR | SUN 12 01AM-FRI 10PM | UNLOADING: FLATBED TRUCK FOR FORKLIFT |
|---|---|---|
| REC DAYS | | SIDE UNLDG. |

Worthington Specialty Processing, Shipper

Per  Rich  4/2/01  (Sig...)

permanent postoffice address of shipper:  4905 S MERIDIAN RD,  JACKSON, MI 49201

👉 Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.