# EXHIBIT G

**USS** UNITED STATES STEEL                    INVOICE COPY

MRR  3329900 013 OP-C        03

| | PURCHASE ORDER DATE | PURCHASE ORDER NO |
|---|---|---|
| | | SAG9011884 |

R E M I T   T O:
004989729
PO BOX 77462
DETROIT MI  48277-7462

| USS CONTROL NO | USS ORDER NO | PAGE |
|---|---|---|
| 17218 - 1726 - 304 | JF51952 | 1 |
| TERMS | INVOICE DATE | INVOICE NO |
| GM MNS-2 | 06-21-01 | 161-778190 |

PLEASE REFER TO THE ABOVE INVOICE NO IN YOUR REMITTANCE

SOLD TO:
GMC ACG SAGINAW DIVISION
DISBURSEMENTS ANALYSIS DEPT
P O BOX 436040
PONTIAC MI 48343-6040

SHIP TO:
GENERAL MOTORS CORP
SAGINAW STEERING GEAR DIV
PLANT NO 6
TOWERLINE RD OFF HOLLAND RD
SAGINAW MI 48605-6040

| SHIPPER'S NO | DATE SHIPPED | FROM | ROUTE/CARRIER |
|---|---|---|---|
| N83505 | 06-20-01 | GARY, INDIANA  161 | JAMES BURG TRUCKING CO |

| SHIP MODE | MINIMUM WEIGHT | FOB | VEHICLE | PREPAID COLLECT |
|---|---|---|---|---|
| TL | 0040M | DESTINATION | N83505 | PPD |

| Item No. | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | COLD ROLL CARBON SPECIFIED HARDNESS RB 75/85 REGULAR MATTE FINISH C .13/ 20 MN 60/.90 P .040 MAX S 050 MAX SI .15/ 30 UNEXPOSED PRIME SIDE OUT OIL MEDIUM NO PICKLE WELDS PT#3388-- | | | |

ITEM   DESCRIPTION    FT LENGTH IN
01   .0610MINX10.83   COIL                            ACTWT
                     ID 24
                     OD MAX 56.86
   PRICE NUMBER  JF51952
   WHSE-NO  HEAT-NO  COIL  LIN-FT  ACT-LB  THEO-LB

   A160377  E02730    1     8099   18750   18189      18750   CENTS/LB
                                                              25 3700   4756.88
MID - 053592  OPEX# 119068-1-0

WORTHINGTON SP&PRO JACKSON MI 49201
PROCESSOR LOAD NUMBER 50-160654
HEAT NO    C    MN     P      S     SI    CU    NI
E02730    .19  0.80  .032   .009   .23   .02   02
HEAT NO    CR   MO    SN     AL     N     V     B
E02730    .03  .00   .003   .044  .005  .001  .0001
HEAT NO    CB
E02730    002
   COIL  ACT-LB  THEO LB
    1    18750   18189

B/L   18750  AS  40000                     INVOICE AMT    4756.88

DAYS TO MATURITY OR DISCOUNT DATE RUN FROM DATE OF INVOICE

Goods or services which were produced or rendered in the United States covered by this invoice were produced or rendered in compliance with the requirements of the Fair Labor Standards Act of 1938, as amended

PAYABLE IN U.S. DOLLARS
COUNTRY OF ORIGIN U S A

# Worthington Specialty Processing

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No: N83505
Carrier's No. 50-16065

CARRIER: JAMES BURG TRUCKING  1222  BGJM

RECEIVE, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Shipping Order

At JACKSON, MI   06/20  01  From Worthington Specialty Processing

| SHIP TO 016198 | CONSIGNED TO SOLD TO 015762 | FREIGHT TERMS | PREPAID THIRD PAR |
|---|---|---|---|
| DELPHI SAGINAW STEERING SYS<br>PLANT #6<br>TOWER LINE ROAD OFF HOLLAND RD<br>SAGINAW    MI 48605 | U.S. STEEL CORPORATION<br>P.O. BOX 267<br>DEPT 161W<br>PITTSBURGH    PA 15230 | CARRIER<br><br>VEHICLE<br>IDENT | |

**NUMBER AND DESCRIPTION OF ARTICLES** — WEIGHT (Sub. to Cor.)

RT BILL 015762  U.S. STEEL CORPORATION
P.O. BOX 267
DEPT 161W
PITTSBURGH    PA 15230

```
*/O 946713   M/O JF51952-001       P/O SAG9011884
             MILL 000039900611     PART 3368
             SPEC SAE 1017 MOD     CODE USS
CM COLD ROLLED SHEET
122.000 LBS   .0610 MIN X  10.8300    X COIL
```

| LIFT | MILL-COIL | MILL-HEAT | CLS | LENGTH | WGT-THEO | WGT-ACT |
|---|---|---|---|---|---|---|
| 824147 | A160377 | E02730 | 3 | 8099 FT | 18189 LB | 18750 LB |
| /O TOTAL | | PARTIAL | | 3 | 18189 LB | 18750 LB |

NOTES:
SHIP CONTROL    06/20/01 9900 PM

X WS2345

MATERIAL COVERED BY THIS BILL OF LADING HAS BEEN LOADED AND PLACED ON TRUCK AT CARRIERS DIRECTION AND IN ACCORDANCE WITH THE DRIVERS INSTRUCTIONS AND THE CONSIGNOR ASSUMES NO RESPONSIBILITY THEREFOR (APPLIES TO MOTOR CARRIER ONLY.)

