# EXHIBIT H

02/09/05  WED 15:09  FAX 2199294007      WORTHINGTON STEEL                                      ☒022

(S75)

**USS** United States Steel Corporation        A403877   K686603
                                                          ** LOAD TALLY **
         74161    82-9924

| | Purchase Order Date | Purchase Order No. |
|---|---|---|
| JOB NO.   000060 | | DCB06810 |

| | Invoice No. | U.S. Steel Order No. | Page |
|---|---|---|---|
| FROM: UNITED STATES STEEL GARY WORKS GARY, INDIANA 46402 | | JA14689 - 01 | 1 |
| | Subject to Section 7 of conditions of Bill of Lading in N.M.F.C. and U.F.C. No recourse clause is extended. USS Corp. - Consignor | Shipper's No. 829924 | |

| SOLD TO: | SHIP TO: |
|---|---|
| UNITED STATES STEEL GARY WORKS GARY, INDIANA 46402 | DELPHI AUTOMOTIVE COMPONENTS GRP C/O WORTHINGTON-PORTER 100 WORTHINGTON DR,DOOR/19 PORTER  IN  46304 |

| Date Shipped | From | Route / Center | APPT DATE 00/00/00 APPT TIME 00:00 | |
|---|---|---|---|---|
| 01/11/05 | GARY, INDIANA | | | 5030810 |
| Ship Mode | Minimum Weight | | | PPD/COL. |
| TL | | | | PPD |

CUSTOMER INFO-PT#22222904--
HOT ROLL CARBON DELPHI CHASSIS PT#132-XXX 19-XXXXXXX MILL APPROVAL REQUIRE
DSPECIFIED HARDNESS RB 60 MAX C .05/.10 MN .60 P .025 MAX S .050 MAX S
I .10 MAX AL .050 MAX NON-PICKLED TEMPER ROLL EXPOSED PRESS SIDE OUT OIL LI
INFO PT#22222904--

IF YOU USE A SHIPPER REFERENCE FOR THIS MAT'L, USE 829924

| ITEM | ORDERED DIMENSIONS |
|---|---|
| 001 | .0650IN X 73.7344IN X 20.0000 |

| WHSE.TKT. | THICKNESS AND SIZE | | LFTS | SHEETS | ACT.WGT |
|---|---|---|---|---|---|
| A403877 | .0710 | 73.7344   .0000 | 1  N/A | Y89771 | 37430 |
| HEAT NO. | 86069 | | | | |

HEAT NO.   C      MN      P       S
Y89771   00.08000.39100.00900.007     REFERENCE                (FH)

ITEM TOTALS                                              1   N/A        37430 LB

CONTINUED ON NEXT PAGE
                                                            DUNNAGE    10 LB
PAGE SEQ NO. 9612 LOAD SEQ NO. 769 TIME 08:48 PR NO. 57429 WHSE NO. 04  3328280059

Per ___Controller - Gary Works___     USS Corp. - Shipper _____ Agent
Permanent Post Office Address of Shipper:                Per _____
600 Grant Street, Pittsburgh, PA 15219-4776
FORM # 04.002.1295 (10/95)

000/000☒                                                        XAF  1E:ST  GHW  8002/20/10

```
02/09/05  WED 15:09 FAX 2100294007        WORTHINGTON STEEL                      ☒021
```

[STS]

WORTHINGTON INDUSTRIES
STEEL - PORTER

STEEL RECEIVING REPORT                                    04-382913

DATE:    01/11/05                              DELIVERED VIA:  AREA TPS

CUSTOMER:  UNITED STATES STEEL CORP    015762    SHIPPER:      829924

P.O.:    CUSTOMER MATERIAL                     RECEIVED BY:    SZW


TAG-NO TPFN  GAGE      WIDTH   LOC  WEIGHT VEND HEAT NO.    MILL TAG      MILL ORDER

086069 HR    .0710   40.7344   642  37,430  USSG Y89771     A403877       JA14689001
             1.803MM1034.654MM      16,978KG


MILL#K686263 OVER WT 540LBS
MILL WT  39070   WS   WT 39610
              *NO SHOP ORDER*
** ASN RECEIPT **


TOTAL RECEIVED WEIGHT -       76,500       METRIC -     34,700.400 KG
TOTAL THEORITICAL WEIGHT -    74,161       METRIC -          .000 KG

DP-04-PORP-01/11-135449