# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| **DELPHI CORPORATION,** *et al.,* ) | |
| ) | Case No. 05-44481 (RDD) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## DECLARATION OF JENNIFER L. FRASER

Jennifer L. Fraser, under penalty of perjury, declares as follows:

1. I am employed as Bad Debt and Bankruptcy Coordinator by ExxonMobil BSC Canada ULC, an ExxonMobil subsidiary providing customer support service to ExxonMobil Fuels, Lubes & Specialties ("ExxonMobil").

2. I have personal knowledge of the matters set forth in this Declaration, except where my knowledge is based on my review of ExxonMobil's records and information obtained from others, which I believe to be true. I am over eighteen years of age, of sound mind and capable of making this Declaration. I have been authorized by ExxonMobil to make this Declaration on its behalf.

3. I have reviewed the Debtors' account with ExxonMobil, and based upon such review, I have prepared the reconciliation attached as Exhibit 1 to this Declaration.

4. I have reviewed the Debtors' Statement of Disputed Issues with Respect to Proof of Claim Number 7247 (the Debtors' Statement"). The payments described in paragraph 6 of the Debtors' Statement, i.e., check number 674508, dated October 4, 2005, and check number 667797, dated September 2, 2005, have been fully applied in payment of open items on the Debtors' account.

#9160548 v3

5.  After application of such payments and all other credits on the account, the remaining unpaid balance owed by the Debtors is $192,937.77.

6.  I declare under penalty of perjury that the foregoing statements are true and correct.

Executed this 3 day of January, 2008.

*Jennifer L. Fraser*
Jennifer L. Fraser

#9160548 v3

# EXHIBIT 1

Delphi Corp - POC Summary, 1030367

DELPHI CORPORATION
CUSTOMER # 1030367
3900 HOLLAND ROAD
SAGINAW MI 48601

| ALLOCATION TEXT | DOCUMENT # | DOCUMENT DATE | CURRENCY | AMOUNT | LINE ITEM TEXT |
|---|---|---|---|---|---|
| LUBE INVOICE BB | 409958338 | 6/16/2005 | USD | $2,626.56 | |
| DEBIT MEMO | 410476430 | 7/18/2005 | USD | $1,866.00 | |
| VOIDED CHECK | 1900124292 | 7/28/2005 | USD | ($1,828.20) | *OP8* hc to clr void ck#2500724799 per ASosa/Aruiz |
| LUBE INVOICE | 410718671 | 8/1/2005 | USD | $12,148.20 | |
| LUBE INVOICE BB | 410735714 | 8/1/2005 | USD | $1,313.28 | |
| LUBE INVOICE | 410766645 | 8/2/2005 | USD | $20,932.08 | |
| LUBE INVOICE | 410792312 | 8/3/2005 | USD | $31,855.12 | |
| 408850695 | 1600647637 | 8/5/2005 | USD | $537.00 | short paid 408850695 |
| 409845494 | 1600647637 | 8/5/2005 | USD | ($141.68) | overpaid 409845494 |
| 409997488 | 1600647637 | 8/5/2005 | USD | $337.45 | short paid 409997488 |
| 410134618 | 1600647637 | 8/5/2005 | USD | $2,566.00 | short paid freight |
| LUBE INVOICE | 410864906 | 8/8/2005 | USD | $20,278.02 | |
| LUBE INVOICE | 410894070 | 8/9/2005 | USD | $29,651.32 | |
| LUBE INVOICE | 410894071 | 8/9/2005 | USD | $29,858.72 | |
| LUBE INVOICE | 410991580 | 8/15/2005 | USD | $36,343.50 | |
| 411011966 | 1600675777 | 8/17/2005 | USD | $2,666.16 | *SP8* $185,907.00 |
| 411107684 | 1600675777 | 8/17/2005 | USD | $257.60 | *SP8* $185,907.00 |
| 411187226 | 1600683323 | 8/23/2005 | USD | $3,928.40 | *SP8* inv 411187226  $137,770.00 |
| 082405 S4LUBES | 1600759030 | 9/1/2005 | USD | $1,506.58 | PREPAYMENT ON ACCOUNT $91,831.20  SEE TXT |
| 409899137 | 1600729256 | 9/1/2005 | USD | ($172.14) | *OP8* inv 409899137  $29,754.00 |
| 411378044 | 1600725296 | 9/1/2005 | USD | ($1,597.12) | *OP8* $78,362.00 |
| 411378046 | 1600725296 | 9/1/2005 | USD | ($2,153.50) | *OP8* $78,362.00 |
| 411410272 | 1600729258 | 9/1/2005 | USD | $120.80 | *SP8* $79,394.00 |
| LUBE INVOICE | 411283030 | 9/1/2005 | USD | $313.25 | |
| LUBE INVOICE | 411283035 | 9/2/2005 | USD | $2,693.95 | |
| 410446251 | 1600727447 | 9/2/2005 | USD | $1,221.00 | *SP8* short paid freight $331,122.26 |
| 410446252 | 1600727447 | 9/2/2005 | USD | $1,221.00 | *SP8* short paid freight $331,122.26 |
| 410737505 | 1600727447 | 9/2/2005 | USD | $2,566.00 | *SP8* short paid freight $331,122.26 |
| 410737506 | 1600727447 | 9/2/2005 | USD | $2,566.00 | *SP8* short paid freight $331,122.26 |
| 410764015 | 1600727447 | 9/2/2005 | USD | $1,866.00 | *SP8* short paid freight $331,122.26 |
| DEBIT MEMO | 411450858 | 9/12/2005 | USD | $645.00 | |
| DEBIT MEMO | 411597967 | 9/15/2005 | USD | $77.28 | |
| 411630489 | 1600747774 | 9/27/2005 | USD | ($656.88) | *OP8* $170,193.20 CASH APPLICATION-OVER PAYMENT |
| 411655914 | 1600747774 | 9/27/2005 | USD | $1,504.50 | *SP8* $170,193.20 CASH APPLICATION-SHORT PAYMENT |

