**PEPPER HAMILTON LLP**
Bonnie MacDougal Kistler
Anne Marie Aaronson (AA1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Attorneys for ExxonMobil Oil Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| **DELPHI CORPORATION**, *et al.*, | ) |
| | ) Case Nos. 05-44481 (RDD) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 7, 2008, copies of the Supplemental Response Of ExxonMobil Oil Corporation To Debtors' Statement Of Disputed Issues With Respect To Claim 7247 (Twentieth Omnibus Objection To Claims) were caused to be served via electronic mail and first class mail, postage prepaid, upon the following individuals:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel
Email: sean.p.corcoran@delphi.com
       karen.j.craft@delphi.com

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606-1285
Attn: John Wm. Butler, Jr., Esq.
       John K. Lyons, Esq.
       Randall G. Reese, Esq.
Email: jbutler@skadden.com
       jlyonsch@skadden.com
       rreese@skadden.com

#9188868 v1

And via hand delivery and first class mail, postage prepaid, upon the following individual:

        Alicia M. Leonhard, Esq.
        Office of the United States Trustee
        Southern District of New York
        33 Whitehall Street, Suite 2100
        New York, NY 10004

**PEPPER HAMILTON LLP**

/s/ Anne Marie Aaronson
Bonnie MacDougal Kistler
Anne Marie Aaronson (AA1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Dated: January 7, 2008        Attorneys for ExxonMobil Oil Corporation

#9188868 v1