RECEIVED
BY MAIL ☐
BY HAND ☐
JAN 07 2008
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM

Jan 3, 2008

Skadden Arps, Slate Meagher, & Flom LLP
Attn: John Wm Butler Jr (JB 4711) & etc.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

To Whom It May Concern:

Delphi: I Sharyl J. Carter is objecting Delphi plan and process in bankruptcy court. I don't agree with it or anything, so I'm writing to object objection.

Sincerely,
Ms. Sharyl J. Carter