UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                :

    In re                              :        Chapter 11
                                :

DELPHI CORPORATION, et al.,     :        Case No. 05-44481 (RDD)
                                :

                   Debtors.     :        (Jointly Administered)
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STIPULATION AND AGREED ORDER WITHDRAWING WITHOUT PREJUDICE
DEBTORS' MOTION UNDER 11 U.S.C. § 365 AND FED. R. BANKR. P. 6006
AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS
<u>WITH GENERAL MOTORS CORPORATION</u>

("GM CONTRACT REJECTION MOTION NO. 1 WITHDRAWAL ORDER")

        WHEREAS on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectedly, the "Debtors"), filed voluntary petitions in this court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended; and

        WHEREAS on June 6, 2006, the Debtors filed the Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation ("GM") (Docket No. 3033) (the "Section 365 Motion"); and

        WHEREAS, in connection with that certain Global Settlement Agreement between Delphi and GM dated September 6, 2007 (as amended, the "Settlement Agreement"), which Settlement Agreement is Exhibit 7.20(a) to the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (the "Plan") and which remains subject to Court approval in connection with

2

confirmation of the Plan, the Debtors have agreed to withdraw without prejudice the Section 365 Motion;

NOW THEREFORE, Delphi and GM hereby stipulate and agree (which stipulation when "so ordered" by the Court shall constitute an order in the above captioned cases) that the Debtors hereby withdraw the Section 365 Motion without prejudice.

So Ordered.

Dated:   New York, New York
         January 7, 2008

/s/Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

AGREED AND
APPROVED FOR ORDER

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| By<br>    John Wm. Butler, Jr. (JB 4711)<br>    George N. Panagakis (GP 0770)<br>    Ron E. Meisler (RM 3026)<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>(312) 407-0700 | By   /s/ Michael P. Kessler<br>    Michael P. Kessler<br>767 Fifth Avenue<br>New York, New York  10153<br>(212) 310-8000<br><br>Attorneys for General Motors Corporation |

             - and -

By:   /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession