# EXHIBIT C

Contract Line Item Page:     Issue Date:    17-Aug-1998
Standard Blanket Contract Number:   N580000B    Amendment Number:   000
Part Number:   000000025160694

# LINE ITEM DETAIL



## DELPHI
### Automotive Systems

*GM Corporation*

| This Line Item is effective from | 01-Aug-1998 | through | 31-Jul-1999 |

**Part Description:**      RESERVOIR-F/PMP FUEL
**Amendment Reason:**    New Contract Line Item

**Manufacturing DUNS Number:**
00932543663

**Supplier Name and Manufacturing Address:**
NU TECH PLASTICS ENGINEERING
8018 EMBURY
GRAND BLANC, MI 48439
UNITED STATES

**Buyer Name:**
Turner, Trenia
**Buyer Code:**    CFF
**Phone:**    810-257-8305
**Fax:**    810-257-8016

**Hazardous Material Indicator:**    N

**Terms and Conditions**
**********

| This Period effective from | 01-Aug-1998 | through | 31-Jul-1999 |
|---|---|---|---|

**Freight Terms:** Collect
**Payment Terms:** 25th Prox
**Delivery Terms:** FREE ON BOARD - USA
**Delivery DUNS:** 00932543663
**Ship From DUNS:** 00932543663
**Daily Capacity:** 14,000
**Hours Per Day:** 16
**Price Type:** Expendable

**Price Composition:**

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in  *USD*

**Base Price:**                                                                                                 1.860000

**Total Price:**                                                                                                1.860000
**UOM:**   EACH

**Receiving Plants and Plant Percentage**
As scheduled                                                                                100%


**Terms & Conditions**
Right to Audit
C4

030047-000759