# EXHIBIT E

Contract Header Page:    1 of 1

# CONTRACT HEADER



*Delphi Automotive Systems LLC*

## SUPPLIER NAME AND ADDRESS INFORMATION:

**DUNS Number:**    00932543663
RAPID PRODUCT TECHNOLOGIES PLT 2
8018 EMBURY RD
GRAND BLANC,MI 48439
UNITED STATES

**Mailing Address Information:**
8018 EMBURY RD
GRAND BLANC,MI 48439
UNITED STATES

| Contract Header Number: | N5800 |
|---|---|

This contract sets forth the exclusive terms and conditions under which seller shall sell and buyer shall purchase the goods or services described in the line item detail of this contract for the period(s) specified therein. Terms and conditions proposed by seller which are different from or in addition to the provisions of this contract are unacceptable to buyer, are expressly rejected by buyer, and shall not become a part of this contract. Any modification of this contract shall be made only in accordance with the provisions of paragraph 31 of the contract terms and conditions.

030047-000600

| Contract Line Item Page: 1 of 2 | Issue Date: 15-Jan-2000 |
|---|---|
| **Standard Blanket Contract Number:** N580000B | **Amendment Number:** 003 |
| | **Part Number:** 000000025160694 |

# LINE ITEM DETAIL



*Delphi Automotive Systems LLC*

| This Line Item is effective from | 01-Aug-1998 | through | 15-Jan-2000 |
|---|---|---|---|

**Part Description:** RESERVOIR-F/PMP FUEL
**Amendment Reason:** DUNS Transfer Update

**Manufacturing DUNS Number:**
00932543663

**Supplier Name and Manufacturing Address:**
RAPID PRODUCT TECHNOLOGIES PLT 2
8018 EMBURY RD
GRAND BLANC,MI 48439
UNITED STATES

**Buyer Name:**
Arens, Lynn
**Buyer Code:** CFF
**Phone:** 810-257-8305
**Fax:** 810-257-8016

**Drawing Date:** 02-10-99
**Hazardous Material Indicator:** N

**Line Item Notes:**
11-3-99 Amendment created to allow for reprint of purchase order.

**Terms and Conditions:**
*********

| This Period effective from | 03-May-1999 | through | 15-Jan-2000 |
|---|---|---|---|

**Freight Terms:** Collect
**Payment Terms:** (M32) MNS-2, On average, payment shall be made on the second day of the second month following Buyers receipt date of goods or services.
**Delivery Terms:** FREE ON BOARD (FOB) - USA/CANADA/MEXICO
**Delivery DUNS:** 00932543663
**Ship From DUNS:** 00932543663
**Daily Capacity:** 14,000
**Hours Per Day:** 16
**Price Type** Expendable

030047-000601

| | | |
|---|---|---|
| Contract Line Item Page: 2 of 2 | | Issue Date: 15-Jan-2000 |
| **Standard Blanket Contract Number:** N580000B | **Amendment Number:** | 003 |
| | **Part Number:** | 000000025160694 |

**Price Composition:**

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in    *USD*

**Base Price:**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1.860000

---

**Total Price:**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1.860000
**UOM:**    EACH

**Receiving Plants and Plant Percentage**
As scheduled　　　　　　　　　　　　　　　　　　　　　　　　　　100%

**Terms & Conditions:**
Right to Audit
C4

030047-000602

Contract Attachment Page:    1  of  1

# CONTRACT ATTACHMENT



*Delphi Automotive Systems LLC*

**Contract Header Number:**    N5800

| **Contract Terms & Conditions:** <br> **Short Description** | **Detailed Description** |
|---|---|

030047-000603