# EXHIBIT P

1

1       UNITED STATES BANKRUPTCY COURT

2       SOUTHERN DISTRICT OF NEW YORK

3

4       ---------------------------------

5

6    In Re:                          Chapter 11

7    DELPHI CORPORATION, et al.,      Case No. 05-44481 (RDD)

8              Debtors.              (Jointly Administered)

9

10      ---------------------------------      **ORIGINAL**

11

12

13   DEPONENT:      JOHN GLENN COOPER

14   DATE:          Thursday, December 20, 2007

15   TIME:          1:45 p.m.

16   LOCATION:      37887 West Twelve Mile Road, Suite A

17                  Farmington Hills, Michigan

18   REPORTER:      Bonnie J. Humm, CSR-2999

19

20

21

22

23

24

25

2

1    APPEARANCES:

2    MR. NICK D. CAMPANARIO

3    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

4    333 West Wacker Drive

5    Chicago, Illinois  60606-1285

6    (312) 407-0700

7        Appearing on behalf of Delphi Corporation.

8

9    MS. SUSAN LEIGH BROWN

10   SCHWARTZ LAW FIRM, P.C.

11   37887 West Twelve Mile road, Suite A

12   Farmington Hills, Michigan  48331

13   (248) 553-9400

14       Appearing on behalf of Nu-Tech Plastics

15       Engineering.

16

17   Also Present:  MR. JOSEPH E. PAPELIAN

18

19

20

21

22

23

24

25

# PAGES INTENTIONALLY OMITTED

1      Motors?

2   A.   Oh, it would have been, yes.

3   Q.   Did Nu-Tech help General Motors remove the tool from

4        Nu-Tech?

5   A.   I would guess so.

6   Q.   How big of a tool are we talking here?

7   A.   I'm going to guess it probably weighed 1500 pounds.

8   Q.   And did General Motors give Nu-Tech -- did General Motors

9        let Nu-Tech know that it was going to come in and remove

10       the tools for 0694 before they did it?

11  A.   Oh, I'm sure they probably called.  I wasn't there, but

12       I'm sure they called and said we're sending a truck or

13       whatever.

14  Q.   So you didn't actually get a call from GM saying that,

15       but you assume that happened?

16  A.   I assume that, you know.

17  Q.   Did General Motors tell Nu-Tech why it was removing the

18       tools from Nu-Tech's plant?

19  A.   Not when they physically come and got them.

20  Q.   What about other than when they physically come and got

21       them?

22  A.   Yeah.  Way back somewhere in August, September time

23       frame, when they settled their strike, that's when they

24       told us that they were going to take the job back

25       in-house.

28

1  Q.  And you're talking August or September of 1998?

2  A.  Yes.  I believe that was '98.

3  Q.  Does that help you remember when the tools were removed?

4  A.  Well, to be honest with you, they never come and got them

5      right away.  They come and got one -- now, I'm just -- I

6      shouldn't even say, but in the fall, October maybe,

7      something like that, September, October.

8          And then the second one they never -- they

9      didn't get it until after the first of the year.  I'm

10     thinking -- I would have to look at our invoicing, but

11     I'm thinking we invoiced in '98 that part, so we -- or

12     '99, I mean, so we would have run that other tool.

13 Q.  And so was it in the fall of '98, then, that someone told

14     you you were going to get a substitute part for 0694?

15 A.  Yes.

16 Q.  Did the two kind of go hand in hand; we're going to move

17     production of 0694 back in-house, and at the same time

18     we're going to give you -- what was it, 0510?

19 A.  No.  It was after that.

20 Q.  It was after?

21 A.  Yeah.  It was after that that they were going to -- they

22     were coming out with a new reservoir, and we would get

23     that reservoir to replace the 0694.  It would never go in

24     the plant.  It would be out to us.

