# EXHIBIT Q

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Albert L. Hogan, III (AH 8807)
Ron E. Meisler (RM 3026)


        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
        In re                         :      Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :      Case No. 05-44481 (RDD)
                                      :
        Debtors.                      :      (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DECLARATION OF TINA WEBER IN SUPPORT OF DEBTORS' OBJECTION TO
PROOF OF CLAIM NO. 1279 (NU-TECH PLASTICS ENGINEERING, INC.)

Tina Weber Declaration

I, Tina Weber, declare as follows:

1.    I am currently a Delphi Powertrain Business Line Purchasing Manager.  I have been employed by General Motors Corporation ("GM") or Delphi Corporation ("Delphi") since 1977.  From 1992 to late 1998 I was a chemical-commodity manager for GM with supervisory authority over certain buyers, including Trenia Patrick (formerly Trenia Turner) and another buyer who dealt directly with Nu-Tech Plastics Engineering, Inc. ("Nu-Tech").  In late 1998, I was named a GM business-line purchasing manager and held that position until Delphi separated from GM in 1999.

2.    I make this declaration in support of Delphi's objection to proof of claim number 1279 filed by Nu-Tech.  The statements in this declaration are based upon my personal knowledge.

3.    Nu-Tech supplied several parts to GM and Delphi Automotive Systems LLC ("DAS") from 1996 through 2000, including a fuel reservoir identified as part number 25160694 (the "Part").  During that period, Nu-Tech participated in a mentorship program for minority-owned suppliers that was established by GM and continued by Delphi.

4.    Nu-Tech entered into its first Part-related agreement with GM (not DAS) in November 1997, when GM added the Part to an existing purchase order by issuing Purchase Order 8C934, Rev. No. 002, a copy of which is attached to this declaration as Exhibit A. Purchase Order 8C934, Rev. No. 002 expired on July 31, 1998, and it is my understanding that Nu-Tech is not asserting that DAS breached that agreement.

5.    In June 1998, GM (not DAS) issued a new purchase order covering the Part – Purchase Order 9C941, a copy of which is attached to this declaration as Exhibit B – with a term running from August 1, 1998, through July 31, 1999.  A short time after it issued Purchase

2

Order 9C941, GM transitioned from one purchasing system (PPS) to another (GPS).  In August 1998, after the transition, GM (not DAS) reissued its purchase order for the Part using the new purchasing system's form – Standard Blanket Contract Number N580000B (the "GM Purchase Order"), a copy of which is attached to this declaration as Exhibit C.

6.        Although Ms. Patrick asserts in her declaration that she issued the GM Purchase Order when "Delphi was spun off by General Motors" (Patrick Dec. ¶ 24), and that DAS "assumed" Purchase Order 9C941 by issuing the GM Purchase Order (id.), that is not the case.  The GM Purchase Order was issued in August 1998, months before the spin-off in 1999.  And again, the purpose of the GM Purchase Order was merely to reissue Purchase Order 9C941 using the form from GM's new purchasing system, without changing the terms of the agreement.

7.        Meanwhile, in June 1998, one of GM's labor unions stopped work at two GM plants in Flint, Michigan.  As part of its agreement with the union settling the work stoppage in July 1998, GM agreed to produce the Part itself using union labor.  By the end of 1998, GM had recovered from Nu-Tech's plant all of the GM tools needed to produce the Part.

8.        In May 1999, DAS issued Amendment Number 1 to Standard Blanket Contract N580000B (the "Purchase Order"), a copy of which is attached to this declaration as Exhibit D.  This Purchase Order, which was Nu-Tech's first Part-related agreement with DAS (as opposed to GM), extended the term of the GM Purchase Order through December 31, 2000.  At the time of this amendment, Nu-Tech did not have the GM tools needed to produce the Part and DAS was under an obligation to produce the Part itself as part of the labor agreement ending the strike in the summer of 1998.

9.        Nu-Tech was placed in Delphi's troubled-supplier program in September 1999.  As part of that program, Delphi's business consultant, BBK, Ltd. ("BBK"), was sent to

3

Nu-Tech's headquarters to monitor and develop potential strategies for improving Nu-Tech's business.  At about the same time, Nu-Tech, with the assistance of Delphi and BBK, began to look at potential acquirers.  Nu-Tech ultimately agreed to sell its assets to another supplier, Rapid Product Technologies, L.L.C. ("Rapid"), in January 2000.  On January 15, 2000, the day after Nu-Tech executed its final agreement with Rapid, DAS issued an amendment to the Purchase Order (the "Amended Purchase Order") substituting Rapid as the seller of the Part.  A copy of the Amended Purchase Order is attached to this declaration as Exhibit E.

10.    To my knowledge, Nu-Tech did not communicate to Delphi or DAS its assertion that DAS had breached the agreement concerning the Part until it filed its lawsuit against GM and DAS in December 2002.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 5, 2007.

TINA WEBER

Tina Weber Declaration

# EXHIBIT A

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

932543663

**PURCHASE ORDER**

1998 MODEL YEAR

THIS PURCHASE ORDER
NUMBER MUST APPEAR ON
ALL INVOICES, PACKAGES, PACKING SLIPS,
AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| BC034 | 002 | 11/05/97 | 1 OF 10 |

| Z NUMBER | EFFECTIVE DATE |
|---|---|
| BHBG | 11/17/97 |

| NET | PAYMENT TERMS | F.O.B. POINT | F.O.B. TERMS |
|---|---|---|---|
| 25TH PROX | OR NONE/25TH PROX | GRAND BLANC    MI | COLLECT |

REQUIREMENTS CONTRACT
REVISION

PO/REV NOTES:

THIS REVISION TO ADD PART NUMBER 25160694 TO CONTRACT.
PLANT O2 FACTORY ASSIST.
PRICE OF $ 1.86 HAS BEEN ESTABLISHED AND REPRESENTS AN
ESTIMATE BASED ON AN AVERAGE MATERIAL PRICE.
APPROPRIATE ADJUSTMENT WILL BE MADE TO PIECE PRICE, DEPENDING
ON FINAL DECISION TO CONSIGN MATERIAL OR ALLOW UNETCH TO
PURCHASE DIRECT.
LYNN ARENS 11-5-97

PO/REV CLAUSES:

ACI THE NAO DISBURSEMENT CENTER WILL GENERATE PAYMENT FOR MATERIAL
SHIPMENTS FOR PART NUMBERS DETAILED ON YOUR GM CONTRACT AT THE
CURRENT CONTRACT UNIT PRICE.

TO FACILITATE PAYMENT YOU MUST ADHERE TO THE FOLLOWING GUIDELINES:

PACKING SLIPS MUST BE ATTACHED TO EACH SHIPMENT AND INCLUDE THE
FOLLOWING DETAIL:
1. P.O. NUMBER PROVIDED BY DELPHI ENERGY & ENGINE MGT SYSTEMS
2. GM PART NUMBER ASSIGNED
3. DESCRIPTION OF ITEM SHIPPED
4. SHIP DATE
5. SHIPPING IDENTIFICATION NUMBER - A UNIQUE PACKING SLIP OR

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
APPROVES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER AND/OR FORMS, REV. #75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

NU TECH PLASTICS ENGINEERING
JOHN MAILEY-PRESIDENT
8018 EMBURY ROAD
GRAND BLANC    MI    48439

BUYER:    CFF    TRENIA A. TURNER

ACKNOWLEDGED BY

DATE

030047-000748

# AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

REV

acc
AUTOMOTIVE
COMPONENTS
GROUP

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

THIS PURCHASE ORDER
NUMBER MUST APPEAR ON
ALL INVOICES, PACKAGES, PACKING SLIPS,
AND BILLS OF LADING.

