# EXHIBIT U

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

333 WEST WACKER DRIVE

CHICAGO, ILLINOIS 60606-1285

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

DIRECT DIAL
(312) 407-0974
E-MAIL ADDRESS
NCAMPANA@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

August 7, 2007

**BY FEDERAL EXPRESS**

Jay A. Schwartz, Esq.
Schwartz Law Firm, P.C.
37887 West Twelve Mile Road, Suite A
Farmington Hills, Michigan 48331

RE:    *In re Delphi Corporation*—Notice To Nu-Tech
Plastics Engineering, Inc. Under Fed. R. Evid. 807
And Fed. R. Bankr. P. 9017

Dear Mr. Schwartz:

Enclosed is the Debtors' Notice To Nu-Tech Plastics Engineering, Inc. Under Fed. R. Evid. 807 And Fed. R. Bankr. P. 9017.

Sincerely,

Nick D. Campanario

Encl.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Albert L. Hogan, III (AH 8807)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x
                        :
      In re                  :     Chapter 11
                         :
DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                         :
      Debtors.          :     (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE TO NU-TECH PLASTICS ENGINEERING, INC.
UNDER FED. R. EVID. 807 AND FED. R. BANKR. P. 9017

TO:      Nu-Tech Plastics Engineering, Inc., through its counsel, Jay A. Schwartz, Esq.,
Schwartz Law Firm, P.C., 37887 West Twelve Mile Road, Suite A, Farmington
Hills, Michigan 48331

PLEASE TAKE NOTICE that Delphi Corporation and certain of its subsidiaries

and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"), intend to offer as evidence at the mediation and/or hearing with respect to proof of

claim number 1279 filed by Nu-Tech Plastics Engineering, Inc. ("Nu-Tech") the statements of

John W. Mailey attached to this notice as Exhibit A and Exhibit B, and that the Debtors may rely

on Fed. R. Evid. 807, as made applicable here by Fed. R. Bankr. P. 9017, in connection with Mr.

Mailey's statements.  Mr. Mailey, Nu-Tech's former president, chief executive officer, and

majority shareholder, is deceased.

Dated: August 7, 2007
       Chicago, Illinois

SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM LLP

By:_____
   John Wm. Butler, Jr. (JB 4711)
   John K. Lyons (JL 4951)
   Albert L. Hogan, III (AH 8807)
   Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession