# EXHIBIT V

## LIPPERT, HUMPHREYS, CAMPBELL, DUST & HUMPHREYS, P.C.
ATTORNEYS AND COUNSELORS AT LAW
PLAZA NORTH, SUITE 410

B. J. HUMPHREYS
A. T. LIPPERT, JR.
GARY R. CAMPBELL
TOBIN H. DUST
JOHN D.L. HUMPHREYS

4800 FASHION SQUARE BOULEVARD
SAGINAW, MICHIGAN 48604-2604

(989) 792-2552
FAX (989) 792-3881
E-MAIL: lawyers@lhc-law.com

September 21, 2005

Jay A. Schwartz
Schwartz Law Firm, P.C.
37887 W. 12 Mile Rd., Suite A
Farmington Hills, MI 48331

**RE:   Nu-Tech v. Delphi, et al.**

Dear Mr. Schwartz:

I am enclosing a copy of the statement that I have taken from Mr. Mailey. The interview was tape-recorded and the tapes were transcribed by James Fritzler, a certified court reporter.

I previously filed an affidavit of Mr. Mailey. You have a copy of that affidavit in your possession as part of the pleadings served upon you as counsel for NuTech.

It is my intention to offer both the statement and the affidavit at trial. The particulars of the statement are clearly detailed in the statement and include the business relationship of these parties, the nature of the contracts existing between NuTech and Delphi/General Motors and the reasons for the business failure of NuTech.

This notice is given to you in accordance with MRE 803(24).

Very truly yours,
LIPPERT, HUMPHREYS, CAMPBELL,
DUST & HUMPHREYS, P.C.


A.T. LIPPERT, JR.

ATL:kkp

Enclosure