# EXHIBIT A

```
 1                   UNITED STATES BANKRUPTCY COURT
 2                    SOUTHERN DISTRICT OF NEW YORK
 3   In re:                              Chapter 11
 4   DELPHI CORPORATION, et al,          Case No. 05-44481 (RDD)
                                         (Jointly Administered)
 5       Debtors.
 6   _____/
 7
                      DEPOSITION OF JAMES WEBBER
 8
         Taken by Nu-Tech Plastics Engineering on the 21st day of
 9
     December, 2007, at 5725 Delphi Drive, Troy, Michigan, at
10
         1:00 p.m.
11

12
     APPEARANCES:
13
     For Nu-Tech Plastics:     MS. SUSAN LEIGH BROWN (P41128)
14   Engineering               Schwartz Law Firm
                               37887 West Twelve Mile Road, Suite A
15                             Farmington Hills, Michigan 48331
                               (248) 553-9400
16
     For the Debtor:           MR. NICK D. CAMPANARIO, ESQ.
17                             Skadden, Arps, Slate, Meagher
                               & Flom, LLP
18                             333 West Wacker Drive, Suite 2100
                               Chicago, Illinois 60606
19                             (312) 407-0700

20
     RECORDED BY:              Debbie J. Williams, CER 7981
21                             Certified Electronic Recorder
                               Network Reporting Corporation
22                             1-800-632-2720

23

24

25
```

05-44481-rdd    Doc 11757-1    Filed 01/07/08    Entered 01/07/08 20:33:17    Exhibit A -
Deposition Transcript of James Webber    Pg 3 of 9

RE: DELPHI CORPORATION, ET AL                                          DEPOSITION OF JAMES WEBBER

```
 1   A      It was tracked through what the systems called "GPDS,"
 2          Global Product Description System.
 3   Q     .How far down does that break the components of a vehicle?
 4   A      All the way down to the individual component; from the
 5          uppermost vehicle assembly to the individual component.
 6   Q      Okay.  I think you know that we are here primarily about a
 7          part -- GM's part number 25160694; correct?
 8   A      That is correct.  I know that.
 9   Q      According to your declaration you did conduct a search in
10          the Global Product Description System regarding that part?
11   A      I directed that a search be done, yes.
12   Q      Okay.  And I have here in front of me probably more than a
13          thousand pages of a spreadsheet like document and is this a
14          document that you directed?
15   A      There were two different documents.  Don't be confused by
16          what that is.
17   Q      Okay.
18   A      May I look at it, please?
19   Q      Yes.  I think there's a blue sheet separating one from the
20          other.
21                 (Witness reviews document)
22   A      Yes, to clarify the Global Product Description System takes
23          a part and any individual component within that part will
24          roll up to that upper assembly part number.  What you see
25          here (indicating) are the payments associated with the upper
```

Page 5

05-44481-rdd   Doc 11757-1   Filed 01/07/08   Entered 01/07/08 20:33:17   Exhibit A - Deposition Transcript of James Webber   Pg 4 of 9

RE: DELPHI CORPORATION, ET AL                                    DEPOSITION OF JAMES WEBBER

```
 1         assembly parts number. This is a Daycor record.
 2   Q     Right. That I understand. But the documents that are
 3         contained in that notebook were produced at your request?
 4   A     Absolutely true. I directed that it be done. Specifically
 5         I asked someone that it be done and they pulled it out of
 6         the Daycor system which is General Motors' payable system.
 7   Q     So tell me, if you would, please, for each entry --
 8   A     Yes.
 9   Q     -- what -- strike that. The columns is a part number
10         column; right?
11   A     Yes, ma'am; yes.
12   Q     And oftentimes the part number is not the 25160694?
13   A     That is correct.
14   Q     Does that mean that the part number that's listed on this
15         document is a part which contains as a component 25160694?
16   A     The part number that we are specifically speaking about
17         today is one of the components that rolls up into an upper
18         assembly number so there would be multiple assembly parts
19         numbers containing the part.
20   Q     Okay. Because there are a number of --
21   A     Number of different part numbers, a number of different
22         suppliers, yes.
23   Q     That part was used in a number of different fuel pump
24         assemblies?
25   A     Fuel tank assemblies, yes.
```

Page 6

05-44481-rdd    Doc 11757-1    Filed 01/07/08    Entered 01/07/08 20:33:17    Exhibit A - Deposition Transcript of James Webber    Pg 5 of 9

RE: DELPHI CORPORATION, ET AL                                    DEPOSITION OF JAMES WEBBER

1  Q     Or fuel tank.  Okay.  The Daycor documents reflect each
2        assembly that contain that part which was purchased by
3        General Motors?
4  A     Yes, ma'am.  The Daycor record reflects the receipt.  In
5        this case we would not have received a component
6        individually.  We received it as part of the upper assembly.
7        The Daycor record reflects all the payments that were made
8        and all the receipts that were entered into Daycor during
9        the time frame requested.
10 Q     Okay.
11 A     The assumption of course being that that part had to be part
12       of the assembly otherwise it's non-functional.
13 Q     Right.  And the prices would be the price for the entire
14       assembly?
15 A     Yes, ma'am.  That is correct.
16 Q     Do you know -- strike that.  Can you tell from the documents
17       contained in this notebook how many parts 0694 were used by
18       General Motors that were not purchased from an outside
19       supplier?
20 A     The component -- the part comes in as part of the assembly.
21       Any purchases outside of those known assemblies I would have
22       no idea.  There was not a contract in place for the
23       individual components so there's therefore no way to receive
24       the material.
25 Q     Daycor as a database would not include information about

