# EXHIBIT D

Court of Appeals, State of Michigan

# ORDER

Nu-Tech Plastics Engineering Inc v General Motors Corp

Docket No. 262478

LC No. 02-075335-CK

E. Thomas Fitzgerald
Presiding Judge

Henry William Saad

Jessica R. Cooper
Judges

The Court orders that the application for leave to appeal is DENIED for failure to persuade the Court of the need for immediate appellate review.

The motion to file a reply brief is GRANTED.



A true copy entered and certified by Sandra Schultz Mengel, Chief Clerk, on

AUG - 5 2005
Date

Sandra Schultz Mengel
Chief Clerk