# EXHIBIT F

05-44481-rdd   Doc 11757-6   Filed 01/07/08   Entered 01/07/08 20:33:17   Exhibit F -
Corporate Records & Business Registrations   Pg 2 of 9

Page 2 of 3

Westlaw.
31717269481                                                                                                      Page 1

31717269481

## CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 08/31/2005 |
| Database Last Updated: | 09-28-2007 |
| Update Frequency: | MONTHLY |
| Current Date: | 09/30/2007 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### COMPANY INFORMATION

| | |
|---|---|
| Name: | **DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC.** |
| Address: | 5725 DELPHI DR;M/C 483-400-603 |
| | TROY, MI 48098 |
| D&B DUNS: | 16-275-7723 |

### FILING INFORMATION

| | |
|---|---|
| Identification Number: | 2003091800620 |
| Filing Date: | 09/18/2003 |
| State of Incorporation: | DELAWARE |
| Date Incorporated: | 06/19/1998 |
| Status: | ACTIVE |
| Corporation Type: | PROFIT |
| Business Type: | CORPORATION |
| Address Type: | MAILING |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION |
| | 200 W WASHINGTON ST |
| | INDIANAPOLIS, IN 46204 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | CT CORPORATION SYSTEM |
| Address: | 251 E. OHIO STREET;SUITE 1100 |
| | INDIANAPOLIS, IN 46204 |

### PRINCIPAL INFORMATION

| | |
|---|---|
| Name: | JOHN D. SHEEHAN |
| Title: | PRESIDENT |

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

05-44481-rdd    Doc 11757-6    Filed 01/07/08    Entered 01/07/08 20:33:17    Exhibit F -
Corporate Records & Business Registrations    Pg 3 of 9

Page 3 of 3

31717269481    Page 2

| | |
|---|---|
| Address: | 5725 DELPHI DR |
| | TROY, MI 48098 |
| | |
| Name: | MARK C LORENZ |
| Title: | VICE PRESIDENT |
| Address: | 5725 DELPHI DR |
| | TROY, MI 48098 |
| | |
| Name: | LOGAN G ROBINSON |
| Title: | VICE PRESIDENT |
| Address: | 5725 DELPHI DR |
| | TROY, MI 48098 |
| | |
| Name: | JOHN G BLAHNIK |
| Title: | TREASURER |
| Address: | 5725 DELPHI DR |
| | TROY, MI 48098 |
| | |
| Name: | DIANE L KAYE |
| Title: | SECRETARY |
| Address: | 5725 DELPHI DR |
| | TROY, MI 48098 |

## ADDITIONAL DETAIL INFORMATION

Additional Details:    FILING ACT: INDIANA BUSINESS CORPORATION LAW

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

05-44481-rdd    Doc 11757-6    Filed 01/07/08    Entered 01/07/08 20:33:17    Exhibit F -
Corporate Records & Business Registrations    Pg 4 of 9

Page 2 of 3

Westlaw.

MI605391

Page 1

MI605391

CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 07/03/2007 |
| Database Last Updated: | 09-26-2007 |
| Update Frequency: | WEEKLY |
| Current Date: | 09/30/2007 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE MICHIGAN DEPARTMENT OF LABOR AND ECONOMIC GROWTH, CORPORATION DIVI- SION.

COMPANY INFORMATION

| | |
|---|---|
| Name: | DELPHI ENERGY AND ENGINE MANAGEMENT SYSTEMS UK OVERSEAS CORPORATION |

FILING INFORMATION

| | |
|---|---|
| Identification Number: | 605391 |
| Filing Date: | 06/23/1983 |
| State of Incorporation: | DELAWARE |
| Date Incorporated: | 06/23/1983 |
| Duration: | PERPETUAL |
| Status: | ACTIVE |
| Corporation Type: | FOREIGN PROFIT CORPORATION |
| Business Type: | CORPORATION |
| Federal Identification Number: | 382457962 |
| Where Filed: | DEPARTMENT OF LABOR AND ECONOMIC GROWTH/CORPORATION DIVISION |
| | 7150 HARRIS DRIVE |
| | P.O. BOX 30054 |
| | LANSING, MI 48909 |

REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | THE CORPORATION COMPANY |
| Address: | 30600 TELEGRAPH ROAD STE 2345 |
| | BINGHAM FARMS, MI 48025 |

