# EXHIBIT G

2

| NAME OF SUBSIDIARY | STATE OR SOVEREIGN POWER OF INCORPORATION |
|---|---|
| Sistemas Para Automotores de Mexico, S.A. de C.V. | Mexico |
| Delphi Automotive Systems, S.A. de C.V. | Mexico |
| Delphi Automotive Systems do Brasil Ltda. | Brazil |
| Delphi Automotive Systems, Inc. | Delaware |
| Packard Electric Hebi Co., Limited (60% owned by subsidiary) | China |
| Delphi Automotive Systems China, Inc. | Delaware |
| Delphi Packard Electric (Guangzhou) Company, Ltd. | China |
| Packard Electric Bai Cheng Co., Limited (58% owned by subsidiary) | China |
| Shanghai Delco International Battery Company, Ltd. | China |
| Delphi Automotive Systems Deutschland GmbH | Germany |
| Delphi Packard Deutschland GmbH (18.5% owned by subsidiary and 81.5% by General Motors Corporation) | Germany |
| Reinshagen GmbH | Germany |
| Unterstuetzungsgesellschaft der Kabelwerke Reinshagen GmbH | West Germany |
| Delphi Automotive Systems Overseas Corporation | Delaware |
| Delphi Automotive Systems Poland Sp. zo.o. | Poland |
| Delphi Automotive Systems Singapore PTE LTD | Singapore |
| Delphi Calsonic Compressors, S.A.S. | France |
| Delphi Energy and Engine Management Systems (M) Sdn Bhd | Malaysia |
| Delphi France Automotive Systems (50.4% owned by General Motors Corporation and 49.6% owned by Adam Opel Aktiengesellschaft) | France |
| Delphi Italia Automotive Systems S.r.l. (99% owned by subsidiary and 1% owned by Opel France S.A.) | Italy |
| Delphi Italia Service Center S.r.l. (98% owned by subsidiary and 2% owned by Opel France S.A.) | Italy |
| DRB s.a./n.v. (51% owned by subsidiary) | France |
| Diavia S.r.l. (owned by subsidiary) | Italy |
| Aura Srl (owned by subsidiary) | Italy |
| Opel France S.A. (99% owned by subsidiary) | France |
| Texton S.A. | France |
| ENCI S.A.R.L. (99.8% owned by subsidiary) | France |
| Texton P.L.C. (97.5% owned by subsidiary) | United Kingdom |
| Delphi Harrison -- Calsonic (84% owned by General Motors Corporation) | France |
| Delphi L'EM Argentina S.A. (51% owned by General Motors Corporation and 49% owned by L'Equipe Monteur) | Argentina |
| Delphi Packard Austria Ges. m.b.H. | Austria |
| Packard Electric Vas kft (owned by subsidiary) | Hungary |
| Reinshagen Tournai S.A. (99% owned by subsidiary and 1% owned by Delphi Packard Austria Ges. m.b.H.) | Belgium |
| Delphi Packard Electric Sielin Argentina S.A. | Argentina |
| Delphi Packard Electric Systems (M) Sdn Bhd | Malaysia |
| Delphi Packard Romania S.r.l. | Romania |
| Delphi Rimir, S.A. de C.V. | Mexico |
| Delphi Steering (Malaysia) Sdn Bhd | Malaysia |
| Delphi Unicables, S.A. | Spain |
| Delphi Asientos, S.A. | Spain |
| Delphi Cetasa, S.L. | Spain |
| Delphi Cisa S.A. | Spain |
| Delphi Colvegasa, S.A. | Spain |
| Electro-Motive Maintenance Operations Pty Ltd | Australia |

IV-12

Source: GENERAL MOTORS CORP, 10-K, March 20, 1997

2

GENERAL MOTORS CORPORATION AND SUBSIDIARIES

| NAME OF SUBSIDIARY | STATE OR SOVEREIGN POWER OF INCORPORATION |
|---|---|
| Deltronicos de Matamoros, S.A. de C.V. | Mexico |
| f&g Magamos Sicherheitselektronik GmbH | Germany |
| Hughes Power Products, Inc. | Delaware |
| Macel AB | Sweden |
| Texton S.A. | France |
| Texton P.L.C. | United Kingdom |
| Delphi Automotive Systems do Brasil Ltda. | Brazil |
| Delphi Automotive Systems, Inc. | Delaware |
| Delphi Automotive Systems China, Inc. | Delaware |
| Beijing Wy-Delphi GM Automotive Electronic Control Co., Ltd. | People's Republic of China |
| Delphi Packard Electric (Guangzhou) Company, Ltd. | China |
| Packard Electric BaiCheng Co., Limited | China |
| Packard Electric Hebi Co., Limited | China |
| Shanghai Delco International Battery Company, Ltd. | China |
| Delphi Automotive Systems Deutschland GmbH | Germany |
| Delphi Packard Deutschland GmbH | Germany |
| Reinshagen GmbH | Germany |
| Unterstuetzungsgesellschaft der Kabelwerke Reinshagen GmbH | West Germany |
| Delphi Automotive Systems France S.A. | France |
| Delphi Automotive Systems Luxembourg S.A. | Luxembourg |
| Delphi Italia Automotive Systems S.r.l. | Italy |
| Delphi Italia Service Center S.r.l. | Italy |
| DRB s.a./n.v. | France |
| Diavia S.r.l. | Italy |
| Aura Srl | Italy |
| Opel France S.A. | France |
| Delphi Automotive Systems Overseas Corporation | Delaware |
| Delphi Automotive Systems Poland Sp. zo.o. | Poland |
| Delphi Automotive Systems Singapore PTE LTD | Singapore |
| Delphi Automotive Systems Sweden AB | Sweden |
| Delphi Calsonic Compressors, S.A.S. | France |
| Delphi Chassis Systems Poland S.A. | Poland |
| Delphi Energy and Engine Management Systems (M) Sdn Bhd | Malaysia |
| Delphi Harrison - Calsonic | France |
| Delphi L'EM Argentina S.A. | Argentina |
| Delphi Packard Austria Ges. m.b.H. | Austria |
| Packard Electric Ceska republika s.r.o. | Czechoslovakia |
| Packard Electric Vas kft | Hungary |
| Reinshagen Tournai S.A. | Belgium |
| Delphi Packard Electric Sielin Argentina S.A. | Argentina |
| Delphi Packard Electric Systems (M) Sdn Bhd | Malaysia |
| Delphi Packard Romania S.r.l. | Romania |
| Delphi Polska Automotive Systems | Poland |
| Delphi Rimir, S.A. de C.V. | Mexico |
| Delphi Steering (Malaysia) Sdn Bhd | Malaysia |
| Delphi Unicables, S.A. | Spain |
| Delphi Asientos, S.A. | Spain |
| Delphi Cisa S.A. | Spain |
| Delphi Colvegasa, S.A. | Spain |
| DEOC Pension Trustees Limited | England |
| Electro-Motive Maintenance Operations Pty Ltd. | Australia |
| Exhaust Systems Corporation | Delaware |
| GM Auto Receivables Co. | Delaware |
| GMC Truck Motors Development Corporation | Delaware |
| GM-DI Leasing Corporation | Delaware |
| GM Ovonic L.L.C. | Michigan |

\* Joint Venture Partnership

IV-9

Source: GENERAL MOTORS CORP, 10-K, March 20, 1998

```
    Famar Fueguina, S. A. ..................................Argentina
    Mecel AB................................................Sweden
    Texton S.A. ............................................France
    Texton P.L.C. ..........................................United Kingdom
Delphi Automotive Systems Corporation......................Delaware
Delphi Automotive Systems do Brasil Ltda. .................Brazil
Delphi Automotive Systems International, Inc. .............Delaware
Delphi Automotive Systems China, Inc. .....................Delaware
    Beijing Delphi Automotive Systems China Co., Ltd.......China
    Delphi Packard Electric (Guangzhou) Company, Ltd.......China
    Hubei Delphi Automotive Generator Co., Ltd. ...........China
    Packard Electric Baicheng Co., Limited.................China
    Packard Electric Hebi Co., Limited.....................China
    Shanghai Delco International Storage Battery
     Company, Ltd..........................................China
    Tianjin Delphi Suspension Systems Co., Ltd.............China
Delphi Automotive Systems Deutschland GmbH.................Germany
    Reinshagen GmbH........................................Germany
    Unterstuetzungsgesellschaft der Kabelwerke
     Reinshagen GmbH.......................................Germany
Delphi Automotive Systems (Holding), Inc...................Delaware
Delphi Automotive Systems Indonesia........................Indonesia
Delphi Automotive Systems Korea, Inc. .....................Delaware
Delphi Automotive Systems L.L.C............................Delaware
Delphi Automotive Systems (M) SND BHD......................Malaysia
Delphi Automotive Systems Poland Sp. zo.o. ................Poland
Delphi Automotive Systems Singapore PTE LTD................Singapore
Delphi Automotive Systems Sweden AB........................Sweden
Delphi Calsonic Compressors, S.A.S. .......................France
Delphi Chassis Systems Krosno S.A..........................Poland
Delphi Controladora, S. A. de C. V.........................Mexico
Delphi Energy and Engine Management System SDN BHD.........Malaysia
Delphi France Automotive Systems...........................France
    Delphi Automotive Systems Luxembourg S.A. .............Luxembourg
    Delphi Automotive Systems UK Limited...................England/Wales
    Delphi Italia Automotive Systems S.r.l.................Italy
    Delphi Italia Service Center S.r.l.....................Italy
    Delphi Saginaw Steering Systems U.K. Limited...........England
    DRB s.a./n.v...........................................France
    Diavia S.r.l...........................................Italy
    Opel France S.A........................................France
    Societe Francaise des Amortisseurs De Carbon S.A.......France
Delphi Harrison - Calsonic.................................France
Delphi International Services, Inc.........................Delaware
Delphi L'EM Argentina S.A..................................Argentina
Delphi Packard Austria Ges. m.b.H. ........................Austria
    Delphi Packard Electric Ceska republika s.r.o..........Czech Republic
    Packard Electric Vas kft...............................Hungary
    Reinshagen Tournai S.A.................................Belgium
Delphi Packard Electric Sielin Argentina S.A...............Argentina
Delphi Packard Electric Systems (M) Sdn Bhd................Malaysia
Delphi Packard Romania S.r.l...............................Romania
Delphi Polska Automotive Systems Sp. z.o.o.................Poland
Delphi Rimir, S.A. de C.V. ................................Mexico
Delphi Steering (Malaysia) Sdn Bhd.........................Malaysia
Delphi Technologies, Inc...................................Delaware
```

IV-8

GENERAL MOTORS CORPORATION AND SUBSIDIARIES

|  Name of Subsidiary | State or Sovereign Power of Incorporation |
| --- | --- |
| Delphi Unicables, S.A. | Spain |
| Delphi Cisa S.A. | Spain |
| Delphi Colvegasa, S.A. | Spain |
| DEOC Pension Trustees Limited | England |
| Electro-Motive Maintenance Operations Pty Ltd. | Australia |
| Exhaust Systems Corporation | Delaware |
|    AlliedSignal Catalyseurs pour L environment S.A. de C. V. | France |
|    AS Catalizadores Ambientales, S.A. do C.V. | Mexico |
|    ASEC Manufacaturing | Michigan |
|    ASEC Sales | New Jersey |
|    Environmental Catalysts, LLC | Delaware |
| GM Automotive Services Belgium | Belgium |
| GM Auto Receivables Co. | Delaware |
| GMC Truck Motors Development Corporation. | Delaware |
| GM-DI Leasing Corporation | Delaware |
| GM Ovonic L.L.C. | Michigan |
|    Ovonic Energy Products, Inc. | Michigan |
| General Motors Acceptance Corporation | Delaware |
|    Autofinanciamiento GMAC, S.A. de C.V. | Mexico |
|    Banque Opel | France |

Source: GENERAL MOTORS CORP, 10-K, March 10, 1999