SCHWARTZ LAW FIRM, P.C.
Jay A. Schwartz (P45268)
37887 West Twelve Mile Rd., Suite A
Farmington Hills, MI  48331
(248) 553-9400

Counsel for Nu-Tech Plastics Engineering, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. | |

**EXHIBIT H**

March 8, 2007 letter from GM to Delphi

To

**CLAIMANT NU-TECH PLASTICS ENGINEERING, INC.'S**

**AMENDED SUPPLEMENTAL RESPONSE  (CLAIM NO. 1279)**

# FILED UNDER SEAL PURSUANT TO A PROTECTIVE ORDER DATED JANUARY 3, 2007

1