# EXHIBIT X

05-44481-rdd    Doc 11757-24    Filed 01/07/08    Entered 01/07/08 20:33:17    Exhibit X - Interest Rates on Money Judgments    Pg 2 of 2

August 2007 | Michigan Bar Journal

83

## Interest Rates for Money Judgments

**FOR COMPLAINTS FILED BEFORE JUNE 1, 1980**
[See MCL 600.6013(2) & (3)]

- Judgments Based on a Written Instrument
  If a written instrument has an interest rate over 6% per year, the rate specified (if legal when the instrument was signed) in the instrument shall be charged from the date of filing the complaint until date of satisfaction of judgment.
  However, the interest rate after the date judgment is entered shall not exceed:
  1) 7% per year compounded annually for any period of time between date judgment is entered and date of satisfaction of judgment which elapses before June 1, 1980.
  2) 13% per year compounded annually for any period of time between date judgment is entered and date of satisfaction of judgment which elapses after May 31, 1980.

- Other Money Judgments
  From date of complaint to June 1, 1980—6% per year. On or after June 1, 1980 to date of satisfaction—12% per year compounded annually.

**FOR COMPLAINTS FILED ON OR AFTER JUNE 1, 1980 BUT BEFORE JANUARY 1, 1987**
[MCL 600.6013(4)]

- Judgments Based on a Written Instrument
  12% per year compounded annually unless instrument had a higher legal rate. However, after the date judgment is entered, the rate shall not exceed 13% per year compounded annually.

- Other Money Judgments
  12% per year compounded annually from date of filing complaint to the date of satisfaction of the judgment.

**FOR COMPLAINTS FILED ON OR AFTER JANUARY 1, 1987 BUT BEFORE JULY 1, 2002**
[MCL 600.6013(5) & (6)]

- Judgments Based on a Written Instrument
  Except for final, non-appealable judgments as of July 1, 2001, 12% per year compounded annually unless instrument had a higher legal rate. However, after the date judgment is entered, the rate shall not exceed 13% per year compounded annually.

- Other Money Judgments
  Including final, non-appealable judgments as of July 1, 2001, the interest rate shown below calculated at six-month intervals from the date of filing the complaint compounded annually.

**FOR COMPLAINTS FILED ON OR AFTER JANUARY 1, 2002**

- Money Judgments
  Except as otherwise provided in MCL 600.6013(5) and (7) and subject to MCL 600.6013(13), interest is calculated at six-month intervals from the date of filing the complaint, compounded annually, as shown in the following table.

**FOR COMPLAINTS FILED ON OR AFTER JULY 1, 2002**

- Judgments Based on a Written Instrument
  At the rate specified in the instrument if the rate was legal at the time the instrument was executed. If the rate in the instrument is variable, interest is fixed at the rate in effect at the time the complaint was filed. The rate under this subsection shall not exceed 13% per year compounded annually.

| Effective Date | Average Certified by State Treasurer | Statutory 1% | Interest Rate |
|---|---|---|---|
| Jan. 1, 1987 | 6.66% | 1% | 7.66% |
| July 1, 1987 | 7.50% | 1% | 8.50% |
| Jan. 1, 1988 | 8.39% | 1% | 9.39% |
| July 1, 1988 | 8.21% | 1% | 9.21% |
| Jan. 1, 1989 | 9.005% | 1% | 10.005% |
| July 1, 1989 | 9.105% | 1% | 10.105% |
| Jan. 1, 1990 | 8.015% | 1% | 9.015% |
| July 1, 1990 | 8.535% | 1% | 9.535% |
| Jan. 1, 1991 | 8.26% | 1% | 9.26% |
| July 1, 1991 | 7.715% | 1% | 8.715% |
| Jan. 1, 1992 | 7.002% | 1% | 8.002% |
| July 1, 1992 | 6.68% | 1% | 7.68% |
| Jan. 1, 1993 | 5.797% | 1% | 6.797% |
| July 1, 1993 | 5.313% | 1% | 6.313% |
| Jan. 1, 1994 | 5.025% | 1% | 6.025% |
| July 1, 1994 | 6.128% | 1% | 7.128% |
| Jan. 1, 1995 | 7.38% | 1% | 8.38% |
| July 1, 1995 | 6.813% | 1% | 7.813% |
| Jan. 1, 1996 | 5.953% | 1% | 6.953% |
| July 1, 1996 | 6.162% | 1% | 7.162% |
| Jan. 1, 1997 | 6.340% | 1% | 7.340% |
| July 1, 1997 | 6.497% | 1% | 7.497% |
| Jan. 1, 1998 | 5.920% | 1% | 6.920% |
| July 1, 1998 | 5.601% | 1% | 6.601% |
| Jan. 1, 1999 | 4.8335% | 1% | 5.8335% |
| July 1, 1999 | 5.067% | 1% | 6.067% |
| Jan. 1, 2000 | 5.7563% | 1% | 6.7563% |
| July 1, 2000 | 6.473% | 1% | 7.473% |
| Jan. 1, 2001 | 5.965% | 1% | 6.965% |
| July 1, 2001 | 4.782% | 1% | 5.782% |
| Jan. 1, 2002 | 4.14% | 1% | 5.14% |
| July 1, 2002 | 4.36% | 1% | 5.36% |
| Jan. 1, 2003 | 3.189% | 1% | 4.189% |
| July 1, 2003 | 2.603% | 1% | 3.603% |
| Jan. 1, 2004 | 3.295% | 1% | 4.295% |
| July 1, 2004 | 3.357% | 1% | 4.357% |
| Jan. 1, 2005 | 3.529% | 1% | 4.529% |
| July 1, 2005 | 3.845% | 1% | 4.845% |
| Jan. 1, 2006 | 4.221% | 1% | 5.221% |
| July 1, 2006 | 4.815% | 1% | 5.815% |
| Jan. 1, 2007 | 4.701% | 1% | 5.701% |
| July 1, 2007 | 4.741% | 1% | 5.741% |



## Are You Connected?

The State Bar of Michigan offers the following publications free to its members:

**eJournal:** A daily online publication providing case summaries organized by area of legal practice, legal news and updates, public policy calendar of events, and classified ads.

**SBM News:** A daily summary of law-related news articles, editorials, and columns carried in major local, state, and national media.

**Public Policy Update:** A weekly electronic journal highlighting public policy issues of interest to the profession.

**Disabilities Project Newsletter:** A quarterly electronic newsletter addressing issues faced by people with disabilities in the courthouse setting.

**Get connected!**
Sign up today at
http://www.michbar.org/publications/signup.cfm