Counsel for Nu-Tech Plastics Engineering
SCHWARTZ LAW FIRM, P.C.
Jay A. Schwartz (P45268)
37887 West Twelve Mile Road, Suite A
Farmington Hills, Michigan 48331
(248) 553-9400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

**INDEX OF EXHIBITS FOR**
**CLAIMANT NU-TECH PLASTIC ENGINEERING, INC.'S**
**AMENDED SUPPLEMENTAL RESPONSE (CLAIM NO. 1279)**

Exhibit A    Deposition of James Weber
Exhibit B    Transcript of hearing on Motion for Summary Disposition
Exhibit C    Order Denying Defendants' Motion for Summary Disposition.
Exhibit D    Denial of Application for Leave to Appeal.
Exhibit E    Delphi's Brief in Support of Motion for Summary Disposition
Exhibits F   Public records, Corporate Records & Business Registrations, State of Delaware
Exhibit G    General Motors Corporation's 10-K filings for March 20, 1997, March 20, 1998 and March 10, 1999
Exhibit H    March 8, 2007 letter from GM to Delphi.
Exhibit I    Delphi Automotive 10-K filing December 28, 1998
Exhibit J    GM press release April 12, 1999.
Exhibit K    Opinion - *Metal One America, Inc.* v. *Center Mfg., Inc.***,** 2005 WL 1657128 (W.D. Mich 2005)
Exhibit L    Deposition of Tina Weber
Exhibit M    Troubled Supplier Memorandum from Delphi dated September, 1999.
Exhibit N    Agreement Purchase and Sale of Business Assets.
Exhibit O    Plaintiff's Complaint.
Exhibit P    Delphi and General Motors Second Amended Answer to Complaint
Exhibit Q    Delphi's Answers to Requests for Admission, dated December 26, 2007.
Exhibit R    General Motors Corporation's Form 8-K

Exhibit S   Plaintiff's Third Set of Interrogatories
Exhibit T   Acknowledgement and Assignment Agreement
Exhibit U   MCLA 600.5855
Exhibit V   *Hoekstra* v *Bose* 253 Mich. App. 460, 655 N.W.2d 298 (2002)
Exhibit W   Memorandum and Agreement Regarding Purchase and Sale of Assets
Exhibit X   Interest Rates for Money Judgments


Certification of Counsel, Jay A. Schwartz as to Authenticity of Exhibits


Affidavit of Trenia Patrick
    Exhibit 1 - General Motors Purchase Order 8C934
    Exhibit 2 - General Motors Purchase Order 9C941
    Exhibit 3 - Delphi Line Item Detail 8/17/98
    Exhibit 4 - Purchase Order General Terms and Conditions
    Exhibit 5 - Nu-Tech Bid 3/5/98
    Exhibit 6 - Minority Program Projections for Nu-Tech
    Exhibit 7 - Delphi Line Item Detail 5/3/99
    Exhibit 8 - Sample Written Termination Notice
    Exhibit 9 - Consignment Contract AES59090
    Exhibit 10 - Consignment Contract AES61826
    Exhibit 11 - Sample Spot Buy Contract
    Exhibit 12 - Sample Strike Protection Offer


Declaration of John G. Cooper
    Exhibit 1 - 1/21/98 Letter from Nu-Tech to Donald Robinson of Delphi
    Exhibit 2 - 12/15/98 Nu-Tech Staff Meeting Minutes
    Exhibit 3 - Accounts Payable Payment History Reports
    Exhibit 4 - Summary of Losses
    Exhibit 5 - September 18, 1998 Thank You Letter From Delphi
    Exhibit 6 - September 8, 1998 Thank You Letter From General Motors


Amended Declaration of Gary Leeman
    Exhibit 1 - Tax returns for Nu-Tech for the years1996 through 1998
    Exhibit 2 - Nu-Tech's Statement of Revenue Expenses and Retained Earnings for 1997 and 1998
    Exhibit 3 - Nu-Tech's 1998 Monthly Sales by Product
    Exhibit 4 - Nu-Tech's 1998 Statement of Income
    Exhibit 5 - Nu-Tech's 1998 Balance Sheet
    Exhibit 6 - Nu-Tech's 1999 Balance Sheet
    Exhibit 7 - Nu-Tech's 1998 Cost of Sales
    Exhibit 8 - Nu-Tech's Summary of Lease Payments
    Exhibit 9 - CSM data

Exhibit 10 - Summary prepared based upon CSM data
Exhibit 11 - Calculations of lost sales
Exhibit 12 - Schedules based upon information provided demonstrating damages to Nu-Tech
Exhibit 13 - Closing Statement Regarding Purchase of Assets of Nu-Tech Plastics Engineering, Inc. by Rapid Product Technologies, LLC.
Exhibit 14 - Curriculum vitae
Exhibit 15 - Pre-judgment interest