# EXHIBIT 3

Contract Line Item Page:     1 of 2                                   Issue Date:    17-Aug-1998
Standard Blanket Contract Number:  N580000B        Amendment Number:   000
                                                   Part Number:   000000025160694

# LINE ITEM DETAIL

# DELPHI
## Automotive Systems

### GM Corporation

| This Line Item is effective from | 01-Aug-1998 | through | 31-Jul-1999 |

**Part Description:**        RESERVOIR-F/PMP FUEL
**Amendment Reason:**        New Contract Line Item

**Manufacturing DUNS Number:**
00932543663

**Supplier Name and Manufacturing Address:**
NU TECH PLASTICS ENGINEERING
8018 EMBURY
GRAND BLANC, MI 48439
'TED STATES

**Buyer Name:**
Turner, Trenia
**Buyer Code:**   CFF
**Phone:**        810-257-8305
**Fax:**          810-257-8016

**Hazardous Material Indicator:**        N

**Terms and Conditions**
*********



PLAINTIFF'S EXHIBIT 9

Contract Line Item Page: 2 of

Issue Date: 17-Aug-1998

Standard Blanket Contract Number: N58C B

Amendment Number: 000

Part Number: 000000025160694

This Period effective from 01-Aug-1998 through 31-Jul-1999

Freight Terms: Collect
Payment Terms: 25th Prox
Delivery Terms: FREE ON BOARD - USA
Delivery DUNS: 00932543663
Ship From DUNS: 00932543663
Daily Capacity: 14,000
Hours Per Day: 16
Price Type: Expendable

Price Composition:

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in USD

**Base Price:** 1.860000

Total Price: 1.860000
UOM: EACH

Receiving Plants and Plant Percentage
As scheduled                    100%

**Terms & Conditions**
Right to Audit
C4