# EXHIBIT 5

March 5, 1998

Ms. Trenia Turner-Patrick
Senior Buyer
Worldwide Purchasing
Delphi Automotive Systems
Energy & Engine Management
Mail Code 485-301-270
4800 South Saginaw Street
Flint, MI 48501-1360

Dear Ms. Turner-Patrick:

NU TECH Plastics Engineering, Inc., is pleased to submit the following quotation for reservoirs:

| Part Number | Drawing Number | Annual Volume | | | | Piece Price |
|---|---|---|---|---|---|---|
| | | 1998 | 1999 | 2000 | 2001 | |
| 25160694 | | 669,069 | 1,376,281 | 1,100,000 | 1,100,000 | 1.86 |
| 25174019 | 25174018 | 800,000 | 1,000,000 | 1,100,000 | 1,100,000 | 1.21 |
| 25174020 | 25174018 | 800,000 | 1,000,000 | 1,100,000 | 1,100,000 | 1.21 |
| 25174021 | 25174018 | 800,000 | 1,000,000 | 1,100,000 | 1,100,000 | 1.21 |
| 25174022 | 25174018 | 800,000 | 1,000,000 | 1,100,000 | 1,100,000 | 1.21 |
| 25172175 | 25174018 | 800,000 | 1,000,000 | 1,100,000 | 1,100,000 | 1.21 |
| 25172176 | 25174018 | 800,000 | 1,000,000 | 1,100,000 | 1,100,000 | 1.21 |
| 25174532 | | 800,000 | 1,000,000 | 1,100,000 | 1,100,000 | 0.92 |

Pricing assumes:
1. Returnable Dunnage
2. Resin Purchased by Delphi

Sincerely,

Joe Harris
Director, Marketing & Sales


PLAINTIFF'S EXHIBIT 5