# EXHIBIT 7

Co...ct Line Item Page:     1                                              Issue Date:     03-May-1999
s'rdard Blanket Contract Number:     N580000B            Amendment Number:     001
                                                         Part Number:     000000025160694



# LINE ITEM DETAIL

## Delphi Automotive Systems LLC

DELPHI
Automotive Systems

This Line Item is effective from     01-Aug-1998     through     31-Dec-2000

art Description:          RESERVOIR-F/PMP FUEL
mendment Reason:          Expiration Date Extended

anufacturing DUNS Number:
)932543663

ıpplier Name and Manufacturing Address:
J TECH PLASTICS ENGINEERING
ı18 EMBURY
 ˙ID BLANC,MI 48439
  ,ED STATES

ıyer Name:
ens, Lynn
ıyer Code:     CFF
ıone:          810-257-8305
x:             810-257-8016

awing Date:                    11-22-94
ızardous Material Indicator:   N


rms and Conditions
*******

This Period effective from     03-May-1999     through     31-Dec-2000

ıight Terms:      Collect
yment Terms:      (M32) MNS-2, On average, payment shall be made on the second day of the second
                  month following Buyers receipt date of goods or services.
livery Terms:     FREE ON BOARD-USA/CANADA/MEXICO
 ıry DUNS:        00932543663
 ʿrom DUNS:       00932543663
ıly Capacity:     14,000
urs Per Day:      16
ce Type:          Expendable

PLAINTIFF'S EXHIBIT
15