# EXHIBIT 10

05-44481-rdd    Doc 11758-10    Filed 01/07/08    Entered 01/07/08 20:41:30    Exhibit 10
Consignment Contract AES61826    Pg 2 of 2

General Motors Corporation

# PURCHASE ORDER: AES61826

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 810-257-8047
Buyer: D PARR
AW
PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 01/08/98 | | |

GENERAL MOTORS CORP.
WORLDWIDE PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT MI
48501-1360

VENDOR NUMBER: 93-254-3663
NU-TECH PLASTICS ENGINEERING
TO: 8018 EMBURY
GRAND BLANC MI
48439

SHIP TO:
DELPHI - FLINT EAST
RECEIVING AREA 411
2926 DAVISON ROAD
FLINT MI
48556 US

INVOICE TO:
DELPHI-E IS ON PAY ON RECEIPT.
FORWARD ANY "WORK COMPLETED INVOICE" PAPERWORK TO YOUR DELPHI CONTACT FOR "RECEIPT ENTRY FOR PAYMENT" PROCESS.
US

PAYMENT TERMS: NET 25TH PROX.

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

SHIP VIA: CALL (800) 436-6668

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | F.O.B. | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | DESTINATION UNLESS OTHERWISE INDICATED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FOB | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | | EA |
| | | | | | ISSUE P.O. FOR MOLD #25160694, CONS# 226992 | | | | | | | |
| | | | | | SELLER, AND ANY GOODS AND SERVICES SUPPLIED BY SELLER, SHALL BE YEAR 2000 COMPLIANCE AND SHALL FUNCTION WITHOUT ERROR OR FAULT IN THE PROCESSING (INCLUDING, BUT NOT LIMITED TO CALCULATING, MANAGING, MANIPULATING, COMPARING AND SEQUENCING) OF DATE AND DATE-RELATED DATA, FOR THE YEARS 2000 AND BEYOND. AT BUYER'S REQUEST, SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE WITH THE FOREGOING. (Y2) | | | | | | | |
| 001 | 1 | PRG00924 001 | | | SHIP MOLD TO NUTECH PT. #25160694, SER. #026523, IMP. 1-4 SHIPPER #226992 WHO ORDERED: 3263/78923/HILDERBRA | | 01/30/98 DD#410190 | | B | 0.00% | | |
| | | | | | TERMS AND CONDITIONS MAY 1986 APPLY, OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | CONSIGNMENT | | |

03939 US — DEBORAH A PARR    ORIGINAL    LAST PAGE

PLAINTIFF'S EXHIBIT 3
ALL-STATE LEGAL®