# EXHIBIT 12

# DELPHI
### Energy & Engine Management Systems

TO: John Mailey Nutich            DATE: 12-19-98

FROM: Lynn Arens                  FAX#: 603-2499

SUBJECT: Strike Protection tool Build    # PAGES

---

Please accept this memo as your authorization to proceed with the following tooling required for potential strike protection. Formal PO to follow.

104983.63  spool   $22,500.00
10491319   cap     $16,950.00
10489720   plug    $19,900.00

**RECEIVED**
DEC 18 1998

Lynn Arens
Jr Berger
12-19-98

LYNN ARENS
DELPHI ENERGY & ENGINE MGT. SYSTEMS
810-257-8305
810-257-8016 FAX



PLAINTIFF'S EXHIBIT 12