# EXHIBIT 1

# NU TECH ENGINEERING, INCORPORATED
"Concept to Reality" Specialists
ISO 9002 QS9000

98 JAN 22 P12:05

CC: Ken S.
John J.
Trenia T.
FYI 1-22-98

January 21, 1998

Mr. Donald Robinson
Delphi Energy & Engine Management Systems
4800 S. Saginaw Street
Flint, Michigan 48501-1360

Dear Mr. Robinson:

Per our discussion, I have listed NU TECH's sales to Delphi-E and sales to GMSPO. The majority of our business took place towards the end of the year and does not truly reflect our annual sales rate with GM or Delphi. The estimated annual volumes are the ones used during the quoting process.

| CUSTOMER | PART NUMBER | PART NAME | PIECE PRICE | ESTIMATED ANN VOL | 1997 Dollars | Estimated 1998 Dollars |
|---|---|---|---|---|---|---|
| Delphi | 5638496 | CAP | 1.0500 | Service | 2,835 | 3,000 |
| Delphi | 6471223 | BODY VALVE | 5.3500 | Service | | 500 |
| Delphi | 5638233 | SEAL SUPPORT | 0.8500 | Service | | 500 |
| Delphi | 10243265 | F RESERVIOR | 0.5861 | 130,000 | 45,657 | 76,193 |
| Delphi | 15624642 | CK RESERVIOR | 1.5875 | 725,000 | 144,453 | 1,150,938 |
| Delphi | 15721555 | S-325 RESERVIOR | 1.0620 | 260,000 | 2,964 | 276,120 |
| Delphi | 25554063 | CH RESERVIOR | 2.0000 | 260,000 | 433,537 | 520,000 |
| Delphi | 15721556 | S-330 RESERVIOR | 1.7500 | 350,000 | 29,288 | 612,500 |
| Delphi | 15701701 | S-10 RESERVIOR | 1.3800 | 100,000 | 7,582 | 138,000 |
| Delphi | 25140105 | ARM | 0.1350 | 2,100,000 | | 283,500 |
| Delphi | 25160394 | RESERVOIR | 1.8600 | 4,200,000 | 334,874 | 7,812,000 |
| Total | | | | | 1,001,190 | 10,873,251 |

| GM SPO | 15553635 | Grille | 19.7000 | 6,929 | 0 | 136,501 |
| GM SPO | 15553639 | Grille | 19.7000 | 6,640 | 0 | 130,808 |
| GM SPO | 15554910 | Grille | 19.7000 | 6,228 | 0 | 122,652 |
| GM SPO | 15554911 | Grille | 19.7000 | 11,695 | 0 | 230,392 |
| Total | | | | | | 620,353 |

Please call if you need additional information.

Sincerely,

Joe Harris,
Director, Marketing & Sales

Post-it® Fax Note 7671  Date 2/2/98  # of pages ▶ 1
To Trenia T. Patrick  From John Jarrett
Co./Dept. Delphi E Flint  Co. Delphi-E And
Phone #  Phone # 83242768
Fax # 8-387 8016  Fax # 2618

PLAINTIFF'S EXHIBIT 4

...mbury Road • Grand Blanc, MI 48439 • (810) 603-2498 • Fax (810) 603-2499

030047-000201