# EXHIBIT 5



**DELPHI**
Automotive Systems

September 18, 1998

SEP 21 1998

Mr. John Mailey
President
NuTech Plastic Engineering
8018 Embury Road
Grand Blanc, MI 48439

Dear Mr. Mailey:

I want to acknowledge and thank you for your company's significant efforts in supporting Delphi Energy & Engine Management Systems during the strike this past summer. You responded to our needs with creativity, teamwork, and a sense of urgency; in a sense, just like an emergency medical team in a major hospital.

Many people, too numerous to mention, within the NuTech Plastic Engineering organization pulled together to meet and, in some cases, exceed our expectations.

I, again, want to express my personal appreciation to your organization for their outstanding efforts and contributions.

Sincerely,

Kenneth E. Szymczak
Director – Purchasing

KES/jr/h/szy/sup strike

CC: D. L. Runkle, Vice President & General Manager, Delphi-E
R. C. Campbell, Executive Director Purchasing, Delphi-A



PLAINTIFF'S EXHIBIT
11

Energy and Engine Management Systems
World Headquarters
4800 South Saginaw Street, PO Box 1360, Flint, Michigan 48501-1360 USA