# EXHIBIT 3

4-13-99 10:37 AM

# NuTech Plastics Engineering, Inc.
by Product
For the Periods Ending

| | Jan-98 | Feb-98 | Mar-98 | Apr-98 | May-98 | Jun-98 | Jul-98 | Aug-98 | Sep-98 | Oct-98 | Nov-98 | Dec-98 | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | | | | | | | | | | | | | |
| Tooling | 31,332 | $ 4,152 | 31,303 | 53,749 | 7,194 | 354,462 | 732,417 | 242,513 | 61,300 | 7,653 | 34,690 | 31,622 | 1,552,924 |
| Division 3 Purchasing | 734,142 | 435,527 | 427,512 | 507,526 | 543,754 | 1,251,963 | 1,559,437 | 351,373 | 156,700 | 145,517 | 1,047,072 | 1,127,947 | 9,522,377 |
| Miscellaneous Sales | 500 | - | 5 | - | - | - | - | 523 | - | - | - | - | 1,028 |
| Research & Development | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Delphi | | | | | | | | | | | | | |
| CH Reservoir | 45,507 | 46,366 | 53,114 | 53,003 | 56,909 | 19,615 | - | 77,976 | 50,456 | 62,654 | 60,739 | 56,053 | 599,241 |
| CK Reservoir | 13,792 | 14,626 | 15,345 | 13,407 | 13,407 | 2,438 | 1,219 | 2,571 | 2,432 | 1,428 | 476 | 1,733 | 82,784 |
| F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Z-19 Reservoir | - | - | - | 127 | - | - | 546 | - | 546 | - | 1,092 | - | 2,311 |
| S-325 Reservoir | - | - | - | 504 | 977 | - | 494 | - | - | - | - | - | 1,975 |
| S-330 Reservoir | - | - | - | 504 | - | - | - | - | - | - | - | - | 504 |
| Cap (with post) | - | - | - | - | 1,575 | - | - | 3,150 | - | - | - | - | 4,725 |
| Body Valve | - | - | - | - | - | - | - | - | - | - | - | - | - |
| P/PHP Reservoir | 345,444 | 423,753 | 431,442 | 439,180 | 455,011 | 157,591 | 25,333 | 463,363 | 242,322 | 223,312 | 187,823 | 216,659 | 3,793,517 |
| Arm | 33,953 | 34,200 | 35,150 | 37,675 | 37,533 | 15,253 | 2,025 | 35,152 | 38,053 | 33,413 | 33,135 | 23,235 | 315,104 |
| Impeller | - | - | - | 2,775 | - | - | 7,400 | - | - | - | - | - | 10,175 |
| Connector | - | - | - | - | - | - | 11,710 | - | (4,540) | - | - | - | 5,840 |
| Bullitt | - | - | - | - | - | - | - | - | - | 1,521 | 529 | 463 | 2,514 |
| Other | - | - | - | - | - | - | 29,421 | - | - | - | - | - | 29,421 |
| Total Delphi Sales | 439,330 | 509,300 | 579,451 | 592,175 | 559,216 | 195,630 | 133,457 | 585,252 | 334,593 | 322,728 | 288,797 | 255,420 | 4,215,422 |
| Chrysler | | | | | | | | | | | | | |
| B-Post | 2,333 | 3,325 | 3,664 | 3,382 | 3,735 | 3,515 | 1,225 | 2,251 | 3,697 | 4,552 | 1,371 | 3,339 | 47,272 |
| Sound Shield | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Chrysler Sales | 2,333 | 3,325 | 3,664 | 3,382 | 3,705 | 3,523 | 1,225 | 2,251 | 3,697 | 4,552 | 3,371 | 3,339 | 47,272 |
| Johnson Controls | | | | | | | | | | | | | |
| Chrysler Battery Box | 3,750 | - | 529 | - | 4,500 | 23,753 | 9,069 | 18,264 | 29,386 | 21,377 | 35,816 | 24,597 | 171,549 |
| Motorcraft Battery Box | 3,750 | - | 529 | - | 5,500 | 13,750 | 5,604 | 6,641 | 19,924 | 19,924 | 42,753 | 13,952 | 152,374 |
| Total Johnson Controls Sales | 7,500 | - | 1,058 | - | 10,300 | 37,503 | 14,673 | 24,905 | 49,310 | 41,309 | 78,569 | 38,575 | 324,324 |
| GT Products | | | | | | | | | | | | | |
| 19503 Clip | - | - | - | - | 33 | - | 75 | 533 | - | - | 79 | - | 722 |
| 19471 Cap | 1,734 | 2,488 | 1,322 | 2,965 | 2,965 | 1,087 | 1,955 | 2,934 | 2,739 | 3,592 | 1,193 | - | 24,961 |
| 19588 Cap | - | - | 75 | - | - | - | 150 | 972 | - | - | 625 | - | 1,722 |
| 19477 Upper Body | - | 1,370 | 1,779 | 1,834 | 2,431 | 4,435 | 1,169 | 9,305 | 3,740 | 4,341 | 7,293 | - | 39,707 |
| 19491 CRVR Body | 33,235 | 46,219 | 55,305 | 48,215 | 49,077 | 50,492 | 67,325 | 60,393 | 5,541 | 54,221 | 39,555 | 43,296 | 551,526 |
| 19871 OPR Sleeve | 20 | - | 73 | - | - | - | 343 | 1,272 | 75 | - | - | - | 1,720 |
| 19493 CRVR Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 19680 Upper Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total GT Products | 34,974 | 51,073 | 57,252 | 54,114 | 53,501 | 56,251 | 72,622 | 75,211 | 12,115 | 71,735 | 50,713 | 43,296 | 619,526 |
| Brisken Manufacturing | | | | | | | | | | | | | |
| 16691 F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7712 CK Reservoir | - | 2,511 | 2,593 | 5,756 | 4,356 | - | - | - | - | - | - | - | 15,066 |
| Total Brisken Manufacturing | - | 2,511 | 2,993 | 5,756 | 4,356 | - | - | - | - | - | - | - | 16,050 |
| GMPO | | | | | | | | | | | | | |
| 15661616 Grille | - | - | - | 61,272 | - | - | - | - | - | 52,500 | - | - | 113,773 |
| 15551658 Grille | - | - | - | 51,159 | - | - | - | - | - | - | - | - | 51,159 |
| 15554910 Grille | - | - | - | 62,460 | - | - | - | - | - | - | - | - | 62,460 |
| 15664912 Grille | - | - | - | 50,529 | - | - | - | - | - | 60,175 | - | - | 110,704 |
| Total GMPO | - | - | - | 245,527 | - | - | - | - | - | 112,675 | - | - | 368,202 |
| Powertrain | | | | | | | | | | | | | |
| 24206035 Piston | - | - | - | - | 462 | 1,950 | 126 | 1,302 | 11,575 | 12,449 | 12,949 | 10,755 | 50,661 |
| 8683938 Piston | - | - | - | - | 551 | 930 | 472 | 2,831 | 18,216 | 17,606 | 16,163 | 15,351 | 73,274 |
| Total Powertrain | - | - | - | - | 1,013 | 2,879 | 598 | 4,133 | 30,351 | 30,055 | 29,109 | 26,097 | 123,935 |
| Oxford Suspension Limited | | | | | | | | | | | | | |
| 5022 Liner-Interleaf | - | - | - | - | - | - | - | - | - | 6,425 | - | 3 | 6,428 |
| 5076 Liner-Tip Insert | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5111 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5034 Liner-Interleaf | - | - | - | - | - | - | - | - | - | 141 | (141) | - | - |
| 5079 Liner-Tip Insert | - | - | - | - | - | - | - | - | - | 2,723 | 2,573 | 3,236 | 8,545 |
| 5172 Liner-Special | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5173 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5111 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Oxford Suspension Limited | - | - | - | - | - | - | - | - | - | 9,290 | 2,733 | 3,239 | 15,277 |
| Stant | | | | | | | | | | | | | |
| Backing Plate | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lower Housing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Stant | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rescon | | | | | | | | | | | | | |
| 24000983 Head Cover Rear | - | - | - | - | - | - | 1,998 | - | - | - | - | - | 2,398 |
| 24000988 Inc Cover | - | - | - | - | - | - | 160 | - | - | - | - | - | 160 |
| 24000093 Spacer | - | - | - | - | - | - | - | 14 | - | - | - | - | 14 |
| 24000091 Spacer | - | - | - | - | - | - | - | 17 | - | 3,050 | - | - | 3,067 |
| 24000092 Seal | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 24000093 Seal | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 15453563 Intermediate Cove | - | - | - | - | - | 2,936 | 14,180 | 12,209 | (593) | 14,365 | - | 8,409 | 51,448 |
| 15437364 Final Cover | - | - | - | - | - | - | 3,265 | 24,235 | - | 11,709 | - | 7,392 | 49,300 |
| Total Rescon | - | - | - | - | - | 2,936 | 21,945 | 36,465 | (593) | 29,710 | - | 15,400 | 106,321 |
| Buckley Manufacturing | | | | | | | | | | | | | |
| CK Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Buckley Manufacturing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Sales | 1,258,335 | 1,161,028 | 1,121,134 | 1,562,259 | 1,133,575 | 2,403,172 | 2,311,390 | 1,335,417 | 552,106 | 769,537 | 1,520,579 | 1,508,334 | 17,854,383 |

Nu-Tech Manufacturing, Inc.
Sales by Product
For the Periods Ending

| Sales | Jan-98 | Feb-98 | Mar-98 | Apr-98 | May-98 | Jun-98 | Jul-98 | Aug-98 | Sep-98 | Oct-98 | Nov-98 | Dec-98 | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tooling | | | | | | | | | | | | | |
| Miscellaneous Sales | 60,200 | 4,150 | 61,301 | 1,710 | 7,194 | 254,462 | 739,417 | 243,613 | 61,665 | 7,650 | 14,600 | 11,600 | 1,556,926 |
| Research & Development | 500 | | | | | | | (62) | | | | | 1,229 |
| Delphi | | | | | | | | | | | | | |
| CR Reservoir | 46,607 | 46,366 | 53,014 | 56,003 | 56,909 | | | 77,976 | 60,456 | 62,054 | 60,729 | 56,008 | 599,241 |
| CK Reservoir | 12,798 | 14,626 | 15,845 | 12,107 | 13,407 | 19,619 | | 2,571 | 2,135 | 1,028 | 476 | 1,735 | 82,784 |
| F Reservoir | | | | | | 2,130 | 1,219 | | | | | | 2,331 |
| S-10 Reservoir | | | | 127 | | | 566 | | 540 | | 1,092 | | 1,975 |
| S-325 Reservoir | | | | 504 | 977 | | 494 | | | | | | 504 |
| S-310 Reservoir | | | | 504 | | | | | | | | | 4,725 |
| Cap (with post) | | | | | 1,575 | | | 3,150 | | | | | |
| Body Valve | | | | | | | | | | | | | |
| F/PHP Reservoir | | | | | | | | | | | | | |
| Arm | 146,111 | 123,708 | 101,442 | 443,100 | 459,011 | 157,691 | 86,583 | 163,363 | 248,122 | 223,312 | 187,823 | 216,039 | 3,703,817 |
| Impeller | 21,963 | 24,600 | 28,150 | 23,675 | 23,338 | 15,863 | 2,025 | 38,192 | 32,063 | 33,413 | 38,138 | 23,268 | 315,104 |
| Connector | | | | 3,775 | | | 7,400 | | | | | | 10,175 |
| Bullit | | | | | | | 11,780 | | | | | | 4,840 |
| Other | | | | | | | | | (4,940) | 1,521 | 529 | 463 | 2,514 |
| Total Delphi Sales | 129,010 | 509,500 | 579,451 | 592,176 | 559,210 | 495,610 | 839,167 | 505,253 | 338,993 | 322,728 | 286,797 | 298,410 | 4,839,411 |
| Chrysler | | | | | | | | | | | | | |
| G-Port | 2,909 | 3,225 | 9,654 | 3,382 | 3,709 | 3,539 | 3,225 | 2,281 | 3,697 | 4,542 | 3,371 | 3,539 | 47,171 |
| Sound Shield | | | | | | | | | | | | | |
| Total Chrysler Sales | 2,909 | 3,225 | 9,654 | 3,382 | 3,709 | 3,539 | 3,225 | 2,281 | 3,697 | 4,542 | 3,371 | 3,539 | 47,171 |
| Johnson Controls | | | | | | | | | | | | | |
| Chrysler Battery Box | 3,750 | | 525 | | 4,800 | 23,753 | 9,069 | 18,264 | 29,806 | 21,277 | 35,816 | 24,697 | 171,940 |
| Motorcraft Battery Box | 3,750 | | 520 | | 5,500 | 13,750 | 5,604 | 6,641 | 19,923 | 19,234 | 42,753 | 43,998 | 162,272 |
| Total Johnson Controls Sales | 7,500 | | 1,058 | | 10,300 | 37,503 | 14,673 | 24,905 | 49,810 | 41,300 | 78,569 | 68,696 | 334,214 |
| GT Products | | | | | | | | | | | | | |
| 19605 Clip | | | | | | | 78 | 533 | | | 79 | | 722 |
| 19178 Cap | 1,719 | 1,485 | 1,422 | 2,065 | 32 | 1,087 | 1,956 | 2,934 | 1,733 | 2,608 | 3,152 | | 24,251 |
| 13588 Cap | | | 75 | | 2,065 | | 150 | 875 | | | 625 | | 1,725 |
| 19477 Upper Body | | 1,370 | 1,779 | 3,834 | 2,431 | 4,108 | 1,169 | 9,203 | 3,746 | 4,301 | 7,491 | | 39,707 |
| 19491 ORVR Body | 25,835 | 46,239 | 65,805 | 10,216 | 49,077 | 50,691 | 67,035 | 60,393 | 6,541 | 64,821 | 49,569 | 43,296 | 501,520 |
| 19551 OPR Sleeve | 20 | | 72 | | | | 240 | 1,272 | 90 | | | | 1,700 |
| 19492 ORVR Body | | | | | | | | | | | | | |
| 19680 Upper Body | | | | | | | | | | | | | |
| Total GT Products | 31,591 | 51,003 | 69,152 | 54,714 | 53,604 | 56,260 | 70,628 | 75,311 | 12,116 | 71,730 | 60,718 | (3,296) | 619,625 |
| Briskin Manufacturing | | | | | | | | | | | | | |
| 16691 P Reservoir | | 2,531 | 2,893 | 5,785 | 1,856 | | | | | | | | 16,086 |
| 7718 CK Reservoir | | 2,531 | 2,893 | 5,746 | 1,856 | | | | | | | | 16,066 |
| Total Briskin Manufacturing | | | | | | | | | | | | | |
| GMSFO | | | | | 61,778 | | | | | 62,500 | | | 123,778 |
| 15553636 Grille | | | | | 1,199 | | | | | | | | 62,159 |
| 15553639 Grille | | | | | 62,460 | | | | | | | | 62,460 |
| 15554910 Grille | | | | | 61,589 | | | | | 60,175 | | | 120,764 |
| 15554911 Grille | | | | | 275,527 | | | | | 122,675 | | | 368,201 |
| Total GMSFO | | | | | | | | | | | | | |
| 24206025 Piston | | | | | | | | 1,302 | 11,575 | 12,419 | 12,940 | 10,756 | 50,661 |
| 8683988 Piston | | | | | | | | 2,031 | 10,816 | 17,606 | 16,168 | 15,851 | 72,274 |
| Total Powertrain | | | | | | | | 4,333 | 30,391 | 30,055 | 29,109 | 26,607 | 123,935 |
| Ford Suspension Limited | | | | | 462 | 1,050 | 126 | | | | | | |
| 5022 Liner-Interior | | | | | 553 | 980 | 472 | | | 6,426 | | 3 | 6,429 |
| 5075 Liner-Tip Insert | | | | | 1,013 | 2,030 | 598 | | | | | | |
| 5111 Liner-Interior | | | | | | | | | | | | | |
| 5014 Liner-Interior | | | | | | | 2,000 | | | | | | 2,000 |
| 5070 Liner-Tip Insert | | | | | | | 800 | | | | | | 800 |
| 5122 Liner-Special | | | | | | | 14 | | | | | | 14 |
| 5172 Liner-Interior | | | | | | | 17 | | 141 | 3,050 | (141) | | 3,067 |
| 5113 Liner-Interior | | | | | | 2,000 | 14,880 | 12,300 | | | | | |
| Total Oxford Suspension Limited | | | | | | | 5,265 | 24,235 | | | | | |
| Lant | | | | | | | 22,915 | 36,466 | | | | | |
| Backing Plate | | | | | | 2,000 | | | (600) | | | | 8,848 |
| Lower Housing | | | | | | | | | (600) | | | | |
| Total Scam | | | | | | | | | | | | | |
| 24000083 Head Cover Rear | | | | | | | | | | | | | |
| 24000088 Nut Cover | | | | | | | | | | (9,300) | 2,738 | 3,339 | 15,277 |
| 24000090 Spacer | | | | | | | 2,000 | | | | | | 2,000 |
| 24000091 Spacer | | | | | | | 800 | | | | | | 800 |
| 24000092 Seal | | | | | | | 14 | | | | | | 14 |
| 24000093 Seal | | | | | | | 17 | | 141 | 3,050 | (141) | | 3,067 |
| 10483663 Intermediate Cover | | | | | | | 14,880 | 12,300 | | | | | |
| 10483864 Final Cover | | | | | | | 5,265 | 24,235 | | | | | |
| Total Bacon | | | | | | | | | | | | | |
| Ickley Manufacturing | | | | | | 2,000 | 22,915 | 36,466 | | 14,960 | | 8,000 | 51,640 |
| CK Reservoir | | | | | | | | | | 11,700 | | 7,800 | 49,000 |
| F Reservoir | | | | | | 2,000 | | | | 29,710 | | 15,800 | 106,321 |
| Total Buckley Manufacturing | | | | | | | | | | | | | |
| Total Sales | 532,697 | 570,499 | 741,915 | 954,724 | 638,092 | 551,413 | 990,952 | 912,584 | 495,406 | 639,710 | 477,901 | 471,188 | 8,060,475 |