# EXHIBIT 7

4/13/99 11:57 AM

## NuTech Plastics Engineering, Inc.
### Cost of Sales by Product
### For the Periods Ending

| | Jan-98 | Feb-98 | Mar-98 | Apr-98 | May-98 | Jun-98 | Jul-98 | Aug-98 | Sep-98 | Oct-98 | Nov-98 | Dec-98 | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold | | | | | | | | | | | | | |
| Tooling | 41,500 | 1,700 | 20,759 | 62,222 | 64,371 | 257,212 | 775,121 | 152,592 | 32,049 | 44,100 | 25,451 | 125,417 | 1,728,371 |
| Division Purchasing | 724,381 | 476,592 | 474,795 | 592,349 | 525,457 | 1,867,328 | 1,563,464 | 151,635 | 151,432 | 141,012 | 1,007,336 | 1,098,709 | 9,350,449 |
| Miscellaneous Sales | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Research & Development | - | - | 1,000 | - | - | - | - | - | - | - | - | - | 1,000 |
| Delphi | | | | | | | | | | | | | |
| CJ Reservoir | 25,711 | 25,563 | 33,151 | 31,375 | 30,733 | 10,613 | - | 42,179 | 32,707 | 33,891 | 32,555 | 30,339 | 235,168 |
| CK Reservoir | 9,561 | 10,926 | 11,837 | 10,015 | 10,016 | 1,821 | 311 | 1,921 | 1,821 | 1,366 | 355 | 1,295 | 61,346 |
| F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| S-10 Reservoir | - | - | - | 95 | - | - | 402 | - | 408 | - | 316 | - | 1,727 |
| S-325 Reservoir | - | - | - | 377 | 730 | - | 369 | - | - | - | - | - | 1,476 |
| S-330 Reservoir | - | - | - | 375 | - | - | - | - | - | - | - | - | 376 |
| Cap (with post) | - | - | - | - | 756 | - | - | 1,512 | - | - | - | - | 2,262 |
| Body Valve | - | - | - | - | - | - | - | - | - | - | - | - | - |
| T/DHP Reservoir | 142,339 | 151,266 | 206,316 | 209,818 | 196,357 | 57,122 | 36,362 | 106,461 | 106,533 | 52,779 | 30,546 | 71,546 | 1,610,754 |
| Arm | 15,028 | 15,625 | 17,350 | 17,425 | 17,313 | 9,932 | 1,275 | 24,047 | 20,135 | 21,033 | 24,012 | 14,663 | 195,399 |
| Impeller | - | - | - | 1,595 | - | - | 3,008 | - | - | - | - | - | 4,515 |
| Connector | - | - | - | - | - | - | 7,750 | - | (3,250) | - | - | - | 4,500 |
| [illegible] | - | - | - | - | - | - | - | - | - | 332 | 324 | 232 | 2,535 |
| Other | - | - | - | - | - | - | 15,555 | - | - | - | - | - | 15,998 |
| Total Delphi Cost of Sales | 201,699 | 235,370 | 265,154 | 270,922 | 255,664 | 59,543 | 69,239 | 265,219 | 153,507 | 153,095 | 132,910 | 131,126 | 2,249,565 |
| Chrysler | | | | | | | | | | | | | |
| E-Post | 2,371 | 2,558 | 5,358 | 1,623 | 2,943 | 2,595 | 2,558 | 2,310 | 2,933 | 3,619 | 3,503 | 2,353 | 35,997 |
| Sound Shield | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Chrysler Cost of Sales | 2,371 | 2,558 | 5,358 | 1,623 | 2,942 | 2,595 | 2,558 | 2,310 | 2,333 | 3,619 | 3,503 | 2,353 | 35,997 |
| Johnson Controls | | | | | | | | | | | | | |
| Chrysler Battery Box | 1 | - | 578 | - | 3 | 12,550 | 10,537 | 15,745 | 25,754 | 18,425 | 30,877 | 21,291 | 136,075 |
| Motorcraft Battery Box | 3 | - | 1,569 | - | 4 | 7,567 | 7,252 | 5,725 | 17,176 | 17,175 | 76,555 | 37,931 | 132,272 |
| Total Johnson Controls Cost of Sal | 4 | - | 2,147 | - | 7 | 20,417 | 18,759 | 21,470 | 42,961 | 35,605 | 57,724 | 59,223 | 268,347 |
| GT Products | | | | | | | | | | | | | |
| 19xxx Clip | - | 25 | - | - | 19 | - | 36 | 313 | - | - | 38 | - | 451 |
| 15471 Cap | 1,123 | 2,131 | 952 | 1,392 | 1,292 | 520 | 1,224 | 1,326 | 1,085 | 1,632 | 1,972 | - | 15,272 |
| 19538 Cap | - | - | 45 | - | - | - | 90 | 525 | - | - | 375 | - | 1,035 |
| 18977 Upper Body | - | 848 | 1,130 | 3,379 | 1,603 | 3,774 | 723 | 5,751 | 2,312 | 2,461 | 4,509 | - | 24,573 |
| 19401 ORVR Body | 18,435 | 24,591 | 40,660 | 29,792 | 30,324 | 29,956 | 41,420 | 37,316 | (664) | 40,052 | 30,625 | 24,752 | 353,217 |
| 19581 OEM Sleeve | 12 | 1 | 45 | - | - | - | 155 | 795 | 60 | - | - | - | 1,064 |
| 19492 ORVR Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 19610 Upper Body | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total GT Products | 19,570 | 31,526 | 42,332 | 33,454 | 33,135 | 33,406 | 43,592 | 45,335 | 2,776 | 44,343 | 37,531 | 26,752 | 395,516 |
| Brighton Manufacturing | | | | | | | | | | | | | |
| 14xxx F Reservoir | - | 1,436 | 1,693 | 3,395 | 2,850 | - | - | - | - | - | - | - | 9,431 |
| 77xx CK Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Brighton Manufacturing | - | 1,435 | 1,691 | 3,395 | 2,850 | - | - | - | - | - | - | - | 9,431 |
| GMSPO | | | | | | | | | | | | | |
| 15553536 Grille | - | - | - | 30,479 | - | - | - | - | - | 17,352 | - | - | 48,330 |
| 15551639 Grille | - | - | - | 30,421 | - | - | - | - | - | - | - | - | 30,421 |
| 15574910 Grille | - | - | - | 31,338 | - | - | - | - | - | - | - | - | 31,338 |
| 15634911 Grille | - | - | - | 24,973 | - | - | - | - | - | 16,664 | 95 | - | 46,732 |
| Total GMSPO | - | - | - | 122,215 | - | - | - | - | - | 34,516 | 95 | - | 156,821 |
| Powertrain | | | | | | | | | | | | | |
| 24xx6035 Piston | - | - | - | - | 235 | 648 | 78 | 679 | 6,614 | 7,373 | 7,567 | 6,140 | 29,384 |
| 2xxxxxxx Piston | - | - | - | - | 339 | 604 | 291 | 752 | 7,775 | 7,275 | 6,766 | 6,655 | 30,463 |
| Total Powertrain | - | - | - | - | 624 | 1,252 | 369 | 1,431 | 14,389 | 14,648 | 14,333 | 12,504 | 59,852 |
| Oxford Suspension Limited | | | | | | | | | | | | | |
| 5032 Liner-Interleaf | - | - | - | 15 | - | - | - | - | - | - | - | - | 15 |
| 5075 Liner-Tip Insert | - | - | - | - | - | - | 6 | - | - | 3,376 | 2 | 2 | 3,556 |
| 51xx Liner-Interleaf | - | - | - | 15 | - | - | - | - | - | - | - | - | 15 |
| 5042 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5070 Liner-Tip Insert | - | - | - | - | - | - | - | 1 | - | 37 | (87) | 0 | 1 |
| 5172 Liner-Special | - | - | - | - | - | 30 | - | - | 0 | 1,547 | 1,777 | 1,998 | 5,431 |
| 5173 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5111 Liner-Interleaf | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Oxford Suspension Limited | - | - | - | 30 | - | 30 | 6 | 1 | 0 | 5,450 | 1,592 | 1,999 | 9,462 |
| Stant | | | | | | | | | | | | | |
| Backing Plate | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lever Housing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Stant | - | - | - | - | - | - | - | - | - | - | - | - | - |
| [illegible] | | | | | | | | | | | | | |
| 24000083 Head Cover Rear | - | - | - | - | - | - | 0 | - | - | - | - | - | 0 |
| 24000088 Nut Cover | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 24000090 Spacer | - | - | - | - | - | - | - | 259 | - | - | - | - | 259 |
| 24000051 Spacer | - | - | - | - | - | - | - | 266 | - | - | - | - | 266 |
| 24000092 Seal | - | - | - | - | - | - | - | - | 240 | - | - | - | 240 |
| 24000093 Seal | - | - | - | - | - | - | - | - | 240 | - | - | - | 249 |
| 10437862 Intermediate Cove | - | - | - | - | - | 1,319 | 9,746 | 7,351 | (193) | 9,759 | - | 5,240 | 33,493 |
| 10437864 Final Cover | - | - | - | - | - | - | 3,429 | 15,612 | - | 7,620 | - | 5,050 | 31,751 |
| Total [illegible] | - | - | - | - | - | 1,319 | 13,175 | 24,112 | 57 | 17,419 | - | 10,320 | 56,444 |
| Buckley Manufacturing | | | | | | | | | | | | | |
| CK Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| F Reservoir | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Buckley Manufacturing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 1,606,626 | 751,438 | 850,734 | 1,097,464 | 886,754 | 2,272,995 | 2,131,255 | 513,729 | 455,154 | 493,917 | 1,291,532 | 1,474,203 | 14,371,203 |
| | 111,311 | 309,335 | 356,330 | 474,345 | 397,322 | 135,273 | 37,691 | 466,615 | 106,942 | 151,515 | 113,147 | 132,722 | 3,211,949 |