# EXHIBIT 8

NuTech Plastics Engineering, Inc.
Lease Payments by Due Date

| Due Date | Bldgs. | Equip. | Equip. | Equip. | Equip. | Equip. | Equip. | Equip. | Equip. | Equip. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $75,927.50 | 17,955.62 | 1,820.66 | | | | | | | | $ 95,703.78 |
| 2 | | 1,086.87 | | | | | | | | | 1,086.87 |
| 3 | | | | | | | | | | | - |
| 4 | | | | | | | | | | | - |
| 5 | | | | | | | | | | | - |
| 6 | | | | | | | | | | | - |
| 7 | | 2,417.61 | | | | | | | | | 2,417.61 |
| 8 | | | | | | | | | | | - |
| 9 | | | | | | | | | | | - |
| 10 | | 16,064.39 | | | | | | | | | 16,064.39 |
| 11 | | | | | | | | | | | - |
| 12 | | | | | | | | | | | - |
| 13 | | | | | | | | | | | - |
| 14 | | | | | | | | | | | - |
| 15 | | 4,475.37 | 14,629.05 | 5,964.12 | 2,767.93 | 5,386.39 | 10,484.21 | 8,149.96 | 3,912.57 | 19,121.14 | 2,392.94 | 77,283.68 |
| 16 | | | | | | | | | | | - |
| 17 | | | | | | | | | | | - |
| 18 | | | | | | | | | | | - |
| 19 | | | | | | | | | | | - |
| 20 | | | | | | | | | | | - |
| 21 | | | | | | | | | | | - |
| 22 | | | | | | | | | | | - |
| 23 | | | | | | | | | | | - |
| 24 | | | | | | | | | | | - |
| 25 | | | | | | | | | | | - |
| 26 | | | | | | | | | | | - |
| 27 | | | | | | | | | | | - |
| 28 | | | | | | | | | | | - |
| 29 | | | | | | | | | | | - |
| 30 | | | | | | | | | | | - |
| 31 | | | | | | | | | | | - |
| Total | $75,927.50 | | | | | | | | | | |

| | |
|---|---|
| Buildings | $ 75,927.50 |
| Equipment | $116,628.83 |
| Total | $192,556.33 |

Prep'd by BBK 9/15/99

Leases Summary

Nu-Tech Plastics Engineering, Inc.
Summary of Real Property Leases

| Property Address | Date of Lease | Landlord | Tenant | Initial Term | Renewal Options | Square Ft Office | Square Ft Mfg | Square Ft Total | Rate per Square Ft Office | Rate per Square Ft Mfg | Escalator | Annual Rent Office | Annual Rent Mfg | Annual Rent Total | Monthly Pmt due 1st | R/E Tax | Passthroughs Insurance | Passthroughs CAM | Security Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6095 Embury Road, Suite 2, Grand Blanc Township, MI | 1-24/96 | John G. Cooper | Nu-Tech Plastics | 5 yrs | 2 @ 5 yrs | 2,000 | 7,000 | 9,000 | $ 14 | $ 10 | None | $ 28,000 | $ 70,000 | $ 98,000 | $ 8,166.67 | Tenant | Tenant | Tenant | $ - |
| 801-1 Fanbury Road, Grand Blanc Township, MI | 3-28/97 | John G. Cooper | Nu-Tech Plastics | 10 yrs | 2 @ 10 yrs | - | 15,875 | 15,875 | $ - | $ 10 | 10 yr 3-10 - $10 plus CPI, not less than $10.30 | $ - | 158,750 | $ 158,750 | $13,229.17 | Tenant | Tenant | Tenant | $ - |
| 40-A Baldwin Road, Building A, Holly, MI | 7-1-97 | Air Design, LC | Nu-Tech Plastics | 3 yrs | TBD 90 days prior to expir | - | 10,500 (estimate) | 10,000 | $ - | $ 15.25 | None | $ - | 152,460 | $ 152,460 | $12,705.00 | Tenant | Tenant | Tenant | $ 5,000 |
| 40-C Baldwin Road, Building B, Holly, MI | 1-1-98 | Air Design, LC | Nu-Tech Plastics | 5 yrs | TBD 90 days prior to expir | - | 10,000 (estimate) | 10,000 | $ - | $ 11.99 | None | $ - | 119,920 | $ 119,920 | $ 9,993.33 | Tenant | Tenant | Tenant | $ 10,000 |
| 437 Lennon Road, Ice Creek, IL | 9-1-98 | John G. Cooper | Nu-Tech Plastics | 5 yrs | 1 @ 5 yrs | 4,000 (2 floors) | 34,000 | 38,000 | not specd | not specd | None | not specd | not specd | $ 382,000 | $31,833.33 | Tenant | Tenant | Tenant | $ 31,833 |
| Total | | | | | | 6,000 | 76,875 | 82,875 | | | | | | $ 911,130 | $75,927.50 | | | | $ 46,833 |

Divided by total square ft $ 82,875
Rate per total square foot $ 10.99

Annual Rent if Base Rate is:

| | | Savings/Yr (assume same taxes, ins, CAM) |
|---|---|---|
| $ 2.00 | $ 165,750 | $ 745,380 |
| $ 3.00 | $ 248,625 | $ 662,505 |
| Market Rate $ 4.00 | $ 331,500 | $ 579,630 |
| $ 5.00 | $ 414,375 | $ 496,755 |

Leases Real