# EXHIBIT 12

NU-TECH
SUMMARY OF ESTIMATED DAMAGES
FINAL

| | |
|---|---:|
| LOSS OF INCOME | 8,688,918 |
| LOST VALUE OF BUSINESS[1] | 5,811,911 |
| EXCESS COSTS | 811,435 |
| EXPERT FEES | NOT INCLUDED |
| LEGAL FEES | NOT INCLUDED |
| OPPORTUNITY COSTS | NOT INCLUDED |
| **TOTAL ESTIMATED DAMAGES** | **15,312,264** |

[1] Actual Lost Value of Business:  11,473,899

NU-TECH
LOSS OF INCOME 1999 - 2000
FINAL

| | |
|---|---:|
| LOSS OF INCOME PRIOR (Updated) | 8,545,014 |
| Add: | |
| Equipment Rental (Updated) | 493,425 [1] |
| Building Rental (Updated) | 349,930 |
| Less: | |
| Equipment Rental - Final | (493,425) |
| Building Rental - Final | (206,026) |
| **1999 - 2000 UPDATED LOSS OF INCOME** | **8,688,918** |

## NUTECH PLASTICS ENGINEERING, INC
### LOSS OF INCOME
### 1999-2000

|  | Variable/Fixed | Basis | | Variable | Fixed | Total | Historical 1998 Amount | Ratio |
|---|---|---|---|---|---|---|---|---|
| **OTHER NONCONTROLLABLE EXPENSES** | | | | | | | | |
| Depreciation - Office Equipment | F | $ 14,361 | /year | | 28,722 | 28,722 | 14,361 | 0.08% |
| Depreciation - Leasehold Improvements | F | $ 20,984 | /year | | 41,968 | 41,968 | 20,984 | 0.12% |
| Depreciation - Plant Equipment | F | $ 140,504 | /year | | 281,008 | 281,008 | 140,504 | 0.80% |
| Depreciation - Vehicles | F | $ 9,083 | /year | | 18,166 | 18,166 | 9,083 | 0.05% |
| Amortization Expense | F | $ 4,603 | /year | | 9,206 | 9,206 | 4,603 | 0.03% |
| Interest Expense | V | 1.18% | /sales | 135,223 | | 135,223 | 207,913 | |
| General Insurance | F | $ 15,196 | /year | | 30,392 | 30,392 | 15,196 | 0.09% |
| Worker's Compensation Insurance | V | 1.26% | /pr | 9,732 | 8,114 | 17,846 | 19,030 | 0.11% |
| Umbrella Insurance | F | $ 1,173 | /year | | 2,346 | 2,346 | 1,173 | 0.01% |
| Accounting | F | $ 2,675 | /year | | 5,350 | 5,350 | 2,675 | 0.02% |
| Consulting | V | 0.15% | /sales | 17,190 | | 17,190 | 25,894 | 0.15% |
| Legal Fees | F | $ 16,067 | /year | | 32,134 | 32,134 | 16,067 | 0.09% |
| Taxes - Local | F | $ 8,711 | /year | | 17,422 | 17,422 | 8,711 | 0.05% |
| Taxes - Property Taxes | F | $ 91,153 | /year | | 182,306 | 182,306 | 91,153 | 0.52% |
| Single Business Tax | V | 0.08% | /sales | 9,168 | | 9,168 | 14,832 | 0.08% |
| Uncollectible Accounts | V | 0.16% | /sales | 18,335 | | 18,335 | 28,152 | 0.16% |
| Waste Collection | V | 0.02% | /sales | 2,292 | | 2,292 | 4,245 | 0.02% |
| **TOTAL NONCONTROLLABLE EXPENSES** | | | | 191,940 | 657,134 | 849,074 | 624,576 | 3.56% |
| | | | | | | | | |
| **PROFIT BEFORE EQUIPMENT & BUILDING RENT** | | | | 9,826,630 | (1,592,520) | 8,234,110 | 2,105,473 | 11.97% |
| | | | | | | | | |
| **ADDITIONAL RENTAL EXPENSES SPECIFIC TO DELPHI PART "60694"** | | | | | | | | |
| Equipment Rental | 246712.68 F | 372,928.56 | annual rent | 493425 | 745,857 | 745,857 | 979,151 | 5.57% |
| Building Rent | 103013.00 F | $ 501,920 | annual rent | 206026 | 1,003,840 | 1,003,840 | 656,455 | 3.73% |
| **TOTAL ADDITIONAL RENTAL EXPENSES SPECIFIC TO DELPHI PART "60694"** | | | | - | 1,749,697 | 1,749,697 | 1,635,606 | 9.30% |
| | | | | 699451 | 699451 | | | |
| **OTHER INCOME** | | | | | | | | |
| Interest Income | | | | | | | 25,727 | 0.15% |
| Other Income | | | | | | | 11,909 | 0.07% |
| **TOTAL OTHER INCOME** | | | | | | | 37,636 | 0.22% |
| | | | | | (229197) | | | |
| **NET INCOME** | | | | 9,826,630 | (3,342,217) | 6,484,413 | 507,503 | 2.89% |

LESS DELPHI ATTRIBUTED FIXED EXPENSES:
 Total Delphi Attributed Fixed Expenses     699451  1,749,697     7534659
 27.52% Fixed Expenses before Equipment & Building Rent 438261  438,261
TOTAL DELPHI ATTRIBUTED FIXED EXPENSES    1137712  2,187,959

**LOSS OF INCOME**         8688918 **7,638,671**

---

Notes:
Cost of Goods - Delphi are percentage of historical Delphi COGS compared to Delphi Sales

Payroll Expenses - based on historical 1998 information - as a percentage of payroll
  1998 Salaries & Wages other    1,184,530
  1998 Salaries & Wages - officer & admin 322,000
            1,506,530 100.00%

  1998 Payroll Taxes    130,307 8.65%
  1998 Health Insurance  127,681 8.48%
  1998 Workers Comp   19,030 1.26%

Equipment Rental is based on percentage of the following equipment costs to Delphi Sales
  5,964.12
  10,484.21
  14,629.05
  31,077.38
 x 12.00 months
  372,928.56 per year
 x 2.00 years
  745,857.12 (1999-2000)

Fixed building rent is annual rent for the following locations:
  4068 Baldwin Rd, building B  119,920
  G-6437 Lennon Rd.    382,000
           501,920
       x 2.00 years
      1,003,840 (1999-2000)

Fixed expenses before building rent  1,592,520

NUTATION PLASTICS & ENGINEERING, INC
LOSS OF INCOME
1999-2000

| | Variable/ Fixed | Basis | | Variable | Fixed | Total | Historical 1998 Amount | Ratio |
|---|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | | |
| Tooling | | | | | | - | 1,556,926 | 8.87% |
| Division 2 Purchasing | | | | | | - | 9,524,377 | 54.16% |
| Miscellaneous | | | | | | - | 1,229 | 0.01% |
| Delphi | | | | 11,459,559 | | 11,459,559 | 4,839,410 | 27.52% |
| Chrysler | | | | | | - | 47,177 | 0.27% |
| Johnson Controls | | | | | | - | 334,314 | 1.90% |
| GT Products | | | | | | - | 649,625 | 3.69% |
| Briskin Manufacturing Co | | | | | | - | 16,066 | 0.09% |
| GM SPO | | | | | | - | 368,201 | 2.09% |
| Powertrain | | | | | | - | 123,993 | 0.71% |
| Oxford Suspension Limited | | | | | | - | 15,277 | 0.09% |
| Reacom | | | | | | - | 106,321 | 0.60% |
| **TOTAL SALES** | | | | 11,459,559 | - | 11,459,559 | 17,581,852 | 100.00% |
| | | | | | | | | |
| **COST OF GOODS SOLD** | | | | | | | | |
| Tooling | V | | | | | - | 1,736,076 | 9.88% |
| Division 2 Purchasing | V | | | | | - | 9,380,649 | 53.35% |
| Research & Development | V | 0.01% | /sales | 1,146 | | 1,146 | 1,000 | 0.01% |
| Delphi | V | 0.00% | /delphi sales | - | | - | 2,249,565 | 12.79% |
| Chrysler | V | | | | | - | 35,997 | 0.20% |
| Johnson Controls | V | | | | | - | 275,360 | 1.57% |
| GT Products | V | | | | | - | 395,616 | 2.25% |
| Briskin Manufacturing Co | V | | | | | - | 9,431 | 0.05% |
| GM SPO | V | | | | | - | 156,821 | 0.89% |
| Powertrain | V | | | | | - | 59,852 | 0.34% |
| Oxford Suspension Limited | V | | | | | - | 9,408 | 0.05% |
| Reacom | V | | | | | - | 66,444 | 0.38% |
| Freight & Delivery | V | 0.25% | /sales | 28,649 | | 28,649 | 43,526 | 0.25% |
| Engineering | V | 0.00% | /sales | - | | - | 264 | 0.00% |
| Equipment Maintenance | V | 0.43% | /sales | 49,276 | | 49,276 | 75,976 | 0.43% |
| Supplies - Shop | V | 0.53% | /sales | 60,736 | | 60,736 | 92,974 | 0.53% |
| Supplies - Quality Control | V | 0.08% | /sales | 9,168 | | 9,168 | 13,603 | 0.08% |
| Inventory Overhead Adjustment | V | | | | | - | (2,201,564) | -12.52% |
| **TOTAL COST OF GOODS SOLD** | | | | 148,975 | - | 148,975 | 12,402,995 | 70.53% |
| | | | | | | | | |
| **GROSS PROFIT** | | | | 11,310,584 | | 11,310,584 | 5,181,857 | 29.47% |
| | | | | | | | | |
| **OPERATING PAYROLL & EXPENSES** | | | | | | | | |
| Salaries & Wages - Other | V | 6.74% | /sales | 772,374 | | 772,374 | 1,184,530 | 6.74% |
| Salaries & Wages - officer & Admin | F | $ 322,000 | /year | | 644,000 | 644,000 | 322,000 | 1.83% |
| Contract Labor | V | 0.42% | | 48,130 | | 48,130 | 73,641 | 0.42% |
| Payroll Taxes | V | 8.65% | /pr | 66,810 | 55,706 | 122,516 | 130,307 | 0.74% |
| Payroll Expenses - Other | V | 0.00% | /pr | - | - | - | 57 | 0.00% |
| Health Insurance | V | 8.48% | /pr | 65,497 | 54,611 | 120,108 | 127,681 | 0.75% |
| **TOTAL PAYROLL & EXPENSES** | | | | 952,811 | 754,317 | 1,707,128 | 1,838,218 | 10.45% |
| | | | | | | | | |
| **PROFIT AFTER PAYROLL & EXPENSES** | | | | 10,357,773 | (754,317) | 9,603,456 | 3,343,639 | 19.01% |
| | | | | | | | | |
| **OTHER CONTROLLABLE EXPENSES** | | | | | | | | |
| Advertising | V | 0.00% | /sales | - | | - | 143 | 0.00% |
| Bank Service Charges | F | $ 8,788 | /year | | 17,576 | 17,576 | 8,788 | 0.05% |
| Blueprints | V | 0.01% | /sales | 1,146 | | 1,146 | 2,585 | 0.01% |
| Contributions | F | $ 2,406 | /year | | 4,812 | 4,812 | 2,406 | 0.01% |
| Dues & Subscriptions | F | $ 2,756 | /year | | 5,512 | 5,512 | 2,756 | 0.02% |
| Shop Maintenance | F | $ 200 | /year | | 400 | 400 | 200 | 0.00% |
| Office Maintenance | F | $ 3,371 | /year | | 6,742 | 6,742 | 3,371 | 0.02% |
| Machinery Movers & Riggers | V | 0.79% | /sales | 90,531 | | 90,531 | 139,059 | 0.79% |
| Building Maintenance | F | $ 29,154 | /year | | 58,308 | 58,308 | 29,154 | 0.17% |
| Fees & Permits | V | 0.00% | /sales | - | | - | 500 | 0.00% |
| Miscellaneous | V | 0.07% | /sales | 8,022 | | 8,022 | 12,281 | 0.07% |
| Postage & Delivery | V | 0.02% | /sales | 2,292 | | 2,292 | 3,625 | 0.02% |
| Supplies | V | 0.39% | /sales | 44,692 | | 44,692 | 68,673 | 0.39% |
| Telephone | V | 0.15% | /sales | 17,189 | | 17,189 | 27,120 | 0.15% |
| Pager Service | V | 0.02% | /sales | 2,292 | | 2,292 | 3,948 | 0.02% |
| Meals & Entertainment | V | 0.17% | /sales | 19,481 | | 19,481 | 29,383 | 0.17% |
| Travel | V | 0.17% | /sales | 19,481 | | 19,481 | 30,014 | 0.17% |
| Uniforms | V | 0.04% | /sales | 4,584 | | 4,584 | 7,036 | 0.04% |
| Gas & Electric | V | 1.13% | /sales | 129,493 | | 129,493 | 198,150 | 1.13% |
| Water | V | 0.00% | /sales | - | | - | 389 | 0.00% |
| Vehicle Expense | F | $ 43,859 | /year | | 87,718 | 87,718 | 43,859 | 0.25% |
| **TOTAL CONTROLLABLE EXPENSES** | | | | 339,203 | 181,068 | 520,271 | 613,590 | 3.48% |
| | | | | | | | | |
| **PROFIT AFTER CONTROLLABLE EXPENSES** | | | | 10,018,570 | (935,385) | 9,083,185 | 2,730,049 | 15.53% |

NUTECH PLASTICS ENGINEERING, INC.
LOSS OF INCOME
1999

| | Variable/ Fixed | Basis | | Variable | Fixed | Total | Historical - 1998 Amount | Ratio |
|---|---|---|---|---|---|---|---|---|
| OTHER NONCONTROLLABLE EXPENSES | | | | | | | | |
| Depreciation - Office Equipment | F | $ | 14,361 | | 14,361 | 14,361 | 14,361 | 0.08% |
| Depreciation - Leasehold Improvements | F | $ | 20,984 | | 20,984 | 20,984 | 20,984 | 0.12% |
| Depreciation - Plant Equipment | F | $ | 140,504 | | 140,504 | 140,504 | 140,504 | 0.80% |
| Depreciation - Vehicles | F | $ | 9,083 | | 9,083 | 9,083 | 9,083 | 0.05% |
| Amortization Expense | F | $ | 4,603 | | 4,603 | 4,603 | 4,603 | 0.03% |
| Interest Expense | V | | 1.18% /sales | 69,012 | | 69,012 | 207,913 | 1.18% |
| General Insurance | F | $ | 15,196 | | 15,196 | 15,196 | 15,196 | 0.09% |
| Worker's Compensation Insurance | V | | 1.26% /pr | 4,967 | 4,057 | 9,024 | 19,030 | 0.11% |
| Umbrella Insurance | F | $ | 1,173 | | 1,173 | 1,173 | 1,173 | 0.01% |
| Accounting | F | $ | 2,675 | | 2,675 | 2,675 | 2,675 | 0.02% |
| Consulting | V | | 0.15% /sales | 8,773 | | 8,773 | 25,894 | 0.15% |
| Legal Fees | F | $ | 16,067 | | 16,067 | 16,067 | 16,067 | 0.09% |
| Taxes - Local | F | $ | 8,711 | | 8,711 | 8,711 | 8,711 | 0.05% |
| Taxes - Property Taxes | F | $ | 91,153 | | 91,153 | 91,153 | 91,153 | 0.52% |
| Single Business Tax | V | | 0.08% /sales | 4,679 | | 4,679 | 14,832 | 0.08% |
| Uncollectible Accounts | V | | 0.16% /sales | 9,358 | | 9,358 | 28,152 | 0.16% |
| Waste Collection | V | | 0.02% /sales | 1,170 | | 1,170 | 4,245 | 0.02% |
| TOTAL NONCONTROLLABLE EXPENSES | | | | 97,959 | 328,567 | 426,526 | 624,576 | 3.56% |
| | | | | | | | | |
| PROFIT BEFORE EQUIPMENT & BUILDING RENT | | | | 5,015,070 | (796,260) | 4,218,810 | 2,105,473 | 11.97% |
| | | | | | | | | |
| ADDITIONAL RENTAL EXPENSES SPECIFIC TO DELPHI PART "60694" | | | | | | | | |
| Equipment Rental | F | | 372,928.56  annual rent | 246713 | ~~872,929~~ | ~~372,929~~ | 979,151 | 5.57% |
| Building Rent | F | $ | 501,920  annual rent | 103013 | ~~501,920~~ | ~~501,920~~ | 656,455 | 3.73% |
| TOTAL ADDITIONAL RENTAL EXPENSES SPECIFIC TO DELPHI PART "60694" | | | | - | ~~874,849~~ | ~~874,849~~ | 1,635,606 | 9.30% |
| | | | | | 349726 | 349726 | 469,867 | 2.67% |
| OTHER INCOME | | | | | | | | |
| Interest Income | | | | | | | 25,727 | 0.15% |
| Other Income | | | | | | | 11,909 | 0.07% |
| TOTAL OTHER INCOME | | | | | | | 37,636 | 0.22% |
| | | | | | 1145986 | | | |
| NET INCOME | | | | 5,015,070 | (1,671,108) | ~~3,343,962~~ | 507,503 | 2.89% |

LESS DELPHI ATTRIBUTED FIXED EXPENSES:
Total Delphi Attributed Fixed Expenses               349726          ~~874,849~~
27.52% Fixed Expenses before Equipment & Building Rent   219131        219,131
TOTAL DELPHI ATTRIBUTED FIXED EXPENSES                568857         1,093,979

**LOSS OF INCOME**                                    446213          ~~3,921,091~~
                                                          F

Notes:
Cost of Goods - Delphi are percentage of historical Delphi COGS compared to Delphi Sales

Payroll Expenses - based on historical 1998 information - as a percentage of payroll
  1998 Salaries & Wages other              1,184,530
  1998 Salaries & Wages - officer & admin    322,000
                                           1,506,530   100.00%

  1998 Payroll Taxes                         130,307    8.65%
  1998 Health Insurance                      127,681    8.48%
  1998 Workers Comp                           19,030    1.26%

Equipment Rental is based on percentage of the following equipment costs to Delphi Sales
       5,964.12
      10,484.21
      14,629.05
      31,077.38
  x   12.00  months
     372,928.56  per year

Fixed building rent is annual rent for the following locations:
  4068 Baldwin Rd, building B         119,920
  G-6437 Lennon Rd.                   382,000
                                      501,920

Fixed expenses before building rent        796,260

### NUTECH PLASTICS ENGINEERING, INC.
### LOSS OF INCOME
### 1999

| | Variable/ Fixed | Basis | Variable | Fixed | Total | Historical 1998 Amount | Ratio |
|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | |
| Tooling | | | | | - | 1,558,926 | 8.87% |
| Division 2 Purchasing | | | | | - | 9,524,377 | 54.16% |
| Miscellaneous | | | | | - | 1,229 | 0.01% |
| Delphi | | | 5,848,445 | | 5,848,445 | 4,839,410 | 27.52% |
| Chrysler | | | | | - | 47,171 | 0.27% |
| Johnson Controls | | | | | - | 334,314 | 1.90% |
| GT Products | | | | | - | 649,625 | 3.69% |
| Briskin Manufacturing Co | | | | | - | 16,066 | 0.09% |
| GM SPO | | | | | - | 368,201 | 2.09% |
| Powertrain | | | | | - | 123,935 | 0.71% |
| Oxford Suspension Limited | | | | | - | 15,277 | 0.09% |
| Reacom | | | | | - | 106,321 | 0.60% |
| **TOTAL SALES** | | | 5,848,445 | - | 5,848,445 | 17,584,852 | 100.00% |
| | | | | | | | |
| **COST OF GOODS SOLD** | | | | | | | |
| Tooling | V | | | | - | 1,738,073 | 9.88% |
| Division 2 Purchasing | V | | | | - | 9,380,649 | 53.35% |
| Research & Development | V | 0.01% /sales | 585 | | 585 | 1,000 | 0.01% |
| Delphi | V | 0.00% /delphi sales | - | | - | 2,249,555 | 12.79% |
| Chrysler | V | | | | - | 35,997 | 0.20% |
| Johnson Controls | V | | | | - | 275,360 | 1.57% |
| GT Products | V | | | | - | 395,516 | 2.25% |
| Briskin Manufacturing Co | V | | | | - | 9,431 | 0.05% |
| GM SPO | V | | | | - | 155,821 | 0.89% |
| Powertrain | V | | | | - | 59,832 | 0.34% |
| Oxford Suspension Limited | V | | | | - | 9,408 | 0.05% |
| Reacom | V | | | | - | 66,444 | 0.38% |
| Freight & Delivery | V | 0.25% /sales | 14,621 | | 14,621 | 43,526 | 0.25% |
| Engineering | V | 0.00% /sales | - | | - | 264 | 0.00% |
| Equipment Maintenance | V | 0.43% /sales | 25,148 | | 25,148 | 75,916 | 0.43% |
| Supplies - Shop | V | 0.53% /sales | 30,997 | | 30,997 | 92,974 | 0.53% |
| Supplies - Quality Control | V | 0.08% /sales | 4,679 | | 4,679 | 13,603 | 0.08% |
| Inventory Overhead Adjustment | V | | | | - | (2,201,564) | -12.52% |
| **TOTAL COST OF GOODS SOLD** | | | 76,030 | - | 76,030 | 12,402,995 | 70.53% |
| | | | | | | | |
| **GROSS PROFIT** | | | 5,772,415 | | 5,772,415 | 5,181,857 | 29.47% |
| | | | | | | | |
| **OPERATING PAYROLL & EXPENSES** | | | | | | | |
| Salaries & Wages - Other | V | 6.74% /sales | 394,185 | | 394,185 | 1,184,530 | 6.74% |
| Salaries & Wages - officer & Admin | F | $ 322,000 | | 322,000 | 322,000 | 322,000 | 1.83% |
| Contract Labor | V | 0.42% | 24,563 | | 24,563 | 73,643 | 0.42% |
| Payroll Taxes | V | 8.65% /pr | 34,097 | 27,853 | 61,950 | 130,307 | 0.74% |
| Payroll Expenses - Other | V | 0.00% /pr | - | - | - | 57 | 0.00% |
| Health Insurance | V | 8.48% /pr | 33,427 | 27,306 | 60,733 | 127,681 | 0.73% |
| **TOTAL PAYROLL & EXPENSES** | | | 486,272 | 377,159 | 863,431 | 1,838,218 | 10.45% |
| | | | | | | | |
| **PROFIT AFTER PAYROLL & EXPENSES** | | | 5,286,143 | (377,159) | 4,908,984 | 3,343,639 | 19.01% |
| | | | | | | | |
| **OTHER CONTROLLABLE EXPENSES** | | | | | | | |
| Advertising | V | 0.00% /sales | - | | - | 143 | 0.00% |
| Bank Service Charges | F | $ 8,788 | | 8,788 | 8,788 | 8,788 | 0.05% |
| Blueprints | V | 0.01% /sales | 585 | | 585 | 2,565 | 0.01% |
| Contributions | F | $ 2,406 | | 2,406 | 2,406 | 2,406 | 0.01% |
| Dues & Subscriptions | F | $ 2,756 | | 2,756 | 2,756 | 2,756 | 0.02% |
| Shop Maintenance | F | $ 200 | | 200 | 200 | 200 | 0.00% |
| Office Maintenance | F | $ 3,371 | | 3,371 | 3,371 | 3,371 | 0.02% |
| Machinery Movers & Riggers | V | 0.79% /sales | 46,203 | | 46,203 | 139,059 | 0.79% |
| Building Maintenance | F | $ 29,154 | | 29,154 | 29,154 | 29,154 | 0.17% |
| Fees & Permits | V | 0.00% /sales | - | | - | 500 | 0.00% |
| Miscellaneous | V | 0.07% /sales | 4,094 | | 4,094 | 12,285 | 0.07% |
| Postage & Delivery | V | 0.02% /sales | 1,170 | | 1,170 | 3,625 | 0.02% |
| Supplies | V | 0.39% /sales | 22,809 | | 22,809 | 68,873 | 0.39% |
| Telephone | V | 0.15% /sales | 8,773 | | 8,773 | 27,120 | 0.15% |
| Pager Service | V | 0.02% /sales | 1,170 | | 1,170 | 3,948 | 0.02% |
| Meals & Entertainment | V | 0.17% /sales | 9,942 | | 9,942 | 29,833 | 0.17% |
| Travel | V | 0.17% /sales | 9,942 | | 9,942 | 30,014 | 0.17% |
| Uniforms | V | 0.04% /sales | 2,339 | | 2,339 | 7,036 | 0.04% |
| Gas & Electric | V | 1.13% /sales | 66,087 | | 66,087 | 198,150 | 1.13% |
| Water | V | 0.00% /sales | - | | - | 389 | 0.00% |
| Vehicle Expense | F | $ 43,859 | | 43,859 | 43,859 | 43,859 | 0.25% |
| **TOTAL CONTROLLABLE EXPENSES** | | | 173,114 | 90,534 | 263,648 | 613,590 | 3.48% |
| | | | | | | | |
| **PROFIT AFTER CONTROLLABLE EXPENSES** | | | 5,113,029 | (467,693) | 4,645,336 | 2,730,049 | 15.53% |

NUTECH PLASTICS ENGINEERING, INC.
LOSS OF INCOME
2000

| | Variable/Fixed | Basis | Variable | Fixed | Total | Historical - 1998 Amount | Ratio |
|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | |
| Tooling | | | | | - | 1,558,926 | 8.87% |
| Division 2 Purchasing | | | | | - | 9,524,377 | 54.16% |
| Miscellaneous | | | | | - | 1,229 | 0.01% |
| Delphi | | | 5,611,114 | | 5,611,114 | 4,839,410 | 27.52% |
| Chrysler | | | | | - | 47,171 | 0.27% |
| Johnson Controls | | | | | - | 334,314 | 1.90% |
| GT Products | | | | | - | 649,625 | 3.69% |
| Briskin Manufacturing Co | | | | | - | 16,066 | 0.09% |
| GM SPO | | | | | - | 368,201 | 2.09% |
| Powertrain | | | | | - | 123,935 | 0.71% |
| Oxford Suspension Limited | | | | | - | 15,277 | 0.09% |
| Reacom | | | | | - | 106,321 | 0.60% |
| **TOTAL SALES** | | | 5,611,114 | - | 5,611,114 | 17,584,852 | 100.00% |
| | | | | | | | |
| **COST OF GOODS SOLD** | | | | | | | |
| Tooling | V | | | | - | 1,738,073 | 9.88% |
| Division 2 Purchasing | V | | | | - | 9,380,649 | 53.35% |
| Research & Development | V | 0.01% /sales | 561 | | 561 | 1,000 | 0.01% |
| Delphi | V | 0.00% /delphi sales | - | | - | 2,249,565 | 12.79% |
| Chrysler | V | | | | - | 35,997 | 0.20% |
| Johnson Controls | V | | | | - | 275,360 | 1.57% |
| GT Products | V | | | | - | 395,616 | 2.25% |
| Briskin Manufacturing Co | V | | | | - | 9,431 | 0.05% |
| GM SPO | V | | | | - | 156,821 | 0.89% |
| Powertrain | V | | | | - | 59,852 | 0.34% |
| Oxford Suspension Limited | V | | | | - | 9,408 | 0.05% |
| Reacom | V | | | | - | 66,444 | 0.38% |
| Freight & Delivery | V | 0.25% /sales | 14,028 | | 14,028 | 43,526 | 0.25% |
| Engineering | V | 0.00% /sales | - | | - | 264 | 0.00% |
| Equipment Maintenance | V | 0.43% /sales | 24,128 | | 24,128 | 75,976 | 0.43% |
| Supplies - Shop | V | 0.53% /sales | 29,739 | | 29,739 | 92,974 | 0.53% |
| Supplies - Quality Control | V | 0.08% /sales | 4,489 | | 4,489 | 13,603 | 0.08% |
| Inventory Overhead Adjustment | V | | | | - | (2,201,564) | -12.52% |
| **TOTAL COST OF GOODS SOLD** | | | 72,945 | - | 72,945 | 12,402,995 | 70.53% |
| | | | | | | | |
| **GROSS PROFIT** | | | 5,538,169 | | 5,538,169 | 5,181,857 | 29.47% |
| | | | | | | | |
| **OPERATING PAYROLL & EXPENSES** | | | | | | | |
| Salaries & Wages - Other | V | 6.74% /sales | 378,189 | | 378,189 | 1,184,530 | 6.74% |
| Salaries & Wages - officer & Admin | F | $ 322,000 | | 322,000 | 322,000 | 322,000 | 1.83% |
| Contract Labor | V | 0.42% | 23,567 | | 23,567 | 73,643 | 0.42% |
| Payroll Taxes | V | 8.65% /pr | 32,713 | 27,853 | 60,566 | 130,307 | 0.74% |
| Payroll Expenses - Other | V | 0.00% /pr | - | - | - | 57 | 0.00% |
| Health Insurance | V | 8.48% /pr | 32,070 | 27,306 | 59,376 | 127,681 | 0.73% |
| **TOTAL PAYROLL & EXPENSES** | | | 466,539 | 377,159 | 843,698 | 1,838,218 | 10.46% |
| | | | | | | | |
| **PROFIT AFTER PAYROLL & EXPENSES** | | | 5,071,630 | (377,159) | 4,694,471 | 3,343,639 | 19.01% |
| | | | | | | | |
| **OTHER CONTROLLABLE EXPENSES** | | | | | | | |
| Advertising | V | 0.00% /sales | - | | - | 143 | 0.00% |
| Bank Service Charges | F | $ 8,788 | | 8,788 | 8,788 | 8,788 | 0.05% |
| Blueprints | V | 0.01% /sales | 561 | | 561 | 2,585 | 0.01% |
| Contributions | F | $ 2,406 | | 2,406 | 2,406 | 2,406 | 0.01% |
| Dues & Subscriptions | F | $ 2,756 | | 2,756 | 2,756 | 2,756 | 0.02% |
| Shop Maintenance | F | $ 200 | | 200 | 200 | 200 | 0.00% |
| Office Maintenance | F | $ 3,371 | | 3,371 | 3,371 | 3,371 | 0.02% |
| Machinery Movers & Riggers | V | 0.79% /sales | 44,328 | | 44,328 | 139,059 | 0.79% |
| Building Maintenance | F | $ 29,154 | | 29,154 | 29,154 | 29,154 | 0.17% |
| Fees & Permits | V | 0.00% /sales | - | | - | 500 | 0.00% |
| Miscellaneous | V | 0.07% /sales | 3,928 | | 3,928 | 12,281 | 0.07% |
| Postage & Delivery | V | 0.02% /sales | 1,122 | | 1,122 | 3,625 | 0.02% |
| Supplies | V | 0.39% /sales | 21,883 | | 21,883 | 68,873 | 0.39% |
| Telephone | V | 0.15% /sales | 8,417 | | 8,417 | 27,120 | 0.15% |
| Pager Service | V | 0.02% /sales | 1,122 | | 1,122 | 3,948 | 0.02% |
| Meals & Entertainment | V | 0.17% /sales | 9,539 | | 9,539 | 29,333 | 0.17% |
| Travel | V | 0.17% /sales | 9,539 | | 9,539 | 30,014 | 0.17% |
| Uniforms | V | 0.04% /sales | 2,244 | | 2,244 | 7,036 | 0.04% |
| Gas & Electric | V | 1.13% /sales | 63,406 | | 63,406 | 198,150 | 1.13% |
| Water | V | 0.00% /sales | - | | - | 389 | 0.00% |
| Vehicle Expense | F | $ 43,859 | | 43,859 | 43,859 | 43,859 | 0.25% |
| **TOTAL CONTROLLABLE EXPENSES** | | | 166,089 | 90,534 | 256,623 | 613,590 | 3.48% |
| | | | | | | | |
| **PROFIT AFTER CONTROLLABLE EXPENSES** | | | 4,905,541 | (467,693) | 4,437,848 | 2,730,049 | 15.53% |

NUTECH PLASTICS ENGINEERING, INC.
LOSS OF INCOME
2000

|  | Variable/Fixed | Basis |  | Variable | Fixed | Total | Historical 1998 Amount | Ratio |
|---|---|---|---|---|---|---|---|---|
| **OTHER NONCONTROLLABLE EXPENSES** |  |  |  |  |  |  |  |  |
| Depreciation - Office Equipment | F | $ | 14,361 |  | 14,361 | 14,361 | 14,361 | 0.08% |
| Depreciation - Leasehold Improvements | F | $ | 20,984 |  | 20,984 | 20,984 | 20,984 | 0.12% |
| Depreciation - Plant Equipment | F | $ | 140,504 |  | 140,504 | 140,504 | 140,504 | 0.80% |
| Depreciation - Vehicles | F | $ | 9,083 |  | 9,083 | 9,083 | 9,083 | 0.05% |
| Amortization Expense | F | $ | 4,603 |  | 4,603 | 4,603 | 4,603 | 0.03% |
| Interest Expense | V | 1.18% /sales |  | 66,211 |  | 66,211 | 207,913 | 1.18% |
| General Insurance | F | $ | 15,196 |  | 15,196 | 15,196 | 15,196 | 0.09% |
| Worker's Compensation Insurance | V | 1.26% /pr |  | 4,765 | 4,057 | 8,822 | 19,030 | 0.11% |
| Umbrella Insurance | F | $ | 1,173 |  | 1,173 | 1,173 | 1,173 | 0.01% |
| Accounting | F | $ | 2,675 |  | 2,675 | 2,675 | 2,675 | 0.02% |
| Consulting | V | 0.15% /sales |  | 8,417 |  | 8,417 | 25,894 | 0.15% |
| Legal Fees | F | $ | 16,067 |  | 16,067 | 16,067 | 16,067 | 0.09% |
| Taxes - Local | F | $ | 8,711 |  | 8,711 | 8,711 | 8,711 | 0.05% |
| Taxes - Property Taxes | F | $ | 91,153 |  | 91,153 | 91,153 | 91,153 | 0.52% |
| Single Business Tax | V | 0.08% /sales |  | 4,489 |  | 4,489 | 14,832 | 0.08% |
| Uncollectible Accounts | V | 0.16% /sales |  | 8,978 |  | 8,978 | 28,152 | 0.16% |
| Waste Collection | V | 0.02% /sales |  | 1,122 |  | 1,122 | 4,245 | 0.02% |
| TOTAL NONCONTROLLABLE EXPENSES |  |  |  | 93,982 | 328,567 | 422,549 | 624,576 | 3.56% |
|  |  |  |  |  |  |  |  |  |
| PROFIT BEFORE EQUIPMENT & BUILDING RENT |  |  |  | 4,811,559 | (796,260) | 4,015,299 | 2,105,473 | 11.97% |
|  |  |  |  |  |  |  |  |  |
| **ADDITIONAL RENTAL EXPENSES SPECIFIC TO DELPHI PART "60694"** |  |  |  |  |  |  |  |  |
| Equipment Rental | F | 372,928.56 | annual rent |  | 372,929 | 372,929 | 979,151 | 5.57% |
| Building Rent | F | $ 501,920 | annual rent |  | 501,920 | 501,920 | 656,455 | 3.73% |
| TOTAL ADDITIONAL RENTAL EXPENSES SPECIFIC TO DELPHI PART "60694" |  |  |  | - | 874,849 | 874,849 | 1,635,606 | 9.30% |
|  |  |  |  |  |  |  | 469,867 | 2.67% |
| **OTHER INCOME** |  |  |  |  |  |  |  |  |
| Interest Income |  |  |  |  |  |  | 25,727 | 0.15% |
| Other Income |  |  |  |  |  |  | 11,909 | 0.07% |
| TOTAL OTHER INCOME |  |  |  |  |  |  | 37,636 | 0.22% |
|  |  |  |  |  |  |  |  |  |
| NET INCOME |  |  |  | 4,811,559 | (1,671,108) | 3,140,451 | 507,503 | 2.89% |

| LESS DELPHI ATTRIBUTED FIXED EXPENSES: |  |
|---|---|
| Total Delphi Attributed Fixed Expenses | 874,849 |
| 27.52% Fixed Expenses before Equipment & Building Rent | 219,131 |
| TOTAL DELPHI ATTRIBUTED FIXED EXPENSES | 1,093,979 |

### LOSS OF INCOME        3,717,580

---

Notes:
Cost of Goods - Delphi are percentage of historical Delphi COGS compared to Delphi Sales

Payroll Expenses - based on historical 1998 information - as a percentage of payroll

| 1998 Salaries & Wages other | 1,184,530 |  |
|---|---|---|
| 1998 Salaries & Wages - officer & admin | 322,000 |  |
|  | 1,506,530 | 100.00% |
| 1998 Payroll Taxes | 130,307 | 8.65% |
| 1998 Health Insurance | 127,681 | 8.48% |
| 1998 Workers Comp | 19,030 | 1.26% |

Equipment Rental is based on percentage of the following equipment costs to Delphi Sales

```
        5,964.12
       10,484.21
       14,629.05
       31,077.38
x       12.00  months
      372,928.56  per year
```

Fixed building rent is annual rent for the following locations:

| 4068 Baldwin Rd, building B | 119,920 |
|---|---|
| G-6437 Lennon Rd. | 382,000 |
|  | 501,920 |

Fixed expenses before building rent    796,260

## NU-TECH
## ESTIMATED LOST VALUE OF BUSINESS
## FINAL

| | | |
|---|---|---:|
| LOSS OF INCOME | | 4,446,213 |
| Estimated Income Taxes (34%) | | 1,511,712 |
| Estimated Annual Loss of Net Income | | 2,934,501 |
| x Capitalization Rate | x | 3.91 |
| ESTMATED LOST VALUE OF BUSINESS | | 11,473,899 |
| Less: | | |
| Loss of 1999 Income Included as Damages | | 4,446,213 |
| 01/11/00 Selling Price | | 1,215,775 |
| | | 5,661,988 |
| **NET ESTIMATED DAMAGES FROM ESTIMATED LOST VALUE OF BUSINESS** | | **5,811,911** |

NU-TECH
LOSS OF INCOME 1999
FINAL

| | |
|---|---:|
| LOSS OF INCOME PRIOR (Updated) | 4,374,261 |
| Add: | |
|   Equipment Rental (Updated) | 246,713 [1] |
|   Building Rental (Updated) | 174,965 |
| Less: | |
|   Equipment Rental - Final | (246,713) |
|   Building Rental - Final | (103,013) |
| **1999 UPDATED LOSS OF INCOME** | **4,446,213** |

NU-TECH
EXCESS COSTS
FINAL

| | | | |
|---|---|---:|---:|
| Excess Rental Expenses | | | |
|   Building Rental - 1999 | | 103,013 | |
|   Equipment Rental - 1999 | | 246,713 | |
| Total Excess Rental Expenses | | | 349,726 |
| | | | |
| Excess Wages and Related Expenses | | | |
|   Wages - 1999 | | 394,185 | |
|   Payroll Taxes | 8.65% of wages | 34,097 | |
|   Health Insurance | 8.48% of wages | 33,427 | |
| | | | 461,709 |
| | | | |
| **TOTAL ESTIMATED EXCESS COSTS** | | | **811,435** |

Nu-Tech
Annual Equipment Rent
Final

|  | Prior Amount | Updated Amount | Difference |
|---|---|---|---|
| Injection Molding Machine | $ 5,964.12 | $ - | |
| E550 | 10,484.21 | 10,249.36 | |
| Non-Delphi Job | 14,629.05 | - | |
| E550*2 | - | 10,310.03 * | |
| Total per month | 31,077.38 | 20,559.39 | |
| Times | 12 | 12 | |
| Annual Equipment Rent | $ 372,928.56 | $ 246,712.68 | $ 126,215.88 |

* 463,391.72 / 460,659.04 = 100.59%

Nu-Tech
Equipment Rental
Applicable to Delphi Job

| Equipment | Price |
|---|---|
| Cincinnati Milacron Elektra E550-6 | $ 432,690.00 |
| Tilt table accessory | 1,894.00 |
| Total equipment related to Delphi job | 434,584.00 |
| Sales tax | 26,075.04 |
| Total with sales tax | 460,659.04 |
| Total per equipment lease agreement | 471,200.54 |
| Percentage of Delphi job equipment to total lease agreement | 97.76% |
| Monthly rent payment | 10,484.21 |
| Monthly rental payment applicable to Delphi job | $ 10,249.36 |

Nu-Tech
Annual Building Rent
Final

|  | Prior Amount | Updated Amount | Difference |
|---|---|---|---|
| Baldwin | $ 119,920.00 | $ 47,968.00 [1] | |
| G-6437 Lennon | 382,000.00 | - | |
| 8024 Embry | - | 55,045.00 [2] | |
| Total per month | $ 501,920.00 | $ 103,013.00 | $ 398,907.00 |

[1] 40% of $119,920.00
[2] 50% of 110,091.12