# EXHIBIT 13

## CLOSING STATEMENT
## REGARDING PURCHASE OF ASSETS OF NU-TECH PLASTICS
## ENGINEERING, INC. BY RAPID PRODUCT TECHNOLOGIES, LLC

I. **PURCHASE PRICE**

    A. Business assets, fixtures, equipment, goodwill, name and covenant not to compete, etc.    $825,000.00
        (Paid Dec. 1, 1999)

  **PLUS**

    B. Inventory    $390,774.70

Total Purchase Price Before Credits:    $ 1,215,774.70

II. **CREDITS** (to be finally determined as of Closing)

    A. Buyer:    Accts. Rec.    $125,836.35
              Other Adjustments    $825,000.00 · Paid Dec. 1, 1999

         Total Credits to Buyer:    $950,836.35

    B. Seller:    Adjustments    $ -0-

         Total Credits to Seller:    $ -0-

III. **BALANCE OF PURCHASE PRICE TO BE PAID AT CLOSING:**    $264,938.35

Acknowledged and Agreed:

Seller:        Buyer:

NU-TECH PLASTICS ENGINEERING, INC.      RAPID PRODUCT TECHNOLOGIES LLC

By: _____ 1-11-00      By: _____
Its: V. Pres          Manu Bhatia, CEO
         and
         By: _____
         Miguel Linares, President
         01/11/00

Leeman
EXHIBIT NO. 5
T.J.B. 5/16/05

02/28/00 MON 10:08 [TX/RX NO 8522]