# EXHIBIT 15

Nu-Tech
Pre-judgement Interest

|  | Rate | Interest | Balance |
|---|---|---|---|
| Amount of award: |  |  | 15,312,264.00 |
|  |  |  |  |
| 1/1/03 - 6/30/03 | 4.189% | 320,715.37 |  |
| 7/01/03 - 12/31/03 | 3.603% | 275,850.44 | 15,908,829.81 |
|  |  |  |  |
| 1/01/04 - 6/30/04 | 4.295% | 341,642.12 |  |
| 7/01/04 - 12/31/04 | 4.357% | 346,573.86 | 16,597,045.78 |
|  |  |  |  |
| 1/01/05 - 6/30/05 | 4.529% | 375,840.10 |  |
| 7/01/05 - 12/31/05 | 4.845% | 402,063.43 | 17,374,949.32 |
|  |  |  |  |
| 1/01/06 - 6/30/06 | 5.221% | 453,573.05 |  |
| 7/01/06 - 12/31/06 | 5.815% | 505,176.65 | 18,333,699.02 |
|  |  |  |  |
| 1/01/07 - 6/30/07 | 5.701% | 522,602.09 |  |
| 7/01/07 - 12/31/07 | 5.741% | 526,268.83 | 19,382,569.94 |
|  |  |  |  |
| 1/01/08 - 1/10/08 | 5.741% * | 30,486.39 | 19,413,056.34 |
|  |  |  |  |
| Total interest |  | 4,070,305.94 |  |

*Estimated based on July 1, 2007 interest rate. Interest rate for period not yet published.