SCHWARTZ LAW FIRM, P.C.
Jay A. Schwartz (P45268)
37887 West Twelve Mile Road, Suite A
Farmington Hills, Michigan 48331
(248) 553-9400

Counsel for Nu-Tech Plastics Engineering

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. | |

**CERTIFICATION OF COUNSEL, JAY A. SCHWARTZ
AS TO AUTHENTICITY OF EXHIBITS**

I, Jay A. Schwartz, co-counsel for Claimant Nu-Tech Plastics Engineering Inc. hereby certify under penalty of perjury that the exhibits described below are true and accurate copies of documents produced to me by counsel for Debtor and/or filed by the parties and the Court in the course of litigation of Nu-Tech's lawsuit against Debtor in the Circuit Court for the County of Genesee State of Michigan in case number 02-075335-CK:

1)   Exhibit A is a true and accurate copy of pages 5-10 of the deposition transcript of James Webber, which deposition was taken in this case on December 21, 2007 in accordance with the Claims Procedure Order.

2)   Exhibit B is a true and accurate copy of the transcript of the hearing in the Michigan litigation held on March 24, 2005 and provided to me by the Michigan Court.

1

3)      Exhibit C is a true and accurate copy of the Michigan court's Order of April 7, 2005 which was provided by the Michigan court.

4)      Exhibit D is a true and accurate copy of the Michigan Court of Appeals' Order denying Delphi's and General Motors' Application for Leave to Appeal from the April 7, 2005 order which is Exhibit C.

5)      Exhibit E is a true and accurate copy of the February 28, 2005 Brief in Support of General Motors Corporation and Delphi Automotive Systems, LLC's motion for summary disposition, pages 1-3, that the Defendants filed with the Genesee County Circuit Court, Michigan.

6)      Exhibit F are true and accurate copies of the Corporate Records & Business Registrations information for Delphi Automotive Systems (Holdings), Inc. and Delphi Energy and Engine Management Systems UK Overseas Corporation which were obtained from Westlaw and the State of Delaware Division of Corporations information for Delphi Automotive Systems International.

7)      Exhibit G is a true and accurate copy of portions of General Motors Corporation's 10-K, March 20, 1997 that was filed with the SEC.

8)      Exhibit H is a true and accurate copy of a document provided to me by counsel for Delphi in this case on January 5, 2008 in response to a discovery request sent by me in accordance with the Claims Procedure Order and designated by Delphi's counsel as documents 030047-058356 as seen in the stamp at the bottom right hand corner of each page which stamp was used by Delphi to identify documents it produced in the course of this litigation.

9) Exhibit I is a true and accurate copy of Delphi Corp. 10-K for December 21, 1998, pages 1-60 of 160 that was filed with the SEC.

10) Exhibit J is a true and accurate copy of a General Motors Corporation Press Release titled "General Motors To Complete Its Separation of Delphi Automotive Systems in a Tax-Free Spin-Off" dated April 12, 1999.

11) Exhibit K is a true and accurate copy of the Court's Opinion in *Metal One America, Inc.* v *Center Manufacturing, Inc.* in the United States District Court for the Western District of Michigan, dated July 14, 2005, Case No. 1:04-cv-431.

12) Exhibit L is a true and accurate copy of the deposition transcript of Tina Weber taken in this case on December 14, 2007, pages 11-13, 23-26 as part of the Claims Procedure Order.

13) Exhibits M is true and accurate copies of documents contained within the original records of Nu-Tech.

14) Exhibit N is true and accurate copies of the Agreement Purchase and Sale of Business Assets contained within the original records of Nu-Tech.

15) Exhibit O is a true and accurate copy of the Complaint filed by Nu-Tech in the Michigan litigation on December 30, 2002.

16) Exhibit P is a true and accurate copy of Delphi's Second Amended Answer to Complaint filed in the Michigan litigation.

17) Exhibit Q is a true and accurate copy of Debtors' Answers, Responses, and Objections to Nu-Tech's Interrogatories, Document Requests, and Requests for Admission to Delphi Corporation with Respect to Proof of Claim No. 1279 which was produced to me during this litigation in accordance with the Claims Procedure Order.

18) Exhibit R is a true and accurate copy of General Motors Corporation's Form 8-K dated May 28, 1999 which was filed with the SEC.

19) Exhibit S is a true and accurate copy of documents exchanged between me and counsel for Delphi in the Michigan litigation including Nu-Tech's Third Set of Interrogatories Directed to Defendant and letters between counsel all of which were sent or received by me.

20) Exhibit T is true and accurate copy of the Acknowledgment and Assignment Agreement that is contained within the original records of Nu-Tech.

21) Exhibit U is a true and accurate copy of Michigan Compiled Law 600.5856, the Michigan tolling statute.

22) Exhibit V is a true and accurate copy of *Hoekstra v Bose* 253 Mich App 460, 655 N.W.2d 298 (2003).

23) Exhibit W is a true and accurate copy of the Memorandum and Agreement Regarding Purchase and Sale of Assets contained within the original records of Nu-Tech.

24) Exhibit X is a true and accurate copy of the State of Michigan Interest Rates on Money Judgments published by the Michigan Bar Journal consistent with Michigan Compiled Laws 600.6013.

_____
JAY A. SCHWARTZ

Subscribed and sworn before me
this 7th day of January, 2008.

_____
WENDY L. JONES, Notary Public
Wayne County, Michigan
My commission expires: 7/18/11
Acting in Oakland County, Michigan