

# FIFTEENTH JUDICIAL DISTRICT COURT

101 E. Huron St., P.O. Box 8650, Ann Arbor, MI 48107-8650

STATE OF MICHIGAN

December 18, 2007

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004-1408

RE: **DELPHI CORPORATION**
    **Case No: 05-444481 (RDD)**

To whom it may concern:

We find no civil case with the above named debtor and therefore are returning your
pleading. If there is another department within the City that needs this information, you
will have to specify that department when addressing your envelope.

Sincerely,

Nancy Broxholm
Civil Division Lead Clerk

DEC 2 6 2007

US. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

---

Civil Division (734) 222-3389  Facsimile (734) 222-3335   Traffic/Criminal Division (734) 222-3380  Facsimile (734) 222-3335
Probation Department (734) 994-2751  Facsimile (734) 994-2616

Hearing Date And Time: January 17, 2008 At 10:00 a.m.
Objection Deadline: January 11, 2008 At 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x

In re                                              :   Chapter 11
                                                   :
DELPHI CORPORATION, et al.,                        :   Case No. 05-44481 (RDD)
                                                   :
                                     Debtors.      :   (Jointly Administered)
                                                   :
-------------------------------------------------- x

NOTICE OF

(1) APPROVAL OF DISCLOSURE STATEMENT;
(2) HEARING ON CONFIRMATION OF PLAN;
(3) DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION OF
    PLAN;
(4) DEADLINE AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN
    CLAIMS FOR VOTING PURPOSES;
(5) DEADLINE FOR ASSERTING CURE CLAIMS FOR ASSUMED CONTRACTS;
(6) TREATMENT OF CERTAIN UNLIQUIDATED, CONTINGENT, OR DISPUTED
    CLAIMS FOR NOTICE, VOTING, AND DISTRIBUTION PURPOSES;
(7) RECORD DATE;
(8) VOTING DEADLINE FOR RECEIPT OF BALLOTS; AND
(9) PROPOSED RELEASES, EXCULPATION, AND INJUNCTION IN PLAN

TO ALL CREDITORS AND INTEREST HOLDERS, INCLUDING EQUITY SECURITY HOLDERS
OF DELPHI CORPORATION AND ITS AFFILIATED DEBTORS-IN-POSSESSION:

        PLEASE TAKE NOTICE that Delphi Corporation ("Delphi") and certain of its subsidiaries and
affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are
soliciting acceptances of the First Amended Joint Plan Of Reorganization Of Delphi Corporation And
Certain Affiliates, Debtors And Debtors-In-Possession (as may be further amended or modified, the
"Plan") from holders of impaired claims and interests who are (or may be) entitled to receive distributions
under the Plan.

        PLEASE TAKE FURTHER NOTICE that if the Plan is confirmed by the United States
Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") the terms of the Plan
will be binding on all holders of claims against, and all current and former holders of equity security and
other interests in, the respective Debtors.

        PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has entered an order on
December 10, 2007 (the "Solicitation Procedures Order") (Docket No. 11389) approving the disclosure
statement (the "Disclosure Statement") with respect to the Plan and providing, among other things, that:

        1.  Confirmation Hearing Date. The hearing to consider confirmation of the Plan (the
"Confirmation Hearing"), will commence on **January 17, 2008 at 10:00 a.m.** (prevailing Eastern time) or
as soon thereafter as counsel can be heard, before the Honorable Robert D. Drain, United States
Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York,
New York 10004. The Confirmation Hearing may be adjourned from time to time by announcing the