B210
(12/04)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN District of NEW YORK

In re: **Delphi Automotive Systems LLC**    Case No. **05-44640** (Jointly Administered)

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

| SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br><br>Name of Transferee | Michigan Spring and Stamping, a division of Precision Products Group, Inc.<br><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent<br><br>SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br>Attn: Brian A. Jarmain | Court Record Address of the transferor<br>(Court Use Only) |
| Last Four Digits of Acct. #:_____ | Last Four Digits of Acct. #:_____ |
| **Transfer Amount: $ 359,073.54** | |
| Name and Address where transferee payments should be sent (if different from above)<br><br>SPCP GROUP, L.L.C., as agent for<br>Silver Point Capital Fund, L.P. and<br>Silver Point Capital Offshore Fund, LTD<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br>Attn: Irene Wu | Name and Current Address of transferor<br><br>**Michigan Spring and Stamping**<br>2700 Wickham Drive<br>Muskegon, MI 49441-3553<br>Attn: Brenda Kordecki |
| Phone: 203-542-4061<br>       203-542-4161 | Phone: 231-755-1691<br>       231-755-3449 |
| Last Four Digits of Acct #:_____ | Last Four Digits of Acct #:_____ |
| Court Schedule F-1 1623905-10399800 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: **January 8, 2008**

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                               CLERK OF THE COURT

{00218908.DOC;}

EXHIBIT A TO
ASSIGNMENT OF CLAIM

### EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

  For value received, the adequacy and sufficiency of which are hereby acknowledged, MICHIGAN SPRING AND STAMPING, A DIVISION OF PRECISION PRODUCTS GROUP, INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $359,073.54 (the "Assigned Claim") against Delphi Automotive Systems LLC ("Debtor"), the debtor-in-possession in Case No. 05-44640 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as scheduled on Schedule F of the Debtor's Schedule of Liabilities, and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

  Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

  IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on January 3, 2008.

MICHIGAN SPRING AND STAMPING, A DIVISION OF PRECISION PRODUCTS GROUP, INC.

By: *Brenda Kordecki*
Name of person signing *Brenda Kordecki*
Title of person signing *Corporate Controller*

CH1\4737036.3

7

*Michigan Stamping - Schedul F. 10/30/06*

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1623885 - 10399795<br>MICHIGAN PRECISION IND EFT<br>DRAWER 67-492A<br>DETROIT    MI    48267 | ACCOUNTS PAYABLE | | $50,238.05 |
| 1623891 - 10399796<br>MICHIGAN RIVET CORP<br>PO BOX 79001 DRAWER #5869<br>DETROIT    MI    482795869 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $122,363.58 |
| 1623892 - 10399797<br>MICHIGAN RUBBER PRODUCTS INC<br>DEPT CH 17167<br>PALATINE    IL    600557167 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $48,704.49 |
| 1623893 - 10399798<br>MICHIGAN RUNNER SERVICE INC<br>2285 S MICHIGAN RD<br>EATON RAPIDS    MI    48827 | ACCOUNTS PAYABLE | | $46.00 |
| 1623902 - 10399799<br>MICHIGAN SPLINE GAGE CO<br>PO BOX 69<br>HAZEL PARK    MI    48030 | ACCOUNTS PAYABLE | | $22,065.00 |
| 1623905 - 10399800<br>MICHIGAN SPRING & STAMPING EFT<br>2700 WICKHAM DR<br>MUSKEGON    MI    49441 | ACCOUNTS PAYABLE | | $359,073.54 |
| 1623927 - 10399801<br>MICHIGAN STATE UNIVERSITY<br>Attn LISA A KEASER<br>MANAGEMENT EDUCATION CENTER<br>811 W SQUARE LAKE RD<br>TROY    MI    48098 | ACCOUNTS PAYABLE | | $7,040.65 |
| 1623928 - 10399802<br>MICHIGAN STATE UNIVERSITY<br>301 ADMINISTRATION BLDG<br>LANSING    MI    488241046 | ACCOUNTS PAYABLE | | $7,486.33 |
| 1560829 - 10107102<br>MICHIGAN SUGAR CO<br>4800 FASHION SQUARE BLVD<br>SAGINAW    MI    48605-1348 | ENVIRONMENTAL CLAIMS<br>CERCLA: MERCURY REFINING SUPERFUND SITE PRP | Contingent, Disputed, Unliquidated | Unknown |
| 1624040 - 10399803<br>MICHIGAN WHOLESALE PRINTING<br>20732 NEGAUNEE ST<br>SOUTHFIELD    MI    48034 | ACCOUNTS PAYABLE | | $10.00 |
| 1624045 - 10399804<br>MICHNER PLATING CO<br>520 N MECHANIC ST<br>JACKSON    MI    49201 | ACCOUNTS PAYABLE | | $18,184.07 |
| 1624050 - 10399805<br>MICRO AIR INC<br>6320 LA PAS TRAIL<br>INDIANAPOLIS    IN    46268 | ACCOUNTS PAYABLE | | $811.50 |