**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**
(Manhattan)

|  |  |  |
|---|---|---|
| | ) | |
| In Re: | ) | Case No. 05-44481-rdd |
| | ) | |
| DELPHI CORP., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| ------------------------------------------------------------x | | |

**AFFIDAVIT OF SERVICE**

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On January 8, 2008, a true and correct copy of the *Transfer Agreement FRBP /(Full Transfer) Transfer of clm. #11646 (clm.amt.: $202,412.11 Priority + $988,569.19 Unsecured= $1,190,981.30 Total) from Milliken & Company to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD* [DI.#11764], filed today in the above captioned proceeding, was caused to be served on the parties listed on the attached Service List via first class mail:

> **Dreier LLP**
>
> By: _/s/Jean L. Guerrier____
> **Jean L. Guerrier**

**Sworn to before me this**
**8th day of January, 2007.**

 */s/ Lori Rudolph*
**Notary Public**

**Lori Rudolph - Notary Public, State of New York**
**No. 01RU4883588**
**Qualified in Richmond County**
**Commission Expires January 26, 2010**

**Service List**

{00317787.DOC;}

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098


**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner


**Kurtzman Carson Consultants**
2335 Alaska Avenue
El Segundo, CA 90245
Attn: Delphi

**Milliken & Company**
1045 Sixth Avenue
New York, New York 10018
Attn: Denis Golden


**Otterboug, Steindler,
Houston & Rosen, P.C.**
230 Park Avenue
New York, New York 10169
Attn: Stanley Lane, Esq.
       Jenette Barrow-Bosshart, Esq;