Form 210A (10/06)

# United States Bankruptcy Court
## Southern District of New York

In re:      **Delphi Automotive Systems, LLC, et al.**
Case No.    05-44640, et al. (Jointly Administered Under Case No. 05-44481)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| **Hyatt Regency Hotel San Antonio** | **Fair Harbor Capital, LLC** |

Name and Address where notices to transferee should be sent:

Hyatt Regency Hotel San Antonio
Don McDarver
123 Losoya
San Antonio, TX 78205

Court Claim # (if known):# 643
Amount of Claim: $74,900.00
Date Claim Filed:

Name and Address of Transferor:

Fair Harbor Capital, LLC
875 Avenue of the Americas
Suite 2305
New York, NY 10001

Phone: _____
Last Four Digits of Acct #: ___n/a___

Phone:
Last Four Digits of Acct. #: ___n/a___

Name and Address where transferee payments should be sent (if different from above):

Phone: ___n/a___
Last Four Digits of Acct #: ___n/a___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/Fredric Glass_____      Date:___January 8, 2008_____
        Transferee/Transferee's Agent
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Southern District of New York

In re:     Delphi Automotive Systems, LLC, et al.
Case No.   05-44640, et al. (Jointly Administered Under Case No. 05-44481)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No.   # 643 (if known)**

was filed or deemed filed under 11 U.S.C. § 1111(a) In this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on January 8, 2008.

Name of Transferee:                          Name of Alleged Transferor:
**Hyatt Regency Hotel San Antonio**          **Fair Harbor Capital, LLC**

Hyatt Regency Hotel San Antonio              Name and Address of Alleged
Don McDarver                                 Transferor:
123 Losoya
San Antonio, TX 78205                           Fair Harbor Capital, LLC
                                                875 Avenue of the Americas
                                                Suite 2305
                                                New York, NY 10001

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                           _____
                                             Clerk of the Court