UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al                    Case No. 05-44481 (RDD)
                                             Chapter 11 proceeding

         Debtor.                              [Jointly Administered]
_____/

# MACARTHUR CORPORATION'S OBJECTION TO DEBTOR'S NOTICE TO CONTRACT COUNTERPARTY WITH MULTIPLE ADDRESSES OF TRANSMITTAL OF CURE AMOUNT NOTICE

1. **Title of the Objection:** MacArthur Corporation's Objection to Debtor's Notice to Contract Counterparty with Multiple Addresses of Transmittal of Cure Amount Notice.

2. **Name of the Objecting Party:** MacArthur Corporation.

3. **Brief Description for the Basis of the Objection:** MacArthur Corporation disagrees with the cure amounts listed on Schedule 1 of Debtor's Cure Amount Notice and attached hereto as Exhibit A. However, because of the numerous contracts Debtor proposes to cure (536) and the limited amount of time in which to file a response, MacArthur cannot specify the correct cure amounts for each contract at this time.

4. **The Address to Which the Debtor Must Reply to the Objection**:

    Dennis M. Haley
    Winegarden Haley Lindholm & Robertson
    G-9460 S. Saginaw Street, Ste A
    Grand Blanc MI 48439

    Attn: Thomas Barrett
    MacArthur Corporation
    3190 Tri-Park Drive
    Grand Blanc MI 48439

Dated: January 8, 2007                    /s/ Thomas Barrett
                                          Thomas Barrett
                                          MacArthur Corporation
                                          3190 Tri-Park Drive
                                          Grand Blanc MI 48439
                                          (810) 606-1777

F:\APPS\DMH\M\MacArthur Corp\Delphi\Pleadings\Objection to Cure Amounts.wpd