# Schedule 1

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550004710 | $0.00 |
| D0550004766 | $0.00 |
| D0550004811 | ($85.40) |
| D0550005419 | $0.00 |
| D0550005420 | $0.00 |
| D0550005421 | $0.00 |
| D0550005422 | $2,577.00 |
| D0550005423 | $735.00 |
| D0550005424 | $0.00 |
| D0550005425 | $0.00 |
| D0550005950 | $1,606.50 |
| D0550005972 | $0.00 |
| D0550005986 | $0.00 |
| D0550006003 | $0.00 |
| D0550006164 | $0.00 |
| D0550006886 | $0.00 |
| D0550006888 | $0.00 |
| D0550006890 | $0.00 |
| D0550006897 | $0.00 |
| D0550006902 | $0.00 |
| D0550006903 | $0.00 |

EXHIBIT

A

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550006904 | $0.00 |
| D0550006905 | $0.00 |
| D0550006909 | $0.00 |
| D0550006910 | $0.00 |
| D0550006919 | $0.00 |
| D0550006922 | $0.00 |
| D0550006925 | $0.00 |
| D0550006937 | $0.00 |
| D0550006939 | $0.00 |
| D0550006940 | $0.00 |
| D0550006941 | $0.00 |
| D0550006943 | $0.00 |
| D0550006944 | $0.00 |
| D0550006947 | $0.00 |
| D0550006948 | $0.00 |
| D0550006950 | $0.00 |
| D0550006951 | $0.00 |
| D0550006952 | $0.00 |
| D0550006953 | $0.00 |
| D0550006954 | $0.00 |
| D0550006955 | $0.00 |
| D0550006956 | $0.00 |
| D0550006957 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550006958 | $0.00 |
| D0550006959 | $0.00 |
| D0550006960 | $0.00 |
| D0550006961 | $0.00 |
| D0550006962 | $0.00 |
| D0550006963 | $0.00 |
| D0550006964 | $65.80 |
| D0550006965 | $0.00 |
| D0550006966 | $0.00 |
| D0550006967 | $0.00 |
| D0550006968 | $0.00 |
| D0550006969 | $0.00 |
| D0550006970 | $0.00 |
| D0550006971 | $0.00 |
| D0550006972 | $142.00 |
| D0550006973 | $0.00 |
| D0550006974 | $65.80 |
| D0550006975 | $0.00 |
| D0550006976 | $0.00 |
| D0550006977 | $0.00 |
| D0550006978 | $0.00 |
| D0550006979 | $111.12 |
| D0550006980 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550006981 | $0.00 |
| D0550006982 | $0.00 |
| D0550006983 | $0.00 |
| D0550006985 | $0.00 |
| D0550006986 | $0.00 |
| D0550006987 | $0.00 |
| D0550006988 | $0.00 |
| D0550006989 | $0.00 |
| D0550009506 | $0.00 |
| D0550009608 | $0.00 |
| D0550009660 | $69.25 |
| D0550009868 | $0.00 |
| D0550009888 | $0.00 |
| D0550010085 | $0.00 |
| D0550010150 | $0.00 |
| D0550012354 | $0.00 |
| D0550012355 | $0.00 |
| D0550012367 | ($200.00) |
| D0550012368 | $0.00 |
| D0550012371 | $0.00 |
| D0550012372 | $0.00 |
| D0550012375 | $0.00 |
| D0550012388 | ($200.00) |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550012392 | $0.00 |
| D0550012399 | $0.00 |
| D0550012400 | $0.00 |
| D0550012401 | ($5,997.40) |
| D0550012404 | ($500.00) |
| D0550012405 | ($360.00) |
| D0550012406 | $0.00 |
| D0550012408 | $0.00 |
| D0550012411 | $0.00 |
| D0550012412 | $0.00 |
| D0550012413 | $0.00 |
| D0550012414 | $0.00 |
| D0550012415 | $0.00 |
| D0550012419 | $0.00 |
| D0550012420 | $0.00 |
| D0550012421 | $146.76 |
| D0550012422 | $0.00 |
| D0550012424 | $0.00 |
| D0550012425 | $0.00 |
| D0550012433 | $0.00 |
| D0550012434 | $0.00 |
| D0550012462 | ($256.20) |
| D0550012468 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550012470 | $0.00 |
| D0550012471 | $0.00 |
| D0550012472 | $0.00 |
| D0550012473 | $0.00 |
| D0550012475 | $0.00 |
| D0550012476 | $0.00 |
| D0550012477 | $0.00 |
| D0550012485 | $0.00 |
| D0550012486 | $1,741.50 |
| D0550012487 | $0.00 |
| D0550012488 | $0.00 |
| D0550012489 | $0.00 |
| D0550012492 | $0.00 |
| D0550012501 | $0.00 |
| D0550012502 | $0.00 |
| D0550012504 | $0.00 |
| D0550012507 | $0.00 |
| D0550012508 | $0.00 |
| D0550012509 | $0.00 |
| D0550012510 | $0.00 |
| D0550012511 | $0.00 |
| D0550012512 | $0.00 |
| D0550012513 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550012514 | $0.00 |
| D0550012515 | $0.00 |
| D0550012516 | $0.00 |
| D0550012517 | $0.00 |
| D0550012518 | $0.00 |
| D0550012519 | $0.00 |
| D0550012520 | $0.00 |
| D0550012521 | $0.00 |
| D0550012522 | $0.00 |
| D0550012523 | $0.00 |
| D0550012524 | $0.00 |
| D0550012525 | $0.00 |
| D0550012526 | $0.00 |
| D0550012527 | $0.00 |
| D0550012528 | $0.00 |
| D0550012529 | $0.00 |
| D0550012530 | $0.00 |
| D0550012531 | $0.00 |
| D0550012532 | $0.00 |
| D0550012533 | $0.00 |
| D0550012534 | $0.00 |
| D0550012536 | $0.00 |
| D0550012537 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550012538 | $0.00 |
| D0550012539 | $0.00 |
| D0550012540 | $0.00 |
| D0550012541 | $0.00 |
| D0550012542 | $0.00 |
| D0550012543 | $0.00 |
| D0550012544 | $0.00 |
| D0550012545 | $0.00 |
| D0550012546 | $0.00 |
| D0550012547 | $0.00 |
| D0550012548 | $0.00 |
| D0550012549 | $0.00 |
| D0550012550 | $0.00 |
| D0550012551 | $0.00 |
| D0550012552 | $0.00 |
| D0550012553 | $0.00 |
| D0550012554 | $0.00 |
| D0550012555 | $0.00 |
| D0550012556 | $0.00 |
| D0550012557 | $0.00 |
| D0550012558 | $0.00 |
| D0550012559 | $0.00 |
| D0550012560 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550012561 | $0.00 |
| D0550012562 | $0.00 |
| D0550012563 | $0.00 |
| D0550012564 | $0.00 |
| D0550012565 | $0.00 |
| D0550012566 | $0.00 |
| D0550012567 | $0.00 |
| D0550012568 | $0.00 |
| D0550012569 | $0.00 |
| D0550012573 | $0.00 |
| D0550012577 | $2,759.40 |
| D0550012584 | $0.00 |
| D0550012585 | $0.00 |
| D0550012586 | $0.00 |
| D0550012587 | $0.00 |
| D0550012588 | $0.00 |
| D0550015079 | $0.00 |
| D0550015081 | $0.00 |
| D0550015321 | $0.00 |
| D0550015367 | $0.00 |
| D0550015444 | $0.00 |
| D0550015697 | $0.00 |
| D0550015788 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550015903 | $0.00 |
| D0550015978 | $0.00 |
| D0550016236 | $0.00 |
| D0550016266 | $423.70 |
| D0550020412 | $0.00 |
| D0550022596 | $836.77 |
| D0550023077 | $0.00 |
| D0550023148 | $0.00 |
| D0550023919 | $0.00 |
| D0550025000 | $0.00 |
| D0550025191 | $0.00 |
| D0550025377 | $1,350.00 |
| D0550025420 | $0.00 |
| D0550025757 | $0.00 |
| D0550025758 | $0.00 |
| D0550025896 | $0.00 |
| D0550025945 | $0.00 |
| D0550026106 | $930.00 |
| D0550026905 | $0.00 |
| D0550026919 | $0.00 |
| D0550029164 | $0.00 |
| D0550029165 | $0.00 |
| D0550029166 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550029195 | $0.00 |
| D0550029196 | $0.00 |
| D0550029197 | $0.00 |
| D0550029198 | $0.00 |
| D0550029199 | $0.00 |
| D0550029200 | $0.00 |
| D0550029201 | $0.00 |
| D0550029202 | $0.00 |
| D0550029203 | $0.00 |
| D0550029210 | $1,255.90 |
| D0550029211 | $0.00 |
| D0550029212 | $0.00 |
| D0550029213 | $454.58 |
| D0550029232 | $0.00 |
| D0550029233 | $0.00 |
| D0550029234 | $0.00 |
| D0550029235 | $0.00 |
| D0550029236 | $0.00 |
| D0550029237 | $0.00 |
| D0550029239 | $0.00 |
| D0550029240 | $0.00 |
| D0550029241 | $0.00 |
| D0550029242 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550029243 | $0.00 |
| D0550029244 | $0.00 |
| D0550029245 | $0.00 |
| D0550029246 | $0.00 |
| D0550029247 | $0.00 |
| D0550029248 | $0.00 |
| D0550029249 | $0.00 |
| D0550029250 | $0.00 |
| D0550029251 | $0.00 |
| D0550029252 | $0.00 |
| D0550029253 | $0.00 |
| D0550029254 | $0.00 |
| D0550029255 | $0.00 |
| D0550029256 | $0.00 |
| D0550029314 | $0.00 |
| D0550029320 | $0.00 |
| D0550029321 | $0.00 |
| D0550029322 | $1,134.95 |
| D0550029324 | $63.25 |
| D0550029329 | $0.00 |
| D0550029333 | $0.00 |
| D0550029334 | $107.98 |
| D0550029335 | $215.97 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550029336 | $35.99 |
| D0550029347 | $0.00 |
| D0550029349 | $219.00 |
| D0550029350 | $0.00 |
| D0550029351 | $0.00 |
| D0550029352 | $35.99 |
| D0550029357 | $0.00 |
| D0550029358 | $0.00 |
| D0550029364 | $0.00 |
| D0550029365 | $0.00 |
| D0550029366 | $0.00 |
| D0550029367 | $0.00 |
| D0550029368 | $0.00 |
| D0550029369 | $0.00 |
| D0550029370 | $0.00 |
| D0550029371 | $0.00 |
| D0550029372 | $0.00 |
| D0550029373 | $0.00 |
| D0550029374 | $0.00 |
| D0550029375 | $0.00 |
| D0550029379 | $0.00 |
| D0550029381 | $0.00 |
| D0550029382 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550029383 | $0.00 |
| D0550033959 | $71.50 |
| D0550034095 | $0.00 |
| D0550034544 | $0.00 |
| D0550035199 | $274.00 |
| D0550035274 | $218.99 |
| D0550035342 | $893.66 |
| D0550035491 | $0.00 |
| D0550035492 | $0.00 |
| D0550035493 | $0.00 |
| D0550035666 | $0.00 |
| D0550035714 | $1,495.99 |
| D0550035715 | $0.00 |
| D0550035855 | $186.00 |
| D0550036029 | $0.00 |
| D0550036512 | $0.00 |
| D0550036524 | $0.00 |
| D0550036590 | $0.00 |
| D0550036659 | $0.00 |
| D0550036991 | $0.00 |
| D0550037085 | $0.00 |
| D0550037497 | $0.00 |
| D0550037499 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550037742 | $0.00 |
| D0550037920 | $2,118.00 |
| D0550037976 | $0.00 |
| D0550037977 | $0.00 |
| D0550038266 | $0.00 |
| D0550038297 | $0.00 |
| D0550038399 | $0.00 |
| D0550038439 | $0.00 |
| D0550038441 | $0.00 |
| D0550038509 | $1,015.80 |
| D0550038770 | $0.00 |
| D0550039370 | ($109.65) |
| D0550039372 | $0.00 |
| D0550039388 | $0.00 |
| D0550039390 | $0.00 |
| D0550039588 | $0.00 |
| D0550039721 | $1,637.70 |
| D0550040298 | $210.95 |
| D0550040412 | ($682.62) |
| D0550041522 | $0.00 |
| D0550041669 | $1,237.69 |
| D0550042295 | $0.00 |
| D0550042702 | $87.69 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550042723 | $0.00 |
| D0550042966 | $0.00 |
| D0550044636 | $439.17 |
| D0550045658 | $1,299.63 |
| D0550046691 | $194.92 |
| D0550046828 | $847.05 |
| D0550046829 | $0.00 |
| D0550046880 | $0.00 |
| D0550047469 | $0.00 |
| D0550048926 | $0.00 |
| D0550049183 | $0.00 |
| D0550049185 | $280.20 |
| D0550049393 | $0.00 |
| D0550049422 | $2,325.00 |
| D0550049429 | $0.00 |
| D0550049431 | $0.00 |
| D0550049432 | $0.00 |
| D0550049487 | $289.00 |
| D0550049585 | $0.00 |
| D0550049632 | $0.00 |
| D0550049666 | $0.00 |
| D0550049669 | $0.00 |
| D0550049672 | $247.63 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550049760 | $1,342.40 |
| D0550049895 | $78.96 |
| D0550050132 | $222.97 |
| D0550050323 | $0.00 |
| D0550050646 | $279.00 |
| D0550050847 | $0.00 |
| D0550051363 | $0.00 |
| D0550051435 | $0.00 |
| D0550051893 | $0.00 |
| D0550052163 | $0.00 |
| D0550052414 | $247.44 |
| D0550052933 | $741.42 |
| D0550053086 | $0.00 |
| D0550053142 | $672.00 |
| D0550054330 | $200.00 |
| D0550054697 | $0.00 |
| D0550054698 | $0.00 |
| D0550054699 | $362.49 |
| D0550054845 | $4,140.76 |
| D0550054967 | $773.36 |
| D0550055013 | $0.00 |
| D0550055047 | $1,400.00 |
| D0550055131 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550055419 | $0.00 |
| D0550055788 | $0.00 |
| D0550055876 | $113.31 |
| D0550055898 | $315.86 |
| D0550056160 | $1,704.00 |
| D0550056375 | $867.00 |
| D0550056456 | $0.00 |
| D0550056587 | $0.00 |
| D0550056744 | $226.61 |
| D0550057265 | $105.90 |
| D0550057270 | $942.98 |
| D0550057301 | $0.00 |
| D0550057305 | $0.00 |
| D0550057596 | $0.00 |
| D0550057657 | $0.00 |
| D0550057800 | $0.00 |
| D0550058468 | $0.00 |
| D0550058830 | $0.00 |
| D0550059104 | $0.00 |
| D0550059311 | $595.78 |
| D0550059314 | $0.00 |
| D0550059317 | $0.00 |
| D0550059321 | $917.50 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550059712 | $0.00 |
| D0550059905 | $0.00 |
| D0550059906 | $0.00 |
| D0550059907 | $0.00 |
| D0550060019 | $0.00 |
| D0550060362 | $315.02 |
| D0550060371 | $569.36 |
| D0550060443 | $0.00 |
| D0550061111 | $0.00 |
| D0550061314 | $0.00 |
| D0550062083 | $0.00 |
| D0550062595 | $0.00 |
| D0550062860 | $1,296.28 |
| D0550063198 | $0.00 |
| D0550063211 | $19,042.77 |
| D0550063212 | $61.69 |
| D0550063478 | $0.00 |
| D0550063541 | $0.00 |
| D0550063918 | $0.00 |
| D0550063919 | $0.00 |
| D0550064720 | $0.00 |
| D0550065170 | $0.00 |
| D0550065203 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550065204 | $4,944.00 |
| D0550065785 | $834.09 |
| D0550066066 | $289.00 |
| D0550066122 | $0.00 |
| D0550066137 | $0.00 |
| D0550069103 | $0.00 |
| D0550069294 | $328.50 |
| D0550069635 | $0.00 |
| D0550069727 | $0.00 |
| D0550069738 | $0.00 |
| D0550069826 | $232.50 |
| D0550070757 | $0.00 |
| D0550070769 | $0.00 |
| D0550070785 | $0.00 |
| D0550070801 | $3,970.55 |
| D0550070819 | $0.00 |
| D0550070820 | $0.00 |
| D0550070821 | $0.00 |
| D0550071063 | $0.00 |
| D0550071093 | $0.00 |
| D0550071094 | $0.00 |
| D0550071095 | $0.00 |
| D0550072062 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550072262 | $0.00 |
| D0550072307 | $3,877.79 |
| D0550072326 | $0.00 |
| D0550072395 | $0.00 |
| D0550072396 | $0.00 |
| D0550072550 | $0.00 |
| D0550072608 | $0.00 |
| D0550073344 | $558.00 |
| D0550073755 | $463.50 |
| D0550073756 | $0.00 |
| D0550073924 | $0.00 |
| D0550074351 | $0.00 |
| D0550074353 | $0.00 |
| D0550074544 | $0.00 |
| D0550074545 | $0.00 |
| D0550074557 | $2,462.62 |
| D0550074857 | $0.00 |
| D0550075020 | $756.81 |
| D0550075193 | $0.00 |
| D0550075283 | $0.00 |
| D0550075284 | $289.00 |
| D0550075321 | $802.31 |
| D0550075335 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550075346 | $0.00 |
| D0550075371 | $0.00 |
| D0550075567 | $0.00 |
| D0550075568 | $0.00 |
| D0550075569 | $0.00 |
| D0550075570 | $0.00 |
| D0550075571 | $0.00 |
| D0550075886 | $0.00 |
| D0550076149 | $0.00 |
| D0550076171 | $0.00 |
| D0550076887 | $0.00 |
| D0550076892 | $0.00 |
| D0550076893 | $0.00 |
| D0550076896 | $0.00 |
| D0550076898 | $0.00 |
| D0550076942 | $0.00 |
| D0550076953 | $0.00 |
| D0550077030 | $309.86 |
| D0550077172 | $423.91 |
| D0550077678 | $0.00 |
| D0550077679 | $0.00 |
| D0550077716 | $0.00 |
| D0550077719 | $376.69 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550077729 | $0.00 |
| D0550077977 | $0.00 |
| D0550078024 | $569.36 |
| D0550078025 | $284.68 |
| D0550078117 | $1,532.94 |
| D0550078469 | $316.34 |
| D0550078484 | $0.00 |
| D0550078754 | $0.00 |
| D0550078804 | $0.00 |
| D0550078805 | $0.00 |
| D0550079074 | $0.00 |
| D0550079220 | $0.00 |
| D0550079706 | $0.00 |
| D0550079807 | $0.00 |
| D0550079811 | $0.00 |
| D0550079923 | $0.00 |
| D0550079924 | $0.00 |
| D0550079925 | $0.00 |
| D0550079932 | $0.00 |
| D0550079939 | $0.00 |
| D0550079993 | $0.00 |
| D0550080021 | $0.00 |
| D0550080268 | $0.00 |

| Contract(s) to be assumed and/or assigned: | Cure amount: |
|---|---|
| D0550080269 | $0.00 |
| D0550080270 | $0.00 |
| D0550080286 | $0.00 |
| D0550081244 | $0.00 |
| PEDP4710014 | $69,744.95 |
| PEDP4710166 | $0.00 |
| PEDP4710167 | $0.00 |
| SAG90I0361 | $23,206.15 |
| SAG90I4883 | $0.00 |