**STEVENS & LEE**
**A PA Professional Corporation**
Ronald L. Glick, Esq.
600 College Road East, Suite 4400
Princeton, NJ 08540
Telephone:  609-987-7052
Facsimile:  610-371-7385
Email:     rlg@stevenslee.com

*Attorneys for Equistar Chemicals, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| DELPHI CORPORATION, *et al.*, | Chapter 11 |
| Debtors. | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

1. I, Ronald L. Glick, a member in good standing of the bar in the State of New Jersey, respectfully request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Equistar Chemicals, LP ("Equistar") in the above-captioned Chapter 11 cases and any related adversary proceedings that may be commenced.

2. My address is:  **STEVENS & LEE, P.C.**
   Ronald L. Glick, Esq.
   600 College Road East
   Suite 4400
   Princeton, NJ 08540
   Telephone:  609-243-9111
   Facsimile:  609-243-9333
   Email:     rlg@stevenslee.com

01/08/08/SL1 776444v1/090447.00014

3.   The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  Princeton, New Jersey
January 8, 2008

                                      **STEVENS & LEE**
                                      **A PA Professional Corporation**
                                      Attorneys for Equistar Chemicals, LP

By:  */s/ Ronald L. Glick*
      Ronald L. Glick, Esq.
      600 College Road East, Suite 4400
      Princeton, NJ 08540
      Telephone:  609-987-7052
      Facsimile:   610-371-7385
      Email:  rlg@stevenslee.com