**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| DELPHI CORPORATION, *et al.*, : | |
| : | Case No. 05-44481 (RDD) |
| Debtors. : | (Jointly Administered) |
| : | |

### ORDER GRANTING MOTION FOR PRO HAC VICE OF RONALD L. GLICK

Upon the motion (the "Motion") seeking the admission *pro hac vice* of Ronald L. Glick to represent Equistar Chemicals, LP ("Equistar") in this case and upon consideration of the Motion, the Court having jurisdiction to consider the application and relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that Ronald L. Glick is admitted *pro hac vice* to represent Lyondell and Equistar in the above-captioned case and may appear in this case and any related proceedings *pro hac vice*, provided that the filing fee has been paid.

Dated: January __, 2008
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE