HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7000
Lawrence J. Murphy (P47129)
Gregory R. Schermerhorn (P44016)
E. Todd Sable (P54956)

Attorneys for Lightsource Parent Corporation and Guide Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
In re:                                                 :    Chapter 11
                                                       :
DELPHI CORPORATION, et al.,                            :    Case No. 05-44481 (RDD)
                                                       :
    Debtors.                                          :    (Jointly Administered)
------------------------------------------------------ x

# CERTIFICATE OF SERVICE OF GUIDE CORPORATION AND LIGHTSOURCE PARENT CORPORATION

I hereby certify that on January 8, 2008, I electronically filed a copy of Guide Corporation and Lightsource Parent Corporation's Supplemental Response to Debtors Supplemental Reply to the Responses to Lightsource and Guide to the Debtors' Objections to Proof of Claim Nos. 14070 and 14245 with the Clerk of the Court using the ECF system which will send notification of such filing to those ECF participants registered to receive electronic notice of same in this manner.:

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Lightsource Parent Corporation and Guide Corporation

Dated: January 8, 2008    By: /s/ E. Todd Sable
    Lawrence J. Murphy (P47129)
    Gregory R. Schermerhorn (P44016)
    E. Todd Sable (P54956)
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226-3506
Telephone: (313) 465-7488
Facsimile: (313) 465-7489
E-Mail: lmurphy@honigman.com

DETROIT.2940531.1