TOGUT, SEGAL & SEGAL LLP       **HEARING DATE: 2/20/2008 at 10:00 a.m.**
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                     :
In re:                   :    Chapter 11
                     :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,    :
                     :    Jointly Administered
            Debtors.    :
                     :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH
RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 14664
(COOPER STANDARD AUTOMOTIVE F/K/A ITT AUTOMOTIVE
FLUID HDG. SYST./ DEUTSCHE BANK SECURITIES INC.)**

        PLEASE TAKE NOTICE that on September 21, 2007, Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), objected to proof claim number

14664 (the "Proof of Claim") filed by Cooper Standard Automotive f/k/a ITT

Automotive Fluid Hdg. Syst, and subsequently transferred to Deutsche Bank Securities,

Inc., (jointly, the "Claimants") pursuant to the Debtors' Twenty-First Omnibus

Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A)

Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently

Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E)

Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To

Modification, And Modified Claims Asserting Reclamation (Docket No. 9535).

PLEASE TAKE FURTHER NOTICE that on November 27, 2007, the

Debtors filed the Notice Of Claims Objection Hearing With Respect To Debtors'

Objection To Proof Of Claim No. 14664 scheduling an evidentiary hearing (the

"Hearing") for purposes of holding an evidentiary hearing on the merits of the Proof of

Claim for January 31, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of

the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016,

7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To

Claims And (ii) Certain Notices And Procedures Governing Objections To Claims,

entered December 7, 2006 (Docket No. 6089) (the "Order"), the Claims Objection

Hearing is hereby adjourned to February 20, 2008 at 10:00 a.m. (prevailing Eastern

time).

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing

will proceed in accordance with the procedures provided in the Order, unless such

procedures are modified in accordance with Paragraph 9(k) thereof.  All provisions and

deadlines set forth in the Order shall remain in full force and effect.  Those deadlines

calculated based on the hearing date shall be calculated based on the February 20, 2008

Hearing Date rather than the original January 31, 2008 date.  Please review the Order

carefully – failure to comply with the procedures provided in the Order (or as modified

pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the

Proof of Claim.

2

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn

the Claims Objection Hearing at any time at least five business days prior to the

scheduled hearing upon notice to the Court and the Claimant.


Dated:   New York, New York
         January 9, 2007

                              DELPHI CORPORATION, *et al.*
                              By their attorneys,
                              TOGUT, SEGAL & SEGAL LLP
                              By:

                              /s/ Neil Berger
                              ALBERT TOGUT (AT-9759)
                              NEIL BERGER (NB-3599)
                              Members of the Firm
                              One Penn Plaza
                              New York, New York 10119
                              (212) 594-5000