**Hearing Date: January 10, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED SEVENTEENTH CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing</u>:      United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Adjourned Matters (3 Matters)

    C.    Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters (12 Matters)

        1)    Third Omnibus Claims Objection Matter (1 Matter)

        2)    Ninth Omnibus Claims Objection Matters (2 Matters)

`        3)    Fifteenth Omnibus Claims Objection Matters (2 Matters)

        4)    Seventeenth Omnibus Claims Objection Matters (2 Matters)

        5)    Nineteenth Omnibus Claims Objection Matter (1 Matter)

        6)    Twentieth Omnibus Claims Objection Matters (2 Matters)

        7)    Twenty-First Omnibus Claims Objection Matter (1 Matter)

        8)    Twenty-Second Omnibus Claims Objection Matter (1 Matter)

    D.    Contested Omnibus Claims Objection Matter (1 Matter)

**B.**    **Adjourned Matters**

    1.    **"Motion Of Conestoga-Rovers & Associates, Inc. For Leave To File Late Proof Of Claim"** – Claims Objection Hearing Regarding Claim Of Conestoga-Rovers & Associates, Inc. As Objected To On The Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270)

        *Response Filed:*    *Response And Opposition Of Conestoga-Rovers & Associates, Inc. To Debtors' Objection To Claim,*

|  | *Made Within Debtors' Seventeenth Omnibus Claims Objection (Docket No. 8576)* |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8668)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Seventeenth Omnibus Claims Objection (Docket No. 8737)* |
|  | *Notice Of Deadline To File Motion For Leave To File Late Claim With Respect To Late Claim Filed By Conestoga-Rovers & Associates, Inc. (Proof Of Claim 16604) (Docket No. 11090)* |
|  | *Consolidated Application And Memorandum In Support Of Motion Of Conestoga Rovers & Associates, Inc. (I) To Allow Amended Claim, Filed After Bar Date, As Relation Back To Original Claim, Or (II) Alternatively, For Leave To File Late Proof Of Claim (Docket No. 11307)* |
|  | *Notice of Motion of Conestoga-Rovers & Associates, Inc. (i) To Allow Amended Claim, Filed After Bar Date, As Relation Back to Original Claim, Or (ii) Alternatively, For Leave To File Late Proof of Claim (Docket No. 11331)* |

Status:                    This matter has been adjourned to the January 31,
                           2008 hearing.

2.    **"Claims Objection Hearing Regarding Claim Of State Of Michigan
      Department Of Treasury"** – Claims Objection Hearing Regarding Claim Of State
      Of Michigan Department Of Treasury As Objected To On The Debtors' Twentieth
      Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
      Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented
      Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely
      Claim, And (E) Claims Subject To Modification, Tax Claims Subject To
      Modification, Modified Claims Asserting Reclamation, Consensually Modified
      And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To
      Modification (Docket No. 9151); Debtors' Twenty-First Omnibus Objection
      Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A)
      Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently
      Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records,
      (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject
      To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535)

                 Response Filed:          *Response Of The  State Of Michigan Department Of
                                          Treasury To The Debtors' Twentieth Omnibus
                                          Objection Pursuant To 11 U.S.C. § 502(b) And Fed.
                                          R. Bankr. P. 3007 To Certain (C) Claims Not
                                          Reflected On Debtors' Books And Records, And (E)
                                          Claims Subject To Modification (Docket No. 9337)*

                                          *Response Of The State Of Michigan, Department Of
                                          Treasury To Debtor's Twenty-First Omnibus
                                          Objection Pursuant To 11 USC § 502(b) And Fed R.
                                          Bankr. P. 3007 To Certain (E) Untimely Claims
                                          (Docket No. 10445)*

                 Reply Filed:             *Debtors' Omnibus Reply In Support Of Twentieth
                                          Omnibus Objection Pursuant To 11 U.S.C. § 502(b)
                                          And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate
                                          And Amended Claims, (B) Insufficiently Documented
                                          Claims, (C) Claims Not Reflected On Debtors' Books
                                          And Records, (D) Untimely Claim, And (E) Claims
                                          Subject To Modification, Tax Claims Subject To
                                          Modification, Modified Claims Asserting
                                          Reclamation, Consensually Modified And Reduced
                                          Tort Claims, And Lift Stay Procedures Claims
                                          Subject To Modification (Docket No. 9617)*

                                          *Debtors' Omnibus Reply In Support Of Twenty-First
                                          Omnibus Objection Pursuant To 11 U.S.C. § 502(b)*

4

*And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 10713)*

*Debtors' Supplemental Reply With Respect To Proofs Of Claim Numbers 6354, 6383, 9272, And 16633 (State Of Michigan, Department Of Treasury) (Docket No. 11551)*

*State of Michigan, Department of Treasury's Supplemental Response to Debtors' Statement of Disputed Issues With Respect to Proofs of Claim Numbers 6354, 6383, 9272 and 16633 (State of Michigan, Department of Treasury) (Docket No. 11296)*

Related Filings:          *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification Identified in Twentieth Omnibus Claims Objection  (Docket No. 9692)*

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation Identified In Twenty-First Omnibus Objection (Docket No. 10728)*

5

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 6354, 6383, And 9272 (State Of Michigan Department Of Treasury) (Docket No. 10423)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 6354, 6383, And 9272 (State Of Michigan, Department Of Treasury) (Docket No. 10532)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 6354, 6383, 9272, And 16633 (State Of Michigan Department Of Treasury) (Docket No. 10812)*

*Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 6354, 6383, 9272, And 16633 (State Of Michigan, Department Of Treasury) (Docket No. 10884)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objections To Proofs Of Claim Nos. 6354, 6383, 9272, And 16633 (State Of Michigan Department Of Treasury) (Docket No. 11047)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 2420, 2422, 4536, 5761, 5762, 6354, 9272, 16633, And 16724 (State Of Michigan Department Of Treasury) (Docket No. 11486)*

*Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 2420, 2422, 4536, 5761, 5762, 6354, 9272, 16633, And 16724 (State Of Michigan, Department Of Treasury) (Docket No. 11639)*

| | |
|---|---|
| *Status:* | *This matter has been adjourned to the February 20, 2008 hearing.* |

3.  **"Samsung Electro-Mechanics Co., Ltd.'s Motion To Reconsider Order Expunging Claim"** – Motion To Reconsider FRCP 60 Or FRBP 3008 Disallowing And Expunging Certain Claims Identified In Eleventh Omnibus Claims Objection

With Regard To Proof Of Claim No. 16485 Of Samsung Electro-Mechanics Co., Ltd. (Docket No. 10985)

| | |
|---|---|
| *Response Filed:* | *Debtors' Objection To Samsung Electro-Mechanics Co., Ltd.'s Motion To Reconsider Order Expunging Claim No. 16485 (Docket No. 11650)* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7301)* |
| | *Debtors' Omnibus Reply In Support Of Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification Identified in Twentieth Omnibus Claims Objection (Docket No. 7755)* |
| | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification Identified in Eleventh Omnibus Claims Ojbection (Docket No. 7771)* |
| *Status:* | *This matter has been adjourned to the January 31, 2008 hearing.* |

**C.     Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters**

**1)     Third Omnibus Claims Objection Matter**

4.     **"Claims Objection Hearing Regarding Claim Of Celestica Inc."** – Claims Objection Hearing Regarding Claim Of Celestica Inc. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And

(C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket 5452)

| | |
|---|---|
| *Responses Filed:* | *Response Of Celestica Inc. To The Debtors' Second And Third Omnibus Claims Objections (Docket No. 5744)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12813 (Celestica Inc.) (Docket No. 9245)* |
| | *Debtors' Statement Of Disputed Issues Regarding Debtors' Objection To Proof Of Claim No. 12813 (Celestica, Inc.) (Docket No. 9357)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12813 (Celestica) (Docket No. 10737)* |
| | *Amended Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12813 (Celestica) (Docket No. 10763)* |

8

> *Second Amended Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12813 (Celestica) (Docket No. 10798)*
>
> *Third Amended Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12813 (Celestica) (Docket No. 11084)*
>
> *Fourth Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12813 (Celestica)(Docket No. 11200)*

|  |  |
|---|---|
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

## 2) Ninth Omnibus Claims Objection Matter

5. **"Claims Objection Hearing Regarding Claims Of Contrarian Funds LLC As Assignee Of Etco"** – Claims Objection Hearing Regarding Claim Of Contrarian Funds LLC As Assignee Of Etco As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

|  |  |
|---|---|
| *Response Filed:* | *Response Of Contrarian Funds, LLC To Debtors' Eighth And Ninth Omnibus Claims Objections (Docket No. 7276)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)* |

> *Notice Of Deadline To File Motion For Leave To File Late Claim With Respect To Late Claim Filed By Contrarian Funds, LLC As Assignee Of Etco (Proof Of Claim No. 16374) (Docket No. 10579)*
>
> *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 10381, 12668, 12670, And 16271, And Disallowing And Expunging Proof Of Claim Number 16374 (Contrarian Funds LLC) (Docket No. 11688)*

|  |  |
|---|---|
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

6. **"Claims Objection Hearing Regarding Claim Of Itautec America, Inc."** – Claims Objection Hearing Regarding Claim Of Itautec America, Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

|  |  |
|---|---|
| *Response Filed:* | *Itautec America, Inc.'s Response To Debtors' Ninth Omnibus Claims Objection (Docket No. 7241)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10811 (Itautec America, Inc.) (Docket No. 11676)* |

10

|  |  |
|---|---|
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

**3) Fifteenth Omnibus Claims Objection Matter**

7.   **"Claims Objection Hearing Regarding Claim Of MJ Celco"** – Claims Objection Hearing Regarding Claim Of MJ Celco As Objected To On The Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999)

|  |  |
|---|---|
| *Response Filed:* | *Response Of MJ Celco In Support Of Claim No. 12183, Which Is Subject To An Objection Raised in The Debtors' Fifteenth Omnibus Objection (Docket No. 8290)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8396)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Fifteenth  Omnibus Claims Objection (Docket No. 8443)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 12183 (MJ Celco) (Docket No. 11685)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

11

8.  **"Claims Objection Hearing Regarding Claim Of Entergy Mississippi, Inc."** –
    Claims Objection Hearing Regarding Claim Of Entergy Mississippi, Inc. As
    Objected To On The Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant
    To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
    Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records,
    (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To
    Modification, Tax Claims Subject To Modification, And Modified Claims
    Asserting Reclamation (Docket No. 7999)

|  |  |
|---|---|
| *Response Filed:* | *Omnibus Response Of Contrarian Funds, LLC To Debtors' Fourteenth And Fifteenth Omnibus Claims Objections (Docket No. 8320)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8396)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Fifteenth Omnibus Claims Objection (Docket No. 8443)* |
|  | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 813 (Contrarian Funds, LLC As Assignee For Entergy Mississippi Inc.) (Docket No. 11340)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 813 (Contrarian Funds, LLC As Transferee Of Entergy Mississippi Inc.) (Docket No. 11689)* |

12

*Status:*          *A joint stipulation and agreed order will be
submitted for consideration by the Court.*

**4)  Seventeenth Omnibus Claims Objection Matter**

9.  **"Claims Objection Hearing Regarding Claims Of Montgomery County
Treasurer"** – Claims Objection Hearing Regarding Claim Of Montgomery
County Treasurer As Objected To On The Debtors' Seventeenth Omnibus
Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected
On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors'
Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E)
Claims Subject To Modification, Tax Claims Subject To Modification, And
Modified Claims Asserting Reclamation (Docket No. 8270)

*Response Filed:*          *Response Of Montgomery County, Ohio To Debtors
Seventeenth Omnibus Objection (Docket No. 9010)*

*Reply Filed:*          *Debtors' Omnibus Reply In Support Of Debtors'
Seventeenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Insurance Claim Not Reflected On
Debtors' Books And Records, (D) Untimely Claims
And Untimely Tax Claims, And (E) Claims Subject
To Modification, Tax Claims Subject To
Modification, And Modified Claims Asserting
Reclamation (Docket No. 8668)*

*Related Filings:*          *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 Disallowing And Expunging Certain
(A) Insufficiently Documented Claims, (B) Claims
Not Reflected On Debtors' Books And Records, (C)
Insurance Claim Not Reflected On Debtors' Books
And Records, (D) Untimely Claims And Untimely
Tax Claims, And (E) Claims Subject To Modification,
Tax Claims Subject To Modification, And Modified
Claims Asserting Reclamation Identified In
Seventeenth Omnibus Claims Objection (Docket No.
8737)*

*Notice Of Presentment Of Joint Stipulation And
Agreed Order Compromising And Allowing Proofs
Of Claim Numbers 8535, 8537, 8540, 8541, 8542,
8543, 8544, 8545, 8546, 8547, 8548, 8549, 8550,*

13

> *8551, 8552, 8553, 8554, 8555, 8557, 8558, 8559,*
> *8560, 8561, 8562, And 8563 (Montgomery County*
> *Treasurer) (Docket No. 11679)*

   *Status:*     *A joint stipulation and agreed order will be*
           *submitted for consideration by the Court.*

10.   **"Claims Objection Hearing Regarding Claims Of Benecke Kaliko AG"** –
   Claims Objection Hearing Regarding Claim Of Benecke Kaliko AG As Objected
   To On The Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11
   U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
   Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records,
   (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely
   Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax
   Claims Subject To Modification, And Modified Claims Asserting Reclamation
   (Docket No. 8270)

    *Response Filed:*   *Response Of Benecke Kaliko AG To Debtor's*
             *Seventh Omnibus Objection To Claim No. 9080*
             *(Docket No. 8578)*

    *Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors'*
             *Seventeenth Omnibus Objection (Substantive)*
             *Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.*
             *P. 3007 To Certain (A) Insufficiently Documented*
             *Claims, (B) Claims Not Reflected On Debtors' Books*
             *And Records, (C) Insurance Claim Not Reflected On*
             *Debtors' Books And Records, (D) Untimely Claims*
             *And Untimely Tax Claims, And (E) Claims Subject*
             *To Modification, Tax Claims Subject To*
             *Modification, And Modified Claims Asserting*
             *Reclamation (Docket No. 8668)*

    *Related Filings:*   *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.*
             *Bankr. P. 3007 Disallowing And Expunging Certain*
             *(A) Insufficiently Documented Claims, (B) Claims*
             *Not Reflected On Debtors' Books And Records, (C)*
             *Insurance Claim Not Reflected On Debtors' Books*
             *And Records, (D) Untimely Claims And Untimely*
             *Tax Claims, And (E) Claims Subject To Modification,*
             *Tax Claims Subject To Modification, And Modified*
             *Claims Asserting Reclamation Identified In*
             *Seventeenth Omnibus Claims Objection (Docket No.*
             *8737)*

*Notice Of Presentment Of Joint Stipulation And
Agreed Order Compromising And Allowing Proof Of
Claim Numbers 9080 And 9081(Benecke-Kaliko AG)
(Docket No. 11687)*

*Status:*          *A joint stipulation and agreed order will be
submitted for consideration by the Court.*

### 5) Nineteenth Omnibus Claims Objection Matter

11. **"Claims Objection Hearing Regarding Claim Of SPCP Group, L.L.C. As
Assignee Of Key Plastics"** – Claims Objection Hearing Regarding Claim Of
SPCP Group, L.L.C. As Assignee Of Key Plastics As Objected To On The Debtors'
Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)
Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And
(D) Claims Subject To Modification, Tax Claims Subject To Modification,
Modified Claims Asserting Reclamation, And Consensually Modified And
Reduced Claims (Docket No. 8617)

*Response Filed:*          *Response And Objection Of SPCP Group, L.L.C. To
Debtors' Nineteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Untimely Claim,
And (D) Claims Subject To Modification, Tax Claims
Subject To Modification, Modified Claims Asserting
Reclamation, And Consensually Modified And
Reduced Claims (Docket No. 8967)*

*Reply Filed:*          *Debtors' Omnibus Reply In Support Of Debtors'
Nineteenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Untimely Claim, And (D) Claims
Subject To Modification, Tax Claims Subject To
Modification, Modified Claims Asserting
Reclamation, And Consensually Modified And
Reduced Claims (Docket No. 9094)*

*Related Filings:*          *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 Disallowing And Expunging Certain
(A) Insufficiently Documented Claims, (B) Claims
Not Reflected On Debtors' Book And Records, (C)*

15

> *Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (Docket No. 9225)*
>
> *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14134 (SPCP Group, L.L.C. As Assignee Of Key Plastics LLC) (Docket No. 11306)*
>
> *Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 14134 (SPCP Group, L.L.C. As Assignee Of Key Plastics LLC) (Docket No. 11400)*
>
> *Notice Of Presentment Of Joint Stipulation And Agreed Order Between Debtors' And SPCP Group, L.L.C. As Assignee Of Key Plastics Compromising And Allowing Proof Of Claim Number 14134 (Docket No. 11651)*

*Status:*     *A joint stipulation and agreed order will be submitted for consideration by the Court.*

**6) Twentieth Omnibus Claims Objection Matter**

12. **"Claims Objection Hearing Regarding Claims Of Tower Automotive Inc."** – Claims Objection Hearing Regarding Claim Of Tower Automotive Inc. As Objected To On The Debtors' Twentieth Omnibus Claims Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9151)

*Response Filed:*     *Response Of The TAI Unsecured Creditors Liquidating Trust To The Debtors' Twentieth Omnibus Claims Objection  (Docket No. 9559)*

*Supplemental Response Of The TAI Unsecured Creditors Liquidating Trust To Debtors' Twentieth Omnibus Objection (Docket No. 11147)*

16

*Reply Filed:*          *Debtors' Omnibus Reply In Support Of Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9617)*

*Related Filings:*      *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification Identified in Twentieth Omnibus Claims Objection (Docket No. 9692)*

                                   *Notice of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 16573 (Tower Automotive, Inc.) (Docket No. 10421)*

                                   *Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 16573 (Tower Automotive, Inc.) (Docket No. 10530)*

                                   *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 16573 (Tower Automotive, Inc.) (Docket No. 10852)*

                                   *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 16573 (Tower Automotive, Inc.) (Docket No. 10931)*

                                   *Debtors' Amended Statement Of Disputed Issues With Respect To Proof Of Claim Number 16573 (Tower Automotive, Inc.) (Docket No. 10976)*

17

*Notice Of Presentment Of Joint Stipulation And
Agreed Order (I) Compromising And Allowing Proof
Of Claim Number 16573 And (Ii) Disallowing And
Expunging Proof Of Claim Number 15221 (Tower
Automotive, Inc.) (Docket No. 11686)*

Status:            *A joint stipulation and agreed order will be
submitted for consideration by the Court.*

13.    **"Claims Objection Hearing Regarding Claims Of Federal-Mogul
Corporation" –** Claims Objection Hearing Regarding Claim Of Federal-Mogul
Corporation As Objected To On The Debtors' Twentieth Omnibus Objection
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A)
Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C)
Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And
(E) Claims Subject To Modification, Tax Claims Subject To Modification,
Modified Claims Asserting Reclamation, Consensually Modified And Reduced
Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket
No. 9151)

Response Filed:        *Response Of Federal-Mogul Corporation To
Debtors' Twentieth Omnibus Objection To Claims
(Claim No. 1111) (Docket 9453)*

Reply Filed:          *Debtors' Omnibus Reply In Support Of Twentieth
Omnibus Objection Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate
And Amended Claims, (B) Insufficiently Documented
Claims, (C) Claims Not Reflected On Debtors' Books
And Records, (D) Untimely Claim, And (E) Claims
Subject To Modification, Tax Claims Subject To
Modification, Modified Claims Asserting
Reclamation, Consensually Modified And Reduced
Tort Claims, And Lift Stay Procedures Claims
Subject To Modification (Docket No. 9617)*

Related Filings:      *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 Disallowing And Expunging Certain
(A) Duplicate And Amended Claims, (B)
Insufficiently Documented Claims, (C) Claims Not
Reflected On Debtors' Books And Records, (D)
Untimely Claim, And (E) Claims Subject To
Modification, Tax Claims Subject To Modification,
Modified Claims Asserting Reclamation,
Consensually Modified And Reduced Tort Claims,*

18

*And Lift Stay Procedures Claims Subject To*
*Modification Identified in Twentieth Omnibus*
*Claims Objection (Docket No. 9692)*

*Notice Of Presentment Of Joint Stipulation And*
*Agreed Order To Among Other Things, Permit Setoff*
*Of Mutual Pre-Petition Obligations Under § 553 Of*
*The Bankruptcy Code And To Disallow And*
*Expunge Claim Number 1111 (Federal-Mogul*
*Corporation) (Docket No. 11633)*

*Status:*          *A joint stipulation and agreed order will be*
                   *submitted for consideration by the Court.*

**7) Twenty-First Omnibus Claims Objection Matter**

14.    **"Claims Objection Hearing Regarding Claims Of Northern Engraving
       Corporation" –** Claims Objection Hearing Regarding Claim Of Northern
       Engraving Corporation As Objected To On Debtors' Twenty-First Omnibus
       Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain
       (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently
       Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records,
       (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject
       To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535)

            *Response Filed:*       *Response Of Northern Engraving Corporation To*
                                    *Debtors' Twenty-First Omnibus Objections To*
                                    *Claims (Docket No. 10600)*

            *Reply Filed:*          *Debtors' Omnibus Reply In Support Of Twenty-First*
                                    *Omnibus Objection Pursuant To 11 U.S.C. § 502(b)*
                                    *And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate*
                                    *Or Amended Claims, (B) Untimely Equity Claim, (C)*
                                    *Insufficiently Documented Claims, (D) Claims Not*
                                    *Reflected On Debtors' Books And Records, (E)*
                                    *Untimely Claims, And (F) Claims Subject To*
                                    *Modification, Tax Claim Subject To Modification,*
                                    *And Modified Claims Asserting Reclamation*
                                    *(Docket No. 10713)*

            *Related Filings:*      *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.*
                                    *Bankr. P. 3007 To Certain (A) Duplicate Or*
                                    *Amended Claims, (B) Untimely Equity Claim, (C)*
                                    *Insufficiently Documented Claims, (D) Claims Not*
                                    *Reflected On Debtors' Books And Records, (E)*
                                    *Untimely Claims, And (F) Claims Subject To*

19

*Modification, Tax Claim Subject To Modification,*
*And Modified Claims Asserting Reclamation*
*Identified In Twenty-First Omnibus Objection*
*(Docket No. 10728)*

*Notice Of Presentment Of Joint Stipulation And*
*Agreed Final Order Compromising And Allowing*
*Proofs Of Claim Numbers 7571 And 7572 (Northern*
*Engraving Corporation And Longacre Master Fund)*
*(Docket No. 11690)*

*Status:*          *A joint stipulation and agreed order will be*
                   *submitted for consideration by the Court.*

**8)  Twenty-Second Omnibus Claims Objection Matter**

15.   **"Claims Objection Hearing Regarding Claim Of SPCP Group, L.L.C., As**
        **Assignee of Beaver Manufacturing Company" -** Claim Objection Hearing
        Regarding Claim Of SPCP Group, L.L.C., As Assignee of Beaver Manufacturing
        Company As Objected To On The Debtors' Twenty-Second Omnibus Objection
        Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A)
        Duplicate or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented
        Claims, (D) Claims Not Reflected on Debtors' Books and Records, (E) Untimely
        Claims, and (F) Claims Subject To Modification, Tax Claims Subject To
        Modification, Modified Claims Asserting Reclamation, Claims Subject To
        Modification That Are Subject To Prior Orders, And Modified Claims Asserting
        Reclamation That Are Subject To Prior Orders (Docket No. 10738)

              *Response Filed:*        *Response To Motion Response And Objection Of*
                                       *SPCP Group, L.L.C. To Debtors' Twenty-Second*
                                       *Omnibus Objection Pursuant To 11 U.S.C. § 502(b)*
                                       *And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate*
                                       *Or Amended Claims, (B) Equity Claims, (C)*
                                       *Insufficiently Documented Claims, (D) Claims Not*
                                       *Reflected On Debtors' Books And Records, (E)*
                                       *Untimely Claims, And (F) Claims Subject To*
                                       *Modification, Tax Claims Subject To Modification,*
                                       *Modified Claims Asserting Reclamation, Claims*
                                       *Subject To Modification That Are Subject To Prior*
                                       *Orders, And Modified Claims Asserting Reclamation*
                                       *That Are Subject To Prior Orders (Docket No.*
                                       *11071)*

              *Reply Filed:*           *Debtors' Omnibus Reply In Support Of*
                                       *Twenty-Second Omnibus Objection Pursuant To 11*
                                       *U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To*

20

*Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 11143)*

Related Filings:    *Notice Of Claims Objection Hearing With Respect To Proof Of Claim No. 14133 (SPCP Group, L.L.C. As Assignee Of Beaver Manufacturing Company) (Docket No. 11305)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Between Debtors' And SPCP Group, L.L.C., As Assignee Of Beaver Manufacturing Company Compromising And Disallowing Proof Of Claim Number 14133 (Docket No. 11652)*

Status:    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

## D.    Contested Omnibus Claims Objection Matter

16.    **"Claims Objection Hearing Regarding Claim Of Nu-Tech Plastics Engineering, Inc."** – Claims Objection Hearing Regarding Claim Of Nu-Tech Plastics Engineering, Inc. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

Responses Filed:    *Response Of NuTech Plastics Engineering, Inc. To Debtors' Third Omnibus Objection To Claims And To Debtors' Claim Objection And Estimation Procedures Motion (Docket No. 5811)*

*Claimants Supplemental Response Claim No. 1279 (Nu-Tech Plastics Engineering, Inc.) (Docket No. 8299)*

21

*Supplemental Response Claim No. 1279 (Nu-Tech Plastics Engineering, Inc.) (Docket No. 8688)*

Reply Filed:    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

*Debtors' Supplemental Reply With Respect To Proof Of Claim No. 1279 (Nu-Tech Plastics Engineering, Inc.) (Docket No. 10777)*

*Stipulation And Agreed Protective Order Governing Production And Use Of Confidential And Highly Confidential Information In Connection With Proof Of Claim No. 1279 (Nu-Tech Plastics Engineering, Inc.) (Docket No. 11648)*

*Debtors' Amended Supplemental Reply With Respect To Proof Of Claim No. 1279 (Nu-Tech Plastics Engineering, Inc.) (Docket No. 11756)*

*Claimant Nu-Tech Plastics Engineering, Inc.'s Amended Supplemental Response (Claim No. 1279) (Docket No. 11757)*

Related Filings:    *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 1279 (Nu Tech Plastics Engineering, Inc.) (Docket No. 7455)*

22

*Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim No. 1279 (Nu-Tech Plastics Engineering, Inc.) (Docket No. 7574)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 1279 (Nu-Tech Plastics Engineering, Inc.) (Docket No. 7846)*

*Debtors' Amended Statement Of Disputed Issues With Respect To Proof Of Claim No. 1279 (Nu-Tech Plastics Engineering, Inc.) (Docket No. 8177)*

*Declaration of Gary Leeman on behalf of Nutech Plastics Engineering, Inc. (Docket No. 8302)*

*Second Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 1279 (Nu-Tech Plastics Engineering, Inc.) (Docket No. 8418)*

*Third Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 1279 (Nu-Tech Plastics Engineering, Inc.) (Docket No. 9163)*

*Fourth Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 1279 (Nu-Tech Plastics Engineering, Inc.) (Docket No. 11046)*

*Affidavit Of Trenia Patrick On Behalf Of Nutech Plastics Engineering, Inc. (Docket No. 11758)*

*Declaration of John G. Cooper on behalf of Nutech Plastics Engineering, Inc. (Docket No. 11759)*

*Amended Declaration of Gary Leeman on behalf of Nutech Plastics Engineering, Inc. (Docket No. 11760)*

Status:        *The hearing with respect to this matter will be proceeding.*

Dated:  New York, New York
              January 9, 2008

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By: /s/  John Wm. Butler, Jr.
        John Wm. Butler, Jr. (JB 4711)
        John K. Lyons (JL 4951)
        Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

             - and -

By:  /s/ Kayalyn A. Martafioti
        Kayalyn A. Marafioti (KM 9632)
        Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

 Attorneys for Delphi Corporation, et al.,
 *Debtors and Debtors-in-Possession*