**Hearing Date: January 10, 2008**
**Hearing Time: 2:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036u
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## EXIT FINANCING PARTICIPATION MOTION
## NON-OMNIBUS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New
York, Alexander Hamilton Custom House, Room 610, 6th Floor, One
Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.      Introduction

    B.      Contested Matters (1 Matter)

**B.    Contested Matters**

    1.    **"Exit Financing Participation Motion"** – Expedited Motion To Permit Opportunity For Statutory Committee Members To Participate In Exit Financing Syndication (Docket No. 11691)

        *Responses Filed:*    *The Debtors have been advised that the United States Trustee will be filing a response.*

        *Related Filings:*    *Expedited Motion Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002, 6004, 9006, And 9007 For Order Authorizing Debtors' Entry Into Exit Facility Engagement And Fee Letters And Performance Thereunder (Docket No. 10854)*

        *Ex Parte Application Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 For Order Authorizing Debtors To File Engagement And Fee Letters Related To Exit Financing In Redacted Form And/Or Under Seal (Docket No. 10862)*

        *Order Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 Authorizing Debtors To File Engagement And Fee Letters Related To Exit Financing In Redacted Form And/Or Under Seal (Docket No. 10863)*

        *Objection Of The Official Committee Of Unsecured Creditors To Debtors' Expedited Motion Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002, 6004, 9006, And 9007 For Order Authorizing Debtors' Entry Into Exit Facility Engagement And Fee Letters And Performance Thereunder (Docket Nos. 10930, 10933)*

        *Debtors' Omnibus Reply In Support Of Debtors' Expedited Motion For Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002, 6004, 9006, And 9007 Authorizing Debtors' Entry Into Exit Facility Engagement And Fee Letters And Performance Thereunder (Docket No. 10950)*

        *Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002, 6004, 9006, And 9007 Authorizing Debtors' Entry Into Exit Facility Engagement And Fee Letters And Performance Thereunder (Docket No. 10960)*

*Order Scheduling Hearing On Debtors' Expedited*
*Motion To Permit Opportunity For Statutory*
*Committee Members To Participate In Exit Financing*
*Syndication (Docket No. 11646)*

*Status:*                    *The hearing with respect to this matter will be*
                             *proceeding.*

Dated:  New York, New York
        January 9, 2008

                    SKADDEN, ARPS, SLATE, MEAGHER
                       & FLOM LLP

                    By: /s/ John Wm. Butler, Jr.
                        John Wm. Butler, Jr. (JB 4711)
                        John K. Lyons (JL 4951)
                        Ron E. Meisler (RM 3026)
                    333 West Wacker Drive, Suite 2100
                    Chicago, Illinois  60606
                    (312) 407-0700

                              - and -

                    By: /s/ Kayalyn A. Marafioti
                        Kayalyn A. Marafioti (KM 9632)
                        Thomas J. Matz (TM 5986)
                    Four Times Square
                    New York, New York 10036
                    (212) 735-3000

                    Attorneys for Delphi Corporation, et al.,
                        Debtors and Debtors-in-Possession

3