UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  |  | Chapter 11 |
| In re | : |  |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| Debtor | : | Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Paul H. Spaeth, a member in good standing of the bar of the State of Ohio, and of the bar of the United States District Court for the Southern District of Ohio, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent F&G Multi-Slide Inc. and F&G Tool & Die Co. Inc. in the above referenced case.

My mailing address, e-mail address and telephone and fax numbers are as follows:

Paul H. Spaeth
130 W. Second Street, Ste. 450
Dayton, Ohio 45402
spaethlaw@phslaw.com
(937) 223-1655
Fax: (937) 223-1656

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: January 9, 2008           /s/Paul H. Spaeth
       Dayton, Ohio              Paul H. Spaeth
                                 Ohio Supreme Court Registration No. 0010524

CERTIFICATE OF SERVICE

      Undersigned counsel hereby certifies that a true and accurate copy of the foregoing Motion for Admission to Practice, *Pro Hac Vice* was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 9th day of January, 2008 upon the following:

    Honorable Robert D. Drain
    United States Bankruptcy Judge
    United States Bankruptcy Court
      for the Southern District of New York
    One Bowling Green, Room 610
    New York, New York 10004

    Delphi Automotive Systems LLC
    Attn: Legal Staff
    5725 Delphi Drive
    Troy, Michigan 48098

    Delphi Corporation
    Attn: General Counsel
    5725 Delphi Drive
    Troy, Michigan 48098

    John William Butler, Jr., Esq.
    John K. Lyons, Esq.
    Skadden Arps Slate Meagher & Flom LLP
    333 West Wacker Drive, Ste. 2100
    Chicago, Illinois 60606

    Donald Berstein, Esq.
    Brian Resnick, Esq.
    Davis, Polk & Wardwell
    450 Lexington Ave.
    New York, New York 10017

    Robert J. Rosenberg, Esq.
    Mark A. Broude, Esq.
    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022

    Bonnie Steingart, Esq.
    Fried, Frank, Harris, Shriver & Jacobson LLP

One New York Plaza
New York, New York 10004

Office of the United States Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004

                /s/Paul H. Spaeth
                Paul H. Spaeth