UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____                Chapter 11

In re                                          :

DELPHI CORPORATION, et al.                     :        Case No. 05-44481 (RDD)

       Debtor                                  :        Jointly Administered

_____


### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the Motion of Paul H. Spaeth for admission to practice, *pro hac vice* in this bankruptcy case; it is hereby

    **ORDERED** that Paul H. Spaeth is admitted to practice, *pro hac vice* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
    New York, New York

                                           _____
                                           UNITED STATES BANKRUPTCY JUDGE