UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| Debtor | : | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Paul H. Spaeth, Paul H. Spaeth Co. LPA, as attorney for F&G Multi-Slide Inc. and F&G Tool & Die Co. Inc., creditors of the Debtors in the above-captioned case, hereby appears in the above-captioned case pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and hereby requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the e-mail address indicated:

Paul H. Spaeth (Ohio Reg. No. #0010524)
Paul H. Spaeth, Co. LPA
130 W. Second Street, Suite 450
Dayton, Ohio 45402
Telephone: (937) 223-1655
Facsimile:  (937) 223-1656
e-mail: spaethlaw@phslaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy

Code, the foregoing request include not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Dated: Dayton, Ohio
      January 9, 2008

                                  Respectfully submitted,

                                  /s/Paul H. Spaeth
                                  Paul H. Spaeth (Reg. No. 0010524)
                                  130 West Second Street, Ste. 450
                                  Dayton, Ohio 45402
                                  (937) 223-1655
                                  Fax: (937) 223-1656
                                  spaethlaw@phslaw.com

**Served upon:**

Kathleen Farrell
Clerk of the Court
United States Bankruptcy Court
One Bowling Green, Sixth Floor
New York, NY 10004-1408

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slater, Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slater, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Thomas J. Matz, Esq.
Skadden, Arps, Slater, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slater, Meagher & Flom LLP
333 West Wacker Drive


Donald Bernstein, Esq.
Brian Resnick

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Thomas E. Lauria, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131

Glenn M. Kurtz, Esq.
Gregory Pryor, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 110036

John M. Reiss, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 110036

                                                /s/Paul H. Spaeth
                                                Paul H. Spaeth