UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
|  | Chapter 11 |
| In re : |  |
| DELPHI CORPORATION, et al. : | Case No. 05-44481 (RDD) |
| Debtor : | Jointly Administered |

OBJECTION OF CREDITOR F&G TOOL & DIE CO. INC. TO MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§105 (a) AND 502( c ) ESTIMATING OR PROVISIONALLY ALLOWING CLAIM SOLELY FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING TO EXTENT RELATING TO PROPOSED DISCOUNT RIGHTS OFFERING PARTICIPATION AMOUNT

Now comes Creditor F&G Tool and Die Co. Inc. . (""F&G Tool") and hereby objects to the Motion for Order Pursuant to 11 U.S.C. §§105(a) and 502( c ) Estimating or Provisionally Allowing Claim Solely for Purposes of Administration of Discount Rights Offering filed by Debtors on December 28, 2007. Specifically, F&G Tool objects to the proposed discount rights offering participation amount proposed with respect to its claim to the extent that it may be $0.00. F&G Tool does not object to the proposed estimation procedure itself as set forth in Debtors' Motion.

In support of its Objection, F&G states the following:

1. F&G Tool was listed as an unsecured creditor in Schedule F in Case No. 05-44640 (Delphi Automotive Systems LLC) in the amount of $144,434.01.

2. On information and belief, it does not appear that Debtors have proposed a Discount Rights Offering Participation Amount with respect to F&G Tool. Since F&G Tool is not included in Exhibit 1 to the above referenced Motion and, upon information and belief, it has not received a Notice proposing a specific discount rights offering participation amount, F&G Tool assumes that the proposed amount is $0.00. If this is the case, F&G Tool objects to such discount

rights participation amount, and asserts that the correct amount is $145,739.73 as set forth in the documentation attached hereto and incorporated herein as Exhibit A.

    3.   F&G Tool does not object to the proposed estimation procedure itself, but rather, objects to the proposed discount rights participation amount as described above.

Accordingly, F&G Tool respectfully requests that the Court sustain this Objection with respect to the proposed discount rights participation amount relating to F&G Tool and order that the proposed discount rights participation amount be set at $145,739.73  for F&G Tool.

                                               Respectfully submitted,

                                               /s/Paul H. Spaeth
                                               Paul H. Spaeth (Ohio Regist. No. 0010524)
                                               (Motion for Admission to Practice Pro Hac
                                                Vice Pending)
                                               130 West Second St., Ste. 450
                                               Dayton, Ohio 45402
                                               (937) 223-1655
                                               Fax: (937) 223-1656
                                               spaethlaw@phslaw.com

## CERTIFICATE OF SERVICE

    Undersigned counsel hereby certifies that a true and accurate copy of the foregoing Objection of Creditor F&G Tool & Die Co. Inc.  to Motion for Order Pursuant to 11 U.S.C. §§105(a) and 502 ( c ) Estimating or Provisionally Allowing Claim Solely for Purposes of Administration of Discount Rights Offering to Extent Relating to Proposed Discount Rights Offering Participation Amount was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 9th day of January, 2008 upon the following:

    Honorable Robert D. Drain
    United States Bankruptcy Judge
    United States Bankruptcy Court
      for the Southern District of New York
    One Bowling Green, Room 610
    New York, New York 10004

    Delphi Automotive Systems LLC
    Attn: Legal Staff
    5725 Delphi Drive
    Troy, Michigan 48098

    Delphi Corporation
    Attn: General Counsel

5725 Delphi Drive
Troy, Michigan 48098

John William Butler, Jr., Esq.
John K. Lyons, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Ste. 2100
Chicago, Illinois 60606

Donald Berstein, Esq.
Brian Resnick, Esq.
Davis, Polk & Wardwell
450 Lexington Ave.
New York, New York 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Office of the United States Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004

                                                /s/Paul H. Spaeth
                                                Paul H. Spaeth