UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| _____ | | Chapter 11 |
| In re | : | |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| Debtor | : | Jointly Administered |
| _____ | | |

### OBJECTION OF CREDITOR F&G MULTI-SLIDE INC. TO NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS TO BE ASSUMED AND ASSIGNED

Now comes Creditor F&G Multi-Slide Inc. (""F&G") and hereby objects to the cure amount of $0.00 listed in the Notice of Cure Amount With Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization dated December 10, 2007 for the following reasons:

1. Debtors' Notice of Cure relating to executory contracts to be assumed with respect to F&G as referenced above lists a cure amount of $0.00 in Exhibit 1 attached to the Notice.

2. The actual total of amounts owed to F&G as set forth in an Amended Proof of Claim filed on or about December 5, 2007, attached hereto and incorporated herein as Exhibit "A" is $250,422.69. This is the appropriate cure amount with respect to the assumption of executory contracts between Debtors and F&G.

3. Accordingly, F&G objects to the proposed cure amount of $0.00 and respectfully requests that the Court order that the correct cure amount is $250,422.69.

Respectfully submitted,

/s/Paul H. Spaeth
Paul H. Spaeth (Ohio Regist. No. 0010524)
(Motion for Admission to Practice Pro Hac Vice Pending)
130 West Second St., Ste. 450
Dayton, Ohio 45402
(937) 223-1655
Fax: (937) 223-1656
spaethlaw@phslaw.com

CERTIFICATE OF SERVICE

     Undersigned counsel hereby certifies that a true and accurate copy of the foregoing Objection of Creditor F&G Multi-Slide Inc. Notice of Cure Amount With Respect to Executory Contracts to be Assumed and Assigned was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 9th day of January, 2008 upon the following:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Delphi Automotive Systems LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, Michigan 48098

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

John William Butler, Jr., Esq.
John K. Lyons, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Ste. 2100
Chicago, Illinois 60606

Donald Berstein, Esq.
Brian Resnick, Esq.
Davis, Polk & Wardwell
450 Lexington Ave.
New York, New York 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Office of the United States Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004

                                        /s/Paul H. Spaeth
                                        Paul H. Spaeth