B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC | Case Number: 05-44640 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**F&G MULTI-SLIDE INC.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
F&G MULTI-SLIDE INC.
130 Industrial Drive
Franklin, Ohio 45005
Telephone number: (937) 946-3658

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: CD-101, CD-102, CD-107

Check here ☐ replaces  ✓ amends a previously filed claim, dated: 02/22/2006

**1. Basis for Claim**
✓ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Other _____
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: ___
Unpaid compensation for services performed
From _____ to _____
(date)   (date)

**2. Date debt was incurred:** 08/29/2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 250,422.69
✓ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate     ☐ Other _____
☐ Motor Vehicle
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)( ).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 250,422.69
(unsecured)  (secured)  (priority)  (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 1/20/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
/s/Ed Scharrer, Controller, F&G Multi-Slide, Inc.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (04/07)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## ----- DEFINITIONS -----

*Debtor*

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

*Secured Claim*

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

1. **Basis for Claim:**
   Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

2. **Date Debt Incurred:**
   Fill in the date when the debt first was owed by the debtor.

3. **Court Judgments:**
   If you have a court judgment for this debt, state the date the court entered the judgment.

4. **Classification of Claim:**
   **Secured Claim:**
   Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

   **Unsecured Priority Claim:**
   Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

   **Unsecured Nonpriority Claim:**
   Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim." (See DEFINITIONS, above.) If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount not entitled to priority.

5. **Total Amount of Claim at Time Case Filed:**
   Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

6. **Credits:**
   By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

7. **Supporting Documents:**
   You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

## EXHIBIT TO AMENDED PROOF OF CLAIM OF F&G MULTI-SLIDE INC

Debtor Delphi Automotive Systems LLC originally listed Claimant F&G Multi-Slide Inc. ("Claimant") in Schedule F (attached hereto) in Case No. 05-44640, with a claim amount of $247,155.24.

On or about February 22, 2006, Claimant filed a Proof of Claim in the case of Delphi Corporation (Case No. 05-44471, Jointly Administered) in the amount of $50,000.00. The Debtor in Delphi Corporation objected to such claim (Claim 2098) as listed in Exhibit "D" to the Eleventh Omnibus Objection to Proofs of Claim filed in such case. The nature of the objection was that claim was filed in the wrong case (Delphi Corporation rather than Delphi Automotive Systems LLC). Pursuant to the Order Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books and Records, © Untimely Claims and (D) Claims Subject to Modification Identified in Eleventh Omnibus Claims Objection, the claim was allowed in the amount of $50,000.00 as a modified claim.

Claimant hereby amends the Proof of Claim (No. 2098) to the correct amount of $250,422.69, documented in the attached AR Aging Report, consisting of the sums of $9,913.77, $73,920.90 and $166,588.02.

*[handwritten annotations: "LLC", "→ Delphi Automotive", "Claim now allowed for $506"]*

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1609250 - 10398015<br>F & G MULTI SLIDE INC<br>PO BOX 39<br>FRANKLIN   OH   450050039 | ACCOUNTS PAYABLE | | $247,155.24 |
| 1609251 - 10398016<br>F & G TOOL & DIE CO INC<br>PO BOX 321<br>WEST CARROLLTON   OH   45449 | ACCOUNTS PAYABLE | | $144,434.01 |
| 1609252 - 10398018<br>F & S CARTON CO<br>5265 KELLOGG WOODS DR<br>GRAND RAPIDS   MI   49548 | ACCOUNTS PAYABLE | | $939.50 |
| 1609256 - 10404196<br>F B WRIGHT CO<br>PO BOX 46507<br>CINCINNATI   OH   45240 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |
| 1609257 - 10398019<br>F B WRIGHT CO<br>PO BOX 770<br>DEARBORN   MI   48121 | ACCOUNTS PAYABLE | | $245.28 |
| 1609268 - 10398020<br>FA TECH CORP<br>9065 SUTTON PL<br>HAMILTON   OH   450119316 | ACCOUNTS PAYABLE | | $37,028.88 |
| 1609289 - 10404197<br>FACILE HOLDINGS INC<br>PO BOX 18177<br>NEWARK   NJ   07191 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |
| 1609292 - 10398021<br>FACTORIA<br>6001 GATEWAY WEST F-14 #525<br>EL PASO   TX   79925 | ACCOUNTS PAYABLE | | $613.00 |
| 1609293 - 10398022<br>FACTORY AUTHORIZED SERVICE INC<br>PO BOX 641421<br>CINCINNATI   OH   452641421 | ACCOUNTS PAYABLE | | $11,268.00 |
| 1609294 - 10398023<br>FACTORY INTELLIGENCE NETWORK LLC<br>423 COMMERCE LANE STE 6<br>WEST BERLIN   NJ   08091 | ACCOUNTS PAYABLE | | $5,275.00 |
| 1609299 - 10398024<br>FAG BEARING LTD<br>Attn FRANK MARK<br>801 ONTARIO ST<br>STRATFORD   ON   N5A 6T2<br>CANADA | ACCOUNTS PAYABLE | | $861,858.55 |
| 1609300 - 10398025<br>FAG BEARINGS LIMITED<br>C/O HARRIS BANK<br>PO BOX 95578<br>CHICAGO   IL   606945578 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $120,291.84 |

# AR Aging - Detail

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Customer | Document | Document_Date | Due_Date | Total |
| 2 | CD-107 | | | | |
| 3 | DELPHI SAGINAW STEERING SYS | 54321 | 30-Aug-05 | 29-Sep-05 | $793.10 |
| 4 | SYSTEMS | 54440 | 12-Sep-05 | 12-Oct-05 | $2,736.20 |
| 5 | 3900 E. Holland Rd. | 54525 | 19-Sep-05 | 19-Oct-05 | $1,150.00 |
| 6 | Saginaw, MI 48601 | 54590 | 26-Sep-05 | 26-Oct-05 | $198.28 |
| 7 | | 54681 | 03-Oct-05 | 02-Nov-05 | $5,036.19 |
| 8 | | | | | $9,913.77 |

YAHOO! MAIL Classic

Print - Close Window



# AR Aging - Detail

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Customer | Document | Document_Date | Due_Date | Total |
| 2 | CD-101 | | | | |
| 3 | DELPHI DELCO ELECTRONICS | 54310 | 29-Aug-05 | 28-Sep-05 | $2,710.61 |
| 4 | SYSTEMS | 54311 | 29-Aug-05 | 28-Sep-05 | $5,082.39 |
| 5 | One Corporate Center | 54411 | 08-Sep-05 | 08-Oct-05 | $141.48 |
| 6 | Kokomo, IN 46902 | 54524 | 19-Sep-05 | 19-Oct-05 | $3,049.44 |
| 7 | | 54527 | 20-Sep-05 | 20-Oct-05 | $84.71 |
| 8 | | 54533 | 20-Sep-05 | 20-Oct-05 | $4,320.03 |
| 9 | | 54534 | 20-Sep-05 | 20-Oct-05 | $8,470.66 |
| 10 | | 54543 | 21-Sep-05 | 21-Oct-05 | $30,494.36 |
| 11 | | 54564 | 22-Sep-05 | 22-Oct-05 | $7,623.59 |
| 12 | | 54575 | 23-Sep-05 | 23-Oct-05 | $3,811.80 |
| 13 | | 54591 | 26-Sep-05 | 26-Oct-05 | $3,811.80 |
| 14 | | 54612 | 27-Sep-05 | 27-Oct-05 | $4,320.03 |
| 15 | | | | | $73,920.90 |




# AR Aging - Detail

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Customer | Document | Document_Date | Due_Date | Total |
| 2 | CD-102 | | | | |
| 3 | DELPHI CHASSIS | 54172 | 17-Aug-05 | 16-Sep-05 | $550.00 |
| 4 | 5820 Delphi Dr. | 54333 | 30-Aug-05 | 29-Sep-05 | $25,000.00 |
| 5 | Troy, MI 48098 | 54334 | 30-Aug-05 | 29-Sep-05 | $25,000.00 |
| 6 | | 54350 | 01-Sep-05 | 01-Oct-05 | $167.93 |
| 7 | | 54351 | 01-Sep-05 | 01-Oct-05 | $167.93 |
| 8 | | 54352 | 01-Sep-05 | 01-Oct-05 | $189.84 |
| 9 | | 54353 | 01-Sep-05 | 01-Oct-05 | $189.84 |
| 10 | | 54359 | 02-Sep-05 | 02-Oct-05 | $167.93 |
| 11 | | 54360 | 02-Sep-05 | 02-Oct-05 | $167.93 |
| 12 | | 54361 | 02-Sep-05 | 02-Oct-05 | $94.92 |
| 13 | | 54362 | 02-Sep-05 | 02-Oct-05 | $94.92 |
| 14 | | 54363 | 02-Sep-05 | 02-Oct-05 | $6,504.84 |
| 15 | | 54364 | 02-Sep-05 | 02-Oct-05 | $6,504.84 |
| 16 | | 54365 | 02-Sep-05 | 02-Oct-05 | $842.69 |
| 17 | | 54366 | 02-Sep-05 | 02-Oct-05 | $421.34 |
| 18 | | 54378 | 06-Sep-05 | 06-Oct-05 | $251.89 |
| 19 | | 54379 | 06-Sep-05 | 06-Oct-05 | $189.84 |
| 20 | | 54380 | 06-Sep-05 | 06-Oct-05 | $189.84 |
| 21 | | 54381 | 06-Sep-05 | 06-Oct-05 | $1,044.75 |
| 22 | | 54387 | 07-Sep-05 | 07-Oct-05 | $167.93 |
| 23 | | 54388 | 07-Sep-05 | 07-Oct-05 | $167.93 |
| 24 | | 54389 | 07-Sep-05 | 07-Oct-05 | $94.92 |
| 25 | | 54390 | 07-Sep-05 | 07-Oct-05 | $94.92 |
| 26 | | 54391 | 07-Sep-05 | 07-Oct-05 | $264.00 |
| 27 | | 54392 | 07-Sep-05 | 07-Oct-05 | $2,339.71 |
| 28 | | 54393 | 07-Sep-05 | 07-Oct-05 | $1,949.76 |
| 29 | | 54404 | 08-Sep-05 | 08-Oct-05 | $167.93 |
| 30 | | 54405 | 08-Sep-05 | 08-Oct-05 | $167.93 |
| 31 | | 54406 | 08-Sep-05 | 08-Oct-05 | $189.84 |
| 32 | | 54407 | 08-Sep-05 | 08-Oct-05 | $189.84 |
| 33 | | 54408 | 08-Sep-05 | 08-Oct-05 | $522.37 |
| 34 | | 54427 | 09-Sep-05 | 09-Oct-05 | $251.89 |
| 35 | | 54428 | 09-Sep-05 | 09-Oct-05 | $94.92 |
| 36 | | 54429 | 09-Sep-05 | 09-Oct-05 | $94.92 |
| 37 | | 54430 | 09-Sep-05 | 09-Oct-05 | $360.00 |
| 38 | | 54445 | 12-Sep-05 | 12-Oct-05 | $167.93 |

|     |     | Document | Document_Date | Due_Date | Total |
| --- | --- | --- | --- | --- | --- |
| 39  |     | 54446 | 12-Sep-05 | 12-Oct-05 | $189.84 |
| 40  |     | 54447 | 12-Sep-05 | 12-Oct-05 | $189.84 |
| 41  |     | 54448 | 12-Sep-05 | 12-Oct-05 | $6,504.84 |
| 42  |     | 54449 | 12-Sep-05 | 12-Oct-05 | $6,504.84 |
| 43  |     | 54450 | 12-Sep-05 | 12-Oct-05 | $360.00 |
| 44  |     | 54456 | 13-Sep-05 | 13-Oct-05 | $251.89 |
| 45  |     | 54457 | 13-Sep-05 | 13-Oct-05 | $167.93 |
| 46  |     | 54458 | 13-Sep-05 | 13-Oct-05 | $94.92 |
| 47  |     | 54459 | 13-Sep-05 | 13-Oct-05 | $94.92 |
| 48  |     | 54464 | 14-Sep-05 | 14-Oct-05 | $1,452.00 |
| 49  |     | 54465 | 14-Sep-05 | 14-Oct-05 | $167.93 |
| 50  |     | 54466 | 14-Sep-05 | 14-Oct-05 | $1,169.86 |
| 51  |     | 54467 | 14-Sep-05 | 14-Oct-05 | $842.69 |
| 52  |     | 54468 | 14-Sep-05 | 14-Oct-05 | $842.69 |
| 53  |     | 54480 | 15-Sep-05 | 15-Oct-05 | $167.93 |
| 54  |     | 54481 | 15-Sep-05 | 15-Oct-05 | $167.93 |
| 55  |     | 54482 | 15-Sep-05 | 15-Oct-05 | $1,044.75 |
| 56  |     | Document | Document_Date | Due_Date | Total |
| 57  |     | 54490 | 16-Sep-05 | 16-Oct-05 | $167.93 |
| 58  |     | 54491 | 16-Sep-05 | 16-Oct-05 | $167.93 |
| 59  |     | 54492 | 16-Sep-05 | 16-Oct-05 | $94.92 |
| 60  |     | 54493 | 16-Sep-05 | 16-Oct-05 | $94.92 |
| 61  |     | 54494 | 16-Sep-05 | 16-Oct-05 | $720.00 |
| 62  |     | 54495 | 16-Sep-05 | 16-Oct-05 | $842.69 |
| 63  |     | 54512 | 19-Sep-05 | 19-Oct-05 | $167.93 |
| 64  |     | 54513 | 19-Sep-05 | 19-Oct-05 | $167.93 |
| 65  |     | 54514 | 19-Sep-05 | 19-Oct-05 | $94.92 |
| 66  |     | 54515 | 19-Sep-05 | 19-Oct-05 | $189.84 |
| 67  |     | 54516 | 19-Sep-05 | 19-Oct-05 | $1,044.75 |
| 68  |     | 54520 | 19-Sep-05 | 19-Oct-05 | $1,949.76 |
| 69  |     | 54521 | 19-Sep-05 | 19-Oct-05 | $6,504.84 |
| 70  |     | 54522 | 19-Sep-05 | 19-Oct-05 | $360.00 |
| 71  |     | 54523 | 19-Sep-05 | 19-Oct-05 | $842.69 |
| 72  |     | 54528 | 20-Sep-05 | 20-Oct-05 | $264.00 |
| 73  |     | 54529 | 20-Sep-05 | 20-Oct-05 | $1,044.75 |
| 74  |     | 54538 | 21-Sep-05 | 21-Oct-05 | $1,188.00 |
| 75  |     | 54539 | 21-Sep-05 | 21-Oct-05 | $522.37 |
| 76  |     | 54542 | 21-Sep-05 | 21-Oct-05 | $2,339.71 |
| 77  |     | 54554 | 22-Sep-05 | 22-Oct-05 | $1,567.12 |
| 78  |     | 54555 | 22-Sep-05 | 22-Oct-05 | $167.93 |
| 79  |     | 54556 | 22-Sep-05 | 22-Oct-05 | $167.93 |
| 80  |     | 54557 | 22-Sep-05 | 22-Oct-05 | $94.92 |
| 81  |     | 54565 | 23-Sep-05 | 23-Oct-05 | $167.93 |
| 82  |     | 54566 | 23-Sep-05 | 23-Oct-05 | $251.89 |
| 83  |     | 54567 | 23-Sep-05 | 23-Oct-05 | $189.84 |

| | | Document | Document_Date | Due_Date | Total |
|---|---|---|---|---|---|
| 84 | | 54568 | 23-Sep-05 | 23-Oct-05 | $189.84 |
| 85 | | 54569 | 23-Sep-05 | 23-Oct-05 | $360.00 |
| 86 | | 54570 | 23-Sep-05 | 23-Oct-05 | $421.34 |
| 87 | | 54583 | 26-Sep-05 | 26-Oct-05 | $167.93 |
| 88 | | 54584 | 26-Sep-05 | 26-Oct-05 | $167.93 |
| 89 | | 54585 | 26-Sep-05 | 26-Oct-05 | $94.92 |
| 90 | | 54586 | 26-Sep-05 | 26-Oct-05 | $94.92 |
| 91 | | 54587 | 26-Sep-05 | 26-Oct-05 | $6,504.84 |
| 92 | | 54588 | 26-Sep-05 | 26-Oct-05 | $4,336.56 |
| 93 | | 54589 | 26-Sep-05 | 26-Oct-05 | $421.34 |
| 94 | | 54600 | 27-Sep-05 | 27-Oct-05 | $167.93 |
| 95 | | 54601 | 27-Sep-05 | 27-Oct-05 | $167.93 |
| 96 | | 54602 | 27-Sep-05 | 27-Oct-05 | $189.84 |
| 97 | | 54603 | 27-Sep-05 | 27-Oct-05 | $189.84 |
| 98 | | 54604 | 27-Sep-05 | 27-Oct-05 | $132.00 |
| 99 | | 54606 | 27-Sep-05 | 27-Oct-05 | $360.00 |
| 100 | | 54617 | 28-Sep-05 | 28-Oct-05 | $1,169.86 |
| 101 | | 54618 | 28-Sep-05 | 28-Oct-05 | $167.93 |
| 102 | | 54619 | 28-Sep-05 | 28-Oct-05 | $167.93 |
| 103 | | 54620 | 28-Sep-05 | 28-Oct-05 | $94.92 |
| 104 | | 54621 | 28-Sep-05 | 28-Oct-05 | $94.92 |
| 105 | | 54622 | 28-Sep-05 | 28-Oct-05 | $1,452.00 |
| 106 | | 54625 | 28-Sep-05 | 28-Oct-05 | $3,249.60 |
| 107 | | 54635 | 29-Sep-05 | 29-Oct-05 | $1,044.75 |
| 108 | | 54636 | 29-Sep-05 | 29-Oct-05 | $251.89 |
| 109 | | 54637 | 29-Sep-05 | 29-Oct-05 | $167.93 |
| 110 | | 54638 | 29-Sep-05 | 29-Oct-05 | $189.84 |
| 111 | | Document | Document_Date | Due_Date | Total |
| 112 | | 54639 | 29-Sep-05 | 29-Oct-05 | $189.84 |
| 113 | | 54656 | 30-Sep-05 | 30-Oct-05 | $167.93 |
| 114 | | 54657 | 30-Sep-05 | 30-Oct-05 | $167.93 |
| 115 | | 54658 | 30-Sep-05 | 30-Oct-05 | $189.84 |
| 116 | | 54659 | 30-Sep-05 | 30-Oct-05 | $189.84 |
| 117 | | 54660 | 30-Sep-05 | 30-Oct-05 | $842.69 |
| 118 | | 54661 | 30-Sep-05 | 30-Oct-05 | $720.00 |
| 119 | | 54672 | 03-Oct-05 | 02-Nov-05 | $1,044.75 |
| 120 | | 54673 | 03-Oct-05 | 02-Nov-05 | $83.96 |
| 121 | | 54674 | 03-Oct-05 | 02-Nov-05 | $167.93 |
| 122 | | 54675 | 03-Oct-05 | 02-Nov-05 | $94.92 |
| 123 | | 54676 | 03-Oct-05 | 02-Nov-05 | $94.92 |
| 124 | | 54677 | 03-Oct-05 | 02-Nov-05 | $6,504.84 |
| 125 | | 54678 | 03-Oct-05 | 02-Nov-05 | $6,504.84 |
| 126 | | 54679 | 03-Oct-05 | 02-Nov-05 | $360.00 |
| 127 | | 54680 | 03-Oct-05 | 02-Nov-05 | $842.69 |
| 128 | | 54691 | 04-Oct-05 | 03-Nov-05 | $4,336.56 |

| | | | | |
|---|---|---|---|---|
| 129 | 54697 | 05-Oct-05 | 04-Nov-05 | $924.00 |
| 130 | 54698 | 05-Oct-05 | 04-Nov-05 | $189.84 |
| 131 | 54699 | 05-Oct-05 | 04-Nov-05 | $189.84 |
| 132 | 54702 | 05-Oct-05 | 04-Nov-05 | $1,044.75 |
| 133 | 54715 | 06-Oct-05 | 05-Nov-05 | $189.84 |
| 134 | 54716 | 06-Oct-05 | 05-Nov-05 | $189.84 |
| 135 | 54872 | 20-Oct-05 | 19-Nov-05 | $94.92 |
| 136 | 54873 | 20-Oct-05 | 19-Nov-05 | $94.92 |
| 137 | 54894 | 21-Oct-05 | 20-Nov-05 | $189.84 |
| 138 | 54907 | 24-Oct-05 | 23-Nov-05 | $167.93 |
| 139 | 54908 | 24-Oct-05 | 23-Nov-05 | $94.92 |
| 140 | 54909 | 24-Oct-05 | 23-Nov-05 | $94.92 |
| 141 | 54910 | 24-Oct-05 | 23-Nov-05 | $1,980.00 |
| 142 | | | | $166,588.02 |