UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  |  | Chapter 11 |
| In re | : |  |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| Debtor | : | Jointly Administered |

### OBJECTION OF CREDITOR F&G TOOL & DIE CO. INC.  TO NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS TO BE ASSUMED AND ASSIGNED

Now comes Creditor F&G Tool & Die Co. Inc. (""F&G Tool") and hereby objects to the cure amount of $65,043.87 (and $0.00 on certain other contracts) listed in the Notice of Cure Amount With Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization dated December 10, 2007 for the following reasons:

1. Debtors' Notice of Cure relating to executory contracts to be assumed with respect to F&G Tool as referenced above lists a cure amount of $65,043.87 for Contract No. D055004181 and a cure amount of $0.00 with respect to Contract No's D0550055872 and D0550080025 in Exhibit 1 attached to the Notice.

2. The actual total of amounts owed to F&G Tool as set forth in Exhibit "A", attached hereto and incorporated herein,  is $145,739.73. This is the appropriate cure amount with respect to the assumption of executory contracts between Debtors and F&G Tool.

3. Accordingly, F&G Tool objects to the proposed cure amounts described above  and respectfully requests that the Court order that the correct cure amount is $145,739.73.

                Respectfully submitted,

                /s/Paul H. Spaeth
                Paul H. Spaeth (Ohio Regist. No. 0010524)
                (Motion for Admission to Practice Pro Hac
                 Vice Pending)
                130 West Second St., Ste. 450
                Dayton, Ohio 45402
                (937) 223-1655
                Fax: (937) 223-1656
                spaethlaw@phslaw.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a true and accurate copy of the foregoing Objection of Creditor F&G Tool & Die Co. Inc. To Notice of Cure Amount With Respect to Executory Contracts to be Assumed and Assigned was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 9th day of January, 2008 upon the following:

    Honorable Robert D. Drain
    United States Bankruptcy Judge
    United States Bankruptcy Court
      for the Southern District of New York
    One Bowling Green, Room 610
    New York, New York 10004

    Delphi Automotive Systems LLC
    Attn: Legal Staff
    5725 Delphi Drive
    Troy, Michigan 48098

    Delphi Corporation
    Attn: General Counsel
    5725 Delphi Drive
    Troy, Michigan 48098

    John William Butler, Jr., Esq.
    John K. Lyons, Esq.
    Skadden Arps Slate Meagher & Flom LLP
    333 West Wacker Drive, Ste. 2100
    Chicago, Illinois 60606

Donald Berstein, Esq.
Brian Resnick, Esq.
Davis, Polk & Wardwell
450 Lexington Ave.
New York, New York 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Office of the United States Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004

    /s/Paul H. Spaeth
    Paul H. Spaeth