| | |
|---|---|
| **From:** | Wharton, Joseph N [Joseph.Wharton@skadden.com] |
| **Sent:** | Friday, January 04, 2008 6:47 PM |
| **To:** | Daniel Zinman; Daniel A. Fliman |
| **Cc:** | Meisler, Ron E (CHI); Lyons, John K (CHI) |
| **Subject:** | Delphi-Ad Hoc Trade Creditors Committee |

Dan,

Attached is the file that Delphi provided to KCC to generate the cure notices on December 21, 2007. This file includes supplier name, purchase order no(s)., and cure amounts for each purchase order. Because cure payments are to cure section 365 defaults of assumed contracts, the cure notices were sent to the contract counterparties. For this reason, the file does not reference proof of claim numbers. The committee members should, however, be able to readily sort the cure file by supplier name and match those supplier names with their lists of claims that they hold.

Unfortunately, we are unable to extend the cure election deadline for your clients beyond January 11, 2008. We are on a very tight deadline with the upcoming confirmation hearing scheduled to commence on January 17, 2008. The attached file should provide you with sufficient information to determine which of their claims are affected by Delphi's cure notices.

This information is provided to you under the existing confidentiality provisions between the parties.

If we can be of any further assistance, please do not hesitate to call me or John Lyons over the weekend. John's cell phone number is (312) 316-2286 and my cell phone number is (773) 575-3757.

Regards,

Joe

**Joseph N. Wharton**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**333 West Wacker Drive | Chicago | Illinois | 60606-1285**
**T: 312.407.0610 | F: 312.407.0411**
jwharton@skadden.com

Skadden

---------------------------------------------------------------------------
************************************************ To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. ************************************************************
************************************************ This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided

1/9/2008

upon request. *************************************************
=================================================================================

1/9/2008