UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re                                              :        Chapter 11
                                                   :
DELPHI CORPORATION, et al.,                        :        Case No. 05-44481 (RDD)
                                                   :
                   Debtors.                        :        (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER (I) EXTENDING DEADLINE FOR SUBMISSION OF CURE NOTICES, (II) APPROVING THE CURE NOTICES EXECUTED BY MOVANTS WITH RESPECT TO THEIR CLAIMS, AND (III) DIRECTING THE DEBTORS (A) TO RECONCILE CURE CLAIMS WITH CORRESPONDING CLAIMS, AND (B) TO MAKE CURE CLAIM DISTRIBUTIONS DIRECTLY TO MOVANTS**

Upon the motion (the "Motion"),[1] dated January 9, 2008, of Argo Partners, Inc., ASM Capital, Avenue Capital Management, LLC, Contrarian Capital Management, LLC, Hain Capital Group, Longacre Master Fund, Ltd., and Sierra Liquidity Fund, LLC (collectively, the "Movants") for an order (I) extending the deadline for submission of the Cure Notices from January 11, 2008 through January 16, 2008, (II) approving the Cure Notices executed by the Movants with respect to their claims, and (III) directing the Debtors (A) to reconcile Cure Amounts with corresponding claims, and (B) to make Cure Amount distributions directly to the Movants; it appearing that the Court has jurisdiction over this matter and the relief requested in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having entered the Order to Show Cause on January 9, 2008; and due and sufficient notice of the Motion having been given under the circumstances pursuant to the Order to Show Cause; therefore, upon the Motion, the record of the hearing and all other proceedings on the Motion; and in accordance with the Court's ruling on the Motion on January 10, 2008; and sufficient cause appearing thereby, it is hereby

---

[1]     All capitalized terms used in the Order shall have the meanings given to them in the Motion, a copy of which is annexed hereto, unless otherwise provided in this Order.

ORDERED that the Motion is granted; and it is further

ORDERED that the deadline for the Movants or their Cure Transferors to submit Cure Notices is hereby extended from January 11, 2008 through January 16, 2008; and it is further

ORDERED that Cure Notices executed by the Movants with respect to their claims are hereby approved; and it is further

ORDERED that the Movants shall be authorized to submit Cure Notices on a form substantially similar to the Transferor Notice form and such notices shall be deemed to satisfy the requirements in the Solicitation Order; and it is further

ORDERED that the Debtors shall use commercially reasonable efforts to reconcile Cure Amounts with claims held by the Movants and provide such information to the Movants; and it is further

ORDERED that the Debtors shall deliver any distributions on account of Cure Amounts directly to the appropriate Movants pursuant to the Transfer Agreements; and it is further

ORDERED that the Debtors and the Movants shall negotiate in good faith regarding any additional procedures necessary to resolve any remaining disputes and to implement the distributions with respect to Cure Amounts; and it is further

ORDERED that the requirement pursuant to Rule 9013-1(b) of the Local Bankruptcy Rules for the Southern District of New York that the Debtors file a memorandum of law in support of the Motion is hereby waived.

Dated: New York, New York
       January __, 2008

                                        THE HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE