Jan 3, 2008

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

RECEIVED
JAN - 7 2008
USBC-SDNY
RDD

Dear Honorable Robert D. Drain

   I Sheryl Y. Carter object - objection, disagree with Delphi plan, and Bankruptcy, the United States Bankruptcy Court, Southern District of New York. The Reorganize of Delphi, and the massive lay-off that I am in of Delphi system of Now collecting unemployed. But I lost out on $30,000.00 due to me not giving up my All my rights with Delphi. That would have gave up my rights to my claim, etc. The Grievance is Was not the the best interest of the employees, but for Delphi. My concern is what happen to the Arbitration that was won several years ago at Delphi keeping use, the employee jobs til 2011, without layoff? There's much more, I just wanted to brief my concern, and the reason why I am objecting - objection of the entire plan, bankruptcy.

Sincerely
Ms. Sheryl Y. Carter