UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
DELPHI CORPORATION, et al.,                        :        Case No. 05-44481 (RDD)
                                                   :
                    Debtors.                       :        (Jointly Administered)
-------------------------------------------------------x

**ORDER TO SHOW CAUSE AND NOTICE FIXING HEARING TO CONSIDER
THE MOTION FOR ORDER (I) EXTENDING DEADLINE FOR SUBMISSION OF
CURE NOTICES, (II) APPROVING THE CURE NOTICES EXECUTED BY MOVANTS
WITH RESPECT TO THEIR CLAIMS, AND (III) DIRECTING THE DEBTORS (A) TO
RECONCILE CURE CLAIMS WITH CORRESPONDING CLAIMS, AND (B) TO
MAKE CURE CLAIM DISTRIBUTIONS DIRECTLY TO MOVANTS**

Upon the Motion (the "Motion"), dated January 9, 2008, of *Argo Partners, Inc., ASM Capital, Avenue Capital Management, LLC, Contrarian Capital Management, LLC, Hain Capital Group, Longacre Master Fund, Ltd., and Sierra Liquidity Fund, LLC* (collectively, the "Movants") for an order (I) extending the deadline for submission of the Cure Notices[1] from January 11, 2008 through January 16, 2008, (II) approving the Cure Notices executed by the Movants with respect to their claims, and (III) directing the Debtors (A) to reconcile the cure claims with corresponding claims, and (B) to make Cure Amount distributions directly to the Movants; and upon the Declaration of Daniel N. Zinman, attesting to the necessity for relief by Order to Show Cause; and upon due deliberation and good and sufficient cause appearing thereof, it is hereby

ORDERED that a hearing (the "Hearing") to consider the Motion and the relief requested therein, shall be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the Southern District of New York, One

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on January 10, 2008 at 2:00 p.m. or as soon thereafter as counsel may be heard; and it is further

ORDERED that on January 9, 2008 no later than 4:00 p.m., the Movants shall serve the Motion, the proposed order on the Motion, and a copy of this Order to Show Cause (a) by fax and electronic mail upon (i) the Office of the United States Trustee for the Southern District of New York, (ii) bankruptcy counsel to the Debtors, and (iii) bankruptcy counsel to the Official Committee of Unsecured Creditors, and (b) by electronic notification through posting on the Bankruptcy Court's website, www.nysb.uscourts.gov; and such service shall be deemed good and sufficient service and notice of the Motion, this Order to Show Cause, the Hearing and all proceedings to be had thereon.  Objections to the Motion may be made in open Court.

Dated: New York, New York
       January 9, 2008

/s/Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

2