Jan. 7-2008

Judge
Robert D. Drain

Your Honor:
How can Delphi divest our ownership of our stock when this stock was originally Saginaw Steering Gear stock (Division of General Motors)?

I am one of the employees who invested their earnings to build these plants overseas long before Delphi was created. This stock was in our hands and not in General Motors hands — before Delphi came into existence.

Delphi didn't go bankrupt overseas — only in this country. To us this so called vote is a fraud. The company probably hasn't told you about cases like ours.

Thus we haven't and will not vote for or against it.

Whether it is Delphi's, the Government — General Motors or Government affiliates I don't know, But we will put our trust in you — We still have ownership rights in plants over seas.

Sincerely

Elmer C. Schmidt

Darla J. Schmidt

Stock # DPH 92169
Shares    1255

Tel No. 352 596 4908

Dear Sir,

Or to whom it may concern

Pardon my writing which is very hard for me to do. For about ten years after my stroke I could hardly write my name.

In 1967 I was talked into buying into the Stock Saving plan for retiring or disability at Saginaw Steering Gear. Division of General Motors Corp.

At this time Saginaw Steering Gear was the most profitable Division of General Motors.

I worked there as a Electrician, Technician Engineer and Supervisor of all the different Skilled tradesman.

In 1981 I came down with pneumonia which wouldn't clear up. The doctors then sent me to the Mayo Clinic in Minnesota thinking I might have lung cancer.

which I didn't, but my health kept getting worse. So the doctors then suggested I go to the medical clinic in Ann Arbor - Mi. or the Clevelend Clinic (which for me was to far away.)

Two days before my appointment at the Medical center where I had the stroke the doctor at Steering Gear said I was able to return to work.

I was half paralyzed and have been through hell since.

We had a family of ten children (one deceased.)

Three of which were still in school.

My wife Darla had to quit work to take care of me. (Ann Arbor doctors told her that I would live about 18 months.)

Steering Gear personell called me in to put me on retirement and all I got was liss. Every amount was

different. Then the last time I was there (shortly after the 1st time on retiring) We were promised Blue Cross - Blue Shield coverage for the rest of our lives by Randy Robertson the Head of Personnel at the Division.

Then they wanted me to sign off my wifes vested pension rights (which I refused to do.) Companies were legally doing this back then. They got very upset when I wouldn't comply.

Then they asked me what to do with the stock. Being I had been lied to so much I told them to send it to me.

To me this investment is still my personal Pension.

It was our investments to build the plants overseas before Delphi was created. The doctors at this time told us to get out of the

cold because I was still having fluid on the lungs, & suseptable to Pneumonia. We didn't have any place to go, but when my retired brother in Florida heard about it, He asked us to come down and live with them. Which we did.

A couple of years late we bought a cheap home and have been living off the little social security little pension. Oh, and my wife gets social security - which wouldn't even pay for renting a room.

Thanks for sending the disc, — But we don't can't afford Computers, Cell phones Cable or satilite T.V. or any of the modern electronic devices.

You have no idea of our Medical bills. My wife is to. (But don't want to be called disabled)

I've already have had four heart surgeries — and what's ahead I don't know.

Many thanks to my children and friends for all they have done for me and went without things other children had, to help me out, and to whom I owe so much.

Personally I am sure its the Federal Government came up with this scheme for Delphi (They could possible be involved) to bilk people out of their rightful assets.

(As a matter of fact I stopped at a Social Security Office and we discussed the problems we had — then as we were leaving he followed us out to the car and told us we might be a

test case — I put the word might in because that is what my wife said he said. I thought he said that we were a test case.

I am sure our phone has been bugged and I get calls from someplace S.L.C. — IRS ? where I am going to be Billed.

Now I am wondering how they come up with one share of new Delphi stock for ~~1~~ 1218 of the old Delphi stock.

They couldn't make it one share of the new Delphi stock for 1255 of the old Delphi stock which is the amount we own.

I've even written to the Social Security Office in Chicago for an itemization of my income which is a lie. Of course they won't answer me.

To me this whole scheme is Fraud whether its corporation, government, government entities (States, Cities, Universities or agencies) Pension programs or such.

And I know I don't have the power to stop them

Stealing is Stealing

How come stockholders were not allowed to buy preferred stock?? especially on the plants their investment before Delphi was created.?

I could go on and on about them, but must close

Thank You

Sincerely Yours

Calvin L. Schmidt
& Darla J. Schmidt

We will leave it in the hands of the judge.

Darla Schmidt