Alvin & Darla Schmidt
9650 Langan St.
Spring Hill, FL 34606-0144

Delphi Automotive Corp.
5725 Delphi dr.
Troy, Mi. 48098

atten : General Counsel