Sir:                                                    1/1/07

I, Frank X. Budelewski totally disagree with the potential Pension Plan being pursued by Delphi Corporation. My Delphi Pension Plan Summary for Salary employees shows that I, as a Retiree, donated money into my Part "B" portion of the Plan. How, can Delphi tell me what they are going to do with my money? That money is my contribution to my monetary portion of the Retirement Plan. The Part "A" portion is the Corporation's part of the monetary portion of Plan. All given to me upon my Retirement. The (2)nd second reason is Age Discrimination! I am 64 years old. A man who is 66 years old on this date does not have to vote to get stock vs money from Delphi Pension Plan. Why? Either all and everyone has to have this plan or Nobody. I worked for General Motors for 31 plus years. My Pension was transferred to Delphi. Why? I never worked for Delphi or contributed to there Bankrupcy. I want my money and my Rights Honored. I can't eat stock or feed my family stock.

Thank you

Frank X. Budelewski
Frank X. Budelewski

Sir: 1/1/07

I retired with a Pension Plan Summary from Delphi Corporation. To me it should be followed to the letter. Approx 140 pages!

Frank X. Budelewski
221 Red Oak Drive
Williamsville N.Y. 14221