Frank X. Budelewski
221 Red Oak Drive
Williamsville N.Y. 14221