Hebert Schenk P.C.

4742 N. 24th Street
Suite 100
Phoenix, Arizona 85016

602.248.8203
602.248.8840 *fax*
www.hs-law.com

- John J. Hebert
- Joseph A. Schenk
- Shawn K. Aiken
- Philip R. Rupprecht
- D. Lamar Hawkins
- Alfred W. Ricciardi

Cathey L. Joseph
Mark W. Roth
Stephen C. Rich
Richard M. Gerry
Lisa B. Querard

OF COUNSEL
Barbara L. Caldwell
Robert C. Van Voorhees

**HEBERT SCHENK**
ATTORNEYS AT LAW

January 4, 2008

U.S. Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

    Re:   *In re Delphi Corporation, et al*
           Case No. 05-44481 RDD

Dear Sir/Madam:

Please find enclosed an original and two copies of <u>Maricopa County Treasurer's Notice of Perfected Lien and Objection to the Expedited Motion for Orders . . .</u> regarding the above-entitled matter.

Please file the original and return a conformed copy in the enclosed self-addressed stamped envelope.

Thank you for your assistance in this matter and if you have any questions, please do not hesitate to let me know.

                            Very truly yours,

                            HEBERT SCHENK P.C.

                            Barbara Lee Caldwell

BLC:ljr
Enclosures
U:\BLC\BLC02\CLERK-NYSOUTHERNDELPHI 080104BLC.DOC

**HEBERT SCHENK, P.C.**
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840

Barbara Lee Caldwell – SBN 003246
Attorneys for Maricopa County Treasurer



## UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481-RDD |
| Debtor. | (Jointly Administered) |

**MARICOPA COUNTY TREASURER'S NOTICE OF PERFECTED LIEN AND OBJECTION TO THE EXPEDITED MOTION FOR ORDERS UNDER 11 U.S.C. §§ 363, 365, AND 1146 AND FED. R. BANKR. P. 2002, 6004, 6006, AND 9014 (A)(I) APPROVING BIDDING PROCEDURES, (II) GRANTING CERTAIN BID PROTECTIONS, (III) APPROVING FORM AND MANNER OF SALE NOTICES, AND (IV) SETTING SALE HEARING DATE, (B) AUTHORIZING AND APPROVING (I) SALE OF CERTAIN OF DEBTORS' ASSETS COMPRISING SUBSTANTIALLY ALL ASSETS PRIMARILY USED IN DEBTORS' STEERING AND HALFSHAFT BUSINESS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, (II) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) ASSUMPTION OF CERTAIN LIABILITIES, AND (C) AUTHORIZING AND APPROVING TRANSACTION FACILITATION AGREEMENT ("STEERING SALE MOTION") (Docket 11390)**

Maricopa County Treasurer ("Maricopa County") a secured creditor, by and through its undersigned counsel, hereby provides notice of its perfected statutory liens in accordance with A.R.S. § 42-17153 and objection to the Debtors' Expedited Motion for Orders Under 11 U.S.C. § 363, 365 and 1146 and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form and Manner of Sale Notices, and (IV) Setting Sale Hearing Date, (B) Authorizing and Approving (I) Sale of Certain of Debtors' Assets Comprising Substantially All Assets Primarily Used in

Debtors' Steering and Halfshaft Business Free and Clear of Liens, Claims, and Encumbrances, (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Assumption of Certain Liabilities, and (C) Authorizing and Approving Transaction Facilitation Agreement ("Steering Sale Motion").

The personal property located in Maricopa County is encumbered with a fully perfected tax lien in the amount of $2,039.34 plus accruing interest at the statutory rate of 16% per annum. The lien represents a 2005 tax liability on personal property parcel 900-60-653.

The personal property located in Maricopa County is encumbered with a fully perfected tax lien in the amount of $1,012.04 plus accruing interest at the statutory rate of 16% per annum. The lien represents a 2005 tax liability on personal property parcel 943-51-452.

Maricopa County objects to the sale of the property if the tax liabilities associated with such property are not fully paid at closing from the proceeds of the sale in accordance with A.R.S. § 42-17153. Under Arizona law, the county has a valid lien that is "prior and superior to all other liens and encumbrances on the property." A.R.S. § 42-17153. The county is entitled to have its tax liens on the property paid "from the sale of which the funds***were derived and, to the extent necessary to discharge the debt secured by the lien, the proceeds of the sale of the property were withdrawn from or taken out of the assets of the estate." *Brans v. City of Dallas, Texas*, 217 F.2d 640 (5th Cir.1954). In *Ingram v. Coos County, Or.*, the Court held that "It follows therefore that appellee's claim for taxes out of the proceeds of the bankrupt's property sold to satisfy the tax lien, is entitled to priority over all other claims 'except the payment of the actual and necessary costs of the sale of the personal property upon which said taxes were assessed'." *Ingram v. Coos County, Or.*, 71 F.2d 889 (9th Cir. 1934).

Arizona law further provides that "It is unlawful for the owner,…to knowingly sell or transfer personal property or remove it from its location until the taxes on the property are paid." *See,* A.R.S. § 42-19107(A).

1  Maricopa County objects to the sale of the property if the tax liabilities associated

2  with such property are not fully paid at closing from the proceeds of the sale in accordance with

3  A.R.S. § 42-17153.

4  RESPECTFULLY SUBMITTED this 4 day of January, 2008.

6  HEBERT SCHENK, P.C.

7  By: /s/ Barbara Lee Caldwell
8  Barbara Lee Caldwell,
   4742 North 24th Street, Suite 100
9  Phoenix, Arizona 85016
   (602) 248-8203
10 Attorney for Maricopa County Treasurer

11 A copy of the foregoing mailed this
   4 day of January, 2008, to:
12
   Clerk, United States Bankruptcy Court
13 Southern District of New York
   One Bowling Green
14 New York, NY 10004-1408
   http://ecf.nysb.uscourts.gov
15
   Copies of the foregoing mailed this
16 ____ day of January, 2008, to:

17 John Wm. Butler, Jr.
   John K. Lyons
   Ron E. Meisler
18 Skadden, Arps, Slate, Meagher & Flom LLP
   333 W. Wacker Drive, Suite 2100
19 Chicago, Illinois 60606
   Attorneys for Delphi Corporation
20
   Kayalyn A. Marafioti
21 Thomas J. Matz
   Skadden, Arps, Slate, Meagher & Flom LLP
22 Four Times Square
   New York, New York 10036
23 Attorneys for Delphi Corporation

24 . . . .

1  U.S. Trustee
   United States Trustee
2  33 Whitehall Street, 21st Floor
   New York, New York 10004
3
4  By: _____
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25