January 4, 2008

Clerk of the Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

Ref: **RESPONSE TO OBJECTION OF CLAIM**

I have discovered by accident that at least one of my claims, No. 24650, is being objected to. I did not receive a copy of the NOTICE. I learned this from receiving a copy of the motion from Fulbright and Jaworski, LLP.

The motion also states that my Claim No. 24649 is accepted and surviving. It does not state any information concerning my Claim No. 24648.

I purchased three separate trailers, was issued three (3) separate Cashable Vouchers, submitted and had accepted three (3) Proofs of Claim:

| Trailer # VB5679- | Voucher # 24926- | Claim # 24648 Rec'd 3/7/06 $15,000 |
| Trailer # VB4552- | Voucher # 21474- | Claim # 24649 Rec'd 3/7/06 $15,000 |
| Trailer # VB6729- | Voucher # 21475- | Claim # 24650 Rec'd 3/7/06 $15,000 |

Please find attached copies of my three (3) invoices, three (3) Cashable Vouchers, and three (3) submitted and accepted Proofs of Claim, proving all three claims, including Claim No. 24650, are valid.

Thank you for your time in reviewing this matter.

Sincerely,


Jerry L. Fenton
17976 W. Sammy Way - Current mailing address
Surprise, AZ 85374
(623) 544-0811 - home    (602) 692-3264 - cell
jerryfenton@cox.net

Att: 9

Cc:   Bankruptcy Court, Judge Gerber's Chambers
      Katten Muchin Rosenman LLP, Jeff J. Friedman, Esq.
      Counsel for the Committee, Fulbright & Jaworski LLP, David L. Barrack, Esq.
      Office of the United States Trustee, Brian Masumoto, Esq.
      Epiq Systems-Bankruptcy Solutions, Ross Matray



5679

SO/ET/ZT of Oklahoma
800-366-0082

Date: 12-13-01
Terms:
Rep: M. Kell

| NAME | Jerry Fenton | PHONE HM | 580 718-5370 | |
| ADDRESS | 101 Warwick Rd | PHONE WK | | FAX |
| CITY, STATE, ZIP | Ponca City OK 74601 | COUNTY | INSURANCE | |

| TRAILER # | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 1B5679 | 3H Sundowner B.P. | LIST: | 15,816 |
| | $15,000 value | | |
| | | Doc fee | 45 |
| | | Total amount | 15,861 |
| | | ck# 1115 | 15,861 |
| | | Paid | |

Trade-in:  MODEL    YEAR    COLOR
VIN # N/K
LIEN HOLDER
ALLOWANCE

CUSTOMER SIGNATURE    DATE    REP SIGNATURE    DATE



## Cashable Voucher

| Field | Value |
|---|---|
| Voucher Number | 24926 |
| Issue Date | 12/13/02 |
| Maturity | Estimated at 3 years after issue date |
| Currency | U.S. |
| Amount | $15,000 |
| Holder(s) Name | Jerry Fenton |
| Holder(s) Address | 301 Warwick Rd. |
| | Ponca City, OK 74601 |
| Daytime Telephone | 580-718-0370 |
| Item(s) With Serial Numbers (If any) | 3H BP Sundowner |
| | 135UC182321UB5679 |
| Presented by (Merchant) | Sundowner of Oklahoma |
| Holder(s) Signature | [signed] Jerry Fenton |

**Issued By**
The Consumers Trust
(US Administration Address)
225 Broadway
New York
NY 10007

This promotional voucher is hereby offered exclusively to the Holder(s) named above and is only redeemable through The Consumers Trust. Its maximum written value must not exceed $20,000.00 or local currency equivalent. Important terms and conditions appear on the reverse side of this voucher, please read them carefully.

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK
CONSUMERS TRUST CLAIMS PROCESSING
P.O. Box 5102, Bowling Green Station
New York, NY 10274-5102

# PROOF OF CLAIM

| In Re: | Chapter 11 Case No. |
|---|---|
| The Consumers Trust, Debtor. | 05-60155 (REG) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

TCT 341/BDN 12/20/05 (MRGFILE6, REFNUM) 31144
JERRY FENTON
301 WARRWICK RD
PONCA CITY OK 74601

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach statement giving particulars.

☐ Check box if you never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Filed: USBC - Southern District of New York
The Consumers Trust, Et Al.
05-60155 (REG)        0000024648

Telephone number: 602-692-3264

Account or other number by which creditor identifies debtor:
VOUCHER # 24926

Check here if this claim:
☐ replaces       ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other  CASHABLE VOUCHER HOLDER (explain)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last Four Digits of your SS#: ___
Unpaid compensation for services performed
from _____ to _____
      (date)       (date)

**2. Date debt was incurred:** 12-13-02

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 15,000.00 + _____ + _____ = 15,000.00
        (unsecured nonpriority)   (secured)   (unsecured priority)   (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim:** $ 15,000.00
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
MAR - 7 2006
CLAIMS PROCESSING CENTER
USBC, SDNY        4

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 2/27/06 | [signature] JERRY FENTON |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

84096911_1



## of Oklahoma
800-366-0082

| Date: | 12-13-02 |
|---|---|
| Terms: | |
| Rep: | mike |

| NAME | Jerry Fenton | PHONE HM | 580-718-0370 |
| ADDRESS | 301 Warwick Rd. | PHONE WK | FAX |
| CITY, STATE, ZIP | Ponca City, OK 74601 | COUNTY | INSURANCE |

| TRAILER # | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| UB4552 | 3H 2002 Sundowner GN | LIST: | 19,041 |
| | $15,000 voucher | | |
| | | Doc Fee | 45 |
| | | Total Investment | 19,086 |
| | CC# 5466-1602-2029 4057 | | |
| | | Fx 11-30-05 | |
| | | Paid | |

Trade-in:
MODEL   YEAR   COLOR
VIN # N/A
LIEN HOLDER
ALLOWANCE

CUSTOMER SIGNATURE    12-13-02    REP SIGNATURE    12-13-02



## Cashable Voucher

| | |
|---|---|
| Voucher Number | 21474 |
| Issue Date | 12/13/02 |
| Maturity | Estimated at 3 years after issue date |
| Currency | U.S. |
| Amount | $15,000 |
| Holder(s) Name | Jerry Fenton |
| Holder(s) Address | 301 Warwick Rd. |
| | Ponca City, OK 74601 |
| Daytime Telephone | 580-718-0370 |
| Item(s) With Serial Numbers (If any) | 2002 Valuelite 3H GN slant |
| | 13SUE252121VB4552 |
| Presented by (Merchant) | Sundowner of Oklahoma |
| Holder(s) Signature | [signed] Jerry Fenton |

**Issued By**
**The Consumers Trust**
(US Administration Address)
225 Broadway
New York
NY 10007

This promotional voucher is hereby offered exclusively to the Holder(s) named above and is only redeemable through The Consumers Trust. Its maximum written value must not exceed $20,000.00 in US dollar or other currency equivalents. Important terms and conditions appear on the reverse side of this voucher, please read them carefully.

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK
CONSUMERS TRUST CLAIMS PROCESSING
P.O. Box 5102, Bowling Green Station
New York, NY 10274-5102

# PROOF OF CLAIM

| In Re: | Chapter 11 Case No. |
|---|---|
| The Consumers Trust, Debtor. | 05-60155 (REG) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

TCT.341/BDN 12/20/05 (MRGFILE6, REFNUM) 31143
JERRY FENTON
301 WARWICK RD
PONCA CITY OK 74601

Telephone number: 602-692-3264

Account or other number by which creditor identifies debtor:
VOUCHER # 21474

THIS SPACE IS FOR COURT USE ONLY

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you never received any from the bankruptcy this case.
☐ Check box if this differs from the address the envelope sent to you by the court.

Filed: USBC - Southern District of New York
The Consumers Trust, Et Al.
05-60155 (REG)    0000024649

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☑ Other CASHABLE VOUCHER HOLDER (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: _____
   Unpaid compensation for services performed
   from _____ to _____

2. **Date debt was incurred:** 12-13-02

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 15,000.00 (unsecured nonpriority) + _____ (secured) + _____ (unsecured priority) = 15,000.00 (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim:** $ 15,000.00
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
MAR - 7 2006
CLAIMS PROCESSING CEN-
USBC, SDNY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 2/27/06 | /s/ Jerry Fenton     JERRY FENTON |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

84096911_1

# Sundowner TRAILERS
## of Oklahoma
800-366-0082

Date: 12-14-02
Terms:
Rep: mikkel

| NAME | PHONE HM |
|---|---|
| Jerry Fenton | 580-718-0370 |
| ADDRESS | PHONE WK | FAX |
| 301 Warwick Rd. | | |
| CITY, STATE, ZIP | COUNTY | INSURANCE |
| Ponca City OK 74601 | | |

| TRAILER # | DESCRIPTION | AMOUNT |
|---|---|---|
| VB6729 | 2003 3H Sundowner 6N | LIST: 19,041 |
| | voucher $15000 | |
| | keeper | 115 |
| | total Investm — | 19086 |
| | Add 3 Al. Face | 500 |
| | CC #4466 1602-884057 | |
| | paid total | 19,568 |
| | CK# 1114 | $6268 |

Trade-in:
MODEL   YEAR   COLOR   N/A
VIN #   N/A
LIEN HOLDER   N/A
ALLOWANCE

CUSTOMER SIGNATURE: J. Fenton   DATE: 12-13-02
REP SIGNATURE: Michael    DATE: 12-14-02



UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK
CONSUMERS TRUST CLAIMS PROCESSING
P.O. Box 5102, Bowling Green Station
New York, NY 10274-5102

**PROOF OF CLAIM**

In Re: | Chapter 11 Case No.
The Consumers Trust, Debtor. | 05-60155 (REG)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

TCT 341/BDN 12/20/05 (MRGFILE6, REFNUM)
JERRY FENTON
301 WARWICK RD
PONCA CITY OK 74601

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach statement giving pa

☐ Check box if y never received any from the bankrupt this case.

☐ Check box if th differs from the address on the envelope sent to you by the court.

Filed: USBC - Southern District of New York
The Consumers Trust, Et Al.
05-60155 (REG)        0000024650

Telephone number: 602-692-3264

Account or other number by which creditor identifies debtor:
VOUCHER # 21475

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated:

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☑ Taxes
   ☑ Other  CASHABLE VOUCHER HOLDER (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: ___ ___ ___ ___
   Unpaid compensation for services performed
   from _____(date)_____ to _____(date)_____

2. **Date debt was incurred:** 12-13-02

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $15,000.00 (unsecured nonpriority) + _____ (secured) + _____ (unsecured priority) = 15,000.00 (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim:** $15,000.00
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,225 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

✓ 9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 2/27/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

[signature] JERRY FENTON

RECEIVED MAR – 7 2006 CLAIMS PROCESSING CENTER USBC, SDNY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.