From:
Robert E. Dettinger
Discount Rights Offering Eligible Holder
General Unsecured Claim
Case Number 05-44481
January 1, 2008

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

Cc:
Delphi Automotive Systems LLC
5725 Delphi Drive
Troy, MI 48098
Attn: Legal Staff

Cc:
Delphi Automotive Corp.
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Cc:
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Dr., Suite 2100
Chicago, IL 60606
Attn: John Wm Butler & John K. Lyons

Cc:
Davis, Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
Attn: Donald Bernstein & Brian Resnick

Cc:
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022
Attn: Robert J. Rosenberg & Mark A. Broude

Cc:
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn: Bonnie Steingart

Cc:
Office of the United States Trustee
Southern District of New York
33 Whitehall St., Suite 2100
New York, NY 10004
Attn: Alicia M. Leonhard


Dear Honorable Judge Drain:

Whereas I will lose my medical insurance at age 65, and have already lost my optional life insurance and PULI umbrella insurance, and under Delphi Corporation's "First Amended Joint Plan of Reorganization (12/10/07)", will lose my Supplemental Executive Retirement Program (SERP) benefit (33% of my current pension), I am writing to you to object to the Debtor's (Delphi Corp.) proposed estimation and temporary allowance amount of my "Discount Rights Offering Participation Claim" of:

**$292,799.13**

shown in attached Exhibit 1, as sent to me on December 31, 2007 from Kurtzman Carson Consultants of El Segundo, CA, with no documentation and/or accompanying calculations.

I have calculated my Participation Claim amount to be:

**$506,253.43**

as follows:

From the Social Security Administration's and U. S. Government's Actuarial Publications, Period Life Tables, Updated July 8, 2007 (ref. www.socialsecurity.gov), I, Robert E. Dettinger, born April 14, 1945, and of age 62, can expect to live 18.5 more years. My wife, Mary J. Dettinger, born May 25, 1946, and of age 61, can expect to live 22.39 more years, surviving me as a spouse, for 3.89 more years.

My current SERP payment, age 62 to death, is $2,006.22/mo. (see Exhibit 2). And my surviving spouse, Mary's, SERP survivor benefit will be $1,304.04/mo (Exhibit 2) until her death.

Therefore, my "Discount Rights Offering Participation Amount" calculation should be:

**Robert E. Dettinger**
18.5 yrs x $2,006.22/mo. x 12 mo./yr = **$445,380.84**

**Mary J. Dettinger** (surviving spouse beneficiary)
(22.39 yrs – 18.5 yrs) x $1,304.04/mo. x 12 mo./yr = **$60,872.59**

**TOTAL:**
$445,380.84 + $60,872.59 = **$506,253.43**

Thank you Honorable Judge Drain for your kind consideration in this matter. Although it was not requested in the 12/31/07 mailing to me from Kurtzman Carson Consultants, per the on-line www.delphidocket.com version of the "Revised Delphi Plan", Sections 1.195 and 7.9, I have also included a FORM 10. Please note that I have not been informed as to whether my SERP claim is Nonpriority or Priority, but rather a "General Unsecured Claim.

Sincerely.

*Robert E. Dettinger*

Robert E. Dettinger (Delphi Retiree)
4255 St. Cloud Way
Cleves, OH 45002

Ph. (513) 467-1112

# EXHIBIT 1



SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c)
ESTIMATING OR PROVISIONALLY ALLOWING CLAIM SOLELY FOR PURPOSES OF
ADMINISTRATION OF DISCOUNT RIGHTS OFFERING

PLEASE TAKE NOTICE that on December 28, 2007, the Debtors filed the Motion For Order Pursuant To 11 U.S.C. §§ 105(a) And 502(c) Estimating Or Provisionally Allowing Certain Unreconciled Claims Solely For Purposes Of Administration Of Discount Rights Offering (the "Rights Offering Estimation Motion").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Rights Offering Estimation Motion is attached hereto.

PLEASE TAKE FURTHER NOTICE that the above-referenced Debtors (the "Debtors") have determined that you may be a Discount Rights Offering Eligible Holder (as defined in the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, dated December 10, 2007 (the "Plan") (Docket No. 11386)) and that pursuant to Article 7.15(a)(i) of the Plan, you may be eligible to participate in the Discount Rights Offering. To participate in the Discount Rights Offering, your claim must be allowed, reconciled or temporarily allowed as of the commencement of the confirmation hearing. Because your claim may not be allowed or reconciled, prior to the commencement of the hearing on confirmation of the Plan, the Debtors are seeking to temporarily allow your claim, solely for purpose of participating in the Discount Rights Offering, as set forth below:

| Date Filed | Claim Number | Discount Rights Offering Participation Amount |
|---|---|---|
|  | To Be Scheduled | $292,799.13 |

PLEASE TAKE FURTHER NOTICE that **the deadline for you to object to the Debtors' proposed estimation and temporary allowance of your Claim for the purposes of participation in the Discount Rights Offering, as well as to assert objections to confirmation of the Plan, is 4:00 p.m. (prevailing Eastern time) on January 11, 2008. If you do not respond timely in the manner described below, the order granting the relief requested in the Rights Offering Estimation Motion with respect to your Claim may be entered without any further notice to you.**

PLEASE TAKE FURTHER NOTICE that nothing contained herein or in the Rights Offering Estimation Motion is an admission against interest and all rights are fully preserved. Further, nothing in the Rights Offering Estimation Motion is intended to, nor shall any order granting the relief requested in the Rights Offering Estimation Motion, modify, impair, or affect any rights of the Debtors to object to, or seek to estimate, your Claim at a lesser amount for purposes of allowance and distribution. Moreover, to the extent that such provisional allowance or estimation results in your receiving more Discount Rights than you should have received based on the ultimate allowed amount of your claim and such rights are transferred or exercised (the "Excess Discount Rights"), then, in the Reorganized Debtors' sole discretion, (a) an amount of New Common Stock (at Plan value) equivalent to the value of the Excess Discount Rights (at Plan value) (the "Discount Rights Value") will be withheld from the ultimate distribution on account of your claim or (b) you will be required to remit payment to the Reorganized Debtors in an amount equal to the value of the Excess Discount Rights.

PLEASE TAKE FURTHER NOTICE that the following objection procedures apply with respect to the Rights Offering Estimation Motion and the Discount Rights Offering Participation Amount set forth above:

1. Objections, if any, to the Discount Rights Offering Participation Amount above must (a) be in writing, (b) state with specificity the amount at which your claim should be estimated for the purpose of participation in the Discount Rights Offering, (c) include appropriate documentation thereof, (d) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Amended Ninth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered by this Court on October 26, 2006 (Docket No. 10661), (e) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (f) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, and (g) be served in hard-copy form **so that they are actually received by January 11, 2008 at 4:00 p.m. (prevailing Eastern time) by** (i) Delphi Automotive Systems LLC, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr. and John K. Lyons), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450

3

Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (v) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vi) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), and (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard).

2. If an objection to the Discount Rights Offering Participation Amount above is timely filed, a hearing with respect to the objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, on January 17, 2008 at 10:00 a.m. (prevailing Eastern time).

3. If no objection is timely received, the Discount Rights Offering Participation Amount set forth above shall be controlling with respect to your participation in the Discount Rights Offering.

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Rights Offering Estimation Motion by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at 1-888-249-2691 or by accessing the Debtors' Legal Information Website at www.delphidocket.com.

Dated: New York, New York
December 28, 2007

> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> 333 West Wacker Drive, Suite 2100
> Chicago, Illinois 60606
> (312) 407-0700
> John Wm. Butler, Jr.
> John K. Lyons
> Ron E. Meisler
>
> - and -
>
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> 333 West Wacker Drive, Suite 2100
> Chicago, Illinois 60606
> (312) 407-0700
> Kayalyn A. Marafioti
> Thomas J. Matz
>
> Attorneys for Delphi Corporation, et al.,
> Debtors and Debtors-in-Possession

4

Executive Name: __ROBERT E. DETTINGER__          Social Security No: _____

Birth Date:    __04-14-1945__          Retirement Date:    __01-01-2002__

## Retirement Benefit Estimate Summary

| Delphi Benefits Payable To Executive | Ages 53-54 | Ages 55-59 | Ages 60-61 | Ages 62+ |
|---|---|---|---|---|
| Salaried Retirement Program (SRP) | | $ 3,422.83 | $ 3,422.83 | $ 3,852.54 |
| Supplemental Executive Retirement Program (SERP) | | $ 2,902.67 | $ 2,902.67 | $ 2,006.22 |
| **Total Delphi Retirement Benefits** | | $6,325.50 | $6,325.50 | $ 5,858.76 |

| Delphi Benefits Payable to Surviving Spouse | | | | |
|---|---|---|---|---|
| Salaried Retirement Program (SRP) | | $ 2,504.14 | $ 2,504.14 | $ 2,504.14 |
| Supplemental Executive Retirement Program (SERP) | | $ 1,304.04 | $ 1,304.04 | $ 1,304.04 |
| **Total Surviving Spouse Benefits** | | $ 3,808.18 | $ 3,808.18 | $ 3,808.18 |

Survivor benefit not effective until date of one year anniversary

**Note:** Social Security benefits generally are payable as early as age 62 and are in addition to the benefits above.

*********************************************************************************************
THIS IS AN ESTIMATE ONLY AND DOES NOT CONSTITUTE A COMMITMENT BY EITHER
THE EMPLOYEE OR DELPHI AUTOMOTIVE SYSTEMS. DELPHI RETIREMENT BENEFITS
PAYABLE TO AN EXECUTIVE, OR A SURVIVING SPOUSE, WOULD BE REDUCED BY
ANY PAYMENTS MADE PURSUANT TO A QUALIFIED DOMESTIC RELATIONS ORDER (QDRO),
AS REQUIRED BY THE RETIREMENT EQUITY ACT OF 1984 (REA).

SERP-117A(D)

## SUPPLEMENTAL EXECUTIVE RETIREMENT PROGRAM (SERP)

### AUTHORIZATION OF SERP BENEFITS WITH SURIVIVING SPOUSE COVERAGE

| | | | | |
|---|---|---|---|---|
| Retiree Name: | ROBERT E. DETTINGER | Location: | | PES-WARREN |
| Retiree Legal Address | | CISCO Code: | | 55905 |
| Number & Street: | 16 EAGLE POINTE DR. | Retirement Number: | | |
| City: | CORTLAND | Retiree SS Number: | | |
| State & Zip Code: | OH 44410 | Retirement Date: | | 01-01-2002 |
| Retirement Type Code: | 62 | Last Day Worked: | | 12-31-2001 |
| Retiree Date of Birth: | 04-14-1945 | Credited Service: | Part A: | 29-07 |
| Age At Retirement: | 56 | | Part B: | 29-07 |
| Reduction Factors: | | Final Monthly Base Salary: | $ | 12,916.66 |
| Age (If Applicable): | 100.00% | Average Monthly Base Salary: | $ | 12,083.32 |
| Survivor Coverage: | 65% | Average Monthly Incentive Compensation*: | $ | - |
| | | Average Monthly Total Compensation*: | $ | 12,083.32 |

\* Includes only for those cases where executive retires after having attained the required eligibility age for Alternative SERP Formula.

### Calculation of Surviving Spouse Benefits

| | | | |
|---|---|---|---|
| Spouse Name: | MARY DETTINGER | Date of Birth: | 05-25-1946 |
| Social Security Number: | | | |

(1) Greater of Regular SERP Benefit or Alternative SERP Benefit
Payable At Age 62 Years and One Month      $ 2,006.22

(2) Multiplied by Survivor Coverage Factor      65%

(3) Surviving Spouse SERP Benefit Payable      $ 1,304.04

Note: Survivor benefit not effective until date of one year anniversary

I am the employee herein named and indentified. I have read and understand the data and calculations shown above on the reverse side of this form. I understand this benefit authorization reflects my election of surviving spouse coverage.

_Robert E. Dettinger_          11/8/01
Employee Signature              Date

Approved By:
_James V. Michalka_            10/30/01
Authorized Signature            Date

10/30/01

RETIREMENT INCENTIVE PROGRAM FROM 1-1-98 TO 1-1-2001
AUTHORIZATION OF SERP BENEFIT WITH SURVIVING SPOUSE COVERAGE

| | | | | |
|---|---|---|---|---|
| Retiree Name: | ROBERT E. DETTINGER | Average Monthly Base Salary | $ | 12,083.32 |
| Retirement Number: | | | | |
| Retiree SS Number: | | | | |
| CISCO Code: | 55905 | Part A Credited Service | | 29.5833 |
| | | (Age 65 Social Security Benefit) | | 982.17 |
| Retirement Date: | 01-01-2002 | Part B Credited Service | | 29.5833 |
| Last Day Worked: | 12-31-2001 | Part B Credited Service Used for Alternative Formula | | 29.5833 |
| Retirement Type Code: | 62 | | | |
| | | Part A Basic Benefit (At Age 62) | $ | 1,271.71 |
| Retiree Date of Birth: | 04-14-1945 | Part B Supplementary Benefit (At Age 62) | $ | 1,442.33 |
| Age At Retirement: | 56 | Part B Primary Benefit (At Age 62) | $ | 1,138.50 |
| | | SRP Surviving Spouse Reduction Factor | | 95.00% |
| Spouse Name: | MARY DETTINGER | SRP Age 62 Benefits Without Surviving Spouse Reduction | $ | 4,055.31 |
| Social Security Number: | | | | |
| Date of Birth: | 05-25-1946 | SRP Age Factor | | 67.90% |
| | | SERP Age Factor | | 100.00% |
| Future survivor benefit effective date? Yes/No: | YES | Unreduced temporary Benefit (Not Payable) | $ | 1,252.86 |
| Effective date: | 1/1/02 | Reduction Factor for Surviving Spouse Coverage | | 95.00% |
| | | Unreduced SRP Benefit At Commencement Date | $ | 6,325.50 |
| | | Reduced SRP Benefit At Commencement Date | $ | 3,422.83 |
| | | Additional Supplemental Benefit Amount | $ | 2,902.67 |
| | | Target Regular SERP (with spouse reduction, if applicable) | $ | 5,858.76 |
| | | Unreduced SRP Benefit at Age 62 (with spouse reduction, if applicable) | $ | 5,072.64 |

The following represents an estimate only based on the above data:

**REGULAR FORMULA**                                   **ALTERNATIVE FORMULA**      **NOT ELIGIBLE**

| | |
|---|---|
| Average Monthly Base Salary | $ 12,083.32 |
| X 2% | 2% |
| | 241.6664 |
| X Credited Service Used to Determine Part B Supplementary Benefit | 29.5833 |
| Target Regular SERP Benefit | $ 7,149.29 |
| Age 65 Social Security Benefit | |
| (Age 65 SS Benefit X 2% X Part A Credited Service) | 982.17 |
| Target SERP Less Social Security | $ 6,167.12 |
| -Total SRP Benefits | $ 4,055.31 |
| Unreduced Regular SERP Benefit | $2,111.81 |
| X Retiree's Age Factor (If Any) | 100.00% |
| Regular SERP Benefit Reduced for Age | $ 2,111.81 |
| X Retiree Reduction Factor for Surviving Spouse Coverage | 95.00% |
| **Regular SERP Payable at Age 62 and One Month (Age 65 if EDB Payable)** | **$ 2,006.22** |
| Additional SERP Payable Prior to Age 62 | 896.45 |
| - All Other Employer Provided Benefits (If Applicable; e.g., EDB) | 0.00 |
| Total Regular SERP Payable Prior to age 62 and One Month (Age 65 if EDB Payable) | $ 2,902.67 |
| Monthly Cost of Surviving Spouse Coverage | $ 105.59 |

**SURVIVOR INFORMATION:**

| | |
|---|---|
| Regular SERP Payable at Age 62 and One Month | $ 2,006.22 |
| X Survivor Coverage Factor | 65% |
| **Surviving Spouse Regular SERP Payable** | **$ 1,304.04** |

MEMOS:
*) AGE 65 SS FOR 2002 IS $1660.00
.) THE SERP BENEFIT PAYABLE AT AGE 62 AND ONE MONTH EQUALS THE LARGER OF THE TWO SERP BENEFITS AS CALCULATED UNDER THE REGULAR FORMULA OR THE ALTERNATIVE FORMULA (IF APPLICABLE).