**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

................................................................................ x
**Scott Darryl Reese,**                                :
**Claimant/Creditor**                                  :
                                                       :
    **v.**                         :
                                                       :
**IN RE:**                                             :   Honorable Robert D. Drain
                                                       :
**DELPHI CORPORATION, et. al.,**                       :   Case No. 05-44481
**DELPHI - DEBTOR IN POSSESSION**                      :
**DELPHI CHASSIS SYSTEMS**                             :   **Bankruptcy Trustee**
    **Debtor,**                    :
                                                       :   **(Jointly Administered)**
...............................................................................x

To the Clerk of the Court:

Please find enclosed the following.

Court Copy (Original) and Judge's Copy of the following:

1.     This Cover Sheet.

2.     *Letters to Congressional Representatives* dated January 04, 2008, and being filed as "*Judicial Notice* – Filed Objection Before January 11, 2008".

3.     *Notice to TRW Corporation* dated January 05, 2008.

4.     *Michigan Department of Labor and Growth* printouts displaying the full list regarding the correct nature of both *Delphi's* and *General Motors Corporation* corporate status (""Private Sector" Companies — Clay Shaw Letter"; ""More P. S." c's").

5.     E. Clay Shaw Letter (**Exhibit GG** in original *Proof of Claim*).

Please docket and file these pleadings in the usual manner.  Disk enclosed.

If you have any questions, feel free to call me at (248) 969-4055.  Thank you.

Date:  January 05, 2008

                                                                    Scott Darryl Reese
                                                                    SCOTT DARRYL REESE
                                                                    SCOTT D. REESE
                                                                    c/o 329 Basket Branch
                                                                    Oxford, Michigan state
                                                                    [48371-6359]