Certified Mail #:   7005 1820 0007 0239 0321

Scott Darryl Reese                                                                                             January 05, 2008
c/o 329 Basket Branch
Oxford, Michigan state


TRW Automotive
12001 Tech Center Drive,
Livonia, Michigan  48150
(734) 855-2600


To the Corporate Staff of TRW:

Firstly, please find enclosed three (3) copies of this document for your convenience, as I do not know the appropriate party or division that should properly receive it.

This letter is in regard to the proceeding(s) that took place in United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, 10004-1408, in the Honorable Robert D. Drain's courtroom, on Friday, October 26, 2007, at approximately 10:30 A.M., Eastern Standard Time (EST).  To a lesser degree, it also relates to the proceedings that took place in the downstairs banquet room at the *Radisson Inn (Kingsley Hotel), 39475 North Woodward Avenue, Bloomfield Hills, Michigan, 48304*, on the evening of Tuesday, December 04, 2007 (the presumed unencumbered sale of the property named and located at *Delphi Energy & Chassis Systems, Saginaw Operations, 2328 East Genesee, Saginaw, Michigan, 48601*).

This serves as *Constructive Legal and Administrative Notice*, by incorporation of *Letters to Congressional Representatives* dated January 04, 2008, being served to you at the location above by Certified Mail, and this *Notice* is a summary of the important points found therein.  I am including only the one copy, due to the cost of mailing and printing, so if the locations at *TRW Chassis Systems, 12025 Tech Center Drive, Livonia, Michigan, 48150-2122*, or *TRW Automotive, 18252 N Laurel Park Dr, Livonia, Michigan, 48152*, or other, need copies of the *LTCR* notice also, the resident agent at this location will have to see that the necessary ones are forwarded on.  Also, I have chosen not to send one to *DELPHI CORPORATION, et. al., DELPHI - DEBTOR IN POSSESSION,* DELPHI World Headquarters located at *5725 Delphi Drive, Troy, Michigan, 48098-2815*, and/or Delphi Corporation Tax Staff, as there is evidently no one on staff who knows how to read, and so, would be a complete waste of time and paper.  The same condition is evidently true for attorneys for Debtor Delphi et. al., *SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP*, who will also not receive a copy, unless you so choose to forward them one.

At any rate, a summary of the *Letters to Congressional Representatives* dated January 04, 2008, which is herein incorporated, specifically indicating for any of the number of reasons why the Lien that I have on *Delphi Energy & Chassis Systems, Saginaw Operations, 2328 East Genesee, Saginaw, Michigan, 48601,* is still valid, follows:

- The judgment in United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, 10004-1408, on Friday, October 26, 2007, at approximately 10:30 A.M., Eastern Standard Time (EST), by the Honorable Judge Robert D. Drain, is **WHOLLY VOID**.

- There are no statute of limitations on either fraud or void judgments.

- As a result, my Lien is valid.  (Copy of Lien served in October, 2007, to *TRW*).

- As a result of the void judgment and valid Lien, the sale of the facility at *2328 East Genesee, Saginaw, Michigan,* is still encumbered, invalid and **VOID**.

- As a result of the void sale of the facility at *2328 East Genesee, Saginaw, Michigan,* and valid Lien upon such, rent can be charged at a specific commercial rate upon enforcement of the Lien.  (I have an attorney looking at the maximum rate that can be charged.)

- Enforcement of the Lien is being sought through *Saginaw County Circuit Court* by attorneys at law, at such intermittent times as can be afforded or accorded.

- Upon enforcement of the Lien, which will necessarily entail calling all of the witnesses, and upon the resulting overturning of the decision from the proceedings on October 26, 2007, *supra*, the naturally related result of the overturned decision will be to proceed criminally against those involved.

- For the indifference given to me and contempt for the law, maximum sentences for incarceration will be sought on all guilty parties.

- ☺☺☺ Have a nice day!! ☺☺☺

I do hereby certify that, to the best of my knowledge and belief, the enclosed information is true, correct and complete.

| | |
|---|---|
| _____ | _____ |
| Date | Scott Darryl Reese |

Subscribed to and sworn before me this ____ day of _____, 200__ .

_____

Notary Public, _____ County, Michigan.

My Commission Expires: _____

*Notice to TRW Corporation* dated January 05, 2008          Page 2 of 2