"Private Sector" companies - Clay Shaw Letter

 

Michigan.gov Home          DLEG | Sitemap | Contact | Online Services | Agencies     Search

## CORPORATION DIVISION BUSINESS ENTITY SEARCH RESULTS

| Entity Name | ID Number | Type |
|---|---|---|
| DELPHI ACCOUNTING & TAX SERVICES, INC. | 50173D | Corporation |
| DELPHI APARTMENTS, LLC | B7231G | Limited Liability Company |
| DELPHI ART ASSOCIATED | 088625 | Assumed Name |
| DELPHI ASSOCIATES LLC | B4586U | Limited Liability Company |
| DELPHI ASSOCIATES, INC. | 116524 | Corporation |
| DELPHI ASSOCIATES, INC. | 328875 | Corporation |
| DELPHI AUTOMOTIVE SYSTEMS - ASHIMORI LLC | B77940 | Limited Liability Company |
| DELPHI AUTOMOTIVE SYSTEMS CORPORATION | 628580 | Prior Name |
| DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES, LLC | B93070 | Limited Liability Company |
| DELPHI AUTOMOTIVE SYSTEMS LLC | B91501 | True Name In Home State |
| DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP. | 640762 | Corporation |
| DELPHI AUTOMOTIVE SYSTEMS USA, LLC | B91501 | Limited Liability Company |
| DELPHI BATTERY CORPORATION | 185918 | Corporation |
| DELPHI BULDING COMPANY | 30169C | Assumed Name |
| DELPHI BUSINESS GROUP | 50173D | Assumed Name |
| DELPHI CARD MICHIGAN L.L.C. | D2481J | Limited Liability Company |
| DELPHI COMMUNICATIONS CORPORATION | 633422 | Prior Name |
| DELPHI CONSTRUCTION COMPANY | 446728 | Corporation |
| DELPHI CONSTRUCTION COMPANY | 389676 | Corporation |
| DELPHI CORPORATION | 628580 | Corporation |
| DELPHI CORPORATION | 087625 | Corporation |
| DELPHI CORPORATION | 628580 | Prior Name |
| DELPHI CORPORATION | 628580 | Prior Name |
| DELPHI CORPORATION (DE) | 628580 | Prior Name |
| DELPHI CRAFT SUPPLY CENTER | 088625 | Assumed Name |
| DELPHI DETROIT, INC. | 700866 | Corporation |
| DELPHI DIESEL SYSTEMS CORP. | 641237 | Corporation |
| DELPHI ENERGY AND ENGINE MANAGEMENT SYSTEMS UK OVERSEAS CORPORATION | 605391 | Corporation |
| DELPHI EQUITY RESOURCES INC. | 276841 | Corporation |
| DELPHI FILTRATION SERVICES, INC. | 00818X | Corporation |
| DELPHI FINANCIAL GROUP, INC. | 996315 | Registered Name |
| DELPHI FOUNDATION, INC. | 759942 | Corporation |
| DELPHI GROUP GMAC REAL ESTATE | D11226 | Assumed Name |
| DELPHI GROUP SERVICES | 50173D | Assumed Name |
| DELPHI GROUP, INC. | 230512 | Corporation |
| DELPHI INFORMATION SYSTEMS, INC. | 47336D | Corporation |
| DELPHI INFORMATION SYSTEMS, INC. | 634362 | Prior Name |
| DELPHI INSTRUCTIONAL DESIGNS, INC. | 391131 | Corporation |
| DELPHI INTEGRATED SERVICE SOLUTIONS, INC. | 07148A | Corporation |
| DELPHI INVESTMENTS | L05837 | Limited Partnership |
| DELPHI KITCHEN AND BATH INC. | 46029A | Corporation |

Total Records: 81                    Next Page ▶

More "P.S." c's




Michigan.gov Home        DLEG | Sitemap | Contact | Online Services | Agencies        Search

## CORPORATION DIVISION BUSINESS ENTITY SEARCH RESULTS

| Entity Name | ID Number | Type |
| --- | --- | --- |
| GENERAL MOTORS ACCEPTANCE CORPORATION | 663502 | Corporation |
| GENERAL MOTORS ACCEPTANCE CORPORATION | 619813 | Corporation |
| GENERAL MOTORS ACCEPTANCE CORPORATION, NORTH AMERICA | 649393 | Corporation |
| GENERAL MOTORS AIR POWER MFG. CO. INC. | 071140 | Corporation |
| GENERAL MOTORS AMATEUR RADIO CLUB | 735656 | Corporation |
| GENERAL MOTORS APPEARANCE SHOP, INC. | 367477 | Corporation |
| GENERAL MOTORS BLACK EXECUTIVE FORUM | 740226 | Corporation |
| GENERAL MOTORS CANCER RESEARCH FOUNDATION, INC. | 713610 | Corporation |
| GENERAL MOTORS CAR CENTER INC. | 491134 | Corporation |
| GENERAL MOTORS CORPORATION | 600526 | Corporation |
| GENERAL MOTORS CORPORATION | 49448A | Prior Name |
| GENERAL MOTORS CORPORATION, INC. | | Assumed Name |
| GENERAL MOTORS CYBERWORKS | 602974 | Assumed Name |
| GENERAL MOTORS DEVELOPMENT CORPORATION | 625602 | Prior Name |
| GENERAL MOTORS EMPLOYEES' CHORUS | 720444 | Corporation |
| GENERAL MOTORS EVENTWORKS, LLC | B91800 | Assumed Name |
| GENERAL MOTORS EXPORT CORPORATION | 631526 | Corporation |
| GENERAL MOTORS FOUNDATION, INC. | 872059 | Corporation |
| GENERAL MOTORS GLOBAL SERVICE OPERATIONS, INC. | 60042Y | Corporation |
| GENERAL MOTORS GRAND RAPIDS GIRL'S CLUB | 701486 | Corporation |
| GENERAL MOTORS INSTITUTE | 873059 | Prior Name |
| GENERAL MOTORS INSTITUTE ALUMNI ASSOCIATION, INC. | 874059 | Prior Name |
| GENERAL MOTORS INSTITUTE COLONY OF THETA TAU. | 875059 | Corporation |
| GENERAL MOTORS INSTITUTE OF TECHNOLOGY | 873059 | Prior Name |
| GENERAL MOTORS INTERAMERICA CORPORATION | 630526 | Prior Name |
| GENERAL MOTORS ISUZU COMMERCIAL TRUCK, LLC | B93516 | Limited Liability Company |
| GENERAL MOTORS MEDIAWORKS | 602974 | Assumed Name |
| GENERAL MOTORS MEN'S CLUB | 772335 | Corporation |
| GENERAL MOTORS MINORITY DEALER ASSOCIATION, INC. | 730177 | Corporation |
| GENERAL MOTORS MINORITY EMPLOYEES COALITION INC. | 708285 | Corporation |
| GENERAL MOTORS OVERSEAS COMMERCIAL VEHICLE CORPORATION | 601381 | Corporation |
| GENERAL MOTORS OVERSEAS CORPORATION | 638526 | Corporation |
| GENERAL MOTORS OVERSEAS DISTRIBUTION CORPORATION | 632526 | Corporation |
| GENERAL MOTORS PLANWORKS | 653959 | Assumed Name |
| GENERAL MOTORS PLANWORKS | 640748 | Assumed Name |
| GENERAL MOTORS PRODUCT SERVICES, INC. | 606698 | Corporation |
| GENERAL MOTORS R*WORKS, LLC | B91800 | Assumed Name |
| GENERAL MOTORS RESEARCH CORPORATION | 633526 | Corporation |
| GENERAL MOTORS RESEARCH CORPORATION | 631526 | Prior Name |
| GENERAL MOTORS WOMEN'S CLUB | 787660 | Corporation |