ARENT FOX LLP

**Return Date: January 25, 2008 at 10:00 am**

Mary Joanne Dowd (MD-0743)
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395
        and
1675 Broadway
New York, NY 10019
Telephone:  (212) 484-3900

*Attorneys for the Audio MPEG, Inc. and SISVEL*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No.: 05-44481 (RDD) |
| Debtors. | Jointly Administered |

| | |
|---|---|
| AUDIO MPEG, INC. and SOCIETA' ITALIANA PER LO SVILUPPO DELL'ELETTRONICA, S.I.SV.EL., S.p.A., | |
| Movants, | |
| v. | |
| DELPHI CORPORATION, *et al.*, | |
| Respondents. | |

### NOTICE OF MOTION OF AUDIO MPEG, INC. AND SISVEL TO MODIFY THE AUTOMATIC STAY TO PERFORM AUDIT UNDER LICENSE AGREEMENT

**PLEASE TAKE NOTICE** that on January 9, 2008, Audio MPEG, Inc. and S.I.SV.EL,

S.p.A (collectively, the "Movants"), by their counsel, filed the Motion of Audio MPEG, Inc. and

SISVEL to Modify the Automatic Stay to Perform Audit Under License Agreement (the

"Motion") seeking, in the abundance of caution and to the extent the automatic stay is applicable, modification of the automatic stay to perform an audit of the Debtors' books and records in accordance with the terms of the License Agreement between Debtors and Movants.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge on **January 25, 2008** at **10:00 a.m. ET** in Courtroom 610, 6th Floor, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion shall be made in writing, shall state with particularity the grounds for the objection and shall be filed with the Court and served on the undersigned so as to actually be received no later than three (3) days prior to the return date of the Motion.  Any such objection shall be filed with the Clerk of the Bankruptcy Court together with proof of service and a copy designated for chambers.

Respectfully submitted,

Dated:  January 9, 2008

 _/s/ Mary Joanne Dowd_
Mary Joanne Dowd (MD-0743)
Jeffrey N. Rothleder
ARENT FOX LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
Telephone: 202-857-6000
Facsimile: 202-857-6395
Email:  dowd.mary@arentfox.com
         and
1675 Broadway
New York, NY 10019
Telephone:  (212) 484-3900

*Counsel to Audio MPEG, Inc. and SISVEL*