BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By: German Yusufov (GY 1553)
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
AZ State Bar No. 023544
Attorney for Creditor Pima County

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
In re:                                                :   Chapter 11
                                                      :
                                                      :   Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                           :
                                                      :   (Jointly Administered)
                    Debtors.                          :
                                                      :
                                                      :
------------------------------------------------------x

PIMA COUNTY'S OBJECTION TO THE DISCOUNT RIGHTS OFFERING
PARTICIPATION AMOUNT

COMES NOW secured creditor Pima County, by and through undersigned counsel, and objects to the Discount Rights Offering Participation Amount.

1. Pima County is a secured creditor holding a non-dischargeable first priority claim secured by Debtors' property. As such, Pima County need not, nor is entitled, to participate in the Discount Rights Offering.

2. Pima County is filing this objection solely to protect its rights in the event and to the extent that the Court may determine that Pima County holds an unsecured claim subject to the Discount Rights Offering.

1

3. To that end, Pima County claims a participation amount equal to the amount stated in its proof of claim--$8,075.92, plus post-petition interest accruing up to the date of payment pursuant to Arizona Revised Statutes §§ 42-18053 and 42-17153. The total amount is currently $10,201.16. The documentation evidencing this amount is attached hereto.

Dated this 9th day of January, 2008.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

/s/ German Yusufov
German Yusufov (GY 1553)
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Attorney for Creditor Pima County

## CERTIFICATE OF SERVICE

I, Gina Inman, certify that on the 9th day of January, 2008, I caused to be served a true and correct copy of Pima County's Objection to the Discount Rights Offering Participation Amount on the following:

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Delphi Automotive Systems LLC
5725 Delphi Drive
Troy, Michigan 48098
Att'n: Legal Staff

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606-1285
Att'n: John Wm. Butler, Jr.
        John K. Lyons
Counsel for the Debtors

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Att'n: Alicia M. Leonhard

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n: Robert J. Rosenberg
        Mitchell A. Seider
        Mark A. Broude
Counsel for the Creditors' Committee

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Att'n: Brad E. Scheler
        Bonnie K. Steingart
        Vivek Melwani
Counsel for the Equity Committee

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10022
Att'n: Donald S. Bernstein
        Brian M. Resnick
Counsel for the Postpetition Lenders

*/s/ Gina Inman*
Gina Inman

3

Exhibit "A"



# Beth Ford
# Pima County Treasurer

## Personal Property Tax Inquiry

| TAX YEAR | 2005 | REFERENCE NO | 05012181258 | AS OF | 01/09/2008 |
|---|---|---|---|---|---|

| TAX BILLED | | TAX PAYER ADDRESS |
|---|---|---|
| FIRST HALF | $10,389.02 | DELPHI AUTOMOTIVE SYSTEMS |
| SECOND HALF | $10,389.02 | ATTN: TAX STAFF<br>PO BOX 5082 |
| TOTAL YEAR | $20,778.04 | TROY MI 48007 5082 |

| AMOUNTS PAID |||||  AMOUNTS DUE |||||
|---|---|---|---|---|---|---|---|---|---|
| HALF | TAX | INTEREST | MHR | TOTAL | HALF | TAX | INTEREST | MHR | TOTAL |
| FIRST | $10,389.02 | $0.00 | $0.00 | $10,389.02 | FIRST | $0.00 | $0.00 | $0.00 | $0.00 |
| SECOND | $2,419.36 | $0.00 | $0.00 | $2,419.36 | SECOND | $7,969.66 | $2,231.50 | $0.00 | $10,201.16 |
| SHERIFF SEIZURE FEE |||| $0.00 | SHERIFF SEIZURE FEE |||| $0.00 |
| NSF FEE |||| $0.00 | NSF FEE |||| $0.00 |
| RECLAIMED REFUNDS |||| $0.00 | RECLAIMED REFUNDS |||| $0.00 |
| TOTAL AMOUNT PAID |||| $12,808.38 | TOTAL AMOUNT DUE |||| $10,201.16 |

| PAYMENT HISTORY |||||||||
|---|---|---|---|---|---|---|---|---|
| PAYMENT DATE | DESCRIPTION | TAX | INTEREST | MHR | FEES SEIZE | FEES NSF | RECLAIM REF | REFUND | TOTAL |
| 09/12/2005 | FIRST HALF PAYMENT | $10,389.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,389.02 |
| 04/25/2006 | SECOND HALF PAYMENT | $2,419.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,419.36 |
| | TOTAL | $12,808.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,808.38 |

Wed Jan 09 14:47:35 MST 2008