GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
(212) 813-8800
Allan S. Brilliant (AB 8455)
Craig P. Druehl (CD 2657)
Meagan E. Costello (MC 0962)

- and -

GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
(617) 570-1330
Gina Lynn Martin (GM 1324)

Attorneys for Caspian Capital Advisors,
LLC; CR Intrinsic Investors, LLC; Davidson
Kempner Capital Management LLC; Elliott
Associates, L.P.; Nomura Corporate
Research & Asset Management, Inc.;
Northeast Investors Trust; and Whitebox
Advisors, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                             :
                                                   :    Chapter 11
                                                   :
DELPHI CORPORATION, et al.                         :    Case No. 05-44481 (RDD)
                                                   :
                        Debtors.                   :    Jointly Administered
                                                   :
-------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )SS.:
COUNTY OF NEW YORK )

      Stephen M. Wolpert, being duly sworn, deposes and says:

I am associated with of the law firm of Goodwin Procter LLP, am over eighteen years of age, and am not a party to or interested in the above-captioned case.

On January 9, 2008, I caused a copy of the following document:

OBJECTION OF CASPIAN CAPITAL ADVISORS, LLC; CR INTRINSIC INVESTORS, LLC; DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC; ELLIOTT ASSOCIATES, L.P.; NOMURA CORPORATE RESEARCH & ASSET MANAGEMENT, INC.; NORTHEAST INVESTORS TRUST; AND WHITEBOX ADVISORS, LLC TO MOTION OF FIDUCIARY COUNSELORS, INC. FOR ORDER ESTIMATING CLAIMS FOR PURPOSES OF VOTING ON PLAN OF REORGANIZATION

to be served in by overnight courier upon the parties listed on Schedule 1, and by overnight courier and electronic mail upon the parties listed on Schedule 2. In addition, courtesy copies were delivered to the chambers of Hon. Robert D. Drain.

Dated:  New York, New York
        January 9, 2008

                                                          /s/Stephen M. Wolpert

Sworn to before me this
9th day of January, 2008
  /s/Rosemary Cuciti
        Notary Public

Rosemary Cuciti
NOTARY PUBLIC- State of New York
No. 01CU6159158
Qualified in Kings County
Commission Expires January 2011

# SCHEDULE 1

<u>BY OVERNIGHT COURIER</u>

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn : Alicia M. Leonhard

**SCHEDULE 2**

BY OVERNIGHT COURIER AND E-MAIL

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn : General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn : Kayalyn A. Marafioti

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn : Robert J. Rosenberg
           Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn : Bonnie Steingart

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn : Kenneth S. Ziman
           Robert H. Trust
           William T. Russell, Jr.

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn : Donald Bernstein
           Brian Resnick

Buchanan Ingersoll & Rooney PC
Counsel for Fiduciary Counselors, Inc.
1 Chase Manhattan Plaza, 35th Floor
New York, NY 10005
Attn: William H. Schorling