| United States Bankruptcy Court<br>Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Delphi Automotive Systems LLC | Case Number:<br>05-44640 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Wichita County, Burkburnett Independent School District**

Name and address where notices should be sent:
Harold Lerew

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P. O. Box 8188
Wichita Falls, Texas 76307

Telephone Number: (940) 723-4323
Facsimile Number: (940) 723-8553
Email: hbky@pbfcm.com

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space is for Court Use Only

Account or other number by which creditor identifies debtor:
Please see attached Statement(s)

Check here if ☐ replaces
this claim  ☒ amends   a previously filed claim dated: 12/21/2005

**1. Basis for Claim:** Ad Valorem Property Taxes

**2. Date debt was incurred:** January 1st of each tax year, pursuant to Sections 32.01 and 32.07 of the Texas Property Tax Code

**3. If court judgment, date obtained:**

**4. Total amount of claim at time case filed:** $451,864.14
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim:**
☒ Check this box if your claim is secured by collateral (including a right of setoff). Claim secured by statutory tax lien provided by Sections 32.01 and 32.05 of the Texas Property Tax Code and Art. 8, Section 15 of the Texas Constitution.

Amount entitled to Secured Classification:

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☒ Other:   Business Personal Property

Value of Collateral:   Fully Secured

Amount of arrearage and other charges at time case filed included in secured claim, if any:

**6. Unsecured Priority Claim:**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority:
Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8) to the extent of any shortfall in collateral value and for personal liability.

**7. General Unsecured Claim:**
Amount Entitled to General Unsecured Classification:

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. This claim is not subject to any setoff or counterclaim.

This space is for court use only

**9. Supporting Documents:** Tax Statements on which this claim is founded are attached.

Date: February 13, 2006

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attorneys for Claimant

By: \s\Harold Lerew
    Harold Lerew
    SBN: 12220700

[RECEIVED stamp: CLAIMS PROCESSING CENTER, USBC, SDNY]

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152,3571

EXHIBIT B

# DELINQUENT TAX STATEMENT

WICHITA COUNTY TAX ASSESSOR-COLLECTOR
P O BOX 1471
WICHITA FALLS TX 76307


ATTORNEY NO. 22058


    DELPHI AUTOMOTIVE SYSTEMS LLC    223
    PO BOX 5082
    TROY MI 48007-0000


STATUS:B

| LEGAL DESCRIPTION | YEAR | AMOUNT | PEN & INT | TOTAL |
|---|---|---|---|---|
| BUSINESS PERSONAL PROPERTY @ 8600 N CENTRAL FRWY 55000000118 | | | | |
| | 2005 | 99,744.13 | .00 | 99,744.13 |
| LEGAL SUBTOTAL  99,744.13 | | | | |
| TOTAL DUE FOR WICHITA COUNTY | | | | 99,744.13 |
| | | | | |
| BUSINESS PERSONAL PROPERTY @ 8600 N CENTRAL FRWY 55000000118 | | | | |
| | 2005 | 352,120.01 | .00 | 352,120.01 |
| LEGAL SUBTOTAL  352,120.01 | | | | |
| TOTAL DUE FOR BURKBURNETT INDEPENDENT SCHOOL DISTRICT | | | | 352,120.01 |

```
****************************************************
* PAY THIS AMOUNT FOR OCT 2005  $    451,864.14 *
****************************************************
```