David N. Goldsweig
37599 Eagle Trace
Farmington Hills, MI 48331

United States Bankruptcy Court, Southern District of New York, Delphi Corporation, et al., Case Number 05-44481 (RDD)

This claim is timely by virtue of paragraph 5(d) of the order (Bar Date Order) of the above-cited court of April 12, 2006.

## DETAILS

| | |
|---|---|
| SERP to age 82 for self at $43,883.40 per year: | $702,134.40 |
| Spouse's SERP for 6 years beyond my age of 82 at $43,883.40 per year: | $263,300.40 |
| Health insurance to my age 82 for self and spouse at $3,000.00 per year: | $ 48,000.00 |
| Spouse's health insurance for 6 years beyond my age of 82 at $1500.00 per year: | $  9,000.00 |
| Replacement of life insurance cancelled by Delphi, which life insurance Delphi had represented would remain in force on my life indefinitely at Delphi's expense and the proceeds would go to my estate: | $200,000.00 |
| Umbrella liability insurance ($5 Million) to my age 82 at $700.00 per year: | $ 11,200.00 |
| | $1,233,634.80 |