UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al          Case No. 05-44481
                                                   Chapter 11 proceeding

        Debtor.                        [Jointly Administered]
_____/

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                              ) ss.
COUNTY OF GENESEE   )

      I hereby certify that on January 8, 2008, I electronically filed MacArthur Corporation's Objection to Debtor's Notice to Contract Counterparty with Multiple Addresses of Transmittal of Cure Amount Notice with the Clerk of the Court using the ECF system.

      I hereby certify that I have mailed by Federal Express (third business day delivery) the above pleadings to the following pursuant to the Notice:

            Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004

            Attn: General Counsel, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098

            Skadden Arps Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Attn: John K. Lyons and Ron E. Meisler

            Davis Polk & Wardwell, 450 Lexington Avenue, New York NY 10017, Attn: Donald Bernstein and Brian Resnick

            Latham & Watkins, LLP, 885 Third Avenue, New York NY 10022, Attn: Robert J. Rosenberg and Mark A. Broude

            Fried Frank Harris Shriver & Jacobson, LLP, One New York Plaza, New York NY 10004, Attn: Bonnie Steingart

Appaloosa Management, L.P., White & Case, LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Ste 4900, Miami FL 33131, Attn: Thomas E. Lauria

White & Case, LLP, 1144 Avenue of the Americas, New York NY 10036, Attn: Glenn M. Kurtz and Gregory Pryor

White & Case, LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Ste 4900, Miami FL 33131, Attn: Thomas E. Lauria

White & Case, LLP, 1155 Avenue of the Americas, New York NY 10036, Attn: John M. Reiss and Gregory Pryor

Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Ste 2100, New York NY 10004, Attn: Alicia M. Leonhard

/s/ Jamie A. Dickey
Jamie A. Dickey
G-9460 S. Saginaw Street, Suite A
Grand Blanc, MI 48439
Phone: (810) 579-3600
Email:   ecf@winegarden-law.com

PREPARED BY: Dennis M. Haley (P14538), WINEGARDEN, HALEY, LINDHOLM & ROBERTSON, P.L.C., G-9460 S. Saginaw Street, Suite A, Grand Blanc, MI 48439; (810) 579-3600
F:\APPS\DMH\M\MacArthur Corp\Delphi\Pleadings\Proof.ser.wpd