**Hearing Date: January 11, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
        In re                           :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED EIGHTEENTH CLAIMS HEARING AGENDA

<u>Location Of Hearing</u>:       United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters (37 Matters)

        1)    Seventh Omnibus Claims Objection Matter (1 Matter)

        2)    Ninth Omnibus Claims Objection Matters (17 Matters)

        3)    Eleventh Omnibus Claims Objection Matters (2 Matters)

        4)    Thirteenth Omnibus Claims Objection Matters (7 Matters)

        5)    Fifteenth Omnibus Claims Objection Matter (1 Matter)

        6)    Sixteenth Omnibus Claims Objection Matter (1 Matter)

        7)    Seventeenth Omnibus Claims Objection Matter (1 Matter)

        8)    Nineteenth Omnibus Claims Objection Matters (4 Matters)

        9)    Twenty-First Omnibus Claims Objection Matters (2 Matters)

        10)    Twenty-Second Omnibus Claims Objection Matter (1 Matter)

    C.    Contested Omnibus Claims Objection Matters (1 Matters)

**B.    Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters**

**1)    Seventh Omnibus Claims Objection Matter**

    1.    **"Claims Objection Hearing Regarding Claim Of Onyx Environmental Services Electronics Recycling Div."** – Claims Objection Hearing Regarding Claim Of Onyx Environmental Services Electronics Recycling Div. As Objected To On The Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6585)

        *Response Filed:*    *None*

2

| | |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6953)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims As Identified In Seventh Omnibus Claims Objection (Docket No. 7050)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 2344 (Onyx Environmental Services Electronics Recycling Div) (Docket No. 11720)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

**2)  Ninth Omnibus Claims Objection Matter**

2.  **"Claims Objection Hearing Regarding Claim Of Optical Cable Corporation, Inc."** – Claims Objection Hearing Regarding Claim Of Optical Cable Corporation, Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

| | |
|---|---|
| *Response Filed:* | *Response To Notice Of Objection To Claim Filed By Optical Cable Corporation (Docket No. 7227)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |

| | |
|---|---|
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As Identified In Ninth Omnibus Claim Objection (Docket No. 7507)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 742 (Optical Cable Corporation Inc) (Docket No. 11721)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

3. **"Claims Objection Hearing Regarding Claim Of PACE Analytical Services, Inc."** – Claims Objection Hearing Regarding Claim Of PACE Analytical Services, Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

| | |
|---|---|
| *Response Filed:* | *Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And (D) Claims Subject To Modification (Docket No. 7220)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To* |

4

<table>
<tr><td></td><td><em>Modification as Identified in Ninth Omnibus Claim Objection (Docket No. 7507)</em></td></tr>
<tr><td></td><td><em>Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1892 (Liquidity Solutions Inc) (Docket No. 11711)</em></td></tr>
<tr><td><em>Status:</em></td><td><em>A joint stipulation and agreed order will be submitted for consideration by the Court.</em></td></tr>
</table>

4.    **"Claims Objection Hearing Regarding Claim Of Saisha Technology And Circuits"** – Claims Objection Hearing Regarding Claim Of Saisha Technology And Circuits As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

<table>
<tr><td><em>Response Filed:</em></td><td><em>Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And (D) Claims Subject To Modification (Docket No. 7220)</em></td></tr>
<tr><td><em>Reply Filed:</em></td><td><em>Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)</em></td></tr>
<tr><td><em>Related Filings:</em></td><td><em>Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As Identified In Ninth Omnibus Claim Objection (Docket No. 7507)</em></td></tr>
<tr><td></td><td><em>Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of</em></td></tr>
</table>

*Claim Number 2288 (Liquidity Solutions Inc)*
*(Docket No. 11712)*

Status:        *A joint stipulation and agreed order will be*
*submitted for consideration by the Court.*

5.    **"Claims Objection Hearing Regarding Claim Of Marathon Roofing Products, Inc."** – Claims Objection Hearing Regarding Claim Of Marathon Roofing Products, Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

Response Filed:      *Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And (D) Claims Subject To Modification (Docket No. 7220)*

Reply Filed:      *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)*

Related Filings:      *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As Identified In Ninth Omnibus Claim Objection (Docket No. 7507)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 397 (Liquidity Solutions Inc) (Docket No. 11710)*

Status:        *A joint stipulation and agreed order will be submitted for consideration by the Court.*

6.      **"Claims Objection Hearing Regarding Claim Of Crown Paper Box Corporation"** – Claims Objection Hearing Regarding Claim Of Crown Paper Box Corporation As Assignee Of Solution Recovery Services, Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

| | |
|---|---|
| *Response Filed:* | *Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And (D) Claims Subject To Modification (Docket No. 7220)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As Identified In Ninth Omnibus Claim Objection (Docket No. 7507)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 3990 (Liquidity Solutions Inc) (Docket No. 11704)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

7.      **"Claims Objection Hearing Regarding Claim Of Indak Manufacturing Corporation EFT"** – Claims Objection Hearing Regarding Claim Of Indak Manufacturing Corporation EFT As Assignee Of Solution Recovery Services, Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently

Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

|  |  |
|---|---|
| *Response Filed:* | *Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And (D) Claims Subject To Modification (Docket No. 7220)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As Identified In Ninth Omnibus Claim Objection (Docket No. 7507)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 5563 (Liquidity Solutions Inc.) (Docket No. 11706)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

8. **"Claims Objection Hearing Regarding Claim Of Valmark Industries" –** Claims Objection Hearing Regarding Claim Of Valmark Industries As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

|  |  |
|---|---|
| *Response Filed:* | *Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented* |

*Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And (D) Claims Subject To Modification (Docket No. 7220)*

> *Reply Filed:*      *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)*

> *Related Filings:*      *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As Identified In Ninth Omnibus Claim Objection (Docket No. 7507)*

> *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1880 (Liquidity Solutions Inc.) (Docket No. 11703)*

> *Status:*      *A joint stipulation and agreed order will be submitted for consideration by the Court.*

9. **"Claims Objection Hearing Regarding Claim Of Ram Meter Inc." – Claims** Objection Hearing Regarding Claim Of Ram Meter Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

> *Response Filed:*      *Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And (D) Claims Subject To Modification (Docket No. 7220)*

> *Reply Filed:*      *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To*

*Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)*

*Related Filings:*    *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As Identified In Ninth Omnibus Claim Objection (Docket No. 7507)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 15600 (Liquidity Solutions Inc.) (Docket No. 11713)*

*Status:*    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

10.  **"Claims Objection Hearing Regarding Claim Of Sperry & Rice Mfg Co., LLC"** – Claims Objection Hearing Regarding Claim Of Sperry & Rice Mfg Co., LLC As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

*Response Filed:*    *Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And (D) Claims Subject To Modification (Docket No. 7220)*

*Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)*

10

|  |  |
|---|---|
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As Identified In Ninth Omnibus Claim Objection (Docket No. 7507)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 26 (Liquidity Solutions Inc) (Docket No. 11698)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

11. **"Claims Objection Hearing Regarding Claim Of SPCP Group LLC As Assignee Of Solution Recovery Services, Inc."** – Claims Objection Hearing Regarding Claim Of SPCP Group LLC As Assignee Of Solution Recovery Services, Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

|  |  |
|---|---|
| *Response Filed:* | *SPCP Group LLC As Assignee Of Solution Recovery Services, Inc.'s Response To The Debtor In Possession's Objection To Claims Subject To Modification (Docket No. 7230)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As Identified In Ninth Omnibus Claim Objection (Docket No. 7507)* |

*Notice Of Presentment Of Joint Stipulation And
Agreed Order Compromising And Allowing Proof Of
Claim Number 14143 (SPCP Group LLC As
Assignee Of Solution Recovery Services Inc) (Docket
No. 11728)*

*Status:*            *A joint stipulation and agreed order will be
submitted for consideration by the Court.*

12.    **"Claims Objection Hearing Regarding Claim Of Samtec Inc."** – Claims
Objection Hearing Regarding Claim Of Samtec Inc. As Objected To On The
Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)
Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And
(D) Claims Subject To Modification (Docket No. 6968)

*Response Filed:*        *Response Of Liquidity Solutions, Inc., As Assignee,
To Debtors' Ninth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Untimely Claims And (D) Claims
Subject To Modification (Docket No. 7220)*

*Reply Filed:*        *Debtors' Omnibus Reply In Support Of Debtors'
Ninth Omnibus Objection (Substantive) Pursuant To
11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Insufficiently Documented Claims, (B)
Claims Not Reflected On Debtors' Books And
Records, (C) Untimely Claims, And (D) Claims
Subject To Modification (Docket No. 7372)*

*Related Filings:*        *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 Disallowing And Expunging Certain
(A) Insufficiently Documented Claims, (B) Claims
Not Reflected On Debtors' Books And Records, (C)
Untimely Claims, And (D) Claims Subject To
Modification As Identified In Ninth Omnibus Claim
Objection (Docket No. 7507)*

*Notice Of Presentment Of Joint Stipulation And
Agreed Order Compromising And Allowing Proof Of
Claim Number 233 (Liquidity Solutions Inc) (Docket
No. 11700)*

12

> *Status:*                    *A joint stipulation and agreed order will be*
>                              *submitted for consideration by the Court.*

13.    **"Claims Objection Hearing Regarding Claim Of Bishop Company" –** Claims
       Objection Hearing Regarding Claim Of Bishop Company As Objected To On The
       Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b)
       And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)
       Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And
       (D) Claims Subject To Modification (Docket No. 6968)

> *Response Filed:*            *Objection Of Bishop Company To Debtors' Ninth*
>                              *Omnibus Objection (Undocketed)*
>
> *Reply Filed:*               *Debtors' Omnibus Reply In Support Of Debtors'*
>                              *Ninth Omnibus Objection (Substantive) Pursuant To*
>                              *11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To*
>                              *Certain (A) Insufficiently Documented Claims, (B)*
>                              *Claims Not Reflected On Debtors' Books And*
>                              *Records, (C) Untimely Claims, And (D) Claims*
>                              *Subject To Modification (Docket No. 7372)*
>
> *Related Filings:*           *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.*
>                              *Bankr. P. 3007 Disallowing And Expunging Certain*
>                              *(A) Insufficiently Documented Claims, (B) Claims*
>                              *Not Reflected On Debtors' Books And Records, (C)*
>                              *Untimely Claims, And (D) Claims Subject To*
>                              *Modification As Identified In Ninth Omnibus Claim*
>                              *Objection (Docket No. 7507)*
>
>                              *Notice Of Presentment Of Joint Stipulation And*
>                              *Agreed Order Compromising And Allowing Proof Of*
>                              *Claim Number 4263 (Bishop Co) (Docket No.*
>                              *11724)*
>
> *Status:*                    *A joint stipulation and agreed order will be*
>                              *submitted for consideration by the Court.*

14.    **"Claims Objection Hearing Regarding Claim Of Devco Corporation" –**
       Claims Objection Hearing Regarding Claim Of Devco Corporation As Objected To
       On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §
       502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented
       Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely
       Claims, And (D) Claims Subject To Modification (Docket No. 6968)

> *Response Filed:*            *Response To Objection Regarding Claim # 2938*
>                              *Filed By Devco Corporation (Docket No. 7219)*

*Reply Filed:*                    *Debtors' Omnibus Reply In Support Of Debtors'*
                                  *Ninth Omnibus Objection (Substantive) Pursuant To*
                                  *11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To*
                                  *Certain (A) Insufficiently Documented Claims, (B)*
                                  *Claims Not Reflected On Debtors' Books And*
                                  *Records, (C) Untimely Claims, And (D) Claims*
                                  *Subject To Modification (Docket No. 7372)*

*Related Filings:*                *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.*
                                  *Bankr. P. 3007 Disallowing And Expunging Certain*
                                  *(A) Insufficiently Documented Claims, (B) Claims*
                                  *Not Reflected On Debtors' Books And Records, (C)*
                                  *Untimely Claims, And (D) Claims Subject To*
                                  *Modification As Identified In Ninth Omnibus Claim*
                                  *Objection (Docket No. 7507)*

                                  *Notice Of Presentment Of Joint Stipulation And*
                                  *Agreed Order Compromising And Allowing Proof Of*
                                  *Claim Number 2938 (Devco Corporation) (Docket*
                                  *No. 11725)*

*Status:*                         *A joint stipulation and agreed order will be*
                                  *submitted for consideration by the Court.*

15.   **"Claims Objection Hearing Regarding Claim Of Matteson Ridolfi, Inc."** –
      Claims Objection Hearing Regarding Claim Of Matteson Ridolfi, Inc. As Objected
      To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C.
      § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented
      Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely
      Claims, And (D) Claims Subject To Modification (Docket No. 6968)

*Response Filed:*                 *Response Of Liquidity Solutions, Inc., As Assignee,*
                                  *To Debtors' Ninth Omnibus Objection (Substantive)*
                                  *Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.*
                                  *P. 3007 To Certain (A) Insufficiently Documented*
                                  *Claims, (B) Claims Not Reflected On Debtors' Books*
                                  *And Records, (C) Untimely Claims And (D) Claims*
                                  *Subject To Modification (Docket No. 7220)*

*Reply Filed:*                    *Debtors' Omnibus Reply In Support Of Debtors'*
                                  *Ninth Omnibus Objection (Substantive) Pursuant To*
                                  *11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To*
                                  *Certain (A) Insufficiently Documented Claims, (B)*
                                  *Claims Not Reflected On Debtors' Books And*

14

|  |  |
|---|---|
|  | *Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As Identified In Ninth Omnibus Claim Objection (Docket No. 7507)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 4014 (Liquidity Solutions Inc) (Docket No. 11705)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

16. **"Claims Objection Hearing Regarding Claim Of Versatile Engineering"** – Claims Objection Hearing Regarding Claim Of Versatile Engineering As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

|  |  |
|---|---|
| *Response Filed:* | *Notice Of Objection To Claim Filed By Versatile Engineering (Docket No. 7204)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As Identified In Ninth Omnibus Claim Objection (Docket No. 7507)* |

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 3840 (Versatile Engineering) (Docket No. 11730)*

*Status:*   *A joint stipulation and agreed order will be submitted for consideration by the Court.*

17. **"Claims Objection Hearing Regarding Claim Of Greif Inc. GCC Drum"** – Claims Objection Hearing Regarding Claim Of Greif Inc. GCC Drum As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

*Response Filed:*   *Objection Of Greif Inc. GCC Drum To Debtors' Ninth Omnibus Objection (Undocketed)*

*Reply Filed:*   *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)*

*Related Filings:*   *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As Identified In Ninth Omnibus Claim Objection (Docket No. 7507)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 2007 (Greif Inc GCC Drum) (Docket No. 11716)*

*Status:*   *A joint stipulation and agreed order will be submitted for consideration by the Court.*

18. **"Claims Objection Hearing Regarding Claim Of Stimpson Edwin B Co Inc "** – Claims Objection Hearing Regarding Claim Of Stimpson Edwin B Co Inc As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently

Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

|  |  |
|---|---|
| *Response Filed:* | *Response To Motion Nineth Omnibus Objection To Claims On Behalf Of Edwin B Stimpson* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As Identified In Ninth Omnibus Claim Objection (Docket No. 7507)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 15607 (Stimpson Edwin B Co Inc) (Docket No. 11729)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

### 3) Eleventh Omnibus Claims Objection Matter

19.   **"Claims Hearing Regarding Claim Of Hyatt Legal Plans, Inc."** – Claims Objection Hearing Regarding Claim Of Hyatt Legal Plans, Inc. As Objected To On The Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7301)

|  |  |
|---|---|
| *Response Filed:* | *Response Of Creditor Hyatt Legal Plans, Inc. To Debtors' Eleventh Omnibus Claims Objection (Docket No. 7661)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To* |

*Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7755)*

*Related Filings:*     *Order Pursuant To  11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As Identified In Eleventh Omnibus Claim Objection (Docket No. 7771)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1928 (Hyatt Legal Plans Inc) (Docket No. 11718)*

*Status:*     *A joint stipulation and agreed order will be submitted for consideration by the Court.*

20.    **"Claims Hearing Regarding Claim Of Ore Hill Hub Fund"** – Claims Objection Hearing Regarding Claim Of Ore Hill Hub Fund As Objected To On The Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7301)

*Response Filed:*     *Response Of Castrol Industrial North America To Debtors' Eleventh Omnibus Claims Objection (Docket No. 7668)*

*Reply Filed:*     *Debtors' Omnibus Reply In Support Of Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7755)*

*Related Filings:*     *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification As*

18

*Identified In Eleventh Omnibus Claim Objection (Docket No. 7771)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 8676 (Ore Hill Hub Fund Ltd) (Docket No. 11722)*

Status:      *A joint stipulation and agreed order will be submitted for consideration by the Court.*

## 4)  Thirteenth Omnibus Claims Objection Matter

21. **"Claims Objection Hearing Regarding Claim Of Liquidity Solutions Inc. d/b/a Revenue Management As Assignee of Elektrisola Inc."** – Claims Objection Hearing Regarding Claim Of Liquidity Solutions Inc. d/b/a Revenue Management As Assignee of Elektrisola Inc. As Objected To On The Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)

Response Filed:      *Supplemental Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement  (Docket No. 8275)*

Reply Filed:      *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification,*

*Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)*

*Related Filings:*          *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement As Identified In Thirteenth Omnibus Claim Objection (Docket No. 8194)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 15455 (Liquidity Solutions Inc) (Docket No. 11707)*

*Status:*          *A joint stipulation and agreed order will be submitted for consideration by the Court.*

22.    **"Claims Objection Hearing Regarding Claim Of Machined Products"** – Claims Objection Hearing Regarding Claim Of Machined Products As Objected To On The Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)

*Response Filed:*          *Response Of Machined Products To Debtors' Thirteenth Omnibus Objection To Claims (Docket No. 8181)*

*Reply Filed:*          *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification,*

*Tax Claims Subject To Modification, And Claims
Subject To Modification And Reclamation
Agreement (Docket No. 8101)*

Related Filings:           *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 Disallowing And Expunging Certain
(A) Insufficiently Documented Claims, (B) Claims
Not Reflected On Debtors' Books And Records, (C)
Protective Insurance Claims, (D) Insurance Claims
Not Reflected On Debtors' Books And Records, (E)
Untimely Claims And Untimely Tax Claims, And (F)
Claims Subject To Modification And Reclamation
Agreement As Identified In Thirteenth Omnibus
Claim Objection (Docket No. 8194)*

*Notice Of Presentment Of Joint Stipulation And
Agreed Order Compromising And Allowing Proof Of
Claim Number 5115 (Machined Products Co)
(Docket No. 11726)*

Status:                    *A joint stipulation and agreed order will be
submitted for consideration by the Court.*

23.  **"Claims Objection Hearing Regarding Claim Of Honeywell International
Aerospace"** – Claims Objection Hearing Regarding Claim Of Honeywell
International Aerospace As Objected To On The Debtors' Thirteenth Omnibus
Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected
On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance
Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And
Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims
Subject To Modification, And Claims Subject To Modification And Reclamation
Agreement (Docket No. 7825)

Response Filed:            *Response Of Honeywell International - Aerospace
To Debtor's Thirteenth Omnibus Objection To
Claims (Claim No. 1477) (Docket No. 8044)*

Reply Filed:              *Debtors' Omnibus Reply In Support Of Debtors'
Thirteenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Protective Insurance Claims, (D)
Insurance Claims Not Reflected On Debtors' Books
And Records, (E) Untimely Claims And Untimely*

21

*Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)*

Related Filings:    *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement As Identified In Thirteenth Omnibus Claim Objection (Docket No. 8194)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1477 (Honeywell International Aerospace) (Docket No. 11717)*

Status:    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

24.    **"Claims Objection Hearing Regarding Claim Of Integris Metals Grand Rapids" –** Claims Objection Hearing Regarding Claim Of Integris Metals Grand Rapids. As Objected To On The Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)

Response Filed:    *Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement (Docket No. 7989)*

22

|  |  |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement As Identified In Thirteenth Omnibus Claim Objection (Docket No. 8194)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 199 (Liquidity Solutions Inc) (Docket No. 11699)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

25. **"Claims Objection Hearing Regarding Claim Of Epcos, Inc."** – Claims Objection Hearing Regarding Claim Of Epcos, Inc. As Objected To On The Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)

|  |  |
|---|---|
| *Response Filed:* | *Response And Objection Of SPCP GROUP, LLC To The Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. 502(b) And Fed.* |

*R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement  (Docket No. 8078)*

*Reply Filed:*          *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)*

*Related Filings:*          *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement As Identified In Thirteenth Omnibus Claim Objection (Docket No. 8194)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 8946 (SPCP Group LLC As Assignee Of Epcos Inc) (Docket No. 11727)*

*Status:*          *A joint stipulation and agreed order will be submitted for consideration by the Court.*

26.     **"Claims Objection Hearing Regarding Claim Of Zeller Electric Of Rochester Inc. a/k/a Zeller Electric, Inc."** – Claims Objection Hearing Regarding Claim Of Zeller Electric Of Rochester Inc. a/k/a Zeller Electric, Inc. As Objected To On The

24

Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §
502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective
Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And
Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject
To Modification, Tax Claims Subject To Modification, And Claims Subject To
Modification And Reclamation Agreement (Docket No. 7825)

| | |
|---|---|
| *Response Filed:* | *Response To Thirteenth Omnibus Objection By Zeller Electric Of Rochester Inc. a/k/a Zeller Electric, Inc. (Docket No. 8046)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement As Identified In Thirteenth Omnibus Claim Objection (Docket No. 8194)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12374 (Zeller Electric Of Rochester Inc aka Zeller Electric Inc) (Docket No. 11731)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

27. **"Claims Objection Hearing Regarding Claim Of CH2M HILL Spain, S.L."** –
Claims Objection Hearing Regarding Claim Of CH2M HILL Spain, S.L. As

Objected To On The Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)

|  |  |
|---|---|
| *Response Filed:* | *Response To Notice Of Objection To Claims Filed By CH2M Hill, Inc. (Docket No. 8073)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement As Identified In Thirteenth Omnibus Claim Objection (Docket No. 8194)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 15138 (Ch2m Hill Spain SL) (Docket No. 11715)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

**5) Fifteenth Omnibus Claims Objection Matter**

28. **"Claims Objection Hearing Regarding Claim Of Bayer Material Science LLC"** – Claims Objection Hearing Regarding Claim Of Bayer Material Science LLC As Objected To On The Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999)

| | |
|---|---|
| *Response Filed:* | *Response Of Quick Cable Corporation To Debtor's Fifteenth Omnibus Objection (Undocketed)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8396)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Fifteenth Omnibus Claims Objection (Docket No. 8443)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 9577 (Bayer Materialscience LLC) (Docket No. 11708)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

**6) Sixteenth Omnibus Claims Objection Matter**

29. **"Claims Objection Hearing Regarding Claim Of American International Group Inc. And Its Related Entities"** – Claims Objection Hearing Regarding Claim Of American International Group Inc. And Its Related Entities As Objected To On The Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims  (Docket No. 8271)

| | |
|---|---|
| *Response Filed:* | *AIG Member Companies' Response To Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Re: Proof Of Claims Nos. 1374 Through 1387) (Docket No. 8595)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8667)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007  Disallowing And Expunging (A) Duplicate Or Amended Claims And (B) Protective Claims Identified In Sixteenth Omnibus Claims Objection (Docket No. 8738)* |
| | *Counterproposal Of AIG Member Companies To Debtors Proposed Maximum Cap On Claims (Docket No. 9560)* |
| | *Notice of Adjournment of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Nos. 1373, 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386 and 1387 (Docket No. 10736)* |
| | *Amended Notice of Adjournment of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Nos. 1373, 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386 and 1387 (Docket No. 10762)* |
| | *Second Amended Notice of Adjournment of Estimation Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 1373, 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386 And 1387 (AIG) (Docket No. 10865)* |

*Third Amended Notice of Adjournment Of
Estimation Hearing With Respect To Debtors'
Objection To Proofs Of Claim Nos. 1373, 1374,
1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382,
1383, 1384, 1385, 1386 and 1387 (Docket No.
10941)*

*Fourth Notice of Adjournment of Estimation
Hearing With Respect To Debtors' Objection To
Proof Of Claim Nos. 1373, 1374, 1375, 1376, 1377,
1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385,
1386 And 1387 (AIG) (Docket No. 11199)*

*Notice of Presentment of Stipulation And Agreed
Order Between Debtors' And American
International Group, Inc. Compromising And
Estimating Proofs Of Claim Numbers 1374, 1375,
1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383,
1384, 1385, 1386 and 1387 (Docket No. 11733)*

*Status:*        *A joint stipulation and agreed order will be
submitted for consideration by the Court.*

**7) Seventeenth Omnibus Claims Objection Matters**

30.    **"Claims Objection Hearing Regarding Claims Of SPX Corporation Contech
Division "** – Claims Objection Hearing Regarding Claim Of SPX Corporation
Contech Division As Objected To On The Debtors' Seventeenth Omnibus
Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected
On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors'
Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E)
Claims Subject To Modification, Tax Claims Subject To Modification, And
Modified Claims Asserting Reclamation (Docket No. 8270)

*Response Filed:*        *Response Of Contech LLC To Debtors' Seventeenth
Omnibus Claims Objection (Docket No. 8542)*

*Reply Filed:*        *Debtors' Omnibus Reply In Support Of Debtors'
Seventeenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Insurance Claim Not Reflected On
Debtors' Books And Records, (D) Untimely Claims
And Untimely Tax Claims, And (E) Claims Subject*

29

<table>
<tr><td></td><td>To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8668)</td></tr>
</table>

|  |  |
|---|---|
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Seventeenth Omnibus Claims Objection (Docket No. 8737)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10397 (Contech LLC) (Docket No. 11709)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

## 8) Nineteenth Omnibus Claims Objection Matters

31. **"Claims Objection Hearing Regarding Claim Of Elkhart Products Corporation"** – Claims Objection Hearing Regarding Claim Of Elkhart Products Corporation As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

|  |  |
|---|---|
| *Response Filed:* | *Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To § 502(b) Of The Bankruptcy Code And Federal Rule Of Bankruptcy Procedure 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting* |

|  | *Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8928)* |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (Docket No. 9225)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 432 (Liquidity Solutions Inc) (Docket No. 11701)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

32. **Claims Objection Hearing Regarding Claim Of Vector Cantech, Inc." –** Claims Objection Hearing Regarding Claim Of Vector Products Corporation As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

|  |  |
|---|---|
| *Response Filed:* | *Response Vector Cantech, Inc.'s Response To The Debtors Nineteenth Omnibus Objection (Substantive) To Certain Claims  (Docket No. 8991)* |

Reply Filed:

*Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)*

Related Filings:

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (Docket No. 9225)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 14065 (Vector Cantech Inc) (Docket No. 11723)*

Status:

*A joint stipulation and agreed order will be submitted for consideration by the Court.*

33.    **"Claims Objection Hearing Regarding Claim Of Akzo Nobel Coatings, Inc."** – Claims Objection Hearing Regarding Claim Of Akzo Nobel Coatings, Inc. As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

Response Filed:

*Response Of Akzo Nobel Coatings, Inc. To The Debtors' Nineteenth Omnibus Objection to Claims (Docket No. 8902)*

Reply Filed:

*Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.*

*P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)*

Related Filings:          *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (Docket No. 9225)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 15234 (Akzo Nobel Coatings Inc) (Docket No. 11714)*

Status:          *A joint stipulation and agreed order will be submitted for consideration by the Court.*

34.   **"Claims Objection Hearing Regarding Claim Of Michigan Rubber Products, Inc."** – Claims Objection Hearing Regarding Claim Of Michigan Rubber Products, Inc. As Objected To On The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

Response Filed:          *Response of Liquidity Solutions, Inc., as Assignee, to Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant to § 502(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting*

*Reclamation, and Consensually Modified and Reduced Claims (Docket No. 8928)*

Reply Filed:    *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)*

Related Filings:    *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Book And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (Docket No. 9225)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 1748 (Liquidity Solutions Inc) (Docket No. 11702)*

Status:    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

## 9)  Twenty-First Omnibus Claims Objection Matter

35.   **"Claims Objection Hearing Regarding Claim Of Keystone Powdered Metal Company"** – Claims Objection Hearing Regarding Claim Of Keystone Powdered Metal Company As Objected To On Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535)

Response Filed:    *Response Of Keystone Powdered Metal Company to Debtors' Twenty-First Omnibus Objections*

34

*Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 10630)*

*Reply Filed:*         *Debtors' Omnibus Reply In Support Of Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 10713)*

*Related Filings:*         *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation Identified In Twenty-First Omnibus Objection (Docket No. 10728)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 15792 (Keystone Powdered Metal Company) (Docket No. 11719)*

*Status:*         *A joint stipulation and agreed order will be submitted for consideration by the Court.*

36.    **"Claims Objection Hearing Regarding Claim Of 3M Company" –** Claims Objection Hearing Regarding Claim Of 3M Company As Objected To On Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To

Modification, Tax Claim Subject To Modification, And Modified Claims Asserting
Reclamation (Docket No. 9535)

|  |  |
|---|---|
| *Response Filed:* | *Response Of 3M Company To The Debtors Twenty-First Omnibus Objection To Claims (Docket No. 10628)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 10713)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation Identified In Twenty-First Omnibus Objection (Docket No. 10728)* |
|  | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2468 (3M Company) (Docket No. 11718)* |
|  | *Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 2468 (3M Company) (Docket No. 11227)* |
|  | *Notice of Presentment Of Joint Stipulation And Agreed Order Between Debtors' And 3M Company Compromising And Allowing Proof Of Claim Number 2468 (Docket No. 11732)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

36

**10) Twenty-Second Omnibus Claims Objection Matter**

37.  **"Claims Objection Hearing Regarding Claim Of Morgan Advanced
     Ceramics/Diamonex"** - Claim Objection Hearing Regarding Claim Of Morgan Advanced
     Ceramics/Diamonex As Objected To On The Debtors' Twenty-Second
     Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
     Certain (A) Duplicate or Amended Claims, (B) Equity Claims, (C) Insufficiently
     Documented Claims, (D) Claims Not Reflected on Debtors' Books and Records, (E)
     Untimely Claims, and (F) Claims Subject To Modification, Tax Claims Subject To
     Modification, Modified Claims Asserting Reclamation, Claims Subject To
     Modification That Are Subject To Prior Orders, And Modified Claims Asserting
     Reclamation That Are Subject To Prior Orders (Docket No. 10738)

     | | |
     |---|---|
     | *Response Filed:* | *Response To Twenty-Second Omnibus Claims Objection On Behalf Of Morgan Advanced Ceramics/Diamonex (Docket No. 10991)* |
     | *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 11143)* |
     | *Related Filings:* | *None.* |
     | *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

**D) Contested Matters**

38.  **"Claims Objection Hearing Regarding Claims Of Lightsource Parent
     Corporation And Guide Corporation"** – Claims Objection Hearing Regarding
     Claim Of Lightsource Parent Corporation As Objected To On The Debtors' (I)
     Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed.
     R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B)
     Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject
     To Modification And (II) Motion To Estimate Contingent And Unliquidated

Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452); Debtors' Twentieth
Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented
Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely
Claim, And (E) Claims Subject To Modification, Tax Claims Subject To
Modification, Modified Claims Asserting Reclamation, Consensually Modified
And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To
Modification (Docket No. 9151)

Responses Filed:          *Response Of Lightsource Parent Corporation To
                          Debtors' (I) Third Objection (Substantive) Pursuant
                          To 11 U.S.C. A 502(b) And Fed. R. Bankr. 3007 To
                          Certain (A) Claims With Insufficient Documentation,
                          (B) Claims Unsubstantiated By Debtors' Books And
                          Records, And (C) Claims Subject To Modification
                          And (II) Motion To Estimate Contingent And
                          Unliquidated Claims Pursuant To 11 U.S.C. § 502(c)
                          (Docket No. 5759)*

                          *Supplemental Response Of Lightsource Parent
                          Corporation To Debtors' (I) Third Objection
                          (Substantive) Pursuant To 11 U.S.C. A 502(b) And
                          Fed. R. Bankr. 3007 To Certain (A) Claims With
                          Insufficient Documentation, (B) Claims
                          Unsubstantiated By Debtors' Books And Records,
                          And (C) Claims Subject To Modification And (II)
                          Motion To Estimate Contingent And Unliquidated
                          Claims Pursuant To 11 U.S.C. § 502(c) (Docket No.
                          6649)*

                          *Response Of Guide Corporation To Debtors'
                          Twentieth Omnibus Objection Pursuant To 11 U.S.C.
                          § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A)
                          Duplicate And Amended Claims, (B) Insufficiently
                          Documented Claims, (C) Claims Not Reflected On
                          Debtors' Books And Records, (D) Untimely Claim
                          [sic], And (E) Claims Subject To Modification, Tax
                          Claims Subject To Modification, Modified Claims
                          Asserting Reclamation, Consensually Modified And
                          Reduced Tort Claims, And Lift Stay Procedures
                          Claims Subject To Modification (Docket No. 9426)*

Reply Filed:              *Debtors' Omnibus Reply In Support Of Debtors' (I)
                          Third Omnibus Objection (Substantive) Pursuant To
                          11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
                          Certain (A) Claims With Insufficient Documentation,*

38

*(B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

*Debtors' Omnibus Reply In Support Of Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9617)*

*Debtors' Supplemental Reply To The Responses Of Lightsource Parent Corporation And Guide Corporation To The Debtors' Objections To Proofs Of Claim Nos. 14070 And 14245 (Docket No. 11636)*

*Related Filings:*    *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification Identified In Twentieth Omnibus Claims Objection (Docket No. 9692)*

39

*Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 14245 (Lightsource Parent Corporation) (Docket No. 6203)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14245 (Lightsource Parent Corporation) (Docket No. 6821)*

*Notice Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 14070 And 14245 (Lightsource Parent Corporation And Guide Corporation) (Docket No. 11393)*

*Response Of Guide Corporation And Lightsource Parent Corporation To Debtors' Supplemental Reply To The Responses Of Lightsource And Guide To The Debtors Objections To Proofs Of Claim Nos. 14070 and 14245 (Docket No. 11767)*

*Status:*                                *The hearing with respect to this matter will be proceeding.*

Dated:  New York, New York
        January 10, 2008

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By: /s/  John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

        - and -

By:  /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
        *Debtors and Debtors-in-Poss*