SOMMER BARNARD PC
Jeffrey J. Graham
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Attorney for Small Parts, Inc., Creditor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:                                              :      Chapter 11
                                                    :      Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                       :
                                                    :      (Jointly Administered)
            Debtors.                                :
-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, PRO HAC VICE

Jeffrey J. Graham, having represented that he is a member in good standing of the bar of the State of Indiana, has requested admission, *pro hac vice*, to represent Small Parts, Inc., a creditor of one or more of the debtors in these cases. The Court, having considered the motion to appear *pro hac vice*, finds that it should be granted.

IT IS THEREFORE CONSIDERED AND ORDERED that Jeffrey J. Graham is admitted to practice, *pro hac vice*, in the above-captioned cases in the Untied States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, NY

_____           _____
                           UNITED STATES BANKRUPTCY JUDGE

**711433**

**DISTRIBUTION:**

Master Service List
2002 Service List