# **Exhibit B**

44.    The Debtors shall be authorized to provide a notice titled Notice To Holders, Assignees, Transferees, And Purchasers Of Claims Of Cure Procedures Established Under Solicitation Procedures Order, the form of which is attached hereto as <u>Exhibit P</u> and hereby approved, to parties that may have purchased claims from certain of the Debtors' Material Supply Agreement counterparties who have been provided with a cure payment election pursuant to the Cure Amount Notice.  This shall be the only notice the Debtors shall be required to provide to these purchasers with respect to the cure and these purchasers shall have no rights or recourse against the Debtors with respect to the cure.

Exhibit P -- Notice To Holders, Assignees, Transferees, And Purchasers
Of Claims Of Cure Procedures Established Under Solicitation
Procedures Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -    x
                                                     :
                                                     :
    In re                        :    Chapter 11
                                                     :
DELPHI CORPORATION, et al.,                          :    Case No. 05-44481 (RDD)
                                                     :
                Debtors.    :    (Jointly Administered)
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - -    x

NOTICE TO HOLDERS, ASSIGNEES, TRANSFEREES, AND PURCHASERS OF CLAIMS OF
CURE PROCEDURES ESTABLISHED UNDER SOLICITATION PROCEDURES ORDER

PLEASE TAKE NOTICE that on December __, 2007 the United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court") entered an order (the "Solicitation Procedures
Order") (Docket No. ____) (i) approving the disclosure statement (the "Disclosure Statement") with respect
to the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and
Debtors-In-Possession (the "Plan"), filed by Delphi Corporation and its affiliated debtors and debtors-in-
possession (the "Debtors") and (ii) authorizing the Debtors to solicit votes on the Plan.

PLEASE TAKE FURTHER NOTICE that pursuant to Article 8.2 of the Plan, the Debtors will cure
defaults, as required under 11 U.S.C. § 365, related to certain contracts (the "Material Supply Agreements")
which the Debtors intend to assume or assume and assign.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Solicitation Procedures Order, the
Debtors have sent a Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or
Assumed And Assigned Under Plan Of Reorganization (the "Cure Notice") to the Material Supply
Agreement counterparties for those Material Supply Agreements the Debtors seek to assume or assume and
assign under the Plan (the "Counterparties").

PLEASE TAKE FURTHER NOTICE that the Cure Notice provides the Counterparties with, among
other things, the right to elect to be paid the cure amount to which the party receiving cure is entitled in cash
or the plan currency being offered to holders of general unsecured claims under Article 5.3 of Plan.

PLEASE TAKE FURTHER NOTICE that you are receiving this notice as a courtesy because the
claims register of Kurtzman Carson Consultants, LLC, the claims agent approved by the Bankruptcy Court,
indicates that you may hold or may have purchased a claim from one or more of the Counterparties to whom
the Cure Notice and election was sent. This election might impact the currency to be distributed to such
Counterparty which in turn might affect the claim that you hold or have purchased. Pursuant to the
Solicitation Procedures Order, the Debtors are authorized, but not directed, to remit resolved or uncontested
distributions on account of cure directly to the contract party whose contract is being assumed or assumed
and assigned. This is the only notice that you will be sent in this regard.

**Your rights with regard to a claim you hold or purchased might be affected by the election
right described in the Cure Notice as summarized above.**

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

Dated:    New York, New York
          December ___, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
          John Wm. Butler, Jr. (JB 4711)
          George N. Panagakis (GP 0770)
          Ron E. Meisler (RM 3026)
          Nathan Stuart (NS 7872)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

            - and -
          Kayalyn A. Marafioti (KM 9632)
          Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036

      Attorneys for Delphi Corporation, et al.,
        Debtors and Debtors-in-Possession