Sheila R. Schwager, ISB No. 5059
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: srs@hteh.com

Attorneys for Claimant Contrarian Funds LLC as
Assignee of ARAMARK Uniform & Career
Apparel Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
         In Re:                                         :   Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :   Case No. 05-44481 (RDD)
                                                        :
                                                        :   (Jointly Administered)
                                                        :
                                                        :
         Debtors.                                       :
                                                        :
------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Sheila R. Schwager, a member in good standing of the Bar in the State of Idaho and the

Bar of the U.S. District Court for the District of Idaho, request admission, *pro hac vice*, before

the Honorable Robert D. Drain, as counsel for Contrarian Funds LLC as Assignee of the claim of

ARAMARK Uniform & Career Apparel Inc., dba ARAMARK Uniform Services and

ARAMARK c/o StarSource in the above-referenced bankruptcy case.

MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice* - 1

41861 0071 1121833 1

My address is:

    Sheila R. Schwager, Idaho State Bar No. 5059
    HAWLEY TROXELL ENNIS & HAWLEY LLP
    877 Main Street, Suite 1000
    P.O. Box 1617
    Boise, ID 83701-1617
    Telephone: (208) 344-6000
    Facsimile: (208) 342-3829
    Email: srs@hteh.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

DATED THIS 10th day of January, 2008.

                HAWLEY TROXELL ENNIS & HAWLEY LLP

                By _____
                Sheila R. Schwager, ISB No. 5059
                Attorneys for Claimant Contrarian Funds LLC
                as Assignee of ARAMARK Uniform & Career
                Apparel Inc., dba ARAMARK Uniform
                Services and ARAMARK c/o StarSource

MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice* - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2008, I electronically filed the foregoing MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice* with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

- and -

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

[Attorneys for Debtors and Debtors-in-Possession Delphi Corporation, et al.]

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

_____
Sheila R. Schwager

MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice* - 3

41861 0071 1121833 1