BARNES & THORNBURG LLP
Attorneys for Bank of America, N.A.
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone: (616) 742-3936
Email: pmears@btlaw.com

John T. Gregg, Admitted Pro Hac Vice
Telephone: (616) 742-3945
Email: jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Document Served:  -  **LIMITED OBJECTION OF BANK OF AMERICA, N.A. TO FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by overnight courier on the date indicated below.

Date of Service: January 10, 2008     I declare that the statement above is true to the best of my information, knowledge and belief.

/s/John T. Gregg
John T. Gregg

# **EXHIBIT A**

John Wm. Butler, Jr.
George N. Panagakis
Ron E. Meisler
Nathan L. Stuart
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

Brad Eric Scheler
Bonnie K. Steingart
Vivek Melwani
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

Thomas E. Lauria
Michael C. Shepherd
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL  33131

Jeffrey L. Tanenbaum
Michael P. Kessler
Robert J. Lemons
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY  10036

Robert J. Rosenberg
Mitchell A. Seider
Mark A. Broude
Latham & Wakins LLP
885 Third Avenue
New York, NY  10022

Donald S. Bernstein
Brian M. Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10022

Gerard H. Uzzi
Glenn M. Kurtz
Douglas P. Baumstein
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036