McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
Eduardo J. Glas (EG-7027)
Attorneys for Automodular Assemblies Inc., Tec-Mar Distribution Services, Inc.,
and Automodular Assemblies (Ohio) Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | Chapter 11 |
| | : | |
| In re: | : | Case Nos. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| DELPHI CORPORATION | : | |
| INC., et al. | : | |
| | : | |
| | : | |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Eduardo J. Glas, do hereby certify as follows:

1.   On  January 10, 2008, I caused to be filed: (i) Limited Objection of Automodular Corporation f/k/a Automodular Assemblies, Inc., Tec-Mar Distribution Services, Inc., and Automodular Assemblies (Ohio) Inc. to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession [D.I. #11386] (the "Limited Objection") (**ECF Doc. #11876**).

2.   On January 10, 2008, I caused a copy of the Limited Objection to be served via electronic transmission through the ECF System on all parties who have filed a notice of appearance or request for documents as follows:

Anne Marie Aaronson     aaronsoa@pepperlaw.com

David B. Aaronson     david.aaronson@dbr.com

Elizabeth Abdelmasieh     elizabeth@regencap.com

Franklin C. Adams     franklin.adams@bbklaw.com

Jason R. Adams     jadams@torys.com

Jennifer L. Adamy     bankruptcy@goodwin.com

David J. Adler     dadler@mccarter.com

Michael J. Alerding     malerding@binghammchale.com

Joseph W. Allen     jallen@jaeckle.com

Christopher A. Andreoff     candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker     philip.anker@wilmerhale.com

Joel D. Applebaum     japplebaum@clarkhill.com

Allison R. Bach     abach@dickinsonwright.com

Stephen M. Bales     sbales@zieglermetzger.com

C. David Bargamian     dbargamian@bsdd.com

William J. Barrett     william.barrett@bfkn.com

David S. Barritt     barritt@chapman.com

Joseph M. Barry     jbarry@ycst.com

Douglas P. Bartner     dbartner@shearman.com,
bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan
@shearman.com,henry.nguyen@shearman.com,gabriella.illyes@shearman.com;cherie.spraggs
@shearman;yuichi.haraguchi@shearman.com

Donald F. Baty     dbaty@honigman.com

Douglas P. Baumstein     dbaumstein@whitecase.com

Peter Nils Baylor     pnb@nutter.com, pacton@nutter.com

Ronald Scott Beacher       rbeacher@daypitney.com

W. Robinson Beard       jkirk@stites.com

Christopher Robert Belmonte       cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett       rbennett@kirkland.com,
asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com

Timothy C. Bennett       tbennett@klng.com

Neil Matthew Berger       neilberger@teamtogut.com,
dgeoghan@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut.com;scurrie@teamtogut.com;awinchell@teamtogut.com;echafetz@teamtogut.com;sskelly@teamtogut.com;jfalco@teamtogut.com;jwisnia@teamtogut.com

Leslie Ann Berkoff       lberkoff@moritthock.com

Jeffrey Bernstein       jbernstein@mdmc-law.com

Brendan G. Best       Bbest@dykema.com, ssalinas@dykema.com

Beth Ann Bivona       bbivona@damonmorey.com,
wsavino@damonmorey.com;mbrennan@damonmorey.com

Monica Susan Blacker       monicablacker@akllp.com

Anthony D. Boccanfuso       Anthony_Boccanfuso@aporter.com

Charles E. Boulbol       rtrack@msn.com

Eliza K. Bradley       ebradley@robergelaw.com

William M. Braman       wmbraman@binghammchale.com

Wendy D. Brewer       wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant       abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink       tbrink@lordbissell.com

Peter D. Broitman       broitman.peter@dol.gov, sol-chi@dol.gov

James L. Bromley       maofiling@cgsh.com;soneal@cgsh.com

Mark A. Broude      mark.broude@lw.com

Dewitt Brown      dewitt.brown@bipc.com

J. Michael Brown      mbrown@gwblawfirm.com

Lee B. Brumitt      lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Daniel E. Bruso      dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant      tab@h2law.com

Deborah M. Buell      maofiling@cgsh.com

Kevin J. Burke      kburke@cahill.com

Noel C. Burnham      nburnham@mmwr.com

Michael G. Busenkell      mbusenkell@eckertseamans.com

John Wm. Butler      jbutler@skadden.com, achavali@skadden.com

Aaron R. Cahn      cahn@clm.com

Judy B. Calton      jcalton@honigman.com

Scott Cargill      scargill@lowenstein.com

Roberto Carrillo      rcarrillo@gsblaw.com

D. Christopher Carson      ccarson@burr.com

Michelle Carter      mcarter@kslaw.com

Linda J. Casey      caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.c
om;kistlerb@pepperlaw.com

Michael Cassell      mcassell@lefkowitzhogan.com

Ben T. Caughey      ben.caughey@icemiller.com

George B. Cauthen      george.cauthen@nelsonmullins.com

Babette A. Ceccotti      bceccotti@cwsny.com

Sarah B. Chapman Carter      scarter@pselaw.com

Erik G. Chappell      egc@lydenlaw.com

Eric J. Charlton      echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark      maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Conrad Chiu      cchiu@daypitney.com

R. John Clark      rjclark@hancocklaw.com,
jmccarthy@hancocklaw.com;ssagert@hancocklaw.com

David D. Cleary      david.cleary@dl.com, mkhambat@dl.com

Marvin E. Clements      icnewyork@state.tn.us

Tiffany Strelow Cobb      tscobb@vorys.com, eplitfin@vorys.com;cdfricke@vorys.com

Theodore A. Cohen      tcohen@smrh.com, amontoya@sheppardmullin.com

Mark B. Conlan      mconlan@gibbonslaw.com

Dennis J. Connolly      dconnolly@alston.com

Susan M. Cook      smcook@lambertleser.com

Patrick M. Costello      pcostello@bbslaw.com

Thomas W. Cranmer      cranmer@millercanfield.com,
rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo      dcrapo@gibbonslaw.com

Tyson A. Crist      tcrist@szd.com

Michael G. Cruse      mcruse@wnj.com

Gary H. Cunningham      gcunningham@gmhlaw.com

Louis A. Curcio      lcurcio@tpwlaw.com

Vincent D'Agostino      vdagostino@lowenstein.com

Jeannine D'Amico      jeannine.damico@cwt.com

Douglas R. Davis     ddavis@paulweiss.com

Jeffry A. Davis     jadavis@mintz.com

Michael S. Davis     mdavis@zeklaw.com,
mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre     cdelatorre@boselaw.com

James J. DeCristofaro     james.decristofaro@lovells.com

Karen Veronica DeFio     kdefio@bsk.com

Robert Dehney     rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.c
om;jcincilla@mnat.com;wlamotte@mnat.com

Christopher M. Desiderio     cdesiderio@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Gerard DiConza     gdiconza@dlawpc.com, las@dlawpc.com

Maria J. DiConza     diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman     houston_bankruptcy@publicans.com

Karen Dine     karen.dine@pillsburylaw.com

Stephen A. Donato     sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan     TDonovan@Finkgold.com;srshmulevitz@finkgold.com

William E. Dornbos     william.dornbos@oag.state.ny.us

David G. Dragich     ddragich@foley.com

David B. Draper     ddraper@terra-law.com

Dennis J. Drebsky     ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk     rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,ajeffrey@seyfarth.co
m,

Seth A. Drucker     sdrucker@hongman.com

David F. DuMouchel    dumouchd@butzel.com

David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com

Frank L. Eaton    featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

Weston T. Eguchi    weguchi@mayerbrownrowe.com

Gayle Ehrlich    gehrlich@sandw.com

Robert L. Eisenbach    reisenbach@cooley.com

Judith Elkin    judith.elkin@haynesboone.com

David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com

Paige Leigh Ellerman    ellerman@taftlaw.com

Bruce N. Elliott    elliott@cmplaw.com

Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com

Barbara Ellis-Monro    bellis-monro@sgrlaw.com

Alyssa Englund    aenglund@orrick.com

Michael R. Enright    menright@rc.com

Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Margot Erlich    margot.erlich@pillsburylaw.com

Earle I. Erman    eerman@ermanteicher.com

Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga    sfalanga@connellfoley.com,
porr@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber    efarber747@aol.com

Kathleen A. Farinas    kf@lgrslaw.com

Robert Michael Farquhar      mfarquhar@winstead.com

Bonnie Glantz Fatell      fatell@blankrome.com

Oscar B. Fears      bfears@law.ga.gov, 02bf@law.ga.gov

Benjamin D. Feder      ben.feder@thompsonhine.com

Robert J. Feinstein      rfeinstein@pszyj.com, dharris@pszyjw.com

Hermann Ferre      hferre@thelenreid.com

Richard L. Ferrell      Ferrell@taftlaw.com

Charles J. Filardi      charles@filardi-law.com, abothwell@filardi-law.com

Andrea Fischer      afischer@olshanlaw.com,
cwilliamspugh@olshanlaw.com;rsalnave@olshanlaw.com;jdesrosiers@olshanlaw.com

Jonathan D. Forstot      jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler      mateofowler@quinnemanuel.com

Mateo Z. Fowler      leticiabustinduy@quinnemanuel.com

Edward M. Fox      efox@klng.com

Joseph D. Frank      jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com

Mark S. Frankel      mfrankel@couzens.com

Thomas M. Franklin      tmflaw@swbell.net

David H. Freedman      dfreedman@ermanteicher.com

Michael Friedman      mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman      sjfriedman@jonesday.com,
sdignomirello@jonesday.com;ChicagoBRR@jonesday.com

Patricia B. Fugee      pfugee@ralaw.com, mtroendle@ralaw.com

Lars H. Fuller      lfuller@rothgerber.com

Timothy A. Fusco      fusco@millercanfield.com

Thomas M. Gaa    tgaa@bbslaw.com

James Gadsden    bankruptcy@clm.com

James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry    vgarry@ag.state.oh.us

Joanne Gelfand    joanne.gelfand@akerman.com

Yann Geron    ygeron@foxrothschild.com

Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

Karen Giannelli    kgiannelli@gibbonslaw.com

Leo J. Gibson    lgibson@bsdd.com

Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com

Eduardo J. Glas    eglas@mccarter.com

Jeffrey R. Gleit    jgleit@kasowitz.com, ffigueroa@kasowitz.com;cciuffani@kasowitz.com

Larry Ivan Glick    larryglick@erols.com

Matthew Alexander Gold    courts@argopartners.net

Scott R. Goldberg    sgoldber@quarles.com

Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com

Robert D. Gordon    rgordon@clarkhill.com

Gary A. Gotto    ggotto@krplc.com

Garry M. Graber    ggraber@hodgsonruss.com, bomalley@hodgsonruss.com

David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com

Warren R. Graham    wrg@dmlegal.com

Gary E. Green    ggreen@fagelhaber.com

Jonathan S. Green      greenj@millercanfield.com

Wendy B. Green      wgreen@formanlaw.com

John T. Gregg      jgregg@btlaw.com

Lisa S. Gretchko      lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Stephen H. Gross      sgross@hodgsonruss.com

Stephen B. Grow      sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin      janice.grubin@dbr.com, daniel.northrop@dbr.com

Kevin Grzelak      phcdelphi@priceheneveld.com

Will Guerrant      wbg@ctw.com

Peter J. Gurfein      pgurfein@akingump.com

Dennis M. Haley      dhaley@winegarden-law.com

Michael Leo Hall      mhall@burr.com

Timothy C. Hall      tch@previant.com

Alan D. Halperin      ahalperin@halperinlaw.net,
cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinl
aw.net

Matthew W. Hamilton      electronicnotice@fulcruminv.com

William J. Hanlon      whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen      insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley      jh@previant.com

Brian W. Harvey      bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel      lah@groom.com

William M. Hawkins      whawkins@loeb.com

Nava Hazan      nhazan@mwe.com

Ryan D. Heilman      rheilman@schaferandweiner.com

Ira L. Herman      bankr.nyc@tklaw.com, bankr.nyc@tklaw.com;suhailah.sallie@tklaw.com

Brian S. Hermann      bhermann@paulweiss.com

William Heuer      wheuer@dl.com

David M. Hillman      david.hillman@srz.com

Jeannette Eisan Hinshaw      jhinshaw@boselaw.com, kmcintosh@boselaw.com

Robert M. Hirsh      hirsh.robert@arentfox.com

Shannon E. Hoff      Shannon.Hoff@hmw.com, mstinson@burr.com

Michelle R. Holl      mholl@mayerbrownrowe.com

Stephanie K. Hoos      stephanie.hoos@bingham.com

John J. Hunter      jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst      jay.hurst@oag.state.tx.us

Roland Hwang      hwangr@michigan.gov

Michael G. Insalaco      minsalaco@zeklaw.com

Peter Janovsky      PJanovsky@ZEKlaw.com

Susan Jennik      sjennik@kjmlabor.com

Hilary Jewett      hjewett@foley.com

Mary L. Johnson      mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

Roger G. Jones      rjones@bccb.com

Gregory J. Jordan      gjordan@dykema.com

Richard Josephson      rcjosephson@stoel.com, basargent@stoel.com

John E. Jureller      jjureller@klestadt.com, jjureller@klestadt.com

Andrew C. Kassner      andrew.kassner@dbr.com

Jessica Kastin     jkastin@omm.com, #nymanagingattorney@omm.com

William M. Katich     wkatich@atg.state.il.us

Kristi A. Katsma     kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Patrick J. Keating     pkeating@bdblaw.com

David Kennedy     david.kennedy2@usdoj.gov

Thomas M. Kennedy     tkennedy@kjmlabor.com

Karen L. Kirshenbaum     kkirshenbaum@lynchrowin.com

Tracy L. Klestadt     tklestadt@klestadt.com, tklestadt@gmail.com

Jonathan Koevary     jkoevary@kramerlevin.com,
dcates@kramerlevin.com;rwagner@kramerlevin.com

Howard Koh     hkoh@meisterseelig.com

Seth F. Kornbluth     skornbluth@herrick.com

Alan M. Koschik     akoschik@brouse.com

Lawrence J. Kotler     ljkotler@duanemorris.com

Stuart A. Krause     skrause@zeklaw.com

Duane Kumagai     dkumagai@rutterhobbs.com

David R. Kuney     dkuney@sidley.com,
nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujaws
ki@sidley.com;emcdonnell@sidley.com

Glenn M. Kurtz     gkurtz@whitecase.com

Randall D. LaTour     rdlatour@vssp.com, cdfricke@vssp.com

Darryl S. Laddin     bkrfilings@agg.com

Stuart A. Laven     slaven@bfca.com

James N. Lawlor     jlawlor@wmd-law.com, gbenaur@wmd-law.com

Elena Lazarou      elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere     davidl@bolhouselaw.com

Harris Donald Leinwand      hleinwand@aol.com, hleinwand@aol.com

David E. Lemke     david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;w
allerbankruptcy@wallerlaw.com

Joseph H. Lemkin      jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee     ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi     jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson     jml@ml-legal.com

Kenneth M. Lewis      klewis@rosenpc.com, srosen@rosenpc.com

Kim Martin Lewis      brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Mark S. Lichtenstein      mlichtenstein@crowell.com, mlichtenstein@crowell.com

Eric Lopez Schnabel      schnabel.eric@dorsey.com

Dennis W. Loughlin      dloughlin@stroblpc.com, sfraser@stroblpc.com

Daniel A. Lowenthal      dlowenthal@thelen.com

A. Peter Lubitz     plubitz@schiffhardin.com, bneff@schiffhardin.com

Donald K. Ludman     dludman@brownconnery.com

Matthew J. Lund     kovskyd@pepperlaw.com

Sara Klettke MacWilliams      skm@h2law.com

Amina Maddox     amina.maddox@law.dol.lps.state.nj.us

John S. Mairo     jsmairo@pbnlaw.com,
jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnla
w.com;jcbasner@pbnlaw.com;daamedeo@pbnlaw.com

Donald W. Mallory     donald.mallory@dinslaw.com

Amy Wood Malone      amalone@colwinlaw.com

Jacob A. Manheimer      mpottle@pierceatwood.com

Nauni Manty      ecfb@felhaber.com

Kayalyn A. Marafioti      kmarafio@skadden.com, jharring@skadden.com

Andrew L. Margulis      amargulis@ropers.com

Dorothy H. Marinis-Riggio      demarinis@candklaw.com

Jeffrey A. Marks      jemarks@ssd.com, rlandwehr@ssd.com

Ilan Markus      imarkus@tylercooper.com

John J. Marquess      jjm@legalcost.com

Madison L. Martin      nashvillebankruptcyfilings@stites.com

Richard Gary Mason      rgmason@wlrk.com

Victor J. Mastromarco      vmastromar@aol.com

Thomas J. Matz      tmatz@skadden.com

Kristin B. Mayhew      abothwell@pepehazard.com

Daniel P. Mazo      dpm@curtinheefner.com

Aaron G. McCollough      amccollough@mcguirewoods.com

Michael K. McCrory      michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell      rmcdowell@bodmanllp.com

Douglas J. McGill      douglas.mcgill@dbr.com

Frank McGinn      ffm@bostonbusinesslaw.com

Scott S. McKessy      smckessy@reedsmith.com

Michelle McMahon      michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Greta A. McMorris      gmcmorris@stinsonmoheck.com

Austin L. McMullen      amcmulle@bccb.com

Patrick E. Mears      patrick.mears@btlaw.com

Derek F. Meek      dmeek@burr.com

Barbara S Mehlsack      bmehlsack@gkllaw.com

Timothy Mehok      timothy.mehok@hellerehrman.com

Richard M. Meth      msteen@daypitney.com, rmmnybankruptcy@daypitney.com

Sally Meyer      smeyer@madisonliquidity.com

Merle C. Meyers      mmeyers@mlg-pc.com

Robert N. Michaelson      rmichaelson@kl.com

Laurie J. Michelson      michelso@butzel.com

Angela Z. Miller      amiller@phillipslytle.com, jhahn@phillipslytle.com

Kathleen M. Miller      kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller      miller@taftlaw.com

Alan K. Mills      amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff      lsi@liquiditysolutions.com,
rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan      bankruptcy@morrisoncohen.com,
mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy      jmoloy@dannpecar.com

Michael C. Moody      mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com

Audrey E. Moog      amoog@hhlaw.com

Brett S. Moore      bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnla
w.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com

Brian F. Moore      bmoore@mccarter.com

Gene T. Moore      gtmlaw@bellsouth.net

Thomas R. Morris      morris@silvermanmorris.com, morris@silvermanmorris.com

Andrew L. Morrison      amorrison@reedsmith.com, rmarino@reedsmith.com

Sarah E. Morrison      sarah.morrison@doj.ca.gov

Whitney L. Mosby      wmosby@binghammchale.com

Eric T. Moser      eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola      alisa@contrariancapital.com

Jill L. Murch      jmurch@foley.com, khall@foley.com

James P. Murphy      murph@berrymoorman.com

Robert D. Nachman      rnachman@scgk.com

Bruce S. Nathan      bnathan@lowenstein.com

Michael R. Nestor      bankruptcy@ycst.com

Lauren Newman      inewman@fagelhaber.com

Marie L. Nienhuis      mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton      rnorton@reedsmith.com

Gordon Z. Novod      gnovod@kramerlevin.com

Kasey C. Nye      knye@quarles.com

Michael P. O'Connor      mpolaw@aol.com

Michael O'Hayer      mkohayer@aol.com

Martin P. Ochs      martin@oglaw.net

Sean A. Okeefe      sokeefe@winthropcouchot.com

Patrick J. Orr      porr@klestadt.com, rgargiulo@klestadt.com

Karen Ostad      kostad@mofo.com

ME1 7046057v.1

Mark Russell Owens     mowens@btlaw.com, mowens@btlaw.com

Nicholas R. Pagliari     npagliari@quinnfirm.com, dalford@quinnfirm.com

Charles Palella     cpalella@kurzman.com

Ingrid S. Palermo     ipalermo@hselaw.com

Charles N. Panzer     cpanzer@sillscummis.com

Richard J. Parks     rjp@pbandg.com, kas2@pbandg.com

Felton E. Parrish     fparrish@kslaw.com

Susan P. Persichilli     persichillisp@bipc.com, fiedleram@bipc.com

Geoffrey J. Peters     gpeters@weltman.com

Lowell Peterson     lpeterson@msek.com

Ronald R. Peterson     rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Ed Phillips     ephillips@thurman-phillips.com

Christine A.M. Pierpont     cpierpont@ssd.com

Alex Pirogovsky     apirogovsky@uhlaw.com

Thomas A. Pitta     tpitta@lowenstein.com

Leslie A. Plaskon     leslieplaskon@paulhastings.com

David M. Posner     dmposner@hhlaw.com,
dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Constantine Pourakis     cp@stevenslee.com

Mark T. Power
MPower@HahnHessen.com;kgreenspan@hahnhessen.com;jcerbone@hahnhessen.com;eschnitze
r@hahnhessen.com;jzawadzki@hahnhessen.com

Susan Power-Johnston     sjohnston@cov.com

Paul A. Rachmuth     prachmuth@andersonkill.com, bfiling@andersonkill.com

Thomas B. Radom     radom@butzel.com

Dennis Jay Raterink    raterinkd@michigan.gov

Eric T. Ray    eray@balch.com

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-p.com;sbeyer@cm-p.com

Kenneth A. Reynolds    kar@pryormandelup.com

Geoffrey A. Richards    grichards@kirkland.com

Marc E. Richards    mrichards@blankrome.com

Tracy E. Richardson    tracy.richardson@dol.lps.state.nj.us

Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Marianne Goldstein Robbins    mgr@previant.com, em@previant.com

Matthew R. Robbins    mrr@previant.com

Elizabeth A. Roberge    eroberge@robergelaw.com

Jean R. Robertson    jrobertson@calfee.com, jrobertson@calfee.com

Scott D. Rosen    srosen@cb-shea.com

Heath D. Rosenblat    hrosenblat@kayscholer.com

Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

David A. Rosenzweig    DRosenzweig@Fulbright.com

David S. Rosner    ffigueroa@kasowitz.com;dfliman@kasowitz.com

Ira Rubin    irarubin265@aol.com, norma@bizwoh.rr.com

Robert B. Rubin    brubin@burr.com

E. Todd Sable    tsable@honigman.com

Chester B. Salomon    cs@stevenslee.com

Brian D. Salwowski    bsalwowski@atg.state.in.us

Diane W. Sanders    austin.bankruptcy@publicans.com

William A. Sankbeil    was@krwlaw.com

Thomas P. Sarb    ecfsarbt@millerjohnson.com

Robert V. Sartin    rsartin@fbtlaw.com

William F. Savino    wsavino@damonmorey.com

Thomas J. Schank    tomschank@hunterschank.com

Ilan D. Scharf    ischarf@pszyjw.com

Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com

William H. Schorling    william.schorling@bipc.com

Christopher P. Schueller    christopher.schueller@bipc.com, darcy.drons@bipc.com

Charles P. Schulman    cschulman@sachnoff.com

Bryan I. Schwartz    bschwartz@lplegal.com

Jay A. Schwartz    jschwartz@schwartzlawfirmpc.com

Matthew L. Schwartz    matthew.schwartz@usdoj.gov

Mark S. Scott    mscott@riemerlaw.com

Lon J. Seidman    mail@rsmllp.com, mail@rsmllp.com

Howard Seife    andrew.rosenblatt@chadbourne.com

Jay Selanders    jay.selanders@kutakrock.com

Gary I. Selinger    gselinger@hodgsonruss.com

Mark A. Shaiken    mshaiken@stinson.com,
jgant@stinson.com;amurdock@stinsonmoheck.com

Mark H. Shapiro      shapiro@steinbergshapiro.com

Andrea Sheehan      sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Andrew Howard Sherman      asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill      mark.sherrill@sablaw.com

Joseph E. Shickich      jshickich@riddellwilliams.com

Stephen J. Shimshak      sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman      was@showmanlaw.com

Robert J. Sidman      rjsidman@vorys.com, cdfricke@vorys.com;bkbowers@vorys.com

Paul N. Silverstein      paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman      sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon      jsimon@foley.com

Joseph E. Simpson      jsimpson@hselaw.com

Thomas R. Slome      mail@rsmllp.com

Wendy W. Smith      wendy@bindermalter.com, jennifer@bindermalter.com

Richard G. Smolev      rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com

Jesse L. Snyder      jsnyder@tpwlaw.com,
jforstot@tpwlaw.com;mmuller@tpwlaw.com;cgraham@tpwlaw.com

Marc P. Solomon      msolomon@burr.com

Robyn J. Spalter      notice@regencap.com

Sarah F. Sparrow      ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Brian D. Spector      bspector@selawfirm.com, kdillon@selawfirm.com

Douglas E. Spelfogel      dspelfogel@bakerlaw.com

Michael A. Spero      jspecf@sternslaw.com

Byron C. Starcher      byron.starcher@nelsonmullins.com

Robert J. Stark      claukamg@brownrudnick.com;cennis@brownrudnick.com

Catherine Steege      csteege@jenner.com

Matthew B. Stein      mstein@sonnenschein.com

Bonnie Steingart      steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein      msternstein@sheppardmullin.com

Alexander Stotland      axs@maddinhauser.com,
msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland      bstrickland@wtplaw.com

Joseph G. Strines      joseph.strines@dplinc.com

James M. Sullivan      jmsullivan@mwe.com

Michelle T. Sutter      msutter@ag.state.oh.us

Paul Sweeney      psweeney@linowes-law.com

Robert Szwajkos      rsz@curtinheefner.com

Douglas T. Tabachnik      dtabachnik@dttlaw.com, info@dttlaw.com

Jeffrey L. Tanenbaum
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.co
m

Roger L. Tarbutton      roger.tarbutton@jocogov.org

John E. Taylor      jtaylor@binghammchale.com

Samuel Jason Teele      jteele@lowenstein.com

Zakarij O. Thomas      zothomas@klettrooney.com

Janice L. Thompson      Thompson.Janice@dol.gov

Melinda S. Thornton      cao.bkc@miamidade.gov

Douglas M. Tisdale      doug@tisdalelaw.com, maxx@tisdalelaw.com

Gordon J. Toering      gtoering@wnj.com

Albert Togut      alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll      lawtoll@comcast.net

Laura L. Torrado      ltorrado@bear.com, msussman@bear.com

Michael A. Trentadue      mtrentadue@boselaw.com

Martin B. Tucker      mtucker@fbtlaw.com

Raymond J. Urbanik      rurbanik@munsch.com

Philip Urofsky      philip.urofsky@cwt.com, purofsky@yahoo.com

Robert Usadi      rusadi@cahill.com

Shmuel Vasser      svasser@eapdlaw.com

Lori V. Vaughan      lvaughan@foley.com

Frank F. Velocci      frank.velocci@dbr.com, steven.alfred@dbr.com

Joseph J. Vitale      jvitale@cwsny.com

Arthur T. Walsh      rkirby@omclaw.com

Sean M. Walsh      swalsh@gmhlaw.com, jmahar@gmhlaw.com

Michael D. Warner      bankruptcy@warnerstevens.com

W. Clark Watson      cwatson@balch.com

Robert K. Weiler      rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub      wweintraub@fklaw.com

Jay Welford      jwelford@jaffelaw.com,
dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com

Robert J. Welhoelter      robert.welhoelter@wallerlaw.com,
darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com

Elizabeth Weller        dallas.bankruptcy@publicans.com

David A. Wender        david.wender@alston.com

Michael R. Wernette        mwernette@schaferandweiner.com

Robert A White        rwhite@murthalaw.com

Amy Williams-Derry        awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com

Stephen F. Willig        swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson
BankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com

W. Joe Wilson        jwilson@tylercooper.com

Jeffrey C. Wisler        jcw@cblhlaw.com

Douglas Wolfe        dwolfe@asmcapital.com

Robert D. Wolford        ecfwolfordr@millerjohnson.com

Zhiyuan Xu        mxu@schiffhardin.com

David Farrington Yates        fyates@sonnenschein.com

Stephen L. Yonaty        syonaty@chwattys.com

German Yusufov        pcaocvbk@pcao.pima.gov

Helen A. Zamboni        hzamboni@underbergkessler.com

Menachem O. Zelmanovitz        mzelmanovitz@morganlewis.com

Peter Alan Zisser        nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com


        3.    On January 10, 2008, I caused a copy of the Limited Objection to be sent via First

Class U.S. Mail, postage prepaid to the following:

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Alicia M. Leonhard, Esq.

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

John William Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive Suite 2100
Chicago, IL 60606
*Counsel for the Debtors*

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Fourth Avenue
New York, NY 10022
Attn: Robert J. Rosenberg
Mark A. Broude
*Counsel for the Official Committee of
Unsecured Creditors*

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Kenneth S. Ziman

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Brian Resnick

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn: Bonnie Steingart
*Counsel for the Official Committee of Equity
Security Holders*

Pursuant to 28 U.S.C. § 1746, I hereby certify that the foregoing statements are true to the best of my knowledge and belief.  I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

 /s/ **_Eduardo J. Glas_** _____
EDUARDO J. GLAS

Dated: January 10, 2008
New York, New York