IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | : ss.: |
| COUNTY OF NEW YORK | ) |

       Allison Decker, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York County, New York.

       On January 10, 2008, deponent served Limited Objection of Equistar Chemicals, LP to Confirmation of Debtors' First Amended Joint Plan of Reorganization upon the attached service list by Federal Express Priority Overnight Service.


                                          /s/Allison Decker
                                          Allison Decker

Sworn to before me this
10th day of January 2008


       /s/Jocelyn Keynes
Notary Public

SERVICE LIST

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr.
Att'n: George N. Panagakis
Att'n: Ron E. Meisler
Att'n: Nathan L. Stuart

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Att'n: Kayalyn A. Marafioti
Att'n: Thomas J. Matz

The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n: Robert J. Rosenberg
Att'n: Mitchell A. Seider
Att'n: Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Att'n: Brad E. Scheler
Att'n: Bonnie K. Steingart
Att'n: Vivek Melwani

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10022
Att'n: Donald S. Bernstein
Att'n: Brian M. Resnick

White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900, Miami, Florida 33131
Att'n: Thomas E. Lauria
Att'n: Michael C. Shepherd

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Att'n: Gerard H. Uzzi
Att'n: Glenn M. Kurtz
Att'n: Douglas P. Baumstein

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Att'n: Jeffrey L Tanenbaum
Att'n: Michael P. Kessler
Att'n: Robert J. Lemons