Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2185 phone
(616) 222-2185 fax
gtoering@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)

and

Attorneys for Robert Bosch LLC and
Robert Bosch GmbH

Hearing Date and Time: January 17, 2008 at 10:00 a.m.
Objection Deadline: January 11, 2008 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re                                     :    Chapter 11
:
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
:
:    (Jointly Administered)
Debtors.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 10, 2008 ROBERT BOSCH GmbH'S AND ROBERT BOSCH LLC'S LIMITED OBJECTION TO DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c) ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING was sent by Federal Express, overnight delivery (scheduled for Friday, January 11, 2007) to:

Honorable Robert D. Drain
U.S. Bankruptcy Court for the Southern
District of New York
One Bowling Green, Room 610
New York, NY  10004

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

| | |
|---|---|
| Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 | Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 |
| Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 | Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 |
| Bonnie Steingart<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004 | Alicia M. Leonhard<br>Office of the United States Trustee, Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 |
| John K. Lyons<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 | John William Butler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 |

and by electronic delivery upon the following:

Anne Marie Aaronson    aaronsoa@pepperlaw.com
David B. Aaronson    david.aaronson@dbr.com
Elizabeth Abdelmasieh    elizabeth@regencap.com
Franklin C. Adams    franklin.adams@bbklaw.com
Jason R. Adams    jadams@torys.com
Jennifer L. Adamy    bankruptcy@goodwin.com
David J. Adler    dadler@mccarter.com
Michael J. Alerding    malerding@binghammchale.com
Joseph W. Allen    jallen@jaeckle.com
Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com
Philip D. Anker    philip.anker@wilmerhale.com
Joel D. Applebaum    japplebaum@clarkhill.com
Allison R. Bach    abach@dickinsonwright.com
Stephen M. Bales    sbales@zieglermetzger.com
C. David Bargamian    dbargamian@bsdd.com
William J. Barrett    william.barrett@bfkn.com
David S. Barritt    barritt@chapman.com
Joseph M. Barry    jbarry@ycst.com
Douglas P. Bartner    dbartner@shearman.com, bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shearman.com,henry.nguyen@shearman.com,gabriella.illyes@shearman.com;cherie.spraggs@shearman;yuichi.haraguchi@shearman.com

Donald F. Baty    dbaty@honigman.com
Douglas P. Baumstein    dbaumstein@whitecase.com
Peter Nils Baylor    pnb@nutter.com, pacton@nutter.com
Ronald Scott Beacher    rbeacher@daypitney.com
W. Robinson Beard    jkirk@stites.com
Thomas M. Beeman    tom@beemanlawoffice.com
Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
Ryan B. Bennett    rbennett@kirkland.com, asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com
Timothy C. Bennett    tbennett@klng.com
Neil Matthew Berger    neilberger@teamtogut.com, dgeoghan@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut.com;scurrie@teamtogut.com;awinchell@teamtogut.com;echafetz@teamtogut.com;sskelly@teamtogut.com;jfalco@teamtogut.com;jwisnia@teamtogut.com
Leslie Ann Berkoff    lberkoff@moritthock.com
Jeffrey Bernstein    jbernstein@mdmc-law.com
Brendan G. Best    Bbest@dykema.com, ssalinas@dykema.com
Beth Ann Bivona    bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com
Monica Susan Blacker    monicablacker@akllp.com
Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com
Charles E. Boulbol    rtrack@msn.com
Eliza K. Bradley    ebradley@robergelaw.com
William M. Braman    wmbraman@binghammchale.com
Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com
Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com
Timothy W. Brink    tbrink@lordbissell.com
Peter D. Broitman    broitman.peter@dol.gov, sol-chi@dol.gov
James L. Bromley    maofiling@cgsh.com;soneal@cgsh.com
Mark A. Broude    mark.broude@lw.com
Dewitt Brown    dewitt.brown@bipc.com
J. Michael Brown    mbrown@gwblawfirm.com
Lee B. Brumitt    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com
Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com
Tamika A. Bryant    tab@h2law.com
Deborah M. Buell    maofiling@cgsh.com
Kevin J. Burke    kburke@cahill.com
Michael G. Busenkell    mbusenkell@eckertseamans.com
John Wm. Butler    jbutler@skadden.com, achavali@skadden.com
Aaron R. Cahn    cahn@clm.com
Judy B. Calton    jcalton@honigman.com
Scott Cargill    scargill@lowenstein.com
Roberto Carrillo    rcarrillo@gsblaw.com
D. Christopher Carson    ccarson@burr.com
Michelle Carter    mcarter@kslaw.com

Linda J. Casey    caseyl@pepperlaw.com, hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com
Michael Cassell    mcassell@lefkowitzhogan.com
Ben T. Caughey    ben.caughey@icemiller.com
George B. Cauthen    george.cauthen@nelsonmullins.com
Babette A. Ceccotti    bceccotti@cwsny.com
Sarah B. Chapman Carter    scarter@pselaw.com
Erik G. Chappell    egc@lydenlaw.com
Eric J. Charlton    echarlton@hiscockbarclay.com
Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com
Conrad Chiu    cchiu@daypitney.com
R. John Clark    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com
David D. Cleary    david.cleary@dl.com, mkhambat@dl.com
Marvin E. Clements    icnewyork@state.tn.us
Tiffany Strelow Cobb    tscobb@vorys.com, eplitfin@vorys.com
Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com
Mark B. Conlan    mconlan@gibbonslaw.com
Dennis J. Connolly    dconnolly@alston.com
Susan M. Cook    smcook@lambertleser.com
Patrick M. Costello    pcostello@bbslaw.com
Thomas W. Cranmer    cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com
David N. Crapo    dcrapo@gibbonslaw.com
Tyson A. Crist    tcrist@szd.com
Michael G. Cruse    mcruse@wnj.com
Gary H. Cunningham    gcunningham@gmhlaw.com
Louis A. Curcio    lcurcio@tpwlaw.com
Vincent D'Agostino    vdagostino@lowenstein.com
Jeannine D'Amico    jeannine.damico@cwt.com
Douglas R. Davis    ddavis@paulweiss.com
Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com
Michael S. Davis    mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com
Carina M. De La Torre    cdelatorre@boselaw.com
James J. DeCristofaro    james.decristofaro@lovells.com
Karen Veronica DeFio    kdefio@bsk.com
Robert Dehney    rdehney@mnat.com, gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.com;wlamotte@mnat.com
Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com
John P. Dillman    houston_bankruptcy@publicans.com

Karen Dine    karen.dine@pillsburylaw.com
Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com
J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com
William E. Dornbos    william.dornbos@oag.state.ny.us
Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
David G. Dragich    ddragich@foley.com
David B. Draper    ddraper@terra-law.com
Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Robert W. Dremluk    rdremluk@seyfarth.com, pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,ajeffrey@seyfarth.com,
Seth A. Drucker    sdrucker@hongman.com
David F. DuMouchel    dumouchd@butzel.com
David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com
Frank L. Eaton    featon@whitecase.com, icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com
Weston T. Eguchi    weguchi@mayerbrownrowe.com, cwilliams-pugh@mayerbrown.com
Gayle Ehrlich    gehrlich@sandw.com
Robert L. Eisenbach    reisenbach@cooley.com
Judith Elkin    judith.elkin@haynesboone.com
David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com
Paige Leigh Ellerman    ellerman@taftlaw.com
Bruce N. Elliott    elliott@cmplaw.com
Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com
Barbara Ellis-Monro    bellis-monro@sgrlaw.com
Alyssa Englund    aenglund@orrick.com
Michael R. Enright    menright@rc.com
Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
Margot Erlich    margot.erlich@pillsburylaw.com
Earle I. Erman    eerman@ermanteicher.com
Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
Stephen Vincent Falanga    sfalanga@connellfoley.com, porr@connellfoley.com;jbarrow@connellfoley.com
Eugene I. Farber    efarber747@aol.com
Kathleen A. Farinas    kf@lgrslaw.com
Robert Michael Farquhar    mfarquhar@winstead.com
Bonnie Glantz Fatell    fatell@blankrome.com
Oscar B. Fears    bfears@law.ga.gov, 02bf@law.ga.gov
Benjamin D. Feder    ben.feder@thompsonhine.com
Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com
Hermann Ferre    hferre@thelenreid.com
Richard L. Ferrell    Ferrell@taftlaw.com
Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
Andrea Fischer    afischer@olshanlaw.com, cwilliamspugh@olshanlaw.com;rsalnave@olshanlaw.com;jdesrosiers@olshanlaw.com

Jonathan D. Forstot     jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com
Mateo Fowler     mateofowler@quinnemanuel.com
Mateo Z. Fowler     leticiabustinduy@quinnemanuel.com
Edward M. Fox     efox@klng.com
Joseph D. Frank     jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com
Mark S. Frankel     mfrankel@couzens.com
Thomas M. Franklin     tmflaw@swbell.net
David H. Freedman     dfreedman@ermanteicher.com
Michael Friedman     mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com
Scott J. Friedman     sjfriedman@jonesday.com, sdignomirello@jonesday.com;ChicagoBRR@jonesday.com
Patricia B. Fugee     pfugee@ralaw.com, mtroendle@ralaw.com
Lars H. Fuller     lfuller@rothgerber.com
Timothy A. Fusco     fusco@millercanfield.com
Thomas M. Gaa     tgaa@bbslaw.com
James Gadsden     bankruptcy@clm.com
James M. Garner     jgarner@shergarner.com, jchocheles@shergarner.com
Victoria D. Garry     vgarry@ag.state.oh.us
Joanne Gelfand     joanne.gelfand@akerman.com
Yann Geron     ygeron@foxrothschild.com
Philip J. Giacinti     pjg@procopio.com, caw@procopio.com
Karen Giannelli     kgiannelli@gibbonslaw.com
Leo J. Gibson     lgibson@bsdd.com
Celeste R. Gill     gillcr@michigan.gov, sherwoodj@michigan.com
Eduardo J. Glas     eglas@mccarter.com
Jeffrey R. Gleit     jgleit@kasowitz.com, ffigueroa@kasowitz.com;cciuffani@kasowitz.com
Larry Ivan Glick     larryglick@erols.com
Ronald L. Glick     rlg@stevenslee.com
Matthew Alexander Gold     courts@argopartners.net
Scott R. Goldberg     sgoldber@quarles.com
Scott A. Golden     sagolden@hhlaw.com, khseal@hhlaw.com
Robert C. Goodrich     nashvillebankruptcyfilings@stites.com
Robert D. Gordon     rgordon@clarkhill.com
Gary A. Gotto     ggotto@krplc.com
Garry M. Graber     ggraber@hodgsonruss.com, bomalley@hodgsonruss.com
David S. Gragg     dgragg@langleybanack.com, cjohnston@langleybanack.com
Jeffrey J. Graham     jgraham@sommerbarnard.com, ecfclerk@sommerbarnard.com;denisa.wineinger@sommerbarnard.com
Warren R. Graham     wrg@dmlegal.com
Gary E. Green     ggreen@fagelhaber.com
Jonathan S. Green     greenj@millercanfield.com
Wendy B. Green     wgreen@formanlaw.com
John T. Gregg     jgregg@btlaw.com
Lisa S. Gretchko     lgretchko@howardandhoward.com, dbrandon@howardandhoward.com
Stephen H. Gross     sgross@hodgsonruss.com
Stephen B. Grow     sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin     janice.grubin@dbr.com, daniel.northrop@dbr.com
Kevin Grzelak     phcdelphi@priceheneveld.com
Peter J. Gurfein     pgurfein@akingump.com
Dennis M. Haley     dhaley@winegarden-law.com
Michael Leo Hall     mhall@burr.com
Timothy C. Hall     tch@previant.com
Alan D. Halperin     ahalperin@halperinlaw.net,
cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net
Matthew W. Hamilton     electronicnotice@fulcruminv.com
William J. Hanlon     whanlon@seyfarth.com, bosuscourt@seyfarth.com
Kristopher M. Hansen     insolvency2@stroock.com;docketing@stroock.com
Jill M. Hartley     jh@previant.com
Brian W. Harvey     bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
Lonie A. Hassel     lah@groom.com
William M. Hawkins     whawkins@loeb.com
Nava Hazan     nhazan@mwe.com
Ryan D. Heilman     rheilman@schaferandweiner.com
Ira L. Herman     ira.herman@tklaw.com, bankr.nyc@tklaw.com;suhailah.sallie@tklaw.com
Neil E. Herman     Nherman@morganlewis.com
Brian S. Hermann     bhermann@paulweiss.com
William Heuer     wheuer@dl.com
David M. Hillman     david.hillman@srz.com
Jeannette Eisan Hinshaw     jhinshaw@boselaw.com, kmcintosh@boselaw.com
Robert M. Hirsh     hirsh.robert@arentfox.com
Shannon E. Hoff     Shannon.Hoff@hmw.com, mstinson@burr.com
Michelle R. Holl     mholl@mayerbrownrowe.com
Stephanie K. Hoos     stephanie.hoos@bingham.com
John R. Humphrey     jhumphrey@sbalawyers.com,
jhumphrey@sbalawyers.com;ecfclerk@sommerbarnard.com
John J. Hunter     jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
Jay W. Hurst     jay.hurst@oag.state.tx.us
Donald J. Hutchinson     hutchinson@millercanfield.com
Roland Hwang     hwangr@michigan.gov
Michael G. Insalaco     minsalaco@zeklaw.com
Peter Janovsky     PJanovsky@ZEKlaw.com
Susan Jennik     sjennik@kjmlabor.com
Hilary Jewett     hjewett@foley.com
Mary L. Johnson     mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com
Roger G. Jones     rjones@bccb.com
Gregory J. Jordan     gjordan@dykema.com
Richard Josephson     rcjosephson@stoel.com, basargent@stoel.com
John E. Jureller     jjureller@klestadt.com, jjureller@klestadt.com
Andrew C. Kassner     andrew.kassner@dbr.com
Jessica Kastin     jkastin@omm.com, #nymanagingattorney@omm.com
William M. Katich     wkatich@atg.state.il.us
Kristi A. Katsma     kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com
Patrick J. Keating     pkeating@bdblaw.com

David Kennedy     david.kennedy2@usdoj.gov
Thomas M. Kennedy     tkennedy@kjmlabor.com
Jocelyn Keynes     jk@stevenslee.com
Karen L. Kirshenbaum     kkirshenbaum@lynchrowin.com
Tracy L. Klestadt     tklestadt@klestadt.com, tklestadt@gmail.com
Brandi P. Klineberg     bklineberg@moritthock.com
Jonathan Koevary     jkoevary@kramerlevin.com, dcates@kramerlevin.com;rwagner@kramerlevin.com
Howard Koh     hkoh@meisterseelig.com
Seth F. Kornbluth     skornbluth@herrick.com
Alan M. Koschik     akoschik@brouse.com
Lawrence J. Kotler     ljkotler@duanemorris.com
Stuart A. Krause     skrause@zeklaw.com
Duane Kumagai     dkumagai@rutterhobbs.com
David R. Kuney     dkuney@sidley.com, nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujawski@sidley.com;emcdonnell@sidley.com
Glenn M. Kurtz     gkurtz@whitecase.com
Randall D. LaTour     rdlatour@vssp.com, cdfricke@vssp.com
Darryl S. Laddin     bkrfilings@agg.com
Stuart A. Laven     slaven@bfca.com
James N. Lawlor     jlawlor@wmd-law.com, gbenaur@wmd-law.com
Elena Lazarou     elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com
David S. Lefere     davidl@bolhouselaw.com
Harris Donald Leinwand     hleinwand@aol.com, hleinwand@aol.com
David E. Lemke     david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com
Joseph H. Lemkin     jhlemkin@duanemorris.com, vmarchello@duanemorris.com
Ira M. Levee     ilevee@lowenstein.com, akowalski@lowenstein.com
Jill Levi     jlevi@toddlevi.com, drosenberg@toddlevi.com
Jeffrey M. Levinson     jml@ml-legal.com
Kenneth M. Lewis     klewis@rosenpc.com, srosen@rosenpc.com
Kim Martin Lewis     brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com
Mark S. Lichtenstein     mlichtenstein@crowell.com, mlichtenstein@crowell.com
Eric Lopez Schnabel     schnabel.eric@dorsey.com
Dennis W. Loughlin     dloughlin@stroblpc.com, sfraser@stroblpc.com
A. Peter Lubitz     plubitz@schiffhardin.com, bneff@schiffhardin.com
Donald K. Ludman     dludman@brownconnery.com
Matthew J. Lund     kovskyd@pepperlaw.com
Sara Klettke MacWilliams     skm@h2law.com
Amina Maddox     amina.maddox@law.dol.lps.state.nj.us
John S. Mairo     jsmairo@pbnlaw.com, jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnlaw.com;jcbasner@pbnlaw.com;daamedeo@pbnlaw.com
Donald W. Mallory     donald.mallory@dinslaw.com

Amy Wood Malone     amalone@colwinlaw.com
Jacob A. Manheimer     mpottle@pierceatwood.com
Nauni Manty     ecfb@felhaber.com
Kayalyn A. Marafioti     kmarafio@skadden.com, jharring@skadden.com
Andrew L. Margulis     amargulis@ropers.com
Dorothy H. Marinis-Riggio     demarinis@candklaw.com
Ilan Markus     imarkus@tylercooper.com
John J. Marquess     jjm@legalcost.com
Madison L. Martin     nashvillebankruptcyfilings@stites.com
Richard Gary Mason     rgmason@wlrk.com
Victor J. Mastromarco     vmastromar@aol.com
Thomas J. Matz     tmatz@skadden.com
Kristin B. Mayhew     abothwell@pepehazard.com
Daniel P. Mazo     dpm@curtinheefner.com
Aaron G. McCollough     amccollough@mcguirewoods.com
Michael K. McCrory     michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com
Ralph E. McDowell     rmcdowell@bodmanllp.com
Douglas J. McGill     douglas.mcgill@dbr.com
Frank McGinn     ffm@bostonbusinesslaw.com
Scott S. McKessy     smckessy@reedsmith.com
Michelle McMahon     michelle.mcmahon@bryancave.com, dortiz@bryancave.com
Greta A. McMorris     gmcmorris@stinsonmoheck.com
Austin L. McMullen     amcmulle@bccb.com
Patrick E. Mears     patrick.mears@btlaw.com
Derek F. Meek     dmeek@burr.com
Barbara S Mehlsack     bmehlsack@gkllaw.com
Timothy Mehok     timothy.mehok@hellerehrman.com
Richard M. Meth     msteen@daypitney.com
Sally Meyer     smeyer@madisonliquidity.com
Merle C. Meyers     mmeyers@mlg-pc.com
Robert N. Michaelson     rmichaelson@kl.com
Laurie J. Michelson     michelso@butzel.com
Angela Z. Miller     amiller@phillipslytle.com, jhahn@phillipslytle.com
Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com
W. Timothy Miller     miller@taftlaw.com
Alan K. Mills     amills@btlaw.com, bankruptcyindy@btlaw.com
Robert K. Minkoff     lsi@liquiditysolutions.com, rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com
Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com;ny76@ecfcbis.com
James P. Moloy     jmoloy@dannpecar.com
Michael C. Moody     mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com
Audrey E. Moog     amoog@hhlaw.com
Brett S. Moore     bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com

Brian F. Moore     bmoore@mccarter.com
Gene T. Moore     gtmlaw@bellsouth.net
Thomas R. Morris     morris@silvermanmorris.com, morris@silvermanmorris.com
Andrew L. Morrison     amorrison@reedsmith.com, rmarino@reedsmith.com
Sarah E. Morrison     sarah.morrison@doj.ca.gov
Whitney L. Mosby     wmosby@binghammchale.com
Eric T. Moser     eric.moser@klgates.com, kristen.serrao@klgates.com
Alisa Mumola     alisa@contrariancapital.com
Jill L. Murch     jmurch@foley.com, khall@foley.com
James P. Murphy     murph@berrymoorman.com
Lawrence J. Murphy     lmurphy@honigman.com
Robert D. Nachman     rnachman@scgk.com
Bruce S. Nathan     bnathan@lowenstein.com
Michael R. Nestor     bankruptcy@ycst.com
Lauren Newman     lnewman@fagelhaber.com
Marie L. Nienhuis     mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
Timothy F. Nixon     tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
Richard P. Norton     rnorton@hunton.com
Gordon Z. Novod     gnovod@kramerlevin.com
Kasey C. Nye     knye@quarles.com
Michael P. O'Connor     mpolaw@aol.com
Michael O'Hayer     mkohayer@aol.com
Martin P. Ochs     martin@oglaw.net
Sean A. Okeefe     sokeefe@winthropcouchot.com
Patrick J. Orr     porr@klestadt.com, rgargiulo@klestadt.com
Karen Ostad     kostad@mofo.com
Mark Russell Owens     mowens@btlaw.com, mowens@btlaw.com
Nicholas R. Pagliari     npagliari@quinnfirm.com, dalford@quinnfirm.com
Charles Palella     cpalella@kurzman.com
Ingrid S. Palermo     ipalermo@hselaw.com
Charles N. Panzer     cpanzer@sillscummis.com
Richard J. Parks     rjp@pbandg.com, kas2@pbandg.com
Felton E. Parrish     fparrish@kslaw.com
Susan P. Persichilli     persichillisp@bipc.com, fiedleram@bipc.com
Geoffrey J. Peters     gpeters@weltman.com
Lowell Peterson     lpeterson@msek.com
Ronald R. Peterson     rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com
Ed Phillips     ephillips@thurman-phillips.com
Christine A.M. Pierpont     cpierpont@ssd.com
Alex Pirogovsky     apirogovsky@uhlaw.com
Thomas A. Pitta     tpitta@lowenstein.com
Leslie A. Plaskon     leslieplaskon@paulhastings.com
David M. Posner     dmposner@hhlaw.com, dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com
Constantine Pourakis     cp@stevenslee.com
Mark T. Power

MPower@HahnHessen.com;kgreenspan@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;eschnitzer@hahnhessen.com;jzawadzki@hahnhessen.com
Susan Power-Johnston    sjohnston@cov.com
Paul A. Rachmuth    prachmuth@andersonkill.com, bfiling@andersonkill.com
Thomas B. Radom    radom@butzel.com
Dennis Jay Raterink    raterinkd@michigan.gov
Eric T. Ray    eray@balch.com
Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-p.com;sbeyer@cm-p.com
Kenneth A. Reynolds    kar@pryormandelup.com
Geoffrey A. Richards    grichards@kirkland.com
Marc E. Richards    mrichards@blankrome.com
Tracy E. Richardson    tracy.richardson@dol.lps.state.nj.us
Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com
Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com
Marianne Goldstein Robbins    mgr@previant.com, em@previant.com
Matthew R. Robbins    mrr@previant.com
Elizabeth A. Roberge    eroberge@robergelaw.com
Jean R. Robertson    jrobertson@calfee.com, jrobertson@calfee.com
Scott D. Rosen    srosen@cb-shea.com
Heath D. Rosenblat    hrosenblat@kayscholer.com
Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com
David A. Rosenzweig    DRosenzweig@Fulbright.com
David S. Rosner    ffigueroa@kasowitz.com;dfliman@kasowitz.com
Ira Rubin    irarubin265@aol.com, norma@bizwoh.rr.com
Robert B. Rubin    brubin@burr.com
E. Todd Sable    tsable@honigman.com
Chester B. Salomon    cs@stevenslee.com
Brian D. Salwowski    bsalwowski@atg.state.in.us
Diane W. Sanders    austin.bankruptcy@publicans.com
William A. Sankbeil    was@krwlaw.com
Thomas P. Sarb    ecfsarbt@millerjohnson.com
Robert V. Sartin    rsartin@fbtlaw.com
William F. Savino    wsavino@damonmorey.com
Thomas J. Schank    tomschank@hunterschank.com
Ilan D. Scharf    ischarf@pszyjw.com
Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com
James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com
William H. Schorling    william.schorling@bipc.com
Christopher P. Schueller    christopher.schueller@bipc.com, darcy.drons@bipc.com
Charles P. Schulman    cschulman@sachnoff.com
Sheila R. Schwager    srs@hteh.com
Bryan I. Schwartz    bschwartz@lplegal.com
Jay A. Schwartz    jschwartz@schwartzlawfirmpc.com

Matthew L. Schwartz    matthew.schwartz@usdoj.gov
Mark S. Scott    mscott@riemerlaw.com
Lon J. Seidman    mail@rsmllp.com, mail@rsmllp.com
Howard Seife    andrew.rosenblatt@chadbourne.com
Jay Selanders    jay.selanders@kutakrock.com
Gary I. Selinger    gselinger@hodgsonruss.com
Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com
Mark H. Shapiro    shapiro@steinbergshapiro.com
Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com
Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com
Mark Sherrill    mark.sherrill@sablaw.com
Joseph E. Shickich    jshickich@riddellwilliams.com
Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com
Wallace A. Showman    was@showmanlaw.com
Robert J. Sidman    rjsidman@vorys.com, cdfricke@vorys.com;bkbowers@vorys.com
Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com
John A. Simon    jsimon@foley.com
Joseph E. Simpson    jsimpson@hselaw.com
Thomas R. Slome    mail@rsmllp.com
Wendy W. Smith    wendy@bindermalter.com
Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com
Jesse L. Snyder    jsnyder@tpwlaw.com, jforstot@tpwlaw.com;mmuller@tpwlaw.com;cgraham@tpwlaw.com
Marc P. Solomon    msolomon@burr.com
Paul H. Spaeth    spaethlaw@phslaw.com
Robyn J. Spalter    notice@regencap.com
Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com
Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com
Douglas E. Spelfogel    dspelfogel@bakerlaw.com
Michael A. Spero    jspecf@sternslaw.com
Byron C. Starcher    byron.starcher@nelsonmullins.com
Robert J. Stark    claukamg@brownrudnick.com
Catherine Steege    csteege@jenner.com
Matthew B. Stein    mstein@sonnenschein.com
Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
Malani Sternstein    msternstein@sheppardmullin.com
Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com
Brent C. Strickland    bstrickland@wtplaw.com
Joseph G. Strines    joseph.strines@dplinc.com
James M. Sullivan    jmsullivan@mwe.com
Michelle T. Sutter    msutter@ag.state.oh.us
Paul Sweeney    psweeney@linowes-law.com

Dona Szak    dszak@ajamie.com
Robert Szwajkos    rsz@curtinheefner.com
Douglas T. Tabachnik    dtabachnik@dttlaw.com, info@dttlaw.com
Jeffrey L. Tanenbaum    garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com
Roger L. Tarbutton    roger.tarbutton@jocogov.org
John E. Taylor    jtaylor@binghammchale.com
Samuel Jason Teele    jteele@lowenstein.com
Zakarij O. Thomas    zothomas@klettrooney.com
Janice L. Thompson    Thompson.Janice@dol.gov
Melinda S. Thornton    cao.bkc@miamidade.gov
Gordon J. Toering    gtoering@wnj.com
Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com
Sheldon S. Toll    lawtoll@comcast.net
Laura L. Torrado    ltorrado@bear.com, msussman@bear.com
Michael A. Trentadue    mtrentadue@boselaw.com
Martin B. Tucker    mtucker@fbtlaw.com
Raymond J. Urbanik    rurbanik@munsch.com
Philip Urofsky    philip.urofsky@cwt.com, purofsky@yahoo.com
Robert Usadi    rusadi@cahill.com
Shmuel Vasser    svasser@eapdlaw.com
Lori V. Vaughan    lvaughan@foley.com
Frank F. Velocci    frank.velocci@dbr.com, steven.alfred@dbr.com
Joseph J. Vitale    jvitale@cwsny.com
Arthur T. Walsh    rkirby@omclaw.com
Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com
Michael D. Warner    bankruptcy@warnerstevens.com
W. Clark Watson    cwatson@balch.com
Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com
William P. Weintraub    wweintraub@fklaw.com
Jay Welford    jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com
Robert J. Welhoelter    robert.welhoelter@wallerlaw.com, darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
Elizabeth Weller    dallas.bankruptcy@publicans.com
David A. Wender    david.wender@alston.com
Michael R. Wernette    mwernette@schaferandweiner.com
Robert A White    rwhite@murthalaw.com
Amy Williams-Derry    awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com
Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com
Eric R. Wilson    BankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com
W. Joe Wilson    jwilson@tylercooper.com
Jeffrey C. Wisler    jcw@cblhlaw.com
Douglas Wolfe    dwolfe@asmcapital.com
Robert D. Wolford    ecfwolfordr@millerjohnson.com

| | |
|---|---|
| Richard L. Wynne | richard_wynne@kirkland.com;sperry@kirkland.com |
| Zhiyuan Xu | mxu@schiffhardin.com |
| David Farrington Yates | fyates@sonnenschein.com |
| Stephen L. Yonaty | syonaty@chwattys.com |
| German Yusufov | pcaocvbk@pcao.pima.gov |
| Helen A. Zamboni | hzamboni@underbergkessler.com |
| Menachem O. Zelmanovitz | mzelmanovitz@morganlewis.com |
| Peter Alan Zisser | nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com |

Date: January 10, 2008    Signature:    /s/ Gordon J. Toering
Print Name:    Gordon J. Toering
Business Address:    Warner Norcross & Judd LLP
111 Lyon, NW
900 Fifth Third Center
Grand Rapids, MI  49503

1495969