Warner Norcross & Judd LLP  
900 Fifth Third Center  
111 Lyon Street, NW  
Grand Rapids, MI 49503-2487  
(616) 752-2185 phone  
(616) 222-2185 fax  
gtoering@wnj.com  

Gordon J. Toering (GT-3738)  
(Admitted *Pro Hac Vice*)  

and  

Attorneys for Robert Bosch LLC and  
Robert Bosch GmbH  

**Hearing Date and Time: January 17, 2008 at 10:00 a.m.**  
**Objection Deadline: January 11, 2008 at 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, <u>et</u> <u>al</u>., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CERTIFICATE OF SERVICE**

       The undersigned certifies that on January 10, 2008, ROBERT BOSCH GmbH'S AND ROBERT BOSCH LLC'S PROTECTIVE OBJECTION TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION was sent by Federal Express, overnight delivery (scheduled for Friday, January 11, 2007) to:

Honorable Robert D. Drain  
U.S. Bankruptcy Court for the Southern  
District of New York  
One Bowling Green, Room 610  
New York, NY 10004  

General Counsel  
Delphi Corporation  
5725 Delphi Drive  
Troy, MI 48098

| | |
|---|---|
| Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 | Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 |
| Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 | Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 |
| Michael P. Kessler<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Alicia M. Leonhard<br>Office of the United States Trustee, Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 |
| Bonnie Steingart<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004 | John William Butler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 |
| Thomas E. Lauria<br>White & Case LLP<br>Wachovia Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, Florida  33131 | Gregory Pryor<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036 |
| Glenn M. Kurtz<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036 | John M. Reiss<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036 |
| Jeffrey L. Tanenbaum<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Robert J. Lemons<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |

and by electronic delivery upon the following:

Anne Marie Aaronson     aaronsoa@pepperlaw.com
David B. Aaronson     david.aaronson@dbr.com
Elizabeth Abdelmasieh     elizabeth@regencap.com
Franklin C. Adams     franklin.adams@bbklaw.com
Jason R. Adams     jadams@torys.com
Jennifer L. Adamy     bankruptcy@goodwin.com

David J. Adler     dadler@mccarter.com
Michael J. Alerding     malerding@binghammchale.com
Joseph W. Allen     jallen@jaeckle.com
Christopher A. Andreoff     candreoff@jaffelaw.com, ckelley@jaffelaw.com
Philip D. Anker     philip.anker@wilmerhale.com
Joel D. Applebaum     japplebaum@clarkhill.com
Allison R. Bach     abach@dickinsonwright.com
Stephen M. Bales     sbales@zieglermetzger.com
C. David Bargamian     dbargamian@bsdd.com
William J. Barrett     william.barrett@bfkn.com
David S. Barritt     barritt@chapman.com
Joseph M. Barry     jbarry@ycst.com
Douglas P. Bartner     dbartner@shearman.com, bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shearman.com,henry.nguyen@shearman.com,gabriella.illyes@shearman.com;cherie.spraggs@shearman;yuichi.haraguchi@shearman.com
Donald F. Baty     dbaty@honigman.com
Douglas P. Baumstein     dbaumstein@whitecase.com
Peter Nils Baylor     pnb@nutter.com, pacton@nutter.com
Ronald Scott Beacher     rbeacher@daypitney.com
W. Robinson Beard     jkirk@stites.com
Thomas M. Beeman     tom@beemanlawoffice.com
Christopher Robert Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com
Ryan B. Bennett     rbennett@kirkland.com, asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com
Timothy C. Bennett     tbennett@klng.com
Neil Matthew Berger     neilberger@teamtogut.com, dgeoghan@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut.com;scurrie@teamtogut.com;awinchell@teamtogut.com;echafetz@teamtogut.com;sskelly@teamtogut.com;jfalco@teamtogut.com;jwisnia@teamtogut.com
Leslie Ann Berkoff     lberkoff@moritthock.com
Jeffrey Bernstein     jbernstein@mdmc-law.com
Brendan G. Best     Bbest@dykema.com, ssalinas@dykema.com
Beth Ann Bivona     bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com
Monica Susan Blacker     monicablacker@akllp.com
Anthony D. Boccanfuso     Anthony_Boccanfuso@aporter.com
Charles E. Boulbol     rtrack@msn.com
Eliza K. Bradley     ebradley@robergelaw.com
William M. Braman     wmbraman@binghammchale.com
Wendy D. Brewer     wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com
Allan S. Brilliant     abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com
Timothy W. Brink     tbrink@lordbissell.com
Peter D. Broitman     broitman.peter@dol.gov, sol-chi@dol.gov
James L. Bromley     maofiling@cgsh.com;soneal@cgsh.com

Mark A. Broude    mark.broude@lw.com
Dewitt Brown    dewitt.brown@bipc.com
J. Michael Brown    mbrown@gwblawfirm.com
Lee B. Brumitt    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com
Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com
Tamika A. Bryant    tab@h2law.com
Deborah M. Buell    maofiling@cgsh.com
Kevin J. Burke    kburke@cahill.com
Michael G. Busenkell    mbusenkell@eckertseamans.com
John Wm. Butler    jbutler@skadden.com, achavali@skadden.com
Aaron R. Cahn    cahn@clm.com
Judy B. Calton    jcalton@honigman.com
Scott Cargill    scargill@lowenstein.com
Roberto Carrillo    rcarrillo@gsblaw.com
D. Christopher Carson    ccarson@burr.com
Michelle Carter    mcarter@kslaw.com
Linda J. Casey    caseyl@pepperlaw.com, hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com
Michael Cassell    mcassell@lefkowitzhogan.com
Ben T. Caughey    ben.caughey@icemiller.com
George B. Cauthen    george.cauthen@nelsonmullins.com
Babette A. Ceccotti    bceccotti@cwsny.com
Sarah B. Chapman Carter    scarter@pselaw.com
Erik G. Chappell    egc@lydenlaw.com
Eric J. Charlton    echarlton@hiscockbarclay.com
Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com
Conrad Chiu    cchiu@daypitney.com
R. John Clark    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com
David D. Cleary    david.cleary@dl.com, mkhambat@dl.com
Marvin E. Clements    icnewyork@state.tn.us
Tiffany Strelow Cobb    tscobb@vorys.com, eplitfin@vorys.com
Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com
Mark B. Conlan    mconlan@gibbonslaw.com
Dennis J. Connolly    dconnolly@alston.com
Susan M. Cook    smcook@lambertleser.com
Patrick M. Costello    pcostello@bbslaw.com
Thomas W. Cranmer    cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com
David N. Crapo    dcrapo@gibbonslaw.com
Tyson A. Crist    tcrist@szd.com
Michael G. Cruse    mcruse@wnj.com
Gary H. Cunningham    gcunningham@gmhlaw.com
Louis A. Curcio    lcurcio@tpwlaw.com
Vincent D'Agostino    vdagostino@lowenstein.com

Jeannine D'Amico    jeannine.damico@cwt.com
Douglas R. Davis    ddavis@paulweiss.com
Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com
Michael S. Davis    mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com
Carina M. De La Torre    cdelatorre@boselaw.com
James J. DeCristofaro    james.decristofaro@lovells.com
Karen Veronica DeFio    kdefio@bsk.com
Robert Dehney    rdehney@mnat.com, gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.com;wlamotte@mnat.com
Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com
John P. Dillman    houston_bankruptcy@publicans.com
Karen Dine    karen.dine@pillsburylaw.com
Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com
J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com
William E. Dornbos    william.dornbos@oag.state.ny.us
Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
David G. Dragich    ddragich@foley.com
David B. Draper    ddraper@terra-law.com
Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Robert W. Dremluk    rdremluk@seyfarth.com, pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,ajeffrey@seyfarth.com,
Seth A. Drucker    sdrucker@hongman.com
David F. DuMouchel    dumouchd@butzel.com
David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com
Frank L. Eaton    featon@whitecase.com, icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com
Weston T. Eguchi    weguchi@mayerbrownrowe.com, cwilliams-pugh@mayerbrown.com
Gayle Ehrlich    gehrlich@sandw.com
Robert L. Eisenbach    reisenbach@cooley.com
Judith Elkin    judith.elkin@haynesboone.com
David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com
Paige Leigh Ellerman    ellerman@taftlaw.com
Bruce N. Elliott    elliott@cmplaw.com
Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com
Barbara Ellis-Monro    bellis-monro@sgrlaw.com
Alyssa Englund    aenglund@orrick.com
Michael R. Enright    menright@rc.com
Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
Margot Erlich    margot.erlich@pillsburylaw.com
Earle I. Erman    eerman@ermanteicher.com

Scott L. Esbin      bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
Michael S. Etkin      metkin@lowenstein.com, mseymour@lowenstein.com
Stephen Vincent Falanga      sfalanga@connellfoley.com, porr@connellfoley.com;jbarrow@connellfoley.com
Eugene I. Farber      efarber747@aol.com
Kathleen A. Farinas      kf@lgrslaw.com
Robert Michael Farquhar      mfarquhar@winstead.com
Bonnie Glantz Fatell      fatell@blankrome.com
Oscar B. Fears      bfears@law.ga.gov, 02bf@law.ga.gov
Benjamin D. Feder      ben.feder@thompsonhine.com
Robert J. Feinstein      rfeinstein@pszyj.com, dharris@pszyjw.com
Hermann Ferre      hferre@thelenreid.com
Richard L. Ferrell      Ferrell@taftlaw.com
Charles J. Filardi      charles@filardi-law.com, abothwell@filardi-law.com
Andrea Fischer      afischer@olshanlaw.com, cwilliamspugh@olshanlaw.com;rsalnave@olshanlaw.com;jdesrosiers@olshanlaw.com
Jonathan D. Forstot      jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com
Mateo Fowler      mateofowler@quinnemanuel.com
Mateo Z. Fowler      leticiabustinduy@quinnemanuel.com
Edward M. Fox      efox@klng.com
Joseph D. Frank      jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com
Mark S. Frankel      mfrankel@couzens.com
Thomas M. Franklin      tmflaw@swbell.net
David H. Freedman      dfreedman@ermanteicher.com
Michael Friedman      mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com
Scott J. Friedman      sjfriedman@jonesday.com, sdignomirello@jonesday.com;ChicagoBRR@jonesday.com
Patricia B. Fugee      pfugee@ralaw.com, mtroendle@ralaw.com
Lars H. Fuller      lfuller@rothgerber.com
Timothy A. Fusco      fusco@millercanfield.com
Thomas M. Gaa      tgaa@bbslaw.com
James Gadsden      bankruptcy@clm.com
James M. Garner      jgarner@shergarner.com, jchocheles@shergarner.com
Victoria D. Garry      vgarry@ag.state.oh.us
Joanne Gelfand      joanne.gelfand@akerman.com
Yann Geron      ygeron@foxrothschild.com
Philip J. Giacinti      pjg@procopio.com, caw@procopio.com
Karen Giannelli      kgiannelli@gibbonslaw.com
Leo J. Gibson      lgibson@bsdd.com
Celeste R. Gill      gillcr@michigan.gov, sherwoodj@michigan.com
Eduardo J. Glas      eglas@mccarter.com
Jeffrey R. Gleit      jgleit@kasowitz.com, ffigueroa@kasowitz.com;cciuffani@kasowitz.com
Larry Ivan Glick      larryglick@erols.com
Ronald L. Glick      rlg@stevenslee.com
Matthew Alexander Gold      courts@argopartners.net
Scott R. Goldberg      sgoldber@quarles.com

Scott A. Golden     sagolden@hhlaw.com, khseal@hhlaw.com
Robert C. Goodrich     nashvillebankruptcyfilings@stites.com
Robert D. Gordon     rgordon@clarkhill.com
Gary A. Gotto     ggotto@krplc.com
Garry M. Graber     ggraber@hodgsonruss.com, bomalley@hodgsonruss.com
David S. Gragg     dgragg@langleybanack.com, cjohnston@langleybanack.com
Jeffrey J. Graham     jgraham@sommerbarnard.com, ecfclerk@sommerbarnard.com;denisa.wineinger@sommerbarnard.com
Warren R. Graham     wrg@dmlegal.com
Gary E. Green     ggreen@fagelhaber.com
Jonathan S. Green     greenj@millercanfield.com
Wendy B. Green     wgreen@formanlaw.com
John T. Gregg     jgregg@btlaw.com
Lisa S. Gretchko     lgretchko@howardandhoward.com, dbrandon@howardandhoward.com
Stephen H. Gross     sgross@hodgsonruss.com
Stephen B. Grow     sgrow@wnj.com, kfrantz@wnj.com
Janice Beth Grubin     janice.grubin@dbr.com, daniel.northrop@dbr.com
Kevin Grzelak     phcdelphi@priceheneveld.com
Peter J. Gurfein     pgurfein@akingump.com
Dennis M. Haley     dhaley@winegarden-law.com
Michael Leo Hall     mhall@burr.com
Timothy C. Hall     tch@previant.com
Alan D. Halperin     ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net
Matthew W. Hamilton     electronicnotice@fulcruminv.com
William J. Hanlon     whanlon@seyfarth.com, bosuscourt@seyfarth.com
Kristopher M. Hansen     insolvency2@stroock.com;docketing@stroock.com
Jill M. Hartley     jh@previant.com
Brian W. Harvey     bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
Lonie A. Hassel     lah@groom.com
William M. Hawkins     whawkins@loeb.com
Nava Hazan     nhazan@mwe.com
Ryan D. Heilman     rheilman@schaferandweiner.com
Ira L. Herman     ira.herman@tklaw.com, bankr.nyc@tklaw.com;suhailah.sallie@tklaw.com
Neil E. Herman     Nherman@morganlewis.com
Brian S. Hermann     bhermann@paulweiss.com
William Heuer     wheuer@dl.com
David M. Hillman     david.hillman@srz.com
Jeannette Eisan Hinshaw     jhinshaw@boselaw.com, kmcintosh@boselaw.com
Robert M. Hirsh     hirsh.robert@arentfox.com
Shannon E. Hoff     Shannon.Hoff@hmw.com, mstinson@burr.com
Michelle R. Holl     mholl@mayerbrownrowe.com
Stephanie K. Hoos     stephanie.hoos@bingham.com
John R. Humphrey     jhumphrey@sbalawyers.com, jhumphrey@sbalawyers.com;ecfclerk@sommerbarnard.com
John J. Hunter     jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
Jay W. Hurst     jay.hurst@oag.state.tx.us

Donald J. Hutchinson     hutchinson@millercanfield.com
Roland Hwang     hwangr@michigan.gov
Michael G. Insalaco     minsalaco@zeklaw.com
Peter Janovsky     PJanovsky@ZEKlaw.com
Susan Jennik     sjennik@kjmlabor.com
Hilary Jewett     hjewett@foley.com
Mary L. Johnson     mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com
Roger G. Jones     rjones@bccb.com
Gregory J. Jordan     gjordan@dykema.com
Richard Josephson     rcjosephson@stoel.com, basargent@stoel.com
John E. Jureller     jjureller@klestadt.com, jjureller@klestadt.com
Andrew C. Kassner     andrew.kassner@dbr.com
Jessica Kastin     jkastin@omm.com, #nymanagingattorney@omm.com
William M. Katich     wkatich@atg.state.il.us
Kristi A. Katsma     kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com
Patrick J. Keating     pkeating@bdblaw.com
David Kennedy     david.kennedy2@usdoj.gov
Thomas M. Kennedy     tkennedy@kjmlabor.com
Jocelyn Keynes     jk@stevenslee.com
Karen L. Kirshenbaum     kkirshenbaum@lynchrowin.com
Tracy L. Klestadt     tklestadt@klestadt.com, tklestadt@gmail.com
Brandi P. Klineberg     bklineberg@moritthock.com
Jonathan Koevary     jkoevary@kramerlevin.com, dcates@kramerlevin.com;rwagner@kramerlevin.com
Howard Koh     hkoh@meisterseelig.com
Seth F. Kornbluth     skornbluth@herrick.com
Alan M. Koschik     akoschik@brouse.com
Lawrence J. Kotler     ljkotler@duanemorris.com
Stuart A. Krause     skrause@zeklaw.com
Duane Kumagai     dkumagai@rutterhobbs.com
David R. Kuney     dkuney@sidley.com, nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujawski@sidley.com;emcdonnell@sidley.com
Glenn M. Kurtz     gkurtz@whitecase.com
Randall D. LaTour     rdlatour@vssp.com, cdfricke@vssp.com
Darryl S. Laddin     bkrfilings@agg.com
Stuart A. Laven     slaven@bfca.com
James N. Lawlor     jlawlor@wmd-law.com, gbenaur@wmd-law.com
Elena Lazarou     elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com
David S. Lefere     davidl@bolhouselaw.com
Harris Donald Leinwand     hleinwand@aol.com, hleinwand@aol.com
David E. Lemke     david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com
Joseph H. Lemkin     jhlemkin@duanemorris.com, vmarchello@duanemorris.com
Ira M. Levee     ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi     jlevi@toddlevi.com, drosenberg@toddlevi.com
Jeffrey M. Levinson     jml@ml-legal.com
Kenneth M. Lewis     klewis@rosenpc.com, srosen@rosenpc.com
Kim Martin Lewis     brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com
Mark S. Lichtenstein     mlichtenstein@crowell.com, mlichtenstein@crowell.com
Eric Lopez Schnabel     schnabel.eric@dorsey.com
Dennis W. Loughlin     dloughlin@stroblpc.com, sfraser@stroblpc.com
A. Peter Lubitz     plubitz@schiffhardin.com, bneff@schiffhardin.com
Donald K. Ludman     dludman@brownconnery.com
Matthew J. Lund     kovskyd@pepperlaw.com
Sara Klettke MacWilliams     skm@h2law.com
Amina Maddox     amina.maddox@law.dol.lps.state.nj.us
John S. Mairo     jsmairo@pbnlaw.com, jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnlaw.com;jcbasner@pbnlaw.com;daamedeo@pbnlaw.com
Donald W. Mallory     donald.mallory@dinslaw.com
Amy Wood Malone     amalone@colwinlaw.com
Jacob A. Manheimer     mpottle@pierceatwood.com
Nauni Manty     ecfb@felhaber.com
Kayalyn A. Marafioti     kmarafio@skadden.com, jharring@skadden.com
Andrew L. Margulis     amargulis@ropers.com
Dorothy H. Marinis-Riggio     demarinis@candklaw.com
Ilan Markus     imarkus@tylercooper.com
John J. Marquess     jjm@legalcost.com
Madison L. Martin     nashvillebankruptcyfilings@stites.com
Richard Gary Mason     rgmason@wlrk.com
Victor J. Mastromarco     vmastromar@aol.com
Thomas J. Matz     tmatz@skadden.com
Kristin B. Mayhew     abothwell@pepehazard.com
Daniel P. Mazo     dpm@curtinheefner.com
Aaron G. McCollough     amccollough@mcguirewoods.com
Michael K. McCrory     michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com
Ralph E. McDowell     rmcdowell@bodmanllp.com
Douglas J. McGill     douglas.mcgill@dbr.com
Frank McGinn     ffm@bostonbusinesslaw.com
Scott S. McKessy     smckessy@reedsmith.com
Michelle McMahon     michelle.mcmahon@bryancave.com, dortiz@bryancave.com
Greta A. McMorris     gmcmorris@stinsonmoheck.com
Austin L. McMullen     amcmulle@bccb.com
Patrick E. Mears     patrick.mears@btlaw.com
Derek F. Meek     dmeek@burr.com
Barbara S Mehlsack     bmehlsack@gkllaw.com
Timothy Mehok     timothy.mehok@hellerehrman.com
Richard M. Meth     msteen@daypitney.com
Sally Meyer     smeyer@madisonliquidity.com
Merle C. Meyers     mmeyers@mlg-pc.com

Robert N. Michaelson     rmichaelson@kl.com
Laurie J. Michelson     michelso@butzel.com
Angela Z. Miller     amiller@phillipslytle.com, jhahn@phillipslytle.com
Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com
W. Timothy Miller     miller@taftlaw.com
Alan K. Mills     amills@btlaw.com, bankruptcyindy@btlaw.com
Robert K. Minkoff     lsi@liquiditysolutions.com, rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com
Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com;ny76@ecfcbis.com
James P. Moloy     jmoloy@dannpecar.com
Michael C. Moody     mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com
Audrey E. Moog     amoog@hhlaw.com
Brett S. Moore     bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com
Brian F. Moore     bmoore@mccarter.com
Gene T. Moore     gtmlaw@bellsouth.net
Thomas R. Morris     morris@silvermanmorris.com, morris@silvermanmorris.com
Andrew L. Morrison     amorrison@reedsmith.com, rmarino@reedsmith.com
Sarah E. Morrison     sarah.morrison@doj.ca.gov
Whitney L. Mosby     wmosby@binghammchale.com
Eric T. Moser     eric.moser@klgates.com, kristen.serrao@klgates.com
Alisa Mumola     alisa@contrariancapital.com
Jill L. Murch     jmurch@foley.com, khall@foley.com
James P. Murphy     murph@berrymoorman.com
Lawrence J. Murphy     lmurphy@honigman.com
Robert D. Nachman     rnachman@scgk.com
Bruce S. Nathan     bnathan@lowenstein.com
Michael R. Nestor     bankruptcy@ycst.com
Lauren Newman     lnewman@fagelhaber.com
Marie L. Nienhuis     mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
Timothy F. Nixon     tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
Richard P. Norton     rnorton@hunton.com
Gordon Z. Novod     gnovod@kramerlevin.com
Kasey C. Nye     knye@quarles.com
Michael P. O'Connor     mpolaw@aol.com
Michael O'Hayer     mkohayer@aol.com
Martin P. Ochs     martin@oglaw.net
Sean A. Okeefe     sokeefe@winthropcouchot.com
Patrick J. Orr     porr@klestadt.com, rgargiulo@klestadt.com
Karen Ostad     kostad@mofo.com
Mark Russell Owens     mowens@btlaw.com, mowens@btlaw.com
Nicholas R. Pagliari     npagliari@quinnfirm.com, dalford@quinnfirm.com
Charles Palella     cpalella@kurzman.com
Ingrid S. Palermo     ipalermo@hselaw.com

Charles N. Panzer     cpanzer@sillscummis.com
Richard J. Parks     rjp@pbandg.com, kas2@pbandg.com
Felton E. Parrish     fparrish@kslaw.com
Susan P. Persichilli     persichillisp@bipc.com, fiedleram@bipc.com
Geoffrey J. Peters     gpeters@weltman.com
Lowell Peterson     lpeterson@msek.com
Ronald R. Peterson     rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com
Ed Phillips     ephillips@thurman-phillips.com
Christine A.M. Pierpont     cpierpont@ssd.com
Alex Pirogovsky     apirogovsky@uhlaw.com
Thomas A. Pitta     tpitta@lowenstein.com
Leslie A. Plaskon     leslieplaskon@paulhastings.com
David M. Posner     dmposner@hhlaw.com, dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com
Constantine Pourakis     cp@stevenslee.com
Mark T. Power     MPower@HahnHessen.com;kgreenspan@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;eschnitzer@hahnhessen.com;jzawadzki@hahnhessen.com
Susan Power-Johnston     sjohnston@cov.com
Paul A. Rachmuth     prachmuth@andersonkill.com, bfiling@andersonkill.com
Thomas B. Radom     radom@butzel.com
Dennis Jay Raterink     raterinkd@michigan.gov
Eric T. Ray     eray@balch.com
Steven J. Reisman     sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-p.com;sbeyer@cm-p.com
Kenneth A. Reynolds     kar@pryormandelup.com
Geoffrey A. Richards     grichards@kirkland.com
Marc E. Richards     mrichards@blankrome.com
Tracy E. Richardson     tracy.richardson@dol.lps.state.nj.us
Craig Philip Rieders     crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com
Sandra A. Riemer     sriemer@phillipsnizer.com, mfay@phillipsnizer.com
Marianne Goldstein Robbins     mgr@previant.com, em@previant.com
Matthew R. Robbins     mrr@previant.com
Elizabeth A. Roberge     eroberge@robergelaw.com
Jean R. Robertson     jrobertson@calfee.com, jrobertson@calfee.com
Scott D. Rosen     srosen@cb-shea.com
Heath D. Rosenblat     hrosenblat@kayscholer.com
Paul M. Rosenblatt     prosenblatt@kilpatrickstockton.com
David A. Rosenzweig     DRosenzweig@Fulbright.com
David S. Rosner     ffigueroa@kasowitz.com;dfliman@kasowitz.com
Ira Rubin     irarubin265@aol.com, norma@bizwoh.rr.com
Robert B. Rubin     brubin@burr.com
E. Todd Sable     tsable@honigman.com
Chester B. Salomon     cs@stevenslee.com

Brian D. Salwowski    bsalwowski@atg.state.in.us
Diane W. Sanders    austin.bankruptcy@publicans.com
William A. Sankbeil    was@krwlaw.com
Thomas P. Sarb    ecfsarbt@millerjohnson.com
Robert V. Sartin    rsartin@fbtlaw.com
William F. Savino    wsavino@damonmorey.com
Thomas J. Schank    tomschank@hunterschank.com
Ilan D. Scharf    ischarf@pszyjw.com
Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com
James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com
William H. Schorling    william.schorling@bipc.com
Christopher P. Schueller    christopher.schueller@bipc.com, darcy.drons@bipc.com
Charles P. Schulman    cschulman@sachnoff.com
Sheila R. Schwager    srs@hteh.com
Bryan I. Schwartz    bschwartz@lplegal.com
Jay A. Schwartz    jschwartz@schwartzlawfirmpc.com
Matthew L. Schwartz    matthew.schwartz@usdoj.gov
Mark S. Scott    mscott@riemerlaw.com
Lon J. Seidman    mail@rsmllp.com, mail@rsmllp.com
Howard Seife    andrew.rosenblatt@chadbourne.com
Jay Selanders    jay.selanders@kutakrock.com
Gary I. Selinger    gselinger@hodgsonruss.com
Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com
Mark H. Shapiro    shapiro@steinbergshapiro.com
Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com
Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com
Mark Sherrill    mark.sherrill@sablaw.com
Joseph E. Shickich    jshickich@riddellwilliams.com
Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com
Wallace A. Showman    was@showmanlaw.com
Robert J. Sidman    rjsidman@vorys.com, cdfricke@vorys.com;bkbowers@vorys.com
Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com
John A. Simon    jsimon@foley.com
Joseph E. Simpson    jsimpson@hselaw.com
Thomas R. Slome    mail@rsmllp.com
Wendy W. Smith    wendy@bindermalter.com
Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com
Jesse L. Snyder    jsnyder@tpwlaw.com, jforstot@tpwlaw.com;mmuller@tpwlaw.com;cgraham@tpwlaw.com
Marc P. Solomon    msolomon@burr.com
Paul H. Spaeth    spaethlaw@phslaw.com
Robyn J. Spalter    notice@regencap.com
Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Brian D. Spector     bspector@selawfirm.com, kdillon@selawfirm.com
Douglas E. Spelfogel     dspelfogel@bakerlaw.com
Michael A. Spero     jspecf@sternslaw.com
Byron C. Starcher     byron.starcher@nelsonmullins.com
Robert J. Stark     claukamg@brownrudnick.com
Catherine Steege     csteege@jenner.com
Matthew B. Stein     mstein@sonnenschein.com
Bonnie Steingart     steinbo@ffhsj.com, nydocketclrk@ffhsj.com
Malani Sternstein     msternstein@sheppardmullin.com
Alexander Stotland     axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com
Brent C. Strickland     bstrickland@wtplaw.com
Joseph G. Strines     joseph.strines@dplinc.com
James M. Sullivan     jmsullivan@mwe.com
Michelle T. Sutter     msutter@ag.state.oh.us
Paul Sweeney     psweeney@linowes-law.com
Dona Szak     dszak@ajamie.com
Robert Szwajkos     rsz@curtinheefner.com
Douglas T. Tabachnik     dtabachnik@dttlaw.com, info@dttlaw.com
Jeffrey L. Tanenbaum     garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com
Roger L. Tarbutton     roger.tarbutton@jocogov.org
John E. Taylor     jtaylor@binghammchale.com
Samuel Jason Teele     jteele@lowenstein.com
Zakarij O. Thomas     zothomas@klettrooney.com
Janice L. Thompson     Thompson.Janice@dol.gov
Melinda S. Thornton     cao.bkc@miamidade.gov
Gordon J. Toering     gtoering@wnj.com
Albert Togut     alcourt@teamtogut.com, kackerman@teamtogut.com
Sheldon S. Toll     lawtoll@comcast.net
Laura L. Torrado     ltorrado@bear.com, msussman@bear.com
Michael A. Trentadue     mtrentadue@boselaw.com
Martin B. Tucker     mtucker@fbtlaw.com
Raymond J. Urbanik     rurbanik@munsch.com
Philip Urofsky     philip.urofsky@cwt.com, purofsky@yahoo.com
Robert Usadi     rusadi@cahill.com
Shmuel Vasser     svasser@eapdlaw.com
Lori V. Vaughan     lvaughan@foley.com
Frank F. Velocci     frank.velocci@dbr.com, steven.alfred@dbr.com
Joseph J. Vitale     jvitale@cwsny.com
Arthur T. Walsh     rkirby@omclaw.com
Sean M. Walsh     swalsh@gmhlaw.com, jmahar@gmhlaw.com
Michael D. Warner     bankruptcy@warnerstevens.com
W. Clark Watson     cwatson@balch.com
Robert K. Weiler     rweiler@greenseifter.com, lellis@greenseifter.com
William P. Weintraub     wweintraub@fklaw.com
Jay Welford     jwelford@jaffelaw.com,

dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com
Robert J. Welhoelter    robert.welhoelter@wallerlaw.com, darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
Elizabeth Weller    dallas.bankruptcy@publicans.com
David A. Wender    david.wender@alston.com
Michael R. Wernette    mwernette@schaferandweiner.com
Robert A White    rwhite@murthalaw.com
Amy Williams-Derry    awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com
Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com
Eric R. Wilson    BankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com
W. Joe Wilson    jwilson@tylercooper.com
Jeffrey C. Wisler    jcw@cblhlaw.com
Douglas Wolfe    dwolfe@asmcapital.com
Robert D. Wolford    ecfwolfordr@millerjohnson.com
Richard L. Wynne    richard_wynne@kirkland.com;sperry@kirkland.com
Zhiyuan Xu    mxu@schiffhardin.com
David Farrington Yates    fyates@sonnenschein.com
Stephen L. Yonaty    syonaty@chwattys.com
German Yusufov    pcaocvbk@pcao.pima.gov
Helen A. Zamboni    hzamboni@underbergkessler.com
Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com
Peter Alan Zisser    nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com

Date: January 10, 2008

Signature:    /s/ Gordon J. Toering
Print Name:    Gordon J. Toering
Business Address:    Warner Norcross & Judd LLP
111 Lyon, NW
900 Fifth Third Center
Grand Rapids, MI  49503

1496032