# EXHIBIT 1

# DELPHI FACILITIES PREVIOUSLY OWNED BY GM

## Delphi Facilities Previously Owned by GM

| SiteID | Site Name | GM Owner | Address | City | Generator Status |
|---|---|---|---|---|---|
| MID000721738 | DELPHI ENERGY & ENGINE MANAGEMENT SYSTEM | GMC DIESELL EQUIP DIV COOPERSVILLE PLANT | 999 W RANDALL ST | COOPERSVILLE | CESQG |
| MID005356647 | DELPHI FLINT EAST - DORT HWY | GMC AC SPARK PLUG DIV DORT HWY | 2926 DAVISON RD | FLINT | LQG |
| MID005356647 | DELPHI FLINT EAST - DORT HWY | GMC,AC DELCO SYSTEMS DIVISION DORT HWY | 2926 DAVISON RD | FLINT | LQG |
| MID005356654 | DELPHI FLINT - WEST | GMC AC DELCO SYSTEMS DIVISION WEST | 300 N CHEVROLET AVENUE | FLINT | CESQG |
| MID005356654 | DELPHI FLINT - WEST | GMC CHEVROLET FLINT MANUFACTURING | 300 N CHEVROLET AVENUE | FLINT | CESQG |
| MID005356878 | DELPHI SAGINAW STEERING SYSTEMS | GMC SAGINAW STEERING GEAR | 3900 E HOLLAND RD | SAGINAW | LQG |
| MID017079625 | DELPHI POWERTRAIN SYSTEMS | GMC ROCHESTER PROD DIV WYOMING PLT | 2100 BURLINGAME AVE SW | WYOMING | LQG |
| MID084571256 | DELPHI ADRIAN OPERATIONS | GENERAL MOTORS CORP | 1450 E BEECHER ST | ADRIAN | LQG |
| MID084571256 | DELPHI ADRIAN OPERATIONS | GMC CHEVROLET-ADRIAN MFG | 1450 E BEECHER ST | ADRIAN | LQG |
| MID980568570 | DELPHI FLINT EAST-WWTP | GMC AC DELCO SYSTEMS DIV WASTE TRMT PLT | 3026 ROBERT T LONGWAY BLVD | FLINT | LQG |
| MID980568570 | DELPHI FLINT EAST-WWTP | GMC AC SPARK PLUG DIV WASTE TREATMENT | 3026 ROBERT T LONGWAY BLVD | FLINT | LQG |
| MID980568745 | DELPHI FLINT EAST AVERILL ROAD | GMC AC SPARK PLUG DIV AVERILL AVE | 1101 N CENTER ROAD | FLINT | LQG |
| MID980568745 | DELPHI FLINT EAST AVERILL ROAD | GMC, AC DELCO SYSTEMS DIV AVERILL AVE | 1101 N CENTER ROAD | FLINT | LQG |
| MID990760282 | DELPHI SAGINAW STEERING SYSTEMS | GMC SAGINAW STEERING GEAR PLANT NO 2 | 1400 HOLMES ST | SAGINAW | LQG |