ARENT FOX LLP
Mary Joanne Dowd (MD-0743)
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395
        and
1675 Broadway
New York, NY 10019
Telephone:  (212) 484-3900
Facsimile:  (212) 484-3990

*Attorneys for the Audio MPEG, Inc. and S.I.SV.EL., S.p.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Chapter 11

DELPHI CORPORATION, *et al*.,          Case No.: 05-44481 (RDD)

                              Debtors.          Jointly Administered

AUDIO MPEG, INC. and
ITALIANA PER LO SVILUPPO
DELL'ELETTRONICA, S.I.SV.EL., S.P.A.,

                              Movants,

v.

DELPHI CORPORATION, *et al*.,

                              Respondents.

## <u>DECLARATION OF SERVICE</u>

JEFFREY N. ROTHLEDER, hereby declares:

1.      Declarant is not a party to this action, is over eighteen years of age, and is an employee of Arent Fox LLP, 1050 Connecticut Ave., NW, Washington, DC 20036.

2.      On January 10, 2008, I caused to be served the Motion of Audio MPEG, Inc. and SISVEL to Modify the Automatic Stay to Perform Audit Under License Agreement and notice thereof on those parties listed on **Exhibit A** hereto.

3.      On January 10, 2008, I caused to be served the Notice of Motion of Audio MPEG, Inc. and SISVEL to Modify the Automatic Stay to Perform Audit Under License Agreement on those parties listed on **Exhibit B** hereto.

4.      On January 10, 2008, I caused to be served the Objection of Audio MPEG, Inc. and S.I.SV.EL., S.p.A. to (i) Confirmation of the First Amended Plan of Reorganization of Delphi Corporation and Certain Affilaites, Debtors and Debtors-In-Possession and (ii) Assumption of License Agreement on those parties listed on **Exhibit C** in accordance with the procedures required by the December 10, 2007 Order Approving (i) Disclosure Statement, (ii) Record Date, Voting Deadline, and Procedure for Temporary Allowance of Certain Claims, (iii) Hearing Date to Consider Confirmation of Plan, (iv) Procedures for Filing Objections to Plan, (v) Solicitation Procedures for Voting on Plan, (vi) Cure Claim Procedures, (vii) Procedures for Resolving Disputes Relating to Postpetition Interest, and (viii) Reclamation Claim Procedures.

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 10th day of January 2008.

*/s/ Jeffrey N. Rothleder*
Jeffrey N. Rothleder

## EXHIBIT A

Robert J. Stark
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036
(Indenture Trustee)

Bruce Simon
Cohen, Weiss & Simon
330 W. 42nd Street
New York, NY 10036

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
(Counsel to Flextronics International, Inc.)

Donald Bernstein
Brian Resnick
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(Counsel to Debtors' Post-Petition Administrative Agent)

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Michael Nefkens
Electronic Data Systems Corp.
5505 Corprate Drive, MSIA
Troy, MI 48098

Carrie L. Schiff
Flextronics International
305 Interlocken Parkway
Broomfield, CO 80021
(Counsel to Flextronics International)

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131
(Counsel to Flextronics International USA, Inc.)

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE 16
Austin, TX 78735

Brad Eric Sheler, Bonnie Steingart, Vivek Melwani
Jennifer L. Rodburg, Richard J. Slivinski
Fried, Fran, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004
(Counsel to Equity Security holders Committee)

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square, 11th Floor
New York, NY 10036
(Financial Advisor to Debtors)

Valerie Venable
General Electric Company
9930 Kincey Avenue
Huntersville, NC 28078

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006
(Counsel to Employee Benefits)

Stephen H. Gross
Hodgson Russ LLP
1540 Broadway, 24th Floor
New York, NY 10036
(Counsel to Hexcel Corporation)

Frank L. Gorman
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
(Counsel to General Motors Corporation)

Robert B. Weiss
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
(Counsel to General Motors Corporation)

Insolvency Department
Internal Revenue Service
477 Michigan Avenue
Mail Stop 15
Detroit, MI 48226

Maria Valerio, Insolvency Dept.
Internal Revenue Service
290 Broadway, 5th Flr
New York, NY 10007

Conference Board Chairman
IUE-CWA
2360 Dorothy Lane, Suite 201
Dayton, OH 45439

William Q. Derrough
Jefferies & Company, Inc.
520 Madison Avenue, 12th Flr
New York, NY 10022

Richard Duker
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017
(Pre-petition Administrative Agent)

Susan Atkins
Gianni Russello
JPMorgan Chase Bank, N.A.
277 Park Avenue, 8th Flr
New York, NY 10172
(Post-Petition Administrative Agent)

Gordon Z. Novod
Kramer Levin Naftalls & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(Counsel Data Systems Corporation:
EDS Information Services LLC)

Thomas Moers Mayer
Kramer Levin Naftalls & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(Counsel Data Systems Corporation:
EDS Information Services LLC)

Sheryl Betance
Kurtzman Carson Consultanta
2335 Alaska Avenue
El Segundo, CA 90245

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(Counsel to Official Committee of Unsecured Creditors)

Daniel R. Fisher
Law Debenrture Trust of New York
400 Madison Avenue, 4th Flr
New York, NY 10017
(Indenture Trustee)

Patrick J. Healy
Law Debenrture Trust of New York
400 Madison Avenue, 4th Flr
New York, NY 10017
(Indenture Trustee)

David D. Cleary
McDermott Will & Emery LLP
227 West Monroe Street, Suite 5400
Chicago, IL 60606
(Counsel to Recticel North America, Inc.)

Jason J. DeJonker
McDermott Will & Emery LLP
227 West Monroe Street, Suite 5400
Chicago, IL 60606
(Counsel to Recticel North America, Inc.)

Mohsin N. Khambati
McDermott Will & Emery LLP
227 West Monroe Street, Suite 5400
Chicago, IL 60606
(Counsel to Recticel North America, Inc.)

Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street, Suite 5400
Chicago, IL 60606
(Counsel to Recticel North America, Inc.)

Comish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave, N.W., Suite 350
Washington, DC 20015
Counsel to Movant Retirees and Proposed Counsel to the Official
Committee of Retirees)

J. Brian McTigue
McTigue Law Firm
5301 Wisconsin Ave, N.W., Suite 350
Washington, DC 20015
Counsel to Movant Retirees and Proposed Counsel
to the Official Committee of Retirees)

Leon Szlezinger
Mesirow Financial
666 Third Avenue, 21st Floor
New York, NY 10017

Gregory A. Bray, Thomas R. Kreller,
James E. Till
Milbank Tweed Hadley & McCloy LLP
601 S. Figueroa Street, 30th Flr
Los Angeles, CA 90071
(Counsel to Cerberus Capital Management LP and
Dolce Investments LLC)

Joseph T. Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
(Counsel to Blue Cross and Blue Shield of Michigan)

Mark Schonfeld, Regional Director
Northeast Regional Office
Securities & Exchange Commission
3 World Financial Center, Rm 4300
New York, NY 10281

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York, NY 10271

Robert Siegel
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071
(Special Labor Counsel)

Tom A. Jerman, Rachel Janger
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
(Special Labor Counsel)

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, NW, Suite 340
Washington, DC
(Counsel to Pension Benefit Guaranty Corporation)

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K Street, NW, Suite 340
Washington, DC. 20005-4026
(Chief Counsel to the Pension Benefit Guaranty Corporation)

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103
(Counsel to Freescale Semiconductor, Inc.
f/k/a Motorola Semiconductor Systems)

David L. Resnick
Rothchild Inc.
1251 Avenue of the Americas
New York, NY 10020
(Financial Advisor)

Robert W. Dremluk
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018-1405
(Counsel to Murata Electronics North America, Inc.;
Fujikura America, Inc.)

Douglas Bartner, Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(Local Counsel to Debtors)

Kenneth S. Ziman, Robert H. Trust
William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(Counsel to Debtor's Prepetition Administrative Agent)

John Wm. Butler, John K. Lyons, Ron Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr., Suite 2100
Chicago, IL 60606
(Counsel to Debtor)

Kayalyn A. Marafioti, Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
PO Box 300
New York, NY 10036
(Counsel to Debtor)

Daniel D. Doyle
Spencer Fane Britt & Browne
1 North Brentwood Blvd., 10th Flr
St. Louis, MO 63105
(Counsel to Movant Retirees and Proposed Counsel to the Official
Committee of Retirees)

Nicholas Franke
Spencer Fane Britt & Browne
1 North Brentwood Blvd., 10th Flr
St. Louis, MO 63105
(Counsel to Movant Retirees and Proposed Counsel
to the Official Committee of Retirees)

Chester B. Salomon, Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Ave., 20th Flr
New York, NY 10022
(Counsel to Wamco, Inc.)

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119
(Conflicts Counsel to Debtors)

MaryAnn Bereton
Assistant General Counsel
Tyco Electronics Corporation
60 Columbia Road
Morristown, NJ 07960

Alicia M. Leonhard
United States Trustee
33 Whitehall Street, 21st Flr
New York, NY 10004-2112

**EXHIBIT B**

| | |
|---|---|
| Adalberto Cañadas Castillo<br>Avda Ramon de Carranza<br>10-1°<br>Cadiz, 11006<br>Spain | Joseph Avanzato<br>Adler Pollock & Sheehan PC<br>One Citizens Plz 8th Fl<br>Providence, RI 2903 |
| David Boyle<br>Airgas, Inc.<br>259 Radnor-Chester Road, Suite 100<br>P.O. Box 6675<br>Radnor, PA 19087-8675 | Alan Swiech<br>Akebono Corporation (North America)<br>34385 Twelve Mile Road<br>Farminton Hills, MI 48331 |
| David M Dunn<br>Akin Gump Strauss Hauer & Feld, LLP<br>1333 New Hampshire Ave NW<br>Washington, DC 20036 | Ira S Dizengoff<br>Akin Gump Strauss Hauer & Feld, LLP<br>590 Madison Ave<br>New York, NY 10022-2524 |
| Peter J. Gurfein<br>Akin Gump Strauss Hauer & Feld, LLP<br>2029 Centure Park East<br>Suite 2400<br>Los Angeles, CA 90067 | Michael S. Greger<br>Allen Matkins Leck Gamble & Mallory LLP<br>1900 Main Street<br>Fifth Floor<br>Irvine, CA 92614-7321 |
| Craig E. Freeman<br>Alston & Bird, LLP<br>90 Park Avenue<br>New York, NY 10016 | Dennis J. Connolly; David A. Wender<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309 |
| Brandon J. Kessinger<br>Ambrake Corporation<br>300 Ring Road<br>Elizabethtown, KY 42701 | Steven R. Keyes<br>American Axle & Manufacturing, Inc.<br>One Dauch Drive, Mail Code 6E-2-42<br>Detroit, MI 48243 |
| Gogi Malik<br>Andrews Kurth LLP<br>1717 Main Street<br>Suite 3700<br>Dallas, TX 75201 | Monica S. Blacker<br>Andrews Kurth LLP<br>1717 Main Street<br>Suite 3700<br>Dallas, TX 75201 |
| Leigh Walzer<br>Angelo, Gordon & Co.<br>245 Park Avenue<br>26th Floor<br>New York, NY 10167 | Mark T. Flewelling<br>Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP<br>199 South Los Robles Avenue<br>Suite 600<br>Pasadena, CA 91101-2459 |
| John B Orenstein<br>Anthony Ostlund & Baer PA<br>3600 Wells Fargo Ctr<br>90 S 7th St<br>Minneapolis, MN 55402 | Andy Leinhoff<br>Matthew Hamilton<br>APS Clearing, Inc.<br>1301 S. Capital of Texas Highway<br>Suite B-220<br>Austin, TX 78746 |
| Mitchell D. Cohen<br>Arent Fox PLLC<br>1675 Broadway<br>New York, NY 10019 | Robert M. Hirsh<br>Arent Fox PLLC<br>1675 Broadway<br>New York, NY 10019 |

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

Joel M. Gross
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

Carl Galloway
ATS Automation Tooling Systems Inc.
250 Royal Oak Road
Cambridge, Ontario N3H 4R6
Canada

Eric T. Ray
Balch & Bingham LLP
PO Box 306
Birmingham, AL 35201

Kimberly J. Robinson
Barack, Ferrazzano, Kirschbaum & Nagelberg LLP
200 W Madison St Ste 3900
Chicago, IL 60606

William J. Barrett
Barack, Ferrazzano, Kirschbaum & Nagelberg LLP
200 W Madison St Ste 3900
Chicago, IL 60606

Alan K. Mills
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

John T. Gregg
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

Mark R. Owens
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Michael K. McCrory
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 2110

Thomas M Beeman
Beeman Law Office
33 West 10th Street
Suite 200
Anderson, IN 46016

Hannah E. Greenwald
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

John P. Coffey
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

Wallace A. Showman
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

James P. Murphy
Berry Moorman P.C.
535 Griswold
Suite 1900
Detroit, MI 48226

Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Lawrence M. Schwab, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Patrick M. Costello, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Michael J Alerding
Bingham McHale LLP
10 West Market Street
Suite 2700
Indianapolis, IN 46204

John E Taylor
Whitney L Mosby
Bingham McHale LLP
10 West Market Street
Suite 2700
Indianapolis, IN 46204

Marc E. Richards
Blank Rome LLP
The Chrylser Building
405 Lexington Avenue
New York, NY 10174

Ralph E. McDowell
Bodman LLP
100 Renaissance Center
34th Floor
Detroit, MI 48243

Camille W. Hill
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Stephen A. Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Michael A Trentadue
Carina M de la Torre
Bose McKinney & Evans LLP
2700 First Indiana Plz
135 N Pennsylvania St
Indianapolis, IN 46204

Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203

Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203

Massimilliano Cini
Brembo S.p.A.
Administration Department via Brembo 25
24035 Curno BG
Bergamo,
Italy

Donald K. Ludman
Brown & Connery, LLP
6 North Broad Street
Woodbury, NJ 8096

Shawn M. Christianson
Buchalter Nemer, A Profesional  Corporation
333 Market Street
25th Floor
San Francisco, CA 94105-2126

Michael Leo Hall
Burr & Forman LLP
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203

Jeannine D'Amico
Cadwalader Wickersham & Taft LLP
1201 F St NW Ste 1100
Washington, DC 20004

Steven E. Abelman
Cage Williams & Abelman, P.C.
1433 Seventeenth Street
Denver, CO 80202

Jonathan Greenberg
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Robert Usadi
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Jean R. Robertson, Esq.
Calfee, Halter & Griswold LLC
1400 McDonald Investment Ctr
800 Superior Ave
Cleveland, OH 44114

Robert A. Weisberg
Carson Fischer, P.L.C.
300 East Maple Road
Third Floor
Birmingham, MI 48009-6317

Douglas Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Shannon Deeby
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Thomas D. Maxson
Cohen & Grigsby, P.C.
11 Stanwix Street
15th Floor
Pittsburgh, PA 15222-1319

Scott D. Rosen, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 6103

Bruce N. Elliott
Conlin, McKenney & Philbrick, P.C.
350 South Main Street
Suite 400
Ann Arbor, MI 48104

Mark Lee, Janice Stanton, Bill Raine, Seth Lax
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue
Suite 225
Greenwich, CT 6830

Steven M. Wachstein
Coolidge, Wall, Womsley & Lombard Co. LPA
33 West First Street
Suite 600
Dayton, OH 45402

Dorothy H. Marinis-Riggio
Calinoff & Katz, LLp
140 East 45th Street
17th Floor
New York, NY 10017

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Joel D. Applebaum
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Robert D. Gordon
Clark Hill PLLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

James L. Bromley
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Joseph J. Vitale
Babette Ceccotti
Cohen, Weiss & Simon LLP
330 West 42nd Street
New York, NY 10036

Amy Wood Malone
Colbert & Winstead, P.C.
1812 Broadway
Nashville, TN 37203

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Ronald S. Pretekin
Coolidge, Wall, Womsley & Lombard Co. LPA
33 West First Street
Suite 600
Dayton, OH 45402

Sylvie J. Derrien
Coolidge, Wall, Womsley & Lombard Co. LPA
33 West First Street
Suite 600
Dayton, OH 45402

Nancy H. Pagliaro
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

Sean M. Walsh, Esq.
Cox, Hodgman & Giarmarco, P.C.
Tenth Floor Columbia Center
101 W. Big Beaver Road
Troy, MI 48084-5280

Robert  Szwajkos
Curtin & Heefner, LLP
250 N. Pennslyania Avenue
Morrisville, PA 19067

David S. Karp
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

William F. Savino
Damon & Morey LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096

Ronald S. Beacher
Conrad K. Chiu
Day Pitney LLP
7 Times Square
New York, NY 10036

Gerard DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue, 7th Floor
New York, NY 10017

Richard M. Kremen
Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Andrew C. Kassner
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103

Janice B. Grubin
Drinker Biddle & Reath LLP
140 Broadway 39th Fl
New York, NY 10005-1116

Susan Power Johnston
Aaron R. Marcu
Covington & Burling
620 Eighth Ave
New York, NY 10018

Daniel P. Mazo
Curtin & Heefner, LLP
250 N. Pennslyania Avenue
Morrisville, PA 19067

Andrew M. Thau
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Kim Kolb
DaimlerChrysler Corporation
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills, MI 48326-2766

Richard M. Meth
Day Pitney LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Carol Sowa
Denso International America, Inc.
24777 Denso Drive
Southfield, MI 48086

John Persiani
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

Maura I. Russell
Wendy G. Marcari
Dreier LLP
499 Park Ave
14th Fl
New York, NY 10022

David B. Aaronson
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103

Joseph H. Lemkin
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 7102

Margery N. Reed, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Brendan G Best Esq
Dykema Gossett PLLC
39577 Woodward Ave Ste 300
Bloomfield Hills, MI 48304

Michael G. Busenkell
Eckert Seamans Cherin & Mellott LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE 19801

Alan H. Katz
Entergy Services, Inc.
639 Loyola Ave 26th Fl
New Orleans, LA 70113

Gary Ettelman
Ettelman & Hochheiser, P.C.
c/o Premium Cadillac
77 Main Street
New Rochelle, NY 10801

Lauren Newman
Fagel Haber LLC
55 East Monroe
40th Floor
Chicago, IL 60603

Ted J. Donovan
Finkel Goldstein Rosenbloom & Nash LLP
26 Broadway
Suite 711
New York, NY 10004

Jill L. Murch
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610-4764

Michael P. Richman
Foley & Lardner LLP
90 Park Avenue
37th Floor
New York, NY 10016-1314

Michael J. Viscount, Jr.
Fox Rothschild LLP
1301 Atlantic Avenue
Suite 400
Atlantic City, NJ 08401-7212

Wendy M. Simkulak, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Gregory J. Jordan
Dykema Gossett PLLC
10 Wacker
Suite 2300
Chicago, IL 60606

Ayala Hassell
Electronic Data Systems Corporation
5400 Legacy Dr.
Mail Stop H3-3A-05
Plano, TX 75024

David H. Freedman
Erman, Teicher, Miller, Zucker & Freedman, P.C.
400 Galleria Officentre
Ste. 444
Southfield, MI 48034

Gary E. Green
Fagel Haber LLC
55 East Monroe
40th Floor
Chicago, IL 60603

Charles J. Filardi, Jr., Esq.
Filardi Law Offices LLC
65 Trumbull Street
Second Floor
New Haven, CT 6510

David G Dragich
Foley & Lardner LLP
500 Woodward Ave Suite 2700
Detroit, MI 48226-3489

John A. Simon
Foley & Lardner LLP
One Detroit Center
500 Woodward Ave Suite 2700
Detroit, MI 48226-3489

Fred Stevens
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

Frederick T. Rikkers
419 Venture Court
P.O. Box 930555
Verona, WI 53593

David A Rosenzweig
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103-3198

Michael M Parker
Fulbright & Jaworski LLP
300 Convent St Ste 2200
San Antonio, TX 78205

Roberto Carrillo
Garvey Schubert Barer
100 Wall St 20th Fl
New York, NY 10005

Craig P. Rieders, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street
Suite 4400
Miami, FL 33131

David N. Crapo
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Merle C. Meyers
Goldberg, Stinnett, Meyers & Davis
44 Montgomery Street
Suite 2900
San Francisco, CA 94104

Allan S. Brilliant
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

Craig P. Druehl
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

Barbara S. Mehlsack
Gorlick, Kravitz & Listhaus, P.C.
17 State Street
4th Floor
New York, NY 10004

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-333

Geoffrey C. Jarvis
Grant & Eisenhofer P.A.
1201 North Market Street
Suite 2100
Wilmington, DE 19801

Jay W. Eisenhofer
Grant & Eisenhofer P.A.
45 Rockefeller Center
650 Fifth Avenue
New York, NY 10111

Sharan Nirmul
Grant & Eisenhofer P.A.
1201 North Market Street
Suite 2100
Wilmington, DE 19801

Matthew R. Robbins
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive
Suite 202
Milwaukee, WI 53212

Timothy C. Hall
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive
Suite 202
Milwaukee, WI 53212

J. Michael Debbler, Susan M. Argo
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Maria J. DiConza
Greenberg Traurig, LLP
MetLife Bldg
200 Park Avenue
New York, NY 10166

Shari L. Heyen
Greenberg Traurig, LLP
1000 Louisiana
Suite 1800
Houston, TX 77002

Cherie Macdonald
J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
10 S. Broadway
Suite 200
St. Louis, MO 63102

Herb Reiner
Guaranty Bank
8333 Douglas Avenue
Dallas, TX 75225

Alan D. Halperin
Christopher J.Battaglia
Julie D. Dyas
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022

R John Clark Esq
Hancock & Estabrook LLP
1500 Tower I
PO Box 4976
Syracuse, NY 13221-4976

Harris D. Leinwand
Harris D. Leinwand
350 Fifth Avenue
Suite 2418
New York, NY 10118

Judith Elkin
Haynes and Boone, LLP
153 East 53rd Street
Suite 4900
New York, NY 10022

Lenard M. Parkins
Kenric D. Kattner
Haynes and Boone, LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010

Carren Shulman
Heller Ehrman LLP
Times Square Tower
Seven Times Square
New York, NY 10036

Timothy Mehok
Heller Ehrman LLP
Times Square Tower
Seven Times Square
New York, NY 10036

Paul Rubin
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Anne Marie Kennelly
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA 94304

Kenneth F. Higman
Hewlett-Packard Company
2125 E. Katella Avenue
Suite 400
Anaheim, CA 92806

Sharon Petrosino
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 7974

J. Eric Charlton
Hiscock & Barclay, LLP
300 South Salina Street
PO Box 4878
Syracuse, NY 13221-4878

Julia S. Kreher
Hodgson Russ LLP
One M&T Plaza
Suite 2000
Buffalo, NY 14203

Stephen H. Gross, Esq.
Hodgson Russ LLP
230 Park Avenue
17th Floor
New York, NY 10169

Stephen H. Gross, Esq.
Hodgson Russ LLP
60 E 42nd St 37th Fl
New York, NY 10165-0150

Audrey Moog
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Edward C. Dolan
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Scott A. Golden
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Elizabeth K. Flaagan
Holme Roberts & Owen, LLP
1700 Lincoln
Suite 4100
Denver, CO 80203

Donald T. Baty, Jr.
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

E. Todd Sable
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Seth A Drucker
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue Ste 2290
Detroit, MI 48226

Lisa S Gretchko
Howard & Howard Attorneys PC
39400 Woodward Ave
Ste 101
Bloomfield Hills, MI 48304-5151

Louis G. McBryan
Howick, Westfall, McBryan & Kaplan, LLP
3101 Tower Creek Parkway
Ste 600 One Tower Creek
Atlanta, GA 30339

John J. Hunter
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, OH 43624

Thomas J. Schank
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, OH 43624

Michael P. Massad, Jr.
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, TX 75201

Steven T. Holmes
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, TX 75201

Ann E. Evanko
Hurwitz & Fine P.C.
1300 Liberty Building
Buffalo, NY 14202

Ben T. Caughey
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

Greg Bibbes
Infineon Technologies North America Corporation
1730 North First Street
M/S 11305
San Jose, CA 95112

Jeff Gillespie
Infineon Technologies North America Corporation
2529 Commerce Drive
Suite H
Kokomo, IN 46902

Heather Beshears
InPlay Technologies Inc
234 South Extension Road
Mesa, AZ 85201

Richard Griffin
International Union of Operating Engineers
1125-17th Avenue, N.W.
Washington, DC 20036

Paige E. Barr
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road
Suite 2500
Southfield, MI 48034

Parmenter O'Toole
James R Scheuerle
601 Terrace Street
PO Box 786
Muskegon, MI 49443-0786

Beth Klimczak, General Counsel
Jason, Inc.
411 E. Wisconsin Ave
Suite 2120
Milwaukee, WI 53202

Ronald R. Peterson
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

Jerry W. Gerde, Esq.
Johnston, Harris Gerde & Komarek, P.A.
239 E. 4th St.
Panama City, FL 32401

Scott J. Friedman
Jones Day
222 East 41st Street
New York, NY 10017

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

Kenneth R. Cookson
Kegler, Brown, Hill & Ritter Co., LPA
65 East State Street
Suite 1800
Columbus, OH 43215

Gary A. Gotto
Keller Rohrback P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012

Mark. R. Somerstein
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Susan M. Jennik
Kennedy, Jennick & Murray
113 University Place
7th Floor
New York, NY 10003

H. Slayton Dabney, Jr.
Bill Dimos
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036

Edward M. Fox
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022

Eric L. Schnabel
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Jay Selanders
Kutak Rock LLP
1010 Grand Blvd Ste 500
Kansas City, MO 64106

Kerry R. Northrup
Kutchin & Rufo, P.C.
Two Center Plaza
Suite 620
Boston, MA 02108-1906

Richard G Smolev
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Lynn Lincoln Sarko        Cari Campen Laufenberg        Erin M. Rily
Keller Rohrback L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101

Mark I. Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Larry Magarik
Kennedy, Jennick & Murray
113 University Place
7th Floor
New York, NY 10003

Thomas Kennedy
Kennedy, Jennick & Murray
113 University Place
7th Floor
New York, NY 10003

Jim Stempel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

DeWitt Brown
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Sam O. Simmerman
Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A.
4775 Munson Street N.W.
P.O. Box 36963
Canton, OH 44735-6963

Edward D. Kutchin
Kutchin & Rufo, P.C.
Two Center Plaza
Suite 620
Boston, MA 02108-1906

Susan M. Cook
Lambert. Leser, Isackson, Cook & Guinta, P.C.
309 Davidson Building
PO Box 835
Bay City, MI 48707-0835

Erika Ruiz
Latham & Watkins
885 Third Avenue
New York, NY 10022

Henry P. Baer, Jr.
Latham & Watkins
885 Third Avenue
New York, NY 10022

John W. Weiss
Latham & Watkins
885 Third Avenue
New York, NY 10022

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022

Michael J. Riela
Latham & Watkins
885 Third Avenue
New York, NY 10022

Mitchell A. Seider
Latham & Watkins
885 Third Avenue
New York, NY 10022

Michael O'Hayer Esq
Law Offices of Michael O'Hayer
22 N Walnut Street
West Chester, PA 19380

Rob Charles, Esq.
Lewis and Roca LLP
One South Church Street
Suite 700
Tucson, AZ 85701

Susan M. Freeman, Esq.
Lewis and Roca LLP
40 North Central Avenue
Suite 1900
Phoenix, AZ 85004-4429

John England, Esq.
Linear Technology Corporation
General Counsel for Linear Technology Corporation
1630 McCarthy Blvd.
Milpitas, CA 95035-7417

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin, TX 78760-7428

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

P. Gregory Schwed
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037

William M. Hawkins
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Timothy S. McFadden
Lord, Bissel & Brook
115 South LaSalle Street
Chicago, IL 60603

Timothy W. Brink
Lord, Bissel & Brook
115 South LaSalle Street
Chicago, IL 60603

Kevin J. Walsh
Lord, Bissel & Brook LLP
885 Third Avenue
26th Floor
New York, NY 10022-4802

Rocco N. Covino
Lord, Bissel & Brook LLP
885 Third Avenue
26th Floor
New York, NY 10022-4802

Bruce S. Nathan
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, NY 10020

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10020

Michael S. Etikin
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10020

Vincent A. D'Agostino
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 7068

Alexander Stotland Esq
Maddin, Hauser, Wartell, Roth & Heller PC
28400 Northwestern Hwy
Third Floor
Southfield, MI 48034

Jeffrey M. Levinson, Esq.
Leah M. Caplan, Esq.
Margulies & Levinson, LLP
30100 Chagrin Boulevard
Suite 250
Pepper Pike, OH 44124

Gary D. Santella
Masuda Funai Eifert & Mitchell, Ltd.
203 North LaSalle Street
Suite 2500
Chicago, IL 60601-1262

Raniero D'Aversa, Jr.
Mayer Brown
1675 Broadway
New York, NY 10019

Eduardo J. Glas, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4096

James M. Sullivan
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10017

Scott N. Opincar, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Kenneth A. Rosen
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 7068

Scott Cargill
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 7068

Erik G. Chappell
Lyden, Liebenthal & Chappell, Ltd.
5565 Airport Highway
Suite 101
Toledo, OH 43615

Joe Landen
Madison Capital Management
6143 South Willow Drive
Suite 200
Greenwood Village, CO 80111

Victor J. Mastromarco, Jr.
Mastromarco & Jahn, P.C.
1024 North Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

Jeffrey G. Tougas
Mayer Brown
1675 Broadway
New York, NY 10019

David J. Adler, Jr. Esq.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

John J. Salmas          Lorne P. Salzman
McCarthy Tetrault LLP
66 Wellington Street West
Suite 4700
Toronto, Ontario M5K 1E6

Stephen B. Selbst
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10017

Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Jeffrey Bernstein, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Aaron G McCollough Esq
McGuirewoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030

Elizabeth L. Gunn
McGuirewoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030

Hanan Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018

M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

Robert H. Rosenbaum
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

Metro-Dade Paralegal Unit
Miami-Dade County Tax Collector
140 West Flagler Street
Suite 1403
Miami, FL 33130

Michael Cox
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Dennis J. Raterink
Michigan Department of Labor and Economic Growth, Worker's
Compensation Agency
PO Box 30736
Lansing, MI 48909-7717

Michael Cox
Michigan Department of Labor and Economic Growth, Worker's
Compensation Agency
PO Box 30736
Lansing, MI 48909-7717

Janice M. Donahue
Michigan Heritage Bank
28300 Orchard Lake Rd
Ste 200
Farmington Hills, MI 48334

Kerry Hopkins
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

Thomas D. Renda
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

Thomas P. Sarb
Robert D. Wolford
Miller Johnson
250 Monroe Avenue, N.W.
Suite 800, PO Box 306
Grand Rapids, MI 49501-0306

Jonathan S. Green
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226

Timothy A. Fusco
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226

Paul J. Ricotta
Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
One Financial Center
Boston, MA 2111

Jeff Ott
Molex Connector Corp
2222 Wellington Ct.
Lisle, IL 60532

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Richard W. Esterkin, Esq.
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Los Angeles, CA 90017

Leslie Ann Berkoff
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, NY 11530

Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor
Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, RX 75201-6659

Sandra S. Hamilton
Nantz, Litowich, Smith, Girard & Hamilton, P.C.
2025 East Beltline, S.E.
Suite 600
Grand Rapids, MI 49546

Kenneth A. Nathan
Nathan, Neuman & Nathan, P.C.
29100 Northwestern Highway
Suite 260
Southfield, MI 48034

Lisa M. Moore
National City Commercial Capital
995 Dalton Avenue
Cincinnati, OH 45203

George B. Cauthen
Nelson Mullins Riley & Scarborough
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC 29201

Tracy E Richardson
Deputy Attorney General
New Jersey Attorney General's Office Division of Law
R.J. Hughes Justice Complex
25 Market St P.O. Box 106
Trenton, NJ 08628-0106

Bradley E. Beckworth
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

Jeffrey J. Angelovich
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

Susan Whatley
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

Elizabeth L. Abdelmasieh, Esq
Norris, McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ 8876

David G. Heiman
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Michelle M. Harner
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Camille Hope
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202

Jay W. Hurst
Office of the Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

c/o Michelle T. Sutter
Ohio Environmental Protection Agency
Principal Assistant Attorney General Environmental Enforcement
Section
30 E Broad St 25th Fl
Columbus, OH 43215

Michael M. Zizza, Legal Manager
Orbotech, Inc.
44 Manning Road
Billerica, MA 1821

Michael C. Moody
O'Rourke Katten & Moody
161 N. Clark Street
Suite 2230
Chicago, IL 60601

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th St NW
Washington, DC 20005-1706

Robert J. Feinstein
Ilan D. Scharf
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

Andrew N. Rosenberg
Justin G. Brass
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Douglas R. Davis
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Kristin B. Mayhew
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Francis J. Lawall
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Linda J. Casey
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Alyssa Englund, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th St NW
Washington, DC 20005-1706

Michael R. Seidl
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

David W. Dykhouse
Phyllis S. Wallitt
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Curtis J. Weidler
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Elizabeth R. McColm
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Peggy Housner
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Anne Marie Aaronson
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Henry Jaffe
Pepper, Hamilton LLP
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709

Sarah B. Carter Esq
Pickrel Shaeffer & Ebeling
2700 Kettering Tower
Dayton, OH 45423

Jacob A. Manheimer
Pierce Atwood LLP
One Monument Square
Portland, ME 4101

Keith J. Cunningham
Pierce Atwood LLP
One Monument Square
Portland, ME 4101

Richard J. Parks
Pietragallo Bosick & Gordon LLP
54 Buhl Blvd
Sharon, PA 16146

Karen B. Dine
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Margot P. Erlich
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Mark D. Houle
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive
Ste 550
Costa Mesa, CA 92626-7122

Richard L. Epling
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Robin L. Spear
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Brett S. Moore, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 7960

John S. Mairo, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 7960

Jill M. Hartley and Marianne G. Robbins
Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive
Suite 202
Milwaukee, WI 53212

Enrique Bujidos
PriceWaterHouseCoopers
Almagro
40
Madrid,  28010
Spain

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth, MI 48734

Jason Pickering, Esq.
QAD, Inc.
10,000 Midlantic Drive
Mt. Laurel, NJ 8054

Andrew Herenstein
Quadrangle Debt Recovery Advisors LLC
375 Park Avenue, 14th Floor
New York, NY 10152

Patrick Bartels
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152

John A. Harris
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Kasey C. Nye
Quarles & Brady Streich Lang LLP
One South Church Street
Tucson, AZ 85701

Roy Prange
Quarles & Brady Streich Lang LLP
33 E Main St Ste 900
Madison, WI 53703-3095

Scott R. Goldberg
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Elena Lazarou
Reed Smith
599 Lexington Avenue
29th Street
New York, NY 10022

Joseph Lapinsky
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron, OH 44333

Jerome F Crotty
Rieck and Crotty PC
55 West Monroe Street
Suite 3390
Chicago, IL 60603

Holly Rogers
Riverside Claims LLC
2109 Broadway
Suite 206
New York, NY 10023

Christopher Norgaard
Ropers, Majeski, Kohn & Bentley
515 South Flower Street
Suite 1100
Los Angeles, CA 90071

Marc E. Hirschfield
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111-0087

Charles E. Boulbol, P.C.
Russell Reynolds Associates, Inc.
26 Broadway, 17th Floor
New York, NY 10004

Charles S. Schulman
Sachnoff & Weaver, Ltd
10 South Wacker Drive
40th Floor
Chicago, IL 60606

Pamela A. Bosswick
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Howard Borin
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

Richard P. Norton
Reed Smith
One Riverfront Plaza
1st Floor
Newark, NJ 07102

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave.
Suite 4500
Seattle, WA 98154-1195

Mark S. Scott
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 2108

Annemarie B. Mathews
Robinson, McFadden & Moore, P.C.
P.O. Box 944
Columbia, SC 29202

Gregory O. Kaden
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Thomas R. Slome
Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11533

Charles S. Schulman
Sachnoff & Weaver, Ltd
10 South Wacker Drive
40th Floor
Chicago, IL 60606

Christopher R. Belmonte
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Daniel Weiner
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

Max Newman
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

Ryan Heilman
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

Eugene J. Geekie, Jr.
Schiff Hardin LLP
7500 Sears Tower
Chicago, IL 60606

William I. Kohn
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60066

Michael Yarnoff
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Sean M. Handler
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

James T. Bentley
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

Michael L. Cook
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

Carol Weiner Levy
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree Street, N.E.
Suite 700
Atlanta, GA 30309-2401

Robert W. Dremluk
Seyfarth Shaw LLP
620 Eighth Ave
New York, NY 10018-1405

William J. Hanlon
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 2210

Bruce A. Harwood
Sheehan Phinney Bass + Green Professional Association
1000 Elm Street
P.O. Box 3701
Manchester, NH 03105-3701

Sheldon S. Toll
Sheldon S. Toll PLLC
2000 Town Center
Suite 2550
Southfield, MI 48075

Eric Waters
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY 10112

Malani J. Sternstein
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY 10112

Theodore A. Cohen
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street
48th Floor
Los Angeles, CA 90071

Theresa Wardle
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street
48th Floor
Los Angeles, CA 90071

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
5353 Essen Lane
Suite 650
Baton Rouge, LA 70809

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras Street
28th Floor
New Orleans, LA 70112-1033

Jennifer L. Adamy
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Andrew H. Sherman
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, NY 10112

Valerie A Hamilton
Simon Kimmelman
Sills, Cummis Epstein & Gross, P.C.
650 College Rd E
Princeton, NJ 8540

Barbara Ellis-Monro
Smith, Gambrell & Russell, LLP
1230 Peachtree Street, N.E.
Suite 3100
Atlanta, GA 30309

D. Farrington Yates
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
24th Floor
New York, NY 10020

Robert E. Richards
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Eric Marcks
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza
Suite 300
San Francisco, CA 94111-3492

Sarah E. Morrison
State of California Office of the Attorney General
Deputy Attorney General
300 South Spring Street Ste 1702
Los Angeles, CA 90013

John M. Baumann
Steel Technologies, Inc.
15415 Shelbyville Road
Louisville, KY 40245

Mark H. Shapiro
Steinberg Shapiro & Clark
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

Jack M. Zackin
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, NY 10112

Chaim J. Fortgang
Silver Point Capital, L.P.
Two Greenwich Plaza
1st Floor
Greenwich, CT 6830

Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Monika J. Machen
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Lloyd B. Sarakin - Chief Counsel, Finance and Credit
Sony Electronics Inc.
1 Sony Drive
MD #1 E-4
Park Ridge, NJ 7656

Penn Ayers Butler
Squire, Sanders & Dempsey L.L.P.
600 Hansen Way
Palo Alto, CA 94304

Roland Hwang
Assistant Attorney General
State of Michigan Department of Labor & Economic Growth,
Unemployment Insurance Agency
3030 W. Grand Boulevard
Suite 9-600

Robert F. Kidd
Stein, Rudser, Cohen & Magid LLP
825 Washington Street
Suite 200
Oakland, CA 94607

Jeffrey S. Posta
Michael A Spero
Simon Kimmelman
Valerie A Hamilton
Sterns & Weinroth, P.C.
50 West State Street, Suite 1400

Mark A. Shaiken
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106

Madison L.Cashman
Stites & Harbison PLLC
424 Church Street
Suite 1800
Nashville, TN 37219

W. Robinson Beard, Esq.
Stites & Harbison, PLLC
400 West Market Street
Louisville, KY 40202

Kristopher M. Hansen
Strook & Strook & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Richard L .Ferrell
Taft, Stettinius & Hollister LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202-3957

Marvin E. Clements, Jr.
Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

Jonathan D. Forstot
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281

Mr. Tetsuhiro Niizeki
The Furukawa Electric Co., Ltd.
6-1 Marunouchi
2-Chrome, Chiyoda-ku
Tokyo, Japan 100-8322

David A. Lowenthal
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, NY 10022

Ira L. Herman
Thompson & Knight LLP
919 Third Avenue
39th Floor
New York, NY 10022-3915

Ed Phillips, Jr.
Thurman & Phillips, P.C.
8000 IH 10 West
Suite 1000
San Antonio, TX 78230

Robert C. Goodrich, Jr.
Stites & Harbison PLLC
424 Church Street
Suite 1800
Nashville, TN 37219

Joseph G. Minias
Strook & Strook & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Robert N. Steinwurtzel
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

W Timothy Miller Esq
Taft, Stettinius & Hollister LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202

David B. Draper
Terra Law LLP
60 S. Market Street
Suite 200
San Jose, CA 95113

Louis A. Curcio
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281

Robert Morris
The Timpken Corporation BIC - 08
1835 Dueber Ave. SW
PO Box 6927
Canton, OH 44706-0927

Rhett G. Cambell
Thompson & Knight
333 Clay Street
Suite 3300
Houston, TX 77002

John S. Brannon
Thompson & Knight LLP
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201-4693

Jill Levi, Esq.
Todd & Levi, LLP
444 Madison Avenue
Suite 1202
New York, NY 10022

Albert Togut, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Helen Zamboni
Underberg & Kessler, LLP
300 Bausch & Lomb Place
Rochester, NY 14604

Allied Industrial and Service Workers, Intl Union (USW), AFL-
CIO
United Steel, Paper and Forestry, Rubber, Manufacturing, Energy
David Jury, Esq.
Five Gateway Center Suite 807
Pittsburgh, PA 15222

Robert J. Sidman, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Emil A. Kleinhaus
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

David E. Lemke, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street
Suite 2700
Nashville, TN 37219

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Stephen B. Grow
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Lei Lei Wang Ekvall
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive
Suite 950
Costa Mesa, CA 92626

Geoffrey J. Peters
Weltman, Weinberg & Reis Co., L.P.A.
175 South Third Street
Suite 900
Columbus, OH 43215

W. Joe Wilson
Tyler, Cooper & Alcorn, LLP
City Place
35th Floor
Hartford, CT 06103-3488

Mary Ann Kilgore
Union Pacific Railroad Company
1400 Douglas Street
MC 1580
Omaha, NE 68179

Michael S. McElwee
Varnum, Riddering, Schmidt & Howlett LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Richard G. Mason
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Robert J. Welhoelter, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street
Suite 2700
Nashville, TN 37219

Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center
Suite 2700
Southfield, MI 48075

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

Aram Ordubegian
Weinstein, Eisen & Weiss LLP
1925 Century Park East
#1150
Los Angeles, CA 90067

Glenn Kurtz
Gerard Uzzi
Douglas Baumstein
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Thomas Lauria
Frank Eaton
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131

James W Moennich Esq
Wickens Herzer Panza Cook & Batista Co
35765 Chester Rd
Avon, OH 44011-1262

R. Michael Farquhar
Winstead Sechrest & Minick P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Sean A. O'Keefe
Winthrop Couchot Professional Corporation
660 Newport Center Drive
4th Floor
Newport Beach, CA 92660

Lillian H. Pinto
Womble Carlyle Sandridge & Rice, PLLC
300 North Greene Street
Suite 1900
Greensboro, NC 27402

Stuart Krause
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

Bruce G. Arnold
Whyte, Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202-4894

Berry D. Spears
Winstead Sechrest & Minick P.C.
401 Congress Avenue
Suite 2100
Austin, TX 78701

Marc. J. Winthrop
Winthrop Couchot Professional Corporation
660 Newport Center Drive
4th Floor
Newport Beach, CA 92660

Stephen Toy
WL Ross & Co., LLC
600 Lexington Avenue
19th Floor
New York, NY 10022

Peter Janovsky
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

## EXHIBIT C

The Honorable Robert D. Drain
United States Bankruptcy Judge
One Bowling Green
Room 632
New York, NY 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr., Suite 2100
Chicago, IL 60606
(Counsel to Debtor)

Donald Bernstein
Brian Resnick
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(Counsel to Debtors' Post-Petition Administrative Agent)

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(Counsel to Official Committee of Unsecured
Creditors)

Bonnie Steingart
Fried, Fran, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004
(Counsel to Equity Security holders Committee)

Thomas Lauria
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131
(Counsel to A-D Acquisition Holdings, LLC and
Harbinger Del-Auto Investment Company Ltd.)

Glenn Kurtz
Gregory Pryor
John M. Reiss
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(Counsel to A-D Acquisition Holdings, LLC and Harbinger Del-Auto
Investment Company Ltd.)

Jeffrey L. Tannenbaum
Michael P. Kessler
Robert J. Lemons
Weil Gotschal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(Counsel to General Motors)

Alicia M. Leonhard
Office of the United States Trustee
33 Whitehall Street, 21st Flr
New York, NY 10004-2112