Sheila R. Schwager, ISB No. 5059
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: srs@hteh.com

Attorneys for ARAMARK Uniform & Career
Apparel Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :   Chapter 11
        In Re:                                               :
                                                             :   Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                  :
                                                             :   (Jointly Administered)
                                                             :
                                                             :
        Debtors.                                             :
                                                             :
------------------------------------------------------------ x

**WITHDRAWAL OF MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice***

I, Sheila R. Schwager, a member in good standing of the Bar in the State of Idaho and the

Bar of the U.S. District Court for the District of Idaho, requested admission, *pro hac vice*, before

the Honorable Robert D. Drain, as counsel for Contrarian Funds LLC as Assignee of the claim of

ARAMARK Uniform & Career Apparel Inc., dba ARAMARK Uniform Services and

ARAMARK c/o StarSource in the above-referenced bankruptcy case. This pleading is to

WITHDRAWAL OF MOTION FOR ADMISSION *TO PRACTICE, Pro* Hac Vice - 1

withdraw that request as I do not intend to represent Contrarian Funds LLC as Assignee. I will be re-filing a request for admission as counsel for ARAMARK Uniform & Career Apparel, Inc.

My address is:

 Sheila R. Schwager, Idaho State Bar No. 5059
 HAWLEY TROXELL ENNIS & HAWLEY LLP
 877 Main Street, Suite 1000
 P.O. Box 1617
 Boise, ID 83701-1617
 Telephone: (208) 344-6000
 Facsimile: (208) 342-3829
 Email: srs@hteh.com

DATED THIS 10th day of January, 2008.

       HAWLEY TROXELL ENNIS & HAWLEY LLP

       By _____
       Sheila R. Schwager, ISB No. 5059
       Attorneys for ARAMARK Uniform & Career
       Apparel Inc., dba ARAMARK Uniform
       Services and ARAMARK c/o StarSource

WITHDRAWAL OF MOTION FOR ADMISSION *TO PRACTICE, Pro* Hac Vice - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2008, I electronically filed the foregoing WITHDRAWAL OF MOTION FOR ADMISSION *TO PRACTICE, Pro* Hac Vice with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

John Sm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
333 Wet Wacker Drive, Suite 2100
Chicago, Illinois  60606

- and -

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036

[Attorneys for Debtors and Debtors-in-Possession Delphi Corporation, et al.]


Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004


_____
Sheila R. Schwager

WITHDRAWAL OF MOTION FOR ADMISSION *TO PRACTICE, Pro* Hac Vice - 3