BARNES & THORNBURG LLP
Attorneys for Harman Becker
Automotive Systems, Inc.
11 S. Main Street
Indianapolis, IN 46204-3535
Telephone: (317) 236-1313
Facsimile: (317) 846-4146

Samuel Hodson, Esq.
Telephone: (317) 261-7972
Email: shodson@btlaw.com

Patrick E. Mears (PM-6473)
John T. Gregg, Admitted Pro Hac Vice

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | No. 05-44481 |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

Document Served: - **OBJECTION OF HARMAN BECKER AUTOMOTIVE SYSTEMS, INC. TO DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c) ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by overnight courier on the date indicated below.

Date of Service: January 10, 2008

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/John T. Gregg
John T. Gregg

# EXHIBIT A

John Wm. Butler, Jr.
George N. Panagakis
Ron E. Meisler
Nathan L. Stuart
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Robert J. Rosenberg
Mitchell A. Seider
Mark A. Broude
Latham & Wakins LLP
885 Third Avenue
New York, NY 10022

Brad Eric Scheler
Bonnie K. Steingart
Vivek Melwani
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Donald S. Bernstein
Brian M. Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10022

Thomas E. Lauria
Michael C. Shepherd
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131

Gerard H. Uzzi
Glenn M. Kurtz
Douglas P. Baumstein
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Jeffrey L. Tanenbaum
Michael P. Kessler
Robert J. Lemons
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153