Sheila R. Schwager, ISB No. 5059
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P O Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: srs@hteh.com

Attorneys for ARAMARK Uniform & Career
Apparel Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In Re:                                                       :    Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :    Case No. 05-44481 (RDD)
                                                             :
                                                             :    (Jointly Administered)
                                                             :
                                                             :
                  Debtors.                                   :
                                                             :
------------------------------------------------------------ x

**APPLICATION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*, ON BEHALF OF ARAMARK**

I, Sheila R. Schwager, a member in good standing of the Bar in the State of Idaho and the

Bar of the U.S. District Court for the District of Idaho, request admission, *pro hac vice*, before

the Honorable Robert D. Drain, as counsel for ARAMARK Uniform & Career Apparel Inc., dba

ARAMARK Uniform Services and ARAMARK c/o StarSource in the above-referenced

bankruptcy case.

APPLICATION FOR ADMISSION TO PRACTICE, *Pro Hac* Vice, ON BEHALF OF
ARAMARK - 1

41861 0071 1124547 1

My address is:

    Sheila R. Schwager, Idaho State Bar No. 5059
    HAWLEY TROXELL ENNIS & HAWLEY LLP
    877 Main Street, Suite 1000
    P.O. Box 1617
    Boise, ID 83701-1617
    Telephone: (208) 344-6000
    Facsimile: (208) 342-3829
    Email: srs@hteh.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

DATED THIS 10th day of January, 2008.

                HAWLEY TROXELL ENNIS & HAWLEY LLP

                By _____
                Sheila R. Schwager, ISB No. 5059
                Attorneys for ARAMARK Uniform & Career
                Apparel Inc., dba ARAMARK Uniform
                Services and ARAMARK c/o StarSource

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2008, I electronically filed the foregoing APPLICATION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*, ON BEHALF OF ARAMARK On Behalf of ARAMARK with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

John Sm Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
333 Wet Wacker Drive, Suite 2100
Chicago, Illinois 60606

- and -

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

[Attorneys for Debtors and Debtors-in-Possession Delphi Corporation, et al.]

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

_____
Sheila R. Schwager

APPLICATION FOR ADMISSION TO PRACTICE, *Pro Hac* Vice, ON BEHALF OF ARAMARK - 3

41861 0071 1124547 1