# EXHIBIT "A"

# EXHIBIT A
# SPCP GROUP, L.L.C.

| Creditor Name | Claim Number | Total Asserted Claim Amount | Discount Rights Offering Participation Amount |
|---|---|---|---|
| AFFINA CANADA CORP EFT | 11099 | $ 173,734.07 | $ 44,511.79 |
| ALCOA AUTOMOTIVE CASTINGS A MICHIGAN PARTNERSHIP | 12007 | $ 752,684.74 | $ 277,314.24 |
| ALCOA EXTRUSIONS INC. | 12009 | $ 77,872.57 | $ - |
| ALUMAX MILL PRODUCTS INC. | 12006 | $ 713,498.23 | $ 346,527.00 |
| BRUSH WELLMAN INC. | 9105 | $ 277,159.38 | $ 246,462.28 |
| FURUKAWA ELECTRIC NORTH AMERICA APD IN AND FURUKAWA ELECTRIC COMPANY | 10574 | $ 5,069,133.35 | $ 4,480,352.48 |
| KENSA LLC | 14109 | $ 165,738.24 | $ 55,967.51 |
| PARLEX CORPORATION | 11190 | $ 87,844.88 | $ 62,996.25 |
| PARLEX CORPORATION | 11191 | $ 56,219.54 | $ 49,738.28 |
| PARLEX CORPORATION | 11193 | $ 39,295.28 | $ 36,181.55 |
| PHILIPS SEMICONDUCTORS INC | 14347 | $ 5,486,881.18 | $ 5,171,725.92 |
| SPCP GROUP LLC AS ASSIGNEE OF ENERGY CONVERSION COMPANY | 14135 | $ 1,424,133.17 | $ 1,027,637.18 |
| SPCP GROUP LLC AS ASSIGNEE OF JABIL CIRCUIT INC | 14140 | $ 1,641,742.91 | $ 1,608,841.43 |
| SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | 14141 | $ 2,565,472.27 | $ 2,365,813.70 |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS CANADA LTD | 14144 | $ 887.24 | $ 887.24 |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS CANADA LTD | 14145 | $ 9,359.53 | $ 2,956.27 |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS INC | 14147 | $ 5,430,121.66 | $ 4,498,944.63 |
| TECHICAL MATERIALS INC | 9106 | $ 407,748.06 | $ 190,345.06 |
| ZENTRIX TECHNOLOGIES INC. | 9107 | $ 98,067.90 | $ 71,073.31 |