# UNITED STATES BANKRUPTCY COURT
**Southern District of New York**
(Manhattan)

| | |
|---|---|
| In Re: ) | Case No. 05-44481-rdd |
| ) | |
| DELPHI CORP., ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ------------------------------------------------------------x | |

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On January 10, 2008, a true and correct copy of the *Response of SPCP Group, L.L.C. to Motion for Order Pursuant to 11 U.S.C. 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of Administration of Discount Rights Offering* **[DI.#11892]**, filed today in the above captioned proceeding, was caused to be served on the parties listed on the attached Service List via Federal Express.

                        **Dreier LLP**

                        By: */s/Jean L. Guerrier*
                           **Jean L. Guerrier**

**Sworn to before me this
10th day of January, 2008.**

*/s/ Lori Rudolph*
**Notary Public**

**Lori Rudolph - Notary Public, State of New York
No. 01RU4883588
Qualified in Richmond County
Commission Expires January 26, 2010**

{00317787.DOC;}

## Service List

**United States Bankruptcy Court**
**Southern District of New York**
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004
Attn: The Honorable Robert D. Drain
United States Bankruptcy Judge


**Delphi Corporation,**
5725 Delphi Drive,
Troy, Michigan 48098
(Attn: General Counsel),

**Skadden, Arps, Slate, Meagher & Flom LLP**
333 West Wacker Drive,
Suite 2100, Chicago, Illinois 60606
(Attn: John Wm. Butler, Jr.)

**Davis Polk & Wardwell**
450 Lexington Avenue,
New York, New York 10017
(Attn: Donald Bernstein and Brian Resnick),

**Latham & Watkins LLP**
885 Third Avenue,
New York, New York 10022
(Attn: Robert J. Rosenberg and Mark A. Broude)

**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza, New York,
New York 10004
(Attn: Bonnie Steingart),

**The Office of the United States Trustee**
**for the Southern District of New York**
33 Whitehall Street, Suite 2100,
New York, New York 10004
(Attn: Alicia M. Leonhard)