SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

       - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------x
                                        :
        In re                           :
                                        :    Chapter 11
DELPHI CORPORATION, et al.,             :
                                        :    Case No. 05-44481 (RDD)
                        Debtors.        :
                                        :    (Jointly Administered)
--------------------------------------------------------x
```

SECOND NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH
RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 2433
(AKEBONO CORPORATION)

PLEASE TAKE NOTICE that on September 21, 2007, Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"), objected to proof of claim number 2433 (the "Proof of Claim")

filed by Akebono Corporation (the "Claimant") pursuant to the Debtors' Twenty-First Omnibus

Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate

Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D)

Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims

Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting

Reclamation (Docket No. 9535).

PLEASE TAKE FURTHER NOTICE that on November 27, 2007, the Debtors

filed the Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of

Claims No. 2433 (Akebono Corporation) (Docket No. 11095) scheduling a claims objection

hearing (the "Claims Objection Hearing") for purposes of holding an evidentiary hearing on the

merits of the Original Proofs of Claim for January 31, 2008, at 10:00 a.m. (prevailing Eastern

time) in the United States Bankruptcy Court for the Southern District of New York (the

"Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on January 2, 2008, the Debtors filed

the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection

To Proofs Of Claims No. 2433 (Akebono Corporation) (Docket No. 11637) adjourning the

Claims Objection Hearing for purposes of holding an evidentiary hearing on the merits of the

Original Proofs of Claim to February 8, 2008, at 10:00 a.m. (prevailing Eastern time) in the

Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the

Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006,

2

9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And

(II) Certain Notices And Procedures Governing Objections To Claims, entered December 7,

2006 (Docket No. 6089) (the "Order"), and the Second Supplemental Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered November 20, 2007 (Docket No.

10994) the Claims Objection Hearing is hereby adjourned to February 29, 2008, at 10:00 a.m.

(prevailing Eastern time) in the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will

proceed in accordance with the procedures provided in the Order unless such procedures are

modified in accordance with Paragraph 9(k) thereof.  All provisions and deadlines set forth in the

Order shall remain in full force and effect.  Those deadlines shall be calculated based on the

February 29, 2008 hearing date rather than the original February 8, 2008 hearing date.  Please

review the Order carefully – failure to comply with the procedures provided in the Order (or as

modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the

Proofs of Claim.  A copy of the Order is attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the

Claims Objection Hearing at any time at least five business days prior to the scheduled hearing

upon notice to the Court and the Claimant.

Dated:    New York, New York
          January 10, 2008

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP


By:  /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr. (JB 4711)
     John K. Lyons (JL 9331)
     Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

    - and -


By:  /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti (KM 9632)
     Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession