HONIGMAN MILLER SCHWARTZ AND COHN LLP
E. Todd Sable (Mich. Bar P54956)
Admitted *pro hac vice*
Seth A. Drucker (Mich. Bar P65641)
Admitted *pro hac vice*
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506

Attorneys for Valeo Climate Control Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                   :

      In re                                  :        Case No.: 05-44481
                                                   :
DELPHI CORPORATION, *et al.*,        :        Chapter 11
                                                   :
      Debtors.                            :        (Jointly Administered)
------------------------------------------------------- x

**WITHDRAWAL OF OBJECTION OF VALEO CLIMATE CONTROL CORP. TO DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE SALE OF INTERIORS AND CLOSURES BUSINESSES [D.I. 11024]**

Valeo Climate Control Corp. withdraws its Objection to the Debtors' Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with the Sale of Interiors and Closures Businesses [D.I. 11024].

2

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By:   /s/ E. Todd Sable
     E. Todd Sable (Mich. Bar P54956)
     Admitted *pro hac vice*
     Seth A. Drucker (Mich. Bar P65641)
     Admitted *pro hac vice*
     2290 First National Building
     660 Woodward Ave., Suite 2290
     Detroit, MI  48226-3506
     Telephone:  (313) 465-7000
     Facsimile:  (313) 465-7627
     Email:  sdrucker@honigman.com
            tsable@honigman.com

Attorneys for Valeo Climate Control Corp.

Dated:  January 11, 2008

DETROIT.2943849.1