HONIGMAN MILLER SCHWARTZ AND COHN LLP
E. Todd Sable (Mich. Bar P54956)
Admitted *pro hac vice*
Seth A. Drucker (Mich. Bar P65641)
Admitted *pro hac vice*
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506

Attorneys for Valeo Climate Control Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
                                                       :
       In re                                           :   Case No.: 05-44481
                                                       :
DELPHI CORPORATION, *et al.*,                          :   Chapter 11
                                                       :
              Debtors.                                 :   (Jointly Administered)
------------------------------------------------------ x

## CERTIFICATE OF SERVICE

The undersigned certifies and affirms that on Friday, January 11, 2008, he electronically filed with the clerk of the court a copy of Valeo Climate Control Corp.'s Withdrawal of Objection to Debtors' Notice of Cure Amount With Respect to Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale of Interiors and Closures Businesses ("Valeo's Withdrawal"), using the ECF system, which system will send an electronic copy of same to those ECF participants registered in the above-referenced matter.

The undersigned also certifies and affirms that a copy of Valeo's Withdrawal was also mailed this 11th day of January, 2008, by first class mail to the following at their business address set forth below:

1.  Delphi Automotive Systems LLC
    5725 Delphi Drive
    Troy, MI 48098
    Attn: Legal Staff

2.  Delphi Corporation
    5725 Delphi Drive
    Troy, MI 48098
    Attn: Deputy General Counsel
    Transactional & Restructuring

3.  Counsel to the Debtors
    Skadden, Arps, Slate,
      Meagher & Flom LLP
    333 West Wacker Drive
    Suite 2100
    Chicago, Il 60606
    Attn: Ron E. Meisler and
          Brian M. Fern

4.  Counsel for the Agent under
    the Post-Petition Credit Facility
    Davis Polk & Wardwell
    450 Lexington Avenue
    New York, NY 10017
    Attn: Donald Bernstein and
          Brian Resnick

5.  Counsel for the Official Committee
    of Unsecured Creditors
    Latham & Watkins LLP
    885 Third Avenue
    New York, Ny 10022
    Attn: Robert Rosenberg and
          Mark Broude

6.  Counsel for the Official Committee
    of Equity Security Holders
    Fried, Frank, Harris, Shriver,
      & Jacobson, LLP
    One New York Plaza
    New York, NY 10004
    Attn: Bonnie Steingart

7.  Counsel for the Buyers
    Cadwalader, Wickersham & Taft LLP
    One World Financial Center
    New York, NY 10281-0006
    Attn: Michael Ryan

8.  Office of the US Trustee
    Southern District of New York
    33 Whitehall Street, Suite 2100
    New York, NY 10004
    Attn: Alicia M. Leonhard

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By:   /s/ E. Todd Sable
     E. Todd Sable (Mich. Bar P54956)
     Seth A. Drucker (Mich. Bar P65641)
     2290 First National Building
     660 Woodward Ave., Suite 2290
     Detroit, MI 48226-3506
     Telephone: (313) 465-7000
     Facsimile: (313) 465-7627
     Email: sdrucker@honigman.com
           tsable@honigman.com

Attorneys for Valeo Climate Control Corp.