UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., |  |
|  | Jointly Administered |
| Debtors. |  |

## CERTIFICATE OF SERVICE

I, Jacob A. Manheimer, Esq., certify that I am, and at all times during the service of process was, not less than 18 years of age. I further certify that service of the foregoing Response of FCI USA, Inc. and Affiliates to Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of Discount Rights Offering (Claim Nos. 14125, 14126, 14127, 14128, 14129, and 14130) was served electronically by the Court's ECF System.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: Portland, Maine
       January 11, 2008

/s/ Jacob A. Manheimer
Jacob A. Manheimer, Esq. (JM 9540)
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100 (Phone)
(207) 791-1350 (Fax)
jmanheimer@pierceatwood.com

{W0947453.1}