KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
David A. Murdoch, Esq. (PA I.D. No. 00239)
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)
    and
Robert N. Michaelson, Esq. (RM 5312)
599 Lexington Avenue
New York, NY 10022-6030
(212) 536-3900
(212) 536-3901 (fax)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                    :    Chapter 11
In re:                                                              :
                                                                    :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                         :    (Jointly Administered)
                                                                    :
        Debtors                                                     :
------------------------------------------------------------x

**CONDITIONAL WITHDRAWAL OF ASSIGNEE'S OBJECTION TO NOTICE OF
CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED
LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE SALE OF
<u>INTERIORS AND CLOSURES BUSINESSES</u>**

WESCO Distribution, Inc. ("WESCO" or "Assignee"), by its undersigned attorneys, Kirkpatrick & Lockhart Preston Gates Ellis LLP, hereby files this Conditional Withdrawal of Assignee's Objection to the Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with the Sale of Interiors and Closures Businesses, filed on December 10, 2007 at Docket No. 11385 (the "Objection"). WESCO is withdrawing its Objection at the request of Delphi Corporation and certain of its affiliates ("Delphi"), based on representations by Delphi's counsel that Delphi will not be assuming or assigning Purchase Order Number 460005746 (the "Purchase Order") to Inteva

PI-1907639 v1

Products, LLC and certain of its affiliates and that WESCO will nevertheless, and without prejudice, retain any and all rights and claims that it has against Delphi in connection with the Purchase Order and will be eligible to be paid, and will be paid, as the Purchase Order and the law require in connection with Delphi's Chapter 11 reorganization case. WESCO reserves all rights to renew its Objection if the Purchase Order is not removed from the list of contracts to be assumed and assigned pursuant to the Sale of Interiors and Closures Businesses.

Dated: January 11, 2008              Respectfully submitted,

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

_____
David A. Murdoch, Esq. (PA I.D. No. 00239)
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)

and

Robert N. Michaelson, Esq. (RM 5312)
599 Lexington Avenue
New York, NY 10022-6030
(212) 536-3900
(212) 536-3901 (fax)

Attorneys for WESCO Distribution, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the parties listed below, by first-class United States Mail, postage prepaid, on the 11th day of January, 2008:

Delphi Automotive Systems LLC
ATTN: Legal Staff
5725 Delphi Drive
Troy, MI 48098

Delphi Corporation
ATTN: Deputy General Counsel
Transactions & Restructuring
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
ATTN: Ron E. Meisler and Brian M. Fern
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Davis Polk & Wardwell
ATTN: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017

Latham & Watkins LLP
ATTN: Robert J. Rosenberg and
Mark A. Broude
885 Third Avenue
New York, NY 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
ATTN: Bonnie Steingart
One New York Plaza
New York, NY 10004

Cadwalader, Wickersham & Taft LLP
ATTN: Mike Ryan
One World Financial Center
New York, NY 10281

Office of the U.S. Trustee
for the Southern District of New York
ATTN: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY 10004

_/s/ Kristen A. Jurrav_