SCHAFER AND WEINER, PLLC
40950 Woodward Ave. Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
DANIEL J. WEINER (P32010)
MICHAEL R. WERNETTE (P55659)
RYAN D. HEILMAN (P63952)

Hearing date and time: January 17, 2008 at 10:00 a.m.
Objection deadline: January 11, 2008 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
In re

DELPHI CORPORATION, et al.,

        Debtors.
_____/

Case No. 05-44481(RDD)
(Jointly Administered)

Chapter 11

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I served a copy of the following:

- Objection by TIP Engineering Group, Inc. to Debtor's Motion for Order Pursuant to 11 U.S.C. §§105(a) and 402(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of Administration of Discount Rights Offering ("Rights Offering Estimation Motion")

upon the parties listed on the attached rider by Federal Express Overnight Priority.

/s/ Michael R. Wernette
MICHAEL R. WERNETTE (P55659)
Schafer and Weiner, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Phone (248) 540-3340
mwernette@schaferandweiner.com

**COUNSEL FOR TIP Engineering Group, Inc.**

{00155476}

| |
|---|
| John Wm. Butler Jr. and John K. Lyons<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 |
| Donald Bernstein and Brian Resnick<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, New York<br>10017 |
| Robert J. Rosenberg and Mark. A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022 |
| Bonnie Steingart<br>Fried, Frank, Harrs, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004 |
| Alicia M. Leonhard<br>Office of the United States Trustee, Southern<br>District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, New York 10004 |
| Chambers of the Honorable Robert D. Drain<br>One Bowling Green, Room 610<br>New York, New York 10004 |