SCHAFER AND WEINER, PLLC
40950 Woodward Ave. Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
DANIEL J. WEINER (P32010)
MICHAEL R. WERNETTE (P55659)
RYAN D. HEILMAN (P63952)

Hearing date and time: January 17, 2008 at 10:00 a.m.
Objection deadline: January 11, 2008 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
In re

DELPHI CORPORATION, et al.,

        Debtors.
_____/

Case No. 05-44481(RDD)
(Jointly Administered)

Chapter 11

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008, I caused to be served a copy of the following:

- Objection by TIP Engineering Group, Inc. to Debtor's Motion for Order Pursuant to 11 U.S.C. §§105(a) and 402(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of Administration of Discount Rights Offering ("Rights Offering Estimation Motion")

upon the parties listed below by Hand Delivery:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Delphi Corporation
Attn: Legal Staff
5725 Delphi Drive
Troy, MI 48098

/s/ Janice M. Southworth
JANICE M. SOUTHWORTH
Schafer and Weiner, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Phone (248) 540-3340
mwernette@schaferandweiner.com
Michael R. Wernette (P55659)

**COUNSEL FOR TIP Engineering Group, Inc.**

{00155475}