**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                                              Chapter 11

                                                                                        Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                         Jointly Administered

                                Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

    UPON the motion of Sheila R. Schwaget, *Esq.* for admission pro hac vice in this bankruptcy case; it is hereby

    ORDERED, that Sheila R. Schwaget, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: January 11, 2008
       New York, New York

                                                /s/Robert D. Drain_____
                                                UNITED STATES BANKRUPTCY JUDGE