UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et.al.

Debtors in Possession.

Case No. 05-44481 (RDD)
Chapter 11
(Jointly Administered)

**OBJECTION OF TECNOMEC S.R.L TO DEBTORS' MOTION FOR ORDER
PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c) ESTIMATING OR
PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS
SOLELY FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS
OFFERING**

Tecnomec S.R.L. ("Tecnomec"), an Italian corporation, hereby states the

following in opposition to the Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a)

and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for

Purposes of Administration of Discount Rights Offering ("Rights Offering Estimation

Motion")[1]:

BACKGROUND

1.   On October 8, 2005 and October 14, 2005, Delphi Corporation ("Delphi"),

Delphi Automotive Systems LLC ("Automotive") and certain of Delphi's U.S.

subsidiaries and affiliates (collectively, the "Debtors") filed voluntary petitions for relief

under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the

United States Bankruptcy Court for the Southern District of New York (the "Court").

---

[1] Tecnomec submits this objection in addition to the objection and opposition filed by Liquidity Solutions
as assignee of Tecnomec's proofs of claims.

2.    On March 1, 2006, Tecnomec filed ten unsecured Proofs of Claim (the "Claims") in connection with the Debtors' bankruptcy.  A copy of Tecnomec's Claims, together with supporting paperwork, is attached hereto as Exhibit A.  Pursuant to the Debtors' Eleventh Omnibus Claims Objection, the Debtors sought a reduction or full disallowance of Tecnomec's Claims.  Below is a table listing each of the Claims by number, providing the claim amount for each claim, and providing the purported basis for Delphi's individual objections:

| Claim No. | Filed Claim Amt. | Purported Basis for Objection |
|---|---|---|
| 2447 | $1,635.00 (€ 1,321.64) | Books and Records |
| 2448 | $1,880.39 (€ 1,520.00) | Books and Records |
| 2449 | $642.11 (€ 519.04) | Books and Records |
| 2450 | $3,788.49 (€ 3,062.40) | Books and Records |
| 2451 | $24,742.00 (€ 20,000.00) | Books and Records |
| 2452 | $1,442.59 (€ 1,166.11) | Books and Records |
| 2453 | $360.65 (€ 291.53) | Books and Records |
| 2454 | $4,082.43 (€ 3,300.00) | Books and Records |
| 2455 | $7,291.83 (€ 5,894.30) | Books and Records |
| 2456 | $1,076.77 (€ 870.40) | Books and Records |

3.    Tecnomec, pursuant to agreement, assigned certain rights regarding the Claims to Liquidity Solutions, Inc.

4.    On April 13, 2007, Tecnomec filed a timely Response to the Eleventh Omnibus Claims Objection.  Liquidity Solutions, as assignee of the Claims, also filed a timely Response to the Eleventh Omnibus Claims Objection on April 12, 2007.

5.      Tecnomec's response, requested that all further communications with regard to the claims be copied to the undersigned as Tecnomec's counsel. This response was reiterated in a later-filed Notice of Appearance on behalf of Tecnomec, which included a request to be added to the master service list.

6.      Pursuant to the Court's Order of April 23, 2007, Tecnomec's Claims were adjourned for later claims objection processing. Despite repeated attempts on the part of Tecnomec to enter into a dialogue to resolve the Claims, the Claims remain adjourned to this day.

7.      On or about December 10, 2007, the Debtors filed the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (the "Plan").[2] Pursuant to the Plan, holders of General Unsecured Claims purportedly are to receive payment in full with consideration comprised of approximately 77.3% in New Common Stock and 22.7% in Discount Rights. The Plan also provides that if a Claim eligible for the Discount Rights Offering is not allowed or otherwise reconciled prior to the commencement of the Confirmation Hearing, such Claim may be temporarily allowed for purposes of the Discount Rights Offering in an amount estimated by this Court, or as otherwise agreed between the holder of the Claim and the Debtors. *See* Plan, at § 7.15(a)(i).

8.      Accordingly, on December 28, 2007, the Debtors' filed the Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of Administration of Discount Rights Offering ("Rights Offering Estimation Motion").

---

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Plan.

9.    In the Rights Offering Estimation Motion, Debtors estimated the Claims in the amount of $0 for purposes of the Discount Rights Offering (as defined in the Rights Offering Estimation Motion). Debtors have given no reason or calculation for their proposed estimation of the Claims.

## OBJECTION

10.    The Rights Offering Estimation Motion is nothing more than an end-run around the claims objection process. The relief requested is objectionable and should not be granted because it allows Debtors both to reduce, under the guise of mere estimation, the distribution that Tecnomec might receive on account of the Claims and to circumvent the Claims Objection Procedures that are already in place. More specifically, the Rights Offering Estimation Motion should be denied because (a) §502(c) of the bankruptcy code does not allow for estimation of disputed claims; (b) it is an attempt to circumvent the Claims Objection Procedures already in place; (c) the Rights Offering Estimation Motion does not provide for any reserve in the event that the Claim is allowed in an amount greater than the Discounted Rights Participation Amounts (as defined in the Rights Offering Estimation Motion), i.e., zero; and (d) Debtors unfairly propose that Tecnomec pay Debtors if the Claim is allowed in an amount less than the Discounted Rights Participation Amounts regardless of whether Tecnomec actually purchased any stock in the Discount Rights Offering and at an undetermined "value".[3]

A. The Bankruptcy Code does not allow for Estimation of
   Disputed Claims

11.    Section 502(c) of the Bankruptcy Code provides, in relevant part:

---

[3] Tecnomec also objects as it was not served with an individualized notice of the Debtor's Rights Offering Estimation Motion as is claimed in the Debtors' motion memorandum.

"[t]here shall be estimated for purposes of allowance under this section (1) any contingent or unliquidated claim, the fixing or liquidation of which, as the case may be, would unduly delay the administration of the case".

Section 502(c) allows courts to estimate only contingent and unliquidated claims, but not claims that are merely disputed. *In re Comdisco, Inc.*, 271 B.R. 273 (Bankr. N.D. Ill. 2002); *See also In re Keenan,* 201 B.R. 263 (Bankr. S.D. Cal. 1996). The fact that a claim may be disputed does not make a claim contingent. *See id.* at 303 (citing *In re Nicholes*, 184 B.R. 82, 89 (9th Cir. B.A.P. 1995) ("even a bona fide dispute over liability for a claim does not make the debt contingent")). Nor does the mere existence of a dispute over liability on a claim render the claim unliquidated. *Mazzeo v. United States (In re Mazzeo)*, 131 F.3d 395, 304 (2d Cir. 1997) ("The Code uses both 'unliquidated' and 'disputed' in its definition of 'claim'; to rule that a claim (and hence the debt with which it is coextensive) is unliquidated whenever it is disputed would be to render the term 'unliquidated' mere surplusage.... we agree with the Eleventh Circuit that the concept of a liquidated debt relates to the amount of liability, not the existence of liability.") (internal quotation omitted).

12.     Tecnomec's Claims are all non-contingent, liquidated trade claims. Because the Claims are neither contingent nor unliquidated, Delphi should not be allowed to estimate the Claims for purposes of the Discount Rights Offering.

B.  The Rights Offering Estimation Motion is an Attempt
    by Delphi to Circumvent the Claims Objection
    Procedures Already in Place

13.     The Debtors' objections to the Claims must proceed under the procedures outlined in the Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007 and 9014 Establishing (I) Dates for Hearing Regarding

Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims (the "Claim Objection Procedures Order") [Docket No. 6089] crafted by Debtors.

14.    The procedures proposed in the Claims Estimation Motion conflict with those of the Debtors' Claim Objection Procedures Order. The Claims Estimation Motion is an improper attempt to circumvent the Claim Objection Procedures Order. Tecnomec has attempted to contact the Debtors on multiple occasions to resolve the Claims, but the Debtors have not responded in any meaningful fashion. The Debtors have only reported that the claims remain adjourned and have not served Tecnomec with any other specific and individualized notice or motion affecting the Claims. Delphi is requesting that the Court override Delphi's own procedures under the Claims Objection Procedures Order by allowing the Delphi to reduce the Claims by means of estimation. Delphi should not be allowed to do so.

15.    Further, though this Court has the discretion to establish procedures to estimate the value of contingent or unliquidated claims, for purposes of allowance when a full adjudication of such claims would unduly delay case administration, this Court should also evaluate whether the procedures meet general due process requirements. *See In re Adelphi Bus. Solutions, Inc.*, 341 BR 415 (Bankr SDNY 2003). Because the Rights Offering Estimation Motion would allow Delphi to reduce the Claims, not merely to estimate the Claims, the relief requested in the Rights Offering Estimation Motion violates Tecnomec's due process rights. Furthermore, any delay in the adjudication of the Claims rests solely with the Debtors, and Tecnomec should not have the Claims reduced unjustly because of Delphi's dilatory administration of the Claims.

C.  The Rights Offering Estimation Motion does not
provide for the possibility that the Claims might be
allowed in an amount greater than the Discount Rights
Offering Participation Amount and a Reserve

16.    The Rights Offering Estimation Motion does not contemplate the
possibility that Delphi's estimate of the Claim ($0) is too low.  While Paragraph 17 of the
Rights Offering Estimation Motion addresses the procedure for Tecnomec to return
Excess Discount Rights (as defined in the Rights Offering Estimation Motion) to Delphi
in the event that Delphi estimate a given claim in an amount greater than the eventual
allowed amount of such claim, Delphi does not provide any procedures for the converse
possibility in which Delphi estimate is less than the eventual allowed amount of such
claim.  If the Claims are eventually allowed in an amount greater than the $0 estimate
provided in the Rights Offering Estimation Motion, Tecnomec will have no recourse
under the proposed Rights Offering Estimation Order to regain the Discount Rights it
would have had if the Discount Rights Offering Participation Amount was equal to the
allowed amount of the Claims. Debtors need to revise the proposed order so as to deal
with this contingency and establish a reserve of Discount Rights.

D.  The Rights Offering Estimation Motion unfairly seeks
payment from a Tecnomec in the event a disputed
claim is allowed in an amount less than the estimated
amount

17.    Under Paragraph 17 of the Rights Offering Estimation Motion,  if the
estimation of a claim results in an unsecured creditor receiving Excess Discount Rights
(as defined in the Rights Offering Estimation Motion), then, in Delphi's discretion, either
(a) Delphi will withhold an amount of New Common Stock equal to the value of the
Excess Discount Rights from the ultimate distribution to such creditor or "(b) such

creditor will be required to remit payment to the Reorganized Debtors in an amount equal to the value of the Excess Discount Rights." Emphasis added. Tecnomec does not have any objection to the withholding of New Common Stock from the ultimate distribution on the Claim. However, Tecnomec objects to the requirement that creditors be required to pay Delphi cash in exchange for the ability to purchase discounted shares of New Common Stock, regardless of whether the creditor has actually purchased any such discounted shares and at a "value" not determined.

### RELIEF REQUSTED

18.    The Rights Offering Estimation Motion should be denied as to Tecnomec's Claims. Alternatively, to the extent that this Court elects not to deny the motion outright, the Debtors should be required to estimate the LSI Assigned Claims in the full amount filed by Tecnomec, as show in paragraph 2, *supra*, plus all appropriate interest.

19.    Any reply to this Objection should be addressed to the following:

Roberto C. Carrillo
Garvey Schubert Barer
100 Wall Street, 20th Fl
New York, NY 10005
(212) 965-4511
(212) 334-1278 (fax)
rcarrillo@gsblaw.com

20.    Because the legal points and authorities upon which this objection relies are incorporated and do not represent novel theories of law, Tecnomec requests that the requirement of the filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York be deemed satisfied.

**GARVEY SCHUBERT BARER**


By: _____/S__RC 0721_____
      Robert Carrillo, Esq. (RC-0721)
      Garvey Schubert Barer
      100 Wall Street, 20th Floor
      New York, NY 10005
      (212) 431-8700

      Attorneys for Tecnomec S.r.L.

Dated: January  10, 2008

# EXHIBIT A

05-APR-2007  13:52          TECNOMEC SRL.              390125966374      P.23/64
390125966374

| United States Bankruptcy Court Southern District Of New York | PROOF OF CLAIM |
|---|---|

**Name of Debtor**
DELPHI AUTOMOTIVE SYSTEMS LLC

**Case Number**
05-44640

This Space For Court Use Only

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
TECNOMEC S.r.l.

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and Address where notices should be sent:**
TECNOMEC S.r.l.
Via Nazionale 11
Regione Remise
11020 Arnad (AO)
ITALY

□ Check box if you have never received any notices from the bankruptcy court in this case.

□ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone number: 00 39 0125 968 511**

This Space For Court Use Only

Account or other number by which creditor identifies debtor:
Customer Number 010951

Check here if this claim  □ replaces or  □ amends  a previously filed claim
dated: _____

**1. Basis for Claim**
X□ Goods sold
□ Services performed
□ Money loaned
□ Personal injury/wrongful death
□ Taxes
□ Other _____

□ Retiree benefits as defined in 11 U.S.C. § 1114(a)
□ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)        (date)

**2. Date debt was incurred:**
8 January 2002 (Invoice 5 – copy attached)

**3. If court judgment, date obtained:**
Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
□ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
□ Real Estate  □ Motor Vehicle
□ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim** $ 3788.49 (€3062.40)
X□ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
□ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
□ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
□ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
□ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
□ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
□ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
□ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 3788.49 (€3062.40) (Unsecured)   $ 3788.49 (€3062.40)(Total)
(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

This Space For Court Use Only

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

Date:
01 03 06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571

1

05-APR-2007  13:53        TECNOMEC SRL                                    390125966374      P.24/64
390125966374

**TECNOMEC** S.r.l.   Cap. Soc. L. 800.000.000 I.V.

*Direzione, Sede e Stabilimento:*
11020 ARNAD (AO) - Reg. Rémise - Via Nazionale, 11
Tel. 0125 966.511 - Fax 0125 966.374
*Deposito e Recapito:*
10095 GRUGLIASCO (TO) - C.so C. Allamano, 19 - Tel. 011 784.398
Registro Imprese Tribunale Aosta n. AO 006957 - R.E.A. n. 31119 AOSTA
Cod. Fisc./Part. IVA: 00041600073 - VAT n. IT 00041600073

| | |
|---|---|
| Spett.le | DELPHI AUTOMOTIVE SYSTEMS<br>ATTN. ACCOUNT PAYABLE N.1 CORP. CEN<br>4500A     PO BOX 9005 KOKOMO IN USA |

STAMPAGGIO LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE

COMMENTO FATTURA

| | FATTURA | |
|---|---|---|
| | DATA | NUMERO |
| | 08/01/2002 | 5 |

Cod. Fornitore: 023BA

| CODICE CLIENTE | PARTITA IVA CLIENTE |
|---|---|
| 010051 | |

|  | | | | D.D.T. | FATTURA | % IVA |
|---|---|---|---|---|---|---|
| | | | | NUMERO 97 | DATA 08/01/2002 | NI |

Pag. 1

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO | % IVA |
|---|---|---|---|---|---|---|---|
| 636500 | 16210030 | SPRING-LOCK - MOLLA<br>PESO NETTO KG 17<br>PESO LORDO KG 18<br>N. COLLI 1<br>VALUTA: EURO<br>SHIP TO: Delphi Delco Electronics Systems<br>501 Joaquin Cavazos Road<br>Los Indios, Texas 78567   USA | N. | 3200,00 | 0,95700 | 3.062,40 | NI |
| 2 | | | | | | | |

Dichiaro sotto la mia piena e personale responsabilità ed in particolare, agli effetti delle ripieni disposizioni valutarie, che il prezzo indicato nella presente fattura è vero e reale e che pertanto nessun/altra fregnazione in qualsiasi forma o con qualsiasi modalità ve stavorra o a carico dell'impresa da me rappresentata, in relazione all'operazione per cui è stata emessa la fattura stessa.

<<Si sensi dell'art.co.11 del D.M. 12/37/991 d'abbiamo che i documenti allegati sono ventini / B presente documento col verifica di assunzione ogni responsabilità circa la verifica del IVA contributivo contenuto>>

MATERIALI PRODOTTI IN ITALIA

| SCARICO LAVORAZIONE | |
|---|---|
| DATA | NUMERO |

| | REPILOGHI I.V.A. | | |
|---|---|---|---|
| IMPONIBILE | % ALIQUOTA | NI | IMPOSTA<br>Non Imp.Art.9 |
| 3.062,40 | NI | | |

Operazione non imponibile ai sensi Art. 9, D.P.R. 633 del 26/10/72 e successive modificazioni.

| SPESE TRATTA | BOLLI |
|---|---|

| TOTALE IMPONIBILE | |
|---|---|
| 3.062,40 | |
| TOTALE IMPOSTA | |
| | |
| BOLLI | |

| TOTALE FATTURA | |
|---|---|
| EURO | 3.062,40 |

| BANCA D'APPOGGIO | | | | |
|---|---|---|---|---|

CONDIZIONI DI PAGAMENTO
Rimessa diretta 60 gg fine mese

| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |
|---|---|---|---|---|

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

Contributo Ambientale CONAI Assolto ove dovuto

05-APR-2007  13:53     TECNOMEC SRL                                    390125966374     P.25/64

390125966374
N 390125966374

**TECNOMEC** S.r.l.   Cap. Soc. L. 800.000.000 I.V.

Direzione, Sede e Stabilimento:
11020 ARNAD (AO) - Reg. Remise - Via Nazionale, 11
Tel. 0125 966.511 - Fax 0125 966.374

Deposito e Recapito:
10095 GRUGLIASCO (TO) - C.so C. Allamano, 19 - Tel. 011 784.398
Registro Imprese Tribunale Aosta n. AO 063/957 - R.E.A. n.31119 AOSTA
Cod. Fisc./Part. IVA: 00041690073 - VAT n. IT 00041690073

STAMPAGGIO LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE

Spett.le

DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE N.1 CORP. CEN
46804   PO BOX 9005 KOKOMO IN USA

Cod. Fornitore: 9238AA

| CODICE CLIENTE | PARTITA IVA CLIENTE | | | | | | FATTURA | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 010951 | | | | | | | NUMERO | DATA |
| | | | | | | | 97 | 06/01/2002 |

COMMENTO FATTURA

Pag.

| N.ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO | D.D.T. | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | NUMERO | DATA |
| 450580 | 15210630 | SPRING-LOCK - MOLLA | N. | 3200,00 | 0,95700 | 3.062,40 | 97 | 06/01/2002 |
| | | PESO NETTO KG 17 | | | | | | |
| | | PESO LORDO KG 18 | | | | | | |
| | | N. COLLI    01 | | | | | | |
| | | VALUTA: EURO | | | | | | |
| 3 | | SHIP TO: Delphi Delco Electronics Systems | | | | | | |
| | | 801 Joaquin Carazos Road | | | | | | |
| | | Los Indios, Texas 78567    USA | | | | | | |
| | | | | | MATERIALI PRODOTTI IN ITALIA | | | |

Diciamo sotto la ns piena e personale responsabilità ed,
in particolare agli effetti delle vigenti disposizioni valutarie,
che il prezzo indicato nella presente fattura è vero e reale
e che pertanto non abbiamo corrisposto né dovuto
corrisposto né corrisponderemo a titolo di sconto alcun rimborso,
buonuscita o provvigione in relazione alla operazione per cui è
stata emessa la fattura stessa.

<<ai sensi dell'articolo 11 del D.M. 12/07/1991 dichiariamo
che i documenti allegati sono veritieri / il presente
documento ed il relativo sommario sono stati esaminati negli agli
oltre la veridicità del loro contenuto/siamo contenuto>>

TECNOMEC S.R.L.

| SCARICO CLAVORAZIONE | |
| --- | --- |
| DATA | NUMERO |
| | |

| RIEPILOGHI I.V.A. | | | |
| --- | --- | --- | --- |
| IMPONIBILE | % ALIQUOTA | IMPOSTA | |
| 3.062,40 | NI | Non Imp.Art.8 | |

Operazione non imponibile ai sensi Art. 8, D.P.R. 633 del
26/10/72 e successive modificazioni

| | TOTALE IMPONIBILE |
| --- | --- |
| | 3.062,40 |
| | TOTALE IMPOSTA |
| | |
| BOLLI | |
| | TOTALE FATTURA |
| EURO | 3.062,40 |

| BANCA D'APPOGGIO | | | | | SPESE TRATTA | BOLLI |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

| CONDIZIONI DI PAGAMENTO | | | | | |
| --- | --- | --- | --- | --- | --- |
| Rimessa diretta 60 gg fine mese | | | | | |
| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA | |

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

Contributo Ambientale CONAI assolto ove dovuto

05-APR-2007  13:53        TECNOMEC SRL              390125966374      P.26/64
390125966374



05-APR-2007  13:53        TECNOMEC SRL                                    390125966374    P.27/64

| | | | | | | DOGANA DI MILANO |
|---|---|---|---|---|---|---|

COMUNITÀ EUROPEA                N. 00041600073      EX 1 T2      225 TC/EG      10/01/02

**2 Speditore / Esportatore**

145604
TECNOMEC SRL
VIA NAZIONALE. 11
11020    ARNAD

PANALPINA S.P.A.
AUT. MIN. N. 0167/CS

3 Formulari  1 01
4 Dist. di carico

5 Articoli      6 Totale del colli    1

7 Numero di riferimento
00745260158/531592/G

**8 Destinatario       N.**

167920
DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD
78586      LOS INDIOS  TX  USA

9 Responsabile finanziario      N.
10/01/02

10 Paese prima   11 Paese di tran-    13 P.A.C.
              sazione

**14 Dichiarante/Rappresentante   N. 00745260158**

PANALPINA SPA
PANALPINA SPA RAP.IND.

15 Paese di spedizione / esportazione
ITALIA

16 Paese di origine

16 Cod.P. sped./esport. 005  17 Cod. P. destinazz. 400

17 Paese di destinazione
USA

18 Identità e nazionalità del mezzo di trasporto alla partenza
MNA 280440       005  0

19 Cur.

20 Condizioni di consegna
EXW PARTENZA

21 Identità e nazionalità del mezzo di trasporto attivo che attraversa la frontiera

22 Moneta ed importo totale fatturato
EU      3062.40

23 Tasso di cambio
1.000

24 Natura della transazione
1 1 1

25 Modo di trasporto alla frontiera  3
26 Modo di trasporto interno  3
27 Luogo di carico

PROTOCOLLO N.   7   DEL  10/01/02

29 Ufficio di uscita
075140

30 Localizzazione delle merci

31 Colli e
descr. merci

Marche e numeri - N. contenitori - Quantità e natura
COLLI   1
MOLLE ALTRE DI FERRO O DI ACCIAIO

32 Articolo 01
33 Codice delle merci  73202080   90

34 Cod. P. di origine
AO

35 Massa lorda (kg)
18.00

37 REGIME
10.00
38 Massa netta (kg)
17.00
38 Contingenti

40 Dichiarazione sommaria / Documento precedente

41 Unità supplementari

44 Menzioni speciali/ Documenti presentati/ Certificati ed autorizzazioni

FT 5 DEL 080102

Codice MS

46 Valore statistico
3062.40

RET-EXP

47 Calcolo delle imposizioni

| Tipo | Base imponibile | Aliquota | Importo | MP |
|---|---|---|---|---|

48 Dilazione di pagamento
S

49 Identificazione del deposito

B DATI CONTABILI

**EXPORT**

Totale:

50 Obbligo principale          N. 00745260158

PANALPINA SPA
VIA LAINATE
20017RHO

51 Ufficio di passaggio previsti (e paesi)
P.CHIASSO  CHIASSO

Firma:
MORRETTA MARCELLO
10/01/02

C UFFICIO DI PARTENZA
225TC/EG   10/01/02

rappresentato da:  MILANO

52 Garanzia
non valida per N. 13 DET. 020600 CIR.DOG.MILANO

Codice  53 Ufficio di destinazione (e paese)
1 LUSSEMBURGO RPT

D CONTROLLO DELL'UFFICIO DI PARTENZA
Risultato:  PROCEDURA SEMPLIFICATA AUT. MIN. 0167/CS

Suggelli apposti: Numero:
marche PANALPINA RHO       PANALPINA SPA RHO

Termine (data limite):   25/01/02

Firma:

Timbro:

54 Luogo e data: MILANO
10/01/02

Firma e nome del dichiarante / rappresentante:

PANALPINA SPA
MORRETTA MARCELLO

5

05-APR-2007  13:54        TECNOMEC SRL                    390125966374        P.28/64

390125966374

**PANALPINA**
on 6 continents

VIA LAINATE, 98-100
20017 RHO  MI
Tel:02935341 Fax:293502168
Mittente - *Shipper*

TECNOMEC SRL

VIA NAZIONALE, 11
11020 ARNAD  AO
Destinatario - *Consignee*

DELPHI DELCO

601 JOAQUIN CAVAZOS ROAD
78586 LOS INDIOS   TX  USA
Notifica - *Notify*

TRASMISSIONE DOCUMENTI

RACCOMANDATA

Spett.Ditta
TECNOMEC SRL

VIA NAZIONALE, 11
11020 ARNAD  AO

| Data - *Date* | Nostro Riferimento - *Our reference* | Vostro Riferimento - *Your reference* | B/L or AWB No. | Rep. - *Dept.* |
|---|---|---|---|---|
| 18/01/02 | 280440 | INV. 5 DD 08.01.02 | 172/45229951 | MNA/AEK/COMITE |
| Resa Merce - *Delivery terms* | | Assicurazione - *Insurance* | Dogana - *Customs point* | |
| EX WORK | | NOT COVERED BY US | | |
| A Mezzo - *By* | Il - *Date* | Da - *From* | Per - *To* | |
| TRUCK | | MILAN, ITALY | HOUSTON INTERCONT.TEX.USA | |
| | | ITALIA | U.S.A. | |

Colli     Peso lordo      Contenuto
------------------------------------------------
  1         18,00        AUTOMOTIVE PARTS

EGREGI SIGNORI ,
CON RIFERIMENTO ALLA SUDDETTA SPEDIZIONE VI TRASMETTIAMO IN ALLEGATO :

    BOLLA DOGANALE MOD.EX 1 T2  NO.225 TCRG 100102

DISTINTI SALUTI.

                        PANALPINA TRASP.MOND.SPA

Sede legale: 20017 Lucernate di Rho (MI), Via San Francesco d'Assisi, 6 - Cap. Soc.EUR 2.000.000
CCIAA Milano  no  274984  Canc. Tribunale  Milano  no 38531 reg.soc.  Foro Milano
CF PI/ Tax-VAT-No IT 00745260158-BNL Ag.13,Milano CC 185-ABI 01005-CAB 01613/swift BNL IITRAMNO

| United States Bankruptcy Court Southern District Of New York | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor **DELPHI AUTOMOTIVE SYSTEMS LLC** | Case Number **05-44640** | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**TECNOMEC S.r.l.**

Name and Address where notices should be sent:

**TECNOMEC S.r.l.**
**Via Nazionale 11**
**Regione Remise**
**11020 Arnad (AO)**
**ITALY**

**Telephone number: 00 39 0125 968 511**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Account or other number by which creditor identifies debtor:
**Customer Number 010951**

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____

**1. Basis for Claim**
- X☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)            (date)

**2. Date debt was incurred:**
15 January 2003 (Invoice 9 – copy attached)

**3. If court judgment, date obtained:**
Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____

Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Nonpriority Claim $360.65(€291.53)**
X☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
  *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $360.65(€291.53) (Unsecured)    $360.65(€291.53)(Total)
(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
  * If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

| Date: 01 03 06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

05-APR-2007  13:56        TECNOMEC SRL                                    390125966374        P.43/64

# TECNOMEC S.r.l.

Cap. Soc. Euro 416.000 I.V.          EUR

Direzione, Sede e Stabilimento:
11020 ARNAD (AO) - Via Nazionale, 11
Tel. 0125 968.511 - Fax 0125 966.374
E-mail: mail@gruppotecnomec.com

Registro Imprese di Aosta n° Iscrizione e C.F. 00041600073
R.E.A. n. 81119 AOSTA - Part. IVA: 00041600073 - VAT. IT 00041600073

**STAMPAGGIO LAMIERA**
**COSTRUZIONE STAMPI**
**COSTRUZIONI MECCANICHE**

416.800 I.V.

Spett.le

DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE N.1 CORP. DEN
.6904      PO BOX 9005 KOKOMO IN USA

Cod. Fornitore: B310H0

| CODICE CLIENTE | PARTITA IVA CLIENTE |
|---|---|
| 010451 | |

| | FATTURA | |
|---|---|---|
| NUMERO | DATA | |
| 9. | 15/01/2003 | |

**COMMENTO FATTURA**

VS ORDER NO. 479249 20/11/02          Pag.      1

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITA | PREZZO | IMPORTO |
|---|---|---|---|---|---|---|
| 479249 | 03252721 | CONNECTOR - PIASTRINA<br>PESO NETTO KG 10<br>PESO LORDO KG 20<br>N. COLLI      D2<br>VALUTA: EURO<br>SHIP TO: DELPHI DELCO ELECTRONICS SYSTEMS<br>PLT 74 - CUNEO SERVICE<br>4125 E. WHILE<br>KOKOMO, IN 46902 | N. | 600,00 | 0,48580 | 291,53 |

MATERIALI PRODOTTI IN ITALIA

Dichiaro sotto la mia piena e personale responsabilità ed in particolare agli effetti delle vigenti disposizioni valutarie, che il prezzo indicato nella presente fattura è vero o reale, e che pertanto nessun'altra integrazione in qualsiasi forma o coca qualsiasi modalità va a favore o a carico dell'impresa da me rappresentata, in relazione all'operazione per cui è stata emessa la fattura stessa.

<<Ai sensi dell'articolo 11 del D.M. 12/3/1985 dichiaro/ano che i documenti allegati sono veritieri / il presente documento sei veritiero secondo ogni responsabilità circa la realtà del (o/a) contenuto/i/suo contenuto>>

TECNOMEC S.R.L.

| SCARICO CLAVORAZIONE | |
|---|---|
| DATA | NUMERO |
| | |

| | O.D.T. | |
|---|---|---|
| NUMERO | DATA | |
| 179 | 15/01/2003 |

| TOTALE IMPONIBILE | 291 |
|---|---|
| TOTALE IMPOSTA | |
| BOLLI | |

| TOTALE FATTURA | |
|---|---|
| EUR | 291 |

**REIPLOGHI IVA**

| IMPONIBILE | % ALIQUOTA | IMPOSTA |
|---|---|---|
| 291,53 | N1 | Non Imp. Art. 8 |

Operazione non imponibile ai sensi Art. 8, D.P.R. 633 del
26/10/72 o successive modificazioni.

| SPESE TRATTA | BOLLI |
|---|---|
| | |

BANCA D'APPOGGIO

CONDIZIONI DI PAGAMENTO

Rimessa diretta 60 gg fine mese

| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |
|---|---|---|---|---|

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

Contributo Ambientale CONAI Assolto ove dovuto

05-APR-2007  13:57        TECNOMEC SRL

390125966374

390125966374        P.44/64

# PANALPINA
## on 6 continents

VIA LAINATE, 98-100
20017 RHO  MI
Tel:02935341 FAx:293502168

Mittente - Shipper        mittente            145604

TECNOMEC SRL

VIA NAZIONALE, 11
11020 ARNAD  AO

Destinatario - Consignee   destinatario        998

DELPHI DELCO ELECTRONICS SYSTEMS
PLT74 CUNEO SERVICE
1125 E.VAILE
KOKOMO, IN 46902 -USA

Notifica - Notify

PAGINA N.        1

Trasmissione documenti
Originale

145604

TECNOMEC SRL

VIA NAZIONALE, 11
11020 ARNAD  AO

| | | |
|---|---|---|
| **SPEDIZIONE VIA:MARE EXPORT** | RHO | , 16/07/03 Ora 12:07 |

| Data - Date | Nostro Riferimento - Our reference | Vostro Riferimento - Your reference | B/L or AWB No. | Reg. - Dist. |
|---|---|---|---|---|
| 20/01/03 | SPL 487429 | INV.9 15.01.03 | CCC 00000000 | SPL/MEX/BIASSONI |

| Rese Merce - Delivery terms | Assicurazione - Insurance | Dogana - Customs point |
|---|---|---|
| EX WORK | | |

| A Mezzo - By | Il - Date | Da - From | Per - To |
|---|---|---|---|
| TBN VIA ANVERS | 24.01.2003 | ANTWERP | CHICAGO |

Urgenza:  normale

| Unita di carico | Marche e numeri | | | |
|---|---|---|---|---|
| Targa | N/T colli | Contenuto | Kg lordi | Valore Merce |
| | DELPHI DELCO SYSTEMS | M3 | 0,040 EUR | 291,53 |
| | INV.9 15.01.03 | | | |
| | 2 CARTONS   0,32 X   0,20 X   0,32 | 20,00 | | |
| | KOKOMO, IN 46902 | | | |
| | AUTO SPARE PARTS | | | |
| | PN 9357221= 600 PCS | | | |

Tot.Colli        2                        Tot.Peso      20,00

Con riferimento alla suddetta spedizione con la presente Vi trasmettiamo la seguente documentazione.
Allegati:
BOLLA DOGANALE NR. 163 EX/EG DD 230103

Panalpina Spa

Sede legale: 20017 Lucernate di Rho (MI), Via San Francesco d'Assisi, 6 - Cap. Soc.EUR 2.000.000
CCIAA Milano  no  274984  Canc. Tribunale  Milano  no 38531 reg.soc. Foro Milano
CF PI/ Tax-VAT-No IT 00745260158-BNL Ag.13,Milano CC 185-ABI 01005-CAB 01613/swift BNL IITRAMNO

05-APR-2007  13:57       TECNOMEC SRL                390125966374     P.45/64

**COMUNITÀ EUROPEA** 390125966374

| | | |
|---|---|---|
| DICHIARAZIONE | 163  EX/EG  23/01/03 | |
| | **PANALPINA S.P.A.** | |
| | **AUT. MIN. N. 0167/CS** | |

3 | 2 Speditore / Esportatore    N.  00041000075 | EX  1 |

TECNOMEC SRL.
VIA NAZIONALE 11
11020 ARWAD

3 Formulari  1 | 4 Dist. di carico  1 | 
5 Articoli  1 | 6 Totale dei colli  2 | 7 Numero di riferimento  00745260158/547226/X

CST

8 Destinatario          N.     |  9 Responsabile finanziario    N.
252500                          23/01/03

10 Paese prima  | 11 Paese di tran- | 13 P.A.C.
destinaz.       | sazione

14 Dichiarante/Rappresentante    N.  00745260158 | 15 Paese di spedizione / esportazione  ITALIA | 16 Cod. P. sped./esport.  005 | a 17 Cod. P. destinaz.  a 400

PANALPINA SPA
PANALPINA SPA RAP.IND.

16 Paese di origine | 17 Paese di destinazione  USA

18 Identità e nazionalità del mezzo di trasporto alla partenza | 19 Ctr. | 20 Condizioni di consegna
MARE  005  0 | EXW  FRANCO FABBRICA PARTENZA-

21 Identità e nazionalità del mezzo di trasporto attivo che attraversa la frontiera | 22 Moneta ed importo totale fatturato  EU  291.53 | 23 Tasso di cambio  1.000 | 24 Natura della transazione  1 1

25 Modo di trasporto alla frontiera  3 | 26 Modo di trasporto interno  3 | 27 Luogo di carico | 28 Dati finanziari e bancari  PROTOCOLLO N.  15  DEL  23/01/03

29 Ufficio di uscita  111107 | 30 Localizzazione delle merci

3

31 Colli designazione delle merci
KG.  20,00
COLLI  2
LAVORI DI FERRO
BBB 9779
C P S U 4 0 4 7 6 4 7
BBB 9779

32 Articolo  01 | 33 Codice delle merci  73269097  90
34 Cod. P. di origine | 35 Massa lorda (kg)  20.00
a AO
37 RÉGIME  10 00 | 38 Massa netta (kg)  18.00 | 39 Consegni
40 Dichiarazione sommaria / Documento precedente
41 Unità supplementari

44 Menzioni speciali/ Documenti presentati/ Certificati ed autorizzazioni
FT.9 DEL 150103

**AIR SEA BROKER BELGIUM** 218
Naamloze Vennootschap
Noorderlaan 133 · 2030 Antwerpen 3

RET EXP  RET EXP

Codice MS
46 Valore statistico  291.53

47 Calcolo delle imposizioni | Tipo | Base imponibile | | 48 Dilazione di pagamento | 49 Identificazione del deposito

B DATI CONTABILI

**EXPORT**

Totale:

50 Obbligato principale   N. | Firma: | C UFFICIO DI PARTENZA  163  EX/EG  23/01/03

**AIR SEA BROKER BELGIUM** 218
Naamloze Vennootschap
Noorderlaan 133 · 2030 Antwerpen 3

51 Uffici di passaggio previsti (e paesi) | rappresentato | Luogo e data: | 
FREJUS

52 Garanzie non valida per: | | 53 Codice  Ufficio di destinazione (e paese)  ANVERSA

D  CONTROLLO DELL'UFFICIO DI PARTENZA | Timbro: | 54 Luogo e data:  MILANO  23/01/03
Risultato:  PROCEDURA SEMPLIFICATA AUT. MIN. 0167/CS
Suggelli apposti Numero:
merce  PANALPINA RHO     PANALPINA SPA
Termine (data limite):
Firma:

Firma e nome del dichiarante / rappresentante:
PANALPINA SPA
DELOTTI EUGENIO

· 10 ·

05-APR-2007 13:54     TECNOMEC SRL.               ▲                        390125966374      P.29/64

390125966374

| United States Bankruptcy Court Southern District Of New York | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor DELPHI AUTOMOTIVE SYSTEMS LLC trading as Delco Electronics Systems | Case Number **05-44640** | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): **TECNOMEC S.r.l.** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | This Space For Court Use Only |
|---|---|---|
| Name and Address where notices should be sent: TECNOMEC S.r.l. Via Nazionale 11 Regione Remise 11020 Arnad (AO) ITALY | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | |
| Telephone number: 00 39 0125 968 511 | | This Space For Court Use Only |

| Account or other number by which creditor identifies debtor: Customer Number 610951 | Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- x☐ Other – costs of material for cancelled Opel Radio Progam pursuant to Purchase Order EKS41566 ·

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____

| 2. Date debt was incurred: 31 January 2002 (Invoice 357 & Purchase Order EKS41566 – copies attached) | 3. If court judgment, date obtained: Not applicable |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
- ☐ Real Estate ☐ Motor Vehicle
- ☐ Other _____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Nonpriority Claim** $24,742 (€20,000).
- x☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
- ☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $_____
  Specify the priority of the claim:
- ☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
  *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $24,742 (€20,000) (Unsecured)     $24,742 (€20,000) Total
(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
 * If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. 7. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. 8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim | This Space For Court Use Only |
|---|---|
| Date: 01 03 06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

05-APR-2007  13:54       TECNOMEC SRL                        390125966374       P.30/64

**TECNOMEC** S.r.l.   Cap. Soc. L.800.000.000 I.V.

Direzione, Sede e Stabilimento:
11020 ARNAD (AO) - Reg. Remise - Via Nazionale, 11
Tel. 0125 966.511 - Fax 0125 966.374
Deposito e Recapito:
10095 GRUGLIASCO (TO) - C.so C. Allamano, 19 - Tel. 011 784.398
Registro Imprese Tribunale Aosta n. AO 002/857 - R.E.A. n. 31119 AOSTA
Cod. Fisc./Part. IVA: 00041600073 - VAT n. IT 00041600073

STAMPAGGIO LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE

390125966374

Spett.
DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE N.1 CORP., CEN
46804    PO BOX 9105 KOKOMO IN USA

Cod. Fornitore: 823360

| | FATTURA | |
|---|---|---|
| | DATA | NUMERO |
| | 31/01/2002 | 15 |

**COMMENTO FATTURA**

| ORDER NO. ERS11596  23/02/01 | Pag. 1 |
|---|---|

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO | D.D.T. NUMERO | DATA |
|---|---|---|---|---|---|---|---|---|
| | ORDER No. ERS11596  23/02/01 TO YOUR DEBIT FOR REMAINING MATERIAL AFTER CANCELLATION OF THE OPEL RADIO PROGRAM VALUTA: EURO | | | | | 20.000,00 | | |

| Cod. Fornitore | | |
|---|---|---|
| CODICE CLIENTE | PARTITA IVA CLIENTE | |
| 010851 | Non Imp. Art. 8 | |

**BANCA D'APPOGGIO**

**CONDIZIONI DI PAGAMENTO**
Rimessa diretta 60 gg. fine mese

| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |
|---|---|---|---|---|

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA    Contributo Ambientale CONAI Assolto ove dovuto

| SCARICO C/LAVORAZIONE | | RIEPILOGHI I.V.A. | | | | TOTALE IMPONIBILE |
|---|---|---|---|---|---|---|
| DATA | NUMERO | IMPONIBILE | % ALIQUOTA | IMPOSTA | | 20.000,00 |
| | | 20.000,00 | N1 | Non Imp. Art. 8 | | TOTALE IMPOSTA |
| | | | | | | |
| | | SPESE TRATTA | BOLLI | | | BOLLI |

| TOTALE FATTURA |
|---|
| 20.000,00 |

EURO

12

390125966374

Automotive Systems

# PURCHASE ORDER: EKS41556

PAGE

RICEVUTO 24 GEN 2002

SHIP TO:

NO SHIPMENT

US

INVOICE TO:

INVOICE NOT REQUIRED-PAID BY
PLANT ACTION. INVOICE ONLY IF
INSTRUCTED BY ORDER-CLAUSES.
COMPLIANCE IS VITAL. DELPHI-D
KOKOMO IN
46904
US

TO:
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005
US

VENDOR NUMBER 42-868-8766
TECNOMEC SRL
VIA NAZIONALE 11
REG REMISE
ARNAD IT
11029
ITALY

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip.
Invoices.
Invoice Attn Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 03314990 |
| 01/23/02 | V GRANDMAISON |
| ALTERATION ISSUE DATE | Buyer |
| | FF2 |
| ALTERATION EFFECTIVE DATE | PURCHASING AG |

SHIP VIA     AS DIRECTED

DESTINATION UNLESS OTHERWISE INDICATED
F.O.B.     FOB ORIGIN, FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| A000000 | | | | | | | | |

PAYMENT TERMS
NET     2ND DAY OF 2ND MONTH

USER NICOLE I MEY

***********************************************************
*  THIS IS A REPRINT DOCUMENT REQUESTED BY               *
*          39-0125-9663714DINOG                          *
***********************************************************

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
EUR EUROPEAN CURRENCY UNIT

***********************************************************
DO NOT INVOICE FOR SHIPPED MATERIAL.  DELPHI-D IS
'PAY ON RECEIPT' AND INVOICES ARE NOT REQUIRED.

INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR
SERVICES AND ITEMS WHICH ARE NOT SHIPPED.

PLEASE SUBMIT THESE TO:
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN: MANUAL RECEIPTS PROCESSING MS-A241
P O BOX 9005
KOKOMO, IN  46904-9005

***CALIFORNIA SHIPMENTS***  - DELPHI-D DOES NOT
HAVE A DIRECT PAYMENT PERMIT IN CALIFORNIA.
DELCO DOES HAVE DIRECT PAY PERMITS IN INDIANA,
MICHIGAN, TEXAS AND WISCONSIN.

13



Automotive Systems

## PURCHASE ORDER: EKS41566

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips
Invoices.
Invoice Attn Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parts
Post.

PHONE: 0331499042
GRANDMAISON   Buyer

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | PURCHASING AGT |
|---|---|---|---|
| 01/23/02 | | | FF2 |

TO:
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005
US

VENDOR NUMBER 42-868-8766
TECNOMEC SRL
VIA NAZIONALE 11
REG REMISE
ARNAD IT
11029
ITALY

SHIP TO:
NO SHIPMENT
US

INVOICE TO:
INVOICE NOT REQUIRED-PAID BY
PLANT ACTION. INVOICE ONLY IF
INSTRUCTED BY ORDER-CLAUSES.
COMPLIANCE IS VITAL. DELPHI-D
KOKOMO IN
46904
US

F.O.B.   FOB ORIGIN,FREIGHT COLLECT

PAYMENT TERMS: NET   2ND DAY OF 2ND MONTH

SHIP VIA   AS DIRECTED

DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | INFO NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| A000000 | USER NICOLE T MFY | | | YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP: | | | | |

YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP:
- PURCHASE ORDER (ONLY ONE PURCHASE ORDER NUMBER
  PER PACKING SLIP)
- DELPHI-D "ITEM IDENTIFICATION NUMBER (ID)" FROM
  PURCHASE ORDER FOR EACH DELIVERED ITEM
- LIST DELPHI-D DESCRIPTION PER PURCHASE ORDER FOR
  EACH LINE ITEM DELIVERED FOLLOWED BY YOUR
  DESCRIPTION IF DESIRED.

ADDITIONAL PACKING SLIP INFORMATION:
- EACH BOX/CRATE MUST CONTAIN A COMPLETE PACKING
  SLIP FOR THE ENTIRE DELIVERY
- HIGHLIGHT ON THE PACKING SLIP THE APPLICABLE
  PURCHASE ORDER ITEM IDENTIFICATION NUMBER FOR
  EACH ITEM LOCATED IN THE BOX/CRATE
- PACKING SLIP MUST BE ENCLOSED IN A CLEAR PLASTIC
  ENVELOPE AND AFFIXED TO THE OUTSIDE (WITH A COPY
  INSIDE) OF EACH BOX/CRATE.
****************************************************
ROUTING: REFER TO ROUTING LETTER DATED 05/21/01 FOR
INSTRUCTIONS. CALL DELPHI-D TRANSPORTATION AT
(765)451-4078 OR -4079 FOR ADDITIONAL INFORMATION.
FREIGHT TERMS ARE 'FOB ORIGIN,FREIGHT COLLECT'.
BUYER WILL ONLY PAY FREIGHT CHARGES IF THE SELLER
USES THE BUYER SELECTED CARRIER AND SHIPS COLLECT
THE SELLER AGREES TO PAY ALL FREIGHT INVOICES WHEN



05-APR-2007   13:54         TECNOMEC SRL                    390125966374      P.33/64

390125966374

# PURCHASE ORDER:  EKS41566

PAGE

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips.
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 0331499040 |
| 01/23/02 | y GRANDMAISON |
| ALTERATION ISSUE DATE | Buyer |
| ALTERATION EFFECTIVE DATE | FF2 |

PURCHASING Ag

Automotive Systems

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005

VENDOR NUMBER  42-868-8766

TO:  TECNOMEC SRL
REG REMISE
VIA NAZIONALE  11
ARNAD IT
11029
ITALY

SHIP TO:  NO SHIPMENT

US

INVOICE TO:  INVOICE NOT REQUIRED-PAID BY
PLANT ACTION. INVOICE ONLY IF
INSTRUCTED BY ORDER-CLAUSES.
COMPLIANCE IS VITAL. DELPHI-D
KOKOMO IN
46904
US

| PAYMENT TERMS | SHIP VIA |
| NET | AS DIRECTED |
| 2ND DAY OF 2ND MONTH | TAX CODE/% |

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
FOB ORIGIN,FREIGHT COLLECT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | ADJUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | BASE UNIT PRICE | PRIC MULT/ |
|---|---|---|---|---|---|---|---|---|

SELLER DEVIATES FROM BUYER SPECIFIED CARRIER WITHOUT
PRIOR APPROVAL FROM DELPHI-D TRANSPORTATION.
***********************************************************

DELPHI DELCO ELECTRONICS SYSTEMS EXPECTS TO RECEIVE
MATERIALS AND/OR SERVICES THAT ARE IN TOTAL CONFORM-
ANCE WITH THE SPECIFIED REQUIREMENTS ON OUR PURCHASE
ORDERS.

DELPHI DELCO ELECTRONICS SYSTEMS ALSO EXPECTS 100%
ON-TIME DELIVERY FROM OUR SUPPLIERS.IF YOU ANTICIPATE
PROBLEMS IN DELIVERING MATERIALS AND/OR COMPLETING
SERVICES BY THE DATE SPECIFIED ON OUR PURCHASE ORDER,
THE BUYER SHOULD BE NOTIFIED IMMEDIATELY.
***********************************************************

***********************************************************
TOOL POSSESSION NOTE - ALL TOOLS COVERED BY THIS
ORDER SHALL BE THE PROPERTY OF DELPHI DELCO ELECTRON-
ICS SYSTEMS DIVISION AND SHALL BE PERMANENTLY AND
LEGIBILY MARKED IN SUCH A MANNER AS TO DENOTE THAT
TOOLS ARE THE PROPERTY OF DELPHI DELCO ELECTRONICS
SYSTEMS, FOR USE IN MANUFACTURE OF PARTS EXCLUSIVELY
FOR US, THEY SHALL BE STORED AND MAINTAINED BY YOU AT
NO EXPENSE TO US AND SHALL BE SUBJECT TO DELIVERY TO

A000000  USER NICOLE I MEY

15

390125966374

# PURCHASE ORDER.

PAGE

EKS41566

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item identification Number(s) must be shown on Packing Slips/ Invoices.
Invoice Attn: Accounts Payable
Do not Oversize Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 0331499047 |
| 01/23/02 | V GRANDMAISON |
| ALTERATION ISSUE DATE | FF2 Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING 41 |

Automotive Systems

TO:
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005                    US

VENDOR NUMBER 42-868-8766
TECNOMEC SRL
VIA NAZIONALE 11
REG REMISE
ARNAD IT
11029
ITALY

SHIP TO:
NO SHIPMENT                    US

INVOICE TO.
INVOICE NOT REQUIRED-PAID BY
PLANT ACTION.INVOICE ONLY IF
INSTRUCTED BY ORDER-CLAUSES.
COMPLIANCE IS VITAL.DELPHI-D
KOKOMO IN
46904                         US

| PAYMENT TERMS | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
| NET 2ND DAY OF 2ND MONTH | | FOB ORIGIN,FREIGHT COLLECT | AS DIRECTED |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFO NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | US AT ANY TIME UPON REQUEST. //CONSIGNMENT REQUIRED// | | | | |

*ABANDONED MOLD ACTS*
SELLER HEREBY AGREES TO RETAIN THE TOOLS DESCRIBED
ABOVE FOR A PERIOD OF 5 YEARS AND THEREAFTER TO
RETURN, TRANSFER TO ANOTHER LOCATION OR TO REMIT
THE PROCEEDS OF THE SALE FOR SCRAP TO THE DIRECTOR
OF PURCHASING OF DELPHI DELCO ELECTRONICS SYSTEMS AS
SO INSTRUCTED BY BUYER.

*PAYMENT*
YOUR FINAL INVOICE WILL NOT BE ACCEPTED UNTIL FULL
PPAP APPROVAL HAS BEEN DOCUMENTED. SUPPLIER SHOULD,
THEREFORE,ENSURE THAT NOTIFICATION OF APPROVAL HAS
BEEN RECEIVED BEFORE SUBMITTING FINAL INVOICE.
REFER TO PAYMENT TERMS.

PLEASE SUBMIT YOUR FINAL INVOICE TO:
DELPHI DELCO ELECTRONICS SYSTEMS
ATTN: MANUAL RECEIPTS PROCESSING  MS-A241
P O BOX 9005
KOKOMO, IN  46904-9005
                                        (TP)
*************************************************
*************************************************

A000000  USER NICOLE I MFY

16

05-APR-2007  13:55    TECNOMEC SRL,    390125966374    P.35/64

390125966374

**PURCHASE ORDER.**  PAGE  EKS41566

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
10 copies of your packing slip must accompany each shipment
Item Identification Number(s) must be shown on Packing Slips
Invoices.
Invoice Amts Accomes Payable
Do not Declare Valuation of Express Shipments or Issue Parc Post.

| ORDER DATE | PHONE: 033149904; |
|---|---|
| 01/23/02 | V GRANDMAISON |
| ALTERATION ISSUE DATE | Buyer |
| | FF2 |
| ALTERATION EFFECTIVE DATE | PURCHASING AC |

**Automotive Systems**

DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO IN
46904-9005

US

VENDOR NUMBER 42-868-8766
TECNOMEC SRL
VIA NAZIONALE 11
REG REMISE
ARNAD IT
11029
ITALY

SHIP TO:  NO SHIPMENT

US

INVOICE TO:

INVOICE NOT REQUIRED-PAID BY
PLANT ACTION. INVOICE ONLY IF
INSTRUCTED BY ORDER-CLAUSES.
COMPLIANCE IS VITAL.DELPHI-D
KOKOMO IN
46904

US

SHIP VIA  AS DIRECTED

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
FOB ORIGIN,FREIGHT COLLECT

PAYMENT TERMS  NET  2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFG NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PER MEAS |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | 20000 | PR922159 001 | | PLEASE NOTE THAT THIS PURCHASE ORDER IS BEING ISSUED WITH A NEW PAYMENT TERM. THE TERM 2ND DAY - 2ND MONTH, MEANS THAT FOR AN EXAMPLE, MATERIAL SHIPPED/ RECEIVED IN JANUARY, PAYMENT WOULD BE ISSUED ON MARCH 2. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE BUYER AT THE TELEPHONE NUMBER SHOWN ABOVE (25) *************************************************** | | 01/22/02 | N  0.00% | 1.0000 | |
| | | | | SERVICE REMAINING MATERIAL AFTER CANCELLATION OF THE OPEL RADIO PROGRAM WHO ORDERED: EHRMUTH K/ | | | | | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | |

A000000  USER NICOLE I MEY

17

05-APR-2007  13:57        TECNOMEC SRL          ▲              390125966374      P.49/64

390125966374

| United States Bankruptcy Court Southern District Of New York | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor **DELPHI AUTOMOTIVE SYSTEMS LLC trading as Delphi Saginaw Steering Systems** | Case Number **05-44640** | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**TECNOMEC S.r.l.**<br><br>Name and Address where notices should be sent:<br><br>**TECNOMEC S.r.l.**<br>**Via Nazionale 11**<br>**Regione Remise**<br>**11020 Arnad (AO)**<br>**ITALY**<br><br>**Telephone number: 00 39 0125 968 511** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court.<br><br> This Space For Court Use Only |

| Account or other number by which creditor identifies debtor:<br>**Customer Number 010993** | Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____ |
|---|---|

**1. Basis for Claim**
- ☒☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
      (date)       (date)

| 2. Date debt was incurred:<br>12 August 2005 (Invoice 3361- copy attached)  Purchase Order S3S32286 | 3. If court judgment, date obtained:<br>Not applicable |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim $7291.83 (E5894.30)**

☒☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
  *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| 5. Total Amount of Claim at Time Case Filed $7291.83 (E5894.30)(Unsecured) | $7291.83 (E5894.30)(Total) |
|---|---|

(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 6 October 2005 – see attached)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| | This Space For Court Use Only |
|---|---|
| 6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>7. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim | |
| Date:<br><br>01 03 06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) | |

*Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

18

05-APR-2007  13:58          TECNOMEC SRL                                      390125966374        P.50/64
390125966374



**TECNOMEC** S.r.l.    Cap. Soc. € 416.000 I.V.

Direzione, Sede e Stabilimento:
15021 ANNAD (AO) - Via Nazionale, 11
Tel. +39 0123 968.511 - Fax +39 0123 968.374
E-mail: mail@gruppotecnomec.com

N° di registrazione e Cod. Fiscale 00641600073
R.E.A. n° 31119 ADSTA - Part. IVA 00641600073 - VAT n. IT 00641600073
Soggetta a Direzione e Coordinamento ex Art. 2497bis C.C. da parte di T.H. S.r.l. Annad (AO) Cod. Fiscale 07741690019

**STAMPAGGIO LAMIERA**
**COSTRUZIONE STAMPI**
**COSTRUZIONI MECCANICHE**

Spett/le
DELPHI SAGINAW STEERING SYSTEMS
3600 HOLLAND ROAD
48601    SAGINAW MICHIGAN - 9494 U

ORDER SSS22298 23/06/05

| CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITA' | PREZZO | IMPORTO | NUMERO | D.A.T. DATA | % IVA |
|---|---|---|---|---|---|---|---|---|
| 28070610 | BRACKET - STAFFA COMPLETA | N. | 1170,00 | 2,49000 | 2.913,30 | 003691 | 12/08/2005 | NI |
| 28106509 | BRACKET RAKE | N. | 740,00 | 0,82000 | 606,80 | 003691 | 12/08/2005 | NI |
| 28106510 | BRACKET PIVOT | N. | 720,00 | 0,45000 | 324,00 | 003691 | 12/08/2005 | NI |
| 28106520 | BRACKET INTERLOCK | N. | 840,00 | 0,39000 | 327,60 | 003691 | 12/08/2005 | NI |
| 28110384 | BRACKET ASM | N. | 600,00 | 1,06000 | 636,00 | 003691 | 12/08/2005 | NI |
| 28114356 | SHROVA BRACKET - STAFFA | N. | 700,00 | 0,47000 | 329,00 | 003691 | 12/08/2005 | NI |
| 28117786 | BRACKET ASS - STAFFA C. | N. | 160,00 | 1,36000 | 217,60 | 003691 | 12/08/2005 | NI |
| | WOODEN CONTAINERS | N. | 9,00 | 60,00000 | 540,00 | 003691 | 12/08/2005 | NI |
| | NET WEIGHT  KG 2230 | | | | | | | |
| | GROSS WEIGHT KG 2621 | | | | | | | |
| | N. OF ITEMS  020 | | | | | | | |
| | CURRENCY: EURO | | | | | | | |
| | DELIVERY: EXW Annad | | | | | | | |
| | SHIP TO: | | | | | | | |
| | OMNI WAREHOUSE | | | | | | | |

PAG. 1

CODICE FORNITORE:
CODICE CLIENTE: 010060
PARTITA IVA CLIENTE:

FATTURA
DATA: 12/08/2005
NUMERO: 3561

SCARICO DI LAVORAZIONE
DATA | NUMERO

RIEPILOGHI IVA
% ALIQUOTA | IMPONIBILE | IMPOSTA

SPESE TRATTA
BOLLI

TOTALE IMPONIBILE
TOTALE IMPOSTA
BOLLI
TOTALE FATTURA

PAGAMENTO
SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA

AMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
ESSI DI MORA

05-APR-2007 13:58        TECNOMEC SRL·         ↑                390125966374        P.53/64

ꞁꝲ꜏ OꜳO꜊꜌, 390125966374 ORD 3ㄴㄴ86

MAꝛ꜏ ꜏ꜰ ᵼ (P.NA) ꝲꝉꝋ PAGAꝰꝰꝲꝋꝀ꜏



# DELPHI

### Saginaw Steering Systems

**3900 Holland Road; Saginaw, Michigan 48601-9494  USA**

Page: 1 Document Name: untitled

| | | |
|---|---|---|
| NPT51020 | SPOT BUY ORDER ITEM | LOC : S3 |
| S3/CZD0DB  /E | | DATE: 06/23 |
| | | TIME: 16:31 |

| SPOT BUY BEG | ALTERATION. | | VENDOR | CURRENCY | | |
|---|---|---|---|---|---|---|
| ORDER # SEQ # | SEQ DATE/TIME | BUYER | CODE | CODE | VERS COMP | |
| 3㎭ㄴㄴ86. | 000 06⏣305 16:10 | S18 | 428688766 | EUR | Y | |

| | | | | | | BASE | | | N | |
|---|---|---|---|---|---|---|---|---|---|---|
| ACD AP SEQ # | PA/PR NO | SEQ | ITEM ID | · | QUANTITY | UNIT PRICE | MULT | P | B | |
| 00001 | PR413868 | 001 | | | 1170.00 | 2.4900 | 1 | | E | |
| 00002 | PR413868 | 002 | | | 748.00 | 0.8200 | 1 | | E | |
| 00003 | PR413868 | 003 | | | 720.00 | 0.4500 | 1 | | E | |
| 00004 | PR413868 | 004 | | | 840.00 | 0.3900 | 1 | | E | |
| 00005 | PR413868 | 005 | | | 600.00 | 1.0600 | 1 | | E | |
| 00006 | PR413868 | 006 | | | 700.00 | 0.4700 | 1 | | E | |
| 00007 | PR413868 | 007 | | | 800.00 | 1.3600 | 1 | | E | |

I00003-INQUIRY COMPLETE

| | | | |
|---|---|---|---|
| PF01: HELP | PF04: BLANK SCREEN | PF07: MORE ITEMS | PF10: VERSION CO |
| PF02: GO TO | PF05: SPOT HEADER | PF08: PREV VERSION | PF11: SCROLL FWR |
| PF03: PREVIOUS MENU | PF06: SPOT SHIP SCH | PF09: NEXT VERSION | PASSWORD: |

rcl/relordfx/doc/word/d1

*Tara S Stobey*

# DELPHI

## Saginaw Steering Systems

3900 Holland Road; Saginaw, Michigan 48601-9494  USA

Page: 1 Document Name: untitled

```
NPT45010                          ORDER STATUS INQUIRY                 LOC : S3
S3/CZD0DB  /E                                                          DATE: 06/23
SBO/RL #: S3S32286  BEG SEQ#:           ALT #: 000  SHIP TO: 3PI       TIME: 16:31
VENDOR NAME: TECNOMEC SRL                    VDR NUMBER: 428688766  BUYER: S1
                        BUY  ITEM ID/PR#   SEQ COMMON CD DATE  LAST     DATE
PO SEQ #: 00001         U/M  PR413868      001           PROM  REC #    REC'D
QTY ORD :  1170.00 EA                              07/01/05
QTY REC :     0.00      26079510-31 BRACKET, STRG COL SUPPORT
QTY CNTR:     0.00
CNTR ID :                    CRIB: LPT N/R:   DIR CHARGE:   RIP:   CHEM CD:
ORD STAT:   OPEN                     WHO ORD: BATTEN 989 757-9007

                        BUY  ITEM ID/PR#   SEQ COMMON CD DATE  LAST     DATE
PO SEQ #: 00002         U/M  PR413868      002           PROM  REC #    REC'D
QTY ORD :   740.00 EA                              07/01/05
QTY REC :     0.00      26206509-06K  BRACKET, RAKE
QTY CNTR:     0.00
CNTR ID :                    CRIB: LPT N/R:   DIR CHARGE:   RIP:   CHEM CD:
ORD STAT:   OPEN                     WHO ORD: BATTEN 989 757-9007
                                                                           M

PF01: HELP          PF04: BLANK SCREEN   PF07: STOCK STATUS   PF10: PR ITEM
PF02: GO TO         PF05: RECEIPT HDR    PF08: ITEM REC INQ   PF11: SCROLL FWR
PF03: PREVIOUS MENU PF06: ORD REC INQ    PF09: ITEM ORD INQ   PASSWORD:
```

rcl/relordfx/doc/word/dl

*Tara S Gokey*

05-APR-2007  13:58        TECNOMEC SRL        A                390125966374    P.55/64
390125966374

# DELPHI

### Saginaw Steering Systems

3900 Holland Road, Saginaw, Michigan 48601-9494  USA

Page: 1 Document Name: untitled

```
NPT45010                         ORDER STATUS INQUIRY                    LOC : S3
S3/CZDODB   /E                                                          DATE: 06/23
SBO/RL #: 93832286  BEG SEQ#:         ALT #: 000  SHIP TO: 3PI     TIME: 16:32
VENDOR NAME: TECNOMEC SRL                        VDR NUMBER: 428688766  BUYER: S1
                      BUY   ITEM ID/PR#      SEQ COMMON CD DATE    LAST      DATE
PO SEQ #: 00003       U/M   PR413868         003          PROM     REC #     REC'D
QTY ORD  :    720.00 EA                               07/01/05
QTY REC  :      0.00        26206510-04C BRACKET, PIVOT
QTY CNTR :      0.00
CNTR ID  :                  CRIB: LPT N/R:   DIR CHARGE:   RIP:   CHEM CD:
ORD STAT:    OPEN                           WHO ORD: BATTEN 989 757-9007

                      BUY   ITEM ID/PR#      SEQ COMMON CD DATE    LAST      DATE
PO SEQ #: 00004       U/M   PR413868         004          PROM     REC #     REC'D
QTY ORD  :    840.00 EA                               07/01/05
QTY REC  :      0.00        26206520-05M BRACKET INTERLOCK
QTY CNTR :      0.00
CNTR ID  :                  CRIB: LPT N/R:   DIR CHARGE:   RIP:   CHEM CD:
ORD STAT:    OPEN                           WHO ORD: BATTEN 989 757-9007
                                                                              M

PF01: HELP           PF04: BLANK SCREEN   PF07: STOCK STATUS  PF10: PR ITEM
PF02: GO TO          PF05: RECEIPT HDR    PF08: ITEM REC INQ  PF11: SCROLL FWR
PF03: PREVIOUS MENU  PF06: ORD REC INQ    PF09: ITEM ORD INQ  PASSWORD:
```

rel/relordfx/doc/word/d1

*Tara S. Abbey*

22

05-APR-2007  13:58      TECNOMEC SRL       A                390125966374      P.56/64
390125966374

# DELPHI
## Saginaw Steering Systems
3900 Holland Road, Saginaw, Michigan 48601-9494  USA

Page: 1 Document Name: untitled

```
NPT45010
S3/CZD0DB   /E                  ORDER STATUS INQUIRY                    LOC : S3
SBO/RL #: 93582286   BEG SEQ#:         ALT #: 000  SHIP TO: 3PI         DATE : 06/23
VENDOR NAME: TECNOMEC SRL                                               TIME: 16:32
                                               VDR NUMBER: 428688766   BUYER: S1
                      BUY   ITEM ID/PR#     SEQ COMMON CD DATE   LAST     DATE
PO SEQ #: 00005       U/M   PR413868        005                 REC #     REC'D
QTY ORD :    600.00 EA                                 PROM
QTY REC :      0.00        26110364-03D BRACKET ASM. SUPPORT  07/01/05
QTY CNTR:      0.00
CNTR ID :                    CRIB: LPT N/R:  DIR CHARGE:   RIP:   CHEM CD:
ORD STAT:    OPEN            WHO ORD: BATTEN 989 757-9007


                      BUY   ITEM ID/PR#     SEQ COMMON CD DATE   LAST     DATE
PO SEQ #: 00006       U/M   PR413868        006                 REC #     REC'D
QTY ORD :    700.00 EA                                 PROM
QTY REC :      0.00        26114356-06H SHROUD, BRACKET     07/01/05
QTY CNTR:      0.00
CNTR ID :                    CRIB: LPT N/R:  DIR CHARGE:   RIP:   CHEM CD:
ORD STAT:    OPEN            WHO ORD: BATTEN 989 757-9007
                                                                              M

PF01: HELP           PF04: BLANK SCREEN   PF07: STOCK STATUS   PF10: PR ITEM
PF02: GO TO          PF05: RECEIPT HDR    PF08: ITEM REC INQ   PF11: SCROLL FWR
PF03: PREVIOUS MENU  PF06: ORD REC INQ    PF09: ITEM ORD INQ   PASSWORD:
```

rel/relordfx/doc/word/d1

# DELPHI

### Saginaw Steering Systems

3900 Holland Road, Saginaw, Michigan 48601-9494  USA

Page: 1 Document Name: untitled

```
NPT45010                    ORDER STATUS INQUIRY                LOC : S3
S3/CZD0DB  /E                                                   DATE: 06/23
SBO/RL #: 632832286  BEG SEQ#:        ALT #: 000  SHIP TO: 3PI   TIME: 16:32
VENDOR NAME: TECNOMEC SRL                    VDR NUMBER: 428688766  BUYER: S1
                       BUY   ITEM ID/PR#    SEQ COMMON CD DATE  LAST     DATE
PO SEQ #: 00007        U/M   PR413858        007          PROM  REC #    REC'D
QTY ORD :     800.00 EA                              07/01/05
QTY REC :       0.00      T6I17788-06Y BRACKET ASM, COMPRESSION
QTY CNTR:       0.00
CNTR ID :                  CRIB: LPT N/R:   DIR CHARGE:   RIP:    CHEM CD:
ORD STAT:    OPEN                           WHO ORD: BATTEN 989 757-9007

                       BUY   ITEM ID/PR#    SEQ COMMON CD DATE  LAST     DATE
PO SEQ #:              U/M                                PROM  REC #    REC'D
QTY ORD :
QTY REC :
QTY CNTR:
CNTR ID :                  CRIB:    N/R:    DIR CHARGE:   RIP:    CHEM CD:
ORD STAT:                                   WHO ORD:
I00003-INQUIRY COMPLETE

PF01: HELP          PF04: BLANK SCREEN   PF07: STOCK STATUS  PF10: PR ITEM
PF02: GO TO         PF05: RECEIPT HDR    PF08: ITEM REC INQ  PF11: SCROLL FWR
PF03: PREVIOUS MENU PF06: ORD REC INQ    PF09: ITEM ORD INQ  PASSWORD:
```

24

**Da:** Paola Strazza
**Inviato:** giovedì 11 agosto 2005 10.26
**A:** Elisa Pramotton
**Cc:** Osvaldo Tappero
**Oggetto:** I: PO S3S32286 - 26106509, 26106510... Etc

Nella fattura de emettere a DELPHI USA per la merce in partenza venerdì 12/08 vanno aggiunti i costi per le casse legno.
E' stato concordato col cliente 60€ a cassa legno, dovrebbero essere 9 casse. Mettere nelle note "9 wooden containers".

Grazie
Paola
------ Messaggio originale ------
**Da:** alexis.bour [mailto:alexis.bour@delphi.com]
**Inviato:** mercoledì 10 agosto 2005 16.14
**A:** Paola Strazza
**Cc:** Gokey, Tara S; Olson, Dennis
**Oggetto:** RE: PO S3S32286 - 26106509, 26106510... Etc

Yes.

**Alexis Bour**
Metallic Commodity Manager
Delphi - Steering

**De :** Paola Strazza [mailto:paola.strazza@gruppotecnomec.com]
**Envoyé :** mercredi 10 août 2005 15:31
**À :** Bour, Alexis
**Objet :** R: PO S3S32286 - 26106509, 26106510... Etc

We are going to send all quantities a part from PN 26117788 which will be only partially delivered. Should we add the containers cost on the invoice?

Thanks and regards
Paola Strazza
Logistic dept Tecnomec

**Da:** alexis.bour [mailto:alexis.bour@delphi.com]
**Inviato:** mercoledì 10 agosto 2005 15.10
**A:** Paola Strazza
**Cc:** Dugdale, Robert
**Oggetto:** RE: PO S3S32286 - 26106509, 26106510... Etc

We will pay for the containers but I need you to confirm that you will ship the full volume (cf my email of yesterday).

Thanks,

**Alexis Bour**
Metallic Commodity Manager
Delphi – Steering

**De :** Paola Strazza [mailto:paola.strazza@gruppotecnomec.com]
**Envoyé :** mercredi 10 août 2005 14:39
**À :** Osvaldo Tappero; Gokey, Tara S
**Cc :** Curler, Amanda; Batten, Lin R; Olson, Dennis ; Lake, Tom; Stearns, David J; Toth,

Jeffrey ; Dugdale, Robert; Bour, Alexis
**Objet :** R: PO S3S32286 - 26106509, 26106510... Etc

Hi Tara,

we are organizing the shipment of parts required but I have some problem with the
packaging.
For PN 26079510, 26110364 and 26114356 we should use wooden container because tha
parts are very heavy and large.
Of course this causes an increase in costs. The wooden containers cost 60€/each and for the
above mentioned parts we are going to use 9/10 containers.
Please let me know how can I manage this problem. I'd like to send the goods on friday 12th.
I wait for your kind replay
BR
Paola Strazza

**From:** Gokey, Tara S
**Sent:** Monday, July 18, 2005 12:14 PM
**To:** 'osvaldo.tappero@gruppotecnomec.com'
**Cc:** Curler, Amanda; Batten, Lin R; Olson, Dennis ; Lake, Tom; Stearns, David J; Toth, Jeffrey
; Dugdale, Robert
**Subject:** RE: PO S3S32286 - 26106509, 26106510... Etc

Osvaldo TAPPERO

Please ship the parts to ...

Omni Warehouse
966 Bridgeview South
Saginaw, MI 48604

Please ship DHL, using DHL account number 960320293. I do not think that there is a VAT
number, but I am not sure. On the email below, you state that you want us to send you the
money before you send the parts. We can not do that. Our payment terms are 2nd day, 2nd
month. It takes about 60 + 2 days for the payment.

Tara Gokey
Delphi Steering
989-757-3872

26

390125966374

(10)

| United States Bankruptcy Court Southern District Of New York | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor **DELPHI AUTOMOTIVE SYSTEMS LLC trading as Delphi Saginaw Steering Systems** | Case Number **05-44640** | This Space For Court Use Only |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**TECNOMEC S.r.l.**

Name and Address where notices should be sent:
**TECNOMEC S.r.l.**
**Via Nazionale 11**
**Regione Remise**
**11020 Arnad (AO)**
**ITALY**

**Telephone number: 00 39 0125 968 511**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Account or other number by which creditor identifies debtor:
**Customer Number 010993**

Check here if this claim ☐ replaces or ☐ amends a previously filed claim
dated:

**1. Basis for Claim**
X☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date) (date)

**2. Date debt was incurred:**
18 August 2005 (Invoice 3362 – copy attached) Purchase Order S3S32286

**3. If court judgment, date obtained:**
Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff.)

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other _____
Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**Unsecured Nonpriority Claim** $1076.77 (€870.40)
X☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**5. Total Amount of Claim at Time Case Filed:** $1076.77 (€870.40) (Unsecured) | $1076.77 (€870.40)(Total)
(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

Date:
06 0306

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

27

05-APR-2007  13:59          TECNOMEC SRL                              390125966374      P.59/64
390125966374



05-APR-2007   13:59          TECNOMEC SRL                                    390125966374          P.60/64

390125966374

**TECNOMEC** S.r.l.   Cap. Soc. €416,000 I.V.

Direzione, Sede e Stabilimento:
11020 ARNAD (AO) - Via Nazionale, 11
Tel. +39 0125 966.511 - Fax +39 0125 966.374
E-mail: mail@gruppotecnomec.com

N° di registrazione e Cod. Fiscale 00041860073
R.E.A. n° 11119 AOSTA - Part. IVA 00041860073 - VAT n. IT 00416600073
Soggetta a Direzione e Coordinamento ex Art. 2497bis C.C. da parte di T.H. S.r.l. Arnad (AO) Cod. Fiscale 07741860019

STAMPAGGIO LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE

Spett.le
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
48601    SAGINAW MICHIGAN - 9494 U

| FATTURA | |
|---|---|
| DATA | NUMERO |
| 12/08/2005 | 3282 |

COMMENTO FATTURA
P.ORDER 032288 2300005

| PAG. | CODICE FORNITORE | CODICE CLIENTE | PARTITA IVA CLIENTE | D.D.T. | |
|---|---|---|---|---|---|
| 1 | 1 | 010963 | | NUMERO 003659 | DATA 18/08/2005 |

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITA | PREZZO | IMPORTO | % IVA |
|---|---|---|---|---|---|---|---|
| 032288 0000 | 28117788 | BRACKET ASS - STAFFA C. NET WEIGHT  KG 314 GROSS WEIGHT KG 350 N. OF ITEMS   002 CURRENCY: EURO DELIVERY: EXW Arnad SHIP TO: OMNI WAREHOUSE 969 BRIDGEVIEW SOUTH SAGINAW, MI 48604 The exporter of the products covered by this document declares that except where otherwise clearly indicated, these products are of Italy origin. | N. | 640,00 | 1,3600 | 870,40 | NI |

*** SEGUE ***

| SCARICO DI LAVORAZIONE | |
|---|---|
| DATA | NUMERO |

| BANCA D'APPOGGIO | | | | |
|---|---|---|---|---|
| CONDIZIONI DI PAGAMENTO | | | | |
| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |

| RIEPILOGHI IVA | | | | |
|---|---|---|---|---|
| IMPONIBILE | N. ALIQUOTA | IMPOSTA | | |

| | |
|---|---|
| SPESE TRATTA | BOLLI |

| TOTALE IMPONIBILE |
|---|
| TOTALE IMPOSTA |
| BOLLI |
| TOTALE FATTURA |

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

29



_DHL — Lettera di Vettura (Non negoziabile)_

**1 Mittente**
Codice cliente: 960302043   BONELLO
Ragione sociale: TECNOMEC SRL
Indirizzo: VIA NAZIONALE 14 AGNAD (AO)
C.A.P.: 11020

**2 Destinatario**
Ragione sociale: DELPHI USA
Indirizzo: OMNIWAREHOUSE
966 BRIDGEVIEW SOUTH
SAGINAW (TI)
C.A.P.: 48604   Paese: U.S.A.
Att. nominativo: TARA GOKEY

Firma del mittente: BONELLO   Data: 19/08/05

**4 No. pezzi & peso**
No. pezzi: 2   Peso: 350 kg
Dimensioni cm L x A x P: 120 x 40 x 80

Lettera di Vettura: 523 8833 272

**3 Dettaglio della spedizione**
☐ DOCUMENT
☐ WORLDWIDE PARCEL EXPRESS
☐ EUROPEAN COMMUNITY EXPRESS
☐ EXPRESS DOCUMENT max 150 gr
☐ NAZIONALE
☐ WORLDMAIL
☐ ALTRI SERVIZI

Descrizione del contenuto: PARTI AUTO

Valore dogana: € 810,40

PARTI AUTO

30

05-APR-2007  13:59        TECNOMEC SRL                              390125966374        P.62/64
                              390125966374

DHL EXPRESS                                                                          APESCE

DOGANA DI ORIO AL SERIO (007 - Bergamo)
Merce esportata con bolletta cumulativa
raggruppata in possesso del corriere aereo
DHL Express (Italy) Srl Orio al Serio (BG)
(Circ. 290/73 - Prot. 31030/10 24/3/73 D.G.D.)  H A N D :    5238833272
Ex 1 N.        3994      19/08/2005
-N. reg. mecc.    49916P  22/08/2005
Operazione effettuata in procedura conciliata
FS - AUT.MIN. ML/23/SR COD.MEC.298M
                Per DHL Express (Italy) Srl
                p.d. Fabio Ascherio

D O C U M E N T O   F I S C A L E   V A L I D O   A I   F I N I
D E L L E   R E G I S T R A Z I O N I   C O N T A B I L I

RICEVUTO
18 NOV. 2005

Spett.
TECNOMEC
VIA NAZIONALE 11 REG RENISE
10020 ARNAD                    AO

Merce uscita dal territorio doganale U.E come da
U. uscire apposto dalla Dogana di Orio al Serio
In data 20/08/2005 sulla bolletta Ex 1 sopra indicata
Circ. 185/D prot. 1031/U 27/06/1997 D.G.D.

DOGANA -2.11.05 N.10 SERIO

31

# TECNOMEC S.p.A.    Cap. Soc. € 619.000 I.V.

**Direzione, Sede e Stabilimento:**
11023 ARNAD (AO) - Via Nazionale, 11
Tel. +39 0125 966.371 - Fax +39 0125 966.374
E-mail: mail@gruppotecnomec.com

N° di registrazione e Cod. Fiscale 00041800073
R.E.A. n° 31119 AOSTA - Part. IVA: 00041800073 - VAT n. IT 00041800073
Segreteria Direzione e Coordinamento ex Art. 2497bis C.C. da parte di T.J.H. S.r.l. Arnad (AO) Cod. Fiscale 07761800019

STAMPAGGIO LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE

**Spett.le**
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
48601   SAGINAW MICHIGAN - 9494 U

| COMANDO FATTURA | | FATTURA | | |
|---|---|---|---|---|
| | | DATA | NUMERO | % IVA |
| P.ORDER SS332266 23/08/05 | | 12/08/2005 | 3361 | |

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO |
|---|---|---|---|---|---|---|
| | | 908 BRIDGEVIEW SOUTH SAGINAW, MI 48604 The exporter of the products covered by this document declares that except where otherwise clearly indicated, these products are of Italy preferential origin. | | | | |

ELISA PRAMOTTON    ARNAD 12/08/05

| CODICE FORNITORE | CODICE CLIENTE | PARTITA IVA CLIENTE | D.O.T. |
|---|---|---|---|
| 2 | 010083 | | |

| | REPILOGHI IVA | | |
|---|---|---|---|
| IMPONIBILE | % ALIQUOTA | NI | IMPOSTA |
| 5.894,30 | | | Non Imp.Art.8 |

Operazione non imponibile ai sensi
Art. 8, D.P.R. 633 del 26.1972 e
successive modificazioni.

| TOTALE IMPONIBILE |
|---|
| 5.894,30 |

| TOTALE IMPOSTA |
|---|
| |

| TOTALE FATTURA |
|---|
| 5.894,30 |

EURO

**BANCA D'APPOGGIO**

| CONDIZIONI DI PAGAMENTO | | | | | |
|---|---|---|---|---|---|
| R.D. ricevimento fattura | | | | | |
| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA | |

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

Contributo Ambientale CONAI Assolto ove dovuto

32

05-APR-2007  13:57        TECNOMEC SRL                          390125966374        P.46/64

390125966374

**PROOF OF CLAIM**
This Space For Court Use Only

**United States Bankruptcy Court Southern District Of New York**

Name of Debtor DELPHI AUTOMOTIVE SYSTEMS LLC trading as Delphi | Case Number
Automotive Systems Prototype Operations and Delphi Saginaw Steering Systems | 05-44640

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**TECNOMEC S.r.l.**

Name and Address where notices should be sent:

**TECNOMEC S.r.l.**
Via Nazionale 11
Regione Remise
11020 Arnad (AO)
ITALY

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

**Telephone number: 00 39 0125 968 511**

Account or other number by which creditor identifies debtor:
Customer Number 010993

Check here if this claim ☐ replaces or ☐ amends a previously filed claim
dated: _____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
X ☐ Other — cost of modifying printer pursuant to Purchase Order S3S24639

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
          (date)        (date)

**2. Date debt was incurred:**
31 October 2003(Invoice 4118 Purchase Order S3S24639 copies attached)

**3. If court judgment, date obtained:**
Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describer your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☒ Motor Vehicle
☐ Other _____
Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim** $4082.43 (E3300)

X ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

4082.43 (E3300)(Total)

**5. Total Amount of Claim at Time Case Filed:** $ 4082.43 (E3300) (Unsecured)
(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see-attached)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

This Space For Court Use Only

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 01 03 06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _____

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



05-APR-2007   13:57        TECNOMEC SRL                        390125966374        P.48/64

# PURCHASE

**ORDER:** S3S24639

390125966374

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment
Item Identification Number(s) must be shown on Packing Slip
Invoices. Attn: Accounts Payable.
Invoices must show Declare Valuation of Express Shipments or Insure
Do not Declare Valuation of Express Shipments or Insure
Post.

**PHONE:** 989-757-

Buyer: J SANBORN

| ORDER DATE | Buyer |
|---|---|
| 09/18/03 | S18 PURCHAS |

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

BASE UNIT PRICE

3300.0000

OK SB
SB AW

SHIP TO:

DELPHI SAGINAW STEERING S. JTEM
US

DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPLATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

VENDOR NUMBER 42-868-8766

TO:
TECNOMEC SRL
VIA NAZIONALE 11
REG REMISE
11029
ARNAD IT
ITALY

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
DEPT. 14
3900 HOLLAND RD.
SAGINAW MI
48601
US

| PAYMENT TERMS | | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/ % |
|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY EUR EUROPEAN CURRENCY UNIT | | | |
| | | | | ENGINEERING CONTROLLED - NO INSPECTION REQUIRED | | 10/01/03 H | 0.00% |
| 00001 | 1 | PR392511 001 | | 26096579-- DESIGN & BUILD INSERT FOR EXISTING PRODUCTION TOOLING. (REF P/N 26096579) WHO ORDERED: D.GETTEL/757-3316 | | | |
| | | | | 26096579- --- DESIGN & BUILD INSERT FOR EXISTING PRODUCTION TOOLING (REF P/N 26096579) | | | |
| | | | | ***********SHIPPING AND ROUTING INSTRUCTIONS*********** LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR LESS IF PRACTICAL PLANT NUMBER MUST BE ON LABEL. FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW | | | |
| | | | | IF SHIPPING FROM---USE THESE CARRIERS! | | | |
| | | | | MI,IN,IL,WI,OH ON,(ONTARIO) | ALVAN MOTOR FRT U.S.F.HOLLAND | | |

ORIGINAL

CONTINUE PAGE 2

A000766  USER MELISSA L KALEYTA

35

05-APR-2007  13:48        TECNOMEC SRL                          390125966374      P.02/64

390125966374

| United States Bankruptcy Court Southern District Of New York | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor | Case Number | This Space For Court Use Only |
|---|---|---|
| **DELPHI AUTOMOTIVE SYSTEMS LLC** | 05-44640 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): **TECNOMEC S.r.l.** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|

Name and Address where notices should be sent:

TECNOMEC S.r.l.
Via Nazionale 11
Regione Remise
11020 Arnad (AO)
ITALY

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 00 39 0125 968 511                                This Space For Court Use Only

| Account or other number by which creditor identifies debtor: Customer Number 010951 | Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____ |
|---|---|

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
      (date)          (date)

| **2. Date debt was incurred:** 9 November 2001 (Invoice 4495 - copy attached) ✓ | **3. If court judgment, date obtained:** Not applicable |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

| **Secured Claim.** | **Unsecured Priority Claim.** |
|---|---|
| ☐ Check this box if your claim is secured by collateral (including a right of setoff). | ☐ Check this box if you have an unsecured priority claim Amount entitled to priority $_____ Specify the priority of the claim: |
| Brief Description of Collateral: ☐ Real Estate ☐ Motor Vehicle ☐ Other _____ Value of Collateral $_____ | ☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4). |
| Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5). ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7). |
| **Unsecured Nonpriority Claim** $1635 (€1321.64) | ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8). |
| ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___). * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| **5. Total Amount of Claim at Time Case Filed:** $1635 (€1321.64) (Unsecured) | | | | (Total) $1635 (€1321.64) |
|---|---|---|---|---|

(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| **6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. **7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. **8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim | This Space For Court Use Only |
|---|---|
| Date: 01 03 06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

36

05-APR-2007   13:48         TECNOMEC SRL        390125966374      P.03/64

390125966374

**TECNOMEC** S.r.l.   Cap. Soc. L. 800.000.000 I.V.

Direzione, Sede e Stabilimento:
11020 ARNAD (AO) - Reg. Rembse - Via Nazionale, 11
Tel. 0125 966.511 - Fax 0125 966.574
Deposito e Recapito:
10095 GRUGLIASCO (TO) - C.so C. Allamano, 19 - Tel. 011 784.398
Registro Imprese Tribunale Aosta n. AO 0009957 - R.E.A. n. 31119 AOSTA
Cod. Fisc./Part. IVA: 00041800073 - VAT n. IT 00041800073

STAMPAGGIO LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE

DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE N.1 CORP. CEN
46804    PO BOX 9005 KOKOMO IN USA

| | FATTURA | |
|---|---|---|
| | DATA | NUMERO |
| | 09/11/2001 | 4455 |

Cod. Fornitore: 073060

| CODICE CLIENTE | PARTITA IVA CLIENTE |
|---|---|
| 013451 | |

| | | D.D.T. | |
|---|---|---|---|
| | NUMERO | DATA | |
| | 4558 | 09/11/2001 | |

MATERIALI PRODOTTI IN ITALIA

Pag.   1

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO | %IV. |
|---|---|---|---|---|---|---|---|
| 455509 | 16210039 | SPRING-LOCK - MOLLA PESO NETTO KG 63 PESO LORDO KG 78 N. COLLI 14 VALUTA: EURO SHIP TO: Delphi Delco Electronics Systems 601 Joaquin Cavazos Road Los Indios, Texas 78567   USA | N. | 13912,00 | 0,095 | 1.321,64 | N |

Dichiara sotto la sua piena e personale responsabilità ed
in particolare agli effetti delle vigenti disposizioni valutarie,
che il prezzo indicato nella presente fattura è vero e reale
e che quanto necessario è indicato in quanto forma
o con qualsiasi modalità ne a favore o a carico dell'impresa
da me rappresentata in relazione all'operazione per cui è
stata emessa la fattura stessa.

<<Ai sensi dell'articolo 11 del D.M. 1320/1991 dichiariamo
che i documenti indicati sono venduti / il presente
documento est certifico esaustivamente ogni responsabilità
circa la veridicità dei loro contenuto/dolo contenuto>>

IMPONIBILE LIT :   2.559.052      IVA LIT :

TOT.FATTURA LIT :   2.559.052

| SCARICO LAVORAZIONE | |
|---|---|
| DATA | NUMERO |
| | |

| RIEPILOGHI I.V.A. | | | |
|---|---|---|---|
| IMPONIBILE | % ALIQUOTA | IMPOSTA | |
| 1.321,64 | N | Non Imp.Art.8 | |

Operazione non imponibile ai sensi dell'Art. 8, D.P.R. 633 del
29/10/72 e successive modificazioni.

| | TOTALE IMPONIBILE |
|---|---|
| | 1.321,64 |
| | TOTALE IMPOSTA |
| | |
| | BOLLI |
| | |
| | TOTALE FATTURA |
| | 1.321,64 |

EUR

| BANCA D'APPOGGIO | | |
|---|---|---|
| CONDIZIONI DI PAGAMENTO | | |
| Rimessa diretta 60 gg fine mese | | |
| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA |

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

Contributo Ambientale CONAI Assolto ove dovuto

05-APR-2007  13:48     TECNOMEC SRL                          390125966374     P.04/64

**COMUNITÀ EUROPEA**     N. 00041600073     390125966374

| 1 DICHIARAZIONE | | |
|---|---|---|
| EX | T2 | 313 TC/EG     13/11/01 |

**PANALPINA S.P.A.**
**AUT. MIN. N. 0167/CS**

**3** 2 Speditore / Esportatore     N.
145604
TECNOMEC SRL
VIA NAZIONALE. 11
11020     ARNAD

| 3 Formulari | 4 Dist. di carico |
|---|---|
| 1 01 | |
| 5 Articoli | 6 Totale dei colli |
| | 14 |

7 Numero di riferimento     N.
00745260158/529430/X

8 Destinatario     N.

DELPHI AUTOMOTIVE SYSTEMS
ATTN ACCOUNT PAYABLE N 1 CORP. CEN
46904 PO BOX 9005 KOKOMO USA

9 Responsabile finanziario     N.
13/11/01

14 Dichiarante/Rappresentante     N.00745260158

PANALPINA SPA
PANALPINA SPA RAP.IND

| 10 Paese prima | 11 Paese di tran | 13 P.A.C. |
|---|---|---|
| | | |
| 15 Paese di spedizione / esportazione | 16 Cod. P. sped./export | 17 Cod. P. destinaz. |
| ITALIA | 1005 01 | 1400 01 |
| 16 Paese di origine | 17 Paese di destinazione |
| | USA |

18 Identità e nazionalità del mezzo di trasporto alla partenza     19 Ctr.
513 0070 9236     005  0

20 Condizioni di consegna
EXW PARTENZA

21 Identità e nazionalità del mezzo di trasporto attivo che attraversa la frontiera
900

22 Moneta ed importo totale fatturato
1321.64

23 Tasso di cambio
1936.270

24

25 Modo di trasporto alla frontiera     26 Modo di trasporto interno     27 Luogo di carico

28 Dati finanziari e bancari
PROTOCOLLO N    221   DEL  13/11/01

**3**  29 Ufficio di uscita
075140

30 Localizzazione delle merci

31 Colli e descrizione delle merci     Marche e numeri - N. contenitori - Quantità e natura
COLLI     14
MOLLE ALTRE DI FERRO O DI ACCIAIO

32 Articolo     N.     33 Codice delle merci
01 1     73202089     90

34 Cod. P. di origine     35 Massa lorda (kg)
AO     78.00

37 REGIME
10-00  1

38 Massa netta (kg)
65.00

40 Dichiarazione sommaria / Documento precedente

41 Unità supplementari

44 Menzioni speciali/Documenti presentati/Certificati ed autorizzazioni
FATT N 4495 DEL 091101

Codice MS

46 Valore statistico
2559062

RET-EXP

47 Calcolo delle imposizioni     Tipo     Base imponibile     Aliquota     Importo     MP     48 Dilazione di pagamento     S

49 Identificazione del deposito

B DATI CONTABILI

**EXPORT**

Totale     N. 00745260158     Firma:

50 Obbligato principale     N. 00745260158
PANALPINA SPA    (SP)
VIA LAINATE  9
20017RHO
rappresentato da:    LIBONI GUIDO
Luogo e data: MILANO
P.CHIASSO   CHIASSO

C UFFICIO DI PARTENZA
313TC/EG     13/11/01

51 Uffici di passaggio previsti (e paesi)

13/11/01

52 Garanzia non valida per:    N.13 DEL 020600 CIR.DOG.MILANO

D CONTROLLO DELL'UFFICIO DI PARTENZA
Risultato: PROCEDURA SEMPLIFICATA AUT. MIN. 0167/CS
Suggelli apposti: Numero:
marche: PANALPINA RHO     PANALPINA SPA RHO
Termine (data limite):    28/11/01
Firma:

Codice     53 Ufficio di destinazione (e paese)
LUSSEMBURGO
54 Luogo e data: MILANO
13/11/01
Firma e nome del dichiarante / rappresentante

PANALPINA SPA

05-APR-2007   13:49        TECNOMEC SRL                         390125966374      P.05/64

390125966374



| PURCHASE ORDER | DATE 04/20/99 | Purchase Order No. 450500 |

USE THIS NUMBER ON ALL PACKING SLIPS

**DELPHI** Automotive Systems

RICEVUTO 2 6 APR. 1999

010951

PAGE  1

SHIP TO
**Delco Electronics Systems**
PLANT 83
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

VENDOR
TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD   ITALY
IT  11029

PG VUILLERMON  39-125-96851

| QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U |
|---|---|---|---|---|
| )1  )REQ.CONT | 16210830 | SPRING-LOCK | .10017 | PC |

REQUIREMENTS CONTRACT FOR APPROXIMATELY 100%
OF OUR MODEL YEAR 1999 PURCHASES
SHIP AS SCHEDULED

CURRENCY CODE: ITL   PRICE:  177.30

*****************************************************
* THIS PURCHASE ORDER IS ISSUED AND IS TO BE       *
* INVOICED IN THE CURRENCY OF THE COUNTRY AS       *
* SHOWN. THE U.S. DOLLAR AMOUNT IS FOR DELPHI      *
* DELCO ELECTRONICS SYSTEMS INTERNAL REFERENCE     *
* ONLY.                                            *
*****************************************************
//////////////////////////////////////////////////
/THE ULTIMATE DESTINATION OF THIS PURCHASE ORDER IS MEXI
/WHEN SHIPPING FROM MEXICO, USE THE FOLLOWING "SHIP TO"
/ADDRESS.
/                      PARQUE INDUSTRIAL DEL NORTE
/                      H. MATAMOROS TAM.
/                      MATAMOROS, MEXICO
/
/            STATE OF TEXAS DIRECT PAYMENT AUTHORIZATION
/            NUMBER 3-00093-5831-5
/
/            THE UNDERSIGNED HEREBY CLAIMS EXEMPTION FROM THE

These Numbers Must Appear on All
Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS

| ...LIER | TERMS | | | SHIP VIA | | SHIP TO ARRIVE |
|---|---|---|---|---|---|---|
| 2384A | NET  MNS-2 | | FOB ORG , FRT COLL | DE NAMED CARRIER | | ABOVE |

| ...ERAL LEDGER ACCT | ...ODE UNIT 1 | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |

TERMS & CONDITIONS - This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material to be use on a United States Government Contract), contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that the goods ordered and/or shipped hereunder are by nature subject to Federal sales tax, the following exemption certificate of Registration No. 38 73 0093A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or articles specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THE ORDER. This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.

EE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct payment of such imposed on any purchase, use, storage or other consumption of tangible personal property of service.
O NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 989828811 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

T. PEENEY
BUYER

ONE CORPORATE CENTER • PO BOX 9005
Kokomo, Indiana 46904-0005

PHONE A/C

39
ORIGINAL

PURCHASING DIRECTOR

PAGE  1 CONTINUED

Rev. 4/97

05-44481-rdd    Doc 11918    Filed 01/11/08    Entered 01/11/08 13:39:18    Main Document
Pg 50 of 72

5-APR-2007  13:49        TECNOMEC SRL                          390125966374        P.06/64
390125966374

**PURCHASE ORDER**

DATE  04/20/99        Purchase Order No.    450500

USE THIS NUMBER ON ALL PACKING SLIPS



Automotive Systems

PAGE    2

**Delco Electronics Systems**
PLANT 83
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

VENDOR
TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD    ITALY
IT    11029

PG VUILLERMON   39-125-96851

| M | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U/ |
|---|---|---|---|---|---|

/  PAYMENT OF STATE, LOCAL AND MTA SALES & USE TAXES
/  UPON ITS PURCHASES OF TAXABLE ITEMS.
/  PERMIT HOLDER:  DELPHI DELCO ELECTRONICS SYSTEMS
/////////////////////////////////////////////////////

///        04/20/99 - EFFECTIVE DATE OF ORDER
///  FAILURE ANALYSIS/CORRECTIVE ACTION:
///      SUPPLIERS ARE EXPECTED TO PERFORM FAILURE
///      ANALYSIS ON DEFECTIVE MATERIAL RETURNED BY
///      DELPHI DELCO ELECTRONICS SYSTEMS. IRREVERSIBLE
///      CORRECTIVE ACTION PLANS FOR THESE FAILURES
///      MUST BE DEVELOPED AND IMPLEMENTED. THE PLANS
///      WITH EFFECTIVE DATES ARE TO BE REPORTED BACK
///      TO DELPHI-D.
***********************************************************
*   MATERIAL PULL SYSTEM TERMS AND CONDITIONS           *
*                                                       *
* 1. DELIVERY SCHEDULES: THE BUYER SHALL TRANSMIT       *
* TO THE SELLER A DELIVERY SCHEDULE (PULL SIGNAL)       *
* FROM TIME TO TIME BY ELECTRONIC MEANS THAT IS         *
* SPECIFIED BY THE BUYER. THE PULL SIGNAL SHALL         *
* SPECIFY THE REVISION LEVEL, QUANTITY, AND TIME        *
* THAT DELIVERY OF GOODS SHALL BE MADE FROM THE         *
* SELLER TO THE BUYER. THE BUYER SHALL NOT BE           *
* REQUIRED TO MAKE PAYMENT FOR GOODS DELIVERED TO       *

These Numbers Must Appear on All Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER MUST APPEAR ON ALL PACKING SLIPS

| IER | TERMS | FOB ORG , FRT COL | SHIP VIA | SHIP TO ARRIVE |
|---|---|---|---|---|
| 2384A | NET  MNS-2 | | DE NAMED CARRIER | ABOVE |

SRVL LEDGER ACCT 50100 UNIT 1 | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | FAU | DELIVER TO DEPT. NOTIFY

PLEASE ADDRESS ALL CORRESPONDENCE TO THE ATTENTION OF THE BUYER

BUYER  T. PEENEY
ONE CORPORATE CENTER • PO BOX 9005
Kokomo, Indiana 46904-9005        40
ORIGINAL   PAGE  2 CONTINUED

PHONE A/C

PURCHASING DIRECTOR

R

05-APR-2007  13:49        TECNOMEC SRL                        390125966374        P.07/64
390125966374



PURCHASE ORDER

| | Purchase Order No. |
|---|---|
| DATE 04/20/99 | 450500 |

USE THIS NUMBER ON ALL PACKING SLIPS

**DELPHI**
Automotive Systems

PAGE     3

**Delco Electronics Systems**
PLANT 83
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

VENDOR:
TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD   ITALY
IT   11029

PG VUILLERMON  39-125-96851



| M | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| | | | * BUYER WHICH ARE IN EXCESS OF THE QUANTITY * | |
| | | | * SPECIFIED IN THE BUYER'S PULL SIGNAL. * | |
| | | | * 2. MATERIAL COMMITMENT AUTHORIZATION:  THE BUYER * | |
| | | | * AGREES TO PURCHASE FROM THE SELLER A SPECIFIC * | |
| | | | * AMOUNT OF GOODS (HEREAFTER REFERRED TO AS "THE * | |
| | | | * COMMITTED QUANTITY") LISTED ON THE BUYER'S * | |
| | | | * "SUPPLIER PLANNING DOCUMENT" (SPD). THE * | |
| | | | * COMMITTED QUANTITY SHALL BE MEASURED ON THE SPD * | |
| | | | * AS A TOTAL QUANTITY OVER THE PERIOD OF TIME * | |
| | | | * BETWEEN THE MOST RECENT PLANNING WEEK AND * | |
| | | | * TWELVE (12) CONSECUTIVE, SUBSEQUENT WEEKS, * | |
| | | | * INCLUSIVE. THE BUYER RESERVES THE RIGHT TO UPDATE * | |
| | | | * AND CHANGE THE SPD FROM TIME TO TIME. THE SELLER * | |
| | | | * AGREES THAT NO MORE THAN FOUR WEEKS OF THE * | |
| | | | * COMMITTED QUANTITY SHALL BE PROCESSED INTO A * | |
| | | | * FINISHED STATE THAT IS READY FOR DELIVERY TO THE * | |
| | | | * BUYER UNLESS OTHERWISE APPROVED BY THE BUYER IN * | |
| | | | * WRITING. THE BALANCE OF THE COMMITTED MATERIAL * | |
| | | | * IS TO BE WORK IN PROCESS VALUED AT NO MORE THAN * | |
| | | | * FIFTY PERCENT (50%) OF THE PURCHASE PRICE. * | |
| | | | * 3. CONFLICTING TERMS: THE MATERIAL PULL SYSTEM * | |
| | | | * TERMS AND CONDITIONS PRINTED ON THE BACK OF OR * | |
| | | | * ATTACHED TO THIS PURCHASE ORDER, SHALL BE * | |
| | | | * CONSTRUED TO THE EXTENT REASONABLE, AS CONSISTENT.* | |
| | | | * IF THEY ARE INCONSISTENT, THE TERMS AND CONDITIONS* | |

These Numbers Must Appear on All Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS

| VER | TERMS | | FOB | SHIP VIA | SHIP TO ARRIVE |
|---|---|---|---|---|---|
| 2384A | NET   MNS-2 | | FOB ORG , FRT COL | DE NAMED CARRIER | ABOVE |
| GENERAL LEDGER ACCT | BUS COMPONENT 1 | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. NOTIFY |

TERMS & CONDITIONS - This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract, consti
a complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent of
e goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 38 73 0100A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article
ticles specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES I
CCEPTANCE OF THE ORDER. This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.

SE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

UTHORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct paym
such imposed on any purchase, use, storage or other consumption of tangible personal property or service.
O NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 0058024-013 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

T. PEENEY
BUYER
ONE CORPORATE CENTER • PO BOX 9005
Kokomo, Indiana 46904-9005

PHONE A/C        41

PURCHASING DIRECTOR

ORIGINAL      PAGE      3 CONTINUED

Rev. 4/97

05-APR-2007  13:49        TECNOMEC SRL                    390125966374      P.08/64
                          390125966374



**PURCHASE ORDER**

| | | DATE | Purchase Order No. |
|---|---|---|---|
| | | 04/20/99 | 450500 |

USE THIS NUMBER ON ALL
PACKING SLIPS

# DELPHI
## Automotive Systems

**PAGE    4**

**Delco Electronics Systems**
PLANT 85
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

VENDOR

TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD    ITALY
IT    11029

PG VUILLERMON    39-125-96851

| M | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|

* ON THE FACE OF THIS PURCHASE ORDER SHALL CONTROL. *
*******************************************************
*SUPPLIERS ARE REQUIRED TO MEET THE REQUIREMENTS
OF DELPHI DELCO ELECTRONICS SYSTEMS (DELPHI-D)
PRODUCTION PART APPROVAL PROCESS AS DESCRIBED IN
THE SUPPLIER QUALITY IMPROVEMENT PROCESS PLUS FOR
SUPPLIERS (SQIP PLUS) AND IN THE PRODUCTION PART
APPROVAL PROCESS MANUAL. THE SQIP PLUS MANUAL
(GM2500) IS AVAILABLE FROM BOISE CASCADE (810-758-
5400) AND THE PRODUCTION PART APPROVAL PROCESS
MANUAL IS AVAILABLE FROM AIAG (810-358-3003).
SUPPLIERS MUST HAVE PART MANUFACTURING SITE APPROVAL
PRIOR TO SHIPPING PRODUCTION QUANTITIES.  CONTACT
DELPHI-D ADVANCED QUALITY ENGINEERING REGARDING ANY
QUESTIONS ON THE APPROVAL PROCESS OR STATUS. CONTACT
DELPHI-D COMPONENT ENGINEERING PARTS TRACKING
SERVICES FOR STATUS ONLY QUESTIONS."
*THE SUPPLIER AGREES TO SUPPLY SERVICE PARTS TO DELPHI
DELCO ELECTRONICS SYSTEMS, AND ANY OF ITS DESIGNATED
DEALERS AND/OR DISTRIBUTORS, FOR A PERIOD OF UP TO TEN
YEARS (OR LONGER WHERE APPLICABLE) AFTER THE LAST YEAR (
VOLUME PRODUCTION.  ANY CHANGES TO THE AGREED UPON
PRICING, BY THE SUPPLIER, MUST BE REQUESTED IN WRITING,
SUFFICIENTLY IN ADVANCE OF THAT CHANGE, SO THAT
APPROPRIATE ACTION CAN BE TAKEN.  IF AFTER A MINIMUM OF

These Numbers Must Appear on All
Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS

| ...ER | TERMS | | | FOB ORG . FRT COL | SHIP VIA | | SHIP TO ARRIVE |
|---|---|---|---|---|---|---|---|
| 2384A | NET | MNS-2 | | | DE NAMED CARRIER | | ABOVE |
| ERAL LEDGER ACCT | SUB ACCOUNT 1 | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | P/U | DELIVER TO DEPT. | NOTIFY |

ERMS & CONDITIONS - This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), constitutes complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 38 73 0104A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or ...ices specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ...CCEPTANCE OF THE ORDER. This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.

EE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

...UTHORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct payment ... tax imposed on any purchase, use, storage or other consumption of tangible personal property or services.
O NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 348009817 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

F. PEENEY
BUYER

ONE CORPORATE CENTER • PO BOX 9005        PHONE A/C
Kokomo, Indiana 46904-9005

Rev. 4/97)

42
ORIGINAL

PURCHASING DIRECTOR

PAGE    4 CONTINUED

R

05-APR-2007  13:50       TECNOMEC SRL                         390125966374      P.09/64
390125966374



**PURCHASE ORDER**

| DATE | Purchase Order No. |
|------|-------------------|
| 04/20/99 | 450500 |

USE THIS NUMBER ON ALL
PACKING SLIPS

**DELPHI**
Automotive Systems

PAGE   5

SHIP TO:
**Delco Electronics Systems**
PLANT 8A
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

VENDOR:
TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD    ITALY
IT    11029

PG VUILLERMON   39-125-96851

| QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U/ |
|----------|---------------------|--------------------------|------------|-----|
| | | TEN YEARS, THE SUPPLIER PLANS TO DISCONTINUE A MANUFACTU TECHNOLOGY AND/OR PROCESS THAT WILL IMPACT A DELPHI-D SERVICE PART. THE SUPPLIER WILL NOTIFY DELPHI-D IN WRITI IN SUFFICIENT TIME, SO THAT ALTERNATE SOURCING OR A LIFETIME BUY CAN BE APPROVED.  IN THE MEANTIME, SUPPLIER MUST CONTINUE SUPPLYING SERVICE PARTS UNTIL AN ALTERNATE PLAN IS APPROVED BY DELPHI-D. *SUPPLIERS ARE REQUIRED TO MEET THE DELPHI DELCO ELECTRONICS SYSTEMS EXPECTATIONS AND REQUIREMENTS OF SUPPLIERS DETAILED IN THE DELPHI-D SUPPLIER MANUAL.  THIS MANUAL IS AVAILABLE ON THE WEBSITE AT WWW.DELPHIAUTO.COM. RESTRICTED, TOXIC, AND HAZARDOUS MATERIALS – SUPPLIERS / REQUIRED TO COMPLY WITH CURRENT GOVERNMENTAL AND SAFETY CONSTRAINTS ON RESTRICTED, TOXIC AND HAZARDOUS MATERIALS AS WELL AS ENVIRONMENTAL, ELECTRICAL AND ELECTROMAGNETIC CONSIDERATIONS APPLICABLE TO THE COUNTRY OF MANUFACTURE SALE.  THIS RELATES TO BOTH THE SALABLE PRODUCT AND THE MANUFACTURING PROCESSES. (REFER ALSO TO TERMS AND CONDITIONS NO. 10 "INGREDIENTS DISCLOSURE AND SPECIAL WARNINGS INSTRUCTIONS"). COMMENCEMENT OF ANY WORK OR SERVICE UNDER THIS ORDER SHALL CONSTITUTE SELLER'S ACCEPTANCE OF THESE RESPONSIBILITIES. IF YOU DO NOT ACCE THESE RESPONSIBILITIES PLEASE CONTACT THE DELPHI DELCO ELECTRONICS SYSTEMS BUYER. | | |

These Numbers Must Appear on All
Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS

| JER | TERMS | | FOB ORG , FRT COL | SHIP VIA | | SHIP TO ARRIVE |
|-----|-------|--|-----|-----|--|-----|
| 2384A | NET   MNS-2 | | FOB ORG , FRT COL | DE NAMED CARRIER | | ABOVE |

| ERAL LEDGER ACCT | SUB ACCOUNT 1 | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |
|---|---|---|---|---|---|---|---|

ERMS & CONDITIONS - This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), contains e complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that ne goods ordered and/or shipped hereunder are by nature subject to Federal sales tax, the following exemption certificate of Registration No. 39 70 0103A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or rticles specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY CCEPTANCE OF THE ORDER. This order is not binding until accepted. Acceptances should be executed on acknowledgment copy which should be returned to buyer.

EE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

UTHORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct payment f such imposed on any purchase, use, storage or other consumption of tangible personal property or service.
O NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 3888839111 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

T. PEENEY
BUYER

ONE CORPORATE CENTER • PO BOX 9005
Kokomo, Indiana 46904-9005       PHONE A/C

PURCHASING DIRECTOR

R

05-APR-2007  13:50      TECNOMEC SRL                    390125966374      P.10/64
390125966374



PURCHASE ORDER

**DELPHI**
Automotive Systems                    PAGE    6

| DATE | 04/20/99 | Purchase Order No. 450500 |

USE THIS NUMBER ON ALL PACKING SLIPS

SHIP TO

**Delco Electronics Systems**
PLANT 83
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

VENDOR

TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD   ITALY
IT   11029

PG VUILLERMON  39-125-96851

| M | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U |
|---|---|---|---|---|---|
| | 2384A | NET | | | |

SELLER, AND ANY GOODS AND SERVICES SUPPLIED
BY SELLER, SHALL BE YEAR 2000 COMPLIANT AND
SHALL FUNCTION WITHOUT ERROR OR FAULT IN THE
PROCESSING (INCLUDING, BUT NOT LIMITED TO,
CALCULATING, MANAGING, MANIPULATING, COMPARING
AND SEQUENCING) OF DATE AND DATE RELATED DATA,
FOR THE YEARS 2000 AND BEYOND. AT BUYER'S
REQUEST, SELLER SHALL CERTIFY IN WRITING ITS
COMPLIANCE WITH THE FOREGOING.

These Numbers Must Appear on All Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS

| LIER 2384A | TERMS NET MNS-2 | FOB ORG , FRT COL | SHIP VIA DE NAMED CARRIER | SHIP TO ARRIVE ABOVE |
| VENAL LEDGER ACCT | DISCOUNT 1 | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |

TERMS & CONDITIONS - This order, including the terms and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), contains the complete and final agreement between buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that the goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate at Registration No. 38 73 0100A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article or articles specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THE ORDER. This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.

SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 82 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct payment of such imposed on any purchase, use, storage or other consumption of tangible personal property or service. DO NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 360623811 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

BUYER T. PEENEY

ONE CORPORATE CENTER • PO BOX 9005
Kokomo, Indiana 46904-9005

PHONE A/C        44

ORIGINAL

PURCHASING DIRECTOR

05-APR-2007  13:50     TECNOMEC SRL              ▲                    390125966374     P.11/64

390125966374

| X | XXXXXXXXXXXXXXXXXXXXXXXXX |
|---|---|
| 116971 | X PURCHASE ORDER AMENDMENT X |
| POA/POA | XXXXXXXXXXXXXXXXXXXXXXXXX |

| DATE | 05/21/99 | Purchase Order No. 450500 |
|---|---|---|

USE THIS NUMBER ON ALL PACKING SLIPS

**DELPHI** RICEVU__ 2 8 MAG. 1999
Automotive Systems
PAGE    1

Delco Electronics Systems
PLANT 83
901 S. VERMILLION AVE
BROWNSVILLE, TX 78521

VENDOR

TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD    ITALY
IT   11029

PG VUILLERMON  39-125-96851

| ITEM | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| | | XXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXX | |
| | | X AMEND PURCHASE ORDER ( NUMBER SHOWN IN UPPER RIGHT | X |
| | | X CORNER ) TO READ AS FOLLOWS: | X |
| | | XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXX | |
| | | X    AMENDMENT   AMENDMENT   AMENDMENT | X |
| | | XXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXX | |
| 001 | REQ.CONT | 16210830 | SPRING-LOCK | |
| | | | EFFECTIVE 06/01/99 | 0.10302 |
| | | | REQUIREMENTS CONTRACT FOR APPROXIMATELY 100% OF OUR MODEL YEAR 2000 PURCHASES | |
| | | | CURRENCY CODE: ITL   PRICE:   185.30 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* THIS PURCHASE ORDER IS ISSUED AND IS TO BE   \*
\* INVOICED IN THE CURRENCY OF THE COUNTRY AS    \*
\* SHOWN. THE U.S. DOLLAR AMOUNT IS FOR DELPHI   \*
\* DELCO ELECTRONICS SYSTEMS INTERNAL REFERENCE  \*
\* ONLY.                                         \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS AMENDMENT CORRECTS PRICE AS
SHOWN ABOVE

These Numbers Must Appear on All Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS

| SUPPLIER | TERMS | FOB | SHIP VIA | SHIP TO ARRIVE |
|---|---|---|---|---|
| 82384A | | | | ABOVE |

| GM GENERAL LEDGER ACCT | SUB ACCOUNT | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO. OR PLANT ORDER NO. | FAJ | DELIVER TO DEPT. | NOTIFY |
|---|---|---|---|---|---|---|---|

TERMS & CONDITIONS - This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), constitutes the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent the goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption conditions of Registration No. 38 72 2100A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the articles specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES ACCEPTANCE OF THE ORDER. This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.

SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct payment of such imposed on any purchases, use, storage or other consumption of tangible personal property of service.
DO NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 0622558 11 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

T. PEENEY
BUYER                                              PHONE A/C                          PURCHASING DIRECTOR

ONE CORPORATE CENTER • PO BOX 9005
Kokomo, Indiana 46904-9005

R 205 (Rev. 4/97)                                      49 ORIGINAL        PAGE   1 CONTINUED

05-APR-2007  13:50        TECNOMEC SRL        ▲        390125966374    P.12/64

390125966374

```
116971    XXXXXXXXXXXXXXXXXXXXXXXXXX
PDA/PDA   X PURCHASE ORDER AMENDMENT X
          XXXXXXXXXXXXXXXXXXXXXXXXXX
```

| | |
|---|---|
| D A T E | 05/21/99 |

Purchase Order No.
450

USE THIS NUMBER ON ALL
PACKING SLIPS

# DELPHI
## Automotive Systems

PAGE    2

**Delco Electronics Systems**
PLANT 83
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

```
VENDOR
TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD    ITALY
IT   11029

PG VUILLERMON  39-125-96851
```

| ITEM | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|

```
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
X AMEND PURCHASE ORDER ( NUMBER SHOWN IN UPPER RIGHT
X CORNER ) TO READ AS FOLLOWS:
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
X         AMENDMENT  AMENDMENT  AMENDMENT
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

THE ULTIMATE DESTINATION OF THIS PURCHASE ORDER IS M
WHEN SHIPPING FROM MEXICO, USE THE FOLLOWING "SHIP T
ADDRESS.
      PARQUE INDUSTRIAL DEL NO
      H. MATAMOROS TAM.
      MATAMOROS, MEXICO

STATE OF TEXAS DIRECT PAYMENT AUTHORIZATION
NUMBER 3-00093-5831-5

THE UNDERSIGNED HEREBY CLAIMS EXEMPTION FROM THE
PAYMENT OF STATE, LOCAL AND MTA SALES & USE TAXES
UPON ITS PURCHASES OF TAXABLE ITEMS.
PERMIT HOLDER:  DELPHI DELCO ELECTRONICS SYSTEMS
SELLER, AND ANY GOODS AND SERVICES SUPPLIED
BY SELLER, SHALL BE YEAR 2000 COMPLIANT AND
SHALL FUNCTION WITHOUT ERROR OR FAULT IN THE

These Numbers Must Appear on All
Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS

| PLIER | TERMS | | | | | | |
|---|---|---|---|---|---|---|---|
| 32304A | | | | | | | |
| GENERAL LEDGER ACCT | SUB ACCOUNT | CHG. DEPT. | WORK ORDER | PROJECT OR PLANT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY | SHIP VIA | SHIP TO ARRIVE |

FOB

SHIP VIA

SHIP TO ARRIVE
**ABOVE**

TERMS & CONDITIONS - This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that the goods ordered and/or adopted hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 38-75-0128A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the articles or articles specified in this order will be used by it as material in the manufacture of or as a component) part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THIS ORDER. This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer.

SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 52 of the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct payment
of each imposed on any purchase, use, storage or other consumption of tangible personal property or services.
DO NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 002833811 001 0.

**PLEASE ADDRESS ALL CORRESPONDENCE TO**
**THE ATTENTION OF THE BUYER**

• PEENEY
BUYER

ONE CORPORATE CENTER • PO BOX 9005      PHONE A/C
    Kokomo, Indiana 46904-9005

(Rv. 4/97)

46
ORIGINAL    PAGE    2 CONTINUED

PURCHASING DIRECTOR

05-APR-2007  13:50        TECNOMEC SRL

390125966374                                          P.13/64
390125966374

| | | |
|---|---|---|
| 116971<br>POA/POA | XXXXXXXXXXXXXXXXXXXXXXXXXXXX<br>X PURCHASE ORDER AMENDMENT X<br>XXXXXXXXXXXXXXXXXXXXXXXXXXXX | DATE  05/21/99    Purchase Order No.  450500<br>USE THIS NUMBER ON ALL<br>PACKING SLIPS |

**DELPHI**
*Automotive Systems*

PAGE    3

**Delco Electronics Systems**
PLANT 83
601 S. VERMILLION AVE
BROWNSVILLE, TX 78521

VENDOR

TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD   ITALY
IT    11029

PG VUILLERMON  39-125-96851

| ITEM | QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| | | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX<br>X AMEND PURCHASE ORDER ( NUMBER SHOWN IN UPPER RIGHT X<br>X CORNER ) TO READ AS FOLLOWS:                    X<br>XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX<br>X      AMENDMENT  AMENDMENT   AMENDMENT          X<br>XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | |
| | | | PROCESSING (INCLUDING, BUT NOT LIMITED TO,<br>CALCULATING, MANAGING, MANIPULATING, COMPARING<br>AND SEQUENCING) OF DATE AND DATE RELATED DATA,<br>FOR THE YEARS 2000 AND BEYOND AT BUYER'S<br>REQUEST, SELLER SHALL CERTIFY IN WRITING ITS<br>COMPLIANCE WITH THE FOREGOING. | |

↑ These Numbers Must Appear on All    ↑
Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER
MUST APPEAR ON ALL PACKING SLIPS

| SUPPLIER | TERMS | FOB | SHIP VIA | SHIP TO ARRIVE |
|---|---|---|---|---|
| 82384A | | | | ABOVE |

| GM GENERAL LEDGER ACCT | SUB ACCOUNT | CHG. DEPT. | WORK ORDER | PROJECT/JOB NO.<br>OR PLANT ORDER NO. | FAU | DELIVER TO DEPT. | NOTIFY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

TERMS & CONDITIONS - This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent the goods ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 38 73 0100A, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the articles specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES ACCEPTANCE OF THE ORDER. This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.

SEE REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

AUTHORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 52-41 the State Gross Retail Tax and Use Tax Act, authorizes the above Division of General Motors Corporation to make direct of such imposed on any purchase, use, storage or other consumption of tangible personal property or service.
DO NOT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO. 0028538114 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

T. PEENEY
BUYER                                              PURCHASING DIRECTOR

PHONE A/C

ONE CORPORATE CENTER • PO BOX 9005
Kokomo, Indiana 46904-9005

R 205 (Rev. 4/97)

ORIGINAL

47

05-APR-2007  13:50        TECNOMEC SRL                          390125966374    P.14/64
390125966374

| United States Bankruptcy Court Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor <br> **DELPHI AUTOMOTIVE SYSTEMS LLC** | Case Number <br> **05-44640** | This Space For Court Use Only |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): <br> **TECNOMEC S.r.l.** <br><br> Name and Address where notices should be sent: <br><br> **TECNOMEC S.r.l.** <br> **Via Nazionale 11** <br> **Regione Remise** <br> **11020 Arnad (AO)** <br> **ITALY** <br><br> **Telephone number: 00 39 0125 968 511** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br><br> ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br><br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. <br><br> This Space For Court Use Only |
|---|---|

| Account or other number by which creditor identifies debtor: <br> **Customer Number 010951** | Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____ |
|---|---|

**1. Basis for Claim**
- X☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  - Last four digits of SS #: _____
  - Unpaid compensation for services performed
  - from _____ to _____
  - (date)              (date)

**2. Date debt was incurred:**
14 November 2001 (Invoice 4500 – copy attached)

**3. If court judgment, date obtained:**
Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate   ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim** $1880.39 (€1520)
X☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if none or only part of your claim is entitled to priority

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
  *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 1880.39 (€1520) (Unsecured)   (Total) $1880.39 (€1520)
(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
  * If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

| Date: <br> 01 03 06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

05-APR-2007  13:51            TECNOMEC SRL                                    390125966374      P.15/64

# TECNOMEC S.r.l.  Cap. Soc. L. 800.000.000 I.V.

**Direzione, Sede e Stabilimento:**
11020 ARNAD (AO) - Reg. Fremise - Via Nazionale, 11
Tel. 0125.966.511 - Fax 0125.966.374
**Deposito e Recapito:**
10095 GRUGLIASCO (TO) - C.so C. Allamano, 19 - Tel. 011.784.3595
Registro Imprese Tribunale Aosta n. AO 0030957 - R.E.A. n. 31119 AOSTA
Cod. Fisc./Part. IVA: 00041600073 - VAT n. IT 00041600073

**COMMENTO FATTURA**

| Spetle | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | |
| ATTN. ACCOUNT PAYABLE N.1 CORP. CEN | |
| 43904        PO BOX 9005 KOKOMO IN USA | |

| | FATTURA | |
|---|---|---|
| | NUMERC | |
| | DATA | 4590 |
| | 14/11/2001 | |

| Cod. Fornitore: 023446 | | | | | DATA | D.O.T. |
|---|---|---|---|---|---|---|
| CODICE CLIENTE | PARTITA IVA CLIENTE | | | NUMERO | DATA | |
| 010151 | | | | 4627 | 14/11/2001 | |

STAMPAGGIO LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE

Pag.  1

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO | % IVA |
|---|---|---|---|---|---|---|---|
| 150580 | 16210030 | SPRING-LOCK - MOLLA<br>PESO NETTO KG 70<br>PESO LORDO KG 95<br>N. COLLI      15<br>VALUTA: EURO<br>SHIP TO: Delphi Delco Electronics Systems<br>691 Joaquin Cavazos Road<br>Los Indios, Texas 78567      USA | N. | 16000,00 | 0,095 | 1.520,00 | NI |

49

MATERIAL PRODOTTI IN ITALIA

Dichiaro sotto la mia piena e personale responsabilità ed in particolare agli effetti delle vigenti disposizioni valutarie, che il prezzo fatturato nella presente fattura è vero e reale e che pertanto nessun'altra integrazione in quantità e in forma o con qualsiasi modalità ve a favore o a carico dell'impresa da me rappresentata in relazione all'operazione per cui è stata emessa la fattura stessa.

<<Ai sensi dell'articolo 11 del D.M. 12/01/901 dichiariamo che i documenti allegati sono veritieri / il presente documento nel rettifico esaurisce ogni responsabilità circa la veridicità del tipo contenzioso conferito>>

| | | TOT FATTURA LIT : | 2.943.138 |
|---|---|---|---|

| SCARICO CLAVORAZIONE | | | | |
|---|---|---|---|---|
| DATA | NUMERO | | | |

| IMPONIBILE LIT : | 2.943.138 | IVA LIT : | | |

| RIEPILOGHI I.V.A. | | | | |
|---|---|---|---|---|
| IMPONIBILE | % ALIQUOTA | IMPOSTA | | |
| 1.520,00 | NI | Non Imp.Art.8 | | |

Operazioni non imponibile ai sensi Art. 8, D.P.R. 633 del 26/10/72 e successive modificazioni.

| | TOTALE IMPONIBILE | 1.520,00 |
|---|---|---|
| | TOTALE IMPOSTA | |
| | BOLLI | |
| | TOTALE FATTURA | 1.520 |
| | EUR | |

| BANCA D'APPOGGIO | |
|---|---|
| | |

| CONDIZIONI DI PAGAMENTO | |
|---|---|
| Rimessa diretta 60 gg fine mese | |

| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA | SPESE TRATTA | BOLLI |
|---|---|---|---|---|---|---|

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA



05-APR-2007  13:51          TECNOMEC SRL                                    390125966374          P.16/64

**COMUNITÀ EUROPEA**                    N. 390125966374        EX | 1 | T2        489 TC/EG        16/11/01

| | |
|---|---|
| **3** 2 Speditore / Esportatore | **PANALPINA S.P.A.** |
| □ 145604 | **AUT. MIN. N. 0167/CS** |
| TECNOMEC SRL | 3 Formulari  4 Dist. di carico: 1 01 |
| VIA NAZIONALE, 11 | 5 Articoli  6 Totale dei colli |
| 11020    ARNAD | 1    16 |

8 Destinatario      N.
167920
DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD
78586    LOS INDIOS  TX  USA

7 Numero di riferimento
00745260158/529679/L

9 Responsabile finanziario        N.
16/11/01

14 Dichiarante/Rappresentante  N. 00745260158
PANALPINA SPA
PANALPINA SPA RAP.IND.

| 10 Paese prima  11 Paese di trasmissione | 13 P.A.C. |
|---|---|
| 15 Cod.P. sped./esport.  17 Cod. P. destinaz. | a) 005 b) | a) 400 b) |
| 15 Paese di spedizione / esportazione  ITALIA | |
| 16 Paese di origine | 17 Paese di destinazione  USA |

18 Identità e nazionalità del mezzo di trasporto alla partenza  005  19 Crr. 0
172 44666016

20 Condizioni di consegna  EXW PARTENZA

21 Identità e nazionalità del mezzo di trasporto attiva che attraversa la frontiera

22 Moneta ed importo totale fatturato: 900  1520.00 | 23 Tasso di cambio 1936.270

| 25 Modo di trasporto alla frontiera: 3 | 26 Modo di trasporto interno | 27 Luogo di carico |
|---|---|---|

28 Dati finanziari e bancari
PROTOCOLLO N.    224    DEL 16/11/01

**3** 29 Ufficio di uscita: 075140

| 31 Colli e designazione merci | 32 Articolo 01 N. | 33 Codice delle merci 73209090  90 |
|---|---|---|
| COLLI  16 | | 34 Cod. P. di origine AO | 35 Massa lorda (kg) 95.00 |
| ALTRE MOLLE DI FERRO O DI ACCIAIO | | 37 REGIME 10-00  1 | 38 Massa netta (kg) 78.00 |

40 Dichiarazione sommaria / Documento precedente

41 Unità supplementari

44 Menzioni speciali/ Documenti presentati/ Certificati ed autorizzazioni
FT 4500 DEL 141101

46 Valore statistico  2943130

RET-EXP

| 47 Calcolo | Tipo | Base imponibile | Aliquota | Importo | MP | 49 Diletazione di pagamento | 48 Identificazione del deposito |
|---|---|---|---|---|---|---|---|
| | | | | | | S | |

B DATI CONTABILI

**EXPORT**

| Totale: | | C UFFICIO DI PARTENZA |
|---|---|---|
| 50 Obbligato principale  N. 00745260158 | Firma | 489 TC/EG   16/11/01 |
| PANALPINA SPA  (EPL) | | |
| VIA LAIMETTI | | |
| 20017 RHO | | |
| rappresentato da: MORRETTA MARCELLO | 16/11/01 | |

51 Uffici di passaggio previsti (e paesi)
Luogo e data: MILANO
P.CHIASSO | CHIASSO

53 Ufficio di destinazione (e paesi)
1.LUSSEMBURGO

52 Garanzia non valida per  N.13 DEL 020600,CIR.DOG.MILANO

54 Luogo e data: MILANO
16/11/01

Firma e nome del dichiarante / rappresentante:

D CONTROLLO DELL'UFFICIO DI PARTENZA
Risultato: PROCEDURA SEMPLIFICATA AUT. MIN. 0167/CS
Suggelli apposti: Numero:
marche: PANALPINA RHO
Termine (data limite): 01/12/01
Firma:

PANALPINA SPA RHO

PANALPINA SPA
MORRETTA MARCELLO

50

05-APR-2007   13:55        TECNOMEC SRL.        ▲                390125966374        P.36/64

390125966374

| **United States Bankruptcy Court Southern District Of New York** | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor | Case Number | This Space For Court Use Only |
| **DELPHI AUTOMOTIVE SYSTEMS LLC** | **05-44640** | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**TECNOMEC S.r.l.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:

**TECNOMEC S.r.l.**
**Via Nazionale 11**
**Regione Remise**
**11020 Arnad (AO)**
**ITALY**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone number: 00 39 0125 968 511**

This Space For Court Use Only

Account or other number by which creditor identifies debtor:
Customer Number 010951

Check here if this claim ☐ replaces or ☐ amends a previously filed claim
dated: _____

**1. Basis for Claim**
- X☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)      (date)

**2. Date debt was incurred:** 19 December 2002 (Invoice 4543 copy attached)

**3. If court judgment, date obtained:**
Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges **at time case filed** included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim** $1442.59 (€1166.11)
X☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Domestic support obligations – 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)( ).
  * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $1442.59 (€1166.11) (Unsecured)

$1442.59 (€1166.11)(Total)

(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
† If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

Date:

0L 03 06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

51

05-APR-2007  13:55          TECNOMEC SRL                                390125966374      P.37/64



**TECNOMEC** S.r.l.   Cap. Soc. Euro 416.000 I.V.

Direzione, Sede e Stabilimento:
11020 ARNAD (AO) - Via Nazionale, 11
Tel. 0125.966.511 - Fax 0125.966.374
E.mail: mail@gruppotecnomec.com
Registro Imprese di Aosta n° iscrizione e C.F. 00041600073
R.E.A.n. 31119 AOSTA - Part. IVA: 00041600073 - VAT n.IT 00041600073

STAMPAGGIO LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE

390125966374

EUR                    416.000 I.V.

DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE N.1 CORP. CEN
46904    PO BOX 9005 KOKOMO IN USA

| | FATTURA | |
|---|---|---|
| | DATA | NUMERO |
| | 19/12/2002 | 461-43 |

Sed. Fornitore: 823040

| CODICE CLIENTE | PARTITA IVA CLIENTE |
|---|---|
| 010051 | |

COMMENTO FATTURA

| VS ORDER NO. 479248 20/11/02 | Pag. | 1 |

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | UM | QUANTITÀ | PREZZO | IMPORTO |
|---|---|---|---|---|---|---|
| 479246 | 89361221 | CONNECTOR - PIASTRINA<br>PESO NETTO KG 72<br>PESO LORDO KG 80<br>N. COLLI<br>VALUTA: EURO<br>SHIP TO: DELPHI DELCO ELECTRONICS SYSTEMS<br>PLT 74 - CUMEO SERVICE<br>1125 E. VALLE<br>KOKOMO, IN 46902 | N. | 2400.00 | 0.48500 | 1.164.21 |

MATERIALI PRODOTTI IN ITALIA

<<All sensi dell'articolo 11 del D.M. 1220/681 dichiaramo
che i documenti allegati sono veritieri / il presente
documento ed veritiero assumendo ogni responsabilità
circa la veridicità del loro contenuto>>

TECNOMED S.R.L.

| | DATA | NUMERO |
|---|---|---|
| SCARICO CL/AVORAZIONE | | |
| D.D.T. | | |

| NUMERO | DATA |
|---|---|
| 1667 | 19/12/2002 |

| RIEPILOGHI I.V.A. | | |
|---|---|---|
| IMPONIBILE | % ALIQUOTA | IMPOSTA |
| 1.164.21 | N2 | Non Imp. Art. 8 |

Operazione non imponibile ai sensi Art. 8, D.P.R. 633 del
26/10/72 e successive modificazioni.

| TOTALE IMPONIBILE | 1.164.21 |
|---|---|
| TOTALE IMPOSTA | |
| BOLLI | |
| TOTALE FATTURA | 1.164.21 |

EUR

BANCA D'APPOGGIO

CONDIZIONI DI PAGAMENTO
Rimessa diretta KG 90 fine mese

| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |
|---|---|---|---|---|

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

Contributo Ambientale CONAI Assolto ove dovuto

05-APR-2007  13:55          TECNOMEC SRL                390125966374    P.38/64

390125966374

# PANALPINA
## on 6 continents

VIA LAINATE, 98-100
20017 RHO  MI
Tel:02935341 Fax:293502168

Mittente - Shipper

Destinatario - Consignee

Notifica - Notify

TRASMISSIONE BOLLE DOGANALI

Spett.Ditta
TECNOMEC SRL

VIA NAZIONALE, 11
11020 ARNAD  AO

**RICEVUTO**
**1 6 GEN. 2003**

| Data - Date | Nostro Riferimento - Our reference | Vostro Riferimento - Your reference | B/L or AWB No. | Rep. - Dept. |
|---|---|---|---|---|
| 27/12/02 | | | | GUEST06 |

| Resa Merce - Delivery terms | | Assicurazione - Insurance | Dogana - Customs point | |
|---|---|---|---|---|

| A Mezzo - By | Il - Date | Da - From | Per - To | |
|---|---|---|---|---|

EGREGI SIGNORI ,

IN ALLEGATO VI TRASMETTIAMO LE SEGUENTI BOLLE DOGANALI RELATIVE A
SPEDIZIONI EFFETTUATE PER VS CONTO:

| NS. RIF. | VS. RIF. | BOLLA DOG.NR. | TIPO | DATA |
|---|---|---|---|---|
| 475951 | INV. 4543 | 1681 TC/EG T.2 | T2 | 20/12/02 |

DISTINTI SALUTI

PANALPINA TRASP.MOND.SPA

Sede legale: 20017 Lucernate di Rho (MI), Via San Francesco d'Assisi, 6 - Cap. Soc.EUR 2.000.000
CCIAA Milano  no  274984  Canc. Tribunale  Milano  no 36531 reg.soc. Foro Milano
CF PI/ Tax-VAT-No IT 00745260158-BNL Ag.13 Milano CC 185-ABI 01005-CAB 01613/swift IITRAMNO

53



54

05-APR-2007  13:56        TECNOMEC SRL

390125966374                                                          390125966374    P.40/64
                                                                                      Purchase Order No.
PURCHASE ORDER                                        11/20/02              479248
                                                                     USE THIS NUMBER ON A/C
479248            RICEVUTO 2 1 NOV. 200                               PACKING SLIPS

# DELPHI
Automotive Systems                                    Delphi Delco Electronics Systems
                                      PAGE   1        PLT 74-CUNEO SERVICE
                                                      1125 E. VAILE
TECNOMEC SRL                                          KOKOMO, IN 46902
VIA NAZIONALE 11 REG REMISE
ARNAD  ITALY                                          21/12/02   OK
IT   11029

PG VUILLERMON  39-125-96851

| QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U |
|---|---|---|---|---|
| 3000 | 9357221 | CONVECTOR             ordine ricambio | .48588 1457.64 | PC |
|  |  | DATE           3000 11/25/02 |  |  |
| prezzo = 0,485 € |  | CURRENCY CODE: EUR   PRICE: ____ .485 |  |  |

```
*****************************************************
*  THIS PURCHASE ORDER IS ISSUED AND IS TO BE       *
*  INVOICED IN THE CURRENCY OF THE COUNTRY AS       *
*  SHOWN.  THE U.S. DOLLAR AMOUNT IS FOR            *
*  DELCO ELECTRONICS CORP. INTERNAL REFERENCE       *
*  ONLY.                                            *
*****************************************************
```

RESTRICTED, TOXIC, AND HAZARDOUS MATERIALS - SUPPLIERS A
REQUIRED TO COMPLY WITH CURRENT GOVERNMENTAL AND SAFETY
CONSTRAINTS ON RESTRICTED, TOXIC AND HAZARDOUS MATERIALS
AS WELL AS ENVIRONMENTAL, ELECTRICAL AND ELECTROMAGNETIC
CONSIDERATIONS APPLICABLE TO THE COUNTRY OF MANUFACTURE
SALE.  THIS RELATES TO BOTH THE SALABLE PRODUCT AND THE
MANUFACTURING PROCESSES. (REFER ALSO TO TERMS AND
CONDITIONS NO. 10 "INGREDIENTS DISCLOSURE AND SPECIAL
WARNINGS INSTRUCTIONS"). COMMENCEMENT OF ANY WORK OR
SERVICE UNDER THIS ORDER SHALL CONSTITUTE SELLER'S
ACCEPTANCE OF THESE RESPONSIBILITIES. IF YOU DO NOT ACCE
THESE RESPONSIBILITIES PLEASE CONTACT THE DELCO
ELECTRONICS CORP. BUYER.

These Numbers Must Appear on All Packing Slips     A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER MUST APPEAR ON ALL PACKING SLIPS     SUBMIT INVOICE USING THIS UNIT OF MEASUR

| TERMS | | SHIP VIA | SHIP TO ARRIVE |
|---|---|---|---|
| 84A  NET   MNS-2 | FOB ORG , FRT COL | DE NAMED CARRIER | ABOVE |

| LEDGER ACCT. | DEPT. | GRANT 1 | CHG. DEPT. | WORK ORDER | PROJECT JOB NO. OR PLANT ORDER NO. | FIU | DELIVER TO DEPT. NOTIFY |
|---|---|---|---|---|---|---|---|

S & CONDITIONS. This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached herewith if the work and material is for use on a United States Government Contract), contain plete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. To the extent that is ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No., 38-73-0103A, issued by the Interior Director, Internal Revenue Service, Detroit, Michigan, and that the article or specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to b TANCE OF THIS ORDER. This order is not binding until accepted.

EVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

DRITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Se see any purchase, use, storage or other consumption of tangible personal property on services.
IT BELL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO 31265811 001 0.

| Post-it® Fax Note | 7671 | Date 11/21/02 | # of pages ▶ 2 |
|---|---|---|---|
| To DINO GIACOMELLI | | From VAL HOFFMANN | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # 765-451-0703 | |
| Fax # 0039-0125-966374 | | Fax # | |

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

DE GRANDMAISON
BUYER                                              PHONE A/C
ONE CORPORATE CENTER - PO BOX 9005
Kokomo, Indiana 46904-9005

PAGE   1 CONTINUED

ORIGINAL

05-APR-2007  13:56        TECNOMEC SRL

390125966374                                          390125966374        P.41/64

**PURCHASE ORDER**                                     11/20/02              479248

USE THIS NUMBER ON ALL
PACKING SLIPS

**DELPHI**
Automotive Systems                    **PAGE    2**

Delphi Delco Electronics Systems
PLT 74-CUNEO SERVICE
1125 E. VAILE
KOKOMO, IN 46902

TECNOMEC SRL
VIA NAZIONALE 11 REG REMISE
ARNAD   ITALY
IT    11029

PG VUILLERMON  39-125-96851

| QUANTITY | PART OR SPEC. NUMBER | ARTICLES AND DESCRIPTION | UNIT PRICE | U |
|---|---|---|---|---|
| | /// | FAILURE ANALYSIS/CORRECTIVE ACTION: | /. | |
| | /// | SUPPLIERS ARE EXPECTED TO PERFORM FAILURE | / | |
| | /// | ANALYSIS ON DEFECTIVE MATERIAL RETURNED BY | / | |
| | /// | DELCO ELECTRONICS CORP.   IRREVERSIBLE | / | |
| | /// | CORRECTIVE ACTION PLANS FOR THESE FAILURES | / | |
| | /// | MUST BE DEVELOPED AND IMPLMENTED. THE PLANS | / | |
| | /// | WITH EFFECTIVE DATES ARE TO BE REPORTED BACK | / | |
| | /// | TO DELPHI. | / | |
| | | "SUPPLIERS ARE REQUIRED TO MEET THE REQUIREMENTS | | |
| | | OF DELPHI PRODUCTION PART APPROVAL PROCESS AS | | |
| | | DESCRIBED IN THE SUPPLIER PERFORMANCE | | |
| | | DEVELOPMENT PROCESS FOR SUPPLIERS (SPDP) | | |
| | | AND IN THE PRODUCTION PART APPROVAL PROCESS MANUAL. | | |
| | | THE PRODUCTION PART APPROVAL PROCESS MANUAL IS | | |
| | | AVAILABLE FROM AIAG (810-358-3003) AND THE SPDP | | |
| | | DOCUMENTS CAN BE PROVIDED BY THE APPROPRIATE SUPPLIER | | |
| | | QUALITY REPRESENTATIVE.   SUPPLIERS MUST HAVE PART | | |
| | | MANUFACTURING SITE APPROVAL PRIOR TO SHIPPING | | |
| | | PRODUCTION QUANTITIES.   CONTACT THE APPROPRIATE DELPHI | | |
| | | SUPPLIER QUALITY REPRESENTATIVE REGARDING ANY | | |
| | | QUESTIONS ON THE APPROVAL PROCESS OR APPROVAL STATUS." | | |

These Numbers Must Appear on All Packing Slips

A UNIQUE NUMBER IDENTIFIED AS A SHIPMENT NUMBER MUST APPEAR ON ALL PACKING SLIPS

SUBMIT INVOICE USING THIS — UNIT OF MEASURE

| | TERMS | | | FOB ORG , FRT COL | SHIP VIA | | SHIP TO ARRIVE |
|---|---|---|---|---|---|---|---|
| 84A | NET   MNS-2 | | | | DE NAMED CARRIER | | ABOVE |
| LEDGER ACCT | BUDGET ACCT 1 | CHG. DEPT. | WORK ORDER | REQUISITION NO. DEPARTMENT ORDER NO. | F/U | DELIVER TO DEPT. | NOTIFY |

US & CONDITIONS. This order, including the terms and conditions on the face and reverse side hereof, (and including additional Terms and Conditions attached hereto) if the work and material is for use on a United States Government Contract), contains explicit and final agreements between Buyer and Seller and no other agreement in any way modifying any of said terms are contained unless is binding upon Buyer unless them in writing and signed by Buyer's authorized representative. To the extent that an ordered and/or shipped hereunder are by nature subject to Federal excise tax, the following exemption certificate of Registration No. 38-73 04634, issued by the District Director, Internal Revenue Service, Detroit, Michigan, and that the article is specified in this order will be used by it as material in the manufacture of, or as a component part of, another article to be manufactured by it. SEE REVERSE SIDE HEREOF FOR THE TERMS & CONDITIONS TO WHICH SELLER AGREES BY PTANCE OF THE ORDER. This order is not binding until accepted.

REVERSE SIDE FOR SHIPPING AND BILLING INSTRUCTIONS.

HORITY FOR DIRECT PAYMENT SALES & USE TAX - The Indiana Department of Revenue under authority of Section 52 of the Gross Retail Tax and Use Tax Act, authorizes the Delphi Delco Electronics Systems to make direct payment of such d on any purchase, use, storage or other consumption of tangible personal property or service.
JT BILL INDIANA SALES TAX - REGISTERED RETAIL MERCHANTS CERTIFICATE NO 3F3658211 001 0.

PLEASE ADDRESS ALL CORRESPONDENCE TO
THE ATTENTION OF THE BUYER

DE GRANDMAISON
BUYER                    PHONE A/C
ONE CORPORATE CENTER - PO BOX 9005
Kokomo, Indiana 46904-9005

**ORIGINAL**

05-APR-2007  13:51        TECNOMEC SRL          ▲                      390125966374      P.17/64

390125966374

| United States Bankruptcy Court Southern District Of New York | | PROOF OF CLAIM |
|---|---|---|
| **Name of Debtor** <br> **DELPHI AUTOMOTIVE SYSTEMS LLC** | **Case Number** <br> **05-44640** | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): <br> **TECNOMEC S.r.l.** <br><br> Name and Address where notices should be sent: <br><br> **TECNOMEC S.r.l.** <br> **Via Nazionale 11** <br> **Regione Remise** <br> **11020 Arnad (AO)** <br> **ITALY** <br><br> **Telephone number: 00 39 0125 968 511** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br><br> ☑ Check box if you have never received any notices from the bankruptcy court in this case. <br><br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. <br><br> This Space For Court Use Only |

| Account or other number by which creditor identifies debtor: <br> Customer Number 010951 | Check here if this claim ☐ replaces or ☐ amends a previously filed claim <br> dated: |
|---|---|

**1. Basis for Claim**
- ☑ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  - Last four digits of SS #:
  - Unpaid compensation for services performed
  - from _____ to _____
  - (date)        (date)

**2. Date debt was incurred:** <br> 26 November 2001(Invoice 4671 – copy attached)

**3. If court judgment, date obtained:** <br> Not applicable

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate  ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim $ 696.73(€563.19)**

☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
  *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**   $642.11 (€519.04) (Unsecured) Payment $54.62 (€44.15) rec 07/06/04. (Total owing) $642.11 (€519.04)
(Total original claim amount converted from Euros into US dollars according to average Interbank Rate 8 October 2005 – see attached)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. <br> 7. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. <br> 8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim | This Space For Court Use Only |
|---|---|
| Date: <br> 01 03 06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |

*Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

05-APR-2007   13:51         TECNOMEC SRL                                    390125966374        P.18/64

# TECNOMEC S.r.l.   Cap. Soc. L. 800.000.000 I.V.

*Direzione, Sede e Stabilimento:*
11020 ARNAD (AO) - Reg. Remìse - Via Nazionale, 11
Tel. 0125.966.511 - Fax 0125.966.374

*Deposito e Recapito:*
10095 GRUGLIASCO (TO) - C.so C. Alfamano, 19 - Tel. 011.784.398
Registro Imprese Tribunale Aosta n. AO 000/867 - R.E.A. n. 31119 AOSTA
Cod. Fisc./Part. IVA: 0004160073 - VAT n. IT 0004160073

390125966374

Spett.le

DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE N.1 CORP. CEN
46904          PO BOX 9005 MOKOMO IN USA

**COMMENTO FATTURA**

STAMPAGGIO LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE

Pag.   1

| | | FATTURA | | |
|---|---|---|---|---|
| | | DATA | NUMERO |
| | | 26/11/2001 | 1621 |

Cod. Fornitore: 023849

| CODICE CLIENTE | PARTITA IVA CLIENTE |
|---|---|
| 010051 | |

| | D.O.T. | |
|---|---|---|
| NUMERO | DATA |
| 4762 | 26/11/2001 |

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | U.M. | QUANTITÀ | PREZZO | IMPORTO | % IVA |
|---|---|---|---|---|---|---|---|
| 450500 | 16210930 | SPRING-LOCK - MOLLA | N. | 5805,00 | 0,09570 | 563,19 | NI |
| 58 | | PESO NETTO KG 27 | | | | | |
| | | PESO LORDO KG 33 | | | | | |
| | | N. COLLI     05 | | | | | |
| | | VALUTA: EURO | | | | | |
| | | SHIP TO: Delphi Delco Electronics Systems | | | | | |
| | | 601 Joaquin Cavazos Road | | | | | |
| | | Los Indios, Texas 78567   USA | | | | | |

MATERIALI PRODOTTI IN ITALIA

Dichiaro sotto la mia piena e personale responsabilità ed
in particolare agli effetti delle ligeti disposizioni valutarie,
che il prezzo indicato nella presente fattura è vero e reale
e che pertanto nessun'altra integrazione in qualsiasi forma
o con qualsiasi modalità va a favore o a carico dell'impresa
da me rappresentata, in relazione all'operazione per cui è
stata emessa la fattura stessa.

<<Ai sensi dell'articolo 11 del D.M. 1291/991 dichiariamo
che i documenti diligati sono veritieri / Il presente
documento est veridico assumendo ogni responsabilità
circa la veridicità del loro contenuto contenuto>>

TECNOMEC S.r.l.

| | SCARICO C/LAVORAZIONE | |
|---|---|---|
| | DATA | NUMERO |

| RIEPILOGHI I.V.A. | | | |
|---|---|---|---|
| IMPONIBILE | % ALIQUOTA | IMPOSTA | |
| 563,19 | NI | Non imp. Art.8 | |

Operazione non imponibile ai sensi Art. 8, D.P.R. 633 del
26/10/72 e successive modificazioni.

| SPESE TRATTA | BOLLI |
|---|---|
| | |

| TOTALE IMPONIBILE | 563,19 |
|---|---|
| TOTALE IMPOSTA | |
| BOLLI | |
| **TOTALE FATTURA** | **563,19** |
| | EURO |

| BANCA D'APPOGGIO | | | |
|---|---|---|---|

| CONDIZIONI DI PAGAMENTO | | | | |
|---|---|---|---|---|
| Rimessa diretta 60 gg fine mese | | | | |
| IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

05-APR-2007  13:51        TECNOMEC SRL        ▲                    390125966374        P.19/64

390125966374

# PANALPINA

## on 6 continents

VIA LAINATE, 98-100
20027 RHO, MI
Tel:02935341 Fax:293502168
Mittente - *Shipper*

TECNOMEC SRL

VIA NAZIONALE, 11
11020 ARNAD  AO
Destinatario - *Consignee*

DELPHI DELCO

601 JOAQUIN CAVAZOS ROAD
78586 LOS INDIOS  TX USA
Notifica - *Notify*

TRASMISSIONE DOCUMENTI

RACCOMANDATA

Spett.Ditta
TECNOMEC SRL

VIA NAZIONALE, 11
11020 ARNAD  AO

| Data - *Date* | Nostro Riferimento - *Our reference* | Vostro Riferimento - *Your reference* | B/L or AWB No. | Rap. - *Dept.* |
|---|---|---|---|---|
| 7/01/02 | 259300 | INV. 4671 DD 26.11.01 | 172/44959622 | MNA/AEX/COMITE |

| Resa Merce - *Delivery terms* | | Assicurazione - *Insurance* | Dogana - *Customs point* |
|---|---|---|---|
| EX WORK | | NOT COVERED BY US | |

| A Mezzo - *By* | Il - *Date* | Da - *From* | Per - *To* |
|---|---|---|---|
| TRUCK | | MILAN, ITALY | HOUSTON INTERCONT.TEX.USA |
| | | ITALIA | U.S.A. |

| Colli | Peso lordo | Contenuto |
|---|---|---|
| 6 | 33,00 | AUTOMOTIVE PARTS |

EGREGI SIGNORI ,
CON RIFERIMENTO ALLA SUDDETTA SPEDIZIONE VI TRASMETTIAMO IN ALLEGATO :

BOLLA DOGANALE MOD.EX 1 T2  NO.840 TCEG 271101

DISTINTI SALUTI.

PANALPINA TRASP.MOND.SPA

Sede legale: 20017 Lucernate di Rho (MI), Via San Francesco d'Assisi, 6 - Cap. Soc.EUR 2.000.000
CCIAA Milano  no  274984  Canc. Tribunale  Milano  no 38531 reg.soc. Foro Milano
CF PI/ Tax-VAT-No IT 00745260158-BNL Ag.13,Milano CC 185-ABI 01005-CAB 01613/swift BNL IITRAMNO

05-APR-2007  13:52     TECNOMEC SRL                390125966374    P.20/64

**COMUNITÀ EUROPEA**    390125966374

| | |
|---|---|
| 2 Speditore / Esportatore   N. 00041600073 | 1 DICHIARAZIONE   EX 1 T2 |

3

145604
TECNOMEC SRL
VIA NAZIONALE, 11
11020   ARNAD

840 TC/EG    27/11/01
PANALPINA S.P.A.
AUT. MIN. N. 0167/CS

3 Formulari 1 01   4 Dist. di carico
5 Articoli 1   6 Totale dei colli 6   7 Numero di riferimento 00745260158/530110/T

8 Destinatario   N.
167920
DELPHI DELCO
601 JOAQUIN CAVAZOS ROAD
78586   LOS INDIOS   TX   USA

9 Responsabile finanziario   N.
27/11/01

10 Paese prima | 11 Paese di tran... | | 13 P.A.C.

14 Dichiarante/Rappresentante   N. 00745260158
PANALPINA SPA
PANALPINA SPA RAP.IND.

15 Paese di spedizione / esportazione   ITALIA
16 Cod.P. sped./esport. 005   17 Cod.P. destinaz. 400
16 Paese di origine   17 Paese di destinazione   USA

18 Identità e nazionalità del mezzo di trasporto alla partenza
MNA 259300   005   19 Ctr. 0
20 Condizioni di consegna   EXW PARTENZA

21 Identità e nazionalità del mezzo di trasporto attivo che attraversa la frontiera
900
22 Moneta ed importo totale fatturato   563.19
23 Tasso di cambio   1936.27

25 Modo di trasporto alla frontiera 3   26 Modo di trasporto interno 3   27 Luogo di carico
28 Dati finanziari e bancari
PROTOCOLLO N.   231   DEL

3   28 Ufficio di uscita
075140

| 31 Colli e designazione della merci | Marche e numeri - N. contenitori - Quantità e natura | 32 Articolo 01 | 33 Codice delle merci |
|---|---|---|---|
| | COLLI     6 | N. | 73209090   90 |
| | ALTRE MOLLE DI FERRO O DI ACCIAIO | | |

34 Cod. P. d.origine MAO   35 Massa lorda (kg) 33.00
37 REGIME 10 00 1   38 Massa netta (kg) 22.00

40 Dichiarazione sommaria / Documento precedente

41 Unità supplementari

44 Menzioni speciali/ Documenti presentati Certificati ed autorizzazioni
FT.4671 DEL 261101

Codice MS
46 Valore statistico

RET-EXP

47 Calcolo delle... | Tipo | Base imponibile | Aliquota | Importo | MP | 48 Dilazione di pagamento
49 Identificazione del deposito   S

B DATI CONTABILI

**EXPORT**

Totale:

50 Obbligato principale   N.   00745260158
PANALPINA SPA   (SPL)
VIA LAINATE
20017RHO
rappresentato da: MORRETTA MARCELLO
Firma:

C UFFICIO DI PARTENZA
840TC/EG   27/11/01

51 Ufficio di passaggio previsti (e paesi)
Luogo e data: MILANO   27/11/01
P.CHIASSO  CHIASSO

52 Garanzia non valida per: N.13 DEL 020600 CIR.DOG.MILANO
Codice   53 Ufficio di destinazione (e paesi) 1 LUSSEMBURGO

D CONTROLLO DELL'UFFICIO DI PARTENZA
Risultato: PROCEDURA SEMPLIFICATA AUT. MIN. 0167/CS
Suggelli apposti: Numero:
marca: PANALPINA RHO   PANALPINA SPA RHO
Termine (data limite): 12/12/01
Firma:

54 Luogo e data: MILANO   27/11/01
Firma e nome del dichiarante / rappresentante

60

PANALPINA SPA
MORRETTA

05-APR-2007  13:52        TECNOMEC SRL                    390125966374        P.21/64

390125966374

## TECNOMEC S.r.l.    Cap. Soc. L. 500.000.000 I.V.I.

Direzione, Sede e Stabilimento:
11020 ARNAD (AO) - Reg. Remblan • Via Nazionale, 11
Tel. 0125 966.511 • Fax 0125 966.374
Deposito e Recapito:
10095 GRUGLIASCO (TO) - C.so C. Allemano, 19 - Tel. 011 784.388
Registro Imprese Tribunale Aosta n. AO 000957 - R.E.A. n. 31149 AOSTA
Cod. Fisc./Part. IVA: 00041600073 - VAT n. IT 00041600073

Spett.le
DELPHI AUTOMOTIVE SYSTEMS
ATTN. ACCOUNT PAYABLE N.I. CORP. CEN
16901.    PO BOX 9605 KOKOMO IN USA

Cod. Fornitore: 82314A

| CODICE CLIENTE | PARTITA IVA CLIENTE |
|---|---|
| 810951 | |

| FATTURA | | |
|---|---|---|
| NUMERO | DATA | |
| 457 | 26/11/2001 | |

| D.D.T. | | |
|---|---|---|
| NUMERO | DATA | |
| 4762 | 26/11/2001 | |

| IMPORTO |
|---|
| 563.19 |

STAMPAGGIO LAMIERA
COSTRUZIONE STAMPI
COSTRUZIONI MECCANICHE

DOCUMENTO FATTURA

Pag.    1

| N. ORDINE | CODICE ARTICOLO | DESCRIZIONE | UM | QUANTITÀ | PREZZO | IMPORTO | %IVA |
|---|---|---|---|---|---|---|---|
| 455509 | 16218030 | SPRING-LOCK - MOLLA<br>PESO NETTO KG 27<br>PESO LORDO KG 33<br>N. COLLI 85<br>VALUTA: EURO<br>SHIP TO: Delphi Delco Electronics Systems<br>631 Joaquin Cavazos Road<br>Los Indios, Texas 78567    USA | N. | 5885.00 | 0.09570 | 563.19 | NI |

MATERIALI PRODOTTI IN ITALIA

TECNOMEC S.R.L.

| REPILOGHI I.V.A. | | | |
|---|---|---|---|
| IMPONIBILE | % ALIQUOTA | IMPOSTA | |
| 563.19 | NI | Non Imp.Art.8 | |

Operazione non imponibile ai sensi dell. 8, D.P.R. 633 del
26/10/72 e successive modificazioni.

| TOTALE IMPONIBILE |
|---|
| 563.19 |

| TOTALE IMPOSTA |
|---|
| |

| BOLLI |
|---|
| |

| TOTALE FATTURA |
|---|
| EURO    563.19 |

BANCA D'APPOGGIO

CONDIZIONI DI PAGAMENTO
Rimessa diretta  60 gg fine mese

| | IMPORTO | SCAD. 1ª RATA | SCAD. 2ª RATA | SCAD. 3ª RATA | SCAD. 4ª RATA |
|---|---|---|---|---|---|

Contributo Ambientale CONAI Assolto    Dovuto

PER I PAGAMENTI OLTRE I TERMINI CONTRATTATI DECORRONO
GLI INTERESSI DI MORA

61

05-APR-2007  13:52        TECNOMEC SRL                          390125966374        P.22/64
390125966374

