UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et.al.

Debtors in Possession.

Case No. 05-44481 (RDD)
Chapter 11
(Jointly Administered)

**AFFIDAVIT OF SERVICE**

David Gerard, under penalty of perjury, deposes and says:

1. I am over eighteen years of age and I am not a party to this action.

2. On January 10, 2008, I caused the OBJECTION OF TECNOMEC S.R.L TO DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c) ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING to be served by the method indicated below to:

| [ ] via first class mail, postage prepaid<br>[ ] via certified mail, return receipt requested<br>[X] via overnight mail (priority)<br>[ ] via facsimile transmission<br>[ ] via hand delivery | John Wm. Butler, Jr.<br>John K. Lyons<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 |
|---|---|
| Donald Bernstein<br>Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Bonnie Steingart<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 | Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |
| Mark A. Broude<br>Robert J. Rosenberg<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Sheryl Betance<br>Kurtzman Carson Consultants<br>2335 Alaska Ave<br>El Segundo, CA 90245 |

Executed on January 10, 2008.

_____
David Gerard

Sworn to before me this
10 day of January 2008

_____
Notary Public
**ROBERTO CARRILLO**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CA6142896
Qualified in New York County
Commission Expires March 27, 2010