EXHIBIT A

| Original Claimant | Proposed Cure Amount | Actual Cure Amount | |
|---|---|---|---|
| ADVANTECH PLASTICS LLC | unknown | $57,116.60 | |
| DETROIT HEADING LLC | $49,326.96 | $60,876.94 | * |
| DGC PLASTIC MOLDING | $0.00 | $42,777.26 | |
| DIGI-KEY CORPORATION | $250.72 | $64,639.19 | |
| EATON CORP | $82,949.33 | $740,224.29 | |
| ELEKTRISOLA SA DE CV | $9,670.78 | $81,070.84 | |
| MAGNETI MARELLI POWERTRAIN USA INC | $0.00 | $29,435.10 | |
| MCGILL MANUFACTURING CO | $0.00 | $36,493.48 | |
| METAL-MATIC INC | $43,080.52 | $86,384.00 | |
| MICHIGAN RUBBER PRODUCTS INC | $41,237.93 | $48,704.49 | * |
| PROMOTECH KUNSTSTOFF-U | unknown | $20,606.41 | |
| TINNERMAN PALNUT ENGINEERING PRODUCTS | $7,228.41 | $271,401.80 | ** |
| WALCO CORPORATION | $13,187.88 | $26,066.24 | |
| WEST IRVING DIE INC | unknown | $3,725.57 | |

* Included out of an abundance of caution as amount differs from allowed claim amount pursuant to previous orders of the Court

** Note - LSI's claim is comprised of several proofs of claim; this amount gives effect to $10,541.52 in actual reductions to which LSI previously agreed