# EXHIBIT A – PART 1

**Customer Invoice**

Currency USD DELPHI AUTOMOTIVE SYSTEMS Customer 1011330511

Period : (Nov Close 2005) 11/25/2005
Transaction Class : All items

| Tag | Purchase Order# | Age | Number | Date | Balance | Factory Order# | Payment Terms | Comments |
|---|---|---|---|---|---|---|---|---|
| 0006 | P1S21416 | 114 | S0847992 | 7/4/2005 | $4,478.77 | 714000886 | Due Upon Receipt | Service Contract for July 1 -July 31 |
| 0006 | P1S21416 | 86 | S0858866 | 8/1/2005 | $4,478.77 | 714000886 | Due Upon Receipt | Service Contract for August 1 - August 31 |
| 0006 | P1S21416 | 55 | S0869441 | 9/1/2005 | $4,478.77 | 714000886 | Due Upon Receipt | Service Contract for Sept 1 - Sept 30 |
| 0006 | P1S21416 | 23 | S0880176 | 10/3/2005 | $4,478.77 | 714000886 | Due Upon Receipt | Service Contract for Oct 1-Oct 31 |
| Total | | | | | **$17,915.08** | | | |

Motorola Confidential Proprietary



MOTOROLA
Communications Enterprise

1307 E. Algonquin Rd Schaumburg, IL 60196
Vist our web site at: www.motorola.com

# INVOICE

TOTAL INVOICE AMOUNT: $4,478.77
MOTOROLA INVOICE NUMBER: S0880176
INVOICE DATE: 09/02/2005
PAYMENT DUE: UPON RECEIPT
CUSTOMER ACCOUNT NUMBER: 1011330511 0006
PURCHASE ORDER DATE:
YOUR PURCHASE ORDER NUMBER: P1521416

BILL TO DELPHI AUTOMOTIVE SYSTEMS
ATTN ACCOUNTS PAYABLE
P O BOX 431
WARREN, OH 44486

For questions concerning this Invoice please contact Motorola at: 1-800-247-2346

00508-00297-00248
Payment Terms: DUE UPON RECEIPT
Sales Order Number: 714000886
Motorola Federal Tax Id: 36-1115800

## Invoice Detail

| Description | Qty | Amount |
|---|---|---|
| BILLING FOR YOUR SERVICE CONTRACT | | |
| SERVICE PERIOD FROM 01-OCT-05 TO 31-OCT-05 | | |
| MOTOROLA CONTRACT # 714000886 | | |
| NOTE: ***DO NOT MAIL. CONSOLIDATED BILLING WITH LEASE THROUGH MOTOROLA CREDIT CORP.*** | | |
| SERVICES CONTRACTED: | | |
| INFRSTC RPR W/ADVNCD REPLACMNT | | 630.04 |
| SVC257AA:ENH: SMARTNET SITE | 1 | |
| SVC258AA:ENH: SMARTNET STATION | 10 | |
| LOCAL INFRSTCTR REPAIR SVC | | 70.00 |
| LOCAL RADIO SUPPORT SERVICE | | 580.39 |
| PRM OS INFRST RSPNS W/LCL DSP | | 930.14 |
| RADIO REPAIR SERVICE | | 2,268.20 |
| SVC444AA:ENH: GP350 | 1 | |

*Detach here and return bottom portion with your payment*

(Continued on Next Page)

## Payment Coupon

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | PAYMENT DUE |
|---|---|---|
| S0880176 | 1011330511 0006 | UPON RECEIPT |

| Invoice Total | Amount Paid |
|---|---|
| $4,478.77 | |

**Please put your Invoice Number and your Customer Account Number on your check for prompt processing**

DELPHI AUTOMOTIVE SYSTEMS
ATTN ACCOUNTS PAYABLE
P O BOX 431
WARREN, OH 44486

Send Payment To:
**MOTOROLA**
PO BOX 404059
ATLANTA, GA 30384-4059

2900080800010706 1011330511 0006 0000 090205 0000447877 03



MOTOROLA
Communications Enterprise

1307 E. Algonquin Rd Schaumburg, IL 60196
Vist our web site at: www.motorola.com

# INVOICE

Page 2 of 2

TOTAL INVOICE AMOUNT: $4,478.77
MOTOROLA INVOICE NUMBER: S0880176
INVOICE DATE: 09/02/2005
PAYMENT DUE: UPON RECEIPT
CUSTOMER ACCOUNT NUMBER: 1011330511 0006
PURCHASE ORDER DATE:
YOUR PURCHASE ORDER NUMBER: P1S21416

BILL TO DELPHI AUTOMOTIVE SYSTEMS
ATTN ACCOUNTS PAYABLE
P O BOX 431
WARREN, OH 44486

For questions concerning this Invoice please contact Motorola at: 1-800-247-2346

00509-00297-00248
Payment Terms: DUE UPON RECEIPT
Motorola Federal Tax Id: 36-1115800
Sales Order Number: 714000886

## Invoice Detail Continued

| Description | Qty | Amount |
|---|---|---|
| SVC452AA:ENH: HT1000 | 3 | |
| SVC454AA:ENH: HT750 | 1 | |
| SVC457AA:ENH: LTS2000 | 580 | |
| SVC467AA:ENH: MCS2000 | 6 | |
| CONTRACT SUBTOTAL | | 4,478.77 |
| SUBTOTAL | | 4,478.77 |
| PLEASE PAY THIS AMOUNT (PAYMENT DUE: UPON RECEIPT) | | 4,478.77 |



MOTOROLA
Communications Enterprise

1307 E. Algonquin Rd Schaumburg, IL 60196
Vist our web site at: www.motorola.com

# INVOICE

TOTAL INVOICE AMOUNT: $4,478.77
MOTOROLA INVOICE NUMBER: S0869441
INVOICE DATE: 08/05/2005
PAYMENT DUE: UPON RECEIPT
CUSTOMER ACCOUNT NUMBER: 1011330511 0006
PURCHASE ORDER DATE:
YOUR PURCHASE ORDER NUMBER: P1S21416

BILL TO DELPHI AUTOMOTIVE SYSTEMS
ATTN ACCOUNTS PAYABLE
P O BOX 431
WARREN, OH 44486

For questions concerning this Invoice please contact Motorola at: 1-800-247-2346

00473-00282-00231
Payment Terms: DUE UPON RECEIPT
Motorola Federal Tax Id: 36-1115800
Sales Order Number: 714000886

## Invoice Detail

| Description | Qty | Amount |
|---|---|---|
| BILLING FOR YOUR SERVICE CONTRACT | | |
| SERVICE PERIOD FROM 01-SEP-05 TO 30-SEP-05 | | |
| MOTOROLA CONTRACT # 714000886 | | |
| NOTE: ***DO NOT MAIL. CONSOLIDATED BILLING WITH LEASE THROUGH MOTOROLA CREDIT CORP.*** | | |
| SERVICES CONTRACTED: | | |
| INFRSTC RPR W/ADVNCD REPLACMNT | | 630.04 |
| SVC257AA:ENH: SMARTNET SITE | 1 | |
| SVC258AA:ENH: SMARTNET STATION | 10 | |
| LOCAL INFRSTCTR REPAIR SVC | | 70.00 |
| LOCAL RADIO SUPPORT SERVICE | | 580.39 |
| PRM OS INFRST RSPNS W/LCL DSP | | 930.14 |
| RADIO REPAIR SERVICE | | 2,268.20 |
| SVC444AA:ENH: GP350 | 1 | |

(Continued on Next Page)

*Detach here and return bottom portion with your payment*

## Payment Coupon

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | PAYMENT DUE |
|---|---|---|
| S0869441 | 1011330511 0006 | UPON RECEIPT |

| Invoice Total | Amount Paid |
|---|---|
| $4,478.77 | |

Please put your Invoice Number and your Customer Account Number on your check for prompt processing

DELPHI AUTOMOTIVE SYSTEMS
ATTN ACCOUNTS PAYABLE
P O BOX 431
WARREN, OH 44486

Send Payment To:
**MOTOROLA**
PO BOX 404059
ATLANTA, GA 30384-4059

2900080609040401 1011330511 0006 0000 080505 0000447877 05



1307 E. Algonquin Rd Schaumburg, IL 60196
Vist our web site at: www.motorola.com

# INVOICE

TOTAL INVOICE AMOUNT: $4,478.77
MOTOROLA INVOICE NUMBER: S0869441
INVOICE DATE: 08/05/2005
PAYMENT DUE: UPON RECEIPT
CUSTOMER ACCOUNT NUMBER: 1011330511 0006
PURCHASE ORDER DATE:
YOUR PURCHASE ORDER NUMBER: P1S21416

BILL TO DELPHI AUTOMOTIVE SYSTEMS
ATTN ACCOUNTS PAYABLE
P O BOX 431
WARREN, OH 44486

For questions concerning this Invoice please contact Motorola at: 1-800-247-2346

00474-00282-00231
Payment Terms: DUE UPON RECEIPT
Sales Order Number: 714000886
Motorola Federal Tax Id: 36-1115800

## Invoice Detail Continued

| Description | Qty | Amount |
|---|---|---|
| SVC452AA:ENH: HT1000 | 3 | |
| SVC454AA:ENH: HT750 | 1 | |
| SVC457AA:ENH: LTS2000 | 580 | |
| SVC467AA:ENH: MCS2000 | 6 | |
| CONTRACT SUBTOTAL | | 4,478.77 |
| SUBTOTAL | | 4,478.77 |
| PLEASE PAY THIS AMOUNT (PAYMENT DUE: UPON RECEIPT) | | 4,478.77 |



MOTOROLA
Communications Enterprise

1307 E. Algonquin Rd Schaumburg, IL 60196
Visit our web site at: www.motorola.com

# INVOICE

Page 1 of 2

TOTAL INVOICE AMOUNT: $4,478.77
MOTOROLA INVOICE NUMBER: S0858866
INVOICE DATE: 07/08/2005
PAYMENT DUE: UPON RECEIPT
CUSTOMER ACCOUNT NUMBER: 1011330511 0006
PURCHASE ORDER DATE:
YOUR PURCHASE ORDER NUMBER: P1521416

BILL TO DELPHI AUTOMOTIVE SYSTEMS
ATTN ACCOUNTS PAYABLE
P O BOX 431
WARREN, OH 44486

For questions concerning this Invoice please contact Motorola at: 1-800-247-2346

00473-00277-00229
Payment Terms: DUE UPON RECEIPT
Sales Order Number: 714000886
Motorola Federal Tax Id: 36-1115800

## Invoice Detail

| Description | Qty | Amount |
|---|---|---|
| BILLING FOR YOUR SERVICE CONTRACT | | |
| SERVICE PERIOD FROM 01-AUG-05 TO 31-AUG-05 | | |
| MOTOROLA CONTRACT # 714000886 | | |
| NOTE: ***DO NOT MAIL. CONSOLIDATED BILLING WITH LEASE THROUGH MOTOROLA CREDIT CORP.*** | | |
| SERVICES CONTRACTED: | | |
| INFRSTC RPR W/ADVNCD REPLACMNT | | 630.04 |
| SVC257AA:ENH: SMARTNET SITE | 1 | |
| SVC258AA:ENH: SMARTNET STATION | 10 | |
| LOCAL INFRSTCTR REPAIR SVC | | 70.00 |
| LOCAL RADIO SUPPORT SERVICE | | 580.39 |
| PRM OS INFRST RSPNS W/LCL DSP | | 930.14 |
| RADIO REPAIR SERVICE | | 2,268.20 |
| SVC444AA:ENH: GP350 | 1 | |

(Continued on Next Page)

*Detach here and return bottom portion with your payment*

## Payment Coupon

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | PAYMENT DUE |
|---|---|---|
| S0858866 | 1011330511 0006 | UPON RECEIPT |

| Invoice Total | Amount Paid |
|---|---|
| $4,478.77 | |

**Please put your Invoice Number and your Customer Account Number on your check for prompt processing**

DELPHI AUTOMOTIVE SYSTEMS
ATTN ACCOUNTS PAYABLE
P O BOX 431
WARREN, OH 44486

Send Payment To:
**MOTOROLA**
PO BOX 404059
ATLANTA, GA 30384-4059

2900080508080606 1011330511 0006 0000 070805 0000447877 00



MOTOROLA
Communications Enterprise

1307 E. Algonquin Rd Schaumburg, IL 60196
Visit our web site at: www.motorola.com

# INVOICE

Page 2 of 2

TOTAL INVOICE AMOUNT: $4,478.77
MOTOROLA INVOICE NUMBER: 50858866
INVOICE DATE: 07/08/2005
PAYMENT DUE: UPON RECEIPT
CUSTOMER ACCOUNT NUMBER: 1011330511 0006
PURCHASE ORDER DATE:
YOUR PURCHASE ORDER NUMBER: P1S21416

BILL TO DELPHI AUTOMOTIVE SYSTEMS
ATTN ACCOUNTS PAYABLE
P O BOX 431
WARREN, OH 44486

For questions concerning this Invoice please contact Motorola at: 1-800-247-2346

00474-00277-00229
Payment Terms: DUE UPON RECEIPT
Sales Order Number: 714000886
Motorola Federal Tax Id: 36-1115800

## Invoice Detail Continued

| Description | Qty | Amount |
|---|---|---|
| SVC452AA:ENH: HT1000 | 3 | |
| SVC454AA:ENH: HT750 | 1 | |
| SVC457AA:ENH: LTS2000 | 580 | |
| SVC467AA:ENH: MCS2000 | 6 | |
| CONTRACT SUBTOTAL | | 4,478.77 |
| SUBTOTAL | | 4,478.77 |
| PLEASE PAY THIS AMOUNT (PAYMENT DUE: UPON RECEIPT) | | 4,478.77 |



MOTOROLA
Communications Enterprise

1307 E. Algonquin Rd Schaumburg, IL 60196
Visit our web site at: www.motorola.com

# INVOICE

Page 1 of 2

| | |
|---|---|
| TOTAL INVOICE AMOUNT: | $4,478.77 |
| MOTOROLA INVOICE NUMBER: | S0847992 |
| INVOICE DATE: | 06/03/2005 |
| PAYMENT DUE: | UPON RECEIPT |
| CUSTOMER ACCOUNT NUMBER: | 1011330511 0006 |
| PURCHASE ORDER DATE: | |
| YOUR PURCHASE ORDER NUMBER: | P1S21416 |

BILL TO DELPHI AUTOMOTIVE SYSTEMS
ATTN ACCOUNTS PAYABLE
P O BOX 431
WARREN, OH 44486

For questions concerning this Invoice please contact Motorola at: 1-800-247-2346

00685-00409-00333
Payment Terms: DUE UPON RECEIPT
Motorola Federal Tax Id: 36-1115800
Sales Order Number: 714000886

## Invoice Detail

| Description | Qty | Amount |
|---|---|---|
| BILLING FOR YOUR SERVICE CONTRACT | | |
| SERVICE PERIOD FROM 01-JUL-05 TO 31-JUL-05 | | |
| MOTOROLA CONTRACT # 714000886 | | |
| NOTE: ***DO NOT MAIL. CONSOLIDATED BILLING WITH LEASE THROUGH | | |
| MOTOROLA CREDIT CORP.*** | | |
| | | |
| SERVICES CONTRACTED: | | |
| INFRSTC RPR W/ADVNCD REPLACMNT | | 630.04 |
| SVC257AA:ENH: SMARTNET SITE | 1 | |
| SVC258AA:ENH: SMARTNET STATION | 10 | |
| LOCAL INFRSTCTR REPAIR SVC | | 70.00 |
| LOCAL RADIO SUPPORT SERVICE | | 580.39 |
| PRM OS INFRST RSPNS W/LCL DSP | | 930.14 |
| RADIO REPAIR SERVICE | | 2,268.20 |
| SVC444AA:ENH: GP350 | 1 | |

(Continued on Next Page)

*Detach here and return bottom portion with your payment*

---

## Payment Coupon

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | PAYMENT DUE |
|---|---|---|
| S0847992 | 1011330511 0006 | UPON RECEIPT |

| Invoice Total | Amount Paid |
|---|---|
| $4,478.77 | |

**Please put your Invoice Number and your Customer Account Number on your check for prompt processing**

DELPHI AUTOMOTIVE SYSTEMS
ATTN ACCOUNTS PAYABLE
P O BOX 431
WARREN, OH 44486

Send Payment To:
**MOTOROLA**
PO BOX 404059
ATLANTA, GA 30384-4059

2900080407090902 1011330511 0006 0000 060305 0000447877 09


MOTOROLA
Communications Enterprise

1307 E. Algonquin Rd Schaumburg, IL 60196
Vist our web site at: www.motorola.com

# INVOICE

Page 2 of 2

TOTAL INVOICE AMOUNT: $4,478.77
MOTOROLA INVOICE NUMBER: S0847992
INVOICE DATE: 06/03/2005
PAYMENT DUE: UPON RECEIPT
CUSTOMER ACCOUNT NUMBER: 1011330511 0006
PURCHASE ORDER DATE:
YOUR PURCHASE ORDER NUMBER: P1521416

BILL TO DELPHI AUTOMOTIVE SYSTEMS
ATTN ACCOUNTS PAYABLE
P O BOX 431
WARREN, OH 44486

For questions concerning this Invoice please contact Motorola at: 1-800-247-2346

00686-00409-00333
Payment Terms: DUE UPON RECEIPT
Sales Order Number: 714000896
Motorola Federal Tax Id: 36-1115800

## Invoice Detail Continued

| Description | Qty | Amount |
|---|---|---|
| SVC452AA:ENH: HT1000 | 3 | |
| SVC454AA:ENH: HT750 | 1 | |
| SVC457AA:ENH: LTS2000 | 580 | |
| SVC467AA:ENH: MCS2000 | 6 | |
| CONTRACT SUBTOTAL | | 4,478.77 |
| SUBTOTAL | | 4,478.77 |
| PLEASE PAY THIS AMOUNT (PAYMENT DUE: UPON RECEIPT) | | 4,478.77 |

MOTOROLA

Ver. 4.6 Build 1004

# SERVICE AGREEMENT

*Attn: National Service Support*
*1307 East Algonquin Road*
*Schaumburg, IL 60196*
*(800) 247-2346*

Date: 6/26/2003

Agreement Order # : 0268080280851
Supersedes Agreement #(s) : 711000005

Company Name: Delphi Automotive Systems LLC
Attn:
Billing Address: PO Box 431 408 Dana St.
City, State, Zip: Warren, OH, 44486
Customer Contact: Edward Reagan
Phone: 330-505-3011
Fax:

Required P.O.: Yes
Customer # : 1000298845
Bill to Tag # : 0007
Contract Start Date: 07/01/2003
Contract End Date: 06/30/2006
Anniversary Date:
Payment Cycle: Monthly
Tax Exempt: Yes
PO # : P1S21416

| Qty | Model/Option | Description | Monthly Ext | Extended |
|---|---|---|---|---|
| | SVC01SVC1220 | Radio Repair Service | $2,268.20 | $81,655.20 |
| 6 | SVC467AA | *ENH: MCS2000* | | |
| 1 | SVC444AA | *ENH: GP350* | | |
| 3 | SVC452AA | *ENH: HT1000* | | |
| 1 | SVC454AA | *ENH: HT750* | | |
| 580 | SVC457AA | *ENH: LTS2000* | | |
| | SVC01SVC1423 | Local Radio Support Service | $580.39 | $20,894.04 |
| 6 | SVC366AA | *ENH: MCS2000* | | |
| 1 | SVC344AA | *ENH: GP350* | | |
| 3 | SVC350AA | *ENH: HT1000* | | |
| 1 | SVC353AA | *ENH: HT750* | | |
| 580 | SVC356AA | *ENH: LTS2000* | | |
| | SVC01SVC1101 | Infrastructure Repair With Advanced Replacement Service | $630.04 | $22,681.44 |
| 1 | SVC257AA | *ENH: Smartnet Site* | | |
| 10 | SVC258AA | *ENH: Smartnet Station* | | |
| | SVC01SVC1426 | Premier OnSite Infrastructure Response With Local Dispatch Service | $930.14 | $33,485.04 |
| 1 | SVC218AF | *ENH: OnSite Infrastructure Response-Sites-NonConventional* | | |
| 10 | SVC219AF | *ENH: OnSite Infrastructure Response -Stations* | | |
| 4 | SVC223AF | *ENH: OnSite Infrastructure Response -Control Stations* | | |
| | SVC01SVC1420 | Local Infrastructure Repair Service | $70.00 | $2,520.00 |
| 4 | | Control Stations | | |

| | Monthly Ext | Extended |
|---|---|---|
| SUBTOTAL - RECURRING SERVICES | $4,478.77 | $161,235.72 |
| SUBTOTAL - ONE-TIME EVENT SERVICES | | $0.00 |
| TOTAL | $4,478.77 | $161,235.72 |
| TAXES | $0.00 | $0.00 |
| GRAND TOTAL | $4,478.77 | $161,235.72 |

THIS SERVICE AMOUNT IS SUBJECT TO STATE & LOCAL TAXING JURISDICTIONS, TO BE VERIFIED BY MOTOROLA.

SPECIAL INSTRUCTIONS - ATTACH STATEMENT OF WORK FOR PERFORMANCE DESCRIPTIONS

Do Not Mail Invoice. Consolidated billing with lease through Motorola Credit Corp.

| SUBCONTRACTOR(S) | CITY | STATE |
|---|---|---|
| Motorola - Rockford-BRANDED SUBSCRIBERS(CL723) | Rockford | IL |

# Service Terms and Conditions

Motorola, Inc., through its Commercial, Government, and Industrial Solutions Sector ("Motorola"), and the customer named in this Agreement ("Customer"), hereby agree as follows:

**Section 1 APPLICABILITY**

These Service Terms and Conditions apply to service contracts whereby Motorola agrees to provide to Customer either (1) maintenance, support and/or other services under a Motorola Service Agreement, or (2) installation services under a Motorola Installation Agreement.

**Section 2 DEFINITIONS AND INTERPRETATION**

"Agreement" means these Service Terms and Conditions; the cover page for the Service Agreement or the Installation Agreement, as applicable; and any other attachments, all of which are incorporated herein by this reference. In interpreting this Agreement and resolving any ambiguities, these Service Terms and Conditions will take precedence over any cover page, and the cover page will take precedence over any attachments, unless the cover page or attachment specifically states otherwise. "Equipment" means the communication equipment that is specified in the attachments or is subsequently added to this Agreement. "Services" means those installation, maintenance, support, training, and other services described in this Agreement.

**Section 3 ACCEPTANCE**

Customer accepts these Service Terms and Conditions and agrees to pay the prices set forth in the Agreement. This Agreement will become binding only when accepted in writing by Motorola. The term of this Agreement will begin on the "Start Date" indicated in this Agreement.

**Section 4 SCOPE OF SERVICES**

4.1. Motorola will provide the Services described in this Agreement or in a more detailed Statement of Work or other attachment. At Customer's request, Motorola may also provide additional services at Motorola's then-applicable rates for such services.

4.2. If Motorola is providing Services for Equipment, Motorola parts or parts of equal quality will be used; the Equipment will be Serviced at levels set forth in the manufacturer's product manuals; and routine service procedures that are prescribed by Motorola will be followed.

4.3. If Customer purchases from Motorola additional equipment that becomes part of the same system as the initial Equipment, the additional equipment may be added to this Agreement and will be billed at the applicable rates after the warranty for such additional equipment expires.

4.4. All Equipment must be in good working order on the Start Date or when additional equipment is added to the Agreement. Upon reasonable request by Motorola, Customer will provide a complete serial and model number list of the Equipment. Customer must promptly notify Motorola in writing when any Equipment is lost, damaged, stolen or taken out of service. Customer's obligation to pay Service fees for such Equipment will terminate at the end of the month in which Motorola receives such written notice.

4.5. Customer must specifically identify any Equipment that is labeled intrinsically safe for use in hazardous environments.

4.6. If Equipment cannot, in Motorola's opinion, be properly or economically serviced for any reason including excessive wear, unavailability of parts, the state of technology, or practical infeasibility, Motorola may modify the scope of Services related to such Equipment; remove such Equipment from the Agreement; or increase the price to Service such Equipment.

4.7. Customer must promptly notify Motorola directly of any Equipment failure. Motorola will respond to Customer's notification in a manner consistent with the level of Service purchased as indicated in this Agreement

**Section 5 EXCLUDED SERVICES**

Service excludes the repair or replacement of Equipment that has become defective or damaged from use in other than the normal, customary, intended, and authorized manner; use not in compliance with applicable industry standards; or accident, liquids, power surges, neglect, acts of God or other force majeure events.

Unless specifically included in this Agreement, Service excludes items that are consumed in the normal operation of the Equipment, such as batteries, magnetic tapes, etc.; upgrading or reprogramming Equipment; accessories, belt clips, battery chargers, custom or special products, modified units, or software; and repair or maintenance of any transmission line, antenna, microwave equipment, tower or tower lighting, duplexer, combiner, or multicoupler. Motorola has no obligations for any transmission medium, such as telephone lines, computer networks, the internet or the worldwide web, or for Equipment malfunction caused by such transmission medium.

**Section 6 TIME AND PLACE OF SERVICE**

Service will be provided at the location specified in this Agreement. When Motorola performs service at Customer's location, Customer will provide Motorola, at no charge, a non-hazardous work environment with adequate shelter, heat, light, and power and with full and free access to the Equipment. Waivers of liability from Motorola or its subcontractors will not be imposed as a site access requirement. Customer will provide all information pertaining to the hardware and software elements of any system with which the Equipment is interfacing so that Motorola may perform its Services. Unless otherwise stated in this Agreement, the hours of Service will be 8:30 a.m. to 4:30 p.m., local time, excluding weekends and holidays. Unless otherwise stated in this Agreement, the price for the Services exclude any charges or expenses associated with helicopter or other unusual access requirements; if these charges or expenses are reasonably incurred by Motorola in rendering the Services, Customer agrees to reimburse Motorola for such charges and expenses

**Section 7 CUSTOMER CONTACT**

Customer will provide Motorola with designated points of contact (list of names and phone numbers) that will be available twenty-four (24) hours per day, seven (7) days per week, and an escalation procedure to enable Customer's personnel to maintain contact, as needed, with Motorola.

**Section 8 PAYMENT**

Unless alternative payment terms are specifically stated in this Agreement, Motorola will invoice Customer in advance for each payment period. All other charges will be billed monthly, and Customer must pay each invoice in U.S. dollars within twenty (20) days of the invoice date. Customer agrees to reimburse Motorola for all property taxes, sales and use taxes, excise taxes, and other taxes or assessments levied as a result of Services rendered under this Agreement (except income, profit, and franchise taxes of Motorola) by any governmental entity.

**Section 9 WARRANTY**

Motorola warrants that its Services under this Agreement will be free of defects in materials and workmanship for a period of ninety (90) days following completion of those Services. In the event of a breach of this warranty, Customer's sole remedy is to require Motorola to re-perform the non-conforming Service or to refund, on a pro-rata basis, the fees paid for the non-conforming Service. MOTOROLA DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

**Section 10 DEFAULT/TERMINATION**

10.1. If either party defaults in the performance of this Agreement, the other party will give to the non-performing party a written and detailed notice of the default. The non-performing party will have thirty (30) days thereafter to provide a written plan to cure the default that is acceptable to the other party and begin implementing the cure plan immediately after plan approval. If the non-performing party fails to provide or implement the cure plan, then the injured party, in addition to any other rights available to it under law, may immediately terminate this Agreement effective upon giving a written notice of termination to the defaulting party.

10.2. Any termination of this Agreement will not relieve either party of obligations previously incurred pursuant to this Agreement, including payments which may be due and owing at the time of termination. All sums owed by Customer to Motorola will become due and payable immediately upon termination of this Agreement. Upon the effective date of termination, Motorola will have no further obligation to provide Services.

**Section 11 LIMITATION OF LIABILITY**

This limitation of liability provision shall apply notwithstanding any contrary provision in this Agreement. Except for personal injury or death, Motorola's total liability, whether for breach of contract, warranty, negligence, strict liability in tort, or otherwise, will be limited to the direct damages recoverable under law, but not to exceed the price of the previous twelve (12) months of Service provided under this Agreement. ALTHOUGH THE PARTIES ACKNOWLEDGE THE POSSIBILITY OF SUCH LOSSES OR DAMAGES, THEY AGREE THAT TO THE FULL EXTENT SUCH DAMAGES MAY BE DISCLAIMED BY LAW, MOTOROLA WILL NOT BE LIABLE FOR ANY COMMERCIAL LOSS; INCONVENIENCE; LOSS OF USE, TIME, DATA, GOOD WILL, REVENUES, PROFITS OR SAVINGS; OR OTHER SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES IN ANY WAY RELATED TO OR ARISING FROM THIS AGREEMENT. Except for money due upon an open account, no action may be brought for a breach of this Agreement more than one (1) year after the accrual of such cause of action. This limitation of liability will survive the expiration or termination of this Agreement.

**Section 12 EXCLUSIVE TERMS AND CONDITIONS**

12.1. This Agreement supersedes all prior and concurrent agreements and understandings between the parties, whether written or oral, related to the Services, and there are no agreements or representations concerning the subject matter of this Agreement except for those expressed herein. The Agreement may not be amended or modified except by a written agreement signed by authorized representatives of both parties.

12.2. Customer agrees to reference this Agreement on any purchase order issued in furtherance of this Agreement, however, an inadvertent omission of the reference to this Agreement shall not affect its applicability. In no event shall either party be bound by any terms contained in a Customer purchase order, acknowledgement, or other writings unless, (i) such purchase order, acknowledgement, or other writings specifically refer to this Agreement; (ii) clearly indicate the intention of both parties to override and modify this Agreement; and (iii) such purchase order, acknowledgement, or other writings are signed by authorized representatives of both parties.

**Section 13 PROPRIETARY INFORMATION;CONFIDENTIALITY; INTELLECTUAL PROPERTY RIGHTS**

13.1. Any information or data in the form of specifications, drawings, reprints, technical information or otherwise furnished to Customer under this Agreement will remain Motorola's property, will be deemed proprietary, will be kept confidential, and will be promptly returned at Motorola's request. Customer may not disclose, without Motorola's written permission or as required by law, any such information or data to any person, or use such information or data itself for any purpose other than performing its obligations under this Agreement. The obligations set forth in this Section will survive the expiration or termination of this Agreement

13.2. Unless otherwise agreed in writing, no commercial, financial or technical information disclosed in any manner or at any time by Customer to Motorola will be deemed secret or confidential. Motorola will have no obligation to provide Customer with access to its confidential and proprietary information, including cost and pricing data.

13.3. This Agreement does not grant directly or by implication, estoppel, or otherwise, any ownership right or license under any Motorola patent, copyright, trade secret, or other intellectual property including any intellectual property created as a result of or related to the Equipment sold or Services performed under this Agreement.

**Section 14 FCC LICENSES AND OTHER AUTHORIZATIONS**

Customer is solely responsible for obtaining licenses or other authorizations required by the Federal Communications Commission or any other federal, state, or local government agency and for complying with all rules and regulations required by such agencies. Neither Motorola nor any of its employees is an agent or representative of Customer in any governmental matters.

**Section 15 COVENANT NOT TO EMPLOY**

During the term of this Agreement and continuing for a period of two (2) years thereafter, Customer will not hire, engage on contract, solicit the employment of, or recommend employment to any third party of any employee of Motorola or its subcontractors without the prior written authorization of Motorola. This provision applies only to those employees of Motorola or its subcontractors who are responsible for rendering services under this Agreement. If this provision is found to be overly broad under applicable law, it shall be modified as necessary to conform to such law.

**Section 16 MATERIALS, TOOLS AND EQUIPMENT**

All tools, equipment, dies, gauges, models, drawings or other materials paid for or furnished by Motorola for the purpose of this Agreement will be and remain the sole property of Motorola. Customer will safeguard all such property while it is in Customer's custody or control, be liable for any loss or damage to such property, and return it to Motorola upon request. Such property will be held by Customer for Motorola's use without charge and may be removed from Customer's premises by Motorola at any time without restriction

**Section 17 GENERAL TERMS**

17.1. If any court renders any portion of this Agreement unenforceable, the remaining terms will continue in full force and effect.

17.2. This Agreement and the rights and duties of the parties will be governed and interpreted in accordance with the laws of the State in which the Services are performed.

17.3. Failure to exercise any right will not operate as a waiver of that right, power, or privilege.

17.4. Neither party is liable for delays or lack of performance resulting from any causes such as strikes, material shortages, or acts of God that are beyond that party's reasonable control.

17.5. Motorola may assign its rights and obligations, and may subcontract any portion of its performance, under this Agreement.

17.6. THIS AGREEMENT WILL RENEW, FOR AN ADDITIONAL ONE (1) YEAR TERM, ON EVERY ANNIVERSARY OF THE START DATE UNLESS EITHER THE COVER PAGE SPECIFICALLY STATES A TERMINATION DATE OR ONE PARTY NOTIFIES THE OTHER IN WRITING OF ITS INTENTION TO DISCONTINUE THE AGREEMENT NOT LESS THAN THIRTY (30) DAYS OF THAT ANNIVERSARY DATE. At the anniversary date, Motorola may adjust the price of the Services to reflect its current rates.

17.7. If Motorola provides Services after the termination or expiration of this Agreement, the terms and conditions in effect at the time of the termination or expiration will apply to those Services and Customer agrees to pay for such services on a time and materials basis at Motorola's then effective hourly rates.

Date Received 7/25/03 Originator Gary Case # 7870194

## National Service Support – Contract Processing Checklist

| | |
|---|---|
| Customer Name | Delphi Automotive Syst |
| Field Rep Name: | E Piotrowski |

| Reviewed / Verified (*check-mark means* YES) | | Notes: |
|---|---|---|
| Is this a BWE contract? | ✓ | If yes, then signatures and PO are not needed |
| Is "Service Agreement" available? | ✓ | |
| Isolutions format? | ✓ | If yes, configurator is required. If no, Director approval required. |
| Customer name & address? | ✓ | Verified Ship To tag is not a PO Box |
| Customer # & tags? (Should start with "1") | ✓ | Verified customer number has unique cross reference |
| Customer signature? | ✓ | If "NO" contract & compliance stamp must be included |
| Motorola Representative signature? | ✓ | Verified based on Delegation of Authority web site AND Service Agreement Policy section 1.1 |
| Agreement order #? (s/b 13 digits) | ✓ | |
| Start date? (All should start on the 1st) | ✓ | |
| Expiration date? (Not needed if Auto Renewal) | ✓ | |
| T&C's -3/98 (or newer), Section 4 | ✓ | |
| Payment cycle? | ✓ | |
| Serial Numbers for DD contracts? | ✓ | |
| Does contract total balance? | ✓ | |
| Shop name, city and state for all shops? | ✓ | Verify shop(s) is EHS compliant |
| Breakdown of equip & $$ for all shops? | ✓ | |
| Margin? (Standard for new is 65/35) | ✓ | |
| Was hard copy P.O. provided? | ✓ | |
| Are PO dates and dollars correct? | ✓ | |
| Superseding contract # provided? | ✓ | |
| Is there an annual prepay discount? | ✓ | If over $500K, System Service Business Controller must approve |
| Are there SP products? | ✓ | SOW required for all SP products |
| Is there proper discount approval? | ✓ | Check spread sheet on S drives |
| Update Lotus Notes | ✓ | |
| Update Excel – Contract Tracking Report | | |

| | | |
|---|---|---|
| Cattron Communications Inc. | Warren | OH |
| Motorola - Infrastructure Operations Depot (IDO) | Elgin | IL |
| | | |
| | | |
| | | |

I received Statements of Work that describe the services provided on this Agreement.

Motorola's Service Terms & Conditions, a copy of which is attached to this Service Agreement, is incorporated herein by this reference

| | | |
|---|---|---|
| AUTHORIZED CUSTOMER SIGNATURE | TITLE | DATE |
| Edward Reagan | | |
| CUSTOMER (PRINT NAME) | | |
| | Central Customer Support Manager | |
| MOTOROLA REPRESENTATIVE (SIGNATURE) | TITLE | DATE |
| Ed Piotrowski | 847-435-3646 | 847-576-8311 |
| MOTOROLA REPRESENTATIVE (PRINT NAME) | PHONE | FAX |