BODMAN LLP
Ralph E. McDowell (P39235) (Admitted Pro Hac Vice)
*rmcdowell@bodmanllp.com*
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7592
Attorneys for Cooper-Standard Automotive Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et al

    Debtors.

Chapter 11

Case No. 05-44481 (RDD)
(Jointly Administered)

**WITHDRAWAL OF OBJECTION BY COOPER-STANDARD AUTOMOTIVE INC. TO
DEBTORS' (I) NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN
CONNECTION WITH THE SALE OF INTERIORS AND CLOSURES BUSINESSES
AND (II) MOTION FOR SALE OF INTERIORS AND CLOSURES BUSINESSES**

Cooper-Standard Automotive Inc. ("Cooper-Standard") hereby withdraws its Objection

to: Debtors' (I) Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease

to be Assumed and Assigned in Connection with the Sale of Interiors and Closures Business

("Cure Notice") [Docket #11164] and (II) Debtors Motion for Sale of its Interiors and Closures

Businesses [Docket #10606], which was filed on December 10, 2007 at Docket #11380.

BODMAN LLP

By:____*/s/* Ralph E. McDowell_____
      Ralph E. McDowell (P39235)
Attorneys for Cooper-Standard Automotive Inc.
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777

January 11, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing ***Withdrawal of Objection by Cooper-Standard Automotive Inc. to Debtors' (I) Notice of Cure Amount with respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with the Sale of Interiors and Closures Businesses and (II) Motion for Sale of Interiors and Closures Businesses*** was electronically filed using the Court's CM/ECF filing system, and that a true and correct copy of the same was served via Federal Express to the parties identified below:

Delphi Corp.
5725 Delphi Drive
(Attn: General Counsel)
Troy, Michigan 48098

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
(Attn: John Wm. Butler, Jr.; John K. Lyons, Joseph N. Wharton)
Chicago, Illinois 60606

and

The Honorable Robert D. Drain
United States Bankruptcy Judge
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, New York 10004

/s/  Ralph E. McDowell

Dated:  January 11, 2008                          Ralph E. McDowell

-2-