HEARING DATE: January 17, 2008
RESPONSE DEADLINE: January 11, 2008

DREIER LLP
Paul Traub (PT 3752)
Maura I. Russell (MR 1178)
Anthony B. Stumbo (AS 9374)
499 Park Avenue
New York, New York 10022
Tel. (212) 328-6100

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| **DELPHI CORPORATION,** *et al.,*  **Debtors.** | **Chapter 11** |
| : : : : : | **Case No. 05-44481 (RDD)** |
| | **(Jointly Administered)** |

**SUPPLEMENT TO EXHIBITS TO RESPONSE OF SPCP GROUP, L.L.C. TO MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(A) AND 502(C) ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING (DOCKET NO. 11892)**

SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD (collectively, "Silver Point"), by and through its undersigned counsel, hereby submits its Supplement to the Exhibits to its Response (the "Silver Point Response") to the above-captioned Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of Administration of Discount Rights Offering (*Docket No. 11892*). Attached hereto as "Exhibit A Supplement" and "Exhibit B Supplement" are the documents to be incorporated as a supplement to the Silver Point Response.

Dated: January 11, 2008                                                   Respectfully Submitted,
New York, New York

                                                                                        **DREIER LLP**

                                                                                       */s/ Maura I. Russell*
                                                                                       Paul Traub (PT 3752)
                                                                                       Maura I. Russell (MR 1178)
                                                                                       Anthony B. Stumbo (AS 9374)
                                                                                       499 Park Avenue
                                                                                       New York, New York 10022
                                                                                       Tel. (212) 328-6100

                                                                                       Attorneys for SPCP GROUP, L.L.C., as agent for Silver Point
                                                                                       Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD