# EXHIBIT A SUPPLEMENT

# EXHIBIT A- (SUPPLEMENT)
# SPCP GROUP, L.L.C.

| Creditor Name | Claim Number | Total Asserted Claim Amount | Discount Rights Offering Participation Amount |
|---|---|---|---|
| UNITED STATES STEEL CORP | 8657 | $ 399,548.00 | $ 32,760.10 |