Vincent A. D'Agostino (VD-0120)
Eric H. Horn (EH-2020)
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500

and

1251 Avenue of the Americas
New York, NY  10020
212.262.6700
*Counsel to the AT&T Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

ELIZABETH LAWLER, being duly sworn on her oath according to law, deposes and says:

1. I am a legal assistant employed by the law firm of Lowenstein Sandler PC, counsel to AT&T Corp., AT&T Global Services f/k/a SBC Global, SBC Advanced Solutions, Inc., SBC Yellow Pages, SBC Long Distance, SBC Advanced Solutions, Inc., SBC Datacomm, Cingular Wireless n/k/a AT&T Mobility LLC, and BellSouth Telecommunication, Inc. (collectively, the "AT&T Entities"), in the above captioned matter.

2. I certify that on January 11, 2008, pursuant to the service requirements set forth in the *Notice of Hearing on Motion For Order Pursuant to 11 U.S.C. §§105(a) and 502(c) Estimating Or Provisionally Allowing Certain Unreconciled Claims Solely For Purposes of Administration Of Discount Rights Offering*, I served the following document upon the parties indicated on the attached service list, in the manner listed therein:

    a. *Objection of AT&T and its Related Entities To Debtors' Motion For An Order Pursuant to 11 U.S.C. §§105(a) and 502(c) Estimating Or Provisionally Allowing Certain Unreconciled Claims Solely For Purposes of Administration Of Discount Rights Offering.*

-2-

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 11, 2008               /s/ Elizabeth Lawler
                                      Elizabeth Lawler


Sworn to before me this
 11th  day of January, 2008

 /s/ Mary Knodel
Notary Public
State of New Jersey
My commission expires 8/29/08

## SERVICE LIST

*Via Facsimile:*

Delphi Corporation
5725 Delphi Drive,
Troy, Michigan 48098
Attn: General Counsel
Fax: 248-813-2673

Alicia Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004
Fax: 212-688-2255

*Via Facsimile and Electronic Mail:*

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Fax: 312.407.8501
E-mail: jack.butler@skadden.com

John K. Lyons
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Fax: 312.407.8532
E-mail: john.lyons@skadden.com

Donald Bernstein
Davis, Polk & Wardell
450 Lexington Ave.
New York, NY  10017
Fax: 212-450-3092
E-mail: donald.bernstein@dpw.com

Brian Resnick
Davis, Polk & Wardell
450 Lexington Ave.
New York, NY  10017
Fax: 212-450-3213
E-mail: brian.resnick@dpw.com

-4-

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004
Fax: 212-859-4000
E-mail: bonnie.steingart@friedfrank.com

Mark Broude
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
Fax: 212-751-4864
E-mail: mark.broude@lw.com

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
Fax: 2212-751-4864
E-mail: robert.rosenberg@lw.com


*Via Overnight Mail:*

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, NY  10004