Hearing Date and Time: January 17, 2008 at 10:00 A.M.

Response Date and Time: January 11, 2008 at 4:00 P.M.

Elena Lazarou (EL-5681)
Reed Smith LLP
559 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450

-and-

Stephen T. Bobo
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400

Attorneys for York International Corporation.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re                                                            :
                                                                 :
DELPHI CORPORATION, et al.,             :   Chapter 11
                                                                 :
                Debtors.                             :   Case No. 05-44481 (RDD)
                                                                 :
                                                                 :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## YORK INTERNATIONAL CORPORATION'S RESPONSE TO MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 (a) AND 502(c) ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING

York International Corporation ("York") hereby objects to the Motion of Delphi Corporation and its debtor affiliates ("Delphi") seeking to estimate or provisionally allow certain unreconciled claims solely for purposes of administration of the proposed discount rights offering. York has filed claim number 15530 in the amount of $88,202.55 and claim number 15531 in the amount of $74,971.50. Delphi's motion proposes to estimate the amount of both claims at $74,971.50, in effect attempting to disallow claim number 15530. York has previously

provided Delphi with documentary support for claim number 15530, although the parties have not yet reconciled the amounts contained in the claim.

Delphi's motion seeks to deny value to York's claims without an adjudication of their merits.  Instead, due process and fairness requires claim numbers 15530 and 15531 to be estimated in the combined amount of $163,174.05 for purposes of the Discount Rights Offering. Otherwise, York would not be able to be fully compensated for the amount of its claim number 15530 when it is ultimately allowed.  Therefore, Delphi's motion should be denied with respect to York's claims 15530 and 15531.

|  |  |
|---|---|
| Dated:  January 11, 2008 | RESPECTFULLY SUBMITTED |
|  | York International Corporation. |
|  | By:  /s/ Elena Lazarou |
|  | REED SMITH LLP<br>599 Lexington Avenue<br>New York, NY  10022<br>Telephone:  212-521-5400<br>Facsimile:  212-521-5450 |
|  | Of Counsel |
|  | Stephen T. Bobo<br>REED SMITH LLP<br>10 South Wacker Drive<br>40th Floor<br>Chicago, IL  60606<br>Telephone:  312-207-1000<br>Facsimile:  312-207-6400 |