GAR:plw  1/10/08

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
In re:                        |   Chapter 11
                              |
DELPHI CORPORATION, et al.    |   Case No. 05-44481 (RDD)
                              |
              Debtors         |   (Jointly Administered)
------------------------------x



# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, ATTORNEY GREGG A. ROSSI, a member in good standing of the bar of the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent **JAMES HUTZ, JR.**, a creditor in the above-referenced case.

Mailing address:    P.O. Box 6045
                    Youngstown, Ohio  44501

E-mail address:     garossi@ameritech.net

Telephone number:   330/744-8695

The filing fee of $25.00 has been submitted with this Motion for *Pro Hac Vice* admission.

Dated: January 10, 2008

ROSSI & ROSSI

BY: _____
GREGG A. ROSSI (#00512224)
26 Market Street, 8th Floor
P.O. Box 6045
Youngstown, Ohio  44501
Phone: 330/744-8695
Fax:   330/744-0334
garossi@ameritech.net
ATTORNEYS FOR CREDITOR,
**JAMES HUTZ, JR.**