**BROWN RUDNICK BERLACK ISRAELS LLP**
Seven Times Square
New York, NY 10036
(212) 209-4800
Robert J. Stark (RS-3575)
Daniel J. Saval (DS-2437)

*Counsel to Law Debenture Trust Company of New York, as successor Indenture Trustee for the 8.25% Junior Subordinated Notes due 2033 and the Adjustable Rate Junior Subordinated Notes due 2033*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
In re:                                       :     Chapter 11
                                             :
**DELPHI CORPORATION, et al.**,              :     Case No. 05-44481 (RDD)
                                             :
                                             :     Jointly Administered
                       Debtors.              :
                                             :
----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

      Christopher Michael Lau Kamg, being duly sworn, deposes and says:  I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

      On the 11th day of January, 2008 I caused to be served a true copy of the *Objection of Law Debenture Trust Company of New York To Confirmation of First Amended Joint Plan of Reorganization of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession* on the parties listed on the attached service list by the manner indicated thereon and

8175690

by electronic mail.

                                                                    _/s/ Christopher Michael Lau Kamg_
                                                                    Christopher Michael Lau Kamg

Sworn to before me this
11th day of January, 2008.

_/s/ Vicki A. Goldstein_
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011