**OVERNIGHT MAIL**

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   John Wm. Butler, John K. Lyons,
            Ron E. Messler
333 W. Wicker Dr., Suite 2100
Chicago, IL  60606

**HAND DELIVERY**

Shearman & Sterling LLP
Attn:  Douglas Bartner,
           Jill Frizzley
599 Lexington Avenue
New York, NY  10022

**HAND DELIVERY**

Davis Polk & Wardwell
Attn:  Donald Bernstein
450 Lexington Avenue
New York, NY  10017

**HAND DELIVERY**

Simpson Thatcher & Bartlett LLP
Attn: Kenneth S. Ziman
          Robert H. Trust
425 Lexington Avenue
New York, NY  10017

**HAND DELIVERY**

United States Trustee's Office
Alicia M. Leonard
33 Whitehall Street, 21st Floor
New York, NY  10004-2112

**HAND DELIVERY**

Hogan & Hartson, L.L.P.
Attn:  Scott A. Golden, Esq.
875 Third Avenue
New York, NY  10022

**HAND DELIVERY**

Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, New York 10022
Attn: Robert Rosenberg, Esq.

**HAND DELIVERY**

Wachtell, Lipton, Rosen & Katz, LLP
51 West 52nd Street
New York, New York 10019
Attn: Richard G. Mason, Esq.

**HAND DELIVERY**

P. Gregory Schwed, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York  10154-0037

**FIRST CLASS MAIL**

Marvin E. Clements, Jr., Senior Counsel
Office of the Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202-0207

**FIRST CLASS MAIL**

Jay W. Hurst
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

**OVERNIGHT MAIL**

APS Clearing, Inc.
1301 S. Capital of Texas Highway, Suite B-220
Austin, TX  78746
Attn:  Matthew Hamilton, Esq.
           Andy Leinoff

**HAND DELIVERY**

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, New York  10036

**HAND DELIVERY**

Allan S. Brilliant
Craig P. Druehl
Goodwin Procter LLP
599 Lexington Avenue
New York, New York  10022

**OVERNIGHT MAIL**

Richard J. Parks
MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, PA  16507-1459

**OVERNIGHT MAIL**

Gregory O. Kaden, Esq.
Ropes & Gray LLP
One International Place
Boston, MA  02110-2624

**FIRST CLASS MAIL**

Riverside Claims LLC
P.O. Box 626
Planetarium Station
New York, New York  10024

**OVERNIGHT MAIL**

Swidler Berlin, LLP
2020 K Street, N.W.
Washington, DC  20006
Attn:  Robert N. Steinwurtzel, Esq.

**OVERNIGHT MAIL**

David B. Draper, Esq.
Terra Law LLP
60 S. Market Street, Suite 200
San Jose, CA  95113

**HAND DELIVERY**

Cohen Weiss & Simon
Attn: Bruce Simon
330 W. 42nd Street
New York, NY 10036

**HAND DELIVERY**

Curtis, Mallet-Prevost, Cole & Moshe LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, NY 10178-0081

**OVERNIGHT MAIL**

Delphi Corporation
Attn: Sean Corcoran,
        Karen Craft
5725 Delphi Drive
Troy, MI 48098

**OVERNIGHT MAIL**

Electronic Data Systems Corp.
Attn: Michael Nefkens
5508 Corporate Drive MSIA
Troy, MI 40098

**OVERNIGHT MAIL**

Flextronics International
Attn: Carrie L. Schiff
6328 Monarch Park Place
Niwot, CO 80503

**OVERNIGHT MAIL**

Freescale Semiconductor, Inc
Attn: Richard Lee Chambers, III
8501 William Cannon Drive West
MD, OE16
Austin, TX 78735

**HAND DELIVERY**

FTI Consulting. Inc
Attn: Randall S. Eisenberg
3 Times Square
11th Floor
New York, NY 10036

**OVERNIGHT MAIL**

General Electric Company
Attn: Valerie Venable
9930 Kincey Avenue
Huntersville, NC 28078

**OVERNIGHT MAIL**

Groom Law Group
Attn:   Lonie A. Hassel
1701 Pennsylvania Avenue, NW
Washington, DC 20006

**HAND DELIVERY**

Hodgson Russ LLP
Attn:   Stephen H. Gross
152 West 57th Street, 35th Floor
New York, NY 10019

**OVERNIGHT MAIL**

Cadwalader Wickersham & Taft LLP
1201 F Street, NW Suite 1100
Washington, DC 20004
Attn: Jeannine D'Amico

**OVERNIGHT MAIL**

Horrigman Miller Schwartz and Cohn LLP
Attn:   Robert B. Weiss, Esq.
2290 First National Building
690 Woodward Avenue
Detroit, MI 48226-3583

**FIRST CLASS MAIL**

Internal Revenue Service
Attn: Insolvency Department, Mario Valerio
290 Broadway, 5th Floor
New York, NY 10007

**OVERNIGHT MAIL**

Internal Revenue Service
Attn: Insolvency Department
477 Michigan Avenue
Mail Stop 15
Detroit, MI 48226

**OVERNIGHT MAIL**

IUE-CWA
Attn:   Henry Reichard
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

**HAND DELIVERY**

Jefferies & Company, Inc,
Attn:   William Q. Darrough
520 Madison Avenue, 12th Floor
New York, NY 10022

**HAND DELIVERY**

JPMorgan Chase Bank, N.A
Attn:   Thomas F. Maher
            Richard Duker
            Gianni Russello
            Vilma Francis
            Neema Veluvolu
4 New York Plaza, 16th Floor
New York, New York 10004-2413

**HAND DELIVERY**

Kramer Levin Naftalis & Frankel LLP
Attn:   Gordon Z. Novod
1177 Avenue of the Americas
New York, NY 10039

**HAND DELIVERY**

Kramer Levin Naftalis & Frankel LLP
Attn:   Thomas Moore Mayer
1177 Avenue of the Americas
New York, NY 10039

**OVERNIGHT MAIL**

Kurtzman Carson Consultants
Attn:   James Le
12910 Culver Blvd., Suite 1
Los Angeles, CA 90056

**HAND DELIVERY**

Law Debenture Trust of New York
Attn:   Patrick H. Healy
400 Madison Avenue, 4th Floor
New York, New York  10017

**HAND DELIVERY**

Law Debenture Trust of New York
Attn:   Daniel R. Fisher
400 Madison Avenue, 4th Floor
New York, New York  10017

**OVERNIGHT MAIL**

McDermott Will & Emery LLP
Attn:   David D. Cleary
            Mohsin N. Khambatl
            Peter A. Clark
            Jason J. DeJonker
227 West Monroe Street
Chicago, IL 60606

**OVERNIGHT MAIL**

McTigue Law Firm
Attn:   J. Brian McTigue
            Cornish F. Hitchcock
5301 Wisconsin Ave. N.W., Suite 350
Washington, DC 20015

**OVERNIGHT MAIL**

Mesirow Financial
Attn:   Melissa Knolls
321 N. Clark St., 13th Floor
Chicago, IL 80601

**HAND DELIVERY**

Morrison Cohen LLP
Attn:   Joseph T. Moldovan, Esq.
909 Third Avenue
New York, NY 10022

**HAND DELIVERY**

Northeast Regional Office
Attn:   Mark Schonfeld, Regional Director
3 World Financial Center, Room 4300
New York, NY 10281

**HAND DELIVERY**

Office of New York State
Attn:  Attorney General
120 Broadway
New York City, NY 10271

**OVERNIGHT MAIL**

O'Melveney & Meyer LLP
Attn:  Robert Siegel
400 South Hope Street
Los Angeles, CA 90071

**OVERNIGHT MAIL**

O'Melveney & Meyer LLP
Attn:  Tom A. Jerrian,
          Rachel Janger
1625 I Street
Washington, DC 20006

**OVERNIGHT MAIL**

Pension Benefit Guaranty Corporation
Attn:  Jeffrey Cohen
1200 K Street N.W., Suite 340
Washington, DC 20005

**OVERNIGHT MAIL**

Pension Benefit Guaranty Corporation
Attn:  Ralph L. Landy
1200 K Street N.W., Suite 340
Washington, DC 20005

**HAND DELIVERY**

Phillips Nizer LLP
Attn:  Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

**HAND DELIVERY**

Rothchild Inc.
Attn:  David L. Resnick
1251 Avenue of the Americas
New York, NY 10020

**HAND DELIVERY**

Seyfarth Shaw LLP
Attn:  Robert W. Dremiuk
1270 Avenue of the Americas, Suite 2500
New York, NY 10020-1801

**BY HAND**

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn:  Kayalyn A. Marafoil
          Thomas J. Metz
4 Times Square
New York, NY 10036

**OVERNIGHT MAIL**

Spencer Fane Britt & Browne LLP
Attn:  Daniel D. Doyle
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO 63105

| | |
|---|---|
| **OVERNIGHT MAIL**<br><br>Spencer Fanes Britt & Browne LLP<br>Attn:   Nicholas Franke<br>1 North Brentwood Boulevard, Tenth Floor<br>St. Louis, MO 63105 | **HAND DELIVERY**<br><br>Stevens & Lee, P.C.<br>Attn:   Chester B. Salomon<br>            Constantine D. Pourakis<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 |
| **HAND DELIVERY**<br><br>Togut, Segal & Segal, LLP<br>Attn:   Albert Togut<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 | **HAND DELIVERY**<br><br>United States Trustee<br>Attn:   Deirdre A Martini<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |
| **OVERNIGHT MAIL**<br><br>Warner Stevens, LL.P.<br>Attn:   Michael D. Warner<br>1700 City Center Tower II<br>301 Commerce Street<br>Fort Worth, TX 76102 | **HAND DELIVERY**<br><br>Weil, Gotshal & Manges LLP<br>Attn:   Jeffrey L. Tenenbaum. Esq.<br>767 Fifth Avenue<br>New York, NY 10153 |
| **HAND DELIVERY**<br><br>Weil Gotshal & Manges LLP<br>Attn:   Martin J. Bienenstock, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | **HAND DELIVERY**<br><br>Weil Gotshal & Manges LLP<br>Attn:   Michael P. Kessler, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 |
| **OVERNIGHT DELIVERY**<br><br>John T. Gregg<br>Barnes & Thornburg LLP<br>300 Ottawa Avenue, NW, Suite 500<br>Grand Rapids, Michigan 49503 | **OVERNIGHT DELIVERY**<br><br>Michael K. McCrory<br>Mark R. Owens<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204 |

**OVERNIGHT MAIL**

Wilmington Trust Company
Attn:   Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

**HAND DELIVERY**

Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, New York 10022
Christopher J. Battaglia, Esq.
Julie D. Dyas, Esq.

**OVERNIGHT DELIVERY**

Dennis J. Connolly
David A. Wender
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424

**HAND DELIVERY**

Craig E. Freeman
Alston & Bird LLP
90 Park Avenue
New York, New York  10016-1387

**OVERNIGHT MAIL**

Roland Hwang
Assistant Attorney General
3030 W. Grand Boulevard, Suite 9-600
Detroit, MI 48202

**OVERNIGHT MAIL**

Jill M. Hartley
Previant, Goldberg, Uelmen Gratz, Miller &
    Brueggeman, S.C.
1555 N. River Center Drive, Suite 202
P.O. Box 12993
Milwaukee, WI 53212

**HAND DELIVERY**

Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
Attn: Anthony Princi, Esq.
     Thomas L. Kent, Esq.

**OVERNIGHT MAIL**

Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Attn: W. Timothy Miller, Esq.

**FIRST CLASS MAIL**

John P. Dillman, Esq.
P.O. Box Box 3064
Houston, Texas 77253-3064

**OVERNIGHT MAIL**

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT  06510

**HAND DELIVERY**

Maura I. Russell
Wendy G. Marcari
Traub, Bonaquist & Fox LLP
655 Third Avenue, 21st Floor
New York, NY  10017

**OVERNIGHT MAIL**

Richard P. Norton, Esq.
Reed Smith LLP
One Riverfront Plaza, 1st Floor
Newark, NJ  07102

**OVERNIGHT MAIL**

Beth Klimczak
General Counsel
Jason, Inc.
411 E. Wisconsin Ave., Suite 2120
Milwaukee, WI  53202

**HAND DELIVERY**

Stephen B. Selbst
James M. Sullivan
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York  10017

**OVERNIGHT MAIL**

John S. Brannon
Thompson & Knight LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas  75201-4693

**OVERNIGHT MAIL**

Jerome F. Crotty
Rieck and Crotty, P.C.
55 West Monroe Street, Suite 3390
Chicago, Illinois  60603

**OVERNIGHT MAIL**

Sean M. Walsh, Esq.
Cox, Hodgman & Giarmarco, P.C.
Tenth Floor Columbia Center
101 W. Big Beaver Road
Troy, Michigan  48084-5280

**OVERNIGHT MAIL**

Linear Technology Corporation
Attn:  John England, Esq.
1630 McCarthy Blvd.
Milpitas, CA  95035-7417

**OVERNIGHT MAIL**

Sarah E. Morrison
Deputy Attorney General
State of California  Office of the Attorney General
300 South Spring Street, Ste. 1702
Los Angeles, California  90013

**HAND DELIVERY**

Carren Shulman, Esq.
Timothy Mehok, Esq.
Heller Ehrman LLP
Times Square Tower
Seven Times Square
New York, New York 10036

**HAND DELIVERY**

Malani J. Sternstein
Eric Waters
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, New York  10112

**OVERNIGHT MAIL**

Theodore A. Cohen
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, California  90071

**HAND DELIVERY**

Assistant Attorney General
120 Broadway – 24th Floor
New York, New York  10271

**OVERNIGHT MAIL**

Bruce A. Harwood, Esq.
Sheehan Phinney Bass & Green, P.A.
1000 Elm Street, P.O. Box 3701
Manchester, NH  03105-3701

**OVERNIGHT MAIL**

Mark D. Houle
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

**OVERNIGHT MAIL**

Karen B. Dine
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, New York  10036-4039

**OVERNIGHT MAIL**

Gregory J. Jordan
Dykema Gossett PLLC
10 S. Wacker, Ste 2300
Chicago, IL  60606

**OVERNIGHT MAIL**

Michael R. Seidl, Esq.
Pachulski Stang Ziehl Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**HAND DELIVERY**

Robert J. Feinstein, Esq.
Ilan D. Scharf, Esq.
Pachulski Stang Ziehl Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017-2024

**HAND DELIVERY**

H. Slayton Dabney, Jr., Esq.
Bill Dimos, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036

**HAND DELIVERY**

Michael P. Richman
Foley & Lardner LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314

**HAND DELIVERY**

Peter Janovsky, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, New York 10022

**OVERNIGHT MAIL**

James R. Scheuerle
Parmenter O'Toole
601 Terrace Street, PO Box 786
Muskegon, MI 49443-0786

**OVERNIGHT MAIL**

John A. Simon
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue
Suite 2700
Detroit, MI 48226-3489

**HAND DELIVERY**

D. Farrington Yates
Sonnenschein Nath & Rosenthal LLP
1221 Avenue Of The Americas, 24th Floor
New York, New York 10020

**OVERNIGHT MAIL**

R. John Clark, Esq.
Hancock & Estabrook, LLP
1500 Tower I, P.O. Box 4976
Syracus, NY 13221-4976

**OVERNIGHT MAIL**

Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa St., 30th Floor
Los Angeles, CA 90017

Attn:  Gregory A. Bray, Esq.
         Thomas R. Kreller, Esq.
         James E. Till, Esq.

**HAND DELIVERY**

Andrew N. Rosenberg
Justin G. Brass
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

**HAND DELIVERY**

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

| | |
|---|---|
| **HAND DELIVERY** | **OVERNIGHT MAIL** |
| Douglas E. Deutsch, Esq.<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, New York  10112 | Maria J. DiConza<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, New York  10166 |
| **OVERNIGHT MAIL** | |
| Shari L. Heyen<br>Greenberg Traurig, LLP<br>1000 Louisiana, Suite 1800<br>Houston, Texas 77002 | |
| | **OVERNIGHT MAIL** |
| | Eduardo J. Glas, Esq.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102-4096 |
| **OVERNIGHT MAIL** | |
| Michael M. Parker<br>Fulbright & Jaworski L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, Texas  78205 | |
| **OVERNIGHT MAIL** | **FIRST CLASS MAIL** |
| Internal Revenue Service<br>915 2nd Avenue, M/S 243<br>Seattle, WA  98174 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA  19114 |

**HAND DELIVERY**

Maria J. DiConza
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY  10166

**OVERNIGHT MAIL**

Shari L. Heyen
Greenberg Traurig, LLP
1000 Louisiana, Suite 1800
Houston, Texas  77002

**OVERNIGHT MAIL**

David G. Dragich
Foley & Lardner LLP
500 Woodward Ave., Suite 2700
Detroit, Michigan  48226-3489

**OVERNIGHT MAIL**

Alan Miller
Intermet Corporation
301 Commerce Street, Suite 2901
Fort Worth, Texas  76102

**OVERNIGHT MAIL**

Lisa S. Gretchko
Howard & Howard Attorneys, P.C.
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI  48304-5151

**OVERNIGHT MAIL**

Joel D. Applebaum
500 Woodward Ave., Ste 3500
Detroit, MI  48226

**OVERNIGHT MAIL**

Tracy E. Richardson
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughs Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey  08625-0106

**OVERNIGHT MAIL**

Monika J. Machen
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606

**OVERNIGHT MAIL**

William J. Barrett
Kimberly J. Robinson
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago Illinois 60606

**OVERNIGHT MAIL**

Ronald R. Peterson, Esq.
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois 60611

**OVERNIGHT MAIL**

Seth A. Drucker, Esq.
Honigman Miller Schwartz And Cohn LLP
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI 48226

**OVERNIGHT MAIL**

Brendan G. Best, Esq.
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

**OVERNIGHT MAIL**

Eric T. Ray
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203

**OVERNIGHT MAIL**

Dennis J. Connolly
David A. Wender
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

**HAND DELIVERY**

Conrad K. Chiu
Day Pitney LLP
7 Times Square
New York, NY 10036

**OVERNIGHT MAIL**

Kasey C. Nye, Esq.
Quarles & Brady LLP
One South Church Avenue, Suite 1700
Tucson, Arizona 85701

**OVERNIGHT MAIL**

Roy L. Prange, Esq.
Quarles & Brady LLP
33 E. Main Street, Suite 900
Madison, WI 53703-3095

**HAND DELIVERY**

Ira S. Dizengoff
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, New York 10022-2524

**OVERNIGHT MAIL**

David M. Dunn
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

**OVERNIGHT MAIL**

Michael A. Trentadue
Bose McKinney & Evans LLP
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, IN 46204

**HAND DELIVERY**

Roberto Carrillo, Esq.
Garvey Schubert Barer
100 Wall Street, 20th Fl.
New York, New York 10005

**OVERNIGHT MAIL**

W. Robinson Beard, Esq.
Stites & Harbison, PLLC
400 West Market Street
Louisville, Kentucky 40202

**OVERNIGHT MAIL**

Thomas R. Slome, Esq.
Rosen Slome Marder LLP
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553

**HAND DELIVERY**

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405

Attn: Aaron R. Marcu
       Susan Power Johnston

**OVERNIGHT MAIL**

Dennis J. Connolly
David A. Wender
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

**OVERNIGHT MAIL**

Michelle T. Sutter
Principal Assistant Attorney General
Environmental Enforcement Section
30 E. Broad Street, 25th Floor
Columbus, Ohio 43215

**HAND DELIVERY**

Stephen H. Gross, Esq.
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, New York 10165-0150

**OVERNIGHT MAIL**

Paul H. Spaeth, Co. LPA
130 W. Second Street, Suite 450
Dayton, Ohio 45402