# UNITED STATES BANKRUPTCY COURT
## Southern District of New York
(Manhattan)

|  |  |
|---|---|
| In Re: ) | Case No. 05-44481-rdd |
| ) |  |
| DELPHI CORP., ) |  |
| ) | Chapter 11 |
| Debtor. ) |  |
| ------------------------------------------------------------x |  |

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On January 11, 2008, a true and correct copy of the *Supplement to Exhibits to Response of SPCP Group, L.L.C. to Motion for Order Pursuant to 11 U.S.C. 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of Administration of Discount Rights Offering [DI.#* **11926],** which has been filed today in the above captioned proceeding, was caused to be served on the parties listed on the attached Service List: Exhibit A by Facsimile, Exhibit B by Hand Delivery, and Exhibit C by Electronic Mail.

**Dreier LLP**

By: */s/Jean L. Guerrier*
    **Jean L. Guerrier**

**Sworn to before me this**
**11th day of January, 2008.**

*/s/ Lori Rudolph*
**Notary Public**

**Lori Rudolph - Notary Public, State of New York**
**No. 01RU4883588**
**Qualified in Richmond County**
**Commission Expires January 26, 2010**

{00319059.DOC;}

## Service List Exhibit A
### - via Facsimile

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel
(248) 813-2673

{00319059.DOC;}

## Service List Exhibit B
## - via Hand Delivery

**United States Bankruptcy Court**
**for the Southern District of New York**
One Bowling Green, Room 632
New York, NY 10004
Attn: The Chambers of the Honorable Robert D. Drain
 United States Bankruptcy Judge

**The Office of the United States Trustee**
**for the Southern District of New York**
33 Whitehall Street, Suite 2100
New York, New York 10004
(Attn: Alicia M. Leonhard)

## Service List Exhibit B
## - via Electronic Mail

Counsel to the Debtors-
**Skadden, Arps, Slate, Meagher & Flom LLP**,
333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606
(Attn: John K. Lyons. and Ron E. Meisler )
john.lyons@skadden.com; ron.meisler@skadden.com

Counsel for the agent under the post-petition credit facility-
**Davis Polk & Wardwell**
450 Lexington Avenue New York, New York 10017
(Attn: Donald Bernstein and Brian Resnick)
donald.bernstein@dpw.com ; brian.resnick@dpw.com


Counsel for the official committee of unsecured creditors-
**Latham & Watkins LLP**
885 Third Avenue, New York, New York 10022
(Attn: Robert J. Rosenberg and Mark A. Broude)
robert.rosenberg@lw.com  ; mark.broude@lw.com


Counsel for the official committee of equity security holders-
**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza, New York, New York 10004
(Att'n: Bonnie Steingart)
bonnie.steingart@friedfrank.com