UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re :
:
DELPHI CORPORATION, et al.,  :  Chapter 11
:
                    Debtors.  :  Case No. 05-44481 (RDD)
:
: (Jointly Administered)
:
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January 2008, I caused to be served a true and correct copy of the *OBJECTION OF GENERAL ELECTRIC CAPITAL CORPORATION TO MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 (a) AND 502(c) ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING* via facsimile and Federal Express to the following counsel of record:

| | |
|---|---|
| Delphi Automotive Systems LLC<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n: General Counsel<br>Fax: 248.813.2673 | Skadden, Arps, Slate, Meagher &Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Att'n: John W. Butler, Jr., John K. Lyons<br>Fax: 312.407.0411 |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n: Deputy General Counsel, Transactions & Restructuring<br>Fax: 248.813.2673 | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Att'n: Donald Bernstein and Brian Resnick<br>Fax: 212.450.3800 |
| Latham & Watkins LLP<br>885 Third Avenue | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza |

NYLIB-469238.1

| | |
|---|---|
| New York, NY 10022<br>Att'n: Robert J. Rosenberg and Mark A. Broude<br>Fax: 212.751.4864 | New York, NY 10004<br>Att'n: Bonnie Steingart<br>Fax: 212.859.4000 |
| Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>Att'n: Alicia Leonhard<br>Fax: 212.668.2255 | |

Date:  January 11, 2008
         New York, NY

                                         _/s/ Marianne Pichuzhkina_____
                                         Marianne Pichuzhkina