UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| DELPHI CORPORATION, INC., <u>et al.</u>, | ) Case No. 05-44481 (RDD) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, hereby certify that on this 11th day of January, 2008, I caused true and correct copies of *Kilory Realty, L.P.'s (I) Objection to the Debtors' Motion for Order Pursuant to 11 U.S.C. §§105(a) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely For Purposes of Administration of Discount Rights Offering* served via facsimile and regular mail, postage prepaid on the parties listed on the annexed Service List.

/s/ Jil Mazer-Marino
Jil Mazer-Marino (JM-6470)

Service List

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr., Esq.
    John K. Lyons, Esq.
Facsimile No.: (312)407-0411

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Donald Bernstein, Esq.
    Brian Resnick, Esq.
Facsimile No.: (212)450-3800

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Robert J. Rosenberg, Esq.
    Mark A. Broude, Esq.
Facsimile No.: (212)751-4864

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn: Bonnie Steingart, Esq.
Facsimile No.: (212)859-4000

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Alicia M. Leonhard, Esq.
Facsimile No.: (212)688-2255