## CERTIFICATE OF SERVICE

I, Matthew L. Schwartz, Assistant United States Attorney for the Southern District of New York, hereby certify that on January 11, 2008, in addition to service via ECF, I caused true copies of the foregoing United States of America's Objections to the Joint Plan of Reorganization to be served, via Federal Express, upon the persons set forth below:

>Delphi Corporation
>Attn:  General Counsel
>5725 Delphi Drive
>Troy, Michigan 48098
>
>John Wm. Butler, Jr., Esq.
>John K. Lyons, Esq.
>Joseph N. Wharton, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>333 West Wacker Drive, Suite 2100
>Chicago, Illinois 60606
>
>Donal Bernstein, Esq.
>Brian Resnick, Esq.
>Davis Polk & Wardwell
>450 Lexington Avenue
>New York, New York 10017
>
>Robert J. Rosenberg, Esq.
>Mrk A. Broude, Esq.
>Latham & Wtkins LLP
>885 Third Avenue
>New York, New York 10022
>
>Bonnie Steingart, Esq.
>Fried, Frank, Harris, Shriver & Jacobson LLP
>One New York Plaza
>New York, New York 10004

Thomas E. Lauria, Esq.
Whte & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131

Glenn M. Kurtz, Esq.
John M. Reiss, Esq.
Gregory Pryor, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036

Jeffrey L. Tanenbaum, Esq.
Michael P. Kessler, Esq.
Robert J. Lemons, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

      /s/ Matthew L. Schwartz
MATTHEW L. SCHWARTZ
Assistant United States Attorney