**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

      DELPHI CORPORATION, et. al        Chapter 11
                                        Case no. 05-44481(RDD)
                       Debtors        (Jointly Administered)
_____/

### PROOF OF SERVICE

    I, Teri Breaugh, state that on January 11, 2008, I did send a copy of Objections Of Certain Retiree Claimants To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession and this Proof Of Service by Federal Express, Overnight Delivery and E-Mail to:

Thomas E. Lauria
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131-2352
**E-Mail: _tlauria@whitecase.com_**

Skadden Arps Slate Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
**E-Mail: _jack.butler@skadden.com_**

    I also state that on January 11, 2008, I did hand deliver a copy of Objections Of Certain Retiree Claimants To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession and this Proof Of Service to:

Delphi Corp.
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 11, 2008.

                                      _____
                                    Teri Breaugh