AJAMIE LLP
711 Louisiana, Suite 2150
Houston, Texas 77002
Thomas R. Ajamie (Texas Bar No. 00952400)
Dona Szak (Texas Bar No. 19597500)

Attorneys for Rassini, S.A. de C.V.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                            :
        In re                               :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                Debtors                     :    (Jointly Administered)
                                            :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Rassini, S.A. de C.V.'s Objection to the Debtors' Motion for Order Pursuant to 11 U.S.C. § § 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims for Purposes of Administration of Discount Rights Offering was served upon the following persons on January 11, 2008:

*Via facsimile and United States Mail*:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098
(248) 813-2673

Office of the United States Trustee
for the Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY 10004
(212) 688-2255


*Via email and United States Mail*:

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr. and John K. Lyons
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Latham & Watkins LLP
Attn: Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, NY 10022

Davis Polk & Wardwell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, NY 10004


*Via United States Mail*:

The Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, NY 10004


_____
Donal Szak

-2-