# EXHIBIT A

**Via Hand Delivery:**

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>for the Southern District of New York<br>One Bowling Green, Room 632<br>New York, NY 10004 | Office of the United States Trustee<br>for the Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street - Suite 2100<br>New York, NY 10004 |

# EXHIBIT B

**Via Overnight Mail:**

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Skadden, Arps, Slate, Meagher & Flom<br>Attn: John Wm. Butler, Jr.<br>333 West Wacker Drive, Ste. 2100<br>Chicago, IL 60606<br>Counsel for Debtor |
| Weil, Gotshal & Manges LLP<br>Attn:  Jeffrey L. Tanenbaum<br>      Michael P. Kessler and<br>      Robert J. Lemons<br>767 Fifth Avenue<br>New York, NY  10153<br>Counsel for General Motors Corporation | Davis Polk & Wardell<br>Attn: Donald Bernstein<br>      Brian Resnick<br>450 Lexington Avenue<br>New York, NY 10017<br>Counsel for agent under post-petition credit facility |
| Latham & Watkins LLP<br>Attn: Robert J. Rosenberg and Mark A. Broude<br>885 Third Avenue<br>New York, NY 10022<br>Counsel for the OCC | Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, NY 10004<br>Counsel for committee of equity security holders |
| White & Case LLP<br>Attn:  Thomas E. Lauria<br>Wachovia Financial Center<br>200 South Biscayne Boulevard - Suite 4900<br>Miami, FL 33131<br>Counsel for A-D Acquisition Holdings, LLC<br>c/o Appaloosa Management L.P., and<br>Harbinger Del-Auto Investment Company, Ltd. | White & Case LLP<br>Attn:  John M. Reiss<br>      Gregory Pryor<br>      Glenn M. Kurtz<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Counsel for A-D Acquisition Holdings, LLC<br>c/o Appaloosa Management L.P., and<br>Harbinger Del-Auto Investment Company, Ltd. |

#2058989-v1

## EXHIBIT B

'sean.p.corcoran@delphi.com'; 'karen.j.craft@delphi.com'; 'jbutler@skadden.com'; 'brian.resnick@dpw.com'; 'donald.bernstein@dpw.com'; 'robert.rosenberg@lw.com'; 'mark.broude@lw.com'; 'bonnie.steingart@friedfrank.com'; 'tlauria@whitecase.com'; 'gkurtz@whitecase.com'; 'gpryor@whitecase.com'; 'jreiss@whitecase.com'; 'jeff.tanenbaum@weil.com'; 'michael.kessler@weil.com'; 'robert.lemons@weil.com'