**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
Telephone: (212) 850-2800
Fax: (212) 850-2929

Counsel to Liquidity Solutions, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### AFFIDAVIT OF SERVICE

I, Elizabeth McDermott, being over the age of eighteen (18) years, and duly sworn, state under oath that on, January 11, 2008, I served the Objection of Liquidity Solutions, Inc. to Confirmation of First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession [Docket # 11937] upon the names listed on the service list attached via Facsimile.

_Elizabeth McDermott_
Elizabeth McDermott

Subscribed and sworn to before me this
11th day of January, 2008

_Jakelyne Garcia_
Notary Public

JAKELYNE GARCIA
Notary Public, State of New York
No. 01GA6006659
Qualified in New York County
Commission Expires May 4, 20 10

NYC:171517.1

## Service List

| RECIPIENT | COMPANY | FAX NUMBER |
|---|---|---|
| John Wm. Butler, Jr., George N. Panagakis, Ron E. Meisler, Nathan L. Stuart | Skadden, Arps, Slate, Meagher & Flom LLP | (312) 407-0411 |
| Kayalyn A. Marafioti & Thomas J. Matz | Skadden, Arps, Slate, Meagher & Flom LLP | (212) 735-2000 |
| Alicia M. Leonard | Office of US Trustee | (212) 668-2255 |
| Robert J. Rosenberg, Mitchell A. Seider, Mark A. Broude | Latham & Watkins LLP | (212) 751-4864 |
| Brad E. Scheler, Bonnie K. Steingart, Vivek Melwani | Fried, Frank, Harris Shriver & Jacobson LLP | (212) 859-4000 |
| Donald S. Bernstein & Brian M. Resnick | Davis Polk & Wardell | (212) 450-3800 |
| Thomas E. Lauria & Michael C. Shepard | White & Case LLP | (305) 358-5744 |
| Gerard H. Uzzi, Glenn M. Kurtz, Douglas P. Baumstein | White & Case LLP | (212) 354-8113 |
| Jeffrey L. Tanenbaum, Michael P. Kessler, Robert J. Lemons | Weil, Gotshal & Manges LLP | (212) 310-8007 |

2

NYC:171517.1