KLESTADT & WINTERS, LLP
Sean C. Southard (SS-2825)
292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 972-3000

Special Conflicts Counsel for Davidson
Kempner Capital Management LLC; Elliott
Associates, L.P.; Nomura Corporate
Research & Asset Management, Inc.;
Northeast Investors Trust; and Whitebox
Advisors, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                            :
                                                  :    Chapter 11
                                                  :
DELPHI CORPORATION, et al.                        :    Case No. 05-44481 (RDD)
                                                  :
                                    Debtors.      :    Jointly Administered
                                                  :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )SS.:
COUNTY OF NEW YORK   )

    KAREN CASLIN, being duly sworn, deposes and says:

    I am associated with of the law firm of Klestadt & Winters, LLP, am over eighteen years of age, and am not a party to or interested in the above-captioned case.

    On January 11, 2008, I caused a copy of the following document:

    OBJECTION OF DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC; ELLIOTT ASSOCIATES, L.P.; NOMURA CORPORATE RESEARCH & ASSET MANAGEMENT, INC.; NORTHEAST INVESTORS TRUST; AND WHITEBOX ADVISORS, LLC TO MOTION OF BANK OF AMERICA, N.A. FOR ENTRY OF ORDER TEMPORARILY ALLOWING CLAIMS FOR VOTING ON PLAN PURSUANT TO FED. R. BANKR. P. 3018(a)

to be served in by overnight courier upon the parties listed on <u>Schedule 1</u>, and by overnight courier and electronic mail upon the parties listed on <u>Schedule 2</u>. In addition, courtesy copies were delivered to the chambers of Hon. Robert D. Drain.

Dated: New York, New York
January 11, 2008

                                                                        /s/Karen Caslin_____
                                                                        KAREN CASLIN

Sworn to before me this
11th day of January, 2008
  /s/Sean C. Southard_____
       Notary Public

# SCHEDULE 1

<u>BY OVERNIGHT COURIER</u>

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn : Alicia M. Leonhard

**SCHEDULE 2**

<u>BY OVERNIGHT COURIER AND E-MAIL</u>

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn : General Counsel
Sean.p.corcoran@delphi.com

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler
jbutler@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn : Kayalyn A. Marafioti
kmarafio@skadden.com

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn : Robert J. Rosenberg
robert.rosenberg@lw.com

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn : Bonnie Steingart
bonnie.steingart@friedfrank.com

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn : Kenneth S. Ziman
kziman@stblaw.com

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn : Donald Bernstein
donald.bernstein@dpw.com

Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI  49503
Attn :  Patrick E. Mears
pmears@btlaw.com

2