KLESTADT & WINTERS, LLP
John E. Jureller, Jr. (JJ-4697)
292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 972-3000
    -and-
WILDMAN, HARROLD, ALLEN
& DIXON LLP
Jonathan W. Young
Jeffrey L. Gansberg
225 West Wacker Drive
Chicago, IL 60606-1229
Telephone: (312) 201-20000

Attorneys for Equity Corporate Housing

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              :
                                                    :   Chapter 11
                                                    :
DELPHI CORPORATION, et al.                          :   Case No. 05-44481 (RDD)
                                                    :
                       Debtors.                   :   Jointly Administered
                                                    :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      JOHN E. JURELLER, JR., being duly sworn, deposes and says:

      I am a partner in the law firm of Klestadt & Winters, LLP, am over eighteen years of age, and am not a party to or interested in the above-captioned case.

      On January 11, 2008, I caused a copy of the following document:

      OBJECTION OF EQUITY CORPORATE HOUSING TO DEBTOR'S MOTION FOR ORDER PUSUANT TO 11 U.S.C. 105(A) AND 502(C) ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING

to be served in by facsimile and regular mail upon the parties listed on Schedule A hereto. In addition, courtesy copies were delivered to the chambers of Hon. Robert D. Drain by Federal Express Overnight Mail.

Dated: New York, New York
January 11, 2008

*/s/ John E. Jureller, Jr.*
John E. Jureller, Jr. (JJ-4697)

**SCHEDULE A**

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn : Alicia M. Leonhard, Esq.

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn : General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn : Robert J. Rosenberg, Esq.
        Mark A. Broude, Esq.

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn : Bonnie Steingart, Esq.

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn : Donald Bernstein, Esq.
        Brian Resnick, Esq.

White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Attn : Thomas E. Lauria, Esq.

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Attn : Glenn M. Kurtz, Esq.
        Gregory Pryor, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn : Jeffrey L. Tanenbaum, Esq.
       Michael P. Kessler, Esq.
       Robert J. Lemons, Esq.