BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By: German Yusufov (GY 1553)
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
AZ State Bar No. 023544
Attorney for Creditor Pima County

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
                                                :
                                                :   Chapter 11
In re:                                          :
                                                :   Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                     :
                                                :   (Jointly Administered)
                        Debtors.                :
                                                :
                                                :
------------------------------------------------x

NOTICE OF WITHDRAWL OF PIMA COUNTY'S OBJECTION TO THE DISCOUNT RIGHTS
OFFERING <u>PARTICIPATION AMOUNT</u>

    1.    COMES NOW secured creditor Pima County, by and through undersigned counsel, and hereby withdraws its objection filed January 9, 2008 to the Debtors' Discount Rights Offering Participation Amount.

    Dated this 11th day of January, 2008.

    BARBARA LAWALL
    PIMA COUNTY ATTORNEY

    _/s/ German Yusufov_
    German Yusufov (GY 1553)
    Deputy County Attorney
    32 North Stone Avenue, Suite 2100
    Tucson, Arizona 85701
    Telephone: (520) 740-5750
    Facsimile: (520) 620-6556
    Attorney for Creditor Pima County

1

# CERTIFICATE OF SERVICE

I, Gina Inman, certify that on the 14th day of January, 2008, I caused to be served a true and correct copy of the Notice of Withdrawal of Pima County's Objection to the Discount Rights Offering Participation Amount on the following:

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Delphi Automotive Systems LLC
5725 Delphi Drive
Troy, Michigan 48098
Att'n: Legal Staff

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606-1285
Att'n:  John Wm. Butler, Jr.
        John K. Lyons
Counsel for the Debtors

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Att'n: Alicia M. Leonhard

_/s/ Gina Inman_
Gina Inman

2