HELLER EHRMAN LLP
Timothy S. Mehok (CS 5909)
Times Square Tower
7 Times Square
New York, New York  10036-6524
Telephone:  (212) 832-8300
Facsimile: (212) 763-7600
Attorneys for Atmel Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

----------------------------------------------------------x

# NOTICE OF ATMEL CORPORATION'S RESERVATION OF RIGHTS WITH RESPECT TO CURE OF EXECUTORY CONTRACT

PLEASE TAKE NOTICE that Atmel Corporation, creditor and party-in-interest in the above-referenced jointly-administered Chapter 11 cases, hereby submits this reservation of rights with respect to a certain executory contract with Delphi Connections (Specialty Electronics) (the "Debtor"), Purchase Order No. P71057 (the "Unaddressed PO"), that has not been rejected, for which the Debtor has expressed no intent of rejecting, and for which a cure in the amount of $570,000 is owed if the Debtor is to assume it.

PLEASE TAKE FURTHER NOTICE that Atmel received three cure notices; however, those notices related to executory contracts with various Debtor-related entities

other than the Debtor.  More importantly, those cure notices did not reference the Unaddressed PO.  The amount sought as a cure with respect to the Unaddressed PO, $570,000, was timely asserted in Atmel's filed proof of claim number 1165.

PLEASE TAKE FURTHER NOTICE that Atmel does not object to the Debtor's assumption of the Unaddressed PO at this time.  Atmel is merely filing this notice to reserve its rights in law and equity to obtain any cure amounts to which it is entitled in connection with the Unaddressed PO in the future, notwithstanding the cure claim notice deadline of January 11, 2008.

Dated:  January 11, 2008

HELLER EHRMAN LLP

By: /s/ Timothy S. Mehok
Timothy S. Mehok (CS 5909)
Times Square Tower
7 Times Square
New York, New York  10036-6524
Telephone:  (212) 832-8300
Facsimile: (212) 763-7600
Attorneys for Atmel Corporation


HELLER EHRMAN LLP

By: /s/ Michaeline H. Correa
Michaeline H. Correa (CA Bar No. 215215)
333 Bush Street
San Francisco, CA  94104
Telephone:  (415) 772-6000
Facsimile: (415) 772-3821
Attorneys for Atmel Corporation

SF 1435285 v1