| **Debtors' Public Securities** | **CUSIP Number** |
|---|---|
| 6 ½% Notes due 2009, dated April 28, 1999 | 247126 AB 1 |
| 7 1/8% Notes due 2029, dated April 28, 1999 | 247126 AC 9 |
| 6.55% Notes due 2006, dated May 31, 2001 | 247126 AD 7 |
| 6.50% Notes due 2013, dated July 22, 2003 | 247126 AE 5 |
| 8 ¼% Adjustable Rate Junior Subordinated Note, due 2033 | 247126 AF 2 |
| 6.197% Junior Subordinate Noted, due 2033 | 247126 AG 0 |
| Common Stock of Delphi Corporation | 247126 10 5 |