**<u>Exhibit B</u>**

A.G. Edwards & Sons, Inc.
 2801 Clark Street
St. Louis, MO 63103
Attn:  Jonathan Griffith

Number of Sets (by ballot code):
Ballot A: 1
Ballot B: 1
Ballot C: 1
Ballot D: 1
Ballot E: 1
Ballot F: 1
Ballot G: 1


ABN AMRO Incorporated
 499 Washington Blvd 14th Floor
Jersey City, NJ 07310
Attn:  Michael Scura

Number of Sets (by ballot code):
Ballot G: 1


Alpine Associates
 100 Union Avenue
Cresskill, NJ 07626
Attn:  Michael Martin

Number of Sets (by ballot code):
Ballot G: 1


Ameritrade, Inc.
 1005 North Ameritrade Place
Bellview, NE 68005
Attn:  Gary Swain

Number of Sets (by ballot code):
Ballot A: 1
Ballot B: 1

Banc of America Securities
 100 W. 33rd Street
3rd Floor
New York, NY 10001
Attn:  Carl Webb

Number of Sets (by ballot code):
Ballot B: 5
Ballot G: 15


Bank of America, National Association
 Securities Operations
5th Floor Proxy Dept
411 N Akard St
Dallas, TX 75201
Attn:  Maria V. George

Number of Sets (by ballot code):
Ballot G: 1


Bank of New York, The
 One Wall Street
6th Floor
New York, NY 10286
Attn:  Anna Laskody

Number of Sets (by ballot code):
Ballot A: 10
Ballot B: 10
Ballot C: 10
Ballot D: 10
Ballot E: 10
Ballot G: 300


Bank of New York, The / Deutsche Bank London
 Global Market #2
11486 Corporate Blvd
Orlando, FL 32817
Attn:  Donna Steinman

Number of Sets (by ballot code):
Ballot G: 1

Bank of The West
 1977 Saturn Street
Reorg Dept. SC-MPK-03-M
Monterey Park, CA 91755
Attn:  Martha Zuniga

Number of Sets (by ballot code):
Ballot G: 1


Bernard L. Madoff Investment Securities LLC
 885 Third Avenue
New York, NY 10022
Attn:  Larry Birch

Number of Sets (by ballot code):
Ballot A: 1
Ballot G: 20


Black, (James I.) & Co.
 311 S. Florida Avenue
Lakeland, FL 33801
Attn:  Jess G. Tucker

Number of Sets (by ballot code):
Ballot G: 1


Broadridge Financial Solutions LLC
 51 Mercedes Way
Edgewood, NY 11717
Attn:  Damian Rodriguez

Number of Sets (by ballot code):
Ballot A: 400
Ballot B: 300
Ballot C: 300
Ballot D: 350
Ballot E: 1500
Ballot F: 100
Ballot G: 156,000 *
* 130,000 sets were delivered directly by Donnelley;
   26,000 additional sets were delivered by FBG.

Brown Brothers Harriman & Co.
 525 Washington Blvd.
New Port Towers
Jersey City, NJ 07310-1607
Attn:  Paul Nonnon

Number of Sets (by ballot code):
Ballot A: 1
Ballot B: 1
Ballot C: 1
Ballot D: 1
Ballot E: 1
Ballot F: 1
Ballot G: 1


Canadian Depository for Securities Ltd., The
 600 Blvd. De Maisonneuve West
Suite 210
Montreal, QC H3A3J2 Canada
Attn:  Loretta Verelli

Number of Sets (by ballot code):
Ballot A: 2
Ballot B: 2
Ballot C: 2
Ballot D: 2
Ballot E: 2
Ballot F: 2
Ballot G: 2


Carty & Company, Inc.
 6263 Poplar Avenue
Suite 800
Memphis, TN 38119
Attn:  Camille Rogers

Number of Sets (by ballot code):
Ballot G: 1

CIBC World Markets Corp.
 425 Lexington Ave
5th Floor
Corporate Actions
New York, NY 10017
Attn:  Robert J Putnam

Number of Sets (by ballot code):
Ballot G: 1


Citadel Trading Group, LLC
 101 South Dearborn St.
Chicago, IL 60603
Attn:  Marcia Banks

Number of Sets (by ballot code):
Ballot G: 1


Citibank, N.A.
 3800 Citibank Center
B3 - 12
Tampa, FL 33610
Attn:  Carolyn Trebus

Number of Sets (by ballot code):
Ballot A: 1
Ballot B: 1
Ballot C: 1
Ballot D: 1
Ballot E: 1
Ballot F: 1
Ballot G: 1

Citigroup Global Markets Inc.
 333 West 34th Street
5th Fl.
New York, NY 10001
Attn:  Pat Haller

Number of Sets (by ballot code):
Ballot A: 1
Ballot B: 1
Ballot C: 1
Ballot D: 1
Ballot E: 1
Ballot F: 1
Ballot G: 1


Compass Bank
 15 South 20th Street
3rd Floor
Birmingham, AL 35233
Attn:  Mark Warren

Number of Sets (by ballot code):
Ballot G: 1


CREST International Nominees Limited
 33 Cannon Street
London,  EC4 M 5SB UK

Number of Sets (by ballot code):
Ballot G: 5


Custodial Trust Company
 101 Carnegie Center
3rd Floor
Princeton, NJ 08520
Attn:  Jamie Silverstein

Number of Sets (by ballot code):
Ballot A: 5
Ballot B: 5
Ballot C: 5
Ballot D: 5
Ballot G: 1

Deseret Trust Company
 30 East 100 South
Suite 900
Salt Lake City, UT 84111
Attn:  Kellie Bridge

Number of Sets (by ballot code):
Ballot G: 1


Deutsche Bank Securities, Inc.
 Harborside Financial Center
100 Plaza One, 2nd Floor
Jersey City, NJ 07311-3988
Attn:  Ray Conte

Number of Sets (by ballot code):
Ballot A: 2
Ballot B: 2
Ballot G: 2


Fiduciary Trust Company of Boston
 175 Federal Street
Boston, MA 02110
Attn:  Brad Finnigan

Number of Sets (by ballot code):
Ballot G: 1


Fifth Third Bank, The
 38 Fountain Square Plaza
Mail Drop 1090F1
Cincinnati, OH 45263
Attn:  Carrie Potter

Number of Sets (by ballot code):
Ballot G: 6

FOLIO(fn) Investment, Inc.
 8000 Tower Crescent Drive
15th Floor
Vienna, VA 22182
Attn:  Brian Darby

Number of Sets (by ballot code):
Ballot G: 1


Fred Alger & Company, Incorporated
 30 Montgomery Street
11th Floor
Jersey City, NJ 07302
Attn:  John Messina

Number of Sets (by ballot code):
Ballot G: 5


Glenmede Trust Company, N.A. (The)
 One Liberty Place, Suite 1200
1650 Market Street
Philadelphia, PA 19103
Attn:  Darlene Warren

Number of Sets (by ballot code):
Ballot G: 3


Global Securities Corp. (CDS)
 3 Bentall Centre
595 Burrard Street, 11th Fl.
Vancouver, BC V7X 1C4 CANADA
Attn:  Mayumi Takano

Number of Sets (by ballot code):
Ballot E: 3

Goldman, Sachs & Co.
 30 Hudson Street
Jersey City, NJ 07302-4699
Attn:  Carol Marko

Number of Sets (by ballot code):
Ballot A: 2
Ballot B: 2
Ballot C: 2
Ballot D: 2
Ballot E: 2
Ballot F: 2
Ballot G: 2


GSECLP/FOC
 30 Hudson Street
10th Floor
Jersey City, NJ 07302
Attn:  Anthony Bruno

Number of Sets (by ballot code):
Ballot G: 1


H.M. Payson & Co. - Safekeeping
 1 Portland Square
P.O. Box 31
Portland, ME 04112
Attn:  Susan Heffler

Number of Sets (by ballot code):
Ballot G: 3


Hill, Thompson, Magid & Co., Inc.
 Suite 800
15 Exchange Place
Jersey City, NJ 07302
Attn:  Frederick Lando

Number of Sets (by ballot code):
Ballot G: 1

Ingalls & Snyder, LLC
 61 Broadway
31st Floor
New York, NY 10006
Attn:  Joe DiBuono

Number of Sets (by ballot code):
Ballot E: 4


Interactive Brokers Retail Equity Clearing
 2 Pickwick Plaza
2nd Floor
Greenwich, CT 06830
Attn:  Ken Hayden

Number of Sets (by ballot code):
Ballot A: 1
Ballot B: 1
Ballot C: 1


Jefferies & Company, Inc.
 Harborside Financial Center
705 Plaza 3
Jersey City, NJ 07311
Attn:  Ray Desouza

Number of Sets (by ballot code):
Ballot A: 1
Ballot B: 1
Ballot C: 1
Ballot D: 1
Ballot E: 1
Ballot F: 1
Ballot G: 1


John A. Siberall & Co.
 824 Key Bank Bldg
202 South Michigan St
South Bend, IN 46601
Attn:  John Siberall

Number of Sets (by ballot code):
Ballot G: 1

JP Morgan Securities Inc.
 500 Stanton Christiana Road
OPS 4th Floor
Newark, DE 19713
Attn:  Sean Rooney

Number of Sets (by ballot code):
Ballot B: 5
Ballot D: 3
Ballot E: 5


JPMorgan Securities Inc.
 500 Stanton Christiana Road
Building 3 - ops 4 - 3rd Floor
Newark, DE 19713
Attn:  Jody Frazier

Number of Sets (by ballot code):
Ballot G: 5


Koonce Securities, Inc.
 6550 Rock Spring Dr.
Suite 600
Bethesda, MD 20817
Attn:  G. Sohan

Number of Sets (by ballot code):
Ballot G: 1


LaSalle Bank National Association
 135 South LaSalle Street
Room 1811  Corporate Actions Dept.
Chicago, IL 60690-4192
Attn:  Deborah Bey

Number of Sets (by ballot code):
Ballot G: 1

Lehman Brothers, Inc.
 70 Hudson Street
7th Floor
Jersey City, NJ 07303
Attn:  Grace Furia

Number of Sets (by ballot code):
Ballot A: 3
Ballot B: 3
Ballot C: 3
Ballot D: 3
Ballot G: 10


LEK Securities Corporation
 140 Broadway
29th Floor
New York, NY 10005
Attn:  Daniel Hanuka

Number of Sets (by ballot code):
Ballot G: 6


M&I Marshall & Ilsley Bank
 1000 N. Water Street - TR 14
Milwaukee, WI 53202
Attn:  Jeanne Berndt-Castelli

Number of Sets (by ballot code):
Ballot G: 1


M.L. Stern & Co, LLC
 8350 Wilshire Blvd.
3rd Floor
Beverly Hills, CA 90211
Attn:  Arlene B. Ipapo

Number of Sets (by ballot code):
Ballot G: 1

Mellon Trust of New England, National Association
 525 William Penn Place
Room 153-3418
Pittsburgh, PA 15259
Attn:  Jennifer Baker

Number of Sets (by ballot code):
Ballot A: 10
Ballot B: 10
Ballot C: 10
Ballot D: 10
Ballot G: 25


Merrill Lynch, Pierce, Fenner & Smith Incorporated
 c/o Tritech Services 4 Corporate Place
Corporate Park 287
Piscataway, NJ 08854
Attn:  Janice Johnson

Number of Sets (by ballot code):
Ballot A: 3
Ballot B: 3
Ballot C: 3
Ballot D: 3
Ballot E: 3
Ballot F: 3
Ballot G: 7


Mitsubishi UFJ Trust & Banking Corp.
 420 Fifth Avenue
6th Floor
New York, NY 10018
Attn:  Mario Calderon

Number of Sets (by ballot code):
Ballot C: 3

Morgan Stanley & Co. Incorporated
 One New York Plaza
7th Floor
New York, NY 10004
Attn:  Richard Gareventa

Number of Sets (by ballot code):
Ballot A: 3
Ballot B: 3
Ballot C: 3
Ballot D: 3
Ballot E: 3
Ballot F: 3
Ballot G: 3


Morgan Stanley DW Inc.
 230 Harborside Financial Center
Plaza 3
6th Floor
Jersey City, NJ 07311
Attn:  Terence Quirk

Number of Sets (by ballot code):
Ballot A: 10
Ballot B: 10
Ballot C: 10
Ballot D: 10
Ballot E: 10
Ballot F: 10
Ballot G: 10


Morgan Stanley International Limited
 901 South Bond Street
6th Floor
Baltimore, MD 21231
Attn:  Dan Spadaccini

Number of Sets (by ballot code):
Ballot C: 5

Murphy & Durieu
 17th Floor Proxy Department
120 Broadway
New York, NY 10271
Attn:  James Goldin

Number of Sets (by ballot code):
Ballot A: 1
Ballot B: 1
Ballot C: 1
Ballot D: 1
Ballot E: 1
Ballot F: 1
Ballot G: 1


NBCN Clearing, Inc./CDS
 1010 La Gaucheiere West
17th Floor, Suite 1925
Montreal, QC H3B 5J2 CANADA
Attn:  Daniel Ntap

Number of Sets (by ballot code):
Ballot G: 10


Northern Trust Company, The
 801 S. Canal Street
Reorg Dept.  Floor C1N
Chicago, IL 60607
Attn:  Robert Valentin

Number of Sets (by ballot code):
Ballot A: 5
Ballot C: 5
Ballot D: 5
Ballot G: 5

Paloma Partners Management Co.
 2 America Lane
Greenwich, CT 06836
Attn:  Tom Skrapits

Number of Sets (by ballot code):
Ballot G: 1


Penson Financial Services, Inc.
 1700 Pacific Avenue
Suite 1400
Dallas, TX 75201
Attn:  James McGrath

Number of Sets (by ballot code):
Ballot A: 1
Ballot B: 1
Ballot G: 1


PNC Bank, National Association
 8800 Tinicum Blvd
MS-F6-F266-02-2
Philadelphia, PA 19153
Attn:  Janet Cleary

Number of Sets (by ballot code):
Ballot A: 10
Ballot C: 10
Ballot D: 10
Ballot G: 20


Romano Brothers & Co.
 One Rotary Center
Suite 1300
Evanston, IL 60201
Attn:  Robert Valone

Number of Sets (by ballot code):
Ballot G: 1

Sanford C. Bernstein & Co., LLC
 One North Lexington Avenue
White Plains, NY 10601-1785
Attn:  Tiffany Harris

Number of Sets (by ballot code):
Ballot A: 3
Ballot E: 3
Ballot G: 10


SG Americas Securities, LLC
 1221 Avenue of the Americas
New York, NY 10020
Attn:  Pete Scavone

Number of Sets (by ballot code):
Ballot A: 1
Ballot B: 1
Ballot C: 1
Ballot G: 5


State Street Bank and Trust Company
 Corp Actions - JAB5E
1776 Heritage Drive
Quincy, MA 02171
Attn:  Amanda Gontarz

Number of Sets (by ballot code):
Ballot A: 15
Ballot B: 15
Ballot C: 15
Ballot D: 15
Ballot E: 10
Ballot F: 10
Ballot G: 40

SunTrust Bank
 P.O. Box 105504
Center 3141
Atlanta, GA 30348-5504

Number of Sets (by ballot code):
Ballot D: 5
Ballot G: 10


The Depository Trust Company
 55 Water Street
25th Floor
New York, NY 10004
Attn:  Edward Haiduk

Number of Sets (by ballot code):
Ballot A: 2
Ballot B: 2
Ballot C: 2
Ballot D: 2
Ballot E: 2
Ballot F: 2
Ballot G: 2


The Depository Trust Company
 55 Water Street
25th Floor
New York, NY 10004
Attn:  Tom Campanelli

Number of Sets (by ballot code):
Ballot A: 2
Ballot B: 2
Ballot C: 2
Ballot D: 2
Ballot E: 2
Ballot F: 2
Ballot G: 2

Timber Hill LLC
 2 Pickwick Plaza
Suite 210
Greenwich, CT 06830
Attn:  Milton Otero

Number of Sets (by ballot code):
Ballot G: 1


UBS Financial Services LLC
 Reorg. Dept. 7th Floor
1000 Harbor Blvd.
Weehawken, NJ 07087
Attn:  Jane Flood

Number of Sets (by ballot code):
Ballot A: 1
Ballot B: 1
Ballot C: 1
Ballot D: 1
Ballot E: 1
Ballot F: 1
Ballot G: 1


UBS Securities LLC
 480 Washington Blvd.
12th Floor
Jersey City, NJ 07310
Attn:  Jeff Lazarus

Number of Sets (by ballot code):
Ballot A: 1
Ballot B: 1

UMB Bank, National Association
 928 Grand Blvd.
Kansas City, MO 64106
Attn:  Jan Guzman

Number of Sets (by ballot code):
Ballot G: 1


Wells Fargo Bank, National Association
 733 Marquette Avenue
Minneapolis, MN 55479
Attn:  James Engstrom

Number of Sets (by ballot code):
Ballot D: 2
Ballot E: 2
Ballot G: 2


Wilmington Trust Company
 1100 North Market Street
Wilmington, DE 19890-2210
Attn:  Connie Haywood

Number of Sets (by ballot code):
Ballot G: 1