**Exhibit C**

# Financial Balloting Group LLC

M E M O R A N D U M

**TO:**           All Banks, Brokers and Other Intermediaries

**DATE:**         December 14, 2007

**SUBJECT:**      DELPHI CORPORATION      Cusips:

| 247126 AB 1 | 247126 AF 2 |
|---|---|
| 247126 AC 9 | 247126 AG 0 |
| 247126 AD 7 | 247126 10 5 |
| 247126 AE 5 | |

Voting Record Date:
November 26, 2007

You have received this memorandum and the enclosed materials because you or your clients are entitled to vote on the *Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code*, as it may be amended from time to time (the "Plan").

With this memorandum you will find the following solicitation materials to solicit votes from beneficial owners of the securities listed above for Delphi Corporation:

- Notice of (1) Approval of Disclosure Statement…;
- Letter from The Delphi Corporation Official Committee of Unsecured Creditors;
- Letter from The Delphi Corporation Official Committee of Equity Security Holders;
- the appropriate Ballots(s) as indicated on the chart on the reverse side of this memorandum;
- a pre-addressed, postage pre-paid return envelope (should you wish to pre-validate the Ballot); and,
- a CD-ROM containing the First Amended Disclosure Statement With Respect to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession and related exhibits.

Please forward the enclosed materials via first class mail to each beneficial owner of the securities listed above within five (5) business days of receipt thereof.

Invoices regarding distribution of the above should be directed to:

>   Delphi Corporation
>   5725 Delphi Drive
>   Troy, MI  48098-2815
>   Attn: Mr. John P. Arle
>             Vice President & Treasurer

Should you require additional information or additional solicitation materials, please contact:

>   Financial Balloting Group LLC
>   757 Third Avenue, 3rd Floor
>   New York, NY  10017
>   Telephone (646) 282-1800

# Financial Balloting Group LLC

## DELPHI CORPORATION – BALLOT CHART

| CUSIP | BALLOT CODE LEFT FOOTER | COLOR |
|---|---|---|
| 247126 AB 1 | A | SALMON |
| 247126 AC 9 | B | BLUE |
| 247126 AD 7 | C | GREEN |
| 247126 AE 5 | D | BEIGE |
| 247126 AF 2 | E | LAVENDER |
| 247126 AG 0 | F | ECRU |
| 247126 10 5 | G-1 | PINK |