DLA PIPER US LLP
550 South Hope Street, Suite 2300
Los Angeles, CA 90071
T: (213) 330-7850
Karol K. Denniston (SBN 141667)
Jennifer L. Nassiri (SBN 206936)

Corporate, Employment and Intellectual Property
Counsel for Debtor MobileAria, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
    In re                      :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
              Debtors.         :    (Jointly Administered)
                               :
------------------------------ x

## CERTIFICATE OF SERVICE

The undersigned herein certifies that copies of:

DLA PIPER US LLP, CORPORATE, EMPLOYMENT, AND INTELLECTUAL PROPERTY COUNSEL FOR DEBTOR MOBILEARIA, INC.'S FIFTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE SIXTH INTERIM PERIOD FROM JUNE 1, 2007 THROUGH AUGUST 15, 2007 UNDER 11 U.S.C. §§ 330 AND 331

were served on January 9, 2008 via U.S. mail upon the following:

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Marissa Wesley, Esq.
Simpson Tacher & Barlett, LLP
425 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg, Esq.
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022-4802

Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
  for the District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

| | |
|---|---|
| John William Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606 | David Sherbin, Esq.<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Bonnie Steingart<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004 | Valerie Venable<br>Credit Manager<br>GE Plastics America<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| John J. Marquess<br>Legal Cost Control, Inc.<br>255 Kings Highway East<br>Haddonfield, NJ 08033 | |

Dated:   Los Angeles, CA
         January 9, 2008

DLA PIPER US LLP

By: _____
Karol K. Denniston (SBN 141667)
Jennifer L. Nassiri (SBN 206936)
550 South Hope Street, Suite 2300
Los Angeles, CA 90071
(213) 330-7850

Corporate, Employment and Intellectual
Property Counsel for Debtor MobileAria, Inc.

LOSA1\185179.1                                2