05-44481-rdd    Doc 11986    Filed 01/14/08    Entered 01/14/08 11:47:19    Main Document
Pg 1 of 4

Hearing Date: January 17, 2008 at 10:00 a.m. (ET)

Vincent A. D'Agostino (VAD-0120)
Eric H. Horn (EH-2020)
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

-and-

1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 262-6700
Fax: (212) 262-7402

*Counsel to the AT&T Entities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Delphi Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

I, Lisa Marie Sowinski, pursuant to 28 U.S.C. section 1746, certifies as follows:

1.   I am a paralegal employed by the law firm of Lowenstein Sandler PC.

2.   On Thursday, January 10, 2008, I caused to be served a copy of the *Limited Objection to the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession* upon the parties on the attached service list annexed hereto as Exhibit A via federal express and electronic email.

3.   On Thursday, January 10, 2008, I caused to be served a copy of the *Limited Objection to the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession* upon the following via federal express:

-2-

      Honorable Robert D. Drain
      United States Bankruptcy Court
      Southern District of New York
      Alexander Hamilton Custom House
      One Bowling Green
      New York, NY  10004-1408

      United States Trustee
      The Office of the United States Trustee
      33 Whitehall Street, Suite 2100
      New York, New York 10004
      Att'n: Alicia M. Leonhard, Esq.

      3.      On Friday, January 11, 2008, I caused to be served a copy of the *Limited Objection to the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession* upon Alicia M. Leonhard, Esq. via telecopy.

    I certify that the foregoing statements made by me are true to the best of my knowledge and belief. Any statement made by me that is willfully false I understand I am subject to the penalty of perjury.

Dated:   January 11, 2008                  */s/ Lisa Marie Sowinski*
                                                 Lisa Marie Sowinski

# **EXHIBIT A**

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(800) 718-5305
Attn: John Wm. Butler, Jr., Esq.
     George N. Panagakis, Esq.
     Ron E. Meisler, Esq.
     Nathan L. Stuart, Esq.
*jack.butler@skadden.com*
*george.panagakis@skadden.com*
*ron.meisler@skadden.com*
*nathan.stuart@skadden.com*

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Attn: Kayalyn A. Marafioti, Esq.
     Thomas J. Matz, Esq.
*kayalyn.marafioti@skadden.com*
*thomas.j.matz@skadden.com*

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn:  Robert J. Rosenberg, Esq.
     Mitchell A. Seider, Esq.
     Mark A. Broude, Esq.
*robert.rosenberg@lw.com*
*mitchell.seider@lw.com*
*mark.broude@lw.com*


Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attn: Brad E. Scheler, Esq.
     Bonnie K. Steingart, Esq.
     Vivek Melwani, Esq.
*steinbo@ffhsj.com*
*brad.scheler@friedfrank.com*
*vivek.melwani@friedfrank.com*

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10022
Attn: Donald S. Bernstein, Esq.
    Brian M. Resnick, Esq.
*donald.bernstein@dpw.com*


White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Attn: Thomas E. Lauria, Esq.
    Michael C. Shepherd, Esq.
*tlauria@whitecase.com*
*mshepherd@whitecase.com*

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Attn: Gerard H. Uzzi, Esq.
    Glenn M. Kurtz, Esq.
    Douglas P. Baumstein, Esq.
*guzzi@whitecase.com*
*gkurtz@whitecase.com*
*dbaumstein@whitecase.com*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Jeffrey L Tanenbaum, Esq.
    Michael P. Kessler, Esq.
    Robert J. Lemons, Esq.
*jeff.tanenbaum@weil.com*
*michael.kessler@weil.com*
*robert.lemons@weil.com*


;