ARENT FOX LLP
Mary Joanne Dowd (MD-0743)
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
    and
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

*Attorneys for the Audio MPEG, Inc. and SISVEL*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No.: 05-44481 (RDD) |
| Debtors. | Jointly Administered |
| AUDIO MPEG, INC. and ITALIANA PER LO SVILUPPO DELL'ELETTRONICA, S.I.SV.EL., S.P.A., | |
| Movants, | |
| v. | |
| DELPHI CORPORATION, *et al.*, | |
| Respondents. | |

## DECLARATION OF SERVICE

    LISA A. INDELICATO, hereby declare:

    1.    Declarant is not a party to this action, is over eighteen years of age, and is an employee of Arent Fox LLP, 1675 Broadway, New York, New York 10019.

    2.    On January 11, 2008 at 1:00 p.m. (E.S.T.), I served a true and correct copy of the Objection of Audio MPEG, Inc. and S.I.SV.EL., S.p.A. to (i) Confirmation of the First Amended

NYC/365335.1

Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession and (ii) Assumption of License Agreement upon Skadden, Arps, Slate, Meagher & Flom LLP, Attn: Kayalyn Marafioti and Thomas J. Matz, Four Times Square New York, New York 10036 via hand delivery.

      I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 11th day of January 2008.

                                      */s/ Lisa A. Indelicato*
                                      Lisa A. Indelicato