Hearing Date: January 17, 2008 at 10:00 A.M.
Objection Deadline: January 11, 2008 at 4:00 P.M.

BUCHANAN INGERSOLL & ROONEY PC
Counsel for Fiduciary Counselors, Inc.
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
William H. Schorling, Esq. (WS-6322)

*Attorneys for Arkema Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :    Chapter 11
In re                                                         :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                   :
                                                              :    (Jointly Administered)
                        Debtors.                              :
------------------------------------------------------------- X

### CERTIFICATION OF SERVICE OF JOINDER OF FIDUCIARY COUNSELORS, INC. TO OBJECTION OF PENSION BENEFIT GUARANTY CORPORATION TO FIRST AMENDED JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION

I, Craig A. Parrish, certify that under penalty of perjury that I served an electronic copy of JOINDER OF FIDUCIARY COUNSELORS, INC. TO OBJECTION OF PENSION BENEFIT GUARANTY CORPORATION TO FIRST AMENDED JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION , with associated attachments to the parties at the associated email addresses on the electronic matrix attached as Exhibit "A", and that I served physical copied documents of same to the parties on Exhibit "B" via UPS (United Parcel Service) overnight delivery on:

Friday, January 11, 2008.
The total number of electronic copies sent was 461.
The total number of physical copies sent was 63.

Executed on the 14th day of January, 2008

Signature: _____
Name: Craig A. Parrish
Address: Digital Legal
1500 Market Street
Lower Mezzanine, Suite 505
Philadelphia, PA  19102