HONIGMAN MILLER SCHWARTZ AND
COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Judy B. Calton (P38733)
(313) 465-7344
e-mail: jcalton@honigman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
      In re                                    :         Chapter 11
                                                            :
**DELPHI CORPORATION et al.,**         :         Case No. 05-44481 (RDD)
                                                            :
                  Debtors.              :         (Jointly Administered)
                                                            :
------------------------------------------------------------x

**THIRD SUPPLEMENT TO**
**VERIFIED STATEMENT UNDER FEDERAL**
**RULE OF BANKRUPTCY PROCEDURE 2019**
**OF HONIGMAN MILLER SCHWARTZ AND COHN LLP**

      Honigman Miller Schwartz and Cohn LLP ("Honigman"), for its Third Supplement to Verified Statement Under Federal Rule of Bankruptcy Procedure 2019 of Honigman Miller Schwartz and Cohn LLP, and submits the following:

      1.    On November 7, 2005, Honigman filed its original Verified Statement Under Federal Rule of Bankruptcy Procedure 2019 of Honigman Miller Schwartz and Cohn LLP (the "Original Statement") (Docket No. 885).

      2.    Honigman supplemented the Original Statement in First Supplement to Verified Statement Under Federal Rule of Bankruptcy Procedure 2019 of Honigman Miller Schwartz and Cohn LLP ("First Supplement") (Docket No. 1296) and the Supplemental Verified Statement

Under Federal Rule of Bankruptcy Procedure 2019 of Honigman Miller Schwartz and Cohn LLP("Second Supplement") (Docket No. 5844).

3.   In addition to the parties-in-interest identified in the Original Statement, the First Supplement and the Second Supplement, Honigman represents the following creditor and supplier of goods or services.

> Hyun Yang Corporation
> Shihwa Ind. Estate (5-BA-101)
> 675, Sunggok Dong, DanWon Gu
> Aisan-City, Kyunggi-Do, Korea

4.   Hyun Yang Corporation had a prepetition relationship with one or more of the Debtors.

5.   Honigman is representing each of these clients individually; its clients do not comprise a committee of any kind.

6.   Honigman reserves the right to supplement or amend this Declaration.

7.   I make this verified statement under penalty of perjury under the law of the State of Michigan.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: /s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7344
e-mail: jcalton@honigman.com

Dated: January 14, 2008

DETROIT.2945635.1