TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                        :
In re:                                  :
                                        :        Chapter 11
DELPHI CORPORATION, et al.,             :        Case No. 05-44481 [RDD]
                                        :
                   Debtors.             :        Jointly Administered
                                        :
---------------------------------------------------------------x

**JOINT STIPULATION AND AGREED ORDER**
**COMPROMISING AND ESTIMATING PROOF OF CLAIM NUMBERS 1374, 1375,**
**1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386 AND 1387**
**(AMERICAN INTERNATIONAL GROUP, INC.)**

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (the "Debtors"),

American International Group, Inc. and its related entities (collectively, "Claimants")

respectfully submit this Joint Stipulation And Agreed Order Compromising And

Estimating Proof Of Claim Number 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382,

1383, 1384, 1385, 1386 and 1387 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), Delphi Corporation,

together with certain of its U.S. affiliates including DAS LLC (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, the Claimants have provided insurance coverage to various Debtors pursuant to certain insurance policies (the "Policies").

WHEREAS on or about December 29, 2005, the Claimants filed proofs of claim numbers 1374 through and including 1387 arising from the Policies (collectively, the "Claims") against certain of the Debtors.

WHEREAS, on or about June 15, 2007, the Debtors filed the Sixteenth Omnibus Claims Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate or Amended Claims And (B) Protective Claims (the "Claim Objection") (Docket No. 8271), which included the Claims.

WHEREAS, on or about July 3, 2007, the Claimant filed its response to the Claim Objection (the "Response") (Docket No. 8595).

WHEREAS, on or about September 7, 2007 the Debtors filed their Motion for Order Pursuant to 11 U.S.C. Sections 105(a) And 502(c): (A) Estimating And Setting Maximum Cap On Certain Contingent Or Unliquidated Claims And (B) Approving Expedited Claims Estimation Procedures  (the "Estimation Motion") (Docket No. 9297) seeking to estimate the Claims at $0.

WHEREAS, on September 6, 2007, the Debtors filed a proposed plan of reorganization (the "Proposed Plan") and disclosure statement and the Proposed Plan

2

provides that all executory contracts not explicitly rejected shall be assumed pursuant to section 365(a) of the Bankruptcy Code.

WHEREAS, on or about September 24, 2007, the Claimant filed its response to the Estimation Motion.

WHEREAS, hearings on the Claim Objection and Estimation Motion were continued with respect to the Claims pending the Parties reaching the resolution contained in this Settlement Agreement.

WHEREAS, to resolve the Claim Objection and the Estimation Motion and to reduce the claims against the Settling Debtors, the Parties entered into a Settlement Agreement (the "Settlement Agreement").

**WHEREAS,** the Debtors are authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors and the Claimants stipulate and agree as follows:

1.    The Estimation Motion shall be granted with respect to the Claims.

2.    The Claims shall be estimated at $0 without prejudice to the Claimants' rights to reassert such Claims if the Debtors reject the Policies pursuant to section 365(a) of the Bankruptcy Code.

3

3.      The Response is hereby withdrawn.


**[signatures concluded on following page]**

Dated:  New York, New York
        January 4, 2008

                                    DELPHI CORPORATION, et al.,
                                    Debtors and Debtors-in-Possession,
                                    By their Bankruptcy Conflicts Counsel,
                                    TOGUT, SEGAL & SEGAL LLP,
                                    By:

                                    _/s/ Neil Berger_____
                                    NEIL BERGER (NB-3599)
                                    A Member of the Firm
                                    One Penn Plaza, Suite 3335
                                    New York, New York 10119
                                    (212) 594-5000

Dated:  New York, New York
        January 3, 2008

                                    The Member Companies of
                                    AMERICAN INTERNATIONAL GROUP,
                                    INC.,
                                    By their Counsel,

                                    /s/ Michael S. Davis_____
                                    ZEICHNER ELLMAN & KRAUSE LLP
                                    Michael S. Davis
                                    575 Lexington Avenue
                                    New York, New York 10022
                                    Telephone: (212) 223-0400


                            **SO ORDERED**

                    This 11th day of January, 2008
                        in New York, New York


                    _____/s/Robert D. Drain_____
                    HONORABLE ROBERT D. DRAIN
                    UNITED STATES BANKRUPTCY JUDGE