January 5, 2008

RECEIVED
BY MAIL ☐
BY HAND ☐
JAN 11 2008
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM

Honorable Robert D. Drain
United States Bankruptcy Judge
One Bowling Green, Room 632
New York NY 10004

United States Bankruptcy Court
Southern District of New York

In re
    Delphi Corporation, et al., Debtors
    Chapter 11
    Case No. 05-44481 (RDD)
    (Jointly Administered)

Your Honor:

If I correctly understand the document I received in regards to the above bankruptcy, I must express any objections by January 11, 2008 for the hearing on January 17, 2008. Otherwise, the plan will act as an injunction against any future action to correct what I perceive as an injustice. Please consider the following concerns:

Employees at the Delphi plant in Kettering Ohio were called to "Memorandum of Understanding" meetings and informed that layoffs would be coming, but that every effort would be made to ensure that they would be voluntary layoffs. To that end, a payout of $1,500 for each month (or part of each month) of service would be tendered to each eligible employee, based on seniority, beginning with highest seniority and moving down to newest hires. These informational meetings were held on Delphi property and Delphi time and were attended at the direction of Delphi supervision. Numerous new employees were hired after the "Memorandum of Understanding" was accepted. The purpose of these new hires, as explained in a subsequent union meeting, was so that they could be trained and ready to replace any existing workers who might choose to accept the voluntary layoff under the described terms. However, as layoffs began, the more recent hires were let go instead. Ironically, some were given their 90-day hats and t-shirts on Thursday and informed that the next day (Friday) would be their last. During our December 20, 2007 safety meeting when we were asked if we had any questions or concerns, we inquired about the status of the voluntary layoffs and the response was, "I don't know anything about that." Subsequently, a human resources representative (I do not know her name) offered to us that if anyone doesn't like their job or wants to leave they should come upstairs and that she had some paperwork we could sign. When we asked her what it was she responded that it was a voluntary dismissal form. Not only was this sarcasm unprofessional, it was unnecessary. I personally feel that for Delphi management to claim no knowledge of the union-stated layoff procedures is something akin to the get-away driver claiming not to know about the bank robbery. And, I do feel that we are being robbed.

I received this information on company property and on company time during a meeting that company management directed me to attend. Based on the information conveyed in that meeting, I voted on the Memorandum of Understanding. I am not saying that I would or would not accept the layoff, but the opportunity was to be presented in accordance to the employee-accepted manner. The overwhelming feeling at the Kettering Delphi plant is that we have been intentionally misled. There are employees who are willing to take the layoff that are not getting the chance and others who are being laid off who want and need to continue working.

Thank you for your time and consideration and please contact me for any questions or additional information.

Respectfully,

Larry Vanderpool
9031 Meeker Rd.
Dayton, OH 45414
(937) 890-1798 (home)
(937) 681-5324 (cell)
vanderpoolz@netzero.net

cc:   Delphi Corporation, Troy, Michigan
      Skadden, Arps, Slate, Meagher & Flom LLP, Chicago, Illinois
      Davis Polk & Wardwell, New York, New York
      Latham & Watkins LLP, New York, New York
      Fried, Frank, Harris, Shriver & Jacobson LLP, New York, New York
      A-D Acquisition Holdings, LLC,
          White & Case LLP, Miami, Florida
          White & Case LLP, New York, New York
      Harbinger Del-Auto Investment Company, LTD,
          White & Case LLP, Miami, Florida
          White & Case LLP, New York, New York
      Counsel for General Motors, Weil, Gotshal & Manges LLP, New York, New York
      Office of the United States Trustee for the Southern District of New York