FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Delphi Corporation | Case Number: 05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Michael L. Julius

Name and address where notices should be sent:
8906 E. 96th St. #325
Fishers, IND 46037
Telephone number: 1-765-621-7777

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

DELPHI - SOP

10 JAN 03 11:5

RECEIVED
DELPHI
JAN 11 2008
LEGAL STAFF

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: SSN: -5327

Check here ☐ replaces ☐ amends   if this claim   a previously filed claim, dated:_____

1. **Basis for Claim**
   - ☐ Goods Sold / Services Performed
   - ☐ Customer Claim
   - ☐ Taxes
   - ☐ Money Loaned
   - ☐ Personal Injury
   - ☐ Other _____
   - ☑ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: 5327
     Unpaid compensation for services performed
     from _____ to _____
     (date)       (date)

2. **Date debt was incurred:**

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $_____ (unsecured) _____ (secured) $494,993 (priority) $494,993 (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim** $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $494,993
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☑ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date: Jan. 9, 2008 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Michael L. Julius /s/ Michael Julius |
|---|---|

THIS SPACE IS FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

January 8, 2008

CC:  Legal Staff: Delphi Automotive Systems LLC
     General Counsel: Delphi Corporation
     Counsel to the Debtors: John Wm. Butler, Jr. and John K. Lyons
     Counsel for Agent: Donald Bernstein and Brian Resnick
     Counsel for Unsecured Creditors: Robert J. Rosenberg and Mark A Broude
     Counsel for Equity Security Holders: Bonnie Steingart
     Office of the US Trustee for the Southern District of NY: Alicia Leonhard

Att'n: Honorable Robert D. Drain
       United States Bankruptcy Judge

Reference: Case No. 05-44481 (RRD)
           Chapter 11 – Delphi Corporation

Recently I received a series of legal documents related to the filing on December 28, 2007 reference "Notice Of Motion for Order Pursuant to 11 U.S.C. 105(a) and 502 (c) Estimating or Provisionally Allowing Claim Solely For Purpose of Administering of Discount Rights Offering. The debtors filed the Motion for Order Pursuant to 11 U.S.C. 105 (a) And 502 (c) Estimating Or Provisionally Allowing Certain Unreconciled Claims Solely For Purpose Of Administration Of Discount Rights Offering (the "Rights Offering Estimation Motion") on December 28, 2008. This notice stated that if I objected to the Debtor's propose estimation and temporary allowance of my Claim then I must file in writing by 4:00 PM January 11, 2008.

During my 35 year career at various junior and senior management level positions at Delco-Remy, General Motors, and Delphi, I had numerous opportunities to understand how to evaluate various opportunities or situations. Therefore, with this letter, I am objecting to the value of the estimation of the proposed Discount Rights Offering Participation Amount of $362,885.41 (Ref. Page 71/228). My initial objection is that I do not know how this value was determined. The filing did not include the components of the actuarial table and the discount rate. In general the amount does not appear to take into account that most of my relatives have lived well into their late 80's at this time. It also does not seem to factor in the surviving spouse benefit and most of my wife's relatives have lived into their very late 80"s at this time. My objection also covers the fact that it appears that certain other lost executive benefits are not included in the valuation and they are the loss of the following items; value of stock options, life insurance, umbrella Liability policy, and surviving spouse benefits. Attachment A shows my calculations for the estimated value that I feel the Rights offering should be and also note that when I receive this distribution, I will probably be at a disadvantage since the tax rate for the lump sum will be very high as compared to what it might be in later years of my life.

With this letter please consider revising the amount of the valuation of My Discount Rights Offering to $494,993.

Sincerely,

Michael L. Julius
8906 E. 96th Street #325
Fishers, Indiana 46037

**Attachment A**

| | Year 1 | Year 2 | Year 27 | Year 28 | Year 29 | Year 30 |
|---|---|---|---|---|---|---|
| Total Undiscounted Cash Compensation | Total Discounted Cash Compensation | | | | | |
| Cash Compensation $921,000 | $471,934 | $30,700 | $30,700 | $30,700 | $30,700 | $30,700 | $30,700 |
| Liability Compensation $22,500 | $11,529 | $750 | $750 | $750 | $750 | $750 | $750 |
| Life Insurance Policy $22,500 | $11,529 | $750 | $750 | $750 | $750 | $750 | $750 |
| Total $966,000 | $494,993 | $32,200 | $32,200 | $32,200 | $32,200 | $32,200 | $32,200 |

Discount Interest Rate  5.00%   Source: PBGC

Average Age of Death*  90   Source: Family History
*Based on Family History