

**Robert (Bob) W. Ward**
**3701 Ironwood Way**
**Anderson, Indiana 46011**
*"Consulting & Inventing - Specializing In Composite Powdered Materials"*

3701 Ironwood Way
Anderson, Indiana 46011
December 18, 2007

To: Honorable Robert D. Drain

Greetings!

I'm once again writing to you to plead with you for truth and justice in the Delphi Bankruptcy Case.

My wife and I received 452 shares of Delphi stock on May 28, 1999. We <u>**did not ask to purchase**</u> these shares. At that time we owned stock in the General Motors Corporation and General Motors Corporation devalued our stock and issued us these 452 shares of stock in a new Delphi Corporation.

The devaluation of our ownership in GM was supposedly equal to our percentage of ownership we were acquiring in the new Delphi Corporation.

I have been and still am spending quite a lot of time calling various people trying to learn what <u>**this Claim Form**</u> means to my wife and I <u>**if we file it**</u> by January 15 <u>**or if we don't file it**</u> at all. One person I just talked to a few moments ago was from a business called "the Garden City Group, Inc.". He was very polite, but told me he did not know the answer to my concern, which is why I decided to write to you again.

The only thing my wife and I really want when this is all finally settled is to have the same percentage of ownership in the Delphi Corporation after the bankruptcy is settled as we had before they asked the courts for bankruptcy protection.

Perhaps it's just our generation's thinking, (my wife and I are both 77 years of age), or maybe it's because she and I simply don't understand bankruptcy settlement, but whatever the cause and knowing that I'm repeating myself, <u>**we believe the only just settlement is for us to have the same percentage of ownership in the emerging Delphi as we had before they declared they were bankrupt.**</u>

Thank you,
Sincerely

*Robert W. Ward*
Robert W. Ward

765
Telephone: ~~317~~-644-4350

e-mail: drawward@compuserve.com

765
FAX: ~~317~~-644-8064



**Robert (Bob) W. Ward**
**3701 Ironwood Way**
**Anderson, Indiana 46011**
*"Consulting & Inventing – Specializing In Composite Powdered Materials"*

3701 Ironwood Way
Anderson, Indiana 46011
December 18, 2007

To: Honorable Robert D. Drain

Greetings!

I'm once again writing to you to plead with you for truth and justice in the Delphi Bankruptcy Case.

My wife and I received 452 shares of Delphi stock on May 28, 1999. We **did not ask to purchase** these shares. At that time we owned stock in the General Motors Corporation and General Motors Corporation devalued our stock and issued us these 452 shares of stock in a new Delphi Corporation.

The devaluation of our ownership in GM was supposedly equal to our percentage of ownership we were acquiring in the new Delphi Corporation.

I have been and still am spending quite a lot of time calling various people trying to learn what **this Claim Form** means to my wife and I **if we file it** by January 15 **or if we don't file it** at all. One person I just talked to a few moments ago was from a business called "the Garden City Group, Inc.". He was very polite, but told me he did not know the answer to my concern, which is why I decided to write to you again.

The only thing my wife and I really want when this is all finally settled is to have the same percentage of ownership in the Delphi Corporation after the bankruptcy is settled as we had before they asked the courts for bankruptcy protection.

Perhaps it's just our generation's thinking, (my wife and I are both 77 years of age), or maybe it's because she and I simply don't understand bankruptcy settlement, but whatever the cause and knowing that I'm repeating myself, **we believe the only just settlement is for us to have the same percentage of ownership in the emerging Delphi as we had before they declared they were bankrupt.**

Thank you,
Sincerely

*Robert W. Ward*
Robert W. Ward

765
**Telephone: 5̶1̶7̶-644-4350**

e-mail: drawward@compuserve.com

765
FAX: 3̶1̶7̶-644-8064