UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No. 05-44481RDD |
| DELPHI CORPORATION, ET AL., | Chapter 11 (Jointly Administered) |
| Debtor(s). | Hon. Robert D. Drain |

## PROOF OF SERVICE

The undersigned certifies that on January 14, 2008, a copy of Supplemental Response Of The State Of Michigan, Department Of Treasury To Debtor's Statement Of Disputed Issues With Respect To Proof Of Claim Numbers 2420, 2422, 4536, 5761, 5762, 6354, 9272, 16633, and 16724 was served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claim Docketing Center
P.O. Box 5058
Bowling Green Station
New York, NY  10274-5058

John Wm. Butler, Jr.
333 West Wacker Drive
Chicago, IL  60606-1285

Karalyn A. Marafioti
Four Times Square
New York, NY  10036

/s/ *Jennifer A. Bielecki*
Jennifer A. Bielecki, Legal Secretary
Department of Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI  48202
Telephone:  (313) 456-0140

Dated:  January 14, 2008

1