TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                          :
In re:                                                    :
                                                          :    Chapter 11
DELPHI CORPORATION, et al.,                               :    Case No. 05-44481 [RDD]
                                                          :
                    Debtors.                              :    Jointly Administered
                                                          :
---------------------------------------------------------------x

# JOINT STIPULATION AND AGREED ORDER COMPROMISING AND DISALLOWING PROOF OF CLAIM NUMBER 14133 (SPCP GROUP, L.L.C. AS ASSIGNEE OF BEAVER MANUFACTURING COMPANY)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (the "Debtors") and SPCP Group, L.L.C. (the "Claimant"), as Assignee of Beaver Manufacturing Company ("Beaver"), respectfully submit this Joint Stipulation And Agreed Order Compromising And Disallowing Proof Of Claim Number 14133 (the "Stipulation") and agree and state as follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York;  and

**WHEREAS,** on July 31, 2006, Claimant filed proof of claim number 14133 against DAS LLC, asserting an unsecured non-priority claim in the amount of $267,469.05 (the "Claim");  and

**WHEREAS,** the Debtors paid the full amount of the Modified Claim to Beaver as a cure obligation pursuant to Bankruptcy Code § 365 (the "Payment"); and

**WHEREAS**, on October 26, 2007, the Debtors objected to Proof of Claim No. 14133 pursuant to the Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject to Modification that are Subject to Prior Orders, and Modified Claims Asserting Reclamation that are Subject to Prior Orders (Docket No. 10738) (the "Twenty-Second Omnibus Claims Objection");  and

**WHEREAS,** on November 26, 2007, Claimant filed the Response And Objection of SPCP Group, L.L.C. To Debtors' Twenty-Second Omnibus Objection (Docket No. 11071) (the "Response");  and

**WHEREAS,** on December __, 2007, to resolve the Twenty-Second Omnibus Claims Objection with respect to the Claim, Delphi, DAS LLC and Claimant

entered into a settlement agreement (the "Settlement Agreement"); and

**WHEREAS,** pursuant to the Settlement Agreement, Delphi, DAS LLC and Claimant acknowledge and agree that the Claim shall be disallowed and expunged; and

**WHEREAS,** pursuant to the Settlement Agreement, Beaver Manufacturing Company agrees to turn over the full amount of the Payment to Claimant; and

**WHEREAS,** Delphi and DAS LLC are authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors and Claimant stipulate and agree as follows:

1. The Claim shall be disallowed and expunged.

2. No later than three (3) business days of the date hereof, Beaver shall pay $266,494.16 to Claimant.

3. The Response is hereby deemed withdrawn.

4. The Settlement Agreement does not impact, alter or affect any other proofs of claim that Claimant has filed or owned against the Debtors and relates solely to those matters arising out of or related to the Claim.

Dated:   New York, New York
         December 31, 2007

          DELPHI CORPORATION, et al.,
          Debtors and Debtors-in-Possession,
          By their Bankruptcy Conflicts Counsel,
          TOGUT, SEGAL & SEGAL LLP,
          By:

          _/s/ Neil Berger_____
          NEIL BERGER (NB-3599)
          A Member of the Firm
          One Penn Plaza, Suite 3335
          New York, New York 10119
          (212) 594-5000

Dated:   New York, New York
         December 31, 2007

          SPCP GROUP L.L.C.
          By its Counsel,
          DREIER LLP
          By:

          _/s/ Anthony B. Stumbo_____
          PAUL TRAUB (PT 3752)
          MAURA I. RUSSELL (MR 1178)
          ANTHONY B. STUMBO (AS 9374)
          499 Park Ave., 14th Floor
          New York, New York 10022
          (212) 328-6100

**Accepted and agreed to by:**

**Beaver Manufacturing Company**

By:_/s/ R. E. Carlile_____
Name: R.E. Carlile
Title:   V.P.-CFO NA
Dated:  December __, 2007

**SO ORDERED**

This <u>11th</u> day of <u>January</u>, 2008
in New York, New York


<u>    /s/Robert D. Drain                </u>
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY JUDGE