## AFFIDAVIT OF SERVICE

State of New York    )
                     ) ss.:
County of New York   )

  Joan Esposito, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York. On January 14, 2008 I served the within Limited Objection of IUE-CWA and Affiliated Locals to Debtors' Proposed Management Compensation Plan and Salaried Employee Compensation Program by mailing a copy via overnight mail to the following:

    Robert J. Rosenberg, Esq.
    Latham & Watkins LLP
    885 Third Avenue, Suite 1000
    New York, New York 10022-4834

    Alicia Leonhard, Esq.
    U.S. Department of Justice
    Office of the United States Trustee
    33 Whitehall Street, 21st Floor
    New York, New York 10004-2111

    Kayalan A. Marafioti, Esq.
    Thomas J. Matz, Esq.
    Skadden, Arps, Slate, Meagher & Flom, LLP
    4 Times Square
    New York, New York 10036

    Delphi Corporation
    c/o Sean Corcoran and Karen Craft
    5725 Delphi Drive
    Troy, MI 48098-2815

    John W. Butler, Jr.
    John K. Lyons
    Ron E. Meisler
    Nick D. Campanario
    Skadden, Arps, Slate, Meagher & Flom, LLP
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois 60606

Jessica Kastin
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Peter DeChiara
Cohen, Weiss & Simon
330 West 42nd Street
New York, NY 10036

Jeffrey L. Tanenbaum
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Brad E. Scheler
Bonnie K. Steingart
Vivek Melwani
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

Donald S. Bernstein
Brian M. Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10022

Gerard H. Uzzi
Glenn M. Kurtz
Douglas P. Baumstein
White & Case
1155 Avenue of the Americas
New York, NY 10036

_____
JOAN ESPOSITO

Sworn to before me this
14th day of January, 2008.

_____
Notary Public

OMAR A. JOSEPH
Notary Public, State of New York
No. 02JO6160500
Qualified in New York County
Commission Expires 2/12/2011