COHEN & GRIGSBY, P.C.
William E. Kelleher, Jr.
Lisa K. Stauffer
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222
Telephone:  412-297-4733
Facsimile:  412-209-1854
Email: wkelleher@cohenlaw.com
       lstauffer@cohenlaw.com

    -and-

KLESTADT & WINTERS, LLP
Tracy L. Klestadt (TK-3591)
Patrick J. Orr (PO-7617)
292 Madison Avenue, 17th Floor
New York, New York 10017-6314
Tel:  (212) 972-3000
Fax:  (212) 972-2245
Email: POrr@Klestadt.com
       TKlestadt@Klestadt.com

Attorneys for NOVA Chemicals Inc. and
NOVA Chemicals Canada Ltd

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (Manhattan)**

| In re: | : | Case No. 05-44481 (RDD) |
|---|---|---|
|  | : |  |
| DELPHI CORPORATION, *et al.*, | : | Chapter 11 |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF WITHDRAWAL OF OBJECTION OF NOVA CHEMICALS INC.
AND NOVA CHEMICALS CANADA LTD TO NOTICE OF CURE AMOUNT
WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO
BE ASSUMED AND ASSIGNED IN CONNECTION WITH
<u>THE SALE OF INTERIORS AND CLOSURES BUSINESSES</u>**

    NOTICE is given that NOVA Chemicals Inc. and NOVA Chemicals Canada Ltd.

(together, "NOVA"), by and through their undersigned attorneys, hereby withdraw their

objection (the "Objection") filed on December 7, 2007 (Docket No. 11357) in response to the Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease To Be Assumed and Assigned in Connection with the Sale of Interiors and Closures Businesses (the "Notice") filed by Delphi Corporation, *et al.* (collectively, the "Debtors") as follows:

1.  On or about November 30, 2007, the Debtors served four copies of the Notice upon NOVA. The copies of the Notice had different versions of an Exhibit 1 attached thereto, each of which listed a single purchase order with NOVA that Delphi was attempting to assume and assign. The Purchase Orders listed in the Notice are numbers 550056713, 550056710[1] and 550056690 (the "Purchase Orders"). See Docket No. 11164.

2.  On or about December 7, 2007, NOVA filed its Objection to the Notice, the cure amounts alleged therein, and the assumption and assignment of the Purchase Orders.

3.  Since the Objection was filed, the Debtors have informed NOVA that the Debtors will not be assuming or assigning the Purchase Orders.

---

[1] Purchase Order Number 550056710 is referenced in two of the Notices received by NOVA.

4.  Accordingly, in reliance upon the foregoing, NOVA withdraws its Objection.

Dated: January 14, 2008
 New York, New York

Respectfully submitted,

KLESTADT & WINTERS, LLP

By: /s/ Patrick J. Orr
Tracy L. Klestadt (TK-3591)
Patrick J. Orr (PO-7617)
292 Madison Avenue, 17th Floor
New York, New York 10017-6314
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: POrr@Klestadt.com
          TKlestadt@Klestadt.com

William E. Kelleher, Jr.
Lisa Kerszencwejg Stauffer
Cohen & Grigsby, P.C.
11 Stanwix Street, 15th Floor
Pittsburgh, PA  15222
(412) 297-4733 (phone)
(412) 209-1854 (fax)
wkelleher@cohenlaw.com
lstauffer@cohenlaw.com

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (Manhattan)**

| In re: | : | Case No. 05-44481 (RDD) |
| --- | --- | --- |
| DELPHI CORPORATION, *et al.*, | : | Chapter 11 |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing NOTICE OF WITHDRAWAL OF OBJECTION OF NOVA CHEMICALS INC. AND NOVA CHEMICALS CANADA LTD TO NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE SALE OF INTERIORS AND CLOSURES BUSINESSES has been served via ECF notice and/or via email upon the parties listed on the Debtor's Master Service List and the 2002 List, on this 14th day of January 2008.

/s/ Lisa K. Stauffer
Lisa K. Stauffer

1294399_1