SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
In re           :    Chapter 11
:
DELPHI CORPORATION, et al.,    :    Case No. 05–44481 (RDD)
:
Debtors.    :    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 15607
(Stimpson Edwin B Co Inc)

1

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Stimpson Edwin B Co Inc ("Stimpson Edwin B Co Inc") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 15607 (Stimpson Edwin B Co Inc) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 31, 2006, Stimpson Edwin B Co Inc filed proof of claim number 15607 against Delphi Corporation, which asserts an unsecured non-priority claim in the amount of $3,603.60 (the "Claim").

WHEREAS, on February 15, 2007, the Debtors objected to the Claim pursuant to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification ("Ninth Omnibus Claims Objection") (Docket No. 6968) (the "Objection").

WHEREAS, on March 15, 2007,Stimpson Edwin B Co Inc filed its response to the Objection (Docket No. 7287) (the "Response").

WHEREAS, to resolve the Objection with respect to the Claim, Delphi Mechatronic Systems, Inc. and Stimpson Edwin B Co Inc have agreed to enter into this Stipulation.

WHEREAS, pursuant to the Stipulation, Delphi Mechatronic Systems, Inc.

acknowledges and agrees that the Claim shall be allowed against Delphi Mechatronic Systems, Inc. in the amount of $2,184.00.

WHEREAS, Stimpson Edwin B Co Inc acknowledges that it has been given the opportunity to consult with counsel before executing this Stipulation and is executing such Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Stipulation.

WHEREAS, Delphi Mechatronic Systems, Inc. is authorized to enter into this Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Stimpson Edwin B Co Inc stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $2,184.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of Delphi Mechatronic Systems, Inc..

2. The Response to the Objection shall be deemed withdrawn with prejudice.

So Ordered in New York, New York, this <u>11th</u> day of January 2008

                                                <u>/s/Robert D. Drain</u>
                                     UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Richard P. Kirby |
|---|---|
| John Wm. Butler, Jr. | Stimpson Edwin B Co Inc |
| John K. Lyons | |
| Ron E. Meisler | By: <u>O'Reilly Marsh & Corteselli</u> |
| SKADDEN, ARPS, SLATE, MEAGHER | Address: <u>1000 Franklin Ave.</u> |
|   & FLOM LLP |           <u>Gordon City, NJ 11530</u> |
| 333 West Wacker Drive, Suite 2100 |   |
| Chicago, Illinois 60606-1285 | Phone: <u>516-741-1818</u> |
| (312) 407-0700 | Email: _____ |

              - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

4

**TO BE COMPLETED ONLY IF THE PARTY SIGNING THIS STIPULATION IS NOT THE SAME PARTY WHO FILED THE RESPONSE TO THE OBJECTION:**

As referenced on page 2 of the this Stipulation, _____, who filed the Response referred to on page 2 of this Stipulation, hereby consents to and authorizes the withdrawal with prejudice of the Response.

Name of Party Who
Filed Response:: _____
By: _____
Name: _____
Title: _____

Date: _____