SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|                          | :  |                          |
|--------------------------|----|--------------------------|
|                          | :  |                          |
| In re                    | :  | Chapter 11               |
|                          | :  |                          |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|                          | :  |                          |
|           Debtors.       | :  | (Jointly Administered)   |
|                          | :  |                          |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 9577
(Bayer Materialscience Llc)

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Bayer Materialscience Llc(the "Claimant") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 9577 (Bayer Materialscience Llc) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, in October 2005, Bayer Materialscience Llc submitted a reclamation demand (the "Reclamation Demand") to the Debtors.

WHEREAS, on July 17, 2006, Bayer Materialscience Llc filed proof of claim number 9577 against Delphi Corporation asserting a claim in the amount of $122,826.05 (the "Claim").

WHEREAS, on May 22, 2007, the Debtors objected to the Claim pursuant to the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims and Untimely Tax Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation ("Fifteenth Omnibus Claims Objection") (Docket No. 7999)  (the "Objection").

WHEREAS, on June 19, 2007, Bayer Materialscience LLC filed its response to the Objection (Docket No. 8347) (the "Response").

WHEREAS, to resolve the Objection with respect to the Claim, Delphi Automotive Systems LLC and Bayer Materialscience Llc have agreed to enter into this Stipulation.

WHEREAS, pursuant to this Stipulation, Delphi Automotive Systems LLC acknowledges and agrees that the Claim shall be allowed against Delphi Automotive Systems LLC in the amount of $105,184.98.

WHEREAS, Bayer Materialscience Llc further acknowledges that it will waive the right to seek administrative priority status for any portion of the Claim on the grounds that it has a reclamation claim against the Debtors.

WHEREAS, Bayer Materialscience Llc acknowledges that it has been given the opportunity to consult with counsel before executing this Stipulation and is executing such Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Stipulation.

WHEREAS, Delphi Automotive Systems LLC is authorized to enter into this Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Bayer Materialscience Llc stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $105,184.98 and shall be

treated as an allowed general unsecured non-priority claim against the estate of Delphi

Automotive Systems LLC.

2.      Bayer Materialscience Llc waives its right, pursuant to section 503(b) of

the Bankruptcy Code, to seek administrative priority status for any portion of the Claim on the

grounds that it has a reclamation claim against the Debtors on account of the Reclamation

Demand.

3.      The Reclamation Demand shall be deemed withdrawn with prejudice.

4.      The Response to the Objection shall be deemed withdrawn with prejudice.

So Ordered in New York, New York, this <u>11th</u> day of January 2008

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons
_____

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

                    - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

/s/ Linda Vesci
_____

Bayer Materialscience Llc

| By: | Linda Vesci |
|---|---|
| Address: | 100 Bayer Rd. |
| | Pittsburgh, Pennsylvania  15205 |
| Phone: | (412) 777-2942 |
| Email: | Linda.vesci.b&bayer.com |