SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                       :
                                       :
      In re                            :    Chapter 11
                                       :
DELPHI CORPORATION, et al.,            :    Case No. 05–44481 (RDD)
                                       :
                   Debtors.            :    (Jointly Administered)
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 2344
(Onyx Environmental Services Electronics Recycling Div)

1

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Onyx Environmental Services Electronics Recycling Div ("Onyx Environmental Services Electronics Recycling Div") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 2344 (Onyx Environmental Services Electronics Recycling Div) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on March 21, 2006, Onyx Environmental Services Electronics Recycling Div filed proof of claim number 2344 against Delphi Corporation, which asserts an unsecured non-priority claim in the amount of $1,213.39 (the "Claim").

WHEREAS, on January 12, 2007, the Debtors objected to the Claim pursuant to the Debtors' Seventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, and (C) Untimely Claims (Docket No. 6585) (the "Objection").

WHEREAS, the Onyx Environmental Services Electronics Recycling Div served the Debtors with its undocketed response to the Objection (the "Response").

WHEREAS, to resolve the Objection with respect to the Claim, Delphi Automotive Systems LLC and Onyx Environmental Services Electronics Recycling Div have agreed to enter into this Stipulation.

2

WHEREAS, pursuant to the Stipulation, Delphi Automotive Systems LLC acknowledges and agrees that the Claim shall be allowed against Delphi Automotive Systems LLC in the amount of $1,213.39.

WHEREAS, Onyx Environmental Services Electronics Recycling Div acknowledges that it has been given the opportunity to consult with counsel before executing this Stipulation and is executing such Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Stipulation.

WHEREAS, Delphi Automotive Systems LLC is authorized to enter into this Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Onyx Environmental Services Electronics Recycling Div stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $1,213.39 and shall be treated as an allowed general unsecured non-priority claim against the estate of Delphi Automotive Systems LLC.

2. The Response to the Objection shall be deemed withdrawn with prejudice.

So Ordered in New York, New York, this 11th day of January 2008

        /s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Kim Gelinski |
|---|---|
| John Wm. Butler, Jr. | Onyx Environmental Services Electronics |
| John K. Lyons | Recycling Div |
| Ron E. Meisler | |
| SKADDEN, ARPS, SLATE, MEAGHER | By: Kim Gelinski |
|   & FLOM LLP | Address: 1275 Mineral Springs Dr. |
| 333 West Wacker Drive, Suite 2100 |         Port Washington, Wisconsin 53074 |
| Chicago, Illinois 60606-1285 | Phone: (262) 243-8910 |
| (312) 407-0700 | Email: kim.gelinsky@veoliaes.com |

    - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession