BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
Michael K. McCrory, Esq.
Mark R. Owens, Esq. (MO 9742)

*Attorneys for Howard County, Indiana*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x
                                    :
In re:                              :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481(RDD)
                                    :
                    Debtors.        :    (Jointly Administered)
——————————————————————— x

**NOTICE OF WITHDRAWAL OF RESPONSE OF HOWARD COUNTY, INDIANA TO THE DEBTORS' NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS [DOCKET NOS. 8617 & 9260]**

Howard County, Indiana, by and through its undersigned counsel, hereby withdraws, with prejudice, its Response to the Debtors' Nineteenth Omnibus Objection to Claims (Docket No. 9260). The parties shall bear their own fees and costs.

Dated: Indianapolis, Indiana           Respectfully submitted,
       January 15, 2008
                                       /s/ Mark R. Owens
                                       Michael K. McCrory, Esq.
                                       Mark R. Owens, Esq. (MO 9742)
                                       BARNES & THORNBURG LLP
                                       11 South Meridian Street
                                       Indianapolis, IN 46204
                                       Phone: (317) 236-1313
                                       Facsimile: (317) 231-7433

                                       *Attorneys for Howard County, Indiana*

INDS01 EBADAWI 1005772v1