KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re:                                               :        Chapter 11
                                                     :
DELPHI CORPORATION, et al.,                          :        Case No. 05-44481 (RDD)
                                                     :
                        Debtors.                     :        (Jointly Administered)
                                                     :
                                                     :        **AFFIDAVIT OF SERVICE**
----------------------------------------------------------x

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK       )

   Elaine Fera, being duly sworn, deposes and says:

   1.  I am an employee of the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP,

am over 18 years of age and am not a party to this action.

   2.  On January 14, 2008, I served true copies of the Limited Objection of Wilmington

Trust Company, as Indenture Trustee, to Confirmation of First Amended Joint Plan of

Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors in Possession

Dated December 10, 2007 by (1) transmitting a true and correct copy of the document by

facsimile transmission to the facsimile numbers designated for that purpose and (2) by Federal

Express priority overnight mail upon the parties on the attached Federal Express service list by

placing same in properly addressed Federal Express priority overnight envelopes and depositing

said envelopes in Office Services on the 34th Floor at 599 Lexington Avenue, New York, New

NY-579380-v1

York which is the designated location for pickup by the Federal Express Corporation for next

business day delivery.

_/s/ Elaine Fera_

Elaine Fera

Sworn to before me this
15th day of January, 2008

_/s/ Edward M. Fox_

Notary Public

EDWARD M. FOX
NOTARY PUBLIC, State of New York
No. 02-4861589
Qualified in Westchester County
Commission Expires May 2010

SERVICE LIST

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Il  60606

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Brad E. Scheler
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

Thomas E. Lauria
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL  33131

Jeffrey L. Tanenbaum
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

Alicia M. Leonard
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

Gerard H. Uzzi
White Case LLP
1155 Avenue of the Americas
New York, NY  10036