IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :

In re                                        :        Chapter 11

DELPHI CORPORATION, et al.,       :        Case No. 05-44481 (RDD)

                       Debtors.    :        (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

      I, Sheryl Betance, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

      On December 28, 2007, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

1) Notice To Parties Subject To A Post-Solicitation Date Objection [a copy of which is attached hereto as Exhibit B]

      On December 28, 2007, I caused to be served the document listed below upon the parties listed on Exhibit C hereto via overnight mail:

2) Notice Of Non-Voting Status With Respect To Certain Claims And Interests [a copy of which is attached hereto as Exhibit D]

Dated: January 15, 2008

                                                                  */s/ Sheryl Betance*
                                                                   Sheryl Betance

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 15th day of January, 2008, by Sheryl Betance, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:   */s/ Leanne V. Rehder*

Commission Expires:  *3/2/08*

# EXHIBIT A

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Accurate Threaded Fasteners Inc | Pia N Thompson | Sachnoff & Weaver Ltd | 10 S Wacker Dr | Chicago | IL | 60606-7507 | |
| Alcoa Automotive Castings | Paul Kopatich | a Michigan Partnership | 8550 W Bryn Mawr Ave 10th Fl | Chicago | IL | 60631 | |
| Alegre Inc | Lilly Phillips President | 3103 W Tech Rd | | Miamisburg | OH | 45342 | |
| Allegro Micro Systems Inc | Irene Beaulac | 115 Northeast Cutoff | | Worcester | MA | 1615 | |
| Alumax Mill Products Inc | Paul Kopatich | Alcoa | 8550 W Bryn Mawr Ave 10th Fl | Chicago | IL | 60631 | |
| Amroc Investments LLC | Attn David S Leinwand Esq | 535 Madison Ave 15th Fl | | New York | NY | 10022 | |
| Arbon Equip Corp Rite Hite Corp | | 8900 N Arbor Dr | | Milwaukee | WI | 53223 | |
| Argo Partners | Argo Partners | 12 W 37th St 9th Fl | | New York | NY | 10018 | |
| Argo Partners | Kasowitz Benson Torres & Friedman | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | |
| Ashland Incorporated | Collection Department DS 3 | PO Box 2219 | | Columbus | OH | 43216 | |
| Ashland Incorporated | Collection Department DS 3 | PO Box 2219 | | Columbus | OH | 43216 | |
| ASM Capital LP | ASM Capital LP | 7600 Jericho Turnpike Ste 302 | | Woodbury | NY | 11797 | |
| ASM Capital LP | Kasowitz Benson Torres & Friedman | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | |
| Assignee of Hydro Aluminum N Amer | Attn Alpa Jimenez | Contrarian Funds LLC | 411 W Putnam Ave Ste 225 | Greenwich | CT | 6830 | |
| assignee of Kemper Products | Argo Partners | 12 West 37th St 9th fl | | New York | NY | 10018 | |
| assignee of Stoneridge Inc | Contrarian Funds LLC | Attn Alpa Jimenez | 411 West Putnam Ave Ste 225 | Greenwich | CT | 6830 | |
| Bank of America N A | Attn Clare Pierce | 40 W 57th St | | New York | NY | 10019 | |
| Bear Stearns Investment Products | Attn Laura L Torrado | 383 Madison Ave | | New York | NY | 10179 | |
| Behr Hella Thermocontrol Gmbh | | Hansastrabe 40 | | Lippstadt | | 59557 | Germany |
| Breen Color Concentrates Inc | Mark Conlan Esq | Gibbons PC | One Gateway Ctr | Newark | NJ | 07102-5310 | |
| Carrier Corp | Attn Joyce Kuppel | PO Box 4808 Bldg TR S | | Syracuse | NY | 13221 | |
| Ceramtec North America | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | Irvine | CA | 92614 | |
| CF Special Situation Fund I LP | Attn Stuart A Laven Jr | Benesch Friedlander Coplan Aronoff | 2300 BP Tower 200 Public Sq | Cleveland | OH | 44114-2378 | |
| Contrarian Fund assignee Stoneridge | Kasowitz Benson Torres & Friedman | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | |
| Contrarian Funds assignee Aramark | Kasowitz Benson Torres & Friedman | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | |
| Contrarian Funds Hydro Aluminum NA | Kasowitz Benson Torres & Friedman | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | |
| Contrarian Funds LLC | Attn Alpa Jimenez | 411 W Putnam Ave Ste 225 | | Greenwich | CT | 6830 | |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | |
| Contrarian Funds LLC  as assignee | Attn Alpa Jimenez | of Aramark Uniform | 411 W Putnam Ave Ste 225 | Greenwich | CT | 6830 | |
| Contrarian Funds United Stars Ind | Kasowitz Benson Torres & Friedman | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | |
| CSI Leasing Inc | Attn Jeffrey L Rousseau | fka Computer Sales International | 9990 Olive Street Road Ste 101 | St Louis | MO | 63141 | |
| Davalor Mold Corporation | | 46480 Continental Dr | | Chesterfield | MI | 48047 | |
| Day Pak Inc Eft | | PO Box 363 | | Dayton | OH | 45409 | |
| De RL CV Juarez MX | Small Parts De Mexico S | PO Box 7002 | | Logansport | IN | 46947 | |
| Direct Sourcing Solutions Inc | Dssi | 9300 Shelbyville Rd Ste 402 | | Louisville | KY | 40222 | |
| Direct Sourcing Solutions Inc | Dssi | 9300 Shelbyville Rd Ste 402 | | Louisville | KY | 40222 | |
| E R Wagner Manufacturing Co | E R Wagner Manufacturing Co | | 4611 N 32nd St | Milwaukee | Wi | 53209 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 4

1/12/2008 12:09 AM
Modify - for AOS

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| E R Wagner Manufacturing Co | Foley & Lardner LLP | Judy A O Neill | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| E R Wagner Manufacturing Co | Foley & Lardner LLP | Hilary Jewett | 90 Park Ave | New York | NY | 10016 | |
| E R Wagner Manufacturing Co | | Lock Box 53100 | | Milwaukee | WI | 53288 | |
| Eaton Aeroquip De Mexico Sa De Cv | Eaton Corporation | 1111 Superior Ave | | Cleveland | OH | 44114-2584 | |
| Eaton Corporation | co Liquidity Solutions Inc | DBA Revenue Management | 1 University Plaza No 312 | Hackensack | NJ | 7601 | |
| Eikenberry & Associates Inc | Bose Mckinney & Evans Llp | Jeannette Eisan Hinshaw | 135 N Pennsylvania St Ste 2700 | Indianapolis | IN | 46204 | |
| Eikenberry & Associates Inc | | PO Box 2676 | | Kokomo | IN | 46904-2676 | |
| EIS Inc | Kimberly J Robinson | Barack Ferrazzano Kirschbaum & Nag | 200 W Madison St Ste 3900 | Chicago | IL | 60606 | |
| Faison Office Products LLC | Attn Dan Morton | 3251 Revere St Ste 200 | | Aurora | CO | 80011 | |
| Fast Tek Group Llc | | 9850 E 30th St | | Indianapolis | IN | 46229 | |
| FedEx Freight | FedEx Freight | Delivery Code 2259 | PO Box 840 | Harrison | AR | 72602-0840 | |
| FedEx Freight | FedEx Freight | Delivery Code 2259 | PO Box 840 | Harrison | AR | 72602-0840 | |
| FIRST TECHNOLOGY HOLDINGS INC | RICHARD C PEDONE NIXON PEABODY LLP | CONTROL DEVICES FIRST INERTIA SWTCH | 100 SUMMER ST | BOSTON | MA | 2110 | |
| FIRST TECHNOLOGY HOLDINGS INC | THOMAS SKIBINSKI | CONTROL DEVICES FIRST INERTIA SWTCH | SENSATA TECH 529 PLEASANT ST MS B 1 | ATTLEBORO | MA | 2703 | |
| Futaba Corporation Of America | Burr & Forman LLP | Michael Leo Hall | 420 N 20th St Ste 3100 | Birmingham | AL | 35203 | |
| Futaba Corporation Of America | | 711 E State Pky | | Schaumburg | IL | 60173 | |
| Gbs Printed Prods & Sys | Commodity Mgmt Svcs | PO Box 2340 | | North Canton | OH | 44720-0340 | |
| GE Consumer & Industrial | Michael B Bach Esq | fka GE Supply | 11256 Cornell Park Dr Ste 500 | Cincinnati | OH | 45242 | |
| GE Infrastructure Sensing | Attn Val Venable | c o GE Plastics | 9930 Kincey Ave | Huntersville | NC | 28078 | |
| GE Plastics | Attn Val Venable | 9930 Kincey Ave | | Huntersville | NC | 28078 | |
| GE Plastics | Foley & Lardner LLP | Attn David G Dragich | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| GE Plastics | Foley & Lardner LLP | Judy A O Neill | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| GE Plastics | Foley & Lardner LLP | Hilary Jewett | 90 Park Ave | New York | NY | 10016 | |
| GE Silicones | Attn Val Venable | c o GE Plastics | 9930 Kincey Ave | Huntersville | NC | 28078 | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez | c o Goldman Sachs & Co | 30 Hudson 17th Fl | Jersey City | NJ | 7302 | |
| Griffco Quality Solutions Inc | | 12300 Old Tesson Rd Ste 400a | | Saint Louis | MO | 63128 | |
| H & L Tool Company Inc | | 32701 Dequindre Rd | | Madison Heights | MI | 48071 | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | Rutherford | NJ | 7070 | |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | |
| Htc Global Services Inc | | 3270 W Big Beaver Rd | | Troy | MI | 48084 | |
| Huck International A Delaware Corp | Paul Kopatich | Alcoa | 8550 W Bryn Mawr Ave 10th Fl | Chicago | IL | 60631 | |
| Illinois Tool Works Inc | | Itw Deltar Tekfast | 21555 S Harlem Ave | Frankfort | IL | 60423 | |
| Ingersoll Rand Co Air Solutions | Ingersoll Rand Air Solutions | 800 D Beaty St | | Davidson | NC | 28036 | |
| ITW Shakeproof Industrial Products | ITW Shakeproof | 2550 S 27th Ave | | Broadview | IL | 60155 | |
| Jdc Logistics Inc | | 9809 S Franklin Dr | | Franklin | WI | 53132 | |
| Kuss Corporation | Foley & Lardner LLP | Judy A O Neill | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| Kuss Corporation | Foley & Lardner LLP | Lori V Vaughan | 90 Park Ave | New York | NY | 10016 | |
| Kuss Corporation | Jill L Murch | Foley & Lardner LLP | 321 N Clark St Ste 2800 | Chicago | IL | 60610 | |
| Latigo Master Fund Ltd | Attn Paul Malek | 590 Madison Ave 9th Fl | | New York | NY | 10022 | |
| Lifetime Industries Inc | David J Harris | Burch Porter & Johnson PLLC | 130 N Court Ave | Memphis | TN | 38103 | |
| Liquidity Solutions Inc | Dba Defined Benefit | One University Plaza | Ste 312 | Hackensack | NJ | 7601 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 4

1/12/2008 12:09 AM
Modify - for AOS

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Liquidity Solutions Inc | Dba Defined Benefit | One University Plaza | Ste 312 | Hackensack | NJ | 07601 | |
| Liquidity Solutions Inc | Dba Revenue Management | One University Plaza Ste 312 | | Hackensack | NJ | 7601 | |
| Longacre Master Fund Ltd | Goodwin Procter LLP | Allan Brilliant E Grillo B Harvey | 599 Lexington Ave | New York | NY | 10022 | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic | 810 Seventh Ave 22nd Fl | | New York | NY | 10019 | |
| Lord Corporation | Lisa Watt | 2000 W Grandview Blvd | | Erie | PA | 16514 | |
| LTX Corporation | Attn Legal Counsel | 825 University Ave | | Norwood | MA | 2062 | |
| Madison Investment Trust Series 38 | | 6310 Lamar Ave Ste 120 | | Overland Park | KS | 66202 | |
| Madison Niche Opportunities LLC | Madison Niche Opportunities LLC | 6310 Lamar Ave Ste 120 | | Overland Park | KS | 66202 | |
| Marian Inc | Wayne Rinker | fka Marian Rubber Products | 1011 E St Clair St | Indianapolis | IN | 46202 | |
| Medalist Industries Inc | | Medalist Indl Fastener Div | 2700 York Rd | Elk Grove Village | IL | 60007 | |
| Meunier Electronic Supply Inc | | 3409 E Washington St | | Indianapolis | IN | 46201 | |
| Motor City Electric | Noel Norales | 9440 Grinnell | | Detroit | MI | 48213-1151 | |
| N D K America Inc | c o Masuda Funai Eifert & Mitchell | 203 N LaSalle St Ste 2500 | | Chicago | IL | 60601-1262 | |
| Newark Electronics | Newark Electronics Corp | | 4801 N Ravenswood Ave | Chicago | IL | 60640 | |
| Newark Electronics | | PO Box 94151 | | Palatine | IL | 60094-4151 | |
| Park Ohio Products Inc | | 7000 Denison Ave | | Cleveland | OH | 44102 | |
| Pitney Bowes Inc Fascimile Div | | PO Box 856037 | | Louisville | KY | 40285-6037 | |
| Plainfield Tool & Engineering | | Plainfield Stamping Illinois | 24035 Riverwalk Ct | Plainfield | IL | 60544-8145 | |
| R & L Spring Co Eft | | 1097 Geneva Pkwy | Remit Updt 7 99 Letter | Lake Geneva | WI | 53147 | |
| Revenue Management | Liquidity Solutions dba | One University Plaza Ste 312 | | Hackensack | NJ | 7601 | |
| SABIC Innovative Plastics US LLC | Attn Val Venable | 9930 Kincey Ave | | Huntersville | NC | 28078 | |
| SABIC Innovative Plastics US LLC | Foley & Lardner LLP | Attn David G Dragich | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| Schrader Bridgeport Intl Inc | | Altavista Epd | PO Box 102133 | Atlanta | GA | 30368-2133 | |
| Scott Specialty Gases Inc | | 6141 Easton Rd | | Plumsteadville | PA | 18949 | |
| Small Parts Inc | | PO Box 7002 | | Logansport | IN | 46947 | |
| SPCP Group as agent | Goodwin Procter LLP | Allan Brilliant C Druehl M Costello | 599 Lexington Ave | New York | NY | 10022 | |
| SPCP Group LLC as agent for | Attn Brian A Jarmain | Silver Point Capital Fund LP | Two Greenwich Plz 1st Fl | Greenwich | CT | 6830 | |
| SPCP Group LLC as agent for | Attn Irene Wu | Silver Point Capital Fund LP | 2 Greenwich Plz 1st Fl | Greenwich | CT | 6830 | |
| Sprint Nextel Corp | Attn Bankruptcy | Nextel Communications Inc | PO Box 172408 | Denver | CO | 80217-2408 | |
| Stagecoach Cartage | | PO Box 26517 | | El Paso | TX | 79926 | |
| Stagecoach Cartage | | PO Box 26517 | | El Paso | TX | 79926 | |
| Superior Plastic Inc | Superior Plastic inc | 200 E Big Beaver Rd | Suite 112 | Troy | MI | 48083 | |
| Supplier Inspection Services Inc | | 2941 S Gettysburg Ave | | Dayton | OH | 45418 | |
| Tgi Direct Inc | | 5365 Hill 23 Dr | | Flint | MI | 48507-390 | |
| TPG Credit Opportunities Fund LP | Attn Shelley Hartman | c o TPG Credit Management LP | 4600 Wells Fargo Ctr 90 S 7th St | Minneapolis | MN | 55402 | |
| Transferee United Stars Industries | Attn Alpa Jimenez | Contrarian Funds LLC | 411 W Putnam Ave Ste 225 | Greenwich | Ct | 6830 | |
| Tricon Industries Inc | c o Alex Pirogovsky | Ungaretti & Harris LLP | 3500 Three First National Plz | Chicago | IL | 60602 | |
| Triton Industries Inc | | 135 S Lasalle St Dept 4492 | | Chicago | IL | 60674-4492 | |
| Uniseal Inc | Attn Stacy Baumberger | PO Box 6288 | | Evansville | IN | 47719 | |
| Universal Tool & Engineering Comp | Michael K McCrory | Barnes & Thornburg LLP | 11 S Meridian St | Indianapolis | IN | 46204 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 4

1/12/2008 12:09 AM
Modify - for AOS

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| UPG de Mexico S de RL de CV | Monica J Machen | Sonnenschein Nath & Rosenthal LLP | 8000 Sears Tower | Chicago | IL | 60606 | |
| UPG de Mexico S de RL de CV | Monica J Machen | Sonnenschein Nath & Rosenthal LLP | 8000 Sears Tower | Chicago | IL | 60606 | |
| UPG de Mexico S de RL de CV | William Holbrook Director Finance | United Plastics Group Inc | 1420 Kensington Rd Ste 209 | Oak Brook | IL | 60523 | |
| UPG de Mexico S de RL de CV | William Holbrook Director of Finance | United Plastics Group Inc | 1420 Kensington Rd Ste 209 | Oak Brook | IL | 60523 | |
| Volland Electric | | 75 Innsbruck Dr | | Cheektowaga | NY | 14227 | |
| Wright State University | Attn Gwen Mattison General Counsel | 356 University Hall | | Dayton | OH | 45435 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 4

1/12/2008 12:09 AM
Modify - for AOS

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 2088343 Ontario Limited | Carson Fischer PLC | Attn Robert Weisberg C Grosman | 4111 Andover Rd W 2nd Fl | Bloomfield Hills | MI | 48302 | |
| 2088343 Ontario Limited | | 2125 Wyecroft Rd | | Oakville | ON | L6L 5L7 | CA |
| AGFA | AGFA Gevaurt Gmbh | 200 Ballardvale St | | Wilmington | MA | 01887 | |
| Alcoa Extrusions Inc | Paul Kopritich | Alcoa | 8550 W Bryn Mawr Ave 10th Fl | Chicago | IL | 60631 | |
| Arthur Andersen Llp | | PO Box 390 | | St Charles | IL | 60174 | |
| Capsonic Automotive Inc | | 460 S Second St | | Elgin | IL | 60123 | |
| Debra A Smith | | 1116 Bay Hill Dr | | Gibsonia | PA | 15044 | |
| Eaton Yale Ltd | Eaton Corporation | 1111 Superior Ave | | Cleveland | OH | 44114-2584 | |
| Federal Express Corporation | Charles J Filardi Jr Esq | Filardi Law Offices LLC | 65 Trumbull St 2nd Fl | New Haven | CT | 06510 | |
| First Technology Holdings Inc and | John D Hertzberg | Affiliates and Subsidiaries | 30150 Telegraph Rd Ste 444 | Bingham Farms | MI | 48025 | |
| GW Plastics Inc | J Eric Charlton | Hiscock & Barclay Financial Plaza | 221 S Warren St | Syracuse | NY | 13202 | |
| HealthPlus of Michigan Inc | Attn Dan Champney Esq | 2050 S Linden Rd | | Flint | MI | 48532 | |
| Motor City Electric Co | | 9440 Grinnell St | | Detroit | MI | 48213-1151 | |
| Tennessee Valley Authority TVA | Harriet Cooper Asst Gen Counsel | 400 W Summit Hill Dr | | Knoxville | TN | 37902-1401 | |
| Tricon Industries Inc | c o Alex Pirogovsky | Ungaretti & Harris LLP | 3500 Three First National Plz | Chicago | IL | 60602 | |
| United Stars Industries Inc | Sean T Scott | Mayer Brown Rowe & Maw | 190 S LaSalle St | Chicago | IL | 60603-3441 | |
| US Equal Employment Opportunity Com | Donna L Williams Alexander | Anthony J Celebrezze Office Bldg | 1240 E Ninth St Ste 3001 | Cleveland | OH | 44199 | |
| US Equal Employment Opportunity Com | Anthony J Celebrezze Building | 1240 E Ninth St Ste 3001 | | Cleveland | OH | 44199 | |

# EXHIBIT B

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                :
     In re                                      :    Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :    Case No. 05-44481 (RDD)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## NOTICE TO PARTIES SUBJECT TO A POST-SOLICITATION DATE OBJECTION

      PLEASE TAKE NOTICE that on December 10, 2007 the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Solicitation Procedures Order") (Docket No. 11389) (i) approving the disclosure statement (the "Disclosure Statement") with respect to the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (the "Plan"), filed by Delphi Corporation and its affiliated debtors and debtors-in-possession (the "Debtors") and (ii) authorizing the Debtors to solicit votes on the Plan.

      PLEASE TAKE FURTHER NOTICE that on or about December 15, 2007, the Debtors mailed a solicitation package to you, which included a ballot that was populated with data that is based upon the claims register as of November 26, 2007, the record date established by the Bankruptcy Court.

      PLEASE TAKE FURTHER NOTICE that the Debtors have recently filed an objection to your claim or interest. In accordance with the Solicitation Procedures Order, your vote will now be tabulated in an amount and classification consistent with the modifications requested in the current objection (or, if the objection seeks to disallow and expunge your claim, your vote will not be tabulated).

      PLEASE TAKE FURTHER NOTICE that, to the extent that you wish to vote your claim or interest in an amount and classification other than that in the Debtors' objection, you must file a motion requesting temporary allowance of your claim or interest for purposes of voting pursuant to Bankruptcy Rule 3018(a) ("Rule 3018(a) Motion"). If you timely file and serve a Rule 3018(a) Motion, you will receive a provisional ballot and will be permitted to cast this provisional ballot to accept or reject the Plan. If you and the Debtors are unable to resolve the issues raised by the Rule 3018(a) Motion, the Bankruptcy Court will determine at the Confirmation Hearing whether the provisional ballot should be counted as a vote on the Plan.

      PLEASE TAKE FURTHER NOTICE that the deadline for filing and serving a Rule 3018(a) Motion is **4:00 p.m. (prevailing Eastern time) on January 2, 2008** (unless the Debtors object to your claim or interest after December 21, 2007, in which case the deadline for filing and serving a Rule 3018(a) Motion for that claim or interest will be ten days following the filing of the Debtors' objection).

Delphi Legal Information Hotline:                  Delphi Legal Information Website:
Toll Free:  (800) 718-5305                         http://www.delphidocket.com
International:  (248) 813-2698


Dated:    New York, New York
          December 10, 2007

                                                   SKADDEN, ARPS, SLATE, MEAGHER
                                                    & FLOM LLP
                                                         John Wm. Butler, Jr. (JB 4711)
                                                         George N. Panagakis (GP 0770)
                                                         Ron E. Meisler (RM 3026)
                                                         Nathan Stuart (NS 7872)
                                                   333 West Wacker Drive, Suite 2100
                                                   Chicago, Illinois 60606

                                                                - and –

                                                         Kayalyn A. Marafioti (KM 9632)
                                                         Thomas J. Matz (TM 5986)
                                                   Four Times Square
                                                   New York, New York 10036

                                                     Attorneys for Delphi Corporation, et al.,
                                                       Debtors and Debtors-in-Possession

# EXHIBIT C

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 2088343 Ontario Limited | Carson Fischer PLC | Attn Robert Weisberg C Grosman | 4111 Andover Rd W 2nd Fl | Bloomfield Hills | MI | 48302 | |
| 2088343 Ontario Limited | | 2125 Wyecroft Rd | | Oakville | ON | L6L 5L7 | CA |
| AGFA | AGFA Gevaurt Gmbh | 200 Ballardvale St | | Wilmington | MA | 01887 | |
| Alcoa Extrusions Inc | Paul Kopritich | Alcoa | 8550 W Bryn Mawr Ave 10th Fl | Chicago | IL | 60631 | |
| Arthur Andersen Llp | | PO Box 390 | | St Charles | IL | 60174 | |
| Capsonic Automotive Inc | | 460 S Second St | | Elgin | IL | 60123 | |
| Debra A Smith | | 1116 Bay Hill Dr | | Gibsonia | PA | 15044 | |
| Eaton Yale Ltd | Eaton Corporation | 1111 Superior Ave | | Cleveland | OH | 44114-2584 | |
| Federal Express Corporation | Charles J Filardi Jr Esq | Filardi Law Offices LLC | 65 Trumbull St 2nd Fl | New Haven | CT | 06510 | |
| First Technology Holdings Inc and | John D Hertzberg | Affiliates and Subsidiaries | 30150 Telegraph Rd Ste 444 | Bingham Farms | MI | 48025 | |
| GW Plastics Inc | J Eric Charlton | Hiscock & Barclay Financial Plaza | 221 S Warren St | Syracuse | NY | 13202 | |
| HealthPlus of Michigan Inc | Attn Dan Champney Esq | 2050 S Linden Rd | | Flint | MI | 48532 | |
| Motor City Electric Co | | 9440 Grinnell St | | Detroit | MI | 48213-1151 | |
| Tennessee Valley Authority TVA | Harriet Cooper Asst Gen Counsel | 400 W Summit Hill Dr | | Knoxville | TN | 37902-1401 | |
| Tricon Industries Inc | c o Alex Pirogovsky | Ungaretti & Harris LLP | 3500 Three First National Plz | Chicago | IL | 60602 | |
| United Stars Industries Inc | Sean T Scott | Mayer Brown Rowe & Maw | 190 S LaSalle St | Chicago | IL | 60603-3441 | |
| US Equal Employment Opportunity Com | Donna L Williams Alexander | Anthony J Celebrezze Office Bldg | 1240 E Ninth St Ste 3001 | Cleveland | OH | 44199 | |
| US Equal Employment Opportunity Com | Anthony J Celebrezze Building | 1240 E Ninth St Ste 3001 | | Cleveland | OH | 44199 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

1/11/2008 11:54 PM
Disallow

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
    In re                         :    Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :    Case No. 05-44481 (RDD)
                                                :
                 Debtors.       :    (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF NON-VOTING STATUS WITH RESPECT TO
CERTAIN CLAIMS AND INTERESTS

      PLEASE TAKE NOTICE that on December 10, 2007 the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Solicitation Procedures Order") (Docket No. 11389) (i) approving the disclosure statement (the "Disclosure Statement") with respect to the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (the "Plan"), filed by Delphi Corporation and its affiliated debtors and debtors-in-possession (the "Debtors") and (ii) authorizing the Debtors to solicit votes on the Plan.

      PLEASE TAKE FURTHER NOTICE that under the Solicitation Procedures Order, the provisions of chapter 11 of the Bankruptcy Code[1], and the Plan, holders of certain claims or interests under the Plan are not entitled to vote. Specifically, the Plan provides that Class I Claims, also known as "Other Interests," are comprised of options, warrants, call rights, puts, awards, or other agreements to acquire Existing Common Stock. Holders of Other Interests shall not receive or retain any property on account of such Other Interests under the Plan and are therefore deemed to have rejected the Plan. Moreover, holders of claims to which the Debtors filed an objection to expunge such claims, which objection is still pending ("Disputed Claims"), and holders of claims which were scheduled or filed as contingent ("Contingent Claims"), are not entitled to vote on the Plan.

      PLEASE TAKE FURTHER NOTICE **that your claim or interest is either a Class I Claim, a Disputed Claim, or a Contingent Claim, and you are accordingly not entitled to vote on the Plan.**

      PLEASE TAKE FURTHER NOTICE that if your claim is a Disputed Claim or a Contingent Claim and you disagree with the Debtors' objection to your claim or interest and wish to vote on the Plan, or if you otherwise believe that you should be entitled to vote on the Plan, then you must (a) have timely filed a proof of claim by the applicable bar date or your proof of claim must be deemed timely filed by an order of the Bankruptcy Code before **7:00 p.m.** (prevailing Eastern time) on **January 11, 2008** (the "Voting Deadline"), (b) contact Kurtzman Carson Consultants LLC at 2335 Alaska Avenue, El Segundo, California 90245, (888) 249-2691 (the "Creditor Voting Agent") to obtain a ballot and return the ballot by the Voting Deadline, and (c) timely file and serve a motion ("Rule 3018(a) Motion") under Bankruptcy Rule 3018(a) for

---

[1] Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended and in effect on October 8, 2005.

temporary allowance of your claim or interest for purposes of voting.  The deadline for filing and serving Rule 3018 Motions is **January 2, 2008 at 4:00 p.m.** (prevailing Eastern time) (the "Rule 3018(a) Motion Deadline"); provided, however, that if the Debtors object to a claim or interest after December 21, 2007, the Rule 3018(a) Motion Deadline would be extended for that claim or interest such that the deadline would be ten days following the filing of the Debtors' objection.  Rule 3018(a) Motions must be filed with the Clerk of the Court on or before the Rule 3018(a) Motion Deadline and served so as to be received by the Notice Parties (as defined in the Solicitation Procedures Order) by the Rule 3018(a) Motion Deadline in accordance with the procedures set forth in the Solicitation Procedures Order.

PLEASE TAKE FURTHER NOTICE that copies of the Disclosure Statement, the Plan, and any exhibits thereto are publicly available, along with the docket and other case information, at www.delphidocket.com.  This information may also be obtained, upon reasonable written request, from the Creditor Voting Agent at its address set forth above.

PLEASE TAKE FURTHER NOTICE THAT the hearing to consider confirmation of the Plan (the "Confirmation Hearing") will commence on **January 17, 2008 at 10:00 a.m.** (prevailing Eastern time) or as soon thereafter as counsel can be heard, before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.  The Confirmation Hearing may be adjourned from time to time by announcing the adjournment in open court, and the Plan may be further modified, if necessary, under 11 U.S.C. § 1127 before, during, or as a result of the Confirmation Hearing, without further notice to parties-in-interest.

PLEASE TAKE FURTHER NOTICE THAT **January 11, 2008 at 4:00 p.m.** (prevailing Eastern time) is fixed as the last date and time for filing and serving objections to confirmation of the Plan (the "Objection Deadline").  To be considered, objections, if any, to confirmation of the Plan must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) and the Solicitation Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n:  Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for A-D Acquisition Holdings, LLC c/o Appaloosa Management L.P., White & Case

LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: Glenn M. Kurtz and Gregory Pryor), (vii) Counsel for Harbinger Del-Auto Investment Company, Ltd., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: John M. Reiss and Gregory Pryor), (viii) Counsel for General Motors Corporation, Weil, Gotshal & Manges LLP, 767 Fifth Avenue New York, New York 10153 (Att'n: Jeffrey L. Tanenbaum, Michael P. Kessler, and Robert J. Lemons), and (ix) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be **received no later than Objection Deadline**. **Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.**

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

Dated:   New York, New York
         December 10, 2007

       SKADDEN, ARPS, SLATE, MEAGHER
        & FLOM LLP
           John Wm. Butler, Jr. (JB 4711)
           George N. Panagakis (GP 0770)
           Ron E. Meisler (RM 3026)
           Nathan Stuart (NS 7872)
       333 West Wacker Drive, Suite 2100
       Chicago, Illinois 60606

              - and -
           Kayalyn A. Marafioti (KM 9632)
           Thomas J. Matz (TM 5986)
       Four Times Square
       New York, New York 10036

       Attorneys for Delphi Corporation, <u>et</u> <u>al.</u>,
        Debtors and Debtors-in-Possession

3