To: The Honorable Robert D. Drain
    United States Bankruptcy Court
    For The Southern District Of
    New York, One Bowling Green,
    Room 610, New York 10004

From: Orval W. Wright
    2163 W. Mound St.
    Columbus, Ohio 43223 2047


Dear Sir,

    I'm writing, for the reason concerning a sentence I read within a communication sent to my residence, from the Kurtzman Carson Consultants, Delphi Noticing, 2335 Alaska Ave, El Segundo, CA 90245. The sentence I read; "A total of 54,661 persons were participants in or beneficiaries of the plan year, although (not all of these persons had yet earned the right to receive benefits.

    I have always kept the concern for my family foremost in my mind. The above alluded-to-sentence, brought to the forefront; a memory or two, of words directed in the vicinity of my personal previous employment.

    After the declared 30.3 years for retirement, I am brought to the realization that I am having difficulty flowing back to the General Motors Corp., which was my right! The reason, I suspect, is the vagueness within the context of the question, when being asked, while signing the retirement papers, as to whether I wanted to flow back to G.M. like some of the other journeymen were doing. My reply was that, since I had an accumulated time to do so, I'm going to stay here and retire. General Motors coverage for retirement was not mentioned! The other journeymen mentioned regarding flow-back rights, had to do with their not as yet having the accumulated time to retire!

    Within my minds' eye of inclusion there is also a matter regarding $35,000.00 offered to employees retiring during the time in which I did. I was made to understand, during my upbringing, as well as, while with 'Delphi', that nothing is for free! Therefore, when I was sent papers from corporate representatives, and read them over, I realized that these papers were indeed a contract! One of the profitable virtues learned, while attending sessions given, while in attendance with the American Businessmens' Seminar. When I launched efforts to find out why the money was being offered and the explicit meaning pertaining to the papers/contract, sent to me; they were met with snide ness, resulting in my not signing, nor sending the expected completed papers to them.

    Without knowing and or understanding; like as it was with my previous employment, so it is with the present concern! It is with strong desire that I want you to be able to help the company, and I ask that you, please, don't forget about us!



RECEIVED
JAN 15 2008
USBC-SDNY
RDD

1.

May 23, 2006

To: Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022-4802

From: Orval W. Wright
      2163 W. Mound St.
      Columbus, Ohio 43223-2047

Dear Gentlemen,

    I have been requesting assistance in understanding regarding the "Special Attrition Program Agreement", and more accurately, its' "Release Form"! I would like, as much as the next deserving retiree, if not more; the said cash payment of $35,000 dollars negotiated between the Delphi Corp. and the 'United Auto Workers' union! However, throughout my working career, within the Columbus, Ohio store, my confidence or trust, has been shaken, if not shattered in lieu of the 'system'! I've worked with many, very good and conscientious co-laborers; that is the good that I can say! As far as the system and the few who (well!!).

    All that I am asking for, is a clarification, explicitly, of the designated words 'claim and claims', utilized in what appears to be a contract of judicial 'jargon'. I have no desire to sign away or agree to limited duration of health benefits or other aids achieved throughout the duration of my working career! If this payment is solely due to the action of my deciding to retire within the listed 'time frame'; why must there be a contract? Why not just pay me the negotiated money they (Delphi/UAW) negotiated and agreed to? Or is there an added extra within the negotiated 'Pension Plan' that I missed?

    I have no desire to appear to be a fool! However, what negative or harmful results, will the signing of this 'contract' have on my retirement and family (legally) within the near or not so near future? Is there any 'aid' that you can render which will help me in making a 'just' and 'equitable' decision?

With much appreciation in advance!

*Orval W. Wright* (signature)

Orval W. Wright

P.S.  How was the letter?
    Your evaluation is, as well, appreciated!

Jesus Loves You!