Keith Miller
6260 Via Madrid
Granite Bay, CA 95746


January 9, 2008


In regards to: Delphi Corp. Confirmation Hearing


Honorable Robert Drain
United States Bankruptcy Court
One Bowling Green - Room 610

New York, NY 10004


Dear Judge Drain,
I am writing you to voice my concern over the upcoming confirmation hearing in the Delphi case. I think you should know that the voting instructions and ballots were not received in a timely manner in order to meet the voting deadline. I feel many eligible voters have been disenfranchised by the fact the voting ballots arrived so late in the process.

My voting package arrived yesterday afternoon, January 8, 2008. The outside envelope indicated it was from Proxy Services in Farmingdale, New York. I called the phone number listed in the voting instructions to get clarification on filling out the forms. I was told by the person answering the phone that the office was closed for the evening and I would need to call back on the 9th. The ballots are due back on January 11th according to the instructions. However, there was a small and separate piece of paper in the envelope that indicated "in order to have your vote counted, your ballot must be received at least one business day prior to the vote cut-off date stated in the materials....". This would mean January 10th; which did not allow enough time to get the ballot back from California to New York and meet the deadline date.

I do not think my experience is an isolated one. I received three voting packages from Proxy Services on the same day and they represented three different brokerage firms where I have accounts. My wife also received her voting package on the same day, and her brokerage account is with a different firm than mine. It is apparent that the voting ballots processed through Proxy Services were not sent out in a timely manner. I realize that by living on the West Coast my ballots probably arrived a couple of days later than someone living on the East Coast. However, this should have been taken into consideration when the ballots were prepared for mailing. I imagine that eligible voters in Hawaii, Alaska and the rural parts of the country probably received their ballots on the deadline date or after.  This untimely mailing of the voting ballots by Proxy Services could impact hundreds of eligible voters and thus their voice will not be heard by the court.

I ask that you look into this matter and determine if the delay in mailing the voting packages has an affect on the legitimacy of the vote presented to the Court.

Thank you for your consideration in this matter.


Respectfully,
Keith Miller