**MONROE COUNTY WATER AUTHORITY**

P.O. Box 10999 • 475 Norris Drive • Rochester, New York 14610-0999
Phone: (585) 442-2000    Fax: (585) 442-0220

January 9, 2008

Delphi Corporation
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Butler, Jr., John K. Lyons and Joseph N. Wharton
333 West Wacker Drive, Suite 2100
Chicago, Ill 60606

RE:   Delphi Corporation, Case No. 05-44481
      The Plan and Unsecured Creditors

Dear Sirs:

The Monroe County Water Authority is a New York State Public Benefit Corporation formed under the New York State Public Authorities Law. As such, we are bound by our Trust Indenture and various New York State Public Agency laws to invest our funds solely in Authorized Investments of which common stocks are disallowed. The Plan does not take into account the constraints on public entities and the applicable laws.

In addition, transferring stocks in lieu of cash payment creates settlement inequities for a commodity sold. The Monroe County Water Authority is a water purveyor and our terms of sale must be the same for all our consumers and entities under our jurisdiction. Stocks or any other form of barter to satisfy an outstanding receivable due the Authority is not acceptable under our Rules, Trust Indenture and the New York State Public Authorities Laws.

At this juncture, there may be nothing we can do to alter any part of the Unsecured Creditors Plan. It's simply unfair to those Creditors who cannot seek their 22.7% recovery under the "Stock Purchase Right" and may have to name a 3rd party designee to receive the 77.3% common stock dispersal. If you wish to discuss this matter, I can be reached at (585) 442-2000, ext. 227.

Sincerely,

*Victoria Bean*

Victoria Bean
Collections/Claims Manager

CC:   Honorable Robert D. Drain, United States Bankruptcy Judge
      Delphi Corporation
      Skadden, Arps, Slate, Meagher & Flom LLP
      Nicholas Noce, MCWA Director of Business Services