IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DELPHI, INC., et al. | ) | CASE NO. 05-44481 (RDD) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |

**WITHDRAWAL OF MOTION FOR PAYMENT OF ADMINISTRATIVE
CLAIM/TAXES INCURRED POST-PETITION**

MADISON COUNTY (INDIANA) TREASURER, by counsel, Thomas M. Beeman, hereby withdraws its *Motion for Payment of Administrative Claim/Taxes Incurred Post-Petition* and in support thereof states the following:

1.   The claimant herein filed a motion for payment of administrative expenses on December 4, 2007 (Docket No. 11237).

2.   Since the filing of said motion, the personal property taxes for 2006 due and payable December 10, 2007, have been paid.

3.   The taxes for 2007 payable 2008 have not been paid, but are not yet due and owing.

WHEREFORE, Claimant hereby moves to withdraw its Motion for Payment of Administrative Expenses/Tax Incurred Post-Petition and for all other just and proper relief.

/s/ Thomas M. Beeman
Thomas M. Beeman, #4291-45
Attorney for Creditor
Madison County (Indiana) Treasurer
33 West 10th Street, Suite 200
Anderson, Indiana  46016
Telephone:    765/640-1330
Fax:                765/640-1332

# CERTIFICATE OF SERVICE

The undersigned certifies and affirms that on January 9, 2007, he electronically filed with the clerk of the Court a copy of the Withdrawal of Motion for Payment of Administrative Claim/Taxes Incurred Post-Petition on behalf of Creditor MADISON COUNTY (INDIANA) TREASURER ("Motion") using the ECF system, which system will send an electronic copy of same to those ECF participants registered in the above-referenced matter.

The undersigned also certifies and affirms that a copy of the Withdrawal was also furnished via the United States first-class mail, postage pre-paid, to the following at their business address set forth below in accordance with the Court's Notice of Procedures:

1.  Delphi Automotive Systems, LLC
    5725 Delphi Drive
    Troy, MI 48098
    Attn:  Legal Staff

2.  Delphi Corporation
    5725 Delphi Drive
    Troy, MI 48098
    Attn:  General Counsel

3.  Counsel to Debtors
    Skadden, Arps, Slate,
    Meagher & Flom, LLP
    333 West Wacker Drive
    Suite 2100
    Chicago, IL 60606

4.  Counsel for the Agent under
    the Post-Petition Credit Facility
    Davis Polk & Wardwell
    450 Lexington Avenue
    New York, NY 10017
    Attn:  Donald Bernstein
    and Brian Resnick

5.  Counsel for the Official Committee
    of Unsecured Creditors
    Latham & Watkins, LLP
    885 Third Avenue
    New York, NY 10022
    Attn:  Robert Rosenberg and Mark Broude

6.  Counsel for the Official Committee
    of Equity Security Holders
    Fried, Frank, Harris, Shriver &
    Jacobson, LLP
    One New York Plaza
    New York, NY 10004
    Attn:  Bonnie Steingart

7.  Office of the U.S. Trustee
    Southern District of New York
    33 Whitehall Street, Suite 2100
    New York, NY 10004
    Attn:  Alicia M. Leonhard

8.  The Honorable Robert D. Drain
    U.S. Bankruptcy Judge
    U.S. Bankruptcy Court
    Southern District of New York
    One Bowling Green, Room 632
    New York, NY 10004

9.  E. Todd Sable
    Seth A. Drucker
    2290 First National Building
    660 Woodward Ave., Suite 2290
    Detroit, MI 48226-3506

/s/ Thomas M. Beeman