UNITED STATES BANKRUPTCY COURT
SOUTHER DISTRICT OF NEW YORK

IN RE )
 )
DELPHI CORPORATION, et al., ) Chapter 11
 ) Case No: 05-44481 (RDD)
Debtors. ) Jointly Administered
 ) PETITION PRO SE

To the Honorable Bankruptcy Court:

The plan eliminates anything for this small shareholder and others like wise.

The history of an investment

1. On 12/14/50 invested 50 shares General Motors. Quarterly dividend $100 year 1950. Quarterly dividend 2007 $100. Share splits do not match inflation.

2. EDS spin off 01/29/98 quarterly dividend $5.00 Purchase required for partial shares.

3. Delphi spin off 05/28/99 quarterly dividend 5.00 now stopped.

4. Proposed program, partial stock holders are to find a buyer or seller to round off a share, with broker fees.

Requested Relief:

Protect the small investor who has never been justly protected.

All partial common stock of the new corporation shareholder be paid proportionally for their shares in the amount at the rate of $71.93 at proposed the issue value.

Apply same protection to all similar shareholders as a class action suit without the gross attorney fees and costs.

_____ 1/10/08
NAOMI M. FRYE
1908 Avenue G
Sterling, IL 61081