**Gary Vist**

**From:**     TrackingUpdates@fedex.com
**Sent:**     Friday, January 11, 2008 11:26 AM
**To:**       Gary Vist
**Subject:**  FedEx Shipment 798349298057 Delivered

---

This tracking update has been requested by:

Company Name:           Masuda, Funai, Eifert & Mitchell
Name:                   Gary Vist
E-mail:                 gvist@masudafunai.com

---

Our records indicate that the following shipment has been delivered:

Reference:                  2920-42A
Ship (P/U) date:            Jan 10, 2008
Delivery date:              Jan 11, 2008 9:16 AM
Sign for by:                T.LUNDFORD
Delivered to:               Receptionist/Front Desk
Service type:               FedEx Priority Overnight
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     0.50 lb.
Special handling/Services:  Deliver Weekday

Tracking number:            798349298057

```
Shipper Information                        Recipient Information
Gary Vist                                  Delphi Cure Claims
Masuda, Funai, Eifert & Mitchell           Kurtzman Carson Consultants LLC
203 North LaSalle Street;Suite 2500        2335 ALASKA AVE
Chicago                                    EL SEGUNDO
IL                                         CA
US                                         US
60601                                      902454808
```

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 11:26 AM CST
on 01/11/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.



EXHIBIT "D"

1/14/2008