# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

# INVOICE

No. 015929

**TO:**
Vendor Code: 09530986O
[recipient redacted]

**SHIP TO:**
DELPHI SAGINAW DISTRIBUTION CENTER
PLANT #9
1701 MINES ROAD
LAREDO, TX 78045

DATE OF INVOICE: 08/22/2005

SALESPERSON:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|
| 05/00824 | 08/22/2005 | TRUCK | LAREDO | NET 25 TH | SAG9014657 |

| QUANTITY | DESCRIPTION | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1,500 pcs | 26094170  PINION SHAFT  [ P/T Nos.  146 ] | | | ¥ 748.7500 | ¥1,123,125.0000 |

/17551/

Please remit payment to:
MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** 123,125.0000

EXHIBIT GROUP "E"

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE No. 015960

**TO:** DELPHI SAGINAW (illegible)
Vendor Code: 0953098600

**SHIP TO:** DELPHI SAGINAW STEERING DIVISION CPS
PLANT 43
1701 MINES ROAD
LAREDO, TX 78045

**DATE OF INVOICE:** 08/29/2005

**SALESPERSON:**

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00849 | 08/29/2005 | TRUCK | | | LAREDO | NET 25 TH | SAG901657 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1,500 pcs | 26094170 PINION SHAFT [P/T Nos. 1471] | ¥748.7500 | ¥1,123,125.0000 |

√ 17618

Please remit payment to:
MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** 1,123,125.0000

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 09530986O

## INVOICE
No. 015983

**TO:** [DELPHI redacted]

**SHIP TO:** DELPHI SAGINAW STEERING SYSTEMS
PLANT #8
1701 N. PRESA ROAD
LAREDO, TX 78043

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS | SALESPERSON | DATE OF INVOICE |
|---|---|---|---|---|---|---|
| 05/00876 | 09/02/2005 | TRUCK | LAREDO | NET 25 TH | | 09/02/2005 |

| QUANTITY | DESCRIPTION | YOUR ORDER NUMBER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1,500 pcs. | 26094170 PINION SHAFT [P/T Nos. 148] ✓17645 | SAG901657 | ¥748.7500 | ¥1,123,125.0000 |

| | TOTAL |
|---|---|
| | 123,125.0000 |

Please remit payment to:
MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE OF THE AMERICAS
NEW YORK, NY 10020

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code: 095309860

## INVOICE No: 016041

TO: [redacted]

SHIP TO: [redacted]

SALESPERSON: 
DATE OF INVOICE: 09/20/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL/P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|
| 05/0033 | 09/20/2005 | TRUCK | | LAREDO | NET 25 TH | SAG9014657 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1,500 pcs. | 2609.4170 PINION SHAFT [ P/T Nos. 150 ] | ¥748.7500 | ¥1,123,125.0000 |

Please remit payment to: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

TOTAL: 1,123,125.0000

(handwritten: 17758)



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

# INVOICE

No: 016067

TO:

Vendor Code: 095309860

SHIP TO:

| | | DATE OF INVOICE |
|---|---|---|
| | SALESPERSON | 09/27/2005 |

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|
| 05/00959 | 09/27/2005 | TRUCK | LAREDO | NET 25 TH | SAG9014657 |

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | COL P.P. | | |
| 1,500 pcs | 26094170 PINION SHAFT { P/T Nos 151 } | | ¥748.7500 | ¥1,123,125.0000 |

17784

Please remit payment to:

MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE OF THE AMERICAS
NEW YORK, NY 10020

| | TOTAL |
|---|---|
| | 1,123,125.0000 |

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE  No. 01576

TO:

Vendor Code:

SHIP TO:

| DATE OF INVOICE |
|---|
| 09/01/2005 |

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL.P.P. | F.O.B. POINT | TERMS | SALESPERSON | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00873 | 09/01/2005 | TRUCK | | CHICAGO | NET 25TH | | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 10,500pcs. | 26001257<br>INNER RACE BLANK<br>[ P/T Nos.  4519 to 4523 ]<br><br>/176-36 | ¥179.0000 | ¥1,879,500.0000 |

Please remit payment to:  MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

| TOTAL |
|---|
| 879,500.0000 |



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 190
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE

No: 015980

**TO:** DELPHI SAGINAW STEERING SYSTEMS
Vendor Code:

**SHIP TO:** DELPHI SAGINAW PLANT #2
165 WEST MORLEY DRIVE
SAGINAW, MI 48601

DATE OF INVOICE: 09/02/2005

SALESPERSON:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/0085 | 09/02/2005 | TRUCK | | | CHICAGO | NET 25TH | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800 pcs. | 26001257 INNER RACE BLANK [PT Nos. 4511 to 4518] | ¥ 79.0000 | ¥ 3,007,200.0000 |

✓ 17640

Please remit payment to:
MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** 3,007,200.0000

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

**INVOICE**

No. 015981

DATE OF INVOICE: 09/02/2005

TO: [redacted]
Vendor Code:

SHIP TO: [redacted]

SALESPERSON:

YOUR ORDER NUMBER: SAC9012815

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | DESCRIPTION | COL | P.P. | F.O.B. POINT | TERMS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 05/0085B | 09/02/2005 | TRUCK |  |  |  | CHICAGO | NET 25TH |  |  |

| QUANTITY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20,300pcs. | 26079278 INNER RACE [ P/T Nos. 1783 to 1789 ] | | | | | | | ¥ 50.0000 | ¥3,045,000.0000 |

17641

Please remit payment to: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** 045,000.0000



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code:

**INVOICE**

No. 016009

TO:

SHIP TO:

DATE OF INVOICE: 09/09/2005

SALESPERSON:

YOUR ORDER NUMBER: SAG9012815

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|---|
| 05/00882 | 09/09/2005 | TRUCK | | | CHICAGO | NET 25TH |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800 pcs. | 26001257 INNER RACE BLANK [ P/T Nos. 4524 to 4531 ] | ¥179.0000 | ¥3,007,200.0000 |

Please remit payment to: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** 3,007,200.0000

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290
Vendor Code:

## INVOICE

No: 016010

DATE OF INVOICE: 09/09/2005

TO:

SHIP TO:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL P.P | F.O.B. POINT | TERMS | SALESPERSON | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| 05/00883 | 09/09/2005 | TRUCK | | CHICAGO | NET 25TH | | SAG901281S |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300 pcs. | 26079278  INNER RACE  [ P/T Nos. 1790 to 1796 ] | ¥150.0000 | ¥3,045,000.0000 |

✓ 17670

Please remit payment to: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL**  045,000.0000



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE

No: 016038

TO:

Vendor Code:

SHIP TO: DELPHI SAGINAW STEERING
108 WEST CENTER STREET
SAGINAW, MI 48605

DATE OF INVOICE: 09/19/2005

SALESPERSON:

YOUR ORDER NUMBER: SAG901815

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL. | P.P. | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|---|
| 05/00912 | 09/19/2005 | TRUCK | | | CHICAGO | NET 25TH |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800 pcs. | 26001257  INNER RACE BLANK  [ P/T Nos. 4532 to 4539 ] | ¥179.0000 | ¥3,007,200.0000 |

Please remit payment to:
MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL**  007,200.0000

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

**INVOICE** No: 016039

DATE OF INVOICE: 09/19/2005

TO:

Vendor Code:

SHIP TO:

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | SALESPERSON | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 05/00913 | 09/19/2005 | TRUCK | | | CHICAGO | NET 25TH | | SAG9012815 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300pcs. | 26079278 INNER RACE  [ P/T Nos. 1797 to 1803 ] | ¥150.0000 | ¥3,045,000.0000 |

177156  (6)

Please remit payment to:   MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** 045,000.0000

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE

No: 016059

TO:

Vendor Code:

SHIP TO:

DATE OF INVOICE: 09/23/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|
| 05/00938 | 09/23/2005 | TRUCK | CHICAGO | NET 25TH | SAG9012815 |

| QUANTITY | DESCRIPTION | COL P.P | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 16,800pcs. | 26001257 INNER RACE BLANK [ P/T Nos. 4540 to 4547 ] | | ¥179.0000 | ¥3,007,200.0000 |

Please remit payment to:
MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE OF THE AMERICAS
NEW YORK, NY 10020

TOTAL: 007,200.0000

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 130
DEERFIELD, IL 60015
(847) 948-7290

**INVOICE** No: 016060

TO:

Vendor Code:

SHIP TO:

DATE OF INVOICE: 09/23/2005

SALESPERSON:

YOUR ORDER NUMBER: SAG9012815

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL.P.P. | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| 05/00939 | 09/23/2005 | TRUCK | | CHICAGO | NET 25TH |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20,300pcs | 26079278 INNER RACE [ P/T Nos. 1804 to 1810 ] | ¥150.0000 | ¥3,045,000.0000 |

Please remit payment to:
MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** 045,000.0000

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE

No: 016086

**TO:** [redacted]
Vendor Code

**SHIP TO:** [redacted]

DATE OF INVOICE: 09/30/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | SALESPERSON | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 05/00964 | 09/30/2005 | TRUCK | | | CHICAGO | NET 25TH | | SAG901281 5 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 16,800 pcs. | 2600125 7 INNER RACE BLANK  [ P/T Nos 4548 to 4555 ] | ¥ 179.0000 | ¥3,007,200.0000 |

M814

Please remit payment to:
MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** 3,007,200.0000

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE

No. 016087

TO:
Vendor Code:

SHIP TO: DELPHI SAGINAW PLANT #2
WEST WORLD DRIVE
SAGINAW, MI 48601

DATE OF INVOICE: 09/30/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|
| 05/00965 | 09/30/2005 | TRUCK | CHICAGO | NET 25TH | SAG902815 |

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 20,300pcs. | 26070278  INNER RACE  P/T Nos. 1811 to 1817 | | ¥150.0000 | ¥3,045,000.0000 |

Please remit payment to:

MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** 045,000.0000

# ORGAN KOKUASHA, INC.

590 LAKE COOK ROAD, SUITE 180
DEERFIELD IL 60015
(847) 948-7900

# INVOICE

No: 015332

**TO:**

Vendor Code: 09530860

DELPHI SAGINAW STEERING SYSTEM

**SHIP TO:**

DELPHI SAGINAW STEERING SYSTEM
PLANT 7
3900 HOLLAND ROAD
SAGINAW, MI 48601

DATE OF INVOICE: 03/08/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | TERMS | SALESPERSON | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 05/00258 | 03/08/2005 | ALVAN MOTOR | | | CHICAGO | NET 25 TH | | SAG015218 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2,250 pcs | 26095986 PINION SHAFT [P/T Nos. 148] ✓ 16430 | $5.2200 | $11,745.0000 |

Please remit payment to:
MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** $11,745.0000



# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE

No: 016020

TO: [redacted]
Vendor Code: 09530986O

SHIP TO: DELPHI SAGINAW STEERING SYSTEM
PLANT 7
[address]
SAGINAW, MI [zip]

DATE OF INVOICE: 09/13/2005

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | SALESPERSON | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 05/00931 | 09/13/2005 | ALVAN MOTOR | | | CHICAGO | | NET 25 TH | SAG9015218 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 11,250 pcs. | 26095086 PINION SHAFT [Pt Nos. 167 to 171] | $5.2200 | $58,725.0000 |

17679

Please remit payment to: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** $58,725.0000

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

## INVOICE No. 016072

DATE OF INVOICE: 09/28/2005

TO: [redacted]

SHIP TO: [redacted]

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL. P.P. | F.O.B. POINT | TERMS | SALESPERSON | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|
| | 09/15/05 | DANZAS | | CHICAGO | | | SAG901521B |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 4,500 PCS | P/N 26113361 PINION SHAFT (P/T No. 1 to 2) | $3.52 | $15,840.00 |

17784 ⓒ

PLEASE REMIT PAYMENT TO:
MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL: $15,840.00**

# AMERICAN AIKOKU ALPHA, INC.

520 LAKE COOK ROAD, SUITE 180
DEERFIELD, IL 60015
(847) 948-7290

# INVOICE No. 016061

**DATE OF INVOICE** 09/26/2005

**TO:** [illegible]

**SHIP TO:** DELPHI SAGINAW STEERING [illegible]
PLANT 45
13201 MINES ROAD
LAREDO, TX 78045

| ACCOUNT NO. | DATE SHIPPED | SHIPPED VIA | COL | P.P. | F.O.B. POINT | SALESPERSON | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| | 09/12/05 | TRUCK | | | LAREDO | | | S2853172 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2,084 PCS | P/N 26117080 INNER RACE SAMPLES (P/T No. 1) | $2.46 | $5,126.64 |

√ 17778  Ⓠ

PLEASE REMIT PAYMENT TO: MIZUHO CORPORATE BANK
NEW YORK BRANCH
31ST FLOOR
1251 AVE. OF THE AMERICAS
NEW YORK, NY 10020

**TOTAL** $5,126.64