

# E-DACOR UNPAID SEARCH RESULTS
## Search Results For Duns Number: RD 095309860

[back]

*Click the Down Arrow Icon to View Part Detail

*Click the Camera Icon to View Image (not available on 9000 series process numbers)

| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9000032050129 | K9 | 04 | CRT0510140003033 | 05/10/2005 | $2,492.00 | USD | MW6060035 | SAG90I5218 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016184918 | K9 | 02 | 606076ISK9205403 | 09/02/2005 | $1,879,500.00 | JPY | 6060760 | SAG90I2815 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016186726 | K9 | 02 | 0500851329162407 | 09/06/2005 | $3,007,200.00 | JPY | 0500852 | SAG90I2815 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016186732 | K9 | 02 | 0500851329162507 | 09/06/2005 | $3,045,000.00 | JPY | 0500853 | SAG90I2815 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016186727 | K9 | 02 | 0500821436331609 | 09/08/2005 | $1,123,125.00 | JPY | 0500824 | SAG90I4657 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016186728 | K9 | 02 | 0500841436341409 | 09/08/2005 | $1,123,125.00 | JPY | 0500849 | SAG90I4657 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016186730 | K9 | 02 | 0500871436354613 | 09/12/2005 | $1,123,125.00 | JPY | 0500876 | SAG90I4657 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016186729 | K9 | 02 | 0500881329164713 | 09/12/2005 | $3,007,200.00 | JPY | 0500882 | SAG90I2815 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016187653 | K9 | 02 | 0500881329164813 | 09/12/2005 | $3,045,000.00 | JPY | 0500883 | SAG90I2815 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016186725 | K9 | 02 | 050093ISG7800715 | 09/14/2005 | $58,725.00 | JPY | 0500931 | SAG90I5218 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016188192 | K9 | 02 | 0500911329167621 | 09/20/2005 | $3,007,200.00 | JPY | 0500912 | SAG90I2815 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016188193 | K9 | 02 | 0500911329167721 | 09/20/2005 | $3,045,000.00 | JPY | 0500913 | SAG90I2815 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016188507 | K9 | 02 | 0500931329169427 | 09/23/2005 | $3,007,200.00 | JPY | 0500938 | SAG90I2815 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016188506 | K9 | 02 | 0500931329169527 | 09/23/2005 | $3,045,000.00 | JPY | 0500939 | SAG90I2815 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016188508 | K9 | 02 | 090105ISG7891524 | 09/23/2005 | $15,840.00 | USD | 090105 | SAG90I5218 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016189459 | K9 | 02 | 0500931436386229 | 09/28/2005 | $1,123,125.00 | JPY | 0500933 | SAG90I4657 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016189457 | K9 | 02 | 0500961329171502 | 09/30/2005 | $3,007,200.00 | JPY | 0500964 | SAG90I2815 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016189456 | K9 | 02 | 0500961329171602 | 09/30/2005 | $3,045,000.00 | JPY | 0500965 | SAG90I2815 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016189455 | K9 | 02 | 0160611436417204 | 10/03/2005 | $5,126.64 | USD | 016061 | SAG90I5386 | Ready To Pay | 12/31/2049 | 000000000 |
| | 0005016189458 | K9 | 02 | 0500951436405404 | 10/03/2005 | $1,123,125.00 | JPY | 0500959 | SAG90I4657 | Ready To Pay | 12/31/2049 | 000000000 |
| | 9000038489433 | K9 | 02 | 07/008ISU1394811 | 08/10/2007 | $6,325.44 | USD | 07/00856 | SAG90I5386 | Ready To Pay | 11/02/2007 | 000000000 |

close

All content and information on this site copyright General Motors 2000. All rights reserved.



EXHIBIT "F"

PRINTED 1/9/08