UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| DELPHI CORPORATION, et. al., | ) | Case No. 05-44481 (RDD) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

## CERTIFICATE OF SERVICE

I, Gary Vist, do hereby state the foregoing **OBJECTION OF AMERICAN AIKOKU ALPHA, INC. TO NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION** was served upon the parties on the attached SERVICE LIST, via CM/ECF email, or via U.S. mail, as necessary, by placing copies of the same in properly addressed, postage prepaid, envelopes and depositing the same in the U.S. Mail Chute at 203 North LaSalle Street, Suite 2500, Chicago, Illinois 60601, on this 15th day of January, 2008.

/s/ Gary Vist

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312)245-7500

N:\SYS23\2920\Proof of Service\00420001.doc

# SERVICE LIST

**General Counsel**
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

**John K. Lyons**
**Ron E. Meisler**
Skadden, Arps, Slate, Meagher & Flomm, LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

**Donald Bernstein**
**Brian Resnick**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Robert J. Rosenberg**
**Mark A. Broude**
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022

**Bonnie Steingart**
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY 10004

**Thomas E. Lauria**
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131

**Glenn M. Kurtz**
**Gregory Pryor**
**John M. Reiss**
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

**Alicia M. Leonhard**
**Tracy Hope Davis**
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

**Andrew Currie**
**Caroline Rogus**
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
Email: Andrew.Currie@wilmerhale.com
Email: Caroline.Rogus@wilmerhale.com

**David S. Gragg**
Langley & Banack, Incorporated
745 E. Mulberry
Suite 900
San Antonio, TX 78212
(210) 736-6600
Fax : (210) 735-6889
Email: dgragg@langleybanack.com

**Dennis J. Connolly**
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7269
Fax : (404) 881-7777
Email: dconnolly@alston.com

**Douglas P. Bartner**
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-8190
Fax : (212) 848-4387
Email: dbartner@shearman.com

2

**Jessica Kastin**
O'Melveny & Myers
7 Times Square
New York, NY 10036
(212) 326-2000
Fax : (212) 326-2061
Email: jkastin@omm.com

**John Wm. Butler, Jr.**
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
(312) 407-0700
Fax : (312) 407-0411
Email: jbutler@skadden.com

**Kayalyn A. Marafioti**
**Thomas J. Matz**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Fax : (212) 735-2000
Email: kmarafio@skadden.com
Email: tmatz@skadden.com

**Lowell Peterson**
Meyer, Suozzi, English & Klein
1350 Broadway, Suite 501
New York, NY 10018
(212) 239-4999
Fax : (212) 239-1311
Email: lpeterson@msek.com

**Mark S. Lichtenstein**
Crowell & Moring LLP
153 East 53rd Street
31st Floor
New York, NY 10022
212-223-4000
Fax : 212-223-4234
Email: mlichtenstein@crowell.com

3

**Mateo Fowler**
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
(213) 443-3000
Fax : (213) 443-3100
Email: mateofowler@quinnemanuel.com

**Michael O'Hayer**
22 North Walnut Street
West Chester, PA 19380
(610) 738-1230
Fax : (610) 738-1217
Email: mkohayer@aol.com

**Paul J.N. Roy**
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-7370
Fax : (312) 706-8196
Email: proy@mayerbrownrowe.com

**Michael D. Warner**
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102
(817) 810-5250
Fax : (817) 810-5255
Email: bankruptcy@warnerstevens.com

4