BOSE MCKINNEY & EVANS LLP
Michael A. Trentadue
Attorney No. 12037-49
Carina M. de la Torre
Attorney No. 24849-49
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 (FAX)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | CASE NO. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Chapter 11 |

**WITHDRAWAL OF OBJECTION OF
EIKENBERRY & ASSOCIATES, INC. TO DEBTOR'S
MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a)
AND 502(c) ESTIMATING OR PROVISIONALLY ALLOWING
CERTAIN UNRECONCILED CLAIMS SOLELY FOR PURPOSES
OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING**

Eikenberry & Associates, Inc. ("Eikenberry"), by counsel, hereby files this Withdrawal of its Objection of Eikenberry & Associates, Inc. to Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of Administration of Discount Rights Offering, filed herein on January 10, 2008, as Docket No. 11877.  Eikenberry is withdrawing its Objections (and will not appear at the hearing on Thursday, January 17, 2008), based on representations by Delphi's counsel that the amount of Eikenberry's Proof of Claim (15141), solely for the purposes of participating in the Discount Rights Offering, shall be One Hundred Sixty Thousand Forty-Eight Dollars and Seventy-Four Cents ($160,048.74).

DATED:  January 15, 2008

>Respectfully submitted,
>
>*/s/  Michael A. Trentadue*
>Michael A. Trentadue
>Attorney No. 12037-49
>Carina M. de la Torre
>Attorney No. 24849-49
>BOSE MCKINNEY & EVANS LLP
>2700 First Indiana Plaza
>135 North Pennsylvania Street
>Indianapolis, Indiana  46204
>(317)  684-5000
>(317)  684-5173 (FAX)
>
>Attorneys for Eikenberry & Associates, Inc.

## PARTIAL CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following parties of record by depositing same in the United States Mail, first class postage prepaid (unless otherwise noted), on the 15th day of January, 2008:

| | |
|---|---|
| (Via Overnight)<br>The Honorable Robert D. Drain<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green<br>Room 610<br>New York, NY  10004 | Latham & Watkins LLP<br>ATTN:  Robert J. Rosenberg and<br>Mark A. Broude<br>885 Third Avenue<br>New York, NY  10022 |
| Delphi Automotive Systems LLC<br>ATTN:  Legal Staff<br>5725 Delphi Drive<br>Troy, MI  48098 | Fried, Frank, Harris, Shriver & Jacobson LLP<br>ATTN:  Bonnie Steingart<br>One New York Plaza<br>New York, NY  10004 |
| Delphi Corporation<br>ATTN:  General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098 | Davis Polk & Wardwell<br>ATTN:  Donald Bernstein and Brian Resnick<br>450 Lexington Avenue<br>New York, NY  10017 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>ATTN: John Wm. Butler Jr. & John K. Lyons<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 | Office of the U.S. Trustee<br>for the Southern District of New York<br>ATTN:  Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 |

/s/  Michael A. Trentadue
Michael A. Trentadue