**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
Telephone: (212) 850-2800
Fax: (212) 850-2929

Counsel to Liquidity Solutions, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL

1.      **PLEASE TAKE NOTICE**, that, on January 11, 2008, Liquidity Solutions, Inc. ("LSI"), filed its Objection (the "Objection") to Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of Administration of Discount Right Offering.

**PLEASE TAKE FURTHER NOTICE**, that LSI hereby withdraws the Objection.

Dated: January 15, 2008                    ANDREWS KURTH LLP

                                           /s/ Jonathan I. Levine
                                           Paul N. Silverstein (NY Bar No. PS 5098)
                                           Jonathan Levine (NY Bar No. JL 9674)
                                           450 Lexington Avenue, Floor 15
                                           New York, New York 10017

                                           *Counsel to Liquidity Solutions, Inc.*

NYC:171604.1