**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                      Chapter 11

                                                      Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                    Jointly Administered

                      Debtors

---------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

    UPON the motion of  Ronald L. Glick, *Esq.* for admission pro hac vice in this bankruptcy case; it is hereby

    ORDERED, that Ronald L. Glick, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  January 15, 2008
          New York, New York

                                                  /s/Robert D. Drain_____
                                                    UNITED STATES BANKRUPTCY JUDGE