GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York  10022
(212) 813-8800
Allan S. Brilliant (AB 8455)
abrilliant@goodwinprocter.com
Craig P. Druehl (CD 2657)
cdruehl@goodwinprocter.com
Meagan E. Costello (MC 0962)
mcostello@goodwinprocter.com

- and -

GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts  02109
(617) 570-1330
Gina Lynn Martin (GM 1324)
gmartin@goodwinprocter.com

Attorneys for Davidson Kempner Capital
Management LLC; Elliott Associates, L.P.;
Nomura Corporate Research & Asset
Management, Inc.; Northeast Investors
Trust; and Whitebox Advisors, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 11
                                                    :
DELPHI CORPORATION, et al.                          :    Case No. 05-44481 (RDD)
                                                    :
                                  Debtors.          :    Jointly Administered
                                                    :
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )SS.:
COUNTY OF NEW YORK   )

   Stephen M. Wolpert, being duly sworn, deposes and says:

I am associated with of the law firm of Goodwin Procter LLP, am over eighteen years of age, and am not a party to or interested in the above-captioned case.

On January 11, 2008, I caused a redacted copy of the following document:

MEMORANDUM OF LAW AND SUPPLEMENTAL OBJECTION OF DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC; ELLIOTT ASSOCIATES, L.P.; NOMURA CORPORATE RESEARCH & ASSET MANAGEMENT, INC.; NORTHEAST INVESTORS TRUST; AND WHITEBOX ADVISORS, LLC TO CONFIRMATION OF THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN DEBTORS AND DEBTORS-IN-POSSESSION

to be served in by hand delivery upon the party listed on <u>Schedule 1</u>, and by hand delivery and electronic mail upon the parties listed on <u>Schedule 2</u>. In addition, I caused a an unredacted copy of the same document to be served by hand delivery and electronic mail on the parties listed on <u>Schedule 3</u>. Courtesy copies have been delivered to the chambers of Hon. Robert D. Drain.

Dated: New York, New York
       January 15, 2008

                                                    /s/Stephen M. Wolpert

Sworn to before me this
15th day of January, 2008
  /s/Rosemary Cuciti
       Notary Public

Rosemary Cuciti
NOTARY PUBLIC- State of New York
No. 01CU6159158
Qualified in Kings County
Commission Expires January 2011

2

# SCHEDULE 1

BY HAND (REDACTED)

The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard

1

## SCHEDULE 2

<u>BY HAND AND E-MAIL (REDACTED)</u>

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn : General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(800) 718-5305
Att'n: John Wm. Butler, Jr.
Att'n: George N. Panagakis
Att'n: Ron E. Meisler
Att'n: Nathan L. Stuart

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10022
Att'n: Donald S. Bernstein
Att'n: Brian M. Resnick

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn : Kenneth S. Ziman
         Robert H. Trust
         William T. Russell, Jr.

White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard Suite 4900,
Miami, Florida 33131
Att'n: Thomas E. Lauria
Att'n: Michael C. Shepherd

## SCHEDULE 3

BY HAND AND E-MAIL (UNREDACTED)

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn : Kayalyn A. Marafioti

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Att'n: Brad E. Scheler
Att'n: Bonnie K. Steingart
Att'n: Vivek Melwani

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n: Robert J. Rosenberg
Att'n: Mitchell A. Seider
Att'n: Mark A. Broude

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Att'n: Jeffrey L Tanenbaum
Att'n: Michael P. Kessler
Att'n: Robert J. Lemons

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Att'n: Gerard H. Uzzi
Att'n: Glenn M. Kurtz
Att'n: Douglas P. Baumstein