AJAMIE LLP
711 Louisiana, Suite 2150
Houston, Texas  77002
Thomas R. Ajamie (Texas Bar No. 00952400)
Dona Szak (Texas Bar No. 19597500)

Attorneys for Rassini, S.A. de C.V.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
            In re                                       :    Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :    Case No. 05-44481 (RDD)
                                                        :
                    Debtors                             :    (Jointly Administered)
                                                        :
------------------------------------------------------- x

**WITHDRAWAL OF OBJECTION OF RASSINI, S.A. DE C.V. TO THE
DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. § § 105(a) AND 502(c)
ESTIMATING OR PROVISIONALLY ALLOWING
CERTAIN UNRECONCILED CLAIMS FOR PURPOSES OF
ADMINISTRATION OF DISCOUNT RIGHTS OFFERING**

Rassini, S.A. de C.V. ("Rassini") submits this Withdrawal of Objection to the Debtors' Motion for Order Pursuant to 11 U.S.C. § § 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims for Purposes of Administration of Discount Rights Offering ("Rights Offering Estimation Motion") and would respectfully show as follows.

Based on the Debtors' agreement that Rassini's claim (Claim No. 12399) shall be allowed in the amount of $401,165.78, and that Debtors shall amend the Rights Offering Estimation Motion

-2-

schedule to reflect such amount, Rassini withdraws its Objection to the Debtors' Rights Offering Estimation Motion.

Dated: January 15, 2008

Respectfully submitted,

AJAMIE LLP

By: _____
Thomas R. Ajamie
Texas State Bar No. 00952400
Dona Szak
State Bar No. 19597500
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas  77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699

ATTORNEYS FOR RASSINI, S.A. DE C.V.