BUCHANAN INGERSOLL & ROONEY PC
Counsel for Fiduciary Counselors, Inc.
1 Chase Manhattan Plaza - 35th Floor
New York, New York  10005
212 - 440 - 4400  Telephone
212 - 440 - 4401  Facsimile
William H. Schorling, Esq. (WS-6322)
Susan P. Persichilli, Esq. (SP-0368)
Mary F. Caloway, Esq.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Mary F. Caloway, a member in good standing of the bar in the State of Delaware and the bar of the U.S. District Court for the District of Delaware, request admission, ***pro hac vice,*** before the Honorable Robert D. Drain, to represent Fiduciary Counselors, Inc., an independent fiduciary under certain of the Debtors' pension plans in the above referenced case.

Mailing address:  Buchanan Ingersoll & Rooney PC, 1000 West Street, Suite 1410, Wilmington, DE  19801-1054

E-mail address: mary.caloway@bipc.com

Telephone number (302) 552 - 4200

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: January 15, 2008
         Wilmington, Delaware

                                         /s/ Mary F. Caloway
                                         Mary F. Caloway