UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

Mary F. Caloway, a member in good standing of the bar in the State of Delaware and the bar of the U.S. District Court for the District of Delaware, having requested admission, *pro hac vice,* to represent Fiduciary Counselors, Inc., an independent fiduciary under certain of the Debtors' pension plans in the above referenced case.

**ORDERED,**

that Mary F. Caloway, Esq., is admitted to practice, *pro hac vice,* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: January ___, 2008
    New York, New York

/s/ _____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE