B210
(12/04)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Delphi Corp.**

Case No. **05-44481**
(Jointly Administered)
Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

| **SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD** <br> Name of Transferee | **Liquidity Solutions, Inc. D/B/A Revenue Management** <br><br> Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent <br> **SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD** <br> Two Greenwich Plaza, 1st Floor <br> Greenwich, CT 06830 <br> Attn: Irene Wu | Court Record Address of the transferor <br> (Court Use Only) |
| Last Four Digits of Acct. #:_____ | Last Four Digits of Acct. #:_____ |
| **Transfer Amount: $944,476.00** | |
| Name and Address where transferee payments should be sent (if different from above) <br><br> **SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD** <br> 660 Steamboat Rd, Floor 3 <br> Greenwich, CT 06830 <br> Attn: Irene Wu | Name and Current Address of transferor <br><br> **Liquidity Solutions, Inc. D/B/A Revenue Management** <br> One University Plaza <br> Hackensack, New Jersey 07601 <br> Attn: Michael Handler |
| Phone: **203-542-4061** <br>        **203-542-4161** | Phone: **201-968-0001** |
| Last Four Digits of Acct #:_____ | Last Four Digits of Acct #:_____ |
| Court Claim # (if known):  *9882* <br> Proof of Claim Originally Filed by: **America Online:** | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____  Date: January 14th, 2008

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**~DEADLINE TO OBJECT TO TRANSFER~**

The transferor of claim named above is advised that this Notice of transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____    _____
                                   CLERK OF THE COURT

{00241647.DOC;}

**Transfer notice**
LIQUIDITY SOLUTIONS, INC ("Assignor") transfers and assigns unto SPCP Group, L.L.C. with an address at Two Greenwich Plaza, Greenwich, Connecticut 06830 ("Assignee"), subject to and in accordance with the terms of the assignment of Claims agreement between Assignor and Assignee ("Agreement"), the claim in the amount of $ 944,476.00, previously transferred to Assignor by AMERICA ONLINE., representing a claim against DELPHI CORPORATION in its bankruptcy case pending in the United States Bankruptcy Court of the Southern District of New York, jointly administered under Case No. 05-44481.

**LIQUIDITY SOLUTIONS, INC**

_____
(Signature)

_____
(Signature)

**JEFFREY L. CARESS, ASSOCIATE**
(Print Name and Title)

_____
(Print Name of Witness)