UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | | Chapter 11 |
| In re | : |  |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| Debtor | : | Jointly Administered |

WITHDRAWAL OF OBJECTION OF CREDITOR F&G MULTI-SLIDE INC. TO MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§105 (a) AND 502( c ) ESTIMATING OR PROVISIONALLY ALLOWING CLAIM SOLELY FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING TO EXTENT RELATING TO PROPOSED DISCOUNT RIGHTS OFFERING PARTICIPATION AMOUNT

Now comes Creditor F&G Multi-Slide Inc. (""F&G") and hereby withdraws the Objection of Creditor F&G Multi-Slide Inc. to Motion for Order Pursuant to 11 U.S.C. §§105(a) and 502 (c) Estimating or Provisionally Allowing Claim Solely for Purposes of Administration of Discount Rights Offering filed by Debtors on December 28, 2007, which was filed on January 9, 2008.

F&G is withdrawing its Objection as the parties have reached an agreement that the amount of Amended Proof of Claim No. 16571 filed by F&G, solely for the purposes of participation in the stock discount rights offering, shall be $250,422.69.

Respectfully submitted,

/s/Paul H. Spaeth
Paul H. Spaeth (Ohio Regist. No. 0010524)
(Motion for Admission to Practice Pro Hac
 Vice Pending)
130 West Second St., Ste. 450
Dayton, Ohio 45402
(937) 223-1655
Fax: (937) 223-1656
spaethlaw@phslaw.com

CERTIFICATE OF SERVICE

   Undersigned counsel hereby certifies that a true and accurate copy of the foregoing Withdrawal of Objection of Creditor F&G Multi-Slide Inc. to Motion for Order Pursuant to 11 U.S.C. §§105(a) and 502 ( c ) Estimating or Provisionally Allowing Claim Solely for Purposes of Administration of Discount Rights Offering to Extent Relating to Proposed Discount Rights Offering Participation Amount was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 16th day of January, 2008 upon the following:

  Honorable Robert D. Drain
  United States Bankruptcy Judge
  United States Bankruptcy Court
   for the Southern District of New York
  One Bowling Green, Room 610
  New York, New York 10004

  Delphi Automotive Systems LLC
  Attn: Legal Staff
  5725 Delphi Drive
  Troy, Michigan 48098

  Delphi Corporation
  Attn: General Counsel
  5725 Delphi Drive
  Troy, Michigan 48098

  John William Butler, Jr., Esq.
  John K. Lyons, Esq.
  Skadden Arps Slate Meagher & Flom LLP
  333 West Wacker Drive, Ste. 2100
  Chicago, Illinois 60606

  Donald Berstein, Esq.
  Brian Resnick, Esq.
  Davis, Polk & Wardwell
  450 Lexington Ave.
  New York, New York 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Office of the United States Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004

/s/Paul H. Spaeth
Paul H. Spaeth