UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  |  | Chapter 11 |
| In re | : |  |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| Debtor | : | Jointly Administered |

### WITHDRAWAL OF OBJECTION OF CREDITOR F&G TOOL & DIE CO. INC. TO MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§105 (a) AND 502( c ) ESTIMATING OR PROVISIONALLY ALLOWING CLAIM SOLELY FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING TO EXTENT RELATING TO PROPOSED DISCOUNT RIGHTS OFFERING PARTICIPATION AMOUNT

Now comes Creditor F&G Tool & Die Co. Inc. (""F&G Tool") and hereby withdraws the Objection of Creditor F&G Tool & Die Co. Inc. to Motion for Order Pursuant to 11 U.S.C. §§105(a) and 502 (c) Estimating or Provisionally Allowing Claim Solely for Purposes of Administration of Discount Rights Offering filed by Debtors on December 28, 2007, which was filed on January 9, 2008.

F&G Tool is withdrawing its Objection as the parties have reached an agreement that F&G Tool shall be able to participate in the stock discount rights offering based upon the amount of $144,434.01, which is the scheduled amount of F&G Tool's claim as contained in Debtors' Schedules.

Respectfully submitted,

/s/Paul H. Spaeth
Paul H. Spaeth (Ohio Regist. No. 0010524)
(Motion for Admission to Practice Pro Hac
 Vice Pending)
130 West Second St., Ste. 450
Dayton, Ohio 45402
(937) 223-1655
Fax: (937) 223-1656
spaethlaw@phslaw.com

## CERTIFICATE OF SERVICE

      Undersigned counsel hereby certifies that a true and accurate copy of the foregoing Withdrawal of Objection of Creditor F&G Tool & Die Co. Inc. to Motion for Order Pursuant to 11 U.S.C. §§105(a) and 502 ( c ) Estimating or Provisionally Allowing Claim Solely for Purposes of Administration of Discount Rights Offering to Extent Relating to Proposed Discount Rights Offering Participation Amount was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 16th day of January, 2008 upon the following:

    Honorable Robert D. Drain
    United States Bankruptcy Judge
    United States Bankruptcy Court
      for the Southern District of New York
    One Bowling Green, Room 610
    New York, New York 10004

    Delphi Automotive Systems LLC
    Attn: Legal Staff
    5725 Delphi Drive
    Troy, Michigan 48098

    Delphi Corporation
    Attn: General Counsel
    5725 Delphi Drive
    Troy, Michigan 48098

    John William Butler, Jr., Esq.
    John K. Lyons, Esq.
    Skadden Arps Slate Meagher & Flom LLP
    333 West Wacker Drive, Ste. 2100
    Chicago, Illinois 60606

    Donald Berstein, Esq.
    Brian Resnick, Esq.
    Davis, Polk & Wardwell
    450 Lexington Ave.
    New York, New York 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Office of the United States Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004

/s/Paul H. Spaeth
Paul H. Spaeth