THACHER PROFFITT & WOOD LLP
Jesse L. Snyder (JS-7265)
Two World Financial Center
New York, New York  10281
Phone:  (212) 912-7400
Fax:  (212) 912-7751
jsnyder@tpw.com

    -and-

ROSSI & ROSSI
Gregg A. Rossi (#00512224)
(Pro hac vice application filed)
26 Market Street, 8th Floor
Huntington Bank Building
P.O. Box 6045
Youngstown, Ohio  44501
Phone:  (330) 744-8695
garossi@ameritech.net

*Counsel for James Hutz, Jr.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| --------------------------------x | |
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors | (Jointly Administered) |
| --------------------------------x | |

### NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE**, that Creditor James Hutz, Jr., by and through his counsel, ROSSI & ROSSI and THACHER, PROFFITT & WOOD LLP, hereby files this Withdrawal of his Objection to Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of

Administration of Discount Rights Offering, filed herein on January 10, 2008 as Docket No. 11893. James Hutz, Jr. is withdrawing his Objection (and will therefore not be appearing at the hearing on Thursday, January 17, 2008), based on the Debtors' representation that Mr. Hutz's Proof of Claim No. 3139 shall be allowed as a pre-petition general unsecured claim in the amount of $52,500.00, and that Mr. Hutz will therefore be entitled to participate in the discount rights offering as provided in the Plan in such amount.

Dated: January 16, 2008

> Respectfully submitted,
>
> THACHER, PROFFITT & WOOD LLP
>
> BY: /s/ Jesse L. Snyder
> JESSE L. SNYDER (JS-7265)
> Two World Financial Center
> New York, New York  10281
> Phone:  212/912-7400
> Fax:  212/912-7751
> jsnyder@tpw.com

-and-

ROSSI & ROSSI


BY: /s/ Gregg A. Rossi
GREGG A. ROSSI (#00512224)
26 Market Street, 8th Floor
P.O. Box 6045
Youngstown, Ohio  44501
Phone: 330/744-8695
Fax: 330/744-0334
garossi@ameritech.net

ATTORNEYS FOR CREDITOR
**JAMES HUTZ, JR.**

3

**CERTIFICATE OF SERVICE**

I, Jesse L. Snyder, certify that on January 16, 2008, a true and correct copy of the Creditor, James Hutz, Jr.'s *Notice of Withdrawal* was electronically filed using the Court's CM/ECF filing system, with a hard copy to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, and that true and correct copies of the same were served as follows:

**Method of Service/Served Upon:**

| | |
|---|---|
| **Via Regular Mail:** | Delphi Automotive Systems LLC<br>5725 Delphi Drive<br>Troy, Michigan  48098<br>Attention:  Legal Staff |
| | Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan   478098<br>Attention:  General Counsel |
| | Skadden Arps, Slate, Meagher & Flom LLP<br>Counsel to Debtors<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois  60606<br>Attention:  John Wm. Butler, Jr. and John K. Lyons |
| | Davis, Polk & Wardwell<br>Counsel for the Agent Under the Postpetition Credit Facility<br>450 Lexington Avenue<br>New York, New York  10017<br>Attention:  Donald Bernstein and Brian Resnick |

4

|  | Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York  10022<br>Attention:  Robert J.<br>          Rosenberg and<br>          Mark A. Broude |
|---|---|
|  | Fried, Frank, Harris,<br>          Shriver & Jacobson<br>          LLP<br>One New York Plaza<br>New York, New York  10004<br>Attention:  Bonnie<br>          Steingart |
| Dated:  New York,<br>New York<br><br>       January 16, 2008 | Office of the United States<br>          Trustee for the<br>Southern District of New<br>          York<br>33 Whitehall Street<br>Suite 2100<br>New York, New York  10004<br>Attention:  Alicia M.<br>          Leonhard |
|  | THACHER PROFFITT & WOOD LLP<br><br>By:/s/Jesse L. Snyder<br>          Jesse L. Snyder<br><br>Two World Financial Center<br> New York, New York  10281<br>Telephone:  212-912-7400 |

5