BARNES & THORNBURG LLP
Attorneys for Harman Becker
Automotive Systems, Inc.
11 S. Main Street
Indianapolis, IN 46204-3535
Telephone: (317) 236-1313
Facsimile: (317) 846-4146

Samuel Hodson, Esq.
Telephone: (317) 261-7972
Email: shodson@btlaw.com

Patrick E. Mears (PM-6473)
John T. Gregg, Admitted Pro Hac Vice

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
| Debtors. | ) | (Jointly Administered) |

# WITHDRAWAL OF OBJECTION OF HARMAN BECKER AUTOMOTIVE SYSTEMS, INC. TO DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c) ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY FOR PURPOSES OF ADMINISTRATION OF <u>DISCOUNT RIGHTS OFFERING</u>

Harman Becker Automotive Systems, Inc. ("Harman Becker"), by and through its undersigned counsel, hereby files this withdrawal of its Objection (the "Objection") to the Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of Administration of Discount Rights Offering. Harman Becker withdraws its Objection without prejudice and based on the representations of Debtors' counsel that the claim of Harman Becker will be allowed in the amount of $191,024.26 for purposes of the discount rights offering.

-2-

Dated: January 16, 2008

          BARNES & THORNBURG LLP
          Attorneys for Harman Becker Automotive Systems, Inc.

          By: /s/John T. Gregg
              Patrick E. Mears (PM-6473)
              John T. Gregg (Admitted Pro Hac Vice)
          Business Address:
          300 Ottawa Avenue, NW
          Suite 500
          Grand Rapids, Michigan  49503
          Telephone: (616) 742-3930
          Facsimile: (616) 742-3999
          pmears@btlaw.com
          jgregg@btlaw.com

               - and -

          Samuel Hodson, Esq.
          Barnes & Thornburg LLP
          11 S. Main Street
          Indianapolis, IN  46204-3535
          Telephone:  (317) 261-7972
          Facsimile:  (317) 846-4146

GRDS01 JGREGG 357718v1