**GARVEY SCHUBERT BARER**
100 Wall Street, 20th Floor
New York, NY 10005
Robert Carrillo, Esq. (RC-0721)
Telephone: (212) 431-8700
Fax: (212) 334-1278
*Attorneys for Tecnomec S.r.L.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Case No. 05-44481 (RDD) |
| | Chapter 11 |
| DELPHI CORPORATION, et.al. | (Jointly Administered) |
| Debtors in Possession. | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE,** that, on January 11, 2008, Tecnomec S.r.L. ("Tecnomec"), by and through its undersigned attorneys, filed its Objection (the "Objection") to the Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of Administration of Discount Right Offering.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to agreement with Debtors whereby Tecnomec's claims are estimated in their full amount as reflected in its filed Proofs of Claim, Tecnomec hereby withdraws the Objection.

Dated: January 16, 2008                              **GARVEY SCHUBERT BARER**

By: _____/S__RC 0721_____
Robert Carrillo, Esq. (RC-0721)
Garvey Schubert Barer
100 Wall Street, 20th Floor
New York, NY 10005
(212) 431-8700
*Attorneys for Tecnomec S.r.L.*