UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et.al.

      Debtors in Possession.

Case No. 05-44481 (RDD)
Chapter 11
(Jointly Administered)

**AFFIDAVIT OF SERVICE**

David Gerard, under penalty of perjury, deposes and says:

1. I am over eighteen years of age and I am not a party to this action.

2. On January 16, 2008, I caused the NOTICE OF WITHDRAWAL OF TECNOMEC S.r.L. to be served by the method indicated below to:

| | |
|---|---|
| [ ] via first class mail, postage prepaid<br>[ ] via certified mail, return receipt requested<br>[ ] via overnight mail<br>[X] via facsimile transmission<br>[ ] via hand delivery | John Wm. Butler, Jr.<br>John K. Lyons<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Fax: (312) 407-0411 |
| Kayalyn A. Marafioti & Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Fax: (212) 735-2000 | Thomas E. Lauria & Michael C. Shepard White & Case LLP<br>Fax: (305) 358-5744 |
| Gerard H. Uzzi, Glenn M. Kurtz, Douglas P. Baumstein<br>White & Case LLP<br>Fax: (212) 354-8113 | Sheryl Betance<br>Kurtzman Carson Consultants<br>Fax: (310) 823-9133 |
| Donald Bernstein<br>Brian Resnick<br>Davis Polk & Wardwell<br>Fax: (212) 450-3092 (Bernstein)<br>(212) 450-3213 (Resnick) | General Counsel<br>Delphi Corporation<br>Fax: (248) 813-2491 |
| Bonnie Steingart<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>Fax: (212) 859-4000 | Alicia M. Leonhard<br>Office of the United States Trustee<br>Fax: (212) 668-2255 |
| Mark A. Broude<br>Robert J. Rosenberg<br>Latham & Watkins<br>Fax: (212) 751-4864 | |

Executed on January 16, 2008.

_____
David Gerard

Sworn to before me this
16 day of January 2008

_____
Notary Public

ROBERTO CARRILLO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CA6142896
Qualified in New York County
Commission Expires March 27, 20_10_