KLESTADT & WINTERS, LLP 292 Madison Avenue, 17th Floor
New York, NY 10017-6314
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
John E. Jureller, Jr. (JJ-4697)

and

WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL  60606-1229
Telephone: (312) 201-2000
Facsimile:  (312) 201-2555
Jonathan W. Young
Jeffrey L. Gansberg

Attorneys for Equity Corporate Housing

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
      In re                                                  :    Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :    Case No. 05-44481 (RDD)
                                                             :
                  Debtors.                                   :    (Jointly Administered)
-------------------------------------------------------------x

WITHDRAWAL OF OBJECTION OF EQUITY CORPORATE HOUSING TO DEBTORS'
MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a) and 502 (c) ESTIMATING OR
PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY FOR
<u>PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING</u>

Equity Corporate Housing, by its undersigned attorneys, hereby withdraws its Objection

To Debtors' Motion For Order Pursuant To 11 U.S.C. §§ 105(a) and 502(c) Estimating Or

Provisionally Allowing Certain Unreconciled Claims Solely For Purposes Of Administration Of

Discount Rights Offering.

Dated: January 16, 2008

Respectfully submitted,

KLESTADT & WINTERS, LLP

By: */s/ John E. Jureller, Jr.*
    John E. Jureller, Jr. (JJ-4697)
    Klestadt & Winters, LLP
    292 Madison Avenue, 17th Floor
    New York, NY 10017-6314
    (212) 972-3000

and

WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL  60606-1229
(312) 201-2000
Facsimile:  (312) 201-2555
Jonathan W. Young
Jeffrey L. Gansberg

Attorneys For Equity Corporate Housing