**Hearing Date: January 17, 2008**
**Hearing Time: 10 am**
**Objection Deadline: January 11, 2008 at 4 pm**

Babette A. Ceccotti (BC 2690)
Peter D. DeChiara (PD 0719)
Robin H. Gise (RG 5592)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street, 25th Floor
New York, New York 10036-6976
(212) 563-4100

Attorneys for International Union, UAW

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| DELPHI CORPORATION, *et al.,* ) | |
| ) | Case No. 05-44481 (RDD) |
| Debtors. ) | (Jointly Administered) |
| ) | |

**NOTICE OF FILING UNDER SEAL**
**SUPPLEMENT TO OBJECTION OF UAW TO CONFIRMATION OF**
**DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION**

**CONFIDENTIAL – SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER
OF THE BANKRUPTCY COURT, DATED JANUARY 11, 2008 [Docket No. 12074],
DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.