UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                              :
      In re                                                   :
                                                              : Chapter 11
  DELPHI CORPORATION, et al.,                                 :
                                                              : CASE NO. 05-44481 (RDD)
                               Debtors.                       :
                                                              : (Jointly Administered)
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

AMENDED CERTIFICATE OF COMPLIANCE WITH JOINT STIPULATION AND
AGREED ORDER IMPLEMENTING FINAL TRADING ORDER
IN RESPECT OF ACQUISITION AND SALE OF STOCK BY
FIDELITAS INVESTMENTS LTD.

("AMENDED FIDELITAS TRADING ORDER CERTIFICATION")

On June 21, 2007, Fidelitas Investments Ltd. ("Fidelitas") filed with this Court -- and served upon counsel to the above captioned debtors in possession -- that certain Certificate of Compliance With Joint Stipulation and Agreed Order Implementing Final Trading Order in Respect of Acquisition and Sale of Stock By Fidelitas Investments Ltd. (the "Certification")[1].

Subsequent to Fidelitas' filing of the Certification, Fidelitas has completed its internal account reconciliation with respect to its stock holdings in Delphi. Specifically, with respect to the Noncompliant Sale, Delphi has now concluded that the Aggregate Gain resulting therefrom is $764,528 (rather than the $714,528 (the "Initial Aggregate Gain") amount referenced in the Certification). Fidelitas has already donated that Initial Aggregate Gain to one or more organizations described in Section 501(c)(3) of the Internal

---

[1] Unless otherwise defined herein, all capitalized terms herein shall be given the definitions and meanings contained in the Certification.

Revenue Code of 1986, as amended. Accordingly, Fidelitas shall promptly donate this additional realized $50,000 of Aggregate Gain to one or more of the same organizations described in Section 501(c)(3) of the Internal Revenue Code of 1986, as amended.

Pavel Ezubov
Director, Fidelitas Investments Ltd.