Hearing Date and Time: January 17, 2008 at 10:00 a.m.
Objection Deadline:  January 11, 2008 at 4:00 p.m.

Jacob A. Manheimer, Esq. (JM 9540)
Keith J. Cunningham, Esq.
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
Tele: (207) 791-1100
Fax: (207) 791-1350
Email:  jmanheimer@pierceatwood.com
Email:  kcunningham@pierceatwood.com

*Attorneys for FCI Canada Inc., FCI Electronics Mexido, S. de R.L. de C.V.,
FCI USA, Inc., FCI Automotive France, S.A., FCI Automotive Deutschland GmbH
and FCI Italia S.p.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |
|  | : |  |

**WITHDRAWAL OF RESPONSE OF FCI USA, INC. AND AFFILIATES TO DEBTORS'
MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(A) AND 502(C) ESTIMATING
OR PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY
FOR PURPOSES OF DISCOUNT RIGHTS OFFERING
(<u>CLAIM NOS. 14125, 14126, 14127, 14128, 14129 AND 14130</u>)**

FCI Canada Inc., FCI Electronics Mexido, S. de R.L. de C.V., FCI USA, Inc., FCI

Automotive France, S.A., FCI Automotive Deutschland GmbH, and FCI Italia S.p.A.

(collectively, "FCI"), by their undersigned counsel, hereby withdraw the "Response of FCI USA,

Inc. and Affiliates to Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c)

Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of

Discount Rights Offering (Claim Nos. 14125, 14126, 14127, 14128, 14129 and 14130)" filed on

{W0950392.1}

January 11, 2008, and docketed as docket no. 11907 (the "Response").  FCI withdraws the Response based upon the following:

1. The Debtors and FCI have agreed through an exchange of email that the amounts of the proofs of claim set forth below shall be set at the amounts indicated solely for purposes of participation in the Discount Rights Offering:

| Claim No. | Claimant | Amount of Claim |
|---|---|---|
| 14125 | FCI Canada Inc. | $64,568.00 |
| 14126 | FCI Automotive Deutschland GmbH | $291,614.38 |
| 14127 | FCI Italia SPA | $361.40 |
| 14128 | FCI Electronics Mexido S de RL de CV | $259,344.24 |
| 14129 | FCI Automotive France SA | $13,762.67 |
| 14130 | FCI USA Inc. | $317,940.86 |

2. The foregoing agreement between FCI and the Debtors resolves all objections that FCI has to the Debtor's Motion for Order Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for the Purposes of Administering the Discount Rights Offering filed by the Debtor on December 28, 2007, and docketed as docket no. 11606.

**PIERCE ATWOOD LLP**

Dated:  January 16, 2008         By:      /s/ Jacob A. Manheimer
                                          Jacob A. Manheimer, Esq. (JM 9540)
                                          Keith J. Cunningham, Esq.
                                          Pierce Atwood LLP
                                          One Monument Square
                                          Portland, Maine 04101
                                          Tele:  (207) 791-1100
                                          Fax:  (207) 791-1350
                                          Email:  jmanheimer@pierceatwood.com
                                          Email:  kcunningham@pierceatwood.com

                                          *Attorneys for FCI Canada Inc., FCI Electronics Mexido, S. de R.L. de C.V., FCI USA, Inc., FCI Automotive France, S.A., FCI Automotive Deutschland GmbH, and FCI Italia S.p.A.*

Jacob A. Manheimer, Esq.
Keith J. Cunningham, Esq.
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
Tele: (207) 791-1100
Fax: (207) 791-1350
Email: jmanheimer@pierceatwood.com
Email: kcunningham@pierceatwood.com

*Attorneys for FCI Canada Inc., FCI Electronics Mexido, S. de R.L. de C.V.,
FCI USA, Inc., FCI Automotive France, S.A., FCI Automotive Deutschland GmbH
and FCI Italia S.p.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

      I, Jacob A. Manheimer, Esq., certify that I am, and at all times during the service of process was, not less than 18 years of age.  I further certify that service of the foregoing Withdrawal of Response of FCI USA, Inc. and Affiliates to Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of Discount Rights Offering (Claim Nos. 14125, 14126, 14127, 14128, 14129, and 14130) was served electronically by the Court's ECF System.

      Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  Portland, Maine
        January 16, 2008               /s/ Jacob A. Manheimer
                                           Jacob A. Manheimer, Esq. (JM 9540)
                                           PIERCE ATWOOD LLP
                                           One Monument Square
                                           Portland, ME 04101
                                           (207) 791-1100 (Phone)
                                           (207) 791-1350 (Fax)
                                           jmanheimer@pierceatwood.com

{W0950392.1}                      3