KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
David A. Murdoch, Esq. (PA I.D. No. 00239)
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)
    and
Robert N. Michaelson, Esq.  (RM 5312)
599 Lexington Avenue
New York, NY 10022-6030
(212) 536-3900
(212) 536-3901 (fax)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                                       :      **Chapter 11**
**In re:**                                                    :
                                                            :      **Case No. 05-44481 (RDD)**
**DELPHI CORPORATION, et al.,**              :      **(Jointly Administered)**
                                                            :
          **Debtors**                                      :
------------------------------------------------------------x

**WITHDRAWAL OF ASSIGNEE'S RESPONSE AND LIMITED OBJECTION TO
NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT OR
UNEXPIRED LEASE TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH
THE SALE OF INTERIORS AND CLOSURES BUSINESSES**

      PPG Industries, Inc. ("PPG"), by its undersigned attorneys, Kirkpatrick & Lockhart Preston Gates Ellis LLP, hereby withdraws its Assignee's Response and Limited Objection to Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed and Assigned in Connection with the Sale of Interiors and Closures Businesses, filed on December 6, 2007 at Docket No. 11332 (the "Objection").  PPG is withdrawing its Objection at the request of Delphi Corporation and certain of its affiliates ("Delphi"), based on Delphi's agreement that the cure amount for Purchase Order Number D0550023134 will be $265,839.53

as asserted by PPG in its Objection.

Dated:  January 16, 2008                                       Respectfully submitted,

                                              KIRKPATRICK & LOCKHART
                                              PRESTON GATES ELLIS LLP

/s/ David A. Murdoch
David A. Murdoch, Esq. (PA I.D. No. 00239)
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)

        and

Robert N. Michaelson, Esq.  (RM 5312)
599 Lexington Avenue
New York, NY 10022-6030
(212) 536-3900
(212) 536-3901 (fax)

Attorneys for PPG Industries, Inc.

# CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing has been served upon the parties listed below, by first-class United States Mail, postage prepaid, on the 16th day of January, 2008:

Delphi Automotive Systems LLC  
ATTN: Legal Staff  
5725 Delphi Drive  
Troy, MI  48098  

Latham & Watkins LLP  
ATTN: Robert J. Rosenberg and  
Mark A. Broude  
885 Third Avenue  
New York, NY  10022  

Delphi Corporation  
ATTN: Deputy General Counsel  
Transactions & Restructuring  
5725 Delphi Drive  
Troy, MI  48098  

Fried, Frank, Harris, Shriver & Jacobson LLP  
ATTN: Bonnie Steingart  
One New York Plaza  
New York, NY  10004  

Skadden, Arps, Slate, Meagher & Flom LLP  
ATTN: Ron E. Meisler and Brian M. Fern  
333 West Wacker Drive, Suite 2100  
Chicago, IL  60606  

Cadwalader, Wickersham & Taft LLP  
ATTN: Mike Ryan  
One World Financial Center  
New York, NY  10281  

Davis Polk & Wardwell  
ATTN: Donald Bernstein and Brian Resnick  
450 Lexington Avenue  
New York, NY  10017  

Office of the U.S. Trustee  
for the Southern District of New York  
ATTN: Alicia M. Leonhard  
33 Whitehall Street, Suite 2100  
New York, NY  10004  

                    /s/Kristen Serrao