KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
David A. Murdoch, Esq. (PA I.D. No. 00239)
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)
    and
Robert N. Michaelson, Esq.  (RM 5312)
599 Lexington Avenue
New York, NY 10022-6030
(212) 536-3900
(212) 536-3901 (fax)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:     **Chapter 11**
**In re:**                                    :
:     **Case No. 05-44481 (RDD)**
**DELPHI CORPORATION, et al.,**        :     **(Jointly Administered)**
:
           **Debtors**                            :
------------------------------------------------------------x

**CONDITIONAL WITHDRAWAL OF OBJECTION OF PPG INDUSTRIES, INC. TO DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c) ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING**

       PPG Industries, Inc. ("PPG"), by its undersigned attorneys, Kirkpatrick & Lockhart Preston Gates Ellis LLP, hereby files this Conditional Withdrawal of Objection of PPG Industries, Inc. to Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims for Purposes of Administration of Discount Rights Offering, filed on January 11, 2008 at Docket No. 11911 (the "Objection").  PPG is withdrawing its Objection at the request of Delphi Corporation and certain of its affiliates ("Delphi"), based on Delphi's agreement that the amount of proof of claim no.

PI-1911937 v2

- 2 -

10710 shall be $514,454.71 (the "PPG Claim") solely for purposes of participation in the Rights Offering.  PPG reserves all rights to renew its Objection if discount rights are not administered or distributed in an amount consistent with the PPG Claim.

Dated:  January 16, 2008                                  Respectfully submitted,

                                      KIRKPATRICK & LOCKHART
                                      PRESTON GATES ELLIS LLP

                                       /s/ David A. Murdoch
                                      David A. Murdoch, Esq. (PA I.D. No. 00239)
                                      Henry W. Oliver Building
                                      535 Smithfield Street
                                      Pittsburgh, PA 15222
                                      (412) 355-6500
                                      (412) 355-6501 (fax)

                                             and

                                      Robert N. Michaelson, Esq.  (RM 5312)
                                      599 Lexington Avenue
                                      New York, NY 10022-6030
                                      (212) 536-3900
                                      (212) 536-3901 (fax)

                                      Attorneys for PPG Industries, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the parties listed below, by first-class United States Mail, postage prepaid, on the 16th day of January, 2008:

| | |
|---|---|
| Delphi Corporation<br>ATTN: General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098 | Latham & Watkins LLP<br>ATTN: Robert J. Rosenberg and<br>    Mark A. Broude<br>885 Third Avenue<br>New York, NY  10022 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>ATTN: John Wm. Butler, Jr. and<br>    John K. Lyons<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 | Fried, Frank, Harris, Shriver & Jacobson LLP<br>ATTN: Bonnie Steingart<br>One New York Plaza<br>New York, NY  10004 |
| Davis Polk & Wardwell<br>ATTN: Donald Bernstein and Brian Resnick<br>450 Lexington Avenue<br>New York, NY  10017 | Office of the U.S. Trustee<br>for the Southern District of New York<br>ATTN: Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 |

      /s/Kristen Serrao

PI-1911937 v2