**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X

In re:

Delphi Corporation, et al                    Case No. 05-44481 (RDD)

------------------------------------X


**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN
ORDER OF THE BANKRUPTCY COURT, DATED, January 15, 2008 DIRECTING
THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.