**Exhibit 4**

*Chart Of Objections To The Rights Offering Estimation Motion*

*Organized By Nature Of Objection*

| | **OBJECTION DOCKET NO.** | | **OBJECTION ASSERTED** | **RESOLUTION, RESPONSE OR PROPOSAL** |
|---|---|---|---|---|
| 1. | 11789<br>11793<br>11805<br>11848<br>11856<br>11857<br>11858<br>11868<br>11879 | 11889<br>11918<br>11923<br>11924<br>11941<br>11948<br>12046 | Comerica Leasing Corporation ("Comerica") asserts that the Rights Offering Estimation Motion unfairly seeks payment in the event that a claim is allowed for less than the estimated amount. | The relief requested protects the ability of the Debtors to recover any overpayment made to a disputed claimant on account of disputed claim in the event the disputed claims is ultimately disallowed or allowed in a reduced amount. There is nothing unfair in preventing a disputed claimant from receiving a windfall if it is ultimately determined that the claimant's asserted claim was without merit.<br><br>All other objections asserting this argument have been resolved. |
| 2. | 11789<br>11793<br>11805<br>11848<br>11856<br>11857<br>11858<br>11868<br>11877<br>11889<br>11893 | 11896<br>11911<br>11915<br>11916<br>11918<br>11941<br>11943<br>11948<br>12046 | Comerica argues that there should be a reserve in the event a claim is allowed for a greater amount than estimated. | There is no opportunity to reserve discount rights pending resolution of underlying claims because the Discount Rights Offering will have concluded by the time of such resolution. Holders of disputed claims cannot be paid this portion of their claim in differing currency because it would lead to differing treatment within the class of general unsecured creditors.<br><br>All other objections have been resolved. |

1

| | **OBJECTION DOCKET NO.** | | **OBJECTION ASSERTED** | **RESOLUTION, RESPONSE OR PROPOSAL** |
|---|---|---|---|---|
| 3. | 11789<br>11793<br>11805<br>11848<br>11856<br>11857 | 11858<br>11868<br>11889<br>11919<br>11941<br>11943 | Comerica asserts that the estimation of disputed claims is not allowed by the Bankruptcy Code. | The Motion only seeks to estimate unliquidated claims and to temporarily allow liquidated, disputed claims in a particular amount solely for purposes of the Discount Rights Offering.<br><br>Notwithstanding the foregoing, the Debtors are willing to modify Exhibit A to the Order to increase the amount of Comerica's claim to $3,464,557.00, the amount the Court estimated with respect to Comerica's claim under the Order Pursuant To 11 U.S.C. §§ 105(a) And 502(c) (A) Estimating And Setting Maximum Cap On Certain Contingent Or Unliquidated Claims And (B) Approving Expedited Claims Estimation Procedures (Docket Number 9685). Thus, Comerica's objection is fully addressed.<br><br>All other objections have been resolved. |
| 4. | 11789<br>11793<br>11805<br>11848<br>11856<br>11857<br>11858<br>11868<br>11889<br>11893<br>11896 | 11910<br>11911<br>11916<br>11918<br>11919<br>11941<br>11943<br>11953<br>12046 | Comerica asserts that the Rights Offering Estimation Motion is an attempt to circumvent the Claim Objection Procedure Order. | The Motion does not attempt to affect the validity or amount of the underlying claim, but instead seeks to temporarily allow the claim in a certain amount solely for purposes of the Discount Rights Offering.<br><br>See above response to item (3).<br><br>All other objections have been resolved. |

2

|  | **OBJECTION DOCKET NO.** | **OBJECTION ASSERTED** | **RESOLUTION, RESPONSE OR PROPOSAL** |
|---|---|---|---|
| 5. | 11793<br>11858<br>11805<br>11857<br>11848 | Comerica asserts that the Rights Offering Estimation Motion does not provide for the possibility that claims could be reclassified as unsecured, thereby altering the total claims pool of reserves. | The claimants have had over two years to determine whether they properly asserted their claims as secured, unsecured, or priority. Due to the impending commencement of the Discount Rights Offering, there is simply no further time for them to decide which status to assert, at least with respect to the Discount Rights Offering. Claimants wishing to waive their secured or priority status may participate in the Discount Rights Offering at the appropriate amount. Comerica has not done so.<br><br>All other objections have been resolved. |
| 6. | 11919 | Objector argues that if the Debtors are wrong about the claim amounts in the Rights Offering Estimation Motion, this would render the Plan unconfirmable under sections 1123(a)(4) and 1129(a)(1) of the Bankruptcy Code because different creditors in the same class would receive disparate treatment. | This objection was resolved. |
| 7. | 11912<br>11916<br>11923 | TIP Engineering Group, Inc. asserts that the Motion does not provide sufficient justification for the Participation Amount. | The Debtors are not attempting to litigate the underlying claim at this time, but are merely seeking to temporarily allow the claim solely for the purposes of the Discount Rights Offering. The Debtors are currently working with TIP on a consensual amount to temporarily allow for the rights offering.<br><br>All other objections have been resolved. |

|  | **OBJECTION DOCKET NO.** | **OBJECTION ASSERTED** | **RESOLUTION, RESPONSE OR PROPOSAL** |
|---|---|---|---|
| 8. | 11948 | General Electric Capital Corp. asserts that the Rights Offering Estimation Motion does not provide for the possibility that leases could be rejected up to five days after the final order establishing cure amounts, thereby altering the total claims pool of reserves. | The Debtors have no intention of rejecting GE's contracts at this time, and are therefore not willing to allocate discount rights to GE based on a hypothetical possibility that rejection damages may arise. |
| 9. | 11798    11988<br>11800    11989<br>11815    11990<br>11854    11992<br>11875    11993<br>11877    11994<br>11879    11995<br>11892    11996<br>11893    11997<br>11895    11998<br>11896    11999<br>11907    12000<br>11911    12001<br>11912    12002<br>11915    12003<br>11916    12004<br>11919    12005<br>11923    12006<br>11924    12007<br>11930    12008<br>11932    12014<br>11933    12046<br>11943<br>11952 | Claimants object to the valuation of their claim in the Rights Offering Estimation Motion. | The Debtors have worked with the objectors to resolve their Participation Amounts, and have agreed to revise their Participation Amounts to reflect the asserted amount of their claims, subject to the True-Up Provisions of the Revised Proposed Order. |

4

| DOCKET # | OBJECTING PARTY | DOCKET # | OBJECTING PARTY |
| --- | --- | --- | --- |
| 11789 | KenSa LLC | 11930 | Johnson Controls, Inc. |
| 11793 | Comerica Leasing Corporation | 11932 | Johnson Controls, Inc. |
| 11798 | F&G Multislide, Inc. | 11933 | York International Corporation |
| 11800 | F&G Tool and Die Co., Inc. | 11941 | Equity Corporate Housing |
| 11805 | Freudenberg-NOK General Partnership and Freudenberg-NOK, Inc. | 11943 | Rassini, S.A. de C.V. |
| 11815 | Robert Dettinger | 11948 | General Electric Capital Corp. |
| 11824 | Pima County | 11952 | Kilroy Realty, L.P. |
| 11848 | Lear Corporation | 11953 | John E. Benz & Co. |
| 11854 | David N. Goldsweig | 11987 | James Penney |
| 11856 | KenSa LLC | 11988 | Sierra Liquidity Fund LLC |
| 11857 | Freudenberg-NOK General Partnership and Freudenberg-NOK, Inc. | 11989 | Sierra Liquidity Fund LLC |
| 11858 | Comerica Leasing Corporation | 11990 | Sierra Liquidity Fund LLC |
| 11868 | Cooper Standard Automotive Inc. | 11992 | Sierra Liquidity Fund LLC |
| 11875 | Fraenkische USA, LP | 11993 | Sierra Liquidity Fund LLC |
| 11877 | Eikenberry & Associates, Inc. | 11994 | Sierra Liquidity Fund LLC |
| 11879 | Robert Bosch GmbH & Robert Bosch LLC | 11995 | Sierra Liquidity Fund LLC |
| 11889 | Harman Becker Automotive Systems, Inc. | 11996 | Sierra Liquidity Fund LLC |
| 11892 | SPCP Group LLC | 11997 | Sierra Liquidity Fund LLC |
| 11893 | James Hutz, Jr. | 11998 | Sierra Liquidity Fund LLC |
| 11895 | Denso International American Inc. & DENSO Sales California, Inc. | 11999 | Sierra Liquidity Fund LLC |
| 11896 | O&R Precision Grinding | 12000 | Sierra Liquidity Fund LLC |
| 11907 | FCI USA, Inc. | 12001 | Sierra Liquidity Fund LLC |
| 11910 | WESCO Distribution, Inc. | 12002 | Sierra Liquidity Fund LLC |
| 11912 | TIP Engineering Group, Inc. | 12003 | Sierra Liquidity Fund LLC |
| 11915 | AT&T | 12004 | Sierra Liquidity Fund LLC |
| 11916 | Riverside Claims LLC | 12005 | Sierra Liquidity Fund LLC |
| 11918 | Tecnomec S.R.L. | 12006 | Sierra Liquidity Fund LLC |
| 11919 | Liquidity Solutions, Inc. | 12007 | Sierra Liquidity Fund LLC |
| 11923 | Temic Automotive of North America, Inc. | 12008 | Sierra Liquidity Fund LLC |
| 11924 | Motorola, Inc. | 12014 | Patricia A. Gordon |
| 12046 | Small Parts, Inc. | 12015 | Michael J. Julius |