**EXHIBIT "1"**
**SILVER POINT RULE 3018**
**CLAIMS CHART**

| Claim No. | Claimant | Record Owner as of Nov. 26, 2007 |
|---|---|---|
|  | Hill & Knowlton Inc, and Hill and Knowlton Brasil Ltda. | Hill & Knowlton Inc., and Hill and Knowlton Brasil Ltda. |
|  | Sagami America Ltd. | SagamiAmerica Ltd. |
| 8569 | Bell Anderson & Sanders LLC | Bell Anderson & Sanders LLC |
| 9981 | Brown & Sharpe Inc | Brown & Sharpe Inc. |
| 2249 | C&E Sales Inc. | C&E Sales Inc. |
| 14661 | Cooper-Standard Automotive, Inc. | Cooper Standard Automotive, Inc. |
|  | GGB LLC | GGB LLC |
| 331/9219 | Greystone of Lincoln, Inc. | Greystone of Lincoln, Inc. |
| 14109 | Kensa LLC | Kensa LLC |
| 9756 | Koyo Corporation of USA | Koyo Corporation of USA |
| 9882 | American Online Inc. | Liquidity Solutions Inc as Assignee of American Online Inc as Agent for SPCP Group LLC |
| 15492 | Bardons & Oliver Inc. | Liquidity Solutions d/b/a Revenue Management |
| 1201 | Electronic Solutions, Inc. | Electronic Solutions Inc. |
| 15476 | Fairway Spring Co. Inc. | Liquidity Solutions d/b/a Revenue Management |
| 7288 | Standex Electronic Inc. | Capital Markets |
|  | Mcnaughton McKay Electric Co. of Ohio | Mcnaughton McKay Electric Co. of Ohio |
| 12227 | Mcnaughton McKay Electric Co. of Ohio | Mcnaughton McKay Electric Co. of Ohio |
| 12226 | Mcnaughton McKay Electric Co. of Ohio | Mcnaughton McKay Electric Co. of Ohio |
| 12228 | Mcnaughton McKay Electric Co. of Ohio | Mcnaughton McKay Electric Co. of Ohio |
| 16561 | Mcnaughton McKay Electric Co. of Ohio | Mcnaughton McKay Electric Co. of Ohio |
| 9652 | Means Industries Inc. | Means Industries Inc. |
| 11646 | Milliken & Company | Milliken & Company |
| 15361 | Multi Tool Inc | Multi Tool |
| 12185 | Muskegon Casting Corp. | Muskegon Casting Corp. |
| 12186 | Muskegon Casting Corp. | Muskegon Casting Corp. |
| 16557 | Penn Aluminum International Inc. | Penn Aluminum International Inc. |
| 12187 | Port City Die Cast Company | Port City Die Cast Company |
| 14262 | Robin Industries, Inc. | Robin Industries, Inc.-Berline Div |
| 14264 | Robin Industries, Inc. | Robin Industries, Inc.-Elasto Tech Div. |
| 14265 | Robin Industries, Inc. | Robin Industries, Inc.-Cleveland Div. |
| 14267 | Robin Industries, Inc. | Robin Industries, Inc.-Technical Service Group |

**EXHIBIT "1"**
**SILVER POINT RULE 3018**
**CLAIMS CHART**

| | | |
|---:|---|---|
| 14271 | Robin Industries, Inc. | Robin Industries, Inc.-Freicksburg Facility |
| 14274 | Robin Industries, Inc. | Robin Industries, Inc.-Holmco Div. |
| 14270 | Robin Mexicana, S. de R.L. de C.V. | Robin Mexicana, S. de R.L. de C.V. |
| 4000 | Superior Industries International Inc. | Superior Industries International Inc. |
| 10398 | Sheffield Measurement Inc. | Liquidity Solutions Inc dba Revenue Management as assignee of Applied Handling Inc |
| 10016 | Venture Plastics Inc. | Venture Plastics Inc. |
| 2464 | Zylux Acoustic Corp. | Liquidity Solutions d/b/a Revenue Management |
| | Atmosphere Heat Treating Inc. | Atmosphere Heat Treating Inc. |
| 10394 | Heraeus Inc. | Liquidity Solutions Inc |
| 11853 | Malvern Instruments Inc. | Liquidity Solutions Inc |
| 7578 | Micron Semiconductor Products Inc. | Micron Semiconductor Products Inc. |
| 12031 | Mid South Electronics Inc. | Mid South Electronics Inc. |
| 8442 | Neun H P Co. Inc. | Capital Markets |
| 2583 | McCann Erickson Inc. | McCann Erickson Inc. |
| | Senko America Corporation | Senko America Corporation |
| | Stanley Electric Sales of America, Inc. | Stanley Electric Sales of America, Inc. |
| | Stanley Electric Sales of America, Inc. | Stanley Electric Sales of America, Inc. |
| | Toko America, Inc. | Toko America, Inc. |
| | West Virginia Polymer Corp. | CLAIM WITHDRAWN |
| | Concorde Group S.A. de C.V. | Concorde Group S.A. de C.V. |
| | Epcos Inc. | Epcos Inc. |
| 12163 | Eva Orlick | Eva Orlick |
| | Lem Industries Inc. | No Claim Found |
| | Magnesium Elektron, Inc. | Magnesium Elektron, Inc. |
| | Valmark Industries Inc | Valmark Industries Inc |
| 9472 | Rasselstein GmbH | Rasselstein Hoesch Gmbh (Claim Expunged) |
| | Summit Polymers Inc. | Summit Polymers Inc. |
| | A-OK Liquidation Inc. f/k/a A-OK Controls Engineering Inc. | No Claim Found |
| | Warren City Utility Services | CLAIM WITHDRAWM |
| 585 | Wabash Technologies Inc. | Wabash Technologies Inc. |
| 12007 | Alcoa Automotive | Alcoa Automotive and SPCP |
| 12006 | Alumax Mill Products Inc. | Alumax Mill Products Inc. and SPCP |