| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,<br>Debtors and Debtors in Possession<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Albert Togut (AT-9759)<br>Neil Berger (NB-3599) | HEARING DATE:  January 17, 2008<br>AT:    10:00 a.m. |

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,                               :
                                                            :    Jointly Administered
                                           Debtors.         :
                                                            :
------------------------------------------------------------x

### DECLARATION OF ANDY WINCHELL IN SUPPORT OF DEBTORS' OBJECTION TO MOTION BY SPCP GROUP L.L.C. FOR TEMPORARY ALLOWANCE OF PROOF OF CLAIMS PURSUANT TO BANKRUPTCY RULE 3018

ANDY WINCHELL, hereby declares pursuant to section 1746 of title 28 of the United States Code:

1. I am an attorney associated with Togut, Segal & Segal LLP, bankruptcy conflicts counsel for the above-captioned debtors and debtors in possession (the "Debtors").

2. I submit this Declaration in support of the Debtors' prefixed Objection to the Silver Point Rule 3018 Motion (the "Objection").[1]

---

[1] Capitalized terms which are not defined herein shall have the meaning set forth in the Objection.

       3.      I have reviewed the Court's official docket for the Debtors' case. I could not find any evidence that Silver Point filed a Notice of Transfer for any of the Claims listed on Exhibit 1 to the Objection on or before the Record Date.

       4.      I requested that Silver Point provide such Notices of Transfer prior to the date hereof. Silver Point produced numerous documents evidencing contractual relationships between itself and various creditors, some of which contained what appeared to be unfiled Notices of Transfer. My review of the documents provided, however, yielded no evidence that Silver Point filed such notices on or before the Record Date.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      January 16, 2008

                          /s/ Andy Winchell
                          ANDY WINCHELL