| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,<br>Debtors and Debtors in Possession<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Albert Togut (AT-9759)<br>Neil Berger (NB-3599)<br>Lara Sheikh (LS-0879) | HEARING DATE:  January 17, 2008<br>AT:   10:00 a.m. |

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                       :
In re:                                                 :         Chapter 11
                                                       :         Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,            :
                                                       :         Jointly Administered
                                  Debtors.       :
                                                       :
---------------------------------------------------------------x

### DECLARATION ERIC S KURTZMAN IN SUPPORT OF DEBTORS' OBJECTION TO MOTION BY SPCP GROUP L.L.C. FOR TEMPORARY ALLOWANCE OF PROOF OF CLAIMS PURSUANT TO BANKRUPTCY RULE 3018

Eric S Kurtzman, hereby declares pursuant to section 1746 of title 28 of the United States Code:

1. I am the Chief Executive Officer of Kurtzman Carson Consultants LLC ("KCC"), the Claims, Noticing and Balloting Agent in these cases.

2. I am submitting this Declaration in connection with the Debtors' Objection to the Silver Point Rule 3018 Motion.[1]

---

[1] Capitalized terms which are not defined herein shall have the meaning set forth in the Objection.

3. KCC's claims register does not identify any Notices of Transfer therein as having been filed by Silver Point on or before the Record Date in connection with the Exhibit 1 Claims.

4. The Expunged Claims were expunged by this Court's December 10, 2006 Order Disallowing and Expunging (I) Equity Claims, (II) Claims Duplicative of Consolidated Trustee or Agent Claims and (III) Duplicate and Amended Claims Identified in Second Omnibus Claims Objection [Docket No. 6225].

5. KCC's claims register reflects that the Previously Voted Claims are subject to Ballots that were cast by parties that appeared as the registered holder of those claims as of the Record Date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2008

/s/ Eric S Kurtzman
ERIC S KURTZMAN