You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $ 112,000.79         ,

☐    ACCEPTS (votes FOR) the Plan.    ☑ ✓    REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

Name Of Voter:  Liquidity Solutions Inc
                      (Print Or Type)

Social Security Or Federal Tax I.D No:  22-3555359
                                          (Optional)

Signature:

Name Of Signatory:  JEFFREY L. CARESS
                      (If Other Than Voter)

Title:  AUTHORIZED SIGNATORY

Address:  Dba Revenue Management
            One University Plaza Ste 312
            Hackensack, NJ 07601

Date Signed:  12/31/07

If your address or contact information has changed, please note the new information here:

**RECEIVED**

**JAN 1 1 2008**

KURTZMAN CARSON

**CLASS C GENERAL UNSECURED CLAIMS**

#2480

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $ 122,478.94_____ ,

☐    ACCEPTS (votes FOR) the Plan.    ☑ ✓    REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

<b>Complete This Table Only If You Have Voted Class C General<br>Unsecured Claim Ballots Other Than This Ballot</b>

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1._____ | _____ | $_____ |
| 2._____ | _____ | $_____ |
| 3._____ | _____ | $_____ |

Name Of Voter: _Capital Markets_____
(Print Or Type)

Social Security Or Federal Tax I.D. No.:_____
(Optional)

Signature:_____

Name Of Signatory: _JEFFREY L. CARESS_____
(If Other Than Voter)

Title: _AUTHORIZED SIGNATORY_____

Address: Capital Markets
One University Plz Ste 312
Hackensack, NJ 07601

Date Signed:___12/31/07_____

If your address or contact information has changed, please note the new information here:

**RECEIVED**

JAN 11 2008

KURTZMAN CARSON

01-11-08A11:25 RCVD

1C - Delphi-DAS Debtors

2

**CLASS C GENERAL UNSECURED CLAIMS**


0544640071208154441001515

#2484

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $280,472.86_____.

☐    ACCEPTS (votes FOR) the Plan.        ☑    REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1._____ | _____ | $_____ |
| 2._____ | _____ | $_____ |
| 3._____ | _____ | $_____ |

Name Of Voter: __Capital Markets_____
                              (Print Or Type)

Social Security Or Federal Tax I.D. No.:_____
                                                        (Optional)

Signature:_____

Name Of Signatory: JEFFREY L. CARESS_____
                                            (If Other Than Voter)

Title: AUTHORIZED SIGNATORY_____

Address: Capital Markets
         One University Plz Ste 312
         Hackensack, NJ 07601

Date Signed: 12/31/07_____

If your address or contact information has changed, please note the new information here:

**RECEIVED**

JAN 11 2008

KURTZMAN CARSON

01-11-08A11:25 RCVD

1C - Delphi-DAS Debtors                    2

**CLASS C GENERAL UNSECURED CLAIMS**



0544640071208154441001514

#2378

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $95,976.84 _____,

☐    ACCEPTS (votes FOR) the Plan.          ☑    REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1._____ | _____ | $_____ |
| 2._____ | _____ | $_____ |
| 3._____ | _____ | $_____ |

Name Of Voter: Liquidity Solutions Inc dba Revenue Management as assignee of Applied Handling Inc
_____
(Print Or Type)

Social Security Or Federal Tax I.D. No.: 22-3555359
(Optional)

Signature: _____

Name Of Signatory: JEFFREY L. CARESS
(If Other Than Voter)

Title: AUTHORIZED SIGNATORY

Address: Jeffrey L Caress
One University Plz Ste 312
Hackensack, NJ 07601

Date Signed: 12/31/07

If your address or contact information has changed, please note the new information here:

**RECEIVED**

JAN 11 2008

KURTZMAN CARSON

1C - Delphi-DAS Debtors

01-11-08A11:57 RCVD

2

**CLASS C GENERAL UNSECURED CLAIMS**



0544640071208154636004858

#2305

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $22,104.75_____,

☐    ACCEPTS (votes FOR) the Plan.        ☑    REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1._____ | _____ | $_____ |
| 2._____ | _____ | $_____ |
| 3._____ | _____ | $_____ |

Name Of Voter: Liquidity Solutions Inc dba Revenue Management as assignee of Applied Handling Inc
(Print Or Type)

Social Security Or Federal Tax I.D. No.: 22-3555359
(Optional)

Signature: _____

Name Of Signatory: JEFFREY L. CARESS
(If Other Than Voter)

Title: AUTHORIZED SIGNATORY

Address: Jeffrey L Caress
One University Plz Ste 312
Hackensack, NJ 07601

Date Signed: 12/31/07

If your address or contact information has changed, please note the new information here:

RECEIVED

JAN 1 1 2008

KURTZMAN CARSON

IC - Delphi-DAS Debtors

2

CLASS C GENERAL UNSECURED CLAIMS

01-11-08P03:48 RCVD

0544640071208154636004857

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $233,750.00 ,

☐ ACCEPTS (votes FOR) the Plan.     ☑ REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

Complete This Table Only If You Have Voted Class C General<br>Unsecured Claim Ballots Other Than This Ballot

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

Name Of Voter: Liquidity Solutions Inc dba Revenue Management as assignee of Bardons & Oliver Inc
(Print Or Type)

Social Security Or Federal Tax I.D. No.: 22-3555359
(Optional)

Signature:

Name Of Signatory: JEFFREY L. CARESS
(If Other Than Voter)

Title: AUTHORIZED SIGNATORY

Address: Jeffrey L Caress
One University Plaza Ste 312
Hackensack, NJ 07601

Date Signed: 12/31/07

If your address or contact information has changed, please note the new information here:

RECEIVED

JAN 11 2008

KURTZMAN CARSON   2

01-11-08A11:25 RCVD

CLASS C GENERAL UNSECURED CLAIMS

1C - Delphi-DAS Debtors



0544640071208154636004862

#2277

You may receive multiple mailings containing Ballots.  You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1.  Vote On Plan. (Please check one.)**  The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $71,947.33                  .

☐    ACCEPTS (votes FOR) the Plan.          ☑    REJECTS (votes AGAINST) the Plan.

**Item 2.  Certification.**  By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

Name Of Voter:  Liquidity Solutions Inc dba Capital Markets _as assignee of Warren_
(Print Or Type) _City of Utli Svcs OH_

Social Security Or Federal Tax I.D. No.: _22-3555359_
(Optional)

Signature: _____

Name Of Signatory: _James Yenzer_
(If Other Than Voter)

Title: _Authorized Signatory_

Address:  Liquidity Solutions Inc dba Revenue Management
One University Plz Ste 312
Hackensack, NJ 07601

Date Signed: _12/31/07_

If your address or contact information has changed, please note the new information here:

**RECEIVED**

**JAN 11 2008**

KURTZMAN CARSON

**CLASS C GENERAL UNSECURED CLAIMS**

1C - Delphi-DAS Debtors

2

01-11-08P03:49 RCVD

0544640071208154636004855

#2477

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $265,694.00

☐  ACCEPTS (votes FOR) the Plan.      ☑  REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

Name Of Voter: __Liquidity Solutions Inc__
(Print Or Type)

Social Security Or Federal Tax I.D. No.: __22-3555359__
(Optional)

Signature: _____

Name Of Signatory: __JEFFREY L. CARESS__
(If Other Than Voter)

Title: __AUTHORIZED SIGNATORY__

Address: Dba Revenue Management
One University Plaza Ste 312
Hackensack, NJ 07601

Date Signed: __12/31/07__

If your address or contact information has changed, please note the new information here:

**RECEIVED**

JAN 11 2008

KURTZMAN CARSON          2

01-11-08A11:25 RCVD

CLASS C GENERAL UNSECURED CLAIMS

1C - Delphi-DAS Debtors



0544482071208154628004685

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $ 60,577.03                ,

☐   ACCEPTS (votes FOR) the Plan.        ☑  REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

Name Of Voter: _Liquidity Solutions Inc_
(Print Or Type)

Social Security Or Federal Tax I.D. No.: 22-3555359
(Optional)

Signature:

Name Of Signatory: JEFFREY L. CARESS
(If Other Than Voter)

Title: AUTHORIZED SIGNATORY

Address: Dba Capital Markets
One University Plz Ste 312
Hackensack, NJ 07601

Date Signed: 12 | 31 | 07

If your address or contact information has changed, please note the new information here:

**RECEIVED**

**JAN 11 2008**

**KURTZMAN CARSON**        **CLASS C GENERAL UNSECURED CLAIMS**

10C - Delphi Medical Systems Colorado Corporation        2

01-11-08A11:22 RCVD

0544507071208161102000290

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $72,786.00 _____,

☐   ACCEPTS (votes FOR) the Plan.   ☑   REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1. _____ | _____ | $ _____ |
| 2. _____ | _____ | $ _____ |
| 3. _____ | _____ | $ _____ |

Name Of Voter: __Liquidity Solutions Inc__ AS ASSIGNEE OF WEST VIRGINIA
(Print Or Type) POLYMER CORPORATION

Social Security Or Federal Tax I.D. No: 22-3555359
(Optional)

Signature: _____

Name Of Signatory: JEFFREY L. CARESS
(If Other Than Voter)

Title: AUTHORIZED SIGNATORY

Address: Dba Revenue Management
One University Plaza Ste 312
Hackensack, NJ 07601

Date Signed: 12/31/07 _____

If your address or contact information has changed, please note the new information here:

RECEIVED

JAN 1 1 2008

KURTZMAN CARSON

CLASS C GENERAL UNSECURED CLAIMS



0544640071208154633004808

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $ 180,407.58        ,

☐   ACCEPTS (votes FOR) the Plan.          ☑   REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1. _____ | _____ | $ _____ |
| 2. _____ | _____ | $ _____ |
| 3. _____ | _____ | $ _____ |

Name Of Voter: Liquidity Solutions Inc
(Print Or Type)

Social Security Or Federal Tax I.D. No.: 22-3555359
(Optional)

Signature: _____

Name Of Signatory: JEFFREY L. CARESS
(If Other Than Voter)

Title: AUTHORIZED SIGNATORY

Address: Dba Revenue Management
One University Plaza Ste 312
Hackensack, NJ 07601

Date Signed: 12/31/07

If your address or contact information has changed, please note the new information here:

RECEIVED

JAN 11 2008

KURTZMAN CARSON

CLASS C GENERAL UNSECURED CLAIMS

IC - Delphi-DAS Debtors

01-11-08A11:22 RCVD

2



0544640071208154632004785

#2311

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $63,696.63_____,

☐    ACCEPTS (votes FOR) the Plan.    ☑    REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

Name Of Voter: Liquidity Solutions Inc dba Revenue Management as assignee of Applied Handling Inc
(Print Or Type)

Social Security Or Federal Tax I.D. No.: 22- 3555359
(Optional)

Signature: _____

Name Of Signatory: JEFFREY L. CARESS
(If Other Than Voter)

Title: AUTHORIZED SIGNATORY

Address: Jeffrey L Caress
One University Plz Ste 312
Hackensack, NJ 07601

Date Signed: 12/31/07

If your address or contact information has changed, please note the new information here:

**RECEIVED**

JAN 11 2008

KURTZMAN CARSON

1C - Delphi-DAS Debtors

2

01-11-08P03:48 RCVD

**CLASS C GENERAL UNSECURED CLAIMS**

0544640071208154636004859

#2291

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $ 969,141.63                ,

☐    ACCEPTS (votes FOR) the Plan.        ☑    REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

Name Of Voter: Liquidity Solutions Inc AS ASSIGNEE OF AMERICA ONLINE INC.
(Print Or Type)

Social Security Or Federal Tax I.D. No.: 22-3555359
(Optional)

Signature:

Name Of Signatory: JEFFREY L. CARESS
(If Other Than Voter)

Title: AUTHORIZED SIGNATORY

Address: as Agent for SPCP Group LLC
One University Plz Ste 312
Hackensack, NJ 07601

Date Signed: 12/31/07

If your address or contact information has changed, please note the new information here:

**RECEIVED**

**JAN 11 2008**

**KURTZMAN CARSON**

**CLASS C GENERAL UNSECURED CLAIMS**

1C - Delphi-DAS Debtors            2

01-11-08P03:49 RCVD



0544640071208154628004691

#2457

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $ 152,461.57 .

☐    ACCEPTS (votes FOR) the Plan.        ☒    REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

Name Of Voter: Liquidity Solutions Inc
(Print Or Type)

Social Security Or Federal Tax I.D. No.: 22-3555359
(Optional)

Signature:

Name Of Signatory: JEFFREY L. CARESS
(If Other Than Voter)

Title: AUTHORIZED SIGNATORY

Address: Dba Revenue Management
One University Plaza Ste 312
Hackensack, NJ 07601

Date Signed: 12/31/07

If your address or contact information has changed, please note the new information here:

**RECEIVED**

**JAN 1 1 2008**

KURTZMAN CARSON        2

**CLASS C GENERAL UNSECURED CLAIMS**

1C - Delphi-DAS Debtors

01-11-08P03:19 RCVD



0544640071208154630004746

#2260

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $ 594,923.93 _____ .

☐   ACCEPTS (votes FOR) the Plan.          ☑   REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1._____ | _____ | $_____ |
| 2._____ | _____ | $_____ |
| 3._____ | _____ | $_____ |

Name Of Voter: Liquidity Solutions Inc
                        (Print Or Type)

Social Security Or Federal Tax I.D. No.: 22-3555359
                                                        (Optional)

Signature: _____

Name Of Signatory: JEFFREY L. CARESS
                                (If Other Than Voter)

Title: AUTHORIZED SIGNATORY

Address: Dba Revenue Management
              One University Plaza Ste 312
              Hackensack, NJ 07601

Date Signed: 12/31/07

If your address or contact information has changed, please note the new information here:

RECEIVED

JAN 11 2008

KURTZMAN CARSON

CLASS C GENERAL UNSECURED CLAIMS

1C - Delphi-DAS Debtors          2

01-11-08P03:46 RCVD

0544640071208154632004777

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $68,480.00 _____,

☐    ACCEPTS (votes FOR) the Plan.          ☑    REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

Name Of Voter: Liquidity Solutions Inc
(Print Or Type)

Social Security Or Federal Tax I.D. No.: 22-3555359
(Optional)

Signature: _____

Name Of Signatory: JEFFREY L. CARESS
(If Other Than Voter)

Title: AUTHORIZED SIGNATORY

Address: Dba Revenue Management
One University Plaza Ste 312
Hackensack, NJ 07601

Date Signed: 12/31/07

If your address or contact information has changed, please note the new information here:

**RECEIVED**

JAN 11 2008

KURTZMAN CARSON

10C - Delphi Medical Systems Colorado Corporation          2

01-11-08A11:26 RCVD

**CLASS C GENERAL UNSECURED CLAIMS**

0544507071208161102000291

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $ 101,752.01 _____.

☐ ACCEPTS (votes FOR) the Plan.    ☑ REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

Name Of Voter: Liquidity Solutions Inc
(Print Or Type)

Social Security Or Federal Tax I.D. No.: 22-3555359
(Optional)

Signature:

Name Of Signatory: JEFFREY L. CARESS
(If Other Than Voter)

Title: AUTHORIZED SIGNATORY

Address: Dba Revenue Management
One University Plaza Ste 312
Hackensack, NJ 07601

Date Signed: 12/31/07

If your address or contact information has changed, please note the new information here:

RECEIVED

JAN 11 2008

KURTZMAN CARSON    2

01-11-08A11:25 RCVD

**CLASS C GENERAL UNSECURED CLAIMS**

1C - Delphi-DAS Debtors

0544640071208154632004771

#3591

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $668,185.49_____ ,

☐    ACCEPTS (votes FOR) the Plan.        ✗    REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1._____ | _____ | $_____ |
| 2._____ | _____ | $_____ |
| 3._____ | _____ | $_____ |

Name Of Voter: _McCann Erickson USA Inc_____
(Print Or Type)

Social Security Or Federal Tax I.D. No.: _26-001173_____
(Optional)

Signature: _____

Name Of Signatory: _____**Richard Petrilli**_____
~~Authorized Signatory~~

Title: _____

Address: Attn CFO
360 W Maple Rd
Birmingham, MI 48009

Date Signed: _____1/10/08_____

If your address or contact information has changed, please note the new information here:

**RECEIVED**

JAN 11 2008

KURTZMAN CARSON        2

01-11-08A11:51 RCVD

IC - Delphi-DAS Debtors

**CLASS C GENERAL UNSECURED CLAIMS**



0544640071208154702005389

#3506

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $30,102.47                    ,

☐    ACCEPTS (votes FOR) the Plan.          ☒    REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1. _____ | _____ | $ _____ |
| 2. _____ | _____ | $ _____ |
| 3. _____ | _____ | $ _____ |

Name Of Voter: SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD
                              (Print Or Type)

Social Security Or Federal Tax I.D. No.: 26-0001173
                              (Optional)

Signature: _____

Name Of Signatory: _____ Richard Petrilli _____
                              (If Other Than Voter)
                              Authorized Signatory

Title: _____

Address:  Attn Brian A Jarmain
          Two Greenwich Plz 1st Fl
          Greenwich, CT 06830

Date Signed: _____ 1 | 9 | 08 _____

If your address or contact information has changed, please note the new information here:

**RECEIVED**

JAN 11 2008

KURTZMAN CARSON    2

8C - Delphi Mechatronic Systems, Inc.

01-11-08A11:48 RCVD

**CLASS C GENERAL UNSECURED CLAIMS**



0544567071208160629000365

#3593

You may receive multiple mailings containing Ballots.  You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1.  Vote On Plan. (Please check one.)**  The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $ 180,000.00

☐    ACCEPTS (votes FOR) the Plan.         ☒    REJECTS (votes AGAINST) the Plan.

**Item 2.  Certification.**  By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

Name Of Voter: *SPCP GROUP, LLC AS ASSIGNEE OF* Multek Flexible Circuits Inc et al

(Print Or Type)

Social Security Or Federal Tax I.D. No.: *26 - 0001173*

(Optional)

Signature: _____

Name Of Signatory: _____

Richard Petrilli

(If Other Than Voter)

Authorized Signatory

Title: _____

Address:    Brian Jarmain
SPCP Group, LLC
Two Greenwich Plz 1st Fl
Greenwich, CT 06830

Date Signed: *1/9/08*

If your address or contact information has changed, please note the new information here:

RECEIVED

JAN 11 2008

KURTZMAN CARSON

2

1C - Delphi-DAS Debtors

01-11-08A11:54  RCVD

CLASS C GENERAL UNSECURED CLAIMS



0544640071208154720005717

#3083

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $ <u>65,537.49</u> ,

☐   ACCEPTS (votes FOR) the Plan.       ☒   REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1._____ | _____ | $_____ |
| 2._____ | _____ | $_____ |
| 3._____ | _____ | $_____ |

Name Of Voter: <u>SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD</u>
(Print Or Type)

Social Security Or Federal Tax I.D. No.: <u>26 - 0001173</u>
(Optional)

Signature: _____

Name Of Signatory: <u>Richard Petrilli</u>
(If Authorized Signatory)

Title: _____

Address:   Attn Brian A Jarmain
Two Greenwich Plz 1st Fl
Greenwich, CT 06830

Date Signed: <u>1/9/08</u>

If your address or contact information has changed, please note the new information here:

**RECEIVED**

**JAN 11 2008**

**KURTZMAN CARSON**     2

01-11-08A11:51 RCVD

1C - Delphi-DAS Debtors

**CLASS C GENERAL UNSECURED CLAIMS**



0544640071208154857007328

#3382

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $24,141.71_____,

☐    ACCEPTS (votes FOR) the Plan.          ☒    REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1._____ | _____ | $_____ |
| 2._____ | _____ | $_____ |
| 3._____ | _____ | $_____ |

Name Of Voter: SPCP Group LLC as agent for Silver Point Capital Fund LP and
Silver Point Capital Offshore Fund LTD
(Print Or Type)

Social Security Or Federal Tax I.D. No.: 26-0001173
(Optional)

Signature: _____

Name Of Signatory: Richard Petrilli
(If Authorized Signatory)

Title: _____

Address: Attn Brian A Jarmain
Two Greenwich Plz 1st Fl
Greenwich, CT 06830

Date Signed: 1|9|08

If your address or contact information has changed, please note the new information here:

RECEIVED

JAN 11 2008

KURTZMAN CARSON

5C - Delco Electronics Overseas Corporation                    2

CLASS C GENERAL UNSECURED CLAIMS

01-11-08A11:46 RCVD

0544610071208160230000059

#3403

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of a Class C General Unsecured Claim against the Debtors in the unpaid amount of $ 500,000.00                  ,

☐    ACCEPTS (votes FOR) the Plan.        ☒    REJECTS (votes AGAINST) the Plan.

**Item 2. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on November 26, 2007 it was the holder of a Class C General Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto), (d) it understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement, and (e) either (i) it has not submitted any other Ballots for Class C General Unsecured Claims or (ii) it has provided the information specified in the following table for all other Class C General Unsecured Claims for which it has submitted additional Ballots (please use additional sheets of paper if necessary):

**Complete This Table Only If You Have Voted Class C General
Unsecured Claim Ballots Other Than This Ballot**

| Name Of Holder | Account Number (If Applicable) | Amount Of Claim |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

Name Of Voter:  SPCP Group LLC
                                    (Print Or Type)

Social Security Or Federal Tax I.D. No.:  26 - 0001173
                                    (Optional)

Signature:

Name Of Signatory:          Richard Petrilli
                              (If Other Than Voter)
                              Authorized Signatory

Title:

Address:  Attn Brian Jarmain
          2 Greenwich Plz 1st Fl
          Greenwich, CT 06830

Date Signed:  1|9|08

If your address or contact information has changed, please note the new information here:

**RECEIVED**

JAN 1 1 2008

KURTZMAN CARSON        2

01-11-08A11:46 RCVD

1C - Delphi-DAS Debtors

CLASS C GENERAL UNSECURED CLAIMS

0544640071208154856007311