Hearing Date & Time: January 17, 2008 at 10:00 a.m. (prevailing Eastern time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - -x

### DECLARATION OF ERIC KURTZMAN REGARDING TABULATION OF BALLOTS WITH RESPECT TO VOTE ON FIRST AMENDED PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN OF ITS SUBSIDIARIES AND AFFILIATES

I, Eric Kurtzman, declare as follows:

1.      I am Chief Executive Officer of Kurtzman Carson Consultants LLC ("KCC"), which has offices located at 2335 Alaska Avenue, El Segundo, California 90245. Unless otherwise stated, I have personal knowledge of the matters set forth herein.

2.      KCC was retained by Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (each, a "Debtor," and collectively, the "Debtors"), and appointed by this Court to, among other things, assist the Debtors with dissemination of the Solicitation Packages and other solicitation materials, and with tabulation of ballots cast by creditors entitled to vote on the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (the "Plan") (Docket No. 11386).  Capitalized terms used but not otherwise defined in this declaration have the meanings ascribed to them in the Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, and Procedures for Temporary Allowance of Certain Claims, (III) Hearing Date to Consider Confirmation of Plan, (IV) Procedures for Filing Objections to Plan, (V) Solicitation Procedures for Voting on Plan, (VI) Cure Claim Procedures,

(VII) Procedures for Resolving Disputes Relating to Postpetition Interest, and (VIII)

Reclamation Claim Procedures (the "Solicitation Procedures Order") (Docket No. 11389).

3.      KCC is not a creditor or equity security holder of the Debtor, except to the

extent that there are outstanding amounts due KCC in connection with the services approved by

this Court.

4.      KCC was instructed by the Debtors to tabulate ballots cast by creditors

other than holders of debt securities in compliance with the Solicitation Procedures Order

entered by the Bankruptcy Court for the Southern District of New York on December 10, 2007.

KCC agreed to undertake such responsibility.

5.      Pursuant to the Solicitation Procedures Order, the Court approved, among

other things, the transmission of Solicitation Packages to creditors eligible to vote on the Plan.

6.      As is more fully set forth in the affidavit of service by KCC filed with the

Bankruptcy Court (the "Affidavit of Service") (Docket No. 11974), KCC caused the Solicitation

Packages to be served by December 15, 2007 by First Class U.S. Mail, postage prepaid.  KCC

also assisted the Debtors in coordinating the publication of notice of the Confirmation Hearing in

publications required by the Solicitation Procedures Order.  With respect to the Debtors'

Securities, Financial Balloting Group LLC ("FBG") was retained, pursuant to the Order Under

11 U.S.C. §§ 327(a) And 328 And Fed. R. Bankr. P. 2014 And 3017 Authorizing Retention Of

Financial Balloting Group LLC As Special Plan Balloting, Solicitation, And Information Agent

For Publicly-Held Securities (the "FBG Retention Order") (Docket No. 9482), to disseminate

Solicitation Packages and to tabulate votes cast by the holders of such securities.  FBG's

Affidavit Of Service Of Financial Balloting Group, LLC Of Solicitation Packages On Holders Of

Public Securities, dated January 12, 2008 (Docket No. 11981), more fully sets forth the

2

Eric Kurtzman Declaration

procedures and timing of the service of Solicitation Packages on holders of the Debtors'

Securities.  In total, more than 450,000 Solicitation Packages were mailed, more than 14,000 by

KCC and over 438,000 by FBG, and, in addition, approximately 376,000 court-approved

informational notices were separately mailed by KCC including, without limitation, the

Confirmation Hearing Notice to various parties and specialized notices for each union and non-

represented hourly employee.  Attached as Exhibit A hereto is a chart summarizing documents

transmitted to parties-in-interest in connection with this solicitation.

Solicitation Process Undertaken By Kurtzman Carson Consultants

7.      Throughout the duration of the Delphi matter, KCC has recorded all

claims listed on Delphi's Schedules of Assets and Liabilities (the "Schedules") or filed with the

court either in hard copy or in electronic copy via the PACER system.  KCC has also tracked all

documents impacting claims, including, among others, claim amendments, claim transfers, and

orders resolving objections to claims.

8.      On the record date, November 26, 2007 (the "Record Date"), KCC

directed the agent for the Clerk of the Court, The DRS Group, to send to KCC any claims filed

on the Record Date.

9.      KCC has processed all notices of transfer filed throughout this case.  KCC

reviewed the PACER system at 11:59 p.m. prevailing Eastern time on the Record Date to capture

all filed transfers of claims and recorded each transfer as if effective on the date the transferee

filed the notice of transfer.

10.     KCC has processed all claim withdrawals, stipulations, and settlement

agreements filed in this case.  KCC also reviewed the PACER system at 11:59 pm prevailing

Eastern time on the Record Date to capture all recorded claim withdrawals, as well as all Court-

3

approved stipulations and settlement agreements. Throughout the course of this case, KCC has

processed changes of address and KCC continued to do so through the Record Date.

11.    KCC processed any claim objections filed with the Court and any related

resolutions approved by the Court through the Record Date. To the extent that Delphi filed

claim objections after the Record Date, KCC adjusted the tabulation of the subject claimants'

ballot so that it would be consistent with the objection cast as required by the Solicitation

Procedures Motion.

12.    On November 27, 2007, KCC sent to FTI Consulting, Inc. ("FTI"), the

Debtors' financial advisors, a final updated data file to reflect all new claims and all

modifications to old claims as of the Record Date. The Debtors, with FTI's assistance, used

KCC's final updated data file to create a report reflecting for each claimant such claimant's

voting class and voting amount (the "Ballot Report"). In addition to the Ballot Report, FTI, with

the Debtors' input and instruction, used KCC's final updated data file to create a report (the

"Notice Report") reflecting claimants that would not get a ballot but would receive a Solicitation

Package. Such claimants on the Notice Report included, among other parties, those claimants

who were unimpaired and were deemed to have rejected the Plan. The Ballot Report and Notice

Report identify each creditor by the creditor's name and a unique creditor identification number

that correlates to KCC's database (the "Creditor IDs"). On December 6, 2007, FTI transmitted

the Ballot Report and Notice Report to KCC.

13.    On December 6 and 7, KCC used the Creditor IDs to compare the Ballot

Report and Notice Report to KCC's database, reviewing each claimant's name, claim class, and,

in the case of the Ballot Report, the voting amount. The Creditor IDs allowed for the review of

the December 6th Ballot Report and Notice Report against KCC's data. The Debtors and FTI

4

were available to answer any questions regarding the comparison of the Ballot Report and Notice

Report to the official claim register listed in KCC's database. KCC first performed an initial

check of the information by reviewing the Ballot Report and Notice Report for deficiencies or

errors in either file and to ensure that all creditors identified in the reports had unique Creditor

IDs.

14.    KCC compiled reports comparing the creditor names in the Ballot Report

and Notice Report to the creditor names reflected in KCC's system. This comparison allowed

KCC to identify any discrepancies regarding creditor identification. KCC investigated and

reconciled any discrepancies with FTI and the Debtors.

15.    KCC compiled reports comparing voting amounts reflected in the Ballot

Report to the claim amounts reflected in KCC's system. KCC investigated and found no

discrepancies in claim amounts and was able to confirm the Debtors' determinations with respect

to voting amounts as directed by the Solicitations Procedures Order. Separately, there were

certain claims filed that the Debtors informed KCC were Flow-Through Claims or otherwise

unimpaired. In connection with those claims, pursuant to the Debtors' instructions, KCC did not

distribute ballots and instead distributed notices of unimpaired status. Similarly, KCC relied on

the Debtors to provide KCC with voting amounts for the creditors in classes D, E, G-2, H-1, and

H-8, which were amounts KCC could not readily determine; each ballot cast voted to accept the

Plan.

16.    On December 8 and 9, 2007 using the Creditor IDs, KCC inserted into the

Ballot Report for each current creditor the appropriate name, address, custom sequence number,

and identifying barcode from KCC's database, as well as the voting amount and a ballot voting

5

code. KCC used the resulting finalized report (the "Final Ballot Report") to create PDF images

of all the ballots for the solicitation (the "PDF Ballots").

17.    KCC checked data and addresses throughout the ballot generation process

by reviewing data placement and address quality in many of the PDF Ballots, reviewing

formatting for common Excel-related concerns that occur when parties transfer data, including

dollars mis-formatted as dates, and checking many PDF Ballots against the Final Ballot Report

for uniformity, including matching creditor name, address, and voting amount.

18.    On December 10 and 11, 2007, KCC provided FTI with electronic access

to the PDF Ballots for FTI's review and confirmation regarding the accuracy of the information

contained on each ballot.  Upon receiving confirmation from FTI, on December 12, 2007, KCC

provided RR Donnelley electronic access to the PDF Ballots.  On that same date, using the

Creditor IDs, KCC inserted into the Notice Report the current creditors and creditors' addresses

for distribution and service of solicitation packages without ballots (the "Final Notice Report")

and provided the Final Notice Report to RR Donnelley.  KCC also provided RR Donnelley with

a report reflecting all creditors on the creditors matrix but not otherwise listed on the Final Ballot

Report or Final Notice Report (the "Remaining Matrix Report").

19.    By December 14, 2007, RR Donnelley prepared, with KCC's on-site

supervision, and fulfilled all of the solicitation packages containing printed PDF Ballots in RR

Donnelley's Lancaster office.  By December 15, 2007, RR Donnelley prepared and fulfilled all

remaining solicitation packages in its Lancaster office, including service of solicitation packages

without ballots on the parties listed on the Final Notice Report and service of the Confirmation

Hearing Notice on the parties listed on the Remaining Matrix Report.  KCC oversaw the

endeavor and performed quality control checks on solicitation packages for every class and non-

Eric Kurtzman Declaration

classified group throughout the printing and fulfillment process, including using custom

sequence numbers to spot check voting packages.

20.    KCC served, or caused to be served, appropriate notices, as required by

the Solicitation Procedures Order, upon those holders of claims or interest entitled to notice.

KCC was informed by the Debtors that Classes 1A through 12A, 1B through 12B, and 1J though

12J set forth in the Plan were not entitled to vote because they were deemed to accept the Plan

and thus were mailed a Solicitation Package with an Unimpaired Notice.  Similarly, KCC was

informed that Class 1I (Other Intersts) was deemed to reject the Plan and Class 1F through 12F

(Intercompany Claims) were deemed to be proponents of the Plan and therefore votes were not

solicited from such classes and only applicable notices were served upon them.  KCC was further

informed that Classes 1C through 12C, 1D through 12 D, 1E, 1G-1, 1G-2, 1H, and 8H were

impaired and entitled to vote on the Plan.  Accordingly, holders of claims in each of these classes

were mailed solicitation packages as described above.

<u>Non-Securities Ballots</u>

21.    KCC coded each ballot to reference the applicable name of the

consolidated group of Debtors as described on Section 3.1 of the Plan (the "Debtor Group"), the

voting class number, the name and address of the applicable creditor, and the voting amount.

Each ballot also referenced a code to identify each creditor in the database maintained by KCC.

22.    Completed and executed ballots were required to be returned to KCC by

mail or other physical delivery addressed to Kurtzman Carson Consultants, LLC, 2335 Alaska

Avenue, El Segundo, California 90245.  The Solicitation Procedures Order provided that, for a

ballot to be counted, the ballot must have been received by KCC no later than 7:00 p.m.

(prevailing Eastern time), on January 11, 2008 (the "Voting Deadline").  To facilitate the return

7

of ballots, a postage prepaid return envelope was included in the Solicitation Packages sent to creditors entitled to vote.

23.    Personnel employed by KCC manually opened all envelopes and removed all ballots received each day. Thereupon, ballots were stamped with the date received (the "Date Received"), inspected for compliance with the Solicitation Procedures Order, and entered into a vote tabulation database. Ballot data was entered into the vote tabulation database to reflect the date received, as was stamped on the ballot, and whether such ballot indicated acceptance or rejection of the Plan or whether such ballot should not be counted because it did not conform to the requirements of the Solicitation Procedures Order. KCC then audited the input data directly against the ballots and any issues with respect to the validity of ballots were resolved by KCC's supervisory personnel in accordance with the guidelines set forth in the Solicitation Procedures Order.

24.    Pursuant to the Solicitation Procedures Order, KCC complied with the procedures in determining the validity of, and amounts to be assigned to, the ballots cast (the "Tabulation Procedures"). As set forth in the Solicitation Procedures Order, ballots cast to accept the Plan were accumulated and totaled for each voting class. Ballots cast to reject the Plan were accumulated and totaled for each voting class. For the purposes of tabulating votes, KCC counted each properly filed and completed ballot in accordance with the Solicitation Procedures Order. All valid ballots received on or prior to the Voting Deadline by KCC in accordance with the Solicitation Procedures Order were counted and included in the tabulation. As discussed below, ballots that did not meet the requirements of the Solicitation Procedures Order were not counted.

Eric Kurtzman Declaration

Debtor Securities Ballots

       25.     As noted above, FBG was retained as special plan balloting, solicitation, and information agent with respect to holders of the Debtors' publicly-held Securities. As more fully detailed in the declaration of Jane Sullivan, Executive Director of FBG, FBG distributed and tabulated ballots in accordance with its customary practices and procedures, and in accordance with the Solicitation Procedures Order. Class G-1 Existing Common Stock Claims was solicited and tabulated entirely by FBG. Additionally, FBG solicited votes and tabulated ballots received by certain creditors of Class 1C who were holders of the Debtors' Securities (specifically Senior Note Claims and TOPrS Claims). For these Class 1C creditors, KCC has incorporated, in consultation with FBG, the tabulation results of the validly cast ballots for this portion of Class 1C into KCC's corresponding Tabulation Report of Conforming Non-Securities Ballots (as described below).

Tabulation

       26.     In light of the foregoing and based upon the Tabulation Procedures, the results of voting for all classes entitled to vote and received by KCC as of the Voting Deadline are as set forth on the Tabulation Report of Conforming Non-Securities Ballots attached hereto as Exhibit B.

       27.     Pursuant to the Solicitation Procedures Order, certain ballots were not counted ("Nonconforming Ballots"). These Nonconforming Ballots received by KCC are listed on Exhibit C. For each Nonconforming Ballot, Exhibit C also states the reason why such Ballot was not conforming and therefore not counted. Nonconforming Ballots received by FBG are detailed as an exhibit to FBG's declaration.

9

28.     In connection with solicitation, the following four motions were filed pursuant to Bankruptcy Rule 3018 (each, a "3108 Motion"), requesting this Court's relief to permit provisional ballots to be cast:  (1) Motion Of Bank Of America, N.A. ("Bank of America") For Entry Of Order Temporarily Allowing Claims For Voting Of Plan Pursuant To Fed. R. Bankr. P. 3018(a) (Docket No. 9683); (2) Motion Of Technology Properties Ltd. ("TPL") For Entry Of Order Temporarily Allowing Claims For Voting Of Plan Pursuant To Fed. R. Bankr. P. 3018(a) (Docket No. 10425); (3) Motion For Order Estimating Claims For Purposed Of Voting On Plan Of Reorganization, filed by Fiduciary Counselors, Inc. ("FCI") (Docket No. 11618); and (4) Motion Of SPCP Group, L.L.C. ("SPCP") Pursuant To Bankruptcy Rule 3018(a) Requesting Temporarily Allowance Of Claims For Purposes Of Voting To Accept Or Reject The Plan (Docket No. 11625).

29.     Upon the docketing of a 3018 Motion, KCC sent each movant one or more provisional ballots.  TPL did not cast a provisional ballot.  Upon information and belief, Bank of America has withdrawn its 3018 Motion.  The 3018 Motions filed by FCI and SPCP implicate the section 1126 outcome of only Classes 3C and 5C with respect only to amount voted. Attached as Exhibit D-1 hereto is a comprehensive tabulation report aggregating conforming ballots received by the Voting Agents (including properly and timely cast ballots by holder of Securities) and the provisional ballots requested by FCI and SPCP, assuming both FCI's and SPCP's 3018 Motions are granted in their entirety by this Court.  Attached as Exhibit D-2 hereto is a comprehensive tabulation report aggregating conforming ballots received by the Voting Agents (including properly and timely cast ballots by holder of Securities) and the provisional ballots requested by SPCP, assuming only SPCP's 3018 Motion is granted in its entirety by this Court.

Eric Kurtzman Declaration

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 this 16th day of

January 2008 that the foregoing is true and correct.

_____
ERIC KURTZMAN

SUBSCRIBED AND SWORN TO BEFORE ME
this ____ day of January, 2008

_____
Notary Public

BRANDON DRISCOLL
NOTARY PUBLIC, State of New York
No. 01DR6151807
Qualified in New York County
Commission Expires Aug. 28, 2010

11

Eric Kurtzman Declaration

# EXHIBIT A

## Index Of Solicitation Materials Provided

| Category | Documents |
|---|---|
| Class A Secured Claims | 1.     Unimpaired Notice<br>2.     Confirmation Hearing Notice<br>3.     Disclosure Statement CD-ROM<br>4.     IRS Form W-9 or W-8BEN<br>5.     Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter |
| Class B Flow-Through Claims | 1.     Unimpaired Notice<br>2.     Confirmation Hearing Notice<br>3.     Disclosure Statement CD-ROM<br>4.     Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter |
| Class C General Unsecured Claims | 1.     Confirmation Hearing Notice<br>2.     Disclosure Statement CD-ROM<br>3.     Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter<br>4.     Postpetition Interest Rate Determination Notice<br>5.     IRS Form W-9 or W-8BEN<br>6.     UAW Letter (For UAW members receiving General Unsecured Claims Ballots)<br>7.     Class C General Unsecured Ballot |
| Class D GM Claims | 1.     Confirmation Hearing Notice<br>2.     Disclosure Statement CD-ROM<br>3.     Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter<br>4.     Class D GM Ballot |
| Class E Section 510(b) Note Claims | 1.     Confirmation Hearing Notice<br>2.     Disclosure Statement CD-ROM<br>3.     Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter<br>4.     Class E Section 510(b) Note Ballot |
| Class F Intercompany Claims | Confirmation Hearing Notice |

Eric Kurtzman Declaration

| | |
|---|---|
| Class G-1 Existing Common Stock | 1. Confirmation Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter<br>4. An appropriate Class G-1 Existing Common Stock Ballot |
| Class G-2 Section 510(b) Equity Claims | 1. Confirmation Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter<br>4. Class G-2 Section 510(b) Equity Ballot |
| Class H Section 510(b) ERISA Claims | 1. Confirmation Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter<br>4. Class H Section 510(b) ERISA ballot |
| Class I Other Interests | 1. Confirmation Hearing Notice (in English and translated into 13 languages appropriate for particular parties)<br>2. Disclosure Statement CD-ROM<br>3. Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter<br>4. Notice of Non-Voting Status (in English and translated into 13 languages appropriate for particular parties) |
| Class J Interests In Affiliate Debtors | 1. Confirmation Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter<br>4. Unimpaired Notice |
| Pending Objection To Disallow And Expunge Claim | 1. Confirmation Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter<br>4. Notice of Non-Voting Status |

13

| | |
|---|---|
| 3018(a) Motion | 1. Confirmation Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter<br>4. Provisional Ballot (appropriate to class) |
| Executory Contracts And Unexpired Leases | Confirmation Hearing Notice |
| Union Employees and Retirees | 1. Confirmation Hearing Notice<br>2. Specialized Notice for each union and for non-represented employee (one of 7 different notices depending on the union of membership or non represented status) |
| Contingent Claims | 1. Confirmation Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter<br>4. Notice of Non-Voting Status |
| Disallowed Claims | Confirmation Hearing Notice |
| Non-Creditors | Confirmation Hearing Notice |
| Creditors Paid In Full | Confirmation Hearing Notice |
| Late Claims | Confirmation Hearing Notice |
| Administrative Claims | 1. Confirmation Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. IRS Form W-9 or W-8BEN<br>4. Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter |
| Priority Tax Claims | 1. Confirmation Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. IRS Form W-9 or W-8BEN<br>4. Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter |

14

Eric Kurtzman Declaration

| Governmental Entities | 1. | Confirmation Hearing Notice |
| | 2. | Disclosure Statement CD-ROM |
| | 3. | Paper copies of Creditors' Committee Solicitation Letter and Equity Committee Solicitation Letter |

15

# EXHIBIT B

## Tabulation of Conforming Non-Securities Ballots

Kurtzman Carson Consultants Tabulation Of Conforming Non-Securities Ballots
For First Amended Joint Plan Of Reorganization Of Delphi Corporation
And Certain Affiliates, Debtors And Debtors-In-Possession

| Class Name | Class Description | Number Of Ballots Voting To Accept | Number Of Ballots Voting To Reject | % Of Ballots Voting To Accept | % Of Ballots Voting To Reject | Amount Voting To Accept | Amount Voting To Reject | % Of Amount Voting To Accept | % Of Amount Voting To Reject |
|---|---|---|---|---|---|---|---|---|---|
| 1C | Delphi-DAS Debtors | 2,412 | 576 | 80.72% | 19.28% | $581,716,341.35 | $80,537,291.64 | 87.84% | 12.16% |
| 2C | DASHI Debtors | 1 | 0 | 100.00% | 0.00% | $1,048,298.40 | $0.00 | 100.00% | 0.00% |
| 3C | Connection System Debtors | 91 | 9 | 91.00% | 9.00% | $1,773,594.19 | $346,933.43 | 83.64% | 16.36% |
| 4C | Specialty Electronics Debtors | 23 | 0 | 100.00% | 0.00% | $298,630.44 | $0.00 | 100.00% | 0.00% |
| 5C | Delco Electronics Overseas Corporation | 8 | 2 | 80.00% | 20.00% | $65,909.93 | $25,281.71 | 72.28% | 27.72% |
| 6C | Delphi Diesel Systems Corp. | 52 | 5 | 91.23% | 8.77% | $1,335,477.56 | $1,423,575.68 | 48.40% | 51.60% |
| 7C | Delphi Furukawa Wiring Systems LLC | 1 | 0 | 100.00% | 0.00% | $68,059.78 | $0.00 | 100.00% | 0.00% |
| 8C | Delphi Mechatronic Systems, Inc. | 105 | 19 | 84.68% | 15.32% | $3,696,239.39 | $423,359.32 | 89.72% | 10.28% |
| 9C | Delphi Medical Systems Corporation | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| 10C | Delphi Medical Systems Colorado Corporation | 152 | 31 | 83.06% | 16.94% | $3,388,672.37 | $776,196.37 | 81.36% | 18.64% |
| 11C | Delphi Medical Systems Texas Corporation | 32 | 3 | 91.43% | 8.57% | $408,599.22 | $4,351.24 | 98.95% | 1.05% |
| 12C | MobileAria, Inc. | 4 | 1 | 80.00% | 20.00% | $27,570.54 | $47.87 | 99.83% | 0.17% |
| 1D - 12D | GM Claims | 1 | 0 | 100.00% | 0.00% | $2,573,000,000.00 | $0.00 | 100.00% | 0.00% |
| E | 510(b) Note Claims | 1 | 0 | 100.00% | 0.00% | $32,739,100.00 | $0.00 | 100.00% | 0.00% |
| G-2 | 510(b) ERISA Claims | 4 | 0 | 100.00% | 0.00% | $4.00 | $0.00 | 100.00% | 0.00% |
| 1H | 510(b) ERISA Claims | 1 | 0 | 100.00% | 0.00% | $24,500,000.00 | $0.00 | 100.00% | 0.00% |
| 8H | 510(b) ERISA Claims | 1 | 0 | 100.00% | 0.00% | $1.00 | $0.00 | 100.00% | 0.00% |

January 16, 2008

# EXHIBIT C

## Nonconforming Ballots

Eric Kurtzman Declaration

Nonconforming Ballots

| Ballot Number | Creditor Name | Class | Class Description | Voting Amount | Accept or Reject | Ballot Nonconforming Reason | Date Received |
|---|---|---|---|---|---|---|---|
| 418 | 7755 Md Llc | 10C | Delphi Medical Systems Colorado Corporation | $45,117.17 | Abstained | | 01-02-2008 |
| 238 | A Sync Incorporated | 1C | Delphi-DAS Debtors | $20,018.54 | Abstained | | 12-26-2007 |
| 3656 | Adel Corporation | 1C | Delphi-DAS Debtors | $13,447.50 | Abstained | Late Filed | 01-15-2008 |
| 164 | Albrecht Donald D | 1C | Delphi-DAS Debtors | $1.00 | Abstained | | 12-26-2007 |
| 3647 | Allingham Corp | 1C | Delphi-DAS Debtors | $16,785.00 | Accept | Late Filed | 01-12-2008 |
| 926 | Alvin C Schmidt and Darla J Schmidt | 1C | Delphi-DAS Debtors | $79,580.00 | Abstained | | 01-09-2008 |
| 3881 | American Industrial Corp | 1C | Delphi-DAS Debtors | $2,990.01 | Accept | Late Filed | 01-15-2008 |
| 799 | Angevine Accoustical Consultants Inc | 1C | Delphi-DAS Debtors | $500.00 | Abstained | | 01-08-2008 |
| 1039 | Argo Partners | 6C | Delphi Diesel Systems Corp. | $6,236.91 | Abstained | Submitting party failed to file claim | 01-09-2008 |
| 3651 | Bank of Lincolnwood | 1C | Delphi-DAS Debtors | $667,000.00 | Reject | Notice of Transfer for balloted Late Filed | 01-14-2008 |
| 1995 | Benefield Jr Sam | 1C | Delphi-DAS Debtors | $1.00 | Abstained | | 01-11-2008 |
| 3668 | Berger Feintechnik Gmbh | 1C | Delphi-DAS Debtors | $36,991.30 | Accept | Late Filed | 01-15-2008 |
| 3590 | Brake Parts Inc Wix Filtration Corp Affinia Group Inc | 1C | Delphi-DAS Debtors | $86,576.50 | Reject | Late Filed | 01-11-2008 |
| 3655 | Buffalo Office Systems Inc | 1C | Delphi-DAS Debtors | $2,886.99 | Accept | Late Filed | 01-15-2008 |
| 3618 | Cavallero Plastics Inc | 1C | Delphi-DAS Debtors | $428.43 | Accept | Late Filed | 01-12-2008 |
| 3620 | Center Of Design & Machining | 1C | Delphi-DAS Debtors | $46,799.00 | Reject | Late Filed | 01-12-2008 |
| 110 | Cheryl J Allard | 1C | Delphi-DAS Debtors | $1.00 | Abstained | | 12-26-2007 |
| 3653 | Compressorworks Inc | 1C | Delphi-DAS Debtors | $164,017.84 | Accept | Late Filed | 01-15-2008 |
| 3679 | Compressorworks Inc | 6C | Delphi Diesel Systems Corp. | $275,554.52 | Accept | Late Filed | 01-15-2008 |
| 3665 | Conceptual Systems Corp | 1C | Delphi-DAS Debtors | $273.13 | Accept | Late Filed | 01-15-2008 |
| 3646 | Continental Carton & Packaging | 6C | Delphi Diesel Systems Corp. | $3,120.10 | Accept | Late Filed | 01-12-2008 |
| 3608 | Creative Images Cosmetology | 1C | Delphi-DAS Debtors | $3,000.00 | Accept | Late Filed | 01-12-2008 |
| 3683 | Credence Systems Corp | 1C | Delphi-DAS Debtors | $33,187.17 | Accept | Late Filed | 01-15-2008 |
| 3659 | Day Pak Inc Eft | 1C | Delphi-DAS Debtors | $28,110.23 | Reject | Late Filed | 01-15-2008 |
| 3586 | De Ameretek Corporation | 8C | Delphi Mechatronic Systems, Inc. | $1,465.93 | Accept | Submitting party failed to file Notice of Transfer for balloted claim | 01-11-2008 |
| 3629 | Dresco Machining Servictr | 1C | Delphi-DAS Debtors | $1,650.00 | Accept | Late Filed | 01-12-2008 |
| 560 | Earl Williams Jr | 1C | Delphi-DAS Debtors | $1.00 | Abstained | | 01-08-2008 |
| 3621 | Electonics For Industry Inc | 1C | Delphi-DAS Debtors | $128.00 | Abstained | Late Filed | 01-12-2008 |
| 3599 | Epcos Inc | 1C | Delphi-DAS Debtors | $580,407.46 | Reject | Submitting party failed to file Notice of Transfer for balloted claim | 01-11-2008 |
| 3644 | Essex Group Inc | 8C | Delphi Mechatronic Systems, Inc. | $186.09 | Accept | Late Filed | 01-12-2008 |
| 3677 | Estate of Charles Kelley et al | 1C | Delphi-DAS Debtors | $27,250.00 | Accept | Late Filed | 01-15-2008 |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 1 of 5

Nonconforming Ballots

| Ballot Number | Creditor Name | Class | Class Description | Voting Amount | Accept or Reject | Ballot Nonconforming Reason | Date Received |
|---|---|---|---|---|---|---|---|
| 1751 | Etas Inc | 1C | Delphi-DAS Debtors | $208,662.68 | Accept | Submitting party failed to file Notice of Transfer for balloted claim | 01-10-2008 |
| 1752 | Etas Inc | 1C | Delphi-DAS Debtors | $3,393.40 | Accept | Submitting party failed to file Notice of Transfer for balloted claim | 01-10-2008 |
| 1753 | Etas Inc | 1C | Delphi-DAS Debtors | $22,420.72 | Accept | | 01-10-2008 |
| 3631 | Fast Tek Group Llc | 1C | Delphi-DAS Debtors | $48,289.85 | Accept | Late Filed | 01-12-2008 |
| 771 | Fatzinger Robert L | 1C | Delphi-DAS Debtors | $497,400.00 | Abstained | | 01-08-2008 |
| 99 | Gardner Anthony N | 1C | Delphi-DAS Debtors | $1.00 | Abstained | | 12-26-2007 |
| 524 | GE Consumer & Industrial f k a GE Lighting | 1C | Delphi-DAS Debtors | $3,680.00 | Abstained | | 01-07-2008 |
| 527 | GE Consumer & Industrial f k a GE Lighting | 8C | Delphi Mechatronic Systems, Inc. | $1,833.00 | Abstained | | 01-07-2008 |
| 345 | Gopher Electronics | 10C | Delphi Medical Systems Colorado Corporation | $2,750.00 | Abstained | | 12-31-2007 |
| 3625 | Griffco Quality Solutions Inc | 1C | Delphi-DAS Debtors | $18,798.22 | Abstained | Late Filed | 01-12-2008 |
| 3667 | Gruner AG | 1C | Delphi-DAS Debtors | $3,847.71 | Reject | Late Filed | 01-15-2008 |
| 3657 | Gully Transportation | 1C | Delphi-DAS Debtors | $31,864.57 | Accept | Late Filed | 01-15-2008 |
| 3662 | H Galow Co Inc | 10C | Delphi Medical Systems Color | $1,450.00 | Accept | Late Filed | 01-15-2008 |
| 3663 | H Galow Co Inc | 11C | Delphi Medical Systems Texas | $11,221.45 | Accept | Late Filed | 01-15-2008 |
| 40 | Hammer Edward G | 1C | Delphi-DAS Debtors | $1.00 | Accept | No Signature | 12-21-2007 |
| 184 | Harbison Bros Inc | 1C | Delphi-DAS Debtors | $960.00 | Abstained | | 12-26-2007 |
| 412 | HD Geisler Co Inc | 1C | Delphi-DAS Debtors | $967.61 | Abstained | | 01-02-2008 |
| 3560 | Henry Troemner LLC | 1C | Delphi-DAS Debtors | $262.47 | Accept | Late Filed | 01-15-2008 |
| 661 | Hill Tobias | 1C | Delphi-DAS Debtors | $1.00 | Abstained | | 01-08-2008 |
| 360 | ICS Customs Service Inc | 1C | Delphi-DAS Debtors | $3,890.01 | Abstained | | 01-02-2008 |
| 3606 | Ifm Efector Inc | 1C | Delphi-DAS Debtors | $3,677.30 | | Late Filed | 01-12-2008 |
| 3559 | IUE CWA for itself and its Affiliated Local Unions et al | 9C | Delphi Medical Systems Corporation | $1.00 | Accept | Faxed Ballot | 01-11-2008 |
| 3560 | IUE CWA for itself and its Affiliated Local Unions et al | 7C | Delphi Furukawa Wiring Systems LLC | $1.00 | Accept | Faxed Ballot | 01-11-2008 |
| 3641 | J V Equipment Inc | 8C | Delphi Mechatronic Systems, Inc. | $26,583.33 | Abstained | Late Filed | 01-12-2008 |
| 3640 | Jack L Moling Executor Estate of Hazel Doris Charles and Administrator Estate of Lawrence Charles | 1C | Delphi-DAS Debtors | $145.95 | Accept | Late Filed | 01-12-2008 |
| 3610 | Jamestown Paint & Varnish Eft Co | 1C | Delphi-DAS Debtors | $600.00 | Accept | Late Filed | 01-12-2008 |
| 3627 | John R Hackett | 1C | Delphi-DAS Debtors | $1.00 | Abstained | Late Filed | 01-12-2008 |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 2 of 5

Nonconforming Ballots

| Ballot Number | Creditor Name | Class | Class Description | Voting Amount | Accept or Reject | Ballot Nonconforming Reason | Date Received |
|---|---|---|---|---|---|---|---|
| 1858 | Jones Ronald | 1C | Delphi-DAS Debtors | $1.00 | Abstained | | 01-11-2008 |
| 3630 | Kanthal Corp The | 1C | Delphi-DAS Debtors | $2,966.25 | Accept | Late Filed | 01-12-2008 |
| 3642 | Karen Corbin Data Designs | 1C | Delphi-DAS Debtors | $858.00 | Accept | Late Filed | 01-12-2008 |
| 1759 | Kidd Darrell | 1C | Delphi-DAS Debtors | $1.00 | Abstained | | 01-11-2008 |
| 3674 | Kurek Tool Inc Eft | 1C | Delphi-DAS Debtors | $7,719.00 | Accept | Late Filed | 01-15-2008 |
| 3615 | Leo J Roth Corp | 1C | Delphi-DAS Debtors | $3,494.00 | Reject | Late Filed | 01-12-2008 |
| 3666 | Leoni Elocab Ltd | 1C | Delphi-DAS Debtors | $1,245.00 | Reject | Late Filed | 01-15-2008 |
| 2318 | Liquidity Solutions Inc as assignee of Roberts Donald Inc | 1C | Delphi-DAS Debtors | $15,435.00 | Abstained | | 01-11-2008 |
| 3654 | Lord Corporation | 1C | Delphi-DAS Debtors | $331,047.89 | Accept | Late Filed | 01-15-2008 |
| 54 | Louis F Rossi | 1C | Delphi-DAS Debtors | $1.00 | Abstained | | 12-21-2007 |
| 2636 | Lupini Targhe | 1C | Delphi-DAS Debtors | $12,496.00 | Abstained | | 01-11-2008 |
| 3616 | M G Corp | 1C | Delphi-DAS Debtors | $78,945.77 | Accept | Late Filed | 01-12-2008 |
| 752 | Manhertz Esther M | 1C | Delphi-DAS Debtors | $1.00 | Abstained | | 01-08-2008 |
| 3613 | Marlin Leasing Corporation | 1C | Delphi-DAS Debtors | $5,618.83 | Accept | Late Filed | 01-12-2008 |
| 3614 | Marlin Leasing Corporation | 1C | Delphi-DAS Debtors | $9,870.05 | Accept | Late Filed | 01-12-2008 |
| 3670 | Martin Braun Bokmittel | 3C | Connection System Debtors | $8,823.08 | Accept | Late Filed | 01-15-2008 |
| 3652 | Mcglynn & Luther | 1C | Delphi-DAS Debtors | $1,097.86 | Accept | Late Filed | 01-15-2008 |
| 3678 | Mcglynn and Luther | 1C | Delphi-DAS Debtors | $1,606.27 | Accept | Late Filed | 01-15-2008 |
| 58 | Medcomp Software Inc | 1C | Delphi-DAS Debtors | $15,045.00 | Accept | No Signature | 12-24-2007 |
| 3643 | Millennium Expedited Logistics Inc | 1C | Delphi-DAS Debtors | $480.00 | Accept | Late Filed | 01-12-2008 |
| 3636 | Minco Tool & Mold | 1C | Delphi-DAS Debtors | $370.00 | Accept | Late Filed | 01-12-2008 |
| 3639 | Modern Hard Chrome Eft | 1C | Delphi-DAS Debtors | $23,933.38 | Accept | Late Filed | 01-12-2008 |
| 3671 | Mouser Electronics Inc | 11C | Delphi Medical Systems Texas | $260.00 | Reject | Late Filed | 01-15-2008 |
| 3672 | Mouser Electronics Inc | 12C | MobileAria, Inc. | $288.18 | Reject | Late Filed | 01-15-2008 |
| 3673 | Mouser Electronics Inc | 1C | Delphi-DAS Debtors | $728.35 | Reject | Late Filed | 01-15-2008 |
| 3675 | Mouser Electronics Inc | 10C | Delphi Medical Systems Color | $2,365.83 | Reject | Late Filed | 01-15-2008 |
| 3645 | Nez Lupita | 1C | Delphi-DAS Debtors | $10,000.00 | Accept | Late Filed | 01-12-2008 |
| 3633 | Niagara Frontier Equipment Sales Inc | 1C | Delphi-DAS Debtors | $7,700.00 | Accept | Late Filed | 01-10-2008 |
| 1131 | North Alabama Gas District | 1C | Delphi-DAS Debtors | $45,143.30 | Abstained | | 01-10-2008 |
| 3609 | Oil Capital Electric Llc | 1C | Delphi-DAS Debtors | $6,329.35 | Accept | Late Filed | 01-12-2008 |
| 739 | Parade Packaging Inc | 1C | Delphi-DAS Debtors | $55,621.09 | Accept | No Signature | 01-08-2008 |
| 3612 | Pc Computers & Software Inc | 1C | Delphi-DAS Debtors | $3,106.18 | Accept | Late Filed | 01-12-2008 |
| 3626 | Perfection Spring & Stamping Corp | 1C | Delphi-DAS Debtors | $2,973.00 | Accept | Late Filed | 01-12-2008 |
| 3607 | Precision Grinding & Mfg Corp | 1C | Delphi-DAS Debtors | $14,736.25 | Accept | Late Filed | 01-12-2008 |
| 3632 | Premacare | 10C | Delphi Medical Systems Colorado Corporation | $18,456.85 | Accept | Late Filed | 01-12-2008 |
| 348 | Quinlan John J | 1C | Delphi-DAS Debtors | $1.00 | Abstained | | 12-31-2007 |
| 3676 | Ralph W Earl Co Inc Eft | 1C | Delphi-DAS Debtors | $3,624.90 | Accept | Late Filed | 01-15-2008 |
| 3661 | Rayhill Michael | 1C | Delphi-DAS Debtors | $463,735.31 | Accept | Late Filed | 01-15-2008 |
| 3649 | Refractory Maintenance Corp | 1C | Delphi-DAS Debtors | $7,033.65 | Accept | Late Filed | 01-08-2008 |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 3 of 5

Nonconforming Ballots

| Ballot Number | Creditor Name | Class | Class Description | Voting Amount | Accept or Reject | Ballot Nonconforming Reason | Date Received |
|---|---|---|---|---|---|---|---|
| 2352 | Retirees of Delphi Corp or Any of its Predecessors et al | 7C | Delphi Furukawa Wiring Systems LLC | $1.00 | Accept | Faxed Ballot | 01-11-2008 |
| 3557 | Retirees of Delphi Corp or Any of its Predecessors et al | 9C | Delphi Medical Systems Corporation | $1.00 | Accept | Faxed Ballot | 01-11-2008 |
| 2749 | Revenue Management as Assignee of DGC Plastic Molding | 1C | Delphi-DAS Debtors | $42,777.26 | Abstained | Submitting party failed to file Notice of Transfer for balloted claim | 01-11-2008 |
| 3602 | Robin Industries Inc Berlin Division | 1C | Delphi-DAS Debtors | $121,429.01 | Reject | Submitting party failed to file Notice of Transfer for balloted claim | 01-11-2008 |
| 3589 | Robin Industries Inc Cleveland Division | 1C | Delphi-DAS Debtors | $30,626.00 | Reject | Submitting party failed to file Notice of Transfer for balloted claim | 01-11-2008 |
| 3601 | Robin Industries Inc Elasto Tec Division | 1C | Delphi-DAS Debtors | $192,567.77 | Reject | Submitting party failed to file Notice of Transfer for balloted claim | 01-11-2008 |
| 3588 | Robin Industries Inc Fredericksburg Facility | 1C | Delphi-DAS Debtors | $386,900.37 | Reject | Submitting party failed to file Notice of Transfer for balloted claim | 01-11-2008 |
| 3600 | Robin Industries Inc Holmco Division | 1C | Delphi-DAS Debtors | $354,316.01 | Reject | Submitting party failed to file Notice of Transfer for balloted claim | 01-11-2008 |
| 3587 | Robin Industries Inc Technical Services Group | 1C | Delphi-DAS Debtors | $97,345.56 | Reject | Submitting party failed to file Notice of Transfer for balloted claim | 01-11-2008 |
| 3592 | Robin Mexicana S de RL de CV | 1C | Delphi-DAS Debtors | $177,746.49 | Reject | | 01-11-2008 |
| 253 | Rohde & Schwarz Inc | 1C | Delphi-DAS Debtors | $176,670.70 | Abstained | | 12-26-2007 |
| 609 | Roznowski Joseph J | 1C | Delphi-DAS Debtors | $1.00 | Abstained | | 01-08-2008 |
| 3658 | Schmitt Industries Inc | 1C | Delphi-DAS Debtors | $3,198.77 | Accept | Late Filed | 01-15-2008 |
| 3623 | Sealcon Llc | 3C | Connection System Debtors | $81.00 | Abstained | Late Filed | 01-12-2008 |
| 464 | Sharp Packaging Inc | 1C | Delphi-DAS Debtors | $3,506.51 | Abstained | | 01-03-2008 |
| 3617 | Sholl J D and Sholl Rosemarie S | 1C | Delphi-DAS Debtors | $2,811,699.50 | Accept | Late Filed | 01-12-2008 |
| 2243 | Sierra Liquidity Fund | 1C | Delphi-DAS Debtors | $142.20 | Abstained | | 01-11-2008 |
| 3682 | Silco Fire Protection Co | 1C | Delphi-DAS Debtors | $6,272.00 | Accept | Late Filed | 01-15-2008 |
| 3664 | Smf Inc | 1C | Delphi-DAS Debtors | $936.60 | Accept | Late Filed | 01-15-2008 |
| 223 | Smith Robert S | 1C | Delphi-DAS Debtors | $1.00 | Reject | No Signature | 12-26-2007 |
| 3106 | Sonic & Thermal Technol Eft | 1C | Delphi-DAS Debtors | $840.00 | Abstained | | 01-11-2008 |
| 3100 | Sonic & Thermal Technologies I | 1C | Delphi-DAS Debtors | $13,171.25 | Abstained | | 01-11-2008 |
| 3611 | Sonic Tech Incorporated | 10C | Delphi Medical Systems Colorado Corporation | $3,789.04 | Accept | Late Filed | 01-12-2008 |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 4 of 5

Nonconforming Ballots

| Ballot Number | Creditor Name | Class | Class Description | Voting Amount | Accept or Reject | Ballot Nonconforming Reason | Date Received |
|---|---|---|---|---|---|---|---|
| 3111 | Sonitek | 1C | Delphi-DAS Debtors | $510.00 | Abstained | | 01-11-2008 |
| 3624 | Southwest Heater & Controls | 1C | Delphi-DAS Debtors | $3,699.00 | Accept | Late Filed | 01-12-2008 |
| 1532 | Special Situations Investing Group Inc | 1C | Delphi-DAS Debtors | $4,023,387.57 | Abstained | | 01-10-2008 |
| 3596 | Stanley Electric Sales of America Inc | 8C | Delphi Mechatronic Systems, Inc. | $6,457.00 | Reject | Submitting party failed to file Notice or Transfer for balloted claim | 01-11-2008 |
| 3597 | Stanley Electric Sales of America Inc | 8C | Delphi Mechatronic Systems, Inc. | $174,558.20 | Reject | Submitting party failed to file Notice or Transfer for balloted claim | 01-11-2008 |
| 3598 | Stanley Electric Sales of America Inc | 1C | Delphi-DAS Debtors | $922,260.54 | Reject | Submitting party failed to file Notice or Transfer for balloted claim | 01-11-2008 |
| 3144 | Stanley M Proctor Company | 1C | Delphi-DAS Debtors | $1,973.71 | Abstained | | 01-11-2008 |
| 139 | Strifler Thomas K | 1C | Delphi-DAS Debtors | $1.00 | Abstained | | 12-26-2007 |
| 3637 | Techno Industrial Product | 1C | Delphi-DAS Debtors | $44.85 | Accept | Late Filed | 01-10-2008 |
| 55 | Theresa A Brown formerly Theresa A Mitchell | 1C | Delphi-DAS Debtors | $1.00 | Abstained | | 12-21-2007 |
| 3669 | Thielenhaus Microfinish Corporation | 1C | Delphi-DAS Debtors | $18,324.04 | Accept | Late Filed | 01-15-2008 |
| 1217 | Trade Debt Net | 8C | Delphi Mechatronic Systems, Inc. | $663.85 | Abstained | | 01-10-2008 |
| 3628 | Triad Technologies Llc | 1C | Delphi-DAS Debtors | $1,043.60 | Accept | Late Filed | 01-12-2008 |
| 260 | United States Plastic Corp | 1C | Delphi-DAS Debtors | $36.00 | Abstained | | 12-26-2007 |
| 3622 | Valentine Robotics Inc | 1C | Delphi-DAS Debtors | $9,900.00 | Reject | Late Filed | 01-12-2008 |
| 3635 | Veritas | 1C | Delphi-DAS Debtors | $6,646.28 | Reject | Late Filed | 01-12-2008 |
| 3648 | Vette Corp | 1C | Delphi-DAS Debtors | $12,705.52 | Accept | Late Filed | 01-12-2008 |
| 3638 | Virgis W Colbert | 1C | Delphi-DAS Debtors | $797,916.33 | Accept | Late Filed | 01-12-2008 |
| 690 | W Alan Levijoki | 1C | Delphi-DAS Debtors | $180.00 | Abstained | | 01-08-2008 |
| 3594 | Wabash Technologies Inc | 1C | Delphi-DAS Debtors | $172,388.82 | Reject | Submitting party failed to file Notice or Transfer for balloted claim | 01-11-2008 |
| 480 | Wiles Trust June E Wiles | 1C | Delphi-DAS Debtors | $14.50 | Abstained | | 01-03-2008 |
| 3595 | Wix Filtration Products Europe Ltd FKA Dana Spicer Europe Ltd | 1C | Delphi-DAS Debtors | $30,470.47 | Reject | Submitting party failed to file Notice or Transfer for balloted claim | 01-11-2008 |
| 3680 | Wolverine Broach Co Inc Eft | 1C | Delphi-DAS Debtors | $4,233.00 | Accept | Late Filed | 01-15-2008 |
| 153 | Worth Co | 1C | Delphi-DAS Debtors | $535.90 | Abstained | | 12-26-2007 |
| 931 | Xpedx | 1C | Delphi-DAS Debtors | $7,233.90 | Abstained | | 01-09-2008 |
| 1978 | YUSA Corporation | 1C | Delphi-DAS Debtors | $79,092.00 | Abstained | | 01-11-2008 |
| 3634 | Zeigler Envirnomental Svcs Inc | 1C | Delphi-DAS Debtors | $44,564.92 | Accept | Late Filed | 01-12-2008 |
| 3619 | Zenith Cutter Company | 1C | Delphi-DAS Debtors | $2,695.68 | Abstained | Late Filed | 01-12-2008 |

Page 5 of 5

In re Delphi Corporation, et al.
Case No. 05-44481

# EXHIBIT D-1

**Comprehensive Tabulation Report Aggregating Conforming Ballots Received By The
Voting Agents (Including Properly And Timely Cast Ballots By Holder Of Securities) And
The Provisional Ballots Requested By FCI And SPCP, Assuming Both FCI's And SPCP's
<u>3018 Motions Are Granted In Their Entirety By This Court</u>**

Eric Kurtzman Declaration

Comprehensive Tabulation Report Aggregating Conforming Ballots Received By The Voting Agents
(Including Properly And Timely Cast Ballots By Holder Of Securities) And The Provisional Ballots Requested By FCI And SPCP,
Assuming Both FCI's And SPCP's 3018 Motions Are Granted In Their Entirety By This Court

January 16, 2008

| §1126 Compliant | Class Name | Class Description | Number Of Ballots Voting To Accept | Number Of Ballots Voting To Reject | % Of Ballots Voting To Accept | % Of Ballots Voting To Reject | Amount Voting To Accept | Amount Voting To Reject | % Of Amount Voting To Accept | % Of Amount Voting To Reject |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1C | Delphi-DAS Debtors | 2,849 | 755 | 79.05% | 20.95% | $4,871,665,387.31 | $599,870,207.97 | 89.04% | 10.96% |
| | 2C | DASHI Debtors | 1 | 0 | 100.00% | 0.00% | $1,048,298.40 | $0.00 | 100.00% | 0.00% |
| | 3C | Connection System Debtors | 93 | 12 | 88.57% | 11.43% | $3,436,369.19 | $1,092,333.11 | 75.88% | 24.12% |
| | 4C | Specialty Electronics Debtors | 23 | 0 | 100.00% | 0.00% | $298,630.44 | $0.00 | 100.00% | 0.00% |
| No | 5C | Delco Electronics Overseas Corporation | 8 | 3 | 72.73% | 27.27% | $65,909.93 | $49,423.42 | 57.15% | 42.85% |
| No | 6C | Delphi Diesel Systems Corp. | 52 | 5 | 91.23% | 8.77% | $1,335,477.56 | $1,423,575.68 | 48.40% | 51.60% |
| | 7C | Delphi Furukawa Wiring Systems LLC | 1 | 0 | 100.00% | 0.00% | $68,059.78 | $0.00 | 100.00% | 0.00% |
| | 8C | Delphi Mechatronic Systems, Inc. | 106 | 21 | 83.46% | 16.54% | $3,946,638.39 | $600,120.79 | 86.80% | 13.20% |
| | 9C | Delphi Medical Systems Corporation | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| | 10C | Delphi Medical Systems Colorado Corporation | 152 | 33 | 82.16% | 17.84% | $3,388,672.37 | $905,253.40 | 78.92% | 21.08% |
| | 11C | Delphi Medical Systems Texas Corporation | 32 | 3 | 91.43% | 8.57% | $408,599.22 | $4,351.24 | 98.95% | 1.05% |
| | 12C | MobileAria, Inc. | 4 | 1 | 80.00% | 20.00% | $27,570.54 | $47.87 | 99.83% | 0.17% |
| | 1D - 12D | GM Claims | 1 | 0 | 100.00% | 0.00% | $2,573,000,000.00 | $0.00 | 100.00% | 0.00% |
| | E | 510(b) Note Claims | 1 | 0 | 100.00% | 0.00% | $32,739,100.00 | $0.00 | 100.00% | 0.00% |
| | G-1 | Existing Common Stock | n/a | n/a | n/a | n/a | 170,297,851 shares | 47,624,432 shares | 78.15% | 21.85% |
| | G-2 | 510(b) Equity Claims | 4 | 0 | 100.00% | 0.00% | $4.00 | $0.00 | 100.00% | 0.00% |
| | 1H | 510(b) ERISA Claims | 1 | 0 | 100.00% | 0.00% | $24,500,000.00 | $0.00 | 100.00% | 0.00% |
| | 8H | 510(b) ERISA Claims | 1 | 0 | 100.00% | 0.00% | $1.00 | $0.00 | 100.00% | 0.00% |

# EXHIBIT D-2

**Comprehensive Tabulation Report Aggregating Conforming Ballots Received By The Voting Agents (Including Properly And Timely Cast Ballots By Holder Of Securities) And The Provisional Ballots Requested By SPCP, Assuming Only SPCP's 3018 Motion Is <u>Granted In Its Entirety By This Court</u>**

Eric Kurtzman Declaration

Comprehensive Tabulation Report Aggregating Conforming Ballots Received By The Voting Agents
(Including Properly And Timely Cast Ballots By Holder Of Securities) And The Provisional Ballots Requested By SPCP,
Assuming Only SPCP's 3018 Motion Is Granted In Its Entirety By This Court

| §1126 Compliant | Class Name | Class Description | Number Of Ballots Voting To Accept | Number Of Ballots Voting To Reject | % Of Ballots Voting To Accept | % Of Ballots Voting To Reject | Amount Voting To Accept | Amount Voting To Reject | % Of Amount Voting To Accept | % Of Amount Voting To Reject |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1C | Delphi-DAS Debtors | 2,852 | 755 | 79.07% | 20.93% | $2,071,536,807.31 | $599,870,207.97 | 77.54% | 22.46% |
| | 2C | DASHI Debtors | 1 | 0 | 100.00% | 0.00% | $1,048,298.40 | $0.00 | 100.00% | 0.00% |
| No | 3C | Connection System Debtors | 91 | 12 | 88.35% | 11.65% | $1,773,594.19 | $1,092,333.11 | 61.89% | 38.11% |
| | 4C | Specialty Electronics Debtors | 23 | 0 | 100.00% | 0.00% | $298,630.44 | $0.00 | 100.00% | 0.00% |
| No | 5C | Delco Electronics Overseas Corporation | 8 | 3 | 72.73% | 27.27% | $65,909.93 | $49,423.42 | 57.15% | 42.85% |
| No | 6C | Delphi Diesel Systems Corp. | 52 | 5 | 91.23% | 8.77% | $1,335,477.56 | $1,423,575.68 | 48.40% | 51.60% |
| | 7C | Delphi Furukawa Wiring Systems LLC | 1 | 0 | 100.00% | 0.00% | $68,059.78 | $0.00 | 100.00% | 0.00% |
| | 8C | Delphi Mechatronic Systems, Inc. | 105 | 21 | 83.33% | 16.67% | $3,696,239.39 | $600,120.79 | 86.03% | 13.97% |
| | 9C | Delphi Medical Systems Corporation | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| | 10C | Delphi Medical Systems Colorado Corporation | 152 | 33 | 82.16% | 17.84% | $3,388,672.37 | $905,253.40 | 78.92% | 21.08% |
| | 11C | Delphi Medical Systems Texas Corporation | 32 | 3 | 91.43% | 8.57% | $408,599.22 | $4,351.24 | 98.95% | 1.05% |
| | 12C | MobileAria, Inc. | 4 | 1 | 80.00% | 20.00% | $27,570.54 | $47.87 | 99.83% | 0.17% |
| | 1D - 12D | GM Claims | 1 | 0 | 100.00% | 0.00% | $2,573,000,000.00 | $0.00 | 100.00% | 0.00% |
| | E | 510(b) Note Claims | 1 | 0 | 100.00% | 0.00% | $32,739,100.00 | $0.00 | 100.00% | 0.00% |
| | G-1 | Existing Common Stock | n/a | n/a | n/a | n/a | 170,297,851 shares | 47,624,432 shares | 78.15% | 21.85% |
| | G-2 | 510(b) Equity Claims | 4 | 0 | 100.00% | 0.00% | $4.00 | $0.00 | 100.00% | 0.00% |
| | 1H | 510(b) ERISA Claims | 1 | 0 | 100.00% | 0.00% | $24,500,000.00 | $0.00 | 100.00% | 0.00% |
| | 8H | 510(b) ERISA Claims | 1 | 0 | 100.00% | 0.00% | $1.00 | $0.00 | 100.00% | 0.00% |

January 16, 2008