# Ad Hoc Bondholder Committee Composition

| Party To Objection | November 2 DS Objection | November 21 DS Objection | December 14 Objection | January 11 Objection |
|---|---|---|---|---|
| Caspian Capital Advisors, LLC | ✓ | ✓ | ✓ | |
| Castlerigg Master Investments Ltd. | ✓ | ✓ | | |
| CR Intrinsic Investors LLC | | ✓ | ✓ | |
| Davidson Kempner Capital Management LLC | ✓ | ✓ | ✓ | ✓ |
| Elliot Associates, L.P. | ✓ | ✓ | ✓ | ✓ |
| Everest Capital Limited | | | ✓ | |
| Gradient Partners, L.P. | ✓ | | | |
| Nomura Corporate Research and Asset Management | | ✓ | ✓ | ✓ |
| Northeast Investors Trust | | | ✓ | ✓ |
| Sailfish Capital Partners, LLC | ✓ | ✓ | | |
| Whitebox Advisors, LLC | ✓ | ✓ | ✓ | ✓ |

**Appendix F**

DELPHI