BUCHANAN INGERSOLL & ROONEY PC
Counsel for Fiduciary Counselors, Inc.
1 Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile
William H. Schorling, Esquire (WS-6322)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION FOR ORDER ESTIMATING
CLAIMS FOR PURPOSES OF VOTING ON PLAN OF REORGANIZATION**

PLEASE TAKE NOTICE THAT Fiduciary Counselors, Inc. hereby withdraws without prejudice its Motion For Order Estimating Claims For Purposes Of Voting On Plan Of Reorganization [Docket No. 11618].

Dated: January 16, 2008

                                          **BUCHANAN INGERSOLL & ROONEY PC**

                                          /s/ William H. Schorling (WS-6322)
                                        William H. Schorling, Esquire (WS-6322)
                                        1 Chase Manhattan Plaza, 35th Floor
                                        New York, NY 10005-1417
                                        (212) 440-4400 - Telephone
                                        (212) 440-4401 - Facsimile

                                        *Counsel for Fiduciary Counselors, Inc.*

KRLSDOCS_WLM#: 66936v1

#1010438-v1