Hearing Date and Time: January 17, 2008 at 10:00 a.m.
Objection Deadline: January 11, 2008 at 4:00 p.m.

**BUCHANAN INGERSOLL & ROONEY PC**
Counsel for Fiduciary Counselors, Inc.
1 Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile
William H. Schorling, Esquire (WS-6322)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008 I caused to be served the NOTICE OF WITHDRAWAL OF MOTION FOR ORDER ESTIMATING CLAIMS FOR PURPOSES OF VOTING ON PLAN OF REORGANIZATION upon the persons and entities listed on <u>Exhibit A</u> annexed hereto via electronic mail or overnight mail as noted thereon.

Dated:  January 16, 2008           BUCHANAN INGERSOLL & ROONEY PC
            Philadelphia, PA

*/s/ Donna Curcio*
Donna S. Curcio
Legal Assistant
1835 Market Street
Philadelphia, PA  19103
Tel: (215) 665-8700
Fax: (215) 665-8760

#2060769-v1