# EXHIBIT A

Via electronic mail:

'sean.p.corcoran@delphi.com'; 'karen.j.craft@delphi.com'; 'jbutler@skadden.com'; 'brian.resnick@dpw.com'; 'donald.bernstein@dpw.com'; 'robert.rosenberg@lw.com'; 'mark.broude@lw.com'; 'bonnie.steingart@friedfrank.com'; 'tlauria@whitecase.com'; 'gkurtz@whitecase.com'; 'gpryor@whitecase.com'; 'jreiss@whitecase.com'; 'jeff.tanenbaum@weil.com'; 'michael.kessler@weil.com'; 'robert.lemons@weil.com'

Via overnight mail:

| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>for the Southern District of New York<br>One Bowling Green, Room 632<br>New York, NY 10004 | Office of the United States Trustee<br>for the Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street - Suite 2100<br>New York, NY 10004 |
|---|---|

#2060771-v1