SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30308
(404) 815-3500
(404) 815-3509
bellis-monro@sgrlaw.com
Barbara Ellis-Monro (BEM 8615)
(Admitted *Pro Hac Vice*)

Attorneys for Fraenkische USA, LP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                     :     Chapter 11
In re                                                :
                                                     :     Case No. 05-44481 (RDD)
DELPHI CORPORATION, et. al.,                         :
                                                     :     (Jointly Administered)
                        Debtor.                      :
------------------------------------------------------ X

**NOTICE OF WITHDRAWAL OF RESPONSE AND OBJECTION
TO MOTION FOR ORDER PURSUANT TO 11 U.S.C. §105 AND
502(c) ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN
UNRECONCILED CLAIMS SOLELY FOR PURPOSES OF
<u>ADMINISTRATION OF DISCOUNT RIGHTS OFFERING</u>**

COMES NOW, Fraenkische USA, LP, a creditor and party in interest in the chapter 11 case of Delphi Automotive Systems, LLC. ("Debtor"), and based upon the Debtor's Omnibus Reply In Support Of Motion For Order Pursuant To 11 U.S.C. §§ 105(a) and 502(c) Estimating Or Provisionally Allowing Certain Unreconciled Claims Solely For Purposes of Administration of Discount Rights Offering hereby withdraws its Response And Objection To Motion For Order Pursuant To 11 U.S.C. §§ 105(a) and 502(c) Estimating Or Provisionally Allowing Certain

2

Unreconciled Claims Solely For Purposes of Administration of Discount Rights Offering (the "Motion").

This 16th day of January, 2008.

Respectfully submitted,

SMITH, GAMBRELL & RUSSELL, LLP

/s/  Barbara Ellis-Monro
Barbara Ellis-Monro  (BEM 8615)
Georgia Bar No. 246117
(admitted pro hac vice)
Attorneys for Fraenkische USA, LP

Suite 3100, 1230 Peachtree Street, NE
Atlanta, Georgia 30309
(404) 815-3500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded by First Class Mail, addressed as follows:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Delphi Automotive Systems, LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, Michigan 48098

John Wm. Butler, Jr.
John K. Lyons
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins, LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, New York 10004

Alicia M. Leonhard
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

This 16th day of January, 2008.

*/s/ Barbara Ellis Monro*
Barbara Ellis-Monro

CORP\1247231.1