**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                             Chapter 11

                                                                   Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                         Jointly Administered

                    Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

    UPON the motion of Gregg Rossi, *Esq.* for admission pro hac vice in this bankruptcy case; it is hereby

    ORDERED, that Gregg Rossi, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  January 16, 2008
        New York, New York

                                    /s/Robert D. Drain_____
                                    UNITED STATES BANKRUPTCY JUDGE