ROSEN SLOME MARDER LLP  
333 Earle Ovington Boulevard, Suite 901  
Uniondale, New York 11553  
Telephone: (516) 227-1600  
Alan E. Marder (AM-0114)  
Jil Mazer-Marino (JM-6470)  

Hearing Date: January 17, 2008  
Time: 10:00 a.m.  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Delphi Corporation, | ) Case No. 05-44481 (RDD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

NOTICE OF WITHDRAWAL OF KILROY REALTY, L.P.'S LIMITED OBJECTION TO THE DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§105(a) AND 502(c) ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING

PLEASE TAKE NOTICE that, Kilroy Realty, L.P. ("Kilroy"), hereby withdraws, its "Limited Objection To The Debtors' Motion For Order Pursuant To 11 U.S.C. §§105(a) And 502(c) Estimating Or Provisionally Allowing Certain Unreconciled Claims Solely For Purposes Of Administration Of Discount Rights Offering" [Docket No. 11952].

Dated: Uniondale, New York  
January 16, 2008  

ROSEN SLOME MARDER LLP  

By: __/s/ Jil Mazer-Marino_____  
  Alan E. Marder (AM-0114)  
  Jil Mazer-Marino (JM-6470)  

333 Earle Ovington Boulevard,  
Suite 901  
Uniondale, New York 11553  
(516) 227-1600  

*Counsel for Kilroy Realty L.P.*