Elena Lazarou (EL-5681)
Reed Smith LLP
559 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450

-and-

Stephen T. Bobo
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400

Attorneys for Johnson Controls, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
    In re                                                  :
                                                             :
DELPHI CORPORATION, et al.,                                  :       Chapter 11
                                                             :
                    Debtors.           :       Case No. 05-44481 (RDD)
                                                             :
                                                             :       (Jointly Administered)
                                                             :
-------------------------------------------------------------x

**WITHDRAWAL OF JOHNSON CONTROLS, INC.'S RESPONSE TO MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 (a) AND 502(c) ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING**

      Now comes Johnson Controls, Inc.("Johnson") and hereby withdraws its Response to Delphi's Motion for Order Pursuant to 11 U.S.C. §§ 105 (a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of Administration of Discount Rights Offering filed by Johnson on January 11, 2008.

      Johnson is withdrawing its Response as the parties have reached an agreement that the amount of Proof of Claim no. 5976 filed by Johnson, solely for the purposes of participation in stock discount rights offering, shall be $53,133.90.

- 2 -

Dated:  January 16, 2008				RESPECTFULLY SUBMITTED

Johnson Controls, Inc.

By:  /s/ Elena Lazarou

REED SMITH LLP
599 Lexington Avenue
New York, NY  10022
Telephone:  212-521-5400
Facsimile:  212-521-5450

Of Counsel

Stephen T. Bobo
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL  60606
Telephone:  312-207-1000
Facsimile:  312-207-6400

- 2 -

# CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a true and correct copy of the foregoing Withdrawal of Johnson Controls, Inc.'s Response to Motion for Order Pursuant to 11 U.S.C. §§ 105 (a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely for Purposes of Administration of Discount Rights Offering was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 16th day of January, 2008, upon the following:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
 For the Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

Delphi Automotive Systems, LLC
Atten:  Legal Staff
5725 Delphi Drive
Troy, MI 48098

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, MI 48098

John William Butler, Jr., Esq.
John K. Lyons, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite. 2100
Chicago, IL 60606

Donald Berstein, Esq.
Brian Resnick, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

- 4 -

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Office of the United States Trustee
Attn:  Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, NY 10004

                                                  /s/ Elena Lazarou
                                                  Elena Lazarou