BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
212-885-5000
Rocco A. Cavaliere (RC-8686)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                              :    Chapter 11
                                                    :
DELPHI CORPORATION, *et al.,*                       :    Case No. 05-44481 (ROD))
                                                    :
                                                    :    (Jointly Administered)
                                   Debtors.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF WITHDRAWAL OF OBJECTION OF O&R PRECISION GRINDING, INC. TO DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c) ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY FOR PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING

O&R Precision Grinding, Inc., by its undersigned counsel, hereby submits its Notice of

Withdrawal of O&R's Objection (the "Objection") to the above-captioned Debtors' Motion for

Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Estimating or Provisionally Allowing Certain

Unreconciled Claims Solely for Purposes of Administration of Discount Rights Offering (the

"Motion"). O&R is withdrawing its Objection as the parties have reached a resolution whereby

the amount of Proof of Claim no. 10075 filed by O&R, shall be $135,698.55 for purposes of the

Discount Rights Offering (as defined in the Motion).

Date:  New York, New York          BLANK ROME LLP
       January 10, 2007
                                   By:_/s/Rocco A. Cavaliere_____
                                       Rocco A. Cavaliere (RC-8686)
                                       The Chrysler Building
                                       405 Lexington Avenue
                                       New York, New York 10174
                                       (212) 885-5000

128472.01600/6609757v.1