McDERMOTT WILL & EMERY LLP
Peter A. Clark (IL# 6203985)
Jason J. DeJonker (IL# 6272128)
227 West Monroe Street
Chicago, Illinois  60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700

Gary O. Ravert (GR-3091)
340 Madison Avenue
New York, New York  10173-1922
Telephone:  (212) 547-5400
Fax:  (212) 547-5444

*Counsel for Temic Automotive of North America, Inc. and Motorola, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------ X

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| DELPHI CORPORATION, et al., | : Case No. 05-44481 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------ X

### NOTICE OF WITHDRAWAL OF OBJECTIONS OF TEMIC AUTOMOTIVE OF NORTH AMERICA, INC. AND MOTOROLA, INC. TO THE DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 502 (c) ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY FOR <u>PURPOSES OF ADMINISTRATION OF DISCOUNT RIGHTS OFFERING</u>

Temic Automotive of North America, Inc. and Motorola, Inc., by and through their undersigned counsel, hereby withdraw their objections [Docket Nos. 11923 and 11924] to the Debtors' Motion For Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) Estimating or Provisionally Allowing Certain Unreconciled Claims Solely For Purposes of Administration of Discount Rights Offering [Docket No. 11606].

NYK 1141679-1.076532.0011

Dated: January 16, 2008

    Respectfully submitted,
**McDermott Will & Emery LLP**

By: /s/ Gary O. Ravert
Gary O. Ravert (GR-3091)
340 Madison Avenue
New York, New York 10017-1922
Telephone: (212) 547-5400
Fax: (212) 547-5444

Peter A. Clark
Jason J. DeJonker
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Counsel for Temic Automotive of North America, Inc. and Motorola, Inc.*

-2-