Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
Marc E. Richards (MER-9465)

Co-Counsel for
Denso International America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.,* | ) ) ) | (Jointly Administered) |
| Debtors. | ) ) ) ) |  |

### NOTICE OF WITHDRAWAL OF RESPONSE BY
### DENSO INTERNATIONAL AMERICA, INC. AND DENSO SALES CALIFORNIA, INC.
### TO DEBTORS' MOTION ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN
### UNRECONCILED CLAIMS SOLELY FOR PURPOSES OF ADMINISTRATION OF
### <u>DISCOUNT RIGHTS OFFERING</u>

TO:   THE HONORABLE ROBERT D. DRAIN,
      UNITED STATES BANKRUPTCY JUDGE:

Denso International America, Inc. and DENSO Sales California Inc., by their co-counsel,

Blank Rome LLP and Plunkett Cooney PC, hereby withdraw their Response to the Debtors' Motion

for Order Pursuant to 11 U.S.C.§§ 105(a) and 502(c) Estimating or Provisionally Allowing Certain

Unreconciled Claims Solely for Purposes of Administration of Discount Rights Offering, subject to the settlement agreement between the parties.

January 16, 2008
New York, New York

        BLANK ROME LLP

        By:  /s/ Marc E. Richards
            Marc E. Richards (MER-9465)
            The Chrysler Building
            405 Lexington Avenue
            New York, NY 10174-0208
            (212) 885-5000

            Douglas C. Bernstein
            PLUNKETT COONEY PC
            38505 Woodward Avenue
            Bloomfield, MI 48304
            (248) 901-4091

        Co-Counsel to Denso International America, Inc.