## Schedule 3

| Dispute | Charges | Resolution |
|---|---|---|
| 1568 units assigned incorrectly to the wrong accounts. | N/A | Complete reassignment. |
| Units activated with Verizon Wireless on the wrong plan. | $86,017.82 | MobileAria to issue check. |
| 1309 spares and deactivated units were not deactivated. | $39,300.00 | MobileAria to issue check. |
| Billing multiple installations Invoices. | $34,802.57 | Credit issued and received. |
| Increased Inventory levels. | N/A | MobileAria secured 500 units. Parties to discuss securing additional 500 units. |
| Units remaining out of communication for extended periods. | $42,347.00 | MobileAria to issue check. |
| Establish EDI. | N/A | MobileAria working on the issue. Purchaser to continue. |
| Other Alleged Billing Errors | TBD | To be addressed in the future. |

### WIP Items

| Dispute | Charges | Resolution |
|---|---|---|
| Availability of harnesses and Antennas for construction Vehicles. | N/A | Installation scheduling in in progress. Purchaser to Continue MobileAria's obligations. |
| Remedy reports and ticket Management. | N/A | MobileAria to work Purchaser to continue MobileAria's obligations. |
| HelpDesk support. | N/A | MobileAria working on resolution. Purchaser to continue MobileAria's obligations. |
| Dedicated line to Verizon Wireless. | N/A | MobileAria working on the Issue. Purchaser to continue. |