**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
(Manhattan)

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-44481 (RDD) |
|  | ) |  |
| DELPHI CORPORATION, | ) |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |
| -------------------------------------------------------------x |  |  |

**AFFIDAVIT OF SERVICE**

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On January 16, 2008, true and correct copies of the following documents, filed in the above captioned proceeding, identified herein as Exhibit "A," were caused to be served on the parties listed on the attached Service List, identified herein as Exhibit "B," via first class mail:

                                                **Dreier LLP**

                                         By: _/s/Jean L. Guerrier____
                                              **Jean L. Guerrier**

**Sworn to before me this**
**16th day of January, 2008.**

_/s/ Lori Rudolph_
**Notary Public**
Lori Rudolph - Notary Public, State of New York
No. 01RU4883588
Qualified in Richmond County
Commission Expires January 26, 2010

{00320664.DOC;}

# EXHIBIT "A"
## Filed Documents

| Filing Date | D.I. # | Docket Text |
|---|---|---|
| 01/15/2008 | 12098 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.9882, Amount 944,476.00). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/15/2008) |
| 01/15/2008 | 12099 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.15492, Amount 233,750.00). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/15/2008) |
| 01/15/2008 | 12101 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.Schd.F-1, Amount 112,000.79). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group L.L.C..(Russell, Maura) (Entered: 01/15/2008) |
| 01/15/2008 | 12102 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.8569, Amount 63,396.63). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/15/2008) |
| 01/15/2008 | 12103 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.9881, Amount 54,725.45). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/15/2008) |
| 01/15/2008 | 12105 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.2249, Amount 68,930.03). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group L.L.C..(Russell, Maura) (Entered: 01/15/2008) |
| 01/16/2008 | 12106 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.Schd. F, Amount 1,140.75). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/16/2008) |

| Filing Date | D.I. # | Docket Text |
|---|---|---|
| 01/16/2008 | 12107 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Amount 364,670.18).. To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/16/2008) |
| 01/16/2008 | 12108 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Amount 74,373.62).. To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/16/2008) |
| 01/16/2008 | 12109 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Capital Markets(Claim No.8442, Amount 122,478.94). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/16/2008) |
| 01/16/2008 | 12110 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.10398, Amount 22,104.75). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group, LLC.(Russell, Maura) (Entered: 01/16/2008) |
| 01/16/2008 | 12111 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Capital Markets(Claim No.7288, Amount 280,472.86). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group L.L.C..(Russell, Maura) (Entered: 01/16/2008) |
| 01/16/2008 | 12112 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Capital Markets(Claim No.1880, Amount 60,577.03). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/16/2008) |
| 01/16/2008 | 12113 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.2464, Amount 75,000.00). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/16/2008) |
| 01/16/2008 | 12116 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.1201, Amount 100,499.44). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/16/2008) |
| 01/16/2008 | 12117 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.15476, Amount 248,551.45). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/16/2008) |
| 01/16/2008 | 12119 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.7207, Amount 180,407.58). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group L.L.C..(Russell, Maura) (Entered: |

| Filing Date | D.I. # | Docket Text |
|---|---|---|
|  |  | 01/16/2008) |
| 01/16/2008 | 12120 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.1524, Amount 265,694.00). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/16/2008) |
| 01/16/2008 | 12121 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.11853, Amount 68,480.00). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group L.L.C..(Russell, Maura) (Entered: 01/16/2008) |
| 01/16/2008 | 12128 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.9958, Amount 152,461.57). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group L.L.C..(Russell, Maura) (Entered: 01/16/2008) |
| 01/16/2008 | 12131 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.12135, Amount 101,752.01). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/16/2008) |
| 01/16/2008 | 12135 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Claim No.6859, Amount 72,786.00). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group L.L.C..(Russell, Maura) (Entered: 01/16/2008) |
| 01/16/2008 | 12172 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Liquidity Solutions, Inc. d/b/a Revenue Management(Amount 71,947.33).. To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/16/2008) |
| 01/16/2008 | 12179 | Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Venture Plastics, Inc.(Claim No.10016, Amount 173,842.00). To SPCP GROUP, L.L.C., as agent for Silver Point Capi. filed by Maura I. Russell on behalf of SPCP Group LLC.(Russell, Maura) (Entered: 01/16/2008) |

**Exhibit "B"**
**Service List**

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098


**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner


**Kurtzman Carson Consultants**
2335 Alaska Avenue
El Segundo, CA 90245
Attn: Delphi



**Liquidity Solutions, Inc.**
**D/B/A Revenue Management**
One University Plaza
Hackensack, New Jersey 07601
**Attn: Michael Handler**

{00320664.DOC;}