SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  -   x
                                                             :
          In re                                              :      Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :      Case No. 05-44481 (RDD)
                                                             :
                                  Debtor.                    :      (Jointly Administered)
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

SUPPLEMENTAL NOTICE OF NON-ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACT UNDER PLAN OF REORGANIZATION

PLEASE TAKE NOTICE THAT on December 10, 2007, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Solicitation Procedures Order") (Docket No. 11389) approving the disclosure statement (the "Disclosures Statement") with respect to the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates Debtors and Debtors-In-Possession (the "Plan"), filed by Delphi Corporation and its affiliated debtors and debtors-in-possession (the "Debtors").

In accordance with the Solicitation Procedures Order and the Plan, on December 21, 2007, the Debtors provided you (i) notice of their intent to assume and assign your prepetition contracts or assign your contracts (the "Assumption/Assignment Notice") and, if applicable, (ii) notice of the amount the Debtors propose to pay to cure any defaults under your prepetition contracts (the "Cure Notice").

The Debtors hereby provide this supplemental notice (the "Supplemental Notice") to inform you that the contracts listed on Exhibit 1 hereto will not be assumed or assumed and assigned.  This Supplemental Notice amends and supersedes the Assumption/Assignment Notice and the Cure Notice with respect to the contracts listed on Exhibit 1 hereto.

Dated:  New York, New York
          January 16, 2008

                              SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP

                    By:    /s/ John Wm. Butler, Jr.
                              John Wm. Butler, Jr. (JB 4711)
                              John K. Lyons (JL 4951)
                              Ron E. Meisler (RM 3026)
                    333 West Wacker Drive, Suite 2100
                    Chicago, Illinois 60606
                    (312) 407-0700

                                    - and -

                    By:    /s/ Kayalyn A. Marafioti
                              Kayalyn A. Marafioti (KM 9632)
                              Thomas J. Matz (TM 5986)
                    Four Times Square
                    New York, New York 10036
                    (212) 735-3000

                    Attorneys for Delphi Corporation, et al.,
                      Debtors and Debtors-in-Possession

# EXHIBIT 1

ARVINMERITOR INC
PO Box 77669
DETROIT MI 48277-0669

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550064358 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550044056 | $7,848.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 550045055 | $6,300.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550046333 | $5,328.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550039477 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550039411 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550049761 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550039621 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550039860 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550039049 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550042504 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550044426 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550040292 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550041119 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
| :---: | :---: |
| Purchase Order Number 550041372 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550046722 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550046901 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550046385 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550046349 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550044231 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550044082 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550044768 | $0.00 |

# EXHIBIT 1

COORSTEK EFT
PO BOX 101602
ATLANTA GA 30392

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550044637 | $0.00 |

# EXHIBIT 1

FAHRZEUGELEKTRIK PIRNA GMBH
HUGO-KUTTNER-STRABE 8
PIRNA DE 1796
DE

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number PEDP5860099 | $0.00 |

# EXHIBIT 1

AMTECH INDUSTRIES LLC (JV Amtech and Intec)
640 S VERMONT ST
PALATINE IL 60067

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 550077424 | $0.00 |

# EXHIBIT 1

AMTECH INDUSTRIES LLC (JV Amtech and Intec)
640 S VERMONT ST
PALATINE IL 60067

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550076639 | $7,357.18 |

# EXHIBIT 1

Automotive Corporation
4320 FEDERAL DR
BATAVIA NY 14020-4104

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 550036684 | $0.00 |

# EXHIBIT 1

BLISSFIELD MFG CO EFT
626 DEPOT ST
BLISSFIELD MI 49228-1358

| Contract: | Withdrawn Cure Amount: |
| :---: | :---: |
| Purchase Order Number SAG90I5535 | $710,604.68 |

# EXHIBIT 1

BLISSFIELD MFG CO EFT
626 DEPOT ST
BLISSFIELD MI 49228-1358

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number SAG90I5537 | $82,337.59 |

# EXHIBIT 1

C & J INDUSTRIES INC
760 WATER ST
MEADVILLE PA 16335

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number PEDP4220251 | $0.00 |

# EXHIBIT 1

CARCLO TECHNICAL PLASTICS EFT
600 DEPOT ST
LATROBE PA 15650

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number PEDP5220150 | $0.00 |

# EXHIBIT 1

COLFOR MANUFACTURING INC EFT
3255 ALLIANCE
MALVERN OH 44644

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number SAG90I4059 | $0.00 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
500 JONESBOROUGH RD
ERWIN TN 37650-4018

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 550004847 | $171.60 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
500 JONESBOROUGH RD
ERWIN TN 37650-4018

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550004855 | $0.00 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
500 JONESBOROUGH RD
ERWIN TN 37650-4018

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 550005581 | $25,164.00 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
500 JONESBOROUGH RD
ERWIN TN 37650-4018

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550006512 | $2,094.00 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
500 JONESBOROUGH RD
ERWIN TN 37650-4018

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 550006513 | $1,958.40 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
500 JONESBOROUGH RD
ERWIN TN 37650-4018

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 550011500 | $0.00 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
500 JONESBOROUGH RD
ERWIN TN 37650-4018

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 550013305 | $837.00 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
500 JONESBOROUGH RD
ERWIN TN 37650-4018

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 550013306 | $514.80 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
500 JONESBOROUGH RD
ERWIN TN 37650-4018

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550025616 | $0.00 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
500 JONESBOROUGH RD
ERWIN TN 37650-4018

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 550025617 | $487.43 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
500 JONESBOROUGH RD
ERWIN TN 37650-4018

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550025702 | $3,921.25 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
500 JONESBOROUGH RD
ERWIN TN 37650-4018

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 550034221 | $0.00 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
500 JONESBOROUGH RD
ERWIN TN 37650-4018

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 550035824 | $0.00 |

# EXHIBIT 1

HOOVER PRECISION PRODUCTS EFTINC
500 JONESBOROUGH RD
ERWIN TN 37650-4018

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 550049058 | $0.00 |

# EXHIBIT 1

INFINEON TECHNOLOGIES CORP
2529 COMMERCE DRIVE SUITE H
KOKOMO IN 46902

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 55637 | $0.00 |

# EXHIBIT 1

INFINEON TECHNOLOGIES CORP
2529 COMMERCE DRIVE SUITE H
KOKOMO IN 46902

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 56155 | $0.00 |

# EXHIBIT 1

ITW THIELEX EFT DIV OF ILLINOIS TOOL WORKS INC
95 COMMERCE DR
SOMERSET NJ 08873-0000

| Contract: | Withdrawn Cure Amount: |
| --- | --- |
| Purchase Order Number Pedp5330056 | $223.20 |

# EXHIBIT 1

JASPER RUBBER PRODUCTS EFT
1010 1ST AVE W
JASPER IN 47546-3201

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 550022468 | $9,393.60 |

# EXHIBIT 1

KATAMAN METALS INC EFT
7700 BONHOMME STE 550
SAINT LOUIS MO 63105-3406

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number PEDP3540002 | $0.00 |

# EXHIBIT 1

MICHIGAN SPRING & STAMPING EFT
2700 WICKHAM DR
MUSKEGON MI 49441

| Contract: | Withdrawn Cure Amount: |
|:---:|:---:|
| Purchase Order Number 550023522 | $0.00 |

# EXHIBIT 1

MICHIGAN SPRING & STAMPING EFT
2700 WICKHAM DR
MUSKEGON MI 49441

| Contract: | Withdrawn Cure Amount: |
|---|---|
| Purchase Order Number 550022914 | $84,627.74 |