B210
(12/04)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Delphi Corp.**

Case No. **05-44481**
(Jointly Administered)
Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

| SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br>Name of Transferee | **Summit Polymers, Inc.**<br><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent<br>SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br>Attn: Brian A. Jarmain | Court Record Address of the transferor<br>(Court Use Only) |
| Last Four Digits of Acct. #:_____ | Last Four Digits of Acct. #:_____ |
| **Transfer Amount: $ 146,659.00** | |
| Name and Address where transferee payments should be sent (if different from above)<br><br>SPCP GROUP, L.L.C., as agent for<br>Silver Point Capital Fund, L.P. and<br>Silver Point Capital Offshore Fund, LTD<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br>Attn: Irene Wu | Name and Current Address of transferor<br><br>**Summit Polymers, Inc.**<br>6715 S. Sprinkle Road<br>Portage, MI 49002-9707<br>Attn: Peter Garvey<br>Attn: Jan Jett |
| Phone: **203-542-4061**<br>       **203-542-4161** | Phone: **269-324-9330 ext. 153; ext. 170** |
| Last Four Digits of Acct #:_____ | Last Four Digits of Acct #:_____ |
| Court Claim # (if known):<br>Date Claim Filed: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_   _w/ permission Anthony B St [signature]_   Date: January 16, 2008

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____   _____
CLERK OF THE COURT

{00241647.DOC;}

EXHIBIT A TO
ASSIGNMENT OF CLAIM

### EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, SUMMIT POLYMERS, INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $146,659 (the "Assigned Claim"), against Delphi Automotive Systems, LLC ("Debtor"), the debtor-in-possession in Case No. 05-44640 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on September 13, 2006.

By: _____
Name of person signing: Pete Garvey
Title of person signing: Director of Finance

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1636483 - 10401682<br>SUMMIT ENERGY SERVICES INC<br>10350 ORMSBY PK PL STE 400<br>LOUISVILLE   KY   40223 | ACCOUNTS PAYABLE | | $68,684.00 |
| 1636492 - 10401683<br>SUMMIT POLYMERS INC<br>6700 SPRINKLE RD<br>KALAMAZOO   MI   49001 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $278,627.26 |
| 1636495 - 10401684<br>SUMMIT TECHNICAL SERVICES INC<br>PO BOX 845149<br>BOSTON   MA   022845149 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $12,411.00 |
| 1636502 - 10401685<br>SUMNER THOMAS R  DBA THOMAS SUMNER RAIL SERVICE | ACCOUNTS PAYABLE | | $1,275.00 |
| 1561313 - 10107965<br>SUN CAPITAL GROUP<br>929 CLINT MOORE ROAD<br>BOCA RATON   FL   33487 | ENVIRONMENTAL CLAIMS<br>CERCLA: ANGLO METALS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1636507 - 10401686<br>SUN CHEMICAL CORP<br>PO BOX 75023<br>CHICAGO   IL   60675 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $7,796.59 |
| 1560995 - 10107272<br>SUN CHEMICAL CORPORATION<br>c/o SONNENSCHEIN NATH & ROSENTHAL<br>Attn JACQUELINE VIDMAR<br>8000 SEARS TOWER<br>233 SOUTH WACKER DRIVE<br>CHICAGO   IL   60606 | ENVIRONMENTAL CLAIMS<br>CERCLA: TREMONT BARREL FILL PRP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1636508 - 10401687<br>SUN CITY AUTOMATION LTD CO<br>10817 NOTUS LN B-101<br>EL PASO   TX   79935 | ACCOUNTS PAYABLE | | $9,500.00 |
| 1636515 - 10401688<br>SUN KWANG BRAZING FILLER METAL CO LTD<br>544 5 SINRAK DIJONGBU<br>KYONGI<br>KOREA, REPUBLIC OF | ACCOUNTS PAYABLE | | $31,551.00 |
| 1636519 - 10401689<br>SUN MANUFACTURING<br>107 INDUSTRIAL RD<br>WILLIAMSTOWN   KY   41097 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $12,793.05 |
| 1636525 - 10401690<br>SUN PLASTECH INC<br>PO BOX 2164<br>CAROL STREAM   IL   601322164 | ACCOUNTS PAYABLE | | $2,194.50 |

# SUMMIT POLYMERS, INC.
## REMAINING DELPHI UNSECURED CLAIMS

| Summit Remaining Unsecured Claim (by PO Number) | | | |
|---|---|---|---|
| | PO Number: | Expiration Date: | Balance: |
| 1 | 550022703 | 7/1/2006 | $794.88 |
| 2 | 550063411 | 12/31/2006 | $22,748.52 |
| 3 | 550076547 | 12/31/2006 | $0 |
| 4 | 550078021 | 12/31/2006 | $0 |
| 5 | 550079829 | 12/31/2006 | $0 |
| 6 | 550022678 | 12/31/2006 | $0 |
| 7 | 550023018 | 12/31/2006 | $11,871.13 |
| 8 | 550023140 | 12/31/2006 | $653.48 |
| 9 | 550023511 | 12/31/2006 | $98.13 |
| Total Expiring 07/01/06 & 12/31/06 | | | $36,166 |
| 10 | 550023700 | 12/31/2007 | $0 |
| 11 | 550022657 | 12/31/2007 | $104.97 |
| 12 | 550022663 | 12/31/2007 | $683.89 |
| 13 | 550022679 | 12/31/2007 | $6,046.82 |
| 14 | 550024515 | 12/31/2007 | $0 |
| 15 | 550052768 | 12/31/2007 | $5,179.82 |
| 16 | 550063649 | 12/31/2007 | $1,691.27 |
| 17 | 550022680 | 12/31/2007 | $5,574.24 |
| 18 | 550026415 | 12/31/2007 | ($534.17) |
| 19 | 550079766 | 12/31/2007 | $2,789.46 |
| 20 | 550022665 | 12/31/2007 | $4.55 |
| 21 | 550063649 | 12/31/2007 | $0 (see same T&I contract above) |
| 22 | 550036610 | 12/31/2007 | $20,138.84 |
| Total Expiring 12/31/07 | | | $41,680 |
| 23 | 550071566 | 12/31/2008 | $13,363.71 |
| 24 | 550071585 | 12/31/2008 | $55,153.68 |
| Total Expiring 12/31/08 | | | $68,517 |
| 25 | 550076577 | 12/31/2010 | $296 |
| Total Expiring 12/31/10 | | | $296 |
| | | | |
| Grand Total Prepetition Balance Related to Non-Expired Contracts: | | | $146,659 |