**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------X
In re:                                                  Chapter 11
                                                        Case No. 05-44481 (rdd)
**Delphi Corporation.,** *et al.*                            Jointly Administered

                Debtors
----------------------------X

### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO
A PROTECTIVE ORDER OF THE BANKRUPTCY COURT DATED JANUARY 11, 2008,
DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.