# EXHIBIT A

# United States Bankruptcy Court — District of — PROOF OF CLAIM

| Name of Debtor | Case Number | This Space For Court Use Only |
|---|---|---|
| DELPHI CORPORATION | 05-44481 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
ALLEGRO MICRO SYSTEMS, INC
115 NORTHEAST CUTOFF  WORCESTER, MA 01615

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:
IRENE BEAULAC
ALLEGRO MICROSYSTEM, INC
115 NORTHEAST CUTOFF
WORCESTER, MA 01615

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number:

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____

### 1. Basis for Claim
☑ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
       (date)          (date)

### 2. Date debt was incurred:
OCT 20-2002 — OCT 10, 2005

### 3. If court judgment, date obtained:

### 4. Classification of Claim. Check the appropriate box or boxes that best describer your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### 5. Total Amount of Claim at Time Case Filed: $ 1669714.54
      (Unsecured)       (Secured)       (Priority)       (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
### 7. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
### 8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

Date: 1/31/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
IRENE A BEAULAC  CREDIT MGR    /s/ Irene A. Beaulac

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# EXHIBIT B

**Allegro** MicroSystems, Inc.

Summary of attached paper work                                  1/31/2006

Addresses involved in Chapter 11

Delphi Automotive Systems LLC                   Shipments for all Delphi Delco Ship to's
Accounts Payable
PO Box 9005
Kokomo, IN  46904-9005

Amount due:                                                     $475,920.69

Auto Component                                  Shipments to:
Disbursement Analysis Dept.                     Delphi E Juarez Mfg Cross Dock
Delphi Energy                                   Cisco 35021
PO Box 1550                                     32 Celerity Wagon
Flint, MI  48501-1550                           El Paso, TX  79906

Amount Due                                                      $1,188,753.85

Delphi Mechatronics Systems                     Same
C/O AP
17195 US Highway 98 West
Foley, AL  36535

Amount Due                                                      $4,000.00

Delphi Packard Electric Systems                 Delphi Packard-Ohio Opr Delphi
PO Box 431                                      1265 North River Road
Warren, OH  44486                               Warren, OH  44486

Amount Due                                                      $1,040.00


Total Amt Due                                                   **$1,669,714.54**


Irene A Beaulac
Credit Manager
Allegro MicroSystems, Inc.
(508)854-5541
ibeaulac@allegromicro.com

# EXHIBIT C

| DELPHI | | Auto Comp | |
| --- | --- | --- | --- |
| PO's | Total presented | PO's | Total Presented |
| 460067 | 3630.00 | 550007797 | 115360.00 |
| 485452 | 11539.50 | 550015879 | 7200.00 |
| 486547 | 33828.96 | 550023090 | 63528.00 |
| 486670 | 870.00 | 550025493 | 255466.00 |
| 450063994 | 4760.00 | 550025494 | 99568.00 |
| 450135210 | 1295.40 | 550025510 | 29841.00 |
| 550039147 | 744.00 | 550034148 | 580539.00 |
| 550039892 | 1028.16 | JMS33949 | 10624.00 |
| 550039944 | 1304.00 | JMS40433 | 5056.00 |
| 550039977 | 4339.44 | debits | 21571.85 |
| 550040714 | 154968.64 | | |
| 550040717 | 4680.00 | | 1188753.85 |
| 550041849 | 6834.00 | | |
| 550042366 | 1460.00 | | |
| 550042500 | 62252.50 | | |
| 550042734 | 129844.80 | | |
| 550045391 | 3050.00 | | |
| 550045912 | 3150.00 | | |
| 550052024 | 4400.00 | | |
| 550070811 | 1500.00 | | |
| MO110 | 4000.00 | | |
| P1S36247 | 1040.00 | | |
| Debits | 40441.29 | | |
| | 480960.69 | | |

total                                      1669714.54

Summary of attached paper work                                                                1/31/2006

Addresses involved in Chapter 11

Delphi Automotive Systems LLC                    Shipments for all Delphi Delco Ship to's
Accounts Payable
PO Box 9005
Kokomo, IN  46904-9005

Amount due:                                                                                   $475,920.69

Auto Component                                   Shipments to:
Disbursement Analysis Dept.                      Delphi E Juarez Mfg Cross Dock
Delphi Energy                                    Cisco 35021
PO Box 1550                                      32 Celerity Wagon
Flint, MI  48501-1550                            El Paso, TX  79906


Amount Due                                                                                    $1,188,753.85


Delphi Mechatronics Systems                      Same
C/O AP
17195 US Highway 98 West
Foley, AL  36535

Amount Due                                                                                    $4,000.00

Delphi Packard Electric Systems                  Delphi Packard-Ohio Opr Delphi
PO Box 431                                       1265 North River Road
Warren, OH  44486                                Warren, OH  44486

Amount Due                                                                                    $1,040.00


Total Amt Due                                                                                 **$1,669,714.54**



Irene A Beaulac
Credit Manager
Allegro MicroSystems, Inc.
(508)854-5541
ibeaulac@allegromicro.com

ALLEGRO-DOMESTIC

Aging - 4 Bucket Report

As Of Date         : 24-JAN-06

Customer Name      : AUTOMOTIVE COMPONENTS        To  AUTOMOTIVE COMPONENTS

ALLEGRO-DOMESTIC                                  Report Date: 24-JAN-2006 14:55

| Inv # | Type | Due Date | PO # | SHIPPING INV # | % DUE | Balance | POD/DOC |
|---|---|---|---|---|---|---|---|
| AUTOMOTIVE COMPONENTS | | | | AUTOMCOM  FLINT | | MI | |
| DM18082 | AMUS | 20-Jan-03 | | | 100 | 3,742.48 | N |
| DM372 | AMUS | 7-Apr-03 | | | 100 | 6,222.30 | N |
| 1358 | AMUS | 29-Apr-04 | | | 100 | 4,667.33 | Y |
| 1399 | AMUS | 22-May-04 | | | 100 | 5,340.38 | Y |
| 1909 | AMUS | 4-Sep-05 | 7/1/2005 | | 100 | 1,599.36 | |
| 781685 | LEGA | 20-Oct-02 | 550007797 | 300137607 | 100 | 22,660.00 | Y |
| 783720 | LEGA | 21-Nov-02 | 550007797 | 300146553 | 100 | 22,660.00 | Y |
| 787214 | LEGA | 8-Jan-03 | 550007797 | 300162106 | 100 | 47,380.00 | Y |
| 788674 | LEGA | 7-Feb-03 | 550007797 | 340665917 | 100 | 22,660.00 | Y |
| 799759 | LEGA | 18-Jul-03 | JMS33949 | 3073790663 | 100 | 1,328.00 | Y |
| 100858 | AMUS | 14-Aug-03 | 550015879 | 140951752 | 100 | 7,200.00 | Y |
| 102104 | AMUS | 29-Aug-03 | JMS33949 | 633073793283 | 100 | 9,296.00 | Y |
| 102718 | AMUS | 7-Sep-03 | 550025510 | 340149367 | 100 | 11,571.00 | Y |
| 115403 | AMUS | 26-Feb-04 | 550025493 | 1540490831 | 21.6 | 1,728.00 | Y |
| 115764 | AMUS | 29-Feb-04 | 550025493 | 454599 | 100 | 7,200.00 | Y |
| 116204 | AMUS | 6-Mar-04 | 550025493 | 469051 | 100 | 8,000.00 | Y |
| 116980 | AMUS | 18-Mar-04 | 550025493 | 490200 | 100 | 10,400.00 | Y |
| 124234 | AMUS | 19-Jun-04 | 550025510 | 740496 | 100 | 3,045.00 | Y |
| 124702 | AMUS | 26-Jun-04 | 550025510 | 760638 | 100 | 6,090.00 | Y |
| 133518 | AMUS | 15-Oct-04 | 550025493 | 1129173 | 69.2 | 14,106.00 | Y |
| 141765 | AMUS | 9-Feb-05 | 550025510 | 1357408 | 100 | 9,135.00 | Y |
| 146736 | AMUS | 16-Apr-05 | 550034148 | 1447607 | 3.1 | 363 | Y |
| 148755 | AMUS | 14-Jun-05 | JMS40433 | 1512773 | 100 | 5,056.00 | Y |
| 153660 | AMUS | 22-Jul-05 | 550034148 | 1710927 | 100 | 24,480.00 | Y |
| 154168 | AMUS | 27-Aug-05 | 550025494 | 1734030 | 66.6 | 1,568.00 | Y |
| 154570 | AMUS | 3-Sep-05 | 550034148 | 1750029 | 7.1 | 2,448.00 | Y |
| 154653 | AMUS | 5-Aug-05 | 550025494 | 1754424 | 100 | 1,568.00 | Y |
| 154654 | AMUS | 5-Aug-05 | 550034148 | 1749469 | 14.2 | 2,448.00 | Y |
| 155749 | AMUS | 20-Sep-05 | 550034148 | 1797359 | 100 | 11,016.00 | Y |
| 155953 | AMUS | 25-Sep-05 | 550025493 | 1809333 | 100 | 10,192.00 | Y |
| 156041 | AMUS | 26-Sep-05 | 550025493 | 1813433 | 100 | 1,568.00 | Y |
| 156165 | AMUS | 28-Aug-05 | 550023090 | 1817840 | 100 | 2,448.00 | Y |
| 156166 | AMUS | 27-Sep-05 | 550025493 | 1818726 | 100 | 11,760.00 | Y |
| 156264 | AMUS | 30-Sep-05 | 550025494 | 1821988 | 62.5 | 3,920.00 | Y |
| 156344 | AMUS | 1-Sep-05 | 550023090 | 1826822 | 100 | 3,672.00 | Y |
| 156345 | AMUS | 1-Oct-05 | 550034148 | 1826381 | 100 | 30,600.00 | Y |
| 156449 | AMUS | 2-Oct-05 | 550025493 | 1829599 | 100 | 14,896.00 | Y |
| 156450 | AMUS | 2-Oct-05 | 550034148 | 1829598 | 100 | 12,240.00 | Y |
| 156731 | AMUS | 4-Oct-05 | 550034148 | 1841024 | 100 | 11,016.00 | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| 156812 AMUS | 7-Oct-06 | 550025409 | 1844763 | 100 | 6,272.00 | Y |
| 156813 AMUS | 7-Oct-05 | 550034148 | 1844764 | 100 | 42,840.00 | Y |
| 156912 AMUS | 8-Oct-05 | 550034148 | 1848036 | 100 | 12,240.00 | Y |
| 156990 AMUS | 9-Oct-05 | 550025493 | 1850959 | 100 | 17,248.00 | Y |
| 156991 AMUS | 9-Oct-05 | 550025494 | 1850960 | 100 | 8,624.00 | Y |
| 157086 AMUS | 10-Oct-05 | 550025493 | 1853835 | 100 | 2,352.00 | Y |
| 157212 AMUS | 11-Oct-05 | 550025494 | 1856542 | 100 | 3,920.00 | Y |
| 157213 AMUS | 11-Oct-05 | 550034148 | 1857253 | 100 | 8,568.00 | Y |
| 157281 AMUS | 14-Oct-05 | 550025493 | 1859279 | 100 | 5,488.00 | Y |
| 157282 AMUS | 14-Oct-05 | 550025494 | 7859281 | 100 | 8,624.00 | Y |
| 157283 AMUS | 14-Oct-05 | 550034148 | 1859276 | 100 | 9,792.00 | Y |
| 157336 AMUS | 15-Sep-05 | 550023090 | 1861253 | 100 | 6,120.00 | Y |
| 157337 AMUS | 15-Oct-05 | 550025494 | 1861743 | 100 | 3,920.00 | Y |
| 157338 AMUS | 15-Oct-05 | 550034148 | 1861742 | 100 | 2,448.00 | Y |
| 157450 AMUS | 16-Oct-05 | 550025493 | 1862805 | 100 | 6,272.00 | Y |
| 157451 AMUS | 16-Oct-05 | 550034148 | 1862804 | 100 | 7,344.00 | Y |
| 157626 AMUS | 17-Oct-05 | 550034148 | 1864802 | 100 | 15,912.00 | Y |
| 157762 AMUS | 18-Oct-05 | 550034148 | 1867236 | 100 | 15,912.00 | Y |
| 157848 AMUS | 22-Oct-05 | 550034148 | 1870900 | 100 | 14,688.00 | Y |
| 157922 AMUS | 23-Oct-05 | 550025493 | 1872981 | 100 | 18,816.00 | Y |
| 157923 AMUS | 23-Oct-05 | 550025494 | 1872982 | 100 | 2,352.00 | Y |
| 157924 AMUS | 23-Oct-05 | 550034148 | 1872983 | 100 | 7,344.00 | Y |
| 157997 AMUS | 24-Oct-05 | 550025493 | 1875636 | 100 | 2,352.00 | Y |
| 157998 AMUS | 24-Oct-05 | 550034148 | 1875638 | 100 | 6,120.00 | Y |
| 158165 AMUS | 25-Oct-05 | 550025493 | 1877797 | 100 | 2,352.00 | Y |
| 158166 AMUS | 25-Oct-05 | 550025494 | 1877807 | 100 | 7,840.00 | Y |
| 158240 AMUS | 28-Oct-05 | 550034148 | 1879482 | 100 | 14,688.00 | Y |
| 158319 AMUS | 29-Oct-05 | 550034148 | 1881561 | 100 | 40,392.00 | Y |
| 158392 AMUS | 30-Sep-05 | 550023090 | 1883283 | 100 | 9,792.00 | Y |
| 158393 AMUS | 30-Oct-05 | 550025493 | 1883287 | 100 | 19,600.00 | Y |
| 158394 AMUS | 30-Oct-05 | 550025494 | 1883285 | 100 | 5,488.00 | Y |
| 158395 AMUS | 30-Oct-05 | 550034148 | 1883290 | 100 | 7,344.00 | Y |
| 158491 AMUS | 31-Oct-05 | 550025493 | 1885258 | 100 | 2,352.00 | Y |
| 158676 AMUS | 1-Nov-05 | 550034148 | 1887569 | 100 | 56,304.00 | Y |
| 158793 AMUS | 5-Nov-05 | 550025493 | 1889216 | 100 | 784 | Y |
| 158794 AMUS | 5-Nov-05 | 550025494 | 1889605 | 100 | 3,920.00 | Y |
| 158795 AMUS | 5-Nov-05 | 550034148 | 1889406 | 100 | 25,704.00 | Y |
| 158900 AMUS | 7-Oct-05 | 550023090 | 1890896 | 100 | 7,344.00 | Y |
| 158901 AMUS | 6-Nov-05 | 550025493 | 1891212 | 100 | 15,680.00 | Y |
| 158902 AMUS | 6-Nov-05 | 550025494 | 1891211 | 100 | 18,816.00 | Y |
| 159000 AMUS | 7-Nov-05 | 550034148 | 1892601 | 100 | 12,240.00 | Y |
| 159231 AMUS | 12-Nov-05 | 550025494 | 1897474 | 100 | 5,488.00 | Y |
| 159382 AMUS | 13-Nov-05 | 550025493 | 1899106 | 100 | 28,224.00 | Y |
| 159383 AMUS | 13-Nov-05 | 550025494 | 1899110 | 100 | 3,920.00 | Y |
| 159384 AMUS | 13-Nov-05 | 550034148 | 1899108 | 100 | 4,896.00 | Y |
| 159385 AMUS | 13-Nov-05 | 550023090 | 1899109 | 100 | 6,120.00 | Y |
| 159725 AMUS | 19-Nov-05 | 550034148 | 1905008 | 100 | 34,272.00 | Y |
| 159821 AMUS | 20-Nov-05 | 550025493 | 1906689 | 100 | 22,736.00 | Y |
| 159822 AMUS | 20-Nov-05 | 550025494 | 1906687 | 100 | 12,544.00 | Y |
| 159823 AMUS | 20-Nov-05 | 550034148 | 1906674 | 100 | 80,784.00 | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| 159824 | AMUS | 20-Nov-05 | 550023090 | 1906630 | 100 | 30,464.00 | Y |
| 159921 | AMUS | 21-Nov-05 | 550034148 | 1908114 | 100 | 4,896.00 | Y |
| 159922 | AMUS | 21-Nov-05 | 550023090 | 1908115 | 100 | 6,120.00 | Y |
| 160092 | AMUS | 22-Nov-05 | 550034148 | 1910755 | 100 | 9,792.00 | Y |
| 160093 | AMUS | 22-Nov-05 | 550023090 | 1710770 | 100 | 6,120.00 | Y |
| 160269 | AMUS | 27-Nov-05 | 550025493 | 1914736 | 100 | 15,680.00 | Y |
| 160270 | AMUS | 27-Nov-05 | 550025494 | 1914574 | 100 | 7,056.00 | Y |
| 160272 | AMUS | 27-Nov-05 | 550023090 | 1915222 | 22.5 | 1,104.00 | Y |
| 160370 | AMUS | 28-Nov-05 | 550025493 | 1916335 | 100 | 9,408.00 | Y |
| 160371 | AMUS | 28-Nov-05 | 550034148 | 1916532 | 100 | 37,944.00 | Y |
| 160788 | AMUS | 4-Dec-05 | 550023090 | 1923105 | 100 | 1,224.00 | Y |
| 161127 | AMUS | 6-Dec-05 | 550034148 | 1926835 | 100 | 13,464.00 | Y |

1,188,753.85

| | | | | | | |
|---|---|---|---|---|---|---|
| 105507 | AMUS | 5-Oct-03 | | 280012 | 33 | 3,828.00 |
| 111421 | AMUS | 25-Dec-03 | 485452 | 298312 | 77.7 | 5,071.50 Y |
| 112198 | AMUS | 4-Jan-04 | 485452 | 319709 | 67.9 | 4,428.00 Y |
| 112784 | AMUS | 14-Jan-04 | 485452 | 341484 | 100 | 2,040.00 Y |
| 113554 | AMUS | 28-Jan-04 | 486670 | 368705 | 50 | 870 Y |
| 113751 | AMUS | 30-Jan-04 | 460067 | 376767 | 71.1 | 3,630.00 Y |
| 114060 | AMUS | 6-Feb-04 | 550042500 | 390683 | 73.5 | 3,602.50 N PARTIAL PAY |
| 116260 | AMUS | 6-Mar-04 | 550039977 | 461583 | 80 | 826.56 N PARTIAL PAY |
| 119655 | AMUS | 23-Apr-04 | 550039944 | 576672 | 30.7 | 1,304.00 N PARTIAL PAY |
| 120758 | AMUS | 5-May-04 | 550040714 | 611458 | 16.7 | 766.14 N PARTIAL PAY |
| 121665 | AMUS | 16-May-04 | 550040714 | 647621 | 21.1 | 1,472.50 N PARTIAL PAY |
| 128238 | AMUS | 11-Aug-04 | 550040714 | 934745 | 16.4 | 1,602.50 N PARTIAL PAY |
| 129320 | AMUS | 22-Aug-04 | 450063994 | 974667 | 100 | 4,760.00 Y |
| 131612 | AMUS | 19-Sep-04 | 550040714 | 1064485 | 80 | 7,200.00 N PARTIAL PAY |
| 143159 | AMUS | 27-Feb-05 | 550039892 | 1377664 | 50 | 514.08 Y |
| 143657 | AMUS | 6-Mar-05 | 550042500 | 1386248 | 44.8 | 1,320.00 Y |
| 143659 | AMUS | 6-Mar-05 | 550040714 | 1386250 | 35.4 | 3,825.00 Y |
| 144991 | AMUS | 25-Mar-05 | 550042500 | 13856533 | 100 | 2,940.00 Y |
| 145281 | AMUS | 26-Apr-05 | 550070811 | 1412482 | 100 | 1,500.00 Y |
| 145354 | AMUS | 30-Mar-05 | 550040714 | 1414952 | 44.4 | 5,580.00 Y |
| 146610 | AMUS | 15-Apr-05 | 550042500 | 1443933 | 100 | 8,820.00 Y |
| 146655 | AMUS | 15-Apr-05 | 550039977 | 1443934 | 100 | 619.92 Y |
| 147685 | AMUS | 29-Apr-05 | 550042734 | 1472650 | 53.9 | 1,504.80 Y |
| 152205 | AMUS | 2-Aug-05 | 550039892 | 1646030 | 100 | 257.04 Y |
| 152256 | AMUS | 5-Aug-05 | 550039892 | 1649811 | 100 | 257.04 Y |
| 153134 | AMUS | 14-Aug-05 | 550042500 | 1683276 | 21.6 | 3,920.00 Y |
| 153227 | AMUS | 16-Jul-05 | 550045912 | 1686474 | 100 | 2,100.00 Y |
| 155373 | AMUS | 16-Sep-05 | 550040714 | 1782699 | 60 | 5,400.00 Y |
| 155838 | AMUS | 23-Sep-05 | 550040714 | 1800780 | 100 | 1,960.00 Y |
| 155894 | AMUS | 24-Sep-05 | 550039977 | 1805727 | 100 | 619.92 Y |
| 155971 | AMUS | 25-Sep-05 | 550042366 | 1807569 | 100 | 730 Y |
| 155972 | AMUS | 26-Aug-05 | 550045391 | 1807572 | 54.9 | 890 N |
| 155973 | AMUS | 25-Sep-05 | 550039977 | 1807109 | 100 | 826.56 Y |
| 155974 | AMUS | 25-Sep-05 | 550042500 | 1807107 | 100 | 490 Y |
| 156049 | AMUS | 26-Sep-05 | 550042500 | 1811626 | 100 | 980 Y |
| 156050 | AMUS | 26-Sep-05 | 550042734 | 1811162 | 100 | 2,092.50 Y |
| 156051 | AMUS | 27-Aug-05 | 550040714 | 1810721 | 100 | 9,000.00 Y |
| 156270 | AMUS | 31-Aug-05 | 550045391 | 1821549 | 100 | 540 Y |
| 156271 | AMUS | 30-Sep-05 | 550042734 | 1821098 | 100 | 697.5 Y |
| 156272 | AMUS | 31-Aug-05 | 550041849 | 1821529 | 100 | 1,566.00 Y |
| 156273 | AMUS | 31-Aug-05 | 550041849 | 1821528 | 100 | 222 Y |
| 156274 | AMUS | 30-Sep-05 | 550040714 | 1821530 | 100 | 4,185.00 Y |
| 156458 | AMUS | 2-Oct-05 | 550042500 | 1828250 | 100 | 980 Y |
| 156459 | AMUS | 2-Oct-05 | 550042734 | 1828249 | 100 | 2,092.50 Y |
| 156770 | AMUS | 4-Sep-05 | 550040714 | 1840601 | 100 | 9,000.00 Y |
| 156771 | AMUS | 4-Sep-05 | 550040717 | 1838478 | 100 | 1,560.00 Y |
| 156848 | AMUS | 7-Sep-05 | 550045391 | 1843484 | 100 | 540 Y |
| 156850 | AMUS | 7-Oct-05 | 550042734 | 1843902 | 100 | 697.5 Y |
| 156852 | AMUS | 7-Sep-05 | 550040714 | 1843905 | 100 | 1,395.00 Y |
| 156853 | AMUS | 7-Oct-05 | 550040714 | 1843904 | 100 | 6,975.00 Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| 156925 AMUS | 8-Oct-05 | 550042497 | 1847635 | 100 | 206.64 | Y |
| 156926 AMUS | 8-Oct-05 | 550042734 | 1847635 | 100 | 4,882.50 | Y |
| 156999 AMUS | 9-Oct-05 | 550042500 | 1850268 | 100 | 490 | Y |
| 157000 AMUS | 9-Oct-05 | 550042734 | 1850269 | 100 | 2,790.00 | Y |
| 157098 AMUS | 10-Oct-05 | 550042500 | 1852674 | 100 | 980 | Y |
| 157099 AMUS | 10-Oct-05 | 550042734 | 1852913 | 100 | 2,790.00 | Y |
| 157240 AMUS | 11-Sep-05 | 550045391 | 1856031 | 100 | 540 | Y |
| 157241 AMUS | 11-Oct-05 | 550042500 | 1855768 | 100 | 490 | Y |
| 157242 AMUS | 11-Oct-05 | 550042734 | 1855770 | 100 | 3,487.50 | Y |
| 157243 AMUS | 11-Sep-05 | 550040714 | 1856034 | 100 | 9,000.00 | Y |
| 157290 AMUS | 14-Oct-05 | 550042734 | 1859039 | 100 | 1,395.00 | Y |
| 157291 AMUS | 14-Sep-05 | 550041849 | 1859278 | 50 | 1,044.00 | Y |
| 157292 AMUS | 14-Oct-05 | 550040714 | 1859037 | 100 | 4,185.00 | Y |
| 157293 AMUS | 14-Oct-05 | 550040714 | 1858799 | 100 | 2,450.00 | Y |
| 157350 AMUS | 15-Oct-05 | 550042500 | 1861007 | 100 | 980 | Y |
| 157472 AMUS | 16-Oct-05 | 550039977 | 1862573 | 100 | 206.64 | Y |
| 157473 AMUS | 16-Oct-05 | 550042500 | 1862571 | 100 | 980 | Y |
| 157474 AMUS | 16-Oct-05 | 550042734 | 1862572 | 100 | 2,092.50 | Y |
| 157668 AMUS | 17-Oct-05 | 550039977 | 1865017 | 100 | 1,033.20 | Y |
| 157669 AMUS | 17-Oct-05 | 550042734 | 1864327 | 100 | 2,790.00 | Y |
| 157670 AMUS | 17-Oct-05 | 550042734 | 1864792 | 100 | 2,790.00 | Y |
| 157742 AMUS | 18-Oct-05 | 550042500 | 1866993 | 100 | 980 | Y |
| 157743 AMUS | 18-Oct-05 | 550042734 | 1867235 | 100 | 2,790.00 | Y |
| 157768 AMUS | 18-Sep-05 | 550040714 | 1867454 | 100 | 10,800.00 | Y |
| 157800 AMUS | 21-Oct-05 | 550042734 | 1868667 | 100 | 3,487.50 | Y |
| 157802 AMUS | 21-Oct-05 | 550040714 | 1868401 | 100 | 3,487.50 | Y |
| 157928 AMUS | 23-Oct-05 | 550042500 | 1872773 | 100 | 1,470.00 | Y |
| 157929 AMUS | 23-Oct-05 | 550042734 | 1872410 | 100 | 17,437.50 | Y |
| 158004 AMUS | 24-Oct-05 | 550042500 | 1874936 | 100 | 490 | Y |
| 158005 AMUS | 24-Oct-05 | 550042734 | 1874937 | 100 | 4,882.50 | Y |
| 158206 AMUS | 25-Sep-05 | 550052024 | 1877090 | 100 | 1,100.00 | Y |
| 158207 AMUS | 25-Oct-05 | 550042500 | 1876903 | 100 | 490 | Y |
| 158208 AMUS | 25-Oct-05 | 550042734 | 1876901 | 100 | 4,185.00 | Y |
| 158209 AMUS | 25-Sep-05 | 550040714 | 1876904 | 100 | 9,000.00 | Y |
| 158210 AMUS | 25-Sep-05 | 550040717 | 1876902 | 50 | 1,040.00 | Y |
| 158211 AMUS | 25-Sep-05 | 550045912 | 1876900 | 50 | 1,050.00 | Y |
| 158250 AMUS | 28-Oct-05 | 550042500 | 1878954 | 100 | 980 | Y |
| 158251 AMUS | 28-Oct-05 | 550042734 | 1879142 | 100 | 3,487.50 | Y |
| 158252 AMUS | 28-Sep-05 | 550041849 | 1879143 | 100 | 1,218.00 | Y |
| 158253 AMUS | 28-Oct-05 | 550040714 | 1878955 | 100 | 6,975.00 | Y |
| 158254 AMUS | 28-Oct-05 | 550040714 | 1878953 | 100 | 2,450.00 | Y |
| 158325 AMUS | 29-Oct-05 | 550042500 | 1881032 | 100 | 490 | Y |
| 158406 AMUS | 30-Oct-05 | 550042500 | 1882753 | 100 | 980 | Y |
| 158407 AMUS | 30-Oct-05 | 550042734 | 1882929 | 100 | 2,790.00 | Y |
| 158513 AMUS | 31-Oct-05 | 550042734 | 1884546 | 100 | 2,790.00 | Y |
| 158715 AMUS | 2-Oct-05 | 550052024 | 1886842 | 100 | 1,100.00 | Y |
| 158716 AMUS | 1-Nov-05 | 550042734 | 1886621 | 100 | 2,092.50 | Y |
| 158717 AMUS | 2-Oct-05 | 550040714 | 1886623 | 100 | 10,800.00 | Y |
| 158718 AMUS | 1-Nov-05 | 550040714 | 1886624 | 100 | 14,400.00 | Y |
| 158719 AMUS | 1-Nov-05 | 550040714 | 1886622 | 100 | 1,960.00 | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| 158818 AMUS | 5-Nov-05 | 550042734 | 1889214 | 100 | 2,790.00 | Y |
| 158925 AMUS | 6-Nov-05 | 550042734 | 1890898 | 100 | 2,092.50 | Y |
| 159182 AMUS | 8-Nov-05 | 550042500 | 1894242 | 100 | 2,450.00 | Y |
| 159183 AMUS | 8-Nov-05 | 550040714 | 1894084 | 100 | 7,200.00 | Y |
| 159184 AMUS | 9-Oct-05 | 550040717 | 1895670 | 100 | 2,080.00 | Y |
| 159218 AMUS | 11-Nov-05 | 550042500 | 1894423 | 100 | 980 | Y |
| 159219 AMUS | 12-Oct-05 | 550041849 | 1895671 | 100 | 1,392.00 | Y |
| 159220 AMUS | 11-Nov-05 | 550040714 | 1895516 | 100 | 2,450.00 | Y |
| 159271 AMUS | 12-Nov-05 | 550042500 | 1896993 | 100 | 490 | Y |
| 159272 AMUS | 12-Nov-05 | 550042734 | 1896990 | 100 | 697.5 | Y |
| 159404 AMUS | 13-Nov-05 | 550042366 | 1898903 | 100 | 730 | Y |
| 159405 AMUS | 14-Oct-05 | 550052024 | 1898916 | 100 | 1,100.00 | Y |
| 159406 AMUS | 13-Nov-05 | 550042500 | 1898724 | 100 | 6,860.00 | Y |
| 159407 AMUS | 13-Nov-05 | 550042734 | 1898727 | 100 | 2,790.00 | Y |
| 159470 AMUS | 15-Oct-05 | 550045391 | 1900207 | 100 | 540 | Y |
| 159471 AMUS | 14-Nov-05 | 550042500 | 1900214 | 100 | 1,960.00 | Y |
| 159472 AMUS | 14-Nov-05 | 550042734 | 1900209 | 100 | 4,185.00 | Y |
| 159473 AMUS | 14-Nov-05 | 450135210 | 1900726 | 100 | 1,295.40 | Y |
| 159646 AMUS | 15-Nov-05 | 550042500 | 1901348 | 100 | 1,960.00 | Y |
| 159647 AMUS | 15-Nov-05 | 550040714 | 1901347 | 100 | 9,000.00 | Y |
| 159690 AMUS | 18-Nov-05 | 550042500 | 1903087 | 100 | 980 | Y |
| 159691 AMUS | 18-Nov-05 | 550042734 | 1903274 | 100 | 2,790.00 | Y |
| 159692 AMUS | 19-Oct-05 | 550041849 | 1903265 | 100 | 1,392.00 | Y |
| 159746 AMUS | 19-Nov-05 | 550042500 | 1904802 | 100 | 980 | Y |
| 159747 AMUS | 19-Nov-05 | 550042734 | 1904608 | 100 | 3,487.50 | Y |
| 159850 AMUS | 20-Nov-05 | 550042500 | 1906117 | 100 | 490 | Y |
| 159851 AMUS | 20-Nov-05 | 550042734 | 1906118 | 100 | 2,790.00 | Y |
| 159934 AMUS | 21-Nov-05 | 550042500 | 1907773 | 100 | 2,450.00 | Y |
| 159935 AMUS | 21-Nov-05 | 550042734 | 1907772 | 100 | 2,790.00 | Y |
| 160063 AMUS | 22-Nov-05 | 550042500 | 1910221 | 100 | 980 | Y |
| 160064 AMUS | 22-Nov-05 | 550042734 | 1910218 | 100 | 4,185.00 | Y |
| 160135 AMUS | 25-Nov-05 | 550042500 | 1911803 | 100 | 490 | Y |
| 160136 AMUS | 25-Nov-05 | 550042734 | 1911807 | 100 | 2,092.50 | Y |
| 160138 AMUS | 25-Nov-05 | 550040714 | 1911806 | 100 | 2,450.00 | Y |
| 160189 AMUS | 26-Nov-05 | 550042500 | 1913055 | 100 | 980 | Y |
| 160190 AMUS | 26-Nov-05 | 550042734 | 1913056 | 100 | 4,185.00 | Y |
| 160289 AMUS | 28-Oct-05 | 550052024 | 1914392 | 100 | 1,100.00 | Y |
| 160290 AMUS | 27-Nov-05 | 550042500 | 1914391 | 100 | 1,960.00 | Y |
| 160291 AMUS | 27-Nov-05 | 550042734 | 1914390 | 100 | 3,487.50 | Y |
| 160292 AMUS | 27-Nov-05 | 550039147 | 1914892 | 100 | 744 | Y |
| 160378 AMUS | 28-Nov-05 | 550042500 | 1916330 | 100 | 1,470.00 | Y |
| 160379 AMUS | 28-Nov-05 | 550042734 | 1916329 | 100 | 6,277.50 | Y |
| 160563 AMUS | 29-Nov-05 | 550042500 | 1917856 | 100 | 980 | Y |
| 160564 AMUS | 29-Nov-05 | 550042734 | 1918012 | 100 | 5,580.00 | Y |
| 160642 AMUS | 2-Dec-05 | 550042500 | 1920097 | 100 | 1,470.00 | Y |
| 160643 AMUS | 2-Dec-05 | 550042734 | 1920096 | 100 | 2,790.00 | Y |
| 160700 AMUS | 3-Dec-05 | 550042500 | 1922199 | 100 | 1,470.00 | Y |
| 160701 AMUS | 3-Dec-05 | 550042734 | 1922197 | 100 | 2,790.00 | Y |

```
                                       ---------------- ----------------
                              Total:       475,920.69
```