UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                              Chapter 11
                                                                    Case No. 05-44481 (RDD)
DELPHI CORPORATION, <u>et al.</u>,                                  (Jointly Administered)

                         Debtors.    **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------------X
STATE OF NEW YORK    )
                      ) SS.:
COUNTY OF ROCKLAND )

    Leah Marie Tosh, being sworn, states, I am not a party to the action, am over 18 years of age and reside at Valley Cottage, New York.

    On January 17, 2008, I served a true copy of the annexed **RESPONSE BY ALLEGRO MICROSYSTEMS, INC. TO DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502(b) AND FED.R.BANKR.P. 3007 TO (A) DUPLICATE OR AMENDED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND CLAIMS SUBJECT TO MODIFICATION THAT IS SUBJECT TO PRIOR ORDER** by depositing the same with an overnight delivery service (FEDERAL EXPRESS) in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

DELPHI CORPORATION, Debtor            OFFICE OF U.S. TRUSTEE
Attn.: General Counsel                     33 Whitehall St., Suite 2100
5725 Delphi Drive                            New York, N.Y. 10004
Troy, MI 48098

SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
Attorneys for Debtor
Attn.: John William Butler, Jr., Esq.
       John K. Lyons, Esq.
       Joseph N. Wharton, Esq.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

                                                        _____/S/_____
                                                        LEAH MARIE TOSH

Sworn to before me this
17th day of January, 2008
_____./S/_____
NOTARY PUBLIC
ELIZABETH A. HAAS

No. 44-4663616
Ex. 10/31/09