**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------X
In re:                                        Chapter 11
                                              Case No. 05-44481 (rdd)
**Delphi Corporation., *et al.***             Jointly Administered

                Debtors
---------------------------X

### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO
A PROTECTIVE ORDER OF THE BANKRUPTCY COURT DATED DECEMBER 21,
2007, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.