**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                        Chapter 11

                                                              Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                    Jointly Administered

                        Debtors

------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Mary F. Caloway, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Mary F. Caloway, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  January 17, 2008
        New York, New York

                                            /s/Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE