**Hearing Date and Time: January 25, 2008 at 10:00 a.m.**
**Response Date and Time: January 18, 2008 at 4:00 p.m.**

BENESCH FRIEDLANDER COPLAN &
ARONOFF LLP
Stuart A. Laven, Jr. (SL-9838)
Christopher P. Reuscher
David M. Neumann
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4500

Attorneys for CF Special Situation Fund I, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| DELPHI CORPORATION, et. al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**RESPONSE OF CF SPECIAL SITUATION FUND I, L.P. TO DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. 502(b) AND FED. R. BANKR. P. 2007 TO (A) DUPLICATE OR AMENDED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND CLAIM SUBJECT TO MODIFICATION THAT IS SUBJECT TO PRIOR ORDER**

| | |
|---|---|
| Claimant: | CF Special Situation Fund I, L.P. |
| Claim No: | 11777 |
| Date Claim Filed: | July 27, 2006 |
| Asserted Claim Amount: | $516,441.65 |
| Basis For Debtor's Objection: | Modified Claim (Exhibit D-1) |
| Debtor's Proposed Treatment of Claim: | Unsecured Allowed: $194,475.66 |

For its response ("Response") to the Debtors' Twenty-Fourth Omnibus Claims Objection (the "Twenty-Fourth Omnibus Claims Objection") to its Claim No. 11777 (the "Disputed Claim"), CF Special Situation Fund I, L.P. ("CF") states as follows:

## BACKGROUND

1. For several years prepetition, Park-Ohio Products, Inc. ("Park-Ohio") supplied Delphi Corp. and various of its affiliates and divisions (collectively, "Delphi") with components for a number of Delphi's auto parts programs.

2. In the course of supplying Delphi with components, Park-Ohio extended Delphi credit on ordinary trade credit terms. As of the date of the commencement of Delphi's chapter 11 cases, various obligations of Delphi to Park-Ohio remained unpaid.

3. In or about June 2006, Park-Ohio assigned certain of Delphi's outstanding obligations to Park Ohio to CF. Following the Assignment, on or about July 27, 2006, CF filed a proof of claim evidencing its Disputed Claim against Delphi pursuant to these assigned obligations.

4. In or about October 2006, in response to a request by Delphi, Park-Ohio delivered substantial and voluminous documentation supporting and evidencing the Disputed Claim. The invoices and delivery documents provided to Delphi are summarized on Exhibit A hereto.

## RESPONSE

5. In the Twenty-Fourth Omnibus Objection, the Debtors object to the Disputed Claim as follows:

| Claimant | Claim No. | Asserted Amount | Proposed Allowed Amount per Objection | Stated Basis for Objection |
|---|---|---|---|---|
| CF Special Situation Fund I, L.P. | 11777 | $516,441.65 | Unsecured Allowed: $194,475.66 | Modified Claim (Exhibit D-1) |

For the reasons set forth more fully below, CF disputes the Debtors' proposed treatment of the Disputed Claim and requests that the Court overrule the Twenty-Fourth Omnibus Objection.

**The Debtors' Have Failed to Meet Their Burden of Proof**

6. The Twenty-Fourth Omnibus Objection fails to meet the Debtors' burden in challenging the proof of claim CF filed in respect of the Disputed Claim, which proof of claim is prima facie evidence of the Disputed Claim pursuant to Bankruptcy Rule 3001(f).

7. A timely and properly filed proof of claim constitutes prima facie evidence of the claim's validity and amount. *See* Fed. R. Bankr. P. 3001(f); *see also McGee v. O'Connor (In re O'Connor)*, 153 F.3d 258, 260-26 1 (5th Cir. 1998); *In re Mid-Am. Waste Sys., Inc.*, 284 B.R. 53, 65 (Bankr. D. Del. 2002) ("A claimant filing a proof of claim must allege facts sufficient to support a legal basis for the claim. If the assertions in the filed claim meet this standard of sufficiency, the claim is prima facie valid pursuant to Fed. R. Bankr. P. 3001(f).").

8. A party objecting to a timely and properly filed proof of claim bears the initial burden of presenting "enough evidence to overcome the prima facie effect of the claim." *O'Connor*, 153 F.3d at 261; *In re Mid-Am. Waste Sys., Inc.*, 284 B.R. at 65. The objector must "produce evidence tending to defeat the claim that is of a probative force equal to that of the creditor's proof of claim." *See In re Simmons*, 765 F.2d 547, 552 (5th Cir. 1985); *In re Alleghany Int'l, Inc.*, 954 F.2d 167, 173 (3d Cir. 1992) (objector must present evidence that is "equal in force" to the prima facie evidence supporting the claim).

9. By merely demanding that the Disputed Claim be disallowed, in part, the Debtors have not met their burden of presenting "enough evidence" to overcome the presumptive validity of the Disputed Claim. For these reasons, this Court should overrule the Twenty-Fourth Omnibus Objection as to the Disputed Claim.

**Park-Ohio Has Already Supplied Documentation of the Disputed Claim**

10. The amount and validity of the Disputed Claim is supported by invoices and other documents Park-Ohio has already delivered to Delphi, and which CF will proffer in support of the Disputed Claim at or in advance of an evidentiary hearing thereon in accordance with further orders of the Court. Thus, CF has sustained and will further sustain its minimal burden under Bankruptcy Code sections 501 and 502 and Bankruptcy Rules 3001 and 3003.

11. In light of Park-Ohio's prior delivery of voluminous documentary support for the Disputed Claim, CF requests that the Court relieve CF of the requirement in the Claims Objection Procedures Order[1] that supporting documents be attached to this Response (to the extent, if at all, such requirement remains applicable to CF under the circumstances; CF submits that such requirement is not applicable). CF requests that any further document exchanges be conducted pursuant to formal discovery under the applicable Federal Rules of Civil Procedure.

**RESERVATION OF RIGHTS**

12. CF reserves all of its rights, claims, counterclaims, defenses and remedies under the Bankruptcy Code and other applicable law.

[1] As such term is defined in the Twenty-Fourth Omnibus Objection.

WHEREFORE, CF respectfully requests that the Court overrule the Twenty-Fourth Omnibus Objection as to the Disputed Claim and grant CF such other relief as the Court deems just and proper.

Dated: Cleveland, OH
January 17, 2008

Respectfully submitted,

/s/ Stuart A. Laven, Jr.
Stuart A. Laven, Jr.
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
Stuart A. Laven, Jr. (SL-9838)
Christopher P. Reuscher
David M. Neumann
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4500
slaven@bfca.com
creuscher@bfca.com
dneumann@bfca.com

Attorneys for CF Special Situation Fund I, L.P.

**Certificate of Service**

The foregoing Response of CF Special Situation Fund I, L.P. was sent to the following on January 17, 2008:

Original in hard copy form by Federal Express to:

Honorable Robert D. Drain
United State Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Copy in Paper Form by Federal Express to:

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Attn: John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Attn: General Counsel

/s/ Stuart A. Laven, Jr.

**Exhibit A**

See attached 7 pages for list of invoices comprising Assigned Claims

Park Ohio Products, Inc.
Delphi Schedule of Open AR prior to 8/17/05 with Disputed Items Eliminated

6/21/2006

| Type | Invoice | Chk/Ref | Inv Date | Due/Pmnt Date | Detail | Remaining Open Total by Invoice |
|---|---|---|---|---|---|---|
| I | 154745 | | 08/30/03 | 09/29/03 | 1,000.00 | 1,000.00 |
| I | 154746 | | 08/30/03 | 09/29/03 | 1,000.00 | 1,000.00 |
| I | 155167 | | 10/03/03 | 11/02/03 | 2,800.00 | 2,653.00 |
| P | 155167 | 417675 | | 12/09/03 | (147.00) | |
| I | 155279 | | 10/14/03 | 11/13/03 | 2,236.00 | 2,118.61 |
| P | 155279 | 417675 | | 12/09/03 | (117.39) | |
| I | 155300 | | 10/15/03 | 11/14/03 | 2,295.00 | 1,530.00 |
| P | 155300 | 517762 | | 12/08/03 | (765.00) | |
| I | 155327 | | 10/16/03 | 11/15/03 | 1,803.75 | 962.00 |
| P | 155327 | 517762 | | 12/08/03 | (841.75) | |
| I | 155347 | | 10/17/03 | 11/16/03 | 551.52 | 551.52 |
| I | 155393 | | 10/21/03 | 11/20/03 | 777.60 | 214.65 |
| P | 155393 | 422732 | | 01/13/04 | (562.95) | |
| I | 155456 | | 10/24/03 | 11/23/03 | 3,500.00 | 3,500.00 |
| I | 155459 | | 10/24/03 | 11/23/03 | 250.00 | 250.00 |
| I | 155488 | | 10/28/03 | 11/27/03 | 4,810.00 | 3,246.75 |
| P | 155488 | 417675 | | 12/09/03 | (1,563.25) | |
| I | 155559 | | 11/01/03 | 12/01/03 | 250.00 | 204.65 |
| P | 155559 | 422732 | | 01/13/04 | (45.35) | |
| I | 155683 | | 11/11/03 | 12/11/03 | 637.50 | 637.50 |
| I | 156160 | | 12/10/03 | 01/09/04 | 2,064.00 | 1,955.64 |
| P | 156160 | 427583 | | 02/12/04 | (108.36) | |
| I | 156204 | | 12/12/03 | 01/11/04 | 2,400.00 | 2,274.00 |
| P | 156204 | 427583 | | 02/12/04 | (126.00) | |
| I | 156260 | | 12/16/03 | 01/15/04 | 3,696.30 | 3,507.30 |
| P | 156260 | 427583 | | 02/12/04 | (189.00) | |
| I | 156283 | | 12/17/03 | 01/16/04 | 1,376.00 | 1,303.76 |
| P | 156283 | 427583 | | 02/12/04 | (72.24) | |
| I | 156324 | | 12/18/03 | 01/17/04 | 77.00 | 77.00 |
| I | 156400 | | 12/23/03 | 01/22/04 | 1,407.84 | 1,407.84 |
| I | 156495 | | 01/06/04 | 02/05/04 | 778.61 | 908.39 |
| D | 156495 | 1 | 03/03/04 | 04/02/04 | 908.39 | |
| P | 156495 | 432722 | | 04/06/04 | (778.61) | |
| I | 156580 | | 01/12/04 | 02/11/04 | 778.61 | 908.39 |
| D | 156580 | 1 | 03/03/04 | 04/02/04 | 908.39 | |
| P | 156580 | 432722 | | 04/06/04 | (778.61) | |
| I | 156663 | | 01/19/04 | 02/18/04 | 778.61 | 908.39 |
| D | 156663 | 1 | 03/03/04 | 04/02/04 | 908.39 | |
| P | 156663 | 432722 | | 04/06/04 | (778.61) | |
| I | 156902 | | 02/02/04 | 03/03/04 | 1,401.50 | 1,635.10 |
| D | 156902 | 1 | 03/03/04 | 04/02/04 | 1,635.10 | |
| P | 156902 | 442935 | | 05/07/04 | (1,401.50) | |
| I | 156954 | | 02/05/04 | 03/06/04 | 2,000.00 | 2,000.00 |
| I | 157025 | | 02/09/04 | 03/10/04 | 667.38 | 441.74 |
| D | 157025 | 1 | 03/03/04 | 04/02/04 | 441.74 | |
| P | 157025 | 442935 | | 05/07/04 | (667.38) | |
| I | 157026 | | 02/09/04 | 03/10/04 | 622.89 | 726.71 |
| D | 157026 | 1 | 03/03/04 | 04/02/04 | 726.71 | |
| P | 157026 | 442935 | | 05/07/04 | (622.89) | |

Park Ohio Products, Inc.
Delphi Schedule of Open AR prior to 8/17/05 with Disputed Items Eliminated

6/21/2006

| Type | Invoice | Chk/Ref | Inv Date | Due/Pmnt Date | Detail | Remaining Open Total by Invoice |
|---|---|---|---|---|---|---|
| I | 157099 | | 02/16/04 | 03/17/04 | 934.33 | 700.76 |
| D | 157099 | 1 | 03/03/04 | 04/02/04 | 700.76 | |
| P | 157099 | 442935 | | 05/07/04 | (934.33) | |
| I | 157207 | | 02/23/04 | 03/24/04 | 176.40 | 176.40 |
| I | 157670 | | 03/26/04 | 04/25/04 | 4,095.00 | 195.00 |
| P | 157670 | 442935 | | 05/07/04 | (3,900.00) | |
| I | 157671 | | 03/26/04 | 04/25/04 | 4,095.00 | 195.00 |
| P | 157671 | 442935 | | 05/07/04 | (3,900.00) | |
| P | Open | 442935 | | 05/07/04 | 193.19 | 193.19 |
| I | 157990 | | 04/19/04 | 05/19/04 | 1,835.82 | 1,223.88 |
| P | 157990 | 452657 | | 07/06/04 | (441.00) | |
| P | 157990 | 9E+08 | | 01/24/05 | (170.94) | |
| I | 158138 | | 04/28/04 | 05/28/04 | 3,465.00 | 105.00 |
| P | 158138 | 456903 | | 08/05/04 | (3,360.00) | |
| I | 158330 | | 05/13/04 | 06/12/04 | 764.40 | 764.40 |
| I | 158401 | | 05/18/04 | 06/17/04 | 128.52 | 128.52 |
| I | 158429 | | 05/19/04 | 06/18/04 | 2,925.00 | 2,485.17 |
| P | 158429 | 456903 | | 08/05/04 | (439.83) | |
| I | 158451 | | 05/20/04 | 06/19/04 | 169.00 | 143.59 |
| P | 158451 | 456903 | | 08/05/04 | (25.41) | |
| I | 159085 | | 06/28/04 | 07/28/04 | 220.50 | 220.50 |
| I | 159961 | | 09/10/04 | 10/10/04 | 264.40 | 264.40 |
| I | 160199 | | 09/29/04 | 10/29/04 | 2,500.00 | 2,500.00 |
| I | 160200 | | 09/29/04 | 10/29/04 | 2,500.00 | 2,500.00 |
| I | 160313 | | 10/07/04 | 11/06/04 | 2,518.56 | 839.52 |
| P | 160313 | 480407 | | 01/25/05 | (1,679.04) | |
| I | 160630 | | 10/30/04 | 11/29/04 | 198.30 | 198.30 |
| I | 161383 | | 01/04/05 | 02/03/05 | 1,861.65 | (184.79) |
| P | 161383 | 494307 | | 04/07/05 | (2,046.44) | |
| I | 161391 | | 01/05/05 | 02/04/05 | 5,508.00 | 816.00 |
| P | 161391 | 494307 | | 04/07/05 | (3,672.00) | |
| P | 161391 | 673713 | | 09/30/05 | (1,020.00) | |
| I | 161460 | | 01/11/05 | 02/10/05 | 896.35 | 68.95 |
| P | 161460 | 494307 | | 04/07/05 | (827.40) | |
| I | 161526 | | 01/17/05 | 02/16/05 | 2,547.19 | 161.27 |
| P | 161526 | 494307 | | 04/07/05 | (2,385.92) | |
| I | 161542 | | 01/18/05 | 02/17/05 | 186.00 | (186.00) |
| P | 161542 | 494307 | | 04/07/05 | (372.00) | |
| I | 161571 | | 01/20/05 | 02/19/05 | 1,034.25 | (1,034.25) |
| P | 161571 | 494307 | | 04/07/05 | (2,068.50) | |
| I | 161672 | | 01/27/05 | 02/26/05 | 1,029.63 | (905.62) |
| P | 161672 | 498836 | | 05/05/05 | (1,935.25) | |
| I | 161715 | | 01/28/05 | 02/27/05 | 87.42 | 87.42 |
| I | 161736 | | 01/31/05 | 03/02/05 | 3,723.30 | (3,723.30) |
| P | 161736 | 498836 | | 05/05/05 | (7,446.60) | |
| I | 161754 | | 02/01/05 | 03/03/05 | 1,528.73 | (1,528.72) |
| P | 161754 | 498836 | | 05/05/05 | (3,057.45) | |
| I | 161846 | | 02/08/05 | 03/10/05 | 551.60 | 68.95 |
| P | 161846 | 498836 | | 05/05/05 | (482.65) | |

Park Ohio Products, Inc.
Delphi Schedule of Open AR prior to 8/17/05 with Disputed Items Eliminated

6/21/2006

| Type | Invoice | Chk/Ref | Inv Date | Due/Pmnt Date | Detail | Remaining Open Total by Invoice |
|---|---|---|---|---|---|---|
| I | 161875 | | 02/10/05 | 03/12/05 | 1,861.65 | (3,723.30) |
| P | 161875 | 498836 | | 05/05/05 | (5,584.95) | |
| I | 161877 | | 02/10/05 | 03/12/05 | 630.00 | (350.00) |
| P | 161877 | 494307 | | 04/07/05 | (980.00) | |
| I | 162036 | | 02/22/05 | 03/24/05 | 91.06 | 91.06 |
| I | 162042 | | 02/23/05 | 03/25/05 | 967.63 | (967.62) |
| P | 162042 | 503441 | | 06/07/05 | (1,935.25) | |
| I | 162110 | | 02/28/05 | 03/30/05 | 3,775.65 | (904.65) |
| P | 162110 | 503441 | | 06/07/05 | (4,680.30) | |
| I | 162552 | | 03/31/05 | 04/30/05 | 2,020.64 | 3.51 |
| P | 162552 | 507883 | | 07/08/05 | (2,017.13) | |
| I | 162576 | | 03/31/05 | 04/30/05 | 875.00 | (300.00) |
| P | 162576 | 503441 | | 06/07/05 | (1,175.00) | |
| I | 162577 | | 03/31/05 | 04/30/05 | 875.00 | (300.00) |
| P | 162577 | 503441 | | 06/07/05 | (1,175.00) | |
| I | 162648 | | 04/06/05 | 05/06/05 | 1,320.00 | 1,320.00 |
| I | 162649 | | 04/06/05 | 05/06/05 | 1,320.00 | 1,320.00 |
| I | 162672 | | 04/08/05 | 05/08/05 | 116.64 | 3.51 |
| P | 162672 | 507883 | | 07/08/05 | (113.13) | |
| I | 162916 | | 04/25/05 | 05/25/05 | 12,146.40 | (2,429.28) |
| C | 162916 | 1 | | 05/02/05 | (2,429.28) | |
| P | 162916 | 507883 | | 07/08/05 | (9,717.12) | |
| P | 162916 | 516649 | | 09/07/05 | (2,429.28) | |
| I | 163211 | | 04/29/05 | 05/29/05 | 14,575.68 | (86.76) |
| P | 163211 | 507883 | | 07/08/05 | (14,662.44) | |
| I | 163540 | | 05/20/05 | 06/19/05 | 1,980.00 | 990.00 |
| P | 163540 | 511767 | | 08/05/05 | (990.00) | |
| I | 163658 | | 05/26/05 | 06/25/05 | 967.71 | (30.24) |
| P | 163658 | 516649 | | 09/07/05 | (997.95) | |
| C | Open | 164302 | | 06/30/05 | (4,387.50) | (4,387.50) |
| I | 163718 | | 05/31/05 | 06/30/05 | 967.71 | (30.24) |
| P | 163718 | 516649 | | 09/07/05 | (997.95) | |
| I | 163759 | | 06/02/05 | 07/02/05 | 645.13 | (20.16) |
| P | 163759 | 516649 | | 09/07/05 | (665.29) | |
| I | 163863 | | 06/07/05 | 07/07/05 | 4,680.00 | 292.50 |
| P | 163863 | 511767 | | 08/05/05 | (4,387.50) | |
| P | Open | 5078831 | | 07/08/05 | (2,606.31) | (2,606.31) |
| I | 163959 | | 06/14/05 | 07/14/05 | 800.86 | 447.01 |
| P | 163959 | 516649 | | 09/07/05 | (353.85) | |
| I | 163973 | | 06/15/05 | 07/15/05 | 551.60 | 551.60 |
| I | 163997 | | 06/16/05 | 07/16/05 | 645.13 | (20.16) |
| P | 163997 | 516649 | | 09/07/05 | (665.29) | |
| I | 164081 | | 06/21/05 | 07/21/05 | 7,287.84 | 7,287.84 |
| I | 164091 | | 06/21/05 | 07/21/05 | 877.50 | 877.50 |
| I | 164175 | | 06/27/05 | 07/27/05 | 319.00 | 319.00 |
| I | 164231 | | 06/29/05 | 07/29/05 | 1,543.06 | 1,543.06 |
| I | 164266 | | 06/30/05 | 07/30/05 | 3,510.00 | 3,510.00 |
| I | 164271 | | 06/30/05 | 07/30/05 | 957.00 | 957.00 |
| I | 164313 | | 07/05/05 | 08/04/05 | 957.00 | 957.00 |

Park Ohio Products, Inc.
Delphi Schedule of Open AR prior to 8/17/05 with Disputed Items Eliminated

6/21/2006

| Type | Invoice | Chk/Ref | Inv Date | Due/Pmnt Date | Detail | Remaining Open Total by Invoice |
|---|---|---|---|---|---|---|
| I | 164326 | | 07/06/05 | 08/05/05 | 3,175.20 | 3,175.20 |
| I | 164327 | | 07/06/05 | 08/05/05 | 1,059.84 | 1,059.84 |
| I | 164330 | | 07/06/05 | 08/05/05 | 2,552.00 | (957.00) |
| P | 164330 | 676069 | | 10/04/05 | (3,509.00) | |
| I | 164369 | | 07/11/05 | 08/10/05 | 3,870.51 | (2,902.87) |
| P | 164369 | 676069 | | 10/04/05 | (6,773.38) | |
| I | 164372 | | 07/11/05 | 08/10/05 | 182.12 | 182.12 |
| I | 164379 | | 07/11/05 | 08/10/05 | 3,059.70 | 2,622.60 |
| P | 164379 | 676069 | | 10/04/05 | (437.10) | |
| I | 164411 | | 07/13/05 | 08/12/05 | 2,902.88 | 2,902.88 |
| I | 164529 | | 07/20/05 | 08/19/05 | 4,624.41 | 206.85 |
| P | 164529 | 676069 | | 10/04/05 | (4,417.56) | |
| I | 165160 | | 08/19/05 | 08/19/05 | - | (0.20) |
| C | 165160 | 1 | | 08/19/05 | (54.60) | |
| C | 165160 | 2 | | 08/19/05 | (952.00) | |
| C | 165160 | 3 | | 08/22/05 | (1,113.36) | |
| C | 165160 | 4 | | 08/22/05 | (774.61) | |
| P | 165160 | 471953 | | 11/09/04 | 774.61 | |
| P | 165160 | 500878 | | 05/27/05 | 1,113.16 | |
| P | 165160 | 4897121 | | 03/07/05 | 952.00 | |
| P | 165160 | 4922411 | | 04/05/05 | 54.60 | |
| I | 164584 | | 07/22/05 | 08/21/05 | 2,990.24 | 2,990.24 |
| I | 164613 | | 07/25/05 | 08/24/05 | 24,292.80 | (10,634.17) |
| C | 164613 | 1 | | 08/24/05 | (10,324.44) | |
| C | 164613 | 2 | | 09/15/05 | (309.73) | |
| P | 164613 | 676069 | | 10/04/05 | (24,292.80) | |
| I | 164633 | | 07/26/05 | 08/25/05 | 839.52 | 839.52 |
| I | 164634 | | 07/26/05 | 08/25/05 | 4,950.00 | 4,950.00 |
| I | 164635 | | 07/26/05 | 08/25/05 | 1,359.04 | 1,359.04 |
| I | 164636 | | 07/26/05 | 08/25/05 | 2,152.68 | 238.68 |
| P | 164636 | 676069 | | 10/04/05 | (1,914.00) | |
| I | 164637 | | 07/26/05 | 08/25/05 | 344.75 | 344.75 |
| I | 164638 | | 07/26/05 | 08/25/05 | 339.40 | 339.40 |
| I | 164640 | | 07/26/05 | 08/25/05 | 970.20 | 970.20 |
| I | 164641 | | 07/26/05 | 08/25/05 | 1,589.76 | 1,589.76 |
| I | 164660 | | 07/27/05 | 08/26/05 | 884.00 | 884.00 |
| I | 164661 | | 07/27/05 | 08/26/05 | 2,984.76 | 2,984.76 |
| I | 164662 | | 07/27/05 | 08/26/05 | 1,914.00 | 1,914.00 |
| I | 164664 | | 07/27/05 | 08/26/05 | 3,723.30 | 3,723.30 |
| I | 164665 | | 07/27/05 | 08/26/05 | 1,376.70 | 317.70 |
| P | 164665 | 676069 | | 10/04/05 | (1,059.00) | |
| I | 164666 | | 07/27/05 | 08/26/05 | 344.75 | 344.75 |
| I | 164687 | | 07/28/05 | 08/27/05 | 7,780.44 | 7,780.44 |
| I | 164688 | | 07/28/05 | 08/27/05 | 4,454.34 | 4,454.34 |
| I | 164689 | | 07/28/05 | 08/27/05 | 1,373.30 | 1,373.30 |
| I | 164690 | | 07/28/05 | 08/27/05 | 4,993.11 | 4,993.11 |
| I | 164691 | | 07/28/05 | 08/27/05 | 1,308.90 | 1,308.90 |
| I | 164692 | | 07/28/05 | 08/27/05 | 1,237.05 | 1,237.05 |
| I | 164708 | | 07/29/05 | 08/28/05 | 952.00 | 952.00 |

Park Ohio Products, Inc.
Delphi Schedule of Open AR prior to 8/17/05 with Disputed Items Eliminated

6/21/2006

| Type | Invoice | Chk/Ref | Inv Date | Due/Pmnt Date | Detail | Remaining Open Total by Invoice |
|---|---|---|---|---|---|---|
| I | 164709 | | 07/29/05 | 08/28/05 | 806.36 | 806.36 |
| I | 164710 | | 07/29/05 | 08/28/05 | 1,290.54 | 1,290.54 |
| I | 164713 | | 07/29/05 | 08/28/05 | 91.06 | 91.06 |
| I | 164716 | | 07/29/05 | 08/28/05 | 3,880.80 | 3,880.80 |
| I | 164735 | | 07/30/05 | 08/29/05 | 340.00 | 340.00 |
| I | 164736 | | 07/30/05 | 08/29/05 | 839.52 | 839.52 |
| I | 164737 | | 07/30/05 | 08/29/05 | 4,396.44 | 4,396.44 |
| I | 164738 | | 07/30/05 | 08/29/05 | 2,453.77 | 2,453.77 |
| I | 164739 | | 07/30/05 | 08/29/05 | 1,914.00 | 1,914.00 |
| I | 164741 | | 07/30/05 | 08/29/05 | 19,434.24 | 19,434.24 |
| I | 164742 | | 07/30/05 | 08/29/05 | 5,584.95 | 5,584.95 |
| I | 164743 | | 07/30/05 | 08/29/05 | 2,550.00 | 2,550.00 |
| I | 164744 | | 07/30/05 | 08/29/05 | 827.40 | 827.40 |
| I | 164745 | | 07/30/05 | 08/29/05 | 565.66 | 565.66 |
| I | 164746 | | 07/30/05 | 08/29/05 | 778.61 | 778.61 |
| I | 164747 | | 07/30/05 | 08/29/05 | 6,262.20 | 6,262.20 |
| I | 164762 | | 07/30/05 | 08/29/05 | 4,619.65 | 4,619.65 |
| I | 164763 | | 07/30/05 | 08/29/05 | 797.50 | 797.50 |
| I | 164765 | | 07/30/05 | 08/29/05 | 19,434.24 | 19,434.24 |
| I | 164781 | | 08/02/05 | 09/01/05 | 645.08 | 645.08 |
| I | 164782 | | 08/02/05 | 09/01/05 | 4,054.77 | 4,054.77 |
| I | 164789 | | 08/03/05 | 09/02/05 | 2,208.78 | 2,208.78 |
| I | 164790 | | 08/03/05 | 09/02/05 | 910.60 | 910.60 |
| I | 164791 | | 08/03/05 | 09/02/05 | 19,434.24 | 19,434.24 |
| I | 164792 | | 08/03/05 | 09/02/05 | 957.00 | 957.00 |
| I | 164799 | | 08/04/05 | 09/03/05 | 1,632.00 | 1,632.00 |
| I | 164800 | | 08/04/05 | 09/03/05 | 839.52 | 839.52 |
| I | 164801 | | 08/04/05 | 09/03/05 | 1,693.35 | 1,693.35 |
| I | 164802 | | 08/04/05 | 09/03/05 | 6,150.01 | 6,150.01 |
| I | 164804 | | 08/04/05 | 09/03/05 | 3,723.30 | 3,723.30 |
| I | 164805 | | 08/04/05 | 09/03/05 | 1,292.90 | 1,292.90 |
| I | 164806 | | 08/04/05 | 09/03/05 | 137.90 | 137.90 |
| I | 164807 | | 08/04/05 | 09/03/05 | 166.77 | 166.77 |
| I | 164809 | | 08/04/05 | 09/03/05 | 2,381.40 | 2,381.40 |
| I | 164826 | | 08/05/05 | 09/04/05 | 1,935.26 | 1,935.26 |
| I | 164827 | | 08/05/05 | 09/04/05 | 8,200.62 | 6,743.66 |
| P | 164827 | 673452 | | 09/29/05 | (1,456.96) | |
| I | 164828 | | 08/05/05 | 09/04/05 | 3,722.49 | 3,722.49 |
| I | 164829 | | 08/05/05 | 09/04/05 | 7,408.80 | 7,408.80 |
| I | 164861 | | 08/08/05 | 09/07/05 | 5,473.98 | 5,473.98 |
| I | 164862 | | 08/08/05 | 09/07/05 | 1,679.04 | 1,679.04 |
| I | 164863 | | 08/08/05 | 09/07/05 | 4,967.28 | 4,967.28 |
| I | 164864 | | 08/08/05 | 09/07/05 | 11,012.16 | 11,012.16 |
| I | 164865 | | 08/08/05 | 09/07/05 | 19,434.24 | 19,434.24 |
| I | 164866 | | 08/08/05 | 09/07/05 | 620.55 | 620.55 |
| I | 164867 | | 08/08/05 | 09/07/05 | 1,432.08 | 1,432.08 |
| I | 164868 | | 08/08/05 | 09/07/05 | 2,774.50 | 2,243.72 |
| P | 164868 | 514177 | | 08/29/05 | (530.78) | |
| I | 164870 | | 08/08/05 | 09/07/05 | 9,084.60 | 9,084.60 |

Park Ohio Products, Inc.
Delphi Schedule of Open AR prior to 8/17/05 with Disputed Items Eliminated

6/21/2006

| Type | Invoice | Chk/Ref | Inv Date | Due/Pmnt Date | Detail | Remaining Open Total by Invoice |
|---|---|---|---|---|---|---|
| I | 165568 | | 09/07/05 | 09/07/05 | 4,950.00 | 4,950.00 |
| I | 164931 | | 08/09/05 | 09/08/05 | 1,836.00 | 1,836.00 |
| I | 164932 | | 08/09/05 | 09/08/05 | 6,188.88 | 6,188.88 |
| I | 164933 | | 08/09/05 | 09/08/05 | 10,664.52 | 10,664.52 |
| I | 164934 | | 08/09/05 | 09/08/05 | 19,434.24 | 19,434.24 |
| I | 164935 | | 08/09/05 | 09/08/05 | 3,132.45 | 3,132.45 |
| I | 164936 | | 08/09/05 | 09/08/05 | 1,548.02 | 1,548.02 |
| I | 164937 | | 08/09/05 | 09/08/05 | 791.93 | 791.93 |
| I | 164938 | | 08/09/05 | 09/08/05 | 1,236.48 | 1,236.48 |
| I | 164954 | | 08/10/05 | 09/09/05 | 4,595.89 | 4,595.89 |
| I | 164955 | | 08/10/05 | 09/09/05 | 4,950.00 | 4,950.00 |
| I | 164956 | | 08/10/05 | 09/09/05 | 2,129.75 | 2,129.75 |
| I | 164957 | | 08/10/05 | 09/09/05 | 14,358.74 | 14,358.74 |
| I | 164958 | | 08/10/05 | 09/09/05 | 19,434.24 | 19,434.24 |
| I | 164959 | | 08/10/05 | 09/09/05 | 6,619.20 | 6,619.20 |
| I | 164960 | | 08/10/05 | 09/09/05 | 689.50 | 689.50 |
| I | 164961 | | 08/10/05 | 09/09/05 | 2,963.38 | 2,963.38 |
| I | 164962 | | 08/10/05 | 09/09/05 | 1,748.93 | 1,748.93 |
| I | 164963 | | 08/10/05 | 09/09/05 | 622.89 | 622.89 |
| I | 164964 | | 08/10/05 | 09/09/05 | 2,557.80 | 2,557.80 |
| I | 164979 | | 08/11/05 | 09/10/05 | 2,429.52 | 2,429.52 |
| I | 164980 | | 08/11/05 | 09/10/05 | 10,908.39 | 6,444.36 |
| P | 164980 | 514177 | | 08/29/05 | (4,464.03) | |
| P | 164980 | 676069 | | 10/04/05 | - | |
| I | 164982 | | 08/11/05 | 09/10/05 | 1,821.20 | 1,821.20 |
| I | 164983 | | 08/11/05 | 09/10/05 | 957.00 | 957.00 |
| I | 164984 | | 08/11/05 | 09/10/05 | 2,457.18 | 667.08 |
| P | 164984 | 514177 | | 08/29/05 | (1,790.10) | |
| P | 164984 | 676069 | | 10/04/05 | - | |
| I | 164985 | | 08/11/05 | 09/10/05 | 364.24 | 364.24 |
| I | 164987 | | 08/11/05 | 09/10/05 | 1,411.20 | 1,411.20 |
| I | 164988 | | 08/11/05 | 09/10/05 | 1,589.76 | 1,589.76 |
| I | 165008 | | 08/12/05 | 09/11/05 | 8,132.56 | 8,132.56 |
| I | 165010 | | 08/12/05 | 09/11/05 | 833.85 | 833.85 |
| I | 165646 | | 09/12/05 | 09/12/05 | 3,718.82 | (2,751.66) |
| P | 165646 | 672908 | | 09/27/05 | (3,599.48) | |
| P | 165646 | 673452 | | 09/29/05 | (2,871.00) | |
| P | Open | 517428 | | 09/13/05 | 352.80 | 352.80 |
| I | 165030 | | 08/15/05 | 09/14/05 | 11,128.50 | 11,128.50 |
| I | 165035 | | 08/15/05 | 09/14/05 | 24,292.80 | 24,292.80 |
| I | 165040 | | 08/15/05 | 09/14/05 | 1,713.75 | 1,713.75 |
| I | 165044 | | 08/15/05 | 09/14/05 | 706.56 | 706.56 |
| I | 165065 | | 08/16/05 | 09/15/05 | 5,890.08 | 5,890.08 |
| I | 165068 | | 08/16/05 | 09/15/05 | 6,917.10 | 1,914.00 |
| P | 165068 | 514177 | | 08/29/05 | (5,003.10) | |
| P | 165068 | 676069 | | 10/04/05 | - | |
| I | 165069 | | 08/16/05 | 09/15/05 | 18,219.60 | 18,219.60 |
| I | 165074 | | 08/16/05 | 09/15/05 | 7,327.88 | 2,463.62 |
| P | 165074 | 514177 | | 08/29/05 | (3,868.64) | |

Park Ohio Products, Inc.
Delphi Schedule of Open AR prior to 8/17/05 with Disputed Items Eliminated

6/21/2006

| Type | Invoice | Chk/Ref | Inv Date | Due/Pmnt Date | Detail | Remaining Open Total by Invoice |
|---|---|---|---|---|---|---|
| P | 165074 | 516649 | | 09/07/05 | (995.62) | |
| P | 165074 | 676069 | | 10/04/05 | - | |
| I | 165101 | | 08/17/05 | 09/16/05 | 8,067.46 | 8,067.46 |
| I | 165103 | | 08/17/05 | 09/16/05 | 17,004.96 | 17,004.96 |
| I | 165105 | | 08/17/05 | 09/16/05 | 2,987.70 | (2,022.81) |
| P | 165105 | 514314 | | 08/29/05 | (2,987.70) | |
| P | 165105 | 516649 | | 09/07/05 | (2,022.81) | |
| P | 165105 | 676069 | | 10/04/05 | - | |
| I | 164731 | | 07/29/05 | 09/27/05 | 398.75 | 398.75 |
| I | 164823 | | 08/04/05 | 10/03/05 | 1,451.44 | 1,451.44 |
| I | 164824 | | 08/04/05 | 10/03/05 | 638.00 | 638.00 |
| I | 164838 | | 08/05/05 | 10/04/05 | 2,088.33 | 2,088.33 |
| I | 164839 | | 08/05/05 | 10/04/05 | 315.00 | (350.00) |
| P | 164839 | 676069 | | 10/04/05 | (665.00) | |
| I | 164879 | | 08/08/05 | 10/07/05 | 1,914.00 | 1,914.00 |
| I | 164947 | | 08/09/05 | 10/08/05 | 957.00 | 957.00 |
| I | 165054 | | 08/15/05 | 10/14/05 | 1,914.00 | 1,914.00 |
| I | 165056 | | 08/15/05 | 10/14/05 | 44.10 | (1,760.90) |
| P | 165056 | 676069 | | 10/04/05 | (1,805.00) | |
| **Valid Open Invoices for Factor** | | | | | **516,441.65** | **516,441.65** |