**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

    DELPHI CORPORATION, et. al        Chapter 11
                                                        Case no. 05-44481(RDD)
                          Debtors        (Jointly Administered)
_____/

## NOTICE OF WITHDRAWAL OF OBJECTIONS OF CERTAIN RETIREE CLAIMANTS TO FIRST AMENDED JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION

The Retiree Claimants[1], hereby withdraw their Objections Of Certain Retiree Claimants To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (at Docket No. 11940).

                                           Respectfully submitted,

                                           **HERRICK, FEINSTEIN LLP**

                                           By:    /s/ Paul Rubin
                                               Paul A. Rubin (PR 2097)
                                               2 Park Avenue
                                               New York, NY 10016
                                               (212) 592-1400
                                               (212) 592-1500 (fax)

                                           and

                                           **JACOB & WEINGARTEN, P.C.**
                                           Howard S. Sher (P38337)
Dated: January 17, 2008        Alan J. Schwartz (P38144)
                                             2301 West Big Beaver Road
                                           Suite 777
                                           Troy, Michigan 48084
                                           (248) 649-1900

                                           Counsel for Retiree Claimants

---

[1] The "Retiree Claimants" are the persons listed on Exhibit A attached hereto, each of whom has filed a proof of claim in this bankruptcy proceeding. Each Retiree Claimant is either a retired executive of Delphi Corporation ("Delphi") or the spouse of a retired executive of Delphi.

# EXHIBIT A

## RETIREE CLAIMANTS

George Albrecht
Dorothy Albrecht
Ray Campbell
Carolyn Campbell
James Crouse
Linda Crouse
Charles Cunningham
Marybeth Cunningham
Timothy M. Dils
Paula Dils
William Ebbert
Mary Ebbert
Karen Gaffe
Richard Grosse
Carolyn Grosse
David R. Heilman
Mary Ann Heilman
Larry Kessler
Marlene Kessler
George Kralovich
Janice Kralovich
Edward Lundberg
Denys Lundberg
Gerald T. Meier
Barbara Meier
Donald L. Runkle
Virginia Runkle
C. Richard Satterthwaite
Karen Satterthwaite
George Sloan
Kristin Sloan
Paul Tosch
Gay Tosch
Robert and Barbara Zeilinger
Barbara Zeilinger