SOMMER BARNARD PC
Jeffrey J. Graham (JG 9617)
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Attorney for Small Parts, Inc., Creditor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                                :
                                                             :    (Jointly Administered)
         Debtors.                                            :
------------------------------------------------------------ x

## WITHDRAWAL OF LIMITED OBJECTION BY SMALL PARTS, INC. TO MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c) ESTIMATING OR PROVISIONALLY ALLOWING CERTAIN UNRECONCILED CLAIMS SOLELY FOR PURPOSES OF ADMINSITRATION OF DISCOUNT RIGHTS OFFERING

Small Parts, Inc. ("Small Parts"), by counsel, hereby withdraws its "Limited Objection By Small Parts, Inc. To Motion For Order Pursuant To 11 U.S.C. §§ 105(a) And 502(c) Estimating Or Provisionally Allowing Certain Unreconciled Claims Solely For Purposes Of Administration Of Discount Rights Offering" (CM/ECF Docket No. 12046) (the "Limited Objection"). Delphi Corporation, et al., debtors and debtors-in-possession (collectively, the "Debtors"), have agreed to estimate or temporarily allow Small Parts' Claim No. 11274 in the amount of $176,158.38 in connection with the Debtors' "Motion For Order Pursuant To 11 U.S.C. §§ 105(a) And 502(c) Estimating Or Provisionally Allowing Certain Unreconciled Claims Solely For Purposes Of Administration Of Discount Rights Offering" (the "Rights Offering Estimation Motion") rather than in the amount of $58,876.97 which was originally proposed.

Because the Debtors have agreed to the relief sought by Small Parts in the Limited Objection and Small Parts, in turn, has agreed with withdraw the Limited Objection, neither Small Parts nor it counsel will attend the hearing on the Rights Offering Estimation Motion scheduled for Thursday, January 17, 2008.

Dated: Indianapolis, Indiana  
January 16, 2008

SMALL PARTS, INC.,

By:   /s/ Jeffrey J. Graham  
Jeffrey J. Graham (JG 9617)  
Admission *pro hac vice* pending

Sommer Barnard PC  
One Indiana Square, Suite 3500  
Indianapolis, IN 46204  
Telephone: (317) 713-3500  
Facsimile: (317) 713-3699

### Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing was served on this 16th day of January, 2008 on the parties listed in, and via the delivery methods required by, the "Notice Of Motion For Order Pursuant To 11 U.S.C. §§ 105(a) And 502(c) Estimating Or Provisionally Allowing Claim Solely For Purposes Of Administration Of Discount Rights Offering" filed by counsel for the Debtors on December 28, 2007.

/s/ Jeffrey J. Graham

715673