CONTINUATION OF AN INTERSTATE SHIPMENT

USE THE FOLLOWING SHIPPER NUMBER REFERENCE AS YOUR PAYMENT REFERENCE NUMBER: N83505

```
** PLEASE SEND FREIGHT BILL TO:    **
** U.S. STEEL CORPORATION          **
** P.O. BOX 267                    **
** DEPT 161W                       **
** PITTSBURGH    PA 15230          **
```

PREPAID
'01 JUN 20

TOTAL    1 ITEMS                        18189 LB   18750 LB

REC HOUR: 8AM-3PM          UNLOADING: FLATBED TRK, OVERHEAD C-HOOK
REC DAYS: M-F              UNLDG.

Worthington Specialty Processing, Shipper
6/20/01

Agent must detach and return this Shipping Order and must sign the Original Bill of Lading.

Permanent post office address of shipper: 4905 S MERIDIAN RD, JACKSON, MI 49201

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SHIP
By _____ (Signature of Consignor)

Per _____ (Signature of Consignor)

If charges are to be prepaid, write or stamp here: "TO BE PREPAID".

PREPAID

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Per _____ (Signature of Agent)

(The signature here acknowledges only the amount prepaid)

Charges Advanced: $ _____






UNITED STATES STEEL                                                    INVOICE COPY

MRR  3329900 013 OP-C       03

| | |
|---|---|
| PURCHASE ORDER DATE | PURCHASE ORDER NO |
| | SAG9011884 |

R E 004989729
M PO BOX 77462
I T DETROIT MI  48277-7462
T O

| USS CONTROL NO | USS ORDER NO | PAGE |
|---|---|---|
| 17218 - 1726 - 304 | JF51952 | 1 |
| TERMS | INVOICE DATE | INVOICE NO |
| GM MNS-2 | 06-21-01 | 161-778190 |

PLEASE REFER TO THIS ABOVE INVOICE NO IN YOUR REMITTANCE

S GMC ACG SAGINAW DIVISION                 S GENERAL MOTORS CORP
O DISBURSEMENTS ANALYSIS DEPT              H SAGINAW STEERING GEAR DIV
L P O BOX 436040                           I PLANT NO 6
D PONTIAC MI 48343-6040                    P TOWERLINE RD OFF HOLLAND RD
T                                          T SAGINAW MI 48605-6040
O                                          O

| SHIPPERS NO | DATE SHIPPED | FROM | ROUTE/CARRIER | |
|---|---|---|---|---|
| N83505 | 06-20-01 | GARY, INDIANA | JAMES BURG TRUCKING CO | 161 |
| SHIP MODE | MINIMUM WEIGHT | FOB | VEHICLE | PREPAID COLLECT |
| TL | 0040M | DESTINATION | N83505 | PPD |

| Item No. | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|

COLD ROLL CARBON SPECIFIED HARDNESS RB 75/85
REGULAR MATTE FINISH C .13/ 20 MN  60/.90 P .040
MAX S .050 MAX SI .15/.30 UNEXPOSED PRIME SIDE OUT
OIL MEDIUM NO PICKLE WELDS PT#3388--

ITEM   DESCRIPTION    FT LENGTH IN
01    .0610MINx10.83   COIL                    ACIWT
                      ID 24
                      OD MAX 56 86

   PRICE NUMBER  JF51952
   WHSE NO HEAT-NO COIL  LIN FI   ACT-LB  THEO-LB
                                                              CENTS/LB
   A160377 E02730    1    8099    18750   18189      18750   25.3700   4756 88
MID - 053592 OPEX# 119068-1-0

WORTHINGTON SPEPROJACKSON MI 49201
PROCESSOR LOAD NUMBER 50-160654
HEAT NO   C    MN    P    S    SI   CU   NI
E02730   .19  0 60  .032 .009 .23  .02  .02
HEAT NO   CR   MO   SN   AL   N    V    B
E02730   .03  .00  003  .044 005 .001 .0002
HEAT NO   CB
E02730   002
   COIL   ACT-LB  THEO-LB
    1     18750   18189

B/L    18750  A9   40000                       INVOICE AMT    4756.88

DAYS TO MATURITY OR DISCOUNT DATE RUN FROM DATE OF INVOICE

Goods or services which were produced or rendered in the United States covered by this invoice were produced or rendered in compliance with the requirements of the Fair Labor Standards Act of 1938, as amended

PAYABLE IN U.S. DOLLARS
COUNTRY OF ORIGIN USA