Delphi Corp - POC Summary, 1030367

| | | | | | |
|---|---|---|---|---|---|
| 411723088 | 1600747774 | 9/27/2005 | USD | ($2,653.28) | *OP8* $170,193.20 CASH APPLICATION-OVER PAYMENT |
| 411723089 | 1600747774 | 9/27/2005 | USD | $1,893.36 | *SP8* $170,193.20 CASH APPLICATION-SHORT PAYMENT |
| 411393597 | 1600759047 | 9/30/2005 | USD | ($36.24) | PREPAYMENT ON ACCOUNT - $40,550.00 |
| 411410274 | 1600759047 | 9/30/2005 | USD | ($287.92) | PREPAYMENT ON ACCOUNT $40,550.00 |
| 411590505 | 1600759059 | 9/30/2005 | USD | $2,640.40 | CASH APPLICATION-SHORT PAYMENT $79,394.00 |
| 411891756 | 1600759060 | 9/30/2005 | USD | $108.72 | CASH APPLICATION-SHORT PAYMENT $155,273.64 |
| INCOMING WIRE | 1600756854 | 9/30/2005 | USD | ($257.60) | INV 411514238 OVER PAYMENT $158k WIRE |
| INCOMING WIRE | 1600756854 | 9/30/2005 | USD | ($772.80) | INV 411590506 OVER PAYMENT $158k WIRE |
| PREPAYMENT | 1600807563 | 10/23/2005 | USD | ($2,419.00) | *OP8* INV 411997642 PREPAYMENT $155,273.64 |
| PREPAYMENT | 1600812600 | 10/27/2005 | USD | ($6,623.21) | SCRB P/PAYS FOR PID FILING (SEE DELPHI ORD SPRSHT) |
| PREPAYMENT O/P | 1600812599 | 10/27/2005 | USD | ($5,571.91) | COMBINED WITH CR OF $6,613.21 = $12,195.12/SEE TXT |

**Total Value of ExxonMobil's Unsecured Claim:** $192,937.77