25          In other words, normally they will have a tool

29

```
 1        made at a tooling house somewheres.  And what they
 2        explained to me was -- John Mailey explained to me was
 3        they're building the tool out in a tooling house
 4        somewhere, sending it to us to PPAP and get the tooling
 5        and never go into General Motors.  That's normal
 6        procedure.
 7    Q.  Was it General Motors who told Nu-Tech that, you know,
 8        General Motors was going to bring production of part 0694
 9        in-house?
10    A.  That's what I was told.  I physically never --
11    Q.  They didn't say it to you?
12    A.  No, no.  John Mailey, my partner, was the one who dealt
13        with them every day.
14    Q.  Did you learn from John Mailey who, meaning the person,
15        who told him that part 0694 was going to go in-house as a
16        result of the labor strike issues?
17    A.  Yes.  I was told that from John Mailey.
18    Q.  No.  But did John Mailey tell you who told him that?
19    A.  Oh.  I don't recall.
20    Q.  Do you remember which person -- well, let me start over.
21              Did someone tell you personally that Nu-Tech
22        would get part 0510 as a substitute for part 0694?  Did
23        someone tell you that?
24    A.  Just John Mailey, my partner.
25    Q.  Did John Mailey tell you who had told him that?
```

30

```
 1   A.   I don't recall that, no.

 2   Q.   If he did tell you, you don't remember who it was?

 3   A.   Yeah, I don't remember who it would have been.

 4   Q.   Do you think he did tell you, or you just can't remember?

 5   A.   Pardon me?

 6   Q.   Do you think John Mailey did tell you?

 7   A.   Oh, yes, I know he told me.

 8   Q.   And you just can't remember who it was?

 9   A.   Yes.

10   Q.   Do you remember whether it was someone who worked for

11        General Motors?

12   A.   Oh, I'm sure it was.

13   Q.   So after Nu-Tech received a communication from General

14        Motors in the fall of '98, September or October of '98,

15        that GM was going to bring production of part 0694 back

16        in-house, how did you react to that news?

17   A.   Oh, I just about had a heart attack.  That was a good

18        profitable job that they had given us.

19   Q.   And the reason you almost had a heart attack --

20        thankfully you didn't -- is because, based on that

21        communication, it was your understanding that Nu-Tech was

22        losing that business, correct?

23   A.   Yeah, when he said that that day.  And then it was within

24        a week or so he said that, you know, they was going to

25        replace it with this 0510.  In other words, he didn't say
```

1      a number, because they probably didn't have a number

2      then.  But they were going to replace the reservoir with

3      another one that looked similar to it, same volumes and

4      same...

5  Q.  And so you didn't know in the fall of '98 exactly when it

6      was going to happen?

7  A.  No.

8  Q.  But you knew at some point down the line you were going

9      to lose the 0694 business?

10  A.  Yeah.  That's what he told me.

11  Q.  And that you were going to lose it because of GM's strike

12      settlement?

13  A.  Yes.

14  Q.  Did Nu-Tech complain to GM about that?

15  A.  Oh, yes.

16  Q.  What form did those complaints take?  How did it

17      communicate its complaints?

18  A.  We had meetings with purchasing people and with Delphi

19      upper management, Ken -- gosh, I can't...

20  Q.  Ken Szymczak?

21  A.  Pardon me?

22  Q.  Szymczak?

23  A.  Yeah.  Ken and Robinson, Ron or Don or something

24      Robinson.

25  Q.  Were you personally involved in those meetings?

# PAGES INTENTIONALLY OMITTED

51

1    from Nu-Tech; is that correct?

2  A.  They got one tool.  The other one I don't think left.  We

3      run some parts in '99.  I couldn't tell you when.

4  Q.  So you think that --

5  A.  I have invoicing in '99.

6  Q.  You think that when you said in your declaration that a

7      tool was removed on December 31, 1998, you think that was

8      the first tool that was removed?

9  A.  I believe it.  I'd have to -- I got to look, but I

10     recall -- I think I recall invoicing in '99 for this

11     part.

12 Q.  So as best as you can recall, Nu-Tech retained one tool

13     to produce part 0694 until some point in 1999, right?

14 A.  I believe it, yes.

15 Q.  And you just don't remember exactly what point in 1999

16     the second tool was removed, correct?

17 A.  Right.

18 Q.  Do you have a ballpark on when you think it was?

19 A.  Gosh, I don't.  But I can dig that up, but...

20 Q.  So was the procedure under this purchase order the same

21     as under the purchase order that we looked at before in

22     that GM would provide Nu-Tech with a forecast, and

23     Nu-Tech would then, you know, produce that number of

24     parts?  Is that how it worked?

25 A.  Yes.

52

1   Q.   Do you think Nu-Tech produced part 0694 throughout this

2        contract period, throughout the end of July '99, or do

3        you think it was before then that --

4   A.   I don't know for sure, but I'm going to guess that we

5        didn't have the tool in July of '99.  I think they got it

6        before that.

7   Q.   And when the second tool was removed from Nu-Tech,

8        whenever that was, did Nu-Tech stop getting forecasts at

9        that point?

10  A.   To be honest with you, I don't know.  We must have.  We'd

11       have no way to produce it.

12  Q.   Right.  It wouldn't make much sense?

13  A.   Yeah, it wouldn't make sense for them to send forecasts

14       if they had both tools.

15            MR. PAPELIAN:  I have to leave.  Sorry.

16  Q.   (By Mr. Campanario) Is there a reason why your

17       declaration talks about the removal of a tool on

18       December 31, 1998, but doesn't say anything about the

19       timing of the removal of the other tool?

20            It just seems not the way I would do it.

21  A.   Yeah, I don't...

22  Q.   Is it because you didn't remember when the other tool was

23       removed?  Or was there some other reason for not

24       including that in your declaration?

25  A.   No.  I don't recall when the second tool was removed.

# PAGES INTENTIONALLY OMITTED

66

1        today.

2                Do you have an understanding of which of those

3        two scenarios it is?

4    A.  No, I don't.  No.  I never -- at the time maybe I read

5        it, but I didn't...

6    Q.  All right.  That will save us some time.  I know we've

7        gone over this a couple of times; we don't know exactly

8        when the tools were removed.  But by May 3rd of 1999 had

9        they been removed, both of them?

10   A.  May 3rd of '99?

11   Q.  Or maybe you just don't remember.

12   A.  I don't recall --

13   Q.  Okay.

14   A.  -- exactly.  I should, but...

15   Q.  And do you know why the expiration date of the standard

16       blanket contract was extended under the May 1999 document

17       that is Exhibit 17?  Because the expiration date under

18       the old one was July 31, '99, right?

19   A.  Right.

20   Q.  Under this one, it's December 31, 2000?

21   A.  That's right.

22   Q.  Do you know why that is?

23   A.  My assumption, to be honest with you, I assumed we were

24       going to get the tool back.

25   Q.  Wait a second.  I thought you just said you didn't even

# PAGES INTENTIONALLY OMITTED

```
 1        Delphi had separated from GM?

 2   A.   Yes.

 3   Q.   And that's the basis for you saying that it was Delphi

 4        who notified you in September or October of 1998 that

 5        production of part 0694 was going to be brought in-house?

 6   A.   Yes.

 7   Q.   A couple more issues.  I think we have probably 10

 8        minutes left, if we're lucky.

 9             Are you familiar with the term Division 2?  Is

10        that used within Nu-Tech?

11   A.   No, I don't think so.

12   Q.   Did you review Nu-Tech's financial statements as part of

13        your responsibilities as vice president of Nu-Tech?

14   A.   Back then, yes.

15   Q.   If I showed you a financial statement with a line item

16        entry under sales for Division 2 Purchasing, would that

17        refresh your memory at all?

18   A.   Oh, yeah.  Okay.  Now I know.

19   Q.   What types of activities did Division 2 Purchasing engage

20        in, if you know?

21   A.   Division 2, what I done -- in the automotive industry,

22        minority participation is required on all contracts.  To

23        what extent, the amounts is all over.  My conveyor

24        business, there's no place to get minority content.  In

25        other words, there's not an electrical contractor out
```

1    there you can sub it to that's minority.  In my conveyor

2    business, I done a $125-million-a-year business.

3          As part of the contractual requirements for GM,

4    Ford and Chrysler, everybody else for that matter,

5    Toyota, they require a certain amount of minority

6    participation in your contract.  Example, you get a

7    $10 million contract, you have to have -- Chrysler is up

8    to 20 percent now.  Back then, everybody was around five

9    to seven percent.

10         And there's no place to get that, because the

11   subcontractors are not minority out there.  So you try to

12   buy some steel from a minority company or something to

13   try to get this requirement.  And it was just a hassle

14   every day, every day, every day.

15         So what I done is I run purchase orders through

16   this minority company that got me my participation, and

17   they charged them two points, I think.  Then I have --

18  Q.   You ran the purchase order through Nu-Tech?

19  A.   Right.

20  Q.   So that the conveyor business could be counted as having

21       gone through a minority-owned business?

22  A.   Right.  So I can list these guys as a minority contact.

23       And what they done to earn their money is --

24  Q.   What Nu-Tech did to earn its money?

25  A.   Yeah.  What they did, they obviously done the paperwork;

1   you know, I would write them a purchase order, they would

2   write Conte Electric, an electric company, a purchase

3   order, and the money would come back the same way.

4                So they had to write them a purchase order, and

5   then my purchase order to Nu-Tech, I used that as

6   minority participation on the job.

7   Q.   Gotcha, gotcha.

8   A.   I think I give them two percent or something.  That's how

9   I kept the thing afloat for a long time.  That's how I

10  dumped all this million and a half out of Fab.  When they

11  went upside down, they owed Fab a million bucks.

12  Q.   So the Division 2 Purchasing business was Fab conveyor

13  business?

14  A.   Yes.

15  Q.   That was put through Nu-Tech in the way that you just

16  described?

17  A.   Paperwork, just paperwork was all they did.  My own

18  purchasing people controlled, so they got the right

19  specifications and all that kind of stuff.  They just

20  done the paperwork.

21  Q.   Okay.  I understand.

22                I want to go back and talk a little bit about

23  the labor that was required to produce 0694.  Once

24  Nu-Tech stopped receiving releases for 0694, what

25  happened to the workers who had been hired to produce

100

1       0694?

2   A.  Probably, if you look at my payroll records, most of them

3       got laid off or maybe they went to another job in there.

4       I'm going to guess they probably got laid off.

5   Q.  And how long would you have kept them on payroll before

6       laying them off?

7   A.  If I didn't have anything for them to do, probably a

8       couple weeks at the most, you know.

9   Q.  Okay.  If you didn't lay them off, you reassigned them to

10      do other tasks; is that correct?

11  A.  Yeah.  I don't pay anybody to stand around.

12  Q.  The last thing that I want to talk about is this issue

13      with material costs and whether Nu-Tech had any material

14      costs associated with its production of part 0694.

15           And are you aware that Nu-Tech's financial

16      statements include cost of goods sold in connection with

17      part 0694?

18  A.  Yes.

19  Q.  And do those costs of goods sold include material costs?

20  A.  On the financial statement?

21  Q.  Yes.

22  A.  Yes.

23  Q.  Are you aware that Nu-Tech's tax returns for 1998 include

24      cost of goods sold in connection with part 0694?

25  A.  Now that you mention that, I don't know that, but I'm

# PAGES INTENTIONALLY OMITTED

114

1                           RE-EXAMINATION

2       BY MR. CAMPANARIO:

3    Q.    In the exchange you just had with your counsel, you

4          testified that in August of 1998, when Nu-Tech sent out

5          an invoice with respect to part 0694, that invoice would

6          go to Delphi?

7    A.    To my knowledge, yes.

8    Q.    Do you mean Delphi as a division of General Motors?

9    A.    No.  At that point in time it was Delphi.

10   Q.    You believe that in August of 1998 Delphi had already

11         separated from GM; is that right?

12   A.    That's what I believe, yes.

13   Q.    And that's the basis for your statement that the invoices

14         went to Delphi as a standalone entity?

15   A.    Yes.

16   Q.    How about with the payments; you also testified that in

17         August of 1998, when Nu-Tech received payments for part

18         0694, those payments came from Delphi, correct?

19   A.    Yes.

20   Q.    And does that mean Delphi as a division of GM, or does

21         that mean Delphi as a standalone entity?

22   A.    Delphi as Delphi, standalone.

23   Q.    And that's based on the same assumption, correct, that by

24         August of 1998 Delphi had separated from GM?

25   A.    Yes.

# PAGES INTENTIONALLY OMITTED

1    STATE OF MICHIGAN)
                      )
2    COUNTY OF WAYNE  )

3              CERTIFICATE OF NOTARY PUBLIC

4              I, BONNIE J. HUMM, a Notary Public in and for

5    the above county and state, do hereby certify that the

6    deposition of said witness was taken before me at the

7    time and place hereinbefore set forth; the witness was by

8    me first duly sworn to testify to the truth; that

9    thereupon the foregoing questions were asked and

10   foregoing answers made stenographically and later reduced

11   to typewritten form; and I certify that this is a true

12   and correct transcript of my stenographic notes so taken.

13             I also certify that I am not a relative or

14   employee of or an attorney for a party; or a relative or

15   employee of an attorney for a party; or financially

16   interested in the action; nor am I interested directly or

17   indirectly in the matter in controversy either as

18   counsel, agent, attorney, or otherwise.

19

20

21   --------------------------------
     BONNIE J. HUMM, CSR-2999, RPR
22   Certified Shorthand Reporter
     Registered Professional Reporter
23   Notary Public, Wayne County, Michigan
     My commission expires:  12/5/13

24

25