## PURCHASE ORDER
### 1998 MODEL YEAR

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| C934 | 002 | 11/05/97 | 2 OF 10 |

| | Z NUMBER | EFFECTIVE DATE |
|---|---|---|
| | BHBC | 11/17/97 |

SHIP DUNS  932543663

| F.O.B. POINT | | F.O.B. TERMS |
|---|---|---|
| GRAND BLANC | MI | COLLECT |

| NET | PAYMENT TERMS |
|---|---|
| 25TH PROX | OR NONE/25TH PROX |

REQUIREMENTS CONTRACT
REVISION

PO/REV CLAUSES:    ACI

INVOICE NUMBER FOR EACH SHIPMENT
6.    SHIP FROM DUN AND BRADSTREET NUMBER

DO NOT SEND INVOICES FOR MATERIAL (PRODUCT) SHIPMENTS.  THE MATERIAL
SHIPPED WILL BE PAID UNDER THE EVALUATED "PRICED" RECEIPT STRATEGY
OF NAO DISBURSEMENTS.  THE PACKING SLIP NUMBER USED TO IDENTIFY THE
SHIPMENT MUST BE A NUMBER YOUR RECEIVABLES CAN USE TO IDENTIFY THE
PAYMENT ON YOUR REMITTANCE ADVICE.

PHONE CALLS REGARDING QUANTITY DISCREPANCIES MUST BE DIRECTED TO THE
REQUISITIONER.

PHONE CALLS REGARDING PRICE DISCREPANCIES MUST BE DIRECTED TO THE
BUYER.

A MONTHLY STATEMENT IS REQUIRED TO BE SENT TO NAO DISBURSEMENTS:

NAO DISBURSEMENTS
DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
PO BOX 436037
PONTIAC MI 48343-6037

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENTAGE SHOWN IN THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D669 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER:        CFF    TRENIA A. TURNER

ACKNOWLEDGED BY                          DATE

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

932543663

**THIS PURCHASE ORDER**
**NUMBER MUST APPEAR ON**
**ALL INVOICES, PACKAGES, PACKING SLIPS,**
**AND BILLS OF LADING.**

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|----------|----------|------------|------|
| 8G834 | 002 | 11/05/97 | 3 OF 10 |

**PURCHASE ORDER**

1998 MODEL YEAR

| | F.O.B. POINT | | Z NUMBER | EFFECTIVE DATE |
|---|---|---|---|---|
| | GRAND BLANC | MI | BHBC | 11/17/97 |

| NET | PAYMENT TERMS | | F.O.B. TERMS |
|-----|---------------|---|--------------|
| 25TH PROX | OR NONE/25TH PROX | | COLLECT |

SHIP/DUNS

REQUIREMENTS CONTRACT
REVISION

PO/REV CLAUSES:      ACI

PLEASE NOTE; FOB TERMS ON THE CONTRACT ARE FREIGHT COLLECT. ALL
COMMON CARRIER CHARGES MUST BE SENT COLLECT UNLESS OTHER TERMS ARE
NOTED ON THE CONTRACT. NAO DISBURSEMENTS WILL NOT PROCESS FREIGHT
PAYMENTS DIRECT TO THE SUPPLIER.

UPS "CONSIGNEE BILLING". QUESTIONS SHOULD BE DIRECTED TO UPS BY
PHONING 1-800-354-7527. PLEASE HAVE YOUR INDIVIDUAL LOCATION UPS
SHIPPER ACCOUNT NUMBER READY WHEN CALLING.

AED

CALL (800) 436-6668 FOR TRANSPORTATION ROUTING INSTRUCTIONS FOR
DELPHI ENERGY AND ENGINE MANAGEMENT SYSTEMS SHIPMENTS.
THIS SUPERCEDES ANY PREVIOUS ROUTING INSTRUCTION ISSUED.

SELLER SHALL DEMONSTRATE THAT SELLER HAS THE ABILITY TO RECEIVE AND
PROCESS ORDERS, FORECASTS, PLANNING AND SHIPPING INFORMATION FOR
GENERAL MOTORS AND THEIR CUSTOMERS AND SUPPLIERS, USING EDI AS THE
METHOD FOR COMMUNICATION USING ANSI X12 STANDARDS FOR TRANSMISSIONS
AND TRANSACTION SETS DEFINED BY THE GENERAL MOTORS CUSTOMER FOR EACH

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDER AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D669 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER:      CFF    TRENIA A. TURNER

ACKNOWLEDGED BY

DATE

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

932543663

**PURCHASE ORDER**

1998 MODEL YEAR

THIS PURCHASE ORDER
NUMBER MUST APPEAR ON
ALL INVOICES, PACKAGES, PACKING SLIPS,
AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 16934 | 002 | 11/05/97. | 4 OF 10 |

| | Z NUMBER | EFFECTIVE DATE |
|---|---|---|
| | BHBC | 11/17/97 |

SHIP W/INS

| NET | F.O.B. POINT | | F.O.B. TERMS |
|---|---|---|---|
| PAYMENT TERMS | GRAND BLANC | MI | COLLECT |
| 25TH PROX    OR NONE/25TH PROX | | | |

REQUIREMENTS CONTRACT
REVISION

PO/REV CLAUSES:    AED EDI APPLICATION.  SELLER SHALL ALSO DEMONSTRATE THE ABILITY TO
GENERATE THE GM 1724, LABEL USING INFORMATION TRANSMITTED IN THE
AIAG ANSI X-12, 862 TRANSACTION SET.

SELLER SHALL PROVIDE COMMON BAR CODED SHIPPING LABELS AS THE MEANS
TO IDENTIFY GOODS FOR SHIPMENT AS DEFINED IN THE "GM 1724 GENERAL
MOTORS SHIPPING PARTS IDENTIFICATION LABEL STANDARDS", PUBLISHED
BY THE SUPPLIER QUALITY ADMINISTRATION, GENERAL MOTORS WORLDWIDE
PURCHASING.

CAP
INVOICE TO ADDRESS:
------------------

NAO DISBURSEMENTS
DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
PO BOX 436037
PONTIAC MI 48343-6037

CFL CLAUSE CFL - CORPORATE FORCED LABOR & QUALITY CLAUSE:
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT
PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENT SHOWN BY THE PERCENTAGE SHOWN ON THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, FORM GM8 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER:    CFF  TRENIA A. TURNER

ACKNOWLEDGED BY                                                DATE

FORM 3500.00
REV

**AUTOMOTIVE COMPONENTS GROUP WORLDWIDE**

GENERAL MOTORS CORPORATION

PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

932543663

**PURCHASE ORDER**

1998 MODEL YEAR

THIS PURCHASE ORDER
NUMBER MUST APPEAR ON
ALL INVOICES, PACKAGES, PACKING SLIPS,
AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 96934 | 002 | 11/05/97 | 5 OF 10 |

| Z NUMBER | EFFECTIVE DATE |
|---|---|
| BHBC | 11/17/97 |

| PAYMENT TERMS | F.O.B. POINT | | F.O.B. TERMS |
|---|---|---|---|
| NET | GRAND BLANC | MI | COLLECT |
| 25TH PROX OR NONE/25TH PROX | | | |

SHIP CONS

REQUIREMENTS CONTRACT
REVISION

PO/REV CLAUSES:     CFL BY SELLER OR SELLER'S SUPPLIERS.  SELLER SHALL INDEMNIFY BUYER
AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
INCORRECT.

SELLER AGREES TO PARTICIPATE IN BUYER'S SUPPLIER QUALITY AND
DEVELOPMENT PROGRAM(S).  IN ADDITION, SELLER SHALL COMPLY WITH
ALL QUALITY REQUIREMENTS AND PROCEDURES SPECIFIED BY BUYER,
AS THE SAME MAY BE REVISED FROM TIME TO TIME, INCLUDING THOSE
APPLICABLE TO SELLER AS SET FORTH IN "QUALITY SYSTEM REQUIREMENTS
QS-9000".

GOVERNING LAW:  THIS AGREEMENT AND ALL TRANSACTIONS CONTEMPLATED
HEREUNDER SHALL BE GOVERNED, CONSTRUED AND ENFORCED IN ACCORDANCE
WITH THE LAWS OF THE STATE OF MICHIGAN, UNITED STATES OF AMERICA,
BUT NOT INCLUDING THE UNITED NATIONS CONVENTION ON CONTRACTS FOR
INTERNATIONAL SALES OF GOODS.  ANY DISPUTES ARISING UNDER THIS
AGREEMENT SHALL BE SUBJECT TO THE EXCLUSIVE JURISDICTION OF THE
FEDERAL OR STATE COURTS LOCATED IN THE STATE OF MICHIGAN.

SELLER, AND ANY GOODS AND SERVICES SUPPLIED BY SELLER, SHALL BE YEAR
2000 COMPLIANT AND COMPATIBLE, AND SHALL FUNCTION WITHOUT ERROR OR
FAULT IN THE PROCESSING (INCLUDING, BUT NOT LIMITED TO CALCULATING,
MANAGING, MANIPULATING, COMPARING, AND SEQUENCING) OF DATE AND
DATE-RELATED DATA, FOR THE YEARS 2000 AND BEYOND.  AT BUYER'S REQUEST,

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS. GMAP MUST BE ON FILE BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF.
APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEE'S REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D460 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

TAX INFORMATION:

BUYER:     CFF   TRENIA A. TURNER

ACKNOWLEDGED BY

DATE

030047-000752

## AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

**PURCHASE ORDER**

1998 MODEL YEAR

THIS PURCHASE ORDER
NUMBER MUST APPEAR ON
ALL INVOICES, PACKAGES, PACKING SLIPS,
AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| | 002 | 11/05/97 | 6 OF 10 |

| Z NUMBER | EFFECTIVE DATE |
|---|---|
| BHBC | 11/17/97 |

SHIP-TO/SONS 932543663

| NET | PAYMENT TERMS | F.O.B. POINT | F.O.B. TERMS |
|---|---|---|---|
| 25TH PROX | OR NONE/25TH PROX | GRAND BLANC    MI | COLLECT |

REQUIREMENTS CONTRACT
REVISION

PO/REV CLAUSES:    CFL    SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE WITH THE FOREGOING.

CTB (RIGHT TO AUDIT):
GM BUYER RESERVES THE RIGHT TO AUDIT ALL PERTINENT DOCUMENTS
RELATING TO THE GOODS OR SERVICES COVERED BY THIS PURCHASE ORDER
AND IF REQUESTED BY BUYER, SELLER SHALL PROVIDE SUCH DOCUMENTATION
PROMPTLY.

C40   IF MATH DATA IS TO BE UTILIZED FOR THIS ORDER, C4 COMPLIANCE IS
REQUIRED.  THE FOLLOWING C4 GUIDELINES SHOULD BE USED IN CONJUNCTION
WITH THE GM SUPPLIER C4 INFORMATION BOOKLET (GM-1825), AS WELL AS ANY
RELATED STATEMENTS OF WORK, STATEMENTS OF REQUIREMENTS, OR OTHER
SPECIFICATIONS DOCUMENTS GOVERNING THE USE OF C4 AND MATH DATA FOR
THIS ORDER.

BUYER'S PREFERENCE IS TO PROVIDE ALL MATH DATA TRANSMISSIONS TO
SELLER IN THE NATIVE FILE FORMAT OF BUYER'S MATH DATA MASTER.  IF
NON-STRATEGIC SOFTWARE IS USED, SELLER ASSUMES ALL COSTS ASSOCIATED
WITH ADDITIONAL TRANSLATIONS.  IF SELLER IS TO RETURN ANY MATH DATA,
IT MUST BE DATABANKED IN THE NATIVE FILE FORMAT OF THE MATH DATA
MASTER.

SELLER IS RESPONSIBLE FOR THE INSPECTION AND VERIFICATION OF PARTS
TO THE BUYER'S MATH DATA MASTER.

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, ON A TIMELY BASIS BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D889 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER:       CFF   TRENIA A. TURNER

ACKNOWLEDGED BY                                           DATE

030047-000753

REV 0

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

ACGG

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

932543663

**THIS PURCHASE ORDER**
**NUMBER MUST APPEAR ON**
**ALL INVOICES, PACKAGES, PACKING SLIPS,**
**AND BILLS OF LADING.**

| P.Q. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 0038A | 002 | 11/05/97 | 7 OF 10 |

| Z NUMBER | EFFECTIVE DATE |
|---|---|
| BHBC | 11/17/97 |

**PURCHASE ORDER**

**1998 MODEL YEAR**

| SHIP - OWNS | | F.O.B. POINT | |
|---|---|---|---|

GRAND BLANC        MI

| NET | PAYMENT TERMS | F.O.B. TERMS |
|---|---|---|
| 25TH PROX | OR NONE/25TH PROX | COLLECT |

REQUIREMENTS CONTRACT
REVISION

PO/REV CLAUSES:   C40

IF PORTABLE MATH DATA MEDIA (MAGNETIC TAPES, CASSETTES, OR DISKS) ARE
USED, SUCH ITEMS AND ANY COPIES BELONG SOLELY TO BUYER AND MUST BE
RETURNED WITHIN 30 DAYS. BUYER'S PORTABLE MATH DATA MEDIA ARE NOT TO
BE USED OR STORED ON SELLER'S LIBRARIES.

BUYER DEVELOPED PROPRIETARY PRODUCTIVITY TOOLS (SUCH AS UG/GRIP
USER FUNCTIONS, UNIX SCRIPTS, ETC.), PROVIDED FOR USE IN CONNECTION
WITH THIS ORDER, SHALL NOT BE UTILIZED BY SELLER FOR ANY PURPOSE(S)
OTHER THAN THIS ORDER. ALL COPIES OF BUYER'S PROPRIETARY PRODUCTIVITY
TOOLS ARE TO BE DESTROYED OR RETURNED TO BUYER UPON REQUEST OR AT
COMPLETION OF THIS ORDER.

C95   CLAUSE C95 - SERVICE REQUIREMENTS:
IN ACCEPTING A PRODUCTION CONTRACT, SELLER IS RESPONSIBLE FOR
MAINTAINING TOOLS TO DRAWING SPECIFICATIONS AND PROVIDING, WHEN
SCHEDULED, ANY FUTURE SERVICE REQUIREMENTS FOR CONTRACTED PARTS.
TOOLING MUST BE MAINTAINED UNTIL SELLER RECEIVE WRITTEN NOTICE
FROM A GM BUYER AUTHORIZING THE MOVEMENT OR SCRAP OF TOOLS.

SELLER AGREES TO PROVIDE ALL INFORMATION NECESSARY FOR BUYER TO
COMPLY WITH ALL APPLICABLE LAWS, REGULATIONS, AND RELATED LEGAL
REPORTING OBLIGATIONS IN THE COUNTRY(IES) OF DESTINATION. SELLER
AGREES TO PROVIDE ALL DOCUMENTATION AND/OR ELECTRONIC TRANSACTION

TAX INFORMATION:

BUYER:   CFF   TRENIA A. TURNER           ACKNOWLEDGED BY

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D469 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

DATE

030047-000754

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

PURCHASE ORDER

1998 MODEL YEAR

**THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, PACKING SLIPS, AND BILLS OF LADING.**

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 8C984 | 002 | 11/05/97 | 8 OF 10 |

| Z NUMBER | EFFECTIVE DATE |
|---|---|
| BHBC | 11/17/97 |

| NET | PAYMENT TERMS | F.O.B. POINT | | F.O.B. TERMS |
|---|---|---|---|---|
| 25TH PROX | OR NONE/25TH PROX | GRAND BLANC | MI | COLLECT |

SHIP TONS    932543683

REQUIREMENTS CONTRACT
REVISION

PO/REV CLAUSES:    C95   RECORDS TO ALLOW BUYER TO MEET CUSTOMS RELATED OBLIGATIONS, ANY
LOCAL CONTENT/ORIGIN REQUIREMENTS, AND TO OBTAIN ALL TARIFF AND
TRADE PROGRAM DUTY AVOIDANCE(S) AND/OR REFUND BENEFITS, WHERE
APPLICABLE.

SELLER AGREES TO COMPLY WITH THE AUTOMOTIVE INDUSTRY ACTION GROUP'S
(AIAG) DOCUMENT AND EDI PROTOCOL AND STANDARDS IN THEIR SUPPLIER
INFORMATION KIT FOR US, CANADA, AND MEXICO IMPORTS.

SELLER AGREES TO ASSUME, AND TO INDEMNIFY BUYER AGAINST, ANY AND
ALL FINANCIAL RESPONSIBILITY ARISING FROM SELLER'S FAILURE TO
COMPLY WITH THESE REQUIREMENTS AND/OR TO SUPPLY BUYER WITH THE
INFORMATION REQUIRED TO MEET LEGAL REPORTING OBLIGATIONS, INCLUDING,
WITHOUT LIMITATION, ANY FINES, PENALTIES, FORFEITURES, OR COUNSEL
FEES INCURRED OR IMPOSED AS A RESULT OF ACTIONS TAKEN BY THE
IMPORTING COUNTRY'S GOVERNMENT.

..............PREMIUM FREIGHT CLAUSE..............
IF SELLER'S ACTS OR OMISSIONS RESULT IN SELLER'S FAILURE TO MEET
BUYER'S REQUIREMENTS AND BUYER REQUIRES A MORE EXPEDITIOUS METHOD
OF TRANSPORTATION FOR THE GOODS THAN THE TRANSPORTATION METHOD
ORIGINALLY SPECIFIED BY BUYER, SELLER SHALL SHIP THE GOODS AS

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL, AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D869 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER:          CFF    TRENIA A. "TURNER

ACKNOWLEDGED BY                                    DATE

030047-000755

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

932543663

**THIS PURCHASE ORDER**
NUMBER MUST APPEAR ON
ALL INVOICES, PACKAGES, PACKING SLIPS,
AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 80934 | 002 | 11/05/97 | 9 OF 10 |

| | Z NUMBER | EFFECTIVE DATE |
|---|---|---|
| | BHBC | 11/17/97 |

**PURCHASE ORDER**

1998 MODEL YEAR

| SHIP-TO/DUNS | | | |
|---|---|---|---|
| NET | PAYMENT TERMS | F.O.B. POINT | F.O.B. TERMS |
| 25TH PROX | OR NONE/25TH PROX | GRAND BLANC    MI | COLLECT |

REQUIREMENTS CONTRACT
REVISION

PO/REV CLAUSES:    C95  EXPEDITIOUSLY AS POSSIBLE AT SELLER'S SOLE EXPENSE.
                   SCE  SUPPLIER AGREES TO PROVIDE TO GENERAL MOTORS CORPORATION ANY
                        COST DATA OR DOCUMENTATION AS REQUESTED BY THE GENERAL MOTORS
                        COST ENGINEERING ACTIVITY.

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D469 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER:    OFF  TRENIA  A.  TURNER

ACKNOWLEDGED BY                                    DATE

**THIS PURCHASE ORDER**
**NUMBER MUST APPEAR ON**
**ALL INVOICES, PACKAGES, PACKING SLIPS,**
**AND BILLS OF LADING.**

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 80934 | 002 | 11/05/97 | 10 OF 10 |

## PURCHASE ORDER

### 1998 MODEL YEAR

DELCO SYSTEMS
CLAUSES FOR ADDRESS

VENDOR: BHBC NU TECH PLASTICS ENGINEERING
BUYER : CFF    TRENIA A. TURNER

| PART NUMBER | PART DESCRIPTION | R E A | C L A | PQS REQUIRED (CODES) | M V S | T I R | DAILY CAPACITY /HOURS | APRX. % OF BUS. | PRICES EXPENDABLE RETURNABLE | CURR UNIT | DATES EFFECTIVE EXPIRATION | SAMPLE DATE | DRAWING DATE/ NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25160694 | RESERVOIR-F/PMP | X | | | 2 N | | 14000 16 | 100 | 1.86000 | USD EACH | 11/17/97 07/31/98 | 11/14/97 | 03/07/96 |

FORM SWFAPP
RPV. 06/94

030047-000757

# EXHIBIT B

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

**THIS PURCHASE ORDER**
NUMBER MUST APPEAR ON
ALL INVOICES, PACKAGES, PACKING SLIPS,
AND BILLS OF LADING.

**PURCHASE ORDER**

1999 MODEL YEAR

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 9034 | 000 | 06/23/98 | 1 OF 10 |

| | Z NUMBER | EFFECTIVE DATE |
|---|---|---|
| | BHBC | 08/01/98 |

| F.O.B. POINT | | F.O.B. TERMS |
|---|---|---|
| GRAND BLANC | MI | COLLECT |

REQUIREMENTS CONTRACT

| SHIP-MENT TERMS | | |
|---|---|---|
| NET | 932543663 | |
| 25TH PROX | PAYMENT TERMS | |
| | OR NONE/25TH PROX | |

PO/REV CLAUSES:   ACI THE NAO DISBURSEMENT CENTER WILL GENERATE PAYMENT FOR MATERIAL
SHIPMENTS FOR PART NUMBERS DETAILED ON YOUR GM CONTRACT AT THE
CURRENT CONTRACT UNIT PRICE.

TO FACILITATE PAYMENT YOU MUST ADHERE TO THE FOLLOWING GUIDELINES:

PACKING SLIPS MUST BE ATTACHED TO EACH SHIPMENT AND INCLUDE THE
FOLLOWING DETAILS:
   1.   P.O. NUMBER PROVIDED BY DELPHI ENERGY & ENGINE MGT SYSTEMS
   2.   GM PART NUMBER ASSIGNED
   3.   DESCRIPTION OF ITEM SHIPPED
   4.   SHIP DATE
   5.   SHIPPING IDENTIFICATION NUMBER - A UNIQUE PACKING SLIP OR
         INVOICE NUMBER FOR EACH SHIPMENT
   6.   SHIP FROM DUN AND BRADSTREET NUMBER

DO NOT SEND INVOICES FOR MATERIAL (PRODUCT) SHIPMENTS.  THE MATERIAL
SHIPPED WILL BE PAID UNDER THE EVALUATED "PRICED" RECEIPT STRATEGY
OF NAO DISBURSEMENTS.  THE PACKING SLIP NUMBER USED TO IDENTIFY THE
SHIPMENT MUST BE A NUMBER YOUR RECEIVABLES CAN USE TO IDENTIFY
PAYMENT ON YOUR REMITTANCE ADVICE.

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE, AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEE'S REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D689 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

NU TECH PLASTICS ENGINEERING
JOHN MALLEY-PRESIDENT
8018 EMBURY ROAD
GRAND BLANC      MI      48439

BUYER: CFF   TRENIA A. TURNER

ACKNOWLEDGED BY                          DATE

ACG AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

PURCHASE ORDER

1999 MODEL YEAR

THIS PURCHASE ORDER
NUMBER MUST APPEAR ON
ALL INVOICES, PACKAGES, PACKING SLIPS,
AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 96094 | 000 | 06/23/98 | 2 OF 10 |

| | Z NUMBER | EFFECTIVE DATE |
|---|---|---|
| | BHBC | 08/01/98 |

SHIP TO
932543663

| F.O.B. POINT | | F.O.B. TERMS |
|---|---|---|
| GRAND BLANC | MI | COLLECT |

| NET | PAYMENT TERMS |
|---|---|
| 25TH PROX | OR NONE/25TH PROX |

REQUIREMENTS CONTRACT

PO/REV CLAUSES:    ACI PHONE CALLS REGARDING QUANTITY DISCREPANCIES MUST BE DIRECTED TO THE
REQUISITIONER.

PHONE CALLS REGARDING PRICE DISCREPANCIES MUST BE DIRECTED TO THE
BUYER.

A MONTHLY STATEMENT IS REQUIRED TO BE SENT TO NAO DISBURSEMENTS:

NAO DISBURSEMENTS
DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
PO BOX 436037
PONTIAC MI 48343-6037

PLEASE NOTE: FOB TERMS ON THE CONTRACT ARE FREIGHT COLLECT. ALL
COMMON CARRIER CHARGES MUST BE SENT COLLECT UNLESS OTHER TERMS ARE
NOTED ON THE CONTRACT. NAO DISBURSEMENTS WILL NOT PROCESS FREIGHT
PAYMENTS DIRECT TO THE SUPPLIER.

UPS "CONSIGNEE BILLING". QUESTIONS SHOULD BE DIRECTED TO UPS BY
PHONING 1-800-354-7527. PLEASE HAVE YOUR INDIVIDUAL LOCATION UPS
SHIPPER ACCOUNT NUMBER READY WHEN CALLING.

TAX INFORMATION:

PRODUCTION SAMPLES ARE TO BE SUBMITTED FOR APPROVAL, WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEE'S REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D669 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER:         CFF    TRENIA A. TURNER

ACKNOWLEDGED BY                                    DATE

FORM S¹
REV ¹

ACCG
AUTOMOTIVE COMPONENTS GROUP

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE
GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

**THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, PACKING SLIPS, AND BILLS OF LADING.**

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 9C941 | 000 | 06/23/98 | 3 OF 10 |

| | Z NUMBER | EFFECTIVE DATE |
|---|---|---|
| | BHBC | 08/01/98 |

PURCHASE ORDER
1999 MODEL YEAR

| SHIP FROM | 932543663 |
|---|---|

| NET | PAYMENT TERMS |
|---|---|
| 25TH PROX | OR NONE/25TH PROX |

| F.O.B. POINT | | F.O.B. TERMS |
|---|---|---|
| GRAND BLANC | MI | COLLECT |

REQUIREMENTS CONTRACT

PO/REV CLAUSES:    ACI

                  AED

CALL (800) 436-6668 FOR TRANSPORTATION ROUTING INSTRUCTIONS FOR DELPHI ENERGY AND ENGINE MANAGEMENT SYSTEMS SHIPMENTS. THIS SUPERCEDES ANY PREVIOUS ROUTING INSTRUCTION ISSUED.

SELLER SHALL DEMONSTRATE THAT SELLER HAS THE ABILITY TO RECEIVE AND PROCESS ORDERS, FORECASTS, PLANNING AND SHIPPING INFORMATION FOR GENERAL MOTORS AND THEIR CUSTOMERS AND SUPPLIERS, USING EDI AS THE METHOD FOR COMMUNICATION USING ANSI X12 STANDARDS FOR TRANSMISSIONS AND TRANSACTION SETS DEFINED BY THE GENERAL MOTORS CUSTOMER FOR EACH EDI APPLICATION. SELLER SHALL ALSO DEMONSTRATE THE ABILITY TO GENERATE THE GM 1724, LABEL USING INFORMATION TRANSMITTED IN THE AIAG ANSI X-12, 862 TRANSACTION SET.

SELLER SHALL PROVIDE COMMON BAR CODED SHIPPING LABELS AS THE MEANS TO IDENTIFY GOODS FOR SHIPMENT AS DEFINED IN THE "GM 1724 GENERAL MOTORS SHIPPING PARTS IDENTIFICATION LABEL STANDARDS", PUBLISHED BY THE SUPPLIER QUALITY ADMINISTRATION, GENERAL MOTORS WORLDWIDE PURCHASING.

| TAX INFORMATION: |
|---|

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF, APPROXIMATELY THE PERCENTAGE SHOWN ON THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D869 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER:        CFF    TRENIA A. TURNER        ACKNOWLEDGED BY

                                                                    DATE

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

PURCHASE ORDER

1999 MODEL YEAR

THIS PURCHASE ORDER
NUMBER MUST APPEAR ON
ALL INVOICES, PACKAGES, PACKING SLIPS,
AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 9C994 | 000 | 06/23/98 | 4 OF 10 |

| | Z NUMBER | EFFECTIVE DATE |
|---|---|---|
| | BHBC | 08/01/98 |

SHIP TO GMNS
932543663

| F.O.B. POINT | | F.O.B. TERMS |
|---|---|---|
| GRAND BLANC | MI | COLLECT |

| PAYMENT TERMS |
|---|
| NET |
| 25TH PROX    OR NONE/25TH PROX |

REQUIREMENTS CONTRACT

PO/REV CLAUSES:    AED
                  CAP

INVOICE TO ADDRESS:
--------------------

NAO DISBURSEMENTS
DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS
PO BOX 436037
PONTIAC MI 48343-6037

CFL    CLAUSE CFL - CORPORATE FORCED LABOR & QUALITY CLAUSE:
       SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT
       PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER
       BY SELLER OR SELLER'S SUPPLIERS.  SELLER SHALL INDEMNIFY BUYER
       AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
       INCORRECT.

       SELLER AGREES TO PARTICIPATE IN BUYER'S SUPPLIER QUALITY AND
       DEVELOPMENT PROGRAM(S).  IN ADDITION, SELLER SHALL COMPLY WITH
       ALL QUALITY REQUIREMENTS AND PROCEDURES SPECIFIED BY BUYER,
       AS THE SAME MAY BE REVISED FROM TIME TO TIME, INCLUDING THOSE
       APPLICABLE TO SELLER AS SET FORTH IN "QUALITY SYSTEM REQUIREMENTS
       QS-9000".

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDER AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEE'S REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D869 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER:         CFF    TRENIA A. TURNER

ACKNOWLEDGED BY _____

DATE _____

ACG AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

FORM SH
REV 0

**THIS PURCHASE ORDER
NUMBER MUST APPEAR ON
ALL INVOICES, PACKAGES, PACKING SLIPS,
AND BILLS OF LADING.**

PURCHASE ORDER

1999 MODEL YEAR

REQUIREMENTS CONTRACT

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 9C934 | 000 | 06/23/98 | 5 OF 10 |

| | Z NUMBER | EFFECTIVE DATE |
|---|---|---|
| | BHBC | 08/01/98 |

SHIP SLNS  932543663

| NET | PAYMENT TERMS |
|---|---|
| 25TH PROX | OR NONE/25TH PROX |

| F.O.B. POINT | | F.O.B. TERMS |
|---|---|---|
| GRAND BLANC | MI | COLLECT |

PO/REV CLAUSES:

CFL  GOVERNING LAW: THIS AGREEMENT AND ALL TRANSACTIONS CONTEMPLATED
HEREUNDER SHALL BE GOVERNED, CONSTRUED AND ENFORCED IN ACCORDANCE
WITH THE LAWS OF THE STATE OF MICHIGAN, UNITED STATES OF AMERICA,
BUT NOT INCLUDING THE UNITED NATIONS CONVENTION ON CONTRACTS FOR
INTERNATIONAL SALES OF GOODS. ANY DISPUTES ARISING UNDER THIS
AGREEMENT SHALL BE SUBJECT TO THE EXCLUSIVE JURISDICTION OF THE
FEDERAL OR STATE COURTS LOCATED IN THE STATE OF MICHIGAN.

SELLER, AND ANY GOODS AND SERVICES SUPPLIED BY SELLER, SHALL BE YEAR
2000 COMPLIANT AND COMPATIBLE, AND SHALL FUNCTION WITHOUT ERROR OR
FAULT IN THE PROCESSING (INCLUDING, BUT NOT LIMITED TO CALCULATING,
MANAGING, MANIPULATING, COMPARING, AND SEQUENCING) OF DATE AND/OR
DATE-RELATED DATA, FOR THE YEARS 2000 AND BEYOND. AT BUYER'S REQUEST,
SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE WITH THE FOREGOING.

CT8  (RIGHT TO AUDIT):
GM BUYER RESERVES THE RIGHT TO AUDIT ALL PERTINENT DOCUMENTS
RELATING TO THE GOODS OR SERVICES COVERED BY THIS PURCHASE ORDER
AND IF REQUESTED BY BUYER, SELLER SHALL PROVIDE SUCH DOCUMENTATION
PROMPTLY.

C40  IF MATH DATA IS TO BE UTILIZED FOR THIS ORDER, C4 COMPLIANCE IS
REQUIRED. THE FOLLOWING C4 GUIDELINES SHOULD BE USED IN CONJUNCTION
WITH THE GM SUPPLIER C4 INFORMATION BOOKLET (GM-1825), AS WELL AS ANY

TAX INFORMATION:

BUYER:   CFF   TRENIA A. TURNER

ACKNOWLEDGED BY _____   DATE _____

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDORS AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENT AS SHOWN BY THE PART OR THE VENDEES REQUIREMENTS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D669 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

# AUTOMOTIVE COMPONENTS GROUP WORLDWIDE
## GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

## PURCHASE ORDER
### 1999 MODEL YEAR

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, PACKING SLIPS, AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 9094 | 000 | 06/23/98 | 6 OF 10 |

| Z NUMBER | EFFECTIVE DATE |
|---|---|
| BHBC | 08/01/98 |

| F.O.B. POINT | F.O.B. TERMS |
|---|---|
| GRAND BLANC        MI | COLLECT |

| PAYMENT TERMS |
|---|
| 25TH PROX   OR NONE/25TH PROX |

NET 25TH PROX

932543663

REQUIREMENTS CONTRACT

PO/REV CLAUSES:

C40 RELATED STATEMENTS OF WORK, STATEMENTS OF REQUIREMENTS, OR OTHER SPECIFICATIONS DOCUMENTS GOVERNING THE USE OF C4 AND MATH DATA FOR THIS ORDER.

BUYER'S PREFERENCE IS TO PROVIDE ALL MATH DATA TRANSMISSIONS TO SELLER IN THE NATIVE FILE FORMAT OF BUYER'S MATH DATA MASTER. IF NON-STRATEGIC SOFTWARE IS USED, SELLER ASSUMES ALL COSTS ASSOCIATED WITH ADDITIONAL TRANSLATIONS. IF SELLER IS TO RETURN ANY MATH DATA, IT MUST BE DATABANKED IN THE NATIVE FILE FORMAT OF THE MATH DATA MASTER.

SELLER IS RESPONSIBLE FOR THE INSPECTION AND VERIFICATION OF PARTS TO THE BUYER'S MATH DATA MASTER.

IF PORTABLE MATH DATA MEDIA (MAGNETIC TAPES, CASSETTES, OR DISKS) ARE USED, SUCH ITEMS AND ANY COPIES BELONG SOLELY TO BUYER AND MUST BE RETURNED WITHIN 30 DAYS. BUYER'S PORTABLE MATH DATA MEDIA ARE NOT TO BE USED OR STORED ON SELLER'S LIBRARIES.

BUYER DEVELOPED PROPRIETARY PRODUCTIVITY TOOLS (SUCH AS UG/GRIP, USER FUNCTIONS, UNIX SCRIPTS, ETC.) PROVIDED FOR USE IN CONNECTION WITH THIS ORDER, SHALL NOT BE UTILIZED BY SELLER FOR ANY PURPOSE(S) OTHER THAN THIS ORDER. ALL COPIES OF BUYER'S PROPRIETARY PRODUCTIVITY

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL, WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF, APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED TERMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D669 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

TAX INFORMATION:

BUYER:      CFF    TRENIA A. TURNER

ACKNOWLEDGED BY                           DATE

FORM 3741-80
REV/

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

ACG
AUTOMOTIVE
COMPONENTS
GROUP

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

PURCHASE ORDER

1999 MODEL YEAR

REQUIREMENTS CONTRACT

THIS PURCHASE ORDER
NUMBER MUST APPEAR ON
ALL INVOICES, PACKAGES, PACKING SLIPS,
AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|----------|----------|------------|------|
| 9C941 | 000 | 06/23/98 | 7 OF 10 |

| | Z NUMBER | EFFECTIVE DATE |
|---|----------|----------------|
| | BHBC | 08/01/98 |

| SHIP TO GM NS | | |
|---------------|---|---|
| 9325543663 | | |

| PAYMENT TERMS | F.O.B. POINT | | F.O.B. TERMS |
|---------------|--------------|---|--------------|
| NET 25TH PROX OR NONE/25TH PROX | GRAND BLANC | MI | COLLECT |

PO/REV CLAUSES:

C40  TOOLS ARE TO BE DESTROYED OR RETURNED TO BUYER UPON REQUEST OR AT
     COMPLETION OF THIS ORDER.

C95  CLAUSE C95 - SERVICE REQUIREMENTS:
     IN ACCEPTING A PRODUCTION CONTRACT, SELLER IS RESPONSIBLE FOR
     MAINTAINING TOOLS TO DRAWING SPECIFICATIONS AND PROVIDING, WHEN
     SCHEDULED, ANY FUTURE SERVICE REQUIREMENTS FOR CONTRACTED PARTS.
     TOOLING MUST BE MAINTAINED UNTIL SELLER RECEIVES WRITTEN NOTICE
     FROM A GM BUYER AUTHORIZING THE MOVEMENT OR SCRAP OF TOOLS.

     SELLER AGREES TO PROVIDE ALL INFORMATION NECESSARY FOR BUYER TO
     COMPLY WITH ALL APPLICABLE LAWS, REGULATIONS AND RELATED LEGAL
     REPORTING OBLIGATIONS IN THE COUNTRY(IES) OF DESTINATION. SELLER
     AGREES TO PROVIDE ALL DOCUMENTATION AND/OR ELECTRONIC TRANSACTION
     RECORDS TO ALLOW BUYER TO MEET CUSTOMS RELATED OBLIGATIONS, ANY
     LOCAL CONTENT/ORIGIN REQUIREMENTS, AND TO OBTAIN ALL TARIFF AND
     TRADE PROGRAM DUTY AVOIDANCE(S) AND/OR REFUND BENEFITS, WHERE
     APPLICABLE.

     SELLER AGREES TO COMPLY WITH THE AUTOMOTIVE INDUSTRY ACTION GROUP'S
     (AIAG) DOCUMENT AND EDI PROTOCOL AND STANDARDS IN THEIR SUPPLIER
     INFORMATION KIT FOR US, CANADA, AND MEXICO IMPORTS.

     SELLER AGREES TO ASSUME, AND TO INDEMNIFY BUYER AGAINST, ANY AND.

TAX INFORMATION:

BUYER:          CFF  TRENIA A. TURNER

ACKNOWLEDGED BY                                                    DATE

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THAT ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D669 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

FORM SN***09
REV 0

AUTOMOTIVE COMPONENTS GROUP WORLDWIDE

GENERAL MOTORS CORPORATION
PLEASE REFERENCE
CLAUSES FOR RETURN
ADDRESS INFORMATION

PURCHASE ORDER

1999 MODEL YEAR

THIS PURCHASE ORDER
NUMBER MUST APPEAR ON
ALL INVOICES, PACKAGES, PACKING SLIPS,
AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 9094 | 000 | 06/23/98 | 8 OF 10 |

| | Z NUMBER | EFFECTIVE DATE |
|---|---|---|
| | BHBC | 08/01/98 |

SHIP TERMS 9325443663

| NET | PAYMENT TERMS | F.O.B. POINT | | F.O.B. TERMS |
|---|---|---|---|---|
| 25TH PROX | OR NONE/25TH PROX | GRAND BLANC | MI | COLLECT |

REQUIREMENTS CONTRACT

PO/REV CLAUSES:    C95  ALL FINANCIAL RESPONSIBILITY ARISING FROM SELLER'S FAILURE TO
                        COMPLY WITH THESE REQUIREMENTS AND/OR TO SUPPLY BUYER WITH THE
                        INFORMATION REQUIRED TO MEET LEGAL REPORTING OBLIGATIONS, INCLUDING
                        WITHOUT LIMITATION, ANY FINES, PENALTIES, FORFEITURES, OR COUNSEL
                        FEES INCURRED OR IMPOSED AS A RESULT OF ACTIONS TAKEN BY THE
                        IMPORTING COUNTRY'S GOVERNMENT.

                        ................PREMIUM FREIGHT CLAUSE................
                        IF SELLER'S ACTS OR OMISSIONS RESULT IN SELLER'S FAILURE TO MEET
                        BUYER'S REQUIREMENTS AND BUYER REQUIRES A MORE EXPEDITIOUS METHOD
                        OF TRANSPORTATION FOR THE GOODS THAN THE TRANSPORTATION METHOD
                        ORIGINALLY SPECIFIED BY BUYER, SELLER SHALL SHIP THE GOODS AS
                        EXPEDITIOUSLY AS POSSIBLE AT SELLER'S SOLE EXPENSE.

                   SCE  SUPPLIER AGREES TO PROVIDE TO GENERAL MOTORS CORPORATION ANY
                        COST DATA OR DOCUMENTATION AS REQUESTED BY THE GENERAL MOTORS
                        COST ENGINEERING ACTIVITY.

TAX INFORMATION:

PRODUCTION SAMPLES TO BE SUBMITTED FOR APPROVAL, WHERE INDICATED, IN ACCORDANCE WITH GENERAL MOTORS QUALITY RELIABILITY PRODUCTION PART APPROVAL
PROCESS, PPAP, BEFORE PRODUCTION SHIPMENTS ARE MADE.
VENDOR AGREES TO SELL AND VENDEE AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF,
APPROXIMATELY THE PERCENTAGE SHOWN BY THE PART OF THE VENDEES REQUIREMENTS OF THE ATTACHED ITEMS FOR THE MODEL YEAR SHOWN.
RELEASE AGAINST PURCHASE ORDER, OR D669 REV. 4-75, WHICH IS A PART OF THIS CONTRACT, WILL BE ISSUED AS REQUIRED, SPECIFYING QUANTITIES
AND SHIPPING QUANTITIES AND SHIPPING INSTRUCTIONS.

BUYER:        CFF   TRENIA A. TURNER

                                    ACKNOWLEDGED BY                                    DATE

THIS PURCHASE ORDER
NUMBER MUST APPEAR ON
ALL INVOICES, PACKAGES, PACKING SLIPS,
AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 989II | 000 | 06/23/98 | 9 OF 10 |

DELCO SYSTEMS
REFER... ...E CLAUSES FOR ADDRESS

PURCHASE ORDER

1999 MODEL YEAR

VENDOR: BHBC NU TECH PLASTICS ENGINEERING
BUYER : CFF  TRENIA A. TURNER

| PART NUMBER | PART DESCRIPTION | R E A | C L A | PQS REQUIRED (CODES) | M T V I S R | DAILY CAPACITY /HOURS | APRX. % OF BUS. | PRICES EXPENDABLE RETURNABLE | CURR UNIT | DATES EFFECTIVE EXPIRATION | SAMPLE DATE | DRAWING DATE/ NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05638496 | CAP | A | | | N | 0 16 | 100 | 1.05000 | USD EA | 08/01/98 07/31/99 | | 09/03/93 |
| 06471223 | VALVE BODY | A | | | N | 0 16 | 100 | 0.39000 | USD EACH | 08/01/98 07/31/99 | | 09/03/93 |
| 064723369 | BODY VALVE | A | | | N | 0 16 | 100 | 0.95000 | USD EA | 08/01/98 07/31/99 | | 09/03/93 |
| 10243265 | RESERVOIR-FUEL | A | | | 2 N | 2235 10 | 100 | 0.58610 | USD EA | 08/01/98 07/31/99 | | 07/16/97 |
| 15624642 | RESERVOIR-F/TNK | A | | | N | 1376 16 | 100 | 1.58700 | USD EA | 08/01/98 07/31/99 | | 12/10/88 |
| 157017O1 | RESERVOIR-FUEL | A | | | N | 2752 16 | 100 | 1.37900 | USD EA | 08/01/98 07/31/99 | | 12/12/91 |
| 15721555 | RESERVOIR-F/TNK | A | | | N | 2752 16 | 100 | 1.06200 | USD EA | 08/01/98 07/31/99 | | 01/07/97 |
| 15721556 | RESERVOIR-F/TNK | A | | | N | 2752 16 | 100 | 1.75000 | USD EA | 08/01/98 07/31/99 | | 09/19/96 |
| 25140109 | ARM | A | | | 3 N | 10000 16 | 100 | 0.13500 | USD EACH | 08/01/98 07/31/99 | | 08/16/95 |
| 25160694 | RESERVOIR-F/PMP | A | | | 2 N | 14000 16 | 100 | 1.86000 | USD EACH | 08/01/98 07/31/99 | | 03/17/98 |

FORM SMPAPP
REV. 06/94

AC DELCO SYSTEMS
REF   RE CLAUSES FOR ADDRESS

**THIS PURCHASE ORDER**
**NUMBER MUST APPEAR ON**
**ALL INVOICES, PACKAGES, PACKING SLIPS,**
**AND BILLS OF LADING.**

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
| 30944 | OOO | 06/23/98 | 1O OF 1O |

## PURCHASE ORDER

### 1999 MODEL YEAR

VENDOR: BHBC NU TECH PLASTICS ENGINEERING
BUYER : CFF  TRENIA A. TURNER

| PART NUMBER | PART DESCRIPTION | R E A | C L A | PQS REQUIRED (CODES) | M T V I S R | DAILY CAPACITY /HOURS | APRX. % OF BUS. | PRICES EXPENDABLE RETURNABLE | CURR UNIT | DATES EFFECTIVE EXPIRATION | SAMPLE DATE | DRAWING DATE/ NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25554083 | RESERVOIR-F/TNK | A | | | 2 N | 1580 10 | 1OO | 2.28OOO | USD EA | 08/01/98 07/31/99 | | 01/09/98 |

FORM SMPAPP
REV. 06/94

# EXHIBIT C

**Standard Blanket Contract Number:**  N580000B          **Amendment Number:**  000
                                                          **Part Number:**  000000025160694

# LINE ITEM DETAIL



**DELPHI**

**Automotive Systems**

*GM Corporation*

| | | | |
|---|---|---|---|
| This Line Item is effective from | **01-Aug-1998** | through | **31-Jul-1999** |

**Part Description:**          RESERVOIR-F/PMP FUEL
**Amendment Reason:**        New Contract Line Item

**Manufacturing DUNS Number:**
00932543663

**Supplier Name and Manufacturing Address:**
NU TECH PLASTICS ENGINEERING
8018 EMBURY
GRAND BLANC,MI 48439
UNITED STATES

**Buyer Name:**
Turner, Trenia
**Buyer Code:**        CFF
**Phone:**              810-257-8305
**Fax:**                810-257-8016

**Hazardous Material Indicator:**          N

**Terms and Conditions**

*********

030047-000758

| This Period effective from | 01-Aug-1998 | through | 31-Jul-1999 |

**Freight Terms:**          Collect
**Payment Terms:**          25th Prox
**Delivery Terms:**         FREE ON BOARD - USA
**Delivery DUNS:**          00932543663
**Ship From DUNS:**         00932543663
**Daily Capacity:**         14,000
**Hours Per Day:**          16
**Price Type:**             Expendable

**Price Composition:**

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in   **USD**

**Base Price:**                                                          1.860000

---

**Total Price:**                                                        1.860000
**UOM:**    EACH

**Receiving Plants and Plant Percentage**
As scheduled                                           100%

**Terms & Conditions**
Right to Audit
C4

030047-000759

# EXHIBIT D

Contract Line Item Page:        1   of  7

**Standard Blanket Contract Number:**   N580000B

Issue Date:      03-May-1999

**Amendment Number:**   001
**Part Number:**   000000025160694

# LINE ITEM DETAIL

# DELPHI

## Automotive Systems

*Delphi Automotive Systems LLC*

| | | | |
|---|---|---|---|
| This Line Item is effective from | **01-Aug-1998** | through | **31-Dec-2000** |

**Part Description:**        RESERVOIR-F/PMP FUEL
**Amendment Reason:**        Expiration Date Extended

**Manufacturing DUNS Number:**
00932543663

**Supplier Name and Manufacturing Address:**
NU TECH PLASTICS ENGINEERING
8018 EMBURY
GRAND BLANC,MI 48439
UNITED STATES

**Buyer Name:**
Arens, Lynn
**Buyer Code:**        CFF
**Phone:**        810-257-8305
**Fax:**        810-257-8016

**Drawing Date:**        11-22-94
**Hazardous Material Indicator:**        N

**Terms and Conditions**

*********

| | | | |
|---|---|---|---|
| This Period effective from | **03-May-1999** | through | **31-Dec-2000** |

**Freight Terms:**        Collect
**Payment Terms:**        (M32) MNS-2, On average, payment shall be made on the second day of the second
                          month following Buyers receipt date of goods or services.
**Delivery Terms:**        FREE ON BOARD-USA/CANADA/MEXICO
**Delivery DUNS:**        00932543663
**Ship From DUNS:**        00932543663
**Daily Capacity:**        14,000
**Hours Per Day:**        16
**Price Type:**        Expendable

030047-000760

# EXHIBIT E

Contract Header Page:    1  of  1

# CONTRACT HEADER



*Delphi Automotive Systems LLC*

## SUPPLIER NAME AND ADDRESS INFORMATION:

**DUNS Number:**          00932543663
RAPID PRODUCT TECHNOLOGIES PLT 2
8018 EMBURY RD
GRAND BLANC,MI 48439
UNITED STATES
**Mailing Address Information:**
8018 EMBURY RD
GRAND BLANC,MI 48439
UNITED STATES

| Contract Header Number: | N5800 |
|---|---|

This contract sets forth the exclusive terms and conditions under which
seller shall sell and buyer shall purchase the goods or services described
in the line item detail of this contract for the period(s) specified
therein. Terms and conditions proposed by seller which are different from
or in addition to the provisions of this contract are unacceptable to
buyer, are expressly rejected by buyer, and shall not become a part of this
contract. Any modification of this contract shall be made only in
accordance with the provisions of paragraph 31 of the contract terms and
conditions.

030047-000600

| Contract Line Item Page: | 1 of 2 | | Issue Date: 15-Jan-2000 |
|---|---|---|---|

**Standard Blanket Contract Number:** N580000B

**Amendment Number:** 003
**Part Number:** 000000025160694

## LINE ITEM DETAIL



*Delphi Automotive Systems LLC*

| This Line Item is effective from | **01-Aug-1998** | through | **15-Jan-2000** |
|---|---|---|---|

**Part Description:** RESERVOIR-F/PMP FUEL
**Amendment Reason:** DUNS Transfer Update

**Manufacturing DUNS Number:**
00932543663

**Supplier Name and Manufacturing Address:**
RAPID PRODUCT TECHNOLOGIES PLT 2
8018 EMBURY RD
GRAND BLANC,MI 48439
UNITED STATES

**Buyer Name:**
Arens, Lynn
Buyer Code:        CFF
Phone:        810-257-8305
Fax:        810-257-8016

**Drawing Date:**        02-10-99
**Hazardous Material Indicator:**        N

**Line Item Notes:**
11-3-99 Amendment created to allow for reprint of purchase order.

**Terms and Conditions:**
**********

| This Period effective from | **03-May-1999** | through | **15-Jan-2000** |
|---|---|---|---|

**Freight Terms:**        Collect
**Payment Terms:**        (M32) MNS-2, On average, payment shall be made on
the second day of the second month following
Buyers receipt date of goods or services.
**Delivery Terms:**        FREE ON BOARD (FOB) - USA/CANADA/MEXICO
**Delivery DUNS:**        00932543663
**Ship From DUNS:**        00932543663
**Daily Capacity:**        14,000
**Hours Per Day:**        16
**Price Type**        Expendable

030047-000601

Contract Line Item Page:          2  of  2                                    Issue Date:     15-Jan-2000

**Standard Blanket Contract Number:**   N580000B          **Amendment Number:**     003
                                                          **Part Number:**          000000025160694

**Price Composition:**

**The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.**

All Prices are expressed in        *USD*

**Base Price:**                                                                                    1.860000

| | |
|---|---|
| **Total Price:** | 1.860000 |
| **UOM:** | EACH |

**Receiving Plants and Plant Percentage**
As scheduled                                              100%

**Terms & Conditions:**
Right to Audit
C4

030047-000602

Contract Attachment Page:    1  of  1

# CONTRACT ATTACHMENT



*Delphi Automotive Systems LLC*

**Contract Header Number:**    N5800

**Contract Terms & Conditions:**
   **Short Description**

**Detailed Description**

030047-000603