Page 7



05-44481-rdd   Doc 11757-1   Filed 01/07/08   Entered 01/07/08 20:33:17   Exhibit A - Deposition Transcript of James Webber   Pg 6 of 9

RE: DELPHI CORPORATION, ET AL                                    DEPOSITION OF JAMES WEBBER

| | | |
|---|---|---|
| 1 | | parts manufactured by General Motors itself; correct? |
| 2 | A | May I clarify the question? |
| 3 | Q | Sure. |
| 4 | A | If you're asking me if there's any way to tell who produced |
| 5 | | a component of that tank I would not know that. |
| 6 | Q | All right. |
| 7 | A | An assumption of course is that there is a component in |
| 8 | | every part though -- in every assembly. |
| 9 | Q | Do you know whether General Motors itself in 1999 or 2000 |
| 10 | | produced any parts 0694 in-house? |
| 11 | A | General Motors? |
| 12 | Q | Right. |
| 13 | A | No, they did not. |
| 14 | Q | And how do you know that? |
| 15 | A | To my knowledge they did not. To my knowledge there's no |
| 16 | | tooling available for us to do that. |
| 17 | Q | All right. Did Delphi Automotive Systems produce any parts |
| 18 | | 0694 in 1999 or 2000? |
| 19 | A | I would not know that. |
| 20 | Q | The assemblies that are listed in the exhibits to your |
| 21 | | declaration, would any of those assemblies have been |
| 22 | | manufactured by Delphi? |
| 23 | A | I'm not sure. I do not understand the question. |
| 24 | Q | The documents list the supplier; correct? |
| 25 | A | Yes, that's correct. |

Page 8

05-44481-rdd   Doc 11757-1   Filed 01/07/08   Entered 01/07/08 20:33:17   Exhibit A -
Deposition Transcript of James Webber    Pg 7 of 9

RE: DELPHI CORPORATION, ET AL                              DEPOSITION OF JAMES WEBBER

| | | |
|---|---|---|
| 1 | Q | Oftentimes Delphi Energy and Engine Management comes up as a |
| 2 | | supplier on this list. |
| 3 | A | As the supplier for the complete fuel tank? |
| 4 | Q | Apparently. |
| 5 | A | Well, may I look? |
| 6 | Q | Sure. |
| 7 | | (Counsel hands document to witness) |
| 8 | A | Okay. Delphi Engine and -- based on assuming the price |
| 9 | | being that I would assume Delphi was responsible for |
| 10 | | producing the entire assembly, yes. |
| 11 | Q | Do you know from whom Delphi on those particular items would |
| 12 | | have obtained the specific part 0694? |
| 13 | A | I do not. |
| 14 | Q | Is there any way to find out the source of that specific |
| 15 | | part for any of the completed assemblies that are listed in |
| 16 | | the exhibits to your declaration? |
| 17 | A | I would not know how that would be done. |
| 18 | Q | Do you know whether -- strike that. You've indicated that |
| 19 | | General Motors itself did not produce any parts 0694 |
| 20 | | in-house in 1999; correct? |
| 21 | A | Correct. |
| 22 | Q | And the same is true for 2000? |
| 23 | A | We do not have the capacity or ability or the tooling to |
| 24 | | produce that part. |
| 25 | Q | Are you aware of the fact that at some point in 1997 General |

Page 9

05-44481-rdd    Doc 11757-1    Filed 01/07/08    Entered 01/07/08 20:33:17    Exhibit A -
Deposition Transcript of James Webber    Pg 8 of 9

RE: DELPHI CORPORATION, ET AL                                    DEPOSITION OF JAMES WEBBER

| | | |
|---|---|---|
| 1 | | Motors had two tools to produce that part? |
| 2 | A | I do not know that. |
| 3 | Q | Do you know whether -- did you know that Nu-Tech used two |
| 4 | | tools belonging to either GM or Delphi in '97 and '98 to |
| 5 | | produce that part? |
| 6 | A | I knew nothing of Nu-Tech until my executive director |
| 7 | | requested that we pull the information that's shown here. I |
| 8 | | had literally never heard of the company. |
| 9 | Q | Do you know whether General Motors ever produced part 0694 |
| 10 | | in-house? |
| 11 | A | To the best of my knowledge, no. |
| 12 | Q | Do you know whether Delphi Automotive Systems, while it was |
| 13 | | still a division of General Motors, ever produced part 0694? |
| 14 | A | I do not know that. |
| 15 | Q | Is there any way to find out whether they did? |
| 16 | A | I do not know a way to find that out. |
| 17 | Q | Are you aware of the fact that General Motors has |
| 18 | | represented during the course of this litigation that as a |
| 19 | | result of a labor strike in 1998 General Motors agreed with |
| 20 | | the UAW to bring part 0694 in-house, meaning produce that |
| 21 | | part only with -- |
| 22 | A | I have no knowledge of that, no. My extent of the knowledge |
| 23 | | of this was to pull the upper assemblies and to pull the |
| 24 | | payments associated with those upper assemblies for the time |
| 25 | | frame requested and that's my knowledge of this issue. |

Page 10

```
 1
 2
 3
 4
 5       I certify that this transcript, consisting of 16 pages, is a
 6   complete, true and correct record of the testimony of James
 7   Webber held in this case on December 21, 2007.
 8       I also certify that prior to taking this deposition, James
 9   Webber was duly sworn to tell the truth.
10
11
12
13
14
15
16
17
18   December 28, 2007
19                                          _____
20                                          Debbie Williams, CER 7981
                                            Network Reporting Corporation
21                                          2604 Sunnyside Drive
                                            Cadillac, Michigan  49601-8749
22
23
24
25                         Page 17
```

**NetworkReporting**

1-800-632-2720