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

05-44481-rdd   Doc 11757-6   Filed 01/07/08   Entered 01/07/08 20:33:17   Exhibit F -
Corporate Records & Business Registrations   Pg 5 of 9

Page 3 of 3

MI605391                                                                                          Page 2

## AMENDMENT INFORMATION

Amendments:   06/25/2007 AGENT DATA AMENDED PREV RO 30600 TELEGRAPH ROAD BINGHAM FARMS MI 48025

02/28/1996 NAME CHANGE FROM: AC DELCO SYSTEMS OVERSEAS CORPORATION

09/08/1994 NAME CHANGE FROM: A.C. ROCHESTER OVERSEAS CORPORATION

05/22/1990 NAME CHANGE FROM: AC SPARK PLUG OVERSEAS CORPORATION

## STOCK INFORMATION

Stock:
  Authorized Shares:   30,000

## ADDITIONAL DETAIL INFORMATION

Additional Details:   2007 ANNUAL REPORT ON MICROFILM #60782809

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

05-44481-rdd    Doc 11757-6    Filed 01/07/08    Entered 01/07/08 20:33:17    Exhibit F - Corporate Records & Business Registrations    Pg 6 of 9

Page 2 of 3

Westlaw.

31717269481 Page 1

31717269481

CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 08/31/2005 |
| Database Last Updated: | 09-28-2007 |
| Update Frequency: | MONTHLY |
| Current Date: | 09/30/2007 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

## COMPANY INFORMATION

| | |
|---|---|
| Name: | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC. |
| Address: | 5725 DELPHI DR;M/C 483-400-603<br>TROY, MI 48098 |
| D&B DUNS: | 16-275-7723 |

## FILING INFORMATION

| | |
|---|---|
| Identification Number: | 2003091800620 |
| Filing Date: | 09/18/2003 |
| State of Incorporation: | DELAWARE |
| Date Incorporated: | 06/19/1998 |
| Status: | ACTIVE |
| Corporation Type: | PROFIT |
| Business Type: | CORPORATION |
| Address Type: | MAILING |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION<br>200 W WASHINGTON ST<br>INDIANAPOLIS, IN 46204 |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | CT CORPORATION SYSTEM |
| Address: | 251 E. OHIO STREET;SUITE 1100<br>INDIANAPOLIS, IN 46204 |

## PRINCIPAL INFORMATION

| | |
|---|---|
| Name: | JOHN D. SHEEHAN |
| Title: | PRESIDENT |

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

05-44481-rdd    Doc 11757-6    Filed 01/07/08    Entered 01/07/08 20:33:17    Exhibit F -
Corporate Records & Business Registrations    Pg 7 of 9

Page 3 of 3

31717269481                                                                                    Page 2

| | |
|---|---|
| Address: | 5725 DELPHI DR |
| | TROY, MI 48098 |
| | |
| Name: | MARK C LORENZ |
| Title: | VICE PRESIDENT |
| Address: | 5725 DELPHI DR |
| | TROY, MI 48098 |
| | |
| Name: | LOGAN G ROBINSON |
| Title: | VICE PRESIDENT |
| Address: | 5725 DELPHI DR |
| | TROY, MI 48098 |
| | |
| Name: | JOHN G BLAHNIK |
| Title: | TREASURER |
| Address: | 5725 DELPHI DR |
| | TROY, MI 48098 |
| | |
| Name: | DIANE L KAYE |
| Title: | SECRETARY |
| Address: | 5725 DELPHI DR |
| | TROY, MI 48098 |

### ADDITIONAL DETAIL INFORMATION

Additional Details:            FILING ACT: INDIANA BUSINESS CORPORATION LAW

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Division of Corporations - Online Services                                           Page 1 of 2

 

# State of Delaware
### The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware                    Citizen Services | Business Services | \

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions    View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDI**

| | | | |
|---|---|---|---|
| File Number: | 2361747 | Incorporation Date / Formation Date: | 12/01/1993 (mm/dd/yyy) |
| Entity Name: | DELPHI AUTOMOTIVE SYSTEMS INTERNATI | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORAN |
| City: | WILMINGTON       County: NEW CAST |
| State: | DE       Postal Code: 19801 |
| Phone: | (302)658-7581 |

Additional Information is available for a fee. You can retrieve Status or
more detailed information including current franchise tax assessme history
and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information  [Submit]

[Back to Entity Search]

Division of Corporations - Online Services

Page 2 